IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 25-cv-240-ACR |
| v. ) | |
| ) | Judge Ana C. Reyes |
| DONALD J. TRUMP, in his official capacity ) | |
| as President of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER L. LEVI**

Pursuant to Civil Local Rule 83.2(d), Joseph J. Wardenski respectfully moves for leave for attorney Jennifer L. Levi of GLBTQ Legal Advocates & Defenders to appear *pro hac vice* in the above-entitled action on behalf of Plaintiffs. This motion is supported by the Declaration of Jennifer L. Levi, which is filed herewith.

DATED: January 30, 2025                      Respectfully submitted,

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

*Attorney for Plaintiffs*