### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his official capacity ) <br> as President of the United States, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 25-cv-240-ACR <br><br> Judge Ana C. Reyes |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARY L. BONAUTO

Pursuant to Civil Local Rule 83.2(d), Joseph J. Wardenski respectfully moves for leave for attorney Mary L. Bonauto of GLBTQ Legal Advocates & Defenders to appear *pro hac vice* in the above-entitled action on behalf of Plaintiffs. This motion is supported by the Declaration of Mary L. Bonauto, which is filed herewith.

DATED: January 30, 2025

Respectfully submitted,

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

*Attorney for Plaintiffs*