# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>　　　　　　Defendants. | Civil Action No. 25-cv-240-ACR |

## INDEX OF EXHIBITS TO DECLARATION OF JOSEPH J. WARDENSKI

| | |
|---|---|
| **Exhibit A** | Remarks on Ending the Ban on Transgender Service in the U.S. Military as Delivered by Secretary of Defense Ash Carter |
| **Exhibit B** | Transgender Service in the U.S. Military: An Implementation Handbook |
| **Exhibit C** | Statement by Chief Pentagon Spokesperson Dana W. White on Transgender Accessions |

-2-

| **Exhibit D** | Laurel Wamsley, "Trump Says Transgender People Can't Serve in the Military," July 26, 2017 |
|---|---|
| **Exhibit E** | Palm Center, "Fifty-Six Retired Generals and Admirals Warn That President Trump's Anti-Transgender Tweets, If Implemented, Would Degrade Military Readiness," August 1, 2017 |
| **Exhibit F** | Presidential Memorandum for the Secretary of Defense and Secretary of Homeland Security, "Military Service by Transgender Individuals," August 25, 2017 |
| **Exhibit G** | Memorandum for the President, "Military Service by Transgender Individuals," February 22, 2018 |
| **Exhibit H** | Department of Defense Instruction 6130.03, "Medical Standards for Military Service: Appointment, Enlistment, or Induction," May 28, 2024 |
| **Exhibit I** | Jonathan J. Cooper, "A List of Government Web Pages That Have Gone Dark to Comply With Trump Orders," January 31, 2025 |
| **Exhibit J** | United States Office of Personnel Management Memorandum, "Initial Guidance Regarding President Trump's Executive Order *Defending Women*," January 29, 2025 |
| **Exhibit K** | Clare Sears, "This Isn't the First Time Conservatives Have Banned Cross-Dressing in America," March 15, 2023 |
| **Exhibit L** | Paisley Currah, "What Sex Does," May 27, 2022 |
| **Exhibit M** | Movement Advancement Project, "Healthcare Laws and Policies: Medicaid Coverage for Transgender-Related Health Care," January 6, 2025 |
| **Exhibit N** | Adeel Hassan, "States Passed a Record Number of Transgender Laws. Here's What They Say," March 21, 2024 |
| **Exhibit O** | 2024 GOP Platform: Make America Great Again! |
| **Exhibit P** | Meredith Deliso, "As Trump Returns to Office, What He's Promised to Do On Day 1," January 19, 2025 |