**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY,<br>                Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 25-cv-240-ACR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

_____

**<u>INDEX OF EXHIBITS TO DECLARATION OF ALEX WAGNER</u>**

| | |
|---|---|
| **Exhibit A** | Directive-type Memorandum (DTM) 16-005, "Military Service of Transgender Service Members," June 30, 2016 |
| **Exhibit B** | Army Directive 2016-30, "Army Policy on Military Service of Transgender Soldiers," July 1, 2016 |
| **Exhibit C** | Army Directive 2016-35, "Army Policy on Military Service of Transgender Soldiers," October 7, 2016 |

| | |
|---|---|
| **Exhibit D** | DoD Instruction 1300.28, "In-Service Transition for Transgender Service Members," April 30, 2021 |
| **Exhibit E** | Department of the Air Force Policy Memorandum 2021-36-01, "Accessions and In-Service Transition for Persons Identifying as Transgender," April 30, 2021 |
| **Exhibit F** | PRRI, "Young Americans' Views on LGBTQ Rights," April 9, 2024 |