IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY, <br><br> Defendants. | Civil Action No. 1:25-cv-00240 |

**DECLARATION OF ERICA VANDAL**

I, Erica Vandal, declare as follows:

1. I am a thirty-six-year-old Major in the United States Army stationed in New York. I have been serving the United States honorably for over thirteen years. I am transgender.

**CURRENT MILITARY ROLE**

2. I began serving in my current role as Brigade Fire Support Officer (FSO) in August 2024. In this role, I lead, certify, and supervise my brigade's approximately seventy fire support

and targeting officers, warrant officers, non-commissioned officers, and soldiers. I also advise my brigade commander on the employment, integration, and synchronization of all lethal and non-lethal indirect fires and effects, including field artillery, mortars, army attack aviation, and Air Force attack aircrafts. Additionally, I am responsible for planning and incorporating these effects and capabilities into the scheme of maneuver to achieve the Commander's desired end state.

3. Additionally, in connection with my promotion to Major, I was selected to attend the resident Command and General Staff Officer Course where I obtained my second of two master's degrees (in operational studies).

## BACKGROUND ON MILITARY SERVICE AND COMMENDATIONS

4. I attended the United States Military Academy at West Point in New York beginning in 2007 and commissioned into the Army upon my graduation in 2011.

5. During my time at West Point, I signed a Graduate School Option (GRADSO) contract after meeting certain rigorous academic standards. From 2019 to 2020, I attended the University of Colorado, Colorado Springs where I attained my first master's degree (in business administration) paid for by the Army through the GRADSO program.

6. Since joining the military, I have acquired significant training in connection with numerous promotions in rank. I have served as both a Second and First Lieutenant, a Captain, and now in my current rank as a Major, holding a wide array of roles and responsibilities to include Platoon Leader, Battery Commander, fires officer with the United States Forces Korea, and Division Assistant FSO.

7. For each promotion in rank, I underwent months of specialized training, including approximately five months attending the Field Artillery Basic Officer Leader Course, five

months at the Field Artillery Captain's Career Course, and ten months at the Command and General Staff Officer's Course. Additionally, I have attended and graduated from numerous specialty schools, including the Joint Fires Observer course and the Joint Firepower course.

8. In 2018, I deployed to Afghanistan and served as the Battery Commander of an M777 firing battery in support of Operation Freedom's Sentinel. During this time, my battery split between two posts and was responsible for indirect fires around those posts in support of United States forces and coalition partners.

9. During my thirteen years in the military, I have been honored with a Bronze Star for meritorious achievements while serving as a Battery Commander during my deployment to Afghanistan, a Meritorious Service Medal, a Joint Service Commendation Medal, an Army Commendation Medal, and two Army Achievement Medals.

**EXPERIENCE AS TRANSGENDER SERVICE MEMBER**

10. As the daughter of an active duty three-star military general, I grew up on Army bases. The importance of duty and service to country was taught and demonstrated to me, and my two brothers, from birth.

11. I have known I wanted to join the military and follow in my father's footsteps from a young age. I have also known that I was transgender from an equally young age. However, growing up within this conservative and masculine environment in which everything I did reflected not only on myself but on my family and my father, I avoided reflecting on my transgender status, repressing and who I was in an attempt to adhere to the expectations placed upon me. Although ultimately unfounded, this fear of a lack of understanding, acceptance, and support caused me to suppress being transgender for nearly thirty years.

12. Around 2019, I knew my transgender status was not something I could continue avoiding and concealing. Due to a fear for my career and the ban on service for transgender service members I paid for a therapist at my own expense to help me reach a conclusion on the best way forward.

13. Around November 2021, I received a gender dysphoria diagnosis from an Army medical professional.

14. While on assignment to the Republic of Korea, I began receiving transgender healthcare in the form of hormone replacement therapy. I informed my immediate chain of command and received nothing but support and acceptance from my command and others who learned I was transgender.

15. Since then, I have been promoted to my current rank of Major, was selected by the Army for schooling related to this promotion, met every standard required of me, and deployed to Romania for about five months as part of mission to deter Russian aggression and assure NATO allies.

16. Around November 2023, I initiated the process to change my gender marker in the Defense Enrollment Eligibility Reporting System (DEERS) and to legally change my name. My fellow service members continued to treat me with respect. I have kept my chain of command up to date about governing regulations and how they might affect me. There has been no negative impact on my work performance, readiness, or ability to be deployed.

17. Being transgender has had no impact on my military readiness—since beginning my transition I have not even taken a sick day, have worked in both the U.S. Indo-Pacific Command (INDOPACOM) and U.S. European Command (EUCOM), served in echelons ranging from battalion to four-star commands, deployed, and participated in numerous field

and garrison training events, all while receiving positive recognition, commendations, and evaluations.

## IMPACT OF BAN

18. Given my strong evaluation reports as a Major, I assess I am on track to be promoted to Lieutenant Colonel in a few years. If I am separated, the Army would lose a strong leader and I would be unable to accomplish this career milestone.

19. Since receiving my commission into the Army, it has been my goal to serve for a minimum of twenty years; ideally attaining the honor and privilege of being selected for battalion command. Not only would a ban deprive me of the ability to continue serving, but, as I would be terminated before serving for twenty years, I would be denied retirement benefits I would otherwise be eligible for, including the loss of my pension in its entirety.

20. In pursuit of my master's degree in business administration, I participated in the GRADSO program. As part of this program, the Army paid for the cost of my education while I remained on active duty. A condition of this program is that I serve until 2026.

21. A ban would also cost me and my family our sole source of income and our health insurance, which we rely on for our medical needs.

22. I am currently in the process of transferring my G.I. Bill to my children. After putting in the request for this transfer, a service member has to continue serving for four years for the transfer to take effect. As I requested this transfer in 2022, my children will not receive it until 2026. If I am prohibited from serving, my children will likely not receive this benefit.

23. Serving in the United States military has been my career for more than thirteen years and, even before then, has always been a part of my life. My father served on active duty for over thirty-six years; my two brothers graduated from the United States Naval Academy

and became pilots within the Marine Corps and Navy respectively. Serving in the United States military is not only my career, but also my passion and family tradition. Were I to be prohibited from continuing to serve, I would lose my way of life.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02 FEB 2025

*Erica Vandal*
Erica Vandal