IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>　　　　　　Defendants. | Civil Action No. 1:25-cv-00240 |

## DECLARATION OF GORDON HERRERO

I, Gordon Herrero, declare as follows:

1. I am a thirty-four-year-old Captain in the United States Army stationed in California. I have been serving the United States honorably for nine years. I am transgender.

**CURRENT MILITARY ROLE**

2. In June 2023, I started my current assignment as an Operations Research Systems Analyst at the Naval Postgraduate School. In this role, I am a student in the Department of Applied Mathematics pursuing a Master of Science degree in applied mathematics.

3. Starting in April 2025, after completion of my degree, the Army has selected me to educate the next generation of military leaders as an Instructor in the Department of Mathematical Sciences at the United States Military Academy at West Point in New York.

## BACKGROUND ON MILITARY SERVICE AND COMMENDATIONS

4. I commissioned in the Army in 2015 and began active duty service the following year. Since then, I have served in various capacities as Transportation Officer, Logistics Officer, and Operations Research, Systems Analyst.

5. As Transportation Officer, I graduated first in my class at the Army's Transportation Basic Officer Leader Course and served at Fort Liberty, North Carolina. In 2019, I deployed to Poland as the Logistics Officer in Charge for my battalion. While in Poland, I promoted to Captain and was rated second of all Captains in the battalion, despite being the most junior. While in Poland, I also enrolled in a graduate program at the Florida Institute of Technology. I graduated from that program in 2021 with a 4.0 average, earning a Master of Science degree in Operations Research.

6. After my promotion to Captain in 2020, I attended the Combined Logistics Captains Career Course where I was recognized on the Commandant's List and redesignated as a Logistics Officer.

7. In February 2021, I assumed command of the 138th Movement Control Team in The Republic of Korea. In this role, I was responsible for the health, welfare, discipline, training, force protection, morale, and quality of life for United States soldiers, Korean soldiers, and Korean civilians assigned to the unit. I was also responsible for maintaining and further developing the strong partnership with our Korean counterparts.

8. In July 2022, I was hand-selected to serve as a logistics planner in the United Nations Command Headquarters in The Republic of Korea. In this role, I reviewed and developed plans to effectively integrate and logistically sustain multi-national militaries for the protection of The Republic of Korea.

9. Throughout my nine years of active-duty service in the Army, I have been honored with a Meritorious Service Medal for my accomplishments as Detachment Commander, a Joint Service Commendation Medal for my contributions to the United Nations Command Headquarters, an Army Commendation Medal with two oak leaf clusters, and an Army Achievement Medal for consistently demonstrating professionalism and dedication to every mission.

**EXPERIENCE AS TRANSGENDER SERVICE MEMBER**

10. I was drawn to join the Army Reserve Officers Training Corps (ROTC) while attending Texas Tech University in 2009. I joined, in part, because I come from a strong family background of military leaders. My mother was an Army officer, my grandmother a Navy nurse, my father an Army civilian for thirty-six years, my grandfather a Navy test pilot, and my great grandfather served as an Army Air Corps Colonel in the Korean War. I wanted to make my family proud and prove to myself I had the strength and courage military service requires.

11. Another reason underlying my interest in the military was that, at the time, I was experiencing discomfort in my own skin. I would later learn that this stemmed from gender dysphoria, but it was not something I was ready to explore at the time. I thought the military's structured environment would help these feelings subside. I completed my

ROTC program as a Distinguished Military Graduate, earned my bachelor's degree, and commissioned as a female officer. However, the feelings of discomfort never subsided.

12. In April 2021, I was diagnosed with gender dysphoria, which, per military policy, is a prerequisite to obtaining gender affirming care and changing my gender marker in the Defense Enrollment Eligibility Reporting System (DEERS).

13. In October 2021, my brigade commander approved my transition timeline, and I was cleared to begin hormone replacement therapy. Because I was a Detachment Commander, I also decided to call my soldiers and civilians in for a conversation, so they could learn about my upcoming transition directly from me, and we could address any concerns together. When I told them, the team broke out into applause twice and thanked me for taking the time to tell them.

14. At the end of my tour as Detachment Commander, I had chest reconstruction surgery. Upon returning from leave, I reported to the United Nations Command Headquarters, remained fully deployable, and passed a record Army Combat Fitness Test. My gender marker in DEERS was changed to male in 2023.

15. My transgender status has never impacted my military readiness. Throughout my transition I remained deployable, and effectively executed every mission the Army gave me.

16. The support of my leaders, peers, and subordinates throughout my transition has not only made our units stronger but has also made me a more effective leader.

## IMPACT OF BAN

17. Serving in the United States Army is the only career I have ever had—and the only one I have ever wanted. It is my calling. If I am prohibited from continuing to serve, I would not only lose my livelihood, but also career I have dedicated my life to.

18. Beyond the personal impact, I would no longer be able to assume my future role as an Instructor at West Point. I am a capable officer, committed to sharing my expertise to educate the next generation of Army leaders. I feel a deep responsibility to model the supportive leadership I have been so fortunate to benefit from throughout my own career.

19. In addition to losing my career and income, I would lose my healthcare which I rely on for my medical needs.

20. Upon graduation from the Naval Postgraduate School in March 2025, I will have an active-duty service obligation. If I am unable to stay on active duty for the required number of years, I may be found financially responsible for repaying the amount of my schooling.

21. I am fully qualified, have exceeded expectations in every billet and wish to continue to serve honorably.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/2/2025

_Gordon Herrero_
Gordon Herrero