**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 1:25-cv-00240

---

**DECLARATION OF JAMIE HASH**

I, Jamie Hash, declare as follows:

1. I am a thirty-seven-year-old Senior Master Sergeant in the active-duty United States Air Force. I have completed thirteen years of military service, and I am currently assigned to the Pentagon in Washington, D.C., as a Defense Legislative Fellow. I am transgender.

**CURRENT MILITARY ROLE**

2.  After being rated first out of forty-five candidates for selection for Senior Master Sergeant, I was promoted to the rank of Senior Master Sergeant on February 1, 2025.

3.  In July 2024, I began serving in my current role as a Defense Legislative Fellow assigned to the Office of the Secretary of the Air Force Directorate of Legislative Liaison and currently attached to the United States Congress. This three-year fellowship is highly competitive, and only selects a handful of enlisted Air Force applicants each year. I was selected as one of only six active-duty Air Force personnel for the program, after undergoing a rigorous application and interview process.

4.  In this role, I serve on the personal staff of a congressman as an advisor on matters related to defense and other national security matters. After completing my 12-month tour working with Congress, I will then return to the Department of Air Force for 18 months and utilize my experience to liaise with Congress, coordinate legislative programs, keep Congress informed of issues, and help shape Department of Defense ("DoD") policy to meet national security strategy.

**BACKGROUND ON MILITARY SERVICE AND COMMENDATIONS**

5.  I grew up in the Washington, D.C. area, with multiple family members who served in the military and worked for the DoD as civil servants, and many childhood friends whose parents were in the military. I saw the appeal of traveling around the world and being exposed to different people, countries, and cultures, but I was mostly drawn to the military to serve my country and be part of a greater purpose and something bigger than myself.

6.  Prior to joining the military, I attended college and had an internship working for the Department of the Army. I began seriously thinking about joining the military in early

adulthood. In November 2011, when I was twenty-four years old, I enlisted in the active-duty United States Air Force.

7. During basic training, I was placed in the Aircraft Armament Systems career field, and after graduating basic training with honors (i.e., top ten percent), I attended a four-month technical training course where I graduated top of my class. Once assigned to my first duty station, I went through many months of on-the-job training to complete upgrade training requirements. I made Senior Airman Below the Zone, promoted to Staff Sergeant the first time eligible, and eventually became an Aircraft Armament Systems "Craftsman" (i.e., 7-skill level), which means I had many years of experience and was responsible for supervising and training others.

8. In 2015, I retrained to become a Workforce Planner (i.e., Manpower and Organization), which consisted of a two-month technical training course, which was followed by many months of additional on-the-job training to complete upgrade training requirements. Since I had become a Non-Commissioned Officer ("NCO") prior to retraining, I attended Airman Leadership School, which is a mandatory two-month professional military education course.

9. In 2019, I was stationed in Europe and attended the NCO Academy there since I had been promoted to Technical Sergeant my first time eligible, which was another mandatory two-month leadership development course required for promotion. Prior to relocating back to the United States in 2022, I also promoted to Master Sergeant my first time eligible. In 2024, I was selected for the rank of Senior Master Sergeant (i.e., "E-8") and as part of that promotion process, attended the mandatory two-month Senior Non-Commissioned Officer ("SNCO") Academy. I am now on track to be a Workforce Planner "Superintendent" (i.e.,

9-skill level).  As a result of my training, experience, and additional education, I have obtained an associate degree in each of my Air Force specialties through the Community College of the Air Force.

10. In addition, I have completed other rigorous educational programs.  For example, to gain the necessary qualifications for my current position, the Air Force funds training through the Georgetown Government Affairs Institute where I will obtain a graduate certificate in Legislative Studies.  Furthermore, I have obtained a master of science degree in Organizational Performance Improvement utilizing the military's Tuition Assistance Program.

11. During my thirteen years in the Air Force, I have earned numerous awards and honors. These include four Meritorious Service Medals, one Air Force Commendation Medal, two Air Force Achievement Medals, two Air and Space Outstanding Unit Awards, one Humanitarian Service Medal, and one Military Outstanding Volunteer Service Medal. Additionally, I have been awarded Senior Airman Below the Zone, Wing Maintenance Professional of the Year, Group Airman of the Year, Squadron NCO of the Year, Field Operating Agency NCO of the Year, Military Volunteer of the Year, the NCO Academy John Levitow Award (i.e., top graduate), Air Force Operations Directorate SNCO of the Year, Air Force Operations Directorate Lance P. Sijan Leadership SNCO Award, DAF Headquarters ("HQ") Management Engineering Award, DAF HQ Visionary Leadership Award, and SNCO Academy Distinguished Graduate, among others.

### EXPERIENCE AS TRANSGENDER SERVICE MEMBER

12. At a very early age, I could tell who I was on the inside was incongruent with how the world perceived me.  However, I realized broad, mainstream society was not accepting of

transgender people and therefore I quickly learned to suppress, hide, and deny who I am. It wasn't until a 2015 deployment to Southwest Asia as part of the joint coalition against the Islamic State of Iraq and Syria ("ISIS") that I achieved a sense of self-actualization and was able to finally accept myself.

13. In 2016, shortly after the DoD adopted a policy permitting transgender individuals to serve in the military, I disclosed being transgender to friends, family, and the military. My friends and family were very supportive, which I will always be grateful for. Around that same time, I also disclosed being transgender to my unit leadership who were also very supportive. My commander at the time was particularly supportive and told me that I was still the same Sergeant Hash who had just won NCO of the quarter.

14. At the end of 2016, I sought and obtained a gender dysphoria diagnosis from a medical professional through the military medical system so I could begin receiving transgender healthcare. I began hormone replacement therapy shortly thereafter.

15. While I had a few surgical interventions during my transition, most were not covered by the military, either fully or at all. For example, one civilian doctor provided medical services pro bono while the military only covered the hospital fees such as the hospital stay and the temporary duty costs such as transportation, just as they would for any service member's medically necessary care. The cumulative time for transition-related health care was less than 12 weeks, which is the length of one parental leave. The only mental health care I received for being transgender was the initial mental health screening required to obtain the gender dysphoria diagnosis. The gender dysphoria diagnosis has been removed from my medical record for several years.

16. In early 2017, I changed my gender marker in the Defense Enrollment Eligibility Reporting System ("DEERS") from male to female.

17. Because I was among the first group of service members in the Air Force to identify as transgender following the DoD's 2016 policy change, I was able to help shape the initial Air Force policy implementation regarding transgender service members. This process was challenging yet rewarding. The Air Force has trained staff, and the process became efficient.

18. My transgender status has had no impact on my deployability or readiness. Air Force medical standards previously required each transgender service member to be assigned an assignment limitation code, which restricted locations to which transgender service members could be deployed subject to a waiver process, but medical standards changed around 2020 once there was consensus the standards were overly burdensome and specifically targeted to transgender service members. Since those standards were revised, there have been no limitations on my deployability.

19. Even while that medical policy was in effect, I was able to get stationed overseas without any issue. Since beginning to receive transgender healthcare, I have deployed to HQ Air Forces Africa in Germany with possibility of forward deployment to Africa, completed a three-year overseas tour in Europe, and worked strategic-level Global Force Management in the Pentagon at HQ Air Force. I have been promoted several times, including to my current rank of Senior Master Sergeant—the latter for which I was rated first out of forty-five candidates and only includes 2% of the enlisted force per law (10 U.S.C. § 517).

20. My transgender identity has had no negative impact on unit cohesion or my treatment from peers. In actuality, I found that being vulnerable about my experience to my peers and

subordinates has been beneficial to unit cohesion because it has increased trust, comradery, and made others feel more comfortable confiding in me regarding difficulties they are facing. Prior to transitioning, I had consistently been recognized for superior performance, but when I was able to eventually serve and live authentically, I became an even more effective leader.  My status as transgender has never once been raised as an issue, let alone brought up at all.

**IMPACT OF BAN**

21. After facing stigma, anxiety, and uncertainty in 2017 when the Trump Administration announced and pursued a ban on transgender military service, the current ban again threatens my career and the life that I have built, causing me significant distress and hardship, both personally and professionally.

22. Serving in the United States Air Force has been my career and way of life for the past thirteen years.  This ban threatens to end my military career, which I love and cherish, based solely on a characteristic that has nothing to do with my ability to serve effectively. I intend to serve this country for at least seven more years, until I reach retirement eligibility, and would like to continue serving thereafter.  If I were to be separated from service now, I would be deprived of this opportunity, separate prior to the end of my current service commitment, leave a gap in my Air Force specialty which currently offers a reenlistment bonus due to a personnel shortage, and be forced to start over in a different field.

23.  Losing my career brings with it the loss of my financial stability and benefits.  The ban would strip me of my income and my healthcare, which my spouse and I both rely on.  It would also deprive me of my retirement plan, which currently provides me with a pension

and other benefits after twenty years of service. If I am forced to separate after thirteen years of honorably serving my country, I will receive nothing.

24. Finally, for the second time, my dignity, service to this nation, and accomplishments are all being denigrated by a ban on military service by transgender individuals. This ban seeks to demean my sacrifices, my achievements, and my contributions as a military service member. The new executive order claims that who I am as a person conflicts with my "commitment to an honorable, truthful, and disciplined lifestyle, even in one's personal life," that my truth is a "falsehood," and that being transgender is "not consistent with the humility and selflessness required of a service member." This insults the service and sacrifices of myself and thousands upon thousands of current, past, and future transgender service members and sends a message that I am not valued, not trusted, and not welcome in the military.

25. Even though I am proud to be a transgender service member, it is not my entire identity and has not even been a topic of conversation during my last few assignments. I am proud of who I am, and of what I have done and can do for my country. I am proud to serve alongside other brave and dedicated service members, who judge me by my character and my competence, not by my transgender status.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 02, 2025

Jamie Hash

8