**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY,<br><br>  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>  Defendants. | Civil Action No. 1:25-cv-00240 |

**DECLARATION OF KODA NATURE**

I, Koda Nature, declare as follows:

1. I am twenty-three years old and live in Mesquite, Texas. I have been actively trying to join the military since 2020. I am transgender.

**BACKGROUND AND ATTEMPTS TO JOIN THE MILITARY**

2. Since I was five years old, I have wanted to join the military. I grew up in a military family. My mother served in the Marines, and my late brother and uncles served in various

positions in the Army and Air Force. I am told that seventeen generations of my family served in the military. My family's extensive military history has ingrained in me a deep recognition of the pride and honor associated with military service.

3. Despite my strong desire to serve in the military, my mother tried to discourage me from doing so because she was afraid I would experience discrimination because I am transgender. Nevertheless, my brother encouraged me serve without fear while being the best man I can be. When my brother passed away in 2008, my desire to serve took on new meaning and strengthened.

4. My goal today is to serve my country honorably in the United States Marine Corps. I want to serve because I made a promise to my brother that I would serve while being true to myself, and I intend to honor that promise. And I want to serve so I can prove to myself and others that I am capable of being a Marine, redefining what people believe to be an acceptable and capable member of the Armed Forces in the process.

5. I have been actively trying to join the Marines since I graduated high school in 2020. While I have waited for the opportunity to enlist, I have started my own freelance graphic design business, which I have run for the past two-and-a-half years.

6. In 2024, I found a recruiter for the Marines who has been working with me to help me enlist. With the assistance of this recruiter, I began the process of filling out standard enlistment paperwork. I also made plans with my recruiter to book an appointment to meet with the regional Military Entrance Processing Station ("MEPS") in the coming year.

7. In the meantime, I continued to do physical training sessions with my recruiter and prepared for the initial strength test, which I will need to pass to be accepted into bootcamp.

8. Recently, on January 23, 2025, my recruiter informed me that he was instructed by military command that he could no longer assist transgender people with enlisting.

## TRANSGENDER STATUS

9. I knew that I was transgender before I even knew the word. Growing up, I played and acted like a boy. When I was 15, I started dressing like a boy and using my male pronouns. I realized about six months later that there was a term for how I felt in my body—transgender.

10. I medically transitioned in 2020 and have been on hormone therapy since that time.

11. In November 2024, I was diagnosed with gender dysphoria by a medical professional.

## IMPACT OF BAN

12. I have been dedicated to carrying on my family's legacy and serving my country honorably despite the fluctuations in military policy regarding service by transgender people since I first began seeking to enlist in 2020. These fluctuations have caused me great uncertainty in my life and career path.

13. When President Biden announced that transgender people would be permitted to serve in the military in 2021, I was excited that I would be able to achieve my dream of serving. Nevertheless, I have faced adversity in trying to enlist due to the stigma towards transgender people, a stigma that has been reinforced by the Trump Administration's repeated bans on service by transgender people.

14. Just when I found a recruiter who was willing to help me and began getting close to completing the necessary steps to enlisting, my recruiter informed me that he can no longer assist me with enlisting because of the ban on military service by transgender people that the Trump Administration would soon be enacting. Shortly thereafter, President Trump

issued an executive order on January 27, 2025, declaring that transgender people would no longer be permitted to serve.

15. Finding out about this ban made me frustrated and angry, because for the second time my existence has been placed up for political debate. I feel that I am being discriminated against and devalued for something that has nothing to do with my ability or performance. And I feel that I am being denied the opportunity to serve my country and follow in my family's footsteps. But most of all, I feel a renewed sense of dedication to fight these arbitrary boundaries so I can serve my country. Despite this Administration's attempts to prevent me from serving, I am determined to one day wear the uniform.

16. I am living in a state of uncertainty because I have not been able to obtain any assurances from my former recruiter or the military about my future ability to enlist and serve. I am very concerned that I will not be permitted to join the military.

17. I will lose many things if the President's ban prevents me from serving or enlisting. First and foremost, I will lose the opportunity to fulfill my lifelong dream and duty of serving in the military. I will lose the chance to be part of a team, a family, and a tradition that I respect and admire. I will lose the chance to contribute to the defense and security of my country and to make a positive difference in the world.

18. I will also lose educational and career opportunities. Because I have been seeking to enlist since I graduated high school, I have foregone pursuing a higher education in the hopes that I would obtain the training and education that the military provides. I wish to use this training and education to better myself and give back to my community. I have also foregone the opportunity to develop other skills or pursue other careers as I have spent the

last four-and-a-half years dedicated to enlisting. In my mind, there is no other option, and there is no backup plan—I am going to serve.

19. The President's ban has also affected the way I view my place in society. While I still see myself standing in uniform someday, this ban makes me question whether I will ever be afforded the level of respect and dignity afforded to cisgender service members.

20. I want to serve in the military because I love my country and I want to serve it with honor and pride. I want to serve in the military because I have the skills, the dedication, and the courage to do so. I want to serve in the military because it is my dream and my duty. I do not want to be denied that opportunity because of who I am.

21. If the ban were lifted today, I would immediately continue my efforts to enlist. Serving in the Marines remains my goal and my dream. I will not give up this dream and my desire to follow in the footsteps of multiple generations of my family by serving my country.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/03/2025

*Koda Nature*
Koda Nature