# EXHIBIT C

**From:** ████
**Sent:** Thursday, January 30, 2025 3:07 PM
**To:** OSD North Chicago USMEPCOM ES List All Medical
**Cc:** ████
████ (USA), Matchett, Kimberly ████
**Subject:** FW: OPS MSG (M) - Immediate Change to Transgender Applicant Processing

FYSA

Respectfully submitted,

Martinez, Juan
Medical Programs Analyst (MPA)
HQ, Eastern Sector, USMEPCOM

**Approved By:** Mr. William Reinhart, J-3 Director
**Released By:** Ms. Danielle Debano, J-3 Support Services

**BLUF:** Immediate changes to transgender applicant processing.

**Background:** Pursuant to Executive Orders "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," "Prioritizing Military Excellence and Readiness," and "Restoring America's Fighting Force," MEPS will immediately implement the following changes for transgender applicant processing.

**Process:**
- Effective **immediately,** each transgender applicant or applicant who expresses gender dysphoria who are currently undergoing an accession medical evaluation will be left in an "open" status.
- The applicant will not be medically qualified or disqualified for Service.
- Further guidance on transgender applicant processing will be forthcoming.
- Every applicant for Military Service will continue to be treated with dignity and respect.
- MEPS will continue to follow all other processes as outlined in reference (d) below until instructed otherwise.

**Deliverable:** MEPS Operations Officer will ensure full dissemination of this message; specifically to the MEPS Medical Department personnel.

**POCs:**
- Sectors:
  - Eastern Sector Medical: ████
  - Western Sector Medical: ████
- J-3 Operations:

1