## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, ERICA VANDAL, KATE
COLE, GORDON HERRERO, DANY
DANRIDGE, JAMIE HASH, KODA NATURE,
and CAEL NEARY,

     Plaintiffs,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States; the UNITED
STATES OF AMERICA; PETER B. HEGSETH,
in his official capacity as Secretary of Defense;
MARK AVERILL, in his official capacity as
Acting Secretary of the Army; the UNITED
STATES DEPARTMENT OF THE ARMY;
TERENCE EMMERT, in his official capacity as
Acting Secretary of the Navy; the UNITED
STATES DEPARTMENT OF THE NAVY;
GARY ASHWORTH, in his official capacity as
Acting Secretary of the Air Force; the UNITED
STATES DEPARTMENT OF THE AIR FORCE;
TELITA CROSLAND, in her official capacity as
Director of the Defense Health Agency; and the
DEFENSE HEALTH AGENCY,

     Defendants.

Civil Action No. 1:25-cv-00240-ACR

---

### DECLARATION OF MIRIAM PERELSON

I, Miriam Perelson, declare as follows:

 1.  I am a 28-year-old trainee at the Fort Jackson U.S. Army Base in Columbia, South Carolina.  I have been undergoing basic training in preparation to serve the United States since January 13, 2025.  I am transgender.

### HISTORY OF ACCESSION

 2.  I began pursuing a career in the military mid-2022.  I worked with a recruiter to complete all necessary steps to enlist in the U.S. Army.  I disclosed my transgender status to my recruiter.

- 2 -

3.  I underwent all required medical and psychological assessments and was deemed fit to serve.

4.  I met all qualifications for enlistment and signed a six-year reserve contract with a two-year inactive ready reserve obligation in March 2024.

5.  I signed my contract to serve for the Military Occupational Specialty (MOS) of 35M, Human intelligence collector, a highly specialized position which requires training to high competency in a foreign language.  I signed for Russian because I have a high degree of competency in the Russian language, having studied Russian Language at university.  I have completed all requirements for a Bachelor of Arts in Russian Language from the University of Colorado, Boulder, and am scheduled to graduate in May 2025.

6.  On January 13, 2025, I began basic training at Fort Jackson with an expected graduation date of March 27, 2025.  I completed reception and began combat training on January 17, 2025.

**THREATENED SEPARATION FROM THE ARMY**

7.  In the evening of Friday, January 31, 2025, my Senior Noncommissioned Officer (NCO), First Sergeant Green came to me and told me that I could no longer continue basic training in the female living bays or use female latrines.

8.  The following day, Saturday, February 1, 2025, First Sergeant Green and Captain Swain presented me with a Developmental Counseling Form (Form).  A true and accurate copy of this form is attached to this declaration as **Exhibit 1**.

9.  The Form indicates that its purpose is "to inform [me] of policy changes regarding [my] living accommodations."  Specifically, the form states that, in order to implement "[t]he President's Executive Order entitled Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government . . . and subsequent guidance from the

Office of Personnel Management," as of 5:00pm on January 31, 2025, I am required to "reside in

male living bays, utilize male latrines, and be partnered with a male battle buddy . . . ."

10. The form required me to initial one of two options: "Yes, I am willing to live in male bays,

utilize male latrines, and be partnered with a male battle buddy," or "No, I am not willing to live

in male bays, utilize male latrines, and be partnered with a male battle buddy."

11. The Form further states that, if I am not willing to live in male bays, utilize male latrines,

and be partnered with a male battle buddy, "the Command will initiate administrative separation

from the U.S. Army under Chapter 11 of Army Regulation 635-200."

12. I requested and was provided a brief opportunity to consult with my family and with an

Army Chaplain.

13. For the evenings of Friday, January 31, Saturday, February 1, and Sunday, February 2,

2025, I was required to leave the female bay where I had been housed until that point in basic

training.  For those three nights, I was provided with a cot in an empty classroom to sleep on.  I

was forbidden from using female latrines and bathing facilities during that time.

14. On both Sunday, February 2, and Monday, February 3, 2025, I spoke with Captain Swain

and informed him that I would not select either option or sign the Form.  On Monday, February 3,

2025, Captain Swain told me that Command would immediately begin my separation from the

U.S. Army.

15. I am currently staying in a private apartment while Command completes the process to

administratively separate me from the Army.

**IMPACT OF THE BAN**

16. I joined the U.S. Army because I love my country and believed that my knowledge of Russian language and culture would be of great benefit due to the importance of the country of Russia on the world stage.

17. I planned much of my life and career around military service.  I relocated from my home in Colorado to undergo basic training in South Carolina.  I anticipate undergoing an additional year of linguistic training approximately six months of an advanced individual training course before beginning my service as a Human Intelligence Collector.

18. If I am not able to complete my basic training, not only will all of my plans for a career in the Army fall through, but the Army will lose access to the years of language training that I am prepared to put into service for my country.

19. I do not want to lose the opportunity to pursue a patriotic career that I am capable and willing to devote myself to because I am transgender.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: February 3, 2025

Miriam Rebekah (Feb 3, 2025 20:00 EST)

Miriam Perelson

# Active_150142725_1_Talbott v. Trump - Declaration of Miriam Perelson

Final Audit Report                                                         2025-02-04

| | |
|---|---|
| Created: | 2025-02-04 |
| By: | Michael Haley (mhaley@glad.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAADizpPEl8uv--m_ljPFrpTPy56RE9W2Mi |

## "Active_150142725_1_Talbott v. Trump - Declaration of Miriam Perelson" History

Document created by Michael Haley (mhaley@glad.org)
2025-02-04 - 0:56:24 AM GMT

Document emailed to Miriam Rebekah (mimperelson@gmail.com) for signature
2025-02-04 - 0:56:55 AM GMT

Email viewed by Miriam Rebekah (mimperelson@gmail.com)
2025-02-04 - 0:58:19 AM GMT

Document e-signed by Miriam Rebekah (mimperelson@gmail.com)
Signature Date: 2025-02-04 - 1:00:01 AM GMT - Time Source: server

Agreement completed.
2025-02-04 - 1:00:01 AM GMT

Adobe Acrobat Sign