# EXHIBIT 1

# DEVELOPMENTAL COUNSELING FORM
For use of this form, see ATP 6-22.1; the proponent agency is TRADOC.

## PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 301, Departmental Regulations, 10 USC 3013, Secretary of the Army.

**PRINCIPAL PURPOSE:** These records are created and maintained to manage the member's Army and Army National Guard service effectively, to document historically a member's military service, and safeguard the rights of the member and the Army.

**NOTE:** For additional information, see the System of Records Notice A0600-8-104b AHRC, https://dpcld.defense.gov/Privacy/SORNsIndex/DOD-wide-SORN-Article-View/Article/570051/a0600-8-104b-ahrc/

**ROUTINE USE(S):** There are no specific routine uses anticipated for this form; however, it may be subject to a number of proper and necessary routine uses identified in the system of records notice specified in the purpose statement above.

**DISCLOSURE:** Disclosure is voluntary.

## PART I - ADMINISTRATIVE DATA

**Name (Last, First, MI):** PERELSON, MIRIAM R.
**Rank/Grade:** E-3
**Date of Counseling:** 01-Feb-2025
**Organization:** D/4-39
**Name and Title of Counselor:** CPT Donovan Swain, Company Commander

## PART II - BACKGROUND INFORMATION

**Purpose of Counseling:** (Leader states the reason for the counseling, e.g. Performance/Professional/Event-Oriented counseling, and include the leader's facts and observations prior to the counseling.)

**Approach:** ☐ Non Directive  ☐ Combined  ☑ Directive

**Type of Counseling:** ☑ General Form  ☐ Professional Growth  ☐ Performance  ☐ Event Oriented

The purpose of this counseling is to inform you of policy changes regarding your living accommodations

## PART III - SUMMARY OF COUNSELING
Complete this section during or immediately subsequent to counseling.

**Key Points Discussion:**

1) The President's Executive Order entitled Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government (Defending Women) and subsequent guidance from the Office of Personnel Management (OPM) directed the executive branch to comply, no later than 1700 eastern on 31JAN25, with policy changes--including the following directive:

   \*\*\*Ensure that intimate spaces designated for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.\*\*\*

2) In light of this policy directive, you are now required to reside in male living bays, utilize male latrines, and be partnered with a male battle buddy as described in TRADOC Regulation 350-6

Trainee Perelson, are you willing to accept these changes? Please initial one of the following options:

   (____) Yes, I am willing to live in male bays, utilize male latrines, and be partnered with a male battle buddy.

   (____) No, I am not willing to live in male bays, utilize male latrines, and be partnered with a male battle buddy.

3) If you are not willing to live in male bays, utilize male latrines, and be partnered with a male battle buddy the Command will initiate administrative separation from the U.S. Army under Chapter 11 of Army Regulation 635-200. During the separation process, the Command will provide separate sleeping accommodations for you to reside unexposed to other male personnel to the best of our ability. Should you desire it, you will be afforded the opportunity for legal counsel during the separation process.

4) If you are willing to live in male bays, utilize male latrines, and be partnered with a male battle buddy you will remain in training. We will give you the option to remain in D/4-39 with the male trainees, or transfer to another company in 4-39 IN REG to continue your training with new peers.

5) We will keep you informed of other changes in regulations or policies related to the Executive Order.

## OTHER INSTRUCTIONS

This form will be destroyed upon: reassignment (other than rehabilitative transfers), separation at ETS, or upon retirement. For separation requirements and notification of loss of benefits/consequences see local directives and AR 635-200.

DA FORM 4856, MAR 2023
PREVIOUS EDITIONS ARE OBSOLETE
APD AEM v1.02ES    Page 1 of 2

**Plan of Action** (Outlines actions that the subordinate will do after the counseling session to reach the agreed upon goal(s). The actions must be specific enough to modify or maintain the subordinate's behavior and include a specified time line for implementation and assessment (Part IV below).

-Continue to communicate with your Chain of Command for any concerns you have. We acknowledge this is an incredibly challenging moment for you, with significant and rapid changes. We empathize and want to assist you through this moment as best we can.

-You are free to utilize resources that are available to you, for example:

- The Commander's Open Door Policy
- The Office of the Inspector General
- Your Congressional Representative
- A Chaplain
- A SHARP Professional

**Session Closing:** (The leader summarizes the key points of the session and checks if the subordinate understands the plan of action. The subordinate agrees / disagrees and provides remarks if appropriate.)

Individual counseled: ☐ I agree    ☐ disagree with the information above.

Individual counseled remarks:

Having been denied access to counsel for two days while this issue was being raised, I cannot provide any response and am only willing to provide official response after having had access to counsel and in compliance with advice of counsel.

Signature of Individual Counseled:    DATE (YYYYMMDD):

**Leader Responsibilities:** (Leader's responsibilities in implementing the plan of action.)

Service member refused to sign after 24 hour of consideration

Signature of Counselor: [signature]    Date (YYYYMMDD): 20250202

**PART IV - ASSESSMENT OF THE PLAN OF ACTION**

**Assessment:** (Did the plan of action achieve the desired results? This section is completed by both the leader and the individual counseled and provides useful information for follow-up counseling.)

**SIGNATURES**

| Counselor: | Individual Counseled: | Date of Assessment (YYYYMMDD): |

Note: Both the counselor and the individual counseled should retain a record of the counseling.