IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY,<br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>    Defendants. | Civil Action No. 25-cv-240-ACR |

  Upon consideration of the Application of Plaintiffs for Temporary Restraining Order and the entire record herein, it is hereby ORDERED that:

  Plaintiffs' request for a Temporary Restraining Order is GRANTED.

  It is FURTHER ORDERED that Defendants are prohibited from categorically excluding transgender people from the military until this Court rules on the merits of Plaintiffs' Application for Preliminary Injunction;

  Plaintiffs Nicolas Talbott, Erica Vandal, Kate Cole, Gordon Herrero, Dany Dandridge, and Jamie Hash may not be separated from the military, denied reenlistment, demoted, denied

promotion, denied medically necessary treatment on a timely basis, or otherwise receive adverse treatment or differential terms of service on the basis that they are transgender until this Court rules on the merits of Plaintiffs' Application for Preliminary Injunction;

Plaintiff Koda Nature may not be denied the opportunity to accede to military service, or be denied promotion, reenlistment, or any other equal terms of service on the basis that he is transgender until this Court rules on the merits of Plaintiffs' Application for Preliminary Injunction; and

Plaintiff Cael Neary may not be denied the opportunity to accede to military service, or be denied promotion, reenlistment, or any other equal terms of service on the basis that he is transgender until this Court rules on the merits of Plaintiffs' Application for Preliminary Injunction.

Date:_____    _____
                                             The Honorable Ana C. Reyes
                                             United States District Judge