IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLAS TALBOTT**, *et.al.*<br><br>     *Plaintiff*,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States,** *et al.*,<br><br>     *Defendants*. | No. 1:25-cv-240 (ACR) |

**NOTICE TO THE COURT**

The parties filed a joint status report as ordered by the Court this afternoon. Since the filing of that status report, the Army has decided to return PFC Perelson to the female barracks and will assign PFC Perelson a single female battle buddy.

                              BRETT A. SHUMATE
                              Acting Assistant Attorney General

                              ALEX HAAS
                              Director, Federal Programs Branch

                              JEAN LIN
                              Special Litigation Counsel

                              /s/ *Jason C. Lynch*
                              ANDREW E. CARMICHAEL
                              Senior Trial Counsel
                              JASON C. LYNCH
                              ELIZABETH B. LAYENDECKER
                              Trial Attorneys
                              U.S. Department of Justice
                              Civil Division, Federal Programs Branch
                              1100 L. Street, NW
                              Washington D.C. 20005
                              (202) 514-3716
                              jason.lynch@usdoj.gov

                              *Counsel for Defendants*