## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>　　　　　　　Defendants. | Civil Action No. 25-cv-240-ACR |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Joseph J. Wardenski seeks leave for attorney Sarah K. Austin to appear *pro hac vice* in the above-entitled action on behalf of Plaintiffs. This motion is supported by the Declaration of Sarah K. Austin, which is filed herewith.

-2-

DATED: February 6, 2025  Respectfully submitted,

                                                                      */s/ Joseph J. Wardenski*
                                                                      Joseph J. Wardenski (D.C. Bar No. 995549)
                                                                      WARDENSKI P.C.
                                                                      134 West 29th Street, Suite 709
                                                                      New York, NY 10001
                                                                      Telephone: (347) 913-3311
                                                                      joe@wardenskilaw.com