

# NEW HAMPSHIRE BAR ASSOCIATION
*Equal Justice Under Law*

2 Pillsbury Street, Suite 300, Concord, New Hampshire 03301-3502

T 603-224-6942  |  F 603-224-2910  |  www.nhbar.org

**BOARD OF GOVERNORS**

*Officers*

KATHLEEN M. MAHAN
*President*

DEREK D. LICK
*President-Elect*

ROBERT R. LUCIC
*Vice President*

CATHERINE E. SHANELARIS
*Secretary*

GEOFFREY M. GALLAGHER
*Treasurer*

PAUL W. CHANT
*Immediate Past President*

**Governors-at-Large**

CHARLA B. STEVENS
*Bedford*

CHRISTINE M. HANISCO
*Concord*

STEVEN J. DUTTON
*Manchester*

KRISTIN G. FIELDS
*Concord*

JAMES A. SHEPARD
*Concord*

**Public Sector Governor**

NIKOLAS K. FRYE

**Out of State Governor**

GAR Y. CHIANG

**County Governors**

WILLIAM D. WOODBURY
*Belknap County*

JOHN CRABBS
*Carroll County*

MONIQUE M. SCHMIDT
*Cheshire County*

LEONARD D. HARDEN
*Coos County*

BARRY C. SCHUSTER
*Grafton County*

KYLE D. ROBIDAS
*Hillsborough County – North*

ANTHONY NARO

February 04, 2025

TO WHOM IT MAY CONCERN:

This is to certify that:

Attorney Michael Robert Haley
Boston, MA

Bar Id:              270236
Current Status:      ACTIVE
NH Bar Admit:        10/31/2019

is a member in good standing with the New Hampshire Bar Association, meaning the member's Association dues and NH Supreme court fees are current; the member has completed the required continuing legal education courses and signed the NHMCLE affidavit; and the member has affirmed that their trust accounts are in good order.

Sincerely,

Jennifer L. Hartshorn
Member Records Coordinator

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 4th day of February 2025 by Jennifer L. Hartshorn.

VINCENT J. O'BRIEN
NOTARY PUBLIC
State of New Hampshire
My Commission Expires
July 24, 2029

*Supporting Members of the Legal Profession and Their Service to the Public and Justice System*