IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLAS TALBOTT**, *et.al.*<br><br>    *Plaintiff*,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States,** *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-240-ACR |

**NOTICE PURSUANT TO THE COURT'S ORDER**

The Court's February 5, 2025 Minute Order requires Defendants to notify Plaintiffs and the Court of any policy or guidance implementing Executive Orders 14168 or 14183.

At this time, Defendants are aware of the following such documents:

| Date | Description |
|---|---|
| 28 Jan 2025 | Dep't of the Navy, Navy Recruiting Command, *Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender*.[1] |
| 31 Jan 2025 | Secretary of Defense, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[2] |
| 04 Feb 2025 | Dep't of the Air Force, Office of the Assistant Secretary, *Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[3] |
| 04 Feb 2025 | Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: *Implementing Guidance for Executive Order Defending Women*.[4] |

In accordance with the Court's order, Defendants will continue to update this list as additional policies or guidance are promulgated.

---

[1] *See* ECF No. 14-2 at 2.

[2] *See* ECF No. 14-3 at 2–3.

[3] *See* https://www.af.mil/Portals/1/documents/2025SAF/MR_Memo_-_Defending_Women_From_Gender_Ideology.pdf

[4] Attached as Exhibit 1.

Dated: February 6, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEX HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Jason C. Lynch*
ANDREW E. CARMICHAEL
Senior Trial Counsel
JASON C. LYNCH
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-3716
jason.lynch@usdoj.gov

*Counsel for Defendants*