

**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
MANPOWER AND RESERVE AFFAIRS
111 ARMY PENTAGON
WASHINGTON, DC  20310-0111

SAMR-ZA

MEMORANDUM FOR SEE DISTRIBUTION

SUBJECT:  Implementing Guidance for Executive Order Defending Women

1.  References:

    a.  Executive Order 14168, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," January 20, 2025.

    b.  United States Office of Personnel Management (OPM) Memorandum, "Initial Guidance Regarding President Trump's Executive Order Defending Women," January 29, 2025.

    c.  Secretary of Defense Memorandum, "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government," January 31, 2025.

    d.  Senior Official Performing the Duties of the Assistant Secretary of the Army (Manpower and Reserves) Memorandum, subject, "Implementing Guidance for Executive Order Defending Women," February 3, 2025 (hereby rescinded).

2. This memo transmits reference 1.c, which is the Department of Defense guidance for the implementation of Executive Order 14168.  In addition, we must accomplish the following no later than 4 February 2025:

    a.  Review all programs and terminate any that promote or inculcate gender ideology. Report any contracts or grants that promote or inculcate gender ideology to the Office of the Assistant Secretary of the Army (Acquisition, Logistics and Technology).

    b.  Review all position descriptions and identify any that involve inculcating or promoting gender ideology.  Report any identified position descriptions to the Office of the Deputy Assistant Secretary of the Army (Civilian Personnel).

    c.  Take down all Army sponsored outward facing media (websites, social media accounts, etc.) that inculcate or promote gender ideology.

    d.  Review Army email systems such as Outlook and turn off features that prompt users for their pronouns.

    e.  Withdraw any final or pending documents, directives, orders, regulations, materials,

SAMR-ZA
SUBJECT: Implementing Guidance for Executive Order Defending Women

forms, communications, statements, and plans that inculcate or promote gender ideology.

    f.  Cancel all training that inculcates or promotes gender ideology or has done so in the past.

    g.  Disband or cancel any employee resource groups or special emphasis programs that inculcate or promote gender ideology or have done so in the past.

    h.  Review all forms that require entry of an individual's sex and ensure that all list male or female only, and not gender identity. Remove requests for "gender" and substitute requests for "sex."

    i.  Ensure that all applicable policies and documents, including forms, use the term "sex" and not "gender."

    j.  Ensure that intimate spaces, including but not limited to bathrooms, changing facilities, and sleeping quarters, designated for women, girls, or females (or for men, boys, or males) are designated by biological sex and not gender identity.

3.  Report compliance with the requirements in this memorandum through the associated Enterprise Task Management Software System task.

                                            MARK R. LEWIS
                                            Senior Official Performing the Duties of the
                                                Assistant Secretary of the Army
                                            (Manpower and Reserve Affairs)

DISTRIBUTION:
Principal Officials of Headquarters, Department of the Army
Commander
    U.S. Army Forces Command
    U.S. Army Training and Doctrine Command
    U.S. Army Materiel Command
    U.S. Army Futures Command
    U.S. Army Pacific
    U.S. Army Europe and Africa
    U.S. Army Central
    U.S. Army North
    U.S. Army South
    U.S. Army Special Operations Command
    Military Surface Deployment and Distribution Command
  (CONT)

SAMR-ZA
SUBJECT: Implementing Guidance for Executive Order Defending Women

DISTRIBUTION: (CONT)
    U.S. Army Space and Missile Defense Command/Army Strategic Command
    U.S. Army Cyber Command
    U.S. Army Medical Command
    U.S. Army Intelligence and Security Command
    U.S. Army Corps of Engineers
    U.S. Army Military District of Washington
    U.S. Army Test and Evaluation Command
    U.S. Army Human Resources Command
    U.S. Army Corrections Command
    U.S. Army Recruiting Command
Superintendent, U.S. Military Academy
Commandant, U.S. Army War College
Director, U.S. Army Civilian Human Resources Agency
Executive Director, Military Postal Service Agency
Director, U.S. Army Criminal Investigation Division
Director, Civilian Protection Center of Excellence
Director, U.S. Army Joint Counter-Small Unmanned Aircraft Systems Office
Superintendent, Arlington National Cemetery
Director, U.S. Army Acquisition Support Center

CF:
Principal Cyber Advisor
Director of Enterprise Management
Director, Office of Analytics Integration
Commander, Eighth Army