IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 25-cv-240-ACR<br><br>Judge Ana C. Reyes |

## MOTION FOR ADMISSION *PRO HAC VICE* OF SHANNON MINTER

Pursuant to Civil Local Rule 83.2(d), Joseph J. Wardenski respectfully moves for leave for attorney Shannon Minter of National Center for Lesbian Rights to appear *pro hac vice* in the above-entitled action on behalf of Plaintiffs. This Motion is supported by the Declaration of Shannon Minter, which is filed herewith.

Dated: February 6, 2025

Respectfully submitted,

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

*Attorney for Plaintiffs*