**SUPPLEMENTAL STATEMENT OF SHANNON MINTER
IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE***

1.  I have never been sanctioned for professional misconduct or disciplined by any court or bar. However, I am a subject of a pending matter in the U.S. District Court for the Middle District of Alabama that potentially could result in sanctions. This matter stemmed from a May 2022 investigation by Alabama federal courts into 39 lawyers who challenged a state law criminalizing medical care for transgender adolescents. Two separate groups of attorneys filed three cases; two of the cases were dismissed. The remaining lawsuit is ongoing. I did not seek *pro hac vice* and have never appeared in any of those cases; however, as the supervisor of an attorney who did appear in the ongoing case, I have assumed full responsibility for our legal team's decision-making and voluntarily submitted to the jurisdiction of the court. The proceedings contend that, in that supervisory role, I allegedly was involved in impermissible judge shopping. I have voluntarily and fully cooperated throughout the proceedings. I have consistently denied any wrongdoing or sanctionable misconduct and strongly believe that neither I nor any other counsel on our legal team engaged in any wrongdoing or sanctionable conduct. There has been no final determination that I engaged in any wrongdoing or sanctionable misconduct.

2.   I have been a civil rights attorney and officer of the court for more than 30 years. I have a deep commitment to justice, the rule of law, and this Court's rules and procedures. My *pro hac vice* status has never been denied or revoked in any court.

I declare under penalty of perjury that the foregoing is true and correct.

02/6/2025
_____

Date

_____

Shannon Minter (CA Bar No. 168907)
National Center for Lesbian Rights
870 Market Street Suite 370,
San Francisco CA 94102
415-624-6071
sminter@nclrights.org