

# Supreme Court of California

## JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *SHANNON MINTER*

I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that SHANNON MINTER, #168907, was on the 21st day of December 1993 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 5th day of February 2025.

JORGE E. NAVARRETE
Clerk and Executive Officer of the Supreme
Court

By: _____
Priscilla Tang, Deputy Clerk