AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

NICHOLAS TALBOTT, et al., )
*Plaintiff* )
v. ) Case No. 25-cv-240-ACR
DONALD J. TRUMP, et al., )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Talbott et al.

Date: 02/07/2025

*Attorney's signature*

Shannon Minter (Cal. Bar #168907)
*Printed name and bar number*

870 Market St., Ste. 370
San Francisco, CA, 94102
*Address*

sminter@nclrights.org
*E-mail address*

(415) 365-1310
*Telephone number*

(415) 392-8442
*FAX number*