AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

|  |  |
|---|---|
| NICHOLAS TALBOTT, et al., | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   25-cv-240-ACR |
| DONALD J. TRUMP, et al., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Nicholas Talbott et al.                                                              .

Date:     02/07/2025

_____
*Attorney's signature*

Christopher F. Stoll (Cal. Bar #179046)
*Printed name and bar number*

870 Market St., Ste. 370
San Francisco, CA, 94102
*Address*

cstoll@nclrights.org
*E-mail address*

(415) 365-1320
*Telephone number*

(415) 392-8442
*FAX number*