**DECLARATION OF GEORGE RICHARD BROWN, MD, DFAPA
IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, George R. Brown, MD, DFAPA, declare as follows:

1.  I make this declaration based on my own personal knowledge.

**PROFESSIONAL BACKGROUND**

2. I am a Professor Emeritus of Psychiatry in the Department of Psychiatry at East Tennessee State University, James H. Quillen College of Medicine. The majority of my work over the past 3 decades has involves research, teaching, and consulting about transgender health in military and civilian populations, as well as providing direct patient care (psychiatric and endocrinologic) to Veterans with a diagnosis of Gender Dysphoria.

3. I was one of the few experts in the Department of Veterans Affairs who crafted the policies and procedures for the provision of gender affirming care for our nation's Veterans beginning in 2011, and I was the coauthor of the national formulary for medications used in gender affirming hormonal treatments for the Department of Veterans Affairs.

4. I graduated from the University of Rochester in Rochester, New York in 1979 Summa Cum Laude with a double major in biology and geology. I earned my Doctor of Medicine degree with Honors from the University of Rochester School of Medicine in 1983. From 1983-1984, I served as an intern at the United States Air Force Medical Center at Wright- Patterson Air Force Base in Ohio. From 1984–1987, I worked in and completed the United States Air Force Integrated Residency Program in Psychiatry at Wright State University and Wright-Patterson Air Force Base in Dayton, Ohio. A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit A**.

1

5. I began seeing patients in 1983, and I have been a practicing psychiatrist since 1987 when I completed my residency. Over the last 37 years, I have evaluated, treated, and conducted research with between 600 and 1,000 individuals with gender disorders in person, and over 5,100 patients with gender dysphoria during the course of research-related chart reviews. The vast majority of those patients have been active-duty military personnel or veterans.

6. For three decades, my research and clinical practice has included extensive study of transgender health and care of transgender individuals, including three of the largest studies focused on the health-care needs of transgender service members and veterans. Throughout that time, I have done research with, taught on, and published peer-reviewed professional publications specifically addressing the needs of transgender military service members. *See* Brown Ex. A (CV).

7. I have authored or coauthored 44 papers in peer-reviewed journals and 26 book chapters on topics related to gender dysphoria and transgender healthcare, including the chapter on gender dysphoria in Treatments of Psychiatric Disorders (3d ed. 2001), a definitive medical text published by the American Psychiatric Association, and the chapters on both sexuality and gender in the Merck Manual (from 1999 to present) which is the longest running medical publication in the United States.

8. In 2014, I coauthored a study along with former Surgeon General Joycelyn Elders and other military health experts, including a retired General and a retired Admiral, entitled "Medical Aspects of Transgender Military Service." Elders J, Brown GR, Coleman E, Kolditz TA, *Medical Aspects of Transgender Military Service*. Armed Forces and Society, 41(2): 199–220, 2015; published online ahead of print, DOI: 10.1177/0095327X14545625 (Aug. 2014) ("2014 Report"). The study was published in the military peer-reviewed journal, Armed Forces and Society. A true and correct copy of that report is attached hereto as **Exhibit B**.

9.      I have presented original research work on topics relating to gender dysphoria and the clinical treatment of transgender people nationally and internationally frequently over the past 3 decades.  I have testified or otherwise served as an expert on transgender health issues in cases heard by numerous federal district courts and a federal tax court.  I have provided and continue to provide trainings on transgender health issues for the VHA and previously provided trainings on transgender issues for the Department of Defense.

10.     After the Department of Defense announced the change in policy towards transgender servicemembers in 2016, I conducted the first two large military trainings on the provision of health care to transgender service members.  The first was for the Marine Corps in the spring of 2016.  The second was for a tri-service meeting of several hundred active-duty military clinicians and commanders in the fall of 2016.  Since the issuance of Department of Defense Instruction 1300.28 in October 2016, which, among other things, implemented the policies and procedures in Directive-type Memorandum 16-005 and established a construct by which transgender service members may transition gender while serving, I have also conducted trainings for a national group of military examiners (MEPSCOM) and for Army clinicians at Fort Knox, Kentucky.  I have been centrally involved in the development, writing, and review of all national directives in the VHA relating to the provision of transgender health care for veterans.  Finally, I coauthored the national formulary that lists the medications provided by the VHA for the treatment of gender dysphoria in veterans.

11.     On January 27, 2025, President Donald Trump signed an Executive Order entitled, "Prioritizing Excellence and Readiness."  The Order bars transgender people from military service, even if they have been serving with distinction for many years in uniform.

12. Based on my decades of providing care and treatment for transgender people in the military there is no medical or scientific basis for the assertion that being transgender conflicts with military standards of troop readiness, lethality, cohesion, honesty, humility, uniformity, or integrity.

**GENDER DYSPHORIA**

13. Gender dysphoria is a well-established and recognized medical condition. It describes the condition a transgender person experiences if the individual cannot live in a sex different than their birth sex.

14. The Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association ("DSM-5-TR") (2022) is the current, generally recognized authoritative handbook on the diagnosis of mental disorders relied upon by mental health professionals in the United States, Canada, and other countries. The content of the DSM-5-TR reflects a science-based, peer-reviewed process by experts in the field.

15. The condition of gender dysphoria is included in and defined by the DSM-5-TR.

16. According to the DSM-5-TR, transgender identity is not a mental disorder.

**TREATMENT FOR GENDER DYSPHORIA**

17. Gender dysphoria is highly treatable. With appropriate treatment, individuals with a gender dysphoria diagnosis can be fully cured of all symptoms related to the gender dysphoria diagnosis.

18. Treatment of gender dysphoria is well-established, highly effective, and individualized. It may include pharmacological and surgical components in some cases. The goal in all cases for which there is a treatment plan is to enable the individual to live all aspects of one's life in a sex different than their birth sex.

19. Pharmacological care, when needed, typically includes hormonal reassignment. Surgical care, often referred to as gender confirmation surgery, includes a range of procedures that conform the person's body to be consistent with a sex different than the individual's birth sex. There is a wide range in the treatment sought by those suffering from gender dysphoria. Some need both hormone therapy and surgery, while others need both or neither.

### THERE ARE NO LEGITIMATE MEDICAL JUSTIFICATIONS FOR BANNING TRANSGENDER INDIVIDUALS FROM MILITARY SERVICE

20. Based on my extensive research and experience treating transgender people, most of whom have served this country in uniform, my experience reviewing the medical implications of a ban on transgender service members, and my involvement in implementing the 2016 policies allowing transgender individuals who can meet the rigorous terms of military accessions and retention to serve and continue to serve, it is my opinion that there is no basis for any medical, psychological or values-based objections to service by transgender service members.

### CONCLUSION

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
George R. Brown, M.D.

DATED: 2/2/2025

5