

SECRETARY OF DEFENSE
1000 DEFENSE PENTAGON
WASHINGTON, DC 20301-1000

FEB - 7 2025

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
                               COMMANDERS OF THE COMBATANT COMMANDS
                               DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT: Prioritizing Military Excellence and Readiness

       The Department of Defense's (DoD) mission requires Service members to abide by strict mental and physical standards. The lethality, readiness, and warfighting capability of our Force depends on Service members meeting those standards.

       The Department must ensure it is building "One Force" without subgroups defined by anything other than ability or mission adherence. Efforts to split our troops along lines of identity weaken our Force and make us vulnerable. Such efforts must not be tolerated or accommodated.

       As the President clearly stated in Executive Order 14183, "Prioritizing Military Excellence and Readiness," January 27, 2025: "Expressing a false 'gender identity' divergent from an individual's sex cannot satisfy the rigorous standards necessary for Military Service."

       Effective immediately, all new accessions for individuals with a history of gender dysphoria are paused, and all unscheduled, scheduled, or planned medical procedures associated with affirming or facilitating a gender transition for Service members are paused.[1]

       Individuals with gender dysphoria have volunteered to serve our country and will be treated with dignity and respect. The Under Secretary of Defense for Personnel and Readiness is authorized and delegated the authority to provide additional policy and implementation guidance outside of the normal DoD issuance process, including guidance regarding service by Service members with a current diagnosis or history of gender dysphoria, to implement this direction.

*[signature]*

---

[1] For the purposes of this guidance, these procedures include unscheduled, scheduled, or planned genital reconstruction surgery associated with gender transition, gender affirming surgery, sex reassignment surgery, or newly initiated gender-affirming hormone therapy.



OSD000959-25/CMD001366-25