AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Nicolas Talbott, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:25-cv-00240-ACR |
| Donald J. Trump, et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date:   02/12/2025

*Attorney's signature*

Sara E. Kropf (DC Bar No. 481501)
*Printed name and bar number*

Kropf Moseley PLLC
1100 H Street NW
Suite 1220
Washington DC 20005
*Address*

sara@kmlawfirm.com
*E-mail address*

(202) 627-6900
*Telephone number*

*FAX number*