IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et.al.*<br><br>　　*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　*Defendants*. | No. 1:25-cv-240-ACR |

**NOTICE PURSUANT TO THE COURT'S ORDER**

　　The Court's February 5, 2025 Minute Order requires Defendants to notify Plaintiffs and the Court of any policy or guidance implementing Executive Orders 14168 or 14183.

　　At this time, Defendants are aware of the following such documents (new item(s) in **bold**):

| Date | Description |
|---|---|
| 28 Jan 2025 | Dep't of the Navy, Navy Recruiting Command, *Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender*.[1] |
| 31 Jan 2025 | Secretary of Defense, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[2] |
| 04 Feb 2025 | Dep't of the Air Force, Office of the Assistant Secretary, *Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[3] |
| 04 Feb 2025 | Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: *Implementing Guidance for Executive Order Defending Women*.[4] |
| 07 Feb 2025 | Secretary of Defense, *Prioritizing Military Excellence and Readiness*.[5] |
| **07 Feb 2025** | **Dep't of the Army, *Implementation of Executive Orders Related to Transgender Military Service*.[6]** |

---

[1] *See* ECF No. 14-2 at 2.

[2] *See* ECF No. 14-3 at 2–3.

[3] *See* https://www.af.mil/News/Article-Display/Article/4054626/daf-releases-memorandum-on-implementation-of-executive-order-14168-defending-wo/

[4] *See* ECF No. 23-1.

[5] *See* ECF No. 33-1.

[6] Attached as Exhibit 1.

In accordance with the Court's order, Defendants will continue to update this list as additional policies or guidance are promulgated.

Dated: February 12, 2025         Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ALEX HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Jason C. Lynch*
JASON C. LYNCH
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1359
Jason.Lynch@usdoj.gov

*Counsel for Defendants*