# Exhibit 4

# Health Data on Active Duty Service Members with Gender Dysphoria

Comparison health care data with statistical analysis, deployment, treatment plan, surgical recovery times, separation data and cost data

December 13 2017

ADMINISTRATIVE_RECORD_003011

# Gender Dysphoria (GD) Medical Utilization Comparisons Methodology

- Reviewed select medical utilization (i.e., mental health visits/admissions, hormones, surgical and other procedures) for the Study Group of 994 TG service members with GD
  - Limited the group studied to those in an Active Duty or Activated Guard status for the entire period of time from FY16 to current (July 2017)
- Final GD Study Group = 691
  - Study Period: Oct 2015 to July 2017 (22 months)

2

ADMINISTRATIVE_RECORD_003012

# Medical Utilization Comparisons Methodology

Created two control groups:

- **"MH+ Control Group"** - Matched 5:1 with non-TG service members by:
  - Major Depressive Disorder (Yes/No)
  - Anxiety (Yes/No)
  - Adjustment Disorder (Yes/No)
  - Matching included gender, age group (<25, 25-40, 40+), rank group, Service
  - MH+ Control Cohort = 3,455
- **"AG Control Group"** - Matched 5:1 with non-TG service members by:
  - Matching included age group (<25, 25-40, 40+) and gender
  - AG Control Cohort = 3,455
- Study Period Oct 2015 – July 2017

3

ADMINISTRATIVE_RECORD_003013

# Study Group Descriptive Data

| | | STUDY GROUP Count | STUDY GROUP Percentage |
|---|---|---|---|
| **Study Group Size** | **N** | **691** | **100%** |
| **Age Group** | <25 | 281 | 41% |
| | 25-40 | 388 | 56% |
| | 40> | 22 | 3% |
| **Gender** | Female | 349 | 51% |
| | Male | 342 | 49% |
| **Sponsor Service** | Army | 226 | 33% |
| | Air Force | 188 | 27% |
| | Marines | 38 | 5% |
| | Navy | 216 | 31% |
| | Other | 23 | 3% |
| **Rank Group** | Jr Enlisted | 354 | 51% |
| | Sn Enlisted | 293 | 42% |
| | Officer | 44 | 6% |

4

# Descriptive Data (continued)

| | | STUDY COHORT Count | STUDY COHORT Percentage |
|---|---|---|---|
| Study Group Size | N | 691 | 100% |
| Major Depressive Disorder | No | 529 | 77% |
| | Yes | 162 | 23% |
| Adjustment Disorder | No | 488 | 71% |
| | Yes | 203 | 29% |
| Anxiety Disorder | No | 543 | 79% |
| | Yes | 148 | 21% |

- The Age-Gender matched 'AG Control Group' - Major Depressive Disorder, Anxiety, and Adjustment were not very prevalent

ADMINISTRATIVE_RECORD_003015

# Regression Analysis

- Multiple regression models were run for both control groups to assess if there is significant difference between the study and control groups regarding psychotherapy and any mental health utilization.
- Dependent Variables of Interest
  - Psychotherapy visits
  - Any mental health visits
- Regressions controlled for combinations of the following independent variables:
  - Age Group
  - Gender
  - Rank (officer vs. enlisted)
  - Service
  - Presence of MH Conditions
    - Major Depressive Disorder, Anxiety or Adjustment

6

ADMINISTRATIVE_RECORD_003016

# Summary of Results: Psychotherapy Encounters

| | | STUDY GROUP (n=691) | | MH+ CONTROL GROUP (n=3455) | | AG CONTROL GROUP (n=3455) | |
|---|---|---|---|---|---|---|---|
| | | Outpatient (Oct 2015-July 2017) | | Outpatient (Oct 2015-July 2017) | | Outpatient (Oct 2015-July 2017) | |
| | | Avg. Encounters per service member | Total Encounters | Avg. Encounters per service member | Total Encounters | Avg. Encounters per service member | Total Encounters |
| Psychotherapy | | 20.4 | 14,088 | 7.9 | 27,237 | 1.99 | 6,864 |

- After controlling for age, sex, rank, service, and presence of any of the three mental health disorders (MDD, Anxiety, Adjustment), there is a **statistically significant** effect in psychotherapy utilization between study group and both control groups.
  - Individuals in the Study Group (GD) on average generate **13 more psychotherapy encounters** over a **22 month period**.
  - The Study Group had 2.5 x the number of psychotherapy visits than the MH control group and 10 x the number of visits than the age and gender matched control group

ADMINISTRATIVE_RECORD_003017

# Summary of Results: Any Mental Health Encounters

| | | STUDY GROUP (n=691) | | MH+ CONTROL GROUP (n=3455) | | AG CONTROL GROUP (n=3455) | |
|---|---|---|---|---|---|---|---|
| | | Outpatient (Oct 2015-July 2017) | | Outpatient (Oct 2015-July 2017) | | Outpatient (Oct 2015-July 2017) | |
| | | Avg. Encounters per service member | Total Encounters | Avg. Encounters per service member | Total Encounters | Avg. Encounters per service member | Total Encounters |
| Any Mental Health | | **28.1** | 19,379 | **10.7** | 36,818 | **2.69** | 9,297 |

- After controlling for age, sex, rank, service, and presence of any of the three mental health disorders (MDD, Anxiety, Adjustment), there is a **statistically significant** effect in mental health utilization between study group and both control groups.
  - Individuals in the Study Group (GD) on average generate **18 more mental encounters** over a **22 month period**.
  - The Study Group had 9 x the number of MH visits than the age and gender matched group
  - The Study Group had over 2.5 x as many MH visits as the MH control group

ADMINISTRATIVE_RECORD_003018

# Summary of Results: Suicidal Ideation

| | STUDY GROUP (n=691) | | MH+ CONTROL GROUP (n=3455) | | AG CONTROL GROUP (n=3455) | |
|---|---|---|---|---|---|---|
| | **(Inpatient and Outpatient) (Oct 2015-July 2017)** | | **(Inpatient and Outpatient) (Oct 2015-July 2017)** | | **(Inpatient and Outpatient) (Oct 2015-July 2017)** | |
| | Individuals Receiving Treatment | Percentage | Individuals Receiving Treatment | Percentage | Individuals Receiving Treatment | Percentage |
| Suicidal Ideation | **81** | 12% | **235** | 7% | **52** | 1.5% |

- Also ran multiple logistic regressions to calculate the odds ratio of suicidal ideation while controlling for age and gender.
  - Only 12% of our Study Group reported suicidal ideation compared to the 25% reported in one civilian sector study.
  - The Study Group had an 8 x higher rate of suicide ideation than age and gender matched AD SMs over a 22 month period.
    - **Result is statistically significant**
    - Note: The AG Control Group did not have sufficient suicidal ideation prevalence for analysis.

9

# DEPLOYMENT DATA

10

ADMINISTRATIVE_RECORD_003020

# Study Group Deployment History

**994**
- Service members with a primary diagnosis of gender dysphoria – FY2016 to July 2017

**393**
- Deployed in support of OEF/OIF/OND (OCONUS)

**114**
- Deployed following a primary diagnosis of gender dysphoria

**69**
- Deployed following a primary diagnosis of gender dysphoria AND after July 1, 2016

11

ADMINISTRATIVE_RECORD_003021

# Cohort Deployment History

**114**
- Deployed following a primary diagnosis of gender dysphoria

**6**
- Were medically evacuated from CENTCON following a primary diagnosis of gender dysphoria
- 4 had a mental health diagnosis identified as the reason for evacuation

**69**
- Deployed following a primary diagnosis of gender dysphoria AND after July 1, 2016

**3**
- Were medically evacuated from CENTCOM following a primary diagnosis of gender dysphoria AND after July 1, 2016
- 1 had a mental health diagnosis identified as the reason for evacuation

12

ADMINISTRATIVE_RECORD_003022

# TREATMENT PLAN DATA

13

ADMINISTRATIVE_RECORD_003023

# Service Data Request

- Data collection will cover the time period from **September 1, 2016, to August 31, 2017**
- Data request included:
  - Number of SMs with approved treatment plans
  - Number of SMs receiving psychotherapy and cross-sex hormones as part of the treatment plan
  - Number of SMs with sex reassignment surgery as part of the treatment plan
  - Total number of profiles/LIMDUs and days on restricted duty for each transitioning SM
  - Total number of days on profile/LIMDU/restricted duty
- Army, Navy and Air Force coordinated definitions and methodologies of collection for data elements

14

# Service Data – Approved Treatment Plans*



| | | ARMY | NAVY | AIR FORCE |
|---|---|---|---|---|
| **Number of Service Members with surgeries as part of treatment plan^** | | 65 | 190 | 58 |
| **Percent of Treatment Plans with surgery included** | | 72% | 77% | 67% |

*Services only had access to treatment plans submitted to their TG care teams (TGCT/MMDT)
^A Civilian study shows that 23% of MtF  and 2% FtM TG individuals initially wanting surgery actually have surgery.

15

ADMINISTRATIVE_RECORD_003025

# SERVICE DATA – Types of Surgeries Included in Treatment Plans

| | ARMY | NAVY | AIR FORCE |
|---|---|---|---|
| Hysterectomy/Oophorectomy | ** | 97 | 14 |
| Orchiectomy | ** | 61 | 12 |
| Mastectomy/Augmentation | ** | 113 | 38 |
| Genital Reassignment | ** | 118 | 19 |
| Other | - | - | 27 |

*  An individual service member may have more than one surgical procedure in their treatment plan
** Army responded this level of detail is not consistently provided or individualized in proposed medical treatment plans on file.

ADMINISTRATIVE_RECORD_003026

# SERVICE DATA – Profiles/LIMDUs/Restricted Duty

| | ARMY* | NAVY** | AIR FORCE*** |
|---|---|---|---|
| **Number of Service Members with a diagnosis of Gender Dysphoria on Profile/LIMDU/Restricted Duty** | **87 (90)** | **22 (248)** | **52 (86)** |
| **Average Number of Profiles/LIMDUs/Restricted Duty per transitioning SM** | **3.4** | **0.1** | **1.9** |
| **Average number of days a transitioning Service Member is in a Profile/LIMDU/Restricted Duty status** | **167.4** | 1-90 — 3 <br> 90-180 — 12 <br> 180-270 — 3 <br> 270-360 — 2 <br> >360 — 2 | **159** |
| **Range of Days on Profile** | **0 - 537** | **1 - 360+** | **1 - 365** |

\* **Army** – profiles for SMs with GD; indication for profile not known; could be for transition or for other indications.
\*\* **Navy** - policy dictates no LIMDU for gender transition.  All LIMDUs are for non-transition indications.  SMs undergoing transition are non-deployable for the first 3 to 6 months of hormone therapy but not put on LIMDU.  Navy provided Avg. Number of days on LIMDU in block times.
\*\*\* **Air Force** -  profiles are for transition.

17

ADMINISTRATIVE_RECORD_003027

# SURGICAL RECOVERY TIME DATA

18

ADMINISTRATIVE_RECORD_003028

# Estimated Recovery Times, by Surgery*

| Selected Surgical Procedure | Average Recovery Time (assumes no complications) | Notes |
|---|---|---|
| Hysterectomy*/** (laparoscopic approach, recommended) | 4 weeks desk job<br>6-8 weeks unrestricted activity | (data for all indications)<br>Major complication = 9.5%<br>Minor complication = 28% |
| Hysterectomy* (abdominal approach) with or w/o Oophorectomy | 6-8 weeks | (data for all indications)<br>Major complication = 6%<br>Minor complication = 27% |
| Chest masculinization* (Mastectomy) | 2-4 weeks (desk job)<br>4-6 weeks (physically demanding job) | Low complications |
| Orchiectomy* | 3-4 weeks desk job<br>6 weeks unrestricted activity | Very low complications |
| Vaginoplasty** | 6 weeks desk jobs (some restrictions)<br>6-8 weeks resume physical activity<br>3 months for unrestricted activity | • Recommend stay in area of hospital where procedure performed for up to 2 weeks<br>• Major complications  1.5%-10%<br>• Minor complications ~25%,self limiting |
| Phalloplasty** (2 stages, 2nd surg 9-12 mos later) | 6 weeks desk job<br>8-12 weeks return to activity<br>3 months unrestricted | • Recommends stay in area of hospital where procedure performed for up to 3 weeks/complications 10-80% |
| Metoidioplasty** (2 stages, 2nd stage performed >/=3 mos later) | 3 weeks desk job<br>6 weeks return to activity<br>8 weeks unrestricted | • Recommends stay in area of hospital where procedure performed for up to 3 weeks<br>• <5% complication rate |

*From Mayo Clinic, UCSF Center of Excellence for Transgender Health websites and **Dr. Loren Schechter

19

# Estimated Recovery Time for Vaginoplasty from Two SHCP Waiver Requests*,**

| PROCEDURE | CENTER | RECOVERY TIMES | | | | |
|---|---|---|---|---|---|---|
| | | Inpatient | Post-op Bedrest | Con leave | Light duty | Non-deployable |
| **Vaginoplasty** | Papillon Center New Hope, PA | 6 days | 3 days | 6 weeks | 2-3 months | 6 months |
| | | | | | | |
| **Vaginoplasty** | Papillon Center | 6 days | 3 days | 6 weeks | 2-3 months | 6 months |

*Times are not cumulative; total non-deployable = 6 months*
**Information from the Defense Health Agency**

20

ADMINISTRATIVE_RECORD_003030

# Surgeries in Study Group, FY2016 to Present Includes Direct Care and Purchased Care

| SERVICE | | Resection of Uterus/ Hysterectomy | Mastectomy | Excision Procedures on the Testes | Totals |
|---|---|---|---|---|---|
| Air Force | Active Duty | 3 | | | 3 |
| Army | Active Duty | 6 | 5 | 2 | 13 |
| | Guard/Reserve | | 1 | | 1 |
| Marine Corps | Active Duty | 1 | 6 | | 7 |
| Navy | Active Duty | 4 | 3 | 2 | 9 |
| | Guard/Reserve | 1 | | | 1 |
| Totals | | **15** | **15** | **4** | **34** |

33 procedures were performed in MTFs, 1 in Purchased Care.
Of the 34 procedures performed, 25 were for an indication of GD

21

ADMINISTRATIVE_RECORD_003031

# Time to Return to Full Duty After Transition Surgery in MTFs

- The Services and NCR were requested to provide actual recovery times (times to return to full duty) for gender transition surgeries performed in the MTFs

- Surgeries performed included mastectomies, hysterectomies, orchiectomies and facial feminization

- Recovery times were available for 36 procedures performed in 13 different MTFs
  - 6 Army
  - 4 Navy
  - 1 Air Force
  - 2 NCR

ADMINISTRATIVE_RECORD_003032

# MASTECTOMY

## CPT Code 19303-19304

| | Primary Procedure Code | # Days to Full Duty | Comments |
|---|---|---|---|
| Army | 19303 | 30 | |
| Army | 19303 | 14 | |
| Army | 19304 | 75 | |
| Army | 19394 | 42 | |
| Army | 19304 | 28 | |
| Army | 19304 | 27 | |
| Navy | 19303 | 42 | **Average # Days = 39** |
| Navy | 19303 | 42 | **Range 14 - 75** |
| Navy | 19303 | 42 | |
| Navy | 19303 | 42 | |
| Navy | 19304 | 42 | |
| Navy | 19303 | 42 | |
| Navy | 19303 | 42 | |
| Navy | 19303 | 42 | |
| Navy | 19304 | 42 | |
| NCR | 19304 | 30 | |

23

ADMINISTRATIVE_RECORD_003033

# HYSTERECTOMY

## CPT Code OUT9FZZ

| | Primary Procedure Code | # Days to Full Duty | Comments |
|---|---|---|---|
| Army | OUT9FZZ | 68 | |
| Army | OUT9FZZ | 42 | |
| Army | OUT9FZZ | 42 | |
| Army | OUT9FZZ | 87 | |
| Army | OUT9FZZ | 96 | |
| Navy | OUT9FZZ | 56 | **Average # Days = 67** |
| Navy | OUT9FZZ | 56 | **Range 30 – 237** |
| Navy | OUT9FZZ | 56 | |
| Navy | OUT9FZZ | 56 | |
| Navy | OUT9FZZ | 60 | **(Avg # days w/o** |
| Navy | OUT9FZZ | 45 | **AF = 55)** |
| Navy | OUT9FZZ | 45 | |
| Air Force | OUT9FZZ | 237 | |
| NCR | OUT9FZZ | 31 | |
| NCR | 58262 | 30 | |

24

ADMINISTRATIVE_RECORD_003034

# ORCHIECTOMY
## CPT Code 54520

| | Primary Procedure Code | # Days to Full Duty | Comments |
|---|---|---|---|
| Army | 54520 | 45 | Average # days = 38.3 Range 35-45 |
| Navy | 54520 | 35 | |
| Navy | 54520 | 35 | |

# OTHER PROCEDURES

| | Procedure (s) | # Days to Full Duty | Comments |
|---|---|---|---|
| Army | Facial Feminization | 42 | 1 case |
| Army | Hysterectomy & Mastectomy | 89 | Procedures performed two months apart |

25

# SEPARATION DATA

26

ADMINISTRATIVE_RECORD_003036

# Separation Data

| | |
|---|---|
| **Cohort members** | 993* |
| **Cohort members that are continuously AD 10/1/2015-7/1/2017** | 691 |
| **Cohort members who may have separated** | 302 |
| **Cohort members who may have separated in separation file** | 194 |
| **Unknown** | 108 |

*1 of the original 994 was not found in DEERS

27

ADMINISTRATIVE_RECORD_003037

# Reason for Separation
## High to Low Comparison

## Study Cohort

| | Frequency | Percent |
|---|---|---|
| Expiration of term of service | 74 | 38.14 |
| Temporary disability retirement | 19 | 9.79 |
| Permanent disability retirement | 12 | 6.19 |
| Unqualified for active duty, other | 9 | 4.64 |
| Disability, severance pay | 8 | 4.12 |
| Retirement, 20 to 30 years of service | 8 | 4.12 |
| Drugs | 8 | 4.12 |
| Early release, in the national interest | 7 | 3.61 |
| Character or behavior disorder | 7 | 3.61 |
| Officer commissioning program | 6 | 3.09 |
| Failure to meet weight or body fat standards | 5 | 2.58 |
| Military service academy | 4 | 2.06 |
| Pattern of minor disciplinary infractions | 3 | 1.55 |
| Commission of a serious offense | 3 | 1.55 |
| Failure to meet minimum qualifications for retention | 3 | 1.55 |
| Other | 3 | 1.55 |
| Alcoholism | 2 | 1.03 |
| Court-martial | 2 | 1.03 |
| Juvenile offender | 2 | 1.03 |
| Erroneous enlistment or induction | 2 | 1.03 |
| Condition existing prior to service | 1 | 0.52 |
| Discreditable incidents, civilian or military | 1 | 0.52 |
| Unfitness, reason unknown | 1 | 0.52 |
| Unsatisfactory performance (former Expeditious Discharge program) | 1 | 0.52 |
| Entry level performance and conduct (former Trainee Discharge program) | 1 | 0.52 |
| Secretarial authority | 1 | 0.52 |
| Breach of contract | 1 | 0.52 |
| Total | 194 | |

## Percentages of all Separations for the Same reasons from 10/1/2015 - 7/1/2017
(not matched, taken from entire set of 408,409 SMs separated)

| | Frequency | Percent |
|---|---|---|
| Expiration of term of service | 197,959 | 48.47 |
| Retirement, 20 to 30 years of service | 39,925 | 9.78 |
| Unqualified for active duty, other | 18,979 | 4.65 |
| Disability, severance pay | 11,480 | 2.81 |
| Permanent disability retirement | 10,801 | 2.64 |
| Temporary disability retirement | 10,408 | 2.55 |
| Officer commissioning program | 9,691 | 2.37 |
| Entry level performance and conduct (former Trainee Discharge program) | 9,176 | 2.25 |
| Unsatisfactory performance (former Expeditious Discharge program) | 9,061 | 2.22 |
| Drugs | 8,836 | 2.16 |
| Early release, in the national interest | 8,603 | 2.11 |
| Commission of a serious offense | 6,979 | 1.71 |
| Failure to meet weight or body fat standards | 6,064 | 1.48 |
| Other | 5,147 | 1.26 |
| Erroneous enlistment or induction | 4,105 | 1.01 |
| Discreditable incidents, civilian or military | 3,538 | 0.87 |
| Juvenile offender | 2,618 | 0.64 |
| Character or behavior disorder | 2,480 | 0.61 |
| Failure to meet minimum qualifications for retention | 2,386 | 0.58 |
| Pattern of minor disciplinary infractions | 1,508 | 0.37 |
| Court-martial | 1,216 | 0.3 |
| Military service academy | 1,213 | 0.3 |
| Alcoholism | 1,081 | 0.26 |
| Unfitness, reason unknown | 692 | 0.17 |
| Secretarial authority | 624 | 0.15 |
| Condition existing prior to service | 475 | 0.12 |
| Breach of contract | 135 | 0.03 |

28

ADMINISTRATIVE_RECORD_003038

# Reason for Separation
## Alphabetical Comparison

## Study Cohort

| | Frequency | Percent |
|---|---|---|
| Alcoholism | 2 | 1.03 |
| Breach of contract | 1 | 0.52 |
| Character or behavior disorder | 7 | 3.61 |
| Commission of a serious offense | 3 | 1.55 |
| Condition existing prior to service | 1 | 0.52 |
| Court-martial | 2 | 1.03 |
| Disability, severance pay | 8 | 4.12 |
| Discreditable incidents, civilian or military | 1 | 0.52 |
| Drugs | 8 | 4.12 |
| Early release, in the national interest | 7 | 3.61 |
| Entry level performance and conduct (former Trainee Discharge program) | 1 | 0.52 |
| Erroneous enlistment or induction | 2 | 1.03 |
| Expiration of term of service | 74 | 38.14 |
| Failure to meet minimum qualifications for retention | 3 | 1.55 |
| Failure to meet weight or body fat standards | 5 | 2.58 |
| Juvenile offender | 2 | 1.03 |
| Military service academy | 4 | 2.06 |
| Officer commissioning program | 6 | 3.09 |
| Other | 3 | 1.55 |
| Pattern of minor disciplinary infractions | 3 | 1.55 |
| Permanent disability retirement | 12 | 6.19 |
| Retirement, 20 to 30 years of service | 8 | 4.12 |
| Secretarial authority | 1 | 0.52 |
| Temporary disability retirement | 19 | 9.79 |
| Unfitness, reason unknown | 1 | 0.52 |
| Unqualified for active duty, other | 9 | 4.64 |
| Unsatisfactory performance (former Expeditious Discharge program) | 1 | 0.52 |
| Total | 194 | |

## Percentages of All Separations for the Same Reasons from 10/1/2015 - 7/1/2017 (not matched, taken from entire set of 408,409 SMs separated)

| | Frequency | Percent |
|---|---|---|
| Alcoholism | 1,081 | 0.26 |
| AWOL or desertion | 284 | 0.07 |
| Breach of contract | 135 | 0.03 |
| Character or behavior disorder | 2,480 | 0.61 |
| Civil court conviction | 267 | 0.07 |
| Commission of a serious offense | 6,979 | 1.71 |
| Condition existing prior to service | 475 | 0.12 |
| Court-martial | 1,216 | 0.3 |
| Disability, severance pay | 11,480 | 2.81 |
| Discreditable incidents, civilian or military | 3,538 | 0.87 |
| Drugs | 8,836 | 2.16 |
| Early release, in the national interest | 8,603 | 2.11 |
| Entry level performance and conduct (former Trainee Discharge program) | 9,176 | 2.25 |
| Erroneous enlistment or induction | 4,105 | 1.01 |
| Expiration of term of service | 197,959 | 48.47 |
| Failure to meet minimum qualifications for retention | 2,386 | 0.58 |
| Failure to meet weight or body fat standards | 6,064 | 1.48 |
| Juvenile offender | 2,618 | 0.64 |
| Military service academy | 1,213 | 0.3 |
| Officer commissioning program | 9,691 | 2.37 |
| Other | 5,147 | 1.26 |
| Pattern of minor disciplinary infractions | 1,508 | 0.37 |
| Permanent disability retirement | 10,801 | 2.64 |
| Retirement, 20 to 30 years of service | 39,925 | 9.78 |
| Secretarial authority | 624 | 0.15 |
| Temporary disability retirement | 10,408 | 2.55 |
| Unfitness, reason unknown | 692 | 0.17 |
| Unqualified for active duty, other | 18,979 | 4.65 |
| Unsatisfactory performance (former Expeditious Discharge program) | 9,061 | 2.22 |

29

# COST DATA

30

ADMINISTRATIVE_RECORD_003040

# Cost of Services for Gender Dysphoria

## (Purchased Care Paid Costs; Direct Care Estimated Costs)

|  | FY14 | FY15 | FY16 | FY17 | TOTAL |
|---|---|---|---|---|---|
| **Direct Care** | $ 82,558 | $ 83,563 | $ 650,492 | $ 2,172,849 | $ 2,989,462 |
| **Purchased Care** | $ 5,421 | $ 3,884 | $ 10,094 | $ 16,509 | $ 35,908 |
| **Pharmacy** | $ 1,264 | $ 2,693 | $ 3,406 | $ 6,130 | $ 13,493 |
| **TOTAL** | $ 89,243 | $ 90,140 | $ 663,992 | $ 2,195,488 | $ 3,038,863 |

31

# Average Health Care Expenditures:
## Transgender Active Duty (TRICARE Prime) vs Average Active Duty



*Source: M2 (Purchased Care: Inpatient (TED-I); Professional (TED-NI)); (Direct Care: Inpatient (SIDR); Professional (CAPER)); Pharmacy (PDTS); Population (DEERS)*

ADMINISTRATIVE_RECORD_003042