**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT, ERICA VANDAL, KATE
COLE, GORDON HERRERO, DANY
DANRIDGE, JAMIE HASH, KODA NATURE, and
CAEL NEARY,

        *Plaintiffs*,

    v.

DONALD J. TRUMP, in his official capacity as
President of the United States; the UNITED
STATES OF AMERICA; PETER B. HEGSETH, in
his official capacity as Secretary of Defense; MARK
AVERILL, in his official capacity as Acting
Secretary of the Army; the UNITED STATES
DEPARTMENT OF THE ARMY; TERENCE
EMMERT, in his official capacity as Acting
Secretary of the Navy; the UNITED STATES
DEPARTMENT OF THE NAVY; GARY
ASHWORTH, in his official capacity as Acting
Secretary of the Air Force; the UNITED STATES
DEPARTMENT OF THE AIR FORCE; TELITA
CROSLAND, in her official capacity as Director of
the Defense Health Agency; and the DEFENSE
HEALTH AGENCY,

        *Defendants*.

No. 1:25-cv-240-ACR

**[PROPOSED] ORDER**

The motion of Constitutional Accountability Center for leave to file an *amicus curiae*

brief in support of Plaintiffs' motion for preliminary injuncion is GRANTED.

**SO ORDERED.**

Dated: _____

_____
ANA C. REYES
United States District Judge