AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Talbott, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00240-ACR |
| Trump, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frank Kendall and Christine Wormuth   .

Date:   02/14/2025

*Attorney's signature*

Andrew T. Tutt (DC Bar No. 1026916)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001

*Address*

andrew.tutt@arnoldporter.com
*E-mail address*

(202) 942-5242
*Telephone number*

(202) 942-5999
*FAX number*