IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICHOLAS TALBOTT, et al.,

*Plaintiffs,*

v.

DONALD J. TRUMP, et al.,

*Defendants*.

Civil Action No. 25-cv-240-ACR

**[PROPOSED] ORDER**

Upon consideration of the motion of former military department secretaries for leave to file as *amicus curiae,* it is hereby

ORDERED that the motion of the former military department secretaries for leave to filed as *amicus curiae* is GRANTED.

Date:_____

_____
ANA C. REYES
United States District Judge