IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 25-cv-240-ACR |
| Defendants. | ) | |

## DECLARATION OF MICHAEL HALEY

I, Michael Haley, declare as follows:

1.    All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2.    I am an attorney representing plaintiffs in this matter.

3.    In cooperation with staff and volunteers, I have researched and compiled the

following instances of the Trump Administration's bare desire to harm transgender people.

4.      Attached hereto as **Exhibit A** is a true and correct copy of "Health info wiped from federal websites following Trump order targeting transgender rights," dated January 31, 2025, obtained from the website https://www.pbs.org/newshour/health/health-info-wiped-from-federal-websites-following-trump-order-targeting-transgender-rights on February 10, 2025.

5.      Attached hereto as **Exhibit B** is a true and correct copy of "DOJ ordered review of 'gender ideology' compliance at child safety authority," dated February 7, 2025, obtained from the website https://www.nbcnews.com/politics/donald-trump/doj-orders-child-safety-authority-comply-trumps-gender-ideology-order-rcna191282 on February 10, 2025.

6.      Attached hereto as **Exhibit C** is a true and correct copy of "Mentions of trans kids scrubbed from national child safety clearinghouse website," dated February 7, 2025, obtained from the website https://www.theverge.com/policy/608278/ncmec-removes-reports-lgbtq-transgender-children-government-funding-threats on February 10, 2025.

7.      Attached hereto as **Exhibit D** is a true and correct copy of "Government agencies scrub LGBTQ web pages and remove info about trans and intersex people," dated February 3, 2025, obtained from the website https://www.nbcnews.com/nbc-out/out-politics-and-policy/government-agencies-scrub-lgbtq-web-pages-remove-info-trans-intersex-p-rcna190519 on February 10, 2025.

8.      Attached hereto as **Exhibit E** is a true and correct copy of "Federal government scrubs transgender language from websites," dated February 4, 2025, obtained from the website https://www.catholicnewsagency.com/news/262005/federal-government-scrubs-transgender-language-from-websites on February 10, 2025.

9.      Attached hereto as **Exhibit F** is a true and correct copy of "C.D.C. Site Restores

Some Purged Files After 'Gender Ideology' Ban Outcry," dated February 3, 2025, obtained from

the website https://www.nytimes.com/2025/02/03/health/trump-gender-ideology-research.html

on February 10, 2025.

10.     Attached hereto as **Exhibit G** is a true and correct copy of "Trump Is Purging

Federal Websites of LGBTQ+ Content. Here's What's Been Affected So Far," dated February 7,

2025, obtained from the website https://www.them.us/story/trump-administration-federal-

websites-lgbtq-content-deleted-cdc-doe-usaid on February 10, 2025.

11.     Attached hereto as **Exhibit H** is a true and correct copy of "Army museum covers

display honoring transgender soldiers," dated February 7, 2025, obtained from the website

https://www.the-independent.com/news/world/americas/army-museum-transgender-soldiers-

b2694440.html on February 10, 2025.

12.     Attached hereto as **Exhibit I** is a true and correct copy of "The NSA's 'Big

Delete,'" dated February 10, 2025, obtained from the website https://popular.info/p/the-nsas-big-

delete?utm_campaign=post&utm_medium=web on February 10, 2025.

13.     Attached hereto as **Exhibit J** is a true and correct copy of "They trained on

diversity under Trump. Now he's punishing them for it," dated February 7, 2025, obtained from

the website https://www.washingtonpost.com/education/2025/02/10/education-department-dei-

devos/ on February 10, 2025.

14.     Attached hereto as **Exhibit K** is a true and correct copy of "'Transgender' and

'queer' erased from Stonewall Uprising national monument website," dated February 13, 2025,

obtained from the website https://www.cnn.com/2025/02/13/us/stonewall-inn-national-

monument-transgender/index.html on February 14, 2025.

15.     I have personally verified using the Wayback Machine internet archive that the

State Department's website that formerly provided advice for "LGBTQI+ Travelers" now only

provides advice for "LGB Travelers." Similarly, a State Department web page providing

"Resources for LGBTQI+ Prospective Adoptive Parents" now only provides resources for "LGB

Prospective Adoptive Parents."

16.     I have personally verified using the Wayback Machine internet archive that the

U.S. Census Bureau previously hosted a website titled "Sexual Orientation & Gender Identity

(SOGI), which is now no longer available.

17.     I have personally verified using the Wayback Machine internet archive that the

U.S. Bureau of Prisons website formerly hosted a "Transgender Inmate Manual," which is now

no longer available.

18.     I have personally verified using the Wayback Machine internet archive that the

Social Security Administration formerly hosted a website formerly hosted a page about "Social

Security for LGBTQI+ People," Which now only refers to "LGBQ People."

19.     I have personally verified using the Wayback Machine internet archive that

stopbullying.gov, a website hosted by the Department of Health and Human Services, formerly

offered dedicated tags for articles on "LGBT Youth" and "Transgender" bullying, which now

only point to "Page not found" results.


[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

I declare under penalty of perjury that the foregoing is true and correct.


Date: February 13, 2025

Michael Haley