# EXHIBIT H

**INDEPENDENT**

Support Now

Menu

NEWS  SPORTS  TRAVEL  PREMIUM

News > World > Americas

# Army museum covers up display honoring transgender soldiers

Officials are waiting for guidance as to whether the section on transgender soldiers needs to be removed indefinitely

**Michelle Del Rey** Washington D.C.  •  Friday 07 February 2025 20:12 EST  •  2 Comments

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

Not now    Yes please



Trump signs order banning transgender women from female sports

## Your support helps us to tell the story

Read more



**Read more**

The U.S. Army Women's Museum in Virginia had a display honoring the history of transgender soldiers in the military until Trump's anti-DEI push.

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

The display is the only one of its kind in a system of 30 Army museums and discusses the history of transgender soldiers in the military branch.

On Tuesday, it was shielded from public view using brown paper, which was later changed out for a layer of black plastic, a spokesperson for the museum told *The Independent*. The order came from the Center of Military History to ensure the

museum's contents come after Trump signed an executive order on diversity, equity and inclusion.

Officials at the museum told *The Independent* that they were waiting for guidance as to whether the section of exhibits and the memorial plaques are to be removed indefinitely. *The Independent* has contacted the Army's Center of Military History for additional information.

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

Earlier in the week, pictures circulating on social media showed the National Cryptologic Museum had also concealed plaques celebrating women and people of color who had served the National Security Agency in response to the order.

**RECOMMENDED**

**The Epstein list: The biggest revelations from unsealed court records so far**

**John Oliver breaks down cost of Trump's proposed mass deportations for Americans**

**2024 Buick's Are Turning Heads**

Sponsored | SearchTopics | Search Ads

**Enlarged Prostate Has Nothing To Do With Age: Just Stop Doing This One Common Thing!**

Sponsored | EZ Pro

Powered by Taboola

The Army museum's display features a photo of Army Captain Jennifer Peace, one of the first openly trans Army officers, on top of the written history of transgender service members. Peace is one of roughly 15,000 transgender soldiers currently serving in the military.

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

A  issued in July 2016, when then-Secretary of the Army Eric Fanning declared transgender soldiers co

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

📷 2

A close-up of the storyboard that has now been shielded from the public *(Erin P Van Beveren)*

"The Army is open to all who can meet the standards for military service and readiness and remains committed to treating all soldiers with dignity and respect while ensuring good order and discipline," the storyboard relays, quoting the memo, which also established a Transgender Service Implementation Group to develop policies and procedures for transgender service.

2/14/25, 12:05 AM
Army museum covers display honoring transgender soldiers | The Independent
Case 1:25-cv-00240-ACR    Document 48-12    Filed 02/14/25    Page 7 of 16



**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Army officials would go on to delay the integration of trans soldiers by six months to determine whether authorizing them to serve would "affect the readiness and lethality" of the force, the storyboard notes.

"The uncertainty over Army transgender policy illustrates the interconnectedness of society and the Army as both move towards a more inclusive future," the display concludes.

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Museum employees obscured the section the same week they were directed to temporarily take the institution's website offline.

It was one of thousands of federal government pages pulled following the president's executive order titled: "Ending Radical And Wasteful Government DEI Programs And Preferencing." Many of the impacted pages mentioned "transgender" and "inclusion."

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Agencies and departments "will immediately, but no later than 5:00pm Friday, take down all outward facing media (website, social media, etc.) that inappropriately endorse or promote gender ideology."



A storyboard at the US Army Women's Museum with a section about transgender service members *(Erin P Van Beveren)*

By Friday, the Army's museum website was back up but lacked a section on its Gender Integration Project Initiative discussing the installation of women in key military positions. Web archives show there had previously been a photo of a soldier next to a banner reading: "Trust transcends gender."

The censorship follows an executive order signed by Trump shortly after taking office barring transgender service members from serving openly in the military.

Six active duty transgender service members and two people seeking to enlist sued the Trump administration over the order last week.

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

### RECOMMENDED

**Why Elon's mother Maye Musk might hold the key to her son's 'dark Maga' views**

**Trump State Department official has called for mass sterilization of 'low-IQ trash'**

**New Small Electric Car For Seniors - The Price May Surprise You**
Sponsored | Best Search Finder | Search Links

**Dating Site For Older Singles!**
Sponsored | DateMyAge

Powered by Taboola

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Speaking out in reaction to the executive order, one plaintiff, Commander Emily Shilling, a naval aviator and test pilot who has served for 19 years, said: "The assertion that transgender service members like myself are inherently untrustworthy or lack honor is an insult to all who have dedicated their lives to defending this country.

"This ban is not about readiness or cohesion, and it is certainly not about merit. It is about exclusion and betrayal, purposely targeting those of us who volunteered to serve, simply for having the courage and integrity to live our truth."

More about:   Transgender    Donald Trump    Executive order

 **Join our commenting forum**
Join thought-provoking conversations, follow other Independent readers and see their replies

 **2  Comments**

Promoted stories

### AI Bot Flips Wall Street on Its Head: Turns $1K into $50K in Record 30 Days
A new AI trading robot reportedly generated a return of $14,158 from a $3,200 investment over the course of a week, according to verified trading records and third-party verification by MyFxBook.

### THIS 5 Min Quiz Tells You What Your Body Actually Needs To Lose Weight
Get started with Noom today

Sponsored | NOOM                                                                                      Learn More

### Seniors Can Now Fly Business Class For the Price Of Economy
Seniors, you'll want to check this out ASAP

Sponsored | ONLINE SHOPPING TOOLS

## Cardiologists: This Melts Belly Fat Like Crazy (Try Tonight Today

Sponsored | HEALTH JOURNAL NEWS

Try Now

## 2025 Senior SUV is A True Head Turner (You'll Love The Price)

Sponsored | SENIOR SUVS | BEST DEALS

Learn More

## Unbelievable: Calculator Shows The Value Of Your House Instantly (Take a Look)

Search by your address to see your home's value instantly

Sponsored | HOME VALUE CALCULATOR

Learn More

## Abandoned Houses For Sale in Westmoreland - Prices You Have to See to Believe

Sponsored | GOSEARCHES | SEARCH ADS

Learn More

## 2024 Senior SUV is A True Head Turner (You'll Love The Price)

Sponsored | TRUESEARCHES | SEARCH ADS

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

**NEWS**

'Sigh': Grimes reacts after Elon Musk parades their son around Oval Office

JD Vance's relative, 12, refused heart transplant over vaccine status

**NEWS**

Ukraine-Russia war live: Zelensky issues warning over Putin's readiness to end war

2/14/25, 12:05 AM
Army museum covers display honoring transgender soldiers | The Independent
Case 1:25-cv-00240-ACR    Document 48-12    Filed 02/14/25    Page 13 of 16

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

# How to spot a middle-class man of a certain age

When Gregg Wallace blamed 'middle-class women of a certain age' for his MasterChef suspension, he experienced the wrath of some of the fiercest females on earth – but it is what many of them will have come to expect from SOM…

Sponsored | PROMOTED BY INDEPENDENT PREMIUM

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

## Sleeper Train Vacations (Take a Look)

Sponsored | SENIOR TRIPS | TOP SEARCH NOW

Learn More

## All Aboard: Sleeper Train Vacations Now On Sale

Sponsored | TRAIN PACKAGES | TOP SEARCH NOW

Learn More

**NEWS**

Deadpool star cuts ties with Marvel after third film 'embarrassment'

Dairy farmers warn Americans they'll 'have to go vegan' amid mass deportations

## My Father's World Expands Home Curriculum Production with Affordable Color

In the world of homeschooling and microschooling, educational publishers need efficient print solutions.

Sponsored | KYOCERA

Learn More

**CULTURE**

Dolly Parton musical suspended over homophobic abuse



**GET IN TOUCH**

Contact us

**OUR PRODUCTS**

Register

Newsletters

Donate

Today's Edition

Install our app

2/14/25, 12:05 AM
Case 1:25-cv-00240-ACR    Document 48-12    Filed 02/14/25    Page 16 of 16
Army museum covers display honoring transgender soldiers | The Independent



**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Independent Persian

Independent Urdu

The Standard

| LEGAL | EXTRAS |
| --- | --- |
| Code of conduct and complaints | Puzzles |
| Contributors | All topics |
| Cookie policy | Betting Offers |
| Donations Terms & Conditions | Voucher codes |
| Privacy policy | Competitions and offers |
| User policies | Independent Advertising |
| Modern Slavery Statement | Independent Ignite |
| | Syndication |
| | Working at The Independent |