# EXHIBIT A



**From:** Thomas, Maria E CIV USARMY USACIDC (USA)
**To:** Thomas, Hannah Stryker MAJ USARMY HQDA USACID (USA)
**Subject:** Fwd: ***Request for Legal Opinion GAS Urgent***
**Date:** Wednesday, January 29, 2025 4:33:53 PM

Maria E. Thomas
Special Agent in Charge
Army CID Central Texas Field Office
Building 2200 Support Ave
Fort Cavazos, TX 76544
Cell: 254-392-5265
Email: maria.e.thomas16.civ@army.mil

*** The Duty Agent can be reached 24/7 for Ft. Cavazos at 254-715-3136 and Ft. Sam Houston at 254-415-2806. ***

This E-mail is from the Army Criminal Investigation Division and may contain information that is Law Enforcement Sensitive (LES) or Privacy Act Sensitive to be used for official purposes only. Any misuse or unauthorized disclosure may result in both civil and criminal penalties.

---

> From: "Soeffing, Daniel R LTC USARMY USAR LEGAL CMD (USA)"
> <daniel.r.soeffing.mil@army.mil>
> Date: Tuesday, January 28, 2025 at 16:03:15
> To: "Kowalski, Michael G CIV USARMY HQDA USACID (USA)"
> <michael.g.kowalski2.civ@army.mil>, "Thomas, Maria E CIV USARMY USACIDC (USA)" <maria.e.thomas16.civ@army.mil>
> Cc: "Boerner, James Wayne CIV USARMY HQDA USACID (USA)"
> <james.w.boerner.civ@army.mil>
> Subject: RE: ***Request for Legal Opinion GAS Urgent***
>
> Sir:
>
> The Soldier must return to the place of duty.
>
> No surgery.
>
> Dan

