# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>Defendants. | Civil Action No. 1:25-cv-00240 |

## DECLARATION OF QUINN TYSON

I, Quinn Tyson, declare as follows:

1. I am Master Sergeant, Rank E7, in the U.S. Space Force, stationed at Shriever Air Force Base in Colorado. I have served in the U.S. Military since February 4, 2014. I am a transgender woman.

### History of Service

2. I first enlisted in the U.S. Army in 2014. I had just graduated with a bachelor's degree from Mississippi State University in mechanical engineering. The Army offered me an

    opportunity to serve my country. For eight years, I worked in satellite communications as a satellite controller.

3. On July 28, 2022, my unit was moved from the Army to the newly created U.S. Space Force. I continued my work as a satellite operator there.

4. In my time in the military, I have been awarded five Army Achievement Medals, three Army Commendation Medals, and one Air and Space Force Commendation Medal.

5. In or about December 2022, I received a gender dysphoria diagnosis and began to develop a care plan. I started hormone therapy in February of 2023.

6. As part of my care plan, my treating physician determined that surgery was medically necessary. To schedule the surgery, I needed to first work with a military doctor who specializes in the treatment of gender dysphoria. That doctor referred me to a surgeon with whom I had a consultation about the surgery. I was then able to schedule my surgery for April 24, 2025. The process of getting a date for this surgery involved multiple appointments and approvals, lasting five to six months.

## Impact of the Ban

7. After defendant Secretary of Defense Hegseth issued his February 7, 2025, Guidance, my scheduled surgery was removed from the hospital calendar. I received no communication explaining why it had been removed—it was simply gone. I contacted my case manager, who also did not know why it had been removed.

8. My case manager later forwarded a February 10 email to me from Maj. David Quackenbush, the Warrior Medicine Flight Commander at the U.S. Air Force Academy (First Quackenbush Email). A true and accurate copy of that email is attached to this declaration as **EXHIBIT A**.

9. The First Quackenbush Email attaches the February 7 Guidance and states that surgeries for transgender care "have been paused."

10. The February 7 Guidance states that "Individuals with gender dysphoria have volunteered to serve our country and will be treated with dignity and respect." I had a medically necessary surgery cancelled without notice or explanation solely because it was a treatment for my gender dysphoria. This is not dignified or respectful treatment. It disrespects the many years I have spent serving my country honorably.

11. I have continued to search for alternative military providers to perform my medically necessary surgery. However, on February 13, my case manager forwarded another email from Maj. David Quackenbush (Second Quackenbush Email). A true and accurate copy of that email is attached to this declaration as **EXHIBIT B**.

12. The Second Quackenbush Email makes clear that, based upon the February 7 Guidance, I will not be able to access medically necessary transition-related care. The Second Quackenbush Email states, among other things, that the Transgender Health Medical

Evaluation Unit (THMEU) is being wound down, and contracts related to the provision of transgender healthcare are being terminated as of February 18.

13. I want to be able to serve my country on the same terms as any other service member. By denying me access to a medically necessary surgery solely because I am transgender, I have been singled out and treated as though my service does not matter. I am stripped of medical benefits that are available to non-transgender service members.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 13, 2025

_____
Quinn Tyson