# EXHIBIT A



**From:** Halula-Busby, Anna L CIV USAF 21 SW MSG (USA) <anna.l.halula-busby.civ@health.mil>
**Sent:** Wednesday, February 12, 2025 2:00 PM
**To:** TYSON, QUINN MSgt USSF SpOC 8 TS/DOA <quinn.tyson@spaceforce.mil>
**Subject:** FW: DoD Memo Transgender Care

Anna L Halula, RN, BSN, UM
Utilization Management - 21st Medical Group
Peterson – Garrison – Schriever Space Force Base
Colorado Springs, CO 80914
Confidential Phone:  719-556-4265
Confidential Fax:  719-556-6876
anna.l.halula-busby.civ@health.mil

┈┈✶¨✶¨Ô¨✶¨✶┈┈



CONFIDENTIALITY NOTICE
The documents accompanying this telefax transmission contains information belonging to the sender that is privileged.  This information is intended for the use of the individual or entity named above.  The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received this telefax in error,
please notify the sender immediately to arrange for return of these documents.  AR 41-210, October 2000

**From:** Quackenbush, David Allan Maj USAF 10 MDG (USA) <david.a.quackenbush2.mil@health.mil>
**Sent:** Monday, February 10, 2025 4:26 PM
**To:** Bost, Penny J CIV DHA 460TH MDG (USA) <penny.j.bost.civ@health.mil>; Nakamura, Jason M COL USARMY DHA EVANS ACH (USA) <jason.m.nakamura.mil@health.mil>; White, Laura B Lt Col USAF 460 SW MDG (USA) <laura.b.white.mil@health.mil>; Schultz Fischer, Jessica R CDR USPHS DHA EVANS ACH (USA) <jessica.r.schultzfischer.mil@health.mil>; Strane, Melissa CIV USARMY MEDCOM EACH (USA) <melissa.strane.civ@health.mil>; Wine, Michelle D CIV USARMY MEDCOM EACH (USA) <michelle.d.wine.civ@health.mil>; Vance, Bryce A Maj USAF 10 MDG (USA) <bryce.a.vance.mil@health.mil>; Manuszak, Rebecca D (Becky) CIV DHA 10TH MDG (USA) <rebecca.d.manuszak.civ@health.mil>; Cosner, Cristina F Maj USAF (USA) <cristina.f.cosner.mil@health.mil>; Buck, Emily C CPT USARMY (USA) <emily.c.buck.mil@army.mil>; Watts, Matthew R TSgt USAF 15 MDG (USA) <matthew.r.watts8.mil@health.mil>; Kim, Jennifer M CIV DHA EVANS ACH (USA) <jennifer.m.kim10.civ@health.mil>; Healey, Kelly Lynne E CIV DHA EVANS ACH (USA) <kellylynne.e.healey.civ@health.mil>; Bergeron, Derek P CIV USARMY MEDCOM EACH (USA) <derek.p.bergeron4.civ@health.mil>; Carter, Russell D CIV DHA EVANS ACH (USA) <russell.d.carter.civ@health.mil>; Haslam, Spencer D CIV DHA EVANS ACH (USA) <spencer.d.haslam.civ@health.mil>; Kester, Cheryl A CIV DHA EVANS ACH (USA) <cheryl.a.kester2.civ@health.mil>; Halula-Busby, Anna L CIV USAF 21 SW MSG (USA) <anna.l.halula-busby.civ@health.mil>; DAVIDQUACKENBUSH8@GMAIL.COM; Boyer, Kerri L CPT USARMY MEDCOM EACH (USA) <kerri.l.boyer2.mil@army.mil>; Stephanchick, Aimee M CIV USARMY MEDCOM EACH (USA) <aimee.m.stephanchick.civ@health.mil>
**Subject:** DoD Memo Transgender Care

Good afternoon,

I'm attaching newly released guidance from the Secretary of Defense regarding transgender care. The endnote states that newly initiated gender-affirming hormone therapy is currently on pause but doesn't mention anything about people currently on hormone treatment. Surgeries have been paused. If you have new members that need to start gender-affirming hormones (deemed medically necessary), I recommend elevating these through your leadership chain.

I will continue to send updates to this group as I receive them.


//SIGNED//
DAVID A. QUACKENBUSH, Maj, USAF, MC
Warrior Medicine Flight Commander
Adolescent Medicine Physician
USAF Academy, CO 80840
719-333-2821/DSN 333-2821
david.a.quackenbush2.mil@health.mil