# EXHIBIT B



**From:** Halula-Busby, Anna L CIV USAF 21 SW MSG (USA) <anna.l.halula-busby.civ@health.mil>
**Sent:** Thursday, February 13, 2025 8:56 AM
**To:** TYSON, QUINN MSgt USSF SpOC 8 TS/DOA <quinn.tyson@spaceforce.mil>
**Subject:** FW: DoD Memo Transgender Care

Good morning ma'am:

I wanted to forward the e-mail I received this morning.

Anna L Halula, RN, BSN, UM
Utilization Management - 21st Medical Group
Peterson – Garrison – Schriever Space Force Base
Colorado Springs, CO 80914
Confidential Phone:  719-556-4265
Confidential Fax:  719-556-6876
anna.l.halula-busby.civ@health.mil

¨¨¨*¨¨*¨¨Ô¨¨*¨¨*¨¨¨ 

CONFIDENTIALITY NOTICE
The documents accompanying this telefax transmission contains information belonging to the sender that is privileged.  This information is intended for the use of the individual or entity named above.  The authorized recipient of this information is prohibited

from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by law.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or action taken in reliance on the contents of these documents is strictly prohibited.  If you have received this telefax in error,
please notify the sender immediately to arrange for return of these documents.  AR 41-210, October 2000

**From:** Quackenbush, David Allan Maj USAF 10 MDG (USA) <david.a.quackenbush2.mil@health.mil>
**Sent:** Thursday, February 13, 2025 8:53 AM
**To:** Bost, Penny J CIV DHA 460TH MDG (USA) <penny.j.bost.civ@health.mil>; Nakamura, Jason M COL USARMY DHA EVANS ACH (USA) <jason.m.nakamura.mil@health.mil>; White, Laura B Lt Col USAF 460 SW MDG (USA) <laura.b.white.mil@health.mil>; Schultz Fischer, Jessica R CDR USPHS DHA EVANS ACH (USA) <jessica.r.schultzfischer.mil@health.mil>; Strane, Melissa CIV USARMY MEDCOM EACH (USA) <melissa.strane.civ@health.mil>; Wine, Michelle D CIV USARMY MEDCOM EACH (USA) <michelle.d.wine.civ@health.mil>; Vance, Bryce A Maj USAF 10 MDG (USA) <bryce.a.vance.mil@health.mil>; Manuszak, Rebecca D (Becky) CIV DHA 10TH MDG (USA) <rebecca.d.manuszak.civ@health.mil>; Cosner, Cristina F Maj USAF (USA) <cristina.f.cosner.mil@health.mil>; Buck, Emily C CPT USARMY (USA) <emily.c.buck.mil@army.mil>; Watts, Matthew R TSgt USAF 15 MDG (USA) <matthew.r.watts8.mil@health.mil>; Kim, Jennifer M CIV DHA EVANS ACH (USA) <jennifer.m.kim10.civ@health.mil>; Healey, Kelly Lynne E CIV DHA EVANS ACH (USA) <kellylynne.e.healey.civ@health.mil>; Bergeron, Derek P CIV USARMY MEDCOM EACH (USA) <derek.p.bergeron4.civ@health.mil>; Carter, Russell D CIV DHA EVANS ACH (USA) <russell.d.carter.civ@health.mil>; Haslam, Spencer D CIV DHA EVANS ACH (USA) <spencer.d.haslam.civ@health.mil>; Kester, Cheryl A CIV DHA EVANS ACH (USA) <cheryl.a.kester2.civ@health.mil>; Halula-Busby, Anna L CIV USAF 21 SW MSG (USA) <anna.l.halula-busby.civ@health.mil>; Boyer, Kerri L CPT USARMY MEDCOM EACH (USA) <kerri.l.boyer2.mil@army.mil>; Stephanchick, Aimee M CIV USARMY MEDCOM EACH (USA) <aimee.m.stephanchick.civ@health.mil>
**Subject:** RE: DoD Memo Transgender Care

Good morning,

There was an email from Dr. Holland (Assistant Director for Medical Affairs/DHA Continental) regarding this memo:

1. From RDML Case:

    a. Esteemed colleagues, good day.  In accordance with DoD policy (attached) entitled "Prioritizing Military Excellence and Readiness," dated February 7, 2025...**The policy does not exclude any form of behavioral health counseling or therapies, or continuing hormone therapy that began prior to the memo.** While further implementation guidance may be forthcoming from USD/P&R, you

are directed to act on this DoD policy now.

2. From Dr. Lawson DHN Central CMO:

   a. Info that we received from MDW leadership yesterday regarding the Transgender Health Medial Evaluation Unit at 59 MW, Lackland.

      i. As of 10 Feb with receipt of new SECDEF memo signed 7 Feb; THMEU will halt all new patients and wind down/hand-off 6 active patients TDY to Lackland this week by COB 14 Feb

      ii. Only outpatient care is being performed this week. The 6 patients will have patient treatment plans complete by COB Friday.

      iii. **THMEU will case manage existing patients virtually (no TDYs)** until further guidance received IAW the memo

      iv. The 2 contracts will be terminated as of 18 Feb

      v. 59 MDW needs to submit an SCR for THMEU clinic closure (guidance forthcoming)

3. From discussions during the CMO/CNO/CDO training; Some MTFs have received requests from their Wings to share information identifying local TG patients. Release of TG patient information is not authorized. If you have any questions about this contact your OGC. If you still have questions contact me or our Network OGC; Mr. Patrick Wells.

We do expect further guidance but please note that guidance is developed sequentially by subordinate Departments and Agencies. Hence, there will be reviews and potential further guidance from the Under Secretary of Defense for Personnel and Readiness (USD/P&R), then Health Affairs (HA), then DHA. If you have additional questions please let me know and we will share with DHHQ with the hope that they will be addressed by the guidance.

I will keep you all updated on any further developments.

//SIGNED//

DAVID A. QUACKENBUSH, Maj, USAF, MC
Warrior Medicine Flight Commander
Adolescent Medicine Physician
USAF Academy, CO 80840
719-333-2821/DSN 333-2821
david.a.quackenbush2.mil@health.mil

---

**From:** Quackenbush, David Allan Maj USAF 10 MDG (USA)
**Sent:** Monday, February 10, 2025 4:26 PM
**To:** Bost, Penny J CIV DHA 460TH MDG (USA) <penny.j.bost.civ@health.mil>; Nakamura, Jason M COL USARMY DHA EVANS ACH (USA) <jason.m.nakamura.mil@health.mil>; White, Laura B Lt Col USAF 460 SW MDG (USA) <laura.b.white.mil@health.mil>; Schultz Fischer, Jessica R CDR USPHS DHA EVANS ACH (USA) <jessica.r.schultzfischer.mil@health.mil>; Strane, Melissa CIV USARMY MEDCOM EACH (USA) <melissa.strane.civ@health.mil>; Wine, Michelle D CIV USARMY MEDCOM EACH (USA) <michelle.d.wine.civ@health.mil>; Vance, Bryce A Maj USAF 10 MDG (USA) <bryce.a.vance.mil@health.mil>; Manuszak, Rebecca D (Becky) CIV DHA 10TH MDG (USA) <rebecca.d.manuszak.civ@health.mil>; Cosner, Cristina F Maj USAF (USA) <cristina.f.cosner.mil@health.mil>; Buck, Emily C CPT USARMY (USA) <emily.c.buck.mil@army.mil>; Watts, Matthew R TSgt USAF 15 MDG (USA) <matthew.r.watts8.mil@health.mil>; Kim, Jennifer M CIV DHA EVANS ACH (USA) <jennifer.m.kim10.civ@health.mil>; Healey, Kelly Lynne E CIV DHA EVANS ACH (USA) <kellylynne.e.healey.civ@health.mil>; Bergeron, Derek P CIV USARMY MEDCOM EACH (USA) <derek.p.bergeron4.civ@health.mil>; Carter, Russell D CIV DHA EVANS ACH (USA) <russell.d.carter.civ@health.mil>; Haslam, Spencer D CIV DHA EVANS ACH (USA) <spencer.d.haslam.civ@health.mil>; Kester, Cheryl A CIV DHA EVANS ACH (USA) <cheryl.a.kester2.civ@health.mil>; Halula-Busby, Anna L CIV USAF 21 SW MSG (USA) <anna.l.halula-busby.civ@health.mil>; DAVIDQUACKENBUSH8@GMAIL.COM; Boyer, Kerri L CPT USARMY MEDICAL COE (USA) <kerri.l.boyer2.mil@army.mil>; Stephanchick, Aimee M CIV USARMY MEDCOM EACH (USA) <aimee.m.stephanchick.civ@health.mil>
**Subject:** DoD Memo Transgender Care

Good afternoon,

I'm attaching newly released guidance from the Secretary of Defense regarding transgender care. The endnote states that newly initiated gender-affirming hormone therapy is currently on pause but doesn't mention anything about people currently on hormone treatment. Surgeries have been paused. If you have new members that need to start gender-affirming hormones (deemed medically necessary), I recommend elevating these through your leadership chain.

I will continue to send updates to this group as I receive them.

//SIGNED//
DAVID A. QUACKENBUSH, Maj, USAF, MC
Warrior Medicine Flight Commander
Adolescent Medicine Physician
USAF Academy, CO 80840
719-333-2821/DSN 333-2821
david.a.quackenbush2.mil@health.mil