IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>Defendants. | Civil Action No. 1:25-cv-00240 |

**SUPPLEMENTAL DECLARATION OF GORDON HERRERO**

I, Gordon Herrero, declare as follows:

1. I write this declaration to supplement the declaration I signed February 2, 2025, and submitted in support of the Motion for Preliminary Injunction in this matter on February 3, 2025. *See* ECF No. 13-35.

2. As outlined in my first declaration, my transgender status has been known to my fellow service members since 2021. Since my gender marker was changed in the Defense Enrollment Eligibility Reporting System (DEERS), I have served as a man in the Army.

3. As a transgender man, I am required to adhere to all standards applicable to service members identified with an "M" gender marker in DEERS. This includes living with men and using men's sleeping, changing and bathing facilities. It includes being referred to as a man, as well as the use of honorifics such as "Sir" where appropriate. If I cannot serve as a man in the military, I cannot serve at all.

4. It is not possible for me to serve in the military as a woman. Having completed my transition, I look like a man. I have used men's facilities since my transition without incident. It would be extraordinarily disruptive for me to use women's restrooms and showers, sleep in women's bunks, or otherwise access sex-segregated facilities for women.

5. Giving me the "choice" to serve as a woman or not serve at all is not a choice. The Executive Order (EO) places me in an impossible position.

6. My current and future chains of command are overwhelmingly supportive of me. However, they should not need to do any more for me than they do for any other service member. Because my chains of command know me and the value I bring to my service, they have worked hard to keep me. But they should not have to work against the EO to do so.

7. The EO has impacted my studies as well. I am currently pursuing a Master of Science degree in Applied Mathematics at the Naval Postgraduate School. My motivation for earning this degree is so that I can serve as an Instructor in the Department of Mathematical Sciences at the United States Military Academy (USMA) at West Point in New York. However, the EO has made that future uncertain. It is no longer clear that the time and effort I am currently putting into my studies will lead to that role. At this point, I do not even know if I will be able to remain in the Army long enough to graduate.

8. This concern has already led me to seek an early graduation and early report date to USMA. As a result of this accelerated timeline, I am now ineligible for an Academic Certificate in Network Science that I would have otherwise earned from my studies.

9. Moreover, if I am flagged for separation because I am transgender, I will lose the career-making opportunity to teach at USMA.

10. By signing the EO, the president has used his platform to say that I am dishonorable and dishonest. This demeans my service and places barriers that make it harder for me to do my job.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 14, 2025

Gordon Herrero (Feb 14, 2025 09:55 PST)
Gordon Herrero

# Supplemental Herrero Declaration

Final Audit Report 2025-02-14

| | |
|---|---|
| Created: | 2025-02-14 |
| By: | Michael Haley (mhaley@glad.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_yO4Ext91Npn8rAMQS7uTtGQNosywxnm |

## "Supplemental Herrero Declaration" History

- Document created by Michael Haley (mhaley@glad.org)
  2025-02-14 - 5:40:08 PM GMT

- Document emailed to gordonherrero@gmail.com for signature
  2025-02-14 - 5:40:30 PM GMT

- Email viewed by gordonherrero@gmail.com
  2025-02-14 - 5:51:32 PM GMT

- Signer gordonherrero@gmail.com entered name at signing as Gordon Herrero
  2025-02-14 - 5:54:59 PM GMT

- Document e-signed by Gordon Herrero (gordonherrero@gmail.com)
  Signature Date: 2025-02-14 - 5:55:01 PM GMT - Time Source: server

- Agreement completed.
  2025-02-14 - 5:55:01 PM GMT

Adobe Acrobat Sign