# EXHIBIT A

**From:** Settle, Jacob E MAJ USARMY 10 MTN DIV (USA) <jacob.e.settle.mil@army.mil>
**Sent:** Thursday, February 13, 2025 1:45 PM
**To:** Vandal, Erica T MAJ USARMY 10 MTN DIVARTY (USA) <erica.t.vandal.mil@army.mil>
**Subject:** FW: Transgender Notification

We got this note below this week. Let me know if you need anything while we wait on additional feedback.

v/r,

JACOB E. SETTLE, SPHR, PHR

MAJ, AG

2BCT S1

10th Mountain Division (LI)

Location: Fort Drum, NY

O: 315-772-7344

C: 814-312-6999

**From:** Lebron, Omar J WO1 USARMY 10 MTN DIV 2 BCT (USA) <omar.j.lebron.mil@army.mil>
**Sent:** Thursday, February 13, 2025 9:36 AM
**To:** Settle, Jacob E MAJ USARMY 10 MTN DIV (USA) <jacob.e.settle.mil@army.mil>
**Cc:** Sellars, Todd M 1LT USARMY 10 MTN DIV 2 BCT (USA) <todd.m.sellars.mil@army.mil>; MujicaTorres, Andres G SFC USARMY 10 MTN DIV 2 BCT (USA) <andres.g.mujicatorres.mil@army.mil>
**Subject:** FW: Transgender Notification

Sir,

I received this email on Monday. The MTP packet was submitted to the SCCC on 28 JAN, so right now that packet is going to be in limbo until the guidance has been renewed an the updated process and procedures have been pushed out. See below for further information.

V/R,

Omar J. Lebron

WO1, AG

Human Resources Technician

2BCT

Work Phone: 315-774-2296

NIPR: omar.j.lebron.mil@army.mil

---

**From:** Jones, Misty D LTC USARMY HQDA DCS G-1 (USA) <misty.d.jones10.mil@army.mil>
**Sent:** Monday, February 10, 2025 1:49 PM
**To:** Lebron, Omar J WO1 USARMY 10 MTN DIV 2 BCT (USA) <omar.j.lebron.mil@army.mil>
**Subject:** Transgender Notification

Team,

1. On Friday, 7FEB25, the Secretary of Defense signed the "Prioritizing Military Excellence and Readiness" memo regarding Transgender Service Members.  Please note, further clarifying guidance is currently in development and will be provided upon publication.

      The following link contains a copy of the SecDef memo:

https://www.milsuite.mil/book/docs/DOC-1219261

2. Please note that at this time, review of transgender actions is suspended pending implementation guidance. Once guidance is received, the SCCC will update its process and procedures to the field.

Note that any actions submitted on/after 3 January 2025 are being held at the SCCC in the interim.

3. If you have any questions, please reach out to LTC Misty Jones at misty.d.jones10.mil@army.mil or 703-695-7960.

v/r,

Service Central Coordination Cell

Misty D. Jones

LTC, AG

HQDA, DCS G1, Military Personnel Management (DMPM) - Policy Integration

DAPE-MPI

Pentagon, Room 1D429

[misty.d.jones10.mil@army.mil](mailto:misty.d.jones10.mil@army.mil)

703-695-7960

512-718-5734 (cell)