## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY,<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>        Defendants. | Civil Action No. 25-cv-240-ACR |

**DECLARATION OF JOSEPH J. WARDENSKI IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

I, Joseph J. Wardenski, hereby declare:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2. I am an attorney with the law firm of Wardenski P.C., counsel for Plaintiffs in the above-captioned matter.

-2-

3.     I provide this declaration in support of Plaintiffs' Application for a Preliminary Injunction.

4.     Attached hereto as **Exhibit A** is a true and correct copy of the report by Vice Admiral Donald C. Arthur, USN (Ret.), Major General Gale Pollock, USA (Ret.), Rear Admiral Alan M. Steinman, USPHS/USCG (Ret.), Nathaniel Frank, Professor Diane H. Mazur, and Professor Aaron Belkin, "DoD's Rationale for Reinstating the Transgender Ban Is Contradicted by Evidence," dated May 4, 2018, obtained from the website https://www.palmcenter.org/wp-content/uploads/2018/04/Transgender-troops-are-medically-fit-pdf.pdf on February 14, 2025.

5.     Attached hereto as **Exhibit B** is a true and correct copy of "Army Directive 2021-22 (Army Service by Transgender Persons and Persons with Gender Dysphoria)," dated June 22, 2021, obtained from the website https://api.army.mil/e2/c/downloads/2022/10/21/2d7227d8/army-directive-transgender.pdf on February 14, 2025.

6.     Attached hereto as **Exhibit C** is a true and correct copy of "SECNAV Instruction 1000.11A (Service of Transgender Sailors and Marines)" dated June 27, 2023, obtained from the website https://www.secnav.navy.mil/doni/Directives/01000%20Military%20Personnel%20Support/01-01%20General%20Military%20Personnel% 20Records/1000.11A.pdf on February 14, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2025          */s/ Joseph J. Wardenski*
                                  Joseph J. Wardenski