## UNCLAS

PAGE 1 OF 4

# FRAGO 1 TO HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE ORDERS

**Originator:** DA WASHINGTON DC
**TOR:** 02/14/2025 21:32:41
**DTG:** 142129Z Feb 25
**Prec:** Priority
**DAC:** General
**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT LIBERTY NC, CDR FORSCOM DCS G3 CURRENT OPS FT LIBERTY NC, CDR FORSCOM DCS G3 WATCH OFFICER FT LIBERTY NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USAREUR-AF WIESBADEN GE, CDR USASOC COMMAND CENTER FT LIBERTY NC, CDR USASOC FT LIBERTY NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT LIBERTY NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT LIBERTY NC, CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA, CDRUSAREC FT KNOX KY, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ INSCOM IOC FT BELVOIR VA, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT LIBERTY NC, USAR CMD GRP FT LIBERTY NC, USAR DCS G33 OPERATIONS FT LIBERTY NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI
**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC

```
PAAUZYUW RUEADWD3692 0452132-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU ZUI RUEWMCM0310 0452132
P 142129Z FEB 25
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUIAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT LIBERTY NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT LIBERTY NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT LIBERTY NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIAAAA/CDR USASOC COMMAND CENTER FT LIBERTY NC
RUIAAAA/CDR USASOC FT LIBERTY NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
```

## UNCLAS

```
RUIAAAA/CDRFORSCOM FT LIBERTY NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUEPINM/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUEPINF/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUIAAAA/CDRUSARC G33 READ FT LIBERTY NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA
RUIAAAA/CDRUSAREC FT KNOX KY
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUEPHII/HQ INSCOM IOC FT BELVOIR VA
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUEAUSA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AROC FT LIBERTY NC
RUIAAAA/USAR CMD GRP FT LIBERTY NC
RUIAAAA/USAR DCS G33 OPERATIONS FT LIBERTY NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS
SUBJ/FRAGO 1 TO HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE ORDERS
RELATED TO TRANSGENDER MILITARY SERVICE
UNCLASSIFIED//

SUBJECT: (U) FRAGO 1 TO HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE
ORDERS RELATED TO TRANSGENDER MILITARY SERVICE//

(U) REFERENCES.
REF//A/ (U) **CORRECTED COPY 2** HQDA EXORD 150-25 IMPLEMENTATION OF
EXECUTIVE ORDERS RELATED TO TRANSGENDER MILITARY SERVICE (U), DTG:
122036Z FEB 25//

NARR// (U) THIS IS FRAGO 1 TO HQDA EXORD 150-25 IMPLEMENTATION OF
EXECUTIVE ORDERS RELATED TO TRANSGENDER MILITARY SERVICE. FRAGO 1
```

**UNCLAS**

## UNCLAS

PROVIDES CLARIFICATION AND ADDITIONAL GUIDANCE TO HQDA EXORD 150-25//

1. (U) SITUATION. [RESTATED] IN ANTICIPATION OF UPDATED DOD POLICY,
THIS MESSAGE PRESCRIBES INITIAL GUIDANCE ON IMPLEMENTATION OF
RELEVANT
EXECUTIVE ORDER REQUIREMENTS RELATED TO TRANSGENDER MILITARY SERVICE.

2. (U) MISSION. [RESTATED] EFFECTIVE IMMEDIATELY, ALL ARMY
ORGANIZATIONS WILL IMPLEMENT INITIAL GUIDANCE OF RELEVANT EXECUTIVE
ORDER REQUIREMENTS RELATED TO TRANSGENDER MILITARY SERVICE.

3. (U) EXECUTION.

3.A. (U) INTENT. NOT USED.

3.B. (U) CONCEPT OF OPERATIONS. NOT USED.

3.C. (U) TASKS TO ARMY STAFF, SUBORDINATE UNITS AND REQUESTS FOR
SUPPORT.

3.C.1. (U) ARMY SECRETARIAT, ARMY STAFF, SUBORDINATE HQDA
OFFICES/ORGANIZATIONS, COMMANDERS, ARMY COMMANDS (ACOM), ARMY SERVICE
COMPONENT COMMANDS (ASCC), DIRECT REPORTING UNITS (DRU), AND
DIRECTOR,
ARMY NATIONAL GUARD (ARNG).

3.C.1.A. (U) [RESTATED] ENSURE IMPLEMENTATION OF INITIAL GUIDANCE AS
FOLLOWS:

3.C.1.A.1. (U) [RESTATED] ALL SERVICEMEMBERS, WILL BE TREATED WITH
DIGNITY AND RESPECT AT ALL TIMES. COMMANDERS MUST MAINTAIN GOOD ORDER
AND DISCIPLINE AND THE SAFETY, DIGNITY, AND RESPECT OF ALL OF THEIR
ASSIGNED PERSONNEL.

3.C.1.A.2. (U) [RESTATED] ENSURE THAT INTIMATE SPACES, INCLUDING BUT
NOT LIMITED TO LATRINES, CHANGING FACILITIES, SLEEPING QUARTERS, AND
BATHING FACILITIES DESIGNATED FOR WOMEN, GIRLS, OR FEMALES (OR FOR
MEN, BOYS, OR MALES) ARE DESIGNATED BY BIOLOGICAL SEX AND NOT GENDER
IDENTITY. BIOLOGICAL SEX IS DEFINED AS A BIOLOGICAL TRAIT DETERMINED
BY CHROMOSOMAL PATTERN.

3.C.1.A.3. (U) [RESTATED] MAINTAIN CURRENT LIVING CONDITIONS,
PENDING
IMPLEMENTATION GUIDANCE. IAW WITH CURRENT EXECUTIVE ORDERS AND
EXISTING POLICIES, REGULATIONS, AND DIRECTIVES, COMMANDERS MUST BPT
MODIFY SLEEPING, CHANGING, AND BATHING AREAS UPON RECEIPT OF
IMPLEMENTATION GUIDANCE.

3.C.1.A.4. (U) [RESTATED] AT THIS TIME, DO NOT INITIATE ANY MEDICAL
BOARD OR ADVERSE PERSONNEL ACTION SOLELY RELATED TO TRANSGENDER
STATUS. POLICY AND IMPLEMENTATION GUIDANCE RELATED TO CURRENT
EXECUTIVE ORDERS WILL BE PUBLISHED WHEN AVAILABLE.

3.C.1.A.5. [DELETED].

3.C.1.A.6. (U) [CHANGE TO READ] PAUSE ON MEDICAL CARE. AS DIRECTED
BY PRESIDENTIAL EXECUTIVE ORDER AND SECRETARY OF DEFENSE MEMORANDUM,
ALL UNSCHEDULED, SCHEDULED, OR PLANNED MEDICAL PROCEDURES ASSOCIATED
WITH AFFIRMING OR FACILITATING A GENDER TRANSITION FOR SERVICE
MEMBERS
ARE PAUSED. THIS INCLUDES UNSCHEDULED, SCHEDULED, OR PLANNED GENITAL

## UNCLAS

**UNCLAS**

```
RECONSTRUCTION SURGERY ASSOCIATED WITH GENDER TRANSITION, GENDER
AFFIRMING SURGERY, SEX REASSIGNMENT SURGERY, OR NEWLY INITIATED
GENDER-AFFIRMING HORMONE THERAPY.

3.C.1.A.7. (U) [ADD] THE ARMY WILL CONTINUE TO PROVIDE FURTHER
CLARIFICATION AND UPDATE ITS POLICIES AS ADDITIONAL IMPLEMENTATION
GUIDANCE IS RECEIVED.

3.D. (U) COORDINATING INSTRUCTIONS. NOT USED.

4. (U) SUSTAINMENT. NOT USED.

5. (U) COMMAND AND SIGNAL.

5.A. (U) [RESTATED] HQDA POC THIS MESSAGE, SERVICE CENTRAL
COORDINATION CELL (SCCC), AVAILABLE AT: usarmy.pentagon.hqda-dcs-g-
1.mbx.sccc@army.mil

6. (U) THE EXPIRATION DATE OF THIS FRAGO COINCIDES WITH THE
EXPIRATION DATE OF HQDA EXORD 150-25 ON IS 30 SEPTEMBER 2025, UNLESS
FORMALLY RESCINDED, SUPERSEDED OR MODIFIED.


ATTACHMENTS: NONE.

BT
#3692




NNNN
Received from AUTODIN 142132Z Feb 25
```

**UNCLAS**