IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>    Defendants. | Civil Action No. 1:25-cv-00240 |

## DECLARATION OF GREYSON SHISHKINA

I, Greyson Shishkina, declare as follows:

 1. I am a 19-year-old Navy recruit. I enlisted in the U.S. Navy as of November 22, 2024. I am transgender.

### HISTORY OF ACCESSION

 2. I began pursuing a career in the military in February of 2024. My grandfather served in the U.S. Army, and I always wanted to follow in his footsteps.

3. I had begun a college education studying cybersecurity. But early into my college career, I came to realize that the military would be a better fit for my career goals and passions. I wanted to have a career in health care, and I knew that the military offered many opportunities to study and practice health care professions.

4. Initially, I reached out to the U.S. Air Force. I disclosed to the recruiter that I was transgender. Because of my history with gender dysphoria and anxiety, I underwent additional screening by a military contract psychiatrist. After I applied for a waiver, this psychiatrist cleared me to serve.

5. However, to treat my gender dysphoria, I use injectable testosterone. The Air Force only allows service members to use gel testosterone, not injectable testosterone. However, the Navy allows service members to use injectable testosterone, so the Air Force recruiter referred me to the Navy recruiting center in Grand Ledge, Michigan.

6. In early November 2024, I completed all of the Navy's physical and mental screening and was deemed fit to serve.

7. On November 22, 2024, I signed my enlistment contract and took the Navy oath. I signed on to be a Hospital Corpsman, which is the exact career path I had hoped to pursue.

8. I was given a ship-out date of February 24, 2025.

9. In preparation for my career in the military, I ended my lease for my apartment in May 2024, and moved in with my parents.

10. Once I was given my ship-out date, I quit the assistant manager job I had worked at for two years.

11. Also in preparation for my ship-out date, I withdrew from my college studies. I have completed one year and one semester toward my college degree.

## IMPACT OF THE BAN

12. In late January or early February 2025, the recruiting chief at my Navy recruitment center called me to say that, because President Trump had signed the Executive Order, *Prioritizing Military Excellence and Readiness*, my ship-out date was postponed to September 23, 2025. The recruiting chief informed me that this delay was to determine the implementation of the Executive Order, including whether I would be able to serve in the Navy.

13. This eight-month postponement has completely upended my life. I had expected to ship out on February 24 for nine weeks of boot camp, followed by four months of training in San Antonio to be a Hospital Corpsman. All of these plans have been taken away from me just a few weeks before they were set to begin.

14. I planned much of my life and career around my military service. I no longer have a job because I quit my job in preparation for shipping out. I cannot return to college study for this semester because the semester has already begun. I no longer have my own place to live because I gave up the lease to my apartment believing that I would be starting a military career.

15. I am unable to plan for the next eight months because I cannot be confident that I will be permitted to ship out on the postponed September 23 ship-out date I have been given.

16. I joined the U.S. Navy because I love my country, I am proud of my grandfather's military service, and I hoped that the military would advance my career in health care. I want to provide medical treatment for the service members who are serving our country in the military.

17. If I am not able to ship out and complete my basic training, not only will all of my plans for a career in the Navy fall through, but I will also have lost out on many months when I could have been working and studying—opportunities that I have forgone in preparation for military service.

- 4 -

18. I do not want to lose this opportunity to pursue a career that I am passionate about—providing medical care to the service members who put their lives on the line for our country—because I am transgender.


[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 9, 2025

_Greyson Shishkina_

Greyson Shishkina