IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLAS TALBOTT**, *et.al.*<br><br>　　*Plaintiff*,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,**<br><br>　　*Defendants*. | No. 1:25-cv-240 (ACR) |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION OF TIMOTHY DILL

Defendants request the Court's leave to file the attached Declaration of Timothy Dill, Assistant Secretary of Defense for Manpower and Reserve Affairs, in support their opposition to Plaintiffs' motion for a preliminary injunction. There is good cause for granting leave. After the Government filed its brief, during the status conference on February 13, 2024, the Court indicated that it may accept Plaintiffs' declarations in making factual findings unless rebutted. *See* 2/13/2025 Tr. 6:20–7:7. In light of the Court's statement, Defendants seek to introduce the Dill Declaration for the purpose of rebutting statements made in the Declaration of Gilbert R. Cisneros. *See* ECF No. 13-30. Defendants have conferred with Plaintiffs, who stated that they did not oppose this motion. For these reasons, Defendants respectfully request that the Court should grant Defendants leave to file the Dill Declaration.

Dated: February 14, 2025               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRETT A. SHUMATE
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

<u>/s/ *Elizabeth B. Layendecker*</u>
JASON C. LYNCH
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1359
Jason.Lynch@usdoj.gov

*Counsel for Defendants*