IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, *et.al.*

    *Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    *Defendants*.

No. 1:25-cv-240 (ACR)

## DECLARATION OF TIMOTHY DILL

I, Timothy D. Dill, hereby state and declare as follows:

1. I am currently the official performing the duties of the Assistant Secretary of Defense for Manpower and Reserve Affairs. In this role, I serve as the principal advisor to the Secretary of Defense and the Under Secretary of Defense for Personnel and Readiness on all matters related to manpower and reserve affairs, to include civilian and military personnel policies; military community and family policy; Total Force manpower, requirements, and resources; and Reserve Component integration.

2. I am generally aware of the allegations set forth in the pleadings filed in this matter. This declaration is based on my personal knowledge, as well as information made available to me during the routine execution of my official duties.

3. Section 136 of Title 10 of the United States Code creates the position of Under Secretary of Defense for Personnel and Readiness. By statute, the Under Secretary of Defense for Personnel and Readiness is appointed by the President with the advice and consent of the Senate. Mr. Cisneros was confirmed by the Senate as the Under Secretary on August 24, 2021, and served in that position until September 8, 2023.

4. As the Under Secretary of Defense for Personnel and Readiness, Mr. Cisneros served as the senior policy advisor to the Secretary of Defense on all aspects of Total Force Management, including recruitment, career development, and pay and benefits for over two million uniformed personnel and roughly 950,000 DoD civilians.

5. The Under Secretary is also responsible for overseeing the overall state of military readiness, National Guard and Reserve component affairs, health affairs, training, and other personnel requirements and management, including equal opportunity, morale, welfare, recreation, and quality of life for military families. This includes overseeing the administration of the $50 billion Defense Health Program, the Defense Commissaries and Exchanges, and the Defense Education Activity.

6. Given these large oversight responsibilities of the Under Secretary, and how far removed the Under Secretary is from the individual command level, it would be highly unusual for individualized service member complaints regarding unit cohesion, military readiness, medical readiness, deployability, and lethality to reach the level of the Under Secretary unless the Under Secretary specifically sought such information through a data call or a study.

7. To my knowledge Mr. Cisneros never directed a study on impacts of military service by transgender individuals or military service by individuals diagnosed with gender dysphoria on unit cohesion, military readiness, medical readiness, deployability, and lethality while he served as of Under Secretary of Defense for Personnel and Readiness.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 14 February 2025 in Arlington, Virginia.

*(signed)*
Timothy D. Dill
Performing the Duties of the
Assistant Secretary of Defense for
Manpower and Reserve Affairs