## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLAS TALBOTT**, *et.al.*<br><br>*Plaintiff*,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States,** *et al.*,<br><br>*Defendants*. | No. 1:25-cv-240 (ACR) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for Leave to File the Declaration of Timothy Dill, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

DATED:_____          By:_____
                                                  Ana C. Reyes
                                                  United States District Judge