IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>                  Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>                  Defendants. | Civil Action No. 1:25-cv-00240 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL DECLARATION OF GILBERT R. CISNEROS, JR.**

    Plaintiffs request the Court's leave to file the attached Supplemental Declaration of Gilbert R. Cisneros, Jr. in support their Application for a Preliminary Injunction. There is good cause for granting leave. During the status conference on February 13, 2024, the Court indicated that it may

accept Plaintiffs' declarations in making factual findings unless rebutted. *See* 2/13/2025 Tr. 6:20–7:7. Defendants thereafter introduced the Declaration of Timothy Dill in an attempt to rebut the statements made in the Declaration of Gilbert R. Cisneros, Jr. *See* ECF No. 52-1. Plaintiffs seek to introduce the Supplemental Cisneros Declaration to refute the statements made in the Dill Declaration. Counsel for Plaintiffs has conferred with counsel for Defendants, who stated that they did not oppose this motion. For these reasons, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Supplemental Cisneros Declaration.

| | |
|---|---|
| DATED: February 16, 2025 | Respectfully submitted, |
| | */s/ Joseph J. Wardenski* |
| Jennifer Levi (*pro hac vice*) | Joseph J. Wardenski (D.C. Bar No. 995549) |
| Mary L. Bonauto (*pro hac vice*) | WARDENSKI P.C. |
| Sarah Austin (*pro hac vice*) | 134 West 29th Street, Suite 709 |
| GLBTQ LEGAL ADVOCATES & DEFENDERS | New York, NY 10001 |
| 18 Tremont Street, Suite 950 | Telephone: (347) 913-3311 |
| Boston, MA 02108 | joe@wardenskilaw.com |
| Telephone: (617) 426-1350 | |
| jlevi@glad.org | |
| mbonauto@glad.org | |
| saustin@glad.org | |
| mhaley@glad.org | |

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
Amy Whelan (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 392-6257
sminter@nclrights.org

Sara E. Kropf (*pro hac vice*)
Kropf Moesley PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
Telephone: 202-627-6900
sara@kmlawfirm.com

Inga S. Bernstein (*pro hac vice*)
Zalkind Duncan and Bernstein LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: 617-742-6020
ibernstein@zalkindlaw.com

*Attorneys for Plaintiffs*