IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, et al. )
    Plaintiff, )
)
v. ) Civil Action No. 25-00240-ACR
)
DONALD J. TRUMP, et al., )
    Defendants. )
)

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of the plaintiffs in the above-entitled action.

          Respectfully submitted,

          */s/ Inga S. Bernstein*

          Inga S. Bernstein (pro hac vice)
          Massachusetts BBO# 627251
          Zalkind Duncan & Bernstein LLP
          65A Atlantic Avenue
          Boston, Massachusetts. 02110
          ibernstein@zalkindlaw.com
          p: 617-742-6020
          f: 617-742-3269

February 16, 2025

RECEIVED

FEB 18 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia