# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his official capacity as ) <br> President of the United States, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | No. 1:25-cv-00240 (ACR) |

**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Plaintiffs respectfully move this Court for leave to file Plaintiffs' Supplemental Briefing on Immutability that exceeds the five-page limit set forth in the Court's February 19, 2025 Minute Order. Plaintiffs are seeking a one-page expansion of this page limit.

Plaintiffs are mindful of the Court's limited time and resources, but believe that a submission of this length is necessary to fully and effectively present the relevant issues with the greatest possible clarity.

1

| | |
|---|---|
| DATED: February 21, 2025 | Respectfully submitted, |
| | |
| | /s/ Joseph J. Wardenski |
| Jennifer Levi (*pro hac vice*) | Joseph J. Wardenski (D.C. Bar No. 995549) |
| Mary L. Bonauto (*pro hac vice*) | WARDENSKI P.C. |
| Sarah Austin (*pro hac vice*) | 134 West 29th Street, Suite 709 |
| GLBTQ LEGAL ADVOCATES & DEFENDERS | New York, NY 10001 |
| 18 Tremont Street, Suite 950 | Telephone: (347) 913-3311 |
| Boston, MA 02108 | joe@wardenskilaw.com |
| Telephone: (617) 426-1350 | |
| jlevi@glad.org | |
| mbonauto@glad.org | |
| saustin@glad.org | |
| mhaley@glad.org | |

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
Amy Whelan (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 392-6257
sminter@nclrights.org

Sara E. Kropf (DC Bar No. 481501)
KROPF MOESLEY PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
Telephone: 202-627-6900
sara@kmlawfirm.com

Inga S. Bernstein (*pro hac vice*)
ZALKIND DUNCAN AND BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: 617-742-6020
ibernstein@zalkindlaw.com

*Attorneys for Plaintiffs*