# EXHIBIT K

# The Journal of Sexual Medicine

Official Journal of the International Society for Sexual Medicine

VOLUME 9, NUMBER 3     IMPACT FACTOR: 3.957     MARCH 2012

## EDITORIAL

637    Playing Dominoes with Sexual Medicine
      *I. Goldstein*

## JSM HIGHLIGHTS

### CONTINUING MEDICAL EDUCATION

640    Sexual Function: Diagnosis and Management of Sexual Dysfunction

641    Cardiometabolic Risk and Female Sexual Health: The Princeton III Summary
CME      *M. Miner, K. Esposito, A. Guay, P. Montorsi, and I. Goldstein*

652    CME Multiple Choice Questions

### SURGICAL TECHNIQUES

653    Placement of Quadratic Male Sling
      *E. Rhee*

### SURVEY OF LITERATURE

657    Current Literature Review
      *N. N. Kim, A. H. Clayton, R. N. Pauls, H. Porst, and M. Krychman*

## REVIEW

663    Men's Health: Sexual Dysfunction, Physical, and Psychological Health—Is There a Link?
      *H. M. Tan, S. F. Tong, and C. C. K. Ho*

## ORIGINAL RESEARCH

### EPIDEMIOLOGY

672    An Event-Level Analysis of Adding Exogenous Lubricant to Condoms in a Sample of Men Who Have Vaginal Sex with Women
      *M. Reece, K. Mark, D. Herbenick, D. J. Hensel, S. Jawed-Wessel, and B. Dodge*

679    Association of Erectile Dysfunction with Atopic Dermatitis: A Population-Based Case-Control Study
      *S.-D. Chung, J. J. Keller, and H.-C. Lin*

686    A Population-Based Study on the Association between Gastric Ulcers and Erectile Dysfunction in Taiwan
      *J. J. Keller, H.-Y. Lin, S.-D. Chung, and H.-C. Lin*

### BASIC SCIENCE

694    Flibanserin and 8-OH-DPAT Implicate Serotonin in Association between Female Marmoset Monkey Sexual Behavior and Changes in Pair-Bond Quality
      *Y. Aubert, M. L. Gustison, L. A. Gardner, M. A. Bohl, J. R. Lange, K. A. Allers, B. Sommer, N. A. Datson, and D. H. Abbott*

### OUTCOMES ASSESSMENT

708    The Female Genital Self-Image Scale (FGSIS): Validation among a Sample of Female College Students
      *A. L. DeMaria, A. V. Hollub, and D. Herbenick*

### ANATOMY/PHYSIOLOGY

719    Is the Female G-Spot Truly a Distinct Anatomic Entity?
      *A. Kilchevsky, Y. Vardi, L. Lowenstein, and I. Gruenwald*

**ORIGINAL RESEARCH**                                                                                                   continued...

727   Safer Sex as the Bolder Choice: Testosterone Is Positively Correlated with Safer Sex Behaviorally Relevant Attitudes in Young Men
      S. M. van Anders, K. L. Goldey, T. D. Conley, D. J. Snipes, and D. A. Patel

735   Anencephaly Does Not Cause Structural Alterations in the Fetal Penis
      J. P. M. de Carvalho, W. S. Costa, F. J. B. Sampaio, and L. A. Favorito

**INTERSEX AND GENDER IDENTITY DISORDERS**

743   Female and Male Transgender Quality of Life: Socioeconomic and Medical Differences
      J. Motmans, P. Meier, K. Ponnet, and G. T'Sjoen

751   Gender Identity Disorder in Twins: A Review of the Case Report Literature
      G. Heylens, G. De Cuypere, K. J. Zucker, C. Schelfaut, E. Elaut, H. V. Bossche, E. De Baere, and G. T'Sjoen

**COUPLES' SEXUAL DYSFUNCTIONS**

758   Postcoital Penile Drug Eruption in a Co-Trimoxazole-Sensitive Patient Following Vaginal Use of Triple Sulfa Vaginal Cream by His Partner
      J. Zargooshi, H. Kavoussi, E. Rahmanian, H. Motaee, M. Kohzadi, and S. Nourizad

**WOMEN'S SEXUAL HEALTH**

761   Sexual Function and Distress in Women Treated for Primary Headaches in a Tertiary University Center
      R. E. Nappi, E. Terreno, C. Tassorelli, G. Sances, M. Allena, E. Guaschino, F. Antonaci, F. Albani, and F. Polatti

770   What is the Impact on Sexual Function of Laparoscopic Treatment and Subsequent Combined Oral Contraceptive Therapy in Women with Deep Infiltrating Endometriosis?
      M. Mabrouk, G. Montanari, N. Di Donato, S. Del Forno, C. Frascà, E. Geraci, G. Ferrini, C. Vicenzi, D. Raimondo, G. Villa, Z. Zukerman, S. Alvisi, and R. Seracchioli

779   The Effects of Fibromyalgia Syndrome on Female Sexuality: A Controlled Study
      H. Yilmaz, S. D. Yilmaz, H. A. D. Polat, A. Salli, G. Erkin, and H. Ugurlu

**FSD PHARMACOTHERAPY**

786   Female Sexual Function and Gestational Diabetes
      M. C. Ribeiro, M. U. Nakamura, M. de Tubino Scanavino, M. R. Torloni, and R. Mattar

793   Treatment of Hypoactive Sexual Desire Disorder in Premenopausal Women: Efficacy of Flibanserin in the DAISY Study
      J. Thorp, J. Simon, D. Dattani, L. Taylor, T. Kimura, M. Garcia Jr., L. Lesko, and R. Pyke, on behalf of the DAISY trial investigators

**PAIN**

805   Evaluation of Sexual Function in Brazilian Women with Recurrent Vulvovaginal Candidiasis and Localized Provoked Vulvodynia
      P. C. Giraldo, N. C. Polpeta, C. R. T. Juliato, L. P. Yoshida, R. L. G. do Amaral, and J. E. Junior

**MEN'S SEXUAL HEALTH**

812   Characterization of Hypoactive Sexual Desire Disorder (HSDD) in Men
      L. DeRogatis, R. C. Rosen, I. Goldstein, B. Werneburg, J. Kempthorne-Rawson, and M. Sand

821   The Effect of Gepirone-ER in the Treatment of Sexual Dysfunction in Depressed Men
      L. F. Fabre, A. H. Clayton, L. C. Smith, I. Goldstein, and L. R. Derogatis

**ERECTILE DYSFUNCTION**

830   Erectile Dysfunction is the Main Determinant of Psychological Distress in Men with Spinal Cord Injury
      A. Barbonetti, F. Cavallo, G. Felzani, S. Francavilla, and F. Francavilla

837   The Association of *eNOS* G894T Polymorphism with Metabolic Syndrome and Erectile Dysfunction
      Y.-C. Lee, S.-P. Huang, C.-C. Liu, Y.-H. Yang, H.-C. Yeh, W.-M. Li, W.-J. Wu, C.-J. Wang, Y.-S. Juan, C.-N. Huang, T.-C. Hour, C.-F. Chang, and C.-H. Huang

844   Nonischemic Priapism Following Penile Tattooing
      J. Zargooshi, E. Rahmanian, H. Motaee, and M. Kohzadi

# Gender Identity Disorder in Twins: A Review of the Case Report Literature

Gunter Heylens, MD,* Griet De Cuypere, MD, PhD,* Kenneth J. Zucker, PhD,† Cleo Schelfaut, MD,‡ Els Elaut, MSc,* Heidi Vanden Bossche, MSc,§ Elfride De Baere, MD, PhD,¶ and Guy T'Sjoen, MD, PhD*‡

*Department of Sexology and Gender Problems, Ghent University Hospital, Ghent, Belgium; †Gender Identity Service, Child, Youth and Family Program, Centre for Addiction and Mental Health, Toronto, ON, Canada; ‡Department of Endocrinology, Ghent University Hospital, Ghent, Belgium; §Child and Adolescent Gender Clinic, Ghent University Hospital, Ghent, Belgium; ¶Centre for Medical Genetics, Ghent University Hospital, Ghent, Belgium

DOI: 10.1111/j.1743-6109.2011.02567.x

**ABSTRACT**

*Introduction.* The etiology of gender identity disorder (GID) remains largely unknown. In recent literature, increased attention has been attributed to possible biological factors in addition to psychological variables.

*Aim.* To review the current literature on case studies of twins concordant or discordant for GID.

*Methods.* A systematic, comprehensive literature review.

*Results.* Of 23 monozygotic female and male twins, nine (39.1%) were concordant for GID; in contrast, none of the 21 same-sex dizygotic female and male twins were concordant for GID, a statistically significant difference ($P = 0.005$). Of the seven opposite-sex twins, all were discordant for GID.

*Conclusions.* These findings suggest a role for genetic factors in the development of GID. **Heylens G, De Cuypere G, Zucker KJ, Schelfaut C, Elaut E, Vanden Bossche H, De Baere E, and T'Sjoen G. Gender identity disorder in twins: A review of the case report literature. J Sex Med 2012;9:751–757.**

*Key Words.* Twins; Gender Identity Disorder; Genetics; Biologic Factors in GID; Transsexualism

## Introduction

After decades of research, the etiology of gender identity disorder (GID) remains largely unknown. Developmental psychological models have identified temperamental vulnerabilities of the GID child, particular patterns of parent–child interaction, family dynamics, and traumatic events as possible risk factors [1–3], although, in one recent study, there was a failure to identify parental problems [4].

Recent literature has focused more on genetic and other biological factors, rather than on psychological factors, when trying to explain the genesis of GID. Research on biological factors is multifaceted: from size and cell number of different sex-dimorphic brain nuclei [5–7], prenatal exposure to abnormal androgen levels [8], and to genetically based sex hormone abnormalities [9]. The research of Hare et al. [9] provided evidence that male-to-female transsexualism was associated with gene variants responsible for less androgen sensitivity. The percentage of false positives in their control group was, however, extremely high, which weakens the results.

Coolidge et al. [10] studied parents of 314 twins to estimate the prevalence of GID in children and adolescents. They found a 2.3% prevalence and 62% heritability, while 38% of the variance was explained by a nonshared environmental component. These results confirmed the earlier findings of Bailey et al. [11], who, in a retrospective design, found that childhood gender nonconformity was substantially heritable for adult twins. Knafo et al. [12] examined genetic and environmental influences on 3- and 4-year-old twins' atypical gender development based on parental ratings of 5,799 pairs. They concluded that the genetic effects were less strong than the environmental effects, with the exception of behaviorally classified masculine girls.

Focusing on familial studies, Gómez-Gil et al. [13] reported on a sample of 995 consecutive applicants for sex reassignment surgery and found 12 pairs of transsexual nontwin siblings. The study suggested that although the risk was low, siblings of persons with GID may have a higher risk of being transsexual than the general population. The risk was higher for brothers than sisters of transsexual persons.

Case studies of monozygotic (MZ) and dizygotic (DZ) twins are helpful for investigation of the influence of genetic factors in GID development vs. environmental influences. By researching the literature of twin case studies concordant or discordant for GID, we will focus our evaluation on the role of genetic factors in the development of GID.

**Table 1** Female twin pairs concordant/discordant for gender identity disorder (GID)

| Reference | Zygosity | Concordant/discordant for GID |
|---|---|---|
| Sadeghi and Fakhrai [14] | Monozygotic | Concordant |
| Knoblauch et al. [15] | Monozygotic | Concordant |
| Heylens and De Cuypere | Monozygotic | Concordant |
| Green and Stoller [16] | Monozygotic | Discordant |
| Garden and Rothery [17] | Monozygotic | Discordant |
| Segal [18] | Two monozygotic | Both discordant |
| Zucker [19] | Monozygotic | Discordant |
| Heylens and De Cuypere | Dizygotic | Discordant |
| Zucker [19] | Dizygotic | Discordant |
| Segal [20] | Dizygotic | Discordant |
| Zucker et al. [21] | Dizygotic | Discordant |
| Vujovic et al. [22] | Dizygotic | Discordant |

## Method

For the review of case studies on twins with concordant and discordant GID, we searched PubMed, Web of Knowledge/Web of Science, and Google Scholar using the following key words: transsexual, gender identity disorder, twins, genetics. For unpublished data sets, we contacted the authors directly. We also included three twin pairs who attended the Gender Clinic of Ghent University Hospital during the period 1985–2010, from a pool of about 450 attendees and an additional three twin pairs who attended the Child and Adolescent Gender Clinic of Ghent University Hospital. Concerning the case reports examined at our clinic, all twin pairs (as well as their mothers) gave their informed consent to use their data for research. A total of 25 twin pairs (all children) were also available for analysis from the Gender Identity Service at the Centre for Addiction and Mental Health in Toronto, who were evaluated between 1975 and 2011.

## Results

### Female Twins

Table 1 shows the data on 13 female twins. Of the eight MZ twin pairs, three (37.5%) were concordant for GID and five (62.5%) were discordant. Of the five DZ twin pairs, all were discordant for GID.

### MZ Female Twins Concordant for GID

The two MZ twins concordant for GID described by Sadeghi and Fakhrai [14] and Knoblauch et al. [15], respectively, shared certain common features: they both had troublesome childhoods, a difficult relationship with their parents (particularly with the mother), cross-gender behavior since early childhood on, and a good relationship with each other. In contrast, the MZ twins evaluated at our gender clinic in Ghent mentioned no specific problems with their parents, although the communication was rather superficial and the father was often absent. Throughout childhood, the twin sisters were very close, but when growing older, their relationship deteriorated. They both suffered from gender dysphoria since a young age. Going through puberty was very problematic for both of them and they developed anorexia nervosa to put a stop to their female pubertal body development. This problem was never resolved by one of the twin sisters, and her mental state and physical health deteriorated progressively. She died in January 2010 from the consequences of her anorexia. In all three MZ female twins concordant for GID, a normal karyotype of the sex chromosomes and no hormonal abnormalities were found.

### MZ Female Twins Discordant for GID

Five MZ female twins have been identified in the literature as discordant for GID [16–19]. As they share the same genetic background, we focused our attention in these case reports on the existence of different environmental factors (hormonal and/or psychological), which might give an explanation for different development concerning gender identity. In three out of the five pairs, the transsexual twin had a higher birth weight, and a higher adult height in the transsexual twin was reported in two of the three pairs. For two of the transsexual twin sisters, the menarche occurred a

year later than in the nontranssexual sisters. In all these cases, the gender behavior of the twin sisters differed from an early age on cross-gender behavior for the transsexual twin sister and very female behavior for the nontranssexual twin. Concerning the parental rearing, Segal [18] described a very different approach from the mother in one of the twin pairs toward the girl with the gender-atypical behavior. Segal considered the maternal physical abuse directed to the GID sister to be a consequence of the outspoken tomboyish behavior of the girl than as causal but acknowledged that the abuse may have reinforced the already atypical gender identification. In the other three pairs, the different parental approach regarding toy preferences and childhood activities was interpreted as the reaction of parents on the different toy preferences and childhood behavior of their children. Segal concluded that higher birth weight and later age of menarche observed in the GID twin sisters might reflect differential prenatal hormonal exposure and/or gene expression, resulting in differences in brain development and gender identity [18].

### DZ Female Twins Discordant for GID

There were a total of five DZ female twins with discordant GID [19–22]. The DZ twins seen in Ghent were born by Cesarean section. Their mother and father divorced when the twins were a year old. The mother remarried when the twins were 9 years old. They connected well with their stepfather, while they had no further contact with their biological father. Although the twins are DZ, they have many phenotypic characteristics in common and were often mistaken as identical. They expressed no outspoken cross-gender behavior in childhood. They both were raised as girls and the mother did not seem to make a difference between her daughters. However, when the menarche started at age 12, one of the sisters became increasingly gender-dysphoric. The other sister had no gender-dysphoric feelings but considered herself as being attracted to females. When one declared herself as transsexual, she was referred by the general practitioner to our department. After a 9-month period of regular visits to our psychiatrist, the diagnosis of GID according to the Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (Text Revision) criteria could be made and, in the absence of other comorbidity, gender reassignment was started. The other sister was the only twin sister of the case studies reported here who was homosexual, as all the other twin sisters discordant for GID were sexually attracted to males. All the girls with GID and the twins concordant for GID for whom their sexual orientation was known considered themselves as asexual or heterosexual and were sexually attracted to females.

The DZ twins discordant for GID reported on by Zucker et al. [21] were unique in that the unaffected twin had a normal XX karyotype, whereas the affected twin had an ovotesticular disorder of sex development. The karyotype revealed a 45X (13%) and 47XYY (87%) sex chromosome mosaic pattern in blood, whereas all cells (N = 25) checked in the skin fibroblast culture were 45X. The GID twin had an IQ of 113 and the co-twin an IQ of 118. Despite a comparable IQ, the GID twin was perceived by the mother as having substantially more general behavior problems than the co-twin; however, this was much less true of the father. The mother reported feeling much closer to the co-twin than to the GID twin, whereas the reverse was true for the father. Zucker et al. suggested that the prenatal hormonal predisposition for masculinized behavior in the affected twin was exacerbated by nonshared environmental influences in the rearing environment compounded by complex family dynamic factors.

### Male Twins

Table 2 shows the data on 31 male twins. Of the 15 MZ twin pairs, six (40.0%) were concordant for

**Table 2** Male twin pairs concordant/discordant for gender identity disorder (GID)

| Reference | Zygosity | Concordant/discordant for GID |
| --- | --- | --- |
| Heylens and De Cuypere | Monozygotic | Discordant |
| Green and Stoller [16] | Monozygotic | Discordant |
| Zucker [19] | Three monozygotic | All discordant |
| Hyde and Kenna [23] | Monozygotic | Concordant |
| Tsur et al. [24] | Monozygotic | Concordant |
| Green [25] | Monozygotic | Concordant |
| Ancherson [26] | Monozygotic | Concordant |
| Stoller and Baker [27] | Monozygotic | Concordant |
| Gooren et al. [28] | Monozygotic | Concordant |
| Gooren et al. [28] | Monozygotic | Discordant |
| Stoller [29] | Monozygotic | Discordant |
| Hepp et al. [30] | Monozygotic | Discordant (concordant in childhood) |
| Segal [31] | Monozygotic | Discordant |
| Heylens and De Cuypere | Three dizygotic | All discordant |
| Zucker [19] | 12 dizygotic | All discordant |
| Vujovic et al. [22] | Dizygotic | Discordant |

GID and nine (60.0%) were discordant. Of the 16 DZ twin pairs, all were discordant for GID.

### MZ Male Twins Concordant for GID

From the identical twins described by Hyde and Kenna [23], both were concordant for transsexualism but discordant for schizophrenia. The brothers did not have a good relationship and considered themselves as very different. Both were sexually attracted to men. Hyde and Kenna suggested that a more subtle relationship is possible of transsexualism occurring as a schizophrenic spectrum disorder. The twins from the case report of Tsur et al. [24] were raised in an orthodox Jewish family. They developed GID from an early age. Estrogen treatment was started from the age of 21. They were both sexually attracted to men and lived a normal life as women. Green [25] described a MZ twin pair concordant for GID. It was striking that as identical twins, they were never close to each other. Green reported that they were treated equally by their parents. One of the twin brothers had GID in early childhood; the co-twin developed transvestic fetishism and only later on GID. They both were sexually attracted to women. One of the brothers suffered from psychotic periods after starting estrogen treatment. The other MZ male twins concordant for GID, reported in the literature, are not from recent date; no further follow-up details are known [26–28].

### MZ Male Twins Discordant for GID

The MZ twin pair discordant for GID described by Green and Stoller [16] were prepubertal children when assessed. One of the twin brothers presented cross-gender behavior since the age of 4. He was diagnosed with tuberculosis in that period, and the relationship with his mother became closer. The co-twin, however, had a better relationship with his father and behaved in a very male-typical manner. This family constellation continued later on with a different rearing of the two boys. In the case study of Stoller [29], a Native American twin pair of 30 years old was described, and they were the ninth and 10th child from 14. The father was an alcoholic, and the parents divorced when the children were very young. They were often left to their own fate. According to the mother, there was a difference between the two boys from an early age on. One of the twin brothers behaved as a sissy boy, preferred to play with his sisters and to dress as a girl; the co-twin liked horse riding and hunting. The twin with feminine behavior wanted to become a woman, more because he felt more comfortable in the female world than because he claimed a female identity. In the MZ twins reported by Hepp et al. [30], one felt as a girl and had cross-gender behavior as long as he could remember. He asked for gender reassignment at the age of 18. He was sexually attracted to men and considered himself as "heterosexual." At that time, he was diagnosed with anorexia nervosa. The co-twin also preferred girls' games and toys, but his gender identification was male. He considered himself as homosexual. He periodically cross-dressed after puberty. At the age of 16, his mental state deteriorated with anorexia and depression. Psychiatric in-treatment was needed. Hepp et al. hypothesized that "GID in childhood is mainly hereditary whereas the development of the later phenotype of the gender identification is determined by environmental factors and psychiatric co-morbidity." Segal [31] described a MZ twin pair, thin, with fair hair who behaved both rather feminine in childhood. They loved to mix with the female friends of their mother. Already at the age of 5, the mother wondered if her sons were not gay. Indeed, a few years later, both were sexually attracted to boys. Only one of the twins felt distressed about his gender. So one twin became gay; the co-twin became a transsexual woman attracted to men. The MZ male twin seen at the Child and Adolescent Gender Clinic in Ghent behaved very differently from early age on. One twin brother was diagnosed as GID and met all criteria for receiving puberty blockers at the age of 13. The co-twin was involved in masculine games and had male interests. There were no arguments to hypothesize that the rearing methods from the parents was differential toward the twin brothers. Their sexual orientation is not yet clear.

### DZ Male Twins Discordant for GID

Of the 16 discordant DZ male twins, the Ghent clinic saw three of them (the first pair at the Adult Gender Clinic, the two other pairs at our Child and Adolescent Gender Clinic). The first twin pair, 17 years old, differed in behavior from early childhood on. The parents divorced when they were toddlers. The relationship between mother and the GID child was closer than with the co-twin. The GID adolescent was reluctant to visit his father because he did not feel at ease with him. This was not the case for his brother. The differential approach from the parents was likely elicited by the cross-gender behavior of the child. Most striking about the other two twin pairs discordant for GID, seen at our Child and

Adolescent Gender Clinic, is that they were born after in vitro fertilization.

### Male and Female DZ Twins

Zucker [19] reported on seven opposite sex twin pairs. Of the probands with GID, six were male and one was female. In all cases, there was discordance for GID with the co-twin.

### Statistical Analysis

If we combine the same-sex MZ and DZ twin pairs across sex, there were a total of nine (39.1%) MZ twin pairs concordant for GID and 14 (60.9%) discordant for GID; of the 21 DZ twin pairs, all were discordant for GID. The difference in concordance between the MZ and DZ twin pairs was significant, $\chi^2(1) = 8.08$, $P = 0.005$. If one adds to the DZ group the data on opposite sex twins, the difference from the MZ twin pairs was even stronger, $\chi^2(1) = 10.74$, $P = 0.001$.

The largest sample of twins (N = 25 pairs) comes from the series reported on by Zucker [19,21]. These twins were culled from a total sample of 561 children evaluated between 1976 and 2011. These twins ranged in age from 2.9–11.9 years. Quantitative measures of sex-typed behavior showed that the GID probands had significantly more cross-gender behavior than the unaffected co-twins, which meshed with the clinical diagnosis. On the Child Behavior Checklist, a parent report measure of behavior problems, the GID probands had significantly more difficulties than the unaffected co-twins. The affected twins did not differ significantly from the unaffected co-twins in birth weight.

### Discussion

Based on the literature and our own unpublished twin cases seen for clinical evaluation, nine (39.1%) of the 23 MZ female and male twins were found to be concordant for GID. In contrast, none of the 21 DZ twin pairs were concordant for GID. Diamond and Hawk [32] reported fairly similar results. According to their Internet survey and the data known from the medical literature, two of 10 MZ female twins and 48% of the MZ male twin pairs were found to be concordant for GID, while none of the three DZ female twins and 14% of the DZ male twins were concordant. Unfortunately, it is not clear to what extent a largely Internet-recruited sample can be considered representative of the GID clinical population, and the degree of overlap with the literature here cited is unknown.

The higher concordance for GID in MZ than in DZ twins is consistent with a genetic influence on its genesis although shared and nonshared environmental factors cannot be ruled out. Indeed, from these case reports, very little is known about the "equal environments assumption," that is, the assumption that MZ twins are not treated more similarly than DZ twins in ways that might affect their gender identity [33]. The discordance for GID in five (62.5%) out of eight of the described MZ female twin pairs might have several explanations. For example, differential prenatal and postnatal environmental factors might both contribute to discordance between MZ twins [34]. In terms of parental rearing, mostly twins are treated equally, and parents usually make efforts to do so. However, Segal [18] described a totally different attitude from the mother toward her transsexual child in a MZ female twin pair, with expressing abusive behavior. It was thought that the mother's attitude was a consequence of the gender-atypical behavior of her daughter rather than a cause of GID in the transsexual daughter.

In addition, several epigenetic differences may underlie phenotypic discordance between the MZ twin pairs. In female MZ twins, skewed X inactivation in the affected twin might be an illustration of an epigenetic difference explaining phenotypic discordance [35]. A study by Fraga et al. [36] demonstrated that epigenetic differences increase during the lifetime of MZ twins, which may help to understand phenotypic differences. Genetic differences between concordant and discordant MZ twins are illustrated in a recent study by Bruder et al. [37], showing copy number variations (CNVs) in their genomes. These findings suggested that CNV analysis in phenotypically discordant MZ twins may provide a powerful tool for identifying disease predisposition loci.

In the studies on genetics and sexual orientation, a higher concordance for homosexuality has been found in MZ versus vs. DZ twins. Using family methodology, there is also evidence for genetic influences [38]. In the reviewed case studies of twins with GID, from those whose sexual orientation is known, all, with the exception of Green [25], were attracted to their biological sex and nearly 50% of the non-GID twins were also homosexual, reflecting a higher percentage than found in the general population [39]. In all the cases reported to be concordant for GID, there was also concordance for sexual orientation. A genome-wide scan of 146 families of male homo-

sexual persons has already been performed [40], but to date, no such studies have been performed in transsexual individuals.

This review shows also that systematically collected data on different topics such as physical development, childhood development, educational background, and sexual preference are lacking so that conclusions about the different etiological components are difficult to be drawn.

### Conclusion

The etiology of GID is a complex process of biopsychosocial components with unexplained interactions. Twin literature on GID supports the contribution of genetic factors to the development of gender identity with a higher tendency in males than in females.

Since sample size is still limited and genotype studies are lacking, conclusions must be drawn with caution.

Therefore, detailed registers of GID twins, preferably on MZ twins discordant for GID and DZ twins are needed, to gain more decisive information about the influence of genetic vs. environmental factors in the development of GID.

**Corresponding Author:** Gunter Heylens, MD, Department of Sexology and Gender Problems, Ghent University Hospital, Ghent 9000, Belgium. Tel: (320) 933-24341; Fax: 32093326090; E-mail: gunter.heylens@uzgent.be

*Conflict of Interest:* None.

### Statement of Authorship

#### Category 1

(a) **Conception and Design**
   Gunter Heylens; Griet De Cuypere; Cleo Schelfaut; Kenneth J. Zucker; Guy T'Sjoen
(b) **Acquisition of Data**
   Gunter Heylens; Griet De Cuypere; Cleo Schelfaut; Guy T'Sjoen; Heidi Vanden Bossche; Kenneth J. Zucker
(c) **Analysis and Interpretation of Data**
   Gunter Heylens; Griet De Cuypere; Cleo Schelfaut; Guy T'Sjoen; Elfride De Baere; Heidi Vanden Bossche; Els Elaut; Heidi Vanden Bossche; Kenneth J. Zucker

#### Category 2

(a) **Drafting the Article**
   Gunter Heylens; Griet De Cuypere; Kenneth J. Zucker; Cleo Schelfaut; Els Elaut; Heidi Vanden Bossche; Elfride De Baere; Guy T'Sjoen

(b) **Revising It for Intellectual Content**
   Gunter Heylens; Griet De Cuypere; Kenneth J. Zucker; Cleo Schelfaut; Els Elaut; Heidi Vanden Bossche; Elfride De Baere; Guy T'Sjoen

#### Category 3

(a) **Final Approval of the Completed Article**
   Gunter Heylens; Griet De Cuypere; Kenneth J. Zucker; Cleo Schelfaut; Els Elaut; Heidi Vanden Bossche; Elfride De Baere; Guy T'Sjoen

### References

1 Zucker KJ, Bradley SJ. Gender identity disorder and psychosexual problems in children and adolescents. New York: Guilford Press; 1995.
2 Di Ceglie D, Freedman D, eds. A stranger in my own body: Atypical gender identity development and mental health. London: Karnac Books; 1998.
3 Gehring D, Knudson G. Prevalence of childhood trauma in a clinical population of transsexual people. Int J Transgenderism 2005;8:23–30.
4 Wallien MSC. Gender dysphoria in children: Causes and consequences. Doctoral Dissertation, VU Amsterdam, 2008.
5 Zhou JN, Hofman MA, Gooren LJG, Swaab DF. A sex difference in the human brain and its relation to transsexuality. Nature 1995;378:68–70.
6 Kruyver FP, Zhou J, Pool C, Hofman MA, Gooren LJG, Swaab DF. Male-to-female transsexuals have female neuron numbers in a limbic nucleus. J Clin Endocrinol Metab 2000;85:2034–41.
7 Garcia-Falgueras A, Swaab DF. A sex difference in the hypothalamic uncinate nucleus: Relationship to gender identity. Brain 2008;13:3132–46.
8 Berenbaum SA, Bailey JM. Effect on gender identity of prenatal androgens and genital appearance. J Clin Endocrinol Metab 2003;88:1102–6.
9 Hare L, Bernard P, Sanchez FJ, Baird PN, Vilain E, Kennedy T, Harley VR. Androgen receptor repeat length polymorphism associated with male-to-female transsexualism. Biol Psychiatry 2009;65:93–6.
10 Coolidge FL, Thede LL, Young SE. The heritability of gender identity disorder in a child and adolescent twin sample. Behav Genet 2002;32:251–7.
11 Bailey JM, Dunne MP, Martin NG. Genetic and environmental influences on sexual orientation and its correlates in an Australian twin sample. J Pers Soc Psychol 2000;78:524–36.
12 Knafo A, Iervolino AC, Plomin R. Masculine girls and feminine boys: Genetic and environmental contributions to atypical gender development in early childhood. J Pers Soc Psychol 2005;88:400–12.
13 Gómez-Gil E, Esteva I, Almaraz MC, Pasaro E, Segovia S, Guillamon A. Familiality of gender identity disorder in non-twin siblings. Arch Sex Behav 2010;39:546–52.
14 Sadeghi M, Fakhrai A. Transsexualism in female monozygotic twins: A case report. Aust N Z J Psychiatry 2000;34:862–4.
15 Knoblauch H, Busjahn A, Wegener B. Monozygotic twins concordant for female-to-male transsexualism: A case report. Arch Sex Behav 2007;36:135–7.
16 Green R, Stoller RJ. Two monozygotic (MZ) twin pairs discordant for gender identity. Arch Sex Behav 1971;1:321–7.
17 Garden GM, Rothery DJ. A female monozygotic twin pair discordant for transsexualism: Some theoretical implications. Br J Psychiatry 1992;161:852–4.
18 Segal NL. Two monozygotic twin pairs discordant for female-to-male transsexualism. Arch Sex Behav 2006;35:347–59.

19 Zucker KJ. A twin study of 25 children with gender identity disorder. Paper presented at the meeting of the World Professional Association for Transgender Health, Atlanta, GA, September 2011.
20 Segal NL. Twins reared apart: A forgotten case/twin research reviews: X-inactivation and female co-twin discordance for hemophilia; transplantation for breast reconstruction; chimerism and telomere attrition in dizygotic twins; divergent life histories in twins reared apart/current concerns: High ACT-scoring twins; dating a twin; when gender identities diverge/the Holland twins. Twin Res Hum Genet 2009;12:123–6.
21 Zucker KJ, Bradley SJ, Hughes HE. Gender dysphoria in a child with true hermaphroditism. Can J Psychiatry 1987;32:602–9.
22 Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L. Transsexualism in Serbia: A twenty-year follow-up study. J Sex Med 2009;6:1018–23.
23 Hyde C, Kenna JC. A male MZ twin pair, concordant for transsexualism, discordant for schizophrenia. Acta Psychiatr Scand 1977;56:265–75.
24 Tsur H, Borenstein A, Seidman DS. Transsexualism. Lancet 1991;338:945–6.
25 Green R. Family cooccurrence of "gender dysphoria": Ten sibling or parent-child pairs. Arch Sex Behav 2000;29:499–507.
26 Ancherson P. Problems of transvestism. Acta Psychiatr Neurol Scand 1956;106:249–56.
27 Stoller RJ, Baker H. Two male transsexuals in one family. Arch Sex Behav 1973;2:323–8.
28 Gooren L, Frantz RR, Erickson AW, Rao BR. Transsexualism in twins. Paper presented at the meeting of the International Congress of Twin Studies, Rome, August 1989.
29 Stoller RJ. Two feminized male American Indians. Arch Sex Behav 1976;5:529–38.
30 Hepp U, Milos G, Braun-Scharm H. Gender identity disorder and anorexia nervosa in male monozygotic twins. Int J Eat Disord 2004;35:239–43.
31 Segal NL. Twins and transsexualism: An update and a preview; research reviews: Conjoined twins, angiographic lesions, single versus double embryo transfer; headlines: School placement legislation, Junior Taekwondo Olympics, prosthetic ears, murder victim. Twin Res Hum Genet 2007;10:894–7.
32 Diamond M, Hawk ST. Concordance for gender identity among monozygotic and dizygotic twin pairs. Paper presented at the meeting of the American Psychological Association, Honolulu, HI, July 2004.
33 Veale JF, Clarke DE, Lomax TC. Biological and psychosocial correlates of adult gender-variant identities: A review. Pers Individ Dif 2009;48:357–66.
34 Hall J. Twinning. Lancet 2003;362:735–43.
35 Singh SM, Murphy B, O'Reilly R. Epigenetic contributors to the discordance of monozygotic twins. Clin Genet 2002;62:97–103.
36 Fraga MF, Ballestar E, Paz MF, Ropero S, Setien F, Ballestar ML, Heine-Suñer D, Cigudosa JC, Urioste M, Benitez J, Boix-Chornet M, Sanchez-Aguilera A, Ling C, Carlsson E, Poulsen P, Vaag A, Stephan Z, Spector TD, Wu YZ, Plass C, Esteller M. Epigenetic differences arise during the lifetime of monozygotic twins. Proc Natl Acad Sci U S A 2005;102:10604–9.
37 Bruder CE, Piotrowski A, Gijsbers AA, Andersson R, Erickson S, Diaz de Ståhl T, Menzel U, Sandgren J, von Tell D, Poplawski A, Crowley M, Crasto C, Partridge EC, Tiwari H, Allison DB, Komorowski J, van Ommen GJ, Boomsma DI, Pedersen NL, den Dunnen JT, Wirdefeldt K, Dumanski JP. Phenotypically concordant and discordant monozygotic twins display different DNA copy-number-variation profiles. Am J Hum Genet 2008;82:763–71.
38 Mustanski BS, Chivers ML, Bailey JM. A critical review of recent biological research on human sexual orientation. Annu Rev Sex Res 2002;13:89–140.
39 Bagley C, Tremblay P. On the prevalence of homosexuality and bisexuality, in a random community survey of 750 men aged 18 to 27. J Homosex 1998;36:1–18.
40 Mustanski BS, Dupree MG, Nievergelt CM, Bocklandt S, Schork NJ, Hamer DH. A genomewide scan of male sexual orientation. Hum Genet 2005;116:272–8.