IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLAS TALBOTT**, *et.al.*<br><br>    *Plaintiff*,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States,** *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-240 (ACR) |

## NOTICE OF FILING EMAIL CORRESPONDENCE

Pursuant to the Court's order during the February 24, 2025, status conference, Defendants are filing the attached email correspondence with the Court. *See* 2/24 Tr. 7:1–8:16. The enclosed correspondence includes Defendants' email to the Court at 1:38 PM EST (Exhibit A), the Court's response at 2:02 PM EST (Exhibit B), and Plaintiffs' response at 3:56 PM EST (Exhibit C).

Dated:  February 25, 2025        Respectfully submitted,

ERIC HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Elizabeth B. Layendecker*
JASON C. LYNCH
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW

Washington D.C. 20005
(202) 514-1359
Jason.Lynch@usdoj.gov

*Counsel for Defendants*