| | |
|---|---|
| **From:** | Reyes Chambers |
| **To:** | Layendecker, Elizabeth B (CIV); Reyes Chambers |
| **Cc:** | Jennifer Levi; Amy Whelan; CStoll@nclrights.org; mbonauto@glad.org; Michael Haley; sara@kmlawfirm.com; Sarah Austin; Shannon Minter; Joseph Wardenski; Lynch, Jason (CIV) |
| **Subject:** | [EXTERNAL] RE: 25-cv-240, Supplemental Briefing |
| **Date:** | Monday, February 24, 2025 2:02:15 PM |

Thank you, Ms. Layendecker.

Ms. Levi,

Defendants are correct that Plaintiffs did not meet the scheduled deadline to file an amended complaint and supplemental motion. Plaintiffs have until 4 pm eastern today to explain the basis for the delay and address the points Defendants make below regarding the scope of the current order. If additional filings occur, the Court will grant Defendants a week to respond.

The Court will also schedule a video call for today at 4:30 pm so the parties and Court can discuss how to proceed.

Best.

**Judge Ana C. Reyes**
U.S. District Court for the District of Columbia
(202) 354-3350