IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, *et.al.*

    *Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    *Defendants*.

No. 1:25-cv-240-ACR

**NOTICE PURSUANT TO THE COURT'S ORDER**

The Court's February 5, 2025 Minute Order requires Defendants to notify Plaintiffs and the Court of any policy or guidance implementing Executive Orders 14168 or 14183.

At this time, Defendants are aware of the following such documents (new item(s) in **bold**):

| Date | Description |
| --- | --- |
| 28 Jan 2025 | Dep't of the Navy, Navy Recruiting Command, *Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender*.[1] |
| 31 Jan 2025 | Secretary of Defense, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[2] |
| 04 Feb 2025 | Dep't of the Air Force, Office of the Assistant Secretary, *Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[3] |
| 04 Feb 2025 | Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: *Implementing Guidance for Executive Order Defending Women*.[4] |
| 07 Feb 2025 | Secretary of Defense, *Prioritizing Military Excellence and Readiness*.[5] |
| 07 Feb 2025 | Dep't of the Army, *Implementation of Executive Orders Related to Transgender Military Service* ("EXORD 150-25").[6] |

---

[1] *See* ECF No. 14-2 at 2.

[2] *See* ECF No. 14-3 at 2–3.

[3] *See* https://www.af.mil/News/Article-Display/Article/4054626/daf-releases-memorandum-on-implementation-of-executive-order-14168-defending-wo/

[4] *See* ECF No. 23-1.

[5] *See* ECF No. 33-1.

[6] *See* ECF No. 37-1.

| 14 Feb 2025 | Dep't of the Army, Fragmentary Order ("FRAGO") 1, amending EXORD 150-25 (above).[7] |
|---|---|
| **26 Feb 2025** | **Office of the Secretary of Defense, *Additional Guidance on Prioritizing Military Excellence and Readiness*.[8]** |

In accordance with the Court's order, Defendants will continue to update this list as additional policies or guidance are promulgated.

Dated: February 26, 2025              Respectfully submitted,

                                      YAAKOV M. ROTH
                                      Acting Assistant Attorney General

                                      ALEX HAAS
                                      Director, Federal Programs Branch

                                      JEAN LIN
                                      Special Litigation Counsel

                                      /s/ *Jason C. Lynch*
                                      JASON C. LYNCH
                                      ELIZABETH B. LAYENDECKER
                                      Trial Attorneys
                                      U.S. Department of Justice
                                      Civil Division, Federal Programs Branch
                                      1100 L. Street, NW
                                      Washington D.C. 20005
                                      (202) 514-1359
                                      Jason.Lynch@usdoj.gov

                                      *Counsel for Defendants*

---

[7] *See* ECF No. 49-1.

[8] Attached as Exhibit 1.