

**DEPARTMENT OF THE AIR FORCE**
**WASHINGTON DC**

OFFICE OF THE ASSISTANT SECRETARY

March 1, 2025

MEMORANDUM FOR ALMAJCOM-ALFLDCOM-FOA-DRU/CC DISTRIBUTION C

FROM: SAF/MR
        1660 Air Force Pentagon
        Washington, DC 20330-1660

SUBJECT: Additional Guidance for Executive Order 14183, "Prioritizing Military Excellence and Readiness"

References: (a) Executive Order 14183, "Prioritizing Military Excellence and Readiness," 27 January 2025
        (b) Secretary of Defense Memorandum, "Prioritizing Military Excellence and Readiness Memo," 7 February 2025
        (c) OUSD (P&R) Memorandum, "Additional Guidance on Prioritizing Military Excellence and Readiness," 26 February 2025
        (d) OUSD (M&RA) Memorandum, "Clarifying Guidance on Prioritizing Military Excellence and Readiness," 28 February 2025

      On 26 February 2025, the Office of the Under Secretary of Defense Personnel & Readiness (USD P&R) (reference (c)) directed that the medical, surgical and mental health constraints on individuals who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria are incompatible with the high mental and physical standards necessary for military service. Policy and procedures will be updated as necessary to reflect this new guidance as soon as possible.

      Service members subject to the requirements in reference (c) are encouraged to elect to separate voluntarily no later than 26 March 2025. Such service members may be eligible for voluntary separation pay in accordance with 10 U.S.C. § 1175a and DoDI 1332.43, *Voluntary Separation Pay (VSP) Program for Service Members*. Service members eligible for voluntary separation pay will be paid at a rate that is twice the amount for which the service member would have been eligible under involuntary separation pay, in accordance with DoDI 1332.29, *Involuntary Separation Pay (Non-Disability)*.

      Service members choosing voluntary separation will not have to repay any bonuses received prior to the date of this memorandum, even if they have a remaining service obligation, pursuant to 37 U.S.C. § 373(b)(l). Characterization of service under these procedures will be honorable, except where the service member's record otherwise warrants a lower characterization. Further guidance and processes for voluntary and involuntary separation and retirement will be forthcoming.

Service members who wish to voluntarily separate should be instructed to submit their "intent" via myFSS. They will go to "Ask a Question", choose "Personnel Question" and fill out the requested information, selecting "Separation" or "Retirement" as the program. For the subject line, the member should use "Gender Dysphoria Separation." In the remarks section, the member must include the following comment: "This is for the gender dysphoria voluntary separation category and I wish to voluntarily separate (or retire if eligible)". A verification memorandum from the unit Commander (template attached) must be uploaded and then the request submitted. After the requested intent is received, further guidance, including instructions regarding medical verification of the member's diagnosis, will be forthcoming to the member. Note that the system does not accept PII/PHI, however you may use the terms Gender Dysphoria in the subject line and in the comment section.

Cross-sex hormone therapy for Service members who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria that began prior to issuance of the USD (P&R) 26 February 2025 memorandum, may be continued until separation is complete, if recommended by a DoD health care provider (HCP) in order to prevent further complications. Service members may consult with a DoD HCP concerning a diagnosis of gender dysphoria and receive mental health counseling for a diagnosis of gender dysphoria.

Reference (c) directs that access to intimate spaces, such as showers, bathrooms, and lodging facilities, and applicable dress and appearance and physical fitness standards, will be determined by a member's biological sex. The memorandum also rescinds the authority for the DAF to grant Exceptions to Policy (ETPs) for a member to use facilities, dress and appearance, or fitness standards other than those associated with their biological sex. Accordingly, effective immediately, all ETPs granted pursuant to DAFPM 2021-36-01, *Accessions and In-service Transition for Persons Identifying as Transgender*, are rescinded. In the interim, reference (c) provides commanders the latitude to place members on administrative absence to promote good order and discipline while they are being processed for separation. For those members on administrative absence pending separation, the requirements to adhere to the standards associated with their biological sex (including uniform, grooming, fitness, and access to intimate facilities) is temporarily waived. Members will receive full pay and benefits until their separation is completed.

We recognize the dedication and service of all our members and aim to ensure our military remains focused on its core mission with the highest standards of readiness and cohesion. Questions and inquiries may be directed to SAF.mreo.readinessTigerTeam@us.af.mil.

DEFILIPPI.GWENDOLYN.RUTH.1123618960
Digitally signed by DEFILIPPI.GWENDOLYN.RUTH.1123618960
Date: 2025.03.01 21:06:29 -05'00'

GWENDOLYN R. DEFILIPPI, SES, DAF
Acting Assistant Secretary of the Air Force for Manpower and Reserve Affairs

Attachments
1. Commanders Verification Memorandum template
2. OUSD (M&RA) Memorandum, "Clarifying Guidance on Prioritizing Military Excellence and Readiness"
3. OUSD (P&R) Memorandum, "Additional Guidance on Prioritizing Military Excellence and Readiness," dated 26 February 25
4. Prioritizing Military Excellence and Readiness Frequently Asked Questions
5. Executive Order 14183 "Prioritizing Military Excellence and Readiness," 27 January 2025
6. Secretary of Defense Memorandum "Prioritizing Military Excellence and Readiness Memo," 7 February 25

cc:
AF/A1
USSF/S1
NGB/A1
AF/RE
MAJCOM/A1
FLDCOM/S1