IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00240-ACR |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR PAGE LIMIT EXPANSION**

Plaintiffs Nicolas Talbott *et al.* and Defendants United States of America *et al.* (the "Parties") jointly move this Court for leave to file briefs exceeding the page limits set forth in the Court's standing order (ECF No. 10) in connection with Plaintiffs' forthcoming renewed motion for preliminary injunction. The Parties request that the page limit for Plaintiffs' memorandum of law in support of the renewed motion and Defendants' brief in opposition to the renewed motion be expanded from the 45-page limit to 70 pages. Defendants do not currently anticipate needing 70 pages but they have not seen Plaintiffs' brief. Plaintiffs believe that the expanded page limits are necessary to fully brief the issues in the case, and Defendants agree that such expansion will aid the Court's determination of the issues. As directed by the Court, the Parties will not file the briefs on the case docket until instructed to do so by the Court.

A proposed order granting this motion is submitted with this motion.

- 2 -

| | |
|---|---|
| DATED: March 4, 2025 | Respectfully submitted, |
| | |
| /s/ Joseph J. Wardenski | YAAKOV M. ROTH |
| Joseph J. Wardenski (D.C. Bar No. 995549) | Acting Assistant Attorney General |
| WARDENSKI P.C. | |
| 134 West 29th Street, Suite 709 | ALEX HAAS |
| New York, NY 10001 | Director, Federal Programs Branch |
| Telephone: (347) 913-3311 | |
| joe@wardenskilaw.com | JEAN LIN |
| | Special Litigation Counsel |
| Jennifer Levi (pro hac vice) | |
| Mary L. Bonauto (pro hac vice) | /s/ Elizabeth B. Layendecker |
| Sarah Austin (pro hac vice) | ELIZABETH B. LAYENDECKER |
| Michael Haley (pro hac vice) | JASON C. LYNCH |
| GLBTQ LEGAL ADVOCATES &DEFENDERS | Trial Attorneys |
| 18 Tremont Street, Suite 950 | U.S. Department of Justice |
| Boston, MA 02108 | Civil Division, Federal Programs Branch |
| Telephone: (617) 426-1350 | 1100 L. Street, NW |
| jlevi@glad.org | Washington D.C. 20005 |
| mbonauto@glad.org | (202) 514-1359 |
| saustin@glad.org | Jason.Lynch@usdoj.gov |
| mhaley@glad.org | |
| | Counsel for Defendants |

Shannon P. Minter (pro hac vice)
Christopher F. Stoll (pro hac vice)
Amy Whelan (pro hac vice)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 392-6257
sminter@nclrights.org

Sara E. Kropf (DC Bar No. 481501)
KROPF MOESLEY PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: 202-627-6900
sara@kmlawfirm.com

Inga S. Bernstein (pro hac vice)
ZALKIND DUNCAN AND BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: 617-742-6020
ibernstein@zalkindlaw.com

*Attorneys for Plaintiffs*