## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-00240-ACR |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### **PROPOSED ORDER**

Before the Court is the Parties' Joint Motion for Page Limit Expansion. Upon consideration of the motion and for good cause shown, the motion is GRANTED. The page limit for Plaintiffs' memorandum of law in support of their renewed motion for preliminary injunction and Defendants' brief in opposition thereto is expanded from 45 to 70 pages.

It is SO ORDERED.

DATED: _____    _____

Hon. Ana C. Reyes
U.S. District Judge