IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, MINERVA BETTIS, AUDRIE GRAHAM, ROAN PICKETT, AMIAH SALE, QUINN TYSON, CLAYTON McCALLISTER, GREYSON SHISHKINA, KODA NATURE, CAEL NEARY, MICHELLE BLOOMROSE, SAMUEL AHEARN, VERA WOLF, and REGAN MORGAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY, <br><br> Defendants. | Civil Action No. 25-cv-240-ACR |

**PLAINTIFFS' RENEWED APPLICATION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65(c)—and as directed by the Court's February 25, 2025 Minute Order—and supported by the Memorandum of Law and Declarations submitted herewith, Plaintiffs move for a preliminary injunction prohibiting

- 2 -

Defendants from implementing President Trump's January 27, 2025 executive order (the "Order") and the February 26, 2025 Department of Defense Memorandum titled, "Additional Guidance on Prioritizing Military Excellence and Readiness," (the "Implementing Guidance") effectively banning transgender people from serving in the United States Armed Forces. For the reasons discussed in the accompanying Memorandum of Law, the Order and Implementing Guidance violate Plaintiffs' rights to equal protection under the Fifth Amendment, and immediate injunctive relief is necessary to prevent Plaintiffs from suffering irreparable harm as a result of the Order and Implementing Guidance. The specific relief sought herein is described in the accompanying Memorandum.

A proposed order granting injunctive relief is submitted with this motion.

| | |
|---|---|
| DATED: March 4, 2025 | Respectfully submitted, |
| | */s/ Joseph J. Wardenski* |
| Jennifer Levi (*pro hac vice*) | Joseph J. Wardenski (D.C. Bar No. 995549) |
| Mary L. Bonauto (*pro hac vice*) | WARDENSKI P.C. |
| Sarah Austin (*pro hac vice*) | 134 West 29th Street, Suite 709 |
| Michael Haley (*pro hac vice*) | New York, NY 10001 |
| GLBTQ LEGAL ADVOCATES & DEFENDERS | Telephone: (347) 913-3311 |
| 18 Tremont Street, Suite 950 | joe@wardenskilaw.com |
| Boston, MA 02108 | |
| Telephone: (617) 426-1350 | |
| jlevi@glad.org | |
| mbonauto@glad.org | |
| saustin@glad.org | |
| mhaley@glad.org | |

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
Amy Whelan (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 392-6257
sminter@nclrights.org

Sara E. Kropf (DC Bar No. 481501)
KROPF MOESLEY PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
Telephone: 202-627-6900
sara@kmlawfirm.com

Inga S. Bernstein (*pro hac vice*)
ZALKIND DUNCAN AND BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: 617-742-6020
ibernstein@zalkindlaw.com

*Attorneys for Plaintiffs*