IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, MINERVA BETTIS, AUDRIE GRAHAM, ROAN PICKETT, AMIAH SALE, QUINN TYSON, CLAYTON McCALLISTER, GREYSON SHISHKINA, KODA NATURE, CAEL NEARY, MICHELLE BLOOMROSE, SAMUEL AHEARN, VERA WOLF, and REGAN MORGAN,<br><br>            Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>            Defendants. | Civil Action No. 25-cv-240-ACR |

Upon consideration of the Renewed Application of Plaintiffs for a Preliminary Injunction and the entire record herein, it is hereby ORDERED that:

Plaintiffs' renewed request for a Preliminary Injunction is GRANTED.

It is FURTHER ORDERED that Defendants are prohibited from categorically excluding transgender people from the military;

Plaintiffs Nicolas Talbott, Erica Vandal, Kate Cole, Gordon Herrero, Dany Dandridge, Jamie Hash, Miriam Perelson, Minerva Bettis, Audrie Graham, Roan Pickett, Amiah Sale, Quinn Tyson, Michelle Bloomrose, Vera Wolf, and Regan Morgan may not be separated from the military, denied reenlistment, demoted, denied promotion; denied medically necessary treatment on a timely basis; required to adhere to facilities, grooming, housing, or other sex-specific standards associated with their birth sex; required to use pronouns or honorifics associated with their birth sex; placed on administrative leave for being transgender or for not conforming to standards associated with their birth sex; or otherwise receive adverse treatment or differential terms of service on the basis that they are transgender; and

Plaintiffs Koda Nature, Cael Neary, Samuel Ahearn, Clayton McCallister, and Greyson Shishkina may not be denied the opportunity to accede to military service or be denied promotion, reenlistment, or any other equal terms of service on the basis that they are transgender.

Date:_____          _____
                                              The Honorable Ana C. Reyes
                                              United States District Judge