# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLAS TALBOTT, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:25-cv-00240 (ACR) |
| DONALD J. TRUMP, in his official capacity as | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## PLAINTIFFS' SUPPLEMENTAL BRIEFING ON IMMUTABILITY

Transgender people have "immutable and distinguishing characteristics that make them a discernable class." *Doe 1 v. Trump*, 275 F. Supp. 3d 167, 208 (D.D.C. 2017), *vacated sub nom. Doe 2 v. Shanahan*, 755 F. App'x 19 (D.C. Cir. 2019). Substantial evidence shows that being transgender has a biological basis. Conversely, conversion therapy, which aims to change gender identity or force a transgender person to live in their birth sex, has no basis in medical science, is ineffective, and causes severe physical and psychological harms.

I.    **Being Transgender Is Highly Resistant to Change, and Efforts to Change a Person's Gender Identity Cause Serious Harm**

Medical science recognizes that being transgender is "not a mental disorder," Brown Decl., ECF No. 32 at ¶ 16, and that gender identity is deep-seated, established early in life, and impervious to change through external influences. *See Doe v. Austin*, 2024 WL 4653290, at *2 (D. Me. Nov. 1, 2024) ("Gender identity is 'innate, impervious to external influences, and cannot be changed by medical or psychological intervention.'") (quoting Department of Justice stipulation).

That transgender individuals—like everyone—initially live in their birth sex does not undermine the immutability of transgender status. *All* individuals initially live in their birth sex. That is why the process of changing that so a person can live in a different sex is called "transition." For this reason, the government's claim that the Carter and Austin policies "require transgender people to live in their birth sex" before they undergo gender transition misses the mark. By its nature, transition is a process that is preceded by living in one's birth sex. That is simply what it means to be transgender (a person is identified as one sex at birth and then lives as another). The Carter and Austin policies enable transgender people to transition and to serve in their current sex. In contrast, the Mattis policy required transgender service members (other than those grandfathered in) to serve in their birth sex with no option to transition and no medical care for gender dysphoria—*i.e.*, the Mattis policy required transgender people to suppress their transgender

1

identity, just as discredited and harmful conversion therapies seek to do.

The existence of a pre-transition period (which of necessity is present for every transgender person) does not suggest that being transgender is mutable or that transition is optional for transgender persons who require it. Rather, it reflects the reality that a person's transgender identity becomes clear over time (just as sexual orientation does), and that differing circumstances cause individual transgender people to become aware of their transgender status at different times. Many transgender people (like many gay people) report feeling a profound sense of difference from their peers from an early age; however, due to lack of information and support, they may not learn of what it means to be transgender until they are older. Even as adults, people may delay or avoid transitioning due to "fear of being abandoned by family or friends, fearing economic loss . . . , and being discriminated against and stigmatized." Eli Coleman et al., *Standards of Care for the Health of Transgender and Gender Diverse People, Version 8*, 23 Int'l J. Transgender Health, Issue Supp. 1, at S40 (2022) (citations omitted) ("WPATH Standards"). Attempts to prevent transition through conversion efforts are harmful precisely because they seek to suppress or deny an immutable aspect of identity, not because they maintain a *status quo* of a person's birth sex, that everyone initially lives with but that is a source of intense distress only for transgender people.

In 2023, the Department of Health and Human Services ("HHS") concluded that "no available research indicates that change efforts are effective in altering gender identity." Ex. A, Dep't of Health and Human Servs., Substance Abuse and Mental Health Servs. Admin., *Moving Beyond Change Efforts: Evidence and Action to Support and Affirm LGBTQI+ Youth* 9 (2023) ("2023 SAMHSA Report"). The panel found that research shows "change efforts can cause significant harm." *Id.* This review followed an earlier 2015 HHS report, which also concluded "none of the existing research supports the premise that mental or behavioral health interventions

2

can alter gender identity" and that such interventions "are coercive, can be harmful, and should not be part of behavioral health treatment." *See* Ex. B, Dep't of Health and Human Servs., Substance Abuse and Mental Health Servs. Admin., *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth* 1 (2015) ("2015 SAMHSA Report").[1]

Similarly, the American Psychological Association has found that "individuals who have experienced pressure or coercion to conform to their sex assigned at birth or therapy that was biased toward conformity to one's assigned sex at birth have reported harm resulting from these experience[s] such as emotional distress, loss of relationships, and low self-worth." Ex. C, American Psychological Association, *APA Resolution on Gender Identity Change Efforts* 2 (Feb. 2021) ("APA GICE Resolution"), https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf (citing studies). Gender identity change efforts ("GICE") "are associated with harmful social and emotional effects for many individuals, including but not limited to, the onset or increase of depression, anxiety, suicidality, loss of sexual feeling, impotence, deteriorated family relationships, a range of post-traumatic responses, and substance abuse." *Id.* at 4. The APA has affirmed "that scientific evidence and clinical experience indicate that GICE put individuals at significant risk of harm [and]. . . opposes GICE because such efforts put individuals at significant risk of harm." *Id.* at 3. Leading medical and mental health professional associations agree. *See, e.g.,* Ex. D, Jessica N. Fish & Stephen T. Russel, *Sexual Orientation and Gender Identity Change Efforts Are Unethical and Harmful*, 110 Am. J. Public Health 1113-14 (2020).

These reviews recognize a growing body of research that demonstrates the serious harm associated with efforts to change gender identity including by requiring transgender people to live

---

[1] These reports formerly were available on SAMHSA's website. They appear to have been removed recently. For the Court's convenience, copies are attached as Exhibits A and B.

in their birth sex.  To cite one example, a 2019 study documented a dramatically increased risk of suicidality among transgender youth exposed to conversion therapy.  *See, e.g.*, Ex. E, Jack L. Turban et al., *Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults*, 77 JAMA Psychiatry 68-76 (2019)*; see also* Ex. C, APA GICE Resolution at 1 (citing studies).

## II.   Scientific Research Provides Strong Evidence that Gender Identity Has a Biological Basis

Strong research supports the conclusion that gender identity has a biological basis.  *See Doe v. Austin*, 2024 WL 4652999, at \*4 ("'There is a scientific consensus that gender identity is biologically based and a significant body of medical research that gender dysphoria has a physical and biological etiology.'") (quoting stipulation by the Department of Justice).  For example, research shows that transgender women and non-transgender women have similar brain structures, specifically in the volume of the bed nucleus of the stria terminalis.[2]

Similarly, twin studies have shown that if one identical twin is transgender, the other is much more likely to be transgender compared to fraternal twins.[3]  Twin studies provide strong genetic evidence, since identical twins (sharing DNA) show higher transgender concordance than fraternal twins (sharing only environment).

Other research has investigated differences in specific genes associated with being

---

[2] Ex. F, J.N. Zhou et al., *A Sex Difference in the Human Brain and its Relation to Transsexuality*, 378 Nature 68-70 (1995); *see also* Ex. G, Eileen Luders et al., *Regional Gray Matter Variation in Male-to-Female Transsexualism*, 46 Neuroimage 904–07 (2009); Ex. H, Giuseppina Rametti et al., *White Matter Microstructure in Female to Male Transsexuals Before Cross-Sex Hormonal Treatment. A Diffusion Tensor Imaging Study*, 45 J. Psychiatr. Res. 199–204 (2011); Ex. I, H. Berglund et al., *Male-to-Female Transsexuals Show Sex-Atypical Hypothalamus Activation When Smelling Odorous Steroids*, 18 Cereb. Cortex 1900–08 (2007); Ex. J, Ivanka Savic & Stefan Arver, *Sex Dimorphism of the Brain in Male-to-Female Transsexuals*, 21 Cereb. Cortex 2525–33 (2011).

[3] Ex. K, Gunter Heylens et al., *Gender Identity Disorder in Twins: A Review of the Case Report Literature*, 9 J. Sex. Med. 751–57 (2012).

4

transgender. For example, one study found differences in the estrogen receptor gene in transgender women when compared to the same gene in non-transgender men.[4] Yet another area of investigation has examined the influence of fetal exposure to hormones on gender identity. Study of an intersex condition called congenital adrenal hyperplasia, which results in female fetuses being exposed to much higher levels of testosterone compared to other female fetuses, has shown that the percentage of those with this condition who experience gender dysphoria during their lives is higher than that of the general population.[5] This research indicates that fetal hormone exposure plays a role in the development of gender identity.[6]

## III. Many Courts Have Recognized that Transgender Status Is "Immutable" for Purposes of Equal Protection Analysis

Recognizing that being transgender is not subject to voluntary change and is also a deeply personal characteristic that a person should not have to change to avoid governmental discrimination, numerous courts have concluded that classifications based on transgender status are "immutable" in the constitutional sense. *See, e.g., Grimm v. Gloucester Cnty. Sch. Bd.*, 972 F.3d 586, 612–13 (4th Cir. 2020), as amended (Aug. 28, 2020) ("[G]ender identity is formulated

---

[4] Ex. L, Susanne Henningsson et al., *Sex Steroid-Related Genes and Male-to-Female Transsexualism*, 30 Psychoneuroendocrinology 657–664 (2005); *see also* Ex. M, Stephen M. Rosenthal, *Approach to the Patient: Transgender Youth: Endocrine Considerations*, 99 J. Clin. Endocrinol. Metab. 4379-89 (2014).

[5] Ex. N, Arianne B. Dessens et al., *Gender Dysphoria and Gender Change in Chromosomal Females with Congenital Adrenal Hyperplasia*, 34 Arch. Sex. Behav. 389–97 (2005).

[6] The district court correctly recognized that the executive order's definitions of male and female in Exec. Order No. 14168, 90 Fed. Reg. 8615 exclude intersex individuals. While being intersex and being transgender are distinct characteristics, this adoption of purposefully discriminatory definitions for male and female that are sweeping, unprecedented in the breadth of reach across federal law, and scientifically ungrounded, is further evidence of animus. *See United States v. Windsor*, 570 U.S. 744, 771 (2013) (finding animus where federal statute "writes inequality into the entire United States Code" via "a system-wide enactment with no identified connection to any particular area of federal law"); *Romer v. Evans*, 517 U.S. 620, 632 (1996) (finding animus where law imposed "a broad and undifferentiated disability on a single named group").

for most people at a very early age, and . . . being transgender is not a choice.  Rather, it is as natural and immutable as being cisgender. . . .  "); *Kadel v. Folwell*, 100 F.4th 122, 143 (4th Cir. 2024) (same); *Brandt v. Rutledge,* 677 F. Supp. 3d 877, 905–06, 918 (E.D. Ark. 2023) (same); *Karnoski v. Trump,* No. C17-1297-MJP, 2018 WL 1784464, at *10 (W.D. Wash. Apr. 13, 2018), *vacated on other grounds*, 926 F.3d 1180 (9th Cir. 2019) (same); *Evancho v. Pine-Richland Sch. Dist.*, 237 F. Supp. 3d 267, 288 (W.D. Pa. 2017) (transgender status is "deeply ingrained and inherent"); *Bd. of Educ. of the Highland Loc. Sch. Dist. v. United States Dep't of Educ.*, 208 F. Supp. 3d 850, 874 (S.D. Ohio 2016) (same) (quoting *Windsor,* 699 F.3d at 183); *Adkins v. City of New York*, 143 F. Supp. 3d 134, 140 (S.D.N.Y. 2015) (same).

DATED: February 21, 2025

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

Jennifer Levi (*pro hac vice*)
Mary L. Bonauto (*pro hac vice*)
Sarah Austin (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
jlevi@glad.org
mbonauto@glad.org
saustin@glad.org
mhaley@glad.org

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
Amy Whelan (*pro hac vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 392-6257
sminter@nclrights.org

Sara E. Kropf (DC Bar No. 481501)
KROPF MOESLEY PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
Telephone: 202-627-6900
sara@kmlawfirm.com

Inga S. Bernstein (*pro hac vice*)
ZALKIND DUNCAN AND BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: 617-742-6020
ibernstein@zalkindlaw.com

*Attorneys for Plaintiffs*

# EXHIBIT A



# Moving Beyond Change Efforts:
## Evidence and Action to Support and Affirm LGBTQI+ Youth





## Acknowledgment

This report was prepared for the Substance Abuse and Mental Health Services Administration (SAMHSA) by Leed Management Consulting, Inc. under contract number HHSS283201700609I/HHSS28342001T with SAMHSA, U.S. Department of Health and Human Services (HHS).

## Disclaimer

Listings of any nonfederal resources are not all-inclusive. Nothing in this document constitutes a direct or indirect endorsement by SAMHSA or HHS of any nonfederal entity's products, services, or policies, and any reference to nonfederal entity's products, services, or policies should not be construed as such.

## Public Domain Notice

All material appearing in this publication is in the public domain and may be reproduced or copied without permission from SAMHSA. Citation of the source is appreciated. However, this publication may not be reproduced or distributed for a fee without the specific, written authorization of the Office of Communications, SAMHSA.

## Electronic Access and Printed Copies

This publication may be downloaded or ordered at https://store.samhsa.gov.

## Recommended Citation

Substance Abuse and Mental Health Services Administration (SAMHSA): *Moving Beyond Change Efforts: Evidence and Action to Support and Affirm LGBTQI+ Youth.* SAMHSA Publication No. PEP22-03-12-001. Rockville, MD: Center for Substance Abuse Prevention. Substance Abuse and Mental Health Services Administration, 2023.

## Originating Office

Center for Substance Abuse Prevention, Substance Abuse and Mental Health Services Administration, 5600 Fishers Lane, Rockville, MD 20857, Publication No. PEP22-03-12-001. Released 2023.

## Nondiscrimination Notice

The Substance Abuse and Mental Health Services Administration (SAMHSA) complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, religion, or sex (including pregnancy, sexual orientation, and gender identity). SAMHSA does not exclude people or treat them differently because of race, color, national origin, age, disability, religion, or sex (including pregnancy, sexual orientation, and gender identity).

Publication No. PEP22-03-12-001

Released 2023

## Navigating This Report

This report is written for multiple audiences, to include behavioral health providers, pediatric professionals and primary care providers, educators and school professionals, policymakers, and researchers. Families, parents, caregivers, and community leaders may also find it useful.

Two sections of this report are likely to be informative for all readers:

- **Executive Summary**, which synthesizes the key conclusions of the report
- **Statements of Professional Consensus on Beneficial and Harmful Practices with Youth of Diverse Sexual Orientation and Gender Identity**, which provides key scientific and treatment recommendations

Other sections of this report may be more accessible or useful to specific audiences and are noted below.

**Behavioral health providers**: All sections of this report are relevant to these professionals. Those primarily engaged in practice and treatment might focus on Section 2, which summarizes current research with lesbian, gay, bisexual, transgender, queer, questioning, and intersex youth and other sexual- and gender-diverse children and youth (LGBTQI+ youth). It describes evidence-based approaches to support and affirm LGBTQI+ children and youth. Section 3 includes an overview of laws that impact treatment and makes recommendations for targeted training and expanding treatment access.

**Community leaders**: Section 3 includes policy actions for those interested in supporting LGBTQI+ child and adolescent behavioral health. Appendix C provides selected resources

for families and caregivers and those who work closely with them.

**Educators and school professionals**: Section 2 includes information on important school interventions this group can implement to improve the behavioral health of LGBTQI+ children and youth. Section 3 identifies vital steps that aim to improve behavioral health of LGBTQI+ children and youth.

**Families and caregivers**: Material in this report could help parents and caregivers understand and support a child's behavioral health. Some parents may find the information on schools and behavioral health in Section 2 useful when seeking support and treatment for their children. Appendix C provides selected resources for families, caregivers, and those who work closely with them.

**Pediatric professionals and primary care providers**: Providers may find Section 1 on the evidence regarding sexual orientation and gender identity (SOGI) change efforts useful, as well as the research summary and description of behavioral health treatment interventions (Section 2). Appendix C provides selected resources for families, caregivers, and those who work closely with them.

**Policymakers**: Section 3 targets policymakers interested in taking concrete steps to improve LGBTQI+ child and youth behavioral health. This section is relevant to federal, state, and local policymakers as well as advocates and behavioral health providers interested in public policy. Some policy professionals may find the entire report helpful as background information.

**Researchers**: The research summary in Section 2 and areas for future study provide an overview of recent evidence and scientific opportunities. Section 3 contains recommendations for future research initiatives.

A glossary of terms used throughout this report can be found in Appendix B.

# Table of Contents

Navigating This Report ................................................................................................................. 3

Executive Summary .................................................................................................................... 7

Key Findings ............................................................................................................................... 9

Understanding Sexual Orientation and Gender in Children and Adolescents ........................... 11

Behavioral Health Concerns Among LGBTQI+ Youth ............................................................... 12

Beneficial Therapeutic Approaches and Interventions With LGBTQI+ Youth ............................ 13

Policy Approaches to Support the Behavioral Health of LGBTQI+ Youth ................................. 15

Introduction ............................................................................................................................... 17

Revision Process ....................................................................................................................... 18

Section 1. State of the Evidence on SOGI Change Efforts With Youth ..................................... 21

Statements of Professional Consensus on Beneficial and Harmful Practices With Youth of Diverse
Sexual Orientation and/or Gender Identity ............................................................................... 21

    Guiding Principles for Behavioral Health Providers ............................................................. 21

    Defining Sexual Orientation and Gender Identity Change Efforts ........................................ 22

    Professional Consensus on Sexual Orientation and Gender Identity Change Efforts With Youth ...... 23

    Professional Consensus on Appropriate Interventions With Youth of Diverse Sexual Orientation
and/or Gender Identity and Their Families ............................................................................. 23

    Professional Consensus on Education and Training .............................................................. 24

Sexual Orientation and Gender Identity Change Efforts With Youth ........................................ 25

    Research on SOGI Change Efforts ....................................................................................... 25

    Methodological Considerations When Studying SOGI Change Efforts .................................. 28

Consensus of Professional Organizations ................................................................................ 30

Conclusion ................................................................................................................................ 31

Section 2. Development, Behavioral Health, and Beneficial Therapeutic Approaches With Youth of
Diverse Sexual Orientation and/or Gender Identity: A Research Overview .................................. 33

Sexual Orientation ..................................................................................................................... 33

    Sexual Orientation Development in Youth ............................................................................. 34

Gender ....................................................................................................................................... 36

    Gender Development in Youth ............................................................................................... 38

Health and Well-Being of LGBTQI+ Youth ................................................................................ 41

    Behavioral Health Concerns Among LGBTQI+ Youth .......................................................... 42

        Behavioral Health Concerns Among LGBTQI+ Children ................................................. 43

        Behavioral Health Concerns Among LGBTQI+ Adolescents ........................................... 43

Influences on Health and Well-Being ........................................................................... 45

    Family ....................................................................................................................... 45

    Religion & Spirituality .............................................................................................. 46

    School ...................................................................................................................... 47

    Community Climate & Policies ................................................................................ 49

    Gender Affirmation ................................................................................................. 50

Beneficial Therapeutic Approaches and Interventions in LGBTQI+ Youth and Their Families ...................... 51

    Client-Centered Individual Approaches ................................................................. 51

    Family Approaches ................................................................................................. 53

    Additional Approaches With Gender-Diverse Youth ............................................... 55

    Social Transition ..................................................................................................... 55

    Medical Gender Transition ...................................................................................... 56

Future Directions for Research .................................................................................... 57

    Documenting Sexual Orientation and Gender Diversity in Youth ........................... 58

    Development of Sexual Orientation and Gender Identity ........................................ 58

    Culturally Specific Mitigation of Distress Relating to Sexual Orientation, Gender Identity, and Gender Expression .................................................................................. 58

    Addressing Health Inequities Within LGBTQI+ Youth Populations ........................ 58

    Building Resilience and Promoting Health and Well-Being .................................... 59

    Long-Term Outcomes ............................................................................................ 59

    Integration, Collaboration, and Dissemination ....................................................... 59

Section 3: Policy Approaches to Support the Behavioral Health and Well-Being of LGBTQI+ Youth ............ 61

Introduction and Foundational Principles .................................................................... 61

Ending Sexual Orientation and Gender Identity Change Efforts .................................. 62

Ensuring Access to Evidence-based Care ................................................................... 64

    Preventing Bans on Gender-Affirming Care ........................................................... 64

    Improving Access to Behavioral Health and Gender-Affirming Care ...................... 65

    Training and Education to Improve Care ................................................................. 66

Improving Behavioral Health through Antidiscrimination Policies ................................ 67

    Improving Behavioral Health Through Support for Families, Caregivers, Schools, and Communities ................................................................................................... 68

    Interventions to Support Children and Families ...................................................... 68

    Interventions to Support Youth in Schools ............................................................. 70

Future Directions: Research to Improve Care ............................................................. 71

    Increasing Research Insights Through Inclusive Demographic Questions ............. 71

Selected LGBTQI+ Research Topics ......................................................................................... 72

Summary and Conclusions ................................................................................................... 73

Appendix A: References ....................................................................................................... 75

Appendix B: Glossary of Terms ........................................................................................... 104

Appendix C: Selected Resources ........................................................................................ 107

Resources for Behavioral Health and Medical Providers ............................................... 107

    Resources for Understanding Sexual Orientation and Gender Identity ......................... 107

        Online Resources for Providers ................................................................................. 107

        Books for Providers ..................................................................................................... 108

    Resources for Pediatric and Primary Care Providers ..................................................... 108

    Resources for Providers to Discuss with Families, Caregivers, and Others .................. 108

    Resources for Providers on Cultural Responsiveness .................................................... 108

Resources for Educators and School and Community Leaders .................................... 109

    Resources for School Professionals ................................................................................. 109

Resources for Families and Caregivers ......................................................................... 109

    Parent/Caregiver Support-Focused Resources ............................................................. 109

Resources for Families and Caregivers of Transgender and Gender-Diverse Youth.......... 110

    Online Resources for Families and Caregivers ............................................................... 110

    Books for Families and Caregivers .................................................................................. 110

Resources for Youth ......................................................................................................... 110

    Online Resources for Youth ............................................................................................ 110

Appendix D: Contributions ................................................................................................... 111

# Executive Summary

Like all youth, lesbian, gay, bisexual, transgender, queer, questioning, and intersex youth and other sexual- and gender-diverse children and adolescents (LGBTQI+[*] youth) deserve to grow up in supportive environments absent stigma and discrimination that allow them to thrive and achieve their human potential. When seeking behavioral health treatment (both mental health and substance use interventions), these children and adolescents, like their peers, and their families deserve the best evidence-based care from knowledgeable health providers without the risk of harm.

This report, *Moving Beyond Change Efforts: Evidence and Action to Support and Affirm LGBTQI+ Youth*, provides behavioral health providers, researchers, policymakers, and other audiences with current knowledge about LGBTQI+ youth, a comprehensive research overview, and important information on behavioral health concerns within this community. More specifically, the report provides details on helpful and harmful interventions for these populations in clinical, community, family, and school settings. In particular, the report documents that attempts to change an individual's sexual orientation and gender identity (SOGI; pronounced "SO-gee" change efforts) are harmful and should not be provided. Additionally, this report discusses evidence-informed policy options that could improve the overall health and well-being of LGBTQI+ youth.

As the abbreviation LGBTQI+ suggests, this population is not homogenous. It includes individuals with many distinct sexual

> **This report is focused on the experiences and needs of LGBTQI+ children and adolescents up to age 17 years (referred to collectively as "youth"). In this report, the term "child" is used to refer to youth aged 3-11 years and "adolescent" is used to refer to youth aged 12-17 years.**

orientations, gender identities, gender expressions, and variations in sex characteristics. Sexual and gender minorities are also diverse with respect to other identities, including age, race, ethnicity, language, national origin, religion, spirituality, ability, and socioeconomic status.[#]

Critically, LGBTQI+ youth experience significant physical and behavioral health inequities. Several factors contribute to these inequities and result in minority stress, which is harmful to behavioral health, including:[1,2,3,4]

- Stigma
- Negative social attitudes
- Systemic barriers in health care for LGBTQI+ people
- Rejection and lack of support from families, caregivers, and communities
- Bullying and harassment, and lack of recognition and support in schools

Lack of appropriately trained behavioral health providers and exposure to harmful efforts that attempt to change sexual orientation and/or

---

[*] Even though the evidence is more limited regarding intersex persons, they are included in the acronym LGBTQI+ except when it would be inappropriate to do so, such as within journal article citations or a formal resource name. Additionally, LGBTQI+ is used interchangeably with "sexual and/or gender minority," and persons

of "diverse sexual orientation and/or gender identity," (or similar language) throughout this report.
[#] For information regarding the terms used to describe sexual orientation and gender identity, see "Sexual Orientation and Gender Identity" within Youth.gov https://youth.gov/youth-topics/lgbt.



gender identity compound these challenges. Additionally, some transgender and gender-diverse youth require behavioral health support for their experience of gender dysphoria—that is, psychological distress arising from the incongruence between one's body and gender identity.[5]

The conclusions in this report are based on research and professional consensus statements from experts in behavioral health, research, education, and policy. They strengthen and build on the conclusions of a 2015 report published by the U.S. Substance Abuse and Mental Health Services Administration (SAMHSA), *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*, the precursor to this report.[6] An overarching and guiding conclusion of this new report is that SOGI change efforts in children

> **An overarching and guiding conclusion of this report is that SOGI change efforts in children and adolescents are harmful and should never be provided.**

and adolescents are harmful and should never be provided. Although the terms "conversion therapy" and "reparative therapy" are commonly used to describe efforts to repress or change someone's sexual orientation or gender identity, these efforts are not therapeutic, and using these terms reinforce disinformation that sexual- and gender-diverse people need repair or conversion. Efforts to change or suppress a person's sexual orientation or gender identity are grounded in the belief that being LGBTQI+ is abnormal. They are dangerous, discredited, and ineffective practices. Therefore, this report utilizes the term "SOGI Change Efforts" to describe so-called "conversion therapy." Recent studies have linked SOGI change efforts to significant harms, such as increased risk of suicidality and suicide attempts, as well as other negative outcomes including severe psychological distress and depression.[7,8,9,10,11,12,13]

Further, these practices are not supported by credible evidence and have been disavowed as harmful by behavioral health experts and scientific professional associations. SOGI change efforts do not align with current scientific

understanding of gender, and are based on the unfounded concept that being in a sexual or gender minority group or identifying as LGBTQI+ is an abnormal aspect of human development. Most importantly, they put young people at risk of serious harm.

The U.S. Department of Health and Human Services is committed to eliminating health inequities within communities, including the LGBTQI+ population. This report reflects that commitment by moving the focus away from SOGI change efforts and toward ensuring that behavioral health care for LGBTQI+ children and adolescents is safe and reflects the most current scientific evidence. This report also provides a roadmap for action centered on evidence-based care and helpful interventions for clinicians, all providers, educators, families, caregivers, and policymakers to improve the behavioral health of LGBTQI+ youth. Further, this report reflects priorities included in President Biden's June 15, 2022, Executive Order on Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals,[14] and the January 20, 2021, Executive Order on Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation.[15]

## Key Findings

This report and its recommendations are based on scientific research distilled into consensus statements by a Subject Matter Expert Consensus Panel (the Panel; see Appendix D for members). After a thorough review of the scientific research; professional health and scientific association statements, guidelines, and reports; and state and national public policies, and in consultation with professionals across a wide range of expertise, the Panel revised and built on key statements from the 2015 report.

> The term "evidence-based care" refers to care, practices, or policies that are based on current research evidence, clinical expertise, and expert consensus.

The Panel reaffirmed that:

- Variations in sexual orientation (including identity, behavior, and attraction) and variations in gender (including identity and expression) are part of the normal spectrum of human diversity and do not constitute mental disorders.

Based on recent studies on thousands of individuals who have undergone SOGI change efforts, the Panel concluded that:

- No available research supports the claim that SOGI change efforts are beneficial to children, adolescents, or families.
- Available research indicates that SOGI change efforts are not effective in altering sexual orientation. Further, no available research indicates that change efforts are effective in altering gender identity.
- Available research indicates that SOGI change efforts can cause significant harm.
- SOGI change efforts are inappropriate, ineffective, and harmful practices that should not be provided to children and adolescents.

In the past several years, the research on gender diversity, gender identity, and gender-affirming medical care for children and adolescents has expanded greatly. The Panel found that:



- Gender affirmation, including social transition, and gender-affirming medical care are appropriate and beneficial for many gender minority youth.

Research over the past 20 years has underscored the importance of family and community support to the health of LGBTQI+ youth. Family and community negativity toward sexual diverse sexual orientation and/or gender identity, especially family rejection and school bullying and harassment, can cause harm to the behavioral health of this population. The Panel confirmed that:

- Rejection and lack of social and emotional support from families and caregivers, schools, and communities

negatively affects the health of sexual and gender minority youth. Such behaviors can cause harm, particularly family rejection of the youth's sexual and/or gender diversity.

After a comprehensive review of the substantial research assessing the impacts of public policies, the Panel determined that:

- Policies that stigmatize, restrict, or exclude sexual or gender minority youth are harmful to children and adolescents.
- Legal prohibitions on gender-affirming care (including medical treatment) are harmful to LGBTQ+ children and adolescents.

# Understanding Sexual Orientation and Gender in Children and Adolescents

Behavioral health providers, parents, schools, policymakers, and communities can best provide support to children, adolescents, and their families and caregivers and improve their behavioral health when they have access to the most current information about sexual orientation, gender identity, and gender expression in youth. The following overview presents the most current understanding, based on scientific evidence of youth sexual orientation, gender identity, and gender expression.

Sexual orientation occurs across a continuum, and same-sex or same-gender attraction and relationships are normal and healthy variations of human sexuality.[16,17] Similarly, a gender identity that differs from assigned sex at birth, as well as a gender expression that is not aligned with usual or expected cultural norms for a particular gender, are normal and healthy variations of human gender identity.[18,19] It is a longstanding finding that being a person of diverse sexual orientation and/or gender identity, or identifying as LGBTQI+, is not pathological.[18,20,21,22,23,24,25]

While many youth have identified with having a diverse sexual orientation in the past, they have not always felt safe enough to share that diversity openly with others.[26,27,28] There is no single developmental trajectory for sexual orientation. Certainty about sexual orientation—e.g., gay/lesbian, bisexual, or straight—increases with age, suggesting "an unfolding of sexual identity during adolescence."[29] Some researchers have found that it has become more common in the 21st century compared to the 20th century for children to self-identify as having a diverse sexual orientation and/or gender identity.[30] What has changed from earlier periods is that youth appear to be publicly

acknowledging their sexual orientation earlier as societal attitudes have increasingly become more accepting and open to diverse sexual orientations. Regardless of age, the increase in identifying as an individual of diverse sexual orientation may be tied to the increasing awareness and acceptance of diverse sexual orientations; the expansion of laws, policies, and practices that protect and support individuals regardless of sexual orientation; and an increased willingness and ability among people with diverse sexual orientations to self-identify.[31] Evidence suggests that acceptance of diverse sexual orientations does not make people more likely to identify with a diverse sexual orientation, but rather it increases the likelihood that people feel safer to identify this way publicly.[32,33,34]

Gender development begins in early childhood and continues throughout childhood and adolescence.[35,36] Gender diversity in youth can follow many possible paths. It may emerge as early as a child's preschool years, in late adolescence, or anytime in between.[37,38,39,40] Some gender-diverse children are actively exploring their gender, and there is variation regarding their identity development trajectories and ultimate identity outcomes.[38,39,40] Recent research has found that most gender-diverse children continue to identify as transgender or another gender identity that differs from their sex assigned at birth into adolescence and adulthood.[39,40,41] For those who exhibited diverse gender-typed behavior in childhood, but did not identify as transgender or nonbinary, the majority reported a diverse sexual orientation in adolescence.[42,43] For transgender children who have been supported in their gender identity and gender expression, the vast majority show consistency in their trans identity across time.[40,44]

Some people are born with differences in sex characteristics, such as reproductive anatomy,

chromosomes, or hormones that do not fit typical definitions of male and female. Intersex is an umbrella term used to describe people who can have different gender identities. Individuals with intersex traits may identify as male, female, nonbinary, or a different gender. Intersex individuals may consider themselves transgender if they do not identify with their sex assigned at birth. Like other LGBTQI+ youth, intersex youth experience pervasive stigma and discrimination. While research involving intersex individuals has been limited,[45] the Federal Government has taken steps to reduce this disparity, such as issuing a Request for Information on Promising Practices for Advancing Health Equity for Intersex Individuals in February 2023.[46]

Supportive families and caregivers, peers, and school and community environments are associated with improved psychosocial outcomes for all children and adolescents, and this is especially true for those children and adolescents with minority sexual orientations or gender identities that do not align with their sex assigned at birth.[47,48,49,50,51,52,53] Extensive research indicates that even just one supportive adult, such as a family member, teacher, or mental health provider, can have a positive impact on the mental health of youth of diverse sexual orientation and/or gender identity; such support can reduce adverse mental health impacts including suicide.[49] Additionally, family or caregiver, peer, school, and community support for youth of diverse sexual orientation and/or gender identity promotes better mental health and fewer negative outcomes, and can lead to positive development and emotional resilience.[47,48,49,53]

> **Behavioral Health:** A broad term that includes mental health, resilience, and well-being; the treatment of mental and substance use disorders; and the support of those who experience and/or are in recovery from these conditions, along with their families and communities.

## Behavioral Health Concerns Among LGBTQI+ Youth

LGBTQI+ adolescents face the same developmental milestones that accompany adolescence for all youth. However, unlike adolescents with a cisgender[7] and straight/heterosexual orientation, LGBTQI+ adolescents often must navigate an environment lacking awareness and acceptance of their sexual orientation and/or gender identity. Moreover, they might have to do so without family, community, or societal support, for example, through the child welfare system.

Limited research with sexual minority children indicates that mental health inequities may begin in childhood,[30,54] which may be connected to greater prevalence of discrimination and victimization among sexual minority children.[55,56] As a result of experiencing stigma and discrimination, some youth with diverse sexual orientation and/or gender identity are at increased risk for:

- Psychological distress (e.g., depressive symptoms, anxiety, and behavioral disorders)
- Substance use
- Suicidal ideation and attempts
- Victimization, violence, and homelessness

---

[7] "Cisgender" is a term that describes individuals whose gender identity is congruent with their sex assigned at birth. Please refer to Appendix B for a glossary of terms.

- Involvement with child welfare services, often stemming from family rejection
- Involvement in juvenile justice programs[57,58,59,60,61,62,63,64,65]

Psychosocial distress is often related to, if not caused by, negative social attitudes or rejection.[66] High levels of parental and caregiver support of youths' sexual orientation and gender identity can mitigate increased risk of behavioral health concerns. For example, transgender and gender-diverse youth with affirming parents and caregivers have similar levels of mental health challenges as their cisgender peers.[67] It is essential to note that youth with diverse sexual orientation and/or gender identity are resilient, and that with sufficient support and access to resources, they can thrive.[68,69]

Some children may experience gender dysphoria, meaning feelings of distress or incongruence between one's gender identity and sex assigned at birth. This distress, rather than the youth's gender diversity, is recognized as a

> **Developmentally sensitive approaches consider appropriate development of emotional and cognitive capacities, achievement of developmental milestones, and possible emerging or existing behavioral health concerns.**

behavioral health concern.[5] For some, the physical changes of adolescence may worsen feelings of gender dysphoria. For others, gender dysphoria or feelings of gender incongruence may begin post-puberty without any childhood history of gender dysphoria or gender diversity.[70]

## Beneficial Therapeutic Approaches and Interventions With LGBTQI+ Youth

Given scientific findings that SOGI change efforts are harmful and medically inappropriate, the behavioral health approaches below are recommended instead. These approaches are consistent with the Panel's consensus



statements and current research. Several professional and scientific association guidelines recommend these approaches as well.[22,23,24,25,71,72,73,74]

When providing services to children, adolescents, families, and caregivers, appropriate therapeutic approaches include:

- Providing accurate information on sexual orientation, gender identity and expression, and variations in sex characteristics
- Identifying sources of distress, including internalized stigma and minority stress, and working with children, adolescents, families, and caregivers to reduce the distress LGBTQI+ youth experience
- Supporting adaptive coping to improve psychological well-being
- Supporting youth as they learn more about their sexual orientation and gender identity, and supporting families in accessing gender-affirming care for their transgender child when indicated
- Helping children and adolescents navigate their sexual orientation, gender identity, and gender expression within the context of their cultural, religious, and other identities

Interventions should be client-centered, culturally appropriate, and developmentally sensitive. The treatment goal should be to facilitate the best possible level of psychological functioning, rather than identifying with a specific gender or sexual orientation. Appropriate treatment approaches with youth of diverse sexual orientation and/or gender identity should focus on identity development and affirming exploration that allows the child or adolescent the freedom of self-discovery within a context of acceptance and support. It is important to

identify the sources of any distress experienced by LGBTQI+ youth and their families and caregivers, and work to reduce this distress.

Working with parents and caregivers is important, as their behaviors and attitudes have significant effects on the mental health and well-being of youth with diverse sexual orientation and/or gender identity. Supportive family, caregivers, community, school, child welfare, and healthcare environments have been shown to positively impact both the short- and long-term health and well-being of LGBTQI+ youth. Families, caregivers, and those working with these youth can benefit from guidance and resources to increase support for sexual- and gender-diverse groups and to reduce stigma and discrimination.

In addition to the appropriate therapeutic approaches described above, social transition is appropriate and beneficial for many transgender and gender-diverse youth.[75,76,77,78] Although professional intervention is not required for youth to take steps in social transition, providers can support families and caregivers to protect youth's safety, ensure emotional, psychological, and social well-being, and help youth and families navigate the potential complexities of exploring and taking steps in social transition.[79] Based on the individual youth's needs, some forms of gender-affirming medical care may be medically necessary. Gender-affirming medical care that is provided in consultation with licensed healthcare providers is supported by extensive research and, based on the individual adolescent's needs, may be medically necessary.[80,81] Withholding timely gender-affirming medical care when indicated, withholding support for a gender-affirming exploratory process, and/or withholding support of social transition when desired, can be harmful because these actions may exacerbate and prolong gender dysphoria.[82,83]

Licensed healthcare providers play an important role in educating adolescents and their parents and caregivers about the various options for medical gender transition. They can also support youth, families, and caregivers in understanding this information and assess their understanding so that parents/caregivers and youth can provide fully informed consent and assent for the proposed care. The support of a behavioral health provider during these processes can aid an adolescent in identifying care needs, adjusting to their changing physical characteristics, and navigating responses from people in different aspects of their life.

## Policy Approaches to Support the Behavioral Health of LGBTQI+ Youth

LGBTQI+ youth and their families can benefit from policies that aim to:

- End harmful and ineffective efforts such as SOGI change efforts and ensure access to evidence-based care

- Promote behavioral health through protective and antidiscrimination policies
- Improve behavioral health through facilitating increased support from families, schools, and communities
- Conduct research that increases knowledge of health inequities with the goal to improve care

Given that SOGI change efforts are not appropriate therapeutic interventions, and are in fact harmful, immediate efforts are required to end their practice. Policy efforts to end SOGI change efforts have included:

- Passing state legislation to ban SOGI change efforts or provide supportive resources
- Introducing federal legislation to ban SOGI change efforts or provide supportive resources
- Banning licensed behavioral health providers from engaging in SOGI change efforts



- Restricting use of state funds and proposing the restriction of federal funds for these efforts
- Defining SOGI change efforts as consumer fraud

Efforts to improve understanding among behavioral health providers and other stakeholders of the harms of SOGI change efforts and the benefits of evidence-based care are essential. Other policy efforts can expand access to LGBTQI+ evidence-based care through reforming insurance and health services, ensuring nondiscrimination in health services programs, and increasing behavioral health and medical professional training in appropriate treatments. Bans on gender-supportive and gender-affirming care are harmful to individuals of diverse sexual orientation and/or gender identity.[84]

Policies can improve behavioral health and reduce health risks in this population by ensuring protection from discrimination, exclusion, and violence in schools and communities, and by expanding civil rights for LGBTQI+ individuals and families. Reducing stigma directed at LGBTQI+ individuals and families through affirmative public information that is respectful of families and youth from diverse religious, cultural, socioeconomic, and racial/ethnic backgrounds is important and consistent with professional ethical guidelines and standards of care. Supporting research to continue the development of evidence-based behavioral interventions for LGBTQI+ youth—especially those from diverse backgrounds—will contribute to the overall health and well-being of this community.

# Introduction

This report, *Moving Beyond Change Efforts: Evidence and Action to Support and Affirm LGBTQI+ Youth*, revises and builds on the seminal 2015 SAMHSA publication, *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*.[6] Based on the usefulness of the 2015 report, SAMHSA determined that a revision was warranted to reflect advances in scientific research and practice. This report provides an overview of current scientific understanding on sexual orientation and gender identity development and research on the behavioral health of youth of diverse sexual orientation and/or gender identity. The report also includes professional consensus on best practices in behavioral health with lesbian, gay, bisexual, transgender, queer, questioning, and other sexual- and gender-diverse youth (LGBTQI+ youth) and describes actions and policy options based on scientific research to improve their health and well-being.

"Section 1. State of the Evidence on SOGI Change Efforts With Youth" addresses sexual orientation and gender identity (SOGI; pronounced "SO-gee") change efforts. SOGI change efforts include practices that are not supported by credible evidence, are harmful, and have been disavowed by behavioral health experts and professional and scientific associations. "Statements of Professional Consensus on Beneficial and Harmful Practices With Youth of Diverse Sexual Orientation and/or Gender Identity" describes updated statements from experts on best practices in behavioral health for sexual and gender minority youth. "Sexual Orientation and Gender Identity Change Efforts With Youth" is an update on current research regarding SOGI change efforts in youth, and formed the basis for the best practice statements.



"Section 2. Development, Behavioral Health, and Beneficial Therapeutic Approaches With Youth of Diverse Sexual Orientation and/or Gender Identity: A Research Overview" provides an updated and expanded overview of recent research with LGBTQI+ youth beyond change efforts. This section summarizes new developments in research with youth of diverse sexual orientation and/or gender identity, including sexual orientation and gender identity development and behavioral health. It also discusses positive and negative influences on the behavioral health and well-being of LGBTQI+ youth, including factors such as family, school, community, and policy. Importantly, this section also provides information about appropriate and beneficial therapeutic approaches to support the behavioral health and well-being of youth of diverse sexual orientation and/or gender identity and their families.

"Section 3. Policy Approaches to Support and Affirm the Behavioral Health and Well-Being of LGBTQI+ Youth" provides a comprehensive

outline of scientifically supported recommendations for policies to improve the behavioral health and well-being of youth of diverse sexual orientation and/or gender identity, including improving access to comprehensive, supportive care.

SAMHSA aims to reduce the impact of substance use and mental illness on America's communities. As such, SAMHSA endeavors to improve public health and eliminate health inequities, including those affecting LGBTQI+ communities. By addressing the issues included in this report that have a significant impact on the lives and well-being of LGBTQI+ youth, SAMHSA aims to enable families, caregivers, providers, educators, and policymakers to take actions that will reduce the behavioral health risks and inequities facing this vulnerable population.

## Revision Process

*Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*, a 2015 SAMHSA publication, was reportedly helpful to behavioral health providers, families, school professionals, policymakers, and other audiences.[6] SAMHSA determined that the report's utility could be enhanced and updated to reflect new advances in scientific research and practice. The revision—this report—includes:

- New research on SOGI change efforts
- Latest developments and research in the field of gender identity and sexual orientation development in youth
- Updated guidance for behavioral health providers, families, caregivers, and school-based professionals
- New section on public policy considerations

The 2015 report was based on a meeting of experts led by the American Psychological Association. Building on the successful 2015 process, a revision framework was developed by the contractor that culminated in a 2-day online meeting on September 9-10, 2021. During the meeting, experts in relevant fields considered a comprehensive array of research findings, professional guidelines, the current clinical knowledge base, behavioral health concerns of youth of diverse sexual orientation and/or gender identity, and policy opportunities. During this meeting, the Subject Matter Expert Consensus Panel (the Panel) and scientific writing team, under the direction of the contractor, helped develop and formulate this report.

The experts were identified based on their knowledge of a wide array of topics, including but not limited to:

- Gender identity and sexual orientation development in youth, including nonbinary and transgender individuals
- Youth clinical issues, including those related to gender dysphoria
- Concerns of ethnically, racially, and culturally diverse communities and under-resourced and underserved populations
- Family psychology
- Community and school mental health
- Professional ethics
- Research methods
- Intersection of behavioral health and spiritual diversity
- Legal issues and public policy
- SOGI change efforts

An extensive list of experts was generated from those with expertise in the above areas based on published research and innovation in the key knowledge areas; knowledge of, or participation in, the development of professional guidelines; expertise in clinical practice; referral by other

experts; and behavioral health specialty. SAMHSA also sought input from the experts who contributed to the 2015 report, including the American Psychological Association, and those who could assist in achieving the goals of this report.

Additional input was obtained from professionals in pediatrics, psychology, psychiatry, public health, social work, scientific research methodology, and legal issues and public policy. These individuals included researchers and practitioners in child and adolescent development and mental health, as well as researchers in gender development, gender identity, and sexual orientation in youth. The Panel, which helped develop and formulate this report, included experts with backgrounds in family therapy, ethnic, racial, and cultural diversity, needs of underrepresented populations, faith and psychology, and ethics. The Panel included those who practice in a variety of settings from different behavioral health specialties. (See Appendix D for members.)

As with the process developed for the 2015 consensus panel for the formulation of consensus statements, unanimous consensus was sought, but if it could not be reached, 80 percent support would constitute consensus. Versions of consensus statements were circulated after the September 2021 meeting with multiple opportunities provided for panelists to submit comments and revisions. Final versions were adopted by polling. Unanimous consensus was reached in nearly all instances. The statements of professional consensus are provided in "Section 1. State of the Evidence on SOGI Change Efforts With Youth."

Observers from SAMHSA's senior leadership team, internal experts, and cross-federal experts who had been involved in developing the 2015 report were present for the September 2021 meeting and offered the opportunity to submit written questions and input to the Panel throughout the meeting.





# Section 1. State of the Evidence on SOGI Change Efforts With Youth

## Statements of Professional Consensus on Beneficial and Harmful Practices With Youth of Diverse Sexual Orientation and/or Gender Identity

Guiding principles and statements of professional consensus regarding sexual orientation and gender identity and expression among youth were developed during the meeting of the Subject Matter Expert Consensus Panel (the Panel) meeting in September 2021 (see Revision Process in the previous section for a description of the Panel meeting and revision process). These statements revise and build on the professional consensus statements developed during a July 2015 American Psychological Association convening, as described in the 2015 report, *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*.[6] The 2021 convening and resulting statements reflect updates to current evidence and recommended clinical practice.

### *Guiding Principles for Behavioral Health Providers*

The Panel updated a statement regarding the guiding human rights and scientific principles that provide a foundation for behavioral health providers working with this population. They are based on codes of professional ethics for the fields of psychology, psychiatry, counseling, social work, and pediatrics.[70,74,83,84,85,86,87]

- Behavioral health providers respect human dignity and human rights. Professional ethics necessitate that children and adolescents be supported in their right to explore and actualize their own identities.

> Though the terms "conversion therapy" and "reparative therapy" are commonly used, these efforts are not therapeutic and reinforce harmful beliefs that sexual- and gender-diverse people need repair or conversion.

- All children and adolescents should have fair and equitable access to behavioral health services that will benefit their health and welfare without the risk of harm. Children and adolescents have the right to participate in decisions that affect their health care and future lives.
- Behavioral health providers assist children, adolescents, and their families in making informed healthcare decisions by providing developmentally appropriate information and assessing their decision-making capacities and family and community contexts.
- Behavioral health providers strive to provide care that is in the best interest of the child or adolescent.
- Behavioral health providers strive to incorporate cultural awareness, respect, and sensitivity into their work. They recognize that age, gender identity and expression, race, ethnicity, culture, language, national origin, religion, spirituality, sexual orientation, different abilities, and socioeconomic status are important factors to consider when working with children, adolescents, and families.

- Behavioral health providers strive to eliminate any impact of bias on their professional interactions and decisions.

## Defining Sexual Orientation and Gender Identity Change Efforts

SOGI change efforts, commonly referred to as "conversion therapy" or "reparative therapy," are practices that aim to suppress or alter an individual's sexual orientation or gender to align with heterosexual orientation, cisgender identity, and/or stereotypical gender expression. SOGI change efforts are premised on or motivated by the belief that diversity in sexual orientation and/or gender identity and expression is a deficit, mental illness, or pathology.

SOGI change efforts do not include gender-affirming care. They do not include counseling that facilitates acceptance, social support, or

> In the field of health care, the term "inappropriate" is used to designate care that is nonbeneficial, not medically indicated, and ineffective in achieving a patient's desired results. Medically inappropriate care is not needed or supported by clinical evidence and can result in negative health outcomes. The term "appropriate" is used to designate care when the expected health benefit exceeds the expected negative consequences by a sufficiently wide margin that the care is worthwhile.[88]

open and affirming exploration and development of one's sexual or gender identity, including navigating sexual orientation and/or gender identity within the context of intersecting identities.



Moving Beyond Change Efforts:
Evidence and Action to Support and Affirm LGBTQI+ Youth

## Professional Consensus on Sexual Orientation and Gender Identity Change Efforts With Youth

1. Variations in sexual orientation (including identity, behavior, and/or attraction) and gender (including identity and expression) are part of the normal spectrum of human development and do not constitute mental disorders.
2. Available research indicates that SOGI change efforts can cause significant harm. It also indicates that these efforts are not effective in altering sexual orientation. Further, no available research indicates that SOGI change efforts are effective in altering gender identity. No available research supports the claim that these efforts are beneficial to children, adolescents, or families.
3. SOGI change efforts are inappropriate practices that should not be provided to children and adolescents.
4. Rejection and lack of social and emotional support from families and communities negatively impact the health of sexual and gender minority youth. Such behaviors can cause harm, particularly family rejection of sexual orientation and/or gender diversity.

## Professional Consensus on Appropriate Interventions With Youth of Diverse Sexual Orientation and/or Gender Identity and Their Families

1. Appropriate approaches to care for sexual and gender minority youth and their families:

   - Are evidence-based and person-centered
   - Reduce the rejection of sexual and gender minority youth
   - Increase family, school, and community support



   - Are responsive to children's, adolescents', and families' intersectional identities, including age, gender, race, ethnicity, culture, national origin, religion, spirituality, sexual orientation, different abilities, language, and socioeconomic status

2. Appropriate therapeutic approaches for sexual and gender minority youth do the following:

   - Provide accurate information on sexual orientation and gender identity and expression
   - Identify sources of distress for children, adolescents, and families and work with them to reduce it
   - Facilitate exploration and development of one's sexual and/or gender identity
   - Support adaptive coping to improve psychological well-being
   - Help youth navigate their sexual orientation, gender identity, and gender expression within the context of their cultural, religious, and other intersecting identities

3. Gender affirmation, including social transition (e.g., changing one's name, pronoun, and/or appearance), is appropriate and beneficial for gender minority children and adolescents.

Behavioral health providers may want to consult guidelines from major medical and mental health associations such as: American Academy of Child and Adolescent Psychiatry, American Academy of Pediatrics, American College of Physicians, American Counseling Association, American Medical Association, American Psychiatric Association, American Psychoanalytic Association, American Psychological Association, American School Counselor Association, Endocrine Society, National Association of School Psychologists, National Association of Social Workers, Pediatric Endocrine Society, Society for Adolescent Health and Medicine, World Medical Association, and World Professional Association for Transgender Health. (See Appendix C for some of these resources.)

Based on the youth's needs, gender-affirming medical care may be medically necessary. Such care is defined here as a care plan or service that is necessary to assess, maintain, or improve health and well-being and to avoid illness or reduce symptoms based on existing professional guidelines and scientific evidence. Withholding timely gender-affirming care when indicated, withholding support for a gender-affirming exploratory process, or withholding support of social transition when desired can be harmful because those actions may exacerbate and prolong gender dysphoria.

4. Legal prohibitions on gender-affirming care (including medical treatment) are harmful to children and adolescents. Further, policies that stigmatize, restrict, or exclude gender minority youth are harmful to children and adolescents.

5. When working with sexual and gender minority youth, behavioral health providers' ethical and professional responsibilities include delivering care that reflects respect, compassion, and cultural humility. It should be consistent with current professional, evidence-based, multidisciplinary resolutions and guidelines issued by leading health and scientific associations and professional ethical principles.

### *Professional Consensus on Education and Training*

1. Like all youth, sexual and gender minority youth and their families have diverse cultural, ethnic, racial, religious, and other identities that shape their experiences, values, and behavioral health needs. These are important factors for behavioral health providers to understand and acknowledge. Providers should receive specific training in the development of diverse sexual orientations and gender identities, as well as training on culturally responsive approaches to working with sexual and gender minority youth and their families from diverse backgrounds.

2. While sexual and gender minority youth experience many of the same developmental milestones as other youth, they also encounter unique challenges and may need specific support and resources to thrive. All of those engaged in the care of youth, including parents and caregivers,

Person-centered, also known as client-centered, is a long-standing therapeutic approach that affirms and values all aspects of individuals.[89] It emphasizes unconditional positive regard and empathic understanding of all aspects of the person.

healthcare providers and staff, school and education professionals, community leaders, social service providers, legal professionals, and policymakers, can benefit from accurate, scientific, non-pathologizing information about sexual and gender diversity.

## Sexual Orientation and Gender Identity Change Efforts With Youth

Over the past decade, additional high-quality research focused on documenting the practice and effects of SOGI change efforts has provided further evidence that these efforts should not be practiced with youth. This section includes a review of recent research on SOGI change efforts and information about their continued use across the United States. It also includes a detailed description of some of the methodological issues relevant to SOGI change efforts research that may be useful for researchers and policymakers. Finally, this section describes guidance from professional organizations disavowing SOGI change efforts.

### Research on SOGI Change Efforts

There is now a significant body of research on SOGI change efforts. Overall, it has focused on sexual orientation change efforts more than gender identity change efforts. Although some study populations included both sexual and gender minorities, they often examined SOGI change efforts in ways that obscure whether transgender participants experienced change efforts related to their sexual orientation, gender identity, or both. This is both a methodological shortcoming of some SOGI change efforts

research and a reflection of the realities of its practice, where it is not always possible to distinguish between sexual orientation and gender identity change efforts. For example, SOGI change efforts often include attempts to change children's and adolescents' gender expression to be more consistent with the stereotypical norms expected for their assigned sex at birth, with a goal to prevent both a transgender identity and a future diverse sexual orientation.[24,50,90]

In 2009, the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation Change Efforts conducted an authoritative review of peer-reviewed literature published on sexual orientation change efforts.[24] Since its publication, a systematic review of research on sexual orientation change efforts has been published,[7] as well as quantitative and qualitative empirical studies examining sexual orientation change efforts among populations residing in the United States or Canada.[8,9,10,11,91,92,93,94,95,96,97,98,99,100,101,102,103,104]

A 2018 systematic review of research on gender identity change efforts published between 1990 and 2017 identified four studies reporting on its use, which consisted of three case reports and one case series.[105] Since then, three studies investigated gender identity change efforts among populations residing in the United States or Canada.[9,106,107,108] One study examined their use in New Zealand,[109] and several studies examined sexual orientation change efforts with transgender and gender-diverse populations in the United States and Canada.[10,11,103]

Lesbian, gay, bisexual, and other sexual orientations are normal variations of human sexuality and are not mental disorders. Transgender, nonbinary, and other gender identities are normal variations of human gender and are not mental disorders. Therefore, practices seeking to change an individual's sexual orientation, gender identity, and/or gender expression are not indicated and are inappropriate.

Several recent studies of SOGI change efforts reflect major methodological improvements over past work, such as larger sample sizes (e.g., 1,518[8]; 27,715[107]; 25,791[9]), a probability sample,[8] and controlling for other factors that may also cause harm (e.g., other adverse childhood experiences [ACEs]).[8] The majority of these studies were conducted with adults. One study included adolescents and young adults (ages 13-24),[9] and one study was limited to emerging adults ages 21-25 and asked about experiences of SOGI change efforts during adolescence.[10]

> **Research indicates that sexual orientation change efforts are not effective in altering sexual orientation. Research indicates that these efforts can cause significant harm, including suicide attempts and other negative behavioral health outcomes. No available research supports the claim that sexual orientation change efforts are beneficial to children, adolescents, or families.**

Syntheses of research on sexual orientation change efforts have concluded that there is no evidence to support their effectiveness in altering sexual orientation or sexual attractions. A systematic review of peer-reviewed research on sexual orientation change efforts published from 1960 to 2007 concluded that they were not effective and may cause harm.[24]

Recent studies of sexual orientation change efforts corroborate those findings and provide stronger evidence of certain harms. Recent large, methodologically rigorous studies consistently find that exposure to sexual orientation change efforts places individuals at increased risk of suicidality and suicide attempts, as well as other negative outcomes including depression.[8,9,10,11] No studies have found evidence of any benefit of sexual

> **No research indicates that gender identity change efforts are effective in altering gender identity. Research indicates that these efforts can cause significant harm, including suicide attempts and other negative behavioral health outcomes. No available research supports the claim that gender identity change efforts are beneficial to children, adolescents, or families.**

orientation change efforts to children, adolescents, or their families. Other scholars and international organizations have independently conducted reviews of the sexual orientation change efforts literature, reaching the same conclusions.[7,12,13] It is now scientific consensus that sexual orientation change efforts are not effective and can cause significant harm.

SOGI change efforts have been used in an attempt to force children's behaviors, dress, and mannerisms to become more consistent with those stereotyp ically expected of their assigned sex at birth—that is, more stereotypically masculine expression for those assigned male at birth and more stereotypically feminine expression for those assigned female at birth. Historically, SOGI change efforts were the primary clinical approaches used with gender-diverse children, including those experiencing gender dysphoria.[39,50,90]

No research has demonstrated that gender identity change efforts are effective in altering

> **Despite evidence of harm, diverse populations across the United States, including children and adolescents, continue to be exposed to SOGI change efforts from a variety of licensed and unlicensed practitioners.**

gender identity; there is also no evidence of any benefits of such practices to children, adolescents, or their families. Recent large, methodologically sound studies have investigated harms associated with gender identity change efforts.[9,107,108] These studies indicate that exposure to gender identity change efforts—in childhood, adolescence, and/or adulthood—is associated with harm, including suicidality, suicide attempt, and other negative mental health outcomes such as severe psychological distress.

Research that asked transgender participants about prior exposure to sexual orientation change efforts also reported that these efforts were associated with negative mental health outcomes including suicidal ideation and attempts.[10,11] Although this report focuses primarily on studies in the United States, a recent study in New Zealand corroborates findings of lasting harm associated with gender identity change efforts.[109] The findings of harm associated with SOGI change efforts—practices that exemplify anti-LGBTQI+ stigma and rejection—are bolstered by the extensive



literature connecting minority stress, family/community rejection, and a lack of acceptance to negative health outcomes among youth of diverse sexual orientation and/or gender identity.[102,110,111]

Despite scientific consensus regarding the harms of SOGI change efforts and no evidence to support claims of its effectiveness or benefits, these efforts continue to be practiced across the United States by diverse health professionals and unlicensed community members.[8,9,106] It is estimated that anywhere from 3.5 to 18 percent of adults of diverse sexual orientation and/or gender identity have been exposed to SOGI change efforts; the single national probability sample reported a prevalence of 7 percent.[8] Its frequency of use among transgender and nonbinary populations is higher than that observed in cisgender LGB populations,[96,103,106,107] including in studies with adolescents and young adults.[9,10]

Though earlier reviews reported that most of the individuals who experienced sexual orientation change efforts were white men of higher socioeconomic status,[24] recent studies that rely on large national samples suggest greater diversity, indicating that women, people of color, and people from lower income levels are also affected by SOGI change efforts in the United States.[8,9,96,107]

Studies with individuals from religious traditions in which sexual orientation diversity and gender diversity are seen as contrary to faith teachings have often reported a greater prevalence of SOGI change efforts than studies that include individuals regardless of religious affiliation.[24,92,100,112] Based on these findings, it is likely that exposure to SOGI change efforts is greater among individuals from some religious backgrounds than those from more secular backgrounds.[24,91,100,112] However, current

> **Relative to young people who had not experienced SOGI change efforts, those who reported undergoing these efforts were more than twice as likely to report having attempted suicide and having multiple suicide attempts.[9]**

research does not provide for estimates of prevalence.[91]

Of note, research indicates that younger generations may be at similar risk of exposure to SOGI change efforts as generations of youth before them.[8,103] As of 2018, adolescents and young adults from all regions of the United States reported exposure to these efforts.[9] A study of young adults of diverse sexual orientation and/or gender identity from community settings in the San Francisco area found that more than half had experienced SOGI change efforts from parents and caregivers, while just more than one-fifth had also experienced these efforts from an external source such as a religious leader or a behavioral health provider.[10]

> **Younger generations continue to be exposed to SOGI change efforts. Studies published recently show that adolescents and young adults across all regions of the United States continue to be exposed.[8,9,105]**

Additionally, current research finds that SOGI change efforts result in negative consequences regardless of who attempts to effectuate the change. These change efforts are harmful whether undertaken by parents and caregivers, behavioral health providers, or other community members.[10,107] These findings indicate that

efforts to reduce the harm caused by these practices would be most effective with a broad focus to include all forms of SOGI change efforts, as well as to reduce the stigma against LGBTQI+ people that drives their continued practice.

## *Methodological Considerations When Studying SOGI Change Efforts*

Prospective, experimental research studies such as randomized controlled trials (RCTs) are considered a rigorous methodology for evaluating efficacy because these methods minimize selection bias and permit accurate estimates of causal effects. However, RCTs are not always an appropriate or ethical research design.[113] This is particularly true when multiple research studies indicate that a treatment or intervention is known to carry the risk to cause harm.[114]

To date, there have been no experimental research studies of SOGI change efforts with children or adolescents, nor would they be ethical to conduct. This is because there is sufficient evidence of harm associated with SOGI change efforts to conclude that they should not be provided to children and adolescents, and because previous studies have found no benefits. Coupled with the fact that professional consensus has established that diversity in sexual orientation and gender identity are normal variations for which treatment is unwarranted, an RCT is even more inappropriate to conduct. These ethical concerns are amplified in research with youth. Government regulations concerning research with children set strict limits and conditions on studies that could inappropriate to conduct. These ethical concerns are amplified in research with youth. Government regulations concerning research with children set strict limits and

conditions on studies that could pose harm to children and adolescents.[115]

There are valid ways to assess harm from SOGI change efforts without conducting an RCT or other rigorous quasi-experimental design (e.g., a nonrandomized design). Harm associated with an event or treatment can be evaluated through retrospective ("looking back") studies that examine the impact of those events and treatments by comparing outcomes for those who experienced them against people like them who did not. Mechanisms such as case studies, patient registries, and self-report surveys are also valid means to detect and report harms of a treatment.[114]

Most of the research using high-quality methodologies published since 2014 on sexual orientation or gender identity change efforts has been retrospective and employed cross-sectional designs, with adults asked to report their past experiences with change efforts at one point in time. This study design is appropriate for gathering evidence of harm. However, there are limitations to these study designs. Although they can identify harms, they cannot determine with certainty whether those harms are solely attributable to the SOGI change efforts. For example, research that relies on retrospective self-reports must address limits or differences in the accuracy of recollection of past events or experiences.

Sampling design—that is, how a research study recruits participants—can also limit the generalizability of the findings (i.e., the degree to which the results of a study can be applied to a broader group of people or situations). Much, though not all, of the research on SOGI change efforts uses what is called a "convenience sampling design," meaning it is unknown how representative the research participants are of all who have undergone these efforts. There is also natural bias in such samples because these

> **Current research on SOGI change efforts uses methodologies appropriate for the study of harm. Consistent findings across studies provide solid evidence that SOGI change efforts are harmful to the health of sexual and gender minority people, including children and adolescents.**

are naturally occurring groups that share a common or similar social environment.

Nonetheless, the public can have increased confidence in the research findings when many studies using a variety of research designs, conducted by independent research teams, consistently conclude that a "treatment" is associated with harm. This is the case with research on SOGI change efforts. Indeed, a strength of the existing research on these change efforts is the consistent finding that SOGI change efforts are associated with harms. This has been found across studies conducted by independent research teams using different methods and sampling strategies.

Despite methodological concerns that exist within specific studies, when taken together, the evidence is strong that SOGI change efforts are harmful to the health of people of diverse sexual orientation and/or gender identity, including children and adolescents. In recent decades, scholars and ethicists have proposed criteria for identifying potentially harmful behavioral health treatments when limited data exist. Potentially harmful treatments are defined as those that:

- Cause psychological or physical harm to the client or others
- Result in harmful effects that are long-lasting
- Have had independent research teams find and replicate the harmful effects[116]

This is the case with SOGI change efforts. Ineffective treatments—those that may not directly cause further harm but do not improve the health or well-being of the individual receiving treatment—may also be considered harmful in so far that they deprive an individual of needed care.[117,118]

Three sets of criteria have been proposed to identify potentially harmful treatments for children:

1. Criteria drawn from ACEs, revised to include experiences with therapists
2. Criteria drawn from studies of maltreatment and neglect
3. Criteria based on the plausibility of an intervention and its (in)congruence with what is known about child development.[119]

SOGI change efforts with children and adolescents meet all three criteria for identifying potentially harmful treatments for children.



> **Given the lack of evidence of efficacy and the potential risk of serious harm, every major medical, psychiatric, psychological, and professional mental health organization has taken measures to end sexual orientation change efforts and gender identity change efforts.**

## Consensus of Professional Organizations

Associations that have taken measures to end sexual orientation change efforts and/or gender identity change efforts include, among others:

- **Medical associations,** such as the American Academy of Child and Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Pediatrics, American College of Physicians, American Medical Association, American Psychiatric Association, and the Society for Adolescent Health and Medicine
- **Psychological associations,** such as the American Psychoanalytic Association, American Psychological Association, and National Association of School Psychologists
- **Counselor associations,** such as the American School Counselor Association and American Counseling Association
- **Social worker associations,** such as the National Association of Social Workers
- **International health organizations,** such as the Pan American Health Organization (of the World Health Organization), World Professional Association for Transgender Health, and World Psychiatric Association

## Conclusion

There is sufficient evidence to conclude that SOGI change efforts are inappropriate, harmful practices based on the knowledge that:

- These efforts are founded on a view of sexual and gender diversity that runs counter to scientific consensus.
- Research demonstrates that sexual orientation change efforts are ineffective, and no research demonstrates the effectiveness of gender identity change efforts.
- There is a growing body of evidence that exposure to SOGI change efforts can cause significant, lasting harm.

Other supportive behavioral health approaches are recommended for individual or family distress associated with sexual orientation and gender identity, as discussed in "Beneficial Therapeutic Approaches and Interventions in LGBTQI+ Youth and Their Families" in Section 2.





# Section 2. Development, Behavioral Health, and Beneficial Therapeutic Approaches With Youth of Diverse Sexual Orientation and/or Gender Identity: A Research Overview

## Sexual Orientation

Sexual orientation consists of sexual identity, sexual and romantic attraction, and sexual behavior. Great shifts in the understanding of sexual orientation have occurred over the past century.[120] Though a diverse sexual orientation was once considered abnormal or a medical problem, scientists now understand that sexuality occurs on a continuum and that variations in sexual orientation are part of the normal and healthy range of human sexuality.[16,17,23,24,121]

Although some people experience changes in sexual awareness, attractions, behaviors, and identities over time, this does not mean that sexual orientation can be willfully changed through their own or others' efforts, such as through sexual orientation and gender identity (SOGI; pronounced "SO-gee") change efforts.[23]

Today, many terms are used to describe sexual orientation. In addition to terms such as lesbian, gay, bisexual, and straight, many young people use a wider range of descriptive identity labels for their sexual orientation such as pansexual, asexual, queer, and questioning, among others.[122,123,124] Research with large, national samples of adolescents has found that approximately one-quarter of adolescents of diverse sexual orientation and/or gender identity use newer descriptive labels for their sexual orientation and/or gender identity.[124,125] Use of a wider range of descriptive sexual orientation labels appears to be more common among gender-diverse adolescents than among cisgender adolescents.[123]

The number of people in the United States who feel safe or comfortable to self-identify as a

> **Sexual orientation and gender are distinct yet related.**
>
> **Everyone has a sexual orientation, including identity, attraction, and behavior, and a gender, including identity and expression. Individuals can belong to both a sexual minority population (i.e., lesbian, bisexual, gay, and other non-heterosexual orientations) and a gender minority population (i.e., transgender, nonbinary, and other diverse genders). Importantly, gender does not determine a person's sexual orientation. Gender-diverse populations include individuals with many different sexual orientations, including those who identify as straight/heterosexual and those who identify with a sexual minority identity.**
>
> **Though they are distinct, gender and sexual orientation are related. Many adolescents and young adults who are gender diverse also identify with a sexual minority identity.**

sexual minority is increasing, and most of this increase is occurring among women, people of color, and younger generations.[31] Nearly 5 percent of adults in the United States identify as lesbian, gay, or bisexual; this represents an increase of nearly 60 percent of individuals who were comfortable self-identifying as LGB than on surveys conducted 8 years earlier. Among U.S. high school students, nearly 15 percent identify as lesbian, gay, or bisexual or are unsure of their sexual orientation; this is nearly double the number of students who were comfortable self-identifying as non-heterosexual in surveys

conducted 8 years prior.[59] The true size of sexual minority populations is likely higher than reported in these surveys. Stigmatizing societal attitudes and concerns about confidentiality may limit accurate reporting of sexual orientation identity and behavior.[126] Additionally, many surveys ask about only a limited number of sexual orientation options (e.g., lesbian, gay, bisexual, or heterosexual), which may miss individuals who use other terms (e.g., pansexual, asexual, or queer).[122,124] The increase in openly identifying as a sexual minority does not suggest that people are more likely to have the innate characteristics of being a sexual minority, but rather that individuals are increasingly able to publicly identify as LGBTQI+ because of increasing awareness and acceptance of diverse sexual orientations; the expansion of laws, policies, and practices that protect and support individuals regardless of sexual orientation; and an increased willingness and ability among LGBTQI+ people to self-identify due to decreased stigmatization and greater access to civil rights.[31]

### Sexual Orientation Development in Youth

Sexual orientation is usually conceptualized to begin at or near adolescence with the development of sexual feelings.[24] The average age at which sexual minority individuals reach important sexual orientation identity development milestones, such as becoming aware of same-sex attractions and coming out to others, commonly occurs during adolescence.[129,130] Various factors affect the trajectory of development related to sexual orientation, and there is no single or simple trajectory experienced by all individuals.[131,132,133,134,135] Recent generations of sexual minority individuals tend to reach milestones related to sexual orientation identity development and coming out (e.g., first becoming aware of their attractions, disclosing or sharing one's sexual orientation- or gender-

> **How many people in the United States are sexual and gender minorities?**
>
> **An estimated 11.4 to 12.2 million adults identify as LGBTQ+ in the United States, a number roughly equivalent to the population of Ohio.**
>
> **An estimated 1.99 million adolescents ages 13 to 17 identify as LGBT in the United States, which is roughly equivalent to the combined populations of Dallas, Texas, and Detroit, Michigan.[31,127,128]**

diverse identity, first sexual minority relationship) at similar ages in adolescence.[129] In addition, it is becoming increasingly common for children to identify as lesbian, gay, or bisexual in childhood.[18] Youth's earlier public self-identification as having a minority sexual orientation is likely due to reduced stigma related to sexual orientation diversity. As more youth self-identify as sexual minorities, scholars have called for supporting the emotional and mental health needs that children express related to their sexual orientation.[136]

Sexual identity development is influenced by cultural factors that may differ across racial and ethnic groups. However, most research on sexual orientation identity development has included primarily white youth without examining differences related to race and ethnicity or cultural background.[124] As such, our cultural and scientific understandings of common experiences and developmental trajectories of sexual minority populations may better reflect the experiences of white sexual minority groups and be less relevant to the experiences of sexual minority people of color.[137] Limited research has examined the dual or multiple identity development processes among sexual minority youth of color.[138] Development related to racial/ethnic identity and sexual identity may occur concurrently among adolescents, though



involve different processes.[139] A variety of studies have identified cultural constructs and culturally specific expectations that have been identified as influencing sexual identity development among youth of color include familism (i.e., family needs take precedence over individual needs) and specific cultural understandings and expectations of masculinity among Black and Latino adolescent boys in particular.[138,140,141,142,143]

Significant physical, cognitive, and social development occurs during adolescence. Sexual minority adolescents face the same developmental tasks that accompany adolescence for all youth, including sexual identity development. However, sexual minority adolescents must also navigate an environment lacking awareness and acceptance of socially marginalized sexual identities, potentially without family, community, or societal support.[144,145]

Sexual identity development includes processes of identity formation (i.e., becoming aware of sexual attractions, exploring sexual feelings) and identity integration (i.e., integrating sexual identity within the larger view of self).[144] For sexual minority adolescents, difficulty with the identity development process, such as difficulty accepting one's sexual orientation and dissonance between one's self-image and cultural, religious, and societal beliefs about sexual minorities, can increase negative views of one's own and others' sexual minority identities and lead to adopting negative societal attitudes and beliefs about being a sexual minority.[146]

Sexual orientation conflict has been linked to negative psychosocial outcomes in adolescents and young adults.[145] Furthermore, a negative self-image as a sexual minority youth contributes to the relationship between sexuality-specific stressors (e.g., family

When discussing the concept of gender, scientists distinguish among a person's sex assigned at birth, gender identity, and gender expression.[24,25,125]

- Sex assigned at birth is typically based on the appearance of external genital anatomy; male, female, or intersex are possible ways to identify sex.
- Gender identity refers to a person's deep internal sense of being female, male, a combination of both, somewhere in between, or neither.
- Gender expression refers to the external way a person communicates their gender, such as with clothing, hair, mannerisms, activities, or social roles. A person's gender expression may or may not be consistent with culturally prescribed gender roles or their sex assigned at birth and may or may not reflect their gender identity.

rejection, victimization) and poorer mental health outcomes.[145,146]

Positive identity development, however, is associated with better mental health among sexual minority adolescents.[144,147] For example, one study found that for sexual minority college students, those who reported strong religious beliefs also reported lower psychological distress, but only among those students who had high levels of self-acceptance of their sexual orientation.[148] Strong religious beliefs on their own were not protective in terms of psychological distress for students who reported lower levels of self-acceptance of their sexual orientation.

Important areas of focus for behavioral health providers who work with adolescents include helping them address negative views about aspects of their identity and supporting positive identity development. For behavioral health providers who work with sexual minority adolescents, this includes reducing the client's negative views of their own sexual orientation identity and supporting positive identity development. This encompasses the integration of sexual orientation identity into the adolescent's larger sense of self, alongside intersecting identities (e.g., cultural, racial/ethnic, and other identities).

## Gender

Transgender is a term that refers to individuals whose gender identities are incongruent with their sex assigned at birth.[75] The term gender diverse is a broader term that includes transgender individuals, as well as others whose gender behaviors, appearances, or identities are incongruent with those culturally expected based on sex assigned at birth.[75]

Significant advances have occurred over time in the scientific understanding of gender. It is now understood that gender diversity—identifying with a gender that does not align with sex assigned at birth, and/or having a gender expression that varies from that which is culturally expected for one's gender or sex assigned at birth—is part of the normal and healthy spectrum of human diversity, is not pathological, and does not require clinical attention on its own.[19,22,25,149]

Gender diversity was depathologized with changes made to the 5th revision of the Diagnostic and Statistical Manual of Mental Disorders (DSM-5) and the 11th revision of the International Classification of Diseases (ICD-11).[150,151] These changes make it clear that gender diversity is not a disorder. Instead,

current guidelines focus on treating and supporting individuals who may experience feelings of distress (i.e., gender dysphoria) or incongruence between their gender identity and body or sex assigned at birth, as well as any distress associated with stigma and discrimination.[25] Note that throughout this report, "gender dysphoria" (not capitalized) refers to the general concept of distress associated with incongruence between one's gender identity and body or sex assigned at birth, while "Gender Dysphoria" (capitalized) refers to the DSM diagnosis.

Access to gender affirmation can alleviate or improve distress due to feelings of gender incongruence. Gender affirmation refers to processes by which an individual is recognized and affirmed in the gender with which they identify.

Gender affirmation can include psychological, social, medical, and legal aspects. Access to gender affirmation can reduce gender dysphoria and improve mental and physical health outcomes among transgender and gender-diverse people and is protective against the negative effects of gender-related stigma and discrimination.[152,153] There is substantial evidence of the behavioral health benefits of access to gender affirmation for transgender and gender-diverse children, adolescents, and adults.[51,52,53,80,81,154,155]

The belief that people can only belong to one gender category—male or female—has been prevalent in many contemporary Western societies. However, over the past several decades there has been a growing scientific understanding that sex and gender are more complex. Some people are born with sex characteristics that fall outside of male and female categories, and gender identity occurs on a spectrum.[156,157,158,159,160]

Scientists now recognize that many gender identities and gender expressions exist, and have always existed in a wide range of cultures across history.[156,161,162,163]

Terms such as nonbinary, gender queer, gender fluid, agender, bi-gender, and others are used by many individuals to express their gender identity.[161,163]

Identifying with more than one identity is also common.[164] There are also many culturally specific terms that have long been used for third gender or nonbinary identities and gender roles, including two-spirit among some Indigenous North American cultures, fa'afafine in Samoan culture, and māhū in Native Hawaiian culture.[164,165,166,167]

**What about intersex youth?**

**Intersex is an umbrella term used to describe people born with differences in sex characteristics, such as reproductive anatomy, chromosomes, or hormones that do not fit typical definitions of male and female. Intersex people can have many different gender identities.**

**Individuals with intersex traits may identify as male, female, nonbinary, or a different gender. Intersex individuals may consider themselves transgender if they do not identify with their sex assigned at birth.**

**Like other LGBTQI+ youth, intersex youth experience pervasive stigma and discrimination. The Federal Government has taken steps to reduce disparities facing people who are intersex, such as issuing a Request for Information on Promising Practices for Advancing Health Equity for Intersex Individuals in February 2023.[46]**

Identifying as nonbinary appears to be more common among younger generations.[164] This may be related to greater visibility and social acceptance of gender diversity.[122] One study with a large national sample found that nearly one-quarter of adolescents of diverse sexual orientation and/or gender identity self-identified as nonbinary.[124] Of note, some people who describe themselves as nonbinary or another gender consider themselves transgender, while others do not.[157]



In this report, "transgender and gender diverse" is used as a broad term that refers to people whose gender identity and/or gender expression are incongruent with their sex assigned at birth, including binary transgender people, nonbinary people, and cisgender people with a diverse gender expression.

Estimates of the size of the transgender and gender-diverse population in the United States vary. It is only in recent years that some national, population-based surveys have started to include questions to assess gender identity, and the practice remains far from widespread. It is estimated that between 0.1 and 2.0 percent of adults in the United States identify as transgender.[124,168] These figures likely underestimate the size of the transgender and gender-diverse populations, because much of this research has not used current best practices for asking separately about current gender identity and sex assigned at birth and did not

consistently include gender-diverse individuals who do not identify with the term transgender.[169,170] Recent population-based research with adults of diverse sexual orientation and/or gender identity has found that 1.2 million adults in the United States identify as nonbinary, including people who both do and do not consider themselves transgender.[157]

Research with high school students has found that between 1.1 and 9.2 percent identify as transgender, nonbinary, or another gender identity that differed from their sex assigned at birth.[122,170,171,172] Studies that specifically asked about identifying as nonbinary and other gender identities in addition to identifying as transgender reported larger proportions of transgender and gender-diverse youth, emphasizing the importance of asking about nonbinary and other diverse gender identities.[168,170,173]

### Gender Development in Youth

Gender-related development begins in early childhood and progresses through adolescence.[21] Processes of gender-related identity development among transgender and other gender-diverse populations are varied, non-linear, and not necessarily anchored to specific ages or developmental periods.[37,38] For some individuals, gender identity appears stable across development, while others experience changes in their gender identity over time.

Youth who start to think of themselves as transgender or gender diverse may share this identity with others, and take steps in social transition across a wide range of ages.[29,30,176,177] There is no single developmental trajectory for transgender and gender-diverse youth—that is, there is healthy and normal variation in the age that youth recognize themselves as gender diverse.[25]

Individuals who exhibit gender diversity in childhood include those who:

- Consistently identify with a gender that differs from their sex assigned at birth
- Identify with the gender that aligns with their sex assigned at birth and have a diverse gender expression
- Are exploring their gender identity and/or gender expression[178,179]

While earlier research from clinics specializing in childhood gender identity suggested that many individuals who exhibited gender diversity in childhood did not later identify as transgender in adolescence, significant methodological weaknesses preclude use of these findings to identify trajectories of gender identity development and their associated frequencies.[179] However, more recent research and clinical expertise suggests that children who consistently identify with a gender different from their sex assigned at birth typically express a similar clarity in adolescence.[50,77,149,178,180,181] Research also indicates that children whose gender expression differs from social norms, but who do not identify as transgender or nonbinary, are more likely to have a diverse sexual orientation in adulthood.[24,182,183]

A significant body of research demonstrates that affirming a child's current gender identity and gender expression, as well as supporting their process of understanding more about their identity, is beneficial for all children. The benefits of providing affirming mental health care include reducing the risk of suicide in transgender and gender-diverse youth. Given the significant mental health risks that gender minority youth face when affirming mental health care is not available, affirming mental health care is appropriate and necessary even for youth who may later identify differently in adulthood.[78,178,184,185,186]

> Younger generations understand, experience, and communicate their gender-related experiences in different ways than previous generations. These understandings of gender include an increased recognition of the complexity of gender, sexuality, and identity and fewer stereotypes or expectations of what it means to be a certain gender.[156,174,175]

Children who identify as transgender early in their development are increasingly supported and affirmed in their identities by many families at young ages. Research with transgender youth who have socially transitioned—that is, who present as their gender identity in everyday life—provides evidence that early in childhood, gender-related development is similar among transgender and cisgender children with the same gender identity, regardless of sex assigned at birth.[187,188,189] These similar areas of gender-related development between transgender and cisgender children include consistency and strength of identification with their gender and expression of gender preferences, stereotypes, behaviors, and beliefs.[40]

Other youth identify as transgender or gender diverse for the first time in adolescence.[35,176,190,191,192] Puberty can be a pivotal time when youth become more aware of their gender and experience physical changes that can trigger or exacerbate dysphoria.[193] Some individuals who initially identify as transgender or gender diverse in adolescence do not have a history of gender diversity or gender "non-conforming" behaviors or preferences in childhood.[177] This can make disclosure of a gender identity that differs from sex assigned at birth in adolescence surprising to parents, guardians, and others.



Some adolescents who identify as transgender or gender diverse report that they felt different at a young age but expressed or engaged in behaviors that were stereotypical for their sex assigned at birth earlier in life, while others do not feel differently about their gender until adolescence.[35,176] Given the advances in scientific understanding of the normal and healthy diversity of gender identities, understanding the current experiences of youth whose gender incongruence presents in adolescence is an important area of study. No singular narrative can describe the totality of transgender and gender-diverse youth experiences.

Identity development is among the key tasks of adolescence for all adolescents, including those who are transgender and gender diverse. Self-acceptance of one's gender identity, identity

pride, and valuing self are factors that promote resilience among transgender and gender-diverse adolescents.[145,194,195,196] However, transgender and gender-diverse adolescents may experience identity conflict when reconciling a gender identity that may diverge from the expectations of their family, peers, and community. This can be particularly pertinent for transgender and gender-diverse adolescents of color, who often experience multiple forms of discrimination (e.g., racial discrimination when seeking out supportive services, or anti-transgender stigma in one's racial/ethnic or cultural community) and may perceive incompatibility between their gender identity and racial/ethnic identities.[140,198]

Conversely, racial/ethnic identity development processes may beneficially impact how youth navigate gender identity development, such as experience coping with adversity and developing a sense of pride in one's identity.[195] While self-acceptance and identity pride are associated with well-being, adopting negative societal attitudes and beliefs about being transgender or gender diverse and having a negative gender-related self-concept have been connected to mental health challenges and greater substance use among transgender and gender-diverse adolescents.[199,200]

> **Minority stressors experienced due to anti-LGBTQ+ stigma include major life events, such as assault because of one's sexual orientation, gender identity, or gender expression, as well as everyday forms of discrimination and non-affirmation, such as receiving poor services, being assumed to be straight, or being misgendered. Minority stress is also caused by policies that limit the opportunities, resources, and well-being of LGBTQI+ populations.[111,197]**

Important areas of focus for behavioral health providers who work with adolescents includes helping them address negative views about aspects of their identity and supporting positive identity development. Therefore, important areas of focus for behavioral health providers who work with transgender and gender-diverse adolescents are reducing negative views of their own gender identity and supporting positive identity development.[198,199,200] As with adolescents of diverse sexual orientations, this includes integration of gender identity and gender self-concept into their larger sense of self, alongside cultural, racial/ethnic, and other identities.

Research on how gender identity development varies by gender, race and ethnicity, and other cultural, social, and environmental factors remains in its early stages. Some studies have identified potential differences in developmental trajectory by gender.[35] Many studies have disproportionately low representation of transgender girls and other gender-diverse youth assigned male at birth, suggesting that transgender girls and women are coming out at later ages.[201,202,203]

One study investigating age upon accessing gender-affirming medical care found that it was influenced by contextual factors, such as family religion, having a helpful caregiver, as well as developmental milestones reached upon recognition of gender incongruence and age at coming out or disclosing gender identity.[204] Another study of young transgender women found differences by racial/ethnic group, suggesting that youth of color may achieve some social milestones (e.g., disclosure of gender identity) at younger ages than white youth.[205]

Most research with transgender and gender-diverse youth has been conducted with mostly white, higher income families living in urban areas who have access to specialized pediatric gender clinics. In recent years, more research has been conducted with nonclinical populations of children.[36] Given the tremendous variation in attitudes and expectations related to gender by cultural group and family background, more research is needed with racially and ethnically diverse children and families, lower income families, and families from different cultural and religious backgrounds to better understand the experiences and needs of diverse gender minority children and adolescents and to ensure access to evidence-based care.

## Health and Well-Being of LGBTQI+ Youth

In the United States and worldwide, sexual- and gender-diverse populations experience inequities in many behavioral health outcomes.[206,207] This report uses the phrase "health inequities" as opposed to "health disparities" to refer to unnecessary and avoidable health differences.[208] These health inequities are not caused by one's sexual orientation, gender identity, or gender expression, but rather by anti-LGBTQI+ stigma that is embedded in proposed and enacted laws, policies, and societal attitudes.



The Minority Stress Model provides an empirically validated conceptual model for understanding how stress due to anti-LGBTQI+ stigma, coupled with general life stressors, puts individuals of diverse sexual orientation and/or gender identity at increased risk for negative behavioral health outcomes.[111,209,210] These external experiences of minority stress cause cognitive, affective, and behavioral reactions, such as internalized stigma, identity concealment, and social isolation, all of which are associated with poorer mental health.[153,209,211,212,213]

Despite the impact of anti-LGBTQI+ stigma, which individuals can experience in tandem with other forms of discrimination, many youth and adults of diverse sexual orientation and/or gender identity can adapt, thrive, and demonstrate resilience despite risk exposure, high levels of stress, and other forms of adversity.[214] Resilience refers to a dynamic process of adapting positively within the context of significant adversity.[215] Resilience among sexual- and gender-diverse populations is promoted through:

- Self-acceptance of sexual orientation and gender identity, self-esteem, and identity pride
- Social support and sexuality- and gender-specific support from family, peers, schools, and community organizations
- School and community connectedness
- Inclusive and supportive federal and state policies[60,66,147,216]

It is important to recognize that sexual and gender minorities are not a single, homogeneous population. In addition to including individuals with many distinct sexual orientations, gender identities, and gender expressions, LGBTQI+ populations are also diverse with respect to other identities, including age, race, ethnicity, immigration status, language, national origin, religion, spirituality, ability, and socioeconomic status. Individuals with multiple minority identities experience unique stigma and stressors, as well as unique opportunities for resilience.[196,217,218,219]

To support individual LGBTQI+ youth in achieving their optimal health and well-being, and to take action to address health inequities among LGBTQI+ populations, behavioral and other healthcare providers, families, school administrators, boards, and educators, community leaders, and policymakers must understand the health concerns that may affect LGBTQI+ youth and be knowledgeable about the factors that lead to risk and resilience among LGBTQI+ youth. The following sections provide an overview of behavioral health concerns among LGBTQI+ youth, as well as what is known about the influence of families, school, religion and spirituality, community climate and policies, and gender affirmation on the behavioral health of LGBTQI+ youth.

### Behavioral Health Concerns Among LGBTQI+ Youth

Variations in sexual orientation (identity, behavior, and/or attraction) and gender (identity and expression) are part of the normal spectrum of human development and do not constitute mental disorders. However, youth of diverse sexual orientation and/or gender identity are at elevated risk for mental illness and substance use due to experiences of discrimination related to sexual orientation, gender identity, rejection, trauma, violence, and a lack of support from families, school systems, and communities.[111] Transgender and gender-diverse children and adolescents may also experience psychological distress related to gender dysphoria.[25] It is important to emphasize that youth of diverse sexual orientation and/or gender identity are

resilient, and that with sufficient support and access to resources, they can thrive.[68,69] Behavioral health concerns that behavioral health providers can be aware of and attend to among sexual- and gender-diverse youth are summarized below.

## Behavioral Health Concerns Among LGBTQI+ Children

Recent research has begun to investigate behavioral health among sexual- and gender-diverse children and has found that inequities in behavioral health may begin in childhood. While some sexual- and gender-diverse children are distressed, others are not. Among those who are distressed, the source of distress varies.

Several studies found that more children who self-identify as gay, bisexual, or questioning reported distress, including mood disorders, non-suicidal self-injury, suicide ideation, and suicide attempts than did children who do not identify as gay, bisexual, or questioning.[30,54] Additionally, two longitudinal studies found that children who later identified as a sexual minority began experiencing mental health challenges as early as age 11.[55,56] Other studies indicate that mental health concerns among sexual minority children may be linked to experiences of victimization, such as bullying behaviors perpetrated by peers.[220,221]

Gender-diverse children appear to have elevated rates of mental health concerns, including symptoms of anxiety and depression, history of self-harm, and suicidality, compared to cisgender children.[222,223,224] When gender-diverse children have behavioral health concerns, these may be related to invalidation or rejection of their gender diversity, or distress related to current anatomical dysphoria and/or anticipation of future pubertal development incongruent with their current gender.

Alternatively, their mental health concerns may be entirely unrelated to their gender.[25,50]

At the same time, research also suggests that gender-diverse children who receive meaningful gender identity support do not necessarily experience elevated rates of depression and anxiety.[51,225] Research with a national sample of socially transitioned prepubescent transgender children found this group to have developmentally normative levels of depression, only minimal elevations in anxiety, and comparable levels of self-worth, suggesting that behavioral health concerns are not inevitable among this group.[51,225]

## Behavioral Health Concerns Among LGBTQI+ Adolescents

As LGBTQI+ adolescents navigate the challenges of adolescence, some experience a variety of behavioral health concerns and psychosocial challenges. Compared to their heterosexual and cisgender counterparts, some adolescents of diverse sexual orientation and/or gender identity are at disproportionate risk of behavioral health symptoms, driven by increased exposure to stigma, rejection, and victimization.[48,226,227,228,229] It is also important to note that behavioral health concerns may be unrelated to sexual and gender diversity. Exposure to SOGI change efforts is a key risk factor that has been shown to increase risk of



suicide attempt among adolescents and young adults of diverse sexual orientation and/or gender identity.[9,10,49,228]

Compared to heterosexual and cisgender peers, adolescents of diverse sexual orientation and/or gender identity are more likely to experience psychological distress, symptoms of depression, and symptoms of anxiety.[57,65] Studies indicate large differences in rates of suicidal ideation and attempts among adolescents in the United States by sexual orientation and gender identity. The Youth Risk Behavior Surveillance System (YRBSS) documented increased odds of suicide risk among both sexual minority and gender minority high school students compared to heterosexual and cisgender students, including suicide attempt requiring medical treatment.[226,227,229,230]A recent public health study with data from six states found that while suicide rates are dropping, sexual minority adolescents in this study were three times as likely to attempt suicide relative to heterosexual adolescents.[58] Research with gender minority adolescents has documented that between 25 percent and 51 percent of transgender and gender-diverse adolescents have attempted suicide, with the highest rates among transgender boys and nonbinary youth.[191,231,232,233]

Research using YRBSS data indicates that some adolescents of diverse sexual orientation and/or gender identity are more likely than heterosexual and cisgender adolescents to engage in substance use.[227,228,230,234,235] Research found that adolescents of diverse sexual orientation and/or gender identity also experience greater incidence of eating disorders and disordered eating behaviors than their heterosexual and cisgender counterparts.[236]

Adverse mental health outcomes tend to be more prevalent among gender minority youth compared to sexual minority youth due to specific stigma and discrimination against transgender individuals.[61] The higher rates of substance use and suicidality are partly explained by experiences of discrimination, victimization, and higher rates of depressive symptoms reported by transgender and gender-diverse adolescents as compared to cisgender adolescents.[60,232,237,238,239]

Among transgender and gender-diverse adolescents, some research suggests that mental health outcomes may be worse among nonbinary adolescents and transgender boys.[61,231,240,241] Gender dysphoria, which can initiate or intensify in adolescence, can cause psychological distress among transgender and gender-diverse adolescents.[25] Increased experiences of victimization, rejection, and exposure to discriminatory policies may also drive the higher rates of adverse mental health seen among transgender and gender-diverse adolescents compared to sexual minority adolescents.[227,241,242]

Trauma is also a common behavioral health concern among adolescents of diverse sexual orientation and/or gender identity, who have an increased likelihood of experiencing child maltreatment, school-based victimization, violence, and homelessness, and who are overrepresented in both the child welfare system and the juvenile correctional system.[63,64,226,227,230,242,243,244,245,246]

A number of studies suggest that some neurodiverse youth are gender diverse.[223,247,248,249,250] The most recent clinical guidelines suggest that such youth benefit from an individualized approach to treatment.

The fact that research consistently demonstrates large inequities in behavioral health among LGBTQI+ adolescents indicates that this is a vulnerable population that needs psychosocial support, equitable social conditions, and access to affirming mental health care. At the same

time, it is important to emphasize that many LGBTQI+ adolescents are resilient and although experiencing discrimination and behavioral health challenges can thrive.[68,69,251,252]

## Influences on Health and Well-Being

The increased risks of behavioral health distress that LGBTQI+ youth face are not a function of their identities. Rather, these risks stem from the stresses of stigma, discrimination, rejection, and violence.[239] The presence of sexual orientation- and gender-related stressors—and opportunities for emotional support and connection—encompasses multiple social systems, including, for instance, family, culture, values, school, and community networks.[253,254,255] Therefore, when LGBTQI+ youth are evaluated by a behavioral health provider, assessment should routinely include family, school, and community systems in which they live to identify both sources of distress and sources of support and connection as protective factors.[255] By increasing LGBTQI+ youth's access to support and resilience-promoting resources across their daily environments, and decreasing exposure to stigma and discrimination in communities and healthcare systems, more LGBTQI+ youth can achieve optimal health and well-being.

### Family

Family response to youth's sexual orientation, gender identity, or gender expression has a significant impact on the youth's well-being, with effects that appear to extend into young adulthood.

Parents, caregivers, and families can serve as both a source of stress and a source of support for youth of diverse sexual orientation and/or gender identity.[40,53,256] Negative parental responses to sexual orientation, gender identity, and/or gender expression are associated with mental health concerns including psychological distress, depression, suicidality, and substance use.[10,252] Alternatively, parent-child relationships characterized by closeness and support are an important correlate of mental well-being.

Strong parental support for a child's gender identity may offset the mental health challenges commonly documented among gender-diverse children.[51,225] The use of a transgender or gender-diverse adolescent's chosen—rather than given—name has been linked to decreased depressive symptoms, suicidal ideation, and suicidal behavior.[49,52] Among adolescents of diverse sexual orientation and/or gender identity, high levels of sexual orientation and gender identity acceptance from parents and other relatives has been associated with reduced suicidality.[49,257,258] Further, the behavioral health benefits from high levels of family acceptance of youth's diverse sexual orientation and/or gender identity appear to last through young adulthood.[103] The limited research that has focused on family members outside of parents and primary caregivers suggests that siblings and extended family members can be key sources of support for youth of diverse sexual orientation and/or gender identity.[259,260]

Studies have found that some adolescents of diverse sexual orientation and/or gender identity report strikingly high rates of adverse childhood experiences (ACEs). High ACE scores and parental rejection have been associated with



suicidality in youth of diverse sexual orientation and/or gender identity[261] and may put these adolescents at greater risk for being victimized in other settings.[262] Notably, though some scholars and practitioners consider SOGI change efforts from family members potentially traumatic events, ACE measures do not capture youth's experiences of SOGI change efforts.[120]

It is important to note that some LGBTQI+ youth who lack family and/or parental support find resilient ways to access needed support and guidance. Many people of diverse sexual orientation and/or gender identity, including those with and without supportive families of origin, form "chosen families" with sexual- and gender-diverse friends who provide social support and resources.[265] In urban areas across the United States, LGBTQI+ adolescents and young adults of color—particularly Black and Latino youth—may join informal communities and LGBTQI+ family structures.

### Religion & Spirituality

When considering family and community influences, a child's or adolescent's religious background is an important factor. Religious beliefs and background are far-reaching influences that encompass multiple arenas of one's life, including personal and family religious identity, beliefs, and coping; family attitudes, beliefs, and relationships; and community character and support. Religious views of sexual and gender diversity in the United States vary widely[268,269] and can have a large influence on sexual- and gender-diverse adolescents' mental health and well-being.[146,268,269] When working with youth of diverse sexual orientation and/or gender identity, it is important to consider the intersection of religion with youth's racial and ethnic identity and cultural background.[270,271]

Religion and spirituality are complex, nuanced aspects of human diversity. Parents from all

> Youth of diverse sexual orientation and gender—and particularly those youth of color—are overrepresented among youth experiencing homelessness, as well as across multiple state-based systems [213, 263, 264]
>
> - Up to 40% of all youth experiencing homelessness and housing instability are youth of diverse sexual orientation and gender.
> - Up to one-third of youth in foster care systems are youth of diverse sexual orientation and gender.
> - Up to one-fifth of youth in the juvenile justice system are youth of diverse sexual orientation and gender.
>
> Parent or caregiver rejection due to sexual orientation and gender diversity is just one of many reasons for these inequities; other factors such as parental mental health and substance use, poverty, and racism are common drivers of housing instability and system involvement among youth of diverse sexual orientation and gender.

backgrounds have a full range of reactions to their child's sexual orientation and gender identity and expression regardless of religious or spiritual traditions (e.g., confusion, desire for information, questions about social implications, love and loyalty, coming to terms with differences, growth and expansion of spiritual understanding, and for some a sense of loss).[272,273] Rather than focus on faith beliefs, where they might lack expertise, behavioral health providers can focus on encouraging key measurable behaviors among families and caregivers that have been found to be supportive and protective for children, as well as informing families how some of their behaviors and interactions might lead to negative behavioral health outcomes.[102,257,272]

**School**

LGBTQI+ adolescents may experience a myriad of sexual orientation- and gender-related stressors in the school environment, where they spend a large portion of their time. Despite increasing cultural visibility and acceptance of people of diverse sexual orientation and/or gender identity, the climates of U.S. secondary schools remain generally unsupportive and unsafe for many sexual- and gender-diverse youth, who experience high levels of verbal and physical harassment and assault, sexual harassment, social exclusion and isolation, and other interpersonal problems with peers.[48]

School bullying and victimization is often linked to nonconformity to gender norms.[274] Across racial/ethnic groups, approximately half of all sexual- and gender-diverse students of color were bullied or harassed based on their racial/ethnic identity.[48] Further, sexual- and gender-diverse students of color were at greater risk of experiencing multiple forms of victimization and were more likely to feel unsafe at school than their white sexual- and gender-diverse peers.[48]

This mistreatment has a significant effect on sexual- and gender-diverse adolescents' mental health and well-being. Victimization due to sexual orientation or gender expression is associated with depressive symptoms, low self-esteem, and suicidality,[111,274,275] as is not having access to appropriate bathrooms and feeling unsafe in bathrooms and other school facilities.[276,277,278]

Experiences of victimization and discrimination are also linked to negative academic outcomes among sexual- and gender-diverse youth.[183] Victimization from peers and school staff, combined with discriminatory policies, likely contributes to the over-representation of sexual and gender minorities in the juvenile justice system.[48,278] Sexual- and gender-diverse youth

> **School resources that support the health and well-being of youth of diverse sexual orientation and/or gender identity include:**
>
> - **The presence of Gender and Sexuality Alliances (GSAs) or other similar supportive peer networks**
> - **Antidiscrimination and antibullying policies that explicitly include sexual orientation, gender identity, and gender expression**
> - **Policies that allow youth to use their chosen name, pronouns, and facilities that align with their gender identity**
> - **Educators who are trained and accept and support students of diverse sexual orientation and/or gender identity**
> - **Inclusive curricula resources, such as including the history of people and families with diverse sexual orientation and/or gender identity, and age-appropriate health curricula that discuss sexual orientation and gender identity.[39,43]**

of color, particularly girls, are extremely overrepresented among incarcerated youth.[213,278, 279] Research shows that youth of diverse sexual orientation and/or gender identity are not only more likely to experience exclusionary discipline at school, but also appear to be sanctioned more harshly than heterosexual, cisgender teens for the same behavior and are at an increased risk for juvenile justice involvement.[247,280]

School and peer networks can also be a place where youth of diverse sexual orientation and/or gender identity find support. High levels of support from friends, classmates, and school professionals is associated with better mental health and lower suicidality among youth of

diverse sexual orientation and/or gender identity.[49] Additionally, when youth have access to high levels of peer or school support, this may reduce the negative impact that experiencing victimization has on their mental health.[275] Friends of diverse sexual orientation and/or gender identity may be of particular importance, because they are more likely to provide support for sexuality- and gender-related stress.[281,282] Many youth of diverse sexual orientation and/or gender identity connect with peers and access social support online that may be unavailable to them in person.[283,284] Online sources of support have become increasingly important for youth of diverse sexual orientation and/or gender identity during the COVID-19 pandemic.[285]

School policies and resources that create an inclusive, safe environment positively influence student behavioral health and well-being.[286,287] Specifically, these school policies reduce substance use and planned suicide and suicide attempts.[286] GSA is a student-led, school-based club that aims to provide a safe space for LGBTQI+ students. "GSA" originally referred to "Gay-Straight Alliance," but many GSAs now use the acronym to refer to "Gender and Sexuality Alliance" to acknowledge the full spectrum of sexual orientation and gender diversity.[288]

Both the presence of and participation in a GSA has beneficial outcomes for sexual- and gender-diverse students and others, including increased feelings of safety, lower truancy, and decreased threats of violence in school.[48,286] School policies associated with improved health and well-being of students of diverse sexual orientation and/or gender identity include:

- Antidiscrimination and antibullying policies that enumerate sexual orientation, gender identity, and gender expression

In the most recent National School Climate Survey of LGBTQ+ youth, the Gay, Lesbian & Straight Education Network (GLSEN) found that:

- **60% felt unsafe**
- **69% were verbally harassed**
- **58% were sexually harassed**
- **26% were physically harassed**
- **11% were physically assaulted**
- **45% were cyberbullied**

60% of students of diverse sexual orientation and gender surveyed experienced policies that are discriminatory based on sexual orientation, gender identity, or gender expression at school. Transgender and gender-diverse students were most likely to report incidences with discriminatory policies and practices, including being prevented from using their chosen name and pronouns, and bathrooms and locker rooms aligned with their gender identity.[48]

- Policies that allow youth to use facilities that align with their gender identity and/or that provide gender-neutral facilities
- Policies that allow students to use their chosen name and pronouns[277,278]

Training school staff and educators about how to support youth of diverse sexual orientation and/or gender identity is related to lower suicide attempts among these students when provided.[286] Finally, curricula that are inclusive of students and families of diverse sexual orientation and/or gender identity are associated with beneficial outcomes such as fewer

instances of biased language against students of diverse sexual orientation and/or gender identity, students feeling safer, fewer reported instances of victimization, increased peer acceptance, and lower levels of depression; these benefits may be related to the curricula helping to reduce negative stereotypes against LGBTQI+ students.[48] These policies and practices not only are associated with benefits for students of diverse sexual orientation and/or gender identity but also have school-wide beneficial effects across behavioral health and psychosocial outcomes among heterosexual youth.[286]

**Community Climate & Policies**

Community climate and policies also have an impact on the health and well-being of youth of diverse sexual orientation and/or gender identity. Community climate—defined by the presence or absence of supportive policies, places of worship that are open and inclusive, other LGBTQI+ people, and anti-LGBTQI+ rhetoric—is associated with behavioral health outcomes among LGBTQI+ adolescents. Studies have found that adolescents of diverse sexual orientation and/or gender identity living in areas with a more supportive community climate have better mental health and are less likely to use substances.[289,290]

State and federal laws and policies also affect the health and well-being of sexual- and gender-diverse populations, including youth.[291] More research has been conducted with adults, where supportive and protective policies—such as protection from discrimination in schools and ability to change name and gender on identity documents—have consistently been linked with



better mental health, reduced substance use, and increased access to health care.[204,292,293] Meanwhile, policies that permit discrimination against people of diverse sexual orientation and/or gender identity are linked with poorer behavioral health outcomes.[85] It appears that state and federal laws and policies have a similar effect on youth of diverse sexual orientation and/or gender identity, with the presence of supportive laws and policies associated with reduced suicidality among high school students.[294,295]



## Gender Affirmation

In addition to benefiting from gender-affirming support from families, communities, peers, and school professionals as described above, taking desired steps in social transition and access to medical gender transition for those for whom it is medically necessary is associated with better mental health among transgender and gender-diverse youth.[51,67,80,81,154,225,296,297,298,299,300,301,302]

Social transition and medical gender transition are discussed in greater detail in the next section. Improving access to gender affirmation for gender-diverse youth across the various domains of their lives may reduce the mental health inequities seen in this population.

# Beneficial Therapeutic Approaches and Interventions in LGBTQI+ Youth and Their Families

Behavioral health professionals provide youth and their families with developmentally sensitive, culturally appropriate, and client-centered interventions that emphasize acceptance, support, and understanding and that match the child and adolescent's cognitive and emotional development.

Appropriate therapeutic approaches with LGBTQI+ youth do the following:

- Provide accurate information on sexual orientation and gender identity and expression.
- Identify sources of distress, including internalized stigma and minority stress, and work with children, adolescents and families to reduce distress experienced by children and adolescents.
- Support adaptive coping to improve psychological well-being.
- Support youth as they learn more about their sexual orientation and gender identity, and supporting families in accessing gender-affirming care for their transgender child when indicated.
- Help children and adolescents navigate their sexual orientation, gender identity, and gender expression within the context of their intersecting identities.

## *Client-Centered Individual Approaches*

Behavioral health providers offer developmentally sensitive, affirmative interventions to youth. Developmentally sensitive approaches account for appropriate developmental emotional and cognitive



capacities, developmental milestones, and emerging or existing behavioral health concerns.

Affirmative approaches recognize and communicate that being of diverse sexual orientation and/or gender identity does not constitute a mental disorder, and that variations in sexual orientation, gender identity, gender expression, and sex characteristics are normal aspects of human diversity, including nonbinary gender identities.[75,303,304,305] Affirmative approaches recognize that when behavioral health issues exist, they often stem from stigma and negative experiences rather than being intrinsic to the child or adolescent.[76] When working with children and adolescents, providers examine not only risk factors but also sources of resilience across the multiple environments that influence the health and well-being of young people.[305]

Effective approaches support youth in identity exploration and development without seeking predetermined outcomes related to sexual orientation, gender identity, or gender expression.[188,304] Key aims are to dispel negative stereotypes and provide accurate information in developmentally appropriate terms for children and adolescents.

Scientists and researchers are constantly discovering more about sexual orientation, gender identity, and expression. For some youth, a focus on identity development and

exploration that allows them the freedom of self-discovery within a context of acceptance and support is vital to improving behavioral health and well-being.[306] It is important to note, however, that identity exploration is not relevant or needed by all youth or a required focus of therapy for youth of diverse sexual orientation and/or gender identity. Additionally, it is important for behavioral health providers to respect what the identity exploration process looks like to each individual. Taking steps in social transition is one way for gender-diverse youth to explore their gender (see "Social Transition" section below).

Practices that attempt to change or prevent youth from identifying as sexual- and gender-diverse or from expressing their sexual orientation and gender identity are harmful and are never appropriate.[10,306] This includes approaches that discourage youth from identifying as transgender or gender-diverse and/or from expressing their gender identity. Sometimes these are misleadingly referred to as "exploratory therapy." Additionally, providers support youth in age-appropriate tasks, such as integrating sexual orientation and gender identities with other identities, safely navigating coming out or sharing their identities with others, and fostering positive relationships with caregivers, families, and peers.[79,306]

Exposure to laws and policies that do not support youth of diverse sexual orientation and/or gender identity, and other negative experiences, including bullying and family rejection, drive risk for certain behavioral health concerns among these youth.[55,307,308] Behavioral health providers should assess for ACEs, other family rejecting behaviors, additional experiences of victimization, trauma-related disorders, and suicidality, and be prepared to address these concerns with LGBTQI+ youth in treatment. Appropriate interventions may aim to

reduce or remove stressors a child or adolescent is experiencing that are associated with poor behavioral health. Alternatively, interventions may aim to change the cognitive, affective, and behavioral ways that youth of diverse sexual orientation and/or gender identity react to these stressors.[213]

Several cognitive behavioral therapy (CBT) interventions for youth of diverse sexual orientation and/or gender identity have been developed, including EQuIP,[309] AFFIRM,[310] and Rainbow SPARX.[311] LGBTQ-affirmative CBT appears to be particularly efficacious for Black, Latino, and Asian American and Pacific Islander young people of diverse sexual orientation and/or gender identity, potentially because the focus on stressors may also help young people of color navigate stressors related to being a racial/ethnic minority.[213,312] There is also evidence supporting the use of mindfulness-based coping for sexual orientation-related school-based victimization.[313] Evidence-based trauma-focused interventions designed for youth of diverse sexual orientation and/or gender identity and their families can reduce symptoms of past trauma and enhance coping and well-being.[314]

Behavioral health providers should be aware of and share crisis services specific to LGBTQI+ youth, local resources for LGBTQI+ youth, and online platforms where LGBTQI+ youth can find affirming social connections and support. Given the increased rates of suicidality seen among youth of diverse sexual orientation and/or gender identity, LGBTQI+ crisis services, such as those provided by The Trevor Project are vital. The Trevor Project offers direct suicide and crisis intervention services for LGBTQI+ youth by phone, text, or online chat.[213,315]

Behavioral health providers should be aware of available community resources that support LGBTQI+ youth and their families, such as local

LGBTQI+ community centers, GSAs in schools, and support groups for youth and/or their caregivers, as well as online platforms. In addition to crisis services, The Trevor Project provides a safe social-networking community for LGBTQI+ youth and their friends and allies. This online platform became even more critical during the pandemic because it allowed youth to find affirming connections even when physically isolated. PFLAG, which is the largest organization in the United States focused on providing support, education, and advocacy for LGBTQI+ people and their loved ones and has more than 325,000 members with hundreds of local chapters. PFLAG can serve as another resource of support for LGBTQI+ youth and their families.[316]



Behavioral health providers should describe their treatment plan and interventions to children, adolescents, and their parents and families to ensure they understand the goals, potential benefits, and any risks of treatment. Behavioral health providers should obtain informed consent with all parties—including minors—for treatment, and should always involve parents and caregivers in decisions about a minor's care if the minor is not old enough to legally give consent.[317] When obtaining informed consent/assent, it is important to be aware of and attend to power dynamics between parents/caregivers and youth, as well as between the provider and youth. Interventions that attempt to change sexual orientation, gender identity, or gender expression, or any other form of SOGI change efforts are inappropriate and can cause significant harm. Informed consent/assent for clinical care would include ensuring understanding of various components, including associated risks, expected benefits, and alternative treatment options; therefore, by definition, informed consent/assent cannot be provided for an intervention known to cause

significant harm and does not have any known benefit to the client.[318]

### *Family Approaches*

Wherever it is safe to do so for the child, parental and caregiver involvement is an important part of supporting LGBTQI+ youth. Parental and caregiver attitudes and behaviors play a significant role in the adjustment of children and adolescents. Parent and caregiver distress may be the cause of a referral for treatment.[24,102,257] Reducing family rejection, hostility, and violence (verbal or physical), and increasing family acceptance and support, contributes to the mental health and safety of the child and adolescent.[53,102,257,319]

Interventions that increase family and community support and understanding while decreasing rejection directed at LGBTQI+ youth are recommended for families. Behavioral health providers supply family members with accurate, developmentally appropriate information regarding diversity in sexual orientation and gender, and strive to dispel myths regarding the lives, health, and psychological well-being of individuals of diverse sexual orientation and/or

gender identity.[303,306] Family therapy that provides anticipatory guidance to parents and caregivers about the significant mental health risks caused by rejection of their child's sexual orientation and gender identity is vital.[102,257] Understanding and addressing parent and caregiver concerns regarding current or future sexual orientation and gender identity is important. Further, behavioral health providers can attempt to help families and caregivers modify rejecting behaviors by explaining the link between family rejection and negative health problems, identifying rejecting and accepting behaviors, and providing recommendations for increasing supportive behaviors on the part of the family.

Some affirming approaches to family therapy that include youth of diverse sexual orientation and/or gender identity aim to demonstrate how family members' identities—such as their race and ethnicity, immigration, socioeconomic status, and more—affect their ability to understand and support their youth.[320,321] Attachment-based approaches to family therapy

have been used with suicidal sexual minority adolescents.[322] Trauma-focused CBT is an evidence-based treatment for trauma-impacted youth aged 3 to 17 and their parents or primary caregivers. This intervention has been adapted for use specifically with youth of diverse sexual orientation and/or gender identity by integrating the treatment framework with the Family Acceptance Project.[314]

Family therapists and researchers often focus on reframing family concerns—even their disapproval and rejection of sexual orientation and gender diversity—as a manifestation of care and love and focus on teaching non-rejecting ways to communicate those positive emotions. For example, providers can help the family create an atmosphere of mutual respect as a natural extension of seeing each person as having intrinsic worth.[323] This can help ensure the safety of each person from being hurt or bullied in the home. This communicates an important message to a young person that their safety is important to the provider and to the family. Eventually, this mutual respect and



Moving Beyond Change Efforts:
Evidence and Action to Support and Affirm LGBTQI+ Youth

support can be extended to other settings, such as neighborhoods, community institutions, and schools. Safety in this context is not only physical safety, but also emotional safety.[323]

Behavioral health providers may wish to increase their own competence in working with communities with diverse values and beliefs, and focus on viewing these values and beliefs with humility and mutual respect.[324] This includes understanding how to translate between psychology and deeply held values rather than judging those beliefs. Certain language, such as acceptance and/or affirmation, might not resonate with some communities, whereas the concept of unconditional love might.[323]

Many parents and caregivers must also navigate their own process of "coming out" and resolve fears of discrimination or negative social reactions if they disclose their child's sexual- and gender-diverse identity within their communities, at work, and to other family members.[325] Parents and caregivers often have fears for their child's emotional and physical safety, among other worries for their future.[37,326] Behavioral health providers can help parents plan in an affirmative way for the unique life challenges that they may face as parents of an LGBTQI+ child.

Further, behavioral health providers can address other stresses, such as managing life celebrations and transitions and coping with feelings of loss, and aid parents in advocating for their children in school situations—for example, when they face bullying or harassment. Groups for multiple families led by behavioral health providers, as well as online groups or forums for parents and caregivers of LGBTQI+ children and adolescents, may be helpful to build connections and share resources.[327]

## Additional Approaches With Gender-Diverse Youth

### Social Transition

Social gender transition refers to living daily life in line with one's gender identity, and the processes by which a child or adolescent is acknowledged by others as this gender.[39,40] Social transition can include a range of gender-related changes that individuals may make, and often includes adopting a name, pronouns, and clothing consistent with one's gender identity.[35,39,40] There is no one way or right way to socially transition. Transgender and gender-diverse youth may seek out social transition at different ages and stages of development.[34] Social gender transition does not require assessment or intervention from health professionals. However, providers can help families protect children's safety, ensure emotional, psychological, and social well-being, and help children and families navigate possible complexities of exploring and taking steps in social transition.[80]

Taking steps in social transition allows youth the ability to explore and make meaning of how they experience their gender, which is an important

> Gender affirmation, including social transition (e.g., changing one's name, pronoun, and/or appearance) and gender-affirming medical care, is appropriate and beneficial for many gender minority children and adolescents. Based on the individual child's or adolescent's needs, gender-affirming medical care may be medically necessary. Withholding timely gender-affirming care when indicated, withholding support for a gender-affirming exploratory process, and/or withholding support of social transition when desired, can be harmful. These actions may exacerbate and prolong gender dysphoria.

part of developing a positive identity and sense of self. For some youth, desires for their name, pronouns, and appearance continue to change and evolve over time; for others, these remain stable over time.[35,39,40] For gender-diverse children who want to socially transition, social transition appears to serve a protective function and contribute to positive mental health and well-being.[51,67,78,228]

Given this, experts increasingly agree that children should not be denied the opportunity to explore and/or express their gender through social transition steps when desired by the child.[75,184,185,328] The possibility that a child's gender identity can be dynamic and may change over time should not be used as a justification to restrict a child from taking social transition steps. Children should be affirmed in how they currently identify and express their gender and be supported throughout their development and exploratory process, including the potential for future changes in how they identify and express their gender.[179,184,185] Behavioral health specialists in pediatric gender care can offer psychosocial support, insights, and guidance regarding the appropriateness of gender-related needs of gender-diverse children at different developmental stages.[25]

Withholding support for a gender-affirming exploratory process and/or for social transition when desired, can be harmful because those actions may exacerbate and prolong gender dysphoria.[78,298,328] At the same time, parents and caregivers may have valid concerns about reactions from others, including bullying and safety. When weighing factors related to social gender transition, concerns related to social transition should be weighed against the risks of not affirming a child's experienced gender, including increased distress or feelings of dysphoria, social isolation, depression, or suicide due to lack of social support.[29] Whether or not a child socially transitions or desires to, behavioral health providers can help explain to parents and caregivers how gender development is dynamic for some but not all children and highlight the importance of being open to and accepting of the possibility that their youth may remain stable in their feelings or may desire to make changes again in the future.[304]

### Medical Gender Transition

Gender-affirming medical care is often medically necessary for individuals with a diagnosis of gender dysphoria, and can refer to a range of evidence-based interventions provided in consultation with licensed medical providers. Such care is defined here as a care plan or service that is necessary to assess, maintain, or improve health and well-being and to avoid illness or reduce symptoms based on existing professional guidelines and scientific evidence. The appropriateness of medical interventions varies by the individual's age, developmental stage, and experience of dysphoria, and decisions about providing gender-affirming care are reached with the involvement of an adolescent's parent or legal guardian.[331] No medical interventions are currently undertaken

**Gender-Affirming Care:** A specialized model of care used in the treatment of gender dysphoria that uses evidence-informed treatment options to promote patient health and prevent the risk of poor mental and physical health outcomes.[329, 330] Not all youth need to undergo medical intervention; indeed, this is often not the case. Gender-affirming care is highly individualized and focuses on the needs of each individual by including psychoeducation about gender and sexuality (appropriate to the age and developmental level).

or recommended for gender-diverse children before the initial onset of puberty.[74,75] Gender-affirming medical care, including both pubertal suppression and hormone therapy, has proven effective in improving the well-being of young transgender and gender-diverse adolescents both during and well after initiation of treatment.[81,82,155,295,296,297,298,299,301,302,332]

Recent research indicates that gender-affirming care has a positive impact on mental health. Current professional guidelines provide information on the appropriate application of gender-affirming care interventions.[25] It is widely held that withholding gender-affirming care for an adolescent who needs this care is detrimental to their mental health.[77,185] Withholding timely gender-affirming care when indicated may cause harm by exacerbating and prolonging gender dysphoria.[83,84]

Behavioral health providers play an important role in educating adolescents and their parents, caregivers, and supporting families on this information as well as in assessing their understanding so that they can give full informed consent and assent.[186,333] This education includes information on:

- Various options for medical gender transition
- Up-to-date information about the effects of treatment
- Benefits on well-being
- Potential side effects

The support of a behavioral health provider during these processes can aid adolescents in identifying care needs, adjusting to their changing physical characteristics, and navigating responses from people in different aspects of their lives. Continued mental health care should be offered when an adolescent's gender care needs require continued affirming exploration and/or when other psychological,

psychiatric or family problems exist. Given that pubertal suppression or administration of hormone therapy occurs over many years during important developmental periods, the need for behavioral health care, and type of behavioral health intervention needed, may change with time as new questions arise.[334] Transgender and gender-diverse youth, like all youth, should have the option to access psychological treatment if they choose. However, if there are no concerns, this may not be necessary.

For additional information and guidance related to youth and medical gender transition, see "Ensuring Comprehensive Care and Support for Transgender and Gender-Diverse Children and Adolescents" from the American Academy of Pediatrics[76] and the most recent guidelines from the World Professional Association on Transgender Health (WPATH; www.wpath.org).[25]

## Future Directions for Research

As recommended by the U.S. Surgeon General in the 2021 report *Protecting Youth Mental Health*, future research must prioritize data and research with youth populations who are at-risk for adverse mental health outcomes.[335] This includes LGBTQI+ youth broadly, as well as LGBTQI+ youth who are also racial/ethnic minorities, have experienced poverty during childhood, have disabilities/different abilities, and are involved in child welfare or juvenile justice systems. Areas of opportunity for future research, as well as the validity and quality of existing research, are discussed in several sections of this report. Methodologically rigorous peer-reviewed research is vital to improving our understanding of the complexities of sexual orientation and gender among children and adolescents. Several potential areas for future research are identified below.

## Documenting Sexual Orientation and Gender Diversity in Youth

To better understand the experiences and needs of LGBTQI+ youth, research focused on youth in the general population should regularly assess sexual orientation, gender identity, and gender expression as demographic indicators. Given the expansive range of descriptive identity terms that people today use to describe their sexual orientation and gender (e.g., pansexual, asexual, nonbinary, gender queer), asking about sexual orientation and gender in ways that include these identities and provide an option for open-ended responses will ensure that LGBTQI+ youth are appropriately included and represented in research.

## Development of Sexual Orientation and Gender Identity

There remains much to learn about the development of sexual orientation and gender identity in youth. Basic research on the developmental pathways of these identities is necessary. How these identities are embedded in cognitive and emotional development and other developmental processes would aid in the understanding of human development as well as developing and refining appropriate interventions to support behavioral health. Such research must be inclusive of nonbinary identities. To better understand the various developmental trajectories of gender-diverse youth, prospective, longitudinal studies that follow gender-related development of youth over time are needed.

## Culturally Specific Mitigation of Distress Relating to Sexual Orientation, Gender Identity, and Gender Expression

SOGI change efforts are harmful practices that are never appropriate with LGBTQI+ youth, and efforts are needed to end these practices. Families experiencing conflict related to their youth's sexual orientation, gender identity, and gender expression need access to alternative interventions to mitigate this distress that are appropriate and beneficial for youth and families. More targeted research that acknowledges the intersections of identity, including race, ethnicity, culture, faith, and socioeconomic status could shed light on positive, appropriate, whole-family therapeutic approaches to addressing these issues.

Researchers should evaluate these practices and integrate them into behavioral health care. Researchers should also work collaboratively with young people and families from faith communities to better understand the interplay between values and traditions and the safety and well-being of LGBTQI+ youth. The work of the Family Acceptance Project, cited in this report, speaks to the necessity of an increased focus on approaches specific to various communities, including those that are culturally and religiously diverse. These include conversations about sexual orientation, gender identity, and gender expression and how to support LGBTQI+ youth in culturally congruent ways.

## Addressing Health Inequities Within LGBTQI+ Youth Populations

LGBTQI+ youth experiencing homelessness, in juvenile justice facilities, or otherwise in out-of-home care may lack permanent and stable family connections in part because of family distress or rejection relating to their LGBTQI+ identity. These vulnerable populations, as well as low-income and racial and ethnic minority LGBTQI+ youth, are often neglected in research studies that most often recruit youth who are already connected to clinics or providers. Future researchers interested in research with sexual- and gender-diverse youth should address this need for more representative sampling and better recruitment efforts.

## Building Resilience and Promoting Health and Well-Being

Beyond ending harmful practices with LGBTQI+ youth and addressing health inequities, more research is needed that focuses on the ways LGBTQI+ youth are thriving. Greater understanding is needed of the factors that contribute to resilience and positive behavioral and physical health outcomes among LGBTQI+ youth, as is an increased focus on the development, evaluation, and dissemination of health-promoting interventions. Research using participatory methodologies to collaborate with LGBTQI+ youth to identify their needs, priorities, and ideas for intervention strategies is vital to increase the relevance, quality, and impact of research and interventions with this population.

## Long-Term Outcomes

More research would be beneficial to further explore the developmental trajectories of sexual orientation, gender identity, and gender expression. Additionally, future research could focus on better understanding the long-term medical and behavioral health outcomes associated with early experiences of family and community distress due to sexual orientation and gender identity and expression. Other recommended areas of opportunity for longitudinal research include:

- Long-term outcomes from early social transition and pubertal suppression
- Rigorous evaluation of current practices and protocols, including affirmative models, structural interventions, and culturally specific models
- Harms associated with laws and policies that bar youth from participating at school or in extracurricular activities in a way that is consistent with their gender identity

- Prospective research focusing on younger children, in partnership with pediatric clinics, schools, and other community-based institutions
- Methods of supporting positive behavioral health for LGBTQI+ youth, including building resiliency against suicidality, self-harm, risky behaviors, depression, anxiety, substance use, and other behavioral health issues

## Integration, Collaboration, and Dissemination

Researchers and clinicians should examine and evaluate the best methods for integrating and disseminating best and promising practices for addressing sexual orientation and gender identity and expression among youth, and how to successfully collaborate with parents, guardians, caregivers, providers, and community leaders. This could include conducting research with these populations focused on knowledge, attitudes, and beliefs relating to efforts to change sexual orientation, gender identity, or gender expression.

Finally, the behavioral health community can work to support community-based organizations to develop common ground and consensus on these topics to promote health and well-being within youth populations. This might include:

- Support for LGBTQI+ youth programming and services across the country
- Outreach to parents, caregivers, and families with accurate information about supporting LGBTQI+ youth's behavioral health
- Inclusion of LGBTQI+-specific questions in national behavioral and mental health surveys



# Section 3: Policy Approaches to Support the Behavioral Health and Well-Being of LGBTQI+ Youth

## Introduction and Foundational Principles[1]

Moving from evidence to action necessitates scientifically grounded public policies. This section focuses on selected policy levers that aim to improve the behavioral health of LGBTQI+ youth.

U.S. Department of Health and Human Services (HHS) policy priorities for improving the mental health of and reducing substance use by LGBTQI+ youth are based on efforts to ensure LGBTQI+ civil rights and to increase access to, affordability of, and equity in health care. Such policies include implementation of the June 15, 2022, Executive Order on Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals,[14] the January 20, 2021, Executive Order on Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation,[15] and the January 20, 2021, Executive Order on Advancing Racial Equity and Support for Underserved Communities Through the Federal Government.[336]

HHS policies include protection against discrimination based on sexual orientation and gender identity as found in the Affordable Care Act (ACA).[337] HHS also has other policies and programs specific to nondiscrimination on the basis of sexual orientation and gender identity.[338,339] For example, HHS issued a Notice of Proposed Rulemaking related to Section 1557 of the ACA, to further prevent discrimination on the basis of sexual orientation and gender identity.[340]

To further strengthen protections for LGBTQI+ youth, their parents, and caregivers, on March 2, 2022, HHS Secretary Xavier Becerra issued a statement reaffirming HHS efforts to support and protect LGBTQI+ youth and assist their parents, caretakers, and families in accessing gender affirming care.[341]

> **SOGI change efforts are inappropriate practices that should not be provided to children or adolescents.**

A Memorandum issued by the Children's Bureau at the Administration for Children and Families for child welfare professionals and healthcare providers aims to protect LGBTQI+ youth.[342] HHS has also issued guidance stating that denying health care based on gender identity or restricting doctors and healthcare providers from providing care because of a patient's gender identity may constitute prohibited discrimination.[343]

The following key policy areas have been identified by the federal government, researchers, and advocates:

- End harmful and ineffective efforts such as sexual orientation and gender identity (SOGI) change efforts.
- Ensure access to evidence-based care.
- Promote behavioral health by strengthening nondiscrimination policies.

---

[1] All statements in text boxes are Consensus Statements provided in Section 1 of this document.

- Improve behavioral health through support from families, schools, and communities.
- Advance research that improves care.

## Ending Sexual Orientation and Gender Identity Change Efforts

SOGI change efforts are ineffective and harmful to children and adolescents (see Sections 1 and 2). The continued practice of these efforts puts LGBTQI+ youth at risk of significant harm and prevents them and their families from receiving appropriate evidenced-based behavioral health care that is consistent with existing professional guidelines.

Based on scientific evidence and broad professional and scientific consensus, many federal, state, and local governments have taken steps to regulate and eliminate the practice of SOGI change efforts directed at children and adolescents. These efforts include legislative bans, executive orders, and pathways to civil



court claims alleging consumer fraud, among others.

Several bills and resolutions have been introduced in Congress in the past decade to discourage SOGI change efforts or to require nondiscrimination in the provision of behavioral health services to sexual- and gender-diverse youth. This legislation would ban federal funding, encourage state bans, or define SOGI change efforts as consumer fraud.

On June 15, 2022, the Biden Administration issued the Executive Order on Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals.[14] It includes a charge to HHS to take steps to end SOGI change efforts in the United States, by exploring guidance for federally funded programs, supporting provider training and technical assistance, and providing public information about harms and alternatives.

At the state level, as of January 2023, 20 states and the District of Columbia have passed laws to protect minors from the practice of SOGI change efforts. An additional six states and one territory have partial bans.[344] These laws bar behavioral health providers from practicing SOGI change efforts with minors. Some states provide protections for vulnerable adults, impose restrictions on the use of state and federal funds, and offer consumer protection provisions. At the local level, about 90 municipal and county governments prohibit SOGI change efforts.[345]

Advocates have suggested federal, state, and local policy efforts to end SOGI change efforts that include the following:

- Legislative restrictions on the use of federal or state funding for SOGI change efforts by state health programs (including Medicaid funds), by recipients

of such funding, or through health insurance reimbursements (see for example, H.R. 2328, "Prohibition of Medicaid Funding for Conversion Therapy Act" from the 117th Congress).[346]

- Policies that prohibit SOGI change efforts with minors receiving care in programs that receive federal funds to serve youth, such as community mental health centers, and juvenile justice, child welfare, and foster care programs.

- Clarification that existing nondiscrimination policies prohibit the practice of SOGI change efforts with minors. These legal claims of discrimination have been based on the theory that providing this ineffective and harmful therapy is due solely to an individual's sexual orientation or gender identity.

In addition to federal and state legislative and regulatory action, consumer protection laws have been suggested as a mechanism for ending the use of SOGI change efforts. This strategy extends beyond prohibiting change efforts by behavioral health professionals to affect any commercial act (for a fee), including those by unlicensed practitioners and groups.

These efforts derive from a civil action in which a New Jersey court ruled in 2015 that an organization's sexual orientation change efforts program violated the state's consumer fraud law through multiple misrepresentations.[347] The Court ruled as a matter of law that scientific evidence demonstrated that being gay, lesbian, or bisexual was not a mental disease or disorder and could not be changed. Thus, the Court found that a fraudulent misrepresentation was made every time an individual accepts payment for sexual orientation change efforts because

> Available research indicates SOGI change efforts can cause significant harm. Available research indicates that these efforts are not effective in altering sexual orientation; no available research indicates that they are effective in altering gender identity. No available research supports the claim that SOGI change efforts are beneficial to children, adolescents, or families.

being gay, lesbian, or bisexual is not a disease and cannot be "cured." The Court awarded the plaintiffs financial compensation and prohibited the organization from providing sexual orientation change efforts.[347]

Efforts to protect consumers through consumer protection laws have been taken at the federal and state levels. At the federal level, the Biden Administration is encouraging the Federal Trade Commission (FTC) to consider whether SOGI change efforts are an unfair and deceptive practice and whether to issue consumer warnings or notices. Additionally, in the 117th Congress, bills were introduced that define SOGI change efforts as unfair or deceptive acts or practices under the jurisdiction of the FTC Act (Therapeutic Fraud Prevention Act of 2021; HR.4146 and S.2242). Some advocates believe that the FTC can act even without new legislation. In 2016, a complaint was filed with the FTC alleging fraudulent misrepresentation by a group that advertises change efforts.[348,349]

At the state level, Illinois passed a ban on SOGI change efforts with minors (Illinois Public Act 099-0411).[350] The law specifies that advertisements for sexual orientation change efforts that represent being gay, lesbian, or bisexual as a disease or disorder for minors and adults is a violation of the state's consumer fraud and deceptive business act. As of January 1,

2023, jurisdictions banning SOGI change efforts with minors included California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maine, Maryland, Massachusetts, Nevada, New Hampshire, New Jersey, New Mexico, New York, Oregon, Rhode Island, Utah, Vermont, Virginia, and Washington. Additionally, jurisdictions with partial bans on SOGI change efforts included Michigan, Minnesota, North Carolina, North Dakota, Pennsylvania, Puerto Rico, and Wisconsin.[344]

## Ensuring Access to Evidence-based Care

Beyond ending harmful practices such as SOGI change efforts, it is vital that LGBTQI+ youth have access to evidence-based care. Removing limits to appropriate care is multifaceted and may vary based on multiple factors, including other health inequities such as those based on income and race/ethnicity, among others. Policy levers to improve access include:

- Preventing bans on gender-affirming care

- Improving access to gender-affirming care in health plan benefits across all payors

- Ensuring LGBTQI+ youth can access appropriate care and support in child welfare programs

- Increasing professional training and education to improve access to and quality of behavioral health care especially for gender-diverse and transgender youth

### *Preventing Bans on Gender-Affirming Care*

Gender-affirming care is supported by extensive research, and based on the individual child's or adolescent's needs, may be medically necessary. Evidence has demonstrated mental health benefits associated with receipt of gender-affirming care, such as reduced depression and decreased risk for suicide. Withholding timely gender-affirming care when indicated, withholding support for a gender-affirming exploratory process, and/or withholding support for social transition when desired can be harmful.[25,351,352,353] However, some states have introduced or passed laws that ban access to this medically necessary care.[107,354]

Policies that seek to categorically ban gender-affirming medical care or penalize providers, parents, and caregivers who provide or seek gender-affirming medical care pose serious risks.[352,353] Prohibitions on or penalties for providing or seeking out medically necessary and therapeutically indicated best practices place behavioral health and medical providers and parents and caregivers in situations that conflict with evidence-based professional guidelines, ethics, and standards.[353] Lack of access to such care poses serious behavioral health risks to youth of diverse sexual

> Groups that have stated opposition to policies that limit access to or ban appropriate gender-affirming care include American Academy of Child and Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Pediatrics, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Osteopathic Association, American Psychiatric Association, American Psychological Association, Endocrine Society and Pediatric Endocrine Society, U.S. Professional Association for Transgender Health, and World Professional Association for Transgender Health.[106]

orientation and/or gender identity and their families, parents, and caregivers, such as an increased risk of suicidal ideation, depression, and trauma.[107,342,352,353,355]

As noted above, the Biden Administration has taken multiple steps to improve behavioral health care by ensuring access to medically necessary and evidence-based care for LGBTQI+ youth. This includes policies to address state restrictions in such care. For example, the June 15, 2022, Executive Order on Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals includes a charge to HHS to ensure that LGBTQI+ youth and their families have access to medically necessary care including mental health care, consistent with applicable law.[14]

HHS has taken steps to maintain access to evidence-based care, especially for transgender youth. HHS has provided child welfare professionals, healthcare providers, and states and localities with information on the federal protections that exist to ensure that civil rights are protected and LGBTQI+ youth receive medically necessary and evidence-based care.[342,343]

As an example of efforts to maintain access to evidence-based care, the U.S. Department of Justice (DOJ) intervened in a federal lawsuit challenging a recently enacted Alabama law, Senate Bill (S.B.) 184, that makes it a felony to cause or provide gender-affirming care to transgender youth under the age of 19.[356,357] In May 2022, the court issued a preliminary injunction preventing the law from being enforced Additionally, the DOJ filed a statement of interest and amicus brief in a case challenging an Arkansas law banning gender-affirming care.[358]

State bans on gender-affirming care are unlike laws banning SOGI change efforts. Legal bans on SOGI change efforts are consistent with existing professional guidelines and resolutions and prohibit potentially harmful efforts while permitting behavioral health providers to deliver evidence-based care to LGBTQI+ youth. Numerous professional associations and experts have spoken out against laws or other government actions that limit access to, penalize, or ban appropriate gender-affirming care (see text box).

## Improving Access to Behavioral Health and Gender-Affirming Care

LGBTQI+ youth and adults face serious barriers to accessing behavioral health care as well as gender-affirming care. Access to care is especially limited for gender-diverse youth and their families who seek gender-affirming care.[359] The Federal Government and many states have taken steps to reduce barriers to gender-affirming care, improve behavioral health equity, and reduce healthcare discrimination. Several federal and state laws have been interpreted to or expressly prohibit insurance discrimination based on SOGI.

The Executive Order on Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals makes family counseling and support of LGBTQI+ youth a public health priority.[14] This Executive Order charges HHS to seek ways to increase the availability of such family counseling and support programs in federally funded, human services, and child welfare programs among other actions.

Aligned with the Executive Order on Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation,[15] HHS issued a Notice of Proposed Rulemaking in July 2022 related to Section 1557 of the ACA, which prohibits discrimination on the basis of race, color, national origin, sex, disability, or age in



certain health programs and activities. The Proposed Rulemaking would codify protections against discrimination on the basis of sex as including discrimination on the basis of sexual orientation and gender identity, which is consistent with the Supreme Court's decision in *Bostock*.[340] This type of federal policy addressing sex, sexual orientation, and gender identity nondiscrimination can help mitigate gaps in state protections.

Almost half of all states prohibit the exclusion of gender-affirming care by private health insurance plans subject to state oversight.[361] Other state laws include protections against discrimination in private health insurance by expressly prohibiting discrimination based on sexual orientation and gender identity.[361,362,363] Experts have also suggested that states and localities provide such benefits to their own

employees and dependents and, while almost half have such protections, many do not.[364]

Research on health coverage in private insurance and federal and state health financed programs indicates that youth and adults might not have access to comprehensive gender-affirming care or in-network providers with LGBTQI+ expertise.[246,359,361,362,363,365,366,367,368,369] Consequently, experts have suggested that legislative and regulatory steps be taken to ensure that all such plans reimburse medically necessary treatment for LGBTQI+ individuals of all ages, including gender-affirming care.[364,369]

One way to improve treatment options is through state initiatives, such as explicitly including gender-affirming care as a covered service in the state's benchmark plan in individual and small group market plans. In 2021, the Centers for Medicare & Medicaid Services (CMS) approved Colorado's expansion of the Essential Health Benefit (EHB) benchmark plan that aims to improve access for client-centered gender-affirming care.[367] This change to the EHB benchmark plan aims to expand access to a wider range of services for transgender individuals in addition to benefits already covered. The state is also expanding covered services in the state benchmark plan to include mental wellness exams, which will help all individuals not only those who are LGBTQI+.[368]

### *Training and Education to Improve Care*

A key priority is to expand the number of behavioral health providers who have the expertise to work with LGBTQI+ children, youth, and their families. Research indicates that only a small percentage of gender-diverse youth seeking transition medical services receive them as minors.[365] One aspect of this problem is the lack of behavioral health providers with training and expertise in this area.

Federal Government initiatives have expanded education and training opportunities and the June 15, 2022, Executive Order on Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals charges HHS with providing training and technical assistance in promising evidenced-based care, including mental health care.[14] The SAMHSA Center of Excellence on LGBTQ+ Behavioral Health Equity provides training and consultation for a variety of behavioral health providers.[370] Scientific associations have developed resources and practice guidelines on treatment of LGBTQI+ children, adolescents, and adults that are useful for professional education and practice (see Appendix C).

Several training programs offer education to a wide variety of providers working with LGBTQI+ youth and their families.[370] These trainings can continue to be expanded to improve professional competence in providing services to this population. For example, APA Division 17 (Counseling Psychology) Special Task Group Making Room at the Table: Trans/Nonbinary Pipeline to Counseling Psychology developed "*A Resource for Incorporating Trans and Gender-Diverse Issues in Counseling Psychology Curricula.*"[371]

National and state professional associations, including HHS grantees, also maintain webpages with training information on LGBTQI+ issues, including postgraduate and peer education resources.[371,372] Such programs could also expand specialty workforce training opportunities in pediatric and LGBTQI+ concerns across the professional lifecycle from graduate student to seasoned practitioner.

Given the diversity within children, adolescents, and their families, trainings that recognize differences in culture, ethnicity, geography, race, and other factors are critical for effective behavioral health treatment. Increasing cultural responsiveness is especially important to address unique stressors and behavioral health inequities within the sexual- and gender-diverse community, especially in communities of color.[198,373]

Behavioral health providers with competence in the related aspects of religion, spirituality, and sexual- and gender-diverse issues could assist families and individuals in reducing identity and family conflicts that can arise.[373,374,375,376,377,378,379,380] Linkages among community institutions, professional and scientific groups, behavioral health providers, and LGBTQI+ groups that are respectful and open can improve therapeutic services for LGBTQI+ youth and families. One possibility includes collaborations among behavioral health and community leaders and professionals in gender-affirming care to increase understanding about clients from a variety of cultural traditions.[381] Providing education in universities and educational facilities attuned to diverse communities may be a start to initiating dialogue and improving care. Some success has been achieved with dialogues seeking common ground between scientists and such groups rooted in common goals such as child health and optimal child development.[381,382]

## Improving Behavioral Health through Antidiscrimination Policies

Youth of diverse sexual orientation and/or gender identity are negatively affected by policies that sanction or sustain discrimination based on sexual orientation and gender identity,[2] even increasing the risk of suicide,[59,291] Although stigma and discrimination can lead to behavioral health concerns, poor behavioral health is not inherent to sexual and gender minorities. Additionally, exposure to school-based bullying and exclusion based on sexual- and gender-diverse prejudice has an adverse impact on the behavioral health of school-aged

> **Policies that stigmatize, restrict, or exclude gender minority youth are harmful to children and adolescents.**

youth.[48,383,384] Transgender and gender-diverse youth face additional discrimination and disadvantage due to the longstanding stigma toward gender-diverse individuals.[355] However, appropriate protections from discrimination allow individuals of diverse sexual orientation and/or gender identity of all ages to thrive.[193,212,354]

Important scientific research indicates that policies that reduce discrimination and advance equal rights have positive effects on behavioral health. Research studies indicate that enacting protective policies that safeguard individuals from discrimination and violence lead to improved physical and mental health for sexual- and gender-diverse youth and adults.[210,385,386,387] Federal and state laws that equalize civil rights and the status of LGBTQI+ individuals are linked to the improved behavioral health noted above. Some states require health insurance plans to cover gender-affirming care and include protections against discrimination in private health insurance by expressly prohibiting discrimination based on sexual orientation and gender identity.[361]

Steps have been taken at the federal, state, and local levels to expand equalizing policies. At the federal level, the Biden Administration has issued important Executive Orders, memoranda, and public statements to reduce discrimination toward individuals with diverse sexual orientations and/or gender identities and support LGBTQI+ civil rights.[14,337,341,342,388,390] In the 117th Congress, The Equality Act (H.R. 5) was introduced and would have explicitly prohibited discrimination toward LGBTQI+ individuals.[391] Some states have adopted antidiscrimination

and antibullying policies and expanded benefits for LGBTQI+ state employees.[392] State efforts have also included:

- Bans on discrimination by state-licensed healthcare providers
- Bans on SOGI change efforts
- Nondiscrimination laws based on sexual orientation and gender identity
- Supports for same-sex families
- Antibullying laws
- Inclusive curriculum in schools

Local governments have also taken steps to reduce bias and discrimination based on sexual orientation and gender identity and expand protective policies at the local level.[364]

### *Improving Behavioral Health Through Support for Families, Caregivers, Schools, and Communities*

Research summarized earlier in this report indicates that families, schools, and communities contribute to the behavioral health of LGBTQI+ youth. Efforts can facilitate positive behavioral health by providing a climate of support and acceptance. Families, schools, and communities can undermine behavioral health through rejection or discrimination, which have adverse health effects. Policies that increase the dissemination of resources to families, communities, and schools to encourage support and acceptance of LGBTQI+ youth is a high priority. For example, the June 15, 2022, Executive Order on Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals includes initiatives that aim to increase such family counseling and information.[14]

### *Interventions to Support Children and Families*

Families play an important protective role in child development and benefit from information

about how to appropriately help their children. The Family Acceptance Project provides such resources through publications for diverse families, which are available in multiple languages.[393] Other resources include Lead with Love, PATHS and AFFIRM Caregiver (see Appendix C), and information offered by SAMHSA[394] and the Centers for Disease Control and Prevention.[395] The American Psychological Association provides a guide for parents in choosing an appropriate therapist with gender expertise.[396]

Education for families, caregivers, child welfare professionals, and individuals can be tailored to the specific needs of diverse communities.[396,397,398] One option is a public health campaign to educate parents and caregivers on appropriate treatment options that are safe and effective for youth. Such a program

can alert families, caregivers, child welfare professionals, schools, and communities on the risks of family rejection and SOGI change efforts and the benefits of recognizing sexual orientation and gender development and access to affirming care.

Healthcare providers can offer age-specific guidance to parents and guardians to help them understand growth- and development-related expectations associated with healthy behaviors and disease prevention; this is known as anticipatory guidance.[399] Pediatricians and behavioral health providers have urged for more anticipatory guidance[400] that pediatricians and early childhood and educational providers can provide to inform parents about sexual orientation and gender identity, as well as their LGBTQI+ child's needs. This would aim to enhance family support and reduce rejection.[401]



The American Academy of Pediatrics urges pediatricians to assess risk factors related to child maltreatment in their general assessments of children and adolescents.[402] Seeking gender-affirming assessment, consultation, and care is not maltreatment.[351,352] The Information Memorandum issued March 2, 2022, by HHS makes clear that state child welfare systems should support LGBTQI+ youth and ensure their safety.[342]

## Interventions to Support Youth in Schools

Education and behavioral health associations, professionals, and researchers across the country have urged proactive steps to support and protect LGBTQI+ youth and other students through the inclusion of policies, resources, and training that provide information, safety, and support.[355,360,403,404] These policies have been evaluated over the past decade in nationwide samples and are found to reduce victimization and behavioral health problems and improve mental health.[197,286,287,405,406]

The Society for Research in Child Development,[355] the American Psychological Association,[360] the American Counseling Association,[405] the National Association of School Psychologists, and medical professionals recommend crucial educational policies to create a positive and healthy environment for all youth, especially those who are LGBTQI+ or have emerging sexual orientation or gender identities. These include the following:

1. Establish and implement supportive policies that provide guidelines for respectful interactions (in-person and online), promote acceptance of all sexual orientations and gender identities and expressions, promote the use of identified pronouns, and respect confidentiality and privacy.

2. Enable full participation and access to school activities including athletics and resources for all students and school personnel consistent with their gender identity, including use of school facilities (e.g., bathrooms, locker rooms) that align with their gender identity.

3. Establish protective policies, such as antibullying and antidiscrimination policies, that explicitly include protections for sexual orientation, gender identity, and gender expression.

4. Provide high-quality, evidence-informed LGBTQI+ professional development for school staff.

5. Develop school resources for LGBTQI+ youth and connect to supportive resources and information, such as GSAs, school clubs that are inclusive of LGBTQI+ people, and age-appropriate curriculum that is inclusive of LGBTQI+ people.

   Title IX prohibits sex-based discrimination in any school or any other education program that receives funding from the Federal Government. HHS and the Department of Education have clarified legal requirements with their interpretation of Title IX prohibiting discrimination on the basis of sexual orientation and gender identity. Strong antidiscrimination policies can protect LGBTQI+ youth and their families from discrimination in federal programs.

The Federal government has created a website with information on bullying prevention, including information on bullying of LGBTQI+ youth, ways to create safe school environments, and applicable federal civil rights laws: stopbullying.gov. Such nondiscrimination efforts to ensure the safety and well-being of LGBTQI+ youth and their families in schools and other federal programs are consistent with existing

behavioral health research and professional association recommendations.[354,355,406]

Some states and localities have established such education policies, but they are far from universal. More states have added protective policies over the past 7 years, but a majority of states do not have policies to protect LGBTQI+ students from bullying or discrimination. Inclusive policies are still rare at the state level. Some states are considering and enacting laws and policies that are inconsistent with the above empirically based recommendations, such as those that prevent discussion of LGBTQI+ issues or exclude LGBTQI+ youth from activities or athletics. Given the strength of the evidence of the benefits of the protective policies, policies that stigmatize youth of diverse sexual orientation and/or gender identity pose risks to their health.[353,354,355]

## Future Directions: Research to Improve Care

Scientific research can advance our understanding of LGBTQI+ youth and improve their behavioral health through prevention and new interventions.

### Increasing Research Insights Through Inclusive Demographic Questions

Health policy experts have called for data collection and priorities that are inclusive of LGBTQI+ people to ensure research accuracy and health equity.[407,408,409,410] Inclusive data collection and research policies support consistent collection of demographic information, including information about respondent sexual orientation and gender identity, regardless of whether the survey is focused on LGBTQI+ populations. Having accurate data and information about sexual orientation and gender identity improves public policies by identifying specific behavioral health needs, preventing adverse health conditions,

and addressing health inequities. This is especially true when addressing the diversity within children, adolescents, and their families based on cultural background, ethnicity, race, geography, and other aspects of identity.

Progress has been made in federal, state, and municipal data collection and research as demographic information on sexual orientation and gender identity has been added to some research tools and health records.[411] In 2023, the Federal Government released the first-ever Federal Evidence Agenda for LGBTQI+ Equity, a roadmap that federal agencies will use to ensure they are collecting the data and evidence they need to improve the lives of LGBTQI+ Americans.[412] Other existing efforts include the Centers for Disease Control and Prevention's Youth Risk Behavior Survey (YRBS), which includes national, state, and local surveys, assesses key behavioral and other health risks in youth and includes questions on sexual orientation and sex of sex partners in the national survey.[413] However, although the state and local surveys are currently conducted in 47 states and 28 large urban school districts, not all states and local jurisdictions include sexual orientation and sex of sex partner questions. Questions on gender identity and self-identification as transgender are available for states and local jurisdictions to include in their YRBS surveys, consistent with the Protection of Pupil Rights Amendment, and utilization of those questions has been increasing during each administration of the survey.

There are resources for addressing this gap in data collection on sexual orientation and gender identity. The National Academies report, *Measuring Sex, Gender Identity, and Sexual Orientation,* commissioned by the National Institutes of Health (NIH), provides recommendations on how to formulate appropriate questions regarding sexual

orientation and gender identity to address the complexity of diversity within these communities.[31] For example, an important recommendation is ensuring that approaches to SOGI measurement and data collection are tested and validated in youth populations. Given the diversity of the LGBTQI+ population, it is important to use an intersectional approach that considers multiple aspects of diversity and demography (e.g., cultural background, values, ethnicity, geography, and race).

### Selected LGBTQI+ Research Topics

Studies of LGBTQI+ youth have begun to examine important developmental and clinical needs in these populations. Focused research can expand our understanding of these youth and guide clinical interventions. For example, studies of development of transgender children provide new windows into our understanding of gender development and well-being in childhood.[188] Research to elucidate how intersecting sociocultural factors and experiences (e.g., race, ethnicity, socioeconomic status, cultural background and values) influence sexual orientation and gender development is in its early stages. To better understand the needs of sexual and gender minority children and adolescents, new lines of research can include sexual- and gender-diverse children and adolescents from diverse family backgrounds, especially from general populations rather than those limited to samples of people receiving clinical care.

Intersex individuals face known health disparities although research that specifically focuses on intersex individuals is limited and needs to be expanded both broadly and across time within longitudinal studies.[45,414] The Administration's Federal Evidence Agenda on LGBTQI+ Equity identified a lack of national surveys that collect data about "variations in sex characteristics or intersex people" and underscored the need to collect those data.[412]

Limited research has considered economic impact of SOGI change efforts, which could be expanded. A recent study found negative economic consequences for those adolescents and young adults who experience SOGI change efforts when compared to those with no intervention or affirming interventions. These negative economic impacts include the costs associated with adverse events as well as the expense of the efforts.[415] Further, despite its lack of efficacy and its serious harms to clients, SOGI change efforts appear to be lucrative, which may serve as an inducement to some providers.[415]

Evaluations of clinical approaches and development of best practices can be fostered by funding research collaborations; this type of research can lead to improved care.[213,416] Key research areas should also include suicide prevention, evidence-based trauma-focused interventions, and approaches to counter minority stress. Studies of community-based populations provide an emerging understanding of the key developmental concerns. A resource for those conducting LGBTQI+ research is the NIH Sexual and Gender Minority Research Office. NIH has also developed tools to study social determinants of health.[417] A National Academies report includes recommendations on key areas of LGBTQI+ research.[31]



# Summary and Conclusions

SAMHSA is committed to eliminating health inequities experienced by marginalized communities, including LGBTQI+ youth. To build a healthy and supportive environment for all youth, families, caregivers, providers, and educators need resources and accurate information to inform healthy decision making. Two key strategies that can help prevent adverse outcomes and support healthy development for LGBTQI+ youth are:

1. Strong and positive family, school, and community engagement
2. Appropriate and supportive therapeutic interventions by physical and behavioral health providers

Policies at the local, state, and federal levels are needed to foster supportive, affirming environments and ensure access to appropriate care.

These strategies must and can be grounded in research. Being a sexual or gender minority, or identifying as LGBTQI+, is not a mental disorder. Variations in sexual orientation, gender identity, and gender expression are normal and healthy. Sexual- and gender-diverse youth have unique health and behavioral health needs and may experience distress due to discrimination and barriers to support that remain widespread for LGBTQI+ youth. In addition, transgender and gender-diverse youth may experience distress caused by the incongruence between their gender identity and physical body.

Current research, evolving clinical expertise, and expert consensus underscore that efforts to attempt to change a youth's sexual orientation, gender identity, or gender expression are never appropriate. No evidence supports the efficacy of such interventions, and evidence shows that they can cause severe harm. Appropriate therapeutic approaches to working with LGBTQI+ youth include:

- Providing accurate information on sexual orientation and gender identity and expression
- Identifying sources of and working to reduce distress
- Supporting adaptive coping
- Supporting youth as they learn more about their sexual orientation and gender identity, and supporting families in accessing gender-affirming care for their transgender child when indicated
- Helping youth navigate sexual orientation, gender identity and expression within the context of other intersecting identities

Additionally, providers can help increase family and school support, and reduce family, community, and social rejection of LGBTQI+ youth. Social transition and medical interventions, including pubertal suppression and hormone therapy, are additional therapeutic approaches that may be medically necessary, appropriate, and beneficial for gender minority youth based on the individual youth's needs. Withholding timely gender-affirming medical care when indicated, withholding support for a gender-affirming exploratory process, and/or withholding support of social transition when desired, can be harmful. These actions may exacerbate gender dysphoria.

Beyond ending harmful change efforts, it is important to build greater social acceptance of LGBTQI+ youth across all environments where they live, learn, and play; adopt appropriate and

supportive interventions; and provide targeted resources and accurate developmentally informed information for children, adolescents, their families, and providers. Building better supportive environments and working to eliminate negative social attitudes will reduce health inequities and improve the health and well-being of LGBTQI+ youth.



# Appendix A: References

1. Day JK, Ioverno S, Russell ST. Safe and supportive schools for LGBT youth: Addressing educational inequities through inclusive policies and practices. *J Sch Psychol.* 2019;74:29-43. https://doi.org/10.1016/j.jsp.2019.05.007

2. Hatzenbuehler ML. The influence of state laws on the mental health of sexual minority youth. *JAMA Pediatr.* 2017;171(4):322-324. https://doi.org/10.1001/jamapediatrics.2016.4732

3. Russell ST, Fish JN. Mental health in lesbian, gay, bisexual, and transgender LGBT youth. *Annu Rev Clin Psychol.* 2016;12(1):465-487. https://doi.org/10.1146/annurev-clinpsy-021815-093153

4. Meyer IH. Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychol bull.* 2003;129:674-697. https://doi.org/10.1037/0033-2909.129.5.674

5. American Psychiatric Association. *Diagnostic and statistical manual of mental disorders,: DSM-5$^{TR}$.* 5th ed. Text Revision. Washington, DC, American Psychiatric Association; 2022. https://doi.org/10.1176/appi.books.9780890425787

6. Substance Abuse and Mental Health Services Administration. *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928.* Substance Abuse and Mental Health Services Administration; 2015. https://store.samhsa.gov/sites/default/files/d7/priv/sma15-4928.pdf. Accessed February 11, 2022.

7. Przeworski A, Peterson E, Piedra A. A systematic review of the efficacy, harmful effects, and ethical issues related to sexual orientation change efforts. *Clin Psychol.* 2021;28(1):81-100. https://doi.org/10.1111/cpsp.12377

8. Blosnich JR, Henderson ER, Coulter R, Goldbach JT, Meyer IH. Sexual orientation change efforts, adverse childhood experiences, and suicide ideation and attempt among sexual minority adults, United States, 2016-2018. *Am J Public Health.* 2020;110(7):e1-e7. https://doi.org/10.2105/AJPH.2020.305637

9. Green AE, Price-Feeney M, Dorison SH, Pick CJ. Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults, 2018. *Am J Public Health.* 2020;110(8):1221-1227. https://doi.org/10.2105/AJPH.2020.305701

10. Ryan C, Toomey RB, Diaz RM, Russell ST. Parent-initiated sexual orientation change efforts with LGBT adolescents: Implications for young adult mental health and adjustment. *J Homosex.* 2020;67(2):159-173. https://doi.org/10.1080/00918369.2018.1538407

11. Salway T, Ferlatte O, Gesink D, Lachowsky NJ. Prevalence of exposure to sexual orientation change efforts and associated sociodemographic characteristics and psychosocial health outcomes among Canadian sexual minority men. *Can J Psychiatry.* 2020;65(7):502-509. https://doi.org/10.1177/0706743720902629

12. Alempijevic D, Beriashvili R, Beynon J, et al. Statement of the Independent Forensic Expert Group on Conversion Therapy. *Torture.* 2020;30(1):66-78. https://doi.org/10.7146/torture.v30i1.119654

13. United Nations. Independent Expert on protection against violence and discrimination based on sexual orientation and gender identity. 2020. Accessed February 12, 2022. https://www.ohchr.org/en/issues/sexualorientationgender/pages/index.aspx

14. The White House. Executive Order on Advancing Equality for Lesbian, Gay, Bisexual, Transgender, Queer, and Intersex Individuals. Published June 15, 2022. https://www.whitehouse.gov/briefing-room/presidential-actions/2022/06/15/executive-order-on-advancing-equality-for-lesbian-gay-bisexual-transgender-queer-and-intersex-individuals/

15. The White House. Executive Order on Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation. https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/executive-order-preventing-and-combating-discrimination-on-basis-of-gender-identity-or-sexual-orientation. Published January 20, 2021.

16. Diamond LM. Sexual fluidity. In: Bolin A, Whelehan P, eds. *The International Encyclopedia of Human Sexuality*. Wiley-Blackwell; 2015. https://doi.org/10.1002/9781118896877.wbiehs452

17. Vrangalova Z, Savin-Williams RC. Mostly heterosexual and mostly gay/lesbian: Evidence for new sexual orientation identities. *Arch Sex Behav.* 2012;41(1):85-101. https://doi.org/10.1037/0033-2909.129.5.674

18. American Psychological Association. *Guidelines for psychological practice with transgender and gender nonconforming people*. Am Psychol. 2015. https://doi.org/10.1037/a0039906

19. Knudson G, De Cuypere G, Bockting W. Recommendations for revision of the DSM diagnoses of gender identity disorders: Consensus statement of the World Professional Association for Transgender Health. *Int J Transgend Health*. 2010;12(2):115-118. https://doi.org/10.1080/15532739.2010.509215

20. American Psychiatric Association. Press release regarding "Removal of the diagnosis of homosexuality from the second edition of the Diagnostic Statistical Manual." December 15, 1973.

21. Conger JJ. Proceedings of the American Psychological Association, Incorporated, for the year 1974: Minutes of the annual meeting of the Council of Representatives. *Am Psychol*. 1975;30:620-651. https://doi.org/10.1037/h0078455

22. American Psychological Association. *APA resolution on gender identity change efforts*. 2021. Accessed February 11, 2022. https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf

23. American Psychological Association. *APA resolution on sexual orientation change efforts*. 2021. https://www.apa.org/about/policy/resolution-sexual-orientation-change-efforts.pdf. Accessed February 11, 2022.

24. American Psychological Association. *Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation*. 2009. Accessed March 26, 2022. https://www.apa.org/pi/lgbt/resources/therapeutic-response.pdf

25. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, Version 7. *Int J Transgend Health.* 2012;13(4):165-232. https://doi.org/10.1080/15532739.2011.700873

26. Moskowitz DA, Rendina HJ, Alvarado Avila A, Mustanski B. Demographic and social factors impacting coming out as a sexual minority among Generation-Z teenage boys. *Psychol Sex Orientat Gend Divers.* 2022;9(2):179–189. https://doi.org/10.1037/sgd000048.

27. Pew Research Center. The coming out experience. In: A Survey of LGBT Americans: Attitudes, Experiences and Values in Changing Times. Washington DC: Pew Research Center, June 2013. Accessed March 20, 2023. https://www.pewresearch.org/social-trends/2013/06/13/chapter-3-the-coming-out-experience/

28. Jones JM. U.S. LGBT identification steady at 7.2%. Gallup February 22, 2023. Accessed March 20, 2023. https://news.gallup.com/poll/470708/lgbt-identification-steady.aspx.

29. Adelson SL, American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *J Am Acad Child Adolesc Psychiatry.* 2012;51(9):957-974. https://doi.org/10.1016/j.jaac.2012.07.004

30. Calzo JP, Blashill AJ. Child sexual orientation and gender identity in the Adolescent Brain Cognitive Development Cohort Study. *JAMA Pediatr.* 2018;172(11):1090-1092. https://doi.org/10.1001/jamapediatrics.2018.2496

31. National Academies of Sciences, Engineering, and Medicine. *Understanding the Well-Being of LGBTQI+ Populations.* Washington, DC: The National Academies Press; 2020. https://nap.nationalacademies.org/catalog/25877/understanding-the-well-being-of-lgbtqi-populations.

32. Bränström R, Pachankis JE. Country-level structural stigma, identity concealment, and day-to-day discrimination as determinants of transgender people's life satisfaction. *Soc Psychiatry Psychiatr Epidemiol.* 2021;56(9):1537-1545. https://doi.org/10.1007/s00127-021-02036-6

33. Camacho G, Reinka MA, Quinn DM. Disclosure and concealment of stigmatized identities. *Curr Opin Psychol.* 2020;31:28-32. https://doi.org/10.1016/j.copsyc.2019.07.031

34. Poushter J, Kent N. The global divide on homosexuality persists. Pew Research Center Report. June 25, 2020. https://www.pewresearch.org/global/2020/06/25/global-divide-on-homosexuality-persists/

35. Kuper LE, Lindley L, Lopez X. Exploring the gender development histories of children and adolescents presenting for gender affirming medical care. *Clin Pract Pediatr Psychol.* 2019;7(3):217-228. https://doi.org/10.1037/cpp0000290

36. Olson KR, Gülgöz S. Early findings from the TransYouth Project: Gender development in transgender children. *Child Dev Persp.* 2018;12(2):93-97. https://doi.org/10.1111/cdep.12268

37. Katz-Wise SL, Budge SL, Orovecz JJ, Nguyen B, Nava-Coulter B, Thomson K. Imagining the future: Perspectives among youth and caregivers in the trans youth family study. *J Couns Psychol.* 2017;64(1):26-40. https://doi.org/10.1037/cou0000186

38. Kuper LE, Wright L, Mustanski B. Gender identity development among transgender and gender nonconforming emerging adults: An intersectional approach. *Int J Transgend.* 2018;19(4):436-455. https://doi.org/10.1080/15532739.2018.1443869

39. Ehrensaft D. Exploring gender expansive expressions versus asserting a gender identity. In: Keo-Meier C, Ehrensaft D, eds. *The gender affirmative model: An interdisciplinary approach to supporting transgender and gender expansive children.* American Psychological Association; 2018:37-53. https://doi.org/10.1037/0000095-003

40. Olson KR, Durwood L, Horton R, Gallagher N, Devor AH. Children's gender five years after their initial childhood social transitions. *Pediatrics.* 2022;50(2):e2021056082. https://doi.org/10.1542/peds.2021-056082

41. Turban JL, Dolotina B, Freitag TM, King D, Keuroghlian AS. Age of realization and disclosure of gender identity among transgender adults. *J Adolesc Health.* 2023. https://doi.org/10.1016/j.jadohealth.2023.01.023

42. Li G, Kung KT, Hines M. Childhood gender-typed behavior and adolescent sexual orientation: A longitudinal population-based study. *Dev Psychol.* 2017;53(4):764-777. https://doi.org/10.1037/dev0000281

43. Xu Y, Norton S, Rahman Q. Childhood gender nonconformity and the stability of self-reported sexual orientation from adolescence to young adulthood in a birth cohort. *Dev Psychol*. 2021;57(4):557-569. https://doi.org/10.1037/dev0001164

44. Hässler T, Glazier JJ, Olson KR. Consistency of gender identity and preferences across time: An exploration among cisgender and transgender children. *Dev Psychol*. 2022;58(11):2184-2196. https://doi.org/10.1037/dev0001419

45. Rosenwohl-Mack A, Tamar-Mattis S, Baratz AB, et al. A national study on the physical and mental health of intersex adults in the U.S. *PLoS One*. 2020;15(10):e0240088. Published 2020 Oct 9. https://doi.org/10.1371/journal.pone.0240088

46. U.S. Department of Health and Human Services. Request for Information on Promising Practices for Advancing Health Equity for Intersex Individuals. 2023-02826 *Fed. Reg.* Page #8876 (February 10, 2023). https://www.federalregister.gov/d/2023-02826/page-8876. Accessed March 20, 2023.

47. Mills-Koonce WR, Rehder PD, McCurdy AL. The significance of parenting and parent–child relationships for sexual and gender minority adolescents. *J Res Adolesc*. 2018;28(3):637-649. https://doi.org/10.1111/jora.12404

48. Kosciw JG, Clark CM, Truong NL, Zongrone AD. *The 2019 National School Climate Survey: The experiences of lesbian, gay, bisexual, transgender, and queer youth in our nation's schools*. GLSEN; 2020. Accessed February 11, 2022. https://www.glsen.org/research/2019-national-school-climate-survey

49. Green AE, Price-Feeney M, Dorison SH. Association of sexual orientation acceptance with reduced suicide attempts among lesbian, gay, bisexual, transgender, queer, and questioning youth. *LGBT Health*. 2021;8(1):26-31. https://doi.org/10.1089/lgbt.2020.0248

50. Vance SR, Ehrensaft D, Rosenthal SM. Psychological and medical care of gender nonconforming youth. *Pediatrics*. 2014;134(6):1184-1192. https://doi.org/10.1542/peds.2014-0772

51. Gibson DJ, Glazier JJ, Olson KR. Evaluation of anxiety and depression in a community sample of transgender youth. *JAMA Netw Open*. 2021;4(4):e214739-e214739. https://doi.org/10.1001/jamanetworkopen.2021.4739

52. Russell ST, Pollitt AM, Li G, Grossman AH. Chosen name use is linked to reduced depressive symptoms, suicidal ideation, and suicidal behavior among transgender youth. *J Adolesc Health*. 2018;63(4):503-505. https://doi.org/10.1016/j.jadohealth.2018.02.003

53. Pariseau EM, Chevalier L, Long KA, Clapham R, Edwards-Leeper L, Tishelman AC. The relationship between family acceptance-rejection and transgender youth psychosocial functioning. *Clin Pract Pediatr Psychol*. 2019;7(3):267-277. https://doi.org/10.1037/cpp0000291

54. Blashill AJ, Fox K, Feinstein BA, Albright CA, Calzo JP. Nonsuicidal self-injury, suicide ideation, and suicide attempts among sexual minority children. *J Consult Clin Psychol*. 2021;89(2):73–80. https://doi.org/10.1037/ccp0000624

55. La Roi C, Kretschmer T, Dijkstra JK, Veenstra R, Oldehinkel AJ. Disparities in depressive symptoms between heterosexual and lesbian, gay, and bisexual youth in a Dutch cohort: The TRAILS Study. *J Youth Adolesc*. 2016;45:440-456. https://doi.org/10.1007/s10964-015-0403-0\

56. Schuster MA, Bogart LM, Elliott MN, et al. A longitudinal study of bullying of sexual-minority youth. *N Engl J Med*. 2015;372:1872-1874. https://doi.org/10.1056/NEJMc1413064

57. Luk JW, Gilman SE, Haynie DL, Simons-Morton BG. Sexual orientation and depressive symptoms in adolescents. *Pediatrics.* 2018;141(5):e20173309. https://doi.org/10.1542/peds.2017-3309

58. Plöderl M, Tremblay P. Mental health of sexual minorities. A systematic review. *Int Rev Psychiatry.* 2015;27(5), 367–385. https://doi.org/10.3109/09540261.2015.1083949

59. Raifman J, Charlton BM, Arrington-Sanders R, et al. Sexual orientation and suicide attempt disparities among us adolescents: 2009–2017. *Pediatrics.* 2020;145(3):e20191658. https://doi.org/10.1542/peds.2019-1658

60. Johns MM, Lowry R, Rasberry CN, et al. Violence victimization, substance use, and suicide risk among sexual minority high school students—United States, 2015–2017. *MMWR Morb Mortal Wkly Rep.* 2018;67(43):1211. https://doi.org/10.15585/mmwr.mm6743a4

61. Price-Feeney M, Green AE, Dorison S. Understanding the mental health of transgender and nonbinary youth. *J Adolesc Health.* 2020;66(6):684-690. https://doi.org/10.1016/j.jadohealth.2019.11.314

62. Craig SL, Austin A, Levenson J, Leung VW, Eaton AD, D'Souza SA. Frequencies and patterns of adverse childhood events in LGBTQ+ youth. *Child Abuse Negl.* 2020;107(104623). https://doi.org/10.1016/j.chiabu.2020.104623

63. Hatchel T, Valido A, De Pedro KT, Huang Y, Espelage DL. Minority stress among transgender adolescents: The role of peer victimization, school belonging, and ethnicity. *J Child Fam Stud.* 2019;28(9):2467-2476. https://doi.org/10.1007/s10826-018-1168-3

64. Baams L, Wilson B, Russell ST. LGBTQ youth in unstable housing and foster care. *Pediatrics.* 2019;143(3):e20174211. https://doi.org/10.1542/peds.2017-4211

65. Connolly MD, Zervos MJ, Barone CJ, Johnson CC, Joseph CL. The mental health of transgender youth: Advances in understanding. *J Adolesc Health.* 2016;59(5):489-495. https://doi.org/10.1016/j.jadohealth.2016.06.012

66. Delozier AM, Kamody RC, Rodgers S, Chen D. Health disparities in transgender and gender expansive adolescents: A topical review from a minority stress framework. *J Pediatr Psychol.* 2020;45(8):842-847. https://doi.org/10.1093/jpepsy/jsaa040

67. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics.* 2016;137(3):e20153223. https://doi.org/10.1542/peds.2015-3223

68. Tankersley AP, Grafsky EL, Dike J, Jones RT. Risk and resilience factors for mental health among transgender and gender nonconforming (TGNC) youth: a systematic review. *Clin Child Fam Psychol Rev.* 2021;24(2):183-206. https://doi.org/10.1007/s10567-021-00344-6

69. Parmar DD, Tabler J, Okumura MJ, Nagata JM. Investigating protective factors associated with mental health outcomes in sexual minority youth. *J Adolesc Health.* 2022;170(30):470-477. https://doi.org/10.1016/j.jadohealth.2021.10.004

70. Edwards-Leeper L, Spack NP. Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. *J Homosex.* 2012;59(3):321-336. https://doi.org/10.1080/00918369.2012.653302

71. American Psychological Association. Resolution on appropriate therapeutic response to sexual orientation distress and change efforts. 2009. Accessed February 12, 2022. https://www.apa.org/about/policy/sexual-orientation

72. Byne W, Bradley SJ, Coleman E, et al. Report of the APA Task Force on treatment of gender identity disorder. *Arch Sex Behav.* 2012;41:759-796. https://doi.org/10.1007/s10508-012-9975-x

73. Lopez X, Marinkovic M, Eimicke T, Rosenthal SM, Olshan JS, & Pediatric Endocrine Society Transgender Health Special Interest Group. Statement on gender-affirmative approach to care from the pediatric endocrine society special interest group on transgender health. *Curr Opin Pediatr.* 2017;29(4):475-480. https://doi.org/10.1097/MOP.0000000000000516

74. American Psychological Association. *Ethical Principles of Psychologists and Code of Conduct.* 2017. https://www.apa.org/ethics/code/ethics-code-2017.pdf. Accessed February 12, 2022.

75. Rafferty J, AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics.* 2018;142(4):e20182162. https://doi.org/10.1542/peds.2018-2162

76. Keo-Meier C, Ehrensaft D, eds. The gender affirmative model: An interdisciplinary approach to supporting transgender and gender expansive children. American Psychological Association; 2018.

77. de Vries ALC, Richards C, Tishelman AC, et al. Bell v Tavistock and Portman NHS Foundation Trust [2020] EWHC 3274: Weighing current knowledge and uncertainties in decisions about gender-related treatment for transgender adolescents. *Int J Transgend Health.* 2021;22(3):217-224. https://doi.org/10.1080/26895269.2021.1904330

78. Chen D, Berona J, Chan Y-M, Ehrensaft D, et al. Psychosocial functioning in transgender youth after 2 years of hormones. *NEJM.* 2023;388(3):240-250. https://doi.org/10.1056/NEJMoa2206297

79. Leibowitz S. Social Gender Transition and the Psychological Interventions. In: Janssen A, Leibowitz S, eds. *Affirmative mental health care for transgender and gender diverse youth.* Springer; 2018:31-47. https://doi.org/10.1007/978-3-319-78307-9_2

80. Green AE, DeChants JP, Price MN, Davis CK. 2021. Association of gender-affirming hormone therapy with depression, thoughts of suicide, and attempted suicide among transgender and nonbinary youth. *J Adolesc Health.* 2021;S1054-139X(21)00568-1. https://doi.org/10.1016/j.jadohealth.2021.10.036

81. Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. *Clin Pract Pediatr Psychol.* 2019;7(3):302-311. https://doi.org/10.1037/cpp0000288

82. Giordano S, Holm S. Is puberty delaying treatment 'experimental treatment'? *Int J Transgend Health.* 2020;21(2):113-121. Published 2020 Apr 11. https://doi.org/10.1080/26895269.2020.1747768

83. Kreukels BP, Cohen-Kettenis PT. Puberty suppression in gender identity disorder: the Amsterdam experience. *Nat Rev Endocrinol.* 2011;7(8):466-472. https://doi.org/10.1038/nrendo.2011.78

84. Raifman J, Moscoe E, Austin SB, Hatzenbuehler ML, Galea S. State laws permitting denial of services to same-sex couples and mental distress among sexual minority adults: A difference-in-difference-in-differences analysis. *JAMA Psychiatry.* 2018;75:671-677. https://doi.org/10.1001/jamapsychiatry.2018.0757

85. National Association of Social Workers. Code of Ethics. 2021. Accessed February 12, 2022. https://www.socialworkers.org/About/Ethics/Code-of-Ethics/Code-of-Ethics-English

86. American Counseling Association. Resolution on Reparative Therapy/Conversion Therapy/Sexual Orientation Change Efforts (SOCE) as a Significant and Serious Violation of the ACA Code of Ethics, Governing Council Meeting. December 19, 2017. https://www.counseling.org/docs/default-source/default-document-library/reparative-therapy-resoltution-letter-head_edited.pdf?sfvrsn=8ed562c_4. Accessed February 12, 2022.

87. American Academy of Pediatrics Committee on Bioethics. Professionalism in Pediatrics: Statement of Principles. *Pediatrics.* 2007;120(4):895–897. https://doi.org/10.1542/peds.2007-2229

88. Hopkins A, Fitzpatrick R, Foster A, et al. What do we mean by appropriate health care? *Quality in Health Care* 1993;2:117-123. Accessed February 12, 2022. https://doi.org/10.1136/qshc.2.2.117

89. Rogers C. *Client-Centered Therapy: Its Current Practice, Implications, and Theory.* Houghton Mifflin; 1951.

90. Zucker KJ. Gender identity development and issues. *Child Adolesc Psychiatr Clin N Am.* 2004*;13*(3):551-568. https://doi.org/10.1016/j.chc.2004.02.006

91. Bradshaw K, Dehlin JP, Crowell KA, Galliher RV, Bradshaw WS. Sexual orientation change efforts through psychotherapy for LGBQ individuals affiliated with the Church of Jesus Christ of Latter-day Saints. *J Sex Marital Ther.* 2015;41(4):391-412. https://doi.org/10.1080/0092623X.2014.915907

92. Dehlin JP, Galliher RV, Bradshaw WS, Hyde DC, Crowell KA. Sexual orientation change efforts among current or former LDS church members. *J Couns Psychol.* 2015;62(2):95-105. https://doi.org/10.1037/cou0000011

93. Fjelstrom J. Sexual orientation change efforts and the search for authenticity. *J Homosex.* 2013;60(6):801-827. https://doi.org/10.1080/00918369.2013.774830

94. Flentje A, Heck NC, Cochran BN. Experiences of ex-ex-gay individuals in sexual reorientation therapy: Reasons for seeking treatment, perceived helpfulness and harmfulness of treatment, and post-treatment identification. *J Homosex.* 2014;61(9):1242-1268. https://doi.org/10.1080/00918369.2014.926763

95. Goodyear T, Kinitz DJ, Dromer E, et al. "They want you to kill your inner queer but somehow leave the human alive": Delineating the impacts of sexual orientation and gender identity and expression change efforts. *J Sex Res.* 2021;1-11. https://doi.org/10.1080/00224499.2021.1910616

96. Higbee M, Wright ER, Roemerman RM. Conversion therapy in the Southern United States: Prevalence and experiences of the survivors. *J Homosex.* 2020;1-20. https://doi.org/10.1080/00918369.2020.1840213

97. Jones SL, Yarhouse MA. A longitudinal study of attempted religiously mediated sexual orientation change. *J Sex Marital Ther.* 2011;37(5):404-427. https://doi.org/10.1080/0092623X.2011.607052

98. Karten EY, Wade JC. Sexual orientation change efforts in men: A client perspective. *J Mens Stud.* 2010*;18*(1):84-102. https://doi.org/10.3149/jms.1801.84

99. Maccio EM. Self-reported sexual orientation and identity before and after sexual reorientation therapy. *J Gay Lesbian Ment Health.* 2011;15(3):242-259. https://doi.org/10.1080/19359705.2010.544186

100. Maccio EM. Influence of family, religion, and social conformity on client participation in sexual reorientation therapy. *J Homosex.* 2010*;57*(3):441-458. https://doi.org/10.1080/00918360903543196

101. Meanley SP, Stall RD, Dakwar O, et al. Characterizing experiences of conversion therapy among middle-aged and older men who have sex with men from the Multicenter AIDS Cohort Study (MACS). *Sex Res Social Policy.* 2020;17(2):334-342. https://doi.org/10.1007/s13178-019-00396-y

102. Ryan C, Russell ST, Huebner DM, Diaz R, Sanchez J. Family acceptance in adolescence and the health of LGBT young adults. *J Child Adolesc Psychiatr Nurs.* 2010;23(4):205-213. https://doi.org/10.1111/j.1744-6171.2010.00246.x

103. Salway T, Juwono S, Klassen B, et al. Experiences with sexual orientation and gender identity conversion therapy practices among sexual minority men in Canada, 2019-2020. *PLoS One.* 2021;16(6):e0252539. https://doi.org/10.1371/journal.pone.0252539

104. Weiss EM, Morehouse J, Yeager T, Berry T. A qualitative study of ex-gay and ex-ex-gay experiences. *J Gay Lesbian Ment Health.* 2010;14(4):291-319. https://doi.org/10.1080/19359705.2010.506412

105. Wright T, Candy B, King M. Conversion therapies and access to transition-related healthcare in transgender people: A narrative systematic review. *BMJ Open.* 2018;8:e022425. https://doi.org/10.1136/bmjopen-2018-022425

106. Turban JL, Beckwith N, Reisner SL, Keuroghlian AS. Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults. *JAMA Psychiatry.* 2019;77(1):68-76. https://doi.org/10.1001/jamapsychiatry.2019.2285

107. Turban JL, Kraschel KL, Cohen IG. Legislation to criminalize gender-affirming medical care for transgender youth. *JAMA.* 2021;325(22):2251-2252. https://doi.org/10.1001/jama.2021.7764

108. Campbell T, Rodgers YM. Conversion therapy, suicidality, and running Away: An analysis of transgender youth in the U.S. SSRN. November 15, 2022. http://dx.doi.org/10.2139/ssrn.4180724

109. Veale JF, Tan KKH, Byrne JL. Gender identity change efforts faced by trans and nonbinary people in New Zealand: Associations with demographics, family rejection, internalized transphobia, and mental health. *Psychol Sex Orientat Gend Divers.* 2021. https://doi.org/10.1037/sgd0000537

110. Kosciw JG, Greytak EA, Palmer NA, Boesen MJ. *The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools.* GLSEN; 2014. Accessed February 12, 2022. https://www.glsen.org/research/2013-national-school-climate-survey

111. Hatzenbuehler ML, Pachankis JE. Stigma and minority stress as social determinants of health among lesbian, gay, bisexual, and transgender youth: Research evidence and clinical implications. In: Adelson SL, Garofalo R, Dowshen N, Makadon H, eds. *Lesbian, Gay, Bisexual and Transgender Youth.* Elsevier; 2016:985-997. https://doi.org/10.1016/j.pcl.2016.07.003

112. Ryan C. Family rejection is a health hazard for LGBTQ children and youth. *J Am Acad Child Adolesc Psychiatry.* 2020;59(10):S336. https://doi.org/10.1016/j.jaac.2020.07.817

113. Frieden TR. Evidence for health decision making - beyond randomized, controlled trials. *N Engl J Med.* 2017;377(5):465-475. https://doi.org/10.1056/NEJMra1614394

114. Chou R, Aronson N, Atkins D, et al. Agency for Healthcare Research and Quality (AHRQ) Series Paper 4: Assessing harms when comparing medical interventions: AHRQ and the Effective Health Care Program. *J Clin Epidemiol.* 2010; 63:502-512. https://doi.org/10.1016/j.jclinepi.2008.06.007

115. U.S. Department of Health and Human Services. 2018 Requirements (2018 Common Rule). 2018. https://www.hhs.gov/ohrp/regulations-and-policy/regulations/45-cfr-46/revised-common-rule-regulatory-text/index.html. Accessed February 12, 2022.

116. Lilienfeld SO. Psychological treatments that cause harm. *Perspect Psychol Sci*. 2007;2(1):53-70. https://doi.org/10.1111/j.1745-6916.2007.00029.x

117. Dimidjian S, Hollon SD. How would we know if psychotherapy were harmful? *Am Psychol*. 2010;65(1):21-33. https://doi.org/10.1037/a0017299

118. Whitney BM. Ethical considerations for the study of potentially harmful or ineffective treatments. *Prof Psychol Res Pr*. 2021;52(1):12-20. https://doi.org/10.1037/pro0000341

119. Mercer J. Evidence of potentially harmful psychological treatments for children and adolescents. *Child Adolesc Social Work J*. 2017;34(2):107-125. https://doi.org/10.1007/s10560-016-0480-2

120. Herek GM. Sexual orientation differences as deficits: science and stigma in the history of American psychology. *Perspect Psychol Sci*. 2010;5(6):693-699. https://doi.org/10.1177/1745691610388770

121. American Academy of Child and Adolescent Psychiatry. Conversion Therapy. 2018. https://www.aacap.org/aacap/Policy_Statements/2018/Conversion_Therapy.aspx. Accessed February 13, 2022.

122. Eisenberg ME, Gower AL, McMorris BJ, et al. Risk and protective factors in the lives of transgender/gender nonconforming adolescents. *J Adolesc Health.* 2017;614:521-526. doi:10.1016/j.jadohealth.2017.04.014

123. Porta CM, Gower AL, Brown C, Wood B, Eisenberg ME. Perceptions of sexual orientation and gender identity minority adolescents about labels. *Western J Nurs Res.* 2020;42(2), 81–89. https://doi.org/10.1177/0193945919838618

124. Watson RJ, Wheldon CW, Puhl RM. Evidence of diverse identities in a large national sample of sexual and gender minority adolescents. *J Res Adolesc*. 2019;30(S2):431-442. https://doi.org/10.1111/jora.12488

125. White AE, Moeller J, Ivcevic Z, Brackett MA. Gender identity and sexual identity labels used by US high school students: A co-occurrence network analysis. *Psychol Sex Orientat Gend Divers*. 2018;5(2):243-252. https://doi.org/10.1037/sgd0000266

126. Lunn MR, Obedin-Maliver J, Bibbins-Domingo K. Estimating the prevalence of sexual minority adolescents. *JAMA* 2017; 317(16):1691-1692. https://doi.org/10.1001/jama.2017.2918

127. Conron KJ. LGBT Youth Population in the United States. The Williams Institute, UCLA; 2020. Accessed February 13, 2022. https://williamsinstitute.law.ucla.edu/wp-content/uploads/LGBT-Youth-US-Pop-Sep-2020.pdf

128. U.S. Census. 2020 Census Results. https://www.census.gov/programs-surveys/decennial-census/decade/2020/2020-census-results.html

129. Dunlap A. Changes in coming out milestones across five age cohorts. *J Gay Lesbian Soc Serv*. 2016;28(1):20-38. https://doi.org/10.1080/10538720.2016.1124351

130. Haltom TM, Ratcliff S. Effects of sex, race, and education on the timing of coming out among lesbian, gay, and bisexual adults in the U.S. *Arch Sex Behav*. 2021;50(3):1107-1120. https://doi.org/10.1007/s10508-020-01776-x

131. Diamond LM. Careful what you ask for: Reconsidering feminist epistemology and autobiographical narrative in research on sexual identity development. *Signs (Chic)*. 2006;31(2):471-492. https://doi.org/10.1086/491684

132. Diamond LM. Female bisexuality from adolescence to adulthood: Results from a 10-year longitudinal study. *Dev Psychol*. 2008;44(1):5-14. https://doi.org/10.1037/0012-1649.44.1.5

133. Savin-Williams RC, Diamond LM. Sexual identity trajectories among sexual-minority youths: gender comparisons. *Arch Sex Behav*. 2000;29(6):607-627. https://doi.org/10.1023/a:1002058505138

134. Dube EM, Savin-Williams RC. Sexual identity development among ethnic sexual-minority male youths. *Dev Psychol*. 1999;35(6):1389-1398. https://doi.org/10.1037//0012-1649.35.6.1389

135. Horowitz JL, Newcomb MD. A multidimensional approach to homosexual identity. *J Homosex*. 2001;42(2):1-19. https://doi.org/10.1300/j082v42n02_01

136. Szprengiel K. Children coming out: the process of self-identification. In: Stewart C (ed.). *Lesbian, Gay, Bisexual, and Transgender Americans at Risk: Problems and Solutions*. Praeger; 2018.

137. Han CS, Ayala G, Paul JP, Choi KH. West Hollywood is not that big on anything but white people: Constructing "gay men of color". *Sociol Q*. 2017;58(4):721-737. https://doi.org/10.1080/00380253.2017.1354734

138. Toomey RB, Huynh VW, Jones SK, Lee S, Revels-Macalinao M. Sexual minority youth of color: a content analysis and critical review of the literature. *J Gay Lesbian Ment Health*. 2017;21(1):3-31. https://doi.org/10.1080/19359705.2016.1217499

139. Jamil OB, Harper GW, Fernandez MI. Adolescent Trials Network for HIV/AIDS Interventions. Sexual and ethnic identity development among gay-bisexual-questioning (GBQ) male ethnic minority adolescents. *Cultur Divers Ethnic Minor Psychol*. 2009;15(3):203-214. https://doi:10.1037/a0014795

140. Mustanski B, Lyons T, Garcia SC. Internet use and sexual health of young men who have sex with men: A mixed-methods study. *Arch Sex Behav*. 2011;40(2):289-300. https://doi.org/10.1007/s10508-009-9596-1

141. Fields EL, Bogart LM, Smith KC, Malebranche DJ, Ellen J, Schuster MA. "I always felt I had to prove my manhood": Homosexuality, masculinity, gender role strain, and HIV risk among young Black men who have sex with men." *Am J Pub Health*. 2015;105.(1):122-131. https://doi.org/10.2105/AJPH.2013.301866

142. Yon-Leau C, Muñoz-Laboy M. "I don't like to say that I'm anything": Sexuality politics and cultural critique among sexual-minority Latino youth. *Sex Res Social Policy*. 2010;7(2):105-117. https://doi.org/10.1007/s13178-010-0009-y

143. Wilson K, Fornasier S, White K. Psychological predictors of young adults' use of social networking sites. *Cyberpsychol Behav Soc Net*. 2010;13:173-177. https://doi.org/10.1089/cyber.2009.0094

144. Rosario M, Schrimshaw EW, Hunter J. Different patterns of sexual identity development over time: implications for the psychological adjustment of lesbian, gay, and bisexual youths. *J Sex Res*. 2011;48(1):3-15. http://doi.org/doi:10.1080/00224490903331067

145. Willoughby BL, Doty ND, Malik NM. Victimization, family rejection, and outcomes of gay, lesbian, and bisexual young people: the role of negative GLB identity. *J GLBT Fam Stud*. 2010;6(4):403-424. https://doi.org/10.1080/1550428X.2010.511085

146. Page MJL, Lindahl KM, Malik NM. The role of religion and stress in sexual identity and mental health among lesbian, gay, and bisexual youth. *J Res Adolesc*. 2013;23(4):665- 677. https://doi.org/10.1111/jora.12025

147. Hussen SA, Harper GW, Rodgers CRR., van den Berg JJ, Dowshen N, Hightow-Weidman LB. Cognitive and behavioral resilience among young gay and bisexual men living with HIV. *LGBT Health.* 2017;4(4):275-282. https://doi.org/10.1089/lgbt.2016.0135

148. Dean JB, Stratton SP, Yarhouse MA. The mediating role of self-acceptance in the psychological distress of sexual minority students on Christian college campuses. *Spiritual Clin Pract (Wash DC).* 2021;*8*(2):132-148. https://doi.org/10.1037/scp0000253

149. Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry.* 2013;52(6):582-590. https://doi.org/10.1016/j.jaac.2013.03.016

150. American Psychiatric Association, DSM-5 Task Force. *Diagnostic and statistical manual of mental disorders: DSM-5^TM.* 5th ed. American Psychiatric Publishing, Inc.;2013. https://doi.org/10.1176/appi.books.978089042 5596

151. Reed GM, Drescher J, Krueger RB, et al. Disorders related to sexuality and gender identity in the ICD-11: Revising the ICD-10 classification based on current scientific evidence, best clinical practices, and human rights considerations. *World Psychiatry.* 2016;15(3):205-221. https://doi.org/10.1002/wps.20354

152. Sevelius JM. Gender affirmation: A framework for conceptualizing risk behavior among transgender women of color. *Sex Roles.* 2013;68(11):675-689. doi:10.1007/s11199-012-0216-5

153. Hendricks ML, Testa RJ. A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the Minority Stress Model. *Prof Psychol Res P.* 2012;43(5):460-467. https://doi.org/10.1037/a0029597

154. Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics.* 2020;145(4):e20193006. https://doi.org/10.1542/peds.2019-3006

155. Costa R, Colizzi M. The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review. *Neuropsychiatr Dis Treat.* 2016;12:1953-1966. https://doi.org/10.2147/NDT.S95310

156. Kuper LE, Nussbaum R, Mustanski B. Exploring the diversity of gender and sexual orientation identities in an online sample of transgender individuals. *J Sex Res.* 2012;49(2-3):244-254. https://doi.org/10.1080/00224499.2011.59695 4

157. Wilson BDM, Meyer IH. Nonbinary LGBTQ adults in the United States. Williams Institute; 2021. Accessed February 13, 2022. https://williamsinstitute.law.ucla.edu/publicatio ns/nonbinary-lgbtq-adults-us

158. Taylor J, Zalewska A, Gates JJ, Millon G. An exploration of the lived experiences of non-binary individuals who have presented at a gender identity clinic in the United Kingdom. *Int J Transgend.* 2019;20(2-3):195-204. https://doi.org/10.1080/15532739.2018.1445 056

159. Matsuno E, Budge SL. Non-binary/genderqueer identities: A critical review of the literature. *Curr Sex Health Rep.* 2017;9:1167-120. http://doi.org/10.1007/s11930-017-0111-8

160. Gülgöz S, Edwards DL, Olson KR. Between a boy and a girl: Measuring gender identity on a continuum. *Soc Dev.* 2022;*31*(3):916-929. https://doi.org/10.1111/sode.12587

161. Harrison J, Grant J, Herman JL. A gender not listed here: Genderqueers, gender rebels and otherwise in the National Transgender Discrimination Survey. 2012. https://williamsinstitute.law.ucla.edu/publications/genderqueers-genderrebels-ntds. Accessed February 13, 2022.

162. Gill-Peterson J. *Histories of the transgender child*. University of Minnesota Press; 2018.

163. McNabb C. *Nonbinary gender identities: History, culture, resources*. Rowman & Littlefield; 2017.

164. James SE, Herman JL, Rankin S, Keisling M, Mottet L, Anafi M. The Report of the 2015 U.S. Transgender Survey. National Center for Transgender Equality; 2016. https://transequality.org/sites/default/files/docs/usts/USTS-Full-Report-Dec17.pdf. Accessed February 13, 2022.

165. Robinson M. Two-Spirit identity in a time of gender fluidity. *J Homosex*. 2019;67(12):1675-1690. https://doi.org/10.1080/00918369.2019.1613853

166. Schmidt J. Being "Like a woman": Fa'afāfine and Samoan masculinity. *Asia Pac J Anthropol*. 2016;17(3–4):287-304. https://doi.org/10.1080/14442213.2016.1182208

167. Stotzer RL. Family cohesion among Hawai'i's Māhūwahine. *J GLBT Fam Stud*. 2011;7(5):424-435. https://doi.org/10.1080/1550428X.2011.623935

168. Goodman M, Adams N, Corneil T, Kreukels B, Motmans J, Coleman E. Size and distribution of transgender and gender nonconforming populations: A narrative review. *Endocrinology and Metabolism Clinics of North America*, 2019;*48*(2), 303-321. https://doi.org/10.1016/j.ecl.2019.01.001

169. Meerwijk EL, Sevelius JM. Transgender population size in the United States: A meta-regression of population-based probability samples. *Am J Public Health*.

2017;107(2):e1-e8. https://doi.org/10.2105/AJPH.2016.303578

170. Kidd KM, Sequeira GM, Douglas C, et al. Prevalence of gender-diverse youth in an urban school district. *Pediatrics*. 2021;147(6):e2020049823. https://doi.org/10.1542/peds.2020-049823

171. Almeida J, Johnson RM, Corliss HL, Molnar BE, Azrael D. Emotional distress among LGBT youth: The influence of perceived discrimination based on sexual orientation. *J Youth Adolesc*. 2009;38(7):1001-1014. https://doi.org/10.1007/s10964-009-9397-9

172. Clark TC, Lucassen MF, Bullen P, et al. The health and well-being of transgender high school students: Results from the New Zealand adolescent health survey (Youth'12). *J Adolesc Health*. 2014;55(1):93-99. https://doi.org/10.1016/j.jadohealth.2013.11.008

173. Rider GN, McMorris BJ, Gower AL, Coleman E, Eisenberg ME. Health and care utilization of transgender and gender nonconforming youth: A population-based study. *Pediatrics*. 2018;141(3):e20171683. https://doi.org/10.1542/peds.2017-1683

174. Bockting WO, Miner MH, Swinburne Romine RE, Hamilton A, Coleman E. Stigma, mental health, and resilience in an online sample of the US transgender population. *Am J Public Health*. 2013;103(5):943-951. https://doi.org/10.2105/AJPH.2013.301241

175. Ehrensaft D. From gender identity disorder to gender identity creativity: true gender self child therapy. *J Homosex*. 2012;59(3):337-356. https://doi.org/10.1080/00918369.2012.653303

176. Restar A, Jin H, Breslow AS, et al. Developmental milestones in young transgender women in two American cities: Results from a racially and ethnically diverse sample. *Transgend Health*. 2019;4(1):162-167. https://doi.org/10.1089/trgh.2019.0008

Moving Beyond Change Efforts:
Evidence and Action to Support and Affirm LGBTQI+ Youth

177. Sorbara JC, Chiniara LN, Thompson S, Palmert MR. Mental health and timing of gender-affirming care. *Pediatrics*. 2020;146(4):e20193600. https://doi.org/10.1542/peds.2019-3600

178. Olson KR. Prepubescent transgender children: What we do and do not know. *J Am Acad Child Adolesc Psychiatry.* 2016;55(3):155-156.e3. https://doi.org/10.1016/j.jaac.2015.11.015

179. Temple Newhook J, Pyne J, Winters K, et al. A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *Int J Transgend*. 2018;19(2):212-224. https://doi.org/10.1080/15532739.2018.1456390

180. Wallien MSC, Cohen-Kettenis P. Psychosexual outcome of gender-dysphoric children. *J Am Acad Child Adolesc Psychiatry*. 2008;47(12):1413-1423. https://doi.org/10.1097/CHI.0b013e31818956b9

181. Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clin Child Psychol Psychiatry*. 2011;16(4):499-516. https://doi.org/10.1177/1359104510378303

182. Drescher J. Controversies in Gender Diagnoses. *LGBT Health.* 2014;1(1):10–14. https://doi.org/10.1089/lgbt.2013.1500

183. Leibowitz SF, Spack NP. The development of a gender identity psychosocial clinic: Treatment issues, logistical considerations, interdisciplinary cooperation, and future initiatives. *Child Adolesc Psychiatr Clin N Am.* 2011;20:701-724. https://doi.org/10.1016/j.chc.2011.07.004

184. Ashley F. The clinical irrelevance of "desistance" research for transgender and gender creative youth. *Psychol Sex Orientat Gend Divers.* 2021. https://doi.org/10.1037/sgd0000504

185. Ashley F. Thinking an ethics of gender exploration: Against delaying transition for transgender and gender creative youth [published correction appears in *Clin Child Psychol Psychiatry*. 2019 Jul;24(3):650]. *Clin Child Psychol Psychiatry*. 2019;24(2):223-236. https://doi.org/10.1177/1359104519836462

186. Chen D, Matson M, Macapagal K, et al. Attitudes toward fertility and reproductive health among transgender and gender-nonconforming adolescents. *J Adolesc Health.* 2018;63(1):62-68. https://doi.org/10.1016/j.jadohealth.2017.11.306

187. Olson K, Key A, Eaton N. Gender cognition in transgender children. *Psychol Sci*. 2015;26(4):467-74. https://doi.org/10.1177/0956797614568156

188. Fast AA, Olson KR. Gender development in transgender preschool children. *Child Dev*. 2018;89(2):620-637. https://doi.org/10.1111/cdev.12758

189. Gülgöz S, Glazier JJ, Enright EA, et al. Similarity in transgender and cisgender children's gender development. *PNAS*. 2019;116(49):24480-24485. https://doi.org/10.1073/pnas.1909367116

190. Grossman AH, D'Augelli AR, Howell TJ, Hubbard S. Parents' reactions to transgender youths' gender nonconforming expression and identity. *J Gay Lesbian Soc Serv*. 2006;18:1:3-16. https://doi.org/10.1300/J041v18n01_02

191. Olson J, Schrager SM, Belzer M, Simons LK, Clark LF. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. *J Adolesc Health*. 2015;57(4):374-380. https://doi.org/10.1016/j.jadohealth.2015.04.027

192. Keo-Meier C, et al. Demographics of gender diverse children living in the United States. American Psychological Association Convention, Washington, DC. 2014.

193. Byne W, Bradley SJ, Coleman E, et al. Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. *Arch Sex Behav*. 2012;41(4):759-796. https://doi.org/10.1007/s10508-012-9975-x

194. Harper GW, Wagner RL, Popoff E, Reisner SL, Jadwin-Cakmak, L. Psychological resilience among transfeminine adolescents and emerging adults living with HIV. *AIDS* (London, England), 2019;33( Suppl 1): S53–S62. https://doi.org/10.1097/QAD.0000000000002174

195. Shelton J, Wagaman MA, Small L, Abramovich A. I'm more driven now: Resilience and resistance among transgender and gender expansive youth and young adults experiencing homelessness. *Int J Transgend*. 2018;19(2):144-157. https://doi.org/10.1080/15532739.2017.1374226

196. Singh AA. Transgender youth of color and resilience: negotiating oppression and finding support. *Sex Roles*. 2013;68(11):690-702. https://doi.org/10.1007/s11199-012-0149-z

197. Hatzenbuehler ML, Birkett M, Van Wagenen A, Meyer IH. Protective school climates and reduced risk for suicide ideation in sexual minority youths. *Am J Public Health*. 2014;104(2):279-286. https://doi.org/10.2105/AJPH.2013.301508

198. Kuper LE, Coleman BR, Mustanski BS. Coping with LGBT and racial–ethnic-related stressors: A mixed-methods study of LGBT youth of color. *J Res Adolesc*. 2014;24(4):703-719. https://doi.org/10.1111/jora.12079

199. Chodzen G, Hidalgo MA, Chen D, Garofalo R. Minority stress factors associated with depression and anxiety among transgender and gender-nonconforming youth. *J Adolesc Health*. 2019;64(4):467-471. https://doi.org/10.1016/j.jadohealth.2018.07.006

200. Katz-Wise SL, Sarda V, Austin SB, Harris SK. Longitudinal effects of gender minority stressors on substance use and related risk and protective factors among gender minority adolescents. *PloS One*. 2021;16(6):e0250500. https://doi.org/10.1371/journal.pone.0250500

201. Handler T, Hojilla JC, Varghese R, Wellenstein W, Satre DD, Zaritsky E. Trends in referrals to a pediatric transgender clinic. *Pediatrics*. 2019;144(5):e20191368. https://doi.org/10.1542/peds.2019-1368

202. Gridley SJ, Crouch JM, Evans Y, et al. Youth and caregiver perspectives on barriers to gender-affirming health care for transgender youth. *J Adolesc Health*. 2016;59(3):254261. https://doi.org/10.1016/j.jadohealth.2016.03.017

203. O'Bryan J, Leon K, Wolf-Gould C, Scribani M, Tallman N, Gadomski A. Building a pediatric patient registry to study health outcomes among transgender and gender expansive youth at a rural gender clinic. *Transgend Health*. 2018;3(1):179-189. https://doi.org/10.1089/trgh.2018.0023

204. Sorbara JC, Ngo HL, Palmert MR. Factors associated with age of presentation to gender-affirming medical care. *Pediatrics*. 2021;147(4):e2020026674. https://doi.org/10.1542/peds.2020-026674

205. Restar A, Jun H, Breslow AS, et al. Developmental milestones in young transgender women in two American cities: Results from a racially and ethnically diverse sample. *Transgend Health*. 2019;4(1):162-167. https://doi.org/10.1089/trgh.2019.0008

206. Russell ST, Fish JN. Mental health in lesbian, gay, bisexual, and transgender (LGBT) Youth. *Annu Rev Clin Psychol*. 2016;12:465-487. https://doi.org/10.1146/annurev-clinpsy-021815-093153

207. Mongelli F, Perrone D, Balducci J, et al. Minority stress and mental health among LGBT populations: An update on the evidence. *Minerva Psychiatr*. 2019;60(1):27-50. https://doi.org/10.23736/S0391-1772.18.01995-7

208. Bowleg L. Towards a critical health equity research stance: Why epistemology and methodology matter more than qualitative methods. *Health Educ Behav*. 2017;44(5):677-684. https://doi.org/10.1177/1090198117728760

209. Meyer IH, Frost DM. Minority stress and the health of sexual minorities. In: Patterson CJ, D'Augelli AR, eds. *Handbook of psychology and sexual orientation*. Oxford University Press; 2013:252-266.

210. Testa RJ, Habarth J, Peta J, Balsam K, Bockting W. Development of the gender minority stress and resilience measure. *Psychol Sex Orientat Gend Divers*. 2015;2(1):65-77. https://doi.org/10.1037/sgd0000081

211. Pachankis JE, Mahon CP, Jackson SD, Fetzner BK, Bränström R. Sexual orientation concealment and mental health: A conceptual and meta-analytic review. *Psychol Bull*. 2020;146(10):831-871. https://doi.org/10.1037/bul0000271

212. Hatzenbuehler ML, Keyes KM, Hasin DS. State-level policies and psychiatric morbidity in lesbian, gay, and bisexual populations. *Am J Public Health*. 2009;99(12):2275-2281. https://doi.org/10.2105/AJPH.2008.153510

213. National Academies of Sciences, Engineering, and Medicine. Reducing inequalities between lesbian, gay, bisexual, transgender, and queer adolescents and cisgender, heterosexual adolescents: Proceedings of a workshop. The National Academies Press; 2022. https://doi.org/10.17226/26383

214. Meyer IH. Resilience in the study of minority stress and health of sexual and gender minorities. *Psychology of Sexual Orientation and Gender Diversity, 2015;2*(3), 209-213. https://doi.org/10.1037/sgd0000132

215. Luthar SS, Cicchetti D, Becker B. The construct of resilience: a critical evaluation and guidelines for future work. *Child Dev*. 2000;71(3):543-562. https://doi.org/10.1111/1467-8624.00164

216. McConnell EA, Janulis P, Phillips GII, Truong R, Birkett M. Multiple minority stress and LGBT community resilience among sexual minority men. *Psychology of Sexual Orientation and Gender Diversity, 2018;5*(1):1-12. https://doi.org/10.1037/sgd0000265

217. Bowleg L. The problem with the phrase women and minorities: intersectionality-an important theoretical framework for public health. *Am J Public Health*. 2012;102(7):1267-1273. https://doi.org/10.2105/AJPH.2012.300750

218. Collins PH. Intersectionality's definitional dilemmas. *Annu Rev Sociol*. 2015;41(1):1-20. https://doi.org/10.1146/annurev-soc-073014-112142

219. Tan K, Treharne GJ, Ellis SJ, Schmidt JM, Veale JF. Gender minority stress: A critical review. *J Homosex*. 2020;67(10):1471-1489. https://doi.org/10.1080/00918369.2019.1591789

220. Martin-Storey A, Fish J. Victimization disparities between heterosexual and sexual minority youth from ages 9 to 15. *Child Dev*. 2019;90(1):71-81. https://doi.org/10.1111/cdev.13107

221. Mittleman J. Sexual minority bullying and mental health from early childhood through adolescence. *J Adolesc Health*. 2019;64(2):172-178. https://doi.org/10.1016/j.jadohealth.2018.08.020

222. Becerra-Culqui TA, Liu Y, Nash R, et al. Mental health of transgender and gender nonconforming youth compared with their peers. *Pediatrics*. 2018;141(5):e20173845. https://doi.org/10.1542/peds.2017-3845

223. Holt V, Skagerberg E, Dunsford M. Young people with features of gender dysphoria: demographics and associated difficulties. *Clin Child Psychol Psychiatry*. 2016;21(1):108-118. https://doi.org/10.1177/1359104514558431

224. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. 2012;129(3):418-425. https://doi.org/10.1542/peds.2011-0907

225. Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. *J Am Acad Child and Adolesc Psychiatry*, 2017;*56*(2):116-123.e2. https://doi.org/10.1016/j.jaac.2016.10.016

226. Johns MM, Lowry R, Haderxhanaj LT, et al. Trends in violence victimization and suicide risk by sexual identity among high school students—Youth Risk Behavior Survey, United States, 2015–2019. *MMWR Suppl*. 2020;69(1):19-27. https://doi.org/10.15585/mmwr.su6901a3

227. Johns MM, Lowry R, Andrzejewski J, et al. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students—19 states and large urban school districts, 2017. *MMWR Morb Mortal Wkly Rep*. 2019;68(3):67-71. https://doi.org/10.15585/mmwr.mm6803a3

228. Chakraborty PI, Alalwan M, Johnson RM, Li L, Lancaster KE, Zhu M. Mental health and substance use by sexual minority status in high school students who experienced sexual violence. *Ann Epidemiol*. 2021:64:127-131. https://doi.org/10.1016/j.annepidem.2021.09.002

229. Ivey-Stephenson AZ, Demissie Z, Crosby AE, et al. Suicidal ideation and behaviors among high school students—youth risk behavior survey, United States, 2019. *MMWR Suppl*. 2020;69(1):47-55. https://doi.org/10.15585/mmwr.su6901a6

230. Jackman KB, Caceres BA, Kreuze EJ, Bockting WO. Suicidality among gender minority youth: Analysis of 2017 Youth Risk Behavior Survey data. *Arch Suicide Res*. 2021;25(2):208-223. https://doi.org/10.1080/13811118.2019.1678539

231. Grossman AH, Park JY, Russell ST. Transgender youth and suicidal behaviors: Applying the interpersonal psychological theory of suicide. *J Gay Lesbian Ment Health*. 2016;20(4):329-349. https://doi.org/10.1080/19359705.2016.1207581

232. Toomey RB, Syvertsen AK, Shramko M. Transgender adolescent suicide behavior. *Pediatrics*. 2018;142(4):e20174218. https://doi.org/10.1542/peds.2017-4218

233. Thoma BC, Salk RH, Choukas-Bradley S, Goldstein TR, Levine MD, Marshal MP. Suicidality Disparities Between Transgender and Cisgender Adolescents. *Pediatrics*. 2019;144(5):e20191183. https://doi.org/10.1542/peds.2019-1183

234. Fuxman S, Valenti M, Kessel Schneider S, O'Brien KHM, O'Donnell L. Substance use among transgender and cisgender high school students. *J LGBT Youth*. 2021;18(1):40-59. https://doi.org/10.1080/19361653.2020.1727814

235. Jones CM, Clayton HB, Deputy NP, et al. Prescription opioid misuse and use of alcohol and other substances among high school students—Youth Risk Behavior Survey, United States, 2019. *MMWR Suppl*. 2020;69(1):38-46. https://doi.org/10.15585/mmwr.su6901a5

236. Parker LL, Harriger JA. Eating disorders and disordered eating behaviors in the LGBT population: a review of the literature. *J Eat Disord*. 2020;8:51. Published 2020 Oct 16. https://doi.org/10.1186/s40337-020-00327-y

237. Perez-Brumer A, Day JK, Russell ST, Hatzenbuehler ML. Prevalence and correlates of suicidal ideation among transgender youth in California: Findings from a representative, population-based sample of high school students. *J Am Acad Child Adolesc Psychiatry.* 2017;56(9):739-746. https://doi.org/10.1016/j.jaac.2017.06.010

238. De Pedro KT, Gorse MM. Substance use among transgender youth: associations with school-based victimization and school protective factors. *J LGBT Youth.* 2022;1-17. https://doi.org/10.1080/19361653.2022.2029727

239. Austin A, Craig SL, D'Souza SD, McInroy LB. Suicidality among transgender youth: Elucidating the role of interpersonal risk factors. *J Interpers Violence.* 2022 Mar;37(5-6):NP2696-NP2718. DOI:10.1177/0886260520915554

240. Thorne N, Witcomb GL, Nieder T, Nixon E, Yip A, Arcelus J. A comparison of mental health symptomatology and levels of social support in young treatment seeking transgender individuals who identify as binary and non-binary. *Int J Transgend.* 2018;20(2-3):241-250. https://doi.org/10.1080/15532739.2018.1452660

241. Rimes KA, Goodship N, Ussher G, Baker D, West E. Non-binary and binary transgender youth: Comparison of mental health, self-harm, suicidality, substance use and victimization experiences. *Int J Transgend.* 2017;20(2-3):230-240. https://doi.org/10.1080/15532739.2017.1370627

242. Thoma BC, Rezeppa TL, Choukas-Bradley S, Salk RH, Marshal MP. Disparities in childhood abuse between transgender and cisgender adolescents. *Pediatrics.* 2021;148(2):e2020016907. https://doi.org/10.1542/peds.2020-016907

243. Wilson BDM, Kastanis AA. Sexual and gender minority disproportionality and disparities in child welfare: A population-based study. *Child Youth Serv Rev.* 2015;58:11-17. https://doi.org/10.1016/j.childyouth.2015.08.016

244. Craig SL, Austin A, Levenson J, Leung VWY, Eaton AD, D'Souza SA. Frequencies and patterns of adverse childhood events in LGBTQ+ youth. *Child Abuse Negl.* 2020;107:104623. https://doi.org/10.1016/j.chiabu.2020.104623

245. Kuper LE, Mathews S, Lau M. Baseline mental health and psychosocial functioning of transgender adolescents seeking gender-affirming hormone therapy. *J Dev Behav Pediatr.* 2019;40(8):589-596. https://doi.org/10.1097/DBP.0000000000000697

246. Nahata L, Quinn GP, Caltabellotta NM, Tishelman AC. Mental health concerns and insurance denials among transgender adolescents. *LGBT Health.* 2017;4(3):188-193. https://doi.org/10.1089/lgbt.2016.0151

247. Glidden D, Bouman WP, Jones BA, Arcelus J. Gender dysphoria and autism spectrum disorder: A systematic review of the literature. *Sex Med Rev.* 2016;4(1):3-14. https://doi.org/10.1016/j.sxmr.2015.10.003

248. Van Der Miesen AIR, Hurley H, D Vries ALC. Gender dysphoria and autism spectrum disorder: A narrative review. *J Int Psychiatry.* 2016;28(1):70-80. https://doi.org/10.3109/09540261.2015.1111199

249. Turban JL, van Schalkwyk GI. "Gender Dysphoria" and Autism Spectrum Disorder: Is the link real? *J Am Acad Child Adolesc Psychiatry.* 2018;57(1):8-9.e2. https://doi.org/10.1016/j.jaac.2017.08.017

250. Thrower E, Bretherton I, Pang KC, Zajac JD, Cheung AS. Prevalence of autism spectrum disorder and attention-deficit hyperactivity disorder amongst individuals with gender dysphoria: a systematic review. *J Autism Dev Disord.* 2020;50(3):695-706. https://doi.org/10.1007/s10803-019-04298-1

251. Edwards-Leeper L, Feldman HA, Lash BR, Shumer DE, Tishelman AC. Psychological profile of the first sample of transgender youth presenting for medical intervention in a U.S. pediatric gender center. *Psychol Sex Orientat Gend Divers*. 2017;4(3):374-382. https://doi.org/10.1037/sgd0000239

252. Watson RJ, Grossman AH, Russell ST. Sources of social support and mental health among LGB youth. *Youth Soc*. 2019;51(1):30-48. https://doi.org/10.1177/0044118X16660110

253. Bronfenbrenner U. *The ecology of human development: Experiments by design and nature*. Cambridge, MA: Harvard University Press; 1979.

254. Mustanski B, Birkett M, Greene GJ, Hatzenbuehler ML, Newcomb ME. Envisioning an America without sexual orientation inequities in adolescent health. *Am J Public Health*. 2014;104(2):218-225. https://doi.org/10.2105/AJPH.2013.301625

255. National Academies of Sciences, Engineering, and Medicine. The health of lesbian, gay, bisexual, and transgender people. In *The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding*. Washington, DC: The National Academies Press;2011, chapter 4, https://doi.org/10.17226/13128

256. van Bergen DD, Wilson BDM, Russell ST, Gordon AG, Rothblum ED. Parental responses to coming out by lesbian, gay, bisexual, queer, pansexual, or two-spirited people across three age cohorts. *J Marriage Fam*. 2021;83(4):1116-1133. https://doi.org/10.1111/jomf.12731

257. Ryan C, Huebner D, Diaz RM, Sanchez J. Family rejection as a predictor of negative health outcomes in white and Latino lesbian, gay, and bisexual young adults. *Pediatrics*. 2009;123(1):346-352. https://doi.org/10.1542/peds.2007-3524

258. Price MN, Green AE. Association of gender identity acceptance with fewer suicide attempts among transgender and nonbinary youth, *Transgender Health* 2021;0:0:1–8. https://doi.org/10.1089/trgh.2021.0079

259. Reczek C. Sexual-and gender-minority families: A 2010 to 2020 decade in review. *J Marriage Fam*. 2020;82(1):300-325. https://doi.org/10.1111/jomf.12607

260. Grafsky EL, Hickey K, Nguyen HN, Wall JD. Youth disclosure of sexual orientation to siblings and extended family. *Fam Relat*. 2018;67(1):147-160. https://doi.org/10.1111/fare.12299

261. Clements-Nolle K, Lensch T, Baxa A, Gay C, Larson S, Yang W. Sexual identity, adverse childhood experiences, and suicidal behaviours. *J Adolesc Health*. 2018;62(2):198-204. https://doi.org/10.1016/j.jadohealth.2017.09.022

262. Sterzing PR, Fisher AJ, Gartner RE  Familial pathways to polyvictimization for sexual and gender minority adolescents: Microaffirming, microaggressing, violent, and adverse families. *Psychology of Violence*. 2019;9(4), 461-470. https://doi.org/10.1037/vio0000224

263. Atlanta Youth Count 2018 Community Report: The prevalence of sex and labor trafficking among homeless youth in Metro Atlanta. https://atlantayouthcount.weebly.com/

264. Choi SK, Wilson BDM, Shelton J, Gates G. Serving our youth: The needs and experiences of lesbian, gay, bisexual, transgender, and questioning youth experiencing homelessness. The Williams Institute With True Colors Fund; 2015. https://truecolorsunited.org/wp-content/uploads/2015/05/Serving-Our-Youth-June-2015.pdf

265. Hull KE, Ortyl TA. Conventional and cutting-edge: Definitions of family in LGBT communities. *Sex Res Soc Policy*. 2019;16(1):31-43. https://doi.org/10.1007/s13178-018-0324-2

266. Moon D. Beyond the dichotomy: six religious views of homosexuality. *J Homosex*. 2014;61(9):1215-1241. https://doi.org/10.1080/00918369.2014.926762

267. Campbell M, Hinton JDX, Anderson JR. A systematic review of the relationship between religion and attitudes toward transgender and gender-variant people. *Int J Transgend*. 2019;20(1):21-38. https://doi.org/10.1080/15532739.2018.1545149

268. Fields E, Morgan A, Sanders RA. The intersection of sociocultural factors and health-related behavior in lesbian, gay, bisexual, and transgender youth: experiences among young black gay males as an example. *Pediatr Clin North Am*. 2016;63(6):1091-1106. https://doi.org/10.1016/j.pcl.2016.07.009

269. Lefevor GT, Davis EB, Paiz JY, Smack ACP. The relationship between religiousness and health among sexual minorities: A meta-analysis. *Psychol Bull*. 2021;147(7):647-666. https://doi.org/10.1037/bul0000321

270. Thamrin H, Gonzales NA, Toomey RB, Anderson SF, Anhalt K. Discrimination and depressive symptoms in sexual minority Latinx youth: Moderation by religious importance and attendance. *J Fam Psychol*. 2021;10.1037/fam0000936. https://doi.org/10.1037/fam0000936

271. Follins LD, Walker JJ, Lewis MK. Resilience in Black lesbian, gay, bisexual, and transgender individuals: A critical review of the literature. *J Gay Lesbian Mental Health*. 2014;18(2):190-212. https://doi.org/10.1080/19359705.2013.828343

272. Glassgold JM, Ryan C. The role of families in efforts to change, support, and affirm sexual orientation, gender identity, and expression in children and youth. In: Haldeman DC, ed. *Change efforts in sexual orientation and gender identity: From clinical implications to contemporary public policy*. APA Books; 2022. https://doi.org/10.1037/0000266-005

273. Maslowe KE, Yarhouse MA. Christian parental reactions when a LGB child comes out. *Am J Fam Ther*. 2015;43:1-12. https://doi.org/10.1080/01926187.2015.1051901

274. Gordon AR, Conron KJ, Calzo JP, White MT, Reisner SL, Austin SB. Gender expression, violence, and bullying victimization: findings from probability samples of high school students in 4 US school districts. *J Sch Health*. 2018;88(4):306-314. https://doi.org/10.1111/josh.12606

275. Durwood L, Eisner L, Fladeboe K, et al. Social support and internalizing psychopathology in transgender youth. *J Youth Adolesc*. 2021;50(5):841-854. https://doi.org/10.1007/s10964-020-01391-y

276. Price-Feeney M, Green AE, Dorison SH. Impact of bathroom discrimination on mental health among transgender and nonbinary youth. *J Adolesc Health*. 2021;68(6):1142-1147. https://doi.org/10.1016/j.jadohealth.2020.11.001

277. Wernick LJ, Kulick A, Chin M. Gender identity disparities in bathroom safety and well-being among high school students. *J Youth Adolesc*. 2017;46(5):917-930. https://doi.org/10.1007/s10964-017-0652-1

278. Weinhardt LS, Stevens P, Xie H, et al. Transgender and gender nonconforming youths' public facilities use and psychological well-being: A mixed-method study. *Transgend Health*. 2017;2(1):140-150. https://doi.org/10.1089/trgh.2017.0020

279. Wilson BDM, Jordan SP, Meyer IH, Flores AR, Stemple L, Herman JL. Disproportionality and disparities among sexual minority youth in custody. *J Youth Adolesc*. 2017;46(7):1547-1561. https://doi.org/10.1007/s10964-017-0632-5

280. Poteat VP, Scheer JR, Chong ESK. Sexual orientation-based disparities in school and juvenile justice discipline: A multiple group comparison of contributing factors. *J Educ Psychol*. 2016;108(2):229-241. https://doi.org/10.1037/edu0000058

281. Doty ND, Willoughby BL, Lindahl KM, Malik NM. Sexuality related social support among lesbian, gay, and bisexual youth. *J Youth Adolesc*. 2010;39(10):1134-1147. https://doi.org/10.1007/s10964-010-9566-x

282. Snapp SD, Watson RJ, Russell ST, Diaz RM, Ryan C. Social support networks for LGBT young adults: Low cost strategies for positive adjustment. *Fam Relat*. 2015;64(3):420-430. https://doi.org/10.1111/fare.12124

283. Austin A, Craig SL, Navega N, McInroy LB. It's my safe space: The life-saving role of the internet in the lives of transgender and gender diverse youth. *Int J Transgend Health*. 2020;21(1):33-44. https://doi.org/10.1080/15532739.2019.1700202

284. McInroy LB, Craig SL. "It's like a safe haven fantasy world": Online fandom communities and the identity development activities of sexual and gender minority youth. *Psychol Pop Media Cult*. 2020;9(2):236-246. https://doi.org/10.1037/ppm0000234

285. Fish JN, McInroy LB, Paceley MS, et al. "I'm kinda stuck at home with unsupportive parents right now": LGBTQ youths' experiences with COVID-19 and the importance of online support. *J Adolesc Health*. 2020;67(3):450-452. https://doi.org/10.1016/j.jadohealth.2020.06.002

286. Kaczkowski W, Li J, Cooper A, Robin L. Examining the relationship between LGBTQ-supportive school health policies and practices and psychosocial health outcomes of lesbian, gay, bisexual and heterosexual students. *LGBT Health*. 2022; 9(1):43-53. https://doi.org/10.1089/lgbt.2021.0133

287. Abreu RL, Audette l, Mitchell Y, et al. LGBTQ student experiences in schools from 2009–2019: A systematic review of study characteristics and recommendations for prevention and intervention in school psychology journals. *Psychol Schools*. 2022;59(1):115-151. https://doi.org/10.1007/s40653-017-0175-7

288. Lessard LM, Watson RJ, Puhl RM. Bias-based bullying and school adjustment among sexual and gender minority adolescents: The role of gay-straight alliances [published correction appears in *J Youth Adolesc*. April 20, 2020]. *J Youth Adolesc*. 2020;49(5):1094-1109. https://doi.org/10.1007/s10964-020-01205-1

289. Paceley MS, Fish JN, Thomas MMC, Goffnett J. The impact of community size, community climate, and victimization on the physical and mental health of SGM youth. *Youth Stud*. 2020;52(3):427-448. https://doi.org/10.1177/0044118X19856141

290. Watson RJ, Park M, Taylor AB, et al. Associations between community-level LGBTQ-supportive factors and substance use among sexual minority adolescents. *LGBT Health*. 2020;7(2):82-89. https://doi.org/10.1089/lgbt.2019.0205

291. Du Bois SN, Yoder W, Guy AA, Manser K, Ramos S. Examining associations between state-level transgender policies and transgender health. *Transgend Health*. 2018;3(1):220-224. https://doi.org/10.1089/trgh.2018.0031

292. Goldenberg T, L Reisner S, W Harper G, E Gamarel K, Stephenson R. State-level transgender-specific policies, race/ethnicity, and use of medical gender affirmation services among transgender and other gender-diverse people in the United States. *Milbank Q*. 2020;98(3):802-846. https://doi.org/10.1111/1468-0009.12467

293. McDowell A, Raifman J, Progovac AM, Rose S. Association of nondiscrimination policies with mental health among gender minority individuals. *JAMA Psychiatry.* 2020;77(9):952-958. https://doi.org/10.1001/jamapsychiatry.2020.0770

294. Raifman J, Moscoe E, Austin SB, McConnell M. Difference-in-differences analysis of the association between state same-sex marriage policies and adolescent suicide attempts. *JAMA Pediatr.* 2017;171(4):350-356. https://doi.org/10.1001/jamapediatrics.2016.4529

295. Aivadyan C, Slavin MN, Wu E. Inclusive state legislation and reduced risk of past-year suicide attempts among lesbian, gay, bisexual, and questioning adolescents in the United States. *Arch Suicide Res.* 2021;1-17. https://doi.org/10.1080/13811118.2021.1967237

296. de Vries AL, Doreleijers TA, Steensma TD, Cohen-Kettenis PT. Psychiatric comorbidity in gender dysphoric adolescents. *J Child Psychol Psychiatry.* 2011;52(11):1195-1202. https://doi.org/10.1111/j.1469-7610.2011.02426.x

297. de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014;134(4):696-704. https://doi.org/10.1542/peds.2013-2958

298. Achille C, Taggart T, Eaton NR, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. *Int J Pediatr Endocrinol.* 2020;2020:8. https://doi.org/10.1186/s13633-020-00078-2

299. van der Miesen AIR, Steensma TD, de Vries ALC, Bos H, Popma A. Psychological functioning in transgender adolescents before and after gender-affirmative care compared with cisgender general population peers. *J Adolesc Health.* 2020;66(6):699-704. https://doi.org/10.1016/j.jadohealth.2019.12.018

300. Chen D, Abrams M, Clark L, et al. Psychosocial characteristics of transgender youth seeking gender-affirming medical treatment: Baseline findings from the Trans Youth Care Study. *J Adolesc Health.* 2021;68(6):1104-1111. https://doi.org/10.1016/j

301. Costa R, Dunsford M, Skagerberg E, et al. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *J Sex Med.* 2015;12(11): 2206-2214. https://doi.org/10.1111/jsm.13034

302. Becker-Hebly I, Fahrenkrug S, Campion F, et al. Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *Eur Child Adolesc Psychiatry.* 2021:30:1755-1767. https://doi.org/10.1007/s00787-020-01640-2

303. American Psychological Association Task Force on Psychological Practice with Sexual Minority Persons. *APA guidelines for psychological practice with sexual minority persons.* 2021. https://www.apa.org/about/policy/psychological-sexual-minority-persons.pdf. Accessed February 14, 2022.

304. Johnson B, Leibowitz S, Chavez A, Herbert SE. Risk versus resiliency: addressing depression in lesbian, gay, bisexual, and transgender youth. *Child Adolesc Psychiatr Clin N Am.* 2019;28(3):509-521. https://doi.org/10.1016/j.chc.2019.02.016

305. Chen D, Edwards-Leeper L, Stancin T, Tishelman A. Advancing the practice of pediatric psychology with transgender youth: State of the science, ongoing controversies, and future directions. *Clin Pract Pediatr Psychol.* 2018;6(1):73-83. https://doi.org/10.1037/cpp0000229

306. Spencer KG, Berg DR, Bradford NJ, Vencill JA, Tellawi G, Rider GN. The gender-affirmative life span approach: A developmental model for clinical work with transgender and gender-diverse children, adolescents, and adults. *Psychotherapy (Chic)*. 2021;58(1):37-49. https://doi.org/10.1037/pst0000363

307. Clark KA, Cochran SD, Maiolatesi AJ, Pachankis JE. Prevalence of bullying among youth classified as LGBTQ who died by suicide as reported in the National Violent Death Reporting System, 2003-2017. *JAMA Pediatr*. 2020;174(12):1211-1213. https://doi.org/10.1001/jamapediatrics.2020.0940

308. Hatzenbuehler ML, Schwab-Reese L, Ranapurwala SI, Hertz MF, Ramirez MR. Associations between antibullying policies and bullying in 25 states. *JAMA Pediatr*. 2015;169(10):e152411. https://doi.org/10.1001/jamapediatrics.2015.2411

309. Pachankis JE, McConocha EM, Clark KA, et al. A transdiagnostic minority stress intervention for gender diverse sexual minority women's depression, anxiety, and unhealthy alcohol use: A randomized controlled trial. *J Consult Clin Psychol*. 2020;88(7):613-630. https://doi.org/10.1037/ccp0000508

310. Craig SL, Leung VWY, Pascie R, et al. AFFIRM online: Utilising an affirmative cognitive–behavioural digital intervention to improve mental health, access, and engagement among LGBTQA+ youth and young adults. *Int Journal Environ Res Pub Health*. 2021;18(4):1541. https://doi.org/10.3390/ijerph18041541

311. Lucassen MFG, Merry SN, Hatcher S, Frampton CMA. Rainbow SPARX: A novel approach to addressing depression in sexual minority youth. *Cogn Behav Pract*. 2015;22(2):203-216. https://doi.org/10.1016/j.cbpra.2013.12.008

312. Keefe JR, Rodrigues-Seijas C, Hatzenbuehler ML, Pachankis JE. 2021. LGBTQ affirmative cognitive-behavioral therapy is especially

effective among racial/ethnic minority gay and bisexual men. [Unpublished manuscript]. Yale University School of Public Health, 2021.

313. Toomey RB, Anhalt K. Mindfulness as a coping strategy for bias-based school victimization among Latina/o sexual minority youth. *Psychol Sex Orientat Gend Divers*. 2016;3(4):432-441. https://doi.org/10.1037/sgd0000192

314. Cohen JA, Ryan C. The trauma-focused CBT and family acceptance project: An integrated framework for trauma and youth. *Psychiatr Times*. 2021;32(6):15-17. https://www.psychiatrictimes.com/view/the-trauma-focused-cbt-and-family-acceptance-project. Accessed February 14, 2022.

315. The Trevor Project. https://www.thetrevorproject.org. Accessed February 14, 2022.

316. PFLAG. N.d. https://pflag.org/ and https://pflag.org/findachapter/

317. Lang A, Paquette ET. Involving minors in medical decision making: understanding ethical issues in assent and refusal of care by minors. *Semin Neurol*. 2018;38(5):533-538. https://doi.org/10.1055/s-0038-1668078

318. Berg JW, Appelbaum PS, Lidz CW, Parker LS. Informed Consent: Legal Theory and Clinical Practice. 2nd Edition. Fair Lawn, NJ: Oxford University Press, 2001.

319. Burton CL, Bonanno GA, Hatzenbuehler ML. Familial social support predicts a reduced cortisol response to stress in sexual minority young adults. *Psychoneuroendocrinology*. 2014;47:241-245. https://doi.org/10.1016/j.psyneuen.2014.05.013

320. Golden RL, Oransky M. An intersectional approach to therapy with transgender adolescents and their families. *Arch Sex Behav*. 2019;48(7):2011-2025. https://doi.org/10.1007/s10508-018-1354-9

321. Harvey RG, Stone Fish L. Queer youth in family therapy. *Fam Process.* 2015;54(3):396-417. https://doi.org/10.1111/famp.12170

322. Diamond GM, Lexy S, Closs C, Lapido T, Siqueland L. Attachment-based family therapy for suicidal lesbian, gay, and bisexual adolescents: a treatment development study and open trial with preliminary findings. *Psychotherapy*. 2012;49(1):62. https://doi.org/10.1037/a0026247

323. Yarhouse MA. Family and community acceptance – focus on conventionally religious communities. Unpublished paper; 2015.

324. Davis EB, Plante TG, Grey MJ, et al. The role of civility and cultural humility in navigating controversial areas in psychology. *Spiritual Clin Pract (Wash DC)*. 2021;8(2):79-97. https://doi.org/10.1037/scp0000236

325. Hidalgo MA, Chen D. Experiences of gender minority stress in cisgender parents of transgender/gender-expansive prepubertal children: A qualitative study. *J Fam Issues.* 2019;40(7):865-886. https://doi.org/10.1177/0192513x19829502

326. Kolbuck VD, Chen D, Hidalgo MA, Chodzen G, Garofalo R. Parental responses to children's gender-nonconforming behavior: A qualitative analysis. *Perspectives*. 2017;2(2):3-29.

327. Hillier A, Torg E. Parent participation in a support group for families with transgender and gender-nonconforming children: "Being in the company of others who do not question the reality of our experience". *Transgend Health.* 2019;4(1):168-175. https://doi.org/10.1089/trgh.2018.0018

328. Ehrensaft D, Giammattei SV, Storck K, et al. Prepubertal social gender transitions: What we know; what we can learn—A view from a gender affirmative lens. *Int J Transgend*. 2018;19(2):251-268. https://doi.org/10.1080/15532739.2017.1414649

329. Columbia University Department of Psychiatry. Gender-Affirming Care Saves Lives. June 23, 2021. https://www.columbiapsychiatry.org/news/gender-affirming-care-saves-lives#:~:text=The%20gender%2Daffirming%20model%20of,exploration%20without%20judgments%20or%20assumptions

330. Boyle P. What is gender-affirming care? Your questions answered. Association of American Medical Colleges. April 12, 2022. https://www.aamc.org/news-insights/what-gender-affirming-care-your-questions-answered. Accessed March 12, 2023.

331. Chen D, Berona J, Chan YM, et al. Psychosocial functioning in transgender youth after 2 years of hormones. N Engl J Med. 2023 Jan 19;388(3):240-250. https://doi.org/10.1056/NEJMoa2206297. PMID: 36652355

332. Call DC, Challa M, Telingator CJ. Providing affirmative care to transgender and gender diverse youth: Disparities, interventions, and outcomes. *Curr Psychiatry Rep.* 2021;23(6):33. https://doi.org/10.1007/s11920-021-01245-9

333. Clark BA, Virani A. "This wasn't a split-second decision": An empirical ethical analysis of transgender youth capacity, rights, and authority to consent to hormone therapy. *J Bioeth Inq.* 2021;18(1):151-164. https://doi.org/10.1007/s11673-020-10086-9

334. Cohen-Kettenis PT, Klink D. Adolescents with gender dysphoria. *Best Pract Res Clin Endocrinol Metab.* 2015;29(3):485-495. https://doi.org/10.1016/j.beem.2015.01.004

335. U.S. Surgeon General. *Protecting Youth Mental Health: The U.S. Surgeon General's Advisory*. 2021. Accessed February 14, 2022. https://www.hhs.gov/sites/default/files/surgeon-general-youth-mental-health-advisory.pdf

336. The White House. Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government. https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/executive-order-advancing-racial-equity-and-support-for-underserved-communities-through-the-federal-government/

337. U.S. Department of Health and Human Service. Nondiscrimination in Health and Health Education Programs or Activities, Delegation of Authority. A Rule by the Health and Human Services Department, the Centers for Medicare & Medicaid Services, and the Office for Civil Rights. Publication date: June 19, 2020. Effective date: August 18, 2020. 42 USC 18116; 45 CFR Part 92. https://www.federalregister.gov/documents/2020/06/19/2020-11758/nondiscrimination-in-health-and-health-education-programs-or-activities-delegation-of-authority

338. U.S. Department of Health and Human Services. LGBT Health and Well-being: U.S. Department of Health and Human Services Recommended Actions to Improve the Health and Well-Being of Lesbian, Gay, Bisexual, and Transgender Communities. https://www.hhs.gov/programs/topic-sites/lgbtqi/enhanced-resources/reports/health-objectives-2011/index.html. Last updated January 2012.

339. U.S. Department of Health and Human Services. Nondiscrimination in health and health education programs or activities, delegation of authority: Final rule. Published June 19, 2020. https://www.federalregister.gov/documents/2020/06/19/2020-11758/nondiscrimination-in-health-and-health-education-programs-or-activities-delegation-of-authority

340. U.S. Department of Health and Human Services. Notification of Interpretation and Enforcement of Section 1557 of the Affordable Care Act and Title IX of the Education Amendments of 1972. Rule. Effective Date May 10, 2021. Issued May 25, 2021. https://www.federalregister.gov/documents/2021/05/25/2021-10477/notification-of-interpretation-and-enforcement-of-section-1557-of-the-affordable-care-act-and-title. Accessed August 14, 2022.

341. U.S. Department of Health and Human Services. Statement by HHS Secretary Xavier Becerra Reaffirming HHS Support and Protection for LGBTQ+ Children and Youth. March 2, 2022. https://www.hhs.gov/about/news/2022/03/02/statement-hhs-secretary-xavier-becerra-reaffirming-hhs-support-and-protection-for-lgbtqi-children-and-youth.html

342. U.S. Department of Health and Human Services. Children's Bureau, an Office of the Administration for Children & Families. Guidance for Title IV-B and IV-E Agencies When Serving LGBTQI+ Children and Youth. IM-22-01. March 2, 2022. https://www.acf.hhs.gov/cb/policy-guidance/im-22-01

343. U.S. Department of Health and Human Services. Office of Civil Rights. HHS Notice and Guidance on Gender Affirming Care, Civil Rights, and Patient Privacy. March 2, 2022. https://www.hhs.gov/sites/default/files/hhs-ocr-notice-and-guidance-gender-affirming-care.pdf

344. Movement Advancement Project. Equality Maps: Conversion "Therapy" Laws. Statewide Bans. https://www.lgbtmap.org/equality-maps/conversion_therapy. Accessed February 2, 2023.

345. Movement Advancement Project. Equality Maps: Conversion "Therapy" Laws. Local Bans. https://www.lgbtmap.org/equality-maps/conversion_therapy. Accessed February 14, 2022.

346. *H.R.2328 - Prohibition of Medicaid Funding for Conversion Therapy Act 2021.* https://www.congress.gov/bill/117th-congress/house-bill/2328?s=1&r=85

347. Dubrowski, PR. The Ferguson v. JONAH Verdict and a path towards national cessation of gay-to-straight "conversion therapy". *Northwestern University Law Review*. 2015;110: 77-117.

348. Southern Poverty Law Center. Michael Ferguson, et al., v. Jonah, et al. JONAH Conversion Therapy Case. N.D. https://www.splcenter.org/seeking-justice/case-docket/michael-ferguson-et-al-v-jonah-et-a. Accessed February 25, 2022.

349. Human Rights Campaign, National Center for Lesbian Rights, and the Southern Poverty Law Center. Complaint for action to stop false, deceptive advertising and other business practices. Before the United States Federal Trade Commission. https://www.splcenter.org/sites/default/files/ftc_conversion_therapy_complaint_-_final.pdf

350. Illinois General Assembly. Public Act 099-0411. Youth Mental Health Protection Act. https://www.ilga.gov/legislation/publicacts/fulltext.asp?Name=099-0411

351. Forcier M, Van Schalkwyk G, & Turban JL. *Pediatric Gender Identity: Gender-affirming Care for Transgender & Gender Diverse Youth*. Springer; 2020.

352. Leibowitz S, Green J, Massey R et al. Statement in response to calls for banning evidence-based supportive health interventions for transgender and gender diverse youth. *Int J Transgend Health*. 2020;21(1): 111-112. https://doi.org/10.1080/15532739.2020.1703652

353. Janssen A, Voss R. Policies sanctioning discrimination against transgender patients flout scientific evidence and threaten health and safety. *Transgend Health*. 2021;6(2):61-63. https://doi.org/10.1089/trgh.2020.0078

354. Conron KJ, O'Neill KK, Vasquez LA, Mallory C. Prohibiting gender-affirming medical care for youth. Williams Institute Brief. March 2022. https://williamsinstitute.law.ucla.edu/publications/bans-trans-youth-health-care/. Accessed March 27, 2022.

355. Society for Research in Child Development (SRCD). *Gender-Affirming Policies Support Transgender and Gender Diverse Youth's Health. SRCD Statement of Evidence*. January 2022. https://www.srcd.org/research/gender-affirming-policies-support-transgender-and-gender-diverse-youths-health

356. U.S. Department of Justice. Justice Department Challenges Alabama Law that Criminalizes Medically Necessary Care for Transgender Youth. April 29, 2022. https://www.justice.gov/opa/pr/justice-department-challenges-alabama-law-criminalizes-medically-necessary-care-transgender. Accessed May 8, 2022.

357. Alabama Senate Bill 184. Public health, minors, biological male or female, sexual state, practices to alter or affirm minor's sexual identity or perception such as prescribing puberty blocking medication or surgeries, prohibited, exceptions, nurses and school personnel not to withhold information from parents, violations a Class C felony. https://legiscan.com/AL/text/SB184/id/2566425. Accessed May 8, 2022.

358. United States Department of Justice. Statement of Interest. *Dylan Brandt, et al., vs. Leslie Rutledge, et al*. Case No. 4:21-cv-450-JM. June 17, 2021. https://www.justice.gov/file/1405411/download. Accessed February 14, 2022.

359. Dowshen NL, Christensen J, Gruschow SM. Health insurance coverage of recommended gender-affirming health care services for transgender youth: Shopping online for coverage information. *Transgend Health*. 2019;4(1):131-135. Published 2019 Apr 11. https://doi.org/10.1089/trgh.2018.0055

360. American Psychological Association. *Resolution on Supporting Sexual/Gender Diverse Children and Adolescents in Schools*. Published February 14, 2022. https://www.apa.org/pi/lgbt/resources/policy/gender-diverse-children

361. Movement Advancement Project. Equality Maps: Healthcare laws and policies: Medicaid. https://www.lgbtmap.org/equality-maps/healthcare_laws_and_policies/medicaid

362. Movement Advancement Project. Equality Maps: Healthcare laws and policies: Medical care bans. https://www.lgbtmap.org/equality-maps/healthcare_laws_and_policies/youth_medical_care_bans. Accessed February 14, 2022.

363. Movement Advancement Project. Equality Maps: Healthcare laws and policies: Medicaid. Table format. https://www.lgbtmap.org/equality-maps/healthcare_laws_and_policies/medicaid. Accessed February 14, 2022.

364. Durso LE, Rooney C, Gruberg S, et al. Advancing LGBTQ equality through local executive action. Center for American Progress. Published August 2017. https://www.americanprogress.org/article/advancing-lgbtq-equality-local-executive-action/

365. Turban JL, King D, Kobe J, Reisner SL, Keuroghlian AS. Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PLoS One.* 2022;17(1):e0261039. https://doi.org/10.1371/journal.pone.0261039

366. Movement Advancement Project. Healthcare laws and policies: Medicaid coverage for transition-related care. https://www.lgbtmap.org/img/maps/citations-medicaid.pdf. Last updated December 20, 2021. Accessed February 14, 2022.

367. Centers for Medicare & Medicaid Services. Press release: Biden-Harris administration greenlights coverage of LGBTQ+ care as an essential health benefit in Colorado. Published October 12, 2021. https://www.cms.gov/newsroom/press-releases/biden-harris-administration-greenlights-coverage-lgbtq-care-essential-health-benefit-colorado

368. Movement Advancement Project. Equality Maps: Healthcare laws and policies. https://www.lgbtmap.org/equality-maps/healthcare_laws_and_policies

369. Mallory C, Tenido W. Medicaid coverage of affirming care. Williams Institute of UCLA School of Law. Published October 2019. https://williamsinstitute.law.ucla.edu/publications/medicaid-trans-health-care

370. Substance Abuse and Mental Health Services Administration. Behavioral health equity. https://www.samhsa.gov/behavioral-health-equity. Last updated June 10, 2021.

371. McGinley M, Christie MB, Clements Z, et al. A resource for incorporating trans and gender diverse issues into counseling psychology curricula. APA Division 17 Special Task Group, Making Room at the Table: Trans/Nonbinary Pipeline to Counseling Psychology. Published November 6, 2020. https://sehd.ucdenver.edu/impact/2020/11/06/the-resource-for-incorporating-trans-and-gender-diverse-issues-into-counseling-psychology-curricula/. Accessed February 16, 2022.

372. Family Acceptance Project. Publications. https://familyproject.sfsu.edu/publications

373. New England Mental Health Technology Transfer Center. *Supporting the resilience of young LGBTQA+ Black, Indigenous, and people of color.* Training provided November 16, 2021. https://www.youtube.com/watch?v=2B9g7Gt6uE4

374. Campbell M, Hinton JDX, Anderson JR. A systematic review of the relationship between religion and attitudes toward transgender and gender-variant people. *Int J Transgend.* 2019;20(1):21-38. https://doi.org/10.1080/15532739.2018.1545149

375. Fortuna L, Ryan C, Telingator C. Faith, acceptance, and mental health: Working with religiously and culturally diverse families of LGBTQ youth. *J Am Acad Child Adolesc Psychiatry.* 2020;59(10):S348. https://doi.org/10.1016/j.jaac.2020.07.855

376. Plante TG. Integrating spirituality and psychotherapy: ethical issues and principles to consider. *J Clin Psychol.* 2007;63(9):891-902. https://doi.org/10.1002/jclp.20383

377. Reed JL, Stratton SP, Koprowski G, et al. "Coming out" to parents in a Christian context: A consensual qualitative analysis of LGB student experiences. *Couns Val.* 2020;65(1):38-56. https://doi.org/10.1002/cvj.12121

378. Teutsch D. Understanding transgender issues in Jewish ethics. Reconstructing Judaism. Published April 18, 2016. https://www.reconstructingjudaism.org/article/understanding-transgender-issues-jewish-ethics. Accessed February 14, 2022.

379. Whitman JS, Bidell MP. Affirmative LGB counselor education and religious beliefs: How do we bridge the gap? J Couns Dev. 2014;92(2):162-169. https://doi.org/10.1002/J.1556-6676.2014.00144.x

380. Yarhouse MA. *Sexual identity and faith: Helping clients find congruence.* Templeton Press; 2019.

381. Adelson SL, Walker-Cornetta E, Kalish N. LGBT youth, mental health, and spiritual care: Psychiatric collaboration with health care chaplains, *J Am Acad Child Adolesc Psychiatry.* 2019;58(7):651-655. https://doi.org/10.1016/j.jaac.2019.02.009

382. American Association for the Advancement of Science. Dialogue on science, ethics and religion. https://sciencereligiondialogue.org.

383. Bouris A, Everett BG, Heath RD, Elsaesser CE, Neilands TB. Effects of victimization and violence on suicidal ideation and behaviors among sexual minority and heterosexual adolescents. *LGBT Health.* 2016;3(2):153-161. https://doi.org/10.1089/lgbt.2015.0037

384. Huebner DM, Thoma BC, Neilands TB. School victimization and substance use among lesbian, gay, bisexual, and transgender adolescents. *Prev Sci.*
2015;16(5):734-743. https://doi.org/10.1007/s11121-014-0507-x

385. Russell ST, Ryan C, Toomey RB, Diaz RM, Sanchez J. Lesbian, gay, bisexual, and transgender adolescent school victimization: implications for young adult health and adjustment. J Sch Health. 2011;81(5):223-230. https://doi.org/10.1111/j.1746-1561.2011.00583.x

386. Mattocks KM, Kauth MR, Sandfort T, Matza AR, Sullivan JC, Shipherd JC. Understanding health-care needs of sexual and gender minority veterans: how targeted research and policy can improve health. *LGBT Health.* Mar 2014:50-57. https://doi.org/10.1089/lgbt.2013.0003

387. Tran LD. Moderate effects of same-sex legislation on dependent employer-based insurance coverage among sexual minorities. *Med Care Res Rev.* 2016;73(6):752-768. https://doi.org/10.1177/1077558715625560

388. The White House. Executive Order on Guaranteeing an Educational Environment Free From Discrimination On the Basis of Sex, Including Sexual Orientation or Gender Identity. https://www.whitehouse.gov/briefing-room/presidential-actions/2021/03/08/executive-order-on-guaranteeing-an-educational-environment-free-from-discrimination-on-the-basis-of-sex-including-sexual-orientation-or-gender-identity. Published March 8, 2021. https://www.acf.hhs.gov/cb/policy-guidance/im-22-01.

389. U.S. Department of Health and Human Services Grants Regulation. Notification of Nonenforcement of Health and Human Services Grants Regulation. 84 FR 63809. Published November 11, 2019. https://www.federalregister.gov/d/2019-24384. Accessed May 7, 2022.

390. The White House. Statement by President Biden on Transgender Day of Remembrance. Published November 20, 2021. https://www.whitehouse.gov/briefing-room/statements-releases/2021/11/20/statement-by-president-biden-on-transgender-day-of-remembrance

391. H.R.5 - Equality Act 2021. https://www.congress.gov/bill/117th-congress/house-bill/5?q=%7B%22search%22%3A%5B%22Equality+Act%22%2C%22Equality%22%2C%22Act%22%5D%7D&s=1&r=5

392. Movement Advancement Project. Snapshot: LGBTQ equality by state. https://www.lgbtmap.org/equality-maps. Accessed February 16, 2022.

393. Ryan C. Helping families support their lesbian, gay, bisexual, and transgender (LGBT) children. Family Acceptance Project, San Francisco State University. 2010. https://nccc.georgetown.edu/documents/LGBT_Brief.pdf

394. Substance Abuse and Mental Health Services Administration. *A practitioner's resource guide: Helping families to support their LGBT children. HHS publication no. PEP14-LGBTKIDS.* Rockville, MD: Substance Abuse and Mental Health Services Administration; 2014. https://store.samhsa.gov/sites/default/files/d7/priv/pep14-lgbtkids.pdf

395. Centers for Disease Control and Prevention. Lesbian, gay, bisexual, and transgender health. https://www.cdc.gov/lgbthealth/index.htm. Last updated June 9, 2021.

396. American Psychological Association. 10 considerations for finding a gender competent therapist for your child. Published December 2020. https://www.apa.org/pi/lgbt/resources/gender-diverse-children.pdf.

397. Family Acceptance Project. Family education LDS booklet. https://familyproject.sfsu.edu/sites/default/file s/documents/FAP%20LDS%20Booklet%20pst.pdf

398. Eshel. https://www.eshelonline.org.

399. The Agency for Toxic Substances and Disease Registry. Pediatric Environmental Health Toolkit Training Module. (n.d.). https://www.atsdr.cdc.gov/emes/training/page19.html. Accessed March 18, 2023

400. Schmitt BD, Carey WB, Crocker AC, Coleman WL. Elias ER, Feldman HM. Pediatric counseling. In: Carey WB, Crocker AC, Coleman WL, Elias ER, Feldman HM, eds. Developmental-Behavioral Pediatrics, 4th ed. Philadelphia, PA: W.B. Saunders;2009:847-855. https://doi.org/10.1016/B978-1-4160-3370-7.00086-9

401. Ryan C. Generating a revolution in prevention, wellness & care for LGBT children & youth, Temple Political & Civil Rights Law Review. 2014;23(2):331-344.

402. Hibbard R, Barlow J, Macmillan H; American Academy of Pediatrics, Committee on Child Abuse and Neglect; and American Academy of Child and Adolescent Psychiatry, Child Maltreatment and Violence Committee. Psychological maltreatment. Pediatrics. 2012;130(2):372-378. https://doi.org/10.1542/peds.2012-1552

403. Poteat VP, Marx RA, Calzo P, et al. Addressing inequities in education: Considerations for LGBTQ+ children and youth in the era of COVID-19. Washington, DC: Society for Research in Child Development; 2020. https://www.srcd.org/sites/default/files/resources/FINAL_AddressingInequalities-LGBTQ%2B.pdf

404. Toomey RB, McGuire JK, Olson KR, Baams L, Fish JN. Gender-affirming policies support transgender and gender diverse youth's health. Society for Research in Child Development. Published January 27, 2022. https://www.srcd.org/research/gender-affirming-policies-support-transgender-and-gender-diverse-youths-health

405. American Counseling Association. Tip-sheet on creating affirming spaces for LGBTQ youth. https://www.counseling.org/docs/default-source/resources-for-counselors/lgbtq-support-sign(hrc).pdf?sfvrsn=4cb552c_2

406. Toomey RB, Ryan C, Diaz RM, Russell ST. High school gay–straight alliances (GSAs) and young adult well-being: An examination of GSA presence, participation, and perceived effectiveness. *Appl Dev Sci*. 2011;15(4):175-185. https://doi.org/10.1080/10888691.2011.607378

407. Baker KE, Streed CG Jr, Durso LE. Ensuring that LGBTQI+ people count - collecting data on sexual orientation, gender identity, and intersex status. *N Engl J Med*. 2021;384(13):1184-1186. https://doi.org/10.1056/NEJMp2032447

408. Cahill S, Makadon H. Sexual orientation and gender identity data collection in clinical settings and in electronic health records: A key to ending LGBT health disparities. *LGBT Health.* 2014;1(1):34-41. https://doi.org/10.1089/lgbt.2013.0001

409. MacCarthy S, Elliott MN. Sexual Orientation and Gender Identity Data. *Health Aff (Millwood)*. 2021;40(5):852. https://doi.org/10.1377/hlthaff.2021.00255

410. Streed CJ, Grasso C, Reisner SL, Mayer KH. Sexual orientation and gender identity data collection: Clinical and public health importance. *Am J Pub Health*. 2020;110(7):991-993. https://doi.org/10.2105/AJPH.2020.305722

411. Caughey AB, Krist AH, Wolff TA, et al. USPSTF approach to addressing sex and gender when making recommendations for clinical preventive services [published correction appears in *JAMA*. 2021;326(23):2437]. *JAMA*. 2021;326(19):1953-1961. https://doi.org/10.1001/jama.2021.15731

412. The White House. Federal Evidence Agenda on LGBTQI+ Equity: A Report by the Subcommittee on Sexual orientation, Gender Identity, and Variations in Sex Characteristics (SOGI) Data Subcommittee on Equitable Data of the National Science and Technology Council. January 13, 2023. https://www.whitehouse.gov/wp-content/uploads/2023/01/Federal-Evidence-Agenda-on-LGBTQI-Equity.pdf. Accessed March 21, 2023.

413. Centers for Disease Control and Prevention. Youth Risk Behavior Survey Data Summary & Trends Report 2009-2019. https://www.cdc.gov/healthyyouth/data/yrbs/pdf/YRBSDataSummaryTrendsReport2019-508.pdf. Accessed March 29, 2022.

414. Jones T. Intersex studies: A systematic review of international health literature. *Sage Journals.* 2018;8(2). https://doi.org/10.1177/2158244017745577

415. Forsythe A, Pick C, Tremblay G, Malaviya S, Green A, Sandman K. Humanistic and economic burden of conversion therapy among LGBTQ youths in the United States. *JAMA Pediatr.* 2022;176(5):493-501. https://doi.org/10.1001/jamapediatrics.2022.0042

416. Olson-Kennedy J, Chan Y-M, Rosenthal S, et al. Creating the Trans Youth Research Network: a collaborative research endeavor. *Transgend Health.* 2019;4:1:304-312, https://doi.org/10.1089/trgh.2019.0024

417. National Institute of Mental Health. Stigma and discrimination research toolkit. https://www.nimh.nih.gov/about/organization/dar/stigma-and-discrimination-research-toolkit. Accessed February 16, 2022.

# Appendix B: Glossary of Terms

**Agender:** Describes individuals who do not identify as any gender.

**Asexual:** Describes individuals who do not experience sexual attraction. An individual can also be aromantic, meaning that they do not experience romantic attraction.

**Behavioral health:** A broad term that includes mental health, resilience, and well-being; the treatment of mental and substance use disorders; and the support of those who experience and/or are in recovery from these conditions, along with their families and communities.

**Behavioral health provider:** A broad term used here to describe individuals across settings and disciplines who are engaged in the provision of care and/or support related to behavioral health. Behavioral health providers include both licensed and non-licensed professionals, including mental health counselors, marriage and family therapists, pastoral counselors, psychiatrists, psychologists, psychiatric nurses, school counselors and health providers, peer support professionals, social workers, substance use counselors, addiction medicine specialists, and all staff of mental health and substance use treatment facilities.

**Bisexual:** Describes an individual who has the capacity to form enduring physical, romantic, and/or emotional attractions to those of the same gender or to those of another gender.

**Cisgender:** Describes individuals whose gender identity is congruent with their sex assigned at birth.

**Developmentally sensitive approaches:** Clinical and educational approaches that account for the appropriate developing emotional and cognitive capacities, developmental milestones, and emerging or existing behavioral health concerns.

**Diverse sexual orientation and/or gender identity:** A term to describe persons who are lesbian, gay, bisexual, transgender, queer, intersex, those who are questioning their sexual orientation or gender identity, and others who are not cisgender or straight/heterosexual. Diverse sexual orientation and/or gender identity is used interchangeably with "LGBTQI+" and "sexual and/or gender minority" (or similar language) throughout this report.

**Faʾafafine:** Describes individuals assigned male sex at birth who identify themselves as having a third gender or nonbinary in Samoan culture.

**Gay:** Describes individuals whose enduring physical, romantic, and/or emotional attractions are to people of the same gender.

**Gender-affirming care:** A specialized model of care used in the treatment of gender dysphoria that uses evidence-informed treatment options to promote patient health and prevent the risk of poor mental and physical health outcomes. Not all youth need to undergo medical intervention; indeed, this is often not the case. Gender-affirming care is highly individualized and focuses on the needs of each individual. Gender-affirming care may include psychoeducation about gender and sexuality (appropriate to the age and developmental level), parental and family support, social interventions, and gender-affirming medical interventions.

**Gender diverse:** A broad term that includes individuals whose gender identities and/or gender expressions are incongruent with those culturally expected based on sex assigned at birth. This includes those who are exploring their gender and is used interchangeably with "gender minority."

**Gender expression:** The external ways a person communicates their gender, such as clothing, hair, mannerisms, activities, or social roles.

**Gender fluid:** A term used to describe individuals whose gender changes over time.

**Gender identity:** A person's deep internal sense of being female, male, or another identity.

**Genderqueer:** Describes individuals who experience their gender identity and/or gender expression as falling outside the categories of man and woman.

**Intersex:** An umbrella term used to describe people with variations in sex characteristics, including chromosomes or hormones that do not fit typical definitions of male and female.

**Lesbian:** A woman who has romantic and/or sexual orientation toward women.

**LGBTQI+:** Lesbian, gay, bisexual, transgender, queer, intersex, those who are questioning their sexual orientation or gender identity, and others who are not cisgender or straight/heterosexual. LGBTQI+ is used interchangeably with "sexual and/or gender minority" and persons of "diverse sexual orientation and/or gender identity" (or similar language) throughout this report.

**Māhū:** Describes individuals who identify as a third gender or nonbinary in Native Hawaiian culture.

**Nonbinary:** Describes individuals whose gender identity is not exclusively male or female. Individuals may identify as nonbinary or other identities, including, but not limited to, genderqueer, two-spirit, agender, bigender, and genderfluid.

**Pansexual:** Describes individuals who experience sexual, romantic, physical, and/or spiritual attraction for members of all gender identities/expressions.

**Queer:** Historically, this has been a pejorative term used to describe LGBTQI+ people, but is now used by some people, particularly younger people, whose sexual orientation is not exclusively straight/heterosexual. Some people may use queer, or more commonly genderqueer, to describe their gender identity and/or gender expression.

**Questioning:** A term used to describe individuals who are unsure about their sexual orientation and/or gender identity.

**Sex assigned at birth:** The assignment of male, female, or intersex when an individual is born, typically made based on the appearance of external genital anatomy.

**Sexual and/or gender minority:** Sexual and gender minority populations include, but are not limited to, individuals who identify as lesbian, gay, bisexual, asexual, transgender, Two-Spirit, queer, and/or intersex. Individuals with same-sex or -gender attractions or behaviors and those with a difference in sex development are also included. Sexual and gender minority is used interchangeably with "LGBTQI+" and persons of "diverse sexual orientation and/or gender identity" (or similar) throughout this report.

**Sexual orientation and gender identity change efforts (SOGI change efforts):** Practices that aim to suppress or alter an individual's sexual orientation or gender to align with heterosexual orientation, cisgender identity, and/or stereotypical gender expression. Though not therapeutic, these practices are often referred to as "conversion therapy" or "reparative therapy."

**Sexual orientation:** A person's emotional, sexual, and/or relational attraction to others.

**Transgender:** Describes individuals whose gender identity is incongruent with their sex assigned at birth.

**Two-Spirit:** Two Spirit refers to someone who is Native and expresses their gender identity or spiritual identity in indigenous, non-Western ways. This term can only be applied to a person who is Native. A Two Spirit person has specific traditional roles and responsibilities within their tribe. Not all Native LGBTQ people identify as Two Spirit.

**Victimization:** The act or process of singling someone out for cruel or unfair treatment, typically through physical or emotional abuse.

*This glossary is not an exhaustive list of terminology relevant for LGBTQI+ youth. Additional key terms and concepts are defined at* Youth.gov.

**Sources:**

- Rafferty J; Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*. 2018;142(4):e20182162. https://doi.org/10.1542/peds.2018-2162

- Kleiber E. (2019). Gender Identity and Sexual Identity in the Pacific and Hawaiʻi: Introduction. University of Hawaiʻi at Mānoa Library. https://guides.library.manoa.hawaii.edu/c.php?g=105466&p=686754

- Columbia University Department of Psychiatry. (June 23, 2021). Gender-Affirming Care Saves Lives. https://www.columbiapsychiatry.org/news/gender-affirming-care-saves-lives#:~:text=The%20gender%2Daffirming%20model%20of,exploration%20without%20judgments%20or%20assumptions

- World Professional Association for Transgender Health. (2022). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People. https://www.wpath.org/publications/soc

- Northwest Portland Area Indian Health Board Gender-Diverse Provider 101. (n.d.). https://www.pathsremembered.org/gender-diverse/

- E. Coleman, A. E. Radix, W. P. Bouman, et al. (2022) Standards of care for the health of transgender and gender diverse people, version 8. *Int J Transgend Health*. 2022:23:sup1:S1-S259.  https://www.tandfonline.com/doi/pdf/10.1080/26895269.2022.2100644

- American Psychological Association Dictionary of Psychology. (n.d.). https://dictionary.apa.org/victimization

- NIH Sexual & Gender Minority Research Office. (n.d.). https://dpcpsi.nih.gov/sgmro

# Appendix C: Selected Resources

This appendix highlights selected materials that are accessible to a variety of providers, community professionals, parents, caregivers, and youth. It also includes resources that, after reviewing, professionals may share with families, youth, and community-based collaborators. The appendix does not cover every important aspect of all issues addressed in this report, and the list of resources is illustrative, not exhaustive.

The Department of Health and Human Services maintains information online at: https://www.hhs.gov/programs/topic-sites/lgbtq/index.html

## Resources for Behavioral Health and Medical Providers

### Resources for Understanding Sexual Orientation and Gender Identity

These resources include information on sexual orientation and gender identity and development for behavioral health providers and other professionals.

**Online Resources for Providers**

- American Counseling Association. (n.d.). https://www.counseling.org/knowledge-center/mental-health-resources/lgbtq

- American Psychological Association. (n.d.). https://www.apa.org/topics/lgbtq

- National LGBTQIA+ Health Education Center. (n.d.). https://www.lgbtqiahealtheducation.org/resources/in/transgender-health/

- National Association of School Psychologists. (n.d.). https://www.nasponline.org/lgbtqi2-s

- World Professional Association for Transgender Health. (2022). Standards of Care for the Health of Transsexual, Transgender, and Gender Nonconforming People. https://www.wpath.org/publications/soc

- HHS. (n.d.). LGBTQI+ Health & Well-being. https://www.hhs.gov/programs/topic-sites/lgbtqi/index.html

- SAMHSA. (March 30, 2022). LGBTQI+ Youth–Like All Americans, They Deserve Evidence-Based Care. https://www.samhsa.gov/blog/lgbtqi-youth-all-americans-deserve-evidence-based-care

- National Child Traumatic Stress Network. (2022). Gender-Affirming Care Is Trauma-Informed Care. https://www.nctsn.org/sites/default/files/resources/fact-sheet/gender-affirming-care-is-trauma-informed-care.pdf

**If you or someone you know is in crisis or emotional distress, or experiencing suicidal thoughts, please contact:**

988 SUICIDE AND CRISIS LIFELINE
*If you're thinking about suicide, are worried about a friend or loved one, or would like emotional support, the Lifeline network is available 24/7.*

- **Dial: 988**
- **Text: 988**
- **Chat: https://988Lifeline.org/chat**

THE TREVOR PROJECT
*Connect to a crisis counselor:*

- **866-488-7386**
- **www.thetrevorproject.org/get-help**

LGBT NATIONAL HELP CENTER

- **Peer support: www.lgbthotline.org**

**Books for Providers**

- Irwin Krieger. (2018). *Counseling Transgender and Non-Binary Youth: The Essential Guide*. London: Jessica Kingsley Publishers, Ltd.

- Colt Keo-Meier and Diane Ehrensaft. (2018). *The Gender Affirmative Model: An Interdisciplinary Approach to Supporting Transgender and Gender Expansive Children*. Washington, DC: American Psychological Association.

## Resources for Pediatric and Primary Care Providers

In addition to the resources above, these selected resources assist pediatric and primary care health professionals who may be the first point of contact for families and youth.

- Rafferty J; Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*. 2018;142(4):e20182162. https://doi.org/10.1542/peds.2018-2162

- American Academy of Pediatrics, American College of Osteopathic Pediatricians, Human Rights Campaign Foundation. (2016). Supporting & and caring for transgender children. https://www.hrc.org/resources/supporting-caring-for-transgender-children

- Levine DA; Committee on Adolescence. Office-based care for lesbian, gay, bisexual, transgender, and questioning youth. *Pediatrics*. 2013;132(1):e297-e313. https://doi.org/10.1542/peds.2013-1283

- National LGBT Health Education Center. (n.d.). https://www.lgbtqiahealtheducation.org/resources/in/transgender-health/

## Resources for Providers to Discuss with Families, Caregivers, and Others

These resources are designed for professionals to discuss with families, caregivers, and others.

- HHS. (n.d.). LGBTQI+ Health & Well-being. https://www.hhs.gov/programs/topic-sites/lgbtqi/index.html

- The Family Acceptance Project http://familyproject.sfsu.edu/ works with parents and caregivers to help them support their LGBTQI+ youth to reduce health risks and promote well-being. This information is offered within the context of diverse cultures and faith communities by identifying and understanding the impacts of rejecting and supportive behaviors. Films, posters and trainings are available for behavioral health providers and others and information is provided for families in many languages. http://familyproject.sfsu.edu/

- OASH. Office of Population Affairs. (2022). *Gender-Affirming Care and Young People*. https://opa.hhs.gov/sites/default/files/2022-03/gender-affirming-care-young-people-march-2022.pdf

- AFFIRM Caregiver is a seven-session intervention that helps caregivers clarify what supportive behaviors are and how to move away from rejecting behaviors. https://www.affirmativeresearch.org/affirm-care.html

## Resources for Providers on Cultural Responsiveness

These resources highlight the scientific consensus for assisting professionals who work with diverse families and youth.

- Asian American Psychological Association. (n.d.). https://aapaonline.org/resources/lgbtq-aapi-resources/

- 2019 Black and African American LGBTQ Youth Report. (2019). https://www.hrc.org/resources/black-and-african-american-lgbtq-youth-report

- The Trevor Project. (July 14, 2021). Black & LGBTQ: Approaching Intersectional Conversations. https://www.thetrevorproject.org/resources/guide/black-lgbtq-approaching-intersectional-conversations/

- The Trevor Project. (June 1, 2020). Supporting Black LGBTQ Mental Health. https://www.thetrevorproject.org/resources/guide/supporting-black-lgbtq-youth-mental-health/

- 2018 LGBTQ Latinx Youth Report. (2018). https://www.hrc.org/resources/latinx-lgbtq-youth-report

- National Queer Asian Pacific Islander Alliance (NQAPIA). (n.d.). http://www.nqapia.org

## Resources for Educators and School and Community Leaders

### Resources for School Professionals

These resources highlight approaches that build educator support and student resilience.

- Advocates for Youth. (2020). *Creating Safer Spaces for LGBTQ Youth: A Toolkit for Education, Healthcare and Community-Based Organizations*. http://www.advocatesforyouth.org/wp-content/uploads/2020/11/Creating-Safer-Spaces-Toolkit-Nov-13.pdf

- American Psychological Association. (2014). Safe & Supportive Schools Project.

http://www.apa.org/pi/lgbt/programs/safe-supportive/default.aspx

- GLSEN Research Institute. (2021). *LGBTQ Students and School Sports Participation: Research Brief*. https://www.glsen.org/sites/default/files/2022-02/LGBTQ-Students-and-School-Sports-Participation-Research-Brief.pdf

- Additional GLSEN Resources. (n.d.). https://www.glsen.org/

- CDC DASH Supporting LGBTQ Youth. (n.d.). https://www.cdc.gov/healthyyouth/safe-supportive-environments/lgbtq_youth.htm

- Human Rights Campaign, Welcoming Schools Initiative. (n.d.). Creating Safe and Welcoming Schools. www.welcomingschools.org

- National Center for Lesbian Rights, Youth Project. (n.d.). www.nclrights.org/our-work/youth

- National Association of School Psychologists, Committee on LGBTQI2-S Issues: Safe & Supportive Schools. (n.d.). https://www.nasponline.org/lgbtqi2-s

## Resources for Families and Caregivers

### Parent/Caregiver Support-Focused Resources

These resources highlight ways for parents and caregivers to connect with other parents and caregivers of LGBTQI+ youth, and to learn more about their responses to LGBTQI+ youth.

- PFLAG. (n.d.) Families connecting with other families. www.pflag.org

- National Queer Asian Pacific Islander Alliance (NQAPIA). (n.d.). Videos and resources for parents. https://www.youtube.com/user/nqapia/videos

- Lead with Love (n.d.). Film-based intervention to improve parental responses to their sexual minority children. https://parentwithlove.northwestern.edu/lead-with-love/

## Resources for Families and Caregivers of Transgender and Gender-Diverse Youth

These resources highlight specific considerations for parents and caregivers of gender minority youth.

### Online Resources for Families and Caregivers

- American Psychological Association. (December 2020). *A Consumer's Guide for Parents and Guardians of Gender Diverse Children and Adolescents: 10 Considerations for Finding a Gender Competent Therapist for Your Child.* https://www.apa.org/pi/lgbt/resources/gender-diverse-children.pdf
- PFLAG Transgender Network. (n.d.). https://pflag.org/find-resources/#my-loved-one-is-transgender
- Gender Spectrum offers resources for multiple audiences. (n.d.). www.genderspectrum.org

### Books for Families and Caregivers

- Janna Barkin. (2017). *He's Always Been My Son: A Mother's Story About Raising her Transgender Son.* London: Jessica Kingsley Publishers, Ltd.
- Stephanie Brill and Lisa Kenney. (2016). *The Transgender Teen: A Handbook for Parents and Professionals Supporting Transgender and Non-Binary Teens.* Jersey City, NJ: Cleis Press.
- Diane Ehrensaft. (2011). *Gender Born, Gender Made: Raising Healthy Gender-Nonconforming Children* (1st ed.). New York: The Experiment.
- Irwin Krieger. (2019). *Helping Your Transgender Teen* (2nd ed.). New Haven, CT: Genderwise Press.
- Jodie Patterson. (2019). *The Bold World: A Memoir of Family and Transformation.* New York: Penguin Random House.
- Rachel Pepper. (2012). *Transitions of the Heart: Stories of Love, Struggle and Acceptance by Mothers of Transgender and Gender Variant Children.* Jersey City, NJ: Cleis Press.

## Resources for Youth

### Online Resources for Youth

These resources are places where LGBTQI+ youth can access information and online support.

- It Gets Better Project. (n.d.). www.itgetsbetter.org
- The Trevor Project. (n.d.). www.thetrevorproject.org
- Gender Spectrum. www.genderspectrum.org

# Appendix D: Contributions

This report was prepared for SAMHSA by Leed Management Consulting, Inc. (LMCi) under contract number HHSS283201700609I/HHSS28342001T with SAMHSA, U.S. Department of Health and Human Services (HHS). Arlin Hatch, CAPT, USPHS, PhD, served as the Task Lead, Aida Balsano, PhD, served as the Deputy Task Lead, and Brian Altman, JD, served as Senior Advisor. David Lamont Wilson, BFA, served as the Contracting Officer Representative, and Marion Pierce, BA, served as the Alternate Contracting Officer Representative. Jeanne Casey, MA, MCHES served as health communications specialist for the report.

Laura Jadwin-Cakmak, MPH, was the lead scientific writer for this report, with substantial contributions from Judith Glassgold, PsyD; assistance from the subject matter expert panelists; technical, bibliographic, and editorial assistance from Kathi E. Hanna, PhD; and support from Karen Braxton, MA, as task lead from LMCi.

The Subject Matter Expert Consensus Panel was convened by Judith Glassgold, PsyD, the lead subject matter expert, remotely from September 9 to 10, 2021, with technical support from LMCi. The Panel included researchers and practitioners in child and adolescent development and mental health, as well as researchers in gender development, gender identity, and sexual orientation in children and adolescents. The Panel also included experts with a background in family therapy, ethnic and racial diversity, the needs of underrepresented populations, the intersection of behavioral health and spiritual diversity, and ethics. Panel members were Renata Arrington-Sanders, MD, MPH, ScM; Laura Edwards-Leeper, PhD; Gary Harper, PhD, MPH; Laura Kuper, PhD; Scott Leibowitz, MD; Christy Mallory, JD; Robin Lin Miller, PhD; Kristina Olson, PhD; Thomas Plante, PhD; Clifford Rosky, JD; Caitlin Ryan, PhD, ACSW; Russell Toomey, PhD; and Mark Yarhouse, PsyD.

SAMHSA subject matter experts provided input on the report: Brian Altman, JD; Amy Andre, MA, MBA; Mitchell Berger, MPH; Victoria Chau, PhD, MPH; Jeff Coady, CAPT, USPHS, PsyD, ABPP; Ed Craft, DrPh, Med, LCPC; Trina Dutta, MPP, MPH; and Michelle Kim Leff, CAPT, USPHS, MD, MBA. Elliot Kennedy, JD, from the Administration for Community Living, provided consultation and served as the SAMHSA Task Lead for the 2015 report, *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth*, on which this revision is based.





Photos are for illustrative purposes only.
Any person depicted in a photo is a model.

Publication No. PEP22-03-12-001
Released 2023

# EXHIBIT B



Ending
Conversion Therapy:
Supporting and Affirming
LGBTQ Youth

October 2015



Substance Abuse and Mental Health Services Administration

**SAMHSA**



PAGE INTENTIONALLY LEFT BLANK

# Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth

October 2015

PAGE INTENTIONALLY LEFT BLANK

## Acknowledgements

This report was prepared for the Substance Abuse and Mental Health Services Administration (SAMHSA) by Abt Associates under contract number HHSS283200700008I/HHSS28342001T with SAMHSA, U.S. Department of Health and Human Services (HHS). David Lamont Wilson served as the Government Project Officer. Elliot Kennedy served as the Task Lead.

**Disclaimer**
The views, opinions, and content of this publication are those of the author and do not necessarily reflect the views, opinions, or policies of SAMHSA or HHS. Listings of any non-Federal resources are not all-inclusive and inclusion of a listing does not constitute endorsement by SAMHSA or HHS.

**Public Domain Notice**
All material appearing in this report is in the public domain and may be reproduced or copied without permission from SAMHSA. Citation of the source is appreciated. However, this publication may not be reproduced or distributed for a fee without the specific, written authorization of the Office of Communications, SAMHSA, HHS.

**Electronic Access and Printed Copies**
This publication may be downloaded or ordered at http://store.samhsa.gov. Or call SAMHSA at 1-877-SAMHSA-7 (1-877-726-4727) (English and Español).

**Recommended Citation**
Substance Abuse and Mental Health Services Administration, Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth. HHS Publication No. (SMA) 15-4928. Rockville, MD: Substance Abuse and Mental Health Services Administration, 2015.

**Originating Office**
Division of Systems Development, Center for Substance Abuse Prevention, Substance Abuse and Mental Health Services.



# Contents

Executive Summary ...................................................................................................1

Introduction ..............................................................................................................7

Professional Consensus Process ..............................................................................9

Statements of Professional Consensus .................................................................. 11

Research Overview .................................................................................................. 15

Approaches to Ending the Use of Conversion Therapy ........................................ 37

Guidance for Families, Providers, and Educators ................................................ 41

Summary and Conclusion ...................................................................................... 51

References ............................................................................................................... 52

Appendix A: Glossary of Terms ............................................................................. 64

Appendix B: Acknowledgments ............................................................................. 64

Endnotes ................................................................................................................. 66

# Executive Summary

*Lesbian, gay, bisexual,* and *transgender* youth, and those who are *questioning* their sexual orientation or gender identity (*LGBTQ* youth) experience significant health and behavioral health disparities. Negative social attitudes and discrimination related to an individual's LGBTQ identity can contribute to these disparities, and may result in institutional, interpersonal, and individual stressors that affect mental health and well-being. (Bockting, Miner, Swinburne Romine, Hamilton, & Coleman, 2013; Meyer, 2003). This stress, as well as limited opportunities for support, are encountered by *sexual and gender minority[1]* youth in their families, communities, and school settings. Additionally, some transgender youth experience gender dysphoria – psychological distress due to the incongruence between one's body and gender identity (Coleman et al., 2012).

SAMHSA is committed to eliminating health disparities facing vulnerable communities, including sexual and gender minority communities. One key factor to preventing these adverse outcomes is positive family (including guardians and caregivers) and community engagement and appropriate interventions by medical and behavioral health care providers. Supporting optimal development of children and adolescents with regard to sexual orientation, gender identity, and gender expression is vital to ensuring their health and well-being.

The purpose of this report, *Ending Conversion Therapy: Supporting and Affirming LGBTQ Youth,* is to provide mental health professionals and families with accurate information about effective and ineffective therapeutic practices related to children's and adolescent's sexual orientation and gender identity. Specifically, this report addresses the issue of conversion therapy for minors. The conclusions in this report are based on professional consensus statements arrived at by experts in the field. Specifically, conversion therapy—efforts to change an individual's sexual orientation, gender identity, or gender expression[2]—is a practice that is not supported by credible evidence and

has been disavowed by behavioral health experts and associations. Conversion therapy perpetuates outdated views of gender roles and identities as well as the negative stereotype that being a sexual or gender minority or identifying as LGBTQ is an abnormal aspect of human development. Most importantly, it may put young people at risk of serious harm.

## Key Findings

This report and its recommendations are based on consensus statements developed by experts in the field after a careful review of existing research, professional health association reports and summaries, and expert clinical guidance. The consensus statements highlight areas of the ethical and scientific foundations most relevant to the practice of conversion therapy with minors. A full list of the consensus statements is found in the body of this report; key statements that form the underpinnings of the guidance in this report are provided here.

- Same-gender[3] sexual orientation (including identity, behavior, and attraction) and variations in gender identity and gender expression are a part of the normal spectrum of human diversity and do not constitute a mental disorder.
- There is limited research on conversion therapy efforts among children and adolescents; however, none of the existing research supports the premise that mental or behavioral health interventions can alter gender identity or sexual orientation.
- Interventions aimed at a fixed outcome, such as gender conformity or heterosexual orientation, including those aimed at changing gender identity, gender expression, and sexual orientation are coercive, can be harmful, and should not be part of behavioral health treatment. (American Psychiatric Association, 2013b; American Psychological Association, 2010; National Association of Social Workers, 2008).

## Understanding Sexual Orientation and Gender Identity in Children and Youth

Behavioral health providers, parents, schools, and communities can best provide support to children, adolescents, and their families when they have access to the most current information about sexual orientation, gender identity, and gender expression in youth. The following overview presents the best current evidence regarding understandings of child and adolescent sexual orientation, gender identity, and gender expression.

Sexuality occurs across a continuum; same-gender attraction and relationships are normal variations of human sexuality (Diamond, 2015; Vrangalova & Savin-Williams, 2012). Similarly, a gender identity that is incongruent with assigned sex at birth, as well as a gender expression that diverges from stereotypical cultural norms for a particular gender, are normal variations of human gender (American Psychological Association, 2015a; Knudson, De Cuypere, & Bockting, 2010). Being a sexual or gender minority, or identifying as LGBTQ, is not pathological (American Psychological Association, 2015a; APA Task Force on Gender Identity and Gender Variance, 2009; Coleman et al., 2012).

There is not a single developmental trajectory for either sexual minority or gender minority youth. Compared to the 20th century, in the 21st century, youth started realizing and disclosing a minority sexual orientation and/or identifying as lesbian, gay, or bisexual at younger ages than in previous generations (Diamond & Savin-Williams, 2000; Floyd & Bakeman, 2006; Grov, Bimbi, Nanín, & Parsons, 2006; R. C. Savin-Williams, 2001). Though aspects of sexuality are displayed beginning in infancy, little is known about sexual orientation among pre-pubertal children (Adelson & American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI), 2012). Children are rarely if ever distressed about their current or future sexual orientation; more commonly, parents and guardians are distressed about a child's perceived current or future sexual orientation and seek the

assistance of behavioral health providers (American Psychological Association, 2009). Sexual minority adolescents face the same developmental tasks that accompany adolescence for all youth, including sexual orientation identity development. Unlike those with a heterosexual orientation, however, adolescents with a minority sexual orientation must navigate awareness and acceptance of a socially marginalized sexual identity; potentially without family, community, or societal support. In comparison with their heterosexual counterparts, sexual minority adolescents are at increased risk for psychological distress and substance use behaviors, including depressive symptoms, increased rates of substance use and abuse, suicidal ideation and attempts, as well as increased likelihood of experiencing victimization, violence, and homelessness (Corliss et al., 2010; Friedman et al., 2011; Goldbach, Tanner-Smith, Bagwell, & Dunlap, 2014; Hatzenbuehler, 2011; Institute of Medicine, 2011; Kann et al., 2011; Marshal et al., 2011; Russell, 2003). Supportive families, peers, and school and community environments are associated with improved psychosocial outcomes for sexual minority youth (Bouris et al., 2010; Kosciw, Greytak, Palmer, & Boesen, 2014; Lease, Horne, & Noffsinger-Frazier, 2005).

Gender development begins in infancy and continues progressively throughout childhood. Gender diversity or signs of gender dysphoria may emerge as early as a child's preschool years, or as late as adolescence (Cohen-Kettenis, 2005). For many gender minority children, gender dysphoria will not persist, and they will develop a *cisgender* identity in adolescence or adulthood; a majority of these children will identify as lesbian, gay, or bisexual in adulthood (Bailey & Zucker, 1995; Drescher, 2014; Leibowitz & Spack, 2011; Wallien & Cohen-Kettenis, 2008). Whether or not these individuals continue to have a diverse gender expression is unknown. For other gender minority children, gender dysphoria will persist and usually worsen with the physical changes of adolescence; these youth generally identify as transgender (or another gender identity that differs from their assigned sex at birth) in adolescence and adulthood

(Byne et al., 2012; Coleman, et al., 2012). For still another group, gender dysphoria emerges in post-puberty without any childhood history of gender dysphoria gender diversity (Edwards-Leeper & Spack, 2012). Gender dysphoria that worsens with the onset of puberty is unlikely to remit later in adolescence or adulthood, especially among youth with a childhood onset, and long-term identification as transgender is likely (American Psychological Association, 2015a; American Psychological Association, 2008; Byne, et al., 2012).

While most adolescents with gender dysphoria score within normal ranges on psychological tests (Cohen-Kettenis & van Goozen, 1997; de Vries, Doreleijers, Steensma, & Cohen-Kettenis, 2011; Smith, van Goozen, & Cohen-Kettenis, 2001), some gender minority children and adolescents have elevated risk of depression, anxiety, and behavioral issues. These psychosocial issues are likely related to if not caused by negative social attitudes or rejection (Vance, Ehrensaft, & Rosenthal, 2014). As with sexual minority adolescents, other issues of clinical relevance for gender minority adolescents include increased risk of experiencing victimization and violence, suicidal ideation and attempts, and homelessness (Coleman, et al., 2012; Garofalo, Deleon, Osmer, Doll, & Harper, 2006; Institute of Medicine, 2011; Mustanski, Garofalo, & Emerson, 2010; Simons, Leibowitz, & Hidalgo, 2014). Improved psychosocial outcomes are seen among youth when social supports are put in place to recognize and affirm gender minority youth's gender identities (Vance, et al., 2014).

## Therapeutic Efforts with Sexual and Gender Minority Youth[4]

Given the professional consensus that conversion therapy efforts are inappropriate, the following behavioral health approaches are consistent with the expert consensus statements and current research, and are recommended by professional associations (American Psychological Association, 2015a; APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009; Byne, et al., 2012). When providing services to children, adolescents, and families, appropriate therapeutic approaches

include: providing accurate information on the development of sexual orientation and gender identity and expression; increasing family and school support; and reducing family, community, and social rejection of sexual and gender minority children and adolescents. Approaches should be client-centered and developmentally-appropriate with the goal of treatment being the best possible level of psychological functioning, rather than any specific gender identity, gender expression, or sexual orientation. Appropriate therapeutic approaches with sexual and gender minority youth should include a comprehensive evaluation and focus on identity development and exploration that allows the child or adolescent the freedom of self-discovery within a context of acceptance and support. It is important to identify the sources of any distress experienced by sexual and gender minority youth and their families, and work to reduce this distress. Working with parents and guardians is important as parental behaviors and attitudes have a significant effect on the mental health and well-being of sexual and gender minority children and adolescents. School and community interventions may also be necessary and appropriate.

In addition to the appropriate therapeutic approaches described above – comprehensive evaluation, support in identity exploration and development without an *a priori* goal of any particular gender identity or expression, and facilitation of family and community support – social transition and medical intervention are therapeutic approaches that are appropriate for some gender minority youth. Careful evaluation and developmentally-appropriate informed consent of youth and their families, including a weighing of potential risks and benefits are vital when considering medical intervention with gender minority youth.

Eliminating the practice of conversion therapy with sexual and gender minority minors is an important step, but it will not alleviate the myriad of stressors they experience as a result of interpersonal, institutional, and societal bias and discrimination against sexual and gender minorities.

LGBTQ youth still need additional support to promote positive development in the face of such stressors. Supportive family, community, school, and health care environments have been shown to have great positive impacts on both the short- and long-term health and well-being of LGBTQ youth. Families and others working with LGBTQ children and adolescents can benefit from guidance and resources to increase support for sexual and gender minority minors and to help facilitate the best possible outcomes for these youth.

## Ending the Use of Conversion Therapy for Minors

Given that conversion therapy is not an appropriate therapeutic intervention; efforts should be taken to end the practice of conversion therapy. Efforts to end the practice have included policy efforts to reduce the negative attitudes and discrimination directed at LGBTQ individuals and families; affirmative public information about LGBTQ individuals, particularly directed at families and youth; resolutions and guidelines by professional associations to inform providers that conversion efforts are inappropriate and to provide guidance on appropriate interventions; and, state and federal legislation and legal action to end the practice of conversion therapy. Future efforts may include improved provider training, federal regulatory action, advancement of legislation at the state and federal level, and additional activities by the Administration, which issued a public statement supporting efforts to ban the use of conversion therapy for minors in the spring of 2015.

PAGE INTENTIONALLY LEFT BLANK



# Introduction

This report, *Ending Conversion Therapy: Supporting and Affirming LGBTQ outh*, provides an overview of the current state of scientific understanding of the development of sexual orientation and gender identity in children and adolescents as well as the professional consensus on clinical best practices with these populations. Specifically, this report addresses the issue of conversion therapy for minors. Conversion therapy—efforts to change an individual's sexual orientation, gender identity, or gender expression[5]—is a practice that is not supported by credible evidence, and has been disavowed by behavioral health experts and associations. Importantly, this report also provides a nuanced overview of appropriate supportive interventions to assist families in exploring the sometimes difficult issues associated with sexual orientation, gender identity, and gender expression.

This work is the result of a collaboration between the Substance Abuse and Mental Health Services Administration (SAMHSA) and the American Psychological Association (APA), which convened a panel of behavioral health professionals (e.g., psychologists, researchers and clinicians from psychology, social work, and psychiatry) with expertise in the fields of gender development, gender identity, and sexual orientation in children and adolescents in July 2015. That convening, which is discussed in greater depth below, aimed to establish consensus with respect to conversion therapy for minors, based on the best available research and scholarly material available, as well as the clinical experience of experts in the field. The resultant statements of professional consensus are printed in their entirety in the following section.

In addition, this report highlights *areas of opportunity for future research*, and provides an overview of *mechanisms to eliminate the use of harmful therapies*. In an effort to provide useful tools for families, practitioners, and educators, the report also provides resources on several topics, including: *Family and Community Acceptance*,

> " Being gay is not a disorder. Being transgender is not a malady that requires a cure. "
>
> —Vice Admiral Vivek H. Murthy, 19th U.S. Surgeon General

*School-Based Issues*, *Pediatric Considerations*, and *Affirmative Exploratory Therap* . In addressing these four topics, SAMHSA aims to enable families, providers, educators, and community members to take actions that will reduce the health risks and disparities facing this vulnerable population.

SAMHSA is committed to eliminating health disparities facing vulnerable communities, including sexual and gender minority communities. In addressing the issues included in this report that have a significant impact on the lives and well-being of sexual and gender minority youth, SAMHSA aims to enable families, providers, and educators to take actions that will reduce the health risks and disparities facing this vulnerable population

SAMHSA's mission is to improve the behavioral health of the nation. As such, SAMHSA endeavors to improve public health and eliminate health disparities facing all vulnerable communities, including sexual and gender minority populations.[6] As will be addressed in detail below, conversion therapy perpetuates outdated gender roles and negative stereotypes that being a sexual or gender minority or identifying as LGBTQ is an abnormal aspect of human development. Most importantly, it may put young people at risk of serious harm. This report is one of many steps SAMHSA is taking to improve the health and well-being of sexual and gender minority children and youth.



# Professional Consensus Process

In early April 2015, representatives from SAMHSA and APA agreed to collaborate to address the concerns of professional associations, policy makers, and the public regarding efforts to change gender identity and sexual orientation in children and adolescents (also referred to as conversion therapy). Through the support of the Federal Agencies Project, APA hosted an expert consensus convening on this topic in July 2015, which significantly informed this report. The research overview and clinical expertise highlighted throughout serve as the foundation from which the consensus statements were developed. Both the process of achieving consensus and the results of the meeting are published below.

APA initially developed a list of the areas of expertise to be used in identifying potential experts to participate in the consensus panel based on existing professional guidelines and resolutions related to sexual orientation, gender identity, and gender expression, as well as published research. APA solicited nominations from specialists in the field with expertise in gender, sexuality and sexual orientation, child and adolescent development and mental health, and the psychology of religion. Additionally, APA solicited nominations from professional associations representing the major mental health and health professions. Using the input received from these sources, APA extended invitations to a short list of highly recommended group of experts. This initial expert pool nominated additional experts based on their assessment of the expertise needed to achieve the goals of the meeting. The final panel of 13 experts consisted of ten psychologists, two social workers, and one psychiatrist. These individuals included researchers and practitioners in child and adolescent mental health with a strong background in gender development, gender identity, and sexual orientation in children and adolescents. The panel also included experts with a background in family therapy, ethics, and the psychology of religion. Among others, the panel included: Sheri Berenbaum, PhD; Celia B.

Fisher, PhD; Laura Edwards-Leeper, PhD; Marco A. Hidalgo, PhD; David Huebner, PhD; Colton L. Keo-Meier, PhD; Scott Leibowitz, MD; Robin Lin Miller, PhD; Caitlin Ryan, PhD, ACSW; Josh Wolff, PhD; and Mark Yarhouse, PsyD. APA activities were coordinated by Clinton W. Anderson, PhD and Judith Glassgold, PsyD.

Based on published literature on consensus methods, APA developed an iterative process that culminated in a two-day meeting in Washington, DC on July 7 and 8, 2015. During the meeting, panelist-led discussions considered the relevant research, professional guidelines and clinical knowledge-base for each of the topics. The panel developed consensus statements on sexual orientation change efforts as well as gender identity change efforts in children and adolescents for each of the relevant developmental stages: pre-pubertal children, peri-pubertal adolescents, and pubertal and post-pubertal adolescents.

Panelists agreed that unanimous consensus was a strong priority, but that if unanimity could not be reached, 80 percent support would consitute consensus. The panelists also agreed that minority opinions should be reflected in the record if any dissenting expert wished to issue such an opinion. Unanimous consensus was reached in nearly all instances. No dissenting opinions were formally registered. The statements of professional consensus are printed in *Section 3* of this report.

Observers from interested federal agencies, health and human services professional organizations, foundations, and LGBTQ human rights organizations also attended the meeting. These observers were offered an opportunity to submit written questions, which the panel addressed throughout the course of the meeting.



"PFR "created something that was groundbreaking. It was the best piece of work ever created by the federal government."

**Sue Thau**

# Statements of Professional Consensus

*The following are the statements of professional consensus regarding sexual orientation and gender identity and expression that were developed during the July 2015 APA consensus convening. After initially developing separate statements regarding issues relating to the development of sexual orientation and gender identity and gender expression, the panel developed a set of three key summary statements. The panel also developed a statement regarding the guiding human rights and scientific principles that provide a foundation for behavioral health professionals' work in this area.*

## Guiding Principles

Behavioral health professionals respect human dignity and rights. The foundational ethical principle of "self-determination" requires that children and adolescents be supported in their right to explore, define, and articulate their own identity. The principles of "justice" and "beneficence and nonmaleficence" require that all children and adolescents have access to behavioral health treatments that will promote their health and welfare. Children and adolescents have the right to participate in decisions that affect their treatment and future. Behavioral health professionals respect human diversity and strive to incorporate multicultural awareness into their work.

These guiding principles are based upon the codes of ethics for the professional fields of Psychology, Psychiatry, and Social Work (American Psychiatric Association, 2013b; American Psychological Association, 2010; National Association of Social Workers, 2008).

## Professional Consensus on Conversion Therapy with Minors

1. Same-gender[7] sexual orientation (including identity, behavior, and/or attraction) and variations in gender identity and gender expression are a part of the normal spectrum of human diversity and do not constitute a mental disorder.

2. There is limited research on conversion therapy efforts among children and adolescents; however, none of the existing research supports the premise that mental or behavioral health interventions can alter gender identity or sexual orientation.

3. Interventions aimed at a fixed outcome, such as gender conformity or heterosexual orientation, including those aimed at changing gender identity, gender expression, and sexual orientation are coercive, can be harmful, and should not be part of behavioral health treatments. Directing the child to be conforming to any gender expression or sexual orientation, or directing the parents to place pressure for specific gender expressions, gender identities, and sexual orientations are inappropriate and reinforce harmful gender and sexual orientation stereotypes.

## Professional Consensus on Sexual Orientation in Youth

1. Same-gender sexual identity, behavior, and attraction are not mental disorders. Same-gender sexual attractions are part of the normal spectrum of sexual orientation. Sexual orientation change in children and adolescents should not be a goal of mental health and behavioral interventions.

2. Sexual minority children and adolescents are especially vulnerable populations with unique developmental tasks who lack protections from involuntary or coercive treatment, and whose parents and guardians need accurate information to make informed decisions about behavioral health treatment.

3. There is a lack of published research on efforts to change sexual orientation among children and adolescents; no existing research supports that mental health and behavioral interventions with children and adolescents alter sexual orientation. Given the research on the secondary outcomes of such efforts, the potential for risk of harm suggests the need for other models of behavioral health treatment.

4. Behavioral health professionals provide accurate information on sexual orientation, gender identity, and expression; increase family and school support; and, reduce rejection of sexual minority youth. Behavioral health practitioners identify sources of distress and work to reduce distress experienced by children and adolescents. Behavioral health professionals provide efforts to encourage identity exploration and integration, adaptive coping, and family acceptance to improve psychological well-being.

## Professional Consensus on Gender Identity and Gender Expression in Youth

### Consensus on the Overall Phenomena of Gender Identity and Gender Expression

1. Variations in gender identity and expression are normal aspects of human diversity and do not constitute a mental disorder. Binary definitions of gender may not reflect emerging gender identities.

2. Pre-pubertal children and peri-pubertal adolescents who present with diverse gender expressions or gender dysphoria may or may not develop a transgender identity in adolescence or adulthood. In pubertal and post-pubertal adolescents, diverse gender expressions and transgender identity usually continue into adulthood.

## Consensus on Efforts to Change Gender Identity

3.  There is a lack of published research on efforts to change gender identity among children and adolescents; no existing research supports that mental health and behavioral interventions with children and adolescents alter gender identity.

4.  It is clinically inappropriate for behavioral health professionals to have a prescriptive goal related to gender identity, gender expression, or sexual orientation for the ultimate developmental outcome of a child's or adolescent's gender identity or gender expression.

5.  Mental health and behavioral interventions aimed at achieving a fixed outcome, such as gender conformity, including those aimed at changing gender identity or gender expression, are coercive, can be harmful, and should not be part of treatment. Directing the child or adolescent to conform to any particular gender expression or identity, or directing parents and guardians to place pressure on the child or adolescent to conform to specific gender expressions and/or identities, is inappropriate and reinforces harmful gender stereotypes.

## Consensus on Appropriate Therapeutic Intervention for Youth with Gender-Related Concerns

6.  Children and adolescents experiencing gender-related concerns are an especially vulnerable population with unique developmental tasks. Parents and guardians need accurate scientific information to make informed decisions about appropriate mental health and behavioral interventions, including whether or not to initiate a social gender transition or, in the case of peri-pubertal, pubertal, and post-pubertal adolescents, medical intervention. Treatment discussions should respect the child's and adolescent's developing autonomy, recognizing that adolescents are still transitioning into adult decision-making capacities.

7.  Approaches that focus on developmentally-appropriate identity exploration, integration, the reduction of distress, adaptive coping, and family acceptance to improve psychological well-being are recommended for children and adolescents of all ages experiencing gender-related concerns.

### Pre-Pubertal Children

8.  Gender expression and gender identity are interrelated and difficult to differentiate in pre-pubertal children, and are aspects of identity that develop throughout childhood. Therefore, a detailed psychological assessment should be offered to children and families to better understand the present status of a child's gender identity and gender expression, as well as any associated distress.

### Peri-Pubertal Adolescents

9. For peri-pubertal adolescents, the purpose of pubertal suppression is to provide time to support identity exploration, to alleviate or avoid potential distress associated with physical maturation and secondary sex characteristics[8], and to improve future healthy adjustment. If pubertal suppression is being considered, it is strongly recommended that parents or guardians and medical providers obtain an assessment by a licensed behavioral health provider to understand the present status of a peri-pubertal adolescent's gender identity or gender expression and associated distress, as well as to provide developmentally-appropriate information to the peri-pubertal adolescent, parents or guardians, and other health care professionals involved in the peri-pubertal adolescent's care. The purpose of the assessment is to advise and inform treatment decisions regarding pubertal suppression after sharing details of the potential risks, benefits, and implications of pubertal suppression, including the effects of pubertal suppression on behavioral health disorders, cognitive and emotional development, and future physical and sexual health.

### Pubertal and Post-Pubertal Adolescents

10. Decision-making regarding one's developing gender identity is a highly individualized process and takes many forms. For pubertal and post-pubertal adolescents, if physical gender transition (such as hormone therapy or gender affirming surgeries) is being considered, it is strongly recommended that adolescents, parents, and providers obtain an assessment by a licensed behavioral health provider to understand the present status of an adolescent's gender identity and gender expression and associated distress, as well as to provide developmentally-appropriate information to adolescents, parents or guardians, and other health care professionals involved in the pubertal or post-pubertal adolescent's care. If physical transition is indicated, the potential risks, benefits, and implications of the transition-related procedures being considered – including the effects on behavioral health disorders, cognitive and emotional development, and potentially irreversible effects on physical health, fertility, and sexual health – are presented to the adolescent and parents or guardians.

Withholding timely physical gender transition interventions for pubertal and post-pubertal adolescents, when such interventions are clinically indicated, prolongs gender dysphoria and exacerbates emotional distress.

# Research Overview

## Sexual Orientation

Sexual orientation is a multidimensional construct that consists of sexual identity, sexual and romantic attraction, and sexual behavior. Great shifts in the understanding of sexual orientation have occurred over the past century (Herek, 2010). Though a minority sexual orientation was once considered abnormal or a medical problem, scientists now understand that sexuality occurs on a continuum and variations in sexual orientation are part of the normal range of human sexuality (American Psychological Association, 2009; Diamond, 2015; Vrangalova & Savin-Williams, 2012). In 1973, homosexuality was removed as a diagnostic category in the Diagnostic and Statistical Manual of Mental Disorders with a declaration of support for the civil rights of lesbian, gay, and bisexual people from the American Psychiatric Association. Many health organizations followed suit in passing resolutions that affirmed their support for the civil rights of lesbian, gay, and bisexual people, including the American Psychological Association, the National Association for Social Workers, the American Counseling Association, the American Medical Association, the American Psychoanalytic Association, and the American Academy of Pediatrics. In 1992, the World Health Organization removed homosexuality from the International Classification of Diseases (Nakajima, 2003; World Health Organization, 1992)[9].

## Gender

Gender is a ubiquitous and multi-faceted social category. When discussing the concept of gender, scientists distinguish between biological sex, gender identity, and gender expression. Biological sex refers to one's physical sex characteristics (Hughes, Houk, Ahmed, & Lee, 2006). Infants' biological sex is labeled at birth, almost always based solely on external genital appearance; this is referred to as one's assigned sex at birth[10]. Gender identity refers to a person's deeply felt, inherent sense of being a girl, woman or female; a boy, a man or

male; a blend of male or female; or an alternative gender (Bethea, 2013; Institute of Medicine, 2011). Gender expression refers to the ways a person communicates their gender within a given culture, including clothing, communication patterns, and interests; a person's gender expression may or may not be consistent with socially prescribed gender roles or assigned sex at birth, and may or may not reflect his or her gender identity (American Psychological Association, 2008).

Similar to sexual orientation, significant changes have occurred over time in the scientific understanding of gender. Though one's biological sex, gender identity, and gender expression are distinct constructs, society expects that they will align, and for most individuals this is true – that is, most individuals who are assigned female at birth identify as girls or women and adopt a feminine gender expression, while most individuals who are assigned male at birth identify as boys or men and adopt a masculine gender expression[11](American Psychological Association, 2015a). However, for some individuals, these constructs do not align. The term transgender refers to individuals whose gender identity is not consistent with their sex assigned at birth. The term gender diverse (or gender nonconforming) refers to individuals whose gender expression does not conform to the stereotypical norms in their culture for their assigned sex at birth. Research in recent decades has also challenged the perception of gender as a binary construct with mutually exclusive categories of male or female, boy or girl, man or woman (American Psychological Association, 2015a; Steensma, Kreukels, de Vries, & Cohen-Kettenis, 2013). It has also often been assumed that one's gender identity – that is, the deeply felt, inherent sense of one's gender – always aligns with sex assigned as birth (American Psychological Association, 2015a). Scientists now recognize that a wide spectrum of gender identities and gender expressions exist (and have always existed), including people who identify as either man or woman, neither man nor woman,

a blend of man and woman, or a unique gender identity (Harrison, Grant, & Herman, 2012; Kuper, Nussbaum, & Mustanski, 2012).

Furthermore, scientists and clinicians now understand that identifying with a gender that does not align with sex assigned at birth, as well as a gender expression that varies from that which is stereotypical for one's gender or sex assigned at birth, is not inherently pathological (American Psychological Association, 2015a; Coleman, et al., 2012; Knudson, De Cuypere, & Bockting, 2010) and does not always require clinical attention (Steensma, Kreukels, et al., 2013). However, people may experience distress associated with discordance between their gender identity and their body or sex assigned at birth (i.e., gender dysphoria) as well distress associated with negative social attitudes and discrimination (Coleman, et al., 2012). This paradigmatic shift in the understanding of diverse gender identities and expressions was reflected in the replacement of Gender Identity Disorder with Gender Dysphoria in the 2013 edition of the Diagnostic and Statistical Manual of Mental Disorders (American Psychiatric Association, 2013a). The diagnosis of Gender Dysphoria, which is marked in children and adolescents by clinically significant distress encountered by the discordance between biological sex and gender identity that disrupts school or social functioning, depathologizes diverse gender identities and expressions, instead focusing on the potential psychosocial challenges associated with gender diversity (American Psychiatric Association, 2013a; Simons, et al., 2014; Vance, et al., 2014).

## Sexual Orientation and Gender in Childhood

### Sexual Orientation in Childhood

Sexual orientation, as usually conceptualized, begins at or near adolescence with the development of sexual feelings (APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009). While children display aspects of sexuality from infancy, and almost universally develop sexual feelings by adolescence or earlier, the limited

research focused on children's sexuality generally does not assess sexual orientation (Adelson & AACAP CQI, 2012). Therefore, little is known about sexual orientation in pre-pubertal children, and no direct research on sexual orientation in pre-pubertal children has been conducted. Studies that have retrospectively asked lesbian, gay, and bisexual adults about their childhood experiences have reported that LGB adults often describe having had same-gender emotional and sexual feelings and attractions from childhood or early adolescence; many recall a sense of being different even earlier in childhood (APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009).

### Gender Identity and Gender Expression in Childhood

Gender-related development begins in infancy and continues progressively throughout childhood. Research has focused on three key concepts: gender constancy, gender consistency, and gender identity. On average, children develop gender constancy – stability across time in identification of their gender – between ages 3 to 4 (Kohlberg, 1966) and gender consistency – recognition that gender remains the same across situations – between ages 4 to 7 (Siegal & Robinson, 1987). The development of gender identity appears to be the result of a complex interplay between biological, environmental, and psychological factors (Steensma, Kreukels, et al., 2013). For most people, gender identity develops in alignment with one's sex assigned at birth. However, for some individuals, gender identity may not align with one's assigned sex at birth, and the period during which gender identity is clarified and solidified is unclear (Diamond & Butterworth, 2008; Steensma, Kreukels, et al., 2013). There is no single trajectory of gender identity development for gender minority children.

It is important to note that research on gender identity issues among children is largely clinical in nature and focuses on the treatment and intervention of Gender Dysphoria and, previously, Gender Identity Disorder[12](APA Task Force on Gender Identity and Gender Variance, 2009). Though there

have been no epidemiological studies to determine the prevalence of gender diverse and transgender children or adolescents, there has been a notable increase in the number of gender minority youth presenting to specialty gender clinics in the past decade (Vance, et al., 2014). Recent evidence indicates that as a culture becomes more supportive of gender diversity, more children are affirming a transgender identity or diverse gender expressions (Vance, et al., 2014).

Some gender non-conforming children experience significant distress, currently termed *gender dysphoria*. Signs of gender dysphoria may emerge as early as the preschool years; children as young as two years may indicate that they want to be another gender, express dislike for the gender associated with their sex assigned at birth, express anatomic dysphoria, and state that they want to be another gender as soon as they can express language (Cohen-Kettenis, 2005). For most gender minority children, gender dysphoria does not persist through adolescence. Existing research suggests that between 12 percent and 50 percent of children attending a specialty clinic for gender dysphoria may persist in their identification with a gender different than sex assigned at birth into late adolescence and young adulthood (Drummond, Bradley, Peterson-Badali, & Zucker, 2008; Steensma, McGuire, Kreukels, Beekman, & Cohen-Kettenis, 2013; Wallien & Cohen-Kettenis, 2008). These studies were based on clinical samples of youth and many of the researchers categorized youth no longer attending the clinics (whose gender identity may be unknown) as no longer gender dysphoric, and so this research likely underestimates the percentage of youth who persist with a cross-gender or transgender identity (American Psychological Association, 2015a).

The fact that a large proportion of gender minority children do eventually develop a gender identity consistent with their sex assigned at birth has been viewed as evidence of the malleability of gender identity (Zucker, 2004; Zucker & Bradley, 1995). However, this conclusion has been challenged in recent years by some scholars. These researchers and clinicians have pointed out that the diagnostic criteria for Gender Dysphoria (and, previously, Gender Identity Disorder) in Childhood includes indicators that might denote gender dysphoria or gender identity, but might also simply be markers of diverse gender expression (for example, children's play preferences; Steensma, Biemond, de Boer, & Cohen-Kettenis, 2011; Steensma, McGuire, et al., 2013). These scholars have suggested that the inclusion in study samples of many children with diverse gender expressions who may not have gender dysphoria could explain the large proportion of gender minority children who eventually do not meet the diagnostic criteria in adolescence (Hidalgo et al., 2013; Wallien & Cohen-Kettenis, 2008).

One of gender's greatest complexities is that some people never identify with the sex they were assigned at birth, some people consistently identify with the sex they were assigned at birth, and still others vary over time. Gender minority children follow two trajectories[13]: On the first, children will experience gender dysphoria through adolescence and adulthood (unless dysphoria is mitigated through social or medical transition) and will identify as transgender or as a gender different from that assigned at birth. On the other trajectory, gender minority children will develop to be cisgender individuals, i.e., they will eventually identify with a gender consistent with their sex assigned at birth (Simons, et al., 2014). Gender minority children who eventually develop a cisgender identity are more likely to identify as lesbian, gay, or bisexual in adolescence and young adulthood (Bailey & Zucker, 1995; Drescher, 2014; Leibowitz & Spack, 2011; Wallien & Cohen-Kettenis, 2008). It is unknown whether gender minority children who develop a cisgender identity continue to express their gender in ways that do not conform to stereotypical gender norms, as this has not been studied. No prospective data exist on factors that might predict for any particular child which trajectory they will follow. There is, however, recent retrospective evidence identifying factors that are more common among children who eventually identify as transgender: early cognitive ("I am a girl") rather than affective ("I feel like a girl") assertion of gender; consistent and firm gender-

fluid or gender-crossing expressions and identity; and distress about the incongruence between their physical sex characteristics and affirmed gender (Steensma, Biemond, de Boer, & Cohen-Kettenis, 2011; Steensma, McGuire, et al., 2013; Vance, et al., 2014).

## Clinical Issues in Childhood

Researchers have not systematically investigated whether children experience distress related to their sexual orientation. No published research suggests that children are distressed about their sexual orientation. When pre-pubertal children are referred to behavioral health professionals for concerns related to sexual orientation, such referrals are often precipitated by a parent or guardian's concern or distress about a child's behavior – generally, a failure to conform to stereotypical gender role behaviors – and possible future sexual orientation (APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009). Research has shown that gender diverse children who develop a cisgender identity do have a higher likelihood of identifying as a sexual minority in adulthood, and that some (but not all) sexual minority adults recall gender nonconforming behaviors in childhood (APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009). It is unknown whether cisgender lesbian, gay, and bisexual adults who were treated by behavioral health providers as youth experienced distress related to their gender nonconformity (APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009).

Gender minority children are not a monolithic group: some gender diverse children are distressed; while others are not distressed, but may be referred for mental health care because of parental concerns related to their gender or perceived future sexual orientation. Among those who are distressed, the source of distress varies. Some gender diverse children are distressed by their primary sex characteristics or by the anticipation of future sex characteristics, while others are not (Coleman, et al., 2012; Vance, et al., 2014). In addition to anatomical dysphoria, children's feelings of gender

typicality, gender contentedness, and pressure to conform to stereotypical gender norms also appear related to children's psychosocial adjustment. Researchers have reported on the relationships between these various components of gender identity and indicators of children's psychosocial adjustment, such as self-esteem, internalizing and externalizing problems, and social competence with peers (Carver, Yunger, & Perry, 2003; Egan & Perry, 2001; Yunger, Carver, & Perry, 2004).

Gender minority children, on average, have poorer relationships with parents (Adelson & AACAP CQI, 2012; Alanko et al., 2009) and peers (Smith & Leaper, 2006; Zucker, 2005), experience high rates of mistreatment from peers (D'Augelli, Grossman, & Starks, 2006), and are at increased risk of physical and sexual abuse in childhood, as compared to their gender conforming peers (Roberts, Rosario, Corliss, Koenen, & Austin, 2012). Clinical samples of gender minority children with gender dysphoria have increased rates of internalizing disorders, such as depression and anxiety (de Vries, et al., 2011; Spack et al., 2012) and behavioral problems (Simons, et al., 2014; Zucker, 2004), as compared to the general population of children. Behavioral issues among those with gender dysphoria increase with age; poor peer relations explain most of the variance in behavioral problems among children with gender dysphoria (Zucker, 2004). Negative social attitudes or rejection are likely related if not the direct causes of these psychological difficulties (Vance, et al., 2014). Additionally, autism spectrum disorders appear to occur more commonly among clinical samples of children with gender dysphoria than among children in the general population, though the reason for this increased co-occurrence, and whether this increased co-occurrence also occurs outside of clinic populations, is not fully understood (de Vries, et al., 2010; Edwards-Leeper & Spack, 2012).

## Sexual Orientation and Gender in Adolescence

### Sexual Orientation in Adolescence

Significant physical, cognitive, and social development occurs during adolescence. Sexual minority adolescents face the same developmental tasks that accompany adolescence for all youth, including sexual identity development. Unlike those with a heterosexual orientation, however, adolescents with a minority sexual orientation must navigate awareness and acceptance of a socially marginalized sexual identity; potentially without family, community, or societal support. Various factors affect the trajectory of development related to sexual orientation, and there is not a single or simple trajectory experienced by all individuals (Diamond, 2006, 2008; Diamond & Savin-Williams, 2000; Dube & Savin-Williams, 1999; Horowitz & Newcomb, 2001). In a large prospective cohort study of adolescents living throughout the U.S., 12 percent of males and 22 percent of females at one point indicated a minority sexual orientation identity (i.e., mostly heterosexual, bisexual, mostly homosexual, or completely homosexual; Ott, Corliss, Wypij, Rosario, & Austin, 2010)[14]. Compared to earlier cohorts, today's sexual minority adolescents are developing an awareness of their sexual orientation and disclosing their sexual orientation to others earlier than previous generations, frequently disclosing their sexual orientation or "coming out" as lesbian, gay, or bisexual in middle or high school (Diamond & Savin-Williams, 2000; Floyd & Bakeman, 2006; Grov, et al., 2006; R. C. Savin-Williams, 2001; R.C. Savin-Williams, 2005). This earlier disclosure means that adolescents are now often coming out while still dependent on their families and communities for emotional and instrumental support.

### Gender Identity in Adolescence

Gender minority adolescents include both youth who realized a transgender identity or gender diverse presentation in childhood (i.e., early-onset individuals) and youth for whom gender dysphoria first emerges in adolescence (i.e., later-onset individuals). Adolescence is a crucial period for the consolidation of gender identity and persistence of gender dysphoria in early-onset individuals and for the initiation of gender dysphoria in later-onset individuals (Steensma, McGuire, et al., 2013). Youth for whom gender dysphoria first emerges in adolescence may have no history of a gender diverse expression or gender identity questioning in childhood (Edwards-Leeper & Spack, 2012; Wallien & Cohen-Kettenis, 2008). The onset of typical physical changes associated with puberty is often associated with worsening of anatomical dysphoria and distress in adolescents with gender dysphoria (Byne, et al., 2012; Coleman, et al., 2012). Increasing numbers of adolescents have already starting living in their desired gender role upon entering high school (Cohen-Kettenis & Pfäfflin, 2003) and many (but not all) adolescents with gender dysphoria express a strong desire for hormone therapy and gender affirming surgeries (Coleman, et al., 2012).

When gender dysphoria persists through childhood and intensifies into adolescence, the likelihood of long-term persistence of gender dysphoria and identification as transgender in adulthood increases. Two different follow up studies reported that 50-67 percent of adolescents attending a specialty clinic for gender dysphoria went on to have gender affirming surgeries, suggesting high rates of persistence (Cohen-Kettenis & van Goozen, 1997; Smith, van Goozen, & Cohen-Kettenis, 2001). Since not all individuals with gender dysphoria have gender affirming surgeries, the percentage of adolescents in these study samples who continued to experience gender dysphoria is likely higher than 50-67 percent; in fact, the Smith et al. (2001) study suggested that a considerable number of the patients who did not have gender affirming surgeries still experienced gender dysphoria four years later.

## Clinical Issues in Adolescence

Although many sexual and gender minority youth successfully navigate the challenges of adolescence, others experience a variety of mental health and psychosocial concerns. In comparison with their heterosexual and cisgender counterparts, sexual and gender minority adolescents are at increased risk for psychological distress and substance use behaviors, including depressive symptoms, increased rates of substance use and abuse, suicidal ideation and attempts, as well as increased likelihood of experiencing victimization, violence, and homelessness (Coleman, et al., 2012; Corliss, et al., 2010; Friedman, et al., 2011; Garofalo, et al., 2006; Goldbach, et al., 2014; Hatzenbuehler, 2011; Institute of Medicine, 2011; Kann, et al., 2011; Liu & Mustanski, 2012; Marshal, et al., 2011; Mustanski, et al., 2010; S. T. Russell, 2003; Simons, et al., 2014). Sexual and gender minority youth who lack supportive environments are especially vulnerable to these negative outcomes (for example, research from Kosciw, et al., (2014), Ryan, Huebner, Diaz, & Sanchez, (2009), and Travers, et al. (2012)).

Pubertal development can be especially distressing for transgender adolescents and can set off a cascade of mental health problems during adolescence (Byne, et al., 2012; Coleman, et al., 2012). Mental health challenges are more common among adolescents with gender dysphoria than among children with gender dysphoria (Byne et al., 2012), which may be due to peer ostracism that increases with age (APA Task Force on Gender Identity and Gender Variance, 2009). Additionally, as with children, the prevalence of autism spectrum disorders appears to be higher among clinical samples of adolescents with gender dysphoria than among the general population of adolescents (de Vries, et al., 2010; Edwards-Leeper & Spack, 2012). Adolescents with autism spectrum disorders (ASD) would benefit from careful assessment distinguishing between symptomatology related to gender dysphoria and symptoms related to ASD. de Vries, et al. (2010) reported a rate of autism spectrum disorders 10 times higher among children and adolescents referred to their gender clinic

in Amsterdam, Netherlands as compared to the general population. This research only examined cases of severe autism and not milder versions such as Asperger's disorder, which Edwards-Leeper and Spack (2012) reported being more commonly seen among patients in the GeMS clinic in Boston, especially among those with a late-onset of gender dysphoria. The question of whether gender dysphoria is simply a symptom of autism spectrum disorder among youth with ASD has been raised by behavioral health providers; Edwards-Leeper and Spack (2012) suggest that it is also worth questioning validity of the autism diagnosis among transgender youth, particularly those with Asperger's disorder, as it is possible that social awkwardness and lack of peer relationships are the result of feeling isolated and rejected due to gender identity and expression (Edwards-Leeper & Spack, 2012). More research is needed into appropriate treatment for sexual and gender minority children and adolescents with developmental disabilities as well; behavioral health providers should not presume that young people with developmental disabilities cannot also be sexual and gender minorities.

## Influences on Health and Well-Being

The increased risks faced by sexual or gender minority youth are not a function of their identity. Rather, these risks stem from the stresses of prejudice, discrimination, rejection, harassment, and violence (Bockting et al., 2013; Harper & Schneider, 2003; Hendricks & Testa, 2012; Meyer, 1995). The presence of sexual orientation- and gender-related stressors – and opportunities for support – encompasses multiple social systems, including family, school, and religious networks (U. Bronfenbrenner, 1979; U. Bronfenbrenner, 2005; Harper, 2007); Mustanski, Birkett, Greene, Hatzenbuehler, & Newcomb, 2013)[15]. Therefore, when a distressed sexual and gender minority adolescent is evaluated by a behavioral health provider, it is imperative to assess the broader family and community systems in which the child lives, in addition to individual issues. Assessing

not only the adolescent's level of distress, but also identifying the source(s) of distress and support are vital components of a comprehensive assessment.

## Family

Family response to an adolescent's sexual orientation, gender identity, or gender expression has a significant impact on the adolescent's wellbeing. Parents can serve as both a source of stress and a source of support for sexual and gender minority youth (Bouris, et al., 2010; Ryan, Russell, Huebner, Diaz, & Sanchez, 2010; Travers et al., 2012). Negative parental responses to sexual orientation or gender are associated with young people's psychological distress; however, parent-child relationships characterized by closeness and support, however, are an important correlate of mental well-being. Research by Doty, Willoughby, Lindahl and Malik (2010) has emphasized the benefits of sexuality-specific family and peer support to sexual minority adolescents' well-being.

Sexual and gender minority adolescents are at increased risk for experiencing violence and victimization, including psychological, physical, and sexual abuse from those within their families compared to adolescents from the general population (Friedman, et al., 2011; Roberts, et al., 2012). Past parental verbal and physical abuse has been associated with suicide attempts in transgender adolescents (Grossman & D'Augelli, 2007). These adolescents may also be ejected from their homes or run away, contributing to the overrepresentation of sexual and gender minority adolescents among the nation's homeless youth; 20-40 percent of all homeless youth identify as lesbian, gay, bisexual, or transgender (Durso & Gates, 2012; Ray & National Gay and Lesbian Task Force, 2006). Some data suggest that, compared to cisgender youth who conform to stereotypical gender norms, transgender and other adolescents whose gender expressions do not conform to stereotypical norms have a higher risk of abuse from family members (Roberts, et al., 2012; Roberts, Rosario, Slopen, Calzo, & Austin, 2013).

Furthermore, the level of family acceptance or rejection an adolescent experiences appears to have effects that extend into young adulthood. Data from the Family Acceptance Project have shown that sexual and gender minority young adults who experienced high levels of family rejection during adolescence fared significantly worse than those who experience low levels of family rejection in terms of depression, substance abuse, sexual risk behaviors, and suicide attempts (Ryan, Huebner, Diaz, & Sanchez, 2009); conversely, high levels of family acceptance in adolescence predicted greater self-esteem, social support, and general health status, and protected against depression, substance abuse, and suicidal ideation and behaviors in young adulthood as compared to those with low levels of family acceptance in adolescence (Ryan, et al., 2010).

## Religion & Spirituality

When considering family and community influences, an adolescent's religious background is also an important factor. Religious beliefs and background are far-reaching influences that encompass multiple arenas of one's life, including: personal and family religious identity, beliefs and coping; family attitudes, beliefs and relationships; and community character and support. Religious views of homosexuality in the United States vary widely (Moon, 2014), and religion can have a large influence on sexual minority adolescents' mental health and wellbeing (cf. Ream & Savin-Williams, 2005; Page, Lindahl, & Malik, 2013). Though research on who seeks conversion therapy to change sexual orientation is lacking, it appears that such requests occur primarily among religious communities that view minority sexual orientations as undesirable or morally wrong (APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009).

Though religiosity is often associated with better psychosocial adjustment among young people in general, sexual minority youth may feel rejected by their religion or experience conflict between their sexual orientation and religious identities (Cotton, Zebracki, Rosenthal, Tsevat, & Drotar,

2006). However, various ways in which adolescents and young adults reconcile this conflict have been identified (Meanley, Pingel, & Bauermiester, 2015; Ream & Savin-Williams, 2005). Sexual minority youth growing up in more conservatively religious families are, on average, exposed to more messages that portray minority sexual orientations as undesirable or morally wrong (Schope & Eliason, 2000), which are associated with shame, guilt, and internalized homophobia (Ream & Savin-Williams, 2005). Sexual minority adolescents with religious parents may be less likely to disclose their sexual orientation to others (Schope, 2002; Stewart, Heck, & Cochran, 2015). Some research has indicated that involvement with religious or spiritual belief systems that cast rejecting or disapproving messages about sexual minorities is associated with greater psychosocial challenges, including increased internalized homophobia (Meanley, Pingel, & Bauermeister, 2015; Page, Lindahl, & Malik, 2013).

Religiosity or spirituality can be a deeply affirming and supportive aspect of identity, including for sexual minorities from faith communities. Research with adults indicates that affirming religious environments – that is, those that are inclusive and supportive of sexual minorities –may be associated with improved psychological wellbeing and reduced internalized homophobia (e.g., research from Lease, et al. (2005) and Yakushko (2005). Research from Hatzenbuehler, Pachankis, and Wolff (2012) supports the benefit of affirming religious environments for youth as well; the researchers reported that lesbian, gay, and bisexual high school students who lived in Oregon counties with a supportive religious climate (i.e., counties where the majority of religious individuals adhered to a religious denomination supportive of minority sexual orientations) had significantly fewer alcohol abuse symptoms and fewer sexual risk behaviors than those living in counties with a less supportive religious climate.

It is important not to reify categories within faiths such as "traditional", "liberal", "affirming" and "non-affirming"; religion and spirituality are complex, nuanced aspects of human diversity.

Parents from faith backgrounds have reactions that are similar in essential ways to all parents (e.g., sense of loss, desire for information, coming to terms with difference between hopes and reality; Maslowe and Yarhouse, 2015). Research indicates that families who identify superordinate goals such as unconditional love, mercy, forgiveness, and respect for all human beings can remain connected to their children in positive ways (Ryan et al, 2009; Maslowe & Yarhouse, 2015).

Given the great potential impact of religion on the lives of sexual and gender minority youth, little research has been done in this area with sexual minority adolescents and almost none has been completed with gender minority adolescents; further, almost no research has focused on sexual minority youth or adults in the United States from non-Christian religious backgrounds (cf. Harari, Glenwick, & Cecero, 2014; Siraj, 2012). It is unknown whether similar relationships between various aspects of religion and well-being would be seen among gender minority youth and among sexual and gender minority youth from non-Christian religious backgrounds.

## School

Sexual and gender minority adolescents may also experience a myriad of sexual orientation and gender-related stressors in the school environment, where they spend a large portion of their time. The climates of U.S. middle and high schools are generally unsupportive and unsafe for many sexual and gender minority youth, who experience high levels of verbal and physical harassment and assault, sexual harassment, social exclusion and isolation, and other interpersonal problems with peers (Kosciw, Greytak, & Diaz, 2009). In the most recent National School Climate Survey, the Gay, Lesbian & Straight Education Network (GLSEN) found that 55.5 percent of surveyed sexual and gender minority students felt unsafe at school because of their sexual orientation and 37.8 percent felt unsafe because of their gender expression (Kosciw, et al., 2014). Most students reported hearing homophobic remarks and negative remarks about their gender expression at school

from fellow students and teachers or other school staff; a third of students reported hearing negative remarks specifically about transgender people. Of the students surveyed, 74.1 percent of surveyed students were verbally harassed, 36.2 percent were physically harassed, 16.5 percent were physically assaulted, and 49.0 percent were cyberbullied in the past year because of their sexual orientation. On average, sexual minority students of color and students who did not conform to stereotypical gender roles experienced higher frequencies of victimization. Over half of the students surveyed experienced policies that were discriminatory based on sexual orientation, gender identity, or gender expression at school. Transgender students were particularly targeted by some discriminatory policies: 42.2 percent of transgender students had been prevented from using their preferred name; 59.2 percent were required to use a bathroom or locker room of their legal sex; and 31.6 percent were not allowed to wear clothes consistent with their gender identity.

This mistreatment has a significant effect on sexual and gender minority adolescents' mental health and wellbeing. Those who experience victimization due to sexual orientation or gender expression are more likely to report depressive symptoms, suicidality, and low self-esteem (Burton, Marshal, Chisolm, Sucato, & Friedman, 2013; Kosciw, et al., 2014). Experiences of victimization and discrimination are linked to negative academic outcomes, including missing school, lower grades, and not planning to pursue post-secondary education (Kosciw, et al., 2014). Further, these effects may last into young adulthood (Russell, Ryan, Toomey, Diaz, & Sanchez, 2011). Victimization from peers and school staff, combined with discriminatory policies, likely contributes to the over-representation of sexual and gender minorities in the juvenile justice system: though sexual and gender minority youth comprise only five to seven percent of the nation's youth, it is estimated that 13 to 15 percent of youth in the juvenile justice system are sexual and gender minority youth (Majd, Marksamer, & Reyes, 2009).

School and peer networks can also be a place where

sexual and gender minority youth find support. The presence of friends to whom youth can be out about their sexual orientation or gender identity has been linked to mental health and wellbeing (Doty & Brian, 2010; Elizur & Ziv, 2001). Sexual and gender minority friends may be of particular importance, as they are more likely than heterosexual and cisgender friends to provide support for sexuality-related stress, which is associated with lower levels of both emotional distress and sexuality distress (Doty, et al., 2010; Snapp, Watson, Russell, Diaz, & Ryan, 2015). Additionally, both the presence of and participation in a Gay-Straight-Alliance (GSA) – a student-led, school-based club aiming to provide a safe place for LGBTQ students – has beneficial outcomes for sexual and gender minority students (for example, research from Goodenow, Szalacha, and Westheimer (2006), Kosciw, Greytak, Diaz, and Bartkiewicz (2010), Toomey, Ryan, Diaz, and Russell (2011), and Walls, Kane, and Wisneski (2010)).

## Identity Development

Sexual and gender minority adolescents may experience identity conflict when reconciling a sexual minority identity that may conflict with the expectations of their family, peers, and community. Difficulty with the identity development process, such as difficulty accepting one's sexual orientation and dissonance between one's self-image and societal beliefs about sexual minorities, can increase internalized homophobia (Page et al., 2013). Sexual orientation conflict has been linked to negative psychosocial outcomes in adolescents and young adults (Willoughby, Doty, & Malik, 2010). Furthermore, a negative self-image as a sexual minority contributes to the relationship between sexuality-specific stressors, including family rejection and victimization, to poorer mental health outcomes (Page, et al., 2013; Willoughby, et al., 2010).

Though less research has been done with gender minority adolescents overall, and especially on topics related to identity, internalized transphobia is expected to have a deleterious effect on mental health (Hendricks & Testa, 2012). Therefore,

important areas of focus for behavioral health professionals who work with sexual and gender minority adolescents include internalized homophobia, transphobia, and clients' minority identity.

## Intersecting Identities

Finally, sexual and gender minority adolescents are not a single, homogenous population; individuals may hold multiple minority identities. Race, ethnicity, sex assigned at birth, social class, religion, disability, and immigration status may each confer their own unique minority identities, stressors, and strengths that interact with those related to sexual orientation and gender identity and expression. Sexual and gender minority youth have multiple, interlocking identities defined by relative sociocultural power and privilege that shape individual and collective identities and experiences (Crenshaw, 1991; Parent, DeBlaere, & Moradi, 2013; Shields, 2008; Yarhouse & Tan, 2005). Though a full review is beyond the scope of this report, research has begun to identify some of the ways that sexual and gender minority adolescents' experiences vary by race/ethnicity (Corby, Hodges, & Perry, 2007; Grov, et al., 2006; Kosciw, et al., 2014; Ryan, et al., 2009; Ryan, et al., 2010), immigration status (Daley, Solomon, Newman, & Mishna, 2008; Ryan, et al., 2009; Ryan, et al., 2010), gender (Bontempo & D'Augelli, 2002; Ryan, et al., 2009), gender expression (Hidalgo, Kuhns, Kwon, Mustanski, & Garofalo, 2015; Roberts, et al., 2012; Roberts, et al., 2013; Toomey, Ryan, Diaz, Card, & Russell, 2010), and socioeconomic status (Kosciw, et al., 2009; Ryan, et al., 2009; Ryan, et al., 2010). Behavioral health professionals working with sexual and gender minority youth should be aware of and responsive to the intersecting identities held by young people when considering the effects of minority stress on mental health and wellbeing. Given the gaps in our understanding, more research on the experiences of adolescents who hold multiple marginalized identities is needed in order to understand both the unique strengths and sources resilience, as well as the stressors youth and their families may experience.

# Therapeutic Efforts with Sexual and Gender Minority Youth

## Introduction[16]

Despite dramatic social changes in the recognition of same-gender relationships and families and transgender identities, sexual and gender minority children and adolescents and their families face misinformation, negative social attitudes and discrimination that can pose challenges for child development and family acceptance. Behavioral health providers may receive referrals for treatment that include requests to change a child or adolescent's actual, perceived, or future sexual orientation or same-gender sexual behaviors, gender identity, or gender expression. Requests for conversion therapy most often come from a parent or guardian, or more rarely, a child or adolescent.

In providing services to children, adolescents, and families experiencing distress related to sexual orientation or gender, behavioral health providers should consider the following as the scientific basis of treatment[17]:

- Same-gender sexual identity, behavior, and attraction do not constitute a mental disorder;
- Transgender identities and diverse gender expressions do not constitute a mental disorder;
- Same-gender sexual attractions are part of the normal spectrum of sexual orientation and occur in the context of a variety of sexual orientations and gender identities;
- Variations in gender identity and expression are normal aspects of human diversity, and binary definitions of gender may not reflect emerging gender identities;
- Gay men, lesbians, bisexual and transgender individuals can lead satisfying lives as well as form stable, committed relationships and families.

## Conversion Therapy

Lesbian, gay, and bisexual orientations are normal variations of human sexuality and are not mental health disorders; therefore, treatment seeking to

change an individual's sexual orientation is not indicated. Thus, behavioral health efforts that attempt to change an individual's sexual orientation are inappropriate. In 2009, the APA Taskforce on Appropriate Therapeutic Responses to Sexual Orientation Change Efforts conducted a thorough review of peer-reviewed literature published on conversion therapy. The APA Taskforce concluded that no methodologically-sound research on adults undergoing conversion therapy has demonstrated its effectiveness in changing sexual orientation. There have been no studies on the effects of conversion therapy on children, though adults' retrospective accounts of their experiences of conversion therapy during childhood or adolescence suggests that many were harmed (American Psychological Association, 2009). No new studies have been published that would change the conclusions reached in the APA Taskforce's 2009 review.

Given the lack of evidence of efficacy and the potential risk of serious harm, every major medical, psychiatric, psychological, and professional mental health organization, including the American Psychological Association, the American Psychiatric Association, the National Association for Social Work, the Pan American Health Organization, and the American Academy of Child and Adolescent Psychiatry, has taken measures to end conversion therapy efforts to change sexual orientation. To the extent that children and adolescents experience distress related to their sexual orientation, treatment efforts should focus on identifying and ameliorating the sources of distress.

The discussion surrounding conversion therapy with gender minority youth is complicated by the fact that though diverse gender expressions and transgender identities are now understood to be part of the normal spectrum of human gender (American Psychological Association, 2015a; Coleman, et al., 2012; Knudson, De Cuypere, & Bockting, 2010), there remains a related psychiatric diagnosis: Gender Dysphoria (formerly Gender Identity Disorder (American Psychiatric Association, 2013a). Although there is much debate over whether Gender Dysphoria should remain a psychiatric diagnosis (for example, see Bockting

& Ehrbar (2005)), such a discussion is beyond the scope of this report. However, the shift from Gender Identity Disorder to Gender Dysphoria in version five of the Diagnostic and Statistical Manual of Mental Disorders does reflect a shift away from a pathological view of gender diversity towards a focus on the distress experienced as a result of the incongruence between one's physical body and gender identity (American Psychiatric Association, 2013a; Simons, et al., 2014; Vance, et al., 2014). Thus, the distress remains the target of intervention, rather than gender identity. There is also scientific consensus that for many people, medical intervention in the form of hormone therapy or gender affirming surgeries may be medically necessary to alleviate gender dysphoria (American Medical Association, 2008; American Psychological Association, 2008; Anton, 2009; World Professional Association for Transgender Health, 2008).

Historically, conversion therapy efforts to make children's behaviors, dress, and mannerisms more consistent with those stereotypically expected of their assigned sex at birth (i.e., more stereotypically masculine expression for those assigned male at birth and more stereotypically feminine expression for those assigned female at birth) were the primary clinical approach used with children experiencing gender dysphoria (Vance, et al., 2014; Zucker, 2004). Efforts to change children's gender expression have been made with the goal of preventing a transgender identity, as well as with the goal of preventing a future minority sexual orientation. Such efforts were based on the belief that variations in gender identity and expression are pathological and that certain patterns of family relationships cause a transgender identity or minority sexual orientation; research has not supported these theories or interventions (American Psychological Association, 2009). Because there is scientific consensus that gender dysphoria in adolescence is unlikely to remit without medical intervention, even those who support gender identity change efforts with pre-pubertal children generally do not attempt such efforts with adolescents experiencing gender dysphoria

(Adelson & AACAP CQI, 2012; American Psychological Association, 2008). Alternative affirmative and supportive approaches to therapy with transgender and gender diverse children have been developed and are becoming increasingly common (Edwards-Leeper, Leibowitz, & Sangganjanavanich, in press; Hidalgo, et al., 2013; Lev, 2005; Menvielle & Tuerk, 2002; Menvielle, Tuerk, & Perrin, 2005).

No research has been published in the peer-reviewed literature that demonstrates the efficacy of conversion therapy efforts with gender minority youth, nor any benefits of such interventions to children and their families. Researchers have reported that these interventions are ineffective in decreasing the likelihood of a future same-gender sexual orientation or minority sexual identity (Zucker & Bradley, 1995). In addition to a lack of evidence for the efficacy of conversion therapy with gender minority youth, there are concerns about the ethics of this practice (Byne, et al., 2012; Coleman, et al., 2012) as well as the practice's potential for harm (Minter, 2012; Wallace & Russell, 2013). Although no research demonstrating the harms of conversion therapy with gender minority youth has been published, the potential harms of conversion therapy are suggested by clinicians' observations that the behavioral issues and psychological distress of many children and adolescents with gender dysphoria improves markedly when their gender identities and expressions are affirmed through social and/or medical transition (de Vries, Steensma, Doreleijers, & Cohen-Kettenis, 2011; Edwards-Leeper & Spack, 2012), as well as by the body of literature demonstrating the negative effects of both rejection and a lack of support on the health and well-being of gender minority youth (e.g., research from Kosciw, et al. (2014), Ryan, et al. (2010), and Travers, et al. (2012)).

In conclusion, given the lack of evidence for the efficacy conversion therapy and the fact that conversion therapy efforts are based on a view of gender diversity that runs counter to scientific consensus, in addition to evidence that rejecting behaviors and a lack of support have adverse effects on the psychological well-being of gender minority youth – conversion therapy, as well as any therapeutic intervention with an *a priori* goal for a child's or adolescent's gender expression, gender identity, or sexual orientation, is inappropriate. Given the potential for harm associated with conversion therapy efforts, other affirmative behavioral health interventions are recommended for individual or family distress associated with sexual orientation and gender identity.

## Appropriate Interventions for Distress in Children, Adolescents, and Families[18]

Behavioral health providers are in a unique position to provide accurate information on the development of sexual orientation and gender identity and expression; to increase family and school support; and to reduce family, community and social rejection of sexual and gender minority children and adolescents. The descriptions of interventions below provide general guidance to behavioral health providers working in this area.

### Client-Centered Individual Approaches

Behavioral health providers should provide children, adolescents and their families with developmentally-appropriate multiculturally-competent and client-centered interventions that emphasize acceptance, support, assessment, and understanding. A clear treatment goal is to identify sources of distress and work to reduce any distress experienced by children, adolescents and their families.

Appropriate approaches support children and adolescents in identity exploration and development without seeking predetermined outcomes related to sexual orientation, sexual identity, gender identity, or gender expression. Such approaches include an awareness of the interrelatedness of multiple identities in individual development as well an understanding of cultural, ethnic, and religious variation in families. Specific approaches can include (a) providing a developmentally-informed cognitive, emotional, mental health

and social assessment of the child and family; (b) supporting children and adolescents in their developmental processes and age-appropriate milestones and facilitiating adaptive coping; (c) providing developmentally-appropriate affirmative information and education on sexual orientation, gender identity, gender expression, sexuality, and the identities and lives of *lesbian*, *gay*, *bisexual*, *transgender* people and those who are *questioning* their sexual orientation or gender identity (LGBTQ) to children and adolescents, parents or guardians and community organizations; and, (d) reducing internalized negative attitudes toward same-gender attractions, gender diversity, and LGBTQ identities in children and youth and in parents or guardians and community social institutions (e.g., schools and community social groups).

Behavioral health providers should provide developmentally-sensitive interventions to children and adolescents. Such interventions include a comprehensive evaluation taking into account appropriate developmental emotional and cognitive capacities, developmental milestones, and emerging or existing behavioral health concerns. Specific evaluation procedures for children and adolescents with persistent gender concerns have been described by Leibowitz and Telingator (2012).

Behavioral health providers should not have an *a priori* goal for sexual orientation or gender expression, or identity outcomes. The goal of treatment should be the best level of psychological functioning not a specific orientation or identity. Rather, behavioral health providers should focus on identity development and exploration that allows the child or adolescent the freedom of self-discovery within a context of acceptance and support.

Behavioral health providers should strive to incorporate multicultural awareness into their treatment, considering age, ethnicity and race, gender and gender identity, sexual orientation and attraction, ability and disability issues, religion and spirituality, generation, geographic issues and other notable factors. A key aim is to dispel negative stereotypes and to provide accurate information in developmentally-appropriate terms for children and

adolescents. Identity development is multifaceted and may include multiple and intersecting identities, such as ethnic and racial and religious and spiritual identities. Sexual orientation, gender identity and expression are fluid concepts and in flux, requiring the consideration of generational changes and norms. Supporting youth in age-appropriate tasks such as developing positive peer relationships, positive parent and family relations, dating, exploring gender expression, sexuality, multiple identity development and disclosure as appropriate is a critical consideration. Behavioral health providers should take into consideration potential sources of social support and community resources. Client-centered and exploratory approaches specific to gender minority youth have been discussed in numerous publications (Edwards-Leeper, et al., in press; Hidalgo, et al., 2013; Lev, 2005; Menvielle & Tuerk, 2002; Menvielle, et al., 2005; Yarhouse, 2015c).

Behavioral health providers should describe their treatment plan and interventions to children, adolescents and their families and to ensure the goals of treatment as well as potential benefits and risks are understood. Where appropriate developmentally, behavioral health providers should obtain informed consent with all parties to treatment. If informed consent is not a developmentally appropriate option (as the child cannot cognitively or legally provide consent), behavioral health providers should explain treatment in a developmentally appropriate manner and receive assent for treatment. Interventions that are involuntary, especially those in inpatient or residential settings, are potentially harmful and inappropriate. In addition, interventions that attempt to change sexual orientation, gender identity, gender expression, or any other form of conversion therapy are also inappropriate and may cause harm. Informed consent cannot be provided for an intervention that does not have a benefit to the client.

## Family Approaches

Parental attitudes and behaviors play a significant role in children's and adolescents' adjustment and parents' distress often is the cause of a referral for treatment (APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation, 2009; Ryan et al., 2009, 2010). Family rejection, hostility, and violence are key predictors of negative health outcomes in LGBTQ children and adolescents (Ryan, et al., 2009; Ryan & Rees, 2012). Reducing parental rejection, hostility, and violence (verbal or physical) contributes to the mental health and safety of the child and adolescent (Ryan, et al., 2009; R. Savin-Williams, 1994; Wilbur, Ryan, & Marksamer, 2006).

Family therapy that provides anticipatory guidance to parents and guardians to increase their support and reduce rejection of children and adolescents is essential. Interventions that increase family and community support and understanding while decreasing LGBTQ-directed rejection are recommended for families. School and community interventions are also recommended to reduce societal-level negative attitudes, behaviors and policies, as well as provide accurate information and social support to children, adolescents, and families.

A key focus of treatment should be addressing parental concerns regarding current or future sexual orientation and gender identity. Behavioral health providers should provide family members with accurate developmentally-appropriate information regarding minority sexual orientations and strive to dispel myths regarding the lives, health, and psychological well-being of sexual and gender minority individuals.

Ryan, et al. (2010) recommended that behavioral health providers assess family reactions to LGBTQ children and adolescents, specifically the presence of family rejection. Further, behavioral health providers should attempt to modify highly rejecting behaviors, providing anticipatory guidance to families that include recommendations for support on the part of the family, and explaining the link

between family rejection and negative health problems in children and adolescents. Behavioral health providers should seek ways to ameliorate parents' distress about their children's sexual orientation and/or gender, such as exploring parental attributions and values regarding minority sexual orientations and gender diversity. Family therapy may be helpful in facilitating dialogues, increasing acceptance and support, reducing rejection, and improving management of conflicts or misinformation that may exacerbate a child or adolescent's distress (Mattison & McWhirter, 1995; Ryan, et al., 2009; Salzburg, 2004, 2007). Such therapy can include family psychoeducation to provide accurate information and teach coping skills and problem-solving strategies for dealing more effectively with the challenges sexual and gender minority youth may face and the concerns the families and caretakers may have (Ben-Ari, 1995; Perrin, 2002; Ryan & Diaz, 2005; Ryan & Futterman, 1998; Ryan, et al., 2009; Salzburg, 2004, 2007; Yarhouse, 1998).

When working with families of young children, behavioral health providers should counsel parents who are concerned that their children may grow up to be lesbian, gay, bisexual, or transgender to tolerate the ambiguity inherent in the limited scientific knowledge of development. A two-prong approach may be helpful: (a) provide information to reduce heterosexism and cisgenderism (that is, attitudes and actions that a heterosexual orientation and gender identity and expression that conform to stereotypical norms are preferable to a same-gender sexual orientation, transgender identity, or diverse gender expression) within the family and increase the family's capacity to provide support; and (b) introduce information about sexual and gender minority issues into family discussions to increase the child's own self-awareness and self-acceptance and to counter negative attitudes directed toward the self that might reduce self-esteem. For example, consider ways in which respect and value of all persons is frequently a shared goal. Even in cases in which family members may disagree about decisions each person may make, there may be opportunity to agree on broader principles and

concepts that can lead to mutual understanding (Yarhouse, 2015b).

Families with strong beliefs who see same-gender attractions or relationships and gender diversity as undesirable and contrary to those beliefs may struggle with a child's emerging minority sexual orientation or gender. Ryan and Rees (2012) and Yarhouse (1998; Yarhouse & Tan, 2005; Maslowe & Yarhouse, 2015) have suggested that family therapy focus encouraging love of their child. This involves focusing on superordinate values such as unconditional love and changing behaviors to reduce rejection. The authors stress that these positive steps can lay a constructive foundation for communication and problem solving and reduce family discord and rejection (Yarhouse & Tan, 2005). Ryan, et al. (2009) and Ryan and Rees (2012) focus on reframing family concerns as a manifestation of care and love and focus on teaching non-rejecting ways to communicate those positive emotions. For example, providers can help the family create an atmosphere of mutual respect that ensures the safety of each person from being hurt or bullied as a natural extension of seeing each person as having intrinsic worth (Yarhouse, 2015b). One of the most important messages that can be communicated to a young person is that their safety is important to the provider and to the family. It is helpful to set an atmosphere of mutual respect for one another in the home and then to see the value of extending that to other settings, such as neighborhood, school, and places of worship. Safety in this context is not just physical safety, but also emotional safety (Yarhouse, 2015b).

Many families may feel they have to choose between competence (in a provider) and deeply held beliefs. It is ideal when a family can work with competent providers who also share their deeply held beliefs and who are affirming of sexual orientation and gender diversity. However, when such providers are not available, it is important for families to work with competent providers who will be sensitive to the family's deeply held beliefs and values while offering competent, appropriate services for sexual and gender minority minors (Yarhouse, 2015b). Thus, behavioral

health providers may wish to increase their own competence in working with certain communities with deeply held beliefs and focus on viewing these beliefs through the imperative of multicultural competence and mutual respect (Bartoli & Gillem, 2008). This is includes understanding how to translate between psychology and deeply held beliefs rather than judging those beliefs. Certain language, such as acceptance, might not resonate with communities that have strongly held beliefs, whereas the concept of unconditional love might (Yarhouse, 2015a).

Providing multiculturally-sensitive anticipatory guidance to all parents to address their unique personal concerns can be helpful (Ryan & Futterman, 1998). Behavioral health providers can help the parents plan in an affirmative way for the unique life challenges that they may face as parents of a sexual or gender minority child. Also, parents must deal with their own process of "coming out" and resolve fears of discrimination or negative social reactions if they risk disclosure within their communities, at work, and to other family members (Ryan & Rees, 2012). Further, behavioral health providers can address other stresses, such as managing life celebrations and transitions and coping feelings of loss, and aid parents in advocating for their children in school situations—for example, when they face bullying or harassment. Multiple family groups led by behavioral health providers might be helpful to counter the isolation that many parents experience (Menveille & Tuerk, 2002).

## School and Community Interventions

Research has illustrated the potential that school-based and community interventions have for increasing safety and tolerance of sexual and gender minorities, preventing distress and negative mental health consequences, and increasing the psychological well-being and health of sexual minority children and adolescents (American Psychological Association, 2015c; D'Augelli & Patterson, 2001; Goodenow, et al., 2006; Harper, Jamil, & Wilson, 2007; Kosciw & Diaz, 2006; Safren & Heimberg, 1999). For instance, sexual

and gender minority adolescents in schools with support groups for LGBTQ students reported lower rates of suicide attempts and victimization than those without such groups (Goodenow, et al., 2006; Kosciw & Diaz, 2006; Szalacha, 2003; Toomey, et al., 2011).

These support groups provided accurate affirmative information and social support, and the groups' presence was also related to increased school tolerance and safety for LGB adolescents (Goodenow, et al., 2006; Kosciw & Diaz, 2006; Szalacha, 2003; Toomey, et al., 2011). School policies that increased staff support and positive school climate have been found to moderate suicidality and to positively affect sexual minority children's and adolescents' school achievement and mental health (Goodenow, et al., 2006).

### Additional Appropriate Approaches with Gender Minority Youth

In addition to the appropriate therapeutic approaches described above – comprehensive evaluation, support in identity exploration and development without an *a priori* goal of any particular gender identity or expression, and facilitation of family and community support – social transition and medical intervention are therapeutic approaches that are appropriate for some gender minority youth.

### Social Transition

Social transition refers to adopting a gender expression, name, and pronouns consistent with one's gender identity. Over the past ten years, the age at which individuals socially transition has decreased dramatically, and it has become increasingly common for children to present to specialty gender clinics having already socially transitioned (Cohen-Kettenis & Klink, 2015; Steensma & Cohen-Kettenis, 2011). There is less controversy around social transition with adolescents, for whom gender identity is typically more stable and desistence of gender dysphoria (without social transition or medical intervention) is less common. Gender specialists recommended that

adolescents socially transition at or before the time they begin medically transitioning with hormone therapy, though many adolescents will socially transition earlier (Cohen-Kettenis & Klink, 2015).

There is no research evidence on the benefits vs. risks of social transition among pre-pubertal children, and the impact of social transition on likelihood of persistence or desistence of gender dysphoria has not yet been studied (Adelson & AACAP CQI, 2012; Leibowitz & Telingator, 2012). A divergence of expert opinion exists among specialists treating gender minority children (Adelson & AACAP CQI, 2012; Leibowitz & Telingator, 2012). Given the lack of data on the risks and benefits of social transition in childhood, the American Academy of Child and Adolescent Psychiatry suggests that concerns related to social transition in school environments should be weighed against the risks of not doing so, including distress, social isolation, depression, or suicide due to lack of social support (Adelson & AACAP CQI, 2012). Edwards-Leeper and Spack (2012) outline several factors that need to be considered in determining when and if a child should socially transition, including the child's needs, the potential impact on the child's siblings, whether it is safe for the child to socially transition in his or her community, and emphasizing to the child and family the possibility that the child's gender identity and gender expression may change as development continues.

### Medical Intervention

The appropriateness of medical interventions vary by the age of the child. No medical interventions are currently undertaken or recommended for children with gender dysphoria before the initial onset of puberty. Medical intervention has proven efficacious in improving the well-being of young adolescents with gender dysphoria both during and well after treatment (Cohen-Kettenis & van Goozen, 1997; de Vries, et al., 2011; Smith, et al., 2001), and most adolescents who seek medical intervention usually have extreme forms of gender dysphoria beginning in childhood (Cohen-Kettenis & Klink, 2015). Pubertal suppression and hormone

therapy are medical interventions used to treat gender dysphoria in adolescents.

Medical intervention with gender dysphoric adolescents is a multi-disciplinary endeavor including Behavioral health providers, pediatricians, and often pediatric endocrinologists (Hembree et al., 2009; Leibowitz & Telingator, 2012). A comprehensive assessment, including assessment of the degree of an individual adolescent's gender dysphoria and desire to seek gender reassignment, helps determine the risks and benefits of medical interventions (for featured examples of assessments with children and adolescents, see Leibowitz and Telingator (2012)). Importantly, not all individuals who experience gender incongruence or gender dysphoria necessarily experience a complete cross-gender identity, want hormone therapy as well as gender affirming surgeries, or want to live as the other gender permanently or completely (Coleman et al., 2012).

If a diagnosis of gender dysphoria is assigned and the adolescent desires and is eligible for treatment, readiness for medical treatment must be considered (Cohen-Kettenis & Klink, 2015). Adolescents and their parents or guardians must be informed about possibilities and limitations of pubertal suppression, hormone therapy, and other types of treatment, such as psychological interventions, in order to give full informed consent (Coleman et al., 2012; Vance et al., 2014). Taking into account developmental considerations when working with adolescents is key. Youth should realize that medical intervention or a complement of hormone therapy and gender affirming surgeries are not the only treatment option to solve gender dysphoria, and should realize that gender dysphoria may exist in many forms and intensities (Cohen-Kettenis, Delemarre-van de Waal, & Gooren, 2008). Continued mental health treatment should be offered when an adolescents' gender incongruence requires further exploration and/or when other psychological, psychiatric, or family problems exist. Adolescents receiving medical intervention without these additional concerns may also benefit from continued psychological treatment (Vance et al., 2014); given that pubertal suppression or administration of

hormone therapy occurs over many years during important developmental periods, the need for psychological treatment may change with time as new questions arise (Cohen-Kettenis & Klink, 2015).

Pubertal suppression using gonadotrophin-releasing hormone (GnRH) analogues prevents the development of unwanted secondary sex characteristics in a peri-pubertal adolescent, which are irreversible and highly distressing for some adolescents with gender dysphoria (Leibowitz & Telingator, 2012). Pubertal suppression is fully reversible and serves as an extended diagnostic period, providing additional time for gender exploration as well as cognitive and emotional development that allows adolescents to become psychologically and neurologically mature enough to make decisions regarding their gender and to provide informed consent years later for the partially irreversible treatment interventions (e.g., hormone therapy) without having to experience distressful, irreversible changes of puberty (Hembree et al., 2009; Edwards-Leeper & Spack, 2012; Leibowitz & Telingator, 2012). Pubertal suppression also has therapeutic effects, often resulting in a large reduction in the distress physical changes of puberty were producing (de Vries et al., 2011; Edwards-Leeper & Spack, 2012).

Pubertal suppression for young adolescents remains controversial, with concern over whether adolescents are able to make far-reaching decisions and understand the impact of pubertal suppression on their lives and over the lack of robust research on the long-term effects of pubertal suppression on brain and bone development in these populations (Cohen-Kettenis & Klink, 2015; Leibowitz & Telingator, 2012). However, results of preliminary research on the long-term effects of pubertal suppression are promising (Delemarre-van de Waal & Cohen-Kettenis, 2006; Cohen-Kettenis, Schagen, et al., 2011; Staphorsius et al., 2015). Abstaining from treatment in adolescence comes with risks as well: adolescents can experience refusal for treatment and the progression of secondary sex characteristic development as extremely psychologically painful, and a refusal

of medical intervention can lead to worse psychological adjustment and risky behaviors (e.g., self-mutilation, self-medication, or suicide; Cohen-Kettenis & Klink, 2015; Leibowitz & Telingator, 2012; Vance et al., 2014). Given the current evidence that diagnosis can be made reliably in adolescence, that gender dysphoria that worsens with puberty rarely subsides afterwards, and that – with careful diagnostic procedures – early pubertal suppression leads to good outcomes with young adults, withholding GnRHa is not considered a neutral option (Cohen-Kettenis & Klink, 2015). According to the Endocrine Society Guidelines, pubertal suppression with GnRH analogues is considered a medical standard of care for adolescents in Tanner stage 2 or 3 of puberty, once appropriate mental health assessments and recommendations are in place (Hembree et al., 2009). However, the importance of full informed consent for both adolescents and their parents or guardians is important and must include awareness and consideration of the risks and benefits involved, as well as an emphasis on continued exploration of gender identity.

The initiation of hormone therapy (estrogen and testosterone blocking medication for those assigned male at birth and testosterone for those assigned female at birth) around age 16 promotes the development of secondary sexual characteristics consistent with one's gender identity (Coleman et al., 2012; Hembree et al., 2009). While a minimum age of 16 was previously a requirement, the optimal time for initiation of hormone therapy is now determined by duration of GnRH analogue use (when used) and the adolescent's psychological state (Cohen-Kettenis & Klink, 2015). Unlike GnRH analogues, which are completely reversible, hormone therapy is only partially reversible. Again, once hormone therapy is indicated and an adolescent has been carefully assessed for readiness, care must be taken to get the informed consent of the adolescent and his or her parents or guardians before hormone therapy is initiated, including a full understanding of the potential risks and benefits of hormone therapy and the impact of hormone therapy on future fertility and options

related to fertility (Cohen-Kettenis & Klink, 2015; Edwards-Leeper & Spack, 2012; Leibowitz & Telingator, 2012). The support of a behavioral health professional during this process can aid an adolescent in adjusting to their changing physical characteristics and the response from people in different aspects of the adolescent's life.

In addition to hormone therapy, some transgender adolescents desire and will eventually pursue gender affirming surgeries. The age of legal consent for surgery is 18, so most surgeries are not performed on adolescents, though behavioral health providers and medical providers working with adolescents may need to obtain and provide knowledge of the surgical processes in order to assist in navigating the emotional issues leading up to gender affirming surgeries; additionally, those assigned female sex at birth may be considered for virilizing mammoplasty beginning at age 16 (Edwards-Leeper & Spack, 2012; Leibowitz & Telingator, 2012).

## Future Directions for Research

Areas of opportunity for future research, as well as the validity and quality of extant research are discussed in several sections of this report and were topics of conversation during the APA Consensus Panel Meeting in July, 2015. Methodologically rigorous, longitudinal, and peer reviewed research is vital to improving our understanding of the complexities of sexual orientation and gender identity and expression among children and adolescents. Several potential areas for future research are identified below.

## Development of sexual orientation and gender identity

Little is known about the development of sexual orientation and gender identity in childhood and adolescence. Basic research on the developmental pathways of these fundamental issues is necessary. How these identities are embedded in cognitive and emotional development and other developmental processes would aid in the understanding of human development as well as appropriate interventions.

## Culturally-specific mitigation of distress relating to sexual orientation, gender identity, and gender expression

More targeted research that acknowledges the intersections of identity, including race, ethnicity, faith, and class, among others, could shed light on positive and appropriate whole-family therapeutic approaches to addressing these issues. Researchers should evaluate these practices and integrate them into behavioral health care. Researchers should also work collaboratively with young people and families from faith communities to better understand the interplay between deeply held religious beliefs and the importance of ensuring the safety and well-being of LGBTQ young people. The work of the Family Acceptance Project, cited throughout this report, speaks to the necessity of an increased focus on approaches specific to various communities including culturally diverse communities and those with deeply held morals and values that include conversations about sexual orientation, gender identity, and gender expression.

## Addressing the needs of disconnected LGBTQ youth

LGBTQ youth experiencing homelessness, in juvenile justice facilities, or otherwise in out-of-home care may lack permanent and stable family connections in part because of family distress around issues relating to their LGBTQ identity. These vulnerable populations, as well as low-income and racial and ethnic minority LGBTQ youth, are often neglected in research studies that most often recruit youth who are already connected to clinics or providers. This need for more representative sampling and better recruitment efforts should be addressed by future researchers interested in sexual orientation and gender identify among youth.

## Long-term Outcomes

More research is necessary to explore the developmental trajectory of sexual orientation, gender identity, and gender expression, in addition to the long-term medical and behavioral health outcomes associated with early experiences of family and community distress due to sexual orientation and gender identity and expression. Other recommended areas of opportunity for long-term research topics include:

- A nuanced exploration of the factors that may differentiate children and adolescents who continue to experience gender dysphoria into adolescence and those who do not.
- Long-term outcomes from early social transition and pubertal suppression (including effects on brain development, sexual health function, fertility, etc.).
- Rigorous evaluation of current practices and protocols, including affirmative models, structural interventions, and culturally-specific models, among others.
- Prospective research focusing on younger children, in partnership with pediatric clinics.
- Sources of distress among sexual and gender minority youth, focusing on distinguishing between internal and external factors that may drive gender dysphoria.
- Methods of supporting positive behavioral health for LGBTQ youth, including building resiliency against suicidality, self-harm and risky behaviors, depression, anxiety, substance abuse, and other behavioral health issues.

## Integration, Collaboration, and Dissemination

Researchers and clinicians should examine and evaluate the best methods of integrating and disseminating best and promising practices for addressing sexual orientation and gender identity and expression among children and youth, and

how to successfully collaborate with parents and guardians, caregivers and providers, and community leaders. This could include conducting studies with these populations focused on knowledge, attitudes, and beliefs relating to efforts to change sexual orientation, gender identity, or gender expression.

Finally, the behavioral health community can work to support community-based organizations to develop common ground and consensus on these topics and promote the health and well-being of youth. This could also include the development of treatment registries, support for sexual health research across the country, and the inclusion of LGBT-specific questions in national behavioral and mental health surveys.

Based on careful review of the research and the consensus of clinical experts in this field, conversion therapy is not an appropriate therapeutic intervention. Consequently, efforts should be taken to end the practice. The Administration has issued a public statement supporting efforts to ban the use of conversion therapy for minors, stating in part:

> *"When assessing the validity of conversion therapy, or other practices that seek to change an individual's gender identity or sexual orientation, it is as imperative to seek guidance from certified medical experts. The overwhelming scientific evidence demonstrates that conversion therapy, especially when it is practiced on young people, is neither medically nor ethically appropriate and can cause substantial harm.*
>
> *As part of our dedication to protecting America's youth, this Administration supports efforts to ban the use of conversion therapy for minors."* (Jarrett, 2015)

PAGE INTENTIONALLY LEFT BLANK



PFR "created something that was groundbreaking. It was the best piece of work ever created by the federal government."

**Sue Thau**

# Approaches to Ending the Use of Conversion Therapy

Several approaches have been employed as mechanisms for eliminating the use of harmful practices, and encouraging positive and appropriate alternatives to discussing issues related to sexual orientation, gender identity, and gender expression with children and adolescents. These efforts will be reviewed in depth in this section:

1. Reducing discrimination and negative social attitudes towards LGBT identities and individuals

   - Adoption of public policies that end discrimination
   - Increasing access to health care
   - Publication of affirmative, culturally competent resources for the public on LGBT individuals and families.

2. Dissemination of information, training and education for behavioral health providers

   - Dissemination of professional association and federal agency documents and resolutions related to ending conversion therapy
   - Guidelines by professional associations on affirmative approaches to LGBTQ children and youth as well as LGBT adults
   - Inclusion of affirmative information and treatment models in professional training curriculum
   - Continuing education on elements of ethical codes and licensing laws relevant to these issues

3. Legislative, regulatory, and legal efforts

   - State and federal legislation that bans sexual orientation and gender identity change efforts
   - Federal and state regulatory actions and additional Administration activities
   - Legal action

## Reducing discrimination and negative social attitudes towards LGBT identities and individuals

Reducing the discrimination and negative social attitudes that many LGBTQ children and adolescents experience can improve health outcomes. As previously discussed, negative social attitudes are stressors that can result in poor mental health. Working with individuals, families, communities, and diverse populations to increase family acceptance and change cultural norms that are unsupportive of sexual and gender minority identities is one way to improve health and well-being overall.

The Administration has taken significant steps to reduce discrimination and negative social attitudes towards LGBT communities,[19] including improving access to health care. Among other notable signals of social acceptance and support, the Administration has:

- Ended the "Don't Ask, Don't Tell" policy in military service for lesbian, gay, and bisexual people, and taken steps to remove barriers to service for transgender people;
- Supported same-sex marriage and ensured that same-sex couples and their families have full access to federal benefits;
- Prevented employment discrimination by federal contractors;
- Advanced policies that expand access to quality healthcare for millions of Americans, including LGBT Americans; and
- Supported public information campaigns, such as the "It Gets Better" Project, which aims to gives LGBTQ youth hope and build public support.

Broad dissemination of supportive actions such as those outlined above serves to both mitigate negative social attitudes, and to build more

accepting ones. SAMHSA, in addition to partner organizations and professional associations, has developed targeted resources geared towards providers working with sexual and gender minority youth and their families.[20]

## Dissemination of information, training and education for behavioral health providers

The major health associations have issued policy statements critical of conversion therapy including the World Health Organization, the American Medical Association, the American Academy of Pediatrics, the American Academy of Child and Adolescent Psychiatry, the American Psychological Association, American Counseling Association, American Psychoanalytic Association, and the National Association of Social Workers, among others. Other Association publications include professional guidelines on affirmative practices for this population (APA, 2011; APA 2015a).

In addition, some professional associations, including the American Academy of Child and Adolescent Psychiatrists, American Psychiatric Association, and the American Psychological Association, have published reports and professional practice guidelines on appropriate therapeutic efforts for this population. These documents provide important resources for providers on the types of interventions that are appropriate for sexual and gender minority children and youth as well as for LGBT adults.[21]

Professional mental health, medical, and social services organizations can require training that includes appropriate interventions for this population. For example, The American Association of Medical Colleges (AAMC) produced a report on *Implementing Curricular and Institutional Climate Changes to Improve Health Care for Individuals Who are LGBT, Gender Nonconforming, or Born with DSD.* As part of this publication, the association indicates that "doctors should be able to demonstrate an investigatory and analytic approach to clinical situations by […] identifying various harmful practices (e.g., historical practice of using

'reparative' therapy to attempt to change sexual orientation; withholding hormone therapy from transgender individuals) that perpetuate the health disparities for [LGBT] patients."

Professional health and mental health associations also have ethical codes (American Psychiatric Association, 2013; American Psychological Association, 2010; National Association of Social Workers, 2008). These codes include provisions that stress aspirational principles and standards for practice that can be applied to sexual and gender minority youth and LGBT individuals broadly. Many of these codes are integrated into state licensing laws and thus govern standards of professional practice.

Experts have suggested that the use of conversion therapy to change the sexual orientation or gender identity of clients may be inconsistent with the aspirational principles of behavioral health professions. For example, conversion therapy might violate the principle of "*Do No Harm*" through techniques that are deleterious rather than beneficial to mental health. Additionally, conversion therapy may be inconsistent with professional standards that treatment be based on the best scientific knowledge and standards of professional competence, in its use of treatments that cannot be justified by established scientific and clinical knowledge in the field, and which imply that variations in sexual orientation and gender identity are not normative. Experts have also suggested that conversion therapy is inconsistent with principles of non-discrimination and justice that guarantee all clients, including sexual and gender minorities, equal access to the benefits of psychology and to equal quality of services. Finally, by denying the inherent worth of LGBT individuals and engaging in an intervention based on negative social or cultural attitudes, practitioners of conversion therapy could potentially violate principles that dictate respect for people's dignity.

## Legislative, regulatory, and legal efforts

Many individuals, organizations, and several state legislatures have taken steps to regulate and eliminate the practice of conversion therapy. Efforts to end the practice of conversion therapy have included legislative bans and causes of action alleging consumer fraud, among others. Future efforts may include federal regulatory action, advancement of legislation at the state and federal level, and additional activities by the Administration.

As of August 2015, four states and the District of Columbia have passed laws banning the practice of conversion therapy for minors, and 21 other states have introduced similar legislation. All of the bills bar mental health providers from practicing conversion therapy on minors; some also include protections for vulnerable adults, restrictions on the use of state funds, and consumer protection provisions.

There is currently no federal ban on conversion therapy. Several bills and resolutions have been introduced in 2015, including H.R. 2450: Therapeutic Fraud Prevention Act; S.Res. 184: Stop Harming Our Kids Resolution of 2015; HR 3060 Stop Child Abuse in Residential Programs for Teens Act of 2015; and H.Con.Res. 36: Expressing the sense of Congress that conversion therapy, including efforts by mental health practitioners to change an individual's sexual orientation, gender identity, or gender expression, is dangerous and harmful and should be prohibited from being practiced on minors. These efforts discourage or ban conversion therapy or require non-discrimination in the provision of services to sexual and gender minority minors.

Stakeholders have also suggested the following as potential federal actions to end conversion therapy:

- Restrictions on the use of federal or state funding for conversion therapy by federal programs, by recipients of such funding, or through health insurance reimbursements.

- Policies for institutions that house out-of-home youth (such as juvenile justice and foster care programs) that prohibit conversion therapy efforts on minors in care. These entities are often licensed by states or receive federal funding.
- Clarification of existing non-discrimination policies to extend to prohibitions on conversion therapy

In addition to legislative and regulatory action, legal action has been explored as a mechanism for ending the use of conversion therapy. Most notably, a jury found in favor of a claim brought under New Jersey's consumer fraud law, finding that a "conversion therapy" program that offered services purported to change people from gay to straight was fraudulent and unconscionable.[23]

In addition, potential claims of discrimination have been raised under the theory that the provision of ineffective and potentially harmful therapy is due solely to an individual's sexual orientation or gender identity.

Notably, the American Bar Association also passed a resolution urging "all federal, state, local, territorial, and tribal governments to enact laws that prohibit state-licensed professionals from using conversion therapy on minors," as well as "to protect minors, particularly minors in their care, from being subjected to conversion therapy by state-licensed professionals."[24]



# Guidance for Families, Providers, and Educators

Being a sexual or gender minority, or identifying as LGBTQ, does not constitute a mental disorder. Sexual or gender minority status, however, is associated with increased risk of psychosocial issues such as psychological distress, mistreatment, and discrimination. Social support, as well as a lack of rejection, in family, community, school, and health care environments has been shown to have great positive impacts on both the short- and long-term health and well-being of LGBTQ youth (see *Research Overview Section 3.2*). Beyond eliminating the practice of conversion therapy with sexual and gender minority minors, LGBTQ youth need additional support to promote resilience and positive development in the spite of the still-pervasive interpersonal, institutional, and societal bias and discrimination against sexual and gender minorities. The following portions of this report provide families and others working with LGBTQ children and adolescents with guidance and additional resources to help facilitate the best possible outcomes for these youth. The information in these sections is based on research findings as well as clinical expertise.

## Promoting Family and Community Acceptance and Support

As children and adolescents increasingly experience and integrate LGBTQ and gender diverse identities during childhood and adolescence, it is critical to provide support to reduce risk and promote well-being across social institutions and systems. This includes families, peers, schools, religious institutions, health and social systems and community services.

Over the past decade, the concept of "connectedness" has been seen by researchers and clinicians as an essential aspect in helping to protect against risk and promote wellness for individuals in families and communities. For LGBTQ youth, family, peer and community support have been shown to be important sources of support, and among these, family support and acceptance during adolescence were found to have the strongest influence on overall adjustment and well-being in young adulthood. Because most young people are nurtured through diverse family, caregiver and kinship systems, LGBTQ and gender diverse children and adolescents need support in the context of their families, cultures and faith communities. Access to accurate information about sexual orientation and gender identity development is critical for families and caregivers who often have limited and inaccurate information about these core aspects of human development. This is particularly important for families and caregivers who believe that LGBTQ identities and gender diversity may be at odds with or disavowed by their religious and cultural values and beliefs.

In 2014, SAMHSA worked with the Family Acceptance Project to publish a resource guide to help practitioners to provide support for families with LGBTQ children. The Family Acceptance Project has developed a family support model and research-based resources to help diverse families, including conservative families, to support their LGBTQ children in the context of their values and beliefs.

Key Points:

- Family reactions to learning that a child is lesbian, gay, bisexual or transgender range from highly rejecting to highly accepting. The largest proportion of families are ambivalent about having an LGBTQ or gender diverse child, and rejecting families become less rejecting over time. Families can learn to support their LGBTQ children – and do so more quickly – when guidance and services are provided in ways that resonate for them, including education presented in the context of cultural and deeply held values.

- All families and caregivers need to receive accurate information about sexual orientation and gender identity and expression in children and adolescents, and they need to understand that how they respond to their LGBTQ children matters. For example, family rejecting behaviors during adolescence – including attempts to change an adolescent's sexual orientation – have been linked with health risks, including suicidal behavior and risk for HIV, during young adulthood. In addition, family supportive and accepting behaviors during adolescence, which include supporting a child's gender expression, have been found to help protect against health risks and to help promote well-being for LGBTQ young adults. As family rejecting and supportive behaviors increase, so, too, does the level of health risks and protective role of family acceptance in promoting an LGBTQ child's overall health and well-being.

- Parents and families with LGBTQ and gender diverse children need to be heard and understood by providers, educators and others who provide services and support for their children and family. This means meeting parents and families where they are, supporting their need to express their feelings, perceptions, hopes and concerns for their LGBTQ child in the context of their cultural and religious perspectives, and being sensitive to how deeply held values shape reactions and responses to having an LGBTQ or gender diverse child.

- Parents and caregivers who are perceived as rejecting their LGBTQ children and who engage in rejecting behaviors (such as trying to change their child's sexual orientation or gender expression, using deeply held values and morals to prevent or change an adolescent's identity or preventing them from participating in LGBTQ support groups) are typically motivated by trying to help their LGBTQ child "fit in," have a good life and be accepted by others. The Family Acceptance Project's research-informed approach to providing services and care for LGBTQ children and adolescents uses a strengths-based framework that views families

and caregivers as potential allies in reducing risk, promoting well-being, and creating healthy futures for their LGBTQ children. The family's cultural values, including deeply-held morals and values, are viewed as strengths. Research findings related to family accepting and rejecting behaviors are aligned with underlying deeply held morals and cultural values (such as supporting an individual's dignity and self-worth) to help families understand that it is specific family reactions and communication patterns that contribute to both their LGBTQ child's risk and their well-being.

- Families that are struggling with having an LGBTQ or gender diverse child don't have to choose between their LGBTQ child and their culture or their morals and values. Many parents who are struggling believe that responding with positive reactions such as expressing affection once they learn that a child is LGBTQ will condone or encourage a behavior or identity that is at odds with their beliefs. However, expressing affection for an LGBTQ child is a key supportive behavior that helps protect their child against health risks and increases connectedness. In addition, parents that are struggling can respond with other supportive behaviors that help increase parent-child connectedness and have been identified in research to help protect against risk and help promote an LGBTQ child's well-being - without "accepting" an identity they believe is wrong. This includes behaviors such as talking with their child and listening respectfully to understand their child's experiences; requiring that other family members treat their child with respect even if they disagree; ensuring their child's safety by standing up for their child when others hurt, mistreat or discriminate against their LGBTQ or gender diverse child because of who they are. These behaviors also reflect the key values of dignity, mercy, and compassion.

## Resources

Family Acceptance Project: http://familyproject.sfsu.edu/

Gender Spectrum: www.genderspectrum.org

Institute for the Study of Sexual Identity: www.sexualidentityinstitute.org

PFLAG : www.pflag.org

## References

Brill, S. A., & Pepper, R. (2008). *The transgender child: A handbook for families and professionals*. Berkeley, CA: Cleis Press

Centers for Disease Control and Prevention. (2009). *Strategic direction for the prevention of suicidal behavior: Promoting individual, family, and community connectedness to prevent suicidal behavior*. Atlanta, GA: Retrieved from www.cdc.gov/ViolencePrevention/pdf/Suicide_Strategic_Direction_Full_Version-a.pdf.

Malpas, J. (2011). Between pink and blue: A multi-dimensional family approach to gender nonconforming children and their families. *Family Process*, 50(4), 453–470.

Ryan, C. (2009). Supportive families, healthy children: Helping families with lesbian, gay, bisexual & transgender children. San Francisco, CA: Family Acceptance Project, Marian Wright Edelman Institute, San Francisco State University.

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in White and Latino lesbian, gay, and bisexual young adults. *Pediatrics, 123*(1), 346-352. doi: 10.1542/peds.2007-3524

Ryan, C., Russell, S., Huebner, D., Diaz, R., & Sanchez, J. (2010). Family acceptance in adolescence and the health of LGBT young adults. *Journal of Child and Adolescent Psychiatric Nursing, 23*(4), 205-213. doi: 10.1111/j.1744-6171.2010.00246.x

Seil, K. S., Desai, M. M., & Smith, M. V. (2014). Sexual orientation, adult connectedness, substance use, and mental health outcomes among adolescents: Findings from the 2009 New York City Youth Risk Behavior Survey. *American Journal of Public Health, 104*(10), 1950-1956.

Substance Abuse and Mental Health Services Administration. (2014). *A practitioner's resource guide: Helping families to support their LGBT children*. (HHS Publication No. PEP14-LGBTKIDS). Rockville, MD: Substance Abuse and Mental Health Services Administration Retrieved from http://store.samhsa.gov/product/PEP14-LGBTKIDS.

## Bullying, Harassment, and Other School-Based Issues

Children and adolescents spend the vast majority of their time in schools and other institutional settings. Research has shown that students with positive school experiences achieve healthier outcomes across a range of variables. Conversely, negative experiences in school can have a detrimental impact on educational attainment, in addition to numerous health-related outcomes. LGBTQ young people in schools experience disproportionately high levels of bullying, harassment, and discrimination. This puts them at higher risk of depression, anxiety, suicidal ideation and attempt, substance use, and other mental health problems, in addition to negative educational outcomes. Families, guardians, and school-based professionals can and should take steps to mitigate issues that arise because students are, or are perceived to be, LGBTQ. Safe and supportive school environments are an important factor in ensuring the health and well-being of all students, including LGBTQ students.

Key points:

- Much of the distress that LGBTQ children and adolescents experience is not the result of their gender non-conformity or LGBTQ identity – in other words, it is not *being* LGBTQ that causes the distress, but rather the way they are *treated* for being LGBTQ that does. This can include being bullied, harassed, or otherwise

mistreated, in addition to experiences with structural barriers such as the lack of access to an appropriate restroom for a transgender student. School-based professionals can help minimize mental health issues for LGBTQ students by taking steps to eliminate structural barriers and proactively working to create a positive school climate, which can include measures such as LGBTQ-inclusive curriculum and intervening to stop bullying and harassment.

- School-based mental health professionals may often be one of the few trusted adults with whom young people can be open about who they are and what barriers they are facing as a result. Some LGBTQ young people may not be in a position to discuss their sexual orientation or gender identity with their families, whether because their family has already made it clear that such conversations are not welcome, or because of fears of family rejection if they come out. In addition to providing a safe and welcoming atmosphere, school-based mental health professionals can equip themselves with LGBTQ-related resources, know the warning signs for identity-based mistreatment, and be prepared to serve as one of the primary adults with whom LGBTQ youth can discuss these issues.

- It is important to understand that confidentiality is essential; students should not be outed to their parents or to their peers, and professionals should not assume that the name, pronouns, or manner of dress that a student uses in school is the same at home; often times, school may be the only place where a young person feels comfortable being out or expressing their gender in a certain way. Students should be asked how they would like to be addressed and in which context. Safety and support should be of paramount concern.

- Students should never be asked to change gender non-conforming behavior as a means of resolving issues arising in school. Beyond the potential for increasing psychological distress, such requests occur within the context of a system that already frequently penalizes LGBTQ youth. This population is disproportionately disciplined in schools, and is over-represented in the juvenile justice system. While five to seven percent of youth are estimated to be LGBTQ, they represent 15 percent of the juvenile justice population, and up to 40 percent of homeless youth. Helping to ensure that LGBTQ youth can be who they are *and* stay in school is a life-changing and potentially life-saving intervention.

- One of the most important steps that families and schools can take is to ensure that schools have inclusive and supportive policies for LGBTQ youth that are implemented effectively. Numerous resources have been developed (several are listed below) that walk through all of the ways in which a school can make system-wide changes that benefit all students, including LGBTQ students. Beyond simply being in the best interest of LGBTQ students and their behavioral health, Title IX of the Education Amendments of 1972 protects transgender and gender nonconforming students from discrimination. Proactive adoption of inclusive policies can prevent costly and time-consuming efforts to remedy issues after damage has already occurred.

**Resources:**

Centers for Disease Control, Division of Adolescent and School Health (DASH): www.cdc.gov/HealthyYouth/

GLSEN: www.glsen.org

Human Rights Campaign, Welcoming Schools Initiative: www.welcomingschools.org

National Center for Lesbian Rights, Youth Project: www.nclrights.org/our-work/youth

National Association for School Psychologists, Committee on GLBTQ Issues: www.nasponline.org/advocacy/glb.apsx

PFLAG : www.pflag.org

Safe & Supportive Schools Project: http://www.apa.org/pi/lgbt/programs/safe-supportive/default.aspx

## References

American Psychological Association & National Association of School Psychologists. (2014). Resolution on gender and sexual orientation diversity in children and adolescents in schools. Retrieved from http://www.nasponline.org/about_nasp/resolution/gender_sexual_orientation_diversity.pdf

Fisher, E., & Komosa-Hawkins, K. (Eds.). (2013). *Creating safe and supportive learning environments a guide for working with lesbian, gay, bisexual, transgender, and questioning youth, and families* (1 ed.). London: Routledge.

National Association of School Psychologists. (2014). NASP Position statement: Safe schools for transgender and gender diverse students, from http://www.nasponline.org/about_nasp/positionpapers/Transgender_PositionStatement.pdf

Orr, A., Baum, J., Gill, E., Kahn, E., & Salem, A. (2015, August). Schools in transition: A guide for supporting transgender students in K-12 schools, from http://www.nclrights.org/wp-content/uploads/2015/08/Schools-in-Transition-2015.pdf

Toomey, R. B., Ryan, C., Diaz, R. M., Card, N. A., & Russell, S. T. (2010). Gender-nonconforming lesbian, gay, bisexual, and transgender youth: School victimization and young adult psychosocial adjustment. *Developmental Psychology, 46*(6), 1580-1589. doi: 10.1037/a0020705

U.S. Department of Education. (2014). Questions and answers on Title IX and sexual violence, from http://www2.ed.gov/about/offices/list/ocr/docs/qa-201404-title-ix.pdf

U.S. Department of Justice. (2013). Resolution Agreement: Between the Arcadia Unified School District, the U.S. Department of Education, Office for Civil Rights, and the U.S.

> " When I came out to my parents, they found me a conversion therapist who told me transgender people were sick and belonged in mental hospitals. He forced me to throw away all my girl's clothes as part of my treatment, but, having to dress as a male sent me into complete despair, hopelessness, and depression. Thankfully, one of my friends recognized the warning signs and called social services, which intervened and got me the housing and medical care I needed. It is always darkest before the dawn, but I'm living proof that a smart bystander can save a life. "
>
> —Amy

Department of Justice, Civil Rights Division, from http://www.justice.gov/sites/default/files/crt/legacy/2013/07/26/arcadiaagree.pdf

## Pediatric Care Considerations for LGBTQ Children and Adolescents

Pediatricians are often the first health professional that families turn to when they need help addressing issues that have arisen because their child is, or is perceived to be, LGBTQ. Families often develop a longstanding, trusting relationship with their family pediatrician and may feel more comfortable discussing issues with them before reaching out to a behavioral health professional. They may rely also on them for referrals to other appropriate professionals. Consequently, it is important for pediatricians to understand appropriate therapeutic approaches when working with LGBTQ children and their families.

In 2014, the Association of American Medical Colleges (AAMC) published a set of thirty gender, sex anatomy, and sexuality competencies that physicians should be able to demonstrate in their practices (Association of American Medical Colleges, 2014). Additionally, the American Academy of Child and Adolescent Psychiatry published a set of practice parameters pertaining to the care of LGBTQ youth that speaks to the importance of addressing family dynamics when working with families with LGBTQ youth (Adelson & AACAP CQI, 2012). Specifically for eligible transgender adolescents who meet criteria for gender dysphoria (GD), the World Professional Association of Transgender Health Standards of Care, 7th Edition, recommends that family involvement in the consent process is crucial for physical interventions that are prescribed by health professionals who are not behavioral health professionals. The following key principles can be drawn from these resources as they apply to pediatricians and family practice physicians when youth who are, or are perceived to be, LGBTQ present in clinical practice.

Key points:

- *Families need accurate information about LGBTQ identities as being normal variants of the human experience.* Specifically, this is important in helping pediatricians respond

to family and parent questions about the healthiness or normality of their child's or adolescent's behavior or identity is inherently pathological and whether these behaviors or identities can or should be changed. This can be particularly important for transgender and gender nonconforming youth, who may be seeking medical interventions to help mitigate the effects of untreated gender dysphoria, as some parents might hold the belief that their youth's gender identity is inherently pathological. In fact, it is the associated gender identity-sex anatomy discrepancy that characterizes gender dysphoria, and which is the treatable phenomena, not the gender identity itself. This information is readily available (several resources are listed below), and sharing it may be the most important way a pediatrician can support the healthy development of sexual and gender minority youth.

- *Practices should provide office climates that allow all youth to feel comfortable disclosing their gender identity or sexual orientation, whether it differs from societal expectations and cultural norms or not.* Steps to do so can include a number of things, ranging from changing intake forms to include both gender identity and sex assigned at birth, routinely asking about pronoun preferences when with youth alone, training frontline staff to use youths' preferred name and pronoun (and when it is safe and appropriate to do so), to forming partnerships with local LGBTQ organizations and building relationships with LGBTQ community providers to whom they can refer youth and families to when appropriate.

- *Family dynamics are particularly important to address as they pertain to attitudes and beliefs about gender identity and sexual orientation.* Research has shown that LGBTQ youth who come from highly rejecting families are nearly nine times more likely to engage in suicidal behavior when compared to their LGBTQ youth counterparts who come from accepting families (Ryan, et al., 2009). Pediatricians should be aware of the various types of

reactions from family members towards their child or adolescent which can range from subtle forms of rejection (e.g., calling their child's identity a "phase") to more overt forms of rejection (e.g., kicking their youth out of the home or physical abuse). Pediatricians should encourage whole-family resolutions of issues with which they are confronted, including referral to mental health professionals who can work with young people as well as for individual family members who may be struggling with the idea that their child or adolescent is or may be LGBTQ. Partnering with parents or family members who are struggling with their youths' gender identity or sexual orientation may sometimes be necessary in order to gain family members' trust, increasing adherence and reducing resistance to the pediatrician's future recommendations.

- *Pediatricians should be careful not to reinforce gender stereotypes when working with LGBTQ and gender nonconforming youth and their families.* This can require recognizing your own implicit biases and working to change ingrained patterns, such as giving certain stereotypically masculine toys to boys and others to girls, or asking adolescents specifically whether they have a boyfriend or a girlfriend instead of determining the information in a manner that does not presuppose the gender of their romantic or sexual interest or attraction.

- *Pediatricians should be aware of the situations when it is necessary to enlist an interdisciplinary team of providers to address the health of some LGBTQ youth.* While some issues may be resolved through the simple provision of information, it may be necessary to establish an interdisciplinary team that includes qualified behavioral health professionals and ongoing collaboration. For all LGBTQ youth, recognizing and detecting signs of emotional distress and psychiatric co-occurring diagnoses (such as depression, anxiety, substance abuse), requires astute screening (particularly in the case of suicide), detection of psychiatric conditions, and prompt referral to a behavioral

health provider. As is addressed in depth in the *Affirmative Care* section, for adolescents with gender dysphoria, it is important to coordinate the care with a qualified behavioral health provider and endocrinologist in determining eligibility and readiness for physical interventions such as pubertal suppression or cross-gender hormone therapy. In some situations, coordination of care with the behavioral health provider and surgeon may be necessary as well when considering surgical interventions for eligible adolescents with gender dysphoria as described in the WPATH standards of care (Coleman et al., 2012).

### Resources:

American Academy of Pediatrics. (2013). Policy Statement: Office-based care for lesbian, gay, bisexual, transgender, and questioning youth. *Pediatrics, 132*(1), 198 -203 doi: 10.1542/peds.2013-1282

Makadon, H., Mayer K., Potter J., & Goldhammer, H. (Eds.). (2015). *The Fenway Guide to lesbian, bisexual, and transgender health* (2 ed.). Philadelphia, PA: American College of Physicians.

### References:

Adelson, S. L., & American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). (2012). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *Journal of the American Academy of Child & Adolescent Psychiatry, 51*(9), 957-974. doi: 10.1016/j.jaac.2012.07.004

Association of American Medical Colleges. (2014). Implementing curricular and institutional climate changes to improve health care for individuals who are LGBT, gender nonconforming, or born with DSD., from https://www.aamc.org/download/414172/data/lgbt.pdf

> " Having my family reject me because I'm trans broke my heart into more pieces than I could have imagined. Even more painful was the feeling they no longer loved or valued me. Having my Grandmother take me in restored my belief in love. To have her arms to fall into meant that I no longer was alone, that death did not seem like the only road to stablility, comfort, and joy. That perhaps I should build a future because I again had someone to help me do so and enjoy it with me. "
>
> —Malachi

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., . . . Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender nonconforming people (7 ed., Vol. 13, pp. 165-232): International Journal of Transgenderism.

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in White and Latino lesbian, gay, and bisexual young adults. *Pediatrics, 123*(1), 346-352. doi: 10.1542/peds.2007-3524

## Affirmative Care for Gender Minority Youth

Increasingly, families, providers, and researchers alike are realizing that providing supportive, affirmative care to transgender children and adolescents results in better outcomes for youth. This positive development has resulted in a significant increase in the number of families and providers seeking accurate information about appropriate treatment protocols for working with gender minority (transgender and gender diverse) youth, including information about socially transitioning youth, and about medical interventions for adolescents.

It is important to ensure that supportive behavioral health and medical care take an affirmative approach which aims to facilitate in children and adolescents the time and space they need to develop and transition in whatever way that might make sense for them, whenever they are ready.

In this approach, children and adolescents are encouraged to actively explore their gender identity and gender expression at home, with peers, and within the context of supportive therapy. This approach encourages children, adolescents, and families to move away from the gender binary and accept the child's developing gender identity and sexual orientation at whatever point they are in their own trajectory. With young children, this may include exploring all options related to social transitioning. For example, perhaps the child is assigned male at birth and prefers feminine clothing and toys but is not pushing for a female name and pronouns. Rather than assume the child should undergo a full social transition, an affirmative approach would allow the child to continue sorting out their gender identity over time. For an adolescent uninterested in medical interventions, an affirmative approach might include encouraging them to consider non-body altering ways of living in their affirmed gender and helping them explore the variety of ways to live in their individualized gender identity.

Here are a few key points to keep in mind when considering a supportive and balanced approach for transgender and gender diverse, or gender minority, youth:

- Affirmative work with gender non-conforming young children should consider the option of socially transitioning for each child individually, carefully exploring the pros and cons in a client-centered approach. The existing research should be discussed with parents, with acknowledgement that many gender non-conforming children do not persist to become transgender adolescents and adults.

- Affirmative work with gender minority adolescents involves offering puberty blocking medication (at Tanner Stage 2-3) and cross-sex medical interventions (generally offered around the age of 16). However, the research showing positive effects for these interventions are based on protocols that require supportive, gender-clarifying therapy **and** a psychological/readiness evaluation. Offering these medical interventions in the absence of an interdisciplinary team that provides the mental health component does not have empirical support and carries risks (e.g., greater chance of regret).

- While lowering the age requirement for hormone treatment may be in the best interest of some adolescent patients, this decision carries risks as most adolescents prior to age 16 are still solidifying their identities and have underdeveloped neurological and cognitive functioning that allows for mature long-term decision making. Mental health involvement, most importantly a formal readiness evaluation, is always recommended in these cases.

- Research shows that gender minority children and adolescents are most likely to thrive when they have the support of their parents. For this reason, an affirmative approach should involve parents in the process.

- Medical interventions (puberty blockers and cross-sex hormone therapy) have been shown to be helpful in decreasing gender dysphoria and improving quality of life for transgender and gender minority youth when the youth treated follow a specific protocol that involves two important steps: (1) gender exploring therapy with a qualified mental health provider, and (2) a comprehensive evaluation to determine readiness for a medical intervention.

- Because of the potential impact that hormone therapy may have on fertility, this topic should be discussed at length with any adolescent seeking medical interventions and should occur with both their mental health and medical providers. Parents should also be made aware of these potential side effects. Additionally, because many gender minority young adolescents who are prescribed puberty blocking medication eventually pursue hormone treatment, the conversation about fertility should happen prior to starting blockers as well.

- Although many young adolescents who are prescribed puberty blockers will eventually pursue hormone treatment, blockers are not intended as the first step in the physical/medical transition process. The affirmative client-centered approach reminds parents, youth (and providers) that the primary purpose of the blockers is to give the adolescent more time to continue exploring their gender identity in an effort to help them make the best decision for themselves regarding initiation of other medical interventions in the future. Adults that are unable to or are uncomfortable with the possibility that an adolescent on blockers could change their mind may explicitly or inexplicitly make an adolescent feel "stuck" in a gender identity.

- Affirmative care encourages providers, patients, and families to critically examine their own values and beliefs about gender and the gender binary specifically. Providers and parents are encouraged to accept a more fluid expression of gender and allow their child or adolescent the freedom to explore their developing gender identity without pressure to select one of two options.

- Due to the complexity that exists for most transgender and gender diverse youth, due to their evolving gender identity and sexual orientation, their rapidly changing and developing bodies and brains, along with a rapidly shifting societal landscape around acceptance of and treatment for transgender and gender diverse people, an affirmative approach recognizes the importance of providing care within an interdisciplinary team, wherein each provider's input is valued and perceived as equally critical to the care of the individual patients served.

## Resources

TransYouth Family Allies: www.imatyfa.org/

Trans Youth Equality Foundation: www. transyouthequality.org

PFLAG Transgender Network: http://community. pflag.org/transgender

Gender Spectrum: www.genderspectrum.org

Brill, S. A., & Pepper, R. (2008). *The transgender child: A handbook for families and professionals*. Berkeley, CA: Cleis Press.

Ehrensaft, D. (2011). *Gender born, gender made: Raising healthy gender-nonconforming children* (1 ed.). New York: The Experiment.

## References

Edwards-Leeper, L. (in press). Affirmative care of transgender and gender non-conforming children and adolescents. In Singh, A. A. & dickey, l. m. (Eds.), *Affirmative Psychological Practice with Transgender and Gender Nonconforming Clients*. Washington, D.C.: American Psychological Association.

Edwards-Leeper, L., Leibowitz, S., Sangganjanavanich, V.F. (in press). Affirmative practice with transgender and gender non-conforming youth: Expanding the model. *Psychology of Sexual Orientation and Gender Diversity*.

Hidalgo et al., 2013. The gender affirmative model: What we know and what we aim to learn. *Human Development*, *56*, 285-290.

> "During my senior year of high school, my English teacher would sit with me every day after school and listen as I told him how confused I was over my sexuality. He was one of the very few I told about being in conversion therapy. He told me that I had to listen to my heart and follow it, and not to try and force any specific outcome. He was the only person in my life at the time who gave me any assurance that I was going to make it through this."
>
> —Mathew

# Summary and Conclusion

SAMHSA is committed to eliminating health disparities facing vulnerable communities, including sexual and gender minority children and youth. To build a healthy and supportive environment for all children and adolescents, families and providers need resources and accurate information to help inform healthy decision making. Two key strategies that can help prevent adverse outcomes and support healthy development for LGBTQ youth are: strong and positive family and community engagement, and appropriate and supportive therapeutic interventions by health and behavioral health care providers.

These strategies are grounded in psychological research. Being a sexual or gender minority, or identifying as LGBTQ, is not a mental disorder. Variations in sexual orientation, gender identity, and gender expression are normal. Sexual and gender minority children have unique health and behavioral health needs, and may experience distress related to their sexual orientation or gender, as well as others' responses to their current, future, or perceived sexual orientation, gender expression, or gender identity. In addition, gender minority youth may experience distress caused by the incongruence between their gender identity and physical body.

The research, clinical expertise, and expert consensus make it clear that conversion therapy efforts to change a child's or adolescent's gender identity, gender expression, or sexual orientation are not an appropriate therapeutic intervention. No evidence supports the efficacy of such interventions to change sexual orientation or gender identity, and such interventions are potentially harmful. Appropriate therapeutic approaches to working with sexual and gender minority youth include: providing accurate information on the development of sexual orientation and gender identity and expression, increasing family and school support, and reducing family, community, and social rejection of sexual and gender minority children and adolescents. Social transition

and medical interventions, including pubertal suppression and hormone therapy, are additional therapeutic approaches that are appropriate for some gender minority youth. Careful evaluation, developmentally-appropriate informed consent of youth and their families, and a weighing of potential risks and benefits are vital when considering interventions with gender minority youth.

Beyond ending potentially harmful practices, it is important to also build greater social acceptance of LGBTQ youth; to adopt appropriate and supportive therapies; and to provide targeted resources and accurate information for children, adolescents, their families, and their providers. Building better supportive environments and working to eliminate negative social attitudes will reduce health disparities and improve the health and well-being of all LGBTQ youth.

> "It is nearly impossible to describe walking into a therapist's office after surviving conversion therapy. The problem is that we need help from a system we have only known to hurt us. Hearing that I would be okay and that my new therapist could help me learn to cope with the pain of my conversion therapy experience was like getting a second chance at life."
>
> —Sam

# References

Adelson, S. L., & American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). (2012). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *Journal of the American Academy of Child & Adolescent Psychiatry, 51*(9), 957-974. doi: 10.1016/j.jaac.2012.07.004

Alanko, K., Santtila, P., Witting, K., Varjonen, M., Jern, P., Johansson, A., . . . Kenneth Sandnabba, N. (2009). Psychiatric symptoms and same-sex sexual attraction and behavior in light of childhood gender atypical behavior and parental relationships. *J Sex Res, 46*(5), 494-504.

Almeida, J., Johnson, R. M., Corliss, H. L., Molnar, B. E., & Azrael, D. (2009). Emotional distress among LGBT youth: the influence of perceived discrimination based on sexual orientation. *J Youth Adolesc, 38*(7), 1001-1014.

American Bar Association. (2015). Resolution 112: Commission on sexual orientation and gender identify section of individual rights and responsibilities commission on youth at risk, from https://www.americanbar.org/content/dam/aba/images/abanews/2015annualresolutions/112.pdf

American Medical Association. (2008). Resolution 122 (A-08): Removing Financial Barriers to Care for Transgender Patients, from http://www.tgender.net/taw/ama_resolutions.pdf

American Psychiatric Association. (2013a). *Diagnostic and statistical manual of mental disorders* (5 ed.). Washington, DC: American Psychiatric Association.

American Psychiatric Association. (2013b). Principles of Medical Ethics, from http://www.psychiatry.org/psychiatrists/practice/ethics

American Psychological Association. (2002). Guidelines on multicultural education, training, research, practice, and organizational change for psychologists. Washington, DC: American Psychological Association.

American Psychological Association. (2008). Report of the APA task force on gender identity and gender variance (pp. 28). Washington, DC: American Psychological Association.

American Psychological Association. (2009). Resolution on appropriate therapeutic response to sexual orientation distress and change efforts Retrieved August 26, 2015, from http://www.apa.org/about/policy/sexual-orientation.aspx

American Psychological Association. (2010). Ethical Principles of Psychologists and Code of Conduct from http://www.apa.org/ethics/code/index.aspx

American Psychological Association (2011). Guidelines for Psychological Practice With Lesbian, Gay, and Bisexual Clients. Washington, DC: APA.

American Psychological Association. (2012). Guidelines for psychological practice with lesbian, gay, and bisexual clients. *Am Psychol, 67*(1), 10-42.

American Psychological Association. (2015a). Guidelines for psychological practice with transgender and gender nonconforming people, from http://www.apa.org/practice/guidelines/transgender.pdf

American Psychological Association. (2015b). Standards of accreditation for health service psychology. Washington, DC: American Psychological Association.

American Psychological Association & National Association of School Psychologists. (2015c). *Resolution on gender and sexual orientation diversity in children and adolescents in schools*. Retrieved from http://www.apa.org/about/policy/orientation-diversity.aspx

Anton, B. S. (2009). Proceedings of the American Psychological Association for the legislative year 2008: Minutes of the annual meeting of the Council of Representatives, February 22–24, 2008, Washington, DC, and August 13 and 17, 2008, Boston, MA, and minutes of the February, June, August, and December 2008 meetings of the Board of Directors. *American Psychologist, 64*(5), 372-453. doi: 10.1037/a0015932

APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation. (2009). Report of the Task Force on appropriate therapeutic responses to sexual orientation, from http://www.apa.org/about/policy/sexual-orientation.aspx

APA Task Force on Gender Identity and Gender Variance. (2009). Report of the Task Force on gender identity and gender variance. Washington, DC: American Psychological Association.

Association of American Medical Colleges. (2014). Implementing curricular and institutional climate changes to improve health care for individuals who are LGBT, gender nonconforming, or born with DSD., from https://www.aamc.org/download/414172/data/lgbt.pdf

Bailey, J. M., & Zucker, K. J. (1995). Childhood sex-typed behavior and sexual orientation: A conceptual analysis and quantitative review. *Developmental Psychology, 31*, 43-55.

Bartoli, E., & Gillem, A. R. (2008). Continuing to depolarize the debate on sexual orientation and religious identity and the therapeutic process. *Professional Psychology: Research and Practice, 39*, 202-209.

Ben-Ari, A. (1995). The discovery that an offspring is gay: Parents', gay men's, and lesbians' perspectives. *Journal of Homosexuality, 30*, 89-112.

Bethea, M. S., & McCollum, E. E. (2013). The disclosure experiences of male-to-female transgender individuals: A Systems Theory perspective *Journal of Couple & Relationship Therapy, 12*, 89-112. doi: 10.1080/15332691.2013.779094

Bockting, W. O., & Ehrbar, R. (2005). Commentary: Gender variance, dissonance, or identity disorder. *Journal of Psychology and Human Sexuality, 17*(3/4), 125-134.

Bockting, W. O., Miner, M. H., Swinburne Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. *American Journal of Public Health, 103* (5), 943-951.

Bontempo, D., & D'Augelli, A. (2002). Effects of at-school victimization and sexual orientation on lesbian, gay, or bisexual youths' health risk behavior. *Journal of Adolescent Health, 30*, 364-374.

Bouris, A., Guilamo-Ramos, V., Pickard, A., Shiu, C., Loosier, P. S., Dittus, P., & Waldmiller, J. M. (2010). A systematic review of parental influences on the health and well-being of lesbian, gay, and bisexual youth: time for a new public health research and practice agenda. *The Journal of Primary Prevention, 31*(5-6), 273-309.

Bronfenbrenner, U. (1979). The ecology of human development: Experiments by design and nature. Cambridge, MA: Harvard.

Bronfenbrenner, U. (2005). *Making human beings human: Bioecological perspectives on human development*. Thousand Oaks, CA: Sage.

Burton, C. M., Marshal, M. P., Chisolm, D. J., Sucato, G. S., & Friedman, M. S. (2013). Sexual minority-related victimization as a mediator of mental health disparities in sexual minority youth: a longitudinal analysis. *J Youth Adolesc, 42*(3), 394-402.

Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., . . . Tompkins, D. A. (2012). Report of the APA Task Force on treatment of gender identity disorder. *American Journal of Psychiatry, Suppl. 1-35*.

Carver, P., Yunger, J., & Perry, D. (2003). Gender identity and adjustment in middle childhood. *Sex Roles, 49*(3-4), 95-109. doi: 10.1023/a:1024423012063

Cass, V. C. (1979). Homosexual identity formation: A theoretical model. *Journal of Homosexuality, 4*, 219-235.

Cass, V. C. (1996). Sexual orientation identity formation: A western phenomenon. In R. P. Cabaj & T. S. Stein (Eds.), *Textbook of homosexuality and mental health* (pp. 227-251). Washington, DC: American Psychiatric Press, Inc.

Cochran, S. D., Drescher, J., Kismödi, E., Giami, A., García-Moreno, C., Atalla, E., Marais, E. M. V., & Reed, G. M. (2014). Proposed declassification of disease categories related to sexual orientation in the *International Statistical Classification of Diseases and Relate   Health Problems* (ICD-11). *Bulletin of the World Health Organization, 92,* 672-679. doi: 10.2471/BLT.14.135541

Cohen-Kettenis, P. T. (2005). *Gender identity disorders*. Cambridge, MA: Cambridge University Press.

Cohen-Kettenis, P. T., Delemarre-van de Waal, H. A., & Gooren, L. J. G. (2008). The treatment of adolescent transsexuals: Changing Insights. *Journal of Sexual Medicine, 5*(8), 1892-1897.

Cohen-Kettenis, P. T., & Klink, D. (2015). Adolescents with gender dysphoria. *Best Pract Res Clin Endocrinol Metab, 29*(3), 485-495.

Cohen-Kettenis, P. T., & Pfäfflin, F. (2003). *Transgenderism and intersexuality in childhood and adolescence: Making choices*. Thousand Oaks, CA: Sage.

Cohen-Kettenis, P. T., Schagen, S. E., Steensma, T. D., de Vries, A. L., & Delemarre-van de Waal, H. A., (2011). Puberty suppression in a gender-dysphoric adolescent: A 22-year follow up. *Archives of Sexual Behavior, 40*(4), 843-847.

Cohen-Kettenis PT, Schagen SE, Steensma TD, de Vries AL, Delemarre-van de Waal HA. Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. Arch Sex Behav. 2011;40(4):843–847

Cohen-Kettenis, P. T., & van Goozen, S. H. (1997). Sex reassignment of adolescent transsexuals: a follow-up study. *J Am Acad Child Adolesc Psychiatry, 36*(2), 263-271.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., . . . Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender nonconforming people (7 ed., Vol. 13, pp. 165-232): International Journal of Transgenderism.

Corby, B. C., Hodges, E. V. E., & Perry, D. G. (2007). Gender identity and adjustment in Black, Hispanic, and White preadolsecents. *Developmental Psychology, 43*(1), 261-266.

Corliss, H. L., Rosario, M., Wypij, D., Wylie, S. A., Frazier, A. L., & Austin, S. B. (2010). Sexual orientation and drug use in a longitudinal cohort study of U.S. adolescents. *Addictive Behaviors, 35*(5), 517-521. doi: 10.1016/j.addbeh.2009.12.019

Cotton, S., Zebracki, K., Rosenthal, S. L., Tsevat, J., & Drotar, D. (2006). Religion/spirituality and adolescent health outcomes: a review. *J Adolesc Health, 38*(4), 472-480.

Crenshaw, K. W. (1991). Mapping the margins: Intersectionality, identity politics, and violence against women of color. *Stanford Law Review, 43*(6), 1241-1299.

D'Augelli, A. R., Grossman, A. H., & Starks, M. T. (2006). Childhood gender atypicality, victimization, and PTSD among lesbian, gay, and bisexual youth. *Journal of Interpersonal Violence, 21*, 1-21.

D'Augelli, A. R., & Patterson, C. J. (2001). *Lesbian, gay, and bisexual identities and youths: Psychological perspectives*. New York: Oxford University Press.

Daley, A., Solomon, S., Newman, P. A., & Mishna, F. (2008). Traversing the margins: Intersectionalities in the bullying of lesbian, gay, bisexual and transgender youth. *Journal of Gay & Lesbian Social Services, 19*(3-4), 9-29. doi: 10.1080/10538720802161474

Delemarre-van de Waal, H.A. & Cohen-Kettenis, P.T. (2006). Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology, 155*(suppl 1):S131–S137.

de Vries, A., Steensma, T., Doreleijers, T., & Cohen-Kettenis, P. (2011). Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med, 8*(8), 2276–2283.

de Vries, A. L., Doreleijers, T. A., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *J Child Psychol Psychiatry, 52*(11), 1195-1202.

de Vries, A. L., Noens, I. L., Cohen-Kettenis, P. T., van Berckelaer-Onnes, I. A., & Doreleijers, T. A. (2010). Autism spectrum disorders in gender dysphoric children and adolescents. *J Autism Dev Disord, 40*(8), 930-936.

Diamond, L. M. (2015). Sexual fluidity. *The International Encyclopedia of Human Sexuality*, 1115–1354.

Diamond, L. M., & Butterworth, M. (2008). Questioning gender and sexual identity: Dynamic links over time. *Sex Roles, 59*(5-6), 365-376. doi: 10.1007/s11199-008-9425-3

Diamond, L. M., & Savin-Williams, R. C. (2000). Explaining diversity in the development of same-sex sexuality among young women. *Journal of Social Issues, 56*, 297-313.

Diamond, M. L. (2006). Careful what you ask for: Reconsidering feminist epistemology and autobiographical narrative in research on sexual identity development. *Signs: Journal of Women and Culture and Society, 31*, 471-492.

Diamond, M. L. (2008). Female bisexuality from adolescence to adulthood: Results from a 10-year longitudinal study. *Developmental Psychology, 44*, 5-14.

Doty, N. D., & Brian, L. B. (2010). Sexuality related social support among lesbian, gay, and bisexual youth. *Journal of Youth and Adolescence, 39*, 1134–1147.

Doty, N. D., Willoughby, B. L., Lindahl, K. M., & Malik, N. M. (2010). Sexuality related social support among lesbian, gay, and bisexual youth. *J Youth Adolesc, 39*(10), 1134-1147.

Drescher, J. (2014). Controversies in gender diagnoses. *LGBT Health, 1*(1), 10-14. doi: 10.1089/lgbt.2013.1500

Drummond, K. D., Bradley, S. J., Peterson-Badali, M., & Zucker, K. J. (2008). A follow-up study of girls with gender identity disorder. *Dev Psychol, 44*(1), 34-45.

Dube, E. M., & Savin-Williams, R. C. (1999). Sexual identity development among ethnic sexual-minority male youths. *Developmental Psychology, 34*, 1389-1398.

Durso, L. E., & Gates, G. J. (2012). Serving Our Youth: Findings from a National Survey of Service Providers Working with Lesbian, Gay, Bisexual, and Transgender Youth who are Homeless or At Risk of Becoming Homeless. Los Angeles, CA: The Williams Institute with True Colors Fund and The Palette Fund.

Edwards-Leeper, L. (in press). Affirmative care of transgender and gender non-conforming children and adolescents. In Singh, A. A. & Dickey, L. M. (Eds.), *Affirmative Psychological Practice with Transgender and Gender Nonconforming Clients*. Washington, D.C.: American Psychological Association.

Edwards-Leeper, L., Leibowitz, S., & Sangganjanavanich, V. F. (in press). Affirmative practice with transgender and gender non-conforming youth: Expanding the model. *Psychology of Sexual Orientation and Gender Diversity*.

Edwards-Leeper, L., & Spack, N. P. (2012). Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "Gender Management Service" (GeMS) in a major pediatric center. *Journal of Homosexuality, 59*(3), 321-336.

Egan, S. K., & Perry, D. G. (2001). Gender identity: A multidimensional analysis with implications for psychosocial adjustment. *Developmental Psychology, 37*(4), 451-463.

Elizur, Y., & Ziv, M. (2001). Family support and acceptance, gay male identity formation, and psychological adjustment: a path model. *Fam Process, 40*(2), 125-144.

Ferguson v. JONAH, Law Div., Hudson Cy. (Bariso, J.S.C.), HUD-L-5473-12, February 5, 2015.

Fisher, C. (2015, August 31). Email – "Relevant APA Ethical Standards".

Floyd, F. J., & Bakeman, R. (2006). Coming-out across the life course: implications of age and historical context. *Arch Sex Behav, 35*(3), 287-296.

Friedman, M. S., Marshal, M. P., Guadamuz, T. E., Wei, C., Wong, C. F., Saewyc, E., & Stall, R. (2011). A meta-analysis of disparities in childhood sexual abuse, parental physical abuse, and peer victimization among sexual minority and sexual nonminority individuals. *Am J Public Health, 101*(8), 1481-1494.

Garofalo, R., Deleon, J., Osmer, E., Doll, M., & Harper, G. (2006). Overlooked, misunderstood and at-risk: Exploring the lives and HIV risk of ethnic minority male-to-female transgender youth. *Journal of Adolescent Health, 38*(3), 230–236.

Goldbach, J. T., Tanner-Smith, E. E., Bagwell, M., & Dunlap, S. (2014). Minority stress and substance use in sexual minority adolescents: a meta-analysis. *Prev Sci, 15*(3), 350-363.

Goodenow, C., Szalacha, L., & Westheimer, K. (2006). School support groups, other school factors, and the safety of sexual minority adolescents. *Psychology in the Schools, 43* 573-589.

Grossman, A., & D'Augelli, A. (2007). Transgender youth and life-threatening behaviors. *Suicide Life Threat Behav, 375*, 527–537.

Grov, C., Bimbi, D. S., Nanín, J. E., & Parsons, J. T. (2006). Race, ethnicity, gender, and generational factors associated with the coming-out process among gay, lesbian, and bisexual individuals. *Journal of Sex Research, 43*, 115–121.

Harari, E., Glenwick, D. S., & Cecero, J. J. (2014). The relationship between religiosity/spirituality and well-being in gay and heterosexual Orthodox Jews. *Mental Health, Religion and Culture, 17*(9), 886-897.

Harper, G. W. (2007)). Sex isn't that simple: culture and context in HIV prevention interventions for gay and bisexual male adolescents *American Psychologist, 62*(8), 806.

Harper, G. W., Jamil, O. B., & Wilson, B. D. M. (2007). Collaborative community-based research as activism: Giving voice and hope to lesbian, gay, and bisexual youth. *Journal of Lesbian and Gay Psychotherapy, 11*(3/4), 99-119.

Harper, G. W., & Schneider, M. (2003). Oppression and discrimination among lesbian, gay, bisexual, and Transgendered people and communities: a challenge for community psychology. *Am J Community Psychol, 31*(3-4), 243-252.

Harrison, J., Grant, J., & Herman, J. L. (2012). A gender not listed here: Genderqueers, gender rebels and otherwise in the National Transgender Discrimination Study *LGBT Policy Journal at the Harvard Kennedy School, 2*, 13-24.

Hatzenbuehler, M. L. (2011). The Social Environment and Suicide Attempts in Lesbian, Gay, and Bisexual Youth. *Pediatrics, 127*(5), 896-903. doi: 10.1542/peds.2010-3020

Hatzenbuehler, M. L., Pachankis, J. E., & Wolff, J. (2012). Religious climate and health risk behaviors in sexual minority youths: A population-based study. *American Journal of Public Health, 102*(4), 657-663. doi: 10.2105/ajph.2011.300517

Hembree, W. C., Cohen-Kettenis, P., Waal, H. A. D.-v. d., Gooren, L. J., Walter J. Meyer, I., Spack, N. P., . . . Montori, V. M. (2009). Endocrine treatment of transsexual persons: An Endocrine Society Clinical Practice Guideline. *The Journal of Clinical Endocrinology & Metabolism, 94*(9), 3132-3154. doi: doi:10.1210/jc.2009-0345

Hendricks, M. L., & Testa, R. J. (2012). A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the Minority Stress Model. . *Professional Psychology: Research and Practice, 43*(5), 460-467. doi: http://dx.doi.org/10.1037/a0029597

Herek, G. M. (2010). Sexual orientation differences as deficits: Science and stigma in the history of American psychology. *Perspectives on Psychological Science, 5*, 693-699.

Hidalgo, M. A., Ehrensaft, D., Tishelman, A. C., Clark, L. F., Garofalo, R., Rosenthal, S. M., . . . Olson, J. (2013). The Gender Affirmative Model: What we know and what we aim to learn. *Human Development, 56*, 285-290.

Hidalgo, M. A., Kuhns, L. M., Kwon, S., Mustanski, B., & Garofalo, R. (2015). The impact of childhood gender expression on childhood sexual abuse and psychopathology among young men who have sex with men. *Child Abuse & Neglect, 46*, 103-112.

Horowitz, J. L., & Newcomb, M. D. (2001). A multidimensional approach to homosexual identity. *J Homosex, 42*(2), 1-19.

Hughes, I. A., Houk, C., Ahmed, S. F., & Lee, P. A. (2006). Consensus statement on management of intersex disorders. *Journal of pediatric urology, 2*(3), 148-162.

Institute of Medicine. (2011). The health of lesbian, gay, bisexual, and transgender people: Building a foundation for better understanding. Washington, DC: National Academy of Sciences.

Jarrett, V. (2015). Official White House response to enact Leelah's Law to ban all LGBTQ+ Conversion Therapy from https://petitions.whitehouse.gov/response/response-your-petition-conversion-therapy

Kann, L., Olsen, E., McManus, T., Kinchen, S., Chyen, D., Harris, W., . . . Centers for Disease Control and Prevention (CDC). (2011). Sexual identity, sex of sexual contacts, and health-risk behaviors among students in grades 9-12--youth risk behavior surveillance, selected sites, United States, 2001-2009. *MMWR Surveill Summ, 60*(7), 1-133.

Knudson, G., De Cuypere, G., & Bockting, W. (2010). Recommendations for revision of the *DSM* diagnoses of Gender Identity Disorders: Consensus statement of the World Professional Association for Transgender Health. *International Journal of Transgenderism, 12*(2), 115-118.

Kohlberg, L. (1966). *A cognitive-developmental analysis of children's sex-role concepts and attitudes*. Stanford, CA: Stanford University.

Kosciw, J. G., & Diaz, E. M. (2006). The 2005 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our schools. . New York: Gay, Lesbian & Straight Education Network (GLSEN).

Kosciw, J. G., Greytak, E. A., & Diaz, E. M. (2009). Who, what, where, when, and why: Demographic and ecological factors contributing to hostile school climate for lesbian, gay, bisexual, and transgender youth. *Journal of Youth and Adolescence, 38*(7), 976-988. doi: 10.1007/s10964-009-9412-1

Kosciw, J. G., Greytak, E. A., Diaz, E. M., & Bartkiewicz, M. J. (2010). The 2009 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools. New York, NY: GLSEN.

Kosciw, J. G., Greytak, E. A., Palmer, N. A., & Boesen, M. J. (2014). The 2013 National School Climate Survey: The experiences of lesbian, gay, bisexual and transgender youth in our nation's schools. New York: Gay, Lesbian & Straight Education Network (GLSEN).

Kuper, L. E., Nussbaum, R., & Mustanski, B. (2012). Exploring the diversity of gender and sexual orientation identities in an online sample of transgender individuals. *Journal of Sex Research, 49*, 244-254. doi: 10.1080/00224499.2011.596954

Lease, S. H., Horne, S. G., & Noffsinger-Frazier, N. (2005). Affirming faith experiences and psychological health for caucasian lesbian, gay, and bisexual individuals. *Journal of Counseling Psychology, 52*(3), 378-388. doi: 10.1037/0022-0167.52.3.378

Lee, P. A. (1980). Normal ages of pubertal events among American males and females. *Journal of Adolescent Health Care, 1*(1), 26-29.

Leibowitz, S., & Telingator, C. (2012). Assessing gender identity concerns in children and adolescents: evaluation, treatments, and outcomes. *Curr Psychiatry Rep, 14*(2), 111-120.

Leibowitz, S. F., & Spack, N. P. (2011). The development of a gender identity psychosocial clinic: Treatment issues, logistical considerations, interdisciplinary cooperation, and future initiatives. *Child Adolesc Psychiatric Clin N Am, 20*, 701-724.

Lev, A. (2005). *Transgender emergence: Therapeutic guidelines for working with gender variant people and their families*. New York: Haworth Clinical Practice Press.

Liu, R. T., & Mustanski, B. (2012). Suicidal ideation and self-harm in lesbian, gay, bisexual, and transgender youth. *Am J Prev Med, 42*(3), 221-228.

Majd, K., Marksamer, J., & Reyes, C. (2009). Hidden Injustice: Lesbian, gay, bisexual, and transgender youth in juvenile courts. New York: The Equity Project.

Marshal, M. P., Dietz, L. J., Friedman, M. S., Stall, R., Smith, H. A., McGinley, J., . . . Brent, D. A. (2011). Suicidality and depression disparities between sexual minority and heterosexual youth: A meta-analytic review. *Journal of Adolescent Health, 49*(2), 115-123. doi: 10.1016/j.jadohealth.2011.02.005

Maslowe, K.E. & Yarhouse, M.A. (2015). Christian parental reactions when a LGB child comes out. *The American Journal of Family Therapy, 43*, 1-12.

Mattison, A. M., & McWhirter, D. P. (1995). Lesbians, gay men, and their families: Some therapeutic issues. *Psychiatric Clinics of North America*.

Meanley, S., Pingel, E. S., & Bauermeister, J. A. (2015). Psychological Well-being Among Religious and Spiritual-identified Young Gay and Bisexual Men. *Sexuality Research and Social Policy*. Advance online publication. 10.1007/s13178-015-0199-4

Menvielle, E. J., & Tuerk, C. (2002). A support group for parents of gender non-conforming boys. *Journal of the American Academy of Child & Adolescent Psychiatry, 41*, 1010-1013.

Menvielle, E. J., Tuerk, C., & Perrin, E. C. (2005). To the beat of a different drummer: The gender variant child. *Contemporary Pediatrics, 22*, 38-39, 41, 43, 45-46.

Meyer, I. H. (1995). Minority stress and mental health in gay men. . *Journal of health and social behavior*, 38-56.

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: conceptual issues and research evidence. *Psychological bulletin, 129*(5), 674.

Minter, S. (2012). Supporting transgender children: new legal, social, and medical approaches. *J Homosex, 59*(3), 422–433.

Moon, D. (2014). Beyond the dichotomy: six religious views of homosexuality. *J Homosex, 61*(9), 1215-1241.

Mustanski, B., Birkett, M., Greene, G. J., Hatzenbuehler, M. L., & Newcomb, M. E. (2013). Envisioning an America without sexual orientation inequities in adolescent health. *American Journal of Public Health, 104*(2), 218-225. doi: 10.2105/ajph.2013.301625

Mustanski, B., Garofalo, R., & Emerson, E. M. (2010). Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. *Am J Public Health, 100*(12), 2426-2432.

Nakajima, G. A. (2003). The emergence of an international lesbian, gay, and bisexual psychiatric movement. *Journal of Gay & Lesbian Psychotherapy, 7*(1/2), 165-188.

National Association of Social Workers. (2008). Code of Ethics of the National Association of Social Workers, from http://www.naswdc.org/pubs/code/code.asp

Olson, K., Key, A., & Eaton, N. (2015). Gender cognition in transgender children. *Psychological Science*, 1-8.

Ott, M. Q., Corliss, H. L., Wypij, D., Rosario, M., & Austin, S. B. (2010). Stability and change in self-reported sexual orientation identity in young people: Application of mobility metrics. *Archives of Sexual Behavior, 40*(3), 519-532. doi: 10.1007/s10508-010-9691-3

Page, M. J. L., Lindahl, K. M., & Malik, N. M. (2013). The role of religion and stress in sexual Identity and mental health among lesbian, gay, and bisexual youth. *Journal of Research on Adolescence, 23*(4), 665-677. doi: 10.1111/jora.12025

Parent, M. C., DeBlaere, C., & Moradi, B. (2013). Approaches to research on intersectionality: Perspectives on gender, LGBT, and racial/ethnic identities. *Sex Roles, 68*(11-12), 639-645. doi: 10.1007/s11199-013-0283-2

Perrin, E. C. (2002). *Sexual orientation in child and adolescent health care*. New York: Kluwer/Plenum.

Ray, N., & National Gay and Lesbian Task Force. (2006). Lesbian, gay, bisexual, and transgender youth: An epidemic of homelessness. Washington, DC: National Gay and Lesbian Task Force Policy Institute.

Ream, G. L., & Savin-Williams, R. C. (2005). Reconciling Christianity and positive non-heterosexual identity in adolescence, with implications for psychological well-being. *Journal of Gay & Lesbian Issues in Education, 2*(3), 19-36. doi: 10.1300/J367v02n03_03

Roberts, A. L., Rosario, M., Corliss, H. L., Koenen, K. C., & Austin, S. B. (2012). Childhood gender nonconformity: A risk indicator for childhood abuse and posttraumatic stress in youth. *Pediatrics, 129*, 410-417. doi: 10.1542/peds.2011-1804

Roberts, A. L., Rosario, M., Slopen, N., Calzo, J. P., & Austin, S. B. (2013). Childhood gender nonconformity, bullying victimization, and depressive symptoms across adolescence and early adulthood: An 11-year longitudinal study. *Journal of the American Academy of Child & Adolescent Psychiatry, 52*(2), 143-152. doi: 10.1016/j.jaac.2012.11.006

Russell, S., Ryan, C., Toomey, R., Diaz, R., & Sanchez, J. (2011). Lesbian, gay, bisexual, and transgender adolescent school victimization: Implications for young adult health and adjustment. *Journal of School Health, 81*, 223-230.

Russell, S. T. (2003). Sexual minority youth and suicide risk. *American Behavioral Scientist, 46*(9), 1241-1257. doi: 10.1177/0002764202250667

Russell, S. T., Toomey, R. B., Ryan, C., & Diaz, R. M. (2014). Being out at school: The implications for school victimization and young adult adjustment. *American Journal of Orthopsychiatry, 84*(6), 635-643. doi: 10.1037/ort0000037

Ryan, C., & Diaz, R. (2005). *Family responses as a source of risk and resiliency for LGBT youth*. Paper presented at the Child Welfare League of America Preconference Institute, Washington, DC.

Ryan, C., & Futterman, D. (1998). *Lesbian and gay youth: Care and counseling*. New York: Columbia University Press.

Ryan, C., Huebner, D., Diaz, R. M., & Sanchez, J. (2009). Family rejection as a predictor of negative health outcomes in White and Latino lesbian, gay, and bisexual young adults. *Pediatrics, 123*(1), 346-352. doi: 10.1542/peds.2007-3524

Ryan, C., & Rees, R. A. (2012). Supportive families, healthy children: Helping Latter-day Saint families with lesbian, gay, bisexual & transgender children. San Francisco, CA: Family Acceptance Project, Marian Wright Edelman Institute, San Francisco State University.

Ryan, C., Russell, S., Huebner, D., Diaz, R., & Sanchez, J. (2010). Family acceptance in adolescence and the health of LGBT young adults. *Journal of Child and Adolescent Psychiatric Nursing, 23*(4), 205-213. doi: 10.1111/j.1744-6171.2010.00246.x

Saewyc, E. M. (2007). Contested conclusions: Claims that can (and cannot) be made from the current research on gay, lesbian, and bisexual teen suicide attempts. *Journal of LBGT Health Research, 3*(1), 79-87.

Saewyc, E. M. (2011). Research on adolescent sexual orientation: Development, health disparities, stigma, and resilience. *Journal of Research on Adolescence, 21*, 256–272. doi: 10.1111/j.1532-7795.2010.00727

Safren, S. A., & Heimberg, R. G. (1999). Depression, hopelessness, suicidality, and related factors in sexual minority and heterosexual adolescents. *Journal of Consulting and Clinical Psychology, 67*, 859-866.

Salzburg, S. (2004). Learning that an adolescent child is gay or lesbian: The parent experience. *Social Work, 49*, 109-118.

Salzburg, S. (2007). Narrative therapy pathways for reauthoring with parents of adolescents coming-out as lesbian, gay, and bisexual. *Contemporary Family Therapy, 29*, 57-69.

Savin-Williams, R. (1994). Verbal and physical abuse as stressors in the lives of sexual minority youth: Associations with school problems, running away, substance abuse, prostitution, and suicide. *Journal of Consulting and Clinical Psychology, 62*, 261-269. doi: 10.1037/0022-006X.62.2.261

Savin-Williams, R. C. (2001). *Mom, dad. I'm gay: How families negotiate coming out*. Washington, DC: American Psychological Press.

Savin-Williams, R. C. (2005). *The New Gay Teenager*. Cambridge, MA.: Harvard University Press.

Savin-Williams, R. C., & Ream, G. L. (2006). Prevalence and stability of sexual orientation components during adolescence and young adulthood. *Archives of Sexual Behavior, 36*(3), 385-394. doi: 10.1007/s10508-006-9088-5

Schlatter, E., & Southern Poverty Law Center. (2014, Dec. 13). North Carolina church members indicted for kidnapping and assaulting gay man, *Salon*. Retrieved from http://www.salon.com/2014/12/13/north_carolina_church_members_indicted_for_kidnapping_and_assaulting_gay_man_partner/

Schope, R. D. (2002). The decision to tell: Factors influencing the disclosure of sexual orientation by gay men. *Journal of Gay and Lesbian Social Services, 14*(1), 1–22.

Schope, R. D., & Eliason, M. J. (2000). Thinking versus acting: Assessing the relationship between heterosexual attitudes and behaviors towards homosexuals. *Journal of Gay & Lesbian Social Services, 11*, 69–92.

Shields, S. A. (2008). Gender: An intersectionality perspective. *Sex Roles, 59*, 301–311. doi: doi:10.1007/s11199-008-9501-8

Siegal, M., & Robinson, J. (1987). Order effects in children's gender-constancy responses *Developmental Psychology, 23*, 283-286. doi: 10.1037/0012-1649.23.2.283

Simons, L. K., Leibowitz, S. F., & Hidalgo, M. A. (2014). Understanding gender variance in children and adolescents. *Pediatr Ann, 43*(6), 00904481-20140522.

Siraj, A. (2012). "I Don't Want to Taint the Name of Islam": The Influence of Religion on the Lives of Muslim Lesbians. *Journal of Lesbian Studies, 16*(4), 449-467.

Smith, T. E., & Leaper, C. (2006). Self-perceived gender typicality and the peer context during adolescence. *Journal of Research on Adolescence, 16*, 91-104.

Smith, Y. L., van Goozen, S. H., & Cohen-Kettenis, P. T. (2001). Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. *J Am Acad Child Adolesc Psychiatry, 40*(4), 472-481.

Snapp, S. D., Watson, R. J., Russell, S. T., Diaz, R. M., & Ryan, C. (2015). Social support networks for LGBT young adults: Low cost strategies for positive adjustment. *Family Relations, 64*(3), 420-430. doi: 10.1111/fare.12124

Spack, N. P., Edwards-Leeper, L., Feldman, H. A., Leibowitz, S., Mandel, F., Diamond, D. A., & Vance, S. R. (2012). Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. doi: 10.1542/peds.2011-0907

Steensma, T. D., Biemond, R., de Boer, F., & Cohen-Kettenis, P. T. (2011). Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. *Clin Child Psychol Psychiatry, 16*(4), 499-516.

Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Gender transitioning before puberty? *Arch Sex Behav, 40*(4), 649-650. doi: 10.1007/s10508-011-9752-2

Steensma, T. D., Kreukels, B. P., de Vries, A. L., & Cohen-Kettenis, P. T. (2013). Gender identity development in adolescence. *Horm Behav, 64*(2), 288-297.

Steensma, T. D., McGuire, J. K., Kreukels, B. P., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry, 52*(6), 582-590.

Stewart, B. T., Heck, N. C., & Cochran, B. N. (2015). A comparison of sexual minority youth who attend religiously affiliated schools and their nonreligious-school-attending counterparts *Journal of LBGT Youth, 12*(2), 170-188.

Szalacha, L. A. (2003). Safer sexual diversity climates: Lessons learned from an evaluation of Massachusetts Safe Schools Program for Gay and Lesbian Students. . *American Journal of Education, 110*, 58-88.

Toomey, R. B., Ryan, C., Diaz, R. M., Card, N. A., & Russell, S. T. (2010). Gender-nonconforming lesbian, gay, bisexual, and transgender youth: School victimization and young adult psychosocial adjustment. *Developmental Psychology, 46*(6), 1580-1589. doi: 10.1037/a0020705

Toomey, R. B., Ryan, C., Diaz, R. M., & Russell, S. T. (2011). High school Gay–Straight Alliances (GSAs) and young adult well-being: An examination of GSA presence, participation, and perceived effectiveness. *Applied Developmental Science, 15*(4), 175-185. doi: 10.1080/10888691.2011.607378

Travers, R., Bauer, G., Pyne, J., Bradley, K., Gale, L., & Papadimitriou, M. (2012). Impacts of strong parental support for trans youth: A report prepared for Children's Aid Society New York: Children's Aid Society.

Troiden, R. R. (1988). Homosexual identity development. *Journal of Adolescent Health Care, 9*, 105-113.

Troiden, R. R. (1989). The formation of homosexual identities. *Journal of Homosexuality, 17*(1), 43-73.

Vance, S. R., Jr., Ehrensaft, D., & Rosenthal, S. M. (2014). Psychological and medical care of gender nonconforming youth. *Pediatrics, 134*(6), 1184-1192.

Vrangalova, Z., & Savin-Williams, R. C. (2012). Mostly heterosexual and mostly gay/lesbian: Evidence for new sexual orientation identitiess. *Archives of sexual behavior, 41(1), 85-101*.

Wallace, R., & Russell, H. (2013). Attachment and shame in gender-nonconforming children and their families: toward a theoretical framework for evaluating clinical interventions *Int J Transgenderism, 14*(3), 113–126.

Wallien, M. S. C., & Cohen-Kettenis, P. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child & Adolescent Psychiatry, 47*(12), 1413-1423.

Walls, N. E., Kane, S. B., & Wisneski, H. (2010). Gay-straight alliances and school experiences of sexual minority youth. *Youth & Society, 41*, 307–332. doi: 10.1177/0044118X09334957

Wilbur, S., Ryan, C., & Marksamer, J. (2006). Serving LGBT youth in out-of-home care: Best practices guide. Washington, DC: Child Welfare League of America.

Willoughby, B. L., Doty, N. D., & Malik, N. M. (2010). Victimization, family rejection, and outcomes of gay, lesbian, and bisexual young people: the role of negative GLB identity. *Journal of GLBT Family Studies, 6*, 403-424.

World Health Organization. (1992). The International Classification of Disease 10th Revision (ICD 10). *Classification of mental and behavioural diso ders—Clinical descriptions and diagnostic guidelines. Geneva: WHO*.

World Professional Association for Transgender Health, I., ,. (2008). WPATH clarification on medical necessity of treatment, sex reassignment, and insurance coverage in the U.S.A., from http://www.wpath.org/site_page.cfm?pk_association_webpage_menu=1352&pk_association_webpage=3947

Yakushko, O. (2005). Influence of social support, existential well-being, and stress over sexual orientation on self esteem of gay, lesbian, and bisexual individuals. *International Journal for the Advancement of Counselling, 27*(1), 131-143.

Yarhouse, M. A. (1998). When families present with concerns about an adolescent's experience of same-sex attraction. *The American Journal of Family Therapy, 26,* 321-330.

Yarhouse, M. A. (2015a, July 7 and August 6). [Family approaches in therapeutic intervention].

Yarhouse, M.A. (2015b, August. Family and Community Acceptance – focus on conventionally religious communities. Unpublished paper.

Yarhouse, M.A. (2015c). Understanding gender dysphoria: Navigating transgender issues in a changing culture. Downer's Grove, IL: InterVarsity Press.

Yarhouse, M. A., & Tan, E. S. N. (2005). Addressing religious conflicts in adolescents who experience sexual identity confusion. *Professional Psychology: Research and Practice, 6,* 530-536.

Yunger, J. L., Carver, P. R., & Perry, D. G. (2004). Does gender identity influence children's psychological well-being? *Dev Psychol, 40*(4), 572-582.

Zucker, K. (2004). Gender identity development and issues. *Child Adolesc Psychiatric Clin N Am, 13*, 551-568.

Zucker, K. (2005). Gender identity disorder in children and adolescents. *Annu Rev Clin Psychol, 1*, 467-492.

Zucker, K., & Bradley, S. (1995). Gender identity disorder and psychosexual problems in children and adolescents. New York: The Guilford Press.

# Appendix A: Glossary of Terms

**Cisgender**: A person whose gender identity, gender expression, and sex assigned at birth all align.

**Conversion therapy**: Efforts to change an individual's sexual orientation, gender identity, or gender expression through behavioral health or medical interventions. Any effort with an *a priori* goal of a gender expression that aligns with stereotypical norms, cisgender identity, and/or heterosexual orientation, identity, and sexual behaviors.

**Gender dysphoria**: Psychological distress due to the incongruence between one's body and gender identity.

**Gender expression**: The way a person expresses their gender identity (e.g., through dress, clothing, body movement, etc.). Young children express their gender through choices for personal items such as toys and clothes, as well as hairstyle, colors, etc.

**Gender identity:** A person's internal sense of being male, female, or something else. Gender identity is internal, so it is not necessarily visible to others. Gender identity is also very personal, so some people may not identify as male or female while others may identify as both male and female.

**Gender nonconforming, gender diverse**: A person whose gender expression differs from how their family, culture, or society expects them to behave, dress, and act.

**Intersex:** Individuals with medically defined biological attributes that are not exclusively male or female; frequently "assigned" a gender a birth which may or may not differ from their gender identity later in life.

**Questioning:** Individuals who are uncertain about their sexual orientation and/or gender identity. Also used as a verb to describe the process of exploring ones sexual orientation and/or gender identity.

**Sex assigned at birth:** The sex designation given to an individual at birth.

**Sexual orientation**: A person's emotional, sexual, and/or relational attraction to others. Sexual orientation is usually classified as heterosexual, bisexual, or homosexual (lesbian and gay), and includes components of attraction, behavior, and identity (Laumann et al., 1994). Sexual orientation is expressed in relationship to others to meet basic human needs for love, attachment, and intimacy (Institute of Medicine, 2011). Thus, young people can be aware of their sexual orientation as feelings of attachment and connection to others before they become sexually active. Sexual orientation identity is how someone labels and identifies their sexual orientation either publicly or privately. Sexual orientation, sexual orientation identity, and sexual behaviors are not always congruent.

**Transgender**: A person who feels that their gender identity does not match their physical body and differs from the gender that others observed and gave them at birth (assigned or birth gender).

**Transition:** A term used to describe the process of moving from one gender to another; in adolescents and adults, can be characterized by medical intervention such as the use of cross-sex hormone therapy or gender affirming surgeries. For all people, can include social transition, which is the process of outwardly beginning to present as a different gender, which can include changes in name, pronouns, and appearance.

# Appendix B: Acknowledgments

This report was prepared for the Substance Abuse and Mental Health Services Administration (SAMHSA) by Abt Associates under contract number HHSS283200700008I/HHSS28342001T with SAMHSA, U.S. Department of Health and Human Services (HHS). David Lamont Wilson served as the Government Project Officer.  Elliot Kennedy served as the Task Lead.

The lead scientific writer for this report was Laura Jadwin-Cakmak, MPH with support from W. Alexander Orr, MPH as the Task Lead from Abt Associates.

The Expert Consensus Panel was convened by the American Psychological Association (APA) from July 7 – 8, 2015 in Washington, DC and funded by a grant by the Federal Agencies Project. The APA activities were coordinated by Clinton W. Anderson, PhD (Associate Executive Director, Public Interest Directorate, Director LGBT Office) and Judith Glassgold, PsyD (Associate Executive Director, Government Relations, Public Interest Directorate).

The Expert Panel consisted of a panel of researchers and practitioners in child and adolescent mental health with a strong background in gender development, gender identity, and sexual orientation in children and adolescents. The panel included experts with a background in family therapy and the psychology of religion. Among others, the panel included: Sheri Berenbaum, PhD; Celia B. Fisher, PhD; Laura Edwards-Leeper, PhD; Marco A. Hidalgo, PhD; David Huebner, PhD; Colton L. Keo-Meier, PhD; Scott Leibowitz, MD; Robin Lin Miller, PhD; Caitlin Ryan, PhD, ACSW; Josh Wolff, PhD; and Mark A. Yarhouse, PsyD.

# Endnotes

1. The term "sexual and gender minority" is an umbrella term. "Sexual minority" refers to individuals who have a same-gender (i.e., gay or lesbian) or bisexual orientation. "Gender minority" refers to individuals whose gender identity differs from their assigned sex at birth or whose gender expression does not conform to stereotypical cultural norms. Sexual and gender minority populations are also referred to as lesbian, gay, bisexual, and transgender (LGBT) populations, as many (though not all) sexual and gender minority individuals identify as lesbian, gay, bisexual, or transgender. At times, the phrase LGBTQ - lesbian, gay, bisexual, transgender, and questioning – is used to be inclusive of individuals who are questioning aspects of their gender or sexual orientation, and is particularly common when youth are the population of focus, as here.

2. Conversion therapy consists of any efforts to change an individual's sexual orientation, gender identity, or gender expression through behavioral health or medical interventions. Any effort with an *a priori* goal of a gender expression that aligns with stereotypical norms, cisgender identity, and/or heterosexual orientation, identity, and sexual behaviors. For a full glossary of terms, see Appendix A.

3. To be inclusive of transgender populations, the term "same-gender" (as opposed to "same-sex") is used throughout this report in order to clearly distinguish between the constructs of gender and assigned sex and to recognize that individuals generally label their sexual orientation with regard to their gender identity as opposed to assigned sex at birth.

4. This section is based on the consensus statements developed by an expert panel convened by the American Psychological Association, July 2015. These statements are based on the best available research and scholarly material available.

5. Efforts to change an individual's sexual orientation, gender identity, or gender expression through behavioral health or medical interventions. Any effort with an *a priori* goal of a gender expression that aligns with stereotypical norms, cisgender identity, and/or heterosexual orientation, identity, and sexual behaviors. For a full glossary of terms, see Appendix A.

6. The term "sexual and gender minority" is an umbrella term. "Sexual minority" refers to individuals who have a same-gender (i.e., homosexual) or bisexual orientation. "Gender minority" refers to individuals whose gender identity differs from their assigned sex at birth or whose gender expression does not conform to stereotypical cultural norms. Sexual and gender minority populations are also referred to as lesbian, gay, bisexual, and transgender (LGBT) populations, as many (though not all) sexual and gender minority individuals identify as lesbian, gay, bisexual, or transgender. At times, the phrase LGBTQ - lesbian, gay, bisexual, transgender, and questioning – is used to be inclusive of individuals who are questioning aspects of their gender or sexual orientation, particularly common when youth are the population of focus.

7. To be inclusive of transgender populations, the term "same-gender" (as opposed to "same-sex") is used throughout this report in order to clearly distinguish between the constructs of gender and assigned sex and to recognize that individuals generally label their sexual orientation with regard to their gender identity as opposed to assigned sex at birth.

8. Secondary sex characteristics refer to sexually dimorphic phenotypic traits that develop due to increased sex hormones in puberty. Changes due to increase in androgens includes growth of the testicles and penis, increased height, increased muscle mass, changes in body shape and weight distribution (e.g., broadening of the shoulders and chest), growth of facial and body hair, and enlargement of the larynx and deepening of the voice. Changes due to increase in estrogens includes breast development, changes in body shape and weight distribution (e.g., widening of the hips and narrowing of the waist), growth of underarm and pubic hair, and the onset of menses (Lee 1980).

9. Homosexuality per se was removed from the International Classification of Diseases and it is explicitly stated that "sexual orientation by itself is not to be considered a disorder." Certain homosexuality-related diagnoses remain in the ICD, although there is some movement underway to remove them in the next edition of ICD (Cochran, S. D., Drescher, J., Kismödi, Giami, García-Moreno, Atalla, …, & Reed, 2014).

10. Biological sex is itself a multidimensional construct, as the chromosomal, gonadal, and anatomical indicators of biological sex do not always align, such as in intersex individuals/individuals with disorders of sex development (Hughes et al., 2006).

11. It should be noted that what behaviors, activities, and appearances are considered feminine or masculine, as well as the expected degree of conformity to gender expressions stereotypically associated with one's assigned sex at birth, varies by culture and over time. The alignment of assigned sex at birth, gender identity, and gender expression has been assumed in many, but not all, cultures and religious traditions. Historically several different cultures have recognized, accepted, and sometimes revered diversity in gender identity and gender expression (American Psychological Association, 2015b). This includes Two Spirit individuals within American Indian communities.

12. The diagnosis of Gender Identity Disorder was eliminated and replaced with the diagnosis of Gender Dysphoria in the Diagnostic and Statistical Manual of Mental Disorders in 2013. Though no longer the current diagnosis, almost all existing research includes participants who were diagnosed using the earlier criteria for Gender Identity Disorder. In addition to the diagnostic category of Gender Dysphoria (capitalized), the term "gender dysphoria" (lowercase) is used to broadly describe the discomfort or distress caused by the discrepancy between a person's gender identity and that person's sex assigned at birth and/or primary or secondary sex characteristics. We will use the term "individuals with gender dysphoria" throughout the report as inclusive of individuals diagnosed under both current and earlier diagnostic criteria, while recognizing that future research findings focused on individuals with Gender Dysphoria may differ from that focused on individuals previously diagnosed with Gender Identity Disorder.

13. There is a third trajectory, in which individuals do not experience gender dysphoria or a diverse gender expression in childhood, but experience the onset of gender dysphoria in adolescence or later. This trajectory is discussed in the section on Gender in Adolescence.

14. Scientists now understand that while sexual orientation is not malleable to external pressures to change (American Psychological Association, 2009), some individuals experience internal changes in sexual attraction and/or changes in what sexual orientation identity label they use (e.g., straight, bisexual, gay) throughout adolescence and adulthood; this concept is referred to as sexual fluidity (Diamond & Butterworth, 2008; Savin-Williams & Ream, 2006). For findings related to the stability of sexual orientation identity in adolescence and young adulthood, refer to research by Ott et al. (2010).

15. Though opportunities for sexuality- and gender-related stressors and supports also occur throughout these social systems within the lives of sexual and gender minority children, research in these areas has generally not included pre-pubertal children.

16. This section is based on the statements of professional consensus developed by an expert panel convened by the American Psychological Association, July 2015 at the request of the US Substance Abuse and Mental Health Services Administration. These statements, listed in *Section 2*, are based on the best available research and scholarly material available.

17. See American Psychological Association (2009, 2012, and 2015a)

18. This section is based on reports by American Psychological Association (2012 and 2015a) and APA Task Force on Appropriate Therapeutic Responses to Sexual Orientation (2009).

19. For more information see White House sources Strengthening Protection against Discrimination.

20. For example, "A Practitioner's Resource Guide: Helping Families to Support Their LGBT Children" http://store.samhsa.gov/product/A-Practitioner-s-Resource-Guide-Helping-Families-to-Support-Their-LGBT-Children/PEP14-LGBTKIDS. Another helpful resources is "Helping Families Support Their Lesbian, Gay, Bisexual, and Transgender (LGBT) Children" http://nccc.georgetown.edu/documents/LGBT_Brief.pdf.

21. See for instance, American Psychological Association (2011). Guidelines for Psychological Practice with Lesbian, Gay, and Bisexual Clients.

22. Association of American Medical Colleges, 2014. Implementing Curricular and Institutional Climate Changes to Improve Health Care for Individuals Who are LGBT, Gender Nonconforming, or Born with DSD. Available at https://www.aamc.org/download/414172/data/lgbt.pdf.

23. Ferguson v. JONAH, Law Div., Hudson Cy. (Bariso, J.S.C.), HUD-L-5473-12, February 5, 2015.

24. American Bar Association, 2015. Resolution 112., available at https://www.americanbar.org/content/dam/aba/images/aban-ews/2015annualresolutions/112.pdf.







Substance Abuse and Mental Health Services Administration

HHS Publication No. (SMA) 15-4928

# EXHIBIT C



# APA RESOLUTION on Gender Identity Change Efforts

**FEBRUARY 2021**

The foundational professional guideline for working with gender diverse persons acknowledges that, "Psychologists understand that gender is a nonbinary construct that allows for a range of gender identities and that a person's gender identity may not align with sex assigned at birth." (APA, 2015, p. 834). Gender identity refers to "a person's deep felt, inherent sense of being a girl, woman, or female; a boy, a man, or male; a blend of male or female; [or another] gender" (APA, 2015, p. 862). While gender refers to the trait characteristics and behaviors culturally associated with one's sex assigned at birth, in some cases, gender may be distinct from the physical markers of biological sex (e.g., genitals, chromosomes). Gender identity is also distinct from gender expression, which refers to "the presentation of an individual including physical appearance, clothing choice and accessories, and behaviors that express aspects of gender identity" (APA, 2015, p. 861). Cisgender refers to "a person whose gender identity aligns with sex assigned at birth" (e.g., an individual assigned female at birth who identifies as a woman/girl; APA, 2015, p. 861). Transgender is "an umbrella term used to describe the full range of people whose gender identity and/or gender role do not conform to what is typically associated with their sex assigned at birth" (APA, 2015, p. 863). For the purpose of this resolution, we are using a broad definition of transgender to include transgender women/girls, transgender men/boys, nonbinary individuals (i.e., people who may identify as a gender other than a woman/girl or a man/boy), and any individual who articulates a gender identity different from societal expectations based on their sex assigned at birth.

Some transgender and gender nonbinary individuals seek gender-affirming medical care (e.g., hormone therapy, surgery) while others do not. Similarly, some transgender and gender nonbinary individuals seek to change their gender marker and/or their name on legal documents, while others do not. In this resolution, we strive to be inclusive of all gender diversity regardless of a person's pursuance of social, medical, or legal transition.

The fields of psychiatry and psychology have a long history of pathologizing individuals and those who question their gender identity (Barkai, 2017; Benson, 2013; Bouman et al, 2014; Burke, 2011; Drescher, 2010; Nadal et al., 2010; Riggs et al. 2019). This history is informed by, and parallels, the larger Western and United States-based, medical-model, narratives that 1) define gender as binary and conflate it with physical markers, 2) define masculinity, and characteristics historically attributed to men/ boys, as superior to femininity and characteristics historically

attributed to women/girls, 3) create systems that confer privilege to cisgender people and label cisgender identities and expressions as normative, 4) discriminate against transgender and gender nonbinary individuals (Stryker, 2017).

Gender identity change efforts (GICE) refer to a range of techniques used by mental health professionals and non-professionals with the goal of changing gender identity, gender expression, or associated components of these to be in alignment with gender role behaviors that are stereotypically associated with sex assigned at birth, (Hill et al., 2010; SAMHSA, 2015). In addition to explicit attempts to change individuals' gender according to cisnormative pressures, GICE has also been a component of sexual orientation change efforts (SOCE). As intense focus on cisnormative conformity is a frequent characteristic of SOCE it is possible that authors in the literature describing sexual orientation change efforts misgendered their participants (Hipp et al., 2019). Moreover, "ex-gay" literature and discourse conceptualize gender diversity as a sin, a mental illness, and harmful, perpetuating cisgenderism and transmisogyny (Robinson & Spivey, 2019). Finally, Hipp et al. (2019) identified forms of GICE that are often not discussed in the psychological literature but that appear to disproportionately affect Black transgender and gender nonbinary individuals including violence, "church hurt" (i.e., religious or faith-based trauma), and gatekeeping from gender affirming care. These efforts may be referred to as "conversion therapies", "corrective" treatments, or "normalizing" therapies (Hill et al., 2010). However, to consider these techniques as therapies or treatments is inaccurate and inappropriate because, the incongruence between sex and gender in and of itself is not a mental disorder (World Health Organization, n.d.) so, any behavioral health or GICE technique or treatment that seeks to change an individual's gender identity or expression is not indicated; thus, any behavioral health or GICE effort that attempt to change an individual's gender identity or expression is inappropriate (Hill et al. 2010; SAMHSA, 2015).

With roots in this history, GICE are founded on the notion that any gender identity that is not concordant with sex assigned at birth is disordered, and that a cisgender identity is healthier, preferable, and superior to a transgender or gender nonbinary identity (Ansara & Hegarty, 2011; Hill et al., 2010; Robinson & Spivey, 2019).

GICE cause harm by reinforcing anti-transgender and anti-gender nonbinary stigma and discrimination (Turban et al., 2020); and by creating social pressure on an individual to conform to an

1

identity and/or presentation that may not be consistent with their sense of self (e.g., Bockting et al., 2013; Egan & Perry, 2001; Meyer, 2003; Nadal et al., 2012; Russell et al., 2012; Toomey et al., 2010; Sandfort et al., 2007). Furthermore, GICE are not supported by empirical evidence as effective practices for changing gender identity and are associated with psychological and social harm (Brinkman et al., 2014; Carr, 1998; Gagné & Tewksbury, 1998; Horn, 2007; Price et al., 2019; Smith & Leaper, 2006). The American Psychological Association (APA), as well as other healthcare organizations, (e.g., American Counseling Association, World Professional Association for Transgender Health) have established empirically-supported practice guidelines that encourage clinicians to use gender-affirming practices when addressing gender identity issues (ACA, 2010; APA, 2015; Coleman et al., 2012). Additionally, a number of national and international professional healthcare organizations have publicly warned against the harmful effects of GICE and SOCE (Sexual Orientation Change Efforts) by endorsing the United States Joint Statement Against Conversion Efforts (USJS, n.d.), including the American Academy of Family Physicians, American Academy of Nursing, American Association of Sexual Educators, Counselors and Therapists, American Counseling Association, American Medical Association, American Medical Student Association, American Psychoanalytic Association, The Association of LGBTQ Psychiatrists, Society for Affectional, Intersex, and Gender Expansive Identities, Clinical Social Work Association, GLMA: Health Professionals Advancing LGBTQ Equality, The Association of Lesbian, Gay, Bisexual, Transgender Addiction Professionals and their Allies, and the World Professional Association for Transgender Health. A growing number of states and municipalities have enacted laws that prohibit licensed mental health professionals from engaging in sexual orientation and gender identity change efforts with minors (Movement Advancement Project, n.d.)

## GENDER DIVERSITY, STIGMA, AND DISCRIMINATION

WHEREAS diversity in gender identity and expression is part of the human experience and transgender and gender nonbinary identities and expressions are healthy, incongruence between one's sex and gender is neither pathological nor a mental health disorder (APA, 2009, 2015; SAMHSA, 2015);

WHEREAS gender diverse individuals experience cissexist discrimination and prejudice throughout the lifespan and life domains (APA, 2009) including significant discrimination in healthcare settings (Burnes et al., 2016; Fredriksen-Goldsen et al., 2014; Grant et al., 2011; James et al., 2016; Johns et al, 2019; Lambda Legal, 2010; Macapagal et al., 2016; Reisner et al., 2015; White Hughto et al., 2015);

WHEREAS the practice of GICE reinforces stigma and discrimination against transgender and gender diverse people (Turban et al., 2020);

WHEREAS gender-related bias, victimization, discrimination, criminalization, and forced-gender conformity experienced by transgender and gender nonbinary people are associated with poor psychosocial outcomes, such as heightened psychological distress, compromised overall wellbeing, and disparities across various contexts (e.g., healthcare, schools/education, workplace, law) (Bockting et al., 2013; dickey et al., 2016; Egan & Perry, 2001; Meyer, 2003; Nadal et al., 2012; Russell et al., 2012; Hendricks & Testa, 2012; Toomey et al., 2010; Sandfort et al., 2007);

WHEREAS invalidation and rejection of transgender and gender nonbinary identities and diverse gender expressions by others (e.g., families, therapists, school personnel) are forms of discrimination, stigma, and victimization, which result in psychological distress (Bockting et al., 2013; D'Augelli et al., 2006; Egan & Perry, 2001; Hendricks & Testa, 2012; Hidalgo et al., 2015; Landolt et al., 2004; Meyer, 2003; Nadal et al., 2012; Price, et al., 2019; Roberts et al., 2012; Sandfort et al., 2007; Stotzer, 2012; Russell et al., 2012; Toomey et al., 2010; Truong et al., 2020a, 2020b; Zongrone et al., 2020);

## GICE AND RISKS OF HARM

WHEREAS individuals who have experienced pressure or coercion to conform to their sex assigned at birth or therapy that was biased toward conformity to one's assigned sex at birth have reported harm resulting from these experience such as emotional distress, loss of relationships, and low self-worth (Brinkman et al., 2014; Carr, 1998; Gagné & Tewksbury, 1998; Horn, 2007; Price et al., 2019; Smith & Leaper, 2006);

WHEREAS in one study of a large online sample of LGBTQ young people, those who reported experiencing change efforts were more than twice as likely to report having attempted suicide and having multiple suicide attempts as those who did not experience change efforts, (Green et al., 2020);

WHEREAS GICE have not been shown to alleviate or resolve gender dysphoria (Bradley & Zucker, 1997; Cohen-Kettenis & Kuiper, 1984; Gelder & Marks, 1969; Greenson, 1964; Pauly, 1965, SAMHSA, 2015);

WHEREAS GICE can cause undue stress and suffering and interfere with healthy sexual and gender identity development (Hiestand & Levitt, 2005; SAMHSA, 2015);

WHEREAS GICE can reduce one's willingness to pursue future mental health treatment (Craig et al., 2017);

WHEREAS GICE often involves the promotion of stereotyped gender behaviors consistent with cultural expectations (Coleman et al., 2012; Hill et al., 2010);

WHEREAS GICE are associated with harmful social and emotional effects for many individuals, including but not limited to, the onset or increase of depression, anxiety, suicidality, loss of sexual feeling, impotence, deteriorated family relationships, a range of post-traumatic responses, and substance abuse (c.f. Burnes et al., 2016; Green et al., 2020; SAMHSA 2015 for a review; Turban et al., 2019);

WHEREAS diverse gender expressions and transgender and gender nonbinary identities are not mental disorders (American Psychiatric Association, 2013) and many transgender and gender nonbinary individuals lead satisfying lives and have healthy relationships (APA, 2015; SAMHSA, 2015);

## GENDER AFFIRMING PRACTICES

WHEREAS transgender and gender nonbinary people whose gender has been affirmed report increased quality of life (Ainsworth & Spiegel, 2010; APA, 2015; Gerhardstein & Anderson, 2010; Kraemer et al., 2008; Newfield et al., 2006);

WHEREAS self-determination in defining one's gender identity is a source of resilience for transgender and gender nonbinary people and associated with improvements in wellbeing and reductions in psychological distress (Menveille & Tuerk, 2002; Pickstone-Taylor, 2003; Rosenburg, 2002; Singh et al., 2011; Singh et al., 2014);

WHEREAS individuals who have experienced gender-affirming psychological and medical practices report improved psychological functioning, quality of life, treatment retention and engagement, and reductions in psychological distress, gender dysphoria, and maladaptive coping mechanisms (Austin & Craig, 2015; de Vries et al., 2014; Haas et al., 2011; Sevelius, 2013; White Hughto & Reisner, 2016);

WHEREAS professional consensus recommends affirming therapeutic interventions for transgender and gender nonbinary adults who request that a therapist engage in GICE, and for trans youth whose parents/guardians or other custodians (e.g., state, foster care) request that a therapist engage in GICE (American Counseling Association, 2009; APA, 2012; 2015; American Psychiatric Association, 2018; Byne et al., 2012; Edwards-Leeper et al., 2016);

WHEREAS affirming therapeutic practices and guidelines recommend that the therapist should remain objective and nonjudgmental to the outcome, focusing on empowering the client to be active in exploring, discovering, and understanding their own identity (American Counseling Association, 2009;

APA, 2012; 2015; American Psychiatric Association, 2018; Byne et al., 2012; Edwards-Leeper et al., 2016);

## APA POLICY

WHEREAS APA opposes discrimination on the basis of gender identity, gender expression, and transgender and gender nonbinary identities, and actively opposes the adoption of discriminatory legislation (APA, 2008);

WHEREAS APA supports the passage of laws and policies protecting the legal rights and freedoms of transgender and gender nonbinary people, regardless of gender identity or expression (APA, 2008);

WHEREAS Psychologists' work is based upon established scientific and professional knowledge of the discipline. (APA, 2017f, p. 5);

WHEREAS APA recognizes that psychologists work is based upon Respect for People's Rights and Dignity (Principle E), Avoiding Harm (3.04), and Unfair Discrimination (3.01; APA, 2017b);

WHEREAS gender affirming psychotherapy is founded in clinical practice guidelines, and harm has not been identified for any of these gender-affirming treatment practices (APA, 2015, 2017b; Byne et al., 2012);

WHEREAS the APA policy and practice guidelines (e.g., Multicultural Guidelines: An Ecological Approach to Context, Identity, and Intersectionality; Guidelines for Psychological Practice with Transgender and Gender Nonconforming People) affirm that psychologists do not engage in discriminatory or biased practices and urge psychologists to take a leadership role in preventing discrimination towards transgender and gender diverse people (APA, 2009, 2015, 2017a);

WHEREAS APA's 2005 Policy Statement on Evidence-Based Practice in Psychology defines evidence-based practice as the integration of the best available research with clinical expertise in the context of patient characteristics, culture, and preferences (APA, 2005);

BE IT THEREFORE RESOLVED that consistent with the APA definition of evidence-based practice (APA, 2005), the APA affirms that scientific evidence and clinical experience indicate that GICE put individuals at significant risk of harm;

BE IT FURTHER RESOLVED that the APA opposes GICE because such efforts put individuals at significant risk of harm and encourages individuals, families, health professionals, and organizations to avoid GICE;

BE IT FURTHER RESOLVED that APA opposes the idea that incongruence between sex and gender is a mental disorder (Hill et al., 2010; SAMHSA, 2015; WHO).

BE IT FURTHER RESOLVED that after reviewing scientific evidence on GICE harm, affirmative treatments, and professional practice guidelines, the APA affirms GICE are associated with reported harm.

BE IT FURTHER RESOLVED that the APA opposes GICE because of their association with harm.

BE IT FURTHER RESOLVED that Transgender and gender nonbinary identities, as well as other gender identities that transcend culturally prescriptive binary notions of gender, represent normal variations in human expression of gender.

BE IT FURTHER RESOLVED that neither transgender or gender nonbinary identities nor the pursuit of gender-affirming medical care constitutes evidence of a mental disorder.

BE IT FURTHER RESOLVED that APA opposes portrayals of transgender and gender nonbinary people as mentally ill because of their gender identities and expressions.

BE IT FURTHER RESOLVED that evidence supports psychologists in their professional roles to use affirming and culturally relevant approaches with individuals of diverse gender expressions and identities.

BE IT FURTHER RESOLVED that APA is committed to promoting accurate scientific data regarding gender identity and expression in its own policy, public advocacy, judicial proceedings, media, and public opinion;

BE IT FURTHER RESOLVED that APA encourages collaboration between and among individuals and organizations to promote the wellbeing of transgender and gender nonbinary people;

BE IT FURTHER RESOLVED that the APA encourages psychologists to be aware of multiple and intersecting factors in identity, such as sex assigned at birth, gender expression, gender identity, age, race, ethnicity, religion, spirituality, socioeconomic status, disability, national origin, and sexual orientation in conceptualization, treatment, research, and teaching about transgender and gender nonbinary people;

BE IT FURTHER RESOLVED that the APA opposes the dissemination of inaccurate information about gender identity, gender expression, and the efficacy of GICE, including the claim that gender identity can be changed through treatment, the characterization of transgender or gender nonbinary identity as a mental disorder and the promotion of treatments that prescribe gender identity or expression consistent with one's birth-assigned sex as effective for clients with gender dysphoria;

BE IT FURTHER RESOLVED that APA encourages the development and dissemination of evidence-based, multiculturally-informed, and gender affirmative educational resources that inform psychologists, the community and education and mental health institutions about the harms of GICE;

BE IT FURTHER RESOLVED that APA re-affirms that APA (2015) encourages psychologists to:

- Acknowledge the diversity and complexity of identities and experiences and recognize transgender and gender nonbinary identities as healthy expressions of gender

- Recognize that descriptions of any gender identity or expression as unnatural, abhorrent, or unhealthy perpetuate stigma for sexual and gender minorities, and have negative mental health and social consequences

- Assist clients in a developmentally appropriate manner to explore and understand the cultural and familial influence on gender roles and expression. Psychologists are urged to help clients in a developmentally appropriate manner understand the societal contexts of sexism, heterosexism, transphobia, racism and other forms of social oppression, and to use a developmental multicultural- and gender-affirmative framework in research, teaching, training, and supervision;

BE IT FURTHER RESOLVED that the American Psychological Association opposes GICE because there is evidence of former participants reporting harm resulting from their experiences of GICE and the contribution that such efforts make to social stigma, injustice, and prejudice directed at gender diverse individuals, consistent with other major professional mental health associations, including the American Psychiatric Association (2018); American Counseling Association (2017), SAMHSA (2015), American Academy of Child & Adolescent Psychiatry (2018), World Health Organization (n.d.) and World Psychiatric Association (2016);

BE IT FURTHER RESOLVED that the APA, because of evidence of harm and lack of evidence of efficacy, supports public policies and legislation that prohibit, or aim to reduce GICE, cissexism, and anti-transgender and anti-gender nonbinary bias and that increase support for gender diversity;

BE IT FURTHER RESOLVED that the APA supports collaboration and partnerships with global, national and state and local partners to achieve the aims of this resolution;

BE IT FURTHER RESOLVED that the APA promotes professional training in gender-affirming practices and opposes professional training in GICE in any stage of the education of psychologists, including graduate training, continuing education, and professional development.

# REFERENCES

Ainsworth, T. A., & Spiegel, J. H. (2010). Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery. Quality of Life Research, 19(7), 1019-1024.

American Academy of Child and Adolescent Psychiatry. (2018, February). Conversion Therapy. Retrieved from: https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx

American Counseling Association. (2010). American Counseling Association competencies for counseling with transgender clients. Journal of LGBT Issues in Counseling, 4, 135-159. doi:10.1080/15538605.2010.524839

American Psychiatric Association. (2018). Position Statement on Conversion Therapy and LGBTQ Patients. Retrieved from: https://www.psychiatry.org/home/policy-finder?k=conversion%20therapy

American Psychological Association (2005). Policy Statement on Evidence-Based Practice in Psychology. Retrieved from: https://www.apa.org/practice/guidelines/evidence-based-statement

American Psychological Association (2009). Report of the American Psychological Association Task Force on Appropriate Affirmative Responses to Sexual Orientation. Retrieved from: https://www.apa.org/pi/lgbt/resources/therapeutic-response.pdf

American Psychological Association (2012). Recognition of psychotherapy effectiveness. Retrieved from: http://www.apa.org/about/policy/resolution-psychotherapy.aspx

American Psychological Association. (2015). Guidelines for psychological practice with transgender and gender nonconforming people. American Psychologist, 70(9), 832–864.

American Psychological Association. (2017). Multicultural Guidelines: An Ecological Approach to Context, Identity, and Intersectionality. Retrieved from: http://www.apa.org/about/policy/multicultural-guidelines.pdf

Austin, A., & Craig, S. L. (2015). Transgender affirmative cognitive behavioral therapy: Clinical considerations and applications. Professional Psychology: Research and Practice, 46(1), 21.

Barkai, A. R. (2017). Troubling Gender or Engendering Trouble? The Problem With Gender Dysphoria in Psychoanalysis. The Psychoanalytic Review, 104(1), 1-32.

Benson, K. E. (2013). Seeking support: Transgender client experiences with mental health services. Journal of Feminist Family Therapy: An International Forum, 25, 17–40.

Bockting, W. O., Miner, M. H., Swinburne Romine, R. E., Hamilton, A., & Coleman, E. (2013). Stigma, mental health, and resilience in an online sample of the US transgender population. American Journal of Public Health, 103(5), 943-951.

Bouman, W. P., Richards, C., Addinall, R. M., Arango de Montis, I., Arcelus, J., Duisin, D., Esteva, A., Fisher, F., Harte, B., Khaury, Z., Lu, A., Marais, A., Mattila, D., Nayarana Reddy, D., Nieder, T.O., Robles Garcia, R., Rodrigues, Jr., O.M., Roque Guerra, A., Tereshkevich, G., T'Sjoen, G., & Wilson, D. (2014). Yes and yes again: Are standards of care which require two referrals for genital reconstructive surgery ethical? Sexual and Relationship Therapy, 29, 377–389.

Bradley, S. J., & Zucker, K. J. (1997). Gender Identity Disorder: A Review of the Past 10 Years. Journal of the American Academy of Child & Adolescent Psychiatry, 36(7), 872-880.

Brinkman, B. G., Rabenstein, K. L., Rosén, L. A., & Zimmerman, T. S. (2014). Children's gender identity development: The dynamic negotiation process between conformity and authenticity. Youth & Society, 46(6), 835-852

Burke, M.C. (2011), Resisting Pathology: GID and the Contested Terrain of Diagnosis in the Transgender Rights Movement. In P. McGann & D.J. Hutson (Eds.) Sociology of Diagnosis (Advances in Medical Sociology, Vol. 12), Emerald Group Publishing Limited, Bingley, pp. 183-210.

Burnes, T. R., Dexter, M. M., Richmond, K., Singh, A. A., & Cherrington, A. (2016). The experiences of transgender survivors of trauma who undergo social and medical transition. Traumatology, 22(1), 75-84.

Byne, W., Bradley, S. J., Coleman, E., Eyler, A. E., Green, R., Menvielle, E. J., Meyer-Bahlburg, H. F. L., Pleak, R. R., Tompkins, D. A., & American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. (2012). Report of the American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Archives of Sexual Behavior, 41(4), 759–796. https://doi.org/10.1007/s10508-012-9975-x

Carr, C. L. (1998). Tomboy resistance and conformity: Agency in social psychological gender theory. Gender & Society, 12(5), 528-553.

Cohen-Kettenis, P. T., & Kuiper, A. J. (1984). Transseksualiteit en psychothérapie. Tijdschrift Voor Psychotherapie, 10, 153-166. (In Dutch)

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., ... & Monstrey, S. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. International journal of transgenderism, 13(4), 165-232.

Craig, S. L., Austin, A., Rashidi, M., & Adams, M. (2017). Fighting for survival: The experiences of lesbian, gay, bisexual, transgender, and questioning students in religious colleges and universities. Journal of Gay & Lesbian Social Services, 29(1), 1-24.

D'Augelli, A. R., Grossman, A. H., & Starks, M. T. (2006). Childhood gender atypicality, victimization, and PTSD among lesbian, gay, and bisexual youth. Journal of interpersonal violence, 21(11), 1462-1482.

De Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics, 134(4), 696-704.

dickey, l. m., Budge, S. L., Katz-Wise, S. L., & Garza, M. V. (2016). Health disparities in the transgender community: Exploring differences in insurance coverage. Psychology of Sexual Orientation and Gender Diversity, 3(3), 275-282.

Drescher, J. (2010). Queer diagnoses: Parallels and contrasts in the history of homosexuality, gender variance, and the Diagnostic and Statistical Manual. Archives of Sexual Behavior, 39(2), 427-460.

Edwards-Leeper, L., Leibowitz, S., & Sangganjanavanich, V. F. (2016). Affirmative practice with transgender and gender nonconforming youth: Expanding the model. Psychology of Sexual Orientation and Gender Diversity, 3(2), 165.

Egan, S. K., & Perry, D. G. (2001). Gender identity: a multidimensional analysis with implications for psychosocial adjustment. Developmental psychology, 37(4), 451.

Fish, J. N., & Russell, S. T. (2020). Sexual Orientation and Gender Identity Change Efforts are Unethical and Harmful. American Journal of Public Health, 110(8), 1113-1114.

Fredriksen-Goldsen, K. I., Cook-Daniels, L., Kim, H. J., Erosheva, E. A., Emlet, C. A., Hoy-Ellis, C. P., Goldsen, J., & Muraco, A. (2013). Physical and mental health of transgender older adults: An at-risk and underserved population. The Gerontologist, 54(3), 488-500.

Gagné, P., & Tewksbury, R. (1998). Conformity pressures and gender resistance among transgendered individuals. Social Problems, 45(1), 81-101.

Gelder, M. G., & Marks, I. M. (1969). Aversion treatment in transvestism and transsexualism. Transsexualism and sex reassignment, 383-413.

Gerhardstein, K. R., & Anderson, V. N. (2010). There's more than meets the eye: Facial appearance and evaluations of transsexual people. *Sex roles, 62*(5-6), 361-373.

Green, A. E., Price-Feeney, M., Dorison, S. H., & Pick, C. J. (2020). Self-reported conversion efforts and suicidality among US LGBTQ youths and young adults, 2018. *American journal of public health, 110*(8), 1221-1227.

Grant, J., Mottet, L., Tanis, J., Harrison, J., Herman, J., & Keisling, M. (2011). Injustice at every turn: A report of the national transgender discrimination survey. National Center for Transgender Equality and National Gay and Lesbian Task Force. https://www.transequality.org/sites/default/files/docs/resources/NTDS_Report.pdf

Greenson, R. (1964). On homosexuality and gender identity. *International Journal of Psychoanalysis, 45*, 217-219. (In Japanese)

Haas, A. P., Eliason, M., Mays, V. M., Mathy, R. M., Cochran, S. D., D'Augelli, A. R., Silverman, M. M., Fisher, P. W., Hughes, T., Rosario, M., Russell, S. T., Malley, E., Reed, J., Litts, D. A., Haller, E., Sell, R. L., Remafedi, G., Bradford, J., Beautrais, A. L., Brown, G. K., Diamond, G. M., Friedman, M. S., Garofalo, R., Turner, M. S., Hollibaugh, A., & Clayton, P. J. (2011). Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: review and recommendations. *Journal of Homosexuality, 58*(1), 10-51.

Hendricks, M. L., & Testa, R. J. (2012). A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the minority stress model. Professional Psychology: *Research and Practice, 43*, 460-467.

Hidalgo, M. A., Kuhns, L. M., Kwon, S., Mustanski, B., & Garofalo, R. (2015). The impact of childhood gender expression on childhood sexual abuse and psychopathology among young men who have sex with men. *Child Abuse & Neglect, 46*, 103-112.

Hiestand, K. R., & Levitt, H. M. (2005). Butch identity development: The formation of an authentic gender. *Feminism & Psychology, 15*(1), 61-85.

Hill, D. B., Menvielle, E., Sica, K. M., & Johnson, A. (2010). An affirmative intervention for families with gender variant children: Parental ratings of child mental health and gender. *Journal of Sex & Marital Therapy, 36*(1), 6-23.

Hipp, T. N., Gore, K. R., Toumayan, A. C., Anderson, M. B., & Thurston, I. B. (2019). From conversion toward affirmation: Psychology, civil rights, and experiences of gender-diverse communities in Memphis. *American Psychologist, 74*(8), 882-897

Horn, S. S. (2007). Adolescents' acceptance of same-sex peers based on sexual orientation and gender expression. *Journal of Youth and Adolescence, 36*(3), 363-371.

James, S. E., Herman, J. L., Rankin, S., Keisling, M., & Anafi, M. (2016). *The report of the 2015 U.S. transgender survey* (pp. 1–297). National Center for Transgender Equality.

Johns, M. M., Lowry, R., Andrzejewski, J., Barrios, L. C., Demissie, Z., McManus, T., Rasberry, C. N., Robin, L., & Underwood, J. M. (2019). *Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students—19 states and large urban school districts, 2017. 68*(3), 67–71. https://doi.org/10.15585/mmwr.mm6803a3

Kraemer, B., Delsignore, A., Schnyder, U., & Hepp, U. (2008). Body image and transsexualism. *Psychopathology, 41*(2), 96-100.

Lamda Legal (2010). *When Health Care Isn't Caring: Lambda Legal's Survey of Discrimination Against LGBT People and People with HIV.* New York: Lambda Legal.

Landolt, M. A., Bartholomew, K., Saffrey, C., Oram, D., & Perlman, D. (2004). Gender nonconformity, childhood rejection, and adult attachment: A study of gay men. *Archives of Sexual Behavior, 33*(2), 117-128.

Macapagal, K., Bhatia, R., & Greene, G. J. (2016). Differences in healthcare access, use, and experiences within a community sample of racially diverse lesbian, gay, bisexual, transgender, and questioning emerging adults. *LGBT Health, 3*(6), 434-442.

Menvielle, E. J., Tuerk, C., & Jellinek, M. S. (2002). A support group for parents of gender-nonconforming boys. *Journal of the American Academy of Child & Adolescent Psychiatry, 41*(8), 1010-1013.

Meyer I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: conceptual issues and research evidence. *Psychological Bulletin, 129*(5), 674-97.

Movement Advancement Project. (n.d.). *Conversion "therapy" laws.* https://www.lgbtmap.org/equality-maps/conversion_therapy

Nadal, K. L., Rivera, D. P., & Corpus, M. J. H. (2010). Sexual orientation and transgender microaggressions in everyday life: Experiences of lesbians, gays, bisexuals, and transgender individuals. In D. W. Sue (Ed.), *Microaggressions and marginality: Manifestation, dynamics and impact* (pp. 217–240). New York: Wiley.

Nadal, K. L., Skolnik, A., & Wong, Y. (2012). Interpersonal and systemic microaggressions toward transgender people: Implications for counseling. *Journal of LGBT Issues in Counseling, 6*(1), 55-82.

Newfield, E., Hart, S., Dibble, S., & Kohler, L. (2006). Female-to-male transgender quality of life. *Quality of Life Research, 15*(9), 1447-1457.

Pauly, I. B. (1965). Male psychosexual inversion: Transsexualism: A review of 100 cases. *Archives of General Psychiatry, 13*(2), 172-181.

Pickstone-Taylor, S. D. (2003). Letter to the editor. Children with gender nonconformity. *Journal of the American Academy Child & Adolescent Psychiatry, 42*, 266.

Price, M., Olezeski, C., McMahon, T., & Hill, N. (2019). A developmental perspective on victimization faced by gender-nonconforming youth. In H. Fitzgerald (Ed.), *Handbook of Children and Prejudice: Integrating Research, Practice, and Policy.* New York, NY: Springer Press.

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *Journal of Adolescent Health, 56*(3), 274-279.

Riggs, D. W., Pearce, R., Pfeffer, C. A., Hines, S., White, F., & Ruspini, E. (2019). Transnormativity in the psy disciplines: Constructing pathology in the Diagnostic and Statistical Manual of Mental Disorders and Standards of Care. *American Psychologist, 74*(8), 912.

Roberts, A. L., Rosario, M., Corliss, H. L., Koenen, K. C., & Austin, S. B. (2012). Childhood gender nonconformity: A risk indicator for childhood abuse and posttraumatic stress in youth. *Pediatrics, 129*(3), 410-417.

Robinson, C. M., & Spivey, S. E. (2019). Ungodly Genders: Deconstructing Ex-Gay Movement Discourses of "Transgenderism" in the US. *Social Sciences, 8*(6), 191-218.

Rosenberg, M., & Jellinek, M. S. (2002). Children with gender identity issues and their parents in individual and group treatment. *Journal of the American Academy of Child & Adolescent Psychiatry, 41*(5), 619-621.

Russell, S. T., Sinclair, K. O., Poteat, V. P., & Koenig, B. W. (2012). Adolescent health and harassment based on discriminatory bias. *American Journal of Public Health, 102*(3), 493-495.

Substance Abuse and Mental Health Services Administration. (2015). Ending conversion therapy: Supporting and affirming LGBTQ youth. *HHS Publication No.(SMA) 15-4928.*

Sandfort, T. G., Melendez, R. M., & Diaz, R. M. (2007). Gender nonconformity, homophobia, and mental distress in Latino gay and bisexual men. *Journal of Sex Research, 44*(2), 181-189.

Sevelius, J. M. (2013). Gender affirmation: A framework for conceptualizing risk behavior among transgender women of color. *Sex Roles, 68*(11-12), 675-689

Singh, A. A., Hays, D. G., & Watson, L. S. (2011). Strength in the face of adversity: Resilience strategies of transgender individuals. *Journal of Counseling & Development, 89*(1), 20-27.

Singh, A. A., Meng, S. E., & Hansen, A. W. (2014). "I am my own gender": Resilience strategies of trans youth. *Journal of Counseling & Development, 92*(2), 208-218.

Smith, T. E., & Leaper, C. (2006). Self perceived gender typicality and the peer context during adolescence. *Journal of Research on Adolescence, 16*(1), 91-104.

Stotzer, R. L. (2012). *Comparison of Hate Crime Rates across Protected and Unprotected Groups - An Update.* Williams Institute on Sexual Orientation Law and Public Policy: Los Angeles, CA.

Stryker, S. (2017). *Transgender history: The roots of today's revolution.* Seal Press: New York.

Toomey, R. B., Ryan, C., Diaz, R. M., Card, N. A., & Russell, S. T. (2013). Gender-nonconforming lesbian, gay, bisexual, and transgender youth: school victimization and young adult psychosocial adjustment. *Developmental Psychology, 46*(6), 1580-1589.

Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020a). Erasure and Resilience: The Experiences of LGBTQ Students of Color. Asian American and Pacific Islander LGBTQ Youth in US Schools. *Gay, Lesbian and Straight Education Network (GLSEN).*

Truong, N. L., Zongrone, A. D., & Kosciw, J. G. (2020b). Erasure and resilience: The experiences of LGBTQ students of color, Black LGBTQ youth in U.S. schools. New York: GLSEN.

Turban, J. L., Beckwith, N., Reisner, S. L., & Keuroghlian, A. S. (2020). Association between recalled exposure to gender identity conversion efforts and psychological distress and suicide attempts among transgender adults. *JAMA Psychiatry, 77*(1), 68. https://doi.org/10.1001/jamapsychiatry.2019.2285

United States Joint Statement Against Conversion Efforts (n.d.). https://usjs.org/

White Hughto, J. M., & Reisner, S. L. (2016). A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. *Transgender Health, 1*(1), 21-31.

Hughto, J. M. W., Reisner, S. L., & Pachankis, J. E. (2015). Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. *Social Science & Medicine, 147,* 222-231. https://doi.org/10.1016/j.socscimed.2015.11.010

World Health Organization (n.d.) *Europe brief – transgender health in the context of ICD-11.* (2020, August 03). Retrieved August 03, 2020, from https://www.euro.who.int/en/health-topics/health-determinants/gender/gender-definitions/whoeurope-brief-transgender-health-in-the-context-of-icd-11

World Psychiatric Association (2016). *WPA Position Statement on Gender Identity and Same-Sex Orientation, Attraction, and Behaviours.* Retrieved from: http://www.wpanet.org/detail.php?section_id=7&content_id=1807

Zongrone, A. D., Truong, N. L., & Kosciw, J. G. (2020). Erasure and Resilience: The Experiences of LGBTQ Students of Color. Latinx LGBTQ Youth in US Schools. *Gay, Lesbian and Straight Education Network (GLSEN)*

# EXHIBIT D

## AJPH EDITORIALS

# Sexual Orientation and Gender Identity Change Efforts are Unethical and Harmful

 See also Green et al., p. 1221.

Sexual orientation and gender identity change efforts (SOGICE)—sometimes called "conversion" or "reparative" therapy—refer to practices that attempt to repress and alter a person's sexual orientation from lesbian, gay, or bisexual to heterosexual or gender identity from transgender to cisgender. Major professional organizations oppose SOGICE (e.g., the American Medical Association, the American Psychological Association). With substantial evidence of serious harms associated with exposure to SOGICE,[1] particularly for minors,[2] 21 states (and multiple cities and counties) have passed bipartisan laws or regulations prohibiting SOGICE.

Adolescents are uniquely susceptible to exposure to SOGICE. Given their emotional and financial dependence on parents, adolescents are subject to parental influence or pressure to engage in SOGICE. There are fundamental ethical concerns about whether youths consent to SOGICE and whether they understand the inherent risks to their short- and long-term mental health.[1] Furthermore, identity development, including the development of one's sexual and gender identity, is a hallmark of adolescence[3]; adolescence is also a critical period for the onset

of several mental health problems and substance use behaviors.[4] Thus lesbian, gay, bisexual, transgender, queer, and questioning (LGBTQ) adolescents are distinctly vulnerable to the negative consequences of exposure to SOGICE.

Findings from Green et al. (p. 1221), in this issue of *AJPH*, offer the latest evidence that SOGICE exposure among LGBTQ youths is unethical and dangerous. With data from a large nationwide survey of LGBTQ youths, the authors found that 4.2% of their sample had been exposed to SOGICE in their lifetime. Furthermore, compared with LGBTQ youths with no exposure, those exposed to SOGICE showed 1.76 times greater odds of seriously considering suicide, 2.23 times greater odds of having attempted suicide, and 2.54 times greater odds of multiple suicide attempts in the previous year.

Notably, estimates accounted for other risk factors for suicide that are specific to LGBTQ youths, including LGBTQ-related discrimination and physical threats or harm. Yet SOGICE were the most influential factor in risk for suicide ideation, attempt, and multiple attempts. The authors point out that SOGICE have been identified as a potentially harmful

practice, with characteristics consistent with definitions of adverse childhood experiences.[5] Furthermore, the pattern of results is consistent with evidence that childhood trauma is associated with severity in mental health challenges.[6] Specifically, SOGICE had markedly stronger statistical associations with increasing severity of suicidality (i.e., the strongest effect was on multiple suicide attempts).

The findings are compelling, and several strengths of the study contribute to existing evidence of the mental health correlates of SOGICE, particularly among youths.[1,2] The findings by Green et al. are strengthened through the use of a contemporary, nationwide survey of LGBTQ youths. The authors found that rates of past-year suicide attempt are consistent with those documented in the Centers for Disease Control and Prevention's 2017 Youth Risk Behavior Survey, providing confidence that the findings from this survey are not

inconsistent with population-based samples.

This study comes at a time when more cities and states are considering ordinances or laws that would ban the use of SOGICE on minors, with the most recent ban implemented in Virginia, the first Southern state to do so. It is important to recognize, however, that these bans are specific to licensed mental health care providers and thus do not provide protection against SOGICE by others, including unlicensed providers and faith leaders (e.g., clergy). Education is needed to warn parents about the serious harms associated with efforts by clergy and unlicensed professionals who subject minors to SOGICE. The findings presented by Green et al. further support the harmful and unethical nature of SOGICE and emphasize the importance of legislation that bans SOGICE, given the compelling interest by governments to defend the health and well-being of minors. The impact of these legislative bans is twofold: they protect LGBTQ youths from SOGICE but also raise awareness of the harms caused to those who are exposed to it.

An important issue that is left unexplored in the study by Green et al. is that exposure to and impacts of SOGICE may differ

### ABOUT THE AUTHORS

*Jessica N. Fish is with the Department of Family Science and the Prevention Research Center, School of Public Health, University of Maryland, College Park. Stephen T. Russell is with the Department of Human Development and Family Sciences, University of Texas, Austin.*

*Correspondence should be sent to Jessica Fish, PhD, University of Maryland, Department of Family Science, School of Public Health, 4200 Valley Dr., Suite 1142, College Park, MD 20742 (e-mail: jnfish@umd.edu). Reprints can be ordered at http://www.ajph.org by clicking the "Reprints" link.*

*This editorial was accepted May 5, 2020.*
*doi: 10.2105/AJPH.2020.305765*

for sexual minority compared with gender minority youths. Our unscientific impression is that most of the public think of efforts to change sexual orientation (lesbian, gay, or bisexual identity) when they think of these practices, yet there is growing concern about practices aimed to change the gender expression and identity of transgender or nonbinary children. Although the motivation for sexual orientation change efforts is likely rooted in the nonconforming gender expression of youths who are gay, lesbian, or bisexual, there are important differences to consider in how SOGICE may be experienced by youths based on their sexual orientation or gender identity.

First, there may be differences related to developmental timing. Some but not all transgender and gender-diverse youths exhibit gender-nonconforming behaviors or assert a desire to be another gender early in childhood, whereas sexual identity development may begin in childhood but is typically understood to be associated with the developmental changes linked to adolescence.[7] Inasmuch as transgender youths may exhibit behaviors that do not conform with their sex assigned at birth in early childhood, they may be susceptible to experiences of SOGICE earlier in the life course and for longer periods of time. Earlier and prolonged exposures likely have differential effects on later mental health and suicide risk. By contrast, sexual minority youths often first report feeling different and attribute that difference to sexuality around the start of adrenarche, which could delay their exposure to SOGICE until early to middle adolescence (or later).

Second, there are different developmental processes, cultural meanings, and interpersonal experiences associated with the developmental of a same-sex sexual orientation compared with a gender identity different from one's sex assigned at birth. It is likely that attempts to change a young person's sexual orientation compared with their core sense of gender may have very different meaning and salience, as well as distinct sequelae. Thus, developmental timing or focus on gender versus sexual orientation may make a difference for how SOGICE are experienced by a young person. We note the bitter irony of pointing to ways to advance research on practices that are at their core unethical and harmful; yet empirical studies should consider these distinctions when assessing factors that put youths at risk for SOGICE at different points in the life course and the subsequent implications for mental health and risk for suicide.

Given the evidence of serious harm caused by SOGICE, we also suggest an end to the use of the language of "reparative" or "conversion" therapy by scientists to describe these practices. The authors use the words "conversion efforts" in their title, and indeed the terminology of "conversion therapy" or "reparative therapy" is understood in the public and was part of the wording of the survey question. Their choice of wording is understandable on those terms. However, these practices are not therapeutic, are not reparative, and do not offer the possibility of conversion (the implication that LGBTQ people need repair or conversion is itself demeaning). We argue that such language risks legitimizing unethical and harmful practices as "therapy" and promulgates stigma. **AJPH**

*Jessica N. Fish, PhD*
*Stephen T. Russell, PhD*

**CONTRIBUTORS**
The authors contributed equally to this editorial.

**ACKNOWLEDGMENTS**
This work was funded by the Centers for Disease Control and Prevention (CDC; University of Maryland Prevention Research Center cooperative agreement U48DP006382 to J. N. F.); the Eunice Kennedy Shriver National Institute of Child Health and Human Development (award P2CHD041041 to the Maryland Population Research Center, University of Texas, Austin); and the Russell and Priscilla Pond Flawn Endowment (award P2CHD042849 to the Maryland Population Research Center, University of Texas, Austin).
**Note.** The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health or the CDC.

**CONFLICTS OF INTEREST**
The authors have no conflicts of interest to declare.

**REFERENCES**
1. American Psychological Association. Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation. 2009. Available at: https://www.apa.org/pi/lgbt/resources/therapeutic-response.pdf. Accessed May 9, 2020.

2. Ryan C, Toomey RB, Diaz RM, Russell ST. Parent-initiated sexual orientation change efforts with LGBT adolescents: implications for young adult mental health and adjustment. *J Homosex.* 2020;67(2):159–173.

3. Russell ST, Fish JN. Mental health in lesbian, gay, bisexual, and transgender (LGBT) youth. *Annu Rev Clin Psychol.* 2016;12:465–487.

4. National Academies of Sciences, Engineering, and Medicine. *The Promise of Adolescence: Realizing Opportunity for All Youth.* Washington, DC: National Academies Press; 2019.

5. Mercer J. Evidence of potentially harmful psychological treatments for children and adolescents. *Child Adolesc Social Work J.* 2017;34(2):107–125.

6. Oral R, Ramirez M, Coohey C, et al. Adverse childhood experiences and trauma informed care: the future of health care. *Pediatr Res.* 2016;79(1–2):227–233.

7. Fish JN, Baams L, McGuire JK. Sexual and gender minority mental health issues among children and youth. In: Rothblum E, ed. *Oxford Handbook of Sexual and Gender Minority Mental Health.* New York, NY: Oxford University Press; 2020:229–243.

# EXHIBIT E

Research

JAMA Psychiatry | Original Investigation

# Association Between Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts Among Transgender Adults

Jack L. Turban, MD, MHS; Noor Beckwith, MD; Sari L. Reisner, ScD, MA; Alex S. Keuroghlian, MD, MPH

**IMPORTANCE** Gender identity conversion efforts (GICE) have been widely debated as potentially damaging treatment approaches for transgender persons. The association of GICE with mental health outcomes, however, remains largely unknown.

**OBJECTIVE** To evaluate associations between recalled exposure to GICE (by a secular or religious professional) and adult mental health outcomes.

**DESIGN, SETTING, AND PARTICIPANTS** In this cross-sectional study, a survey was distributed through community-based outreach to transgender adults residing in the United States, with representation from all 50 states, the District of Columbia, American Samoa, Guam, Puerto Rico, and US military bases overseas. Data collection occurred during 34 days between August 19 and September 21, 2015. Data analysis was performed from June 8, 2018, to January 2, 2019.

**EXPOSURE** Recalled exposure to GICE.

**MAIN OUTCOMES AND MEASURES** Severe psychological distress during the previous month, measured by the Kessler Psychological Distress Scale (defined as a score ≥13). Measures of suicidality during the previous year and lifetime, including ideation, attempts, and attempts requiring inpatient hospitalization.

**RESULTS** Of 27 715 transgender survey respondents (mean [SD] age, 31.2 [13.5] years), 11 857 (42.8%) were assigned male sex at birth. Among the 19 741 (71.3%) who had ever spoken to a professional about their gender identity, 3869 (19.6%; 95% CI, 18.7%-20.5%) reported exposure to GICE in their lifetime. Recalled lifetime exposure was associated with severe psychological distress during the previous month (adjusted odds ratio [aOR], 1.56; 95% CI, 1.09-2.24; *P* < .001) compared with non-GICE therapy. Associations were found between recalled lifetime exposure and higher odds of lifetime suicide attempts (aOR, 2.27; 95% CI, 1.60-3.24; *P* < .001) and recalled exposure before the age of 10 years and increased odds of lifetime suicide attempts (aOR, 4.15; 95% CI, 2.44-7.69; *P* < .001). No significant differences were found when comparing exposure to GICE by secular professionals vs religious advisors.

**CONCLUSIONS AND RELEVANCE** The findings suggest that lifetime and childhood exposure to GICE are associated with adverse mental health outcomes in adulthood. These results support policy statements from several professional organizations that have discouraged this practice.

Supplemental content

**Author Affiliations:** Division of Child and Adolescent Psychiatry, Massachusetts General Hospital, Boston (Turban); Department of Psychiatry, Massachusetts General Hospital, Boston (Beckwith); Department of Pediatrics, Harvard Medical School and Boston Children's Hospital, Boston, Massachusetts (Reisner); Department of Epidemiology, Harvard T. H. Chan School of Public Health, Boston, Massachusetts (Reisner); Department of Psychiatry, Harvard Medical School, and Massachusetts General Hospital, Boston (Keuroghlian); The Fenway Institute, Boston, Massachusetts (Keuroghlian).

**Corresponding Author:** Jack L. Turban, MD, MHS, Division of Child and Adolescent Psychiatry, Massachusetts General Hospital, Adult OPC, Mailstop 229, 115 Mill St, Belmont, MA 02478 (jack.turban@mgh.harvard.edu).

*JAMA Psychiatry*. doi:10.1001/jamapsychiatry.2019.2285
Published online September 11, 2019.

© 2019 American Medical Association. All rights reserved.

E1

Downloaded From: https://jamanetwork.com/ by a University of Exeter User on 09/11/2019

Research **Original Investigation**
Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts

Transgender persons are those whose sex assigned at birth differs from their gender identity, the inner sense of their own gender.[1] According to a study by the Williams Institute,[1] approximately 1.4 million (0.6%) adults in the United States identify as transgender. Transgender persons in the United States experience a disproportionately high prevalence of adverse mental health outcomes, including a 41% lifetime prevalence of self-reported suicide attempts.[2-4]

Studies[5-7] have shown that gender-affirming models of care are associated with positive mental health outcomes among transgender people. Gender identity conversion therapy refers to psychological interventions with a predetermined goal to change a person's gender identity to align with their sex assigned at birth.[8] Several US states have passed legislation banning conversion therapy for gender identity.[8] Professional organizations including the American Medical Association,[9] the American Psychiatric Association,[10] the American Academy of Child & Adolescent Psychiatry,[11] and the American Academy of Pediatrics[12] have labeled the practice unethical and ineffective. Despite these policy statements, however, the question of whether to ban gender identity conversion therapy remains a contentious policy debate.

State-level conversion therapy bans have been focused on gender identity conversion efforts (GICE) by licensed mental health practitioners. Nonlicensed religious advisors have also advertised GICE, and it is unknown whether GICE by these 2 groups of practitioners are distinct in their effects on mental health.[13]

Because gender identity is thought to be stable after puberty for most transgender persons, few have supported use of GICE after pubertal onset.[4] Some, however, have supported these efforts for prepubescent children, theorizing that gender identity may be more modifiable at this age.[14] Increasingly, this approach has fallen out of favor, with the growing understanding that gender diversity is not a pathologic finding that requires modification.[14] To our knowledge, there have been no studies evaluating the associations between exposure to GICE during either childhood or adulthood and adult mental health outcomes.

The current study used the largest cross-sectional survey to date of transgender adults living in the United States to assess whether recalled lifetime exposure to GICE is associated with adverse mental health outcomes, including suicide attempts. The study also assessed whether recalled childhood exposure to GICE before the age of 10 years is associated with adverse mental health outcomes in adulthood. We hypothesized that there would be associations between exposure to GICE by both secular and religious professionals and worse mental health outcomes.

## Methods

### Study Design and Data Source
The 2015 US Transgender Survey[15] is a cross-sectional survey that was conducted by the National Center for Transgender Equality (NCTE) between August 19 and September 21, 2015. It is the largest existing survey of transgender adults and was

**Key Points**

**Question** Is recalled exposure to gender identity conversion efforts (ie, psychological interventions that attempt to change one's gender identity from transgender to cisgender) associated with adverse mental health outcomes in adulthood?

**Findings** In a cross-sectional study of 27 715 US transgender adults, recalled exposure to gender identity conversion efforts was significantly associated with increased odds of severe psychological distress during the previous month and lifetime suicide attempts compared with transgender adults who had discussed gender identity with a professional but who were not exposed to conversion efforts. For transgender adults who recalled gender identity conversion efforts before age 10 years, exposure was significantly associated with an increase in the lifetime odds of suicide attempts.

**Meaning** The findings suggest that lifetime and childhood exposure to gender identity conversion efforts are associated with adverse mental health outcomes.

distributed via community-based outreach.[15] The US Transgender Survey protocol was reviewed and approved by the University of California Los Angeles institutional review board, Los Angeles, California. The US Transgender Survey data set was organized and recoded as described in the NCTE report on the survey.[15] The protocol for the present study was reviewed by the Fenway Institute institutional review board and was determined not to comprise human subjects research. Data analysis was performed from June 8, 2018, to January 2, 2019.

### Study Population
The data set includes responses from 27 715 transgender adults residing in the United States, with representation from all 50 states, the District of Columbia, American Samoa, Guam, Puerto Rico, and US military bases overseas. The NCTE report on the survey further characterizes recruitment strategies and the sample of respondents.[15] Because the organizations that conducted outreach for the survey did not systematically document the number of individuals reached by their outreach efforts, a response rate could not be calculated.

### Exposures
The primary exposure of interest was an affirmative response to the binary survey question, "Did any professional (such as a psychologist, counselor, or religious advisor) try to make you identify with your sex assigned at birth (in other words, try to stop you being trans)?" This recalled exposure is herein referred to as GICE. Endorsement of lifetime exposure to GICE was examined among all those who confirmed having spoken to a professional about gender identity. Outcomes were compared among respondents who reported exposure to GICE before the age of 10 years with outcomes among those who endorsed lifetime exposure to therapy without GICE. Because the data set does not contain age of exposure to non-GICE therapy, participants with any lifetime exposure to non-GICE therapy were selected as the reference group in the analysis of those exposed to GICE before age 10 years. As data regarding ages of pubertal onset among respondents were not available,

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of Exeter User on 09/11/2019

Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts

Table 1. Demographics of Participants With and Without Lifetime Exposure
to Gender Identity Conversion Efforts[a]

| Characteristic | Did any professional try to make you identify only with your sex assigned at birth?[b] | | |
| | No. (%) | | |
| | Yes (n = 3869) | No (n = 15 882) | P Value[c] |
|---|---|---|---|
| Sex assigned at birth | | | |
| Male | 1143 (29.5) | 5576 (35.1) | <.001 |
| Female | 2726 (70.5) | 10 306 (64.9) | |
| Gender identity | | | |
| Cross-dresser | 101 (2.6) | 721 (4.5) | <.001 |
| Transgender woman (male to female) or woman (birth-assigned male) | 2452 (63.4) | 8980 (56.5) | <.001 |
| Trangender man (female to male) or man (birth-assigned female) | 816 (21.1) | 4084 (25.7) | <.001 |
| Nonbinary or genderqueer (birth-assigned female) | 327 (8.5) | 1454 (9.2) | .11 |
| Nonbinary or genderqueer (birth-assigned male) | 173 (4.5) | 643 (4.0) | .25 |
| Sexual orientation | | | |
| Asexual | 339 (8.8) | 1034 (6.5) | <.001 |
| Bisexual | 753 (19.5) | 2570 (16.2) | <.001 |
| Gay, lesbian, or same gender-loving | 811 (21.0) | 3369 (21.2) | .75 |
| Heterosexual or straight | 838 (21.7) | 4124 (26.0) | <.001 |
| Pansexual | 531 (13.7) | 2039 (12.8) | .15 |
| Queer | 353 (9.1) | 1933 (12.2) | <.001 |
| Other | 245 (6.3) | 812 (5.1) | .003 |
| Racial/ethnicity | | | |
| Alaska Native or American Indian | 49 (1.3) | 133 (0.8) | .02 |
| Asian, Asian American, Native Hawaiian, or Pacific Islander | 62 (1.6) | 511 (3.2) | <.001 |
| Biracial, multiracial, or other | 79 (2.0) | 288 (1.8) | .38 |
| Black or African American | 477 (12.3) | 1926 (12.1) | .75 |
| Latino, Latina, or Hispanic | 609 (15.7) | 2219 (14.0) | .005 |
| White, Middle Eastern, or North African | 2593 (67.0) | 10 805 (68.0) | .23 |
| Census age cohort, y | | | |
| 18-24 | 339 (8.8) | 1527 (9.6) | .11 |
| 25-44 | 1589 (41.1) | 5887 (37.1) | <.001 |
| 45-64 | 1408 (36.4) | 6141 (38.7) | .01 |
| ≥65 | 534 (13.8) | 2326 (14.6) | .19 |
| Family support of gender identity | | | |
| Supportive | 1516 (39.2) | 8287 (52.2) | <.001 |
| Neutral | 672 (17.4) | 2659 (16.7) | .46 |
| Unsupportive | 1012 (26.2) | 2184 (13.7) | <.001 |
| Not asked | 549 (14.2) | 2752 (17.3) | <.001 |
| Relationship status | | | |
| Partnered | 1754 (45.3) | 7845 (49.4) | <.001 |
| Educational level | | | |
| Less than high school | 795 (20.5) | 1833 (11.5) | <.001 |
| High school graduate or GED | 904 (23.4) | 4290 (27.0) | <.001 |
| Some college or associate degree | 1137 (29.4) | 4883 (30.7) | .10 |
| Bachelor degree or higher | 1033 (26.7) | 4875 (30.7) | <.001 |
| Employment status | | | |
| Employed | 1957 (50.6) | 9890 (62.3) | <.001 |
| Unemployed | 532 (13.7) | 1332 (8.4) | <.001 |
| Out of the labor force | 1346 (34.8) | 4578 (28.9) | <.001 |
| Unspecified | 35 (0.9) | 82 (0.5) | .01 |

*(continued)*

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of Exeter User  on 09/11/2019

Research **Original Investigation**

Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts

**Table 1. Demographics of Participants With and Without Lifetime Exposure to Gender Identity Conversion Efforts[a] (continued)**

| Characteristic | Did any professional try to make you identify only with your sex assigned at birth?[b] | | |
|---|---|---|---|
| | No. (%) | | |
| | Yes (n = 3869) | No (n = 15 882) | P Value[c] |
| Total household income, $ | | | |
| No income | 87 (2.2) | 432 (2.7) | .11 |
| 1-9999 | 503 (13.0) | 1608 (10.1) | <.001 |
| 10 000-24 999 | 1075 (27.8) | 2955 (18.6) | <.001 |
| 25 000-49 999 | 863 (22.3) | 3692 (23.2) | .22 |
| 50 000-99 999 | 728 (18.8) | 3732 (23.5) | <.001 |
| 100 000 or more | 430 (11.1) | 2468 (15.5) | <.001 |
| Unspecified | 184 (4.8) | 994 (6.3) | <.001 |

Abbreviation: GED, general equivalency diploma.

[a] Descriptive statistics for transgender adults who reported receiving any therapy regarding gender identity, with bivariate comparisons of those with and without exposure to conversion efforts.

[b] Professionals included psychologists, counselors, or religious advisors.

[c] Rao-Scott $\chi^2$ tests were used for categorical variables, and the Mann-Whitney test was used for comparison of age because of nonnormality.

**Table 2. Outcomes for Those With Lifetime Exposure to Gender Identity Conversion Efforts[a]**

| Outcome | Adjusted Odds Ratio (95% CI) | P Value |
|---|---|---|
| Suicidality in previous 12 mo | | |
| Ideation | 1.44 (1.03-2.02) | <.001 |
| Ideation with plan | 1.52 (1.09-2.14) | <.001 |
| Attempt | 1.49 (0.91-2.46) | .01 |
| Attempt requiring inpatient hospitalization | 1.62 (0.75-3.48) | .04 |
| Suicidality in lifetime | | |
| Ideation | 1.90 (1.12-3.23) | <.001 |
| Attempts | 2.27 (1.60-3.24) | <.001[b] |
| Mental health and substance use in previous month | | |
| Severe psychological distress[c] | 1.56 (1.09-2.24) | <.001 |
| Binge drinking | 0.88 (0.59-1.30) | .27 |
| Mental health and substance use in lifetime | | |
| Cigarette use | 1.18 (0.83-1.68) | .12 |
| Illicit drug use | 1.08 (0.75-1.54) | .50 |

[a] Mental health outcomes among transgender adults exposed to gender identity conversion efforts compared with those who discussed gender identity with a professional without conversion efforts, adjusting for assigned sex at birth, gender identity, sexual orientation, race/ethnicity, age cohort, family support of gender identity, partnership status, educational attainment, employment status, and total household income.

[b] Ordinal logistic regression with outcome categories: 0, 1, and 2 or more.

[c] Kessler Psychological Distress Scale (defined as a score ≥13).

younger than 10 years was used as a cutoff to approximate a prepubertal population, with the understanding that there is significant individual variability in the age at onset of puberty.[16,17] Furthermore, we examined whether there was a difference in outcomes between those who reported exposure to GICE from a secular professional compared with those who reported exposure to GICE from a religious advisor.

## Outcomes

We compared respondents with and without recalled exposure to GICE with regard to the following binary mental health variables: severe psychological distress during the previous month (defined as a score of ≥13 on the Kessler Psychological

Distress Scale, a cutoff that has been previously validated in US samples[18]); binge drinking during the previous month (defined as ≥1 day of consuming ≥5 standard alcoholic drinks on the same occasion, a threshold for which the rationale in alcohol research among transgender persons has been discussed in previous reports[19]); lifetime cigarette and illicit drug use (not including marijuana); suicidal ideation during the previous year; suicidal ideation with plan during the previous year; suicide attempt during the previous year; suicide attempt requiring inpatient hospitalization during the previous year; lifetime suicidal ideation; and total number of suicide attempts (0, 1, or ≥2).

## Control Variables

Demographic and socioeconomic variables were collected and analyzed as defined in the US Transgender Survey, including sex assigned at birth, present gender identity, sexual orientation, racial/ethnic identity according to the recoded NCTE categories reflecting those typically reported in the American Community Survey, age (both in integer form and using US census categories to capture cohort effects), family support of gender identity, relationship status (with *partnered* coded by these authors as binary and inclusive of both open and polyamorous relationships), educational achievement, employment status, and total household income. In supplemental analyses, we also controlled for exposure to sexual orientation conversion efforts undertaken by professionals.

## Statistical Analysis

Analyses were conducted using SAS Studio, version 3.71, Basic Edition (SAS Institute). Participants were excluded from analyses if they did not report ever discussing their gender identity with a professional. Control variables were treated as unordered classification variables. Using the sample weights generated by the NCTE[15] to improve generalizability by addressing sampling biases around age, educational level, and race/ethnicity, we generated descriptive statistics for control and outcome variables. Bivariate analyses comparing responses from transgender adults were conducted based on (1) whether or not they had any lifetime exposure to GICE, (2) whether they had experienced GICE before age 10 years vs never, and (3) whether GICE were conducted by a secular

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of Exeter User on 09/11/2019

**Table 3. Demographics of Those With and Without Childhood Exposure to Gender Identity Conversion Efforts[a]**

| Characteristic | No. (%) | | P Value[c] |
|---|---|---|---|
| | Reported Exposure to Conversion Efforts Before Age 10 y (n = 206)[b] | Reported Exposure to Any Lifetime Therapy Without Conversion Efforts (n = 15 882) | |
| Race/ethnicity | | | |
| Alaska Native or American Indian | 5 (2.4) | 133 (0.8) | .04 |
| Asian, Asian American, Native Hawaiian, or Pacific Islander | 3 (1.5) | 511 (3.2) | .22 |
| Biracial, multiracial or other | 8 (3.9) | 288 (1.8) | .05 |
| Black or African American | 5 (2.4) | 1926 (12.1) | <.001 |
| Latino, Latina, or Hispanic | 24 (11.6) | 2219 (14.0) | .39 |
| White, Middle Eastern, or North African | 161 (78.2) | 10 805 (68.0) | .002 |
| Census age cohort, y | | | |
| 18-24 | 17 (8.2) | 1527 (9.6) | .59 |
| 25-44 | 110 (53.4) | 5887 (37.1) | <.001 |
| 45-64 | 76 (36.9) | 6141 (38.7) | .65 |
| ≥65 | 3 (1.5) | 2326 (14.6) | <.001 |
| Family support of gender identity | | | |
| Supportive | 59 (28.6) | 8287 (52.2) | <.001 |
| Neutral | 37 (18.0) | 2659 (16.7) | .71 |
| Unsupportive | 80 (38.8) | 2184 (13.8) | <.001 |
| Not asked | 30 (14.6) | 2752 (17.3) | .34 |
| Employment status | | | |
| Employed | 95 (46.1) | 9890 (62.3) | <.001 |
| Unemployed | 31 (15.0) | 1332 (8.4) | <.001 |
| Out of the labor force | 77 (37.4) | 4578 (28.8) | .01 |
| Unspecified | 2 (0.8) | 82 (0.5) | .68 |
| Total household income, $ | | | |
| No income | 10 (4.9) | 432 (2.7) | .10 |
| 1-9999 | 47 (22.8) | 1608 (10.1) | <.001 |
| 10 000-24 999 | 57 (27.7) | 2955 (18.6) | .001 |
| 25 000-49 999 | 32 (15.5) | 3692 (23.2) | .01 |
| 50 000-99 999 | 32 (15.5) | 3732 (23.5) | .01 |
| 100 000 or more | 14 (6.8) | 2468 (15.5) | <.001 |
| Unspecified | 14 (6.8) | 994 (6.3) | .86 |

[a] Descriptive statistics for transgender adults who reported receiving any therapy regarding gender identity, with bivariate comparisons for those with and without exposure to conversion efforts before age 10 years.

[b] Individuals with unspecified age of reported exposure to conversion efforts, unspecified exposure to conversion efforts, and unspecified exposure to any therapy (missing data; n = 100) were excluded from this analysis.

[c] Rao-Scott χ2 tests were used, and the Mann-Whitney test was used for comparison of age because of nonnormality.

vs religious professional. These bivariate analyses were performed to detect potential confounders to control for in subsequent regression analysis. Except for age, all variables were categorical; thus, we used Rao-Scott $\chi^2$ tests for design-adjusted data with 1 $df$ for bivariate comparisons. Age as an integer variable was nonnormally distributed; thus, bivariate comparison was performed with the nonparametric Mann-Whitney test. Standard errors and 95% CIs were calculated for the prevalence estimates of exposure to GICE using the aforementioned 1.4 million persons as the total population estimate.[1]

Multivariable logistic regression models were conducted to test whether GICE was associated with the outcomes, adjusted for variables with significant differences between groups in the preceding bivariate analyses. These models also used survey weights generated by the NCTE for age, educational level, and race/ethnicity. Adjusted odds ratios (aORs) with 95% CIs and 2-sided $P$ values were reported, with a $P$ < .001 threshold for significance.

Approximately 66 comparisons (between bivariate tests and logistic regression models) were made in each analysis. To reduce risk of type I error, a modified Bonferroni correc-

tion for multiple comparisons was performed, with resulting α = .001 (ie, .05 divided by 50). Using the full number of comparisons yields only a slightly lower α = .0008, which ultimately would not have altered the findings. We therefore selected an α = .001 for both ease of reading and also the statistical consensus that unmodified Bonferroni correction tends to be maximally conservative, thereby unnecessarily inflating type II error.[20] Thus, hypothesis tests were 2-sided with corrected significance level $P$ < .001 for both primary and secondary analyses, and the 95% CIs reported reflect this correction.

Respondents with missing data for exposure and outcome variables comprised less than 2% of the analytic samples and were therefore excluded without compensatory methods, as is widely considered acceptable for this degree of data completeness.[21] Data were missing for less than 9% of each control variable, thereby obviating the need for imputation, which can introduce bias, especially when data are nonrandomly missing. There is debate about the degree of incompleteness that is acceptable without compensatory measures, and although individuals with incomplete data may be of particu-

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of Exeter User  on 09/11/2019

Table 4. Outcomes for Those With Childhood Exposure to Gender Identity Conversion Efforts[a]

| Outcome | Adjusted Odds Ratio (95% CI) | P Value |
|---|---|---|
| Suicidality in previous 12 mo | | |
| Ideation | 2.03 (1.01-4.07) | <.001 |
| Ideation with plan | 2.82 (1.42-5.62) | <.001 |
| Attempt | 2.40 (0.87-6.62) | .005 |
| Attempt requiring inpatient hospitalization | 1.72 (0.26-11.24) | .34 |
| Suicidality in lifetime | | |
| Ideation | 1.90 (0.66-5.52) | .05 |
| Attempts | 4.15 (2.44-7.69) | <.001[b] |
| Mental health and substance use in previous month | | |
| Severe psychological distress[c] | 1.75 (0.72-4.24) | .04 |
| Binge drinking | 0.84 (0.33-2.14) | .54 |
| Mental health and substance use in lifetime | | |
| Cigarette use | 1.53 (0.66-3.56) | .09 |
| Illicit drug use | 1.76 (0.83-3.75) | .01 |

[a] Mental health outcomes of transgender adults exposed to gender identity conversion efforts before age 10 years compared with those who discussed gender identity with a professional without conversion efforts in their lifetime, adjusted for age cohort, sex assigned at birth, race/ethnicity, family support of gender identity, employment status, and total household income.

[b] Ordinal logistic regression with outcome categories: 0, 1, and 2 or more.

[c] Kessler Psychological Distress Scale (defined as a score ≥13).

lar interest, thresholds for missingness as high as 10% are considered to be acceptable.[22]

## Results

Of the 27 715 US Transgender Survey respondents (mean [SD] age, 31.2 [13.5] years), 11 857 (42.8%) were assigned male sex at birth, and 3869 (14.0%; 95% CI, 13.3%-14.7%) reported exposure to GICE. Of 19 751 respondents who had discussed their gender identity with a professional, 3869 (19.6%; 95% CI, 18.7%-20.5%) reported exposure to GICE in their lifetime. Of these individuals, 1361 (35.2%; 95% CI, 32.7%-37.7%) who reported exposure to GICE stated that these were enacted by a religious advisor.

Demographic variables among exposed and unexposed respondents are shown in **Table 1**. After adjusting for statistically significant demographic variables, lifetime exposure to GICE was significantly associated with multiple adverse outcomes, including severe psychological distress during the previous month (aOR, 1.56; 95% CI, 1.09-2.24; P < .001) and lifetime suicide attempts (aOR, 2.27; 95% CI, 1.60-3.24; P < .001). (**Table 2**).

Overall, 206 (1.0%; 95% CI, 0.8%-1.2%) of those who reported discussing their gender identity with a professional also reported exposure to GICE before age 10 years. Demographics are shown in **Table 3**. After adjusting for statistically significant demographic variables, exposure to GICE before age 10 years was significantly associated with several measures of

suicidality, including lifetime suicide attempts (aOR, 4.15; 95% CI, 2.44-7.69; P < .001) (**Table 4**).

Raw frequencies of outcome variables among exposure groups are shown in the **Figure**. There were no statistically significant differences in outcomes between those who were exposed to GICE enacted by religious advisors and those exposed to GICE by secular professionals (all aOR, P > .001) (eTable 1 and eTable 2 in the Supplement).

We also repeated all analyses adjusting for lifetime exposure to sexual orientation conversion efforts, defined as a positive response to the survey question, "Did any professional (such as a psychologist, counselor, or religious advisor) ever try to change your sexual orientation or who you are attracted to (such as try to make you straight or heterosexual)?" After this adjustment, both lifetime exposure (aOR, 1.96; 95% CI, 1.38-2.80; P < .001) and childhood exposure (aOR, 3.05; 95% CI, 1.55-6.02; P < .001) to GICE were associated with increased odds of lifetime suicide attempts but not with the other outcome variables (eTables 3 and 4 in the Supplement). Because this question was unclear regarding the referent gender (sex assigned at birth vs gender identity) when defining sexual orientation conversion efforts, we refer to the models not adjusted for this variable throughout the article.

## Discussion

This study was the first, to our knowledge, to show an association between exposure to GICE (lifetime and childhood) and adverse mental health outcomes among transgender adults in the United States. We found that recalled lifetime exposure to GICE was highly prevalent among adults: 14.0% of all transgender survey respondents and 19.6% of those who had discussed gender identity with a professional reported exposure to GICE.

The Generations Study[23] by the Williams Institute found that 6.7% of sexual minority group adults in the United States reported lifetime exposure to conversion efforts for sexual orientation.[23] Based on the findings of the current study, it appears that transgender people are exposed to GICE at high rates, perhaps even higher than the percentage of cisgender nonheterosexual individuals who are exposed to sexual orientation conversion efforts, although direct comparisons are not possible. One potential explanation for this is that compared with persons in the sexual minority group, many persons in the gender minority group must interact with clinical professionals to be medically and surgically affirmed in their identities. This higher prevalence of interactions with clinical professionals among people in the gender minority group may lead to greater risk of experiencing conversion efforts.

One study[24] showed that conversion efforts for sexual orientation were associated with an increased risk of depression and suicidal ideation. The current study was the first, to our knowledge, to find associations between any type of conversion efforts and both suicidal ideation and suicide attempts. A plausible association of these practices with poor mental health outcomes can be conceptualized through the minority stress framework; that is, elevated stigma-related stress from

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of Exeter User  on 09/11/2019

Recalled Exposure to Gender Identity Conversion Efforts and Psychological Distress and Suicide Attempts

**Figure. Mental Health Outcomes Among Those With and Without Exposure to Gender Identity Conversion Efforts**



Raw frequencies for outcome variables among those with a lifetime history of non–gender identity conversion efforts therapy, lifetime history of exposure to gender identity conversion efforts, and exposure to conversion efforts before age 10 years. Severe psychological distress in the previous month was defined as a score of 13 or more on the Kessler Psychological Distress Scale, a cutoff that has been previously validated in US samples.[17] Binge drinking was defined as at least 1 or more day of consuming 5 or more standard alcoholic drinks on the same occasion, a threshold for which the rationale in alcohol research among transgender people has been discussed in previous reports.[18] Illicit drug use excludes marijuana use.

exposure to GICE may increase general emotion dysregulation, interpersonal dysfunction, and maladaptive cognitions.[25] Of note, having a lifetime suicide attempt was a more common outcome compared with severe psychological distress during the previous month, a result that was likely attributable to the time frames during which these variables were defined. Although this study suggests that exposure to GICE is associated with increased odds of suicide attempts, GICE are not the only way in which minority group stress manifests, and thus other factors are also likely to be associated with suicidality among gender-diverse people.

Respondents from more socioeconomically disadvantaged backgrounds (eg, low educational attainment or low household income) more commonly reported exposure to GICE. These individuals may have been more likely to receive GICE, or exposure to GICE may have been so damaging that they were impaired in educational, professional, and economic advancement. The cross-sectional nature of this study limits further interpretation. This finding warrants additional attention in the context of nationally representative data showing lower educational attainment and lower income among transgender people in the United States compared with their cisgender counterparts.[26]

Given the considerable debate surrounding the merits of GICE for prepubertal youth,[4] we examined recalled early exposure to GICE (ie, before age 10 years) and found this to be less prevalent, with 1% of those who had ever discussed gender identity with a professional reporting that they had been exposed before age 10 years. Many experts have expressed concern that early exposure to GICE may lead to persistent feelings of shame because of physicians and parents defining gender-expansive experience as unacceptable.[4] A study[27] in Canada found a higher prevalence of shame-related feelings among youth treated with GICE. Both family and peer rejection of a child's gender identity have been associated with adverse mental health outcomes.[27-30] Extending those findings, the current study showed that recalled early exposure to GICE was associated with adverse mental health outcomes, including lifetime suicide attempts, compared with discussion of gender identity with a professional and no exposure to conversion efforts. Although not compared directly, the aOR of lifetime suicide attempts was higher for those exposed to GICE before age 10 years than the aOR for those with lifetime exposure, suggesting that rejection of gender identity may have more profound consequences at earlier stages of development. Further research is needed to better understand the as-

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of Exeter User on 09/11/2019

sociations between stage of development at time of exposure to GICE and risk of lifetime suicide attempts.

Our results support the policy positions of the American Academy of Child and Adolescent Psychiatry,[11] the American Psychiatric Association,[10] the American Academy of Pediatrics,[12] and the American Medical Association,[9] which state that gender identity conversion therapy should not be conducted for transgender patients at any age. Our finding of no difference in mental health outcomes between respondents who received GICE from a secular-type professional and those who received it from a religious advisor suggests that any process of intervening to alter gender identity is associated with poorer mental health regardless of whether the intervention occurred within a secular or religious framework.

### Strengths and Limitations

Strengths of this study include its sample size, more than 90% completeness in the data set, and participants from a wide geographic area within the United States. Limitations include its cross-sectional study design, which precludes determination of causation. It is possible that those with worse mental health or internalized transphobia may have been more likely to seek out conversion therapy rather than non-GICE therapy, suggesting that conversion efforts themselves were not causative of these poor mental health outcomes. This interpretation, however, would also imply a mechanism whereby societal rejection leads to internalized transphobia and life-threatening adult mental health outcomes.

We also lack data regarding the degree to which GICE occurred (eg, duration, frequency, and forcefulness of GICE, as well as what specific modalities were used). If a sizable proportion of those reporting exposure to GICE in the current study expe-

rienced relatively mild or infrequent conversion efforts, this might suggest the findings of this study are even more concerning (ie, even mild or infrequent conversion efforts were associated with adverse mental health outcomes, including suicide attempts). Because the survey question asked about exposure to GICE from professionals, it is possible that exposures to GICE from other people (eg, family members) were not captured. Although the survey included respondents from a wide geographic distribution across the United States, these participants were not recruited via random sampling. The sample may not be nationally representative. Data are also lacking regarding when respondents entered puberty, making it difficult to define a prepubertal sample; we therefore set an approximate prepubertal cutoff at age 10 years. In this study, we compared exposure to GICE before age 10 years with lifetime exposure to non-GICE therapy. Although it would have been ideal to compare the former group with those who experienced non-GICE therapy before age 10 years, we lacked data on the age at which respondents were exposed to non-GICE therapy.

## Conclusions

The findings suggest that recalled exposure to GICE is associated with adverse mental health outcomes in adulthood, including severe psychological distress, lifetime suicidal ideation, and lifetime suicide attempts. In this study, exposure to GICE before age 10 years was associated with adverse mental health outcomes compared with therapy without conversion efforts. Results from this study support past positions taken by leading professional organizations that GICE should be avoided with children and adults.

**ARTICLE INFORMATION**

**Accepted for Publication:** June 17, 2019.

**Published Online:** September 11, 2019.
doi:10.1001/jamapsychiatry.2019.2285

**Author Contributions:** Dr Beckwith had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* All authors.
*Acquisition, analysis, or interpretation of data:* All authors.
*Drafting of the manuscript:* Turban, Beckwith, Keuroghlian.
*Critical revision of the manuscript for important intellectual content:* All authors.
*Statistical analysis:* Beckwith, Reisner.
*Obtained funding:* Reisner, Keuroghlian.
*Administrative, technical, or material support:* Turban, Keuroghlian.
*Supervision:* Reisner, Keuroghlian.

**Conflict of Interest Disclosures:** Dr Turban reported collecting royalties from Springer for an upcoming textbook about pediatric gender identity. No other disclosures were reported.

**Funding/Support:** This work was supported by grant U30CS22742 from the Health Resources and Services Administration Bureau of Primary Health Care (Dr Keuroghlian), partly supported by a grant from the National Institutes of Health under award

number UG3AI133669 (Dr Reisner), and an American Academy of Child and Adolescent Psychiatry Pilot Research Award for General Psychiatry Residents (Dr Turban).

**Role of the Funder/Sponsor:** The funding organizations had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Disclaimer:** The content is solely the responsibility of the authors and does not necessarily represent the official views of the Health Resources and Services Administration, the National Institutes of Health, or the American Academy of Child & Adolescent Psychiatry.

**Meeting Presentation:** This paper was presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry; October 25, 2018; Seattle, Washington.

**Additional Contributions:** We thank the National Center for Transgender Equality for sharing the data from the 2015 US Transgender Survey.

**REFERENCES**

1. Flores AR, Herman JL, Gates GJ, Brown TN. *How Many Adults Identify as Transgender in the United States.* Los Angeles, California: The Williams Institute;2016.

2. Beckwith N, McDowell MJ, Reisner SL, et al. Psychiatric epidemiology of transgender and nonbinary adult patients at an urban health center. *LGBT Health.* 2019;6(2):51-61. doi:10.1089/lgbt. 2018.0136

3. Grant JM, Mottet LA, Tanis J, Harrison J, Herman JL, Keisling M. *Injustice at Every Turn: A Report of the National Transgender Discrimination Survey.* Washington DC: National Center for Transgender Equality; 2011.

4. Turban JL, Ehrensaft D. Research review: gender identity in youth: treatment paradigms and controversies. *J Child Psychol Psychiatry.* 2018;59 (12):1228-1243. doi:10.1111/jcpp.12833

5. de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics.* 2014;134(4):696-704. doi:10.1542/peds.2013-2958

6. Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. *J Am Acad Child Adolesc Psychiatry.* 2017;56(2):116-123.e2. doi:10.1016/j.jaac. 2016.10.016

7. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics.* 2016;137(3):e20153223. doi:10.1542/peds. 2015-3223

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of Exeter User on 09/11/2019

**8.** Byne W. Regulations restrict practice of conversion therapy. *LGBT Health*. 2016;3(2):97-99. doi:10.1089/lgbt.2016.0015

**9.** American Medical Association. Health care needs of lesbian, gay, bisexual and transgender populations. H-160.991. 2017. https://policysearch.ama-assn.org/policyfinder/detail/gender%20identity?uri=%2FAMADoc%2FHOD.xml-0-805.xml Accessed April 5, 2019.

**10.** Byne W, Bradley SJ, Coleman E, et al; American Psychiatric Association Task Force on Treatment of Gender Identity Disorder. Report of the American Psychiatric Association Task Force on treatment of gender identity disorder. *Arch Sex Behav*. 2012;41 (4):759-796. doi:10.1007/s10508-012-9975-x

**11.** The American Academy of Child & Adolescent Psychiatry. Conversion Therapy. 2018. https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx. Accessed August 1, 2019.

**12.** Rafferty J; Committee on Psychosocial Aspects of Child and Family Health; Committee on Adolescence; Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*. 2018;142(4):e20182162. doi:10.1542/peds.2018-2162

**13.** Salzman J. Colorado's Ban on "Conversion Therapy" Won't Stop the Catholic Church. *Rewire.News*. Published January 28, 2019. https://rewire.news/article/2019/01/28/colorados-ban-on-conversion-therapy-wont-stop-the-catholic-church/. Accessed August 1, 2019.

**14.** Drescher J, Pula J. Ethical issues raised by the treatment of gender-variant prepubescent children. *Hastings Cent Rep*. 2014;44(suppl 4):S17-S22. doi:10.1002/hast.365

**15.** James SE, Herman JL, Rankin S, Keisling M, Mottet L, Anafi M. *The Report of the 2015 U.S.*

*Transgender Survey*. Washington, DC: National Center for Transgender Equality; 2016.

**16.** Herman-Giddens ME, Steffes J, Harris D, et al. Secondary sexual characteristics in boys: data from the Pediatric Research in Office Settings Network. *Pediatrics*. 2012;130(5):e1058-e1068. doi:10.1542/peds.2011-3291

**17.** Herman-Giddens ME, Slora EJ, Wasserman RC, et al. Secondary sexual characteristics and menses in young girls seen in office practice: a study from the Pediatric Research in Office Settings Network. *Pediatrics*. 1997;99(4):505-512. doi:10.1542/peds.99.4.505

**18.** Kessler RC, Green JG, Gruber MJ, et al. Screening for serious mental illness in the general population with the K6 screening scale: results from the WHO World Mental Health (WMH) survey initiative. *Int J Methods Psychiatr Res*. 2010;19(suppl 1):4-22. doi:10.1002/mpr.310

**19.** Gilbert PA, Pass LE, Keuroghlian AS, Greenfield TK, Reisner SL. Alcohol research with transgender populations: a systematic review and recommendations to strengthen future studies. *Drug Alcohol Depend*. 2018;186:138-146. doi:10.1016/j.drugalcdep.2018.01.016

**20.** Sedgwick P. Multiple hypothesis testing and Bonferroni's correction. *BMJ*. 2014;349:g6284. doi:10.1136/bmj.g6284

**21.** Dong Y, Peng C-YJ. Principled missing data methods for researchers. *Springerplus*. 2013;2(1):222. doi:10.1186/2193-1801-2-222

**22.** Bennett DA. How can I deal with missing data in my study? *Aust N Z J Public Health*. 2001;25(5):464-469. doi:10.1111/j.1467-842X.2001.tb00294.x

**23.** Mallory C, Brown TNT, Conron KJ. Conversion therapy and LGBT youth. Published January 2018. Williams Institute, UCLA School of Law. https://williamsinstitute.law.ucla.edu/wp-content/uploads/Conversion-Therapy-LGBT-Youth-Jan-2018.pdf. Accessed August 1, 2019.

**24.** DeLeon PH. Appropriate therapeutic responses to sexual orientation. Proceedings of the American Psychological Association, Inc, for the legislative year 1997: minutes of the annual meeting of the Council of Representatives. *Am Psychol*. 1998;53:882-939.

**25.** Hatzenbuehler ML. How does sexual minority stigma "get under the skin"? a psychological mediation framework. *Psychol Bull*. 2009;135(5):707-730. doi:10.1037/a0016441

**26.** Meyer IH, Brown TN, Herman JL, Reisner SL, Bockting WO. Demographic characteristics and health status of transgender adults in select US regions: behavioral risk factor surveillance system, 2014. *Am J Public Health*. 2017;107(4):582-589. doi:10.2105/AJPH.2016.303648

**27.** Wallace R, Russell H. Attachment and shame in gender-nonconforming children and their families: toward a theoretical framework for evaluating clinical interventions. *Int J Transgenderism*. 2013;14 (3):113-126. doi:10.1080/15532739.2013.824845

**28.** Ryan C, Russell ST, Huebner D, Diaz R, Sanchez J. Family acceptance in adolescence and the health of LGBT young adults. *J Child Adolesc Psychiatr Nurs*. 2010;23(4):205-213. doi:10.1111/j.1744-6171.2010.00246.x

**29.** Bockting WO, Miner MH, Swinburne Romine RE, Hamilton A, Coleman E. Stigma, mental health, and resilience in an online sample of the US transgender population. *Am J Public Health*. 2013;103(5):943-951. doi:10.2105/AJPH.2013.301241

**30.** de Vries AL, Steensma TD, Cohen-Kettenis PT, VanderLaan DP, Zucker KJ. Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: a cross-national, cross-clinic comparative analysis. *Eur Child Adolesc Psychiatry*. 2016;25(6):579-588. doi:10.1007/s00787-015-0764-7

© 2019 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a University of Exeter User on 09/11/2019

# EXHIBIT F

Case 2:25-cv-00040-CR Document 57-6 Filed 07/25 Page 222 of 906



The
International
Journal of
Transgenderism

**Volume 1, Number 1, July - September 1997**

Reprinted with permission by the authors from NATURE, 378: 68-70 (1995)

# A Sex Difference in the Human Brain and its Relation to Transsexuality

By J.-N. Zhou, M.A. Hofman, L.J. Gooren and D.F. Swaab

**Citation:** Zhou J.-N, Hofman M.A, Gooren L.J, Swaab D.F (1997) A Sex Difference in the Human Brain and its Relation to Transsexuality. IJT 1,1, http://www.symposion.com/ijt/ijtc0106.htm

Acknowledgements
References

Transsexuals have the strong feeling, often from childhood onwards, of having been born the wrong sex. The possible psychogenic or biological etiology of transsexuality has been the subject of debate for many years [1,2]. Here we show that the volume of the central subdivision of the bed nucleus of the stria terminalis (BSTc), a brain area that is essential for sexual behaviour [3,4], is larger in men than in women. A female-sized BSTc was found in male-to-female transsexuals. The size of the BSTc was not influenced by sex hormones in adulthood and was independent of sexual orientation. Our study is the first to show a female brain structure in genetically male transsexuals and supports the hypothesis that gender identity develops as a result of an interaction between the developing brain and sex hormones [5,6].

Investigation of genetics, gonads, genitalia or hormone level of transsexuals has not, so far, produced any results that explain their status [1,2]. In experimental animals, however, the same gonadal hormones that prenatally determine the morphology of the genitalia also influence the morphology and function of the brain in experimental animals in a sexually dimorphic fashion [6,7]. This led to the hypothesis that sexual differentiation of the brain in transsexuals might not have followed the line of sexual differentiation of the body as a whole. In the past few years, several anatomical differences in relation to sex and sexual orientation have been observed in the human hypothalamus (see [6] for a review), but so far no neuroanatomical investigations have been made in relation to the expression of cross-gender identity (transsexuality).

## Sidebar (left column)

Introduction

**Editors:**
Friedemann Pfäfflin,
Ulm University, Germany

Walter O. Bockting,
University of Minnesota,
USA

Eli Coleman,
University of Minnesota,
USA

Richard Ekins,
University of Ulster at
Coleraine, UK

Dave King,
University of Liverpool, UK

**Managing Editor:**
Noelle N Gray,
University of Minnesota,
USA

**Editorial Assistant:**
Erin Pellett,
University of Minnesota,
USA

Editorial Board

Authors

**Contents**
 Historic Papers

**Info**
Authors´Guidelines

© Copyright

**Published by**

symposion

ISSN 1434-4599

Case 2:25-cv-00040-NCR　Document 72-6　Filed 03/07/25　Page 223 of 906



**Figure 1**: *Schematic frontal section through two subdivisions of the bed nucleus of the stria terminalis (BST) that are hatched. III: third ventricle; AC: anterior commissure; BSTc and BSTv: central and ventral subdivisions of the BST; FX: fornix; IC: internal capsule; LV: lateral ventricle; NBM: nucleus basalis of Meynert; OT: optic tract; PVN: paraventricular nucleus; SDN: sexually dimorphic nucleus; SON: supraoptic nucleus.*

We have studied the hypothalamus of six male-to-female transsexuals (T1-T6); this material that was collected over the last eleven years. We searched for a brain structure that was sexually dimorphic, but not influenced by sexual orientation, as male-to-female transsexuals may be "oriented" to either sex with respect to sexual behaviour. Our earlier observations showed that the paraventricular nucleus (PVN), sexually dimorphic nucleus (SDN) and suprachiasmatic nucleus (SCN) did not meet these criteria ([6] and unpublished data). Although there is no accepted animal model for gender identity alterations, the bed nucleus of the stria terminalis (BST) turned out to be an appropriate candidate to study for the following reasons. First, it is known that the BST plays an essential part in rodent sexual behaviour [3,4]. Not only have oestrogen and androgen receptors been found in the BST [8,9], it is also a major aromatization centre in the developing rat brain [10]. The BST in the rat receives projections mainly from the amygdala and provides a strong input in the preoptic-hypothalamic region [11,12]. Reciprocal

Case 2:25-cv-00240-OCR Document 7-6 Filed 07/25/25 Page 223 of 906

connections between hypothalamus, BST and amygdala are also well documented in experimental animals [13-15]. In addition, sex differences in the size and cell number of the BST have been described in rodents which are influenced by gonadal steroids in development [16-18]. Also in humans a particular caudal part of the BST (BNST-dspm) has been reported to be 2.5 times larger in men than in women [19].

The localization of the BST is shown in figure 1. The central part of the BST (BSTc) is characterized by its somatostatin cells and vasoactive intestinal polypeptide (VIP) innervation [20]. We measured the volume of the BSTc on the basis of its VIP innervation (Fig. 2).



***Figure 2***: *Representative sections of the BSTc innervated by vasoactive intestinal polypeptide (VIP). A: heterosexual man; B: heterosexual woman; C: homosexual man; D: male-to-female transsexual. Bar=0.5 mm. LV: lateral ventricle. Note there*

Case 2:25-cv-00240-CR   Document 53-6   Filed 03/07/25   Page 225 of 306

*are two parts of the BST in A and B: small sized medial subdivision (BSTm), and large oval-sized central subdivision (BSTc).*

The BSTc volume in heterosexual men (2.49±0.16 mm³) was 44% larger than in heterosexual women (1.73±0.13 mm³) (P<0.005) (Fig. 3). The volume of the BSTc of heterosexual and homosexual men was found not to differ in any statistically significant way (2.81±0.20 mm³) (P=0.26). The BSTc was 62% larger in homosexual men than in heterosexual women (P<0.005). AIDS did not seem to influence the size of the BSTc: the BSTc size of two heterosexual AIDS-infected women and three heterosexual AIDS-infected men remained well within the range of the corresponding reference group (Fig. 3). The AIDS-infected heterosexuals were therefore included in the corresponding reference group for statistical purposes. A small volume of the BSTc (1.30±0.23 mm³) was found in the male-to-female transsexuals (Fig. 3). Its size was only 52% of that found in the reference males (P<0.005) and 46% of the BSTc of homosexual males (P<0.005). Although the mean BSTc volume in the transsexuals was even smaller than that in the female group, the difference did not reach statistical significance (P=0.13). The volume of the BSTc was not related to age in any of the reference groups studied (P>0.15), indicating that the observed small size of the BSTc in transsexuals was not due to the fact that they were, on average, 10 to 13 years older than the hetero- and homosexual men.

The BST plays an essential role in masculine sexual behaviour and in the regulation of gonadotrophin release, as shown by studies in the rat [3,4,21]. There has been no direct evidence that the BST has such a role in human sexual behaviour but our demonstration of a sexually dimorphic pattern in the size of the human BSTc, which is in agreement with the previously described sex difference in a more caudal part of the BST (BNST-dspm) [19], indicates that this nucleus may also be involved in human sexual or reproductive functions. It has been proposed that neurochemical sex differences in the rat BST may be due to effects of sex hormones on the brain during development and in adulthood [22,23]. Our data from humans however, indicate that BSTc volume is not affected by varying sex hormone levels in adulthood. The BSTc volume of a 46-year-old woman who had suffered for at least 1 year from a tumour of the adrenal cortex that produced very high blood levels of androstenedione and testosterone, was within the range of that of other women (Fig. 3: S1). Furthermore, two postmenopausal women (aged over 70 years) showed a completely normal female-sized BSTc (Fig. 3: M1, M2). As all the transsexuals had been treated with oestrogens, the reduced size of the BSTc could possibly have been due to the presence of high levels of oestrogen in the blood. Evidence against this comes from the fact that transsexual T2 and T3 both showed a small, female-like BSTc (Fig. 3), although T2 stopped taking oestrogen about 15 months before death, since her prolactin levels were too high and T3 stopped hormone treatment since a sarcoma was found about three months before death; also a 31-year-old man who suffered from a feminizing adrenal tumour which induced high blood levels of oestrogen, nevertheless had a very large BSTc (Fig. 3: S2).

IJ TRANSGENDER - A sex difference in the human brain and its rel...

http://www.symposion.com/ijt/ijtc0106.htm

Case 2:25-cv-00240-NQR Document 257-6 Filed 07/25/25 Page 225 of 906



***Figure 3****: Volume of the BSTc innervated by VIP fibres in presumed heterosexual males (M), homosexual males (HM), presumed heterosexual females (F) and male-to-female transsexuals (TM). The six transsexuals are numbered T1-T6. The patients with abnormal sex hormone levels are numbered S1-S4. M1 and M2: postmenopausal women. Bars indicate mean±SEM. Open symbols: individuals who died of AIDS. METHODS. Brains of 42 subjects matched for age, postmortem time and duration of formalin fixation were investigated. The autopsy was performed following the required permission. For immunocytochemical staining of VIP, the paraffin sections were hydrated and rinsed in TBS (Tris-buffered-saline: 0.05 M tris, 0.9% NaCl, pH 7.6). The sections were incubated with 200 µl anti-VIP (Viper, 18/9/86) 1:1000 in 0.5% triton in TBS overnight at 4° C. The immunocytochemical and morphometric procedures were performed as described extensively elsewhere [25-27]. In brief, serial 6 m m sections of the BSTc were studied by means of a digitizer (Calcomp 2000) connected to a HP-UX 9.0, using a Zeiss microscope equipped with a 2.5x objective and with 10x (PLAN) oculars. Staining was performed on every 50th section with anti-VIP. The rostral and caudal borders of the BSTc were assessed by staining every 10th section in the area. The volume of the BSTc was determined by integrating all the area measurements of the BSTc sections that were innervated by VIP fibres. In a pilot study, the size of the BSTc was measured on both sides in eight subjects (five females and three males) and no left-right asymmetries were observed: the left BSTc (1.71±0.16 mm$^3$ ) was comparable in size to that of the right BSTc (1.83±0.30 mm$^3$ ) (P=0.79). No asymmetry was observed in the BNST-dspm either [19]. The rest of our study was therefore performed on one side of the brain only. Brain weight of the male transsexuals (1385±75 g) was not different from that of the reference males (1453±25 g) (P=0.61) or that of the females (1256±35 g) (P=0.23). The cause of death of the six transsexuals was suicide (T1), cardiovascular disease (T2,T6), sarcoma (T3), AIDS, pneumonia, pericarditis (T4) and hepatitic failure (T5). Sexual orientation of the subjects of the reference group (12 men and 11 women) was generally not known, but presumably most of them were heterosexual. Sexual orientation of nine homosexuals was registered in the clinical records [28]. Differences among the groups were tested two-tailed using the Mann-Whitney U test. A 5% level of significance was used in all statistical tests.*

Our results might also be explained if the female-sized BSTc in the transsexual group was due to the lack of androgens, because they had all been orchidectomized except for T4. We therefore studied two other men who had been orchidectomized because of cancer of the prostate

(one and three months before death: S4 and S3, respectively), and found that their BSTc sizes were at the high end of the normal male range. The BSTc size of the single transsexual who had not been orchidectomized (T4) ranged in the middle of the transsexual scores (Fig. 3). Not only were five of the transsexuals orchidectomized, they all used the antiandrogen cyproterone acetate (CPA). A CPA effect on the BSTc does not seem likely, because T6 had not taken CPA for the past 10 years, and T3 took no CPA during the two years before death and still had a female-sized BSTc.

In summary, our observations suggest that the small size of the BSTc in male-to-female transsexuals cannot be explained by differences in adult sex hormone levels, but is established during development by an organizing action of sex hormones, an idea supported by the fact that neonatal gonadectomy of male rats and androgenization of the female rats indeed induced significant changes in the number of neurons of the BST and suppressed its sexual dimorphism [17,18].

Considered together with information from animals, then our study supports the hypothesis that gender identity alterations may develop as a result of an altered interaction between the development of the brain and sex hormones [5,6]. The direct action of genetic factors should also be considered on the basis of animal experiments [24].

We found no relationship between BSTc size and the sexual orientation of transsexuals, that is, whether they were male-oriented (T1,T6), female-oriented (T3,T2,T5), or both (T4). Furthermore, the size of the BSTc of heterosexual men and homosexual men did not differ, which reinforced the idea that the reduced BSTc size is independent of sexual orientation. In addition, there was no difference in BSTc size between early-onset (T2,T5,T6) and late-onset transsexuals (T1, T3), indicating that the decreased size is related to the gender identity alteration per se rather than to the age at which it becomes apparent. Interestingly, the very small BSTc in transsexuals appears to be a very local brain difference. We failed to observe similar changes in three other hypothalamic nuclei, namely, PVN, SDN or SCN in the same individuals (unpublished data). This might be due to the fact that these nuclei do not all develop at the same time, or to a difference between these nuclei and the BST with respect to the presence of sex hormone receptors or aromatase. We are now studying the distribution of sex hormone receptors and the aromatase activity in various hypothalamic nuclei in relation to sexual orientation and gender.

**Acknowledgements**

We thank Mr. B. Fisser, Mr. H. Stoffels, Mr. G. van der Meulen, and Ms. T. Eikelboom and Ms. W.T.P. Verweij for their help, and Drs. R.M. Buijs, M.A. Corner, E. Fliers, A. Walter and F.W. van Leeuwen for their comments. Brain material was provided by the Netherlands Brain Bank (coordinator Dr. R. Ravid). This study was supported by NWO.

**References**

**Money, J. and Gaskin**, Int. J. Psychiatry, 9 (1970/1971) 249.

**Gooren, L.J.G.**, Psychoneuroencrinology, 15 (1990) 3-14.

**Kawakami, M. and Kimura, F.**, Endocrinol. Jap., 21 (1974) 125-130.

**Emery, D.E. and Sachs, B.D.**, Physiol. Behav., 17 (1976) 803-806.

**Editorials Lancet**, 338 (1991) 603-604.

**Swaab, D.F. and Hofman, M.A.**, TINS, 18 (1995) 264-270.

**Money, J., Schwartz, M. and Lewis, V.G.**, Psychoneuroendocrinology, 9 (1984) 405- 414.

**Sheridan, P.J.**, Endocrinology, 104 (1979) 130-136.

**Commins, D. and Yahr, D.**, J. Comp. Neurol., 231 (1985) 473-489.

**Jakab, R.L., Horvath, T.L., Leranth, C., Harada, N. and Naftolin, F.J.**, Steroid Biochem. Molec. Biol., 44 (1993) 481-498.

**Eiden, E.L., Hökfelt, T, Brownstein, M.J. and Palkovits, M.**, Neuroscience, 15 (1985) 999-1013.

**De Olmos, J.S. In: Paxinos, G. (Ed.)**, The Human Nervous System, Academic Press, San Diego, 1990, pp. 597-710.

**Woodhams, P.L., Roberts, G.W., Polak, J.M. and Crow, T.J.**, Neuroscience, 8 (1983) 677-703.

**Simerly, R.B.**, TINS, 13 (1990) 104-110.

**Arluison, M., et al.**, Brain Res. Bull., 34 (1994) 319-337.

**Bleier, R., Byne, W. and Siggelkow, I.**, J. Comp. Neurol., 212 (1982) 118-130.

**Del Abril, A., Segovia, S. and Guillamón, A.**, Dev. Brain Res., 32 (1987) 295-300.

**Guillamón, A., Segovia, S. and Del Abril, A.**, Dev. Brain Res., 44 (1988) 281-290.

**Allen, L.A. and Gorski, R.A.**, J. Comp. Neurol., 302 (1990) 697-706.

**Walter, A., Mai, J.K., Lanta, L. and Görcs, T.J.**, Chem. Neuroanat., 4 (1991) 281-298.

**Claro, F., Segovia, S., Guilamón, A. and Del Abril, A.**, Brain Res. Bull., 36 (1995) 1-10.

**Simerly, R.B. and Swanson, L.W.**, Proc. Natl. Acad. Sci. U.S.A., 84 (1987)

2087- 2091.

**De Vries, G.J.**, J. Neuroendocrinol., 20 (1990) 1-13.

**Pilgrim, Ch. and Reisert, I.**, Horm. metab. Res., 24 (1992) 353-359.

**Swaab, D.F., Zhou, J.N., Ehlhart, T. and Hofman, M.A.**, Brain Res., 79 (1994) 249- 259.

**Zhou, J.N., Hofman, M.A. and Swaab, D.F.**, Neurobiol. Aging (1995) in press.

**Zhou, J.N., Hofman, M.A. and Swaab, D.F.**, Brain Res. 672 (1995) 285-288.

**Swaab D.F. and Hofman M.A.**, Brain Res., 537 (1990) 141-148.

**Correspondence and requests for materials to:**
J.-N. Zhou, M.A. Hofman and D.F. Swaab
Graduate School Neurosciences Amsterdam
Netherlands Institute for Brain Research
Meibergdreef 33
1105 AZ Amsterdam ZO
The Netherlands

L.J.G. Gooren
Department of Endocrinology
Free University Hospital
1007 MB Amsterdam
The Netherlands
Email: lgooren@inter.nl.net

# EXHIBIT G



# NIH Public Access

## Author Manuscript

*Neuroimage.* Author manuscript; available in PMC 2010 July 15.

Published in final edited form as:
*Neuroimage.* 2009 July 15; 46(4): 904–907. doi:10.1016/j.neuroimage.2009.03.048.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

# Regional gray matter variation in male-to-female transsexualism

**Eileen Luders[1], Francisco J. Sánchez[2], Christian Gaser[3], Arthur W. Toga[1,\*], Katherine L. Narr[1], Liberty S. Hamilton[1], and Eric Vilain[2]**

[1]Laboratory of Neuro Imaging, Department of Neurology, UCLA School of Medicine, 635 Charles Young Drive South, Suite 225, Los Angeles, CA 90095-7334, USA

[2]Center for Gender-Based Biology, Department of Human Genetics, UCLA School of Medicine, Gonda 5524, Los Angeles, CA 90095, USA

[3]Department of Psychiatry, University of Jena, Philosophenweg 3, 07740 Jena, Germany

## Abstract

Gender identity—one's sense of being a man or a woman—is a fundamental perception experienced by all individuals that extends beyond biological sex. Yet, what contributes to our sense of gender remains uncertain. Since individuals who identify as transsexual report strong feelings of being the opposite sex and a belief that their sexual characteristics do not reflect their true gender, they constitute an invaluable model to understand the biological underpinnings of gender identity. We analyzed MRI data of 24 male-to-female (MTF) transsexuals not yet treated with cross-sex hormones in order to determine whether gray matter volumes in MTF transsexuals more closely resemble people who share their biological sex (30 control men), or people who share their gender identity (30 control women). Results revealed that regional gray matter variation in MTF transsexuals is more similar to the pattern found in men than in women. However, MTF transsexuals show a significantly larger volume of regional gray matter in the right putamen compared to men. These findings provide new evidence that transsexualism is associated with distinct cerebral pattern, which supports the assumption that brain anatomy plays a role in gender identity.

### Keywords

Brain; Gender Identity; MRI; Transgender; VBM

## Introduction

Individuals who identify as transsexual report a history of persistent discomfort with the sex they were assigned at birth and a strong identification with the opposite sex. Many describe significant symptoms of psychological distress (Sánchez and Vilain, 2009) and take steps to alter features of their bodies (e.g., through the use of sex hormones and plastic surgery) to make them congruent with their sense of gender. While no formal epidemiological study has been

© 2009 Elsevier Inc. All rights reserved

*Correspondence should be addressed to:* **Dr. Arthur W. Toga** Laboratory of Neuro Imaging, Department of Neurology, UCLA School of Medicine 635 Charles Young Drive South, Suite 225, Los Angeles, CA 90095-7334 Phone: 001-310 / 206.2101 Fax: 001-310 / 206.5518 toga@loni.ucla.edu.

**Publisher's Disclaimer:** This is a PDF file of an unedited manuscript that has been accepted for publication. As a service to our customers we are providing this early version of the manuscript. The manuscript will undergo copyediting, typesetting, and review of the resulting proof before it is published in its final citable form. Please note that during the production process errors may be discovered which could affect the content, and all legal disclaimers that apply to the journal pertain.

conducted in the United States, reports from European and Asian countries estimate that the prevalence of transsexualism ranges from 1:100,000 to 1:2,900 (DeCuypere G. et al., 2007).

Despite increased public awareness of transsexualism, our scientific understanding of the development of gender identity is limited. Both environmental events (Eagly and Wood, 1999; Wood and Eagly, 2002) and innate differences (Breedlove, 1994; Dorner, 1985; Gooren, 2006) have been implicated as influencing this fundamental human characteristic. Regarding transsexualism, it has been suggested that sexual differentiation of the brain during embryonic development deviates from the sexual differentiation of the rest of the body (Zhou et al., 1995). This hypothesis implies that neuroanatomy plays a critical role in determining gender identity. Thus, the study of the underlying correlates of transsexualism may help to further identify the mechanisms that contribute to the development of gender identity.

To explore this hypothesis, several studies examined brain structures in male-to-female (MTF) transsexuals. One early *in vivo* study did not detect any associations between transsexualism and the anatomy of the corpus callosum (Emory et al., 1991). However, two subsequent *post mortem* brain analyses revealed that MTF transsexuals had a female-like central subdivision of the bed nucleus of the stria terminalis (BSTc) with respect to its size (Zhou et al., 1995) and number of neurons (Kruijver et al., 2000). Another *post mortem* study published recently reported female-like volumes and neuronal densities of the interstitial nucleus of the anterior hypothalamus (INAH3) in MTF transsexuals (Garcia-Falgueras and Swaab, 2008). These three *post mortem* studies seem to support the hypothesis that brain anatomy is associated with transsexualism. Yet, the generalization of these findings is limited by the inherent pitfalls of *post mortem* studies, the relatively small number of MTF transsexuals examined ($n_1$=6; $n_2$=6; $n_3$=11), as well as the subjects' long-term treatment with estrogen. Granted, some argue that estrogen treatment does not alter certain brain structures (Garcia-Falgueras and Swaab, 2008). Nevertheless, other studies have shown that treatment with anti-androgen and estrogen decreases brain volumes of MTF transsexuals subjects towards female proportions (Hulshoff Pol et al., 2006).

To extend these prior findings while overcoming some of their limitations, we investigated variations in brain structure in 60 control subjects (30 males, 30 females) and 24 male-to-female (MTF) transsexuals who had not been treated with female hormones. More specifically, we used magnetic resonance imaging (MRI) to investigate neuroanatomy at high-resolution in vivo, and applied a sophisticated computational image analysis approach to compare regional volumes of gray matter throughout the brain.

## Materials and Methods

### Subjects

Twenty-four MTF transsexuals were recruited through fliers provided to local transsexual community organizations and to professionals who offer services to the transsexual community. Thirty male and thirty female control subjects were selected from the International Consortium for Brain Mapping (ICBM) database of normal adults (http://www.loni.ucla.edu/ICBM/Databases/). The mean age (SD) of the MTF transsexuals was 46.73 (13.18) years with an age range between 23 and 72 years. Male and female control subjects were closely age-matched (males 46.57±12.45, 23-69 years; females 46.77±12.88, 23-73 years). Transsexual subjects were 76% dextral, control males were 93% dextral, and control females were 90% dextral, where handedness was determined based on self-reports of hand preference for selected activities. For study inclusion, transsexual subjects needed to self-identify as a MTF transsexual, report no history of hormonal treatment, and declare the intention of undergoing estrogen replacement therapy. MTF transsexuals were evaluated to be free of psychosis according to a standardized diagnostic interview (Robins et al., 1989) and

NIH-PA Author Manuscript     NIH-PA Author Manuscript     NIH-PA Author Manuscript

confirmed to be genetic males as defined by the presence of the *SRY* gene in their genome (Jordan et al., 2002). All control subjects had to pass a physical and neurological screening examination performed by a neurologist. All subjects gave informed consent according to guidelines from the Institutional Review Board of the University of Los Angeles, California (UCLA), and were compensated for their participation in this study.

**Image acquisition**

Brain images were acquired on a 1.5-T MRI system (Siemens Sonata, Erlangen, Germany) using a 3D T1-weighted sequence (MPRAGE) with the following parameters: TR = 1900 ms; TE = 4.38 ms; flip angle = 15°; 160 contiguous 1 mm sagittal slices; FOV = 256 mm × 256 mm$^2$; matrix size = 256 × 256, voxel size = 1.0 × 1.0 × 1.0 mm.

**Image Analysis**

Data were preprocessed and examined using SPM5 software (Wellcome Department of Imaging Neuroscience Group, London, UK; http://www.fil.ion.ucl.ac.uk/spm). Analyses were performed on gray matter segments (Ashburner and Friston, 2005) that were multiplied by the non-linear components derived from the normalization matrix (modulated gray matter volumes) and smoothed with a Gaussian kernel of 12 mm full width at half maximum. These smoothed modulated gray matter volumes are hereafter referred to as gray matter to simplify matters.

We used the general linear model (GLM) and applied analyses of covariance (ANCOVA) to examine voxel-wise gray matter differences between MTF transsexuals, males, and females, while removing the variance associated with age. Statistical outcomes were corrected for multiple comparisons, using false discovery rate (FDR) (Benjamini and Hochberg, 1995) at $p<0.001$. Significant findings were mapped onto the average 3D cortical model and restricted to clusters exceeding a minimum of 123 voxels (the expected number of voxels per cluster), calculated according to the theory of Gaussian random fields (Fig. 1). Finally, to gain a better understanding of how significance profiles from different sets of comparisons are spatially related to each other, we performed additional post hoc t-tests and overlaid significant group differences as maximum intensity projections on the SPM standard glass brain template in three orthogonal planes. These exploratory outcomes are also presented at $p<0.001$, corrected for multiple comparisons using FDR (Fig. 2).

## Results

As demonstrated in Fig. 1, we detected significant differences between MTF transsexuals, males, and females in a large number of regions across the brain. More specifically, within the frontal lobe, we observed gray matter volume differences bilaterally in the superior frontal gyrus, close to midline and also at the frontal pole, as well as within the right orbital gyrus. Furthermore, we noticed pronounced gray matter volume differences bilaterally across the occipital and posterior temporal lobes, as well as in the parietal lobe, near the intraparietal sulcus, and closer to midline (left). Additional group effects on regional gray matter volume were detected subcallosally in both hemispheres at the brain midline. These regions constitute part of the basal ganglia (i.e., the caudate nucleus and putamen) and limbic system (i.e., the subcallosal gyrus, mammillary body, amygdala, thalamus and hypothalamus). Moreover, we identified two clusters indicating group differences on the basal surface of the right temporal lobe and left frontal lobe.

For each of 22 significantly different regions (twelve within the right hemisphere and ten within the left hemisphere), cluster-specific box plots were generated to illustrate the magnitude and direction of gray matter volume differences between groups (see supplement 1 and 2).

Case: 25-1040 Document: 53-7 Filed: 03/07/25 Page: 233 of 306

Altogether, females had the largest gray matter volumes in all but two significant clusters, which were located in the left and right putamen. Here, MTF transsexuals had the largest gray matter volumes (see Fig. 1). For the remaining clusters, MTF transsexuals had the smallest gray matter volumes, but their data spectrum largely overlapped with that of males.

As illustrated in the spatial profiles of significant group differences (Fig. 2), females had more gray matter than males in large portions of the brain (Females > Males; red clusters in Panel A). Similarly, females had more gray matter than MTF transsexuals (Females > Transsexuals; red clusters in Panel B). Although the differences between females and MTF transsexuals did partly overlap with the difference between females and males (Females > Males / Transsexuals; yellow clusters in Panel D), they were spatially more extended, and also evident in a few regions where females and males did not differ (Females > Transsexuals; green clusters in Panel D). There was no region where females had significantly less gray matter than males (Panel A) or MTF transsexuals (Panel B). Similarly, there was no region where MTF transsexuals had significantly less gray matter than males (Panel C). MTF transsexuals, however, showed significantly more gray matter than males in the right putamen (Transsexuals > Males; red clusters in Panel C; blue clusters in Panel D). MTF transsexuals also showed significantly more gray matter than males in the left putamen when findings were not corrected for multiple comparisons ($p < 0.001$, maps not shown).

## Discussion

Overall, our study provides evidence that MTF transsexuals possess regional gray matter volumes mostly consistent with control males. However, the putamen was found to be "feminized" in MTF transsexuals. That is, the gray matter volume of this particular structure in the MTF transsexual group was both larger than in males and within the average range of females. Interestingly, in a positron emission tomography (PET) study, it was demonstrated that the left putamen in a sample of MTF transsexuals (n=12), who had no history of estrogen treatment, activated differently to odorous steroids when compared to control males (Berglund et al., 2008). Taken together, these findings lend support to the hypothesis that specific neuroanatomical features are associated with transsexual identity, where the particular role of the putamen requires investigation in future studies.

Further research needs to resolve whether the observed distinct features in the brains of transsexuals influence their gender identity or possibly are a consequence of being transsexual. Alternatively, other variables may be independently affecting both the expression of a transsexual identity and the neuroanatomy in transsexuals that led to the observed association between both. Some possible candidates include genetic predisposition, psychosocial and environmental influences, hormonal exposures, or most likely an interplay between these variables. In support of the influence of genetics and environment, multiple cases of transsexualism occurring within families have been reported (Green, 2000) as well as studies on heritability in twins (Coolidge et al., 2002) and preliminary findings on specific genetic variations in MTF transsexuals (Hare et al., 2009; Henningsson et al., 2005). Furthermore, both genes and environmental demands have been demonstrated to determine brain anatomy (e.g., regional gray matter) (Draganski et al., 2004; Thompson et al., 2001). Finally, hormones have been shown to affect brain development (Arnold and Gorski, 1984), and neuroanatomical alterations in MTF transsexuals (Kruijver et al., 2000; Zhou et al., 1995) have been detected in cerebral structures shown to significantly change in response to hormonal exposure (Del et al., 1987; Guillamon et al., 1988). The MTF transsexuals of the current study had no history of hormonal treatment. Thus, we can exclude the potential effects of administered female hormones as a confounding factor for our findings. Moreover, it has been demonstrated that naturally circulating hormones in adult MTF transsexuals at baseline do not differ significantly from hormonal levels in male control subjects (Goodman et al., 1985; Meyer, III et al., 1986;

Spijkstra et al., 1988). However, it remains to be established whether pre-, peri-, or postnatal hormonal effects in early childhood could foster transsexualism. Further studies will need to resolve the degree to which genetic variability and environmental factors influence the development of gender identity (Schweizer et al., 2009), possibly (but not necessarily) via affecting brain structures.

A limitation of the current study is that MTF transsexuals are considered as one homogeneous group rather than dividing them into MTF transsexuals who are sexually attracted (a) to males, (b) to females, (c) to both sexes, or (d) to neither sex. Based on self-report, a common yet limited method of assessing sexual orientation (Moradi et al., 2009), our transsexual sample (n=24) consisted of 6 male-oriented and 18 female-oriented subjects. Given this unequal distribution and given that information on sexual orientation was unavailable for control subjects, we abstained from conducting analyses for different subtypes. However, a number of previous findings appear to indicate brain-structural alterations associated with sexual orientation (Allen and Gorski, 1992; Byne et al., 2001; LeVay, 1991; Ponseti et al., 2007; Savic and Lindstrom, 2008; Swaab and Hofman, 1990; Witelson et al., 2008). Moreover, a highly controversial line of research has suggested that homosexual and non-homosexual MTF transsexualism are etiologically heterogeneous (Blanchard, 1989a; Blanchard, 1989b), which may be associated with differences in neuroanatomy. Therefore, future studies that take into consideration sexual orientation will not only further reveal the underlying determinants of gender identity in general, but also possibly advance our understanding of different transsexual subtypes.

## Supplementary Material

Refer to Web version on PubMed Central for supplementary material.

## Acknowledgments

This work was supported by the National Institutes of Health through the NIH Roadmap for Medical Research, grant U54 RR021813 entitled Center for Computational Biology (CCB). Information on the National Centers for Biomedical Computing can be obtained from <http://nihroadmap.nih.gov/bioinformatics>. Additional support was provided by the NIH/NCRR resource grant P41 RR013642, Dr. Sánchez's NIH training grant 5 T32 HD07228: 26, Dr. Gaser's BMBF grant 01EV0709, and Dr. Narr's NIH K-award MH073990.

## Reference List

Allen LS, Gorski RA. Sexual orientation and the size of the anterior commissure in the human brain. Proc.Natl.Acad.Sci.U.S.A 1992;89:7199–7202. [PubMed: 1496013]

Arnold AP, Gorski RA. Gonadal steroid induction of structural sex differences in the central nervous system. Annu.Rev.Neurosci 1984;7:413–442. [PubMed: 6370082]

Ashburner J, Friston KJ. Unified segmentation. Neuroimage 2005;26:839–851. [PubMed: 15955494]

Benjamini Y, Hochberg Y. Controlling the False Discovery Rate: A Pratical and Powerful Approach to Multiple Testing. J.R.Statist.Soc 1995;57:289–300.

Berglund H, Lindstrom P, Dhejne-Helmy C, Savic I. Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous steroids. Cereb.Cortex 2008;18:1900–1908. [PubMed: 18056697]

Blanchard R. The classification and labeling of nonhomosexual gender dysphorias. Arch.Sex Behav 1989a;18:315–334. [PubMed: 2673136]

Blanchard R. The concept of autogynephilia and the typology of male gender dysphoria. J.Nerv.Ment.Dis 1989b;177:616–623. [PubMed: 2794988]

Breedlove SM. Sexual differentiation of the human nervous system. Annu.Rev.Psychol 1994;45:389–418. [PubMed: 8135506]

Byne W, Tobet S, Mattiace LA, Lasco MS, Kemether E, Edgar MA, Morgello S, Buchsbaum MS, Jones LB. The interstitial nuclei of the human anterior hypothalamus: an investigation of variation with sex, sexual orientation, and HIV status. Horm.Behav 2001;40:86–92. [PubMed: 11534967]

Coolidge FL, Thede LL, Young SE. The heritability of gender identity disorder in a child and adolescent twin sample. Behav.Genet 2002;32:251–257. [PubMed: 12211624]

DeCuypere G, Van HM, Michel A, Carael B, Heylens G, Rubens R, Hoebeke P, Monstrey S. Prevalence and demography of transsexualism in Belgium. Eur.Psychiatry 2007;22:137–141. [PubMed: 17188846]

Del AA, Segovia S, Guillamon A. The bed nucleus of the stria terminalis in the rat: regional sex differences controlled by gonadal steroids early after birth. Brain Res 1987;429:295–300. [PubMed: 3567668]

Dorner G. Sex-specific gonadotrophin secretion, sexual orientation and gender role behaviour. Exp.Clin.Endocrinol 1985;86:1–6. [PubMed: 4054219]

Draganski B, Gaser C, Busch V, Schuierer G, Bogdahn U, May A. Neuroplasticity: changes in grey matter induced by training. Nature 2004;427:311–312. [PubMed: 14737157]

Eagly AH, Wood W. The origins of sex differences in human behavior: Evolved dispositions versus social roles. American Psychologist 1999;54:408–423.

Emory LE, Williams DH, Cole CM, Amparo EG, Meyer WJ. Anatomic variation of the corpus callosum in persons with gender dysphoria. Arch.Sex Behav 1991;20:409–417. [PubMed: 1953331]

Garcia-Falgueras A, Swaab DF. A sex difference in the hypothalamic uncinate nucleus: relationship to gender identity. Brain 2008;131:3132–3146. [PubMed: 18980961]

Goodman RE, Anderson DC, Bu'lock DE, Sheffield B, Lynch SS, Butt WR. Study of the effect of estradiol on gonadotrophin levels in untreated male-to-female transsexuals. Arch.Sex Behav 1985;14:141–146. [PubMed: 3922331]

Gooren L. The biology of human psychosexual differentiation. Horm.Behav 2006;50:589–601. [PubMed: 16870186]

Green R. Family cooccurrence of "gender dysphoria": ten sibling or parent-child pairs. Arch.Sex Behav 2000;29:499–507. [PubMed: 10983252]

Guillamon A, Segovia S, Del AA. Early effects of gonadal steroids on the neuron number in the medial posterior region and the lateral division of the bed nucleus of the stria terminalis in the rat. Brain Res.Dev.Brain Res 1988;44:281–290.

Hare L, Bernard P, Sanchez FJ, Baird PN, Vilain E, Kennedy T, Harley VR. Androgen receptor repeat length polymorphism associated with male-to-female transsexualism. Biol.Psychiatry 2009;65:93–96. [PubMed: 18962445]

Henningsson S, Westberg L, Nilsson S, Lundstrom B, Ekselius L, Bodlund O, Lindstrom E, Hellstrand M, Rosmond R, Eriksson E, Landen M. Sex steroid-related genes and male-to-female transsexualism. Psychoneuroendocrinology 2005;30:657–664. [PubMed: 15854782]

Hulshoff Pol HE, Cohen-Kettenis PT, Van Haren NEM, Peper JS, Brans RGH, Cahn W, Schnack HG, Gooren LJG, Kahn RS. Changing your sex changes your brain: influences of testosterone and estrogen on adult human brain structure. European Journal of Endocrinology 2006;155:S107–S114.

Jordan BK, Jain M, Natarajan S, Frasier SD, Vilain E. Familial mutation in the testis-determining gene SRY shared by an XY female and her normal father. J Clin Endocrinol Metab 2002;87:3428–3432. [PubMed: 12107262]

Kruijver FP, Zhou JN, Pool CW, Hofman MA, Gooren LJ, Swaab DF. Male-to-female transsexuals have female neuron numbers in a limbic nucleus. J.Clin.Endocrinol Metab 2000;85:2034–2041. [PubMed: 10843193]

LeVay S. A difference in hypothalamic structure between heterosexual and homosexual men. Science 1991;253:1034–1037. [PubMed: 1887219]

Meyer WJ III, Webb A, Stuart CA, Finkelstein JW, Lawrence B, Walker PA. Physical and hormonal evaluation of transsexual patients: a longitudinal study. Arch.Sex Behav 1986;15:121–138. [PubMed: 3013122]

Moradi, B.; Mohr, JJ.; Worthington, RL.; Fassinger, R. Research on Sexual (Orientation) minority issues: Conceptual and methodological challenges and opportunities. Vol. 56 ed. 2009. p. 5-22.

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript

Ponseti J, Siebner HR, Kloppel S, Wolff S, Granert O, Jansen O, Mehdorn HM, Bosinski HA. Homosexual women have less grey matter in perirhinal cortex than heterosexual women. PLoS.ONE 2007;2:e762. [PubMed: 17712410]

Robins LN, Wing J, Wittchen HU, Helzer JE, Babor TF, Burke J, Farmer A, Jablensky A, Pickens R, Regier DA, Sartorius N, Towle LH. The Composite International Diagnostic Interview: An epidemiologic instrument suitable for use in conjunction with different diagnostic systems and in different cultures. Archives of GeneralPsychiatry 1989;45:1069–1077.

Sánchez, FJ.; Vilain, E. Collective self-esteem as a coping resource in male-to-female transsexuas. Vol. 56 ed. 2009. p. 202-209.

Savic I, Lindstrom P. PET and MRI show differences in cerebral asymmetry and functional connectivity between homo- and heterosexual subjects. Proc.Natl.Acad Sci.U.S.A 2008;105:9403–9408. [PubMed: 18559854]

Schweizer, K.; Burner, F.; Schützmann, K.; Schönbucher, V.; Richter-Appelt, H. Gender identity and coping in female 46, XY adults with androgen biosynthesis deficiency (intersexuality/DSD). Vol. 56 ed. 2009. p. 189-201.

Spijkstra JJ, Spinder T, Gooren LJ. Short-term patterns of pulsatile luteinizing hormone secretion do not differ between male-to-female transsexuals and heterosexual men. Psychoneuroendocrinology 1988;13:279–283. [PubMed: 3406325]

Swaab DF, Hofman MA. An enlarged suprachiasmatic nucleus in homosexual men. Brain Res 1990;537:141–148. [PubMed: 2085769]

Thompson PM, Cannon TD, Narr KL, van Erp T, Poutanen VP, Huttunen M, Lonnqvist J, Standertskjold-Nordenstam CG, Kaprio J, Khaledy M, Dail R, Zoumalan CI, Toga AW. Genetic influences on brain structure. Nat.Neurosci 2001;4:1253–1258. [PubMed: 11694885]

Witelson SF, Kigar DL, Scamvougeras A, Kideckel DM, Buck B, Stanchev PL, Bronskill M, Black S. Corpus callosum anatomy in right-handed homosexual and heterosexual men. Arch.Sex Behav 2008;37:857–863. [PubMed: 17975723]

Wood W, Eagly AH. A cross-cultural analysis of the behavior of women and men: Implications for the origins of sex differences. Psychological Bulletin 2002;128:699–727. [PubMed: 12206191]

Zhou JN, Hofman MA, Gooren LJ, Swaab DF. A sex difference in the human brain and its relation to transsexuality. Nature 1995;378:68–70. [PubMed: 7477289]

NIH-PA Author Manuscript

NIH-PA Author Manuscript

NIH-PA Author Manuscript



**Fig. 1.**
Analysis of variance (ANOVA) between samples. The color-coded brain maps illustrate the brain regions where gray matter volumes differ significantly between the three groups (MTF transsexuals, males, females), after removing the variance associated with age. Statistical outcomes are corrected for multiple comparisons, using FDR at p<0.001. Shown are clusters exceeding a spatial extent threshold of 123 voxels. The two box plots display the estimated parameters for clusters located in the region of the left and right putamen, where MTF transsexuals (TR) had more gray matter than males (MA) and females (FE).



**Fig. 2.**
T-tests between samples. The overlay maps on the SPM standard glass brain template (sagittal, axial, and coronal view) illustrate where independent-sample group comparisons revealed significant gray matter volume differences between females and males (Panel A), between females and MTF transsexuals (Panel B), as well as between males and MTF transsexuals (Panel C), after removing the variance associated with age. Panel D depicts the overlay of significance profiles from different sets of comparisons. Findings are significant at p<0.001, FDR-corrected.

# EXHIBIT H

Journal of Psychiatric Research 45 (2011) 199–204



Contents lists available at ScienceDirect

# Journal of Psychiatric Research

journal homepage: www.elsevier.com/locate/psychires



# White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study

Giuseppina Rametti [d,f], Beatriz Carrillo [b], Esther Gómez-Gil [c], Carme Junque [b,f], Santiago Segovia [a], Ángel Gomez [e], Antonio Guillamon [a,*]

[a] Departamento de Psicobiología, UNED, C/Juan del Rosal 10, 28040 Madrid, Spain
[b] Departamento de Psiquiatría y Psicobiología Clínica, Universidad de Barcelona, Spain
[c] Unidad de Identidad de Género, Hospital Clinic, Universidad de Barcelona, Spain
[d] Clinical Institute of Neuroscience, Hospital Clinic i Provincial, Barcelona, Spain
[e] Departamento de Psicología Social y de las Organizaciones, UNED, Madrid, Spain
[f] Institute of Biomedical Research August Pi i Sunyer (IDIBAPS), Barcelona, Spain

ARTICLE INFO

Article history:
Received 4 March 2010
Received in revised form
10 May 2010
Accepted 10 May 2010

Keywords:
Diffusion tensor imaging
Transsexualism
Sex differences
Superior longitudinal fasciculus
Forceps minor
Corticospinal tract

ABSTRACT

Background: Some gray and white matter regions of the brain are sexually dimorphic. The best MRI technique for identifying subtle differences in white matter is diffusion tensor imaging (DTI). The purpose of this paper is to investigate whether white matter patterns in female to male (FtM) transsexuals before commencing cross-sex hormone treatment are more similar to that of their biological sex or to that of their gender identity.
Method: DTI was performed in 18 FtM transsexuals and 24 male and 19 female heterosexual controls scanned with a 3 T Trio Tim Magneton. Fractional anisotropy (FA) was performed on white matter fibers of the whole brain, which was spatially analyzed using Tract-Based Spatial Statistics.
Results: In controls, males have significantly higher FA values than females in the medial and posterior parts of the right superior longitudinal fasciculus (SLF), the forceps minor, and the corticospinal tract. Compared to control females, FtM showed higher FA values in posterior part of the right SLF, the forceps minor and corticospinal tract. Compared to control males, FtM showed only lower FA values in the corticospinal tract.
Conclusions: Our results show that the white matter microstructure pattern in untreated FtM transsexuals is closer to the pattern of subjects who share their gender identity (males) than those who share their biological sex (females). Our results provide evidence for an inherent difference in the brain structure of FtM transsexuals.

© 2010 Elsevier Ltd. All rights reserved.

## 1. Introduction

Gender identity disorders (GID) are characterized by persistent cross-gender identification and discomfort with the individual's assigned gender (American Psychiatric Association, 2000). The disorders are manifested by cross-dressing and a search for hormonal and surgical sex reassignment (SR) to the desired anatomical sex. Transsexualism is an extreme form of GID. The etiology of GID is unknown but biological variables may contribute to gender identity variations (Cohen-Kettenis and Gooren, 1999; Swaab, 2004).

Structural brain differences in transsexuals have been addressed by postmortem anatomical as well as by in vivo neuroimaging studies. With respect to the former, it was shown in subcortical structures that the central nucleus of the bed nucleus of the stria terminalis (BSTc), which is important for the male sexual behavior (Claro et al., 1995), is female in size (Zhou et al., 1995) and in neuron number (Kruijver et al., 2000) in male-to-female (MtF) transsexual subjects. These structural differences between MtF transsexuals and their male and female controls were not influenced by changes in sex hormone levels in adulthood and were not related to sexual orientation (Kruijver et al., 2000; Zhou et al., 1995). Additionally, one of the interstitial nuclei of the anterior hypothalamus (INAH3) is larger in men than in women. The volume and number of neurons in the INAH3 of MtF transsexuals was similar to that of control females and this feminization was not due to estrogens treatment (Garcia-Falgueras and Swaab, 2008). The latter study

* Corresponding author. Tel.: +34 91 398 62 72; fax: +34 91 398 6287.
E-mail address: aguillamon@psi.uned.es (A. Guillamon).

0022-3956/$ – see front matter © 2010 Elsevier Ltd. All rights reserved.
doi:10.1016/j.jpsychires.2010.05.006

included one FtM transsexual subject; the INAH3 volume and number of neurons was within the male control range (Garcia-Falgueras and Swaab, 2008).

Although brain MRI structural and functional studies may help to understand transsexualism, few studies have yet been made. The only available structural study (Luders et al., 2009) analyzed MRI data of not yet cross-sex hormone treated MtF transsexuals in order to verify whether their gray matter volumes resembled those of subjects who shared either their biological sex (males) or their gender identity (females). They reported that regional gray matter variation in untreated MtF transsexuals is more similar to the pattern found in males than in females. However, MtF transsexuals show a significantly larger volume of regional gray matter in the right putamen than do control men (Luders et al., 2009).

MRI functional studies examined the brain while performing tasks, such as mental rotation, in which males and females consistently differ (Kimura, 1999). There are only three fMRI studies of mental rotation in transsexuals. One longitudinal study reported that activation during mental rotation did not increase during cross-sex hormone treatments (Sommer et al., 2008), probably because of the small sample size. However, in a sample of treated and untreated MtF it was found that both transsexual groups had increased activation in the temporo-occipital regions and decreased activation in the left parietal lobe, compared to control men. The authors suggested that are *a priori* differences between males and MtF transsexuals (Schöning et al., 2009). Also in a mental rotation task, comparing chronically treated FtM and MtF transsexuals to male and female controls, we found a parietal hypo-activation in the MtF transsexuals, but no significant differences for FtM transsexuals (Carrillo et al., 2010).

Cerebral activation due to visual erotic stimuli in MtF transsexuals before any treatment has been investigated by means of fMRI (Gizewski et al., 2009). These authors found an activation patter in MtF transsexuals that is similar to the one of females. They concluded that MtF transsexuals show a tendency of female-like cerebral processing in transsexualism.

A couple of MRI studies have focused on white matter in transsexuals. No differences for the whole corpus callosum (CC) or splenium region between transsexuals and controls were reported (Emory et al., 1991). However, using a sophisticated MRI measure of CC shape, it was concluded that the pattern of CC shape in transsexuals is closer to that in individuals whit the same gender identity than to that in individual with the same biological sex (Yokota et al., 2005).

Diffusion Tensor Imaging (DTI) is the most suitable technique to detect subtle changes in the white matter of patients with schizophrenia, depression, obsessive-compulsive disorders, autism or developmental dyslexia (Nucifora et al., 2007). DTI has been used to investigate sex differences in adults (Westerhausen et al., 2003; Huster et al., 2009) and in developmental studies (Schmithorst et al., 2008).

Almost all of the postmorten anatomical (Garcia-Falgueras and Swaab, 2008; Kruijver et al., 2000; Zhou et al., 1995) and MRI (Luders et al., 2009) studies have been focused on the gray matter of MtF transsexuals and little attention has been paid to white or gray matter in FtM transsexuals. Thus, the purpose of the present study was to test if the pattern of the white matter microstructure in FtM transsexuals was congruent with their biological sex or with their gender identity before they underwent cross-sex hormonal treatment. We measured FA as an indicator of white matter coherence and axonal organization. To the best of our knowledge there are no previous studies in the literature describing white matter microstructure in FtM transsexuals.

## 2. Materials and methods

### 2.1. Subjects

Subjects were 18 untreated FtM transsexuals from the Gender Identity Unit (GIU) at the Hospital Clinic of Barcelona, with 24 male and 19 female controls recruited by advertisement (see Table 1). All participants were right handed.

The prevalence rate of transsexualism in Catalonia is 1:21,031 males and 1:48,096 females and the sex ratio is 2.6 (Gómez-Gil et al., 2005, 2009a). Diagnostic assessment of transsexualism followed the revised fourth edition of the Diagnostic and Statistical Manual of Mental Disorders (American Psychiatric Association, 2000) and the tenth revision of the International Classification of Diseases (World Health Organization, 1993) and was made after several semi-structured socio-demographic, clinical and psychiatric interviews with two mental health professionals (psychiatrist and psychologist) (Gómez-Gil et al., 2009b).

All FtM transsexuals selected had early-onset gender nonconformity (before puberty), were erotically attracted to females, and wanted sex reassignment (Gómez-Gil et al., 2009b). This group corresponds to the one typically referred to as "homosexual type" (Blanchard et al., 1987; Smith et al., 2005; but see Gooren, 2006). Sexual orientation in patients was established by asking what partner (a man, a woman, both or neither) the patient would prefer or feel attraction to if they were completely free to choose and the body did not interfere.

All patients were not hormonally treated, and meet the eligibility and readiness criteria for hormone therapy according the Standards of Care of the Harry Benjamin Gender Dysphoria Association (HBGDA; Meyer et al., 2002). Additionally, all patients have initiated cross-sex hormonal therapy with androgens after the MRI scanning. The hormonal levels of the untreated FtM transsexual group were obtained before the study (Table 1).

The healthy control volunteers were recruited from the community by advertisement and were evaluated by a psychiatrist, using the Spanish Version 5.0.0 (Bobes et al., 1997) of the International Neuropsychiatric Interview (MINI) (Sheehan et al., 1998), to

**Table 1**
Characteristics of the sample and group comparisons.

| | FtM transsexuals[a] ($n = 18$) | Control Females ($n = 19$) | Control Males ($n = 24$) | $F$ | $p$ values |
|---|---|---|---|---|---|
| Age (years) | $28.24 \pm 10.61$ | $31.22 \pm 6.09$ | $33.00 \pm 8.22$ | 1.50 | 0.23 |
| Hormonal Levels[b] | | | | | |
| Testosterone (ng/dl) | $47.97 \pm 21.81$ | | | | |
| Free testosterone index (%) | $3.63 \pm 3.00$ | | | | |
| Sex steroid binding globulin (nmol/L) | $54.71 \pm 28.08$ | | | | |
| 17-β-estradiol (pg/ml) | $115.70 \pm 86.93$ | | | | |

[a] Female to male transsexuals (FtM). Results are expressed as mean ± standard deviation.
[b] Normal testosterone levels: adult males (275–850 ng/dL) and females (10–80 ng/dL). Normal free testosterone index: adult males (38–123%) and females (1–7%). Normal levels of sex steroid binding globulin: adult males (10–60 nmol/L) and females (35–135 nmol/L). Normal estradiol levels: males (10–41 pg/mL); females: follicular phase (22–55 pg/mL), luteal phase (68–196 pg/mL).

select controls without any psychiatric history. Only heterosexual controls were included in the study. The male controls have a gender identity as a man and a sexual orientation toward women (similar to our FtM patients). Control women have a gender identity as a woman and a sexual orientation toward men (the opposite to the both previous groups). We consider that both control groups are appropriate. Controls and FtM were comparable by age (Table 1).

Study exclusion criteria were having taken any hormone, psychotropic medication and/or illegal drug.

After a full explanation of the study, all subjects gave written informed consent to a protocol approved by the ethics committee at the Hospital Clinic of Barcelona. The study was conducted in accordance to the Declaration of Helsinki.

### 2.2. Image acquisition

MRI scanning was performed with a SIEMENS Trio Tim Magneton (Erlangen, Germany) at 3 T. All patients underwent axial DTI (Singleshot diffusion weighted EPI, $b = 1000$ mm$^2$/s, 64 directions, TE = 94 ms, TR = 9300 ms, flip angle 90, slice thickness = 2 mm, providing 1.97 mm in-plane resolution). In addition, to aid in locating diffusion tensor data, a high-resolution T1-weighted magnetization-prepared rapid gradient-echo (MP-RAGE) 3D MRI sequence in sagittal plane with the following parameters was acquired: TR/TE = 2300/2.98 ms; TI 900; FOV = 25 × 25; 256 × 256 pixel matrix resulting in a 1 mm isotropic acquisition voxel.

### 2.3. DTI analysis

#### 2.3.1. Tract-based spatial statistics (TBSS)

Individual FA processing of diffusion tensor data was performed using the FSL version 4.1.2 (Smith et al., 2004, 2006). Following eddy current correction using the FMRIB Diffusion Toolbox (FDT), non-brain voxels were extracted using the Brain Extraction Tool (Smith, 2002) with a brain extraction factor of 0.2. FA images were created by fitting a tensor model to the raw diffusion data using FDT. Individual FA maps were visually inspected for the presence of significant residual motion or other artifacts.

All subjects' FA data were then aligned into a common space using the nonlinear registration tool FNIRT (Andersson et al., 2007a, 2007b), which employs a b-spline representation of the registration warp field (Rueckert et al., 1999). Next, the mean FA image was created and thinned to create a mean FA skeleton, which represents the centers of all tracts common to the group. Each subject's aligned FA data were then projected onto this skeleton and the resulting skeletonized, fully non-linearly aligned FA data were then used for

voxelwise cross-subject statistical analysis. First, we conducted a whole brain analysis to identify possible white matter regions showing sex differences. Second, we obtained the mean FA values of each region in which the TBSS indicated statistically significant sex differences using a mask.

#### 2.3.2. Statistical analysis

TBSS was performed on the FA maps of male and female controls. Skeletonized data were statistically analyzed using a two sample $t$-test. The statistical threshold was set at $p < 0.05$ FWE-corrected, using the Threshold-Free Cluster Enhancement (TFCE) method to define the clusters (Smith et al., 2006).

Statistical tests for quantified FA values and the age variable were performed with SPSS 16.0 (SPSS Inc., Chicago, Illinois). For group comparisons of FA values we used MANOVA followed by Scheffé post-hoc contrasts. The level of significance was set at $p < 0.05$.

## 3. Results

Whole brain TBSS analysis showed that control males have significantly higher FA values than the control female group in the anterior and posterior parts of the superior longitudinal fasciculus, forceps minor, and the corticospinal tract (Fig. 1 and Table 2). The contrast analysis testing for females being greater than males did not show any significant difference.

We performed ANOVA analyses of the FA mean values for each region that showed sexual differences. Compared to control females, FtM showed greater FA values in the right anterior and posterior part of the superior longitudinal fasciculus (SLF), the forceps minor and the corticospinal tract (Fig. 2 and Table 3). Compared to control males, FtM showed lower FA values only in the corticospinal tract.

## 4. Discussion

### 4.1. General discussion

Measuring FA, an indicator of white matter coherence and axonal organization (Lebel et al., 2008), the main result of our study is that untreated FtM transsexuals differed from control females in two associative fasciculi (superior longitudinal fasciculus and forceps minor) and in the corticospinal tract. In contrast they only differed from control males in the corticospinal tract. These findings indicates that prior to hormonal cross-sex treatment the white matter microstructure of associative fascicles in untreated FtM transsexuals is more like that of individuals with the same gender identity than of individuals with the same biological sex.



**Fig. 1.** Sex differences maps of fractional anisotropy (FA). FA is lower in female than in male controls in the superior longitudinal fasciculus with a posterior (A) and anterior (B) predominance. Control females also show lower than control male FA values in the forceps minor (C) and the corticospinal tract (D). The group skeleton used for the between group contrast study is green. The red color shows the clusters of significantly decreased FA in female compared to male controls. The threshold for significance was set at $p < 0.05$ corrected for multiple comparisons.

*G. Rametti et al. / Journal of Psychiatric Research 45 (2011) 199–204*

**Table 2**
Coordinates of the clusters showing significant differences between male and female controls.

| Locations | MNI coordinates | | | | | |
|---|---|---|---|---|---|---|
| | $x$ | $y$ | $z$ | $t$ | $p$ | Cluster size |
| Control males > Control females | | | | | | |
| Superior longitudinal fasciculus (right, anterior) | 30 | −18 | 47 | 4.41 | <0.01 | 772 |
| Superior longitudinal fasciculus (right, posterior) | 9 | −42 | 68 | 4.33 | <0.02 | 605 |
| Forceps minor (right) | 20 | 28 | 26 | 4.18 | <0.03 | 524 |
| Corticospinal tract | 8 | −28 | −30 | 4.62 | <0.01 | 705 |

Location $x$, $y$ and $z$ coordinates are based on the atlas of the Montreal Neurological Institute (MNI).



**Fig. 2.** Histograms showing the FA means and SD between control females (black), female to male transsexuals (FtM) (red) and control males (green). FtM transsexuals significantly differed from control females in the same white matter cerebral regions in which control males differed from control females. Significant differences between FtM transsexuals and control males are only seen in the corticospinal tract. SLF: Superior longitudinal fasciculus. *at least $p < 0.005$. (For interpretation of the references to colour in this figure legend the reader is refered to the web version of this article)

FtM transsexuals have greater FA values than control females in the white matter involving the anterior and posterior part of the SLF and the forceps minor. These fasciculi connect complex cortical regions subserving higher cognitive functions that are sexually dimorphic. Sex differences in cognition are consistently found in spatial abilities and verbal fluency (Kimura, 1999), males outshine females in the former but the females outshine males in the latter. Some studies show that males and females show comparable fMRI activation during these tasks (Carrillo et al., 2010; Halari et al., 2006), but other studies have reported differences between the sexes (Gizewski et al., 2006; Hugdahl et al., 2006; Jordan et al., 2002; Konrad et al., 2008). Cognitive studies are discordant; hormonally untreated FtM patients show spatial abilities and verbalization consistent with their biological sex and not their gender identity (Haraldsen et al., 2003). Meanwhile, others have reported that untreated MtF had higher scores on visuo-spatial tasks than untreated FtM transsexuals (Slabbekoorn et al., 1999). When verbal memory was studied, "word-correct" scores of the FtM transsexuals were lower than those of female controls, whereas scores of the MtF group were higher than those of the male controls (Cohen-Kettenis et al., 2000).

Control males and FtM present greater FA values than control females in the right forceps minor. However, no differences were seen contrasting the control male FA values with those of FtM transsexuals. The forceps minor connects, via the genu of the CC, orbitofrontal regions (Park et al., 2008) involved in emotional functions and behavioral control. Kringelbach and Roll (2004), suggested that orbital cortex activity is related to the reward value of reinforcers and punishers.

The forceps minor is a part of the anterior region of the corpus callosum. The CC is the major interhemispheric pathway in the human brain and integrates sensory, motor, cognitive and emotional functions from both hemispheres; the isthmal area of the CC is larger in homosexual than in heterosexual males (Witelson et al., 2008). FA values in the anterior part of the CC change during development (Lebel et al., 2008). In a sample of children and adolescents, it was reported that girls have lower FA values than boys in the anterior CC region (Schmithorst et al., 2008). In addition, the boys had lower FA values than girls in a small region of the splenium. We did not observe differences in the splenium between adult male and female controls.

There are only a couple of studies on the transsexual CC. Studying the CC shape, it was concluded that the shape in transsexuals is more similar to their gender identity than to their biological sex (Yokota et al., 2005). However, when the whole CC surface was studied no differences in CC -regardless of genetic sex or gender- were reported (Emory et al., 1991). Our results cannot be compared to these works, which used surface measurements, while we have used FA analysis, which seems to be a more suitable technique for detecting microstructural white matter differences.

The SLF connects anterior prefrontal and posterior parietal associative tertiary areas and develops gradually until the late twenties (Lebel et al., 2008). This fasciculus is involved in the integration of inputs from multiple modalities and is a component of the network for spatial awareness that plays a major role in the visual and oculomotor aspects of spatial function such as spatial attention and spatial working memory (Schmahmann and Pandya, 2006). Visual-spatial functions and working memory are known to have a clear sexual dimorphism (Kimura, 1999). Mental rotation and line angle judgment performance have been found to be superior in males compared to females in a worldwide study (Lippa et al., 2009). In the right SLF we found differences, male controls show greater FA values than female controls. Interestingly, untreated FtM transsexuals, like control males, also show greater FA values than control females in the right SLF and do not differ from male controls.

**Table 3**
Group comparisons of the fractional anisotropy in the four fasciculi that present sex differences.

| | Female | | FtM[a] | | Male | | $F$ | $p$ |
|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Mean | SD | Mean | SD | | |
| Superior longitudinal fasciculus (anterior; right) | 0.47 | 0.022 | 0.50 | 0.024 | 0.52 | 0.021 | 21.16 | <0.001 |
| Superior longitudinal fasciculus (posterior; right) | 0.42 | 0.027 | 0.48 | 0.021 | 0.48 | 0.017 | 24.54 | <0.001 |
| Forceps minor (right) | 0.47 | 0.027 | 0.50 | 0.034 | 0.52 | 0.028 | 38.16 | <0.001 |
| Corticospinal tract (right) | 0.57 | 0.027 | 0.60 | 0.028 | 0.64 | 0.031 | 12.43 | <0.001 |

[a] Female to male transsexuals (FtM).

The corticospinal tract is a descending motor pathway originated in the precentral gyrus and in the paracentral lobule (Brodmann's areas 4 and 6; Schoenen and Grant, 2004). These motor fibers control limb movements that require a high degree of skill and flexibility. Motor experience and genetic factors critically interact during the maturation of the corticospinal tract (Cheeran et al., 2009; Martin et al., 2007). The FA values in our FtM transsexuals fell between those of the male and female control groups and differed significantly from both of them.

Mammalian brain sex differences, including humans (García-Falgueras et al., 2006), occur in complex networks (Segovia and Guillamón, 1993). The human brain differentiates early in development (Swaab, 2004). Our results indicate that two important brain associative fascicles (superior longitudinal fasciculus and forceps minor), involved in high cognitive functions, are already masculinized in FtM transsexuals before they begin cross-sex hormonal treatment.Similar conclusions have been reached by postmortem studies of the gray matter in MtF transsexuals. Hormone treatment or sex hormone levels variations in adulthood did not seem to have influenced the size and the number of neurons in the BSTc (Kruijver et al., 2000; Zhou et al., 1995) and the INAH3 (Garcia-Falgueras and Swaab, 2008). In the same way, our study suggests a prior masculinization of the white matter microstructure in FtM transsexuals.

Regarding brain laterality, we found that all the FA value decreases in women compared to men are seen in the right hemisphere. Similar asymmetries are also reported by Schmithorst et al. (2008), they described lower FA values in girls than in boys, and although there were decreases on both sides, the largest lost FA value clusters were on the right, indicating a right hemispheric predominance in sex differences. More recently Huster et al. (2009), focusing on the midcingulum bundle, found lower FA values in the right hemisphere than in the left and in women than in men.

### 4.2. Strengths and limitations

The current study has several strengths. It is the first to study the white matter microstructure in transsexuals. Second, the subjects have never received cross-sex hormone treatment. Third, the hormone assays preclude the presence of the polycystic ovarian syndrome as a confounding factor. Finally, the differences between FtM transsexuals and females are seen in all the regions in which males and females differed.

One limitation of this study is that the conclusions are not generalizable to MtF the transsexual subjects since we have not included a cohort of non-treated MtF transsexuals. In our population, a high percentage of MtF transsexuals start taking hormones without a physician's prescription before they contact our gender identity unit (Gómez-Gil et al., 2009a), and this precludes their inclusion in the present study.

Although we can conclude that there are *a priori* structural brain differences suggesting masculinization of untreated FtM transsexuals, these differences are not seen in the entire brain, but in specific regions of four fascicles. Moreover, we cannot exclude the possibility that their future hormonal treatment and surgical treatments could affect their brain white matter microstructure after treatment. To solve this question pre and post treatment studies or, at least, comparisons with treated groups are needed.

### 5. Conclusion

In conclusion, our results show that the white matter microstructure pattern in untreated FtM transsexuals is closer to the pattern of subjects who share their gender identity (males) than to those who share their biological sex (females). Our results provide evidence for structural differences in the untreated FtM transsexual's brain.

### Contributors

None.

### Conflict of interest

None.

### Role of funding source

Funding for this study was provided by the Spanish Ministerio de Ciencia e Innovación (MNICIN) grant SEJ2007-65686 (Dr. Guillamon). MNICIN had no further role in any step of the present study.

### Acknowledgments

We are grateful to the patients and control subjects that voluntarily participate in the study. Thanks are due to Drs. M. A. Amerigo, N. Bargalló, C. Falcón, J. Llul and S. Juanes for their help at some phases of the study and to R. Sánchez and C. Warren for their editorial help.

### References

American Psychiatric Association. Diagnostic and statistical manual of mental disorders (DSM-IV-TR). 4th, ed. Washington, DC: American Psychiatric Press; 2000.

Andersson JLR, Jenkinson M, Smith S. Non-linear optimisation. FMRIB technical report TR07JA1. from, www.fmrib.ox.ac.uk/analysis/techrep; 2007a.

Andersson JLR, Jenkinson M, Smith S. Non-linear registration, aka Spatial normalization. FMRIB technical report TR07JA2. from, www.fmrib.ox.ac.uk/analysis/techrep; 2007b.

Blanchard R, Clemmensen LH, Steiner BW. Heterosexual and homosexual gender Dysphoria. Archives of Sexual Behavior 1987;16:139–52.

Bobes J, Gutierrez M, Palao D, Ferrando L, Gibert-Rahola J, Lecrubier Y. Validez del M.I.N.I. (Mini International Neuropsychiatric Interview) en tres centros de AP en España [The validity of the M.I.N.I. (Mini International Neuropsychiatric Interview) in three Spanish primary care centers]. Psiquiatría Biológica 1997;4 (Suppl. 2):79.

Claro F, Segovia S, Guillamon A, Del Abril A. Lesions in the medial region of the BST impair sexual behavior in sexually experienced and inexperienced male rats. Brain Research Bulletin 1995;36:1–10.

Carrillo B, Gómez-Gil E, Rametti G, Junque C, Gomez A, Karadi K, et al. Cortical activation during mental rotation in male-to-female and female-to-male transsexuals under hormonal treatment. Psychoneuroendocrinology; 2010;. doi:10.1016/j.psyneuen.2010.02.010. accepted.

Cheeran BJ, Ritter C, Rothwell JC, Siebner HR. Mapping genetic influences on the corticospinal motor system in humans. Neuroscience; 2009:156–63.

Cohen-Kettenis PT, van Goozen SHM, Doorn CD, Gooren LJG. Cognitive ability and cerebral lateralisation in transsexuals. Psychoneuroendocrinology 1998;23:631–41.

Cohen-Kettenis PT, Gooren LJ. Transsexualism: a review of etiology, diagnosis and treatment. Journal of Psychosomatic Research 1999;46:315–33.

Emory LE, Williams DH, Cole CM, Amparo EG, Meyer WJ. Anatomic variation of the corpus callosum in persons with gender dysphoria. Archives of Sexual Behavior 1991;20:409–17.

García-Falgueras A, Junque C, Jiménez M, Caldo X, Segovia S, y Guillamon A. Sex differences in the human olfactory system. Brain Research 2006;1116:103–11.

Garcia-Falgueras A, Swaab DF. A sex difference in the hypothalamic uncinate nucleus: relationship to gender identity. Brain 2008;131:3132–46.

Gizewski ER, Krause E, Wanke I, Forsting M, Senf W. Gender-specific cerebral activation during cognitive tasks using functional MRI: comparison of women in mid-luteal phase and men. Neuroradiology 2006;48:14–20.

Gizewski ER, Krause E, Schlamann M, Happich F, Ladd ME, Forsting M, et al. Specific cerebral activation due to visual erotic stimuli in male-to-female transsexuals compared with male and female controls: an fMRI study. Journal of Sexual Medicine 2009;6:440–8.

Gómez-Gil E, Trilla A, Godás T, Halperin I, Puig M, Vidal A, et al. Estimación de la prevalencia, incidencia y razón de sexos del transexualismo en Cataluña según la demanda asistencial [Estimation of prevalence, incidente and sex ratio of transsexualism in Catalonia according to health care demand]. Actas Españolas de Psiquiatría 2005;34:295–302.

G. Rametti et al. / Journal of Psychiatric Research 45 (2011) 199–204

Gómez-Gil E, Trilla A, Salamero M, Godás T, Valdés M. Sociodemographic, clinical, and psychiatric characteristics of transsexuals from Spain. Archives of Sexual Behavior 2009a;38:378–92.

Gómez-Gil E, Cañizares S, Torres A, de la Torre F, Halperin I, Salamero M. Androgen treatment effects on memory in female-to-male transsexuals. Psychoneuroendocrinology 2009b;34:110–7.

Gooren L. The biology of human psychosexual differentiation. Hormones and Behavior 2006;50:589–601.

Halari R, Sharma V, Hines M, Andrew C, Simmons A, Kumari V. Comparable fMRI activity with differential behavioural performance on mental rotation and overt verbal fluency tasks in healthy men and women. Experimental Brain Research 2006;169:1–14.

Haraldsen IR, Opjordsmoen S, Egeland T, Finset A. Sex-sensitive cognitive performance in untreated patients with early onset gender identity disorder. Psychoneuroendocrinology 2003;28:906–15.

Hugdahl K, Thomsen T, Ersland L. Sex differences in visuo-spatial processing: an fMRI study of mental rotation. Neuropsychologia 2006;44:1575–83.

Huster RJ, Westerhausen R, Kreuder F, Schweigere E, Wittling W. Hemispheric and gender related differences in the midcingulum bundle: a DTI study. Human Brain Mapping 2009;30:383–91.

Jordan K, Wüstenberg T, Heinze HJ, Peters M, Jäncke L. Women and men exhibit different cortical activation patterns during mental rotation tasks. Neuropsychologia 2002;40:2397–408.

Kimura D. Sex and cognition. Cambridge: MIT Press; 1999.

Konrad C, Engelien A, Schöning S, Zwitserlood P, Jansen A, Pletziger E, et al. Journal of Neural Transmission 2008;115:1327–37.

Kringelbach ML, Rolls ET. The functional neuroanatomy of the human orbitofrontal cortex: evidence from neuroimaging and neuropsychology. Progress in Neurobiology 2004;72:341–72.

Kruijver FPM, Zhou NJ, Pool CW, Hofman MA, Gooren LJG, Swaab DF. Male-to-female transsexuals have female neuron number in a limbic nucleus. The Journal of Clinical Endocrinology & Metabolism 2000;85:2034–41.

Lebel C, Walker L, Leemans A, Phillips L, Beaulieu C. Microstructural maturation of the human brain from chilhood to adulthood. Neuroimage 2008;40:1044–55.

Lippa RA, Collaer ML, Peters M. Sex differences in mental rotation and line angle judgments are positively associated with gender equality and economic development across 53 nations. Archives of Sexual Behavior; 2009;. doi:10.1007/s10508-008-9460-8 [Epub ahead of print].

Luders E, Sánchez FJ, Gaser C, Toga AW, Narr L, Hamilton LS, et al. Regional gray matter in male-to-females transsexualism. Neuroimage 2009;46:904–7.

Martin JH, Friel KM, Salimi I, Chakrabarty S. Activity- and use-dependent plasticity of the developing corticospinal system. Neuroscience and Biobehavioral Reviews 2007;31:1125–31.

Meyer III W, Bockting WO, Cohen-Kettenis P, Coleman E, DiCeglie D, Devor H, et al. The Harry Benjamin gender dysphoria association's standards of care for gender identity disorders, sixth version. Journal of Psychology and Human Sexuality 2002;13:1–30.

Nucifora PG, Verma R, Lee S-K, Melhem ER. Diffusion-tensor MR imaging and tractography: exploring brain microstructure and connectivity. Radiology 2007;245:367–84.

Park H-J, Kim JJ, Lee S-K, Seok JH, Chun J, Kim DI, et al. Corpus callosal connection mapping using cortical gray matter parcellation and DT-MRI. Human Brain Mapping 2008;29:503–16.

Rueckert D, Sonoda LI, Hayes C, Hill DL, Leach MO, Hawkes DJ. Nonrigid registration using free-form deformations: application to breast MR images. IEEE Transactions on Medical Imaging 1999;18:712–21.

Schmahmann JD, Pandya DN. Fiber pathways of the brain. Oxford: Oxford University Press; 2006.

Schmithorst VJ, Holland SK, Dardzinski B. Developmental differences in white matter architecture between boys and girls. Human Brain Mapping 2008;29:696–710.

Schoenen J, Grant G. Spinal cord: connections. In: Paxinos G, Mai JK, editors. The human nervous system. Amsterdam: Elsevier; 2004. p. 233–49.

Schöning S, Engelien A, Bauer C, Kugel H, Kersting A, Roestel C, et al. Neuroimaging differences in spatial cognition between men and male-to-female transsexuals before and during hormone therapy. Journal of Sexual Medicine; 2009. DOI: 10.1111/j.1743-6109.2009.01484.x [Epub ahead of print].

Segovia S, Guillamón A. Sexual dimorphism in the vomeronasal pathway and sex differences in reproductive behaviors. Brain Research Reviews 1993;18:51–74.

Sheehan DV, Lecrubier Y, Sheehan KH, Amorim P, Janavs J, Weiller E. The Mini-International Neuropsychiatric Interview (MINI): the development and validation of a structured diagnostic psychiatric interview for DSM-IV and ICD-10. Journal of Clinical Psychiatry 1998;59:22–33.

Slabbekoorn D, Van Goozen SHM, Megens J, Gooren LJG, Cohen-Kettenis PT. Activating effects of cross-sex hormones on cognitive functioning: a study of short-term and long-term hormone effects in transsexuals. Psychoneuroendocrinology 1999;24:423–47.

Smith SM. Fast robust automated brain extraction. Human Brain Mapping 2002;17:143–55.

Smith SM, Jenkinson M, Woolrich MW, Beckmann CF, Behrens TEJ, Johansen-Berg H, et al. Advances in functional and structural MR image analysis and implementation as FSL. Neuroimage 2004;23:S208–19.

Smith SM, Jenkinson M, Johansen-Berg H, Rueckert D, Nichols TE, Mackay CE, et al. Tract-based spatial statistics: voxelwise analysis of multi-subject diffusion data. Neuroimage 2006;31:1487–505.

Smith YLS, van Goozen SHM, Kuiper AJ, Cohen-Kettenis PT. Transsexual subtypes: clinical and theoretical significance. Psychiatry Research 2005;137:151–60.

Sommer IEC, Cohen-Kettenis PT, van Raalten T, vd Veer AJ, Ramsey LE, Gooren LJG, et al. Effects of cross-sex hormones on cerebral activation during language and mental rotation: an fMRI study in transsexuals. European Neuropsychopharmocol 2008;18:215–21.

Swaab DF. Sexual differentiation of the human brain: relevance for gender identity, transsexualism and sexual orientation. Gynecological Endocrinology 2004;19:301–12.

Westerhausen R, Walter C, Kreuder F, Wittling RA, Schweiger E, Wittling W. The influence of handedness and gender on microstructure of the human corpus callosum: a diffusion-tensor magnetic resonance imaging study. Neuroscience Letters 2003;351:99–102.

Witelson SF, Kigar DL, Scamvougeras A, Kideckel DM, Buck B, Stanchev PL, et al. Corpus callosum anatomy in right-handed homosexual and heterosexual men. Archives of Sexual Behavior 2008;37:857–63.

World Health Organization : The ICD-10. Classification of mental and behavioural disorders. Diagnostic criteria for research. Geneva, 1993.

Yokota Y, Kawamura Y, Kameya Y. Callosal shapes at the midsagittal plane: MRI differences of normal males, normal females, and GID. Proceedings of the IEEE; 2005:3055–8. Engineering in Medicine and Biology 27th Annual Conference.

Zhou JN, Hofman MA, Gooren LJ, Swaab DF. A sex difference in the human brain and its relation to transsexuality. Nature 1995;378:68–70.

# EXHIBIT I

Cerebral Cortex August 2008;18:1900-1908
doi:10.1093/cercor/bhm216
Advance Access publication December 3, 2007

# Male-to-Female Transsexuals Show Sex-Atypical Hypothalamus Activation When Smelling Odorous Steroids

H. Berglund[1], P. Lindström[2], C. Dhejne-Helmy[3] and I. Savic[2]

[1]Department of Medicine, [2]Division of Neurology, Department of Clinical Neuroscience, Stockholm Brain Institute and [3]Department of Psychiatry, Karolinska University Hospital, Karolinska Institute, 171 76 Stockholm, Sweden

One working hypothesis behind transsexuality is that the normal sex differentiation of certain hypothalamic networks is altered. We tested this hypothesis by investigating the pattern of cerebral activation in 12 nonhomosexual male-to-female transsexuals (MFTRs) when smelling 4,16-androstadien-3-one (AND) and estra-1,3,5(10),16-tetraen-3-ol (EST). These steroids are reported to activate the hypothalamic networks in a sex-differentiated way. Like in female controls the hypothalamus in MFTRs activated with AND, whereas smelling of EST engaged the amygdala and piriform cortex. Male controls, on the other hand, activated the hypothalamus with EST. However, when restricting the volume of interest to the hypothalamus activation was detected in MFTR also with EST, and explorative conjunctional analysis revealed that MFTR shared a hypothalamic cluster with women when smelling AND, and with men when smelling EST. Because the EST effect was limited, MFTR differed significantly only from male controls, and only for EST-AIR and EST-AND. These data suggest a pattern of activation away from the biological sex, occupying an intermediate position with predominantly female-like features. Because our MFTRs were nonhomosexual, the results are unlikely to be an effect of sexual practice. Instead, the data implicate that transsexuality may be associated with sex-atypical physiological responses in specific hypothalamic circuits, possibly as a consequence of a variant neuronal differentiation.

Keywords: hypothalamus, odor, PET, pheromones, transsexuality

## Introduction

Transsexuals have the strong feeling, often from childhood onward, of having been born the wrong sex. The possible etiology of transsexualism has been the subject of debate for many years (Benjamin 1967; van Goozen et al. 2002; Swaab 2004; Gooren 2006). Investigation of the genetics, hormone levels, gonads, and genitalia of transsexuals has not produced results that explain their status (van Goozen et al. 2002; Swaab 2004; Gooren 2006). In experimental animals, the gonadal hormones that prenatally determine the morphology of the genitalia are shown to also influence the morphology and function of the brain in a sexually dimorphic manner (Fels and Bosch 1971; Yalom et al. 1973; Baum 2003 2006). This led to the hypothesis that sexual differentiation of the brain in transsexuals might not have followed the line of sexual differentiation of the body as a whole and that transsexual persons may have sex-atypical cerebral programing (van Goozen et al. 2002). Such a scenario can be evaluated in humans by comparing transsexual and control subjects with respect to sexually differentiated cerebral functions.

In general, men tend to process verbal stimuli in a more lateralized way than women; they also show a weaker right-hand preference (McGlone 1978; Kimura 1996). Several studies of transsexual subjects have shown a sex-atypical performance in visuospatial (La Torre et al. 1976; van Goozen et al. 2002) and language functions (Cohen-Kettenis et al. 1998), although some men were unable to reproduce these patterns (Haraldsen et al. 2005). A sex deviant performance has been described even prior to cross-sex hormone therapy (van Goozen et al. 2002), further emphasizing an impact of biologically determined factors, such as sex-atypical cerebral programing, in gender dysphoria. Of particular interest are reports that male-to-female transsexuals (MFTRs) have a less prominent cerebral lateralization compared with control males during dichotic listening, especially for nonverbal stimuli (Cohen and Forget 1995).

The idea that cerebral programing is atypical in transsexuals finds support in postmortem studies of the anterior hypothalamus and its primary connections, reported by Swaab and collaborators. This group found that the volume of the central subdivision of the bed nucleus stria terminalis (BNSTc) was sexually dimorphic (larger in men than women), showing a "female" size in MFTRs and a "male" size in female-to-male transsexuals (Zhou et al. 1995; Kruijver et al. 2000). Interestingly, its size in MFTRs was smaller also in comparison to male controls that had taken estrogens for medical reasons as well as in relation to those who were homosexual. Thus, not withstanding that the number of subjects and differences in estrogen doses limit the interpretation of these data, it seems improbable that hormone treatment and sexual orientation could be a major cause to the observed differences (Zhou et al. 1995). At variance to the BNSTc, no difference compared with control subjects was detected in other hypothalamic nuclei investigated—the paraventricular nucleus, the sexually dimorphic nucleus, and the suprachiasmatic nucleus—of which the latter 2 are reported to be sexually dimorphic in humans (Swaab and Fliers 1985; Allen et al. 1989; LeVay 1991). These intriguing postmortem data warrant for complementary investigations with in vivo brain imaging techniques. Anatomical investigations with the hypothalamic structures are, however, cumbersome with the current imaging tools because the separate nuclei are extremely small (in the order of mm$^3$) and difficult to separate with anatomical landmarks. In the quest for reliable in vivo methods to study sex differences in the neurobiology of the hypothalamus, we designed positron emission tomography (PET) activation experiments measuring changes in regional cerebral blood flow (rCBF) during smelling of 2 steroidal compounds: the progesterone derivative 4,16-androstadien-3-one (AND) and the estrogen-like compound estra-1,3,5(10),16-tetraen-3-ol (EST) (Savic et al. 2001, 2005; Berglund et al.

© The Author 2007. Published by Oxford University Press. All rights reserved.
For permissions, please e-mail: journals.permissions@oxfordjournals.org

2006). AND is present in human male secretions such as sweat, saliva, and semen (Grosser et al. 2000), whereas EST has been detected in the urine of pregnant women (Thysen et al. 1968). AND is reported to influence context-dependent mood, and physiological arousal in a sex-specific manner (Jacob et al. 2001, 2002; Savic et al. 2001; Lundstrom et al. 2003, 2006; Bensafi, Tsutsui, et al. 2004; Lundstrom and Olsson 2005), and to also influence endocrine balance by changing cortisol levels (Wyart et al. 2007). Some scientists, therefore, suggest that AND posses pheromone-like properties, although no direct role in sexual attraction has hitherto been demonstrated in humans. The psychophysical effects of EST are less documented but nevertheless reported in some studies (Jacob et al. 2001; Bensafi, Brown, et al. 2004). We found few years ago that the hypothalamus was activated by these 2 compounds in a sex-differentiated manner (Savic et al. 2001)—by AND in heterosexual women (HeW) and by EST in heterosexual men (HeM). In contrast, when men smelled AND and women EST, activations were observed only in the olfactory brain (the amygdala and piriform cortex and the anterior insular- and the anterior cingulate cortex [Zatorre et al. 1992; Sobel et al. 1998; Royet et al. 1999; Savic et al. 2000; Zald and Pardo 2000; Gottfried et al. 2002]). Using an identical experimental design, we subsequently reported a regionally differentiated pattern of activation both with respect to sex (Savic et al. 2005; Hillert et al. 2007) and sexual orientation (Savic et al. 2005; Berglund et al. 2006). Whereas HeW and HeM with chemical supersensitivity activated the hypothalamus with AND (Savic et al. 2005; Hillert et al. 2007), these activations were absent in HeM; they were absent also in lesbian women who recruited the hypothalamic networks with EST (Berglund et al. 2006). Together, these data suggest that the applied approach could be useful for investigations of sex-related neuronal processes in the hypothalamus.

We now report results from 12 nonhomosexual (gynaecophyl) MFTRs who were investigated with this approach. For more detailed information about their sexual orientation, please see Materials and Methods and Discussion. rCBF was measured with PET during smelling AND, EST, 4 common odors denoted as OO, and odorless air (AIR). AIR served as the baseline condition, and activations were defined as increases in rCBF during smelling of odorants compared with air (thus, using AND–AIR, EST–AIR, and OO–AIR as contrasts). The transsexual subjects were compared with 12 HeM and HeW, data from 22 of them presented in previous studies with identical design (Savic et al. 2005; Berglund et al. 2006). The working hypothesis was that the pattern of activation in transsexual subjects would differ from that of HeM. All the investigations were carried out before sex assignment surgery.

## Materials and Methods

### Subjects

Twelve healthy, unmedicated, right-handed, and nonsmoking MFTRs, who were osmic for both AND and EST and had normal magnetic resonance (MR) image of the brain, participated in the study. Their handedness was assessed according to Oldfield (1971). All the patients were recruited from the Department of Psychiatry, Karolinska University Hospital, Huddinge. None of the subjects had a history of neurological or psychiatric disorders or of brain injury. Before inclusion, a detailed history was obtained from each subject, including possible use of unregulated hormone supplements and synthetic steroids not prescribed by a physician. All the subjects declared that

they had never received hormonal treatment, nor were they on any medication at the time of the study. Their statement was deemed reliable and confirmed by repeated tests of hormonal levels.

The diagnosis of gender identity disorder was made according to the International Classification of Disorders 10th edition A plus criteria for transsexualism (F64.0), as follows (American Psychiatric Association Task Force on DSM-IV 1994):

1. A desire to live and be accepted as a member of the opposite sex, usually accompanied by a sense of discomfort with the subject's anatomical sex, and a wish to have surgery and hormonal treatment to make the body as congruent as possible with the body of the preferred sex.
2. The transsexual identity has existed for at least 2 years.
3. The syndrome cannot be explained by any other psychiatric disorder or by chromosomal abnormality. Thus, any evidence of an abnormal male phenotype or genotype (i.e., hypospadias, cryptorchism, micropenis, and chromosome complement other than 46XY) excluded enrollment to the study. Homosexual MFTRs were excluded.

Adult transsexual persons commonly test sexual contacts with both men and women, and it is, therefore, difficult to select a group of nonhomosexual MFTRs who all score at the same end of the Kinsey Heterosexual/Homosexual scale (0 = maximally heterosexual, 6 = maximally homosexual) (Kinsey 1953) for the type of sexual contacts, sexual fantasies, and attraction. To avoid confusion, sexual orientation was here defined operationally, relating the biological sex of the transsexual subjects to the biological sex of their sexual partners. Nine of the recruited MFTRs conveyed at the time of the scan experience of only female sexual partners (they rated Kinsey 0–2), whereas 3 reported that they never had a sexual partner but stated attraction to women and not men. All reported a relatively early (before, or at puberty) awareness of gender dysphoria. Thus, the MFTRs participating in the present study were operationally defined as nonhomosexual MFTRs. All the controls rated Kinsey 0. Twelve right-handed HeM and HeW served as controls. The 3 groups were matched for age (HeM 26 ± 2, HeW 33 ± 6, and MFTRs 32 ± 8 years) and educational level (13 ± 2, 13 ± 2, and 12 ± 3 years). All the transsexual subjects had hormone levels within a normal range (Table S2, supplementary material online). The study was approved by the local human protection and the radiation safety committees of the Karolinska University Hospital.

### The Odorous Compounds

Like in our previous studies the activation condition consisted of passive smelling (not sniffing) of AND, EST, and 4 different odors, denoted as OO (Savic et al. 2001, 2005; Berglund et al. 2006). The OO were lavender oil, cedar oil, eugenol, and butanol. Whereas the butanol was diluted in distilled water to a concentration of 10%, the other odors were undiluted. As previously, AND and EST were during the PET scans presented in crystalline and odorous form (200 mg, Steraloids Inc, Newport, RI). In contrast, for testing of the detection threshold to the odor of AND and EST, both compounds were solved in odorless mineral oil. The detection thresholds to the 2 putative pheromones were carried out using the forced choice paradigm (Jones-Gotman and Zatorre 1988), which was also applied for the test of olfactory thresholds, using different concentrations of n-butanol. The purity of AND and EST was repeatedly tested by our doping laboratory and assessed to be 98%.

### PET Experiments and Image Data Analysis

All the subjects were investigated during an overlapping time period (2001–2006), in an identical way, and by the same experimenters. Thus, PET measurements were carried out at the same time of the day, with a standardized room temperature and air pressure (23 °C, 997 hPa). The experimental protocol and its justification have been described in detail in our previous publications (Savic et al. 2001, 2005; Berglund et al. 2006). In summary, it included MRI scans and PET (full width at half maximum 3.8 mm) measurements of rCBF with $^{15}O$ $H_2O$ during 3 stimulus conditions (=smelling of AND, EST, and OO, respectively) and the base line condition (=smelling of room air which was kept odorless

jane.mcgraw@ropesgray.com   ·   February 21, 2025   ·   Read articles at www.DeepDyve.com

by a suction devise in the scanner room). The duration of each scan was 60 s. All the stimuli (including room air) were presented in a glass bottle at a distance of 10 mm from the nose (Savic et al. 2000, 2001). There were 12 scans per person (3 scans/condition, balanced and randomly interleaved). During the scans, subjects were unaware of the identity of items and instructed to neither sniff nor judge the odorants.

Respiratory movements were recorded continuously 2 min before, and during each scan, by using a strain gauge around the lower thorax connected to a graph (Comair, Stockholm, Sweden) (Savic et al. 2000, 2001, 2005; Berglund et al. 2006). When all the PET scans were completed, the subjects were presented with each odorant again and asked to rate its pleasantness, irritability, intensity, and familiarity using a 100-mm visual analogue scale (Jones-Gotman and Zatorre 1988; Savic et al. 2000).

The individual MRI and PET images were reformatted into a common space (standard brain) and filtered with 10-mm Gaussian kernel (Savic et al. 2000, 2001). Significant activations were determined with the SPM statistics (SPM99, Wellcome Foundation, London, UK) (Friston et al. 1999; Frackowiak 2004), using the following contrasts: AND–AIR and vice versa; EST–AIR and vv; OO–AIR and vv; and AND–EST and vv. Activations were first evaluated in each separate group with 1-group random effect analysis. Next, group differences were tested using a 2-group random effect analysis. Finally, possible common activations between groups were investigated with conjunctional analysis. For the within-group analyses with AIR as baseline, the search space was the entire brain with the exception of the most caudal 16 mm of the cerebellum and the rostral 10 mm of the vertex, which were excluded in 2 patients because these portions of the brain were not covered during scanning. The within-group calculations of AND–AIR and EST–AIR and the between-group evaluations (the conjunctional and 2-group random effect analyses) relied on our previous findings showing that the AND- and EST-related activations were confined to the hypothalamus and the olfactory brain. Considering that the SPM statistics is rather conservative and to avoid type-II error, we used a rectangular mask that covered only the horizontal sections of the brain between $Z = +20$ and $Z = –20$ for the conjunctional and 2-group random effect analyses and for calculations of AND–EST and vv (Tables 1–3).

The single subject condition and covariance analysis was carried out using height threshold at $P = 0.001$ (SPM99, www.wellcome.foundation. uk). In the subsequent within-group analyses, the height threshold was first chosen at $P = 0.001$ (with corrected $P < 0.05$ for multiple comparisons according to the random fields theory). At this level, no cluster appeared in transsexual subjects in the EST–AIR contrast (see results). Because it was essential to evaluate which brain regions processed each type of odorous stimulus, the remaining statistical evaluations were carried out at $T = 0.01$ (corrected $P < 0.05$).

The location of hypothalamus activations was, like in our earlier studies, determined from the Schaltenbrand's atlas (Schaltenbrand and Bailey 1959), after translation of the Talairach's coordinates (Talairach and Tournoux 1988). The Schaltenbrand's atlas provides better information about the individual hypothalamic nuclei. For a more detailed description of the image analyses, please see Savic et al. (2001).

### Comparisons of Psychophysical Parameters and Hormone Levels

The mean respiratory amplitude and frequency and a respiratory index (defined as scan frequency × amplitude) were first calculated during each prescan and scan period. Both the baseline and scanning amplitude and frequency were stable within the same subject throughout the study but tended to vary from subject to subject. Therefore, it was less suitable to carry out the group comparisons on the basis of absolute values during various conditions (however, we ascertained that no systematic shifts in overall, i.e., pre + during scan amplitude and frequency were present for any specific condition in any of the groups). Instead, we analyzed the relative change in respiratory amplitude and frequency during each presentation by calculating the mean percentage difference (index) between the scan- and immediate prescan values. MFTRs, HeM, and HeW were then compared for AIR, AND, EST, and OO, using a 2-way analysis of variance (ANOVA), factoring for subject group and stimulus type, as described previously (Zatorre et al. 1992; Sobel et al. 1998; Royet et al. 1999; Savic et al. 2000, 2001, 2005; Zald and Pardo 2000; Gottfried et al. 2002; Berglund et al. 2006; Hillert et al. 2006). A separate ANOVA was conducted for each odor quality (familiarity, irritability, intensity, and pleasantness), to test for group differences in odor ratings, but the stimuli included as the within factor were AND, EST, and OO because AIR was perceived as odorless. The significance level was 0.05 in all comparisons.

Blood samples were taken in each male subject before the scan to measure plasma levels of testosterone (by analyzing sexual hormone–binding globulin, both total and active testosterone levels were calculated), estrogen, prolactin, dehydroepiandrosterone sulfate, follicle-stimulating hormone, luteinizing hormone, and androstendione. Because estrogen levels were much higher than the other concentrations, comparisons between MFTRs and male controls were calculated with separate $t$-tests ($P < 0.007$ after Bonferroni correction).

Structural MR images were acquired on a GE 1.5 T scanner and used for evaluations of PET data according to a previously described protocol (Savic et al. 2000, 2001, 2005; Berglund et al. 2006).

### Within-Group Activations

Activations were first evaluated in each separate group with 1-group random effect analysis. With the presently used group size, this method is regarded to provide data, which are representative for the entire group (Friston et al. 1999). When using $T$-threshold at $P = 0.001$ as significance level for each separate image element (pixel) and correction for the multiple comparisons at $P < 0.05$ (see Materials and Methods), HeW activated, as previously reported, the hypothalamus with AND, and HeM with EST. When HeW smelled EST and HeM smelled AND, the activated fields (clusters) were confined to the amygdala, the piriform cortex, and portions of the anterior insular and cingulate cortex. After lowering the threshold to $P = 0.01$ (corrected $P < 0.05$), clusters appeared also in the amygdala and piriform cortex in HeM when smelling EST (the corresponding cluster in women for AND–AIR appeared also at corrected $P < 0.1$) (Table 1 and Fig. 1). Furthermore, a cluster emerged in the middle temporal and lingular gyrus. These clusters had lower $Z$ scores than the hypothalamus clusters. Their presence was, however, congruent with the fact that both compounds were odorous in the concentrations presented. No hypothalamic clusters were detected when HeW smelled EST and HeM AND, independently of whether the height threshold was at $P = 0.001$ or $P = 0.01$.

Like HeW, but unlike HeM, MFTRs activated the anterior hypothalamus with AND. In addition, a cluster was detected in the anterior cingulate, extending to the right amygdala and piriform cortex. When smelling EST, MFTRs recruited only the right amygdala and piriform cortex (Table 1 and Fig. 1). The "AND-related" hypothalamic activation was close to and partly overlapping with the "EST-related" activation in HeM, which was posterior to the corresponding AND-related cluster in HeW. Notably, the respective hypothalamus clusters were detected also when altering the type of contrast (thus, for AND–EST in MFTRs and HeW and for EST–AND in HeM [Table 1 and Fig. 1]). The coverage of the hypothalamic clusters with respect to the location of specific hypothalamic nuclei is given in the supplementary material online (Fig. S2).

At variance with the 2 steroid compounds, and in accordance with our previous studies, smelling of OO yielded similar clusters in all 3 groups of subjects. These clusters covered the amygdala, piriform and insular cortex, as well as minor portions of the anterior cingulate, and the dorsolateral orbitofrontal cortex (Table 1)—regions repeatedly shown to be involved in odor processing (Zatorre et al. 1992; Sobel et al. 1998; Royet et al. 1999; Savic et al. 2000, 2001, 2005; Zald and Pardo 2000; Gottfried et al. 2002; Berglund et al. 2006; Hillert et al. 2006). Coregistration and repositioning of PET clusters in each individual reformatted MRI revealed similar locations in all subjects, without any systematic shifts between the groups.

### Within-Group Deactivations

Deactivations were defined as decreases in normalized rCBF when smelling odorants compared with air (AIR-AND, AIR-EST, and AIR-OO). All 3 groups of subjects showed odorant-related deactivations in the temporo-occipital regions; the controls also showed frontal lobe deactivations (Table S1), which in MFTRs were subsignificant (corrected $P < 0.1$).

jane.mcgraw@ropesgray.com · February 21, 2025 · Read articles at www.DeepDyve.com

**Table 1**
Activations

| Region | Transsexual men | | | HeM | | | HeW | | |
|---|---|---|---|---|---|---|---|---|---|
| | Z level | Size cm³ | Coordinates | Z level | Size cm³ | Coordinates | Z level | Size cm³ | Coordinates |
| EST—AIR | | | | | | | | | |
| Hypothalamus | | | | 5.1 | 6.4 | 6, −12, 2 | | | |
| R amygdala + piriform cortex | 3.5 | 2.0 | 24, 8, −24 | | | | 5.1 | 4.8 | 34, −2, −12 |
| L amygdala + piriform + insular + cingulate cortex | | | | 4.6 | 3.6 | −20, −6, −20 | 4.5 | 6.4 | −24, 0, −22 |
| R middle temporal and lingular gyri | | | | 4.0 | 2.0 | 36, −66, 8 | | | |
| AND—AIR | | | | | | | | | |
| Hypothalamus | 3.7 | 3.6 | −8 −6, 2 | | | | 5.7 | 3.2 | −6, 0, −12 |
| R amygdala + piriform cortex | | | | 4.4 | 4.0 | 18, −10, −12 | | | |
| | | | | | | 26, −6, 6 | | | |
| Anterior cingulate + amygdala + piriform cortex | 4.3 | 5.4 | −2, 42, −6 | | | | | | |
| OO—AIR | | | | | | | | | |
| R amygdala + piriform + insular + anterior cingulate cortex[a] | 3.4 | 6.4 | 20, 6, −6 | 4.9 | 5.3 | 24, 0, −8 | 4.9 | 6.8 | 24, −8, 0 |
| L amygdala + piriform + insular cortex | 3.8 | 5.6 | −20, −4, −12 | 4.5 | 7.2 | −30, 2, 6 | 4.5 | 7.2 | −38, 2, 6 |
| AND—EST | | | | | | | | | |
| Hypothalamus | 4.0 | 1.9 | −10, −10, −4 | | | | 4.3 | 2.4 | 4, 0, 6 |
| | | | | | | | | | −10, 0, −6 |
| R middle frontal gyrus | | | | 4.3 | 1.6 | 20, 40, 6 | | | |
| L fusiform gyrus | | | | | | | 4.0 | 3.2 | −22, −40, −14 |
| R lingular gyrus | | | | | | | 4.6 | 11.0 | 28, −68, 0 |
| EST—AND | | | | | | | | | |
| Hypothalamus | | | | 4.5 | 2.0 | −6, −2, 2 | | | |
| L orbitofrontal + piriform cortex + R inferior frontal gyrus | | | | | | | 5.0 | 5.4 | −24, 26, −14 |
| | | | | | | | 4.3 | 1.3 | 38, 30, −10 |
| R middle frontal gyrus | | | | | | | 4.9 | 1.0 | 14, 40, −16 |
| Lingular gyrus | | | | 5.1 | 2.9 | 16, −76, −2 | | | |
| | | | | 4.0 | | −14, −76, −2 | | | |
| R middle temporal + fusiform gyrus | 3.9 | 2.1 | 46, −32, −12 | | | | | | |
| Cuneus | | | | 3.7 | 4.5 | 22, −92, 4 | | | |

Note: Clusters calculated with 1-group random effect analysis, SPM99, at height threshold $P = 0.01$, and a corrected $P < 0.05$. Talairach's coordinates show local maxima, and regions denote the coverage of the respective cluster. R = right; L = left. No specific side is indicated when the clusters presented in the same row were either on the left or right side. Because the AND—AIR and EST—AIR clusters covering the hypothalamus were large and to investigate whether center of gravity really was located in the hypothalamus, these specific clusters were evaluated also using height threshold at $P = 0.001$ (corrected $P < 0.05$). The Talairach's coordinates remained identical, but the clusters were considerably smaller (0.9 cm³ for AND—AIR in HeW and 0.7 cm³ in MFTRs; 0.9 cm³ for EST—AIR in HeM).
[a]Covered portion of the right orbitofrontal cortex.



**Figure 1.** Illustration of group-specific activations with the putative pheromones and odors. The Sokoloff's color scale illustrates Z values reflecting the degree of activation. As the same brain section is chosen, the figures do not always illustrate maximal activation for each condition. Clusters of activated regions are superimposed on the standard brain MRI, midsagittal plane. The cingulate cluster in HeW and the left amygdala + piriform cluster in HeM for AND were not significant. Neither were the midbrain clusters in the bottom row.

*Group Comparisons*

The pattern of activation in MFTRs differed significantly only from HeM. Difference between HeM and MFTRs in the hypothalamic activation was also found when applying AND–EST and EST–AND contrasts, Table 2 and Figure 2. In contrast, no significant differences were observed between MFTRs and HeW (Table 2). Furthermore, as in our previous studies, no group differences were found with OO–AIR.

When using AIR as reference, the HeW and HeM differed, as shown previously, only in the hypothalamic activations. The local maximum for HeW–HeM with respect to AND–AIR corresponded to Talairach's coordinates 0, 0, −13, Z level = 3.2, cluster size 0.8 cm³. HeM showed, instead, a significantly higher hypothalamus activation with respect to EST–AIR (the local maximum corresponded to Talairach's coordinates 6, −8, 2, Z level = 4.0, cluster size 1.4 cm³, Fig. 2). Direct AND–EST and EST–AND comparisons revealed similar group differences (coordinates −8, 0, −6; Z level = 4.4, size 3.2 cm³ for AND–EST in HeW–HeM and vv). In addition, as reported previously, clusters appeared also in the left lingular and fusiform gyri and the middle occipital gyrus (Talairach's coordinates 46, −70, −6, Z-level = 4.5, size 7.5 cm³ for HeW–HeM in AND–EST and vv). These clusters corresponded to the deactivations by EST in HeW and by AND in HeM (threshold level at $P = 0.01$, and corrected $P < 0.05$ for all the calculations, Table S1).

To investigate whether and how the transsexual subjects shared activations with the respective control group, we also carried out conjunctional analysis. At variance from the results of random effect analyses, MFTRs were found to share hypothalamic activation not only with HeW when smelling AND but also with HeM when smelling EST. All the 3 groups of subjects also shared clusters in the olfactory networks, independently of the stimulus-compound (AND, EST, and OO) (Table 3 and Fig. 3).

The observation that MFTRs shared hypothalamus activations with both HeM and HeW motivated 2 separate post hoc analyses:

jane.mcgraw@ropesgray.com   ·   February 21, 2025   ·   Read articles at www.DeepDyve.com

**Table 2**
Group differences

| Region | HeM–transsexual men | | | Transsexual men–HeM | | |
|---|---|---|---|---|---|---|
| | Z level | Size cm³ | Coordinates | Z level | Size cm³ | Coordinates |
| EST–AIR | | | | | | |
| Hypothalamus | 3.9 | 4.0 | 4, −8, 2 | | | |
| EST–AND | | | | | | |
| Hypothalamus | 4.6 | 2.4 | 4, −7, −4 | | | |
| Left putamen and insular cortex | | | | 3.3 | 1.2 | −18, −8, 0 |

Note: Clusters calculated with 1-group random effect analysis, SPM99, height threshold $P = 0.01$, corrected $P < 0.05$. Talairach's coordinates indicate local maxima. No differences were found between MFTRs and HeW, and no group differences were observed for OO–AIR. Furthermore, at $P < 0.05$ corrected, AND–AIR showed no significant difference between transsexual men and HeM. When applying height threshold at $P = 0.01$ and $P < 01$ corrected, additional clusters appeared for MFTRs–HeM in the hypothalamus for AND–AIR ($Z = 3.4$, size 0.8 cm³, coordinates −8, −10, −8) and AND–EST ($Z = 3.6$, size 1.2 cm³; 4, −7, −4); contrasting HeM–MFTRs for AND–AIR, on the other hand, showed a cluster in right piriform and insular cortex ($Z = 3.8$, size 3.2 cm³; 32, −4, 0). With respect to HeW, a cluster appeared only for HeW–MFTRs in AND–EST ($Z = 3.6$, size 4 cm³; −2, 0, −10).



**Figure 3.** Common activations between the groups. Shown are conjuctional clusters in different groups of subjects, superimposed on the standard brain. All images show horizontal level at $Z = −5$ according to Talairach's atlas. The Sokoloff's color scale illustrates $Z$ values (0.0–3.5 for AND and EST and 0.0–5.0 for OO). The OO clusters were large and covered several lower sections. Because the same brain section is chosen, figures do not always illustrate maximal activation for each condition. Subject's right side is to the right.



**Figure 2.** Significant differences between the groups. Shown are the clusters calculated with 2-group random effect analysis, superimposed on standard brain MRI. The Sokoloff's color scale illustrates $Z$ values reflecting the degree of activation. The cingulate cluster in HeW and the left amygdala + piriform cluster in HeM for AND were not significant.

**Table 3**
Conjunctional analysis

| Region | Transsexual men and HeM | | | Transsexual men and HeW | | |
|---|---|---|---|---|---|---|
| | Z level | Size cm³ | Coordinates | Z level | Size cm³ | Coordinates |
| AND–AIR | | | | | | |
| Hypothalamus | | | | 3.6 | 2.0 | −6, −6, −4 |
| R amygdala + piriform cortex | 3.8 | 2.2 | 24, 6, −4 | 3.5 | 3.0 | 20, 2, 0 |
| EST–AIR | | | | | | |
| Hypothalamus | 5.1 | 2.0 | 6, −6, 0 | | | |
| R amygdala + piriform cortex | 4.5 | 1.3 | 18, 4, −8ᵃ | 4.3 | 4.2 | 20, −2, −4 |
| | | | | | | 14, 6, −10ᵃ |
| OO–AIR | | | | | | |
| R amygdala + piriform cortex | 6.2 | 5.6 | 18, 2, −12ᵃ | 6.6 | 9.6 | 18, 2, −10ᵃ |
| L amygdala + piriform cortex | 5.9 | 7.2 | −20, −2, −12 | 5.9 | 9.6 | −22, 0, −12 |

Note: Clusters calculated with conjunctional analysis (see Materials and Methods), SPM99, at height threshold $P = 0.01$, and a corrected $P < 0.05$. Talairach's coordinates indicate local maxima.

ᵃClusters which partly covered the caudate nucleus.

1. Volume of interest (VOI) analysis of the hypothalamus. The purpose was to evaluate whether the MFTRs activated this region in line with HeM or HeW. Because the anatomical boundaries of the anterior hypothalamus are difficult to determine with MRI, so-called functional VOIs were employed. They were generated in a previous

activation study of heterosexual controls using identical compounds (Savic et al. 2001). The VOIs were constituted by the hypothalamus cluster generated by AND–AIR in HeW (here denoted as the AND VOI) and a separate hypothalamus cluster generated by EST–AIR in HeM (here denoted as the EST VOI). Both VOIs were derived from PET images reformatted to the same standard brain and could, therefore, be directly transferred to the PET images from presently investigated controls and transsexuals. In these images, the rCBF was in all subjects first normalized to the global cerebral mean of 50 ml/min/100 g. The rCBF was extracted for each VOI, and the mean rCBF of the 3 scans per condition was calculated in each subject (Savic et al. 2001). The mean rCBF for AIR, EST, AND, and OO was then compared for each subject group in separate repeated-measures ANOVAs (1 for each VOI). The degree of freedom (df) was 3. If there was a significant interaction at this level, appropriate contrasts were calculated. In addition, we tested possible differences between MFTRs, HeW, and HeM for AND-AIR, EST-AIR, and OO-AIR in each predetermined VOI by means of 2-way repeated-measures ANOVA with subject group as the between factor and the type of odorant as the within factor. Because the variable of interest, the group by odor interaction, was significant in the AND VOI ($F = 3.2$; $P = 0.02$; df = 4) as well as in the EST VOI ($F = 2.9$; $P = 0.03$; df = 4), the results were further explored with contrasts (df = 1) to determine which specific subject group and type of odorant determined the observed interaction. $P$ values were considered significant when <0.05.

In MFTRs, the VOI analysis of mean rCBF yielded a significant interaction between the 3 stimuli and air only in the EST VOI ($F = 4.4$; $P = 0.01$; df = 3). The interaction was constituted by activation with both AND ($F = 5.5$; $P = 0.02$; df = 1) and EST ($F = 8.7$; $P = 0.005$; df = 1). No significant interaction was found in the AND VOI ($F = 0.9$; $P = 0.7$; df = 3). In accordance with previous studies, HeM activated the EST VOI with EST ($F = 10.2$; $P = 0.002$; df = 1) but not AND ($F = 0.5$; $P = 0.5$; df = 1). This activation was significantly more pronounced than in HeW ($F = 9.0$; $P = 0.004$; df = 1) and MFTRs ($F = 4.5$; $P = 0.04$; df = 1). The HeW, however, increased the rCBF in the AND VOI but only when smelling AND ($F = 12.3$; $P = 0.001$; df = 1) and not EST ($F = 0.28$; $P = 0.6$; df = 1). The increase was significant in relation to HeM ($F = 13.9$; $P = 0.0004$; df = 1) and in relation to MFTRs ($F = 7.0$; $P = 0.01$; df = 1). In contrast to AND and EST, OO showed no significant activation in any of the groups ($F = 0.16$, df = 1; $P = 0.84$ and $F = 0.12$, df = 1; $P = 0.85$ for the AND and EST VOI, respectively).

jane.mcgraw@ropesgray.com · February 21, 2025 · Read articles at www.DeepDyve.com

2. The second post hoc analysis was conducted to further evaluate the more intermediate pattern in MFTRs suggested by the conjunctional and VOI analyses. Explorative group comparisons were, therefore, carried out also with $P < 0.1$ corrected, in order to evaluate the location of possible subsignificant clusters. Like in the first analysis ($P < 0.05$ corrected), MFTRs differed from HeM, but now a cluster appeared also for AND-AIR (MFTRs–HeM; $Z = 3.4$, size 0.8 cm³, coordinate -8, -10, -8) and AND-EST ($Z = 3.6$, size 1.2 cm³; 4, -7, -4). Thus, the difference was constituted by the AND-related hypothalamus activation in MFTRs (not observed in HeM), as well as by their significantly less pronounced EST-induced elevation of rCBF. Notably, the HeM-MFTRs contrast for EST-AIR only partly overlapped with the EST VOI described in the previous paragraph, suggesting that the predefined VOI did not depict the maximal group difference. The comparison with HeW, on the other hand, showed a subsignificant cluster only for AND-EST (HeW–MFTRs; $Z = 3.6$, size 0.4 cm³; -2, 0, -10) but not for AND-AIR or EST-AIR (please also see Table 2). Together, all these analyses suggested a less pronounced dichotomy in MFTRs but with primarily female-like pattern of activation.

There were no significant group by odor interactions for any of the rated parameters (Fig. 4), neither did we find any group by stimulus interaction in respiratory variables (Fig. S1). No group differences were observed in odor thresholds or plasma concentrations of the tested hormones (Tables S2 and S3).

## Discussion

Based on investigations showing that men and women process signals from putative pheromones in a sex-differentiated manner, we carried out experiments in 12 MFTRs and found a sex-atypical mode of activation. The generated data will be discussed in the perspective of sex differences in the measured activation pattern and their possible relationship to transsexualism.

Explorative analysis using the entire brain as search space showed that MFTRs activated the anterior hypothalamus with AND. In contrast, when they smelled the estrogen-like compound, EST, activation was observed in the amygdala and piriform cortex, as it did during exposition to common odors (OO). The picture was more complicated when restricting the analysis to the 2 predefined hypothalamus VOIs. MFTRs were found to increase their rCBF with both AND and EST and showed conjunctional clusters in the hypothalamus with both male and female controls. However, the increase with EST was less pronounced, and direct group comparisons in the explorative SPM analysis ($P < 0.05$ corrected) showed that MFTRs differed significantly only from the male controls and resembled the female controls, independently of whether the contrast used was EST–AIR or EST–AND. Thus, taken together, MFTRs occupied an in-between position between HeM and HeW but with overall predominantly female features. Notably, as opposed to putative pheromones, ordinary odorants activated only the common olfactory regions in all 3 groups, suggesting that the differentiated activations by AND and EST were of physiological relevance.

### Methodological Issues

The data were analyzed with the user-independent SPM statistics. This method is known to be conservative and carries a certain risk that physiologically relevant changes in rCBF can remain undetected (Friston et al. 1996). Activations were, in the present study, regarded significant at height threshold $P = 0.01$ because no clusters were detected in MFTRs when contrasting EST to AIR at $P = 0.001$, despite normal odor detection thresholds and a normal perception of this odorant



**Figure 4.** Odor ratings for AND and EST. The vertical axis indicates a visual analogue scale in millimeters (mean ± SEM). (Top) HeW. (Middle) HeM. (Bottom) MFTRs. None of the ratings differed between the 3 groups of subjects

(Fig. 4). This maneuver was regarded adequate, considering that the choice of significance level in SPM statistics is rather arbitrary (Friston et al. 1996), that we wanted to evaluate the pattern of activation exploratively, without lowering the corrected $P$ level, and provide data comparable with those presented earlier (Savic et al. 2005; Berglund et al. 2006). The major portion of control data was reported in these previous publications. Because the inclusion of transsexual subjects with the restrictive criteria applied needed a long time period (from 2001 to 2006), 2 female controls had to be replaced by more recently investigated subjects to match the study period for patients and controls. Thus, the acquisition time overlapped between the groups. The time period for data acquisition did, however, not pose methodological problems as the

jane.mcgraw@ropesgray.com · February 21, 2025 · Read articles at www.DeepDyve.com

experimental conditions (including the experimenters, the scanner, time of the day, room temperature, and humidity) were identical during all experiments. Furthermore, the compounds were repurchased and tested for purity on several occasions.

According to the method applied, the material was sufficient to generate inference at group level (Friston et al. 1999). Furthermore, use of random effect analysis implies that each individual is representative for his/her designated group and that the results from within- and between-group analyses are deductible for the respective type of population (Friston et al. 1999). It should, however, be emphasized that the method is not informative about the separate individuals belonging to a group. A further issue deserving comment is that the precise cluster locations within the hypothalamus should be taken with precaution because of the 10-mm filtering and the scanner resolution. Finding of a local maximum with atlas coordinates indicates that an area of 10 mm around this coordinate was maximally involved.

The cluster locations in relation to the separate nuclei in the supplementary material online (Fig. S2) are shown only for general orientation; this schematic presentation does not imply that the activations were strictly confined to the respective nuclei but illustrates that AND activation in MFTRs was slightly rostro-posterior to that of HeW. This slight shift is unlikely to be an effect of image processing as each individual reformatted PET image was specifically controlled for its position in Talairach's space and because coregistration and repositioning of PET clusters in each individual reformatted MRI revealed similar locations in all subjects, without any systematic shifts between the groups.

The seemingly complex picture given by the combination of random effect, VOI, and conjunctional analyses deserves a comment. Obviously, the signals from AND and EST elicited a less differentiated response pattern in MFTRs than in controls. Because MFTRs elevated their CBF in the hypothalamus also when smelling EST, the conjunctional analysis (which is more sensitive when the responses are congruent) depicted a common EST cluster with HeM, although the increase was not strong enough to pass the significance limit in the random effect analyses. The results from the different analyses are, therefore, not incompatible.

The primary hypothesis with the present study was that the pattern of activation in MFTRs would be sex atypical and that hypothalamic clusters would be observed with AND but not EST. Notably, an AND-related hypothalamic activation was recently observed in homosexual men (Savic et al. 2005). Thus, a sex-atypical pattern in transsexuals could in the presence of homosexual orientation be attributed both to homosexual sexual practice and to transsexualism. Therefore, only nonhomosexual (gynaecophyl) transsexuals were included in the present study. Nonhomosexual transsexuals may be heterosexual, asexual, and bisexual (Blanchard 1989). Optimally, our transsexual subjects should have been strictly heterosexual according to the present operative definition (having only female sex partners), like our male controls. With the conservative inclusion criteria applied (no history of estrogen treatment, right-handedness, normal odor thresholds, and hormonal levels), it was difficult to fulfill this goal, and 3 MFTRs denied any sexual contacts although they expressed sexual attraction to women. They showed, however, almost identical hypothalamic increases of rCBF as the MFTRs who have had female partners,

and the group inhomogeneity is unlikely to explain the present results (see further). Several centers currently recognize essentially 2 types of MFTRs who can be distinguished on the basis of their sexual orientation (Chivers and Bailey 2000; Smith et al. 2005). The first type is homosexual transsexuals, extremely gender-transposed (feminine) men, whose sexual object choice is toward men instead of women. The second type is men, whose sexual object choice is interpreted to be toward the image of themselves as women. For this group, the primary motivation for changing sex is to become the object of their own desire (Chivers and Bailey 2000; Smith et al. 2005). In this respect, all our patients can be regarded as nonhomosexual (gynaecophyl) transsexuals (Chivers and Bailey 2000), although we used a more operative approach in our classification, taking into consideration also the sexual partners, sexual fantasies, and expressed attractions (Kinsey 1953).

### Possible Underlying Mechanisms

AND and EST are 2 synthetical steroids whose reported effects (see Introduction) have triggered a discussion as to whether they can be regarded as putative pheromones. Although this discussion is yet to be settled, the short (60 s) duration of the PET scans strongly suggests that the clusters detected were a result of localized neuronal activations and not an effect of binding to estrogen and androgen receptors in the brain (for a more detailed argumentation, please see Savic et al. 2001, 2005; Berglund et al. 2006).

As suggested in our previous publications, the presently found response to the 2 steroids could, theoretically, be explained by sexual arousal, by acquired sensitization to the specific compound shaped by sexual experience, and by the organization of neuronal circuits of the anterior hypothalamus. Sexual arousal seems to engage several cerebral structures outside the hypothalamus (Karama et al. 2002; Canli and Gabrieli 2004), which were not activated in the present study. Furthermore, none of our subjects reported sexual arousal. If existing, a sensitization/shaping of the neuronal response in relation to sex-related exposure to AND and EST would favor a "male-like" pattern of activation, as the majority of our patients had female partners; absence of such exposure (as in the 3 patients who were virgins) would, on the other hand, result in an undifferentiated response. Group analyses showed that our MFTRs differed only from the male controls and showed a predominantly "female" pattern of activation. By logical inference, it seems, therefore, unlikely that sexual experience had a major impact on the present results. An alternative explanation, which seems more congruent with the generated data and the current literature, is that transsexual persons could have variant organization in neuronal circuits of the anterior hypothalamus and, perhaps, also its primary connections. Such a mechanism could in MFTRs have led to the here observed female-like responses while maintaining certain male features. A similar mechanism has also been discussed in relation to AND activation in homosexual men (Savic et al. 2005). However, whereas the data from homosexuals could not disentangle between innate and learned effects, the present constellation (with no male sexual contacts) makes the first alternative more probable.

In homosexual men, like in heterosexual controls, either the hypothalamic or the olfactory pathway dominated during smelling of the 2 steroids. This distinction was ambiguous in our MFTRs who, for example, activated the anterior cingulate

jane.mcgraw@ropesgray.com  •  February 21, 2025  •  Read articles at www.DeepDyve.com

with AND even more strongly than the anterior hypothalamus. Theoretically, both the poor pathway distinction and the fact that MFTRs shared hypothalamic clusters with both men and women could reflect a sex-atypical organization of the hypothalamic networks. The pattern of activation was found to be sex atypical also in homosexual men (Savic et al. 2005). However, the underlying mechanisms could be different. Sexual orientation and sexual identity are 2 different entities, even if homosexuals reportedly recall more cross-gender behavior in childhood than male and female heterosexuals (Slijper et al. 1998).

The major contribution of the present findings is that MFTRs are found to respond in a sex-atypical manner in areas of the hypothalamus, which are regarded to be involved in sexual and reproductive behavior and which are reported to harbor sexually dimorphic features. The study also suggests that the way smelling of AND and EST activates the human brain is not necessarily an effect of the exposure history. Thereby, it adds conceptually new information to the previous reports.

The generated data relate to reports by Swaab's group of a female size of BNSTc in MFTRs (Zhou et al. 1995; Kruijver et al. 2000). Although structural and functional dimorphism are not directly translatable and the BNST is too small to be detected with the imaging methods applied, it is of note that this nucleus in animals mediates pheromone signaling and that it in humans has reciprocal connections with the anterior hypothalamus (Eiden et al. 1985). Both Swaab's and our findings may, therefore, reflect a common organizational deviation of certain sexually dimorphic circuits involved in human reproduction. Whether and how this links to the perception of sexual identity remains unclear and awaits further investigations.

In summary, albeit the present study does not provide conclusions concerning the possible etiology, it suggests that in transsexuals the organization of certain sexually dimorphic circuits of the anterior hypothalamus could be sex atypical. It adds a new dimension to our previous reports by showing that the observed effects are not necessarily learned and that a sex-atypical activation by the 2 putative pheromones may reflect neuronal reorganization.

## Supplementary Material

Supplementary material can be found at: http://www.cercor.oxfordjournals.org/.

## Notes

We thank the Swedish Medical Research Council, the Center for Gender related Medicine, Dr Anna Forsberg for tracer synthesis, and Martti Lampinen and Julio Gabriel for technical assistance. We specially acknowledge Dr Carolina Ciumas for help with some of the experiments. *Conflict of Interest*: None declared.

Address correspondence to Ivanka Savic, Department of Clinical Neuroscience, Stockholm Brain Institute, Karolinska University Hospital, Karolinska Institute, MR centre, M8, 171 76 Stockholm, Sweden. Email: ivanka.savic-berglund@ki.se.

## References

Allen LS, Hines M, Shryne JE, Gorski RA. 1989. Two sexually dimorphic cell groups in the human brain. J Neurosci. 9:497-506.

American Psychiatric Association Task Force on DSM-IV. 1994. Diagnostic and statistical manual of mental disorders: DSM-IV. Washington, DC: American Psychiatric Association.

Baum MJ. 2003. Activational and organizational effects of estradiol on male behavioral neuroendocrine function. Scand J Psychol. 44: 213-220.

Baum MJ. 2006. Mammalian animal models of psychosexual differentiation: when is 'translation' to the human situation possible? Horm Behav. 50:579-588.

Benjamin H. 1967. The transsexual phenomenon. Trans N Y Acad Sci. 29:428-430.

Bensafi M, Brown WM, Khan R, Levenson B, Sobel N. 2004. Sniffing human sex-steroid derived compounds modulates mood, memory and autonomic nervous system function in specific behavioral contexts. Behav Brain Res. 152:11-22.

Bensafi M, Tsutsui T, Khan R, Levenson RW, Sobel N. 2004. Sniffing a human sex-steroid derived compound affects mood and autonomic arousal in a dose-dependent manner. Psychoneuroendocrinology. 29:1290-1299.

Berglund H, Lindstrom P, Savic I. 2006. Brain response to putative pheromones in lesbian women. Proc Natl Acad Sci U S A. 103: 8269-8274.

Blanchard R. 1989. The classification and labeling of nonhomosexual gender dysphorias. Arch Sex Behav. 18:315-334.

Canli T, Gabrieli JD. 2004. Imaging gender differences in sexual arousal. Nat Neurosci. 7:325-326.

Chivers ML, Bailey JM. 2000. Sexual orientation of female-to-male transsexuals: a comparison of homosexual and nonhomosexual types. Arch Sex Behav. 29:259-278.

Cohen H, Forget H. 1995. Auditory cerebral lateralization following cross-gender hormone therapy. Cortex. 31:565-573.

Cohen-Kettenis PT, van Goozen SH, Doorn CD, Gooren LJ. 1998. Cognitive ability and cerebral lateralisation in transsexuals. Psychoneuroendocrinology. 23:631-641.

Eiden LE, Hokfelt T, Brownstein MJ, Palkovits M. 1985. Vasoactive intestinal polypeptide afferents to the bed nucleus of the stria terminalis in the rat: an immunohistochemical and biochemical study. Neuroscience. 15:999-1013.

Fels E, Bosch LR. 1971. Effect of prenatal administration of testosterone on ovarian function in rats. Am J Obstet Gynecol. 111:964-969.

Frackowiak RSJ. 2004. Human brain function. Amsterdam (London): Elsevier Academic.

Friston KJ, Holmes A, Poline JB, Price CJ, Frith CD. 1996. Detecting activations in PET and fMRI: levels of inference and power. Neuroimage. 4:223-235.

Friston KJ, Holmes AP, Worsley KJ. 1999. How many subjects constitute a study? Neuroimage. 10:1-5.

Gooren L. 2006. The biology of human psychosexual differentiation. Horm Behav. 50:589-601.

Gottfried JA, Deichmann R, Winston JS, Dolan RJ. 2002. Functional heterogeneity in human olfactory cortex: an event-related functional magnetic resonance imaging study. J Neurosci. 22: 10819-10828.

Grosser BI, Monti-Bloch L, Jennings-White C, Berliner DL. 2000. Behavioral and electrophysiological effects of androstadienone, a human pheromone. Psychoneuroendocrinology. 25:289-299.

Haraldsen IR, Egeland T, Haug E, Finset A, Opjordsmoen S. 2005. Cross-sex hormone treatment does not change sex-sensitive cognitive performance in gender identity disorder patients. Psychiatry Res. 137:161-174.

Hillert L, Musabasic V, Berglund H, Ciumas C, Savic I. 2007. Odor processing in multiple chemical sensitivity. Hum Brain Mapp. 28:172-182.

Jacob S, Garcia S, Hayreh D, McClintock MK. 2002. Psychological effects of musky compounds: comparison of androstadienone with androstenol and muscone. Horm Behav. 42:274-283.

Jacob S, Hayreh DJ, McClintock MK. 2001. Context-dependent effects of steroid chemosignals on human physiology and mood. Physiol Behav. 74:15-27.

Jones-Gotman M, Zatorre RJ. 1988. Olfactory identification deficits in patients with focal cerebral excision. Neuropsychologia. 26: 387-400.

Karama S, Lecours AR, Leroux JM, Bourgouin P, Beaudoin G, Joubert S, Beauregard M. 2002. Areas of brain activation in males and females during viewing of erotic film excerpts. Hum Brain Mapp. 16:1-13.

jane.mcgraw@ropesgray.com  -  February 21, 2025  -  Read articles at www.DeepDyve.com

Kimura D. 1996. Sex, sexual orientation and sex hormones influence human cognitive function. Curr Opin Neurobiol. 6:259–263.

Kinsey AC. 1953. Sexual behavior in the human female. Philadelphia (PA): Saunders.

Kruijver FP, Zhou JN, Pool CW, Hofman MA, Gooren LJ, Swaab DF. 2000. Male-to-female transsexuals have female neuron numbers in a limbic nucleus. J Clin Endocrinol Metab. 85:2034–2041.

La Torre RA, Gossmann I, Piper WE. 1976. Cognitive style, hemispheric specialization, and tested abilities of transsexuals and nontranssexuals. Percept Mot Skills. 43:719–722.

LeVay S. 1991. A difference in hypothalamic structure between heterosexual and homosexual men. Science. 253:1034–1037.

Lundstrom JN, Goncalves M, Esteves F, Olsson MJ. 2003. Psychological effects of subthreshold exposure to the putative human pheromone 4,16-androstadien-3-one. Horm Behav. 44:395–401.

Lundstrom JN, Olsson MJ. 2005. Subthreshold amounts of social odorant affect mood, but not behavior, in heterosexual women when tested by a male, but not a female, experimenter. Biol Psychol. 70:197–204.

Lundstrom JN, Olsson MJ, Schaal B, Hummel T. 2006. A putative social chemosignal elicits faster cortical responses than perceptually similar odorants. Neuroimage. 30:1340–1346.

McGlone J. 1978. Sex differences in functional brain asymmetry. Cortex. 14:122–128.

Oldfield RC. 1971. The assessment and analysis of handedness: the Edinburgh inventory. Neuropsychologia. 9:97–113.

Royet JP, Koenig O, Gregoire MC, Cinotti L, Lavenne F, Le Bars D, Costes N, Vigouroux M, Farget V, Sicard G, et al. 1999. Functional anatomy of perceptual and semantic processing for odors. J Cogn Neurosci. 11:94–109.

Savic I, Berglund H, Gulyas B, Roland P. 2001. Smelling of odorous sex hormone–like compounds causes sex-differentiated hypothalamic activations in humans. Neuron. 31:661–668.

Savic I, Berglund H, Lindstrom P. 2005. Brain response to putative pheromones in homosexual men. Proc Natl Acad Sci U S A. 102:7356–7361.

Savic I, Gulyas B, Larsson M, Roland P. 2000. Olfactory functions are mediated by parallel and hierarchical processing. Neuron. 26:735–745.

Schaltenbrand G, Bailey P. 1959. Einfeuhrung in die stereotaktischen Operationen: mit einem Atlas des menschlichen Gehirns.

[Introduction to stereotaxis, with an atlas of the human brain]. Stuttgart (Germany): G. Thieme.

Slijper FM, Drop SL, Molenaar JC, de Muinck Keizer-Schrama SM. 1998. Long-term psychological evaluation of intersex children. Arch Sex Behav. 27:125–144.

Smith YL, van Goozen SH, Kuiper AJ, Cohen-Kettenis PT. 2005. Transsexual subtypes: clinical and theoretical significance. Psychiatry Res. 137:151–160.

Sobel N, Prabhakaran V, Desmond JE, Glover GH, Goode RL, Sullivan EV, Gabrieli JD. 1998. Sniffing and smelling: separate subsystems in the human olfactory cortex. Nature. 392:282–286.

Swaab DF. 2004. Sexual differentiation of the human brain: relevance for gender identity, transsexualism and sexual orientation. Gynecol Endocrinol. 19:301–312.

Swaab DF, Fliers E. 1985. A sexually dimorphic nucleus in the human brain. Science. 228:1112–1115.

Talairach J, Tournoux P. 1988. Co-planar stereotaxic atlas of the human brain: 3-dimensional proportional system: an approach to medical cerebral imaging. New York: Thieme.

Thysen B, Elliott WH, Katzman PA. 1968. Identification of estra-1,3,5(10),16-tetraen-3-ol (estratetraenol) from the urine of pregnant women (1). Steroids. 11:73–87.

van Goozen SH, Slabbekoorn D, Gooren LJ, Sanders G, Cohen-Kettenis PT. 2002. Organizing and activating effects of sex hormones in homosexual transsexuals. Behav Neurosci. 116:982–988.

Wyart C, Webster WW, Chen JH, Wilson SR, McClary A, Khan RM, Sobel N. 2007. Smelling a single component of male sweat alters levels of cortisol in women. J Neurosci. 27:1261–1265.

Yalom ID, Green R, Fisk N. 1973. Prenatal exposure to female hormones. Effect on psychosexual development in boys. Arch Gen Psychiatry. 28:554–561.

Zald DH, Pardo JV. 2000. Functional neuroimaging of the olfactory system in humans. Int J Psychophysiol. 36:165–181.

Zatorre RJ, Jones-Gotman M, Evans AC, Meyer E. 1992. Functional localization and lateralization of human olfactory cortex. Nature. 360:339–340.

Zhou JN, Hofman MA, Gooren LJ, Swaab DF. 1995. A sex difference in the human brain and its relation to transsexuality. Nature. 378:68–70.

jane.mcgraw@ropesgray.com  ·  February 21, 2025  ·  Read articles at www.DeepDyve.com

# EXHIBIT J

Cerebral Cortex November 2011;21:2525-2533
doi:10.1093/cercor/bhr032
Advance Access publication April 5, 2011

# Sex Dimorphism of the Brain in Male-to-Female Transsexuals

Ivanka Savic[1] and Stefan Arver[2]

[1]Stockholm Brain Institute, Department of Clinical Neuroscience and [2]Department of Medicine Karolinska University Hospital, Karolinska Institute, Stockholm, Sweden

Address correspondence to Ivanka Savic, Stockholm Brain Institute, Karolinska Institutet, Department of Clinical Neuroscience, Retziusväg 8, 171 78 Stockholm, Sweden. E-mail: ivanka.savic-berglund@ki.se.

Gender dysphoria is suggested to be a consequence of sex atypical cerebral differentiation. We tested this hypothesis in a magnetic resonance study of voxel-based morphometry and structural volumetry in 48 heterosexual men (HeM) and women (HeW) and 24 gynephillic male to female transsexuals (MtF-TR). Specific interest was paid to gray matter (GM) and white matter (WM) fraction, hemispheric asymmetry, and volumes of the hippocampus, thalamus, caudate, and putamen. Like HeM, MtF-TR displayed larger GM volumes than HeW in the cerebellum and lingual gyrus and smaller GM and WM volumes in the precentral gyrus. Both male groups had smaller hippocampal volumes than HeW. As in HeM, but not HeW, the right cerebral hemisphere and thalamus volume was in MtF-TR lager than the left. None of these measures differed between HeM and MtF-TR. MtF-TR displayed also singular features and differed from both control groups by having reduced thalamus and putamen volumes and elevated GM volumes in the right insular and inferior frontal cortex and an area covering the right angular gyrus.The present data do not support the notion that brains of MtF-TR are feminized. The observed changes in MtF-TR bring attention to the networks inferred in processing of body perception.

Keywords: brain, gender dysphoria, MRI, sex dimoprhism, VBM, volumetry

## Introduction

Transsexuality is defined as a gender-identity disorder, characterized by the firm conviction of belonging to the opposite sex, which often leads to a request for sex-reassignment surgery (Blanchard 1993; Cohen-Kettenis and Gooren 1999). Most of the current hypotheses for this condition presume a sex atypical differentiation of the brain, due to genetic, and/or an early organizational effect of testosterone during the fetal development (Giedd et al. 1997; Green and Keverne 2000; van Goozen et al. 2002; Bentz et al. 2007; Swaab 2007). These hypotheses also presume that the perception of the own sex is linked to sexual differentiation of the brain and that in transsexuals this perception differs from the body phenotype. Such a discrepancy is believed to be possible because sex differentiation of the brain occurs later in development than sex differentiation of genitals (Swaab 2007). This scenario is supported by several postmortem studies showing that male to female (MtF-TR) transsexuals, like females, have a smaller volume, and number of neurons in the bed nucleus of the stria terminalis (BSTc) compared with male controls—differences, which seem not to be influenced by sex hormone levels in adulthood (Zhou et al. 1995; Kruijver et al. 2000). Recently, Garcia-Falgueras and Swaab (2008) also found "feminized" size

of INAH3 in MTF-TR (Berglund et al. 2008). While being intriguing, these findings are limited by the inherent pitfalls of postmortem studies. Our group recently employed in vivo investigations and found that smelling of 2 putative pheromones, which in heterosexual subjects normally leads to a sex differentiated activation of the hypothalamus, causes a sex atypical activation in estrogen naïve MtF-TR (Berglund et al. 2008). This observation corroborated with previous anatomical findings in transsexuals but provided no information as to whether and how the hypothalamic networks, which in animal studies are shown to be involved in "sexual behavior," would be also engaged in the perception of "sexual identity." Understanding the biology of gender dysphoria requires consideration of additional cerebral networks identified as sexually dimorphic than the hypothalamus. Considering that the sense of discomfort with sex characteristics of the own body is the main feature of gender dysphoria, it is important to also investigate the cerebral networks reported to be involved in own body perception and perception of self. Luders et al. recently addressed some of these issues by an explorative voxel-based morphological (VBM) analysis of the gray matter (GM) fractions. They found that GM volume in the putamen was more pronounced in MtF-TR than in male and female controls, particularly on the right side (Luders, Sanchez, et al. 2009). While the GM in the putamen did not differ significantly between male and female controls, these data, nevertheless, emphasized the possibility that gender dysphoria could be associated with an altered anatomy also in brain regions located outside the hypothalamus.

Previous studies with magnetic resonance (MR) have shown sex dimorphic features in several brain regions. In general, women are reported to have larger volumes of the hippocampus (Filipek et al. 1994), caudate nucleus (Filipek et al. 1994; Murphy et al. 1996; Giedd et al. 1997, 2006), and the anterior cingulate gyrus (Paus et al. 1996). In contrast, the relative volumes of the amygdala (Raz et al. 1995; Giedd et al. 1997, 2006; Neufang et al. 2009) are found to be larger in men. Studies with VBM indicate that sex dimorphism exists also in regional GM and white matter (WM) volumes. With some exceptions (Goldstein et al. 2001; Carne et al. 2006), men are reported to have larger GM volumes in the mesial temporal lobe, the cerebellum, and lingual gyrus (Good et al. 2001; Carne et al. 2006), whereas several authors detected larger GM volumes in the precentral gyrus, the right inferior parietal, and orbitofrontal cortex in women (Nopoulos et al. 2000; Good et al. 2001; Luders et al. 2005; Luders, Gaser, et al. 2009). There are also reports of larger GM volumes in women in the dorsolateral prefrontal cortex (Schlaepfer et al. 1995). Finally, sex differences have been found in hemispheric asymmetry. In general, the asymmetry in adults is rightward in the frontal and temporal lobe and leftward in the posterior temporal and

© The Author 2011. Published by Oxford University Press. All rights reserved.
For permissions, please e-mail: journals.permissions@oup.com

occipito-parietal regions (Toga and Thompson 2003). Among studies explicitly comparing the entire hemispheres most, although not all, suggest that the right hemisphere is larger in men (Filipek et al. 1994; Yucel et al. 2001; Kovalev et al. 2003; Carne et al. 2006; Savic and Lindstrom 2008).

Whereas VBM provides explorative analyses of regional gray and WM volumes in the cortex, volumes of the subcortical nuclei are more reliably evaluated with MR volumetry. The 2 methods are, thus, complementary. In the present study, they were employed in tandem to investigate whether cerebral gray and WM fractions, as well as the volume of structures previously suggested to be sex dimorphic may differ between MtF-TR, male, and female controls. Three issues were addressed specifically:

- Does the volume of the hippocampus, caudate, and putamen differ between MtF-TR and controls and is this difference found in relation to male or female controls?
- Does the overall or regional GM and WM volume in MtF-TR differ from controls and is this difference in line with the hypothesis of sex atypical cerebral differentiation in gender dysphoria?
- Are the volumes of the right and left cerebral hemisphere in MtF-TR asymmetric, as they are in heterosexual males but not females?

Only nonhomosexual, transsexual subjects were included. The rationale was the following; Although there is still an ongoing discussion about the classification of transsexual individuals (Blanchard et al. 1987, 1989; Lawrence 2005; Smith et al. 2005), the general view is that there are 2 fundamentally different types of transsexualism: homosexual and nonhomosexual (Blanchard et al. 1987). Homosexual MtF-TR are erotically attracted to the same biological sex and denoted as "androphilic" MtF-TR in the literature. They differ from those attracted to the opposite biological sex ("gynephilic" MtF-TR) and those who are not sexually attracted to other persons; The 2 latter groups are referred to as autogynephillic by the so called Blanchard's classification (Blanchard 1989; Smith et al. 2005). Blanchard reported that homosexual transsexuals as usually younger at initial presentation and with more pronounced and frequent childhood femininity (Blanchard 1989). Homosexual transsexuals have also been found to be shorter, lighter, and lighter in proportion to their height, also in relation to men in the general population, whereas nonhomosexual transsexuals have been found to be similar in height as controls (Blanchard et al. 1995).

In a previous study, we found that homosexual healthy men differ in certain aspects of cerebral anatomy and function from heterosexual male controls (Savic et al. 2005; Berglund et al. 2006; Savic and Lindstrom 2008). Considering that homosexuality and transsexuality are two different phenomena with presumably different underlying neurobiology, and positing that MtF-TR would have feminized brain, we deemed it relevant to first investigate only nonhomosexual MtF-TR and avoid possible confounds related to homosexuality.

## Materials and Methods

### Subjects

Twenty-four heterosexual male controls (HeM, age 33 ± 6 years, range 26–48 years), 24 heterosexual female controls (HeW, age 35 ± 6 years,

range 32–46 years), and 24 MtF-TR (age 32 ± 7 years, range 21–51 years), were investigated with MRI. Only right-handed (Oldfield 1971), unmedicated, and healthy subjects were included. Exclusion criteria were history of severe systemic disease, any psychiatric (other than gender dysphoria), or neurological disorder, drug abuse including anabolic steroids or psychiatric medication, and use of hormonal contraceptives in women and hormone supplement in MtF-TR. All subjects provided written informed consent and received reimbursement after participation. The study was approved by the Regional Ethical Review Board at the Karolinska Institute, and written informed consent was obtained from each subject.

Transsexual subjects were recruited from the Karolinska University Hospital. Diagnostic assessment of gender identity disorder followed the International Classification of Disorders 10th edition A plus criteria for transsexualism (F64.0), American Psychiatric Association Task Force on DSM-IV 1994, and was made after several semistructured interviews with two mental health professionals (psychologist and psychiatrist) according to the clinical routine at the Karolinska University Hospital. The diagnostic criteria were as follows:

1) A desire to live and be accepted as a member of the opposite sex, usually accompanied by a sense of discomfort with the subject's anatomical sex and a wish to have surgery and hormonal treatment to make the body as congruent as possible with the body of the preferred sex.
2) The transsexual identity has existed for at least 2 years.
3) The syndrome cannot be explained by any other psychiatric disorder or by chromosomal abnormality. Thus, any evidence of an abnormal male phenotype or genotype (i.e., hypospadias, cryptorchism, micropenis, and chromosome complement other than 46XY) excluded enrollment to the study.

MtF transsexuals were evaluated to be free of psychosis according to the Diagnostic and Statistical Manual of the American Psychiatric Association, 4th Edition (DSM-IV; 13) by a specially trained psychiatrist and included a Structured Questionnaire for DSM-IV Axis I and II Structured Clinical Interview for DSM-IV (SCID-I and II) (American Psychiatric Publishing Inc, Arlington, 1997). Chromosome analysis (karyotyping), clinical examination, and testosterone assessment confirmed that the MtF-TR were genetically and phenotypically males.

Sexual orientation was assessed using the Kinsey Heterosexual/Homosexual scale (0 = exclusively heterosexual, 6 = exclusively homosexual) for the type of sexual contacts, sexual fantasies, and attraction (Kinsey et al. 2003). In addition to scoring themselves on the Kinsey scale (which is based on self-identification), the subjects also participated in interviews regarding 3D of sexual orientation (fantasy, romantic attraction, and sexual behavior) over consecutive 5-year historical time periods, from age 16 to the present (Chung 1996). All decisions about subjects' sexual orientation were made in ignorance of the subjects' MR data as described previously (Berglund et al. 2006, 2008; Savic and Lindstrom 2008).

Seventeen of the recruited MtF-TRs conveyed at the time of the scan experienced of only female sexual partners (and rated Kinsey 0–2), the remaining 7 never had a sexual partner but stated clear attraction to women and not men. The MtF-TR were, thus, nonhomosexual, attracted to women, and will throughout the manuscript be referred to as gynephilic (Smith et al. 2005) (autogynephillic according to Blanchard's classification). All reported a relatively early (usually at puberty) awareness of gender dysphoria.

None of the subjects had a history of neurological or psychiatric disorders (other than gender dysphoria) or brain injury. Before inclusion, a detailed history was obtained from each subject, including possible use of unregulated hormone supplements and synthetic steroids not prescribed by a physician. All the subjects declared that they had never received hormonal treatment nor were they on any medication at the time of the study. Their statement was deemed reliable and confirmed by repeated tests of hormonal levels, which were significantly lower than those of HeW and not significantly altered compared with the values of HeM (Table 1).

The 3 groups were matched for educational level (number of school years) (14 ± 2 years HeM, 15 ± 3 years HeW, and 15 ± 2 years MtF-TR).

jane.mcgraw@ropesgray.com  ·  February 21, 2025  ·  Read articles at www.DeepDyve.com

**Table 1**
Hormone levels

| Group | S-testosterone, active (nmol/L) | S-testosterone total (nmol/L) | S-prolactin (mg/L) | S-FSH (U/L) | S-LH (U/L) | S-oestradiol (pmol/L) |
|---|---|---|---|---|---|---|
| MtF-TR | 9.3 ± 1.0 | 15.2 ± 5.7 | 7.8 ± 2.5 | 4.3 ± 3.1 | 3.9 ± 2.1 | 69 ± 50 |
| HeM | 7.8 ± 2.4 | 11.8 ± 3.2 | 8.4 ± 5.7 | 4.4 ± 1.9 | 5.1 ± 2.3 | 49 ± 37 |
| HeW | 1.0 ± 3.2 | 2.9 ± 3.8 | 9.6 ± 3.6 | 13.6 ± 26.1 | 10.4 ± 11.8 | 141 ± 3 |

Note: FSH, follicle stimulating hormone; LH, luteinizing hormone. Plasma oestradiol level in the transsexual patients ranged between 12 and 120 pmol/L, in HeW between 31 and 382 pmol/L, in HeM between 4 and 93 pmol/L. Plasma oestradiol was significantly higher and testosterone significantly lower in HeW in relation to both HeM and Mtf-TR and HeM (one-way ANOVA with Scheffe's post hoc test. $F = 16$–51; $P < 0.0001$ for all the comparisons). Values are expressed as means and standard deviations. Hormone values were measured with appropriate Coat-A-Count RIA (Diagnostics Product Corporation), according to manufacturer's instructions.

## MR Acquisition

Structural images were acquired on a GE 1.5-T Sigma 5.X scanner (General Electric), including 3D-weighted $T_1$ Spoiled GRASS sequence (SPGR) images with 1-mm sections as described previously (Ciumas and Savic 2006). Briefly, the MRI protocol consisted of axial $T_2$-weighted fast spin echo images (effective time echo [TE] = 56 ms, time repetition [TR] = 2500 ms, field of view [FOV] = 24 cm, 23 slices of 3-mm thickness), and axial $T_1$-weighted 3D spoiled GRASS images (SPGR, TE = 7 ms, TR = 23 ms, FOV = 24 cm, flip angle = 50°, 124–156 slice partitions of 1-mm thickness, 2 NEX).

## Voxel-Based Morphometry

Voxel-based morphometry (Ashburner 2007) was performed using the Gaser toolbox (http://dbm.neuro.uni-jena.de/vbm/) with SPM 5 (The Wellcome Department of Imaging Neuroscience, University College London; www.fil.ion.ucl.ac.uk/spm/) and Matlab 7.3 (Math Works). The VBM preprocessing included 5 steps:

1) Check for scanner artifacts and gross anatomical abnormalities for each subject.
2) Set of image origin at the anterior commissure AC.
3) Use of Hidden Markov Random Field option in the segmentation of the VBM5 toolbox to minimize the noise level of the segmentation.
4) Use of DARTEL toolbox for a high-dimensional normalization protocol. We followed John Ashburner's chapter in its standard version including the Montreal Neurological Institute (MNI) space transformation (Ashburner 2007). To restore original volume information within each voxel, voxel values in the segmented images were modulated (multiplied) by the Jacobian determinants derived from the spatial normalization step. The analysis of modulated data allowed direct comparisons of regional differences in the amount of each tissue type.
5) Check for homogeneity across sample and use the standard version of the smoothing (8 mm). After preprocessing, smoothed modulated normalized data were obtained and used for the statistical analysis. These smoothed modulated GM volumes are hereafter referred to as GM, WM, and cerebrospinal fluid (CSF).

## Delineation of Volumes of Interest

Homologous volumes of interest (VOIs) were delineated manually in the hippocampus, caudate, and putamen—regions, which in previous studies have been suggested to be sexually dimorphic. Furthermore, the thalamus volume was delineated post hoc to the VBM analysis because it showed a significant group difference in this region (see Results). The set of VOIs also included the right and left cerebral hemisphere to allow evaluation of possible hemispheric asymmetries.

All the volumes were delineated on original, unreformatted $T_1$ images using MRIcro software (www.sph.sc.edu/comd/rorden/mricro.html) by 2 investigators, who were uninformed about the identity of the subjects, their sex, and their sexual identity. Values presented in Results and Table 2 were generated by investigator 1, who analyzed all the data (investigator 2 analyzed structural volumes from 15 randomized subjects in each study group). VOIs were outlined according to previously described protocols (Ciumas and Savic 2006; Helms et al. 2006; Savic and Lindstrom 2008).

**Table 2**
Structural volumes

| Region | Female controls, $N = 24$ | Male controls, $N = 24$ | MTF transsexuals, $N = 23$ |
|---|---|---|---|
| R Caudate | 4.2 ± 0.4 | 4.8 ± 0.4 | 4.9 ± 0.6 |
| L Caudate | 4.3 ± 0.4 | 4.9 ± 0.6 | 4.8 ± 0.6 |
| R Putamen | 4.4 ± 0.4 | 5.0 ± 0.7 | 4.5 ± 0.8[a] |
| L Putamen | 4.3 ± 0.4 | 4.9 ± 0.8 | 4.5 ± 0.6[b] |
| R Hippocampus | 3.1 ± 0.5 | 3.4 ± 0.4 | 3.2 ± 0.6[c] |
| L Hippocampus | 3.2 ± 0.4 | 3.2 ± 0.3 | 3.0 ± 0.6[d] |
| R Thalamus | 6.6 ± 0.7 | 7.6 ± 0.9 | 6.9 ± 0.8[e] |
| L Thalamus | 6.4 ± 0.6 | 7.1 ± 0.8 | 6.5 ± 0.7[f] |
| Total tissue volume | 1201 ± 89[g] | 1384 ± 101 | 1335 ± 122 |
| Total brain volume | 1425 ± 146[g] | 1657 ± 123 | 1654 ± 165 |
| Total GM volume | 675 ± 44[g] | 785 ± 61 | 780 ± 44 |
| Total WM volume | 442 ± 45[g] | 520 ± 46 | 506 ± 72 |
| Right hemisphere | 557 ± 36[g] | 621 ± 33 | 598 ± 33 |
| Left hemisphere | 558 ± 35[g] | 613 ± 38 | 592 ± 33 |

Note: Structural volumes in the respective subject group. Numbers express cm$^3$ (mean and standard deviation). Significance levels for the caudate, putamen, hippocampus, and thalamus are calculated on the basis of VOI/total brain tissue ratios. a–h indicate group difference.
[a]Lower in Mtf-TR in relation to HeM $P = 0.03$ and HeW $P = 0.006$.
[b]Lower in Mtf-TR in relation to HeM $P = 0.003$ and HeW $P = 0.02$.
[c]Lower in Mtf-TR in relation to HeM $P = 0.002$.
[d]Higher in HeW in relation to MtF-TR $P < 0.0001$ and HeM $P = 0.0006$.
[e]Lower in Mtf-TR in relation to HeM $P = 0.016$ and HeW $P = 0.04$.
[f]Lower in Mtf-TR in relation to HeM $P = 0.03$ and HeW $P = 0.013$.
[g]Lower in HeW in relation to both HeM and MtF-TR, $P < 0.0001$.

## The Hippocampus

In summary, the hippocampus was traced according to the protocol of Watson et al. (1992). The posterior boundary of the hippocampus was defined as the first image in which the crus of the fornix became visible. The superior boundary consisted of the alveus; the lateral boundary was the inferior corn of the lateral ventricle; the ambient cistern was the medial boundary, whereas the WM of the parahippocampal gyrus represented the inferior boundary. The hippocampus VOI included the tail of the hippocampus.

## The Caudate Nucleus

The caudate nuclei were traced separately according to Raz et al. (2005). The lateral ventricle was used as the medial boundary; the subcallosal fasciculus served as the anterior boundary, the stria terminalis was the posterior boundary (identified by a change in signal intensity relative to the caudate nucleus), and the anterior limb of the internal capsule served as the lateral boundary. The region of interest included the head, the body of the caudate, and the tail (excluding the portion that turned anterior). The nucleus accumbens was excluded as well.

## The Putamen

The delineation of the putamen started in the first slice where it became visible laterally to the caudate. The superior boundary was defined by the corona radiata, the internal capsule was the medial border, and the lateral border was the external capsule. The posterior limit was the point at which the putamen was no longer visible in the corona radiata. The lower limit was just above the amygdala,

jane.mcgraw@ropesgray.com  ·  February 21, 2025  ·  Read articles at www.DeepDyve.com

excluding nucleus accumbens, when the operator could see the most inferior aspect of the third ventricle, and the chiasmatic cistern was no longer visible.

*The Thalamus*
The 2 thalami were disconnected between the 2 smallest cross-sections through the massa intermedia in the sagittal plane. The thalamus volumes included the centromedian, ventral anterior, ventral lateral, ventral posterior, lateral posterior, lateral dorsal, and medial dorsal nuclei, the pulvinar and the anterior nuclear group, the midline nuclei, the intralaminar, centrolateral, and the reticular nucleus. The borders of the thalamus were determined by anatomical landmarks as described by Kretschmann and Weinrich (1995) and using the Duvernoy atlas. The anterior border was defined at the level of the anterior end of the third ventricle and the interthalamic adhesion. The inferior margin was defined as the superior border of the midbrain structures, and the medial margin was the wall of the third ventricle and the interthalamic adhesion. The lateral margin of the thalamus was defined as the medial border of the posterior limb of the internal capsule, and the superior margin as the body of the lateral ventricle. The posterior border was demarcated as the section showing the fornices in their entire width in the coronal plane. The medial and lateral geniculate bodies were excluded.

The cerebral hemispheres were delineated on every second coronal slice of the individual MR images. The same coronal section was displayed in parallel windows to avoid overlapping demarcation. Cerebral hemispheres were divided at the midline in the coronal plane by a hand-drawn line connecting the measured midpoint of the corpus callosum with the midpoint of the hypothalamus, third ventricle, and cerebral aqueduct (Savic and Lindstrom 2008). The respective VOI included ventricles and ended in the caudal direction at the level of the superior colliculum, as described previously. Thus, the subcortical regions, brainstem, and cerebellum were separated from the remaining brain and not included.

The hippocampus was delineated on coronal images, the other structures on horizontal sections. All the volumes were then viewed and corrected on coronal, horizontal as well as sagittal images.

Venous blood samples were collected in the morning to assess plasma levels of sex hormones (Chemical Laboratory Diagnostics at the Karolinska University Hospital).

*Statistical Analysis*
Age and education difference, as well as difference in the total intracranial volume (TIV), calculated as (GM + WM + CSF), and the total tissue volume (GM + WM) was tested with one way analysis of variance (ANOVA), using group as the factor of variance ($P < 0.05$). One way ANOVA was also employed for group comparisons in total GM and WM volumes but using the intracranial volume as covariate.

*VBM*
Group differences in regional GM and WM volume were tested with flexible factorial design in SPM5 (voxel threshold $P < 0.001$, minimum cluster size 0.4 cm³) using age and the total GM volume or total WM volume, as a covariate of no interest (the latter to adjust for individual age differences and potential sex dimorphism in the whole GM and WM volume, respectively). The coordinates are reported in MNI space.

*Structural Volumes*
Group differences in brain tissue volume (sum of total GM and WM) and total brain volumes (sum of GM, WM, and CSF) were tested with separate one-way ANOVAs using group as the factor of variance and Fischer's post hoc test ($P < 0.05$). The mean relative values of the 2 homologous VOIs for each type of structure were employed as input function for evaluations of possible group differences in relative structural volumes (VOI/brain ratios) (separate one way ANOVAs with group as the between factor and age as covariate; $P < 0.0125$, after Bonferroni correction for the 4 separate regions).

Asymmetry in hemispheric volumes and in the homologous volumes of the hippocampus, caudate, putamen, and thalamus was first tested in each group with paired t tests ($P < 0.01$ because of the Bonferroni correction for the 5 investigated regions). Possible group differences in asymmetry indices (right/left hemisphere, right/left structural volume) were then evaluated using one-way ANOVA ($P < 0.01$ with Bonferroni correction for the 5 comparisons), and Fisher's post hoc test ($P < 0.05$). The interrater variability was calculated using simple regression (Pearson's coefficient)

## Results

The groups did not differ in age or education, and no significant difference was detected between HeM and MtF-TR in sex hormone levels (Table 1). No gross anatomical abnormalities were found as judged by an experienced neuroradiologist. One subject (MtF-TR) was excluded because of movement artifacts during the scan. After the segmentation and normalization, no outlier was found when checking for homogeneity, and no further subjects had to be excluded from the analysis.

Group difference was found in the total brain tissue volume (degrees of freedom [df] = 2, $F$ = 17.8, $P < 0.0001$, one way ANOVA), which was smaller in HeW compared than in HeM and MtF-TR ($P < 0.0001$, Fischer's post hoc test); no difference was found between HeM and MtF-TR ($P = 0.726$, Table 2). HeW had also smaller TIV compared with the 2 male groups (df = 2, $F$ = 3.7, $P = 0.029$, Table 2), whereas no group difference was found in the total GM or total WM volume, when using TIV as covariate (df = 2, $F = 1.5$, $P = 0.24$, and df = 2, $F = 1.5$, $P = 0.23$, respectively, Table 2).

### Voxel-Based Morphometry
Differences between HeM and HeW were found in several regions (Table 3, Fig. 1). The GM volume in the lingual gyrus, the cerebellum, right putamen, and left amygdala and perirhinal cortex was larger in HeM. HeW, on the other hand, showed larger GM and WM volumes in the precentral gyrus.

None of these differences were reproduced when comparing HeM with MtF-TR. Differences between MtF-TR and controls were found, instead, in several other regions (Table 3, Fig. 1) and in relation to both HeM and HeW. They were constituted by increases in GM volume in MtF-TR in the right temporo-parietal junction (around the angular gyrus and in the posterior portion of the superior temporal gyrus), the right inferior frontal and insular cortex, and decreases in GM volumes in the thalamus. Post hoc recalculation with false discovery rate ($P < 0.05$) did not change the results.

### Structural Volumetry
Differences in regional structural volumes were detected in the:

- relative "thalamus volume" (df = 2, $F$ = 5.6, $P = 0.005$), which was smaller in MtF-TR than in HeM ($P = 0.005$) as well as HeW ($P = 0.010$);
- relative "putamen volume," which, again, was smaller in MtF-TR than in both control groups ([df = 2, $F$ = 5.8, $P = 0.004$]; $P = 0.001$ for MtF-TR vs. HeM and $P = 0.002$ for MtF-TR vs. HeW, Fischer's post hoc test). Neither the thalamus nor the putamen volume differed between HeM and HeW;
- relative "hippocampus volume" (df = 2, $F$ = 6.5, $P = 0.003$), which was larger in HeW compared with both

**2528** Sex Dimorphism in Transsexuals · Savic and Arver

jane.mcgraw@ropesgray.com · February 21, 2025 · Read articles at www.DeepDyve.com

**Table 3**
Group differences in GM and WM volumes

| Region | GM volume | | | WM volume | | |
|---|---|---|---|---|---|---|
| | Z level | Size, cm³ | Coordinates | Z level | Size, cm³ | Coordinates |
| Male controls—female controls | | | | | | |
| L amygdala + enthorinal cortex | 4.7 | 1.4 | −17, −2, −21 | | | |
| R putamen | 4.0 | 3.2 | 29, −2, −2 | | | |
| R lingual gyrus | 4.0 | 2.4 | 11, −63, −9 | | | |
| Cerebellum | 5.1 | 4.8 | 27, −90, −22 | | | |
| R superior temporal gyrus | | | | 3.8 | 0.8 | 47, −42, 16 |
| Female controls—male controls | | | | | | |
| Precentral gyrus | 4.2 | 0.8 | 6, −8, 48 | 5.1, 4.7 | 8.8, 6.3 | −30, 0, 29; 29, −8, 45 |
| Subcallosum (BA 24, 32) | 3.9 | 3.6 | −16, 22, −18 | | | |
| R middle frontal gyrus | 4.1 | 2.2 | 46, 38, 17 | | | |
| MTF transsexuals—male controls | | | | | | |
| R superior temporal gyrus + angular gyrus[a] | 5.4 | 3.1 | 49, −40, 18 | | | |
| R insular cortex + parts of inferior frontal gyrus | 5.8 | 3.4 | 39, 15, −16 | | | |
| Male controls—MTF transsexuals | | | | | | |
| Thalamus[b] | 4.3 | 1.9 | 13, −28, 5 | | | |
| R frontal WM | | | | 4.2 | 4.5 | 13, 45, 32 |
| MTF transsexuals—females | | | | | | |
| R insular cortex + inferior frontal gyrus | 5.5 | 2.5 | 41, 16, −12 | | | |
| R superior temporal gyrus + angular gyrus[a] | 5.2 | 3.0 | 52, −33, 16 | | | |
| Lingual gyrus | 5.1 | 2.5 | 10, −89, −22 | | | |
| Cerebellum | 4.6 | 1.4 | −30, −90, −24 | | | |
| Females—MTF transsexuals | | | | | | |
| Thalamus | 5.6 | 2.7 | −1, −13, 5 | | | |
| Pre and postcentral gyrus | 3.9 | 1.4 | −39, −20, 44 | | | |
| Precentral gyrus | 4.1 | 1.4 | −4, −11, 49 | | | |
| Frontal WM (precentral gyrus) | | | | 4.3 | 3.3 | 29, −2, 30 |

Note: Values calculated using height threshold at $P = 0.001$, minimum cluster size 100 voxels (0.4 cc), corrected $P < 0.05$. Values in italics are calculated at $P = 0.001$, corrected $P < 0.1$, and illustrate trend values. MNI coordinates indicate the peak value and the indicated regions coverage of the respective cluster. R, right; L, left.
[a]Covers posterior portion of the superior temporal gyrus, the angular gyrus, and a portion of the inferior parietal cortex.
[b]Covers parts of the L caudate.



**Figure 1.** Group differences in regional GM volume. Colored clusters were calculated from the following group comparisons: (A) HeW-HeM (left), HeM-HeW (right). (B) MtF-TR-HeW (left), HeW-MtF-TR (right). (C) MtF-TR—HeM (left), HeM-MtF-TR (right). Contrast calculated at T corresponding to $P = 0.001$ at pixel level, $P < 0.05$ corrected, minimum cluster size 0.4 cm³. Clusters are superimposed on the standard brain, SPM5. The scale is arbitrary showing T-values between 0 and 6.5. The lines indicate the 3 regions in which the gray matter fraction differed between transsexuals and controls. Notably, these regions were similar independently of whether the controls were men or women.

HeM ($P = 0.01$) and MtF-TR ($P = 0.0012$); this difference was mainly driven by the left hippocampus. No difference was found between MtF-TR and HeM.

No group difference was detected in the caudate volume (df = 2, $F = 1.97$, $P = 0.14$). Table 2 shows values from both sides to illustrate possible effect of side on the overall comparisons.

jane.mcgraw@ropesgray.com · February 21, 2025 · Read articles at www.DeepDyve.com

Interrater reliability ranged from 0.76 to 0.96 (0.76 for the hippocampus, 0.89 the thalamus, 0.95 the cerebral hemispheres, and 0.96 the caudate and putamen).

### Structural Asymmetries

A significant rightward asymmetry was detected in the hemispheric volume in both HeM ($P = 0.002$) and MtF-TR ($P = 0.006$), whereas the 2 hemispheres were symmetrical in HeW ($P = 0.701$) (Table 2). This difference was significant ([df = 2, $F = 4.8$, $P = 0.0016$, one way ANOVA], $P = 0.006$ for the comparison between HeM and HeW, and $P = 0.008$ for the comparison between MtF-TR and HeW, Fischer's post hoc test). Rightward asymmetries were detected in HeM and MtF-TR but not in HeW also in the thalamus ($P = 0.008$ for HeM and $P = 0.010$ for MtF-TR; $P = 0.160$ for HeW) and in HeM in the hippocampus ($P = 0.010$; the corresponding $P$ value for MtF-TR was 0.065 and for HeW 0.470). Whereas the asymmetry index (right/left side) for the hippocampus differed significantly between the groups (df = 2, $F = 6.6$, $P = 0.002$; $P = 0.001$ for HeW vs. HeM and $P = 0.009$ for HeW vs. MtF TR, Fischer's post hoc test), no significant group difference was detected in the thalamus index (df = 2, $F = 1.04$, $P = 0.35$) (Table 2). None of the groups showed asymmetry in the caudate or putamen.

### Discussion

Tentative sex dimorphic features were investigated in a group of healthy MtF-TR in relation to age and education matched right-handed heterosexual male and female controls. Contrary to the primary hypothesis, no sex-atypical features with signs of "feminization" were detected in the transsexual group. Instead, we found significant volume reductions of the thalamus and putamen in MtF-TR and significant increases in GM volumes in an area covering the right angular gyrus and posterior portion of the superior temporal gyrus and in the right insular and inferior frontal cortex.

The volumetry measures primarily included structures previously reported to be sexually dimorphic (Filipek et al. 1994; Raz et al. 1995, 2001, 2004, 2005; Giedd et al. 1997; Neufang et al. 2009). In addition, we investigated the thalamus volume post hoc to the VBM analysis and the putamen volumetry due to the recent finding of GM volume increase in MtF-TR in this region (Luders, Sanchez, et al. 2009). Although sex differences have been described also in the amygdala and cingulate gyrus, these structures were not included in the analysis because the identification of anatomical landmarks in these regions is less reliable, especially when using a 1.5-T scanner.

The presently observed sex differences in controls are congruent with those described in several previous publications. The VBM findings adhere with Good et al. (2001) and Luders et al. (2005), who detected greater relative amounts of GM (volume and concentration, respectively) in the prefrontal gyri and in the inferior frontal cortex in female brains (the latter increase was in the present study detected only at $P < 0.1$ corrected). They are also comparable with Good et al. (2001) and Chen et al. (2007), who reported that men have a larger GM volume in the inferior and mesial temporal cortex, the cerebellum, and the right occipital and lingual gyri. Congruent with previous reports is also the present finding of a significantly elevated hippocampus volume in HeW (Filipek et al. 1994; Murphy et al. 1996; Giedd et al. 1997, 2006). Finally,

in accordance with our earlier observations (Savic and Lindstrom 2008), the hemispheric volumes were symmetrical in HeW but not HeM (Table 2). This agreement with several earlier observations of sex dimorphism in male and female controls adds validity to the present findings in MtF-TR even when considering that the sample size was relatively low. These findings argue against a sex atypical dimorphism in MtF-TR, at least in those who are not androphillic.

VBM data from MtF-TR has previously been published only by Luders, Sanchez, et al. (2009), who did not find any clear signs of cerebral feminization either. They detected, however, an elevated GM volume in the right putamen in MtF-TR in relation to both female and male controls. Our study converges on their findings only when carrying out small volume correction ($z = 2.7$, size 0.3 cc, MNI coordinate −25, 0, −1, $P = 0.037$ for MtF-TR vs. HeM; $z = 3.3$, size 0.5 cc, MNI coordinate −20, −1, 0, $P = 0.037$ for MtF-TR vs. HeW). However, we also investigated putamen's structural volume and found that it was significantly reduced in MtF-TR in relation to both HeM and HeW, which supports the hypothesis that gender dysphoria may be associated with changes in this structure.

MR volumetry outside the hypothalamus has, to the best of our knowledge, hitherto not been reported in transsexuals, and the presently observed reductions of the thalamus and putamen volumes in MtF-TR have no precedents. Neither have increases of GM volumes in the temporoparietal junction, and the insular and inferior frontal cortex been described earlier. These findings need further validation with larger samples, and their origin is currently unknown. Any interpretation must, therefore, proceed cautiously and can at this point only be highly speculative.

The principal feature of gender dysphoria is a strong and persistent identification with the opposite sex and a strong discomfort with one's birth sex, often with a feeling of being trapped in the wrong body (Becker and Mester 1996). There is no evidence that this feeling is caused by a general sensory deficit in transsexual persons. Own body and self-perception is, according to current literature, related to both sensory and cognitive processes (Northoff et al. 2006). Sensory processes include perception of physical stimuli from one's own body, which depends on sensory and motor feedback mechanisms by means of which the consequences of the movements/actions are related to the own person (Gallagher and Frith 2003). The cognitive component of own body perception encompasses propositional knowledge about one's self and incorporates episodic and autobiographical memories (Rekkas and Constable 2005). Several studies propose that own body perception involves networks in the temporo-parietal, inferior parietal cortex, the inferior frontal, and insular cortex (Blanke et al. 2002, 2004; Adamovich et al. 2009; Hodzic et al. 2009), and their connections with the putamen and thalamus (Leichnetz 2001). Thus, theoretically, the experience of dissociation of the self from the body may be a result of failure to integrate complex somatosensory and memory processes executed by these networks. Such disintegration accords with the present findings and could, perhaps, explain recent observation of poorer parietal cortex activation during a spatial orientation task in MtF-TR compared with male controls (Carillo et al. 2010). However, it is difficult to explain how such disintergration can be linked to a dysphoria restricted to the own body's sex characteristics. Moreover, even if a link exists, it is uncertain whether the here observed morphometric

jane.mcgraw@ropesgray.com · February 21, 2025 · Read articles at www.DeepDyve.com

features in transsexual patients underpin their gender identity or are a consequence of being transsexual. One highly speculative thought is that the enlargement of the GM volume in the insular and inferior frontal cortex and the superior temporal-angular gyrus could derive from a constant rumination about the own body. Brain tissue enlargement has been detected in response to training, and GM enlargement of the insular cortex has been reported in response to meditation, which involves mental focusing on the own body (Holzel et al. 2008; Luders, Toga, et al. 2009; Vestergaard-Poulsen et al. 2009). Alternatively, entirely other variables may be independently affecting both the expression of a transsexual identity and the neuroanatomy in transsexuals leading to the observed association between both. Of note is also that regional GM and WM is a composite measure of different microunits, such as neuronal bodies, dendrites, synapses, axons, myelin, glia cells, and others, and an enlargement or reduction of GM volume cannot be directly translated to function. It should be emphasized that the present data, being focused on extra hypothalamic structures, do not disapprove previous reports about sex-atypical hypothalamic dimorphism in transsexuals (Swaab et al. 1992; Zhou et al. 1995). Furthermore, they were generated exclusively from investigations of nonhomosexual, gynephillic MtF-TR. The issue of possible cerebral difference between gynephillic and androphillic (homosexual) MtF-TR and also between androphillic MtF-TR and homosexual healthy men is of special interest and needs to be addressed separately in future studies. Additional studies of the relationship between brain structure and function in transsexual persons and also extending the material to female to male transsexuals are necessary to more precisely interpret the present observations.

***Methodological Strengths and Limitations***
A few methodological aspects deserve a comment. First of all, one may argue that our limited sample size could hamper reliable detection of group differences. However, as already mentioned, differences were found between HeM and HeW in regions previously reported to be sexually dimorphic, and similar differences were also detected between MtF-TR and HeW but not between MtF-TR and HeM. Consequently, it is difficult to disregard the present findings simply on the basis of group size. Another potential methodological concern is difference in brain size. Because of their larger brains, the outer brain limits in men are farther away from the center of the coil in the MR scanner and, therefore, could be located in less homogenous parts of the field. As a consequence, sex differences in GM volumes in the most peripheral parts from the center of the brain (frontal pole, pre- and postcentral gyrus, occipital pole) could be a potential confound. This in turn could result in lower signal intensity in these locations leading to regionally decreased GM in male subjects. While our findings of lower GM volume in the precentral gyrus in men could be in agreement with this assumption they are incompatible with the enlarged GM volume in the lingual gyrus in men and the fact that other structures located far from the center of the coil, such as the frontal pole, did not show a lower GM volume in HeM or MtF-TR. Furthermore, when comparing GM between females and males of matched brain size larger regional GM volumes were still demonstrated in females (Luders, Gaser, et al. 2009). Also of note is that the whole brain volume did not differ between MtF-TR and HeM in the present study.

The differences observed in our age-matched samples of adults might not be reproduced in older subjects.

MR volumetry was applied as a complement to VBM because of its higher sensitivity to detect regional changes. VBM, on the other hand, allowed explorative analyses, and by using the 2 methods in tandem, it was possible to extend previous information about brain and gender dysphoria by adding data from several cortical and subcortical regions outside the hypothalamus. That the present set of VOIs was reliably delineated is suggested by the high interrater reliability, and the congruence between the present and previously reported volume measures.

While changes in the thalamus were detected with both VBM and structural volumetry, they were found in the putamen only with the latter approach. A similar disparity has been described earlier (Ciumas and Savic 2006) and is not surprising, as the 2 methods may show different results in regions with well-defined structural landmarks but a poor gray-WM contrast. In such regions, volumetric measures are usually more reliable.

Finally, we would like to emphasize that at variance to previous reports, the investigated study groups were homogenous with respect to sexual orientation. This is essential considering that structural differences have been detected between homo and heterosexual persons (Savic and Lindstrom 2008). Also, the testosterone and estrogen levels were tested at the time of the scan in each patient and showed that levels in MtF-TR were significantly lower than those in women but not different from male controls (Table 1), making it improbable that the transsexual subjects were using estrogen substitution (although this could not be explicitly excluded separately for each individual due to the inherently high variability of plasma estrogen).

## Conclusions

The present study does not support the dogma that MtF-TR have atypical sex dimorphism in the brain but confirms the previously reported sex differences in structural volumes, gray, and WM fractions. The observed differences between MtF-TR and controls raise the question as to whether gender dysphoria may be associated with changes in multiple structures and involve a network (rather than a single nodal area).

## Notes

VINNOVA, Swedish Research Council, and Center for Gender Medicine at Karolinska Institute are acknowledged for financial support. We are indepted to Dr Carolina Ciumas, Alexander Berglund, and Claudija Espino for drawing of regions and Elodie André for some technical assistance. *Conflict of Interest*: None declared.

## References

Adamovich SV, August K, Merians A, Tunik E. 2009. A virtual reality-based system integrated with fmri to study neural mechanisms of action observation-execution: a proof of concept study. Restor Neurol Neurosci. 27:209–223.

Ashburner J. 2007. A fast diffeomorphic image registration algorithm. Neuroimage. 38:95–113.

Becker D, Mester R. 1996. Further insights into transsexualism. Psychopathology. 29:1–6.

Bentz EK, Schneeberger C, Hefler LA, van Trotsenburg M, Kaufmann U, Huber JC, Tempfer CB. 2007. A common polymorphism of the SRD5A2 gene and transsexualism. Reprod Sci. 14:705–709.

jane.mcgraw@ropesgray.com  -  February 21, 2025  -  Read articles at www.DeepDyve.com

Berglund H, Lindstrom P, Dhejne-Helmy C, Savic I. 2008. Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous compounds. Cereb Cortex. 18:1900–1908.

Berglund H, Lindstrom P, Savic I. 2006. Brain response to putative pheromones in lesbian women. Proc Natl Acad Sci U S A. 103:8269–8274.

Blanchard R. 1989. The classification and labeling of nonhomosexual gender dysphorias. Arch Sex Behav. 18:315–334.

Blanchard R. 1993. Varieties of autogynephilia and their relationship to gender dysphoria. Arch Sex Behav. 22:241–251.

Blanchard R, Clemmensen LH, Steiner BW. 1987. Heterosexual and homosexual gender dysphoria. Arch Sex Behav. 16:139–152.

Blanchard R, Dickey R, Jones CL. 1995. Comparison of height and weight in homosexual versus nonhomosexual male gender dysphorics. Arch Sex Behav. 24:543–554.

Blanke O, Landis T, Spinelli L, Seeck M. 2004. Out-of-body experience and autoscopy of neurological origin. Brain. 127:243–258.

Blanke O, Ortigue S, Landis T, Seeck M. 2002. Stimulating illusory own-body perceptions. Nature. 419:269–270.

Carillo BG, Gómez-Gil E, Rametti G, Junque C, Gomez A, Karadi K, Sgovia S, Guillamon A. 2010. Cortical activation during mental rotation in male-to-female and female-to-male transsexuals under hormonal treatment. Psychoneuroendocrinology. 35(8):1213–1222.

Carne RP, Vogrin S, Litewka L, Cook MJ. 2006. Cerebral cortex: an MRI-based study of volume and variance with age and sex. J Clin Neurosci. 13:60–72.

Chen X, Sachdev PS, Wen W, Anstey KJ. 2007. Sex differences in regional gray matter in healthy individuals aged 44–48 years: a voxel-based morphometric study. Neuroimage. 36:691–699.

Chung YB, Katayama M. 1996. Assessment of sexual orientation in lesbian/gay/bisexual studies. J Homosex. 30:49–62.

Ciumas C, Savic I. 2006. Structural changes in patients with primary generalized tonic and clonic seizures. Neurology. 67:683–686.

Cohen-Kettenis PT, Gooren LJ. 1999. Transsexualism: a review of etiology, diagnosis and treatment. J Psychosom Res. 46:315–333.

Filipek PA, Richelme C, Kennedy DN, Caviness VS Jr. 1994. The young adult human brain: an MRI-based morphometric analysis. Cereb Cortex. 4:344–360.

Gallagher HL, Frith CD. 2003. Functional imaging of "theory of mind". Trends Cogn Sci. 7:77–83.

Garcia-Falgueras A, Swaab DF. 2008. A sex difference in the hypothalamic uncinate nucleus: relationship to gender identity. Brain. 131:3132–3146.

Giedd JN, Castellanos FX, Rajapakse JC, Vaituzis AC, Rapoport JL. 1997. Sexual dimorphism of the developing human brain. Prog Neuropsychopharmacol Biol Psychiatry. 21:1185–1201.

Giedd JN, Clasen LS, Lenroot R, Greenstein D, Wallace GL, Ordaz S, Molloy EA, Blumenthal JD, Tossell JW, Stayer C, et al. 2006. Puberty-related influences on brain development. Mol Cell Endocrinol. 254–255:154–162.

Goldstein JM, Seidman LJ, Horton NJ, Makris N, Kennedy DN, Caviness VS Jr, Faraone SV, Tsuang MT. 2001. Normal sexual dimorphism of the adult human brain assessed by in vivo magnetic resonance imaging. Cereb Cortex. 11:490–497.

Good CD, Johnsrude I, Ashburner J, Henson RN, Friston KJ, Frackowiak RS. 2001. Cerebral asymmetry and the effects of sex and handedness on brain structure: a voxel-based morphometric analysis of 465 normal adult human brains. Neuroimage. 14:685–700.

Green R, Keverne EB. 2000. The disparate maternal aunt-uncle ratio in male transsexuals: an explanation invoking genomic imprinting. J Theor Biol. 202:55–63.

Helms G, Ciumas C, Kyaga S, Savic I. 2006. Increased thalamus levels of glutamate and glutamine (Glx) in patients with idiopathic generalised epilepsy. J Neurol Neurosurg Psychiatry. 77:489–494.

Hodzic A, Kaas A, Muckli L, Stirn A, Singer W. 2009. Distinct cortical networks for the detection and identification of human body. Neuroimage. 45:1264–1271.

Holzel BK, Ott U, Gard T, Hempel H, Weygandt M, Morgen K, Vaitl D. 2008. Investigation of mindfulness meditation practitioners with voxel-based morphometry. Soc Cogn Affect Neurosci. 3:55–61.

Kinsey AC, Pomeroy WR, Martin CE. 2003. Sexual behavior in the human male. Am J Public Health. 93:894–898.

Kovalev VA, Kruggel F, von Cramon DY. 2003. Gender and age effects in structural brain asymmetry as measured by MRI texture analysis. Neuroimage. 19:895–905.

Kretschmann HJ, Weinrich W. 1995. Comprehensive and specialty practice-related education in preclinical teaching exemplified by neuroanatomy. Med Klin (Munich). 90:166–169.

Kruijver FP, Zhou JN, Pool CW, Hofman MA, Gooren LJ, Swaab DF. 2000. Male-to-female transsexuals have female neuron numbers in a limbic nucleus. J Clin Endocrinol Metab. 85:2034–2041.

Lawrence AA. 2005. Sexuality before and after male-to-female sex reassignment surgery. Arch Sex Behav. 34:147–166.

Leichnetz GR. 2001. Connections of the medial posterior parietal cortex (area 7m) in the monkey. Anat Rec. 263:215–236.

Luders E, Gaser C, Narr KL, Toga AW. 2009. Why sex matters: brain size independent differences in gray matter distributions between men and women. J Neurosci. 29:14265–14270.

Luders E, Narr KL, Thompson PM, Woods RP, Rex DE, Jancke L, Steinmetz H, Toga AW. 2005. Mapping cortical gray matter in the young adult brain: effects of gender. Neuroimage. 26:493–501.

Luders E, Sanchez EJ, Gaser C, Toga AW, Narr KL, Hamilton LS, Vilain E. 2009. Regional gray matter variation in male-to-female transsexualism. Neuroimage. 46:904–907.

Luders E, Toga AW, Lepore N, Gaser C. 2009. The underlying anatomical correlates of long-term meditation: larger hippocampal and frontal volumes of gray matter. Neuroimage. 45:672–678.

Murphy DG, DeCarli C, McIntosh AR, Daly E, Mentis MJ, Pietrini P, Szczepanik J, Schapiro MB, Grady CL, Horwitz B, et al. 1996. Sex differences in human brain morphometry and metabolism: an in vivo quantitative magnetic resonance imaging and positron emission tomography study on the effect of aging. Arch Gen Psychiatry. 53:585–594.

Neufang S, Specht K, Hausmann M, Gunturkun O, Herpertz-Dahlmann B, Fink GR, Konrad K. 2009. Sex differences and the impact of steroid hormones on the developing human brain. Cereb Cortex. 19:464–473.

Nopoulos P, Flaum M, O'Leary D, Andreasen NC. 2000. Sexual dimorphism in the human brain: evaluation of tissue volume, tissue composition and surface anatomy using magnetic resonance imaging. Psychiatry Res. 98:1–13.

Northoff G, Heinzel A, de Greck M, Bermpohl F, Dobrowolny H, Panksepp J. 2006. Self-referential processing in our brain—a meta-analysis of imaging studies on the self. Neuroimage. 31:440–457.

Oldfield RC. 1971. The assessment and analysis of handedness: the Edinburgh inventory. Neuropsychologia. 9:97–113.

Paus T, Tomaiuolo F, Otaky N, MacDonald D, Petrides M, Atlas J, Morris R, Evans AC. 1996. Human cingulate and paracingulate sulci: pattern, variability, asymmetry, and probabilistic map. Cereb Cortex. 6:207–214.

Raz N, Gunning-Dixon F, Head D, Rodrigue KM, Williamson A, Acker JD. 2004. Aging, sexual dimorphism, and hemispheric asymmetry of the cerebral cortex: replicability of regional differences in volume. Neurobiol Aging. 25:377–396.

Raz N, Gunning-Dixon F, Head D, Williamson A, Acker JD. 2001. Age and sex differences in the cerebellum and the ventral pons: a prospective MR study of healthy adults. ANJR Am J Neuroradiol. 22:1161–1167.

Raz N, Lindenberger U, Rodrigue KM, Kennedy KM, Head D, Williamson A, Dahle C, Gerstorf D, Acker JD. 2005. Regional brain changes in aging healthy adults: general trends, individual differences and modifiers. Cereb Cortex. 15:1676–1689.

Raz N, Torres IJ, Acker JD. 1995. Age, gender, and hemispheric differences in human striatum: a quantitative review and new data from in vivo MRI morphometry. Neurobiol Learn Mem. 63:133–142.

Rekkas PV, Constable RT. 2005. Evidence that autobiographic memory retrieval does not become independent of the hippocampus: an fMRI study contrasting very recent with remote events. J Cogn Neurosci. 17:1950–1961.

jane.mcgraw@ropesgray.com  ·  February 21, 2025  ·  Read articles at www.DeepDyve.com

Savic I, Berglund H, Lindstrom P. 2005. Brain response to putative pheromones in homosexual men. Proc Natl Acad Sci U S A. 102:7356–7361.

Savic I, Lindstrom P. 2008. PET and MRI show differences in cerebral asymmetry and functional connectivity between homo- and heterosexual subjects. Proc Natl Acad Sci U S A. 105:9403–9408.

Schlaepfer TE, Harris GJ, Tien AY, Peng L, Lee S, Pearlson GD. 1995. Structural differences in the cerebral cortex of healthy female and male subjects: a magnetic resonance imaging study. Psychiatry Res. 61:129–135.

Smith YL, van Goozen SH, Kuiper AJ, Cohen-Kettenis PT. 2005. Transsexual subtypes: clinical and theoretical significance. Psychiatry Res. 137:151–160.

Swaab DF. 2007. Sexual differentiation of the brain and behavior. Best Pract Res Clin Endocrinol Metab. 21:431–444.

Swaab DF, Gooren LJ, Hofman MA. 1992. Gender and sexual orientation in relation to hypothalamic structures. Horm Res. 2(Suppl 38):51–61.

Toga AW, Thompson PM. 2003. Mapping brain asymmetry. Nat Rev Neurosci. 4:37–48.

van Goozen SH, Slabbekoorn D, Gooren LJ, Sanders G, Cohen-Kettenis PT. 2002. Organizing and activating effects of sex hormones in homosexual transsexuals. Behav Neurosci. 116:982–988.

Vestergaard-Poulsen P, van Beek M, Skewes J, Bjarkam CR, Stubberup M, Bertelsen J, Roepstorff A. 2009. Long-term meditation is associated with increased gray matter density in the brain stem. Neuroreport. 20:170–174.

Watson C, Andermann F, Gloor P, Jones-Gotman M, Peters T, Evans A, Olivier A, Melanson D, Leroux G. 1992. Anatomic basis of amygdaloid and hippocampal volume measurement by magnetic resonance imaging. Neurology. 42:1743–1750.

Yucel M, Stuart GW, Maruff P, Velakoulis D, Crowe SF, Savage G, Pantelis C. 2001. Hemispheric and gender-related differences in the gross morphology of the anterior cingulate/paracingulate cortex in normal volunteers: an MRI morphometric study. Cereb Cortex. 11:17–25.

Zhou JN, Hofman MA, Gooren LJ, Swaab DF. 1995. A sex difference in the human brain and its relation to transsexuality. Nature. 378:68–70.

jane.mcgraw@ropesgray.com  -  February 21, 2025  -  Read articles at www.DeepDyve.com

# EXHIBIT K

# The Journal of Sexual Medicine

Official Journal of the International Society for Sexual Medicine

VOLUME 9, NUMBER 3                    IMPACT FACTOR: 3.957                    MARCH 2012

## EDITORIAL

637    Playing Dominoes with Sexual Medicine
       *I. Goldstein*

## JSM HIGHLIGHTS

### CONTINUING MEDICAL EDUCATION

640    Sexual Function: Diagnosis and Management of Sexual Dysfunction

641    Cardiometabolic Risk and Female Sexual Health: The Princeton III Summary
CME    *M. Miner, K. Esposito, A. Guay, P. Montorsi, and I. Goldstein*

652    CME Multiple Choice Questions

### SURGICAL TECHNIQUES

653    Placement of Quadratic Male Sling
       *E. Rhee*

### SURVEY OF LITERATURE

657    Current Literature Review
       *N. N. Kim, A. H. Clayton, R. N. Pauls, H. Porst, and M. Krychman*

## REVIEW

663    Men's Health: Sexual Dysfunction, Physical, and Psychological Health—Is There a Link?
       *H. M. Tan, S. F. Tong, and C. C. K. Ho*

## ORIGINAL RESEARCH

### EPIDEMIOLOGY

672    An Event-Level Analysis of Adding Exogenous Lubricant to Condoms in a Sample of Men Who Have Vaginal Sex with Women
       *M. Reece, K. Mark, D. Herbenick, D. J. Hensel, S. Jawed-Wessel, and B. Dodge*

679    Association of Erectile Dysfunction with Atopic Dermatitis: A Population-Based Case-Control Study
       *S.-D. Chung, J. J. Keller, and H.-C. Lin*

686    A Population-Based Study on the Association between Gastric Ulcers and Erectile Dysfunction in Taiwan
       *J. J. Keller, H.-Y. Lin, S.-D. Chung, and H.-C. Lin*

### BASIC SCIENCE

694    Flibanserin and 8-OH-DPAT Implicate Serotonin in Association between Female Marmoset Monkey Sexual Behavior and Changes in Pair-Bond Quality
       *Y. Aubert, M. L. Gustison, L. A. Gardner, M. A. Bohl, J. R. Lange, K. A. Allers, B. Sommer, N. A. Datson, and D. H. Abbott*

### OUTCOMES ASSESSMENT

708    The Female Genital Self-Image Scale (FGSIS): Validation among a Sample of Female College Students
       *A. L. DeMaria, A. V. Hollub, and D. Herbenick*

### ANATOMY/PHYSIOLOGY

719    Is the Female G-Spot Truly a Distinct Anatomic Entity?
       *A. Kilchevsky, Y. Vardi, L. Lowenstein, and I. Gruenwald*

## ORIGINAL RESEARCH

continued...

727 Safer Sex as the Bolder Choice: Testosterone Is Positively Correlated with Safer Sex Behaviorally Relevant Attitudes in Young Men
*S. M. van Anders, K. L. Goldey, T. D. Conley, D. J. Snipes, and D. A. Patel*

735 Anencephaly Does Not Cause Structural Alterations in the Fetal Penis
*J. P. M. de Carvalho, W. S. Costa, F. J. B. Sampaio, and L. A. Favorito*

### INTERSEX AND GENDER IDENTITY DISORDERS

743 Female and Male Transgender Quality of Life: Socioeconomic and Medical Differences
*J. Motmans, P. Meier, K. Ponnet, and G. T'Sjoen*

751 Gender Identity Disorder in Twins: A Review of the Case Report Literature
*G. Heylens, G. De Cuypere, K. J. Zucker, C. Schelfaut, E. Elaut, H. V. Bossche, E. De Baere, and G. T'Sjoen*

### COUPLES' SEXUAL DYSFUNCTIONS

758 Postcoital Penile Drug Eruption in a Co-Trimoxazole-Sensitive Patient Following Vaginal Use of Triple Sulfa Vaginal Cream by His Partner
*J. Zargooshi, H. Kavoussi, E. Rahmanian, H. Motaee, M. Kohzadi, and S. Nourizad*

### WOMEN'S SEXUAL HEALTH

761 Sexual Function and Distress in Women Treated for Primary Headaches in a Tertiary University Center
*R. E. Nappi, E. Terreno, C. Tassorelli, G. Sances, M. Allena, E. Guaschino, F. Antonaci, F. Albani, and F. Polatti*

770 What is the Impact on Sexual Function of Laparoscopic Treatment and Subsequent Combined Oral Contraceptive Therapy in Women with Deep Infiltrating Endometriosis?
*M. Mabrouk, G. Montanari, N. Di Donato, S. Del Forno, C. Frascà, E. Geraci, G. Ferrini, C. Vicenzi, D. Raimondo, G. Villa, Z. Zukerman, S. Alvisi, and R. Seracchioli*

779 The Effects of Fibromyalgia Syndrome on Female Sexuality: A Controlled Study
*H. Yilmaz, S. D. Yilmaz, H. A. D. Polat, A. Salli, G. Erkin, and H. Ugurlu*

### FSD PHARMACOTHERAPY

786 Female Sexual Function and Gestational Diabetes
*M. C. Ribeiro, M. U. Nakamura, M. de Tubino Scanavino, M. R. Torloni, and R. Mattar*

793 Treatment of Hypoactive Sexual Desire Disorder in Premenopausal Women: Efficacy of Flibanserin in the DAISY Study
*J. Thorp, J. Simon, D. Dattani, L. Taylor, T. Kimura, M. Garcia Jr., L. Lesko, and R. Pyke, on behalf of the DAISY trial investigators*

### PAIN

805 Evaluation of Sexual Function in Brazilian Women with Recurrent Vulvovaginal Candidiasis and Localized Provoked Vulvodynia
*P. C. Giraldo, N. C. Polpeta, C. R. T. Juliato, L. P. Yoshida, R. L. G. do Amaral, and J. E. Junior*

### MEN'S SEXUAL HEALTH

812 Characterization of Hypoactive Sexual Desire Disorder (HSDD) in Men
*L. DeRogatis, R. C. Rosen, I. Goldstein, B. Werneburg, J. Kempthorne-Rawson, and M. Sand*

821 The Effect of Gepirone-ER in the Treatment of Sexual Dysfunction in Depressed Men
*L. F. Fabre, A. H. Clayton, L. C. Smith, I. Goldstein, and L. R. Derogatis*

### ERECTILE DYSFUNCTION

830 Erectile Dysfunction is the Main Determinant of Psychological Distress in Men with Spinal Cord Injury
*A. Barbonetti, F. Cavallo, G. Felzani, S. Francavilla, and F. Francavilla*

837 The Association of eNOS G894T Polymorphism with Metabolic Syndrome and Erectile Dysfunction
*Y.-C. Lee, S.-P. Huang, C.-C. Liu, Y.-H. Yang, H.-C. Yeh, W.-M. Li, W.-J. Wu, C.-J. Wang, Y.-S. Juan, C.-N. Huang, T.-C. Hour, C.-F. Chang, and C.-H. Huang*

844 Nonischemic Priapism Following Penile Tattooing
*J. Zargooshi, E. Rahmanian, H. Motaee, and M. Kohzadi*

# Gender Identity Disorder in Twins: A Review of the Case Report Literature

Gunter Heylens, MD,* Griet De Cuypere, MD, PhD,* Kenneth J. Zucker, PhD,† Cleo Schelfaut, MD,‡
Els Elaut, MSc,* Heidi Vanden Bossche, MSc,§ Elfride De Baere, MD, PhD,¶ and
Guy T'Sjoen, MD, PhD*‡

*Department of Sexology and Gender Problems, Ghent University Hospital, Ghent, Belgium; †Gender Identity Service,
Child, Youth and Family Program, Centre for Addiction and Mental Health, Toronto, ON, Canada; ‡Department of
Endocrinology, Ghent University Hospital, Ghent, Belgium; §Child and Adolescent Gender Clinic, Ghent University
Hospital, Ghent, Belgium; ¶Centre for Medical Genetics, Ghent University Hospital, Ghent, Belgium

DOI: 10.1111/j.1743-6109.2011.02567.x

### ABSTRACT

*Introduction.* The etiology of gender identity disorder (GID) remains largely unknown. In recent literature, increased attention has been attributed to possible biological factors in addition to psychological variables.

*Aim.* To review the current literature on case studies of twins concordant or discordant for GID.

*Methods.* A systematic, comprehensive literature review.

*Results.* Of 23 monozygotic female and male twins, nine (39.1%) were concordant for GID; in contrast, none of the 21 same-sex dizygotic female and male twins were concordant for GID, a statistically significant difference ($P = 0.005$). Of the seven opposite-sex twins, all were discordant for GID.

*Conclusions.* These findings suggest a role for genetic factors in the development of GID. **Heylens G, De Cuypere G, Zucker KJ, Schelfaut C, Elaut E, Vanden Bossche H, De Baere E, and T'Sjoen G. Gender identity disorder in twins: A review of the case report literature. J Sex Med 2012;9:751–757.**

*Key Words.* Twins; Gender Identity Disorder; Genetics; Biologic Factors in GID; Transsexualism

## Introduction

After decades of research, the etiology of gender identity disorder (GID) remains largely unknown. Developmental psychological models have identified temperamental vulnerabilities of the GID child, particular patterns of parent–child interaction, family dynamics, and traumatic events as possible risk factors [1–3], although, in one recent study, there was a failure to identify parental problems [4].

Recent literature has focused more on genetic and other biological factors, rather than on psychological factors, when trying to explain the genesis of GID. Research on biological factors is multifaceted: from size and cell number of different sex-dimorphic brain nuclei [5–7], prenatal exposure to abnormal androgen levels [8], and to genetically based sex hormone abnormalities [9]. The research of Hare et al. [9] provided evidence that male-to-female transsexualism was associated with gene variants responsible for less androgen sensitivity. The percentage of false positives in their control group was, however, extremely high, which weakens the results.

Coolidge et al. [10] studied parents of 314 twins to estimate the prevalence of GID in children and adolescents. They found a 2.3% prevalence and 62% heritability, while 38% of the variance was explained by a nonshared environmental component. These results confirmed the earlier findings of Bailey et al. [11], who, in a retrospective design, found that childhood gender nonconformity was substantially heritable for adult twins. Knafo et al. [12] examined genetic and environmental influences on 3- and 4-year-old twins' atypical gender development based on parental ratings of 5,799 pairs. They concluded that the genetic effects were less strong than the environmental effects, with the exception of behaviorally classified masculine girls.

*Heylens et al.*

Focusing on familial studies, Gómez-Gil et al. [13] reported on a sample of 995 consecutive applicants for sex reassignment surgery and found 12 pairs of transsexual nontwin siblings. The study suggested that although the risk was low, siblings of persons with GID may have a higher risk of being transsexual than the general population. The risk was higher for brothers than sisters of transsexual persons.

Case studies of monozygotic (MZ) and dizygotic (DZ) twins are helpful for investigation of the influence of genetic factors in GID development vs. environmental influences. By researching the literature of twin case studies concordant or discordant for GID, we will focus our evaluation on the role of genetic factors in the development of GID.

**Method**

For the review of case studies on twins with concordant and discordant GID, we searched PubMed, Web of Knowledge/Web of Science, and Google Scholar using the following key words: transsexual, gender identity disorder, twins, genetics. For unpublished data sets, we contacted the authors directly. We also included three twin pairs who attended the Gender Clinic of Ghent University Hospital during the period 1985–2010, from a pool of about 450 attendees and an additional three twin pairs who attended the Child and Adolescent Gender Clinic of Ghent University Hospital. Concerning the case reports examined at our clinic, all twin pairs (as well as their mothers) gave their informed consent to use their data for research. A total of 25 twin pairs (all children) were also available for analysis from the Gender Identity Service at the Centre for Addiction and Mental Health in Toronto, who were evaluated between 1975 and 2011.

**Results**

*Female Twins*

Table 1 shows the data on 13 female twins. Of the eight MZ twin pairs, three (37.5%) were concordant for GID and five (62.5%) were discordant. Of the five DZ twin pairs, all were discordant for GID.

**MZ Female Twins Concordant for GID**

The two MZ twins concordant for GID described by Sadeghi and Fakhrai [14] and Knoblauch et al. [15], respectively, shared certain common features:

**Table 1** Female twin pairs concordant/discordant for gender identity disorder (GID)

| Reference | Zygosity | Concordant/discordant for GID |
|---|---|---|
| Sadeghi and Fakhrai [14] | Monozygotic | Concordant |
| Knoblauch et al. [15] | Monozygotic | Concordant |
| Heylens and De Cuypere | Monozygotic | Concordant |
| Green and Stoller [16] | Monozygotic | Discordant |
| Garden and Rothery [17] | Monozygotic | Discordant |
| Segal [18] | Two monozygotic | Both discordant |
| Zucker [19] | Monozygotic | Discordant |
| Heylens and De Cuypere | Dizygotic | Discordant |
| Zucker [19] | Dizygotic | Discordant |
| Segal [20] | Dizygotic | Discordant |
| Zucker et al. [21] | Dizygotic | Discordant |
| Vujovic et al. [22] | Dizygotic | Discordant |

they both had troublesome childhoods, a difficult relationship with their parents (particularly with the mother), cross-gender behavior since early childhood on, and a good relationship with each other. In contrast, the MZ twins evaluated at our gender clinic in Ghent mentioned no specific problems with their parents, although the communication was rather superficial and the father was often absent. Throughout childhood, the twin sisters were very close, but when growing older, their relationship deteriorated. They both suffered from gender dysphoria since a young age. Going through puberty was very problematic for both of them and they developed anorexia nervosa to put a stop to their female pubertal body development. This problem was never resolved by one of the twin sisters, and her mental state and physical health deteriorated progressively. She died in January 2010 from the consequences of her anorexia. In all three MZ female twins concordant for GID, a normal karyotype of the sex chromosomes and no hormonal abnormalities were found.

**MZ Female Twins Discordant for GID**

Five MZ female twins have been identified in the literature as discordant for GID [16–19]. As they share the same genetic background, we focused our attention in these case reports on the existence of different environmental factors (hormonal and/or psychological), which might give an explanation for different development concerning gender identity. In three out of the five pairs, the transsexual twin had a higher birth weight, and a higher adult height in the transsexual twin was reported in two of the three pairs. For two of the transsexual twin sisters, the menarche occurred a

year later than in the nontranssexual sisters. In all these cases, the gender behavior of the twin sisters differed from an early age on cross-gender behavior for the transsexual twin sister and very female behavior for the nontranssexual twin. Concerning the parental rearing, Segal [18] described a very different approach from the mother in one of the twin pairs toward the girl with the gender-atypical behavior. Segal considered the maternal physical abuse directed to the GID sister to be a consequence of the outspoken tomboyish behavior of the girl than as causal but acknowledged that the abuse may have reinforced the already atypical gender identification. In the other three pairs, the different parental approach regarding toy preferences and childhood activities was interpreted as the reaction of parents on the different toy preferences and childhood behavior of their children. Segal concluded that higher birth weight and later age of menarche observed in the GID twin sisters might reflect differential prenatal hormonal exposure and/or gene expression, resulting in differences in brain development and gender identity [18].

## DZ Female Twins Discordant for GID

There were a total of five DZ female twins with discordant GID [19–22]. The DZ twins seen in Ghent were born by Cesarean section. Their mother and father divorced when the twins were a year old. The mother remarried when the twins were 9 years old. They connected well with their stepfather, while they had no further contact with their biological father. Although the twins are DZ, they have many phenotypic characteristics in common and were often mistaken as identical. They expressed no outspoken cross-gender behavior in childhood. They both were raised as girls and the mother did not seem to make a difference between her daughters. However, when the menarche started at age 12, one of the sisters became increasingly gender-dysphoric. The other sister had no gender-dysphoric feelings but considered herself as being attracted to females. When one declared herself as transsexual, she was referred by the general practitioner to our department. After a 9-month period of regular visits to our psychiatrist, the diagnosis of GID according to the Diagnostic and Statistical Manual of Mental Disorders-Fourth Edition (Text Revision) criteria could be made and, in the absence of other comorbidity, gender reassignment was started. The other sister was the only twin sister of the case studies reported here who was homosexual, as all the other

twin sisters discordant for GID were sexually attracted to males. All the girls with GID and the twins concordant for GID for whom their sexual orientation was known considered themselves as asexual or heterosexual and were sexually attracted to females.

The DZ twins discordant for GID reported on by Zucker et al. [21] were unique in that the unaffected twin had a normal XX karyotype, whereas the affected twin had an ovotesticular disorder of sex development. The karyotype revealed a 45X (13%) and 47XYY (87%) sex chromosome mosaic pattern in blood, whereas all cells (N = 25) checked in the skin fibroblast culture were 45X. The GID twin had an IQ of 113 and the co-twin an IQ of 118. Despite a comparable IQ, the GID twin was perceived by the mother as having substantially more general behavior problems than the co-twin; however, this was much less true of the father. The mother reported feeling much closer to the co-twin than to the GID twin, whereas the reverse was true for the father. Zucker et al. suggested that the prenatal hormonal predisposition for masculinized behavior in the affected twin was exacerbated by nonshared environmental influences in the rearing environment compounded by complex family dynamic factors.

## Male Twins

Table 2 shows the data on 31 male twins. Of the 15 MZ twin pairs, six (40.0%) were concordant for

**Table 2**  Male twin pairs concordant/discordant for gender identity disorder (GID)

| Reference | Zygosity | Concordant/discordant for GID |
|---|---|---|
| Heylens and De Cuypere | Monozygotic | Discordant |
| Green and Stoller [16] | Monozygotic | Discordant |
| Zucker [19] | Three monozygotic | All discordant |
| Hyde and Kenna [23] | Monozygotic | Concordant |
| Tsur et al. [24] | Monozygotic | Concordant |
| Green [25] | Monozygotic | Concordant |
| Ancherson [26] | Monozygotic | Concordant |
| Stoller and Baker [27] | Monozygotic | Concordant |
| Gooren et al. [28] | Monozygotic | Concordant |
| Gooren et al. [28] | Monozygotic | Discordant |
| Stoller [29] | Monozygotic | Discordant |
| Hepp et al. [30] | Monozygotic | Discordant (concordant in childhood) |
| Segal [31] | Monozygotic | Discordant |
| Heylens and De Cuypere | Three dizygotic | All discordant |
| Zucker [19] | 12 dizygotic | All discordant |
| Vujovic et al. [22] | Dizygotic | Discordant |

GID and nine (60.0%) were discordant. Of the 16 DZ twin pairs, all were discordant for GID.

### MZ Male Twins Concordant for GID

From the identical twins described by Hyde and Kenna [23], both were concordant for transsexualism but discordant for schizophrenia. The brothers did not have a good relationship and considered themselves as very different. Both were sexually attracted to men. Hyde and Kenna suggested that a more subtle relationship is possible of transsexualism occurring as a schizophrenic spectrum disorder. The twins from the case report of Tsur et al. [24] were raised in an orthodox Jewish family. They developed GID from an early age. Estrogen treatment was started from the age of 21. They were both sexually attracted to men and lived a normal life as women. Green [25] described a MZ twin pair concordant for GID. It was striking that as identical twins, they were never close to each other. Green reported that they were treated equally by their parents. One of the twin brothers had GID in early childhood; the co-twin developed transvestic fetishism and only later on GID. They both were sexually attracted to women. One of the brothers suffered from psychotic periods after starting estrogen treatment. The other MZ male twins concordant for GID, reported in the literature, are not from recent date; no further follow-up details are known [26–28].

### MZ Male Twins Discordant for GID

The MZ twin pair discordant for GID described by Green and Stoller [16] were prepubertal children when assessed. One of the twin brothers presented cross-gender behavior since the age of 4. He was diagnosed with tuberculosis in that period, and the relationship with his mother became closer. The co-twin, however, had a better relationship with his father and behaved in a very male-typical manner. This family constellation continued later on with a different rearing of the two boys. In the case study of Stoller [29], a Native American twin pair of 30 years old was described, and they were the ninth and 10th child from 14. The father was an alcoholic, and the parents divorced when the children were very young. They were often left to their own fate. According to the mother, there was a difference between the two boys from an early age on. One of the twin brothers behaved as a sissy boy, preferred to play with his sisters and to dress as a girl; the co-twin liked horse riding and hunting. The twin with feminine behavior wanted to become a woman, more because he felt more comfortable in the

female world than because he claimed a female identity. In the MZ twins reported by Hepp et al. [30], one felt as a girl and had cross-gender behavior as long as he could remember. He asked for gender reassignment at the age of 18. He was sexually attracted to men and considered himself as "heterosexual." At that time, he was diagnosed with anorexia nervosa. The co-twin also preferred girls' games and toys, but his gender identification was male. He considered himself as homosexual. He periodically cross-dressed after puberty. At the age of 16, his mental state deteriorated with anorexia and depression. Psychiatric in-treatment was needed. Hepp et al. hypothesized that "GID in childhood is mainly hereditary whereas the development of the later phenotype of the gender identification is determined by environmental factors and psychiatric co-morbidity." Segal [31] described a MZ twin pair, thin, with fair hair who behaved both rather feminine in childhood. They loved to mix with the female friends of their mother. Already at the age of 5, the mother wondered if her sons were not gay. Indeed, a few years later, both were sexually attracted to boys. Only one of the twins felt distressed about his gender. So one twin became gay; the co-twin became a transsexual woman attracted to men. The MZ male twin seen at the Child and Adolescent Gender Clinic in Ghent behaved very differently from early age on. One twin brother was diagnosed as GID and met all criteria for receiving puberty blockers at the age of 13. The co-twin was involved in masculine games and had male interests. There were no arguments to hypothesize that the rearing methods from the parents was differential toward the twin brothers. Their sexual orientation is not yet clear.

### DZ Male Twins Discordant for GID

Of the 16 discordant DZ male twins, the Ghent clinic saw three of them (the first pair at the Adult Gender Clinic, the two other pairs at our Child and Adolescent Gender Clinic). The first twin pair, 17 years old, differed in behavior from early childhood on. The parents divorced when they were toddlers. The relationship between mother and the GID child was closer than with the co-twin. The GID adolescent was reluctant to visit his co-twin because he did not feel at ease with him. This was not the case for his brother. The differential approach from the parents was likely elicited by the cross-gender behavior of the child. Most striking about the other two twin pairs discordant for GID, seen at our Child and

Adolescent Gender Clinic, is that they were born after in vitro fertilization.

## Male and Female DZ Twins

Zucker [19] reported on seven opposite sex twin pairs. Of the probands with GID, six were male and one was female. In all cases, there was discordance for GID with the co-twin.

### Statistical Analysis

If one combine the same-sex MZ and DZ twin pairs across sex, there were a total of nine (39.1%) MZ twin pairs concordant for GID and 14 (60.9%) discordant for GID; of the 21 DZ twin pairs, all were discordant for GID. The difference in concordance between the MZ and DZ twin pairs was significant, $\chi^2(1) = 8.08$, $P = 0.005$. If one adds to the DZ group the data on opposite sex twins, the difference from the MZ twin pairs was even stronger, $\chi^2(1) = 10.74$, $P = 0.001$.

The largest sample of twins (N = 25 pairs) comes from the series reported on by Zucker [19,21]. These twins were culled from a total sample of 561 children evaluated between 1976 and 2011. These twins ranged in age from 2.9–11.9 years. Quantitative measures of sex-typed behavior showed that the GID probands had significantly more cross-gender behavior than the unaffected co-twins, which meshed with the clinical diagnosis. On the Child Behavior Checklist, a parent report measure of behavior problems, the GID probands had significantly more difficulties than the unaffected co-twins. The affected twins did not differ significantly from the unaffected co-twins in birth weight.

## Discussion

Based on the literature and our own unpublished twin cases seen for clinical evaluation, nine (39.1%) of the 23 MZ female and male twins were found to be concordant for GID. In contrast, none of the 21 DZ twin pairs were concordant for GID. Diamond and Hawk [32] reported fairly similar results. According to their Internet survey and the data known from the medical literature, two of 10 MZ female twins and 48% of the MZ male twin pairs were found to be concordant for GID, while none of the three DZ female twins and 14% of the DZ male twins were concordant. Unfortunately, it is not clear to what extent a largely Internet-recruited sample can be considered representative of the GID clinical population, and the degree of overlap with the literature here cited is unknown.

The higher concordance for GID in MZ than in DZ twins is consistent with a genetic influence on its genesis although shared and nonshared environmental factors cannot be ruled out. Indeed, from these case reports, very little is known about the "equal environments assumption," that is, the assumption that MZ twins are not treated more similarly than DZ twins in ways that might affect their gender identity [33]. The discordance for GID in five (62.5%) out of eight of the described MZ female twin pairs might have several explanations. For example, differential prenatal and postnatal environmental factors might both contribute to discordance between MZ twins [34]. In terms of parental rearing, mostly twins are treated equally, and parents usually make efforts to do so. However, Segal [18] described a totally different attitude from the mother toward her transsexual child in a MZ female twin pair, with expressing abusive behavior. It was thought that the mother's attitude was a consequence of the gender-atypical behavior of her daughter rather than a cause of GID in the transsexual daughter.

In addition, several epigenetic differences may underlie phenotypic discordance between the MZ twin pairs. In female MZ twins, skewed X inactivation in the affected twin might be an illustration of an epigenetic difference explaining phenotypic discordance [35]. A study by Fraga et al. [36] demonstrated that epigenetic differences increase during the lifetime of MZ twins, which may help to understand phenotypic differences. Genetic differences between concordant and discordant MZ twins are illustrated in a recent study by Bruder et al. [37], showing copy number variations (CNVs) in their genomes. These findings suggested that CNV analysis in phenotypically discordant MZ twins may provide a powerful tool for identifying disease predisposition loci.

In the studies on genetics and sexual orientation, a higher concordance for homosexuality has been found in MZ versus vs. DZ twins. Using family methodology, there is also evidence for genetic influences [38]. In the reviewed case studies of twins with GID, from those whose sexual orientation is known, all, with the exception of Green [25], were attracted to their biological sex and nearly 50% of the non-GID twins were also homosexual, reflecting a higher percentage than found in the general population [39]. In all the cases reported to be concordant for GID, there was also concordance for sexual orientation. A genome-wide scan of 146 families of male homo-

*Heylens et al.*

sexual persons has already been performed [40], but to date, no such studies have been performed in transsexual individuals.

This review shows also that systematically collected data on different topics such as physical development, childhood development, educational background, and sexual preference are lacking so that conclusions about the different etiological components are difficult to be drawn.

## Conclusion

The etiology of GID is a complex process of biopsychosocial components with unexplained interactions. Twin literature on GID supports the contribution of genetic factors to the development of gender identity with a higher tendency in males than in females.

Since sample size is still limited and genotype studies are lacking, conclusions must be drawn with caution.

Therefore, detailed registers of GID twins, preferably on MZ twins discordant for GID and DZ twins are needed, to gain more decisive information about the influence of genetic vs. environmental factors in the development of GID.

**Corresponding Author:** Gunter Heylens, MD, Department of Sexology and Gender Problems, Ghent University Hospital, Ghent 9000, Belgium. Tel: (320) 933-24341; Fax: 32093326090; E-mail: gunter.heylens@uzgent.be

*Conflict of Interest:* None.

## Statement of Authorship

### Category 1
(a) **Conception and Design**
    Gunter Heylens; Griet De Cuypere; Cleo Schelfaut; Kenneth J. Zucker; Guy T'Sjoen
(b) **Acquisition of Data**
    Gunter Heylens; Griet De Cuypere; Cleo Schelfaut; Guy T'Sjoen; Heidi Vanden Bossche; Kenneth J. Zucker
(c) **Analysis and Interpretation of Data**
    Gunter Heylens; Griet De Cuypere; Cleo Schelfaut; Guy T'Sjoen; Elfride De Baere; Heidi Vanden Bossche; Els Elaut; Heidi Vanden Bossche; Kenneth J. Zucker

### Category 2
(a) **Drafting the Article**
    Gunter Heylens; Griet De Cuypere; Kenneth J. Zucker; Cleo Schelfaut; Els Elaut; Heidi Vanden Bossche; Elfride De Baere; Guy T'Sjoen

(b) **Revising It for Intellectual Content**
    Gunter Heylens; Griet De Cuypere; Kenneth J. Zucker; Cleo Schelfaut; Els Elaut; Heidi Vanden Bossche; Elfride De Baere; Guy T'Sjoen

### Category 3
(a) **Final Approval of the Completed Article**
    Gunter Heylens; Griet De Cuypere; Kenneth J. Zucker; Cleo Schelfaut; Els Elaut; Heidi Vanden Bossche; Elfride De Baere; Guy T'Sjoen

**References**

1 Zucker KJ, Bradley SJ. Gender identity disorder and psychosexual problems in children and adolescents. New York: Guilford Press; 1995.
2 Di Ceglie D, Freedman D, eds. A stranger in my own body: Atypical gender identity development and mental health. London: Karnac Books; 1998.
3 Gehring D, Knudson G. Prevalence of childhood trauma in a clinical population of transsexual people. Int J Transgenderism 2005;8:23–30.
4 Wallien MSC. Gender dysphoria in children: Causes and consequences. Doctoral Dissertation, VU Amsterdam, 2008.
5 Zhou JN, Hofman MA, Gooren LJG, Swaab DF. A sex difference in the human brain and its relation to transsexuality. Nature 1995;378:68–70.
6 Kruyver FP, Zhou J, Pool C, Hofman MA, Gooren LJG, Swaab DF. Male-to-female transsexuals have female neuron numbers in a limbic nucleus. J Clin Endocrinol Metab 2000;85:2034–41.
7 Garcia-Falgueras A, Swaab DF. A sex difference in the hypothalamic uncinate nucleus: Relationship to gender identity. Brain 2008;13:3132–46.
8 Berenbaum SA, Bailey JM. Effect on gender identity of prenatal androgens and genital appearance. J Clin Endocrinol Metab 2003;88:1102–6.
9 Hare L, Bernard P, Sanchez FJ, Baird PN, Vilain E, Kennedy T, Harley VR. Androgen receptor repeat length polymorphism associated with male-to-female transsexualism. Biol Psychiatry 2009;65:93–6.
10 Coolidge FL, Thede LL, Young SE. The heritability of gender identity disorder in a child and adolescent twin sample. Behav Genet 2002;32:251–7.
11 Bailey JM, Dunne MP, Martin NG. Genetic and environmental influences on sexual orientation and its correlates in an Australian twin sample. J Pers Soc Psychol 2000;78:524–36.
12 Knafo A, Iervolino AC, Plomin R. Masculine girls and feminine boys: Genetic and environmental contributions to atypical gender development in early childhood. J Pers Soc Psychol 2005;88:400–12.
13 Gómez-Gil E, Esteva I, Almaraz MC, Pasaro E, Segovia S, Guillamon A. Familiarity of gender identity disorder in non-twin siblings. Arch Sex Behav 2010;39:546–52.
14 Sadeghi M, Fakhrai A. Transsexualism in female monozygotic twins: A case report. Aust N Z J Psychiatry 2000;34:862–4.
15 Knoblauch H, Busjahn A, Wegener B. Monozygotic twins concordant for female-to-male transsexualism: A case report. Arch Sex Behav 2007;36:135–7.
16 Green R, Stoller RJ. Two monozygotic (MZ) twin pairs discordant for gender identity. Arch Sex Behav 1971;1:321–7.
17 Garden GM, Rothery DJ. A female monozygotic twin pair discordant for transsexualism: Some theoretical implications. Br J Psychiatry 1992;161:852–4.
18 Segal NL. Two monozygotic twin pairs discordant for female-to-male transsexualism. Arch Sex Behav 2006;35:347–59.

*Gender Identity Disorder in Twins*

19 Zucker KJ. A twin study of 25 children with gender identity disorder. Paper presented at the meeting of the World Professional Association for Transgender Health, Atlanta, GA, September 2011.

20 Segal NL. Twins reared apart: A forgotten case/twin research reviews: X-inactivation and female co-twin discordance for hemophilia; transplantation for breast reconstruction; chimerism and telomere attrition in dizygotic twins; divergent life histories in twins reared apart/current concerns: High ACT-scoring twins; dating a twin; when gender identities diverge/the Holland twins. Twin Res Hum Genet 2009;12:123–6.

21 Zucker KJ, Bradley SJ, Hughes HE. Gender dysphoria in a child with true hermaphroditism. Can J Psychiatry 1987;32:602–9.

22 Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L. Transsexualism in Serbia: A twenty-year follow-up study. J Sex Med 2009;6:1018–23.

23 Hyde C, Kenna JC. A male MZ twin pair, concordant for transsexualism, discordant for schizophrenia. Acta Psychiatr Scand 1977;56:265–75.

24 Tsur H, Borenstein A, Seidman DS. Transsexualism. Lancet 1991;338:945–6.

25 Green R. Family cooccurrence of "gender dysphoria": Ten sibling or parent-child pairs. Arch Sex Behav 2000;29:499–507.

26 Ancherson P. Problems of transvestism. Acta Psychiatr Neurol Scand 1956;106:249–56.

27 Stoller RJ, Baker H. Two male transsexuals in one family. Arch Sex Behav 1973;2:323–8.

28 Gooren L, Frantz RR, Erickson AW, Rao BR. Transsexualism in twins. Paper presented at the meeting of the International Congress of Twin Studies, Rome, August 1989.

29 Stoller RJ. Two feminized male American Indians. Arch Sex Behav 1976;5:529–38.

30 Hepp U, Milos G, Braun-Scharm H. Gender identity disorder and anorexia nervosa in male monozygotic twins. Int J Eat Disord 2004;35:239–43.

31 Segal NL. Twins and transsexualism: An update and a preview; research reviews: Conjoined twins, angiographic lesions, single versus double embryo transfer; headlines: School placement legislation, Junior Taekwondo Olympics, prosthetic ears, murder victim. Twin Res Hum Genet 2007;10:894–7.

32 Diamond M, Hawk ST. Concordance for gender identity among monozygotic and dizygotic twin pairs. Paper presented at the meeting of the American Psychological Association, Honolulu, HI, July 2004.

33 Veale JF, Clarke DE, Lomax TC. Biological and psychosocial correlates of adult gender-variant identities: A review. Pers Individ Dif 2009;48:357–66.

34 Hall J. Twinning. Lancet 2003;362:735–43.

35 Singh SM, Murphy B, O'Reilly R. Epigenetic contributors to the discordance of monozygotic twins. Clin Genet 2002;62:97–103.

36 Fraga MF, Ballestar E, Paz MF, Ropero S, Setien F, Ballestar ML, Heine-Suñer D, Cigudosa JC, Urioste M, Benitez J, Boix-Chornet M, Sanchez-Aguilera A, Ling C, Carlsson E, Poulsen P, Vaag A, Stephan Z, Spector TD, Wu YZ, Plass C, Esteller M. Epigenetic differences arise during the lifetime of monozygotic twins. Proc Natl Acad Sci U S A 2005;102:10604–9.

37 Bruder CE, Piotrowski A, Gijsbers AA, Andersson R, Erickson S, Diaz de Ståhl T, Menzel U, Sandgren J, von Tell D, Poplawski A, Crowley M, Crasto C, Partridge EC, Tiwari H, Allison DB, Komorowski J, van Ommen GJ, Boomsma DI, Pedersen NL, den Dunnen JT, Wirdefeldt K, Dumanski JP. Phenotypically concordant and discordant monozygotic twins display different DNA copy-number-variation profiles. Am J Hum Genet 2008;82:763–71.

38 Mustanski BS, Chivers ML, Bailey JM. A critical review of recent biological research on human sexual orientation. Annu Rev Sex Res 2002;13:89–140.

39 Bagley C, Tremblay P. On the prevalence of homosexuality and bisexuality, in a random community survey of 750 men aged 18 to 27. J Homosex 1998;36:1–18.

40 Mustanski BS, Dupree MG, Nievergelt CM, Bocklandt S, Schork NJ, Hamer DH. A genomewide scan of male sexual orientation. Hum Genet 2005;116:272–8.

# EXHIBIT L

Psychoneuroendocrinology (2005) **30**, 657-664





www.elsevier.com/locate/psyneuen

# Sex steroid-related genes and male-to-female transsexualism

Susanne Henningsson[a], Lars Westberg[a], Staffan Nilsson[b],
Bengt Lundström[c], Lisa Ekselius[d], Owe Bodlund[e], Eva Lindström[d],
Monika Hellstrand[a], Roland Rosmond[f], Elias Eriksson[a], Mikael Landén[g,*]

[a]Department of Pharmacology, Institute of Physiology and Pharmacology, Göteborg University, Göteborg, Sweden
[b]Department of Mathematical Statistics, Chalmers University of Technology, Göteborg, Sweden
[c]Section of Psychiatry, Institute of Clinical Neuroscience, Göteborg University, Göteborg, Sweden
[d]Department of Neuroscience, Uppsala University, Uppsala, Sweden
[e]Department of Psychiatry, Umeå University, Umeå, Sweden
[f]Department of Heart and Lung Diseases, Göteborg University, Göteborg, Sweden
[g]Department of Clinical Neuroscience, Section of Psychiatry S:t Göran, Karolinska Institutet, Stockholm 112 81, Sweden

Received 16 November 2004; received in revised form 12 February 2005; accepted 14 February 2005

**KEYWORDS**
Aromatase;
Androgen receptor;
Estrogen receptor beta;
Gender identity disorder;
Polymorphisms;
Sexual differentiation;
Transsexualism

**Summary**    Transsexualism is characterised by lifelong discomfort with the assigned sex and a strong identification with the opposite sex. The cause of transsexualism is unknown, but it has been suggested that an aberration in the early sexual differentiation of various brain structures may be involved. Animal experiments have revealed that the sexual differentiation of the brain is mainly due to an influence of testosterone, acting both via androgen receptors (ARs) and—after aromatase-catalyzed conversion to estradiol—via estrogen receptors (ERs). The present study examined the possible importance of three polymorphisms and their pairwise interactions for the development of male-to-female transsexualism: a CAG repeat sequence in the first exon of the AR gene, a tetra nucleotide repeat polymorphism in intron 4 of the aromatase gene, and a CA repeat polymorphism in intron 5 of the ERβ gene. Subjects were 29 Caucasian male-to-female transsexuals and 229 healthy male controls. Transsexuals differed from controls with respect to the mean length of the ERβ repeat polymorphism, but not with respect to the length of the other two studied polymorphisms. However, binary logistic regression analysis revealed significant partial effects for all three polymorphisms, as well as for the interaction between the AR and aromatase gene polymorphisms, on the risk of developing transsexualism. Given the small number of transsexuals in the study,

* Corresponding author. Tel.: +46 8 672 23 71; fax: +46 8 672 19 08.
  E-mail address: mikael.landen@cns.ki.se (M. Landén).

0306-4530/$ - see front matter © 2005 Elsevier Ltd. All rights reserved.
doi:10.1016/j.psyneuen.2005.02.006

the results should be interpreted with the utmost caution. Further study of the putative role of these and other sex steroid-related genes for the development of transsexualism may, however, be worthwhile.
© 2005 Elsevier Ltd. All rights reserved.

## 1. Introduction

The term transsexualism denotes people whose gender identity is at conflict with their genetic sex and physical appearance. Transsexuals are often said to be 'trapped in the body of the wrong sex', and they urge to change their physical appearance to resemble the opposite sex as closely as possible (World Health Organization, 1993; Cohen-Kettenis and Gooren, 1999). Although transsexualism is a rare phenomenon—the prevalence of male-to-female transsexualism has been estimated to 1:12.000-1:40.000 (Landén et al., 1996b)—the condition raises important questions as to how the gender identity is moulded in humans.

Many authors have suggested that transsexualism may be due to an aberration in the early organizational influence of sex steroids on brain development (Dörner et al., 1991; Bosinski et al., 1997; van Goozen et al., 2002), a notion that has gained considerable support from the study of inter-sexed individuals (Diamond and Sigmundson, 1997; Berenbaum and Bailey, 2003; Servin et al., 2003) and is compatible with findings in neurobiological studies (Zhou et al., 1995; Kruijver et al., 2000). The involvement of genetic factors in male-to-female transsexualism gains support from case reports on twin and non-twin siblings being concordant for this very rare condition, and from reports on families with more than one member being a male-to-female transsexual (Green, 2000). There is, however, no information available on specific gene variants enhancing or reducing the likelihood of developing transsexualism.

Animal experiments have clearly demonstrated the importance of pre- and neonatal androgen production for the sexual differentiation of the brain. The masculinizing effect of androgens on the developing male brain appears to be exerted mainly through the conversion of testosterone into estrogen by aromatase (estrogen synthetase; Cyp 19), and the consequent activation of estrogen receptors (ERs) of the α and β subtypes (Cooke et al., 1998). Androgen receptors (ARs), however, are of importance for the activity and expression of aromatase in the hypothalamus during embryonic development (Hutchison, 1997), and may also exert

a direct effect on sexual differentiation parallel with that of ERs (Sato et al., 2004). A behavioural feminization of male rodents may hence be obtained by a pre- or neonatal administration of compounds inhibiting the ARs, the aromatase, or the ERs.

Hence, the genes coding for the AR, aromatase, and ERβ are reasonable candidates in the quest for genes that may influence the likelihood of developing transsexualism. These three genes all comprise intron or exon repeat polymorphisms, three of which were examined in this investigation.

In the AR gene, a CAG trinucleotide repeat sequence in exon 1 of the gene (Choong and Wilson, 1998) was studied. The length of this microsatellite has been shown to correlate inversely with the activity of the AR as a transcription factor (Irvine et al., 2000). A relatively long CAG repeat length, within the normal range, is hence assumed to lead to low androgen receptor activity, and has been associated with a low risk of prostate cancer and benign prostate hyperplasia, and to a high risk of infertility (Yong et al., 2000). The androgen receptor is located on the X chromosome; in males there is hence only one allele in each individual to consider.

The polymorphism studied in the aromatase gene is a tetranucleotide repeat region in the fourth intron. There are reasons to believe that the length of repeat nucleotide sequences (micro/minisatellites) influence the transcription and the translation of a gene also when the repeat is situated in an intron (Comings, 1998). In fact, recent studies have found the aromatase intron repeat polymorphism to be associated with breast cancer (Dunning et al., 1999), endometrial cancer (Berstein et al., 2001), and serum levels of sex steroids (Haiman et al., 2000).

Two ERs have been identified, the α and the β subtype (Enmark and Gustafsson, 1999). The relative importance of these two variants for the sexual differentiation of the brain remains to be clarified. It is notably though, that the expression of the β subtype is higher than the α subtype in several brain areas (Österlund and Hurd, 2001) and that mice devoid of ERβ receptors display abnormal

development of the central nervous system (Wang et al., 2001). We choose therefore to examine a polymorphism in the ERβ gene. This dinucleotide CA repeat sequence located in intron 5 of the gene (Tsukamoto et al., 1998) has previously been associated with bone mineral density (Ogawa et al., 2000b), blood pressure (Ogawa et al., 2000a), and androgen levels in women (Westberg et al., 2001).

The aim of the present study was to investigate the potential importance of these three polymorphisms and their interactions for the susceptibility for transsexualism. Notably, the polymorphisms studied are all much more common than is transsexualism; hence, the goal of this study was not to reveal the primary cause of transsexualism, but to elucidate whether the studied genes may facilitate or prevent the development of this very rare condition.

## 2. Patients and methods

### 2.1. Subjects

Three University clinics in Sweden (Göteborg, Umeå, and Uppsala), specialized in assessment and treatment of patients with gender identity disorders, recruited 29 Caucasian male-to-female transsexuals. All subjects fulfilled the diagnostic criteria for gender identity disorder in DSM-IV (American Psychiatric Association, 1994). Controls were recruited from a cohort of men identified by means of the National Population Registry that were born during the first 6 months of 1944 and living in Göteborg (Rosmond et al., 1996), of which 229 volunteered to provide blood samples for genotyping. Control subjects, the vast majority of which were Caucasians, were not asked for their sexual orientation or their sexual identity; given the rarity of transsexualism in Sweden (Landén et al., 1996a), the likelihood that the control group would comprise one transsexual person is, however, not higher than one in a hundred. All patients and controls gave informed consent to participate according to the Helsinki Declaration. The study protocol was approved by the Ethics Committees of the Faculties of Medicine at Göteborg, Uppsala, and Umeå Universities.

### 2.2. Genotyping

Human genomic DNA was extracted from blood samples using the QIAamp DNA Blood Mini Kit (Qiagen). The polymerase chain reactions (PCR)

were performed in a total reaction volume of 25 μl containing about 50 ng DNA, 10 mM Tris-HCl pH 8.3, 50 mM KCl, 1.5 mM $MgCl_2$, and 200 μM of each dNTP. Thermal cycling was performed in a Perkin-Elmer GeneAmp PCR System 9700.

The CAG repeat of the androgen receptor gene was analyzed by PCR amplification with the forward primer 5′-GTG CGC GAA GTG ATC CAG A-3′, and the reverse primer 5′-GTT TCC TCA TCC AGG ACC AGG TA-3′, selected with Primer Express (Perkin-Elmer). The forward primer was fluorescently labelled with 6-FAM. Nucleotides promoting the non-templated addition of adenine by Taq DNA polymerase was added to the 5′ end of the reverse primer (Brownstein et al., 1996). The PCR-reaction also contained 0.625 U/25 μl AmpliTaq DNA polymerase (Perkin-Elmer) and 0.2 μM of each primer. The temperature profile used was 95 °C for 5 min followed by 35 cycles of 95 °C for 30 s, 57 °C for 30 s, 72 °C for 30 s, followed by final incubation at 72 °C for 7 min.

The tetra nucleotide polymorphism of the aromatase gene was genotyped employing a modified protocol of Polymeropoulos et al. (1991). The forward primer: 5′-GCA GGT ACT TAG TTA GCT AC-3′, fluorescently labelled with 6-FAM, was used together with the reverse primer: 5′-TTA CAG TGA GCC AAG GTC GT-3′. The PCR-reaction also contained 1 U AmpliTaq GOLD DNA polymerase (Perkin-Elmer)/25 μl and 0.3 μM of each primer. The temperature profile used was 95 °C for 12 min followed by 35 cycles of 95 °C for 30 s, 60 °C for 30 s, 72 °C for 30 s, followed by final incubation at 72 °C for 7 min.

The CA repeat polymorphism of the ER beta gene was genotyped employing a modified protocol of Tsukamoto et al. (1998). The forward primer 5′-GGT AAA CCA TGG TCT GTA CC-3′ was labelled with HEX and used together with the reverse primer 5′-AAC AAA ATG TTG AAT GAG TGG G-3′. The PCR-reaction also contained 1 U AmpliTaq GOLD DNA polymerase (Perkin-Elmer)/25 μl and 0.3 μM of each primer. The temperature profile was: 95 °C for 12 min followed by 35 cycles of 95 °C for 30 s, 60 °C for 30 s, 72 °C for 30 s, and with a final incubation at 72 °C in 7 min.

The fluorescently labelled DNA fragments were analyzed by size with automated capillary electrophoresis on an ABI PRISM 310 Genetic Analyzer (Perkin-Elmer).

### 2.3. Statistical analyses

Statistical comparisons between transsexuals and controls for the three individual polymorphisms

Case 1:25-cv-02024-ABR   Document 73-12   Filed 06/02/25   Page 280 of 306

were made with independent-sample *T*-tests, using the mean length of the two alleles for the aromatase and ERβ gene polymorphisms. Notably, with respect to the AR gene, which is located on the X chromosome, there is only one variant in each subject to consider. To further elucidate the possible combined effect of the AR, aromatase and ERβ gene polymorphisms on the susceptibility for transsexualism, binary logistic regression was used (Hosmer and Lemeshow, 2000). The dependent dichotomous variable was set to 1 for transsexuals and 0 for controls. The analyses of data were based on the concept that there may be a relationship between repeat length and function (Comings, 1998); this has been confirmed for the AR gene polymorphism (Irvine et al 2000), but has not yet been established for the aromatase and ERβ gene polymorphisms. The AR alleles and the mean lengths of the aromatase and ERβ alleles were divided into two subtypes—'short' and 'long'—with the cutoff selected to generate equally sized groups (AR: short ≤ 18 repeats, aromatase: short ≤ 8.5 repeats, and ERβ: short ≤ 159 base pairs). In the logistic regression, the polymorphisms were treated as categorical variables, with 'short' used as reference. Hence, the effect sizes, measured as odds ratios (ORs), for the three repeats in the logistic model describe a ratio between the odds of being transsexual when carrying a long version of the repeat, and the odds of being transsexual when

carrying a short version of the repeat, when the other two variables are held constant at reference state. Backward elimination was used to eliminate non-significant variables from the logistic model. The data analysis was carried out using SPSS (Version 12.0.1) software.

## 3. Results

Seventeen different alleles were identified for the AR gene polymorphism, six for the aromatase repeat, and 12 for the ERβ repeat polymorphism. The frequencies of the alleles in controls and transsexuals are shown in Table 1. The percentages of each allele are shown in Fig. 1a (AR), b (aromatase), and c (ERβ). With respect to the individual polymorphisms, only the ERβ repeat differed significantly between transsexuals and controls, the mean length being greater in transsexuals ($P=0.03$). The logistic regression procedure (using 'short' as reference for the three categorical variables) eliminated the aromatase-ERβ interaction term, leaving a logistic model with significant effects for the following variables: AR ($P=0.01$, OR = 28), aromatase ($P=0.04$, OR = 9), ERβ ($P=0.03$, OR = 6), and the AR-aromatase interaction ($P=0.04$). The AR-ERβ interaction, however, did not reach statistical significance ($P=0.11$). The OR for the AR repeat shows that

**Table 1**  Seventeen different alleles were identified in this study.

| AR repeat length | Frequency controls, N (%) | Frequency transsexuals, N (%) | Aromatase repeat length | Allele frequency controls, N (%) | Allele frequency transsexuals, N (%) | ERβ repeat length | Allele frequency controls, N (%) | Allele frequency transsexuals, N (%) |
|---|---|---|---|---|---|---|---|---|
| 10 | 1 (0.4) | 0 (0.0) | 7 | 233 (51) | 27 (47) | 147 | 24 (5.2) | 4 (6.9) |
| 12 | 1 (0.4) | 0 (0.0) | 8 | 52 (11) | 6 (10) | 149 | 13 (2.8) | 1 (1.7) |
| 13 | 2 (0.9) | 1 (3.4) | 10 | 233 (1.7) | 0 (0.0) | 151 | 7 (1.5) | 0 (0) |
| 14 | 2 (0.9) | 2 (0.0) | 11 | 158 (34) | 27 (40) | 153 | 49 (11) | 2 (3.4) |
| 15 | 20 (8.7) | 0 (6.9) | 12 | 4 (0.9) | 2 (3.4) | 155 | 19 (4.1) | 2 (3.4) |
| 16 | 22 (9.6) | 3 (10) | 13 | 3 (0.7) | 0 (0.0) | 157 | 25 (5.5) | 1 (1.7) |
| 17 | 21 (9.2) | 4 (14) | | | | 159 | 83 (18) | 4 (16) |
| 18 | 46 (20) | 1 (3.4) | | | | 161 | 151 (33) | 20 (34) |
| 19 | 40 (18) | 5 (17) | | | | 163 | 65 (14) | 16 (28) |
| 20 | 23 (10) | 4 (14) | | | | 165 | 11 (2.4) | 1 (1.7) |
| 21 | 21 (9.2) | 4 (14) | | | | 167 | 7 (1.5) | 1 (1.7) |
| 22 | 18 (7.9) | 3 (10) | | | | 169 | 4 (0.9) | 1 (1.7) |
| 23 | 6 (2.6) | 1 (3.4) | | | | | | |
| 24 | 3 (1.3) | 1 (3.4) | | | | | | |
| 25 | 1 (0.4) | 0 (0.0) | | | | | | |
| 26 | 1 (0.4) | 0 (0.0) | | | | | | |
| 31 | 1 (0.4) | 0 (0.0) | | | | | | |

The table lists the frequencies of the alleles in controls and transsexuals for the AR gene polymorphism, the aromatase repeat polymorphism, and the ERβ repeat polymorphism. Abbreviations used: AR, Androgen receptor; ERβ, estrogen receptor β.

Case 1:25-cv-02028-AKR   Document 25-12   Filed 06/02/25   Page 281 of 306



**Figure 1**    The percentages of the different alleles are shown in (a) androgen receptor, (b) aromatase, and (c) estrogen receptor β.

the odds of being transsexual are greater for men carrying a long AR repeat, leading to a less active AR, than for those carrying a short AR repeat when all other variables are held constant. Longer aromatase and ERβ, in presence of a short AR repeat, do also appear to increase the odds of being transsexual. The contribution of the AR-aromatase interaction, determined as the ratio $R$ ($R$=0.09) between the OR for AR using 'long' aromatase mean length as reference, and the OR for AR using 'short' aromatase mean length as reference, indicates that the OR for the AR polymorphism decreases with 91% as aromatase mean length increases from short to long. Furthermore, using this logistic model, the ORs for the aromatase and ERβ polymorphisms did not remain significant when determined for a long

AR allele as reference (aromatase: $P$=0.7, OR=0.8; ERβ: $P$=0.7, OR=1.2), indicating that for men carrying a long AR repeat, the aromatase and ERβ repeat lengths do not contribute significantly to the odds of being transsexual. The results including the confidence intervals (CI) for the ORs are presented in Table 2 (the effect sizes for the interactions are not actual ORs, but ratios between ORs). The logistic model was statistically significant according to the chi-square model ($P$=0.009).

## 4. Discussion

Whereas transsexualism is a very rare condition, the gene variants investigated in this study are relatively

Case 2:25-cv-00244-LK Document 253-12 Filed 06/02/25 Page 27 of 306

**Table 2** The resulting model for the logistic regression.

| Gene repeat | P-value | OR | CI |
|---|---|---|---|
| AR | **0.01** | 28 | (2, 360) |
| Aromatase | **0.04** | 9 | (1.1, 77) |
| ERβ | **0.03** | 6 | (1.2, 29) |
| AR-aromatase | **0.04** | 0.09[a] | (0.008, 0.9) |
| AR-ERβ | 0.11 | 0.2[a] | (0.03, 1.4) |

The P-values of variables that give significant contribution to the risk of developing transsexualism are written in bold. Abbreviations used: AR, Androgen receptor; CI, confidence interval; ERβ, estrogen receptor β; OR, odds ratio.
[a] Ratio between two odds ratios.

common; none of the studied variants could hence be assumed to be a primary cause of this condition. On the other hand, it is not unlikely that polymorphisms in genes of importance for the sexual differentiation of the brain may enhance or reduce the likelihood for developing transsexualism. Accordingly, the current results do suggest that a long ERβ repeat is more common among male-to-female transsexuals, and that specific combinations of the three polymorphisms analyzed may influence the risk of developing transsexualism.

As discussed in Section 1, animal experiments suggest that a normal sexual differentiation of the brain requires interaction between the products of the three studied genes—the AR, the aromatase, and the ERβ. When analyzing variants of these genes in transsexuals and controls, it is hence reasonable to examine not only each gene per se, but also possible combinatory effects of polymorphisms in different genes. In line with this, the results obtained suggest that the risk of developing transsexualism is influenced by the polymorphisms in the aromatase gene and in the ERβ gene, but that the contributions from these genes are much larger for subjects carrying relatively few CAG repeats in the AR gene, presumably leading to a more active AR. A preliminary and speculative explanation of the data obtained could be that a dysfunctional masculinization of the brain is less likely to occur in subjects with AR displaying high activity, and that development of transsexualism in subjects with few CAG repeats in the AR gene hence requires the presence of certain sub-optimal variants of the aromatase gene and/or the ERβ gene.

Our finding that men carrying a less active AR appear to have a greater risk of developing transsexualism is in line with the fact that complete androgen insensitivity syndrome, caused by inactivating mutations in the androgen receptor gene, is usually associated with female gender identity in genetic males (Wilson, 1999). Of interest in this

context are also reports according to which male-to-female transsexuals differ from controls with respect to the size of a sexually dimorphic brain nucleus—the central part of the bed nucleus of the stria terminalis (Zhou et al., 1995; Kruijver et al., 2000)—that is characterized by an abundance of ARs (Fernandez-Guasti et al., 2000). Apart from ARs, also aromatase and ERs are expressed in this brain region, as well as in other sexual dimorphic areas, and areas of importance for the development of sexual behaviour (Sasano et al., 1998; Stoffel-Wagner et al., 1999; Österlund et al., 2000a,b). Studies regarding the possible importance of the AR and the aromatase gene for homosexuality in humans have as yet been negative (Macke et al., 1993; DuPree et al., 2004). Animal studies have, however, demonstrated the importance of aromatization of testosterone to estradiol for sexual motivation and sexual partner preference: Male-oriented rams display lower levels of aromatase activity in the medial preoptic area compared with female-oriented rams (Roselli et al., 2002), and aromatase knockout mice display impaired (but not sex-reversed) sexual behaviour (Bakker et al., 2004).

The analyses of data were to a great extent based on the assumption that there is a relationship between repeat length and function for the alleles studied (Comings, 1998). As such a relationship does seem to exist for the microsatellite polymorphism in the AR gene (for refs, see Section 1), it has as yet not been confirmed that this is the case also for the studied repeat polymorphisms in the aromatase and the ERβ genes. If our data would be replicated, however, it would support the notion of a relationship between repeat length and function for these polymorphisms as well.

A major limitation of the present study is that the studied population of male-to-female transsexuals was small. Needless to say, a confirmation of the results in a separate group of male-to-female transsexuals is necessary before any firm conclusions can be drawn.

Another limitation is that only one known polymorphism in each of the three genes as yet has been analyzed. The possible importance of the studied polymorphisms being in linkage disequilibrium with other functional genetic variants within these genes or in the regions flanking the genes should not be excluded. Hence, studies comprising more polymorphisms within each of the studied genes, as well as additional sex steroid-related genes, that also take serum levels of sex steroids into account are warranted.

In conclusion, our data provide preliminary support for the notion that a long allele of

the ERβ gene may increase the susceptibility for transsexualism, and that certain variants of genes coding for the AR, aromatase, and the ERβ may partially contribute to the risk of male-to-female-transsexualism if present in certain combinations. Given the small number of transsexuals that were included in the study the data should, however, be interpreted with the utmost caution.

## Acknowledgements

The authors are indebted to the patients and controls participating in this study. We thank study nurse Benita Gezelius and technicians Inger Oscarsson and Gunilla Bourghardt for skilful assistance. This study was supported by grants from the Swedish Medical Research Council (Grant Nos 8668, 12260, 12345 and 529-2002-6696), Lundberg's Foundation, Wallenberg's Foundation, Thuring's Foundation, Lundbeck's Foundation, and Torsten Amundson's Foundation.

## References

American Psychiatric Association, 1994.Anon., 1994. Diagnostic and Statistical Manual of Mental Disorders, fourth ed. American Psychiatric Association, Washington, DC.

Bakker, J., Honda, S., Harada, N., Balthazart, J., 2004. Restoration of male sexual behavior by adult exogenous estrogens in male aromatase knockout mice. Horm. Behav. 46, 1–10.

Berenbaum, S.A., Bailey, J.M., 2003. Effects on gender identity of prenatal androgens and genital appearance: evidence from girls with congenital adrenal hyperplasia. J. Clin. Endocrinol. Metab. 88, 1102–1106.

Berstein, L.M., Imyanitov, E.N., Suspitsin, E.N., Grigoriev, M.Y., Sokolov, E.P., Togo, A., Hanson, K.P., Poroshina, T.E., Vasiljev, D.A., Kovalevskij, A.Y., Gamajunova, V.B., 2001. CYP19 gene polymorphism in endometrial cancer patients. J. Cancer Res. Clin. Oncol. 127, 135–138.

Bosinski, H.A., Peter, M., Bonatz, G., Arndt, R., Heidenreich, M., Sippell, W.G., Wille, R., 1997. A higher rate of hyperandrogenic disorders in female-to-male transsexuals. Psychoneuroendocrinology 22, 361–380.

Brownstein, M.J., Carpten, J.D., Smith, J.R., 1996. Modulation of non-templated nucleotide addition by Taq DNA polymerase: primer modifications that facilitate genotyping. Biotechniques 20, 1004–1006, see also peges 1008–1010.

Choong, C.S., Wilson, E.M., 1998. Trinucleotide repeats in the human androgen receptor: a molecular basis for disease. J. Mol. Endocrinol. 21, 235–257.

Cohen-Kettenis, P.T., Gooren, L.J.G., 1999. Transsexualism: a review of etiology, diagnosis and treatment. J. Psychosom. Res. 46, 315–333.

Comings, D.E., 1998. Polygenic inheritance and micro/minisatellites. Mol. Psychiatry 3, 21–31.

Cooke, B., Hegstrom, C.D., Villeneuve, L.S., Breedlove, S.M., 1998. Sexual differentiation of the vertebrate brain: principles and mechanisms. Front. Neuroendocrinol. 19, 323–362.

Diamond, M., Sigmundson, H.K., 1997. Sex reassignment at birth. Long-term review and clinical implications. Arch. Pediatr. Adolesc. Med. 151, 298–304.

Dörner, G., Poppe, I., Stahl, F., Kölzsch, J., Uebelhack, R., 1991. Gene- and environment-dependent neuroendocrine etiogenesis of homosexuality and transsexualism. Exp. Clin. Endocrinol. 98, 141–150.

Dunning, A.M., Healey, C.S., Pharoah, P.D., Teare, M.D., Ponder, B.A., Easton, D.F., 1999. A systematic review of genetic polymorphisms and breast cancer risk. Cancer Epidemiol. Biomarkers Prev. 8, 843–854.

DuPree, M.G., Mustanski, B.S., Bocklandt, S., Nievergelt, C., Hamer, D.H., 2004. A candidate gene study of CYP19 (aromatase) and male sexual orientation. Behav. Genet. 34, 243–250.

Enmark, E., Gustafsson, J.A., 1999. Oestrogen receptors—an overview. J. Intern. Med. 246, 133–138.

Fernandez-Guasti, A., Kruijver, F.P., Fodor, M., Swaab, D.F., 2000. Sex differences in the distribution of androgen receptors in the human hypothalamus. J. Comp. Neurol. 425, 422–435.

Green, R., 2000. Family cooccurrence of 'gender dysphoria': ten sibling or parent-child pairs. Arch. Sex. Behav. 29, 499–507.

Haiman, C.A., Hankinson, S.E., Spiegelman, D., De Vivo, I., Colditz, G.A., Willett, W.C., Speizer, F.E., Hunter, D.J., 2000. A tetranucleotide repeat polymorphism in CYP19 and breast cancer risk. Int. J. Cancer 87, 204–210.

Hosmer, D.W., Lemeshow, S., 2000. Applied Logistic Regression, second ed. Wiley, Hoboken.

Hutchison, J.B., 1997. Gender-specific steroid metabolism in neural differentiation. Cell. Mol. Neurobiol. 17, 603–626.

Irvine, R.A., Ma, H., Yu, M.C., Ross, R.K., Stallcup, M.R., Coetzee, G.A., 2000. Inhibition of p160-mediated coactivation with increasing androgen receptor polyglutamine length. Hum. Mol. Genet. 9, 267–274.

Kruijver, F.P., Zhou, J.N., Pool, C.W., Hofman, M.A., Gooren, L.J., Swaab, D.F., 2000. Male-to-female transsexuals have female neuron numbers in a limbic nucleus. J. Clin. Endocrinol. Metab. 85, 2034–2041.

Landén, M., Wålinder, J., Lundström, B., 1996a. Incidence and sex ratio of transsexualism in Sweden. Acta Psychiatr. Scand. 93, 261–263.

Landén, M., Wålinder, J., Lundström, B., 1996b. Prevalence, incidence and sex ratio of transsexualism. Acta Psychiatr. Scand. 93, 221–223.

Macke, J.P., Hu, N., Hu, S., Bailey, M., King, V.L., Brown, T., Hamer, D., Nathans, J., 1993. Sequence variation in the androgen receptor gene is not a common determinant of male sexual orientation. Am. J. Hum. Genet. 53, 844–852.

Ogawa, S., Emi, M., Shiraki, M., Hosoi, T., Ouchi, Y., Inoue, S., 2000a. Association of estrogen receptor beta (ESR2) gene polymorphism with blood pressure. J. Hum. Genet. 45, 327–330.

Ogawa, S., Hosoi, T., Shiraki, M., Orimo, H., Emi, M., Muramatsu, M., Ouchi, Y., Inoue, S., 2000b. Association of estrogen receptor beta gene polymorphism with bone mineral density. Biochem. Biophys. Res. Commun. 269, 537–541.

Österlund, M.K., Hurd, Y.L., 2001. Estrogen receptors in the human forebrain and the relation to neuropsychiatric disorders. Prog. Neurobiol. 64, 251–267.

Österlund, M.K., Grandien, K., Keller, E., Hurd, Y.L., 2000a. The human brain has distinct regional expression patterns of estrogen receptor alpha mRNA isoforms derived from alternative promoters. J. Neurochem. 75, 1390–1397.

Österlund, M.K., Gustafsson, J.A., Keller, E., Hurd, Y.L., 2000b. Estrogen receptor beta (ERbeta) messenger ribonucleic acid

(mRNA) expression within the human forebrain: distinct distribution pattern to ERalpha mRNA. J. Clin. Endocrinol. Metab. 85, 3840-3846.

Polymeropoulos, M.H., Xiao, H., Rath, D.S., Merril, C.R., 1991. Tetranucleotide repeat polymorphism at the human aromatase cytochrome P-450 gene (CYP19). Nucleic Acids Res. 19, 195.

Roselli, C.E., Resko, J.A., Stormshak, F., 2002. Hormonal influences on sexual partner preference in rams. Arch. Sex. Behav. 31, 43-49.

Rosmond, R., Lapidus, L., Marin, P., Björntorp, P., 1996. Mental distress, obesity and body fat distribution in middle-aged men. Obes. Res. 4, 245-252.

Sasano, H., Takashashi, K., Satoh, F., Nagura, H., Harada, N., 1998. Aromatase in the human central nervous system. Clin. Endocrinol. (Oxford) 48, 325-329.

Sato, T., Matsumoto, T., Kawano, H., Watanabe, T., Uematsu, Y., Sekine, K., Fukuda, T., Aihara, K., Krust, A., Yamada, T., Nakamichi, Y., Yamamoto, Y., Nakamura, T., Yoshimura, K., Yoshizawa, T., Metzger, D., Chambon, P., Kato, S., 2004. Brain masculinization requires androgen receptor function. Proc. Natl Acad. Sci. USA 101, 1673-1678.

Servin, A., Nordenström, A., Larsson, A., Bohlin, G., 2003. Prenatal androgens and gender-typed behavior: a study of girls with mild and severe forms of congenital adrenal hyperplasia. Dev. Psychol. 39, 440-450.

Stoffel-Wagner, B., Watzka, M., Schramm, J., Bidlingmaier, F., Klingmuller, D., 1999. Expression of CYP19 (aromatase) mRNA in different areas of the human brain. J. Steroid Biochem. Mol. Biol. 70, 237-241.

Tsukamoto, K., Inoue, S., Hosoi, T., Orimo, H., Emi, M., 1998. Isolation and radiation hybrid mapping of dinucleotide repeat polymorphism at the human estrogen receptor beta locus. J. Hum. Genet. 43, 73-74.

van Goozen, S.H., Slabbekoorn, D., Gooren, L.J., Sanders, G., Cohen-Kettenis, P.T., 2002. Organizing and activating effects of sex hormones in homosexual transsexuals. Behav. Neurosci. 116, 982-988.

Wang, L., Andersson, S., Warner, M., Gustafsson, J.A., 2001. Morphological abnormalities in the brains of estrogen receptor beta knockout mice. Proc. Natl Acad. Sci. USA 98, 2792-2796.

Westberg, L., Baghaei, F., Rosmond, R., Hellstrand, M., Landén, M., Jansson, M., Holm, G., Björntorp, P., Eriksson, E., 2001. Polymorphisms of the androgen receptor gene and the estrogen receptor beta gene are associated with androgen levels in women. J. Clin. Endocrinol. Metab. 86, 2562-2568.

Wilson, J.D., 1999. The role of androgens in male gender role behavior. Endocr. Rev. 20, 726-737.

World Health Organization, 1993.Anon., 1993. The ICD-10 Classification of Mental and Behavioural Disorders. Diagnostic Criteria for Research. WHO, Geneva.

Yong, E.L., Lim, J., Qi, W., Ong, V., Mifsud, A., 2000. Molecular basis of androgen receptor diseases. Ann. Med. 32, 15-22.

Zhou, J.N., Hofman, M.A., Gooren, L.J., Swaab, D.F., 1995. A sex difference in the human brain and its relation to transsexuality. Nature 378, 68-70.

Available online at www.sciencedirect.com

SCIENCE DIRECT®

# EXHIBIT M

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

SPECIAL FEATURE

Approach to the Patient

# Approach to the Patient: Transgender Youth: Endocrine Considerations

Stephen M. Rosenthal

Division of Endocrinology, Department of Pediatrics, University of California San Francisco, San Francisco, California 94143

Compelling studies have demonstrated that "gender identity"—a person's inner sense of self as male, female, or occasionally a category other than male or female—is not simply a psychosocial construct, but likely reflects a complex interplay of biological, environmental, and cultural factors. An increasing number of preadolescents and adolescents, identifying as "transgender" (a transient or persistent identification with a gender different from their "natal gender"—ie, the gender that is assumed based on the physical sex characteristics present at birth), are seeking medical services to enable the development of physical characteristics consistent with their affirmed gender. Such services, including the use of agents to block endogenous puberty at Tanner stage 2 and subsequent use of cross-sex hormones, are based on longitudinal studies demonstrating that those individuals who were first identified as gender-dysphoric in early or middle childhood and who still meet the mental health criteria for being transgender at early puberty are likely to be transgender as adults. Furthermore, onset of puberty in transgender youth is often accompanied by increased "gender dysphoria"—clinically significant distress related to the incongruence between one's affirmed gender and one's "assigned (or natal) gender." Studies have shown that such distress may be ameliorated by a "gender-affirming" model of care. Although endocrinologists are familiar with concerns surrounding gender identity in patients with disorders of sex development, many providers are unfamiliar with the approach to the evaluation and management of transgender youth without a disorder of sex development. The goals of this article are to review studies that shed light on the biological underpinnings of gender identity, the epidemiology and natural history of transgenderism, current clinical practice guidelines for transgender youth, and limitations and challenges to optimal care. Prospective cohort studies focused on long-term safety and efficacy are needed to optimize medical and mental health care for transgender youth. (*J Clin Endocrinol Metab* 99: 4379–4389, 2014)

## Case Presentations

### Case 1

Patient 1 is a 13-year-old phenotypic male who was referred to the Child and Adolescent Gender Center (CAGC) Clinic with gender dysphoria. The parents report that as early as 3 years of age, the patient stated, "I am a girl" and asked why he had a penis if he was a girl. The patient subsequently insisted on a girl's name and the use of the female pronoun and would only wear girls' clothing. The parents acquiesced to the patient's requests while at home but initially insisted on a male presentation outside of the home. The patient experienced significant anxiety and depression throughout the middle childhood years, which worsened with the onset of puberty. Medical and mental health histories were otherwise unremarkable. By searching for information on the Internet, the family became aware of the CAGC and asked their pediatrician to initiate a referral so the patient could receive "pubertal blockers." After a series of mental health evaluations from a qualified child psychologist/gender specialist at the

ISSN Print 0021-972X   ISSN Online 1945-7197
Printed in U.S.A.
Copyright © 2014 by the Endocrine Society
Received April 1, 2014. Accepted August 7, 2014.
First Published Online August 20, 2014

Abbreviations: AR, androgen receptor; BMD, bone mineral density; BSTc, central part of the bed nucleus of the stria terminalis; CAH, congenital adrenal hyperplasia; CAIS, complete androgen insensitivity syndrome; DEXA, dual-energy x-ray absorptiometry; DSD, disorder of sex development; FTM, female-to-male; GID, gender identity disorder; GnRH, gonadotropin releasing hormone; INAH 3, interstitial nucleus of the anterior hypothalamus 3; MTF, male-to-female; SOC, standards of care; T, testosterone.

CAGC, it was determined that the patient had severe gender dysphoria and would likely benefit from putting puberty "on hold" to provide an additional period of time for self-awareness and understanding. In addition, the family interacted with a CAGC advocacy specialist who worked with the child's school to provide training for teachers, parents, and students to establish a safe and tolerant environment for the patient. Physical examination demonstrated normal male genitalia with Tanner stage 2 pubic hair and early pubertal testes (5 cc, bilaterally). The remainder of the physical examination was entirely within normal limits. The patient and family were advised of the potential risks (including likely effects on bone mineralization and on fertility) and benefits of pubertal suppression with gonadotropin releasing hormone (GnRH) agonists. Baseline laboratory studies confirmed that the patient was in early puberty. Serum calcium, phosphorous, alkaline phosphatase, and 25-hydroxyvitamin D were all in the normal range. Bone mineral density (BMD) by dual-energy x-ray absorptiometry (DEXA) scan was 0.5 SD below that of an age-matched reference population for whole body, lumbar spine, and proximal femur. GnRH agonist treatment was prescribed; however, despite multiple appeals, this medication was denied by the family's insurance company.

## Case 2

Patient 2 is a 16-year-old phenotypic female referred to the CAGC with long-standing gender dysphoria and a stated preference to be referred to with the male pronoun. In retrospect, the patient felt that he had "always been a boy" but did not reveal these feelings to family or friends for fear of rejection. The onset of puberty was accompanied by significant anxiety and depression, prompting referral to a therapist who was not knowledgeable about gender dysphoria in adolescents and thought the patient was likely "gay." The patient felt less anxious after decisions to wear a binder to hide the breasts and to wear loose-fitting "masculine" clothing. However, recurring monthly menses were accompanied by heightened anxiety. The patient became increasingly depressed and contemplated suicide. The patient eventually told his parents that he was not gay, but realized he was "transgender." The patient was subsequently referred to the CAGC for evaluation and management. Medical and mental health histories were otherwise unremarkable. Physical examination revealed Tanner 5 breasts and pubic hair and normal pubertal external female genitalia; the remainder of the physical examination was unremarkable. Mental health assessment confirmed that the patient was transgender with severe gender dysphoria. After detailed discussions with the medical team, in conjunction with on-

going mental health support, the patient and family opted for treatment with GnRH agonists to suppress the hypothalamic-pituitary-gonadal axis, with cessation of menses. Shortly thereafter, with continuing GnRH agonist therapy, the patient was treated with increasing doses of testosterone (T), achieving T blood levels in the mid-normal range for adult males. The patient's gender dysphoria and suicidal ideation fully resolved, and the depression was markedly reduced.

## Background

### Definitions

Although a person's "sex" refers to the physical attributes that characterize biological maleness or femaleness (eg, the genitalia), "gender identity" refers to a person's fundamental, inner sense of self as male or female (and is not always binary). The medical and mental health literature contain ample references to "gender assignment"/"natal gender" (1–3) on the one hand, and to "sex assignment"/"birth sex"/"sex of rearing" (2–5) on the other, sometimes leading to confusion. The gender assignment (or natal gender) is based on the "initial assignment as male or female," usually at birth (1), which, in turn, in the absence of a disorder of sex development (DSD), is typically based on the appearance of the external genitalia. Although sex of rearing can be assigned at birth, gender identity can only be assumed, and not, in fact, known until an individual achieves a particular level of psychological development and self-awareness. "Transgender" has been defined somewhat differently by the American Psychiatric Association and by the World Professional Association for Transgender Health (WPATH). In the former, transgender refers to a person who transiently or persistently identifies with a gender different from their natal gender (1). As defined in the standards of care (SOC) from WPATH, transgender (adjective) describes "a diverse group of individuals who cross or transcend culturally defined categories of gender" (6). In the WPATH SOC, "transsexual" (adjective) describes "individuals who seek to change or have changed their primary and/or secondary sex characteristics through feminizing or masculinizing medical interventions (hormones and/or surgery), typically accompanied by a permanent change in gender role" (6). Transsexual has also been used to describe a person who identifies as a member of the gender opposite to that assigned at birth (7, 8), but who has not necessarily sought medical and/or surgical interventions. In contrast, "gender-conforming" (sometimes used interchangeably with "cisgender") refers to a person whose gender identity is congruent with the natal gender. "Gender behavior"

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

doi: 10.1210/jc.2014-1919

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833662 by OUP site access, Jane McGraw on 21 February 2025

(sometimes referred to as "gender role") is not equivalent to gender identity (7, 8). In fact, most youth with gender-nonconforming behavior will not turn out to have a transgender identity (9, 10). Previously referred to as "gender identity disorder" (GID) in the *Diagnostic and Statistical Manual of Mental Disorders* (DSM)-IV, this term has now been replaced with "gender dysphoria" in DSM-5, with distinct diagnostic criteria for "gender dysphoria in children" and "gender dysphoria in adolescents and adults" (specifying with or without a DSD) (1). Replacing "disorder" with "dysphoria" depathologizes the transgender identity and focuses instead on dysphoria as the clinical problem (1). It should be noted that most patients with gender dysphoria do not have a DSD. Whether in children or adolescents, a core feature of gender dysphoria is "a marked incongruence between one's experienced/expressed gender and assigned gender" of at least 6-month duration (1). "Sexual identity" (or "sexual orientation") is often confused with "gender identity." Both are distinct aspects of human development. While sexual identity pertains to the individuals to whom one is sexually attracted, gender identity indicates who one "is" as male, female, or somewhere on the gender continuum. Just as gender-conforming individuals may have a heterosexual, homosexual, or bisexual orientation, the same holds true for transgender individuals.

### Prevalence of transgenderism/transsexualism

Limited data exist regarding the prevalence of transgenderism/transsexualism. Recent data for natal adult males suggest a prevalence ranging from 1:7000 to 1:20 000, and for natal adult females a prevalence ranging from 1:33 000 to 1:50 000, and these are thought to represent "modest underestimates" (1). In The Netherlands, among the population age 15 years and older, a prevalence of 1:11 900 for male-to-female (MTF) and 1:30 400 for female-to-male (FTM) transsexualism has been reported (11). Such data were derived from patients diagnosed as transsexual by mental health professionals (11). Prevalence estimates in Singapore and Thailand were significantly higher (12, 13). Equivalent studies in North America have not yet been reported. However, a recent report from Massachusetts suggests that the prevalence of transgenderism may be more common than previously thought. In a survey of 18 to 64 year olds (n = 28 662) in a "representative household sample" carried out between 2007 and 2009, participants were presented with a commonly accepted definition of transgender and were provided with more detailed information if requested (14). Of those surveyed, 131 (0.5%) self-identified as transgender (14). Although prevalence data for younger transgender adolescents are lacking, multidisciplinary clinics for transgender

youth and adolescents in Europe and North America have seen a steadily increasing demand for services in recent years (15–18), with a ratio of phenotypic males to females close to 1:1 (17).

### Psychiatric co-morbidities and impact of family support

Transgender youth and adolescents are at significantly increased risk for life-threatening behaviors. Interviews of transgender youth in New York City (n = 55; MTF = 31, FTM = 24) demonstrated that 45% had experienced suicidal ideation, whereas 26% had attempted suicide (19). A recent report from Ontario, Canada, of transgender youth and young adults ages 16 to 24 years (n = 84) assessed the impact of the degree of parental support on mental health outcomes (20). Satisfaction with life and self-esteem were significantly greater in transgender youth whose parents were "very supportive" vs those whose parents were "somewhat to not at all supportive" (20). In addition, depression and suicide attempts were significantly decreased in transgender youth whose parents were supportive in comparison to those whose parents were not supportive (20). However, even with supportive parents, transgender youth still have a significant risk for depression (20), perhaps in part from their experience of transphobia from members of their communities and a feeling that they don't fit in.

## Current Concepts of the Biology of Gender Identity

Numerous studies from a variety of biomedical disciplines—endocrine, genetic, and neuroanatomical—have begun to shed light on the biological underpinnings of gender identity. Results of these studies support the concept that gender identity is not simply a psychosocial construct, but likely reflects a complex interplay of biological, environmental, and cultural factors.

Although most transgender patients do not have a DSD, studies of gender identity outcome within the endocrine discipline have been principally carried out in patients with a variety of DSDs, primarily exploring the role of prenatal and postnatal androgens in gender identity development. For example, studies in 46,XX patients with "classical" congenital adrenal hyperplasia (CAH) caused by mutations in *CYP21A2*, resulting in 21-hydroxylase deficiency and varying degrees of genital masculinization, demonstrate a greater than expected number of patients with gender dysphoria, "atypical gender identity," or who were transgender (21–23). In an interview study of 43 patients ages 3–18 years, gender identity scores indicated

that 11.6% of patients had scores outside the range of control girls; no correlation was found between gender identity and degree of genital virilization or age of genital surgery (21). In a larger meta-analysis of 250 patients with 46,XX 21-hydroxylase deficiency raised to virilizing CAH and who were raised female, 94.8% of patients reported a female gender identity without gender dysphoria, whereas 5.2% reported either a male gender identity or gender dysphoria (22). As with an earlier study (21), there was no apparent correlation with the degree of genital masculinization and gender identity outcome (22). A study of adult women with classical 21-hydroxylase deficiency demonstrated a relationship between severity of disease and gender identity outcome. Of 42 patients with the salt-wasting form, three (7.1%) either had gender dysphoria or had changed gender to male; no gender dysphoria was seen in less severely affected individuals (23). These and other studies demonstrate that most 46,XX patients with virilizing CAH from 21-hydroxylase deficiency appear to have a female gender identity. However, the finding that 5.2–11.6% of such patients have gender dysphoria, an atypical gender identity, or are transgender would appear to be much more common than expected based on the reported prevalence of FTM transsexualism, implying that there is some role for prenatal/postnatal androgens in gender identity outcome (21–23). It is noteworthy that in 46,XX individuals with virilizing CAH from 21-hydroxylase deficiency, prenatal androgens are more likely to affect gender behavior and sexual orientation than gender identity (24, 25).

The potential effects of prenatal and postnatal androgen exposure on gender identity outcome and "gender role change" have also been explored in other hormonal and nonhormonal DSDs. For example, in 5α-reductase-2 deficiency among 46 XY individuals raised female, a gender role change from female to male (typically after puberty) was reported in 56–63% of the patients (26). Gender role changes from female to male were also reported in 39–64% of 46,XY individuals raised female with 17β-hydroxysteroid dehydrogenase-3 deficiency (26). In the largest series of patients with 5α-reductase-2 and 17β-hydroxysteroid dehydrogenase-3 deficiency reviewed by Cohen-Kettenis (26), individuals undergoing gender role change from female to male had intact testes, implying a potential role of prenatal as well as postnatal androgen exposure in gender identity outcome (27, 28). Among "nonhormonal" DSDs, gender identity outcome has been studied in patients with cloacal exstrophy, penile ablation, and penile agenesis (29, 30). A study of patients with 46,XY cloacal exstrophy reported that the majority (eight of 14) who had undergone neonatal sex reassignment to female (castration) subsequently declared a male gender

identity and that two patients raised as males remained male (29). However, this study has been criticized for methodological concerns in the assessments of gender identity and gender dysphoria (30). A literature review of patients with 46,XY cloacal exstrophy found that of 51 patients assigned female, the majority (65%) were living as female, whereas 14% were living as female but with possible gender dysphoria, and approximately 22% were living as male (30). In addition, of 16 males with penile agenesis assigned female at birth and of seven males with penile ablation reassigned to female in infancy or early childhood, the majority were living as female (30).

Taken together, these studies of gender identity outcome in hormonal and nonhormonal DSDs indicate that gender identity is not solely dependent on prenatal and postnatal androgen exposure; however, the occurrence of gender identity change (in comparison to the natal gender) at a rate significantly higher than would be expected in the general population supports some role of prenatal and possibly postnatal androgens in gender identity development. It should be noted that potential limitations of all these survey/questionnaire-based studies to assess gender identity include a person's degree of self-awareness and one's willingness to disclose this information in the study context.

In contrast to studies that support some role of androgens in male gender identity, a case report in a 46,XY individual with complete androgen insensitivity syndrome (CAIS) challenges the concept that androgen receptor (AR) signaling is required for male gender identity development (31). Although individuals with CAIS typically have unambiguous female genitalia and a female gender identity, an individual with CAIS, associated with an unambiguous female phenotype and an *AR* gene mutation resulting in a premature stop codon, was found to have a male gender identity (31). The authors acknowledge that this patient may have had a postzygotic de novo *AR* gene mutation (the mother's DNA was not available) and could theoretically have brain mosaicism (with a normal AR in the brain); however, this was considered unlikely given that the same *AR* gene mutation was found in both the patient's blood and fibroblasts (31).

With respect to genetics and gender identity, heritability of transsexualism has been suggested from studies describing concordance of transsexualism in monozygotic twin pairs and in father-son and brother-sister pairs (32, 33). A larger study of survey responses from parents of twins (96 monozygotic pairs and 61 dizygotic pairs, ages 7–14 y) demonstrated a 2.3% prevalence of clinically significant GID (34) (based on DSM-IV criteria). These authors reported that heritability accounted for 62% of the variance for GID in their twin sample (34). A more recent

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

doi: 10.1210/jc.2014-1919

study supporting a role for genetic factors in gender identity outcome demonstrated a 39.1% concordance for GID (based on DSM-IV criteria) in 23 monozygotic female and male twin pairs, with no concordance in 21 same-sex dizygotic female and male twin pairs or in seven opposite-sex twin pairs (35). With respect to specific genes, association studies with transsexualism have been inconsistent and lacking strong statistical significance. In one study of 29 MTF transsexuals and 229 male controls, an association was found with a longer dinucleotide CA repeat in intron 5 of the $ER\beta$ gene in the transsexuals vs controls ($P = .03$), but no associations were found with polymorphisms in the $AR$ (CAG repeat length) and the aromatase ($CYP19$) (TTTA repeat length) genes (36). A larger study (112 MTF transsexuals and 258 male controls) did not find an association of transsexualism with the $ER\beta$ gene or the $CYP19$ gene but did find that the MTF transsexuals had a longer trinucleotide CAG repeat in exon 1 of the $AR$ gene vs controls ($P = .04$) (37). A study from Japan (74 MTF and 168 FTM transsexuals with 106 male and 169 female controls), however, did not find any significant associations of transsexualism with polymorphisms in five candidate genes (the same polymorphisms noted above for $AR$, $CYP19$, and $ER\beta$, as well as polymorphisms in $ER\alpha$ and the progesterone receptor) (38). A single study reported a positive association between a single nucleotide polymorphism in the $CYP17$ gene and FTM transsexuals but not in MTF transsexuals (39).

With respect to a neurobiological basis for transsexualism, numerous studies have reported brain differences in transsexual individuals vs controls. It is well-established that there are "sexually-dimorphic" brain structures— eg, cell groups in the anterior hypothalamus (eg, interstitial nucleus of the anterior hypothalamus 3 [INAH 3]) and the central part of the bed nucleus of the stria terminalis (BSTc) that have different morphological characteristics in males and females (40, 41). In addition, there is some evidence for a "sexual-orientation dimorphic" brain structure. In 1991, it was reported that the INAH 3, which, in addition to being twice as large in heterosexual men vs women, was also found to be twice as large in heterosexual men vs homosexual men (40). This study was criticized for its relatively small sample size, potential influence of HIV on INAH 3 size, and the fact that the characterization for INAH 3 in the initial study was only for volume and not cell number. A subsequent study with a larger sample size (particularly for controls) confirmed that INAH 3 was significantly larger in presumed heterosexual males vs presumed heterosexual females and demonstrated that INAH 3 was not affected by HIV status (42). However, no difference was found in INAH 3 neuronal number based on sexual orientation, although there

was a trend for decreased volume and increased cell density in the INAH 3 of homosexual vs heterosexual men (42).

Recent studies have supported the concept that there may also be "gender-dimorphic" brain structures, which segregate not according to physical sex but rather according to gender identity (41, 43). The BSTc, known to be larger in men than in women (independent of sexual orientation), had a female appearance in a group of MTF individuals (41, 43). Potential limitations of this study were a small sample size and the fact that many of the MTF individuals had received estrogen treatment (43). Of note, however, were the findings observed in several controls. A male with a feminizing adrenal tumor producing high blood levels of estrogen nonetheless had the male BSTc pattern, as did two T-deficient males who were orchidectomized for prostate cancer; furthermore, a female with a virilizing adrenal tumor producing high blood levels of androstenedione and T nonetheless had the female BSTc pattern, as did an 84-year-old MTF individual who had never received any estrogen or antiandrogen treatment (43). Despite the above-noted study limitations, the inclusion of critical controls with sex steroid variations and an untreated MTF individual lends some support to the concept that the observed BSTc differences in the transsexual individuals were intrinsic and not simply a consequence of sex steroid milieu (43). However, it should be noted that the sexually dimorphic differentiation of the BSTc in humans is not present until puberty, in contrast to rats, where such differences in the BST occur in the early postnatal period and apparently require perinatal differences in T levels (44, 45). Given that many transgender adolescents experience significant gender dysphoria before puberty (and before sex differences in BSTc volume emerge), the relationship between BSTc volume and gender identity would appear to be unclear.

Subsequent studies have explored brain differences in transsexual adults who had not yet received cross-sex hormone treatment (46–49). One study of gray matter volumes by magnetic resonance imaging noted that the right putamen volume was sexually dimorphic and reported that the volume of the right putamen in MTF individuals was larger than in control males and within the average range for control females (46). A subsequent study, however, did not confirm these findings but reported that the putamen volume in MTF individuals was smaller than in both male and female cisgender controls (49). With respect to sexually dimorphic white matter structures (eg, parts of the superior longitudinal fasciculus), magnetic resonance imaging studies using fractional anisotropy found that patterns in transsexual individuals were closer to individuals who had the same gender identity rather

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

4384    Rosenthal    Transgender Youth: Endocrine Considerations    J Clin Endocrinol Metab, December 2014, 99(12):4379–4389

than the same physical sex (47). In addition, in studies where hypothalamic blood flow was activated by smelling odorous steroids in a sexually dimorphic manner, the response in MTF individuals not yet treated with cross-sex hormones (estrogens) was closer to that of control women than control men (48). A potential limitation in the gray and white matter studies is related to brain functional plasticity. It has been demonstrated that changes in both white matter microstructure and gray matter can be induced by training/experience in healthy human adults (50, 51); thus, it would be difficult to know with certainty whether any observed brain differences between transgender and cisgender individuals are intrinsic or a consequence of experience.

## Natural History of Transgenderism in Youth/Adolescents

Longitudinal studies have demonstrated that most gender-dysphoric prepubertal youth will no longer meet the mental health criteria for gender dysphoria once puberty has begun (9, 10). Although gender "fluidity" may be a contributing factor, the lack of persistence of gender dysphoria in most gender-dysphoric prepubertal youth undoubtedly reflects the heterogeneous nature of this group. In fact, many such individuals will turn out to be homosexual (natal males, in particular) rather than transgender (1, 5, 9, 10). Recent studies have attempted to identify factors that predict gender dysphoria "persisters" vs "desisters" (52). Persisters reported relatively greater degrees of gender dysphoria and were more likely to have experienced social transition (to their affirmed gender) during childhood (52). Furthermore, persisters "believed they were" the other sex, whereas desisters "wished they were" the other sex (52). The limitations in prediction of persistence, coupled with the observation that most gender-dysphoric children will not become transgender adolescents or adults, have led some investigators to promote efforts to encourage gender-dysphoric children to accept their natal gender (53). In contrast, a model of care that "affirms" a child's gender expression is thought to have a more optimal mental health outcome (54). Long-term outcome studies are needed to resolve these differences in approach to the care of gender-dysphoric prepubertal youth.

## Diagnostic and Therapeutic Strategies

### Assessment

Although the symptoms of gender dysphoria will decrease or disappear in most gender-dysphoric youth after initiation of puberty, persistence of gender dysphoria implies a very high likelihood that such individuals will be transgender as adults; in fact, the emergence or worsening of gender dysphoria with onset of puberty is thought to have significant diagnostic value in the determination of being transgender (55). It is noteworthy, however, that with the advent of gender-affirming medical interventions (as detailed below), awareness of such treatment options may positively impact and, thus, limit the degree of dysphoria that might otherwise accompany the onset of puberty in a transgender individual. It is therefore essential that gender-dysphoric youth undergo a thorough psychodiagnostic evaluation by a qualified mental health provider. An important role of the mental health/gender specialist is not only to determine the presence or absence of gender dysphoria but also to evaluate for psychiatric comorbidities. Although there is an increased prevalence of autism spectrum disorder in clinically referred gender-dysphoric children in comparison to the general population (56) (and, conversely, increased "gender variance" in referred children with autism spectrum disorder) (57), most gender-dysphoric children and adolescents do not have an underlying severe psychiatric illness (55).

### Management

Guidelines from The Endocrine Society (7) and the WPATH SOC (6) provide direction for the comprehensive management of two distinct pediatric transgender populations likely to seek medical services: an early pubertal group (Tanner 2/3) and a late pubertal group (Tanner 4/5).

### Early pubertal transgender youth

Pioneering studies from The Netherlands, first published in 1998, have examined the consequences of pubertal suppression with a GnRH agonist (classically used for the treatment of precocious puberty) in early/midpubertal gender-dysphoric adolescents (58–61). The rationale for such fully reversible treatment is that additional time for gender exploration can be created without the pressure of ongoing pubertal development. Once completed, the physical changes of puberty cannot be reversed (by means other than surgical or, for voice, other than by voice training)—eg, low voice, Adam's apple, and facial features in phenotypic males and breast development in phenotypic females. Theoretically, preventing pubertal development that does not match a person's gender identity can lead to decreased gender dysphoria and can ultimately make the individual more "passable" as an adult. Subsequently, if the individual continues to identify as transgender, cross-sex hormones can be added while continuing GnRH agonist suppression of endogenous puberty, enabling the individual to experience only the physical changes of puberty that match the person's affirmed

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

doi: 10.1210/jc.2014-1919

**Table 1.**   Hormonal Interventions for Transgender Adolescents (All Currently Off-Label for Gender Nonconforming/ Transgender Youth)

A. Inhibitors of gonadal sex steroid secretion or action
  1. GnRH analogs: inhibition of the hypothalamic-pituitary-gonadal axis (FTM and MTF)
    a. Leuprolide acetate im (1- or 3-mo preparations) or sc (1-, 3-, 4-, or 6-mo preparations) at dose sufficient to suppress pituitary gonadotropins and gonadal sex steroids
    b. Histrelin acetate sc implant (once-yearly dosing, although may have longer effectiveness)
    c. Other options: goserelin acetate sc implant (4- or 12-wk preparations); nafarelin acetate intranasal (multiple daily doses) also available, but no reported use in this population
  2. Alternative approaches
    a. Medroxyprogesterone acetate orally (up to 40 mg/d) or im (150 mg every 3 mo): inhibition of hypothalamic-pituitary-gonadal axis and direct inhibition of gonadal steroidogenesis (FTM and MTF)
    b. Spironolactone (25 to 50 mg/d with gradual increase to 100–300 mg/d orally, divided into twice daily dosing): inhibition of T synthesis and action (MTF)
    c. Cyproterone acetate (gradual increase up to 100 mg/d orally; not available in United States): inhibition of T synthesis and action (MTF)
    d. Finasteride (2.5–5 mg/d orally): inhibition of type II 5 $\alpha$-reductase, blocking conversion of T to 5$\alpha$-dihydrotestosterone (MTF)
B. Cross-sex hormones
  1. MTF: estrogen—17$\beta$-estradiol
    a. Transdermal: twice weekly patches (6.25 $\mu$g [achieved by cutting a 25-$\mu$g patch] with gradual increase to full adult dose)
    b. Oral/sublingual: daily (0.25 mg with gradual increase to full adult dose of 6–8 mg/d)
    c. Parenteral im (synthetic esters of 17$\beta$-estradiol): estradiol valerate (5–20 mg up to 30–40 mg/2 wk) or estradiol cypionate (2–10 mg/wk)
  2. FTM: testosterone
    a. Parenteral im or sc (synthetic esters of T): T cypionate or enanthate (12.5 mg/wk or 25 mg/2 wk, with gradual increase to 50–100 mg/wk or 100–200 mg/2 wk)
    b. Transdermal (consider once the full adult T dose has been achieved parenterally): patch (2.5–7.5 mg/d) or 1% gel (2.5–10 g/d of gel = 25–100 mg/d of T)

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

gender identity (6, 7). The Endocrine Society guidelines and WPATH SOC endorse the use of pubertal blockers (using GnRH agonists) at Tanner 2/3 in individuals experiencing a significant increase in gender dysphoria with onset of puberty (6, 7). Although age-specific guidelines for subsequent interventions are not delineated in the WPATH SOC, the Endocrine Society guidelines suggest that cross-sex hormones can be initiated at about the age of 16 years (the legal age for medical decision-making in some countries), whereas surgical procedures (with the exception of mastectomy) should be deferred until the individual is at least 18 years of age (7). The primary risks of pubertal suppression in these individuals include adverse effects on bone mineralization (which can theoretically be reversed with cross-sex hormone treatment), compromised fertility, and unknown effects on brain development (55, 59). It is important to ensure adequate intake of calcium and vitamin D, with routine monitoring of 25-hydroxyvitamin D levels. Despite the recommendation that cross-sex hormone treatment not be initiated before age 16 years, not only could delaying such treatment until that age be detrimental to bone health, but keeping someone in a prepubertal state until this age would isolate the individual further from age-matched peers, with potentially negative consequences for emotional well-being. Thus, gender centers at our institution and elsewhere are study-

ing the impact of cross-sex hormone treatment initiation at 14 years of age (which approximates the upper end of the age range for normal pubertal onset in natal males and 1 year beyond the upper end of the age range in natal females). In this group, sex steroids are increased gradually over the course of 2–3 years.

Limited available outcome data support the above-noted Endocrine Society and WPATH recommendations. A prospective follow-up study from The Netherlands assessed 70 gender-dysphoric adolescents (33 MTF, 37 FTM), average age 13.65 years (range, 11.1–17 y) at initial assessment, who were Tanner stage 2–3, had lifelong gender dysphoria that increased with puberty, had stable psychological function, and were supported by their environment (59, 60). These adolescents were studied at the initiation of GnRH agonist treatment (mean age, 14.75 y), and approximately 2 years later, just before starting cross-sex hormones (60). Depressive symptoms decreased, general mental health functioning improved, no subjects withdrew from pubertal suppression, and all went on to cross-sex hormone treatment (60). In a separate report, BMD in the lumbar spine, femoral neck, and total body was followed in a small number of gender-dysphoric adolescents during 2 years of GnRH agonist alone and for an additional 2 years of combination treatment with GnRH agonist and cross-sex hormones (59). BMD (g/cm$^2$) did not

**4386**   Rosenthal   Transgender Youth: Endocrine Considerations   J Clin Endocrinol Metab, December 2014, 99(12):4379–4389

change significantly during treatment with GnRH agonist alone, although z-scores decreased; during combination therapy with GnRH agonist and cross-sex hormones, absolute BMD increased, as did z-scores (59). A 22-year follow-up of the first described gender-dysphoric adolescent treated with GnRH agonist and cross-sex hormones reported overall psychological well-being with no clinical signs of adverse effects on brain development; furthermore, BMD was within the normal range for both sexes (61).

### Late pubertal transgender youth

Not infrequently, some transgender adolescents first come to medical attention when they are late pubertal (Tanner 4/5). Such FTM individuals can be treated with T alone, whereas MTF individuals are optimally treated with an agent that blocks T secretion and/or action, concurrent with the use of estrogen (6, 7, 62, 63). Although too late to block endogenous pubertal development, GnRH agonists can nonetheless be used to suppress the hypothalamic-pituitary-gonadal axis, potentially enabling the use of lower doses of cross-sex hormones to induce phenotypic transition to the affirmed gender, thereby decreasing potential toxicities associated with cross-sex hormone treatment. In this older cohort (having already experienced the full or near-full puberty associated with their physical sex), cross-sex hormone regimens may be increased to full replacement doses over a shorter interval than used for the younger cohort that had been initially treated with pubertal blockers at Tanner 2/3. Although GnRH agonists are the preferred option for pubertal suppression in both the early and late pubertal individuals, this treatment is costly and often inaccessible. Table 1 lists options for pubertal suppression and cross-sex hormone treatment. With specific respect to estrogen treatment, 17β-estradiol (transdermal, oral, or parenteral) is preferred to conjugated (eg, premarin) or synthetic estrogens (eg, ethinyl estradiol), given that conjugated and synthetic estrogen levels cannot be monitored in the serum and that ethinyl estradiol (in comparison to 17β-estradiol) is associated with an increased risk for venous thromboembolic disease and death from cardiovascular causes (64, 65). MTF individuals treated with estrogen may have impaired insulin sensitivity and hyperprolactinemia (7). Principal risks associated with T treatment in FTM individuals include cystic acne, polycythemia, hypertension, an atherogenic lipid profile, and possible decreased insulin sensitivity (7). Surveillance recommendations for desired as well as adverse effects during treatment with pubertal blockers alone and in combination with cross-sex hormones are adapted from the current Endocrine Society guidelines (7) and are summarized in Table 2.

**Table 2.** Monitoring During Pubertal Suppression and During Cross-Sex Hormone Treatment

| Measure | Frequency |
|---|---|
| A. Pubertal suppression | |
| 1. Physical exam: height, weight, Tanner staging | T 0 and every 3 mo |
| 2. Hormonal studies: ultrasensitive LH, FSH, estradiol/T | T 0 and every 3 mo |
| 3. Metabolic: calcium, phosphorous, alkaline phosphatase, 25-hydroxyvitamin D (see also Ref. 6) | T 0 and yearly |
| 4. Bone density: DEXA | T 0 and yearly |
| 5. Bone age | T 0 and yearly |
| B. Cross-sex hormone treatment in previously suppressed patients or in late pubertal patients not previously suppressed | |
| 1. Physical exam: height, weight, Tanner staging, blood pressure (for FTM, in particular); monitor for adverse reactions | T 0 and q 3 mo[a] |
| 2. Hormonal studies: ultrasensitive LH, FSH, estradiol/T | T 0 and q 3 mo[a] |
| If MTF, also monitor Prolactin | T 0 and yearly |
| 3. Metabolic: calcium, phosphorous, alkaline phosphatase, 25-hydroxyvitamin D, complete blood count, renal and liver function, fasting lipids, glucose, insulin, glycated hemoglobin | T 0 and q 3 mo[a] |
| If MTF on spironolactone, serum electrolytes (potassium) | T 0 and q 3 mo[a] |
| 4. Bone density: DEXA (if puberty previously suppressed) | T 0 and yearly[b] |
| 5. Bone age (if puberty previously suppressed) | T 0 and yearly[b] |

Modified from W. C. Hembree, et al: Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab.* 2009;94:3132–3154 (7), with permission. © The Endocrine Society.
[a] Every 3–12 months after the first year.
[b] Until puberty is completed.

It should be noted that some Tanner 4/5-transgender adolescents present for medical services before 16 years of age. As with the group treated with GnRH agonists at early puberty, we and others are studying the consequences of cross-sex hormone treatment at 14 years of age. Occasionally, some gender-dysphoric youth first come to medical attention when they are Tanner 4/5, but < 14 years of age. Such individuals would be candidates for pubertal blockers (eg, to stop menses in an FTM adolescent), but without supportive outcome data, not currently candidates for cross-sex hormone use under most circumstances.

It is essential that any use of pubertal blockers and cross-sex hormones includes an informed consent process and a discussion about implications for fertility. Transgender adolescents may wish to preserve fertility, which

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

doi: 10.1210/jc.2014-1919

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

may be otherwise compromised if puberty is suppressed at an early stage and the patient completes phenotypic transition with the use of cross-sex hormones.

## Controversies and Areas of Uncertainty/Barriers to Ideal Practice

The ability to provide optimal health care to gender-dysphoric/transgender youth is limited by areas of uncertainty, controversies, and barriers to state-of-the art practice. Only limited safety and efficacy data currently exist, with virtually no published data on the use of pubertal blockers in gender-dysphoric individuals < 12 years of age or cross-sex hormones in transgender youth < 16 years of age. Furthermore, randomized controlled trials for hormonal interventions in gender-dysphoric youth have not been considered feasible or ethical (66). The clinical practice guidelines that currently exist are based on best available evidence, with significant reliance on expert opinion. A 2011 report from the Institute of Medicine of the National Academies in the United States has endorsed the need for prospective, longitudinal safety and efficacy studies of medical interventions in gender-nonconforming/transgender youth (67). Barriers to implementation of current clinical practice guidelines include the fact that pubertal blockers and cross-sex hormone treatments are off-label in gender-dysphoric youth and are expensive, and coverage is often denied by insurance companies. Furthermore, whereas an increasing number of clinical programs have emerged in recent years, there are many geographic regions in which such services do not exist, limiting access to care and often requiring patients and families to travel long distances. In addition, access to optimal care may be limited by a lack of training of providers and by prejudice and misunderstanding on the part of family, community, and medical and mental health professionals.

## Returning to the Patients

Despite insurance denials after multiple appeals, our 13-year-old Tanner 2/3 gender-dysphoric MTF patient and family were determined to have access to pubertal suppression with GnRH agonist therapy. They decided against alternative approaches to block T production or action and instead purchased the least expensive GnRH agonist option out of pocket. The patient's gender dysphoria has markedly reduced since initiating pubertal suppression.

Our 16-year-old Tanner 5 transgender FTM patient has continued to do well on GnRH agonist treatment to

suppress the hypothalamic/pituitary/ovarian axis and on weekly sc T injections for phenotypic transition. Monitoring at 3-month intervals has thus far shown no toxicities associated with hormonal interventions; the gender dysphoria and suicidal ideation continue to be fully resolved, and the patient's depression continues to be reduced.

## Conclusions

Transgender youth represent an often marginalized and misunderstood population. Compelling studies have demonstrated that gender identity is not simply a psychosocial construct, but likely reflects a complex interplay of biological, environmental, and cultural factors. The recent replacement of "disorder" with "dysphoria" in DSM-5 removes the connotation that a transgender identity itself is pathological and focuses instead on dysphoria as the clinical concern. The best available evidence indicates that mental health comorbidities in gender-dysphoric youth significantly diminish or resolve when such individuals are subject to a gender-affirming model of care, optimally delivered in a multidisciplinary clinical setting. Prospective cohort studies focused on long-term safety and efficacy are needed to optimize medical and mental health care for transgender youth.

## Acknowledgments

I thank my colleagues at the UCSF Child and Adolescent Gender Center for their shared commitment and passion for this work. I am inspired by the courage of our patients, who want nothing more than to be themselves, and by their parents and other family and community members who support them.

Address all correspondence and requests for reprints to: Stephen M. Rosenthal, MD, Professor of Pediatrics, Medical Director, Child and Adolescent Gender Center, Division of Endocrinology, Department of Pediatrics, University of California San Francisco, 513 Parnassus Avenue, Room S-672, San Francisco, CA 94143-0434. E-mail: rosenthals@peds.ucsf.edu.

Disclosure Summary: The author has nothing to disclose.

## References

1. **American Psychiatric Association.** Diagnostic and statistical manual of mental disorders. 5th ed. Arlington, VA: American Psychiatric Association; 2013.
2. **Lee PA, Houk CP, Ahmed SF, Hughes IA.** Consensus statement on management of intersex disorders. International Consensus Conference on Intersex. *Pediatrics.* 2006;118:e488–500.
3. **Houk CP, Lee PA.** Approach to assigning gender in 46,XX congenital adrenal hyperplasia with male external genitalia: replacing dog-

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

matism with pragmatism. *J Clin Endocrinol Metab*. 2010;95:4501–4508.

4. Money J, Hampson JG, Hampson JL. Hermaphroditism: recommendations concerning assignment of sex, change of sex and psychologic management. *Bull Johns Hopkins Hosp*. 1955;97:284–300.

5. Zucker KJ. On the "natural history" of gender identity disorder in children. *J Am Acad Child Adolesc Psychiatry*. 2008;47:1361–1363.

6. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgenderism*. 2011;13:165–232.

7. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *J Clin Endocrinol Metab*. 2009;94:3132–3154.

8. Meyer-Bahlburg HF. Sex steroids and variants of gender identity. *Endocrinol Metab Clin North Am*. 2013;42:435–452.

9. Drummond KD, Bradley SJ, Peterson-Badali M, Zucker KJ. A follow-up study of girls with gender identity disorder. *Dev Psychol*. 2008;44:34–45.

10. Wallien MS, Cohen-Kettenis PT. Psychosexual outcome of gender-dysphoric children. *J Am Acad Child Adolesc Psychiatry*. 2008;47:1413–1423.

11. Bakker A, van Kesteren PJ, Gooren LJ, Bezemer PD. The prevalence of transsexualism in The Netherlands. *Acta Psychiatr Scand*. 1993;87:237–238.

12. Tsoi WF. The prevalence of transsexualism in Singapore. *Acta Psychiatr Scand*. 1988;78:501–504.

13. Winter S. Thai transgenders in focus: demographics, transitions and identities. *Int J Transgenderism*. 2006;9:15–27.

14. Conron KJ, Scott G, Stowell GS, Landers SJ. Transgender health in Massachusetts: results from a household probability sample of adults. *Am J Public Health*. 2012;102:118–122.

15. Zucker KJ, Bradley SJ, Owen-Anderson A, Kibblewhite SJ, Cantor JM. Is gender identity disorder in adolescents coming out of the closet? *J Sex Marital Ther*. 2008;34:287–290.

16. de Vries AL, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *J Homosex*. 2012;59:301–320.

17. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*. 2012;129:418–425.

18. Sherer I, Rosenthal SM, Ehrensaft D, Baum J. Child and adolescent gender center: a multidisciplinary collaboration to improve the lives of gender nonconforming children and teens. *Pediatr Rev*. 2012;33:273–275.

19. Grossman AH, D'Augelli AR. Transgender youth and life-threatening behaviors. *Suicide Life Threat Behav*. 2007;37:527–537.

20. Travers R, Bauer G, Pyne J, et al. Impacts of strong parental support for trans youth: A report prepared for Children's Aid Society of Toronto and Delisle Youth Services. *Trans Pulse*. 2012;1–5.

21. Berenbaum SA, Bailey JM. Effects on gender identity of prenatal androgens and genital appearance: evidence from girls with congenital adrenal hyperplasia. *J Clin Endocrinol Metab*. 2003;88:1102–1106.

22. Dessens AB, Slijper FM, Drop SL. Gender dysphoria and gender change in chromosomal females with congenital adrenal hyperplasia. *Arch Sex Behav*. 2005;34:389–397.

23. Meyer-Bahlburg HF, Dolezal C, Baker SW, Ehrhardt AA, New MI. Gender development in women with congenital adrenal hyperplasia as a function of disorder severity. *Arch Sex Behav*. 2006;35:667–684.

24. Frisén L, Nordenström A, Falhammar H, et al. Gender role behavior, sexuality, and psychosocial adaptation in women with congenital adrenal hyperplasia due to CYP21A2 deficiency. *J Clin Endocrinol Metab*. 2009;94:3432–3439.

25. Meyer-Bahlburg HF, Dolezal C, Baker SW, New MI. Sexual orien-

tation in women with classical or non-classical congenital adrenal hyperplasia as a function of degree of prenatal androgen excess. *Arch Sex Behav*. 2008;37:85–99.

26. Cohen-Kettenis PT. Gender change in 46,XY persons with 5α-reductase-2 deficiency and 17β-hydroxysteroid dehydrogenase-3 deficiency. *Arch Sex Behav*. 2005;34:399–410.

27. Imperato-McGinley J, Peterson RE, Gautier T, Sturla E. Androgens and the evolution of male-gender identity among male pseudohermaphrodites with 5α-reductase deficiency. *N Engl J Med*. 1979;300:1233–1237.

28. Rösler A, Silverstein S, Abeliovich D. A (R80Q) mutation in 17 β-hydroxysteroid dehydrogenase type 3 gene among Arabs of Israel is associated with pseudohermaphroditism in males and normal asymptomatic females. *J Clin Endocrinol Metab*. 1996;81:1827–1831.

29. Reiner WG, Gearhart JP. Discordant sexual identity in some genetic males with cloacal exstrophy assigned to female sex at birth. *N Engl J Med*. 2004;350:333–341.

30. Meyer-Bahlburg HF. Gender identity outcome in female-raised 46,XY persons with penile agenesis, cloacal exstrophy of the bladder, or penile ablation. *Arch Sex Behav*. 2005;34:423–438.

31. T'Sjoen G, De Cuypere G, Monstrey S, et al. Male gender identity in complete androgen insensitivity syndrome. *Arch Sex Behav*. 2011;40:635–638.

32. Hyde C, Kenna JC. A male MZ twin pair, concordant for transsexualism, discordant for schizophrenia. *Acta Psychiatr Scand*. 1977;56:265–275.

33. Green R. Family cooccurrence of "gender dysphoria": Ten sibling or parent-child pairs. *Arch Sex Behav*. 2000;29:499–507.

34. Coolidge FL, Thede LL, Young SE. The heritability of gender identity disorder in a child and adolescent twin sample. *Behav Genet*. 2002;32:251–257.

35. Heylens G, De Cuypere G, Zucker KJ, et al. Gender identity disorder in twins: a review of the case report literature. *J Sex Med*. 2012;9:751–757.

36. Henningsson S, Westberg L, Nilsson S, et al. Sex steroid-related genes and male-to-female transsexualism. *Psychoneuroendocrinology*. 2005;30:657–664.

37. Hare L, Bernard P, Sánchez FJ, et al. Androgen receptor repeat length polymorphism associated with male-to-female transsexualism. *Biol Psychiatry*. 2009;65:93–96.

38. Ujike H, Otani K, Nakatsuka M, et al. Association study of gender identity disorder and sex hormone-related genes. *Prog Neuropsychopharmacol Biol Psychiatry*. 2009;33:1241–1244.

39. Bentz EK, Hefler LA, Kaufmann U, Huber JC, Kolbus A, Tempfer CB. A polymorphism of the CYP17 gene related to sex steroid metabolism is associated with female-to-male but not male-to-female transsexualism. *Fertil Steril*. 2008;90:56–59.

40. LeVay S. A difference in hypothalamic structure between heterosexual and homosexual men. *Science*. 1991;253:1034–1037.

41. Zhou JN, Hofman MA, Gooren LJ, Swaab DF. A sex difference in the human brain and its relation to transsexuality. *Nature*. 1995;378:68–70.

42. Byne W, Tobet S, Mattiace LA, et al. The interstitial nuclei of the human anterior hypothalamus: an investigation of variation with sex, sexual orientation, and HIV status. *Horm Behav*. 2001;40:86–92.

43. Kruijver FP, Zhou JN, Pool CW, Hofman MA, Gooren LJ, Swaab DF. Male-to-female transsexuals have female neuron numbers in a limbic nucleus. *J Clin Endocrinol Metab*. 2000;85:2034–2041.

44. Chung WC, De Vries GJ, Swaab DF. Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *J Neurosci*. 2002;22:1027–1033.

45. Chung WC, Swaab DF, De Vries GJ. Apoptosis during sexual differentiation of the bed nucleus of the stria terminalis in the rat brain. *J Neurobiol*. 2000;43:234–243.

46. Luders E, Sánchez FJ, Gaser C, et al. Regional gray matter variation in male-to-female transsexualism. *Neuroimage*. 2009;46:904–907.

Case 1:25-cv-00240-ACR    Document 757-13    Filed 07/02/25    Page 296 of 306

47. **Rametti G, Carrillo B, Gómez-Gil E, et al.** White matter microstructure in female to male transsexuals before cross-sex hormonal treatment. A diffusion tensor imaging study. *J Psychiatr Res*. 2011;45: 199–204.

48. **Berglund H, Lindström P, Dhejne-Helmy C, Savic I.** Male-to-female transsexuals show sex-atypical hypothalamus activation when smelling odorous steroids. *Cereb Cortex*. 2008;18:1900–1908.

49. **Savic I, Arver S.** Sex dimorphism of the brain in male-to-female transsexuals. *Cereb Cortex*. 2011;21:2525–2533.

50. **Scholz J, Klein MC, Behrens TE, Johansen-Berg H.** Training induces changes in white-matter architecture. *Nat Neurosci*. 2009;12: 1370–1371.

51. **Draganski B, Gaser C, Busch V, Schuierer G, Bogdahn U, May A.** Neuroplasticity: changes in grey matter induced by training. *Nature*. 2004;427:311–312.

52. **Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT.** Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry*. 2013;52:582–590.

53. **Zucker KJ, Wood H, Singh D, Bradley SJ.** A developmental, biopsychosocial model for the treatment of children with gender identity disorder. *J Homosex*. 2012;59:369–397.

54. **Hidalgo MA, Ehrensaft D, Tishelman AC, et al.** The gender affirmative model: what we know and what we aim to learn. *Hum Dev*. 2013;56:285–290.

55. **Cohen-Kettenis PT, Delemarre-van de Waal HA, Gooren LJ.** The treatment of adolescent transsexuals: changing insights. *J Sex Med*. 2008;5:1892–1897.

56. **de Vries AL, Noens IL, Cohen-Kettenis PT, van Berckelaer-Onnes IA, Doreleijers TA.** Autism spectrum disorders in gender dysphoric children and adolescents. *J Autism Dev Disord*. 2010;40:930–936.

57. **Strang JF, Kenworthy L, Dominska A, et al.** Increased gender variance in autism spectrum disorders and attention deficit hyperactivity

disorder [published online March 12, 2014]. *Arch Sex Behav*. doi: 10.1007/s10508–014-0285–3.

58. **Cohen-Kettenis PT, van Goozen SH.** Pubertal delay as an aid in diagnosis and treatment of a transsexual adolescent. *Eur Child Adolesc Psychiatry*. 1998;7:246–248.

59. **Delemarre-van de Waal HA, Cohen-Kettenis PT.** Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. *Eur J Endocrinol*. 2006;155:S131–S137.

60. **de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT.** Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med*. 2011;8:2276–2283.

61. **Cohen-Kettenis PT, Schagen SE, Steensma TD, de Vries AL, Delemarre-van de Waal HA.** Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. *Arch Sex Behav*. 2011;40:843–847.

62. **Gooren LJ.** Clinical practice. Care of transsexual persons. *N Engl J Med*. 2011;364:1251–1257.

63. **Spack NP.** Management of transgenderism. *JAMA*. 2013;309:478–484.

64. **Toorians AW, Thomassen MC, Zweegman S, et al.** Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. *J Clin Endocrinol Metab*. 2003; 88:5723–5729.

65. **Asscheman H, Giltay EJ, Megens JA, de Ronde WP, van Trotsenburg MA, Gooren LJ.** A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. *Eur J Endocrinol*. 2011;164:635–642.

66. **Drescher J, Byne W.** Gender dysphoric/gender variant (GD/GV) children and adolescents: summarizing what we know and what we have yet to learn. *J Homosex*. 2012;59:501–510.

67. **Institute of Medicine Committee on Lesbian, Gay, Bisexual, and Transgender Health Issues and Research Gaps and Opportunities.** The health of lesbian, gay, bisexual, and transgender people: building a foundation for better understanding. Washington, DC: National Academies Press; 2011:347.

Downloaded from https://academic.oup.com/jcem/article/99/12/4379/2833862 by OUP site access, Jane McGraw on 21 February 2025

# EXHIBIT N

*Archives of Sexual Behavior, Vol. 34, No. 4, August 2005, pp. 389–397* (© 2005)
DOI: 10.1007/s10508-005-4338-5

# Gender Dysphoria and Gender Change in Chromosomal Females with Congenital Adrenal Hyperplasia

**Arianne B. Dessens, Ph.D.,**[1,2] **Froukje M. E. Slijper, Ph.D.,**[1]
**and Stenvert L. S. Drop, M.D., Ph.D.**[1]

This article reviews the literature on studies and case reports on gender identity and gender identity problems, gender dysphoria, and gender change in chromosomal females with congenital adrenal hyperplasia, raised male or female. The large majority (94.8%) of the patients raised female ($N = 250$) later developed a gender identity as girls and women and did not feel gender dysphoric. But 13 (5.2%) patients had serious problems with their gender identity. This percentage is higher than the prevalence of female-to-male transsexuals in the general population of chromosomal females. Among patients raised male, serious gender identity problems were reported in 4 (12.1%) out of 33 patients. From these observations, we conclude that the assignment to the female gender as a general policy for 46,XX patients with CAH appears justified, even in severely masculinized 46,XX newborns with CAH (Prader stage IV or V).

KEY WORDS: congenital adrenal hyperplasia; gender identity; gender dysphoria.

## INTRODUCTION

Congenital adrenal hyperplasia (CAH) is a disorder in which the adrenal glands produce excessive amounts of androgens. In chromosomal females, the classical (prenatal-onset) form of the disorder causes genital masculinization, ranging from mild clitoral enlargement to complete fusion of the labioscrotal folds with a phallic urethra (Speiser & White, 2003). In the large majority of girls, the disorder is diagnosed through (1) a work-up following the identification of genital ambiguity at birth, (2) neonatal screening in the first weeks after birth (Therrell, 2001; Van der Kamp et al., 2001), or (3) a medical work-up when the child develops an electrolyte crisis secondary to salt loss in the first two weeks after birth, or undergoes progressive virilization during infancy and early childhood (Speiser, 2001). Girls

with nonclassical CAH are born with normal female genitalia, and the disorder becomes symptomatic only during childhood or later (White & Speiser, 2000).

In Western industrialized countries, 46,XX neonates with CAH, if correctly diagnosed, are almost always assigned to the female gender because they have ovaries, a uterus, and a vagina, and will feminize normally in puberty and have the potentially for fertility if they are on adequate glucocorticoid replacement therapy. Sometimes female neonates are born with severely masculinized genitals and are assigned the male gender, particularly if the disorder is not recognized. When, in such cases, the correct diagnosis is made after the neonatal period, the prevailing policy advises gender reassignment, based on the usual medical course described above, the fertility potential, and the assumption that in early childhood gender identity is not yet stable. In relatively rare cases—mostly in patients with the simple virilizing type and the most severe degree of masculinization (Prader stage V)—the diagnosis is not made within the first 18 months of life but at a much later age. For these patients, there is no consensus about gender reassignment. Some undergo a gender reassignment, but others do not. The decision not to change gender may be made according to the recommendation made by

[1]Pediatrics Department, Division of Pediatric Endocrinology, Erasmus Medical Centre, Sophia Children's Hospital, Rotterdam, The Netherlands.

[2]To whom correspondence should be addressed at Pediatrics Department, Division of Pediatric Endocrinology, Erasmus Medical Centre, Sophia Children's Hospital, Room SP-3435, POB 2060, 3000 CB Rotterdam, The Netherlands; e-mail: a.b.dessens@erasmusmc.nl.

0004-0002/05/0800-0389/0 © 2005 Springer Science+Business Media, Inc.

Money, Hampson, and Hampson (1955). Based on a review of all data available in the literature and the evaluation of patients seen at Harvard University and Johns Hopkins Hospital, Money et al. (1955) concluded that gender assignment after the first 2 years of life or so led to increasing adjustment problems (see also Money, Hampson, and Hampson, 1957). Money's guidelines for patient management explicitly included that later gender reassignment should be based on careful evaluation of the child's behavior and gender wishes (Money, 1968). In most children who are assigned the female gender, the genitals are surgically feminized in order to support the development of a stable female gender identity, and to provide the capacity for heterosexual intercourse later in life.

Classic 21-hydroxylase deficiency is detected in approximately 1 in 16,000 births in most populations (Speiser & White, 2003). As classical CAH is the most frequent intersex disorder in 46,XX individuals, it has been possible to carry out studies on comparatively large groups of patients. Studies on gender behavior in patients raised female have shown that, as a group, they show variably masculinized behavior in regard to play, playmates, toys and activities in childhood, leisure time and other activities in adolescence and adulthood (Berenbaum, 2003; Collaer & Hines, 1995; Zucker, 2005). Dittmann (1992) observed slightly but significant more masculine positions and body movements in CAH females.

The prevailing policy of gender assignment of all chromosomal females with classical CAH to the female gender is currently under debate. On theoretical grounds, Diamond and Sigmundson (1997) proposed that chromosomal females born with severely masculinized genitals (Prader stage V) should be assigned the male gender. They assumed that the high levels of intrauterine androgens lead to a higher degree of brain masculinization and hence to an increased risk of gender dysphoria in females. In order to find arguments whether the prevailing gender assignment policy should be continued or replaced by Diamond and Sigmundson's proposal, we reviewed the literature on studies and case reports on gender identity and gender identity problems, gender dysphoria, and gender change in chromosomal females with CAH, assigned either to the female or to the male gender.

## METHOD

This review is based upon the most frequently cited publications in the English-language literature from 1950 onwards in which gender development has been studied. We searched Medline and PsycLit with the search words congenital adrenal hyperplasia, CAH, gender, and author names. In addition, we consulted the reviews by

Chan-Cua, Freidenberg and Jones (1989), Collaer and Hines (1995), and Zucker (1999).

We did not consult the literature before 1950 because hydrocortisone treatment was not available until that year and the majority of patients died in infancy. Furthermore, we selected studies in which there were no doubts about the diagnosis of CAH, and in which the children studied were at least two years old because it is not known whether gender identity or gender dysphoria exists in younger children.

We used different criteria in the selection of studies of 46,XX children raised female and 46,XX children raised male. For children raised female, we only included studies in which psychological measurements and/or psychiatric diagnostic instruments had been used in the assessment of gender outcomes. Most of these studies included female non-CAH controls. By contrast, the available studies or case reports on 46,XX children raised male commonly did not employ psychological measurements and/or psychiatric diagnostic instruments. In some studies, a psychiatrist had been consulted; in others, the judgement on gender development seemed to have been made by the pediatrician or the parents. These latter judgements might have been influenced by the fact that both the pediatrician and the parents are or had been directly involved in the original gender assignment decision. We, therefore, decided to include all studies in children raised male which included some statements about the gender development of these children, even if it was not formally assessed. None of the studies of male-raised cases included control subjects.

## RESULTS

Table I summarizes the findings from studies of 46,XX individuals assigned and raised female ($N = 250$). The majority of the females suffered from classical CAH and had mild to severe masculinization of their external genitals. Thirty-two had been assigned male at birth, of which 28 were reassigned as females in the first 19 months of life. Slijper's (1984) study included one girl with simple virilizing CAH who was reassigned from male to female at age 3.5 years. In this girl, the disorder was recognized late. The decision to reassign gender was made because the child preferred to be a girl and psychological assessment revealed that she was developing a female gender identity. Wölfle et al.'s (2002) sample included three patients who had undergone a physician-imposed gender reassignment to female at ages 7–9 years. One of them accepted this change and did not have many social problems. Another girl accepted the female gender but had to deal with a poor acceptance by her social environment. The third girl did

Table 1. Gender Identity in 46,XX Individuals with Congenital Adrenal Hyperplasia Raised Female

| Reference | Country | Syndrome specifications | Severity of masculinization at birth | N[a] | GA at birth | Phys GRA at age | Pat GRA at age | Age[b] | Lives as M/F | Identifies as M/F/other | Gender dysphoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ehrhardt et al. (1968)[c] | USA | n.i. | Prader IV 7p | 15 | M: 7p F: 8p | before 8th month | None | 5–16 | F | F[d] | No[f] |
| Ehrhardt and Baker (1974)[c] | USA | SW 9p SV 8p | n.i. n.i. | 17 | n.i. | n.i. | None | 4–20 | F | 1p confused about her femininity F[d] | No |
| McGuire, Ryan, and Omenn (1975)[c] | USA | n.i. | n.i. | 15 | n.i. | n.i. | n.i. | 7–20 | F | F | n.i. |
| Slijper (1983, 1984)[c] | NL | SW 13p SV 11p | Prader II 4p Prader III 3p Prader IV 6p Prader II 8p Prader III 1p Prader IV 2p | 24 | M: 5p F: 8p M: 1p F: 10p | before 13th month at age 3.5[g] | None None | 7–17 | F | SW: F[d,e] SV: F | No[f] |
| Hurtig and Rosenthal (1987)[c] | USA | n.i. | n.i.[h] | 9 | n.i. | n.i. | None | 13–21 | F | F[e] | No |
| Dittmann et al. (1990)[c] | GER | SW 13p SV 20p | Prader II–V | 34 | n.i. | n.i. | None | 11–41 | F | F | F |
| Meyer-Bahlburg et al. (1996) | USA | SW (p2)[j] | Markedly | 1 | M | 1st month | Adulthood | 35 | M | M | Yes |
|  |  | SW (p4)[j] | Markedly | 1 | F |  | Adulthood | 30 | M | M | Yes |
|  |  | SV (p1)[j] | Markedly | 1 | M | 1st month | Adulthood | 28 | M | M | Yes |
|  |  | 11βOH (p3)[j] | Markedly | 1 | F |  | Adulthood | 38 | M | M | Yes |
| Zucker et al. (1996)[c] | CAN | SW 19p SV 12p | n.i. | 31 | n.i.[j] | 1–2 month | None[k] after birth | 18–40 | F | F[d] | No |
| Slijper et al. (1998) | NL | n.i. | Severely 8p | 18 | M: 8p | 6p at 0–3 month 2p at 6 month | None | 2–27 | F | F: 16p M: 2p[f] | No 16p Yes 2p[f] |
| Wölffle et al. (2002) | GER + SW | SW 12p SV 2p 11βOH 2p | Ambiguous 2p Prader V 9p | 9 | F: 10p M | 6p patients in 1–19 month 3p patients at age 7–9year | None None | 8–49 | F F | F F: 2p (p8[m], p9)[j] M: 1p (p7) | No No Yes |

**Table 1. Continued**

| Reference | General information | | | N[a] | Gender history | | | | Latest report | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Country | Syndrome specifications | Severity of masculinization | | GA at birth | Phys GRA at age | Pat GRA at age | Age[b] | Lives as M/F | Identifies M/F/other | Gender dysphoria |
| Berenbaum and Bailey (2003)[c] | USA | SW 35, SV 8 | Prader I-IV, average, Prader III | 43 | F | No | None | 3-18 | F | F | No |
| Hines et al. (2004)[c] | UK | SW 14 | n.i., n.i. 2 | 16 | n.i. | n.i. | None | 18-44 | F | F[d] | No 11p, Yes 5p[d] |
| Meyer-Bahlburg et al. (2004)[c] | USA | SW 13, SV 2 | Prader I 1p, Prader II 1p, Prader III 2p, Prader IV 4p, Prader IV/V 1p, n.i. 6p | 15 | n.i. | n.i. | None | 5-12 | F | F | No |

*Notes.* GA: gender assignment at birth; phys GRA: physician-imposed gender reassignment; pat GRA: patient-initiated gender reassignment; m/f/other: male, female or other; n.i.: no information; SW: CAH salt wasting type, SV: CAH simple virilizing type; p: patient(s); USA: United States; NL: The Netherlands; CAN: Canada; GER + SW: Germany and Switzerland.

[a]N only refers to the number of CAH patients who participated in the study (excluded are the number of control subjects and the total number of patients who had been asked to take part in the follow-up study).

[b]The age at the latest report is presented because in many studies we were unable to find out at what ages the child had been seen before but descriptions made clear that many patients had been admitted to several hospitals before.

[c]Comparison of CAH patients and matched controls or family controls (sisters, cousins, mothers).

[d]These females identified themselves as females, but on measurements they indicated they felt less typically female compared to controls.

[e]Showed a less-female-typical identification on the Draw-a-Person test.

[f]These girls did not feel gender dysphoric but felt less content with being female or more often expressed the wish to have been born male.

[g]This decision was based on a careful assessment of the patient's behavior and preferences.

[h]Four patients had virilization at the time of the study; in three of them, this was due to non-compliance with medication.

[i]In the publication referred to as patient no. 1,2, etc.

[j]Information is given for the total sample but not for the patients who entered the follow-up study.

[k]The total study group (which is larger than the 31 subjects who participated in this study) comprised one female who changed gender to male at age 19. He refused to take part in the study.

[l]Onset of GID at age 3 and 4.

[m]This patient accepted the female gender, but acceptance by her social environment was poor.

[n]5 females indicated they had wished to be a person of the other sex in the past 12 months, 4 endorsing "some of the time" and 1 endorsing "about half of the time."

not accept the reassignment to female and also had to deal with people in her social network who did not accept the change.

The females in the studies by Ehrhardt, Epstein, and Money (1968), Ehrhardt and Baker (1974), Slijper (1984), Zucker et al. (1996), Slijper, Drop, Molenaar, and de Muinck Keizer-Schrama (1998) and Hines, Brook, and Conway (2004) identified themselves as females, but on measurements they indicated that they felt less typically female compared to the control group.

Of the 250 CAH females who participated in these investigations, 237 did not show symptoms of gender dysphoria. However, 13 females reported gender problems: one female was confused about her female identity, 5 indicated that they sometimes had wished to be a person of the other sex in the past 12 months, and 7 experienced gender dysphoria. Four (30%) of these 13 females experienced such a severe dysphoria that they wanted to change their gender (Meyer-Bahlburg et al., 1996).

Table II shows the findings from studies of 46,XX individuals raised male ($N = 33$). We found 12 studies on gender identity in 46,XX individuals raised male. Most studies included only one or two individuals, except those of Rösler and Leiberman (1984), Sripathi, Ahmed, Sakati, and al-Ashwal (1997), and Wölfle et al. (2002). At the time of study, 4 (12.1%) out of these 33 chromosomal females raised male identified themselves as female (1 patient) or were gender dysphoric (3 patients).

These data suggest that gender problems seem to occur more often among CAH patients raised male than among those patients raised female. However, the difference between male and female raised patients was not statistically significant ($p = .12$, Fisher's Exact Test, two-tailed).

### DISCUSSION

The studies reviewed in this article show that, despite the masculinized gender behavior, the majority (94.8%) of chromosomal females with CAH raised female identify themselves as females and live in their assigned gender (Table I). Only a few of them, 13 (5.2%) out of 250, experienced gender dysphoria. One of these patients had originally been raised male but underwent physician-imposed gender reassignment to female at age 7. It has been reported before that such a late gender change is associated with an increased risk of gender dysphoria (Wölfle et al., 2002). Four (30%) of the 13 gender dysphoric patients experienced such a severe dysphoria that they initiated a gender change in adulthood. In the total group of evaluated patients, the percentage

of females who changed gender was 1.6% (4 out of 250). In addition, a fifth patient who changed gender was known from the data base of Zucker et al. (1996). The number of females who desired a gender change is larger than expected, given the baseline prevalence of female to male transsexualism in the general population of chromosomal females (1:30,400; Bakker, van Kesteren, Gooren, & Bezemer, 1993). The females who changed their gender did not differ from other women with CAH with respect to severity of genital masculinization or levels of prenatal androgen exposure (Meyer-Bahlburg et al., 1996; Zucker et al., 1996). Based on these findings, it has been concluded that an apparently stable gender identity in childhood does not necessarily preclude gender dysphoria and gender change later in life nor does a successful gender reassignment in childhood rule out later gender problems (Meyer-Bahlburg et al., 1996; Zucker et al., 1996).

Four chromosomal females raised male experienced gender dysphoria and 29 did not. With respect to the occurrence of gender dysphoria, there was no significant difference between 46,XX CAH patients raised male and patients raised female. The information provided in the literature is often not specific enough to permit a conclusion regarding the question whether the 46,XX patients raised male (Table II) had more masculinized genitals at birth compared to those raised female (Table I). It appears that all of these children had been assigned the male gender initially before their condition was correctly diagnosed. In the case of some 46,XX children raised male, their 46,XX karyotype became known within their first two years of life, but at that point, the parents did not want to reassign their child to the female gender. Our findings indicate that, compared to the general population, gender dysphoria is more often seen among these patients, either raised male or female. The large majority of patients, however, do not experience gender dysphoria. These observations confirm the conclusion by Hines (2004) that gender identity development, at least in patients with classical CAH, is remarkably flexible.

In regard to Diamond and Sigmundson's proposal (1997), the sample of Wölfle et al. (2002) is of interest because it only includes children born with completely masculinized external genitalia (Prader stage V). This study included 16 patients all assigned male at birth. Seven of them had been raised male (Table II), 6 had been raised female from 1 to 19 months after birth onwards, and 3 had been raised male in the first 7–9 years of life. Among the 7 male raised patients, one developed a disturbed gender identity (Table II). Of the 6 patients who had undergone early gender reassignment, none developed gender identity problems

**Table II.** Gender Identity in 46,XX Individuals with Congenital Adrenal Hyperplasia Raised Male

| Reference | General information — Country | Syndrome specifications | Severity of masculinization | $N^a$ | GA | Gender history — Phys GRA at age | Pat GRA at age | Latest report — Age$^b$ at study | Lives as M/F | Identifies M/F/Other | Gender dysphoria |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilkins (1957) and Jones and Scott (1958)[c] | USA | SW | n.i. | 1 | M | — | — | $7\frac{1}{2}$ | M | Psychiatric advice to continue the male role | |
| Peris (1960)[c] | USA | n.i. | n.i. | 1 | M | — | — | 18 | M | M | No |
| Madsen (1963)[c] | USA | n.i. | n.i. | $2^d$ | M / M | — | —[e] | 35 / 30 | M / M | F / M | Yes / n.i. |
| Gillenwater, Wyker, Birdsong, and Thornton (1970)[c] | USA | n.i. | n.i. | 1 | M | — | — | 7 | M | M | n.i. |
| Redman and Gould (1972)[c] | USA | SW | n.i. | 1 | M | — | — | 6 | M | Psychologically a boy | |
| Money and Daléy (1976)[c] | USA | SW | Prader IV or V | 1 | M | — | — | adult | M | M/Masculine personality | |
| Rösler and Leiberman (1984) | IS | n.i. / 11βOH | severe | $2^d$ / 8 | M / M | n.i. | | adult / 17–33 | M / M | 6 M; 1 ambivalent; 1 not adjusted as a male | No |
| Wyatt, Chasalow, Granoff, and Blethen (1987) | USA | SV | Prader V | 1 | M | n.i. | | $3\frac{1}{2}$ | n.i. | M | No |
| Chan-Cua et al. (1989)[c] | USA | SW (p1)[f] / SV (p2)[f] | Prader V / Prader V | 1 / 1 | M / M | — | — / — | $8\frac{1}{4}$ / $4\frac{1}{2}$ | M / M | M / M | No / No |
| Sripathi et al. (1997)[c] | SA | n.i. | n.i. | 6 | M | — | — | 3–16 | M | Well adjusted to boyhood | No |
| Wölfle et al. (2002)[c] | GER + SW | n.i. | Prader V | 7 | M | n.i. | | 8–49 | M | M: 6p; 1p (p2)[g] | No; 1p (p2)[c,h] |

*Notes.* GA: gender assignment at birth; phys GRA: physician-imposed gender reassignment; pat GRA: patient-initiated gender reassignment; m/f/other: male, female or other; Pso measurement/psa diagnosis: psychological measurements or psychiatric diagnostic evaluation has been applied; n.i.: no information; USA: United States; IS: Israel; GER + SW: Germany and Switzerland; SA: Saudi Arabia.

[a] N only refers to the number of evaluated CAH patients.

[b] The age at the latest report is presented because in many studies or reports we were unable to find out at what ages the child had been seen before but descriptions made clear that many patients had been admitted to several hospitals before.

[c] In these children, the disorder was either recognized late or the parents did not want to reassign the childs gender. In two brothers (Sripathi et al., 1997), the disorder was recognized at birth but the parents insisted on male upbringing.

[d] Brothers.

[e] This patient sought help because he wanted to become a woman. From age 26 on, when he started to menstruate, he was convinced that he was a woman.

[f] The authors describe 3 patients raised as males. In one patient, his identification as a male can be understood from the gender confusion he suffered when he developed breasts at age 11–12 and his refusal to follow his doctor's advice to live as a girl. The patients are further described having masculine personalities.

[g] In the publication, referred to as patient No 2.

[h] According to the author's description, he has a "disturbed gender identity."

(see Table I). Of the 3 children who had undergone late gender reassignment, only one accepted her female gender and did not experience social stigmatization. For the other two children, the reassignment decision appeared to be unfortunate: one child kept identifying herself as a male whereas the other child accepted her new gender identity but suffered from social stigmatization as her new gender identity was not accepted by others. From their findings, Wölfle et al. (2002) concluded that physician-imposed gender reassignment late in childhood should be avoided. This conclusion is in agreement with the original recommendations by Money et al. (1955). Wölfle et al. (2002) plea for neonatal screening and recommend gender reassignment (if appropriate) in initially undiagnosed children under 19 months of age as soon as the correct diagnosis has been made. The study is an important one, and should be repeated in other 46,XX individuals raised in the male gender because such studies broaden our knowledge of gender development and gender problems in these children (Meyer-Bahlburg et al., 2004).

Berenbaum and Bailey (2003) investigated the effects on gender identity of prenatal androgens and genital appearance but did not observe a relationship between degree of genital masculinization and prevalence of gender identity problems or gender dysphoria. They pointed out that the relationship between genital masculinization and brain masculinization may not be proportional and that caution is needed to conclude that gender identity is determined primarily by prenatal androgen exposure. A similar conclusion was drawn by Meyer-Bahlburg et al. (2004), who observed masculinized gender behavior but no gender dysphoria in 5–12 year-old CAH girls. A relationship between prenatal androgenization and masculinization of gender behavior has been observed in many studies, but not in all (Collaer & Hines, 1995). Published correlations of gender related behavior with Prader stage of genital masculinization have been inconsistent, ranging from .00 to .68 (Meyer-Bahlburg, 2001). The studies reviewed in this article indicate no relationship of prenatal androgenization with masculinization of core gender identity.

The difference between gender behavior and gender identity in their association with prenatal androgenization suggests that the underlying mechanisms establishing gender behavior and gender identity are not quite the same. With respect to gender identity, in addition to prenatal androgenization, genetic factors may play a role (Arnold, 2002; De Vries & Simerly, 2002). Another explanation could be that, in these patients, social factors influence the development of gender identity more strongly than the development of gender-related behavior (Meyer-Bahlburg et al., 2004).

From the findings in the studies described in this article, one could optimistically conclude that the present medical and psychosocial management of these patients is not such a bad one. However, the data show that, although many patients adjust well to their lives, the proportion of patients who experience significant gender problems is higher than expected. In order to gain a better understanding of these gender problems, future studies should include specific assessments of gender identity and gender dysphoria that will permit better data on prevalence, characteristics and severity of gender problems. As many gender problems seem to arise in late adolescence and adulthood, more of these studies should be performed in patients 17 years of age and older.

We also need to address the problem of patient representativeness. Patient advocacy groups (ISNA, 2003) are dissatisfied with the present policy. They point out that, particularly in adulthood, many patients encounter gender-related and psychosexual problems, which some attribute to the medical intervention. Zucker et al. (1996) mentioned the well-known problem in clinical research that patients dissatisfied with the services they received may be resistant to participation in follow-up studies. Consequently, the participating patients are somewhat more likely to include satisfied ones. This may lead to an underrepresentation of problematic outcomes and, perhaps, an inadequate revision of treatment policies. It is, therefore, very important that also patients who are dissatisfied realize the importance of participating in such follow-up studies, and that investigators make special efforts to facilitate their participation.

We agree with Berenbaum (2003) that it is not necessary to make substantial changes in our medical and psychosocial management. However, the encountered gender-related problems deserve more attention. Our knowledge is limited and we are unable yet to predict which patients will develop gender identity problems and which will not. Patients and their parents should be informed about this, and psychological help should be offered to help these patients and to understand the specific nature of their problems. Only the (older) patient him/herself can judge whether the gender s/he has been assigned to is compatible with his/her overall experience of the self in the given social environment.

## REFERENCES

Arnold, A. P. (2002). Concepts of genetic and hormonal induction of vertebrate sexual differentiation in the twentieth century, with special reference to the brain. In D. W. Pfaff, A. P. Arnold, A. M. Etgen, S. E. Fahrbach, & T. T. Rubin (Eds.), *Hormones, brain and behavior* (Vol. 4, pp. 105–135). Amsterdam: Academic Press (Elsevier Science).

Bakker, A., van Kesteren, P. J. M., Gooren, L. J. G., & Bezemer, P. D. (1993). The prevalence of transsexualism in The Netherlands. *Acta Psychiatrica Scandinavica*, 87, 237–238.

Berenbaum, S. A. (2003). Management of children with intersex conditions: Psychological and methodological perspectives. *Growth Genetics & Hormones*, 19(1), 1–6.

Berenbaum, S. A., & Bailey, J. M. (2003). Effect on gender identity of prenatal androgens and genital appearance: Evidence from girls with congenital adrenal hyperplasia. *Journal of Clinical Endocrinology and Metabolism*, 88, 1102–1106.

Chan-Cua, S., Freidenberg, G., & Jones, K. L. (1989). Occurence of male phenotype in genotypic females with congenital virilizing adrenal hyperplasia. *American Journal Medical Genetics*, 34, 406–412.

Collaer, M. L., & Hines, M. (1995). Human behavioral sex differences: A role for gonadal hormones during early development? *Psychological Bulletin*, 118, 55–107.

De Vries, G. J., & Simerly, R. B. (2002). Anatomy, development, and function of sexually dimorphic neural circuits in the mammalian brain. In D. W. Pfaff, A. P. Arnold, A. M. Etgen, S. E. Fahrbach, & T. T. Rubin (Eds.), *Hormones, brain and behavior* (Vol. 4, pp. 137–191). Amsterdam: Academic Press (Elsevier Science).

Diamond, M., & Sigmundson, H. K. (1997). Management of intersexuality: Guidelines for dealing with persons with ambiguous genitalia. *Archives of Pediatrics and Adolescent Medicine*, 151, 1046–1050.

Dittmann, R. W. (1992). Body positions and movement patterns in female patients with congenital adrenal hyperplasia. *Hormones and Behavior*, 26, 441–456.

Dittmann, R. W., Kappes, M. H., Kappes, M. E., Börger, D., Stegner, H., Willig, R. H., et al. (1990). Congenital adrenal hyperplasia I: Gender-related behavior and attitudes in female patients and sisters. *Psychoneuroendocrinology*, 15, 401–420.

Ehrhardt, A. A., & Baker, S. W. (1974). Males and females with congenital adrenal hyperplasia: A family study of intelligence and gender-related behavior. In R. C. Friedman, R. M. Richart, & R. L. Vande Wiele (Eds.), *Sex differences in behavior* (pp. 33–51). New York: Wiley.

Ehrhardt, A. A., Epstein, R., & Money, J. (1968). Fetal androgens and female gender identity in the early-treated adrenogenital syndrome. *John Hopkins Medical Journal*, 122, 160–167.

Gillenwater, J. Y., Wyker, A. W., Birdsong, M., & Thornton, W. N. (1970). Adrenogenital syndrome producing female pseudohermaphroditism with a phallic urethra. *Journal of Urology*, 103, 500–504.

Hines, M. (2004). Psychosexual development in individuals who have female pseudohermaphroditism. *Child and Adolescent Psychiatric Clinics of North America*, 13, 641–656.

Hines, M., Brook, C., & Conway, G. S. (2004). Androgen and psychosexual development: Core gender identity, sexual orientation, and recalled childhood gender role behavior in women and men with congenital adrenal hyperplasia (CAH*). Journal of Sex Research*, 41, 75–81.

Hurtig, A. L., & Rosenthal, I. M. (1987). Psychological findings in early treated cases of female pseudohermaphroditism caused by virilizing congenital adrenal hyperplasia. *Archives of Sexual Behavior*, 16, 209–222.

ISNA. www.isna.org.

Jones, H. W., & Scott, W. W. (1958). *Hermaphroditism, genital anomalies, and related endocrine disorders*. Baltimore, MD: Williams & Wilkins.

McGuire, L. S., & Omenn, G. S. (1975). Congenital adrenal hyperplasia. I. Family studies of IQ. *Behavior Genetics*, 5, 165–173.

McGuire, L. S., Ryan, K. O., & Omenn, G. S. (1975). Congenital adrenal hyperplasia. II. Cognitive and behavioral studies. *Behavior Genetics*, 5, 175–188.

Madsen, P. O. (1963). Familial female pseudohermaphroditism with hypertension and penile urethra. *Journal of Urology*, 90, 466–469.

Meyer-Bahlburg, H. F. L. (2001). Gender and sexuality in classic congenital adrenal hyperplasia. *Endocrinology and Metabolism Clinics of North America*, 30, 155–171.

Meyer-Bahlburg, H. F. L., Dolezal, C., Baker, S. W., Carlson, A. D., Obeid, J. S., & New, M. (2004). Prenatal androgenization affects gender-related behavior but not gender identity in 5–12-year old girls with congenital adrenal hyperplasia. *Archives of Sexual Behavior*, 33, 97–104.

Meyer-Bahlburg, H. F. L., Gruen, R. S., New, M. I., Bell, J. J., Morishima, A., Shimshi, M., et al. (1996). Gender change from female to male in classical congenital adrenal hyperplasia. *Hormones and Behavior*, 30, 319–332.

Money, J. (1968). *Sex errors of the body*. Baltimore, MD: Johns Hopkins Press.

Money, J., & Daléry, J. (1976). Iatrogenic homosexuality: Gender identity in seven 46,XX chromosomal females with hyperadrenocortical hermaphroditism born with a penis, three reared as boys, four reared as girls. *Journal of Homosexuality*, 1, 357–371.

Money, J., Hampson, J. G., & Hampson, J. L. (1955). Hermaphroditism: Recommendations concerning assignment of sex, change of sex, and psychologic management. *Bulletin of the Johns Hopkins Hospital*, 97, 284–300.

Money, J., Hampson, J. G., & Hampson, J. L. (1957). Imprinting and the establishment of gender role. *Archives of Neurology and Psychiatry*, 77, 333–336.

Peris, L. A. (1960). Congenital adrenal hyperplasia producing female ermaphroditism with phallic urethra. *Obstetrics and Gynecology*, 16, 156–166.

Redman, J. F., & Gould, J. B. (1972). Extreme virilization in a karyotypic female subject with congenital adrenocortical hyperplasia. *Journal of Urology*, 108, 500–501.

Rösler, A., & Leiberman, E. (1984). Enzymatic defects of steroidogenesis: 11β-hydroxylase deficiency congenital adrenal hyperplasia. *Pediatric and Adolescent Endocrinology*, 13, 47–71.

Slijper, F. M. E. (1983). *Genderrolgedrag bij meisjes met congenitale adrenogenitale hyperplasie*. Doctoral dissertation, Erasmus University Rotterdam, The Netherlands.

Slijper, F. M. E. (1984). Androgens and gender role behaviour in girls with congenital adrenal hyperplasia (CAH). *Progress in Brain Research*, 61, 417–422.

Slijper, F. M. E., Drop, S. L. S., Molenaar, J. C., & de Muinck Keizer-Schrama, S. M. P. F. (1998). Long-term psychological evaluation of intersex children. *Archives of Sexual Behavior*, 27, 125–144.

Speiser, P. W. (2001). Congenital adrenal hyperplasia owing to 21-hydroxylase deficiency. *Endocrinology and Metabolism Clinics in North America*, 30, 31–59.

Speiser, P. W., & White, P. C. (2003). Congenital adrenal hyperplasia. *New England Journal of Medicine*, 349, 776–788.

Sripathi, V., Ahmed, S., Sakati, N., & al-Ashwal, A. (1997). Gender reversal in 46XX congenital virilizing adrenal hyperplasia. *British Journal of Urology*, 79, 785–789

Therrell, B. L. (2001). Newborn screening for congenital adrenal hyperplasia. *Endocrinology and Metabolism Clinics of North America*, 30, 15–30.

Van der Kamp, H. J., Noordam, C., Elvers, L. H., Van Baarle, W., Otten, B. J., & Verkerk, P. H. (2001). Newborn screening for congenital adrenal hyperplasia in the Netherlands. *Pediatrics*, 108, 1320–1324.

White, P. C., & Speiser, P. W. (2000). Congenital adrenal hyperplasia due to 21-hydroxylase deficiency. *Endocrine Reviews*, 21, 245–291.

Wilkins, L. (1957). *The diagnosis and treatment of endocrine disorders in childhood and adolescence* (2nd ed.). Springfield, IL: Charles C Thomas.

Wölfle, J., Höpffner, W., Sippell, W. G., Brämswig, J. H., Heidemann, P., Deiβ, D., et al. (2002). Complete virilization in congenital adrenal hyperplasia: Clinical course, medical management and disorder-related complications. *Clinical Endocrinology*, 56, 231–238.

Wyatt, D. T., Chasalow, F. I., Granoff, A. B., & Blethen, S. L. (1987). Complete masculinization of the external genitalia in a chromosomal female with non-salt-losing 21-hydroxylase deficiency. *Journal of Pediatric Endocrinology*, *2*, 35–38.

Zucker, K. J. (1999). Intersexuality and gender identity differentiation. *Annual Review of Sex Research*, *10*, 1–69.

Zucker, K. J. (2005). Measurement of psychosexual differentiation. *Archives of Sexual Behavior*, *34*, 375–388.

Zucker, K. J., Bradley, S. J., Oliver, G., Blake, J., Fleming, S., & Hood, J. (1996). Psychosexual development in women with congenital adrenal hyperplasia. *Hormones and Behavior*, *30*, 300–318.