## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-00240 |

### SUPPLEMENTAL DECLARATION OF NICOLAS TALBOTT

I, Nicolas Talbott, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 3, 2025, which was filed on February 3, 2025, in support of the Motion for Preliminary Injunction in this matter. *See* ECF No. 13-32.

2. I enlisted in the U.S. Army as a man. In order to enlist, I was required to demonstrate that I had been stable in the male sex for over 18 months.

3. I currently serve in the U.S. Army as a man. Accordingly, I adhere to male grooming standards, live in men's berthing units, and use men's changing and bathing facilities. Others refer to me as a man, including by using honorifics such as "Sir" when appropriate.

4. My commander has supported my service and assured me that, from his perspective, my being a transgender man will have no impact on my ability to continue serving.

5. It is not possible for me to serve in the military as a woman, which I am not. I am a man, look like a man, and have used men's facilities since my transition without incident.

6. It would be extraordinarily disruptive for me to use women's restrooms and showers, sleep in women's berthing units, or otherwise access sex-segregated facilities for women.

1

7.  If others were required to refer to me by female pronouns or address me by female honorifics such as "Ma'am," it would cause confusion and disruption, and would negatively impact my ability to effectively perform the duties of my job.

8.  I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have undergone a gender transition. Moreover, as stated above, I am unable to adhere to the standards associated with women, since I am a man.

9.  If I cannot serve as a man in the military, I will not be able to serve at all.

[remainder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2025

Nicolas Talbott

3