IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>          Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>          Defendants. | Civil Action No. 1:25-cv-00240 |

**SUPPLEMENTAL DECLARATION OF ERICA VANDAL**

I, Erica Vandal, declare as follows:

1. I write this declaration to supplement the declaration I signed February 2, 2025, and submitted in support of the Motion for Preliminary Injunction in this matter on February 3, 2025. *See* ECF No. 13-33.

2. On December 18, 2024, my nurse case manager and I submitted a revision to my Military Treatment Plan to include surgical interventions that were not authorized on my original plan developed while in Korea.

3. I do not know why, but my brigade did not submit my revision to Service Central Coordination Cell (SCCC) until January 28, 2025.

4. On February 13, a human resources technician for my brigade received an email response from SCCC saying that "…review of transgender actions is suspended pending implementation guidance…any actions submitted on/after 3 January 2025 are being held at the SCCC in the interim." The email further clarified that the reason for halting all transgender healthcare treatments was the February 7, 2025, guidance from defendant Secretary of Defense Hegseth. A true and accurate copy of the email forwarded to me by the human resources technician is attached hereto as **EXHIBIT A**.

5. I want to serve my country on equal terms to my non-transgender peers. This includes receiving equal benefits, including medical benefits. I do not want to have my medically necessary health care taken away from me solely because I am transgender.

6. As a transgender woman, I am required to adhere to all standards applicable to service members identified with an "F" gender marker in the Defense Enrollment Eligibility Reporting System (DEERS). This includes living with women and using women's sleeping, changing and bathing facilities. It includes being referred to as a woman, as well as the use of honorifics such as "Ma'am" where appropriate. If I cannot serve as a woman in the military, I cannot serve as a transgender person at all.

7. It is not possible for me to serve in the military as a man. Having completed my transition, I look like a woman. I have used women's facilities since my transition without incident. It would be extraordinarily disruptive for me to use men's restrooms and showers, sleep in men's bunks, or otherwise access sex-segregated facilities for men.

8. Giving me the "choice" to serve as a man or not serve at all is not a choice. The Executive Order (EO) places me in an impossible position.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 13, 2025

_Erica Vandal_
Erica Vandal