## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY, <br><br> Defendants. | Civil Action No. 1:25-cv-00240 |

## **DECLARATION OF KATE COLE**

I, Kate Cole, declare as follows:

1. I am a thirty-four-year-old Sergeant First Class in the United States Army stationed in California. I have been serving the United States honorably for seventeen years. I am transgender.

## CURRENT MILITARY ROLE

2. In April 2024, I assumed my current role as a Senior Military Science Instructor for the Reserve Officers' Training Corps (ROTC) at the University of California, Los Angeles. In this role, I teach military science to undergraduate students and prepare them for cadet summer training by teaching them military battle drills.

3. For this position, I attended a two-week faculty development where I learned how to be a more effective teacher. My branch manager selected me for this role based on positive evaluations. I also had to pass the Position of Significant Trust and Authority background check.

4. Recently, I placed in the top ten percent of the Army's Order of Merit List for armor Sergeants First Class. This annual evaluation considers each candidate's physical fitness, performance evaluations, and leadership potential. Typically, Sergeants First Class who score in the top fifteen to twenty percent have a high likelihood of promoting to Master Sergeant.

## BACKGROUND ON MILITARY SERVICE AND COMMENDATIONS

5. I enlisted in the Army in 2008 and have served in various capacities during my career.

6. My first assignment was as a driver and dismount in a scout platoon in a Reconnaissance, Surveillance, and Target Acquisition unit with the 82nd Airborne Division station in Fort Bragg, North Carolina. In these roles, helped the unit perform reconnaissance missions.

7. From 2010 to 2012, I was stationed in Germany as a squad-designated marksman. In this role, I operated an M-14 rifle to engage the enemy from a greater distance and provide overwatch to my unit during our reconnaissance missions. During this time, my unit and I

deployed to Afghanistan for twelve months, where I continued to serve as the designated marksman.

8. After serving as a Team Leader in a battalion scout platoon in Texas, for around a year, I returned to Germany from 2013 to 2015 to serve as a Team Leader and Squad Leader. In these roles, I was responsible for overseeing soldiers and their health, welfare, and training. In 2014, my unit and I deployed to Estonia, Latvia, Lithuania, and Poland as part of Operation Atlantic Resolve to provide assurance our NATO allies.

9. Following my second deployment, I was stationed in Fort Polk, Louisiana from 2015 to 2018. During this time, I served as a squad leader at the Joint Readiness Training Center where I evaluated units on their fitness for deployment to combat zones.

10. From 2018 to 2020, I served as a basic training Drill Sergeant in Fort Benning, Georgia, where I helped the Army turn civilians into soldiers.

11. From 2021 to 2024, I served as a Platoon Sergeant in Fort Carson, Colorado where I oversaw thirty-four soldiers and was responsible for their health, welfare, training, and readiness to deploy. During this time, my unit and I deployed to The Republic of Korea for nine months.

12. I have also served as a Sexual Harassment and Assault and Prevention (SHARP) representative from 2016 to 2023. In this role, I advocated for victims of sexual assault or harassment and directed them to the proper healthcare resources. I attended a three-week school to attain my credentials and completed thirty-one credit hours of continuing education hours each year to stay credentialed. Although I am no longer in this position, I remain credentialed.

13. During my nearly seventeen years of active duty in the Army, I have been honored with five Army Commendation Medals and seven Army Achievement Medals. Some for cumulative time at duty.

## EXPERIENCE AS A TRANSGENDER SERVICE MEMBER

14. Around 2014, during my deployment to Estonia, I decided to transition and was considering leaving the Army to do since the military did not permit service by transgender individuals at this time. However, I became aware of a study on the impact of military service by transgender individuals and decided to stay to contribute to that study.

15. Around 2016, there was a policy change permitting military service by transgender individuals. Shortly thereafter, I notified my command that I was transgender, officially changed my name, and began the process of changing my gender marker in the Defense Enrollment Eligibility System (DEERS).

16. I also began hormone replacement therapy during this time. My DEERS marker updated in 2017.

17. Although not everyone reacted with overwhelming support, this transition was never an obstacle and most of my peers and supervisors were supportive. I have had several soldiers tell me I changed their views on not only transgender service members but also female service members being in combat arms.

18. I have never missed any training, events, or schools and I have remained deployable. My transition has had no impact at all on me professionally or on my ability to perform effectively in the military.

19. Since transitioning, I have become a better leader and built a more cohesive team because I do not have to hide an aspect of who I am.

## IMPACT OF BAN

20. Serving in the United States Army has been my career and passion since I was seventeen years old. A prohibition on military service by transgender individuals like myself would have an immeasurable impact on my life.

21. Were I to be prohibited from continuing my service, I would lose my income and access to my healthcare, which I rely on for my medical needs.

22. As service members must serve for twenty years before retiring, if I were to be separated from the Army now, after serving seventeen years, I would lose the retirement benefits that I have worked hard for.

23. In March of 2026 I would be eligible to initiate the retirement process. This process flags to the military that a service member is nearing their twenty-year mark for retirement. The military will not assign a service member who has initiated this process a Permanent Change of Station to provide the service member with greater stability.

24. I have dedicated my life to the Army. I have never considered another career and I plan to continue to serve my country honorably until I retire. In addition to the more concrete harms of loss of income and benefits, a ban on service by transgender individuals would make me feel like my service and commitment to the United States is not respected. It would also tarnish my lifetime legacy of service to my country.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03Feb2025

_____
Kate Cole