IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00240 |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SUPPLEMENTAL DECLARATION OF KATE COLE**

I, Kate Cole, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 3, 2025, which was filed on February 3, 2025, ECF No. 13-34, in support of Plaintiffs' motion for preliminary injunction in this matter.

2. My gender marker in the Defense Enrollment Eligibility Reporting System (DEERS) is female.

3. I was diagnosed with gender dysphoria in or about November 2016. I serve in the U.S. Army as a woman.

4. I meet all standards applicable to female service members. I adhere to female grooming standards, live in women's berthing units, and use women's changing and bathing facilities. Others refer to me as a woman, including using honorifics such as "Ma'am."

5. My command supports my service and has assured me that, from their perspective, my being a transgender woman will have no negative impact on my ability to continue serving.

6. It is not possible for me to serve in the military as a man, which I am not. I am a woman, look like a woman, and have used women's facilities since my transition without incident.

It would be extraordinarily disruptive for me to use men's restrooms and showers, sleep in men's berthing units, or otherwise access sex-segregated facilities for men.

7. If others were required to refer to me by male pronouns or address me as "sir," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

8. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have undergone a gender transition. Moreover, as stated above, I am unable to adhere to the standards associated with men, since I am a woman.

9. If I cannot serve as a woman in the military, I cannot serve at all.

[remainder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2025

_____
Kate Cole

3