**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:25-cv-00240 |

**SECOND SUPPLEMENTAL DECLARATION OF GORDON HERRERO**

I, Gordon Herrero, declare as follows:

1.  I write this declaration to supplement (a) the declaration I signed on February 2, 2025, which was filed on February 3, 2025, ECF No. 13-35, and (b) the supplemental declaration I signed on February 14, 2025, ECF No. 48-23, which was filed on February 14, 2025, both of which were submitted in support of Plaintiffs' motion for preliminary injunction in this matter.

2.  My gender marker in the Defense Enrollment Eligibility Reporting System (DEERS) is male.

3.  I serve in the U.S. Army as a man.

4.  I meet all standards applicable to male service members. I adhere to male grooming standards, live in men's berthing units, and use men's changing and bathing facilities. Others refer to me as a man, including using honorifics such as "Sir."

5.  My command has supported my service and assured me that, from their perspective, my being a transgender man will have no negative impact on my ability to continue serving.

6.  It is not possible for me to serve in the military as a woman, which I am not. I am a man, look like a man, and have used men's facilities since my transition without incident. It

1

would be extraordinarily disruptive for me to use women's restrooms and showers, sleep in women's berthing units, or otherwise access sex-segregated facilities for women.

7. If others were required, in all circumstances, to refer to me by female pronouns or address me as "Ma'am," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

8. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have undergone a gender transition. Moreover, as stated above, I am unable to adhere to the standards associated with women, since I am a man.

9. If I cannot serve as a man in the military, I cannot serve at all.

[remainder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2025

*Gordon Herrero* (signature)
Gordon Herrero

3