IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY,<br><br>           Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>           Defendants. | Civil Action No. 1:25-cv-00240 |

**DECLARATION OF DANY DANRIDGE**

I, Dany Danridge, declare as follows:

1. I am a thirty-year-old Student Naval Flight Officer in the United States Navy currently enrolled in Flight Training in Pensacola, Florida. I have served honorably for over twelve years in both active duty and reserve capacity, and I am currently ranked Ensign (O-1). I am transgender.

**CURRENT MILITARY ROLE**

2. After serving in active duty in the United States Navy from 2012 to 2020 and the Navy Reserves from 2020 to 2023, I graduated Officer Candidate School ("OCS") and commissioned to active duty in February 2024.

3. In my current role as a Student Naval Flight Officer, I am enrolled in Flight Training at Training Squadron 10 ("VT-10"). I hope to eventually become a naval aviator and serve as a flight officer aboard a Navy aircraft.

4. In my current role, I stand duty as the Assistant Duty Officer. In this position, I am responsible for directing calls, monitoring the flight schedule, updating the weather report, monitoring building security, and reporting directly to the Senior Duty Officer.

5. In addition to these Officer duties, I attend classes five days per week and, when the weather permits, complete flight lessons. I am currently ranked in the top ten percent of my training class.

**BACKGROUND ON MILITARY SERVICE AND COMMENDATIONS**

6. To me, military service has always felt like the family business. My father served for thirty-one years in the Marine Corps. He enlisted right out of high school and then was commissioned as a Warrant Officer. My older brother was commissioned in the Marine Corps right out of college. He is still serving as an O-4 Major in California. Their service inspired me to join the military.

7. As a kid, I loved bringing my father lunch at the base and hanging out with his coworkers in the office. I have vivid memories of running 5ks on base with my father. It feels like everything I have done in my life has involved the military. From as far back as I can

remember, I have wanted to serve my country and pursue a challenging and rewarding career in the military. To that end, in high school, I participated in an ROTC program.

8. Immediately upon graduating from high school in 2012, I enlisted in the Navy. From 2012 to 2020, I served on active duty in the Navy.

9. After I completed training around 2013, I was assigned to my first duty station at Fleet Readiness Center West in Lemoore, California, which was my home station until 2017. During that time, I advanced to the rank of E-5. I started as a Sailor and, due to my hard work ethic and dedication, I was named Sailor of the Year in 2014.

10. In March 2014, I deployed with the USS Ronald Reagan. During this time, we participated in the Rim of the Pacific exercise, the world's largest international maritime warfare exercise. Also during this time, I became qualified in my assigned primary job as an Electronics Technician. In that role, I provided support to sixteen F/A-18 fleet squadrons, one fleet replacement squadron, one MH-60 search and rescue squadron, two test and evaluation squadrons, six aircraft carriers, and nine repair and return sites.

11. Upon returning from my deployment with the USS Ronald Reagan, I quickly volunteered in August 2014 for deployment with the USS Carl Vinson to the Fifth Fleet for Operation Inherent Resolve—a military campaign against the Islamic State of Iraq and the Levant. For my efforts during that deployment, I was awarded a Global War on Terrorism Service Medal, and a Terrorism Expeditionary Medal.

12. During this deployment, I repaired over ninety weapon and shop replaceable assemblies resulting in 1,695 maintenance hours at an 87% Ready-For-Issue rate. I also cross-trained in another work center to aid in thirty-three component repairs and twenty-five support equipment inspections. There, I was entrusted as the Foreign Object Damage and Electro-

static Discharge Manager. In that role, in addition to the previous completed work, I exceeded program standards with zero discrepancies over two quality assurance audits and sixteen spot checks throughout the entire deployment.

13. Around the end of 2017, I transferred from Fleet Readiness Center West to Strike Fighter Squadron (VFA) 122, otherwise known as the Flying Eagles. At this command, I did multiple detachments between 2017 and 2020, including to Naval Air Facility El Centro, Fleet Readiness Center Southeast Detachment Key West, the USS Theodore Roosevelt, and the USS Dwight D. Eisenhower.

14. In 2020, I was honorably discharged so that I could attend college full time. During that time, I served in the Navy Reserves while I obtained a bachelor's degree in Aeronautics and Sociology from Liberty University. While in the Reserves, I deployed to Naples, Italy, where I assisted in starting the Transaction Service Center Naples. For my efforts in starting this new command, I was awarded a Navy and Marine Corps Achievement Medal.

15. After completing my degree, I began attending OCS in October 2023. I successfully graduated from OCS and commissioned to active duty with the Navy in February 2024.

16. Since joining the military, I have completed a significant amount of practical, academic, and physical training. The Navy has sent me to over ten different schools and training programs, amounting to a combined total of about four years of training. Among the many schools and training programs include: Navy boot camp, Avionics Intermediate Repair A school, Consolidated Automated Support System repair school, Collateral Duty Inspector training, Command Fitness Leader school, restricted watch stander training, Officer Candidate School, and Naval Flight Officer training. After I passed each program, I

returned to my duty stations and performed using the knowledge I had gained. This benefit led the military to continue investing in me and what I brought to the mission.

### EXPERIENCE AS TRANSGENDER SERVICE MEMBER

17. When I was a child, I felt like I was different from my peers, although at the time I did not know that those feelings were because I was transgender. To soothe those feelings, I always worked my hardest and tried to be the best at whatever I was doing because that way, being different would not matter.

18. Having grown up in a military family, I became accustomed to feeling discomfort due to frequent relocation and change. I attributed a lot of my feelings of being different to this general discomfort. But when I enlisted in the military in 2012, I found that it was the one place where I could be myself without judgment because we were all striving for the same goal.

19. Around 2017, I started therapy to help manage the difficulty of going through a divorce. During that time, I learned a lot about myself, my work, and my relationships. After about four months of therapy, I came to understand that I was transgender.

20. That same year, I was diagnosed with gender dysphoria so I could begin receiving transgender healthcare. Shortly thereafter, I began taking hormones.

21. Around that time, I also disclosed being transgender to my close friends and family, who were mostly supportive. I did not tell my coworkers because it never came up and I wanted to keep my personal life separate from my professional life.

22. My next step to medically transition was to obtain chest reconstruction surgery. However, in December 2017 I was getting ready to transfer from Fleet Readiness Center West to Strike Fighter Squadron VFA-122. Knowing that I was going to be sent to training

immediately after checking in, I decided to delay the surgery. I did not want to impact the needs of the Navy or abdicate my responsibilities. Ultimately, I delayed the surgery for about a year, until 2019. Once I did undergo surgery, I returned to work the next day. Though I was not lifting heavy objects, I performed the majority of my duties and actively contributed to my team.

23. In 2019, while on active duty at VFA-122, I changed my gender marker in the Defense Enrollment Eligibility Reporting System ("DEERS") from female to male.

24. My transgender status has had no impact on unit cohesion or the treatment I have received from peers and leaders. In my time as both a Reservist and on active duty, my transgender status has rarely come up and has never been an issue. In fact, I received overwhelming support from my unit's Commanding Officer to apply for OCS. It was with my Commanding Officer's recommendation that I was selected for OCS. I view my Commanding Officer as a major influence on how and why I am an Officer today.

25. My transgender status has had no impact on my military readiness. Since beginning to receive transgender healthcare, my evaluation reports have remained positive, I have detached to two carriers, and have deployed to Naples, Italy where I received a Navy and Marine Corps Achievement Medal for my contributions on that deployment. I successfully conform to male physical fitness standards. My peers have been supportive, and I have had zero issues.

## IMPACT OF BAN

26. Serving in the United States Military has been my dream since I was in high school, and it is the only career I have ever known—a career I have served in honorably for over twelve

years. I have dedicated my career to the Navy and take great pride in my work and opportunities for growth.

27. If I were prohibited from continuing to serve, I would be removed from Flight Training and lose out on the hours of time and effort I have dedicated to my studies so far. I would also lose the opportunity to see that training through and become a naval aviator and serve as a flight officer aboard a Navy aircraft, which has been my dream and goal for a long time.

28. Additionally, I would lose the benefits that I have spent over twelve years earning, including my retirement benefits, health care, and a job and career I truly love. I fully intend to continue serving at least twenty years, when my retirement benefits fully accrue, if not longer. I will receive nothing if I am forced to stop serving now.

29. In addition to depriving me of my job, my livelihood, and my eligibility for important retirement benefits, a ban would be a devastating rebuke in the face of my many years of commitment to serving and defending this nation. I have always performed my duties with honor, courage, and excellence, and my transgender status has never interfered with my work or my readiness. I have received numerous commendations and awards for my service, and I have earned the respect and trust of my peers and superiors. To be told that I cannot serve for reasons that have nothing to do with my ability or performance is frustrating, disheartening, and demoralizing.

30. I want to serve in the military because I want to serve my country. To be denied that opportunity is extremely painful. I am proud to be a transgender man and a service member, and I do not think those identities are incompatible or contradictory.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03FEB25

Dany Danridge