# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-00240 |
| UNITED STATES OF AMERICA *et al.*, | ) |
| Defendants. | ) |

## SUPPLEMENTAL DECLARATION OF DANY DANRIDGE

I, Dany Danridge, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 3, 2025, which was filed on February 3, 2025, ECF No. 13-36, in support of Plaintiffs' motion for preliminary injunction in this matter.

2. My gender marker in the Defense Enrollment Eligibility Reporting System (DEERS) is male.

3. I serve in the U.S. Navy as a man.

4. I meet all standards applicable to make service members. I adhere to male grooming standards, live in men's berthing units, and use men's changing and bathing facilities. Others refer to me as a man, including using honorifics such as "Sir."

5. My command supports my service and has assured me that, from their perspective, my being a transgender man will have no negative impact on my ability to continue serving.

6. It is not possible for me to serve in the military as a woman, which I am not. I am a man, look like a man, and have used men's facilities since my transition without incident. It

1

would be extraordinarily disruptive for me to use women's restrooms and showers, sleep in women's berthing units, or otherwise access sex-segregated facilities for women.

7. If others were required to refer to me by female pronouns or address me as "Ma'am," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

8. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have undergone a gender transition. Moreover, as stated above, I am unable to adhere to the standards associated with women, since I am a man.

9. If I cannot serve as a man in the military, I cannot serve at all.

[remainder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 03, 2025

Dany Danridge

3