IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>Defendants. | Civil Action No. 1:25-cv-00240 |

## SUPPLEMENTAL DECLARATION OF JAMIE HASH

I, Jamie Hash, declare as follows:

1. I write this declaration to supplement the declaration I signed February 2, 2025, and submitted in support of the Motion for Preliminary Injunction in this matter on February 3, 2025. *See* ECF No. 13-37.

2. As outlined in my first declaration, my transgender status has been known to my fellow service members since 2016. Since my gender marker was changed in the Defense Enrollment Eligibility Reporting System (DEERS), I have served as a woman in the Air Force.

3. As a transgender woman, I am required to adhere to all standards applicable to service members identified with an "F" gender marker in DEERS. This includes living with women and using women's sleeping, changing and bathing facilities. It includes being referred to as a woman, as well as the use of honorifics such as "Ma'am" where appropriate. If I cannot serve as a woman in the military, I cannot serve at all.

4. It is not possible for me to serve in the military as a man. Having completed my transition, I look like a woman. I have used women's facilities since my transition without incident. It would be extraordinarily disruptive for me to use men's restrooms and showers, sleep in men's bunks, or otherwise access sex-segregated facilities for men.

5. Giving me the "choice" to serve as a man or not serve at all is not a choice. The Executive Order (EO) places me in an impossible position.

6. In addition, the EO makes it impossible for me to be truly effective in my current role. The EO brands me and all transgender service members as dishonest, dishonorable, and undisciplined. This runs completely contrary to the virtues of integrity, service before self, excellence in all I do, honor, and discipline that I have sought to embody in my service every day for the last nearly 14 years. Although my immediate supervisors and peers continue to respect and support me, the order has eroded other people's perceptions of my integrity and worth.

7. My efforts to craft legislation that improves national security and quality of life for our armed forces are seriously impeded for so long as the nation's Commander-in-Chief has labeled me as promoting a "falsehood" that goes to the core of who I am and stated that I "cannot satisfy the rigorous standards necessary for military service."

8. After I finish this year working on Capitol Hill, I am scheduled to begin an 18-month utilization tour at either the Office of the Secretary of Defense, or Air Force, for Legislative Affairs. The EO will impact my ability to be effective in that role because I will be forced to work day-in and day-out with the appointees who are charged with implementing the EO.

9. The EO creates an unnecessary burden for me, requiring me to overcome the presumption that I am disloyal, unequal, and unfit to serve. I want to be judged based on my merit, experience, and contributions, not on the fact that I am transgender. I want to put all of my effort into serving my country, not into rebutting a presidential order that marks me as inferior.

10. Finally, based upon my current rank and my history of promotions, I am on a path to be promoted to Chief Master Sergeant (i.e., E-9) before I complete 20 years of service—this rank is only held for the top 1% of the enlisted forces, which is mandated by law. This EO creates additional hurdles for my career progression solely because I am transgender.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 13, 2025

_____
Jamie Hash