**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NICOLAS TALBOTT *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-00240 |
| | ) | |
| UNITED STATES OF AMERICA *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF KODA NATURE**

I, Koda Nature, declare as follows:

1.     I write this declaration to supplement the declaration I signed on February 3, 2025, which was filed on February 3, 2025, in support of the Motion for Preliminary Injunction in this matter. *See* ECF No. 13-38.

2.     I am a transgender man. I have been on hormone therapy to be and lived as a man for over four years.

3.     I was diagnosed with gender dysphoria in November 2024.

4.     The U.S. Marines determined that I met the enlistment requirement of being stable in the male sex for over 18 months.

5.     As stated in my previous declaration, I wish to enlist in the U.S. Marines.

6.     It would not be possible for me to join the military as a woman, which I am not. I am a man, look like a man, and will be perceived to be a man when I use sex-segregated facilities.

7.     It would be extraordinarily disruptive for me to use women's restrooms and showers, sleep in women's berthing units, or otherwise access sex-segregated facilities for women.

1

8.      If others were required to refer to me by female pronouns or address me as "Ma'am," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

9.      If I cannot join the military as a man, I cannot serve at all.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March __2__, 2025

*Koda Nature*

_____
Koda Nature