IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, KODA NATURE, and CAEL NEARY,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>Defendants. | Civil Action No. 1:25-cv-00240 |

## DECLARATION OF CAEL NEARY

I, Cael Neary, declare as follows:

1. I am thirty years old and live with my wife in Appleton, Wisconsin. I have wanted to join the military for at least half my life, and I have been actively working with a recruiter to enlist. I am transgender.

## BACKGROUND AND ATTEMPTS TO JOIN THE MILITARY

2. I have always been interested in history and learning about the honorable service of those who have served this Nation since its inception. I first began thinking about serving when I was a teenager in high school, when I was inspired by stories about my family members' military service—particularly that of my grandfather serving in World War II. Since then, I have held a strong sense of patriotism and desire to serve my country.

3. I considered joining the military right after high school, but I decided to first go to college and earn a degree, in part, because transgender people were not then allowed to serve in the military. I earned a degree in fine art, and later another degree in web development. I have since worked in various jobs, including as a as a bakery manager, a freelance muralist and graphic designer, as well as a retail sales specialist. However, none of these jobs fulfilled me and I continued to hold onto my desire to serve my country.

4. After graduating from college in 2017, I decided to take steps towards enlisting and began seeking a recruiter. It was then that I learned that President Trump had issued a ban prohibiting transgender individuals from acceding into the military.

5. Because of this ban, I had to put my plans to enlist on hold. This ban made me feel shocked and angry. I felt that the President was betraying and dismissing thousands of loyal and dedicated service members based on ignorance and prejudice. And I felt that I was being discriminated against and devalued for something that has nothing to do with my ability or performance.

6. Because I was denied the opportunity to serve, I continued working as a bakery manager before going back to school for web development and design. Throughout the duration of the COVID-19 pandemic, I also cared for my partner while she underwent treatment for

multiple cancers. Despite these challenges, my desire to serve never subsided. I want to join the military to challenge myself and learn new skills, to uplift those with whom I would serve, and to contribute to the national security and defense of the United States. I want to travel and experience different cultures and places. And I want to be part of something bigger than myself, and to make a difference in the world.

7. After President Biden lifted the Trump Administration's ban and permitted transgender people to serve, and after my partner was sufficiently recovered from her cancer treatments, I revisited my plan to serve in 2024. At the age of thirty, I felt it was now or never.

8. In June 2024, I began speaking with an Air Force Recruiter and, with the assistance of that recruiter, started filling out the standard enlistment paperwork. I attended an appointment with the regional Military Entrance Processing Station (MEPS) in September 2024.

9. I have since decided to switch from the Air Force to the Army, because I felt that it would offer me a broader range of opportunities, as well as a better fit for my personality and goals. With the education, life experience, and perspective I now have at the age of thirty, I believe that I would best be of service to my future fellow service members and to my country as an officer. To that end, I am now pursuing an application to the Army's Officer Candidate School.

## TRANSGENDER STATUS

10. I realized that I was transgender when I was about fifteen or sixteen years old. Unfortunately, at that time, I did not have strong family support. Nevertheless, I began to socially transition through the latter half of high school and early college years.

11. Around 2014, when I was about nineteen years old, I was diagnosed with gender dysphoria and began to medically transition. I began hormone therapy and had chest reconstruction surgery.

12. My transition has been a positive and liberating experience for me. I feel more comfortable and confident in my own skin, and more authentic and honest in my interactions with others. I no longer suffer from gender dysphoria, and I am happier and healthier than ever.

## IMPACT OF BAN

13. Despite the repeated changes in military policy towards transgender people, I remain committed to serving my country honorably. Nevertheless, the repeated bans on service by transgender people, which have been enacted both times I have taken serious steps towards enlisting, have negatively impacted my ability to plan for the future and fulfill the dream I have held since high school.

14. The ban on military service by transgender people has caused me significant distress and hardship, both personally and professionally. If this ban goes into effect, I will be prevented indefinitely from pursuing my chosen career path. I have wanted to join the military for half of my life, and I have put in hours of hard work and training to prepare myself to do so. The ban would deprive me of this opportunity, and force me to settle for a different and less satisfying career path.

15. The ban would also deprive me of the opportunity to obtain the benefits military service provides. I currently earn a modest salary as a senior retail sales specialist. I hope to join the Army and earn a steady salary and receive various allowances and incentives for my service. I also hope to have access to health care, education, housing, and other benefits that would help me and my family live comfortably and securely.

16. Finally, the ban threatens to demean my identity, my skills, and my potential to contribute to my country through military service. It sends a message that I am not valued, not trusted, and not welcome in the military. And it exposes me to discrimination, harassment, and violence from those who do not respect or understand me by sending a message, straight from the President himself, that transgender people are less than.

17. I am proud to be a transgender person who wants to serve in the military. I am proud of who I am, and of what I can do and will do for my country. If the ban were lifted today, I would immediately continue my efforts to enlist. Serving in the Army remains my dream.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02 FEB 24

_____
Cael Neary