# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-00240 |
| UNITED STATES OF AMERICA *et al.*, | ) |
| Defendants. | ) |

## SUPPLEMENTAL DECLARATION OF CAEL NEARY

I, Cael Neary, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 3, 2025, which was filed on February 3, 2025, in support of the Motion for Preliminary Injunction in this matter. *See* ECF No. 13-38.

2. I am a transgender man.

3. I was diagnosed with gender dysphoria in 2014.

4. I transitioned over eight years ago to be and live as a man.

5. I am on hormone therapy to enable me to live as a man.

6. As stated in my previous declaration, I wish to enlist in the U.S. Army.

7. The Army determined that I met the enlistment requirement of being stable in the male sex for over 18 months.

8. It would not be possible for me to join the military as a woman, which I am not. I am a man, look like a man, and will be perceived to be a man when I use sex-segregated facilities.

9. It would be extraordinarily disruptive for me to use women's restrooms and showers, sleep in women's berthing units, or otherwise access sex-segregated facilities for women.

1

10. If others were required to refer to me by female pronouns or address me as "Ma'am," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

11. If I cannot join the military as a man, I cannot serve at all.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1st, 2025

_____
Cael Neary

3