IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00240 |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SECOND SUPPLEMENTAL DECLARATION OF MIRIAM PERELSON**

I, Miriam Perelson, declare as follows:

1. I write this declaration to supplement (a) the declaration I signed on February 3, 2025, which was filed on February 4, 2025, ECF No. 14-5, and (b) the supplemental declaration I signed on February 13, 2025, ECF No. 48-24, which was filed on February 14, 2025, both of which were submitted in support of Plaintiffs' motion for preliminary injunction in this matter.

2. I was diagnosed with gender dysphoria in or about October of 2015. I have received transition-related health care to live as a woman and have done so for many years. To join the Army, I was required to prove, as part of the enlistment process, that I was stable in the female sex for over 18 months, which I did.

3. As outlined in my Supplemental Declaration, on February 10, 2025, I was moved from my original training company, Delta Company, to a new company, Bravo Company, after members of Delta Company made allegations of sexual harassment against me.

4. On February 18, I was training with Bravo Company on the shooting range. At some point, the women who live in my bay, about one half of the women of Bravo Company, were spoken to separately. I later learned that they were asked whether anyone had sexually harassed

1

them in the showers and told how to report such harassment. Although it is my understanding that my name was not mentioned, I was the only person in that living bay not included in the conversation.

5. When it was time to return to our living bays, the other women of Bravo Company were loaded onto a bus. My drill sergeant told me that I could not get on the bus with the other members of my company. I was transported back separately.

6. The other women of Bravo company were brought into a classroom. I was the only member of my company not allowed into the classroom. I was told by another member of Bravo company that the Sexual Assault Response Coordinator (SARC) distributed pieces of paper to all of the women in attendance and asked them to write down any sexual harassment allegations they might have. Although I was, again, not mentioned by name, I was the only person not in the room.

7. After being transferred from Delta Company to Bravo Company, I was so frightened of having false allegations of sexual harassment filed against me that I avoided using the showers. In the time I was at Bravo Company, I only showered once when all of the other women in the company had left for church.

8. The day following this request by the SARC for allegations, I was told by my company command team that, because there had been additional allegations against me, orders had come down to them that I would be transferred to another company, Alpha Company.

9. On February 20, I was transferred to Alpha Company, but I was not permitted to live in the female living bays of Alpha Company. Instead, I am currently housed in a separate, private apartment.

10. I have never sexually harassed anyone. No allegations of sexual harassment were brought against me until after I joined this lawsuit.

2

11. My gender marker in the Defense Enrollment Eligibility Reporting System (DEERS) is female.

12. I serve in the U.S. Army as a woman.

13. I meet all standards applicable to female service members. I adhere to female grooming standards, live in women's berthing units, and use women's changing and bathing facilities. Others refer to me as a woman.

14. It is not possible for me to serve in the military as a man, which I am not. I am a woman, look like a woman, and have used women's facilities since my transition without incident. It would be extraordinarily disruptive for me to use men's restrooms and showers, sleep in men's berthing units, or otherwise access sex-segregated facilities for men.

15. If others were required to refer to me by male pronouns or address me as "sir," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

16. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have undergone a gender transition. Moreover, as stated above, I am unable to adhere to the standards associated with men, since I am a woman.

17. If I cannot serve as a woman in the military, I cannot serve at all.

[remainder of page intentionally left blank]

Case 1:25-cv-00240-ACR  Document 72-39  Filed 03/07/25  Page 4 of 4

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2025

_____
Miriam Perelson