## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-00240 |
| UNITED STATES OF AMERICA *et al.*, | ) |
| Defendants. | ) |

**SUPPLEMENTAL DECLARATION OF MINERVA BETTIS**

I, Minerva Bettis, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 13, 2025, which was filed on February 14, 2025, ECF No. 48-1, in support of Plaintiffs' motion for preliminary injunction in this matter.

2. I received a diagnosis of gender dysphoria in August 2022.

3. Since that time, I have been receiving transition-related health care as part of my transition from male to female.

4. Because my treatment plan is not complete, I am currently serving as a woman under an Exception to Policy (ETP). My gender marker has not yet been updated in DEERS. On March 3, I was informed that, because the US Air Force has rescinded all ETPs, I would be required to adhere to male standards effective immediately. Having lived as a woman and been on hormone therapy for years, it is not possible for me to conform to male standards.

5. There are no gender-neutral bathrooms in the building where I work. The nearest gender-neutral bathrooms on my base are nearly one mile from my building. With my ETP rescinded, I would be required to use men's bathrooms, which I cannot do, because I am a woman.

1

6. My command supports my service and has assured me that, from their perspective, my being a transgender woman will have no negative impact on my ability to continue serving.

7. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I am currently undergoing gender transition pursuant to my care plan.

8. If I cannot serve as a woman in the military, I cannot serve at all.

[remainder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2025

*Minerva Bettis* (signature)
Minerva Bettis