# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:25-cv-00240 |
| UNITED STATES OF AMERICA *et al.*, | ) ) ) |
| Defendants. | ) ) |

## SUPPLEMENTAL DECLARATION OF AUDRIE GRAHAM

I, Audrie Graham, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 14, 2025, which was filed on February 14, 2025, ECF No. 48-3, in support of Plaintiffs' motion for preliminary injunction in this matter.

2. I received a diagnosis of gender dysphoria in March 2021.

3. Since that time, I have been receiving transition-related health care as part of my transition from female to male.

4. My command supports my service and has assured me that, from their perspective, my being transgender will have no negative impact on my ability to continue serving.

5. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I am currently undergoing gender transition pursuant to my care plan.

6. If I cannot serve as a man in the military, I cannot serve at all.

[remainder of page intentionally left blank]

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2025

_____
Audrie Graham