IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>          Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>          Defendants. | Civil Action No. 1:25-cv-00240 |

## DECLARATION OF AMIAH SALE

I, Amiah Sale, declare as follows:

1. I am 38-year-old Master Sergeant, Rank E8, in the U.S. Army on active duty at Fort Riley, Kansas. I have served in the Army for 18 years. I am a transgender woman.

### History of Service

2. I enlisted in the U.S. Army at the age of 20. At the start of my service, I was a radio operator. In the years that followed, I served in a variety of leadership positions ranging from Junior Radio Operator up to Company First Sergeant. I also served as a recruiter for the Army in West Virgina for approximately three years.

3. In my time in the Army, I have been deployed overseas twice: once to Iraq and once to Poland. I am scheduled for a one-year Permanent Change of Station (PCS) to South Korea on March 10, 2025.

4. In my time serving in the Army, I have been awarded two Meritorious Service Medals, seven Army Commendation Medals, and six Army Achievement Medals. I was a distinguished honor graduate from my Army Advanced Leadership course. I am also a member of the Sergeant Audie Murphy Club, a nonprofit organization that recognizes top noncommissioned officers in the U.S. Army.

5. In or about June 2023, I was diagnosed with gender dysphoria by an Army physician.

6. In or about June 2023, I disclosed to my commanding officer that I was transgender and began the process of medically transitioning. I began hormone replacement therapy in or around December 2023. In August of 2024, I completed my transition with the Army and had my gender marker changed to "F" in the Defense Enrollment Eligibility Reporting System (DEERS).

7. In the Fall of 2024, I began the process of seeking an orchiectomy. My care providers, including my primary care manager and endocrinologist agreed that this surgery is medically necessary for me as part of my gender dysphoria treatment.

8. Because this surgery was not available at Fort Riley, I had to schedule it at Madigan Army Medical Center (MAMC) in Tacoma, Washington. I ultimately was able to schedule my surgery for February 21, 2025.

9. I have prepaid for my own transportation to MAMC. I was preapproved to take personal, non-convalescent leave beginning with my surgery date and ending in time for my scheduled PCS to South Korea. Because of the short recovery time for this treatment, and because it would result in no duty-limiting profile, I was able to schedule it so it had no impact on my service schedule.

### Impact of the Ban

10. On February 10, 2025, less than two weeks before my surgery date, I was told that my surgery was cancelled due to the February 7, 2025, Memorandum from Secretary of Defense Hegseth, which ordered that "[e]ffective immediately, . . . all unscheduled, scheduled, or planned medical procedures associated with affirming or facilitating a gender transition for Service members are paused."

11. If my surgery does not proceed on schedule, I will not be able to complete it before I am sent to South Korea for a year. The type of surgery I need cannot be performed at the base where I will be stationed. This sudden cancellation means that for at least a year I will not be able to receive surgery deemed medically necessary by my doctors.

12. I have served in the Army with honor for 18 years. I have made a career of serving this country. I want to be treated the same as any other servicemember who has volunteered to

- 3 -

protect this country. I do not want to be denied medically necessary medical treatment solely because I am transgender.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 13, 2025

_____
Amiah Sale

AS