### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00240 |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SUPPLEMENTAL DECLARATION OF AMIAH SALE**

I, Amiah Sale, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 13, 2025, which was filed on February 14, 2025, ECF No. 48-18, in support of Plaintiffs' motion for preliminary injunction in this matter.

2. My gender marker in the Defense Enrollment Eligibility Reporting System (DEERS) is female.

3. I serve in the U.S. Army as a woman.

4. I meet all standards applicable to female service members. I adhere to female grooming standards, live in women's berthing units, and use women's changing and bathing facilities. Others refer to me as a woman, including using honorifics such as "Ma'am."

5. My command has supported my service and assured me that, from their perspective, my being a transgender woman will have no negative impact on my ability to continue serving.

6. In fact, on December 17, 2024, I was awarded a Meritorious Service Medal. In the Personnel Action Request form that recommended me for that medal, my command specifically noted my accomplishments in serving as a subject matter expert in the care of transgender service

1

members, as well as the related policies and procedures. A true and accurate copy of this Personnel Action Request form and my Meritorious Service Medal certificate are attached to this declaration as **EXHIBIT A**.

7. It is not possible for me to serve in the military as a man, which I am not. I am a woman, look like a woman, and have used women's facilities since my transition without incident. It would be extraordinarily disruptive for me to use men's restrooms and showers, sleep in men's berthing units, or otherwise access sex-segregated facilities for men.

8. If others were required to refer to me by male pronouns or address me as "sir," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

9. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have undergone a gender transition. Moreover, as stated above, I am unable to adhere to the standards associated with men, since I am a woman.

10. I do not wish to voluntarily separate from the Army. I do not wish to retire early from the Army. I want to continue to serve my country as a professional soldier. For me, anything less would be quitting and would go against the Soldier's Creed that I have lived by for the last 18 ½ years.

11. If I cannot serve as a woman in the military, I cannot serve at all.

[remainder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2025

Anish Saie



# EXHIBIT A

# PERSONNEL ACTION REQUEST

AUTHORITY: 10 U.S.C. 7013, Secretary of the Army; DA PAM 600-8, Military Human Resources Management Administrative Procedures; this form is subject to the Privacy Act of 1974.

PRINCIPAL PURPOSE(S): To request or record personnel actions for or by Soldiers in accordance with DA PAM 600-8. Notice: Army Personnel System (APS) (July 18, 2019, 84 FR 34373).

For additional information see the System of Records Notice A0600-8-104 AHRC. https://dpcld.defense.gov/Portals/49/Documents/Privacy/SORNs/Army/A006-8-104-AHRC.pdf

ROUTINE USES: The primary administrative tool used for several Human Resources supporting tasks including Changing duty status, Requesting personnel actions (reassignment, training, etc.), Announcing Personnel Actions (local assignment, promotion, etc.). Forms will not be disclosed outside Department of Defense (DoD) and DOD sponsored agencies.

DISCLOSURE: Voluntary, however, failure to impart pertinent information may result in a delay or error in processing the request for personnel action.

## SECTION I - SOLDIER INFORMATION

| NAME (Last, First, MI) | RANK/GRADE/PMOS | UIC | DoD ID |
|---|---|---|---|
| SALE, AMIAH, A | MSG/E8/E25H | WDJVAA | 1293562608 |

## SECTION II - PERSONNEL ACTION INFORMATION

| ACTION | REASON | EFFECTIVE DATE |
|---|---|---|
| Award Recommendation | Permanent Change of Station | 20241029 |
| ELIGIBILITY | STATUS | ORDER NUMBER |
| Eligible | Approved | |
| AWARD TYPE | AWARD NAME | |
| Military Decorations | MSM  MERITORIOUS SVC MDL | |

| APPROVED AWARD | PROPOSED PRESENTATION DATE |
|---|---|
| MSM  MERITORIOUS SVC MDL | 20250228 |
| PERIOD OF AWARD FROM | PERIOD OF AWARD TO |
| 20220222 | 20250310 |

## SECTION III - PAR REMARKS

**ACHIEVEMENT #1**

MSG Sale distinguished herself while serving as a 1SG for Charlie Company, 601st Aviation Support Battalion. Serving for over 19 months as the 1SG, MSG Sale led her team through 3x WFXs and prepared her team to deploy and serve in EUCOM as the RAF CAB's communication node. Additionally, MSG Sale extended her efforts into the Division, collaborating with the Division G6 and adjacent brigades by building competitive signal lanes and signal qualification tables to validate and prepare commo crews for large-scale combat operations.

**ACHIEVEMENT #2**

MSG Sale assumed a role as a subject matter expert for transgender care of Soldiers stationed at Fort Riley. Recognizing the installation lacked a transgender care team or a knowledgeable liaison at the hospital, MSG Sale reviewed all DoD treatment policies and processes for Soldiers diagnosed with Gender Dysphoria. MSG Sale's actions enabled command teams across the division to better help Soldiers seeking treatment for Gender Dysphoria and more rapidly return Soldiers to a deployable status thereby increasing readiness within 1ID.

**ACHIEVEMENT #3**

MSG Sale served as the Barracks Manager for the Combat Aviation Brigade during their most recent rotation to Europe. In this capacity, MSG Sale had a direct influence on the Brigade's unit managers: aiding in the implementation of policy while ensuring safety and upkeep was sustained through garrison maintenance and emergency service partners. Additionally, MSG Sale worked tirelessly with installation barracks management and stakeholder teams to ensure that all work orders were tracked and corrected and quality of life for barracks Soldiers was maintained.

**ACHIEVEMENT #4**

MSG Sale's distinguished herself during her assignment to Fort Riley through her exemplary service. Her unwavering leadership and communications expertise enhanced communications readiness and generated expert communication Soldiers throughout the brigade. As a trusted leader and subject matter expert, MSG Sale served as part of the communications senior NCO cadre, mentoring and developing the brigade's communication Soldiers while building their individual skills to the highest levels of proficiency.

**NARRATIVE**

**CITATION**

EXCEPTIONALLY MERITORIOUS SERVICE WHILE SERVING AS A NETWORK COMMUNICATIONS NON-COMMISSIONED OFFICER FOR HEADQUARTERS AND HEADQUARTERS COMPANY. MASTER SERGEANT SALE'S DEDICATION TO DUTY, LEADERSHIP, AND SELFLESS SERVICE PROVIDED AN EXAMPLE FOR ALL TO EMULATE. HER ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HER, THE 1ST COMBAT AVIATION BRIGADE, THE 1ST INFANTRY DIVISION, AND THE UNITED STATES ARMY.

## SECTION IV - APPROVALS

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| CPL | FRANCIS, ASHLYN, N | #2 Human Resources | WDJVAA | Recommend: Approval | 20241202 |

| | | | | | |
|---|---|---|---|---|---|
| | | Specialist | | | |

**COMMENTS**

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| 1SG | BAILEY, FRANK, W | First Sergeant (1SG) | WDJVAA | Recommend: Approval | 20241203 |

**COMMENTS**
MSG Sale was a phenomenal asset to not only the Archangel and Demon team, but the entirety of Ft. Riley. Her PCS will be felt for a long time to come. She is entirely deserving of this award. Recommend approval.

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| CPT | MOYER, GRANT, A | Commander | WDJVAA | Recommend: Approval | 20241204 |

**COMMENTS**
MSG Sale served with distinction in the CAB and is incredibly deserving of this award!

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| CPL | FRANCIS, ASHLYN, N | #2 Human Resources Specialist | WDJVAA | Recommend: Approval | 20241204 |

**COMMENTS**

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| SGT | WILSON, JAKOBE | #1 Human Resources Sergeant | WDJVAA | Recommend: Approval | 20241205 |

**COMMENTS**

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| SFC | BOSCH, RYAN, J | Senior Human Resources Sergean | WDJVAA | Recommend: Approval | 20241205 |

**COMMENTS**

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| CPT | MONTGOMERY, JAMES, R | Personnel Staff Officer/S1 | WDJVAA | Recommend: Approval | 20241205 |

**COMMENTS**

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| MAJ | WILLETT, ROGER, M | Executive Officer (XO) | WDJVAA | Recommend: Approval | 20241209 |

**COMMENTS**

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| CW5 | ASH, BRAD, B | Command Chief Warrant Officer | WDJVAA | Recommend: Approval | 20241213 |

**COMMENTS**
Recommend Approval. MSG Sales, has demonstrated an incredible dedication to the Army improving her Soldiers and teammates. She has worked out of the BDE improving and supporting division level programs. Recommend Approval

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| CSM | CHRISTENSEN, ROBERT, N | Command Sergeant Major (CSM) | WDJVAA | Recommend: Approval | 20241213 |

**COMMENTS**
Recommend approval. MSG Sale provided exceptional support to Soldiers assigned to the 1st Infantry Division. Her actions improved command understanding and access to care of Soldiers seeking life-changing care.

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| COL | CORRIGAN, CHAD, P | Commander | WDJVAA | Recommend: Approval | 20241213 |

**COMMENTS**
MSG was one of the best 1SGs in the Demon Brigade. After successfully serving as a 1SG, she helped coordinate and develop a transition team care for transgender soldiers after she identified a capability gap which made impact across the installation.

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| SGT | WILSON, JAKOBE | #1 Human Resources Sergeant | WDJVAA | Recommend: Approval | 20241215 |

**COMMENTS**

| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
|---|---|---|---|---|---|
| SGT | Long, Micah, G | Standard Excess | WAMHA0 | Recommend: Approval | 20241217 |

| COMMENTS | | | | | |
|---|---|---|---|---|---|
| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
| CPT | HULSE, ASHLEY, M | Human Resources (HR) Officer | WAMHA0 | Recommend: Approval | 20241218 |

| COMMENTS | | | | | |
|---|---|---|---|---|---|
| For review. | | | | | |
| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
| MAJ | BRIDGEFORD, LOGAN, L | Assistant G1 | WAMHA0 | Recommend: Approval | 20241219 |

| COMMENTS | | | | | |
|---|---|---|---|---|---|
| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
| MAJ | BENNETT, NATHAN, A | #1 Plans Officer | WAMHT0 | Recommend: Approval | 20241223 |

| COMMENTS | | | | | |
|---|---|---|---|---|---|
| Reviewed. Paper packet routed for V5 approval 23DEC24. SGS. | | | | | |
| RANK | INTERMEDIATE AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
| MAJ | BATEY, DANIEL, W | Standard Excess | WAMHT0 | Recommend: Approval | 20250116 |

| COMMENTS | | | | | |
|---|---|---|---|---|---|
| RANK | APPROVAL AUTHORITY | POSITION | UIC | RECOMMENDATION | DATE |
| MG | RONE, MONTE, L | Commander | WAMHT0 | Approved | 20250116 |

**COMMENTS**

Outstanding job and thank you for your inspirational leadership! Best of luck to you in your next assignment and remember to stay fit, inspired, disciplined, trained and READY! DUTY FIRST!

| SECTION V - ENCLOSURES | | |
|---|---|---|
| ATTACHMENT TYPE | IPERMS DOCUMENT TYPE | DOCUMENT DATE |
| Supporting Document | | |



# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING: THIS IS TO CERTIFY THAT THE PRESIDENT OF THE UNITED STATES OF AMERICA AUTHORIZED BY EXECUTIVE ORDER, 16 JANUARY 1969 HAS AWARDED

## THE MERITORIOUS SERVICE MEDAL

TO

**MASTER SERGEANT AMIAH A. SALE**
**1ST COMBAT AVIATION BRIGADE, 1ST INFANTRY DIVISION**

FOR EXCEPTIONALLY MERITORIOUS SERVICE WHILE SERVING AS A NETWORK COMMUNICATIONS NON-COMMISSIONED OFFICER FOR HEADQUARTERS AND HEADQUARTERS COMPANY. MASTER SERGEANT SALE'S DEDICATION TO DUTY, LEADERSHIP, AND SELFLESS SERVICE PROVIDED AN EXAMPLE FOR ALL TO EMULATE. HER ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECT GREAT CREDIT UPON HER, THE 1ST COMBAT AVIATION BRIGADE, THE 1ST INFANTRY DIVISION, AND THE UNITED STATES ARMY.

22 FEBRUARY 2022 TO 10 MARCH 2025

17 December 2024
1st Infantry Division
Fort Riley, Kansas 66442



MONIE L. RONE
Major General, USA
Commanding