IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00240 |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**SUPPLEMENTAL DECLARATION OF QUINN TYSON**

I, Quinn Tyson, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 13, 2025, which was filed on February 14, 2025, ECF No. 48-19, in support of Plaintiffs' motion for preliminary injunction in this matter.

2. I received a diagnosis of gender dysphoria in December 2022.

3. Since that time, I have been receiving transition-related health care as part of my transition from male to female.

4. Because my treatment plan is not complete, I am currently serving as a woman under an Exception to Policy (ETP). My gender marker has not yet been updated in DEERS. On March 3, I was informed that, because the US Air Force has rescinded all ETPs, I would be required to adhere to male standards effective immediately. Having lived as a woman and been on hormone therapy for years, it is not possible for me to conform to male standards.

5. My command supports my service and has assured me that, from their perspective, my being a transgender woman will have no negative impact on my ability to continue serving.

1

6. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I am currently undergoing gender transition pursuant to my care plan.

7. If I cannot serve as a woman in the military, I cannot serve at all.

[remainder of page intentionally left blank]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2025

_____
Quinn Tyson