## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    Civil Action No. 1:25-cv-00240 |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

### SUPPLEMENTAL DECLARATION OF GREYSON SHISHKINA

I, Greyson Shishkina, declare as follows:

1. I write this declaration to supplement the declaration I signed on February 9, 2025, which was filed on February 14, 2025, in support of the Motion for Preliminary Injunction in this matter. *See* ECF No. 50.

2. I was diagnosed with gender dysphoria in 2021.

3. I have transitioned and lived as a man since 2021.

4. I enlisted in the Navy as man and met all the accession standards to do so. This includes meeting the requirement of being stable in the male sex for over 18 months at the time of enlistment.

5. It would not be possible for me to join the military as a woman, which I am not. I am a man, look like a man, and will be perceived to be a man when I use sex-segregated facilities.

6. It would be extraordinarily disruptive for me to use women's restrooms and showers, sleep in women's berthing units, or otherwise access sex-segregated facilities for women.

7.  If others were required to refer to me by female pronouns or address me as "Ma'am," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

8.  If I cannot join the military as a man, I cannot serve at all.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2025

_____
Greyson Shishkina