# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, ERICA VANDAL, KATE COLE, GORDON HERRERO, DANY DANRIDGE, JAMIE HASH, MIRIAM PERELSON, KODA NATURE, and CAEL NEARY,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; the UNITED STATES OF AMERICA; PETER B. HEGSETH, in his official capacity as Secretary of Defense; MARK AVERILL, in his official capacity as Acting Secretary of the Army; the UNITED STATES DEPARTMENT OF THE ARMY; TERENCE EMMERT, in his official capacity as Acting Secretary of the Navy; the UNITED STATES DEPARTMENT OF THE NAVY; GARY ASHWORTH, in his official capacity as Acting Secretary of the Air Force; the UNITED STATES DEPARTMENT OF THE AIR FORCE; TELITA CROSLAND, in her official capacity as Director of the Defense Health Agency; and the DEFENSE HEALTH AGENCY,<br><br>　　　　　　Defendants. | Civil Action No. 1:25-cv-00240 |

## DECLARATION OF CLAYTON McCALLISTER

I, Clayton McCallister, declare as follows:

　　1.　I am a 24-year-old Air Force recruit.  On January 22, 2025, I signed my contract and enlisted to serve in the Pararescue mission of Special Warfare Operator Enlistment (SWOE).  I am transgender.

- 2 -

## HISTORY OF ACCESSION

2. I began pursuing a career in the military long before I had spoken to a recruiter. I graduated in December 2022 with a four-year degree in animal science but had never found a job opportunity that was a good fit for that degree.

3. I had always wanted to be in the military. It seemed to me like a career where I could be impactful and be a part of something bigger than myself. I was attracted to the challenging environment and the camaraderie of the military.

4. I was attracted to Pararescue work because it is a challenging career with very high fitness standards. Not many people can meet these standards or want to subject themselves to the harsh conditions it requires. Pararescuers must be able to attach to any type of military unit to perform rescues under any conditions, whether that involves water rescues, overland rescues, or parachuting out of planes.

5. I knew that the physical standards for SWOE are very demanding. Very few people can meet these fitness standards. For about a year I have been training with a special warfare contractor who specializes in personnel development. The contractor put on weekly events that included testing and skill development. I attended nearly all of these training and development sessions in addition to working out two hours per day, between five and seven days per week.

6. In April, I reached out to a number of recruiters across all branches of the military. It was important to me to find a recruiter who would support me as a transgender recruit. My Air Force recruiter has been supportive of my enlistment at every step of the process.

7. I was cleared by MEPS on July 25, 2024. Because I had a four-year degree, I attempted to switch to an officer track. However, I was informed that I would not meet the officer track standards because of my past gender dysphoria. Although I could have sought a waiver, it was

more important to me to be able to serve. Since I had already met the standards for enlistment, I returned to that route and was re-approved on January 14, 2025.

8. Once approved, I signed my contract on January 22, 2025, and was given a ship-out date of March 4, 2025.

9. My Pararescue training will take approximately two years because I will need to learn how to survive and rescue other service members under such a broad range of conditions. This training is extremely demanding, and there is an 80% attrition rate. But I have met the physical and mental standards to undergo this training, and I am committed to seeing it through.

10. On February 5, 2025, I quit the job that I had worked at for one and a half years in preparation for my ship-out date.

**IMPACT OF THE BAN**

11. On February 7, I received a call from a Lieutenant Colonel at Air Force Headquarters. He informed me that, due to the Executive Order, *Prioritizing Military Excellence and Readiness*, my ship-out date was being placed on an indefinite hold. I would not be shipping out on March 4 as planned.

12. There are only five SWOE ship-out dates per year, so if I do not ship out in March, it will be approximately an additional three months before I could ship out again at the earliest.

13. This sudden change has upended my life and the lives of my family members. My wife and I recently adopted our daughter in October 2024. I was planning to support my family on my military salary. Now, because I quit my job to prepare to ship out, I have no income to support them.

14. I am unable to plan for the future because I do not know if I will get a future ship out date, or no ship out date at all.

15. I joined the Air Force because I love my country, and I wanted to become one of the people serving in uniform I deeply admire. I have spent years of hard physical training to meet the demanding fitness standards required of SWOE Pararescuers. And I have passed the fitness tests multiple times.

16. I want to proudly serve the United States in uniform and to be judged based on the effort I have put into preparing myself for this career and the results that it has produced, not based on the fact that I am transgender.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 9, 2025

*Clayton McCallister*

Clayton McCallister