# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-00240 ) |
| UNITED STATES OF AMERICA *et al.*, | ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF REGAN MORGAN

I, Staff Sergeant (SSG) Regan A. Morgan, declare as follows:

1. I am a thirty-one-year-old Staff Sergeant in the United States Army. I was born on March 1, 1994, and I enlisted in the Army at age seventeen, on or about March 17, 2011. I am transgender and have been diagnosed with gender dysphoria.

### CURRENT MILITARY ROLE

2. In May 2021, I assumed my current role in the 5th Special Forces Group (Airborne) ("5th SFG") at Fort Campbell in Kentucky. I am a Special Forces Medical Sergeant with the military occupational specialty (MOS) 18D.

3. I currently serve in Alpha Company, 2nd Battalion, 5th SFG. I was promoted to Staff Sergeant in November 2020, shortly before joining 5th SFG.

4. I am presently deployed outside the United States in an active combat zone. I have been on rotation here since on or about January 23, 2025, and was scheduled to remain until approximately August 2025.

### BACKGROUND ON MILITARY SERVICE AND COMMENDATIONS

5. I completed Basic Training as an 11B (Infantryman) at Fort Benning, Georgia.

After my initial training, I served in the Army National Guard from 2011 to 2017 on active-duty orders, primarily performing military funerals, as well as performing my duties as an 11B. Over that period, I conducted as many as 900 military funerals.

6. I graduated from Rossview High School in Clarksville, Tennessee, in 2012 and attended Middle Tennessee University from 2012 to 2017 to study Criminal Justice. I did not complete my degree due to my ongoing military service.

7. In 2019, I completed the Special Operations Combat Medics Course at Fort Bragg, North Carolina. I subsequently graduated from the Special Forces Qualification Course (also called "Q" course) in 2020, also at Fort Bragg, earning my Green Beret.

8. I have continued to enhance my skills by completing the Military Freefall Parachutist Course (2021), Special Forces Advanced Urban Combat Course (2021), and the Special Operations Target Interdiction Course Level 2 (2022).

9. Over the course of my career, I have held several leadership roles, including:

- **Team Leader** in the National Guard (2015–2016).
- **State Trainer** for the Military Funeral Program (2016–2017).
- **Company Senior Medical Sergeant** for the past two years (2023–2025).

10. To the best of my recollection and without access to my service record as I am at a remote location with no computer access, I have received multiple awards, ribbons, and commendations, including the Army Commendation Medal, Army Achievement Medal, Army Overseas Service Ribbon, Global War on Terrorism (GWOT) Expeditionary Medal, Global War on Terrorism (GWOT) Service Medal, NCO Professional Development Ribbon (2 awards), The Army Good Conduct Medal (2 awards), Operation Inherent Resolve Campaign Star, among other awards.

**EXPERIENCE AS A TRANSGENDER SERVICE MEMBER**

11.     I recognized I was transgender at least as early as 2018, during the Special Forces Qualification Course. Although I began having these feelings, I did not fully understand them at the time, and I was surrounded by an all-male environment that made it difficult to voice my experiences. It became clear to me during this experience that I was not like other men.

12.     In 2019, I first sought guidance from Behavioral Health professionals at Fort Campbell for Gender Dysphoria, and in Fall 2020—during the COVID-19 pandemic—I was diagnosed with Gender Dysphoria by a Behavioral Health provider via telephonic consultation.

13.     During 2020 and through 2022 I attended the support group for soldiers with gender dysphoria at behavioral health on Fort Campbell and was able to create a community of other trans service members that allowed me to grow more confident as a leader and soldier.

14.     In Summer 2022, I submitted a packet requesting command approval for transition-related health care to Colonel Brent Lindeman at Fort Campbell. By Fall 2022, I began medically transitioning as approved by Col. Lindeman.

15.     Although I have faced some challenging reactions, I have worked diligently to balance my essential duties with medically necessary care. I have delayed certain surgical procedures, as outlined in my approved treatment plan, specifically to ensure that I remain deployable and available for key assignments as needed by my unit.

16.     Throughout my treatment for gender dysphoria, I have successfully maintained my operational readiness and deployability as a Special Forces Medical Sergeant, my gender dysphoria has not impacted my ability to serve in a combat role and has not interfered with my deployments.

17.     I completed my treatment plan and my DEERS marker has been updated to reflect

that I am a woman.

18. Since starting hormone therapy, I have had no issues performing my duties in combat zones.

19. In the combat zone I currently serve in, I am still able to receive necessary transition-related medical care. I am able to transport and store my medication, including estradiol and necessary injection supplies, and administer a weekly injection which takes less than ten minutes a week.

20. Ongoing access to this care has improved my mental health, bolstered my self-confidence, enhanced my effectiveness as a leader on my team, and has in no way impacted my ability to perform my duties.

**IMPACT OF BAN**

17. In January 2025 President Trump signed Executive Order 14183 effectuating a ban on transgender service members. Following that, my unit became noticeably more hostile toward my presence. Anti-transgender slurs increased, and I was excluded from many essential work conversations that I would otherwise be involved in as a senior medical sergeant.

18. Since arriving in my current forward operating base and subsequent to the Executive Order, I have been isolated from my fellow teammates by leadership—even to the point of being housed separately—either due to misunderstandings or hostility related to my identity and confusion about the status of the Executive Order.

19. Despite my scheduled deployment continuing through August 2025, I discovered on or about the morning of March 2, 2025, that a flight had been booked in my name for emergency leave—which I did not request.

20. I confronted my leadership for answers and was informed by Sergeant Major Klein,

4

my senior enlisted leader in 2nd Battalion, 5th SFG, that I would be placed on emergency leave for five days and then begin "out-processing" out of the Army no later than March 26, 2025. I was told my separation date would be no later than April 26, 2025, effectively forcing me out of the Army.

21. I was asked to sign a counseling form to this effect. A true and accurate copy of this counseling form is attached to this declaration as **<u>EXHIBIT A</u>**.

22. I have since been removed from my forward operating base (FOB) in a combat zone and routed through different locations in the Central Command (CENTCOM) area of operations and am awaiting transport to Baltimore, Maryland, and then to Fort Campbell for out-processing from the Army. This decision was made without any request or initiation from me.

23. Being discharged in this manner would profoundly disrupt my life. I have not completed my civilian degree and have focused primarily on my Army career. I rely on my military income and healthcare, and losing both would cause severe financial and personal hardship.

24. My unit also stands to lose a highly qualified Special Forces Medic, leaving them with only one medic on the team. Such a reduction severely impacts the readiness and mission capability of our Special Forces unit, who cannot operate without two medics. It would be extremely difficult to replace me without impacting other soldiers' deployment rotations and the overall effectiveness of the team.

25. I have about six to nine years remaining before reaching retirement eligibility, depending on how my National Guard service is counted. If not for the Executive Order banning transgender service members, I would continue to proudly serve for the rest of my career. Despite the challenges, I find the work immensely rewarding and have built a community among my fellow soldiers.

26. A ban on transgender service has forced an abrupt and involuntary end to a career I love, tarnishing my record of honorable service and jeopardizing my future. My wish is simply to remain in the Army, continue deploying with my unit, and fulfill my responsibilities to my country and fellow soldiers.

27. I meet all standards applicable to female service members. I adhere to female grooming standards, live in women's berthing units, and use women's changing and bathing facilities. Others refer to me as a woman, including using honorifics such as "Ma'am."

28. It is not possible for me to serve in the military as a man, which I am not. I am a woman, look like a woman, and have used women's facilities since my transition without incident. It would be extraordinarily disruptive for me to use men's restrooms and showers, sleep in men's berthing units, or otherwise access sex-segregated facilities for men.

29. If others were required to refer to me by male pronouns or address me as "sir," it would cause confusion and disruption, negatively impacting my ability to effectively perform the duties of my job.

30. I am unable to demonstrate that I have never attempted to transition to any sex other than my birth sex, because I have undergone a gender transition. Moreover, as stated above, I am unable to adhere to the standards associated with men, since I am a woman.

31. If I cannot serve as a woman in the military, I cannot serve at all.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2025

_____
Regan Morgan