# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:25-cv-00240-ACR |
| UNITED STATES OF AMERICA *et al.*, | ) ) ) |
| Defendants. | ) ) |

**INDEX OF EXHIBITS TO DECLARATION OF MARTHA SOPER IN SUPPORT OF PLAINTISS' RENEWED APPLICATION FOR PRELIMINARY INJUNCTION**

| | |
|---|---|
| **Exhibit A** | Department of Defense Instruction 1332.14, Enlisted Administrative Separations |
| **Exhibit B** | Department of Defense Instruction 1332.30, Commissioned Officer Administrative Separations |
| **Exhibit C** | Department of Defense Instruction 1332.18, Disability Evaluation System |