IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT *et al.*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA *et al.*,

    Defendants.

Civil Action No. 1:25-cv-00240

**DECLARATION OF JOESPH J. WARDENSKI IN SUPPORT OF PLAINTIFFS' RENEWED APPLICATION FOR PRELIMINARY INJUNCTION**

I, Joseph J. Wardesnki, hereby declare:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2. I am an attorney with the law firm of Wardenski P.C., counsel for Plaintiffs in the above-captioned matter.

3. I provide this declaration in support of Plaintiffs' Application for a Preliminary Injunction.

4. Attached hereto as **Exhibit A** is a true and correct copy of "Remarks on Ending the Ban on Transgender Service in the U.S. Military as Delivered by Secretary of Defense Ash Carter," dated June 30, 2016, which was previously filed as ECF No. 13-4.

5. Attached hereto as **Exhibit B** is a true and correct copy of "Transgender Service in the U.S. Military: An Implementation Handbook," dated September 30, 2016, which was previously filed as ECF No. 13-5.

6. Attached hereto as **Exhibit C** is a true and correct copy of "Statement by Chief Pentagon Spokesperson Dana W. White on Transgender Accessions," dated June 30, 2017, which was previously filed as ECF No. 13-6.

7. Attached hereto as **Exhibit D** is a true and correct copy of a news article by Laurel Wamsley, dated July 26, 2017, with the title "Trump Says Transgender People Can't Serve in the Military," which was previously filed as ECF No. 13-7.

8. Attached hereto as **Exhibit E** is a true and correct copy of a press release by the Palm Center, dated August 1, 2017, with the title "Fifty-Six Retired Generals and Admirals Warn That President Trump's Anti-Transgender Tweets, If Implemented, Would Degrade Military Readiness," which was previously filed as ECF No. 13-8.

9. Attached hereto as **Exhibit F** is a true and correct copy of a Presidential Memorandum for the Secretary of Defense and Secretary of Homeland Security, dated August 25, 2017, with the subject "Military Service by Transgender Individuals," which was previously filed as ECF No. 13-9.

10. Attached hereto as **Exhibit G** is a true and correct copy of a Memorandum for the President, dated February 22, 2018, with the subject "Military Service by Transgender Individuals," which was previously filed as ECF No. 13-10.

11. Attached hereto as **Exhibit H** is a true and correct copy of Department of Defense Instruction 6130.03, dated May 28, 2024, with the title "Medical Standards for Military Service: Appointment, Enlistment, or Induction," which was previously filed as ECF No. 13-11.

12. Attached hereto as **Exhibit I** is a true and correct copy of a news article by Jonathan J. Cooper, dated January 31, 2025, with the title "A List of Government Web Pages That Have Gone Dark to Comply With Trump Orders," which was previously filed as ECF No. 13-12.

13. Attached hereto as **Exhibit J** is a true and correct copy of a United States Office of Personnel Management Memorandum, dated January 29, 2025, with the subject "Initial Guidance

Regarding President Trump's Executive Order *Defending Women*," which was previously filed as ECF No. 13-13.

14. Attached hereto as **Exhibit K** is a true and correct copy of a news article by Clare Sears, dated March 15, 2023, with the title "This Isn't the First Time Conservatives Have Banned Cross-Dressing in America," which was previously filed as ECF No. 13-14.

15. Attached hereto as **Exhibit L** is a true and correct copy of an article by Paisley Currah, dated May 27, 2022, with the title "What Sex Does," which was previously filed as ECF No. 13-15.

16. Attached hereto as **Exhibit M** is a true and correct copy of a report from the Movement Advancement Project, dated January 6, 2025, with the title "Healthcare Laws and Policies: Medicaid Coverage for Transgender-Related Health Care," which was previously filed as ECF No. 13-16.

17. Attached hereto as **Exhibit N** is a true and correct copy of a news article by Adeel Hassan, dated March 21, 2024, with the title "States Passed a Record Number of Transgender Laws. Here's What They Say," which was previously filed as ECF No. 13-17.

18. Attached hereto as **Exhibit O** is a true and correct copy of the 2024 Republican Party platform, dated July 8, 2024, with the title "2024 GOP Platform: Make America Great Again!," which was previously filed as ECF No. 13-18.

19. Attached hereto as **Exhibit P** is a true and correct copy of a news article by Meredith Deliso, dated January 19, 2025, with the title "As Trump Returns to Office, What He's Promised to Do On Day 1," which was previously filed as ECF No. 13-9.

20. Attached hereto as **Exhibit Q** is a true and correct copy of Navy Guidance Memorandum N000-30, dated January 28, 2025, with the subject "Processing of Applicants Identifying as Transgender," which was previously filed as ECF No. 14-2.

21. Attached hereto as **Exhibit R** is a true and correct copy of MEPS email regarding an immediate change for transgender applicant processing, dated January 30, 2025, which was previously filed as ECF No. 14-4.

22. Attached hereto as **Exhibit S** is a true and correct copy of Palm Center Surgeons General Report, dated May 4, 2018, which was previously filed as ECF No. 48-30.

23. Attached hereto as **Exhibit T** is a true and correct copy of the Secretary of the Army Memo 2021-22, dated June 22, 2021, with the subject "Army Service by Transgender Persons and Persons with Gender Dysphoria," which was previously filed as ECF No. 48-31.

24. Attached hereto as **Exhibit U** is a true and correct copy of the Secretary of the Navy Instruction 1000.1A, dated June 27, 2023, with the subject "Service of Transgender Sailors and Marines," which was previously filed as ECF No. 48-32.

25. Attached hereto as **Exhibit V** is a true and correct copy of the Acting Assistant Secretary of Defense for Manpower and Reserve Affairs' Action Memo, dated February 26, 2025, with the subject "Implementing Guidance for Prioritizing Military Excellence and Readiness Executive Order (EO)," which was provided by Defendants via email on February 26, 2025.

26. Attached hereto as **Exhibit W** is a true and correct copy of the report entitled "Analysis of Medical Administrative Data on Transgender Service Members," dated July 14, 2021, which was provided by Defendants via email on February 27, 2025.

27. Attached hereto as **Exhibit X** is a true and correct copy of the report entitled Literature Review: Level of Evidence for Gender-Affirming Treatments, dated February 7, 2025, which was provided by Defendants via email on February 27, 2025.

28. Attached hereto as **Exhibit Y** is a true and correct copy of the *Prioritizing Military Excellence and Readiness: Frequently Asked Questions*, Off. of the Under Sec'y of Def. for Pers. & Readiness (Feb. 2025), obtained from the website

https://www.defense.gov/Portals/1/Spotlight/2025/Guidance_For_Federal_Policies/FAQ_Prioritizing_Military_Excellence_and_Readiness_P&R_Guidance.pdf on March 4, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2025                           */s/ Joseph J. Wardenski*_____
                                                Joseph J. Wardenski