IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:25-cv-00240 |

**INDEX OF EXHIBITS TO DECLARATION OF JOSEPH J. WARDENSKI IN SUPPORT OF PLAINTISS' RENEWED APPLICATION FOR PRELIMINARY INJUNCTION**

| | |
|---|---|
| **Exhibit A** | Remarks on Ending the Ban on Transgender Service in the U.S. Military as Delivered by secretary of Defense Ash Carter [ECF No. 13-4] |
| **Exhibit B** | Transgender Service in the U.S. Military: An Implementation Handbook [ECF No. 13-5] |
| **Exhibit C** | Statement by Chief Pentagon Spokesperson dana W. White on Transgender Accessions [ECF No. 13-6] |
| **Exhibit D** | Laurel Wamsley, "Trump Says Transgender People Can't Serve in the Military," July 26, 2017 [ECF No. 13-7] |
| **Exhibit E** | Palm Center, "Fifty-Six Retired Generals and Admirals Warn That President Trump's Anti-Transgender Tweets, If Implemented, Would Degrade Military Readiness," August 1, 2017 [ECF No. 13-8] |
| **Exhibit F** | Presidential Memorandum for the Secretary of Defense and Secretary of Homeland Security, "Military Service by Transgender Individuals," August 25, 2017 [ECF No. 13-9] |
| **Exhibit G** | Memorandum for the President, "Military Service by Transgender Individuals," February 22, 2018 [ECF No. 13-10] |
| **Exhibit H** | Department of Defense Instruction 6130.03, "Medical Standards for Military Service: Appointment, Enlistment, or Induction," May 28, 2024 [ECF No. 13-11] |
| **Exhibit I** | Jonathan J. Cooper, "A List of Government Web Pages That Have Gone Dark to Comply With Trump Orders," January 31, 2025 [ECF No. 13-12] |

| **Exhibit J** | United States Office of Personnel Management Memorandum, "Initial Guidance Regarding President Trump's Executive Order *Defending Women*," January 29, 2025 [ECF No. 13-13] |
|---|---|
| **Exhibit K** | Clare Sears, "This Isn't the First Time Conservatives Have Banned Cross-Dressing in America," March 15, 2023 [ECF No. 13-14] |
| **Exhibit L** | Paisley Currah, "What Sex Does," May 27, 2022 [ECF No. 13-15] |
| **Exhibit M** | Movement Advancement Project, "Healthcare Laws and Policies: Medicaid Coverage for Transgender-Related Health Care," January 6, 2025 [ECF No. 13-16] |
| **Exhibit N** | Adeel Hassan, "States Passed a Record Number of Transgender Laws. Here's What They Say," March 21, 2024 [ECF No. 13-17] |
| **Exhibit O** | 2024 GOP Platform: Make America Great Again! [ECF No. 13-18] |
| **Exhibit P** | Meredith Deliso, "As Trump Returns to Office, What He's Promised to Do On Day 1," January 19, 2025 [ECF No. 13-19] |
| **Exhibit Q** | Navy Guidance Memorandum N000-30, "Processing of Applicants Identifying as Transgender," January 28, 2025 [ECF No. 14-2] |
| **Exhibit R** | MEPS Email Regarding an Immediate Change for Transgender Applicant Processing, January 30, 2025 [ECF No. 14-4] |
| **Exhibit S** | Palm Center Surgeons General Report, May 4, 2018 [ECF No. 48-30] |
| **Exhibit T** | Secretary of Army Memo 2021-22, "Army Service by Transgender Persons and Persons with Gender Dysphoria," June 22, 2021 [ECF No. 48-31] |
| **Exhibit U** | Secretary of Navy Instruction 1000.1A, "Service of Transgender Sailors and Marines," June 27, 2023 [ECF No. 48-32] |
| **Exhibit V** | Acting Assistant Secretary of Defense for Manpower and Reserve Affairs' Action Memo, dated February 26, 2025 |
| **Exhibit W** | "Analysis of Medical Administrative Data on Transgender Service Members," dated July 14, 2021 |
| **Exhibit X** | Literature Review: Level of Evidence for Gender-Affirming Treatments, dated February 7, 2025 |
| **Exhibit Y** | *Prioritizing Military Excellence and Readiness: Frequently Asked Questions*, Off. of the Under Sec'y of Def. for Pers. & Readiness (Feb. 2025) |