# EXHIBIT C

You have accessed part of a historical collection on defense.gov. Some of the information contained within may be outdated and links may not function. Please contact the DOD Webmaster with any questions.

**RELEASE**

IMMEDIATE RELEASE

# Statement by Chief Pentagon Spokesperson Dana W. White on Transgender Accessions

June 30, 2017

Secretary Mattis today approved a recommendation by the services to defer accessing transgender applicants into the military until Jan. 1, 2018.

The services will review their accession plans and provide input on the impact to the readiness and lethality of our forces.

Hosted by Defense Media Activity - WEB.mil