# EXHIBIT O

# 2024 GOP PLATFORM
# MAKE AMERICA GREAT AGAIN!

# Dedication:

## *To the Forgotten Men and Women of America*

2

# **PREAMBLE**

## America First:
## A Return to Common Sense

Our Nation's History is filled with the stories of brave men and women who gave everything they had to build America into the Greatest Nation in the History of the World. Generations of American Patriots have summoned the American Spirit of Strength, Determination, and Love of Country to overcome seemingly insurmountable challenges. The American People have proven time and again that we can overcome any obstacle and any force pitted against us.

In the early days of our Republic, the Founding Generation defeated what was then the most powerful Empire the World had ever seen. In the 20th Century, America vanquished Nazism and Fascism, and then triumphed over Soviet Communism after forty-four years of the Cold War.

But now we are a Nation in SERIOUS DECLINE. Our future, our identity, and our very way of life are under threat like never before. Today we must once again call upon the same American Spirit that led us to prevail through every challenge of the past if we are going to lead our Nation to a brighter future.

For decades, our politicians sold our jobs and livelihoods to the highest bidders overseas with unfair Trade Deals and a blind faith in the siren song of globalism. They insulated themselves from criticism and the consequences of their own bad actions, allowing our Borders to be overrun, our cities to be overtaken by crime, our System of Justice to be weaponized, and our young people to develop a sense of hopelessness and despair. They rejected our History and our Values. Quite simply, they did everything in their power to destroy our Country.

In 2016, President Donald J. Trump was elected as an unapologetic Champion of the American People. He reignited the American Spirit and called on us to renew our National Pride. His Policies spurred Historic Economic Growth, Job Creation, and a Resurgence of American Manufacturing. President Trump and the Republican Party led America out of the pessimism induced by decades of failed leadership, showing us that the American People want Greatness for our Country again.

Yet after nearly four years of the Biden administration, America is now rocked by Raging Inflation, Open Borders, Rampant Crime, Attacks on our Children, and Global Conflict, Chaos, and Instability.

Like the Heroes who built and defended this Nation before us, we will never give up. We will restore our Nation of, by, and for the People.  We will Make America Great Again.

We will be a Nation based on Truth, Justice, and Common Sense.

Common Sense tells us clearly, in President Trump's words, that "If we don't have a Border, we don't have a Country." Restoring sensible Border Security and Immigration Policy requires many steps, all of which would have been and indeed were taken for granted by prior Generations as obviously necessary and good. We must secure our Southern Border by completing the Border Wall that President Trump started. Hundreds of miles have already been built and work magnificently. The remaining Wall construction can be completed quickly, effectively, and inexpensively.  We must also vigilantly check those who enter our Country by other routes and ensure that no one can enter our Country who does not have the Legal Right to do so, and we must deport the millions of illegal Migrants who Joe Biden has deliberately encouraged to invade our Country. We will start by prioritizing the most dangerous criminals and working with local Police. We must not allow Biden's Migrant

Invasion to alter our Country. It must not stand. Under the Trump Administration and a Republican Congress, it will be defeated immediately.

Common Sense tells us clearly that if we don't have Domestic Manufacturing with low Inflation, not only will our Economy—and even our Military Equipment and Supplies—be at the mercy of Foreign Nations, but our Towns, Communities, and People cannot thrive. The Republican Party must return to its roots as the Party of Industry, Manufacturing, Infrastructure, and Workers. President Trump's economic policy to end Inflation and return Manufacturing Jobs is not only what the American Economy and American Workers need right now, it is also what they want right now.

Common Sense tells us clearly that we must unleash American Energy if we want to destroy Inflation and rapidly bring down prices, build the Greatest Economy in History, revive our Defense Industrial Base, fuel Emerging Industries, and establish the United States as the Manufacturing Superpower of the World. We will DRILL, BABY, DRILL and we will become Energy Independent, and even Dominant again. The United States has more liquid gold under our feet than any other Nation, and it's not even close. The Republican Party will harness that potential to power our future.

Common Sense tells us clearly that if we don't have a Strong Military, we won't be able to defend our interests and we will be at the mercy of Hostile Nations. The Policy of the Republican Party must be to ensure that America's Military is the strongest and best-equipped in the World—and that our Government uses that great strength sparingly, and only in clear instances where our National Interests are threatened.

Common Sense tells us clearly that the Republican Party must stand for Equal Treatment for All. Likewise, the Republican Party must ensure the equal application of law to all regardless of political affiliation or personal beliefs. Recent Democrat-led political persecutions threaten to destroy 250 years of American Principle and Practice and must be stopped.

America needs determined Republican Leadership at every level of Government to address the core threats to our very survival: Our disastrously Open Border, our weakened Economy, crippling restrictions on American Energy Production, our depleted Military, attacks on the American System of Justice, and much more.

To make clear our commitment, we offer to the American people the 2024 GOP Platform to Make America Great Again! It is a forward-looking Agenda that begins with the following twenty promises that we will accomplish very quickly when we win the White House and Republican Majorities in the House and Senate.

1. SEAL THE BORDER, AND STOP THE MIGRANT INVASION
2. CARRY OUT THE LARGEST DEPORTATION OPERATION IN AMERICAN HISTORY
3. END INFLATION, AND MAKE AMERICA AFFORDABLE AGAIN
4. MAKE AMERICA THE DOMINANT ENERGY PRODUCER IN THE WORLD, BY FAR!
5. STOP OUTSOURCING, AND TURN THE UNITED STATES INTO A MANUFACTURING SUPERPOWER
6. LARGE TAX CUTS FOR WORKERS, AND NO TAX ON TIPS!
7. DEFEND OUR CONSTITUTION, OUR BILL OF RIGHTS, AND OUR FUNDAMENTAL FREEDOMS, INCLUDING FREEDOM OF SPEECH, FREEDOM OF RELIGION, AND THE RIGHT TO KEEP AND BEAR ARMS
8. PREVENT WORLD WAR THREE, RESTORE PEACE IN EUROPE AND IN THE MIDDLE EAST, AND BUILD A GREAT IRON DOME MISSILE DEFENSE SHIELD OVER OUR ENTIRE COUNTRY -- ALL MADE IN AMERICA
9. END THE WEAPONIZATION OF GOVERNMENT AGAINST THE AMERICAN PEOPLE
10. STOP THE MIGRANT CRIME EPIDEMIC, DEMOLISH THE FOREIGN DRUG CARTELS, CRUSH GANG VIOLENCE, AND LOCK UP VIOLENT OFFENDERS

11. REBUILD OUR CITIES, INCLUDING WASHINGTON DC, MAKING THEM SAFE, CLEAN, AND BEAUTIFUL AGAIN.
12. STRENGTHEN AND MODERNIZE OUR MILITARY, MAKING IT, WITHOUT QUESTION, THE STRONGEST AND MOST POWERFUL IN THE WORLD
13. KEEP THE U.S. DOLLAR AS THE WORLD'S RESERVE CURRENCY
14. FIGHT FOR AND PROTECT SOCIAL SECURITY AND MEDICARE WITH NO CUTS, INCLUDING NO CHANGES TO THE RETIREMENT AGE
15. CANCEL THE ELECTRIC VEHICLE MANDATE AND CUT COSTLY AND BURDENSOME REGULATIONS
16. CUT FEDERAL FUNDING FOR ANY SCHOOL PUSHING CRITICAL RACE THEORY, RADICAL GENDER IDEOLOGY, AND OTHER INAPPROPRIATE RACIAL, SEXUAL, OR POLITICAL CONTENT ON OUR CHILDREN
17. KEEP MEN OUT OF WOMEN'S SPORTS
18. DEPORT PRO-HAMAS RADICALS AND MAKE OUR COLLEGE CAMPUSES SAFE AND PATRIOTIC AGAIN
19. SECURE OUR ELECTIONS, INCLUDING SAME DAY VOTING, VOTER IDENTIFICATION, PAPER BALLOTS, AND PROOF OF CITIZENSHIP
20. UNITE OUR COUNTRY BY BRINGING IT TO NEW AND RECORD LEVELS OF SUCCESS

*****

When America is united, confident, and committed to our principles, it will never fail.

Today and together, with Love for our Country, Faith in our People, and Trust in God's Good Grace, we will Make America Great Again!

# Table of Contents

1. **DEFEAT INFLATION, AND QUICKLY BRING DOWN ALL PRICES.**

2. **SEAL THE BORDER, AND STOP THE MIGRANT INVASION.**

3. **BUILD THE GREATEST ECONOMY IN HISTORY.**

4. **BRING BACK THE AMERICAN DREAM AND MAKE IT AFFORDABLE AGAIN FOR FAMILIES, YOUNG PEOPLE, AND EVERYONE.**

5. **PROTECT AMERICAN WORKERS AND FARMERS FROM UNFAIR TRADE.**

6. **PROTECT SENIORS.**

7. **CULTIVATE GREAT K-12 SCHOOLS LEADING TO GREAT JOBS AND GREAT LIVES FOR YOUNG PEOPLE.**

8. **BRING COMMON SENSE TO OUR GOVERNMENT AND RENEW THE PILLARS OF AMERICAN CIVILIZATION**

9. **GOVERNMENT OF, BY, AND FOR THE PEOPLE.**

10. **RETURN TO PEACE THROUGH STRENGTH.**

**CHAPTER ONE**: DEFEAT INFLATION AND QUICKLY BRING DOWN ALL PRICES

**Our Commitment:**

The Republican Party will reverse the worst Inflation crisis in four decades that has crushed the middle class, devastated family budgets, and pushed the dream of homeownership out of reach for millions. We will defeat Inflation, tackle the cost-of-living crisis, improve fiscal sanity, restore price stability, and quickly bring down prices.

Inflation is a crushing tax on American families. History shows that Inflation will not magically disappear while policies remain the same. We commit to unleashing American Energy, reining in wasteful spending, cutting excessive Regulations, securing our Borders, and restoring Peace through Strength. Together, we will restore Prosperity, ensure Economic Security, and build a brighter future for American Workers and their families. Our dedication to these Policies will make America stronger, more resilient, and more prosperous than ever before.

**1. Unleash American Energy**

Under President Trump, the U.S. became the Number One Producer of Oil and Natural Gas in the World — and we will soon be again by lifting restrictions on American Energy Production and terminating the Socialist Green New Deal. Republicans will unleash Energy Production from all sources, including nuclear, to immediately slash Inflation and power American homes, cars, and factories with reliable, abundant, and affordable Energy.

**2. Rein in Wasteful Federal Spending**

Republicans will immediately stabilize the Economy by slashing wasteful Government spending and promoting Economic Growth.

**3. Cut Costly and Burdensome Regulations**

Republicans will reinstate President Trump's Deregulation Policies, which saved Americans $11,000 per household, and end Democrats' regulatory onslaught that disproportionately harms low- and middle-income households.

**4. Stop Illegal Immigration**

Republicans will secure the Border, deport Illegal Aliens, and reverse the Democrats' Open Borders Policies that have driven up the cost of Housing, Education, and Healthcare for American families.

**5. Restore Peace through Strength**

War breeds Inflation while geopolitical stability brings price stability. Republicans will end the global chaos and restore Peace through Strength, reducing geopolitical risks and lowering commodity prices.

**CHAPTER TWO**: **SEAL THE BORDER, AND STOP THE MIGRANT INVASION**

**Our Commitment**:

Republicans offer an aggressive plan to stop the open-border policies that have opened the floodgates to a tidal wave of illegal Aliens, deadly drugs, and Migrant Crime. We will end the Invasion at the Southern Border, restore Law and Order, protect American Sovereignty, and deliver a Safe and Prosperous Future for all Americans.

**1. Secure the Border**

Republicans will restore every Border Policy of the Trump administration and halt all releases of Illegal Aliens into the interior. We will complete the Border Wall, shift massive portions of Federal Law Enforcement to Immigration Enforcement, and use advanced technology to monitor and secure the Border. We will use all resources needed to stop the Invasion—including moving thousands of Troops currently stationed overseas to our own Southern Border. We will deploy the U.S. Navy to impose a full Fentanyl Blockade on the waters of our Region—boarding and inspecting ships to look for fentanyl and fentanyl precursors. Before we defend the Borders of Foreign Countries, we must first secure the Border of our Country.

**2. Enforce Immigration Laws**

Republicans will strengthen ICE, increase penalties for illegal entry and overstaying Visas, and reinstate "Remain in Mexico" and other Policies that helped reduce Illegal Immigration by historic lows in President Trump's first term. We will also invoke the Alien Enemies Act to remove all known or suspected gang members, drug dealers, or cartel members from the United States, ending the scourge of Illegal Alien gang violence once and for all. We will bring back the Travel Ban, and use Title 42 to end the child trafficking crisis by returning all trafficked children to their families in their Home Countries immediately.

**3. Begin Largest Deportation Program in American History**

President Trump and Republicans will reverse the Democrats' destructive Open Borders Policies that have allowed criminal gangs and Illegal Aliens from around the World to roam the United States without consequences. The Republican Party is committed to sending Illegal Aliens back home and removing those who have violated our Laws.

**4. Strict Vetting**

Republicans will use existing Federal Law to keep foreign Christian-hating Communists, Marxists, and Socialists out of America.  Those who join our Country must love our Country. We will use extreme vetting to ensure that jihadists and jihadist sympathizers are not admitted.

**5. Stop Sanctuary Cities**

Republicans will cut federal Funding to sanctuary jurisdictions that release dangerous Illegal Alien criminals onto our streets, rather than handing them over to ICE. We will require local cooperation with Federal Immigration Enforcement.

**6. Ensure Our Legal Immigration System Puts American Workers First**

Republicans will prioritize Merit-based immigration, ensuring those admitted to our Country contribute positively to our Society and Economy, and never become a drain on Public Resources. We will end Chain Migration, and put American Workers first!

**CHAPTER THREE**: **BUILD THE GREATEST ECONOMY IN HISTORY**

**Our Commitment:**

American Workers are the most productive, talented, and innovative on Earth. The only thing holding them back is the suffocating policies of the Democrat Party. Our America First Economic Agenda rests on five pillars: Slashing Regulations, cutting Taxes, securing Fair Trade Deals, ensuring Reliable and Abundant Low Cost Energy, and championing Innovation. Together, we will restore Economic Prosperity and Opportunity for all Americans.

**1. Cut Regulations**

Republicans will slash Regulations that stifle Jobs, Freedom, Innovation and make everything more expensive. We will implement Transparency and Common Sense in rulemaking.

**2. Make Trump Tax Cuts Permanent and No Tax on Tips**

Republicans will make permanent the provisions of the Trump Tax Cuts and Jobs Act that doubled the standard deduction, expanded the Child Tax Credit, and spurred Economic Growth for all Americans. We will eliminate Taxes on Tips for millions of Restaurant and Hospitality Workers, and pursue additional Tax Cuts.

**3. Fair and Reciprocal Trade Deals**

Republicans will continue forging an America First Trade Policy as set forth in Chapter 5, standing up to Countries that cheat and prioritizing American Producers over Foreign Outsourcers. We will bring our critical Supply Chains back home. President Trump turned American Trade Policy around, protecting U.S. Producers, and renegotiating failed agreements.

**4. Reliable and Abundant Low Cost Energy**

Republicans will increase Energy Production across the board, streamline permitting, and end market-distorting restrictions on Oil, Natural Gas, and Coal. The Republican Party will once again make America Energy Independent, and then Energy Dominant, lowering Energy prices even below the record lows achieved during President Trump's first term.

**5. Champion Innovation**

Republicans will pave the way for future Economic Greatness by leading the World in Emerging Industries.

*Crypto*

Republicans will end Democrats' unlawful and unAmerican Crypto crackdown and oppose the creation of a Central Bank Digital Currency. We will defend the right to mine Bitcoin, and ensure every American has the right to self-custody of their Digital Assets, and transact free from Government Surveillance and Control.

*Artificial Intelligence (AI)*

We will repeal Joe Biden's dangerous Executive Order that hinders AI Innovation, and imposes Radical Leftwing ideas on the development of this technology. In its place, Republicans support AI Development rooted in Free Speech and Human Flourishing.

*Expanding Freedom, Prosperity and Safety in Space*

Under Republican Leadership, the United States will create a robust Manufacturing Industry in Near Earth Orbit, send American Astronauts back to the Moon, and onward to Mars, and enhance partnerships with the rapidly expanding Commercial Space sector to revolutionize our ability to access, live in, and develop assets in Space.

**CHAPTER FOUR: BRING BACK THE AMERICAN DREAM AND MAKE IT AFFORDABLE AGAIN FOR FAMILIES, YOUNG PEOPLE, AND EVERYONE**

**<u>Our Commitment:</u>**

Republicans offer a plan to make the American Dream affordable again. We commit to reducing Housing, Education, and Healthcare costs, while lowering everyday expenses, and increasing opportunities.

**1. Housing Affordability**

To help new home buyers, Republicans will reduce mortgage rates by slashing Inflation, open limited portions of Federal Lands to allow for new home construction, promote homeownership through Tax Incentives and support for first-time buyers, and cut unnecessary Regulations that raise housing costs.

**2. Accessible Higher Education**

To reduce the cost of Higher Education, Republicans will support the creation of additional, drastically more affordable alternatives to a traditional four-year College degree.

**3. Affordable Healthcare**

Healthcare and prescription drug costs are out of control. Republicans will increase Transparency, promote Choice and Competition, and expand access to new Affordable Healthcare and prescription drug options. We will protect Medicare, and ensure Seniors receive the care they need without being burdened by excessive costs.

**4. Lower Everyday Costs**

Republicans will reduce the Regulatory burden, lower Energy costs, and promote Economic Policies that drive down the cost of living and prices for everyday goods and services.

**CHAPTER FIVE**: **PROTECT AMERICAN WORKERS AND FARMERS FROM UNFAIR TRADE**

**Our Commitment:**

The Republican Party stands for a patriotic "America First" Economic Policy. Republicans offer a robust plan to protect American Workers, Farmers, and Industries from unfair Foreign Competition. We commit to rebalancing Trade, securing Strategic Independence, and revitalizing Manufacturing. We will prioritize Domestic Production, and ensure National Independence in essential goods and services. Together, we will build a Strong, Self-reliant, and Prosperous America.

**1. Rebalance Trade**

Our Trade deficit in goods has grown to over $1 Trillion Dollars a year. Republicans will support baseline Tariffs on Foreign-made goods, pass the Trump Reciprocal Trade Act, and respond to unfair Trading practices. As Tariffs on Foreign Producers go up, Taxes on American Workers, Families, and Businesses can come down.

**2. Secure Strategic Independence from China**

Republicans will revoke China's Most Favored Nation status, phase out imports of essential goods, and stop China from buying American Real Estate and Industries.

**3. Save the American Auto Industry**

Republicans will revive the U.S. Auto Industry by reversing harmful Regulations, canceling Biden's Electric Vehicle and other Mandates, and preventing the importation of Chinese vehicles.

**4. Bring Home Critical Supply Chains**

Republicans will bring critical Supply Chains back to the U.S., ensuring National Security and Economic Stability, while also creating Jobs and raising Wages for American Workers.

**5. Buy American and Hire American**

Republicans will strengthen Buy American and Hire American Policies, banning companies that outsource jobs from doing business with the Federal Government.

**6. Become the Manufacturing Superpower**

By protecting American Workers from unfair Foreign Competition and unleashing American Energy, Republicans will restore American Manufacturing, creating Jobs, Wealth, and Investment.

**CHAPTER SIX**: **PROTECT SENIORS**

<u>**Our Commitment:**</u>

President Trump has made absolutely clear that he will not cut one penny from Medicare or Social Security. American Citizens work hard their whole lives, contributing to Social Security and Medicare. These programs are promises to our Seniors, ensuring they can live their golden years with dignity. Republicans will protect these vital programs and ensure Economic Stability. We will work with our Great Seniors, in order to allow them to be active and healthy. We commit to safeguarding the future for our Seniors and all American families.

**1. Protect Social Security**

Social Security is a lifeline for millions of Retirees, yet corrupt politicians have robbed Social Security to fund their pet projects. Republicans will restore Economic Stability to ensure the long-term sustainability of Social Security.

**2. Strengthen Medicare**

Republicans will protect Medicare's finances from being financially crushed by the Democrat plan to add tens of millions of new illegal immigrants to the rolls of Medicare. We vow to strengthen Medicare for future generations.

**3. Support Active and Healthy Living**

Republicans will support increased focus on Chronic Disease prevention and management, Long-Term Care, and Benefit flexibility. We will expand access to Primary Care and support Policies that help Seniors remain in their homes and maintain Financial Security.

**4. Protect Care at Home for the Elderly**

Republicans will shift resources back to at-home Senior Care, overturn disincentives that lead to Care Worker shortages, and support unpaid Family Caregivers through Tax Credits and reduced red tape.

**5. Protect Economic Foundations for Supporting Seniors**

Republicans will tackle Inflation, unleash American Energy, restore Economic Growth, and secure our Borders to preserve Social Security and Medicare funding for the next Generation and beyond. We will ensure these programs remain solvent long into the future by reversing harmful Democrat policies and unleashing a new Economic Boom.

**CHAPTER SEVEN**: CULTIVATE GREAT K-12 SCHOOLS LEADING TO GREAT JOBS AND GREAT LIVES FOR YOUNG PEOPLE

<u>**Our Commitment:**</u>

Republicans offer a plan to cultivate great K-12 schools, ensure safe learning environments free from political meddling, and restore Parental Rights. We commit to an Education System that empowers students, supports families, and promotes American Values.  Our Education System must prepare students for successful lives and well-paying jobs.

**1. Great Principals and Great Teachers**

Republicans will support schools that focus on Excellence and Parental Rights. We will support ending Teacher Tenure, adopting Merit pay, and allowing various publicly supported Educational models.

**2. Universal School Choice**

Republicans believe families should be empowered to choose the best Education for their children. We support Universal School Choice in every State in America. We will expand 529 Education Savings Accounts and support Homeschooling Families equally.

**3. Prepare Students for Jobs and Careers**

Republicans will emphasize Education to prepare students for great jobs and careers, supporting project-based learning and schools that offer meaningful work experience. We will expose politicized education models and fund proven career training programs.

**4. Safe, Secure, and Drug-Free Schools**

Republicans will support overhauling standards on school discipline, advocate for immediate suspension of violent students, and support hardening schools to help keep violence away from our places of learning.

**5. Restore Parental Rights**

Republicans will restore Parental Rights in Education, and enforce our Civil Rights Laws to stop schools from discriminating on the basis of Race. We trust Parents!

**6. Knowledge and Skills, Not CRT and Gender Indoctrination**

Republicans will ensure children are taught fundamentals like Reading, History, Science, and Math, not Leftwing propaganda. We will defund schools that engage in inappropriate political indoctrination of our children using Federal Taxpayer Dollars.

**7. Promote Love of Country with Authentic Civics Education**

Republicans will reinstate the 1776 Commission, promote Fair and Patriotic Civics Education, and veto efforts to nationalize Civics Education. We will support schools that teach America's Founding Principles and Western Civilization.

**8. Freedom to Pray**

Republicans will champion the First Amendment Right to Pray and Read the Bible in school, and stand up to those who violate the Religious Freedoms of American students.

**9. Return Education to the States**

The United States spends more money per pupil on Education than any other Country in the World, and yet we are at the bottom of every educational list in terms of results.  We are going to close the Department of Education in Washington, D.C. and send it back to the States, where it belongs, and let the States run our educational system as it should be run.  Our Great Teachers, who are so important to the future wellbeing of our Country, will be cherished and protected by the Republican Party so that they can do the job of educating our students that they so dearly want to do. It is our goal to bring Education in the United States to the highest level, one that it has never attained before!

**CHAPTER EIGHT: BRING COMMON SENSE TO GOVERNMENT AND RENEW THE PILLARS OF AMERICAN CIVILIZATION**

<u>Our Commitment:</u>

Republicans offer a plan to renew American Civilization with Common Sense Policies that supports families, restores Law and Order, cares for Veterans, promotes beauty, and honors American History. We commit to strengthening the Foundations of our Society for a brighter future.

**1. Empower American Families**

Republicans will promote a Culture that values the Sanctity of Marriage, the blessings of childhood, the foundational role of families, and supports working parents. We will end policies that punish families.

**2. Rebuild Our Cities and Restore Law and Order**

Republicans will restore safety in our neighborhoods by replenishing Police Departments, restoring Common Sense Policing, and protecting Officers from frivolous lawsuits. We will stand up to Marxist Prosecutors, vigorously defend the Right of every American to live in peace, and we will compassionately address homelessness to restore order to our streets.

**3. Make Washington D.C. the Safest and Most Beautiful Capital City**

Republicans will reassert greater Federal Control over Washington, DC to restore Law and Order in our Capital City, and ensure Federal Buildings and Monuments are well-maintained.

**4. Take Care of Our Veterans**

Republicans will end luxury housing and Taxpayer benefits for Illegal Immigrants and use those savings to shelter and treat homeless Veterans. We will restore Trump Administration reforms to expand Veterans' Healthcare Choices, protect Whistleblowers, and hold accountable poorly performing employees not giving our Veterans the care they deserve.

**5. Make Colleges and Universities Sane and Affordable**

Republicans will fire Radical Left accreditors, drive down Tuition costs, restore Due Process protections, and pursue Civil Rights cases against Schools that discriminate.

**6. Combat Antisemitism**

Republicans condemn antisemitism, and support revoking Visas of Foreign Nationals who support terrorism and jihadism. We will hold accountable those who perpetrate violence against Jewish people.

**7. Overcome the Crisis in Liberal Arts Education**

Republicans support the restoration of Classic Liberal Arts Education.

**8. Restore American Beauty**

Republicans will promote beauty in Public Architecture and preserve our Natural Treasures. We will build cherished symbols of our Nation, and restore genuine Conservation efforts.

**9. Honor American History**

Republicans celebrate our Great American Heroes and are proud that the Story of America makes everyone free. We will organize a National Celebration to mark the 250th Anniversary of the Founding of the United States of America.

**CHAPTER NINE: GOVERNMENT OF, BY, AND FOR THE PEOPLE**

**Our Commitment:**

Republicans will offer a clear, precise, and USA oriented plan to stop the Radical Left Democrats' Weaponization of Government and its Assault on American Liberty. We will restore Government of, by, and for the People, ensuring Accountability, protecting Individual Liberties, and fixing our once very corrupt Elections. We commit to upholding the Constitution of the United States, appointing judges who respect the rule of law, and defending the Rights of all Americans to Life, Liberty, and the Pursuit of Happiness. We will maintain the Supreme Court as it was always meant to be, at 9 Justices.  We will not allow the Democrat Party to increase this number, as they would like to do, by 4, 6, 8, 10, and even 12 Justices.  We will block them at every turn.

**1. Republicans Will Stop Woke and Weaponized Government**

We will hold accountable those who have misused the power of Government to unjustly prosecute their Political Opponents. We will declassify Government records, root out wrongdoers, and fire corrupt employees.

**2. Republicans Will Dismantle Censorship & Protect Free Speech**

We will ban the Federal Government from colluding with anyone to censor Lawful Speech, defund institutions engaged in censorship, and hold accountable all bureaucrats involved with illegal censoring. We will protect Free Speech online.

**3. Republicans Will Defend Religious Liberty**

We are the defenders of the First Amendment Right to Religious Liberty. It protects the Right not only to Worship according to the dictates of Conscience, but also to act in accordance with those Beliefs, not just in places of Worship, but in everyday life. Our ranks include men and women from every Faith and Tradition, and we respect the Right of every American to follow his or her deeply held Beliefs. To protect Religious Liberty, Republicans support a new Federal Task Force on Fighting Anti-Christian Bias that will investigate all forms of illegal discrimination, harassment, and persecution against Christians in America.

**4. Republicans Will Protect and Defend a Vote of the People, from within the States, on the Issue of Life**

We proudly stand for families and Life.  We believe that the 14th Amendment to the Constitution of the United States guarantees that no person can be denied Life or Liberty without Due Process, and that the States are, therefore, free to pass Laws protecting those Rights.  After 51 years, because of us, that power has been given to the States and to a vote of the People.  We will oppose Late Term Abortion, while supporting mothers and policies that advance Prenatal Care, access to Birth Control, and IVF (fertility treatments).

**5. Republicans Will End Left-wing Gender Insanity**

We will keep men out of women's sports, ban Taxpayer funding for sex change surgeries, and stop Taxpayer-funded Schools from promoting gender transition, reverse Biden's radical rewrite of Title IX Education Regulations, and restore protections for women and girls.

**6. Republicans Will Ensure Election Integrity**

We will implement measures to secure our Elections, including Voter ID, highly sophisticated paper ballots, proof of Citizenship, and same day Voting. We will not allow the Democrats to give Voting Rights to illegal Aliens.

**7. Republicans Will Protect Americans in the Territories.**

The territories of Guam, the Commonwealth of the Northern Mariana Islands, American Samoa, the U.S. Virgin Islands, and Puerto Rico are of vital importance to our National Security, and we welcome their greater participation in all aspects of the political process.

**CHAPTER TEN: RETURN TO PEACE THROUGH STRENGTH**

**Our Commitment:**

Keeping the American People safe requires a strong America. The Biden administration's weak Foreign Policy has made us less safe and a laughingstock all over the World. The Republican Plan is to return Peace through Strength, rebuilding our Military and Alliances, countering China, defeating terrorism, building an Iron Dome Missile Defense Shield, promoting American Values, securing our Homeland and Borders, and reviving our Defense Industrial Base. We will build a Military bigger, better, and stronger than ever before. Our full commitment is to protecting America and ensuring a safe and prosperous future for all.

**1. The National Interest**

Republicans will promote a Foreign Policy centered on the most essential American Interests, starting with protecting the American Homeland, our People, our Borders, our Great American Flag, and our Rights under God.

**2. Modernize the Military**

Republicans will ensure our Military is the most modern, lethal and powerful Force in the World. We will invest in cutting-edge research and advanced technologies, including an Iron Dome Missile Defense Shield, support our Troops with higher pay, and get woke Leftwing Democrats fired as soon as possible.

**3. Strengthen Alliances**

Republicans will strengthen Alliances by ensuring that our Allies must meet their obligations to invest in our Common Defense and by restoring Peace to Europe. We will stand with Israel, and seek peace in the Middle East. We will rebuild our Alliance Network in the Region to ensure a future of Peace, Stability, and Prosperity.  Likewise, we will champion Strong, Sovereign, and Independent Nations in the Indo-Pacific, thriving in Peace and Commerce with others.

**4. Strengthen Economic, Military, and Diplomatic Capabilities**

Republicans will strengthen Economic, Military, and Diplomatic capabilities to protect the American way of life from the malign influences of Countries that stand against us around the World.

**5. Defend America's Borders**

Against all odds, President Trump has completed Hundreds of Miles of Wall, and he will quickly finish the job. Republicans will mobilize Military personnel and assets as necessary to crack down hard on the cartels that traffic drugs and people into our Country.

 **6. Revive our Industrial Base**

Our Industrial Base is critical to ensuring good jobs for our people but also the reliable production of vital Defense platforms and supplies.  Our Policy must be to revive our Industrial Base, with priority on Defense-critical industries. Equipment and parts critical to American Security must be MADE IN THE USA.

**7. Protect Critical Infrastructure**

Republicans will use all tools of National Power to protect our Nation's Critical Infrastructure and Industrial Base from malicious cyber actors. This will be a National Priority, and we will both raise the Security Standards for our Critical Systems and Networks and defend them against bad actors.