# EXHIBIT U

# EXHIBIT C



**DEPARTMENT OF THE NAVY**
OFFICE OF THE SECRETARY
1000 NAVY PENTAGON
WASHINGTON DC 20350-1000

```
                                    SECNAVINST 1000.11A
                                    ASN (M&RA)
                                    27 Jun 2023
```

SECNAV INSTRUCTION 1000.11A

From:  Secretary of the Navy

Subj:  SERVICE OF TRANSGENDER SAILORS AND MARINES

Ref:   (a) DoD Instruction 1300.28 of 30 April 2021
       (b) DoD Instruction 6130.03, Volume 1 of 6 May 2018
       (c) DoD Instruction 1350.02 of 4 September 2020
       (d) NAVMED P-117
       (e) SECNAV M-5214.1
       (f) 42 U.S.C 2000e
       (g) SECNAVINST 5300.28F
       (h) ASD (HA) Memo, Guidance for Medical Care in Military
           Treatment Facilities for Service Members Diagnosed
           with Gender Dysphoria of 12 March 2019
       (i) DoD Instruction 1332.18 of 10 November 2022

Encl:  (1) In-Service Transition Policies and Procedures
       (2) Responsibilities

1.  Purpose.  To establish Department of the Navy (DON) policy for the accession and service of transgender Sailors and Marines, to include the process for transgender Service Members to transition gender in-service in accordance with references (a) through (i).

2.  Cancellation.  SECNAVINST 1000.11.

3.  Definitions.  Definitions are provided in reference (a).

4.  Applicability.  This instruction applies to all DON military personnel.  For the purpose of this instruction, the term "Service Member" includes midshipmen in a contracted Navy Reserve Officer Training Corps (NROTC) status, or attending the United States Merchant Marine Academy (USMMA) or the United States Naval Academy (USNA).  Reference (a) provides specific considerations for Reserve Component personnel, including but not limited to Selected Reserves, Individual Ready Reserves, NROTC, and USMMA midshipmen. Refer all DON civilian transgender questions to the DON Office of Civilian Human Resources or the DON Office of the General Counsel. Refer all questions regarding transgender contractors to the Contracting Officer's Representative.

SECNAVINST 1000.11A
27 Jun 2023

5. <u>Policy</u>

   a. Consistent with the policies and procedures set forth in references (a) and (b), transgender individuals shall be allowed to serve openly in the DON.

   b. All Service Members must be treated with dignity and respect. No person, solely on the basis of gender identity, will be:

      (1) Involuntarily separated or discharged from the DON.

      (2) Denied reenlistment or continuation of service in the DON.

      (3) Subjected to adverse action or mistreatment.

   c. Department of Defense (DoD) and DON policy entitles all Service Members to an environment free from sexual harassment and unlawful discrimination on the basis of race, color, national origin, religion, sex (including pregnancy), gender identity, or sexual orientation. It is the DoD's and DON's position that discrimination based on gender identity is a form of sex discrimination. DoD military equal opportunity policy is set forth in reference (c). All personnel will continue to treat each other with dignity and respect. There is zero tolerance for harassing, hazing, or bullying in any form.

   d. Specific policies and procedures related to the in-service transition process for transgender Service Members are provided in enclosure (1).

6. <u>Responsibilities</u>. See enclosure (2).

7. <u>Accessions</u>

   a. The Navy and Marine Corps will access transgender applicants as medically qualified if they meet all standards delineated in reference (b) or most current published version. The gender identity of an otherwise qualified individual will not bar them from joining the Navy or Marine Corps, from admission to USNA, or from participating in NROTC or any other accession program.

   b. Medical standards for accession into the Navy and Marine Corps help to ensure that those entering service are free from medical conditions or physical defects that may require excessive time lost from duty due to necessary medical treatment or

2

```
                                             SECNAVINST 1000.11A
                                             27 Jun 2023
```

hospitalization, or result in separation from the service for medical unfitness.

    c.  Accessions standards applicable to a diagnosis of gender dysphoria and related treatment will be applied in accordance with reference (b) or its most current published version.

    d.  Those applicants who do not meet the standards in accordance with reference (b) or its most current published version may be processed for a waiver in accordance with references (b) and (d), and addressed in the same manner as with any other medical condition that requires a waiver for accession, enlistment, or induction.

8.  <u>Records Management</u>

    a.  Records created as a result of this instruction, regardless of format or media, must be maintained and dispositioned according to the records disposition schedules found on the Directives and Records Management Division (DRMD) portal page: https://portal.secnav.navy.mil/orgs/DUSNM/DONAA/DRM/SitePages/Home.aspx.

    b.  For questions concerning the management of records related to this instruction or the records disposition schedules, please contact your local Records Manager or the DRMD program office.

9.  <u>Information Management Control</u>.  The reporting requirements contained in enclosure (2), paragraph 2l and 2o are exempt from information control in accordance with reference (e), Part IV, paragraphs 7l and 7n.

                                    ERIK K. RAVEN
                                    Under Secretary of the Navy

Distribution:
Electronic only, via Department of the Navy Issuances Website
https://www.secnav.navy.mil/doni/default.aspx

SECNAVINST 1000.11A
27 Jun 2023

### IN-SERVICE TRANSITION POLICIES AND PROCEDURES

1.  Reference (a) provides Sailors and Marines an in-service process to transition to their self-identified gender.  These policies are based on the premise that open service by transgender persons who are subject to the same medical, fitness for duty, physical fitness, uniform and grooming, deployability, and retention standards and procedures is consistent with military service and readiness.

2.  The DON recognizes a Sailor's or Marine's gender by their gender marker in the Defense Enrollment Eligibility Reporting System (DEERS).  Coincident with that gender marker, the Navy and Marine Corps shall apply, and the Service Member is responsible to meet, all standards for uniforms and grooming, body composition, physical fitness, Military Personnel Drug Abuse Testing Program (MPDATP) participation, and other military standards applied with consideration of the Service Member's gender, unless an Exception to Policy (ETP) is approved in accordance with enclosure (2).

    a.  For facilities subject to regulation by the military, the Sailor or Marine will use those berthing, bathroom, and shower facilities associated with the Service Member's gender marker in DEERS.

    b.  Commanders and Commanding Officers will assess expected impacts on mission and readiness after consideration of the advice of military medical providers.  As the situation allows, Commanders and Commanding Officers are expected to implement appropriate policies to ensure the privacy protection of individual Sailors and Marines out of courtesy to all, and to maintain good order and discipline.  A Commander or Commanding Officer will not accommodate biases against transgender individuals.

    c.  In official communications, gender pronouns aligned with the gender marker in DEERS will be used.  Use of gender pronouns will be minimized in these communications to the extent practical.

    d.  If situationally appropriate and with agreement of the Service Member, commands are encouraged to refer to the Service Member by their self-identified name and pronouns in spoken and

Enclosure (1)

unofficial written communication prior to DEERS marker change. This recommendation is in accordance with standards for transgender care set forth by the American Medical Association, numerous other medical professional organizations, and reference (f).

3. Reference (g) requires direct observation of urinalysis specimen collection. MPDATP policy considers the terms "sex" and "gender marker" as equivalent. Therefore, transgender Service Members providing a urinalysis specimen will be observed by an individual with the same gender marker indicated in DEERS. In selecting an observer, a Commander or Commanding Officer may employ reasonable accommodations, to include utilizing medical personnel to observe, to respect the privacy interests of the Service Members. Commanders and Commanding Officers must ensure the integrity of the urinalysis program and that the program environment remains free from harassment and discrimination.

4. Sailors and Marines with a diagnosis from a military medical provider indicating that gender transition is medically necessary will receive the associated medically necessary care and treatment. A medical treatment plan developed by the military medical provider will outline the date of initial diagnosis, the severity of the Service Member's medical condition, the urgency of any proposed medical treatment, projected timeline for completion of gender transition, and estimated periods of non-deployability and absence. Medical advice to Commanders and Commanding Officers will be provided in a manner consistent with processes used for other medical conditions that may limit the Service Member's performance of official duties or deployment status.

5. Any medical care and treatment provided to an individual Sailor or Marine in the process of gender transition will be provided in the same manner as other medical care and treatment. Nothing in this instruction will be construed to authorize a Commander or Commanding Officer to deny medically necessary treatment to a Sailor or Marine.

6. Any determination that a transgender Sailor or Marine is non-deployable at any time will be consistent with established DON and Service standards, as applied to other Sailors and Marines whose deployability is similarly affected in comparable circumstances unrelated to gender transition.

SECNAVINST 1000.11A
27 Jun 2023

7. In considering the timing of the transition request, Commanders and Commanding Officers will assess expected impacts on mission and readiness after consideration of the advice of military medical providers and will address such following this instruction and reference (a).  In applying the tools described in reference (a), a Commander or Commanding Officer will not accommodate biases against transgender individuals.  During a period of gender transition, the majority of Sailors and Marines will not be able to meet standards, and all applicable tools, including those described in reference (a), will be available to Commanders and Commanding Officers to minimize impacts to the mission and unit readiness.  Gender transition dates in the transition plan may be adjusted by Commanders and Commanding Officers per reference (a) and enclosure (2) as necessary to support organizational needs.  Medical care in the transition plan which is provided via routine medical appointments shall be accommodated by the command in the same manner as any other medical appointment.

8. Real Life Experience (RLE) is the phase in the gender transition process during which the individual commences living socially in the gender role consistent with their self-identified gender.  RLE in an on-duty status before a gender marker change in DEERS may be necessary for Service Members during the transition process.  If a Service Member's medical treatment plan identifies the requirement for full-time continuous RLE, an ETP, in accordance with enclosure (2) of this issuance, is required for the duration of the full-time continuous RLE.

9. When the military medical provider determines that a Service Member's gender transition is stable, and at a time approved by the Commander or Commanding Officer in consultation with the transgender Sailor or Marine, the Service Member may submit a request for gender marker change in DEERS, per reference (a). Once the gender marker is changed in DEERS, the Service Member will be recognized in their self-identified gender and must meet all applicable military standards in their self-identified gender.

10. If additional care and treatment that were not part of an original treatment plan are required after a gender marker change in DEERS, and that additional care and treatment may

3                           Enclosure (1)

SECNAVINST 1000.11A
27 Jun 2023

impact the Service Member's fitness for duty, the Service Member must provide medical documentation to the Commander or Commanding Officer identifying the additional care, treatment, and projected schedule of such treatment.

11. Policy for service during initial entry training and considerations associated with the first term of service are outlined in reference (a).

12. Service Members who have not yet completed their DEERS marker change and who do not have an ETP in place may request informally (i.e., through a conversation with their chain of command) that their self-identified pronouns be used, and commands are encouraged to do so when situationally appropriate (e.g., in communication within the workplace). Intentional misuse of transgender Service Member pronouns is inappropriate and inconsistent with the DoD military equal opportunity policy as set forth in reference (c).

13. Intentional misuse of the Service Member's birth or other former name is generally considered disrespectful and may constitute conduct inconsistent with the DoD military equal opportunity policy as set forth in reference (c). Service Members who have not yet legally changed their names may request informally (i.e., in a conversation with their Chain of Command), that commands use their self-identified names, and commands are encouraged to do so when situationally appropriate.

SECNAVINST 1000.11A
27 Jun 2023

**RESPONSIBILITIES**

1. <u>Assistant Secretary of the Navy (Manpower and Reserve Affairs) (ASN (M&RA))</u>.  The ASN (M&RA) will assess Navy and Marine Corps compliance with reference (a) in coordination with the Chief of Naval Operations (CNO) and the Commandant of the Marine Corps (CMC).  ASN (M&RA) will review triennial Inspector General Special Inspections.

2. <u>CNO and CMC</u>.  The CNO and CMC will:

   a.  Issue policy and procedures addressing the military service of transgender Service Members, to include establishing a process by which transgender Sailors and Marines may transition gender while serving, consistent with mission, training, operational, and readiness needs, and a procedure whereby a Service Member's gender marker may be changed in DEERS.

   b.  Establish policies and procedures for the submission and approval of ETPs associated with the following:

      (1) Changes in the Service Member's physical appearance and body composition during gender transition, such as accommodations in the application of standards for uniforms and grooming and MPDATP participation.

      (2) The application of RLE in an on-duty status.

      (3) Establishment of, or adjustment to, local policies on the use of berthing, bathroom, and shower facilities subject to regulation by the military.

   c.  Establish policy requiring that Commanders and Commanding Officers respond to any request for medical treatment or an ETP associated with gender transition, as soon as practicable, but not later than 90 days after receiving a request determined to be complete as directed by reference (a) and this instruction.

   d.  Issue policy and procedures per reference (a) and this instruction, outlining the actions a Commander or Commanding Officer may take to minimize impacts to the mission and ensure continued unit readiness in the event that a transitioning

Enclosure (2)

SECNAVINST 1000.11A
27 Jun 2023

individual is unable to meet fitness for duty, physical fitness, uniform and grooming, and deployability standards during a period of transition.  Such actions shall be comparable to actions that could be initiated with regard to others whose ability to serve is similarly affected for reasons unrelated to gender transition.

    e.  Maintain a service central coordination cell to provide multi-disciplinary expert advice and assistance to commanders with regard to service by transgender Service Members and gender transition in the DON, and to assist Commanders in the execution of DoD, DON, and Service policies and procedures.

    f.  Ensure uniform, grooming, Body Composition Analysis, Physical Readiness Test, MPDATP, and all other standards applied with consideration of a Service Member's gender, are applicable to the Service Member's gender marker as reflected in DEERS, unless the Sailor or Marine has an approved ETP.

    g.  Direct the use of berthing, bathroom, and shower facilities according to the Service Member's gender marker as reflected in DEERS, for facilities that are subject to regulation by the military, unless the Sailor or Marine has an approved ETP.

    h.  Provide appropriate privacy for all Sailors and Marines.  This may be achieved through expenditure of funds to modify bathroom and shower facilities at Navy and Marine Corps military installations that do not provide reasonable privacy.

    i.  Ensure that policies and procedures governing Service urinalysis testing program are performed using accepted and established operating procedures which conform to the requirements outlined in reference (g).

    j.  Ensure access to medically necessary treatment of transgender Active Duty Service Members (ADSM) is available, in alignment with reference (h).

    k.  Educate appropriate Active and Reserve Component Forces to ensure an adequate understanding within those Forces of policies and procedures pertaining to gender transition in the DON.

```
                                              SECNAVINST 1000.11A
                                              27 Jun 2023
```

    l.  Beginning in Fiscal Year 2023 and triennially thereafter, support Naval Inspector General Special Inspections of Service compliance with DoD and DON transgender service policy and procedures.

    m.  Provide a climate in which all Sailors and Marines are able to perform their duties free from unlawful discrimination and harassment.

    n.  Ensure the protection of personally identifiable information and personal privacy considerations in the implementation of references (a) through (i), this instruction, and Service regulations, policy, and guidance.

    o.  Submit the text of any proposed revision to existing Service regulations, policies, and guidance, and of any proposed new issuance at least 30 business days in advance of proposed publication to ASN (M&RA) for submission to the Under Secretary of Defense (Personnel and Readiness).

3. <u>Naval Inspector General (NAVIG)</u>.  NAVIG will, beginning in 2023 and triennially thereafter, conduct a Special Inspection of Navy and Marine Corps compliance with reference (a), this instruction, and Service regulations, policy, and guidance.

4. <u>Chief, Bureau of Medicine and Surgery (BUMED)</u>.  BUMED will:

    a.  Collaborate with the Defense Health Agency (DHA) to ensure consultation for medically necessary care is available to ADSM per references (a) and (h), ensuring standardized healthcare.

    b.  If applicable, refer Service Members for a determination of fitness in the disability evaluation system per reference (i).

    c.  Collaborate with DHA to provide and disseminate a relevant education and training plan for both privileged and non-privileged medical personnel.

    d.  Establish procedures and standards for advising Commanders and Commanding Officers on transition requests.