IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLAS TALBOTT *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-240-ACR |
| | ) | |
| UNITED STATES OF AMERICA *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### INDEX OF EXHIBITS TO DECLARATION OF MICHAEL HALEY

| | |
|---|---|
| **Exhibit A** | "Health info wiped from federal websites following Trump order targeting transgender rights," dated January 31, 2025 |
| **Exhibit B** | "DOJ ordered review of 'gender ideology' compliance at child safety authority," dated February 7, 2025 |
| **Exhibit C** | "Mentions of trans kids scrubbed from national child safety clearinghouse website," dated February 7, 2025 |
| **Exhibit D** | "Government agencies scrub LGBTQ web pages and remove info about trans and intersex people," dated February 3, 2025 |
| **Exhibit E** | "Federal government scrubs transgender language from websites," dated February 4, 2025 |
| **Exhibit F** | "C.D.C. Site Restores Some Purged Files After 'Gender Ideology' Ban Outcry," dated February 3, 2025 |
| **Exhibit G** | "Trump Is Purging Federal Websites of LGBTQ+ Content. Here's What's Been Affected So Far," dated February 7, 2025 |
| **Exhibit H** | "Army museum covers display honoring transgender soldiers," dated February 7, 2025 |
| **Exhibit I** | "The NSA's 'Big Delete,'" dated February 10, 2025 |
| **Exhibit J** | "They trained on diversity under Trump. Now he's punishing them for it," dated February 7, 2025 |
| **Exhibit K** | "'Transgender' and 'queer' erased from Stonewall Uprising national monument website," dated February 13, 2025 |