# EXHIBIT C



Menu +

POLICY

# Mentions of trans kids scrubbed from national child safety clearinghouse website / Reports say the government ordered NCMEC to remove LGBTQ+ references or lose funding.

by **Adi Robertson**

Feb 7, 2025, 10:32 AM EST

    |   **6 Comments (6 New)**



Image: Cath Virginia / The Verge, Getty Images

 **Adi Robertson** is a senior tech and policy editor focused on VR, online platforms, and free expression. Adi has covered video games, biohacking, and more for The Verge since 2011.

The National Center for Missing and Exploited Children (NCMEC), a clearing-

Our news stories are free to read. To get all access to The Verge, subscribe now. 

**SUBSCRIBE NOW**

https://www.theverge.com/policy/608278/ncmec-removes-reports-lgbtq-transgender-children-government-funding-threats    1/7

mentions of LGBTQ+ issues under threat of losing government funding, part of President Donald Trump's push to eradicate recognition of trans people in the US.

NCMEC's website hosts numerous reports on the state of various child endangerment issues, including data about abduction, sex trafficking, and online enticement. However, comparisons with the Wayback Machine show that at least three documents on its "NCMEC Data" page — including a report on missing children with suicidal tendencies, a report on male victims of child sex trafficking, and an overall data analysis of children missing from care — have been removed since the page's last archived date of January 24th. Archived copies of all three reports included mentions of LGBTQ+ and particularly transgender children. The 13 remaining publications on NCMEC's data page do not appear to contain these references.

ADVERTISEMENT

Within the same date range, NCMEC removed three guides to recognizing and

Our news stories are free to read. To get all access to The Verge, subscribe now. ✕

It's not clear when precisely the reports were taken down, and website data can be removed for many reasons; NCMEC did not respond to a request for comment from *The Verge*. However, last night, reporter Marisa Kabas (who writes the newsletter *The Handbasket*) posted that the Department of Justice had threatened to withhold NCMEC's funding unless it conducted a review of its site.

Kabas posted an email that was allegedly sent on Wednesday to staff members, saying that NMCEC had been "contacted by our primary grantor" on Monday to ensure all its materials were "in compliance with the spirit of the President's Executive Orders." Don McGowan, a former NCMEC board member who has previously criticized its management for failing to address dangers to trans children, also said on Bluesky that he'd heard about the purge request from friends still at the center.

Losing funding would likely devastate NCMEC, whose last financial report said it received $50 million of its roughly $70 million in revenue from government contracts and grants. It's responsible among other things for operating the CyberTipline that receives and processes reports of child sexual abuse. The tipline has become a major link between government investigators and tech platforms, which use it to file millions of reports each year.

Trump has signed multiple executive orders targeting transgender children and adults, including one that attempts to bar the legal recognition of trans people and another that restricts gender-affirming care for trans youth. Numerous lawsuits are pending against these orders, and at least one has been temporarily blocked by a judge.

**6 COMMENTS (6 NEW)**

SEE MORE: POLICY   SPEECH

Our news stories are free to read. To get all access to The Verge, subscribe now.

ELIZABETH LOPATTO   12:03 PM EST   |   💬 124

### Trump's next target: pennies.
EMMA ROTH   9:01 AM EST   |   💬 15

### The CFPB's headquarters are closing.
WES DAVIS   FEB 9   |   💬 6

**More in Policy**

### Trump's first 100 days: all the news affecting the tech industry
VERGE STAFF   56 MINUTES AGO   |   💬 10


### US tariffs: how Trump's tax is hitting Big Tech and beyond
EMMA ROTH   TWO HOURS AGO   |   💬 8


### Elon Musk's rapid unscheduled disassembly of the US government
ELIZABETH LOPATTO   12:03 PM EST   |   💬 124


### Sen. Ron Wyden is here to stop Elon Musk
NILAY PATEL   11:08 AM EST   |   💬 25


### How close is Elon Musk to controlling a nuclear weapon?
MATTHEW GAULT   FEB 9


Our news stories are free to read. To get all access to The Verge, subscribe now. 

Top Stories

11:08 AM EST
**Sen. Ron Wyden is here to stop Elon Musk**

10:45 AM EST
**Teenage Engineering OP-XY review: fun, powerful, expensive**

12:03 PM EST
**Elon Musk's rapid unscheduled disassembly of the US government**

TWO HOURS AGO
**Sonos' chief marketing officer has left the company**

TWO HOURS AGO
**Wool, clay, and elbow grease: bringing stop-motion games to life**

7:27 AM EST
**First look at the 'world's thinnest' foldable**

Our news stories are free to read. To get all access to The Verge, subscribe now.


ADVERTISEMENT

    

Our news stories are free to read. To get all access to The Verge, subscribe now. 

Contact   Tip Us   Community Guidelines   About   Ethics Statement
How We Rate and Review Products

Do Not Sell or Share My Personal Data   Terms of Use   Privacy Notice   Cookie Policy   Licensing FAQ
Accessibility   Platform Status

© 2025 VOX MEDIA, LLC. ALL RIGHTS RESERVED