# EXHIBIT E

Monday, February 10, 2025       A service of EWTN News    CNA •••

         Donate     MENU

# Federal government scrubs transgender language from websites



The Centers for Disease Control and Prevention site changed the title of an article called "Safer Food Choices for Pregnant People" to "Safer Food Choices for Pregnant Women." | Credit: Centers for Disease Control and

Federal government scrubs transgender language from websites | Catholic News Agency

Prevention

  **By Tessa Gervasini**

Washington, D.C. Newsroom, Feb 4, 2025 / 15:55 pm

Many federal government agencies have changed or removed transgender wording on their websites to comply with President Donald Trump's executive order on gender ideology.

Trump issued the order, "**Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government,**" on his first day in office. According to the White House, the policies are meant to "defend women's rights and protect freedom of conscience by using clear and accurate language and policies that recognize women are biologically female and men are biologically male."

The order specified: "It is the policy of the United States to recognize two sexes, male and female. These sexes are not changeable and are grounded in fundamental and incontrovertible reality."

Since the order was issued multiple federal agencies have altered their websites. Here's a look at some of the changes in website messaging since Trump took office.

# The U.S. Department of State

A U.S. Department of State webpage offering travel advisories changed a listing from "LGBTGIA+ Travel Information" to "LGB Travel Information."



Screenshot of the U.S. Department of State's "LGBTQIA+ Travel Information" page prior to implementing the executive order. Credit: U.S. Department of State



Screenshot of the U.S. Department of State's "LGB Travel Information" page after changing the language to comply with the new order. Credit: U.S. Department of State

Federal government scrubs transgender language from websites | Catholic News Agency

The U.S. Department of State also removed the "X" gender marker on all consular forms, making it only possible to select "male" or "female."

The website's change coincides with a Trump administration directive to no longer process passport applications submitted using the "X" option.



Copy of the previous federal passport form with "X" option and "gender" section. Credit: U.S. Department of State



Photo of the latest federal passport form with no "X" option and the updated sex identification section. Credit: U.S. Department of State

## The Centers for Disease Control and Prevention

The Centers for Disease Control and Prevention's website includes a notice that it is being **"modified to comply with President Trump's executive orders."**

The site renamed an article called "Safer Food Choices for Pregnant People," to "Safer Food Choices for Pregnant Women."

The site changed the title of an article called "Safer Food Choices for Pregnant People," to "Safer Food Choices for Pregnant Women." Credit: Centers for Disease Control and Prevention

**(Story continues below)**

## Subscribe to our daily newsletter

Email*

First name*

Last name*

☐ I agree to receive other communications from EWTN and consent to the terms of the **Privacy Policy. ***

protected by reCAPTCHA
Privacy · Terms

Get the CNA UPDATE!

The CDC also removed data specific to LGBT and gender ideology. This included a "fast facts" page with information regarding HIV among transgender people. The website also took down contraceptive guidance pages for health care providers.

# The Federal Bureau of Prisons

The Federal Bureau of Prisons removed its "Transgender Offender Manual," which explained how the bureau provided "gender-affirming services to transgender individuals."

A search on its website now alerts users: "This content is temporarily unavailable as we implement the executive order on 'Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government.'"



Screenshot of the Department of Justice's "Transgender Manual," which is no longer available on the Bureau of Prisons website. Credit: Federal Bureau of Prisons



Screenshot of the Bureau of Prisons' website if users click the "Transgender Inmate Manual" PDF. Credit: Federal Bureau of Prisons

# The U.S. Census Bureau

The U.S. Census Bureau's webpage on "Sexual Orientation and Gender Identity" has been removed. Other pages on its website, including "Mental Health

Struggles Higher Among LGBT Adults Than Non-LGBT Adults in All Age Groups,"
are also not currently active. According to site archives, both pages were
available last week.



Screenshot of the archived page titled "Sexual Orientation and Gender Identity." Credit: U.S.
Census Bureau



Screenshot of the new search result for "Sexual Orientation and Gender Identity" on the U.S.
Census Bureau's website. Credit: U.S. Census Bureau

Tags: **Catholic News**, **President Donald Trump**, **Transgender**



Tessa Gervasini is an intern for Catholic News Agency and a fellow of the College Fix.
She recently graduated from Texas Christian University with a bachelor's degree in
strategic communication.

## Our mission is the truth. Join us!

Your monthly donation will help our team continue reporting the truth, with fairness, integrity, and fidelity to Jesus Christ and his Church.

Donate

### TRENDING

**1** Cardinal Koch rejects extreme traditionalist, progressive positions on Vatican II

**2** U.S., Venezuelan bishops: Ending temporary protected status for migrants 'counterproductive'

**3** PHOTOS: Military, police gather with Pope Francis for armed forces jubilee Mass

**4** Nebraska man describes meeting Christ in new autobiography

**5** St. Josephine Bakhita's feast day marks anti-human trafficking campaign launch in Africa

### YOU MAY ALSO LIKE



## Children's hospitals suspend youth transgender programs after Trump order

Feb 3, 2025

President Donald Trump last week issued an executive order restricting transgender surgeries and drugs for youth.



## Trump signs order restricting transgender 'chemical and surgical mutilation' of children

Jan 29, 2025

The president has vowed that the United States "will not fund, sponsor, promote, assist, or support" controversial transgender procedures.



## Trump signs order barring transgender-identifying soldiers from military service

Jan 28, 2025

The order says any person who expresses "a false 'gender identity' divergent from an individual's sex cannot satisfy the rigorous standards necessary for military service."



TOOLS

LEGAL

CNA is a service of EWTN News, Inc.

Contact us

EIN: 27-4581132

Subscribe to our newsletter

RSS Feed

Advertise with us

About us

Privacy policy

  

© 2025 CNA | All rights reserved.