# EXHIBIT H

INDEPENDENT

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

Not now Yes please

Support Now Menu

NEWS SPORTS TRAVEL PREMIUM

News > World > Americas

# Army museum ... ng transgender soldiers

Officials are waiting for guidance as to whether the section on transgender soldiers needs to be removed indefinitely

Michelle Del Rey Washington D.C. • Friday 07 February 2025 20:12 EST • 2 Comments

Trump signs order banning transgender women from female sports

## Your support helps us to tell the story

Read more



Read more

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

The U.S. Army Women ... onoring the history of transgender soldiers in ... anti-DEI push.

The display is the only one of its kind in a system of 30 Army museums and discusses the history of transgender soldiers in the military branch.

On Tuesday, it was shielded from public view using brown paper, which was later changed out for a layer of black plastic, a spokesperson for the museum told *The Independent*. The order came from the Center of Military History to ensure the

museum's contents cor rder on diversity, equity and inclusion.

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

Officials at the museum iting for guidance as to whether the section of o be removed indefinitely. *The Indepe* istory for additional information.

Earlier in the week, pictures circulating on social media showed the National Cryptologic Museum had also concealed plaques celebrating women and people of color who had served the National Security Agency in response to the order.

RECOMMENDED

The Epstein ... aled court records so far

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

John Oliver ... age for Americans

2024 Buick's Are Turning Heads

Sponsored | SearchTopics | Search Ads

Enlarged Prostate Has Nothing To Do With Age: Just Stop Doing This One Common Thing!

Sponsored | EZ Pro

Powered by Taboola

The Army museum's display features a photo of Army Captain Jennifer Peace, one of the first openly trans Army officers, on top of the written history of transgender service members. Peace is one of roughly 15,000 transgender soldiers currently serving in the military.

A memo issued in July ... Eric Fanning declared transgender soldiers co...

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

TRANSGENDER POLICY
In October 2016 the Department of Defense ended the ban on transgender individuals serving in the United States military. In a directive the Secretary of the Army stated that "The Army is open to all who can meet the standards for military service and readiness and remains committed to treating all Soldiers with dignity and respect while ensuring good order and discipline." Just before the final implementation date, the Secretary of Defense announced that the services would delay the accession of transgender soldiers by at least six months to conduct a review to determine if allowing them to enlist will affect the "readiness and lethality" of the force. The uncertainty over Army transgender policy illustrates the interconnectedness of society and the Army as both move towards a more inclusive future.
Army Capt. Jennifer Peace, 2016. One of the first openly transgender Army officers, Peace constitutes one of approximately 15,000 transgender people serving in the military.
2

A close-up of the storyboard that has now been shielded from the public *(Erin P Van Beveren)*

"The Army is open to all who can meet the standards for military service and readiness and remains committed to treating all soldiers with dignity and respect while ensuring good order and discipline," the storyboard relays, quoting the memo, which also established a Transgender Service Implementation Group to develop policies and procedures for transgender service.

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Army officials would go on to delay the integration of trans soldiers by six months to determine whether authorizing them to serve would "affect the readiness and lethality" of the force, the storyboard notes.

"The uncertainty over Army transgender policy illustrates the interconnectedness of society and the Army as both move towards a more inclusive future," the display concludes.

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Museum employees obscured the section the same week they were directed to temporarily take the institution's website offline.

It was one of thousands of federal government pages pulled following the president's executive order titled: "Ending Radical And Wasteful Government DEI Programs And Preferencing." Many of the impacted pages mentioned "transgender" and "inclusion."

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Agencies and departm[...]wn all outward facing media (website, social [...]romote gender ideology."

A storyboard at the US Army Women's Museum with a section about transgender service members *(Erin P Van Beveren)*

By Friday, the Army's museum website was back up but lacked a section on its Gender Integration Project Initiative discussing the installation of women in key military positions. Web archives show there had previously been a photo of a soldier next to a banner reading: "Trust transcends gender."

The censorship follows [obscured] shortly after taking office barring transgen[obscured] penly in the military.

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

Six active duty transge[obscured] seeking to enlist sued the Trump administrati[obscured]

**RECOMMENDED**

Why Elon's mother Maye Musk might hold the key to her son's 'dark Maga' views

Trump State Department official has called for mass sterilization of 'low-IQ trash'

New Small Electric Car For Seniors - The Price May Surprise You

Sponsored | Best Search Finder | Search Links

Dating Site For Older Singles!

Sponsored | DateMyAge

Powered by Taboola

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Speaking out in reaction to the executive order, one plaintiff, Commander Emily Shilling, a naval aviator and test pilot who has served for 19 years, said: "The assertion that transgender service members like myself are inherently untrustworthy or lack honor is an insult to all who have dedicated their lives to defending this country.

"This ban is not about readiness or cohesion, and it is certainly not about merit. It is about exclusion and betrayal, purposely targeting those of us who volunteered to serve, simply for having the courage and integrity to live our truth."

**More about:** Transgender Donald Trump Executive order

**Join our commenting forum**

Join thought-provoking conversations, follow other Independent readers and see their replies

2 Comments

Promoted stories

## AI Bot Flips Wall Street on Its Head: Turns $1K into $50K in Record 30 Days

A new AI trading robot reportedly generated a return of $14,158 from a $3,200 investment over the course of a week, according to verified trading records and third-party verification by MyFxBook.

## THIS 5 Min Quiz Tells You What Your Body Actually Needs To Lose Weight

Get started with Noom today

Sponsored | NOOM Learn More

## Seniors Can Now Fly Business Class For the Price Of Economy

Seniors, you'll want to check this out ASAP

Sponsored | ONLINE SHOPPING TOOLS

Cardiologists: Thi... ...ight Today

Sponsored | HEALTH JOURNAL N...

Try Now

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

2025 Senior SUV ... ...ve The Price)

Sponsored | SENIOR SUVS | BEST DEALS

Learn More

Unbelievable: Calculator Shows The Value Of Your House Instantly (Take a Look)

Search by your address to see your home's value instantly

Sponsored | HOME VALUE CALCULATOR

Learn More

Abandoned Houses For Sale in Westmoreland - Prices You Have to See to Believe

Sponsored | GOSEARCHES | SEARCH ADS

Learn More

2024 Senior SUV is A True Head Turner (You'll Love The Price)

Sponsored | TRUESEARCHES | SEARCH ADS

NEWS

...igh': Grimes reacts after Elon Musk parades their son around Oval Office

JD Vance's relative, 12, refused heart transplant over vaccine status

NEWS

Ukraine-Russia war live: Zelensky issues warning over Putin's readiness to end war

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

## How to spot a middle-class man of a certain age

When Gregg Wallace blamed 'middle-class women of a certain age' for his MasterChef suspension, he experienced the wrath of some of the fiercest females on earth – but it is what many of them will have come to expect from SOM...

Sponsored | **PROMOTED BY INDEPENDENT PREMIUM**

Stay up to date with notifications from The Independent

Notifications can be managed in browser preferences.

Sleeper Train Vac... a Look)

Sponsored | SENIOR TRIPS | TOP S...

Learn More

All Aboard: Sleeper Train Vacations Now On Sale

Sponsored | TRAIN PACKAGES | TOP SEARCH NOW

Learn More

NEWS

Deadpool star cuts ties with Marvel after third film 'embarrassment'

Dairy farmers warn Americans they'll 'have to go vegan' amid mass deportations

My Father's World Expands Home Curriculum Production with Affordable Color

In the world of homeschooling and microschooling, educational publishers need efficient print solutions.

Sponsored | KYOCERA

Learn More

CULTURE

Dolly Parton musical suspended over homophobic abuse

GET IN TOUCH

Contact us

OUR PRODUCTS

Register

Newsletters

Donate

Today's Edition

Install our app

2/14/25, 12:05 AM Case 1:25-cv-00240-ACR Document 74-9 Filed 03/17/25 Page 16 of 16 Army museum covers display honoring transgender soldiers | The Independent

**Stay up to date with notifications from The Independent**

Notifications can be managed in browser preferences.

Independent Persian

Independent Urdu

The Standard

**LEGAL**

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

Privacy policy

User policies

Modern Slavery Statement

**EXTRAS**

Puzzles

All topics

Betting Offers

Voucher codes

Competitions and offers

Independent Advertising

Independent Ignite

Syndication

Working at The Independent

https://www.the-independent.com/news/world/americas/army-museum-transgender-soldiers-b2694440.html 15/15