## UNCLAS

# HQDA EXORD 175-25 IMPLEMENTATION GUIDANCE FOR EXECUTIVE ORDER

**Originator:** DA WASHINGTON DC
**TOR:** 03/07/2025 18:24:44
**DTG:** 071814Z Mar 25
**Prec:** Priority
**DAC:** General
**To:** ARLINGTON NATIONAL CEMETERY ARLINGTON VA, ARNG NGB COMOPS ARLINGTON VA, ARNG NGB J3 JOC WASHINGTON DC, ARNGRC ARLINGTON VA, ARNGRC WATCH ARLINGTON VA, CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX, CDR ARMY FUTURES COMMAND AUSTIN TX, CDR ATEC ABERDEEN PROVING GROUND MD, CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT LIBERTY NC, CDR FORSCOM DCS G3 CURRENT OPS FT LIBERTY NC, CDR FORSCOM DCS G3 WATCH OFFICER FT LIBERTY NC, CDR MDW J3 FT MCNAIR DC, CDR MDW JFHQ-NCR FT MCNAIR DC, CDR NETCOM 9THSC FT HUACHUCA AZ, CDR TRADOC CG FT EUSTIS VA, CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA, CDR USAR NORTH FT SAM HOUSTON TX, CDR USARCENT SHAW AFB SC, CDR USAREUR-AF WIESBADEN GE, CDR USASOC COMMAND CENTER FT LIBERTY NC, CDR USASOC FT LIBERTY NC, CDR USASOC FT LIBERTY NC, CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC, CDRAMC REDSTONE ARSENAL AL, CDRFORSCOM FT LIBERTY NC, CDRHRC G3 DCSOPS FT KNOX KY, CDRINSCOM FT BELVOIR VA, CDRINSCOM FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRINSCOMIOC FT BELVOIR VA, CDRMDW WASHINGTON DC, CDRUSACE WASHINGTON DC, CDRUSACIDC FT BELVOIR VA, CDRUSAEIGHT G3 CUROPS SEOUL KOR, CDRUSAEIGHT SEOUL KOR, CDRUSAMEDCOM FT SAM HOUSTON TX, CDRUSARC G33 READ FT LIBERTY NC, CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA, CDRUSAREC FT KNOX KY, CDRUSARPAC CG FT SHAFTER HI, CDRUSARPAC FT SHAFTER HI, COMDT USAWC CARLISLE BARRACKS PA, HQ IMCOM FT SAM HOUSTON TX, HQ SDDC CMD GROUP SCOTT AFB IL, HQ SDDC OPS MSG CNTR SCOTT AFB IL, HQ USARSO FT SAM HOUSTON TX, HQ USARSO G3 FT SAM HOUSTON TX, HQDA ARMY STAFF WASHINGTON DC, HQDA CSA WASHINGTON DC, HQDA EXEC OFFICE WASHINGTON DC, HQDA IMCOM OPS DIV WASHINGTON DC, HQDA SEC ARMY WASHINGTON DC, HQDA SECRETARIAT WASHINGTON DC, HQDA SURG GEN WASHINGTON DC, MEDCOM HQ EOC FT SAM HOUSTON TX, NETCOM G3 CURRENT OPS FT HUACHUCA AZ, NGB WASHINGTON DC, SMDC ARSTRAT CG ARLINGTON VA, SMDC ARSTRAT G3 ARLINGTON VA, SUPERINTENDENT USMA WEST POINT NY, SURGEON GEN FALLS CHURCH VA, USAR AROC FT LIBERTY NC, USAR CMD GRP FT LIBERTY NC, USAR DCS G33 OPERATIONS FT LIBERTY NC, USARCENT G3 FWD, USARPAC COMMAND CENTER FT SHAFTER HI
**CC:** HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC, HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC, HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
**Attachments:** HQDA EXORD 175-25 Annex A - Soldiers Memo (Final).docx

```
PAAUZATZ RUEADWD0600 0661824-UUUU--RUIAAAA RUEADWD.
ZNR UUUUU
P 071814Z MAR 25
FM DA WASHINGTON DC
TO RUIAAAA/ARLINGTON NATIONAL CEMETERY ARLINGTON VA
RUIAAAA/ARNG NGB COMOPS ARLINGTON VA
RUIAAAA/ARNG NGB J3 JOC WASHINGTON DC
RUIAAAA/ARNGRC ARLINGTON VA
RUIAAAA/ARNGRC WATCH ARLINGTON VA
RUIAAAA/CDR 5 ARMY NORTH AOC FT SAM HOUSTON TX
RUIAAAA/CDR ARMY FUTURES COMMAND AUSTIN TX
RUIAAAA/CDR ATEC ABERDEEN PROVING GROUND MD
RUIAAAA/CDR FORSCOM DCS G3 CENTRAL TASKING DIV FT LIBERTY NC
RUIAAAA/CDR FORSCOM DCS G3 CURRENT OPS FT LIBERTY NC
RUIAAAA/CDR FORSCOM DCS G3 WATCH OFFICER FT LIBERTY NC
RUIAAAA/CDR MDW J3 FT MCNAIR DC
RUIAAAA/CDR MDW JFHQ-NCR FT MCNAIR DC
RUIAAAA/CDR NETCOM 9THSC FT HUACHUCA AZ
RUIAAAA/CDR TRADOC CG FT EUSTIS VA
RUIAAAA/CDR TRADOC DCS G-3-5-7 OPNS CTR FT EUSTIS VA
RUIAAAA/CDR USAR NORTH FT SAM HOUSTON TX
RUIAAAA/CDR USARCENT SHAW AFB SC
RUIAAAA/CDR USAREUR-AF WIESBADEN GE
RUIAAAA/CDR USASOC COMMAND CENTER FT LIBERTY NC
```

## UNCLAS

```
RUIAAAA/CDR USASOC FT LIBERTY NC
RUIAAAA/CDR USASOC FT LIBERTY NC
RUIAAAA/CDR3RD ARMY USARCENT WATCH OFFICER SHAW AFB SC
RUIAAAA/CDRAMC REDSTONE ARSENAL AL
RUIAAAA/CDRFORSCOM FT LIBERTY NC
RUIAAAA/CDRHRC G3 DCSOPS FT KNOX KY
RUIAAAA/CDRINSCOM FT BELVOIR VA
RUEPINM/CDRINSCOM FT BELVOIR VA
RUIAAAA/CDRINSCOMIOC FT BELVOIR VA
RUEPINF/CDRINSCOMIOC FT BELVOIR VA
RUIAAAA/CDRMDW WASHINGTON DC
RUIAAAA/CDRUSACE WASHINGTON DC
RUIAAAA/CDRUSACIDC FT BELVOIR VA
RUIAAAA/CDRUSAEIGHT G3 CUROPS SEOUL KOR
RUIAAAA/CDRUSAEIGHT SEOUL KOR
RUIAAAA/CDRUSAMEDCOM FT SAM HOUSTON TX
RUJAAAA/CDRUSARC G33 READ FT LIBERTY NC
RUIAAAA/CDRUSARCYBER WATCH OFFICER FT EISENHOWER GA
RUIAAAA/CDRUSAREC FT KNOX KY
RUIAAAA/CDRUSARPAC CG FT SHAFTER HI
RUIAAAA/CDRUSARPAC FT SHAFTER HI
RUIAAAA/COMDT USAWC CARLISLE BARRACKS PA
RUIAAAA/HQ IMCOM FT SAM HOUSTON TX
RUIAAAA/HQ SDDC CMD GROUP SCOTT AFB IL
RUIAAAA/HQ SDDC OPS MSG CNTR SCOTT AFB IL
RUIAAAA/HQ USARSO FT SAM HOUSTON TX
RUIAAAA/HQ USARSO G3 FT SAM HOUSTON TX
RUEADWD/HQDA ARMY STAFF WASHINGTON DC
RUEADWD/HQDA CSA WASHINGTON DC
RUEADWD/HQDA EXEC OFFICE WASHINGTON DC
RUEADWD/HQDA IMCOM OPS DIV WASHINGTON DC
RUEADWD/HQDA SEC ARMY WASHINGTON DC
RUEADWD/HQDA SECRETARIAT WASHINGTON DC
RUEADWD/HQDA SURG GEN WASHINGTON DC
RUIAAAA/MEDCOM HQ EOC FT SAM HOUSTON TX
RUIAAAA/NETCOM G3 CURRENT OPS FT HUACHUCA AZ
RUIAAAA/NGB WASHINGTON DC
RUIAAAA/SMDC ARSTRAT CG ARLINGTON VA
RUIAAAA/SMDC ARSTRAT G3 ARLINGTON VA
RUIAAAA/SUPERINTENDENT USMA WEST POINT NY
RUIAAAA/SURGEON GEN FALLS CHURCH VA
RUIAAAA/USAR AOC FT LIBERTY NC
RUIAAAA/USAR CMD GRP FT LIBERTY NC
RUIAAAA/USAR DCS G33 OPERATIONS FT LIBERTY NC
RUIAAAA/USARCENT G3 FWD
RUIAAAA/USARPAC COMMAND CENTER FT SHAFTER HI
ZEN/HQ INSCOM IOC FT BELVOIR VA
INFO RUIAAAA/HQDA AOC DAMO ODO OPS AND CONT PLANS WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO CAT OPSWATCH WASHINGTON DC
RUIAAAA/HQDA AOC G3 DAMO OD DIR OPS READ AND MOB WASHINGTON DC
BT
UNCLAS
SUBJ/HQDA EXORD 175-25 IMPLEMENTATION GUIDANCE FOR EXECUTIVE ORDER
(EO) 14183: "PRIORITIZING MILITARY EXCELLENCE AND READINESS"
UNCLASSIFIED//
```

(U) SUBJECT: HQDA EXORD 175-25 IMPLEMENTATION GUIDANCE FOR EXECUTIVE ORDER (EO) 14183: "PRIORITIZING MILITARY EXCELLENCE AND READINESS"//

(U) REFERENCES:
REF//A/ (U) **CORRECTED COPY 2** HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE ORDERS RELATED TO TRANSGENDER MILITARY SERVICE, DTG:

## UNCLAS

## UNCLAS

```
122036Z
FEB 25 (SUPERSEDED)//
REF//B/ (U) FRAGO 1 TO HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE
ORDERS RELATED TO TRANSGENDER MILITARY SERVICE, DTG: 142129Z FEB 25
(SUPERSEDED)//
REF//C/ (U) SECRETARY OF DEFENSE MEMO, "PRIORITIZING MILITARY
EXCELLENCE AND READINESS", DATED: 07 FEBRUARY 2025.
REF//D/ (U) UNDER SECRETARY OF DEFENSE, PERSONNEL AND READINESS MEMO,

"ADDITIONAL GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND
READINESS, DATED: 26 FEBRUARY 2025.
REF//E// (U) UNDER SECRETARY OF DEFENSE, MANPOWER AND RESERVE
AFFAIRS,
"CLARIFYING GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND
READINESS", DATED: 28 FEBRUARY 2025//
REF//F// (U) UNDER SECRETARY OF DEFENSE, MANPOWER AND RESERVE
AFFAIRS,
"CLARIFYING GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND
READINESS: RETENTION AND ACCESSION WAIVERS", DATED: 04 MARCH 2025
REF//G/ (U) SECRETARY OF THE ARMY, "PRIORITIZING MILITARY EXCELLENCE
AND READINESS IMPLEMENTATION GUIDANCE," DATED: 06 MARCH 2025.
REF//H// (U) ARMY REGULATIONS FOR SEPARATION AUTHORITIES//
```

1. (U) SITUATION.

1.A. (U) PUBLICATION OF THIS EXORD SUPERSEDES **CORRECTED COPY 2** HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE ORDERS RELATED TO TRANSGENDER MILITARY SERVICE AND FRAGO 1 TO HQDA EXORD 150-25 IMPLEMENTATION OF EXECUTIVE ORDERS RELATED TO TRANSGENDER MILITARY SERVICE, REFERENCES A AND B.

1.B. (U) FURTHER CLARIFYING GUIDANCE WILL BE PUBLISHED IN A SUBSEQUENT FRAGO.

1.C. (U) DOD POLICY PRESCRIBES GUIDANCE ON IMPLEMENTATION OF REQUIREMENTS RELATED TO EXECUTIVE ORDER (EO) 14183: "PRIORITIZING MILITARY EXCELLENCE AND READINESS."

2. (U) MISSION. EFFECTIVE IMMEDIATELY, ALL ARMY ORGANIZATIONS WILL IMPLEMENT GUIDANCE RELATED TO THE OFFICE OF SECRETARY OF DEFENSE GUIDANCE, "PRIORITIZING MILITARY EXCELLENCE AND READINESS." WITH COMMANDERS USING THE UTMOST PROFESSIONALISM, AND TREAT ALL SOLDIERS, CADETS, AND APPLICANTS WITH DIGNITY AND RESPECT WHILE REMAINING COMPLIANT TO GUIDANCE WHILE IMPLEMENTING THIS POLICY.

3. (U) EXECUTION.

3.A. (U) INTENT.

3.A.1. (U) IMPLEMENTATION OF THIS GUIDANCE WILL BE PHASED.

3.A.1.A. (U) PHASE 1 IS EFFECTIVE ON 26 FEBRUARY 2025 AND WILL END ON
26 MARCH 2025. PHASE 1 IS THE VOLUNTARY SEPARATION PHASE.

3.A.1.B. (U) PHASE 2 WILL BE EFFECTIVE ON 27 MARCH 2025 WITH THE START OF INVOLUNTARY SEPARATIONS. FURTHER GUIDANCE WILL BE ISSUED PRIOR TO THE EXECUTION OF PHASE 2.

3.A.1.C. (U) ARMY PERSONNEL AND EMPLOYEES WILL TAKE NO ACTION TO IDENTIFY SOLDIERS SUBJECT TO THIS GUIDANCE, TO INCLUDE THE USE OF

## UNCLAS

MEDICAL RECORDS, PERIODIC HEALTH ASSESSMENTS, AD HOC PHYSICAL
ASSESSMENTS, OR ANY OTHER DIAGNOSTIC MECHANISM, UNLESS OTHERWISE
DIRECTED BY THE ASSISTANT SECRETARY OF THE ARMY (MANPOWER AND RESERVE

AFFAIRS) (ASA M&RA). FURTHER GUIDANCE WILL BE PROVIDED ON ACTIONS WITH
REGARD TO IDENTIFICATION OF SOLDIERS SUBJECT TO THIS GUIDANCE ON OR
PRIOR TO PHASE 2.

3.A.1.D. (U) WAIVER AUTHORITY RESIDES WITH THE SECRETARY OF THE ARMY

(SECARMY).

3.A.1.E. (U) SEPARATION AUTHORITY FOR REGULAR ARMY (RA) AND UNITED
STATES ARMY RESERVES (USAR) FOR ALL PHASES RESIDES WITH THE
ASA(M&RA).

3.A.1.F. (U) SEPARATION AUTHORITY FOR THE ARMY NATIONAL GUARD (ARNG)

FOR PHASE 1 RESIDES WITH THE ASA(M&RA) FOR ENLISTED SOLDIERS. THE
CHIEF, NATIONAL GUARD BUREAU (NGB) WILL PROVIDE GUIDANCE FOR OFFICER
ELIMINATION.

3.A.2. (U) PHASE 1 VOLUNTARY SEPARATION: INTENT.

3.A.2.A. (U) SERVICE IN THE ARMY IS OPEN TO ALL PERSONS WHO CAN MEET

THE HIGH STANDARDS FOR MILITARY SERVICE AND READINESS WITHOUT SPECIAL

ACCOMMODATIONS.

3.A.2.B. (U) IT IS THE POLICY OF THE UNITED STATES ARMY TO ESTABLISH

HIGH STANDARDS FOR SOLDIER READINESS, LETHALITY, COHESION, HONESTY,
HUMILITY, UNIFORMITY, AND INTEGRITY. THIS POLICY IS INCONSISTENT WITH

THE MEDICAL, SURGICAL, AND MENTAL HEALTH CONSTRAINTS ON INDIVIDUALS
WITH GENDER DYSPHORIA OR WHO HAVE A CURRENT DIAGNOSIS OR HISTORY OF,
OR EXHIBIT SYMPTOMS CONSISTENT WITH, GENDER DYSPHORIA.

3.A.2.C. (U) SOLDIERS, CADETS, AND APPLICANTS WHO HAVE A CURRENT
DIAGNOSIS OR HISTORY OF, OR EXHIBIT SYMPTOMS CONSISTENT WITH, GENDER
DYSPHORIA ARE DISQUALIFIED FROM MILITARY SERVICE IN THE ARMY.

3.A.2.D. (U) SOLDIERS, CADETS, AND APPLICANTS WHO HAVE A HISTORY OF
CROSS-SEX HORMONE THERAPY OR A HISTORY OF SEX REASSIGNMENT OR GENITAL

RECONSTRUCTION SURGERY AS TREATMENT FOR GENDER DYSPHORIA OR IN PURSUIT
OF A SEX TRANSITION, ARE DISQUALIFIED FROM MILITARY SERVICE IN THE
ARMY.

3.A.2.E. (U) SOLDIERS PURSUANT TO 3.A.2.C. AND 3.A.2.D. WILL BE
PROCESSED FOR SEPARATION FROM THE ARMY. CHARACTERIZATION OF SERVICE
UNDER THESE PROCEDURES WILL BE HONORABLE EXCEPT WHERE THE SOLDIERS'
RECORD OTHERWISE WARRANTS A LOWER CHARACTERIZATION.

3.A.2.F. (U) AT NO SUCH TIME WILL A COMMANDER, EMPLOYEE, OR STAFF,
DIRECT OR REQUEST SOLDIERS OR CADETS TO SELF IDENTIFY AS HAVING A
CURRENT DIAGNOSIS OR HISTORY OF, OR EXHIBITING SYMPTOMS CONSISTENT
WITH, GENDER DYSPHORIA.

3.A.2.G. (U) THE ARMY ONLY RECOGNIZES TWO SEXES: MALE AND FEMALE. AN
INDIVIDUAL'S SEX IS IMMUTABLE, UNCHANGING DURING A PERSON'S LIFE. ALL

SOLDIERS WILL ONLY SERVE IN ACCORDANCE WITH THEIR SEX, DEFINED IN
EXECUTIVE ORDER 14168, "DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM
AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT," AS "AN
INDIVIDUAL'S IMMUTABLE BIOLOGICAL CLASSIFICATION AS EITHER MALE OR
FEMALE."

3.A.2.H. (U) WHERE A STANDARD, REQUIREMENT, OR POLICY DEPENDS ON
WHETHER THE INDIVIDUAL IS A MALE OR FEMALE (E.G., MEDICAL FITNESS FOR

DUTY, PHYSICAL FITNESS, AND BODY FAT STANDARDS; BERTHING, BATHROOM,
AND SHOWER FACILITIES; AND UNIFORM AND GROOMING STANDARDS), ALL
PERSONS WILL BE SUBJECT TO THE STANDARD, REQUIREMENT, OR POLICY
ASSOCIATED WITH THEIR BIOLOGICAL SEX.

3.A.2.I. (U) PRONOUN USAGE WHEN REFERRING TO SOLDIERS MUST REFLECT A

SOLDIER'S BIOLOGICAL SEX. IN KEEPING WITH GOOD ORDER AND DISCIPLINE,
SALUTATIONS (E.G., ADDRESSING A SENIOR OFFICER AS "SIR" OR "MA'AM")
MUST ALSO REFLECT AN INDIVIDUAL'S BIOLOGICAL SEX.

3.A.2.J. (U) CONSISTENT WITH EXISTING LAW, DOD, AND ARMY POLICY,
COMMANDERS SHALL PROTECT THE PRIVACY OF PROTECTED HEALTH INFORMATION
THEY RECEIVE UNDER THIS POLICY IN THE SAME MANNER AS THEY WOULD WITH
ANY OTHER PROTECTED HEALTH INFORMATION. SUCH HEALTH INFORMATION SHALL

BE RESTRICTED TO PERSONNEL WITH A SPECIFIC NEED TO KNOW; THAT IS,
ACCESS TO INFORMATION MUST BE NECESSARY FOR THE CONDUCT OF OFFICIAL
DUTIES. PERSONNEL SHALL ALSO BE ACCOUNTABLE FOR SAFEGUARDING THIS
HEALTH INFORMATION CONSISTENT WITH EXISTING LAW, DOD, AND ARMY
POLICY.

3.A.2.K. (U) WAIVERS WILL BE PROCESSED FOR APPLICANTS REQUESTING
MILITARY SERVICE DURING PHASE 1. CLARIFYING GUIDANCE WILL BE ISSUED
FOR THE WAIVER PROCESS DURING PHASE 2 IN A SUBSEQUENT FRAGO.

3.A.2.L. (U) DISQUALIFIED INDIVIDUALS PURSUANT TO PARAGRAPH 3.A.2.K.

MAY BE CONSIDERED FOR A WAIVER IF THERE IS A COMPELLING GOVERNMENT
INTEREST THAT DIRECTLY SUPPORTS WARFIGHTING CAPABILITIES TO INCLUDE
SPECIAL EXPERIENCE, SPECIAL TRAINING, AND ADVANCED EDUCATION IN A
HIGHLY TECHNICAL CAREER FIELD DESIGNATED AS MISSION CRITICAL AND HARD

TO FILL BY THE SECRETARY OF THE ARMY, IF SUCH EXPERIENCE, TRAINING,
AND EDUCATION IS DIRECTLY RELATED TO THE OPERATIONAL NEEDS OF THE
ARMY. THE SOLDIER CONCERNED MUST MEET ALL THE FOLLOWING CRITERIA:

3.A.2.L.1. (U) THE SOLDIER, CADET, OR APPLICANT DEMONSTRATES 36
CONSECUTIVE MONTHS OF STABILITY IN THE SOLDIER'S BIOLOGICAL SEX
WITHOUT CLINICALLY SIGNIFICANT DISTRESS OR IMPAIRMENT IN SOCIAL,
OCCUPATIONAL, OR OTHER IMPORTANT AREAS OF FUNCTIONING.

3.A.2.L.2. (U) THE SOLDIER, CADET, OR APPLICANT DEMONSTRATES THAT HE

OR SHE HAS NEVER ATTEMPTED TO TRANSITION TO ANY SEX OTHER THAN THEIR
SEX.

3.A.2.L.3. (U) THE SOLDIER, CADET, OR APPLICANT IS WILLING AND ABLE

TO ADHERE TO ALL APPLICABLE STANDARDS ASSOCIATED WITH THE SOLDIER'S BIOLOGICAL SEX.

3.A.2.L.4. (U) DISQUALIFIED APPLICANTS REQUESTING ENTRY INTO MILITARY
SERVICE MAY SUBMIT A WRITTEN WAIVER REQUEST FOR ACCESSION THROUGH THEIR RECRUITER TO SECARMY FOR CONSIDERATION.

3.B. (U) CONCEPT OF OPERATIONS

3.B.1. (U) PHASE 1: VOLUNTARY SEPARATION.

3.B.1.A. (U) ACCESSIONS

3.B.1.A.1. (U) APPLICANTS FOR ARMY SERVICE AND INDIVIDUALS IN THE DELAYED TRAINING/ENTRY PROGRAM WHO HAVE A CURRENT DIAGNOSIS OR HISTORY
OF, OR EXHIBIT SYMPTOMS CONSISTENT WITH, GENDER DYSPHORIA ARE DISQUALIFIED.

3.B.1.A.2. (U) APPLICANTS FOR ARMY SERVICE AND INDIVIDUALS IN THE DELAYED TRAINING/ENTRY PROGRAM WHO HAVE A HISTORY OF CROSS-SEX HORMONE
THERAPY OR SEX REASSIGNMENT OR RECONSTRUCTIVE SURGERY IN PURSUIT OF A

SEX TRANSITION, ARE DISQUALIFIED.

3.B.1.A.3. (U) APPLICANTS DISQUALIFIED PURSUANT TO PARAGRAPH 3.A.2.C.
AND 3.A.2.D. WILL NOT SHIP TO INITIAL ENTRY TRAINING.

3.B.1.A.4. (U) OFFERS OF ADMISSION TO THE UNITED STATES MILITARY ACADEMY (USMA) OR ARMY SENIOR RESERVE OFFICERS' TRAINING CORPS (SROTC)
PROGRAMS TO INDIVIDUALS DISQUALIFIED PURSUANT TO PARAGRAPHS 3.A.2.C.
AND 3.A.2.D. WILL BE RESCINDED EXCEPT WHERE THE INDIVIDUAL IS GRANTED

A WAIVER PURSUANT TO PARAGRAPH 3.A.2.K.

3.B.1.A.5. (U) CADETS DISQUALIFIED PURSUANT TO PARAGRAPHS 3.A.2.C.
AND 3.A.2.D. ARE ENCOURAGED TO ELECT VOLUNTARY SEPARATION BEGINNING 26
FEBRUARY 2025 UNTIL 26 MARCH 2025. DISQUALIFIED CADETS WILL BE SEPARATED OR DISENROLLED FROM THE USMA PURSUANT TO AR 150-1, OR FROM THE SROTC PURSUANT TO AR 145-1, UNLESS GRANTED A WAIVER.

3.B.1.A.6. (U) SROTC CADETS OTHERWISE DISQUALIFIED PURSUANT TO PARAGRAPH 3.A.2.C. AND 3.A.2.D. OF THIS GUIDANCE MAY STILL PARTICIPATE
IN CLASSES THAT ARE OPEN TO ALL STUDENTS AT THE COLLEGE OR UNIVERSITY

CONCERNED UNTIL SEPARATED OR DISENROLLED. USMA CADETS OTHERWISE DISQUALIFIED PURSUANT TO PARAGRAPHS 3.A.2.C. AND 3.A.2.D. OF THIS GUIDANCE MAY STILL PARTICIPATE IN CLASSES UNTIL SEPARATED.

3.B.1.A.7. (U) ALL INDIVIDUALS ENROLLED OR PARTICIPATING IN THE SROTC, WHETHER UNDER CONTRACT OR NOT CONTRACTED, WILL FOLLOW STANDARDS
FOR UNIFORM WEAR CONSISTENT WITH THE INDIVIDUAL'S BIOLOGICAL SEX IN ACCORDANCE WITH ARMY REGULATION (AR) 670-1.

3.B.1.A.8. (U) SROTC PARTICIPATING STUDENTS WILL NOT CONTRACT OR

## UNCLAS

PAGE 7 OF 11

BECOME DESIGNATED APPLICANTS WHERE A STANDARD OR REQUIREMENT REQUIRES

ADHERENCE TO PARAGRAPH 3.A.2.C. AND 3.A.2.D. UNLESS GRANTED A WAIVER
PURSUANT TO PARAGRAPH 3.A.2.K.

3.B.1.A.9. (U) ABSENT ANY OTHER BASIS FOR SEPARATION OR
DISENROLLMENT, USMA AND SROTC CADETS WILL NOT BE SUBJECT TO MONETARY
REPAYMENT OF EDUCATIONAL BENEFITS (I.E., RECOUPMENT) NOR SUBJECT TO
COMPLETION OF A MILITARY SERVICE OBLIGATION.

3.B.1.A.10. (U) CADETS ENROLLED IN THE GREEN TO GOLD ACTIVE DUTY
OPTION DISQUALIFIED PURSUANT TO 3.A.2.C. AND 3.A.2.D. WILL BE
RELEASED
FROM THE PROGRAM AND BE SEPARATED IAW ENLISTED SEPARATIONS.

3.B.1.A.11. (U) CADETS ENROLLED IN A SENIOR MILIARY COLLEGE MAY
CONTINUE TO PARTICIPATE IN THE ADVANCED COURSE IF ATTENDANCE IN
MILITARY SCIENCE COURSES IS A REQUIREMENT FOR GRADUATION AT THAT
SCHOOL. UPON COMPLETION OF COURSEWORK AND SROTC PARTICIPATION,
STUDENTS WILL BE PRESENTED A DA FORM 134 (MILITARY TRAINING
CERTIFICATE - RESERVE OFFICERS' TRAINING CORPS) FOR ANY SROTC
TRAINING
SUCCESSFULLY COMPLETED. THE FORM WILL BE ANNOTATED TO REFLECT THAT
THE
CERTIFICATE DOES NOT ENTITLE THE STUDENT TO A COMMISSION.
3.B.2. (U) REGULAR ARMY (RA), UNITED STATES ARMY RESERVES (USAR) AND

THE ARMY NATIONAL GUARD (ARNG).

3.B.2.A. (U) REGULAR ARMY (RA), UNITED STATES ARMY RESERVES (USAR),
AND THE ARMY NATIONAL GUARD SOLDIERS (ARNG) DISQUALIFIED FROM
MILITARY
SERVICE PURSUANT TO PARAGRAPH 3.A.2.C. AND 3.A.2.D. ARE ENCOURAGED TO

ELECT VOLUNTARY SEPARATION FROM MILITARY SERVICE BEGINNING 26
FEBRUARY
2025 UNTIL 26 MARCH 2025. COMMANDERS WILL NOT ASK FOR VERIFICATION
OF
DIAGNOSIS. SOLDIERS AND CADETS WHO ELECT TO VOLUNTARILY SEPARATE
WILL
PROVIDE A STATEMENT VERIFYING ELECTION OF VOLUNTARY SEPARATION
PURSUANT TO 3.A.2.C. AND 3.A.2.D. (ANNEX A).

3.B.2.B. (U) ACTIVE COMPONENT AND ACTIVE GUARD RESERVE (USAR AND
ARNG) (AGR) SOLDIERS IDENTIFIED FOR SEPARATION WITH OVER 18 BUT LESS
THAN 20 YEARS OF TOTAL ACTIVE-DUTY SERVICE ARE ELIGIBLE FOR EARLY
RETIREMENT UNDER TERA IAW DODI 1332.46. TERA AUTHORITY IS WITHHELD
TO
THE ASA (M&RA).

3.B.2.C. (U) ELECTION OF VOLUNTARY SEPARATION OR EARLY RETIREMENT
UNDER THE TEMPORARY EARLY RETIREMENT AUTHORITY (TERA) WILL BE MADE BY

THE SOLDIER TO THE FIRST COMMANDER IN THE CHAIN OF COMMAND BY
SUBMITTING A PERSONNEL ACTION REQUEST (PAR) IN THE INTEGRATED
PERSONNEL AND PAY SYSTEM-ARMY (IPPS-A). THOSE SOLDIERS AND COMMANDS
THAT ARE NOT INTEGRATED TO IPPS-A, WILL SUBMIT THE SOLDIERS
MEMORANDUM
ENCLOSED IN ANNEX A. NO PERSONAL HEALTH INFORMATION (PHI) OR
PERSONAL
IDENTIFYING INFORMATION (PII) WILL BE UPLOADED TO IPPS-A.

## UNCLAS

**UNCLAS**

PAGE 8 OF 11

3.B.2.D. (U) SUCH SOLDIERS MAY BE ELIGIBLE FOR VOLUNTARY SEPARATION PAY IAW 10 U.S.C. 1175A AND DODI 1332.43 AT A RATE THAT IS TWICE THE AMOUNT THE SOLDIER WOULD HAVE BEEN ELIGIBLE FOR INVOLUNTARY SEPARATION
PAY.

3.B.2.E. (U) SOLDIERS WHO ELECT TO VOLUNTARILY SEPARATE WILL NOT HAVE
TO REPAY ANY BONUSES RECEIVED PRIOR TO 26 FEBRUARY 2025, EVEN IF THEY

HAVE A REMAINING SERVICE OBLIGATION. ALL REMAINING MILITARY SERVICE OBLIGATIONS PURSUANT TO 10 U.S.C. 651 OR OTHER AUTHORITIES FOR SOLDIERS WHO ARE SEPARATED WILL BE WAIVED. THE ARMY MAY RECOUP ANY BONUS RECEIVED PRIOR TO 26 FEBRUARY 2025 WHO DO NOT ELECT VOLUNTARY SEPARATION.

3.B.2.F. (U) COMMANDERS WILL INITIATE VOLUNTARY SEPARATION IMMEDIATELY UPON NOTIFICATION BY THE SOLDIER IN ACCORDANCE WITH (IAW)

THE FOLLOWING GUIDANCE:

3.B.2.F.1. (U) REGULAR ARMY (RA) AND ACTIVE GUARD RESERVE (AGR) OFFICERS WILL BE SEPARATED IAW AR 600-8-24, PARAGRAPH 3-5.

3.B.2.F.2. (U) ARNG AND USAR OFFICERS WILL BE SEPARATED IAW AR 135-175, PARAGRAPH 6-8.

3.B.2.F.3. (U) RA ENLISTED SOLDIERS WILL BE SEPARATED IAW AR 635-200,
CHAPTER 15.

3.B.2.F.4. (U) ARNG AND USAR ENLISTED SOLDIERS WILL BE SEPARATED IAW

AR 135-178, CHAPTER 13.

3.B.2.G. (U) SOLDIERS WILL BE SEPARATED NO LATER THAN THE 1ST DAY OF

THE 7TH MONTH AFTER NOTIFICATION TO THEIR COMMANDER. TRAINING AND DOCTRINE COMMAND (TRADOC) TRAINEES ARE EXEMPT FROM THIS REQUIREMENTS.

3.B.2.H. (U) SOLDIERS ARE INELIGIBLE FOR REFERRAL TO THE DISABILITY EVALUATION SYSTEM (DES) WHEN THEY HAVE A CURRENT DIAGNOSIS OR HISTORY

OF, OR EXHIBIT SYMPTOMS CONSISTENT WITH, GENDER DYSPHORIA, NOT CONSTITUTING A PHYSICAL DISABILITY PURSUANT TO DODI 1332.18.

3.B.2.I. (U) SOLDIERS MAY BE REFERRED TO THE DES IF THEY HAVE A CO-MORBIDITY, OR OTHER QUALIFYING CONDITION, THAT IS APPROPRIATE FOR DISABILITY EVALUATION PROCESSING IN ACCORDANCE WITH AR 635.40, PRIOR TO THE COMPLETION OF THEIR SEPARATION PHYSICAL.

3.B.2.J. (U) ALL SOLDIERS WHO ARE PROCESSED FOR SEPARATION WILL BE DESIGNATED NON-DEPLOYABLE UNTIL THEIR SEPARATION IS COMPLETE. FURTHER
GUIDANCE IS FORTHCOMING.

3.B.2.K. (U) ELIGIBLE SOLDIERS (INCLUDING ACTIVE-DUTY SOLDIERS AND RESERVE OR NATIONAL GUARD MEMBERS WHEN IN A TITLE 10 STATUS OR ON ACTIVE-DUTY ORDERS FOR 30 OR MORE CONSECUTIVE DAYS) WHO ARE PROCESSED

FOR SEPARATION ALONG WITH THEIR COVERED DEPENDENTS, MAY REMAIN ELIGIBLE FOR TRICARE FOR 180 DAYS POST SEPARATION IAW 10 U.S.C. 1145.

**UNCLAS**

## UNCLAS

3.B.2.L. (U) TO MAINTAIN GOOD ORDER AND DISCIPLINE ALL SOLDIERS BEING
PROCESSED FOR SEPARATION PURSUANT TO THE GUIDANCE WILL BE PLACED IN AN
ADMINISTRATIVE ABSENCE STATUS, WITH FULL PAY AND BENEFITS, UNTIL THEIR
SEPARATION IS COMPLETE. COMMANDERS WILL MAINTAIN ACCOUNTABILITY AND
ENSURE THE HEALTH AND WELFARE OF THEIR SOLDIERS AND CADETS THROUGHOUT

THE SEPARATION PROCESS. TRAINING AND DOCTRINE COMMAND (TRADOC)
TRAINEES ARE EXEMPT FROM THE ADMINISTRATIVE ABSENCE REQUIREMENTS.

3.B.2.M. (U) ALL SOLDIERS WILL COMPLETE THE TRANSITION ASSISTANCE
PROGRAM (TAP) IAW 600-81. COMMANDERS WILL AUTHORIZE SOLDIERS WEAR OF

APPROPRIATE BUSINESS CASUAL CIVILIAN ATTIRE DURING TAP, INSTALLATION
OUT PROCESSING ACTIVITIES, AND WHILE ON ADMINISTRATIVE ABSENCE. IF
FEASIBLE, COMMANDERS WILL ALLOW SOLDIERS TO PARTICIPATE IN A HYBRID OR
VIRTUAL TAP.

3.B.2.M.1. (U) CIVILIAN ATTIRE WILL BE WORN IAW DA PAM 670-1,
APPENDIX B, TABLE B-2 (SERVICE EQUIVALENT UNIFORMS).

3.B.2.M.2. (U) THIS GUIDANCE DOES NOT PRECLUDE APPROPRIATE
ADMINISTRATIVE OR DISCIPLINARY ACTION FOR SOLDIERS WHO REFUSE LAWFUL
ORDERS TO COMPLY WITH APPLICABLE STANDARDS OR OTHERWISE DO NOT MEET
STANDARDS FOR PERFORMANCE AND CONDUCT. THIS GUIDANCE DOES NOT LIMIT A
COMMANDER'S AUTHORITY TO FLAG, INVESTIGATE, OR PROCESS ANY ACTION
UNDER THE UNIFORM CODE OF MILITARY JUSTICE OR ADVERSE ADMINISTRATIVE
ACTION.

3.B.2.N. (U) EFFECTIVE IMMEDIATELY, PURSUANT TO PARAGRAPH 3.A.2.C.
AND 3.A.2.D., SOLDIERS WHO ARE ASSIGNED TO THE OFFICE OF THE SECRETARY
OF DEFENSE, DEFENSE AGENCIES, DOD FIELD ACTIVITIES, COMBATANT
COMMANDS, AND OTHER JOINT ASSIGNMENTS WILL BE REASSIGNED TO THEIR
RESPECTIVE ARMY COMMAND FOR THE PURPOSE OF INITIATING ADMINISTRATIVE
SEPARATION PROCESSES.

3.B.2.N. (U) PURSUANT TO PARAGRAPH 3.B.2.N. SOLDIERS WILL BE UNDER
ADMINISTRATIVE CONTROL (ADCON) OF THE ARMY COMMAND, ARMY SERVICE
COMMAND, OR DIRECT REPORTING UNIT NEAR THEIR GEOGRAPHIC LOCATION.

3.B.2.O. (U) FOR SOLDIERS WHO ARE CURRENTLY DEPLOYED AND VOLUNTARILY

ELECT SEPARATION, COMMANDERS WILL INITIATE RETURN BACK TO HOME STATION
WITHIN 30 DAYS OF BEING NOTIFIED, OR AS PRACTICABLE.

3.B.3. (U) MEDICAL

3.B.3.A. (U) NO DOD FUNDS WILL BE USED TO PAY FOR SOLDIERS'
UNSCHEDULED, SCHEDULED, OR PLANNED MEDICAL PROCEDURES ASSOCIATED WITH

FACILITATING SEX REASSIGNMENT SURGERY, GENITAL RECONSTRUCTION SURGERY

AS TREATMENT FOR GENDER DYSPHORIA, OR NEWLY INITIATED CROSS-SEX
HORMONE THERAPY.

## UNCLAS

## UNCLAS

PAGE 10 OF 11

3.B.3.B. (U) CROSS-SEX HORMONE THERAPY FOR SOLDIERS WHO HAVE A
CURRENT DIAGNOSIS OR HISTORY OF, OR EXHIBIT SYMPTOMS CONSISTENT WITH,

GENDER DYSPHORIA THAT BEGAN PRIOR TO 26 FEBRUARY 2025, MAY, IF
RECOMMENDED BY A HEALTH CARE PROVIDER (HCP) IN ORDER TO PREVENT
FURTHER COMPLICATIONS, MAY BE CONTINUED UNTIL SEPARATION IS COMPLETE.

3.B.3.C. (U) NO COMMANDER WILL ACCESS PROTECTED HEALTH INFORMATION
FOR PURPOSES OF IDENTIFYING SOLDIERS OR CADETS WITH A CURRENT
DIAGNOSIS OR HISTORY OF GENDER DYSPHORIA.

3.B.4. (U) INTIMATE SPACES

3.B.4.A. (U) ACCESS TO INTIMATE SPACES WILL BE DETERMINED BY
SOLDIERS, CADETS, OR APPLICANTS' BIOLOGICAL SEX. COMMANDERS WILL
APPLY ALL STANDARDS THAT INVOLVE CONSIDERATION OF THE SOLDIERS' SEX,
TO INCLUDE, BUT NOT LIMITED TO UNIFORMS AND GROOMING, BODY
COMPOSITION
ASSESSMENT, MEDICAL FITNESS FOR DUTY, PHYSICAL FITNESS AND BODY FAT
STANDARDS, BATHROOM, AND SHOWER FACILITIES AND MILITARY PERSONNEL
DRUG
ABUSE TESTING PROGRAM PARTICIPATION.

3.B.4.B. (U) COMMANDERS WILL ENSURE ALL SUCH SHARED INTIMATE SPACES
WILL BE CLEARLY DESIGNATED FOR EITHER MALE, FEMALE, OR FAMILY USE.

3.B.4.C. (U) COMMANDERS MAY APPROVE EXCEPTIONS TO SHARED INTIMATE
SPACES ONLY IN CASES OF EXTRAORDINARY OPERATIONAL NECESSITY. DURING
DEPLOYMENTS, OR IN AUSTERE ENVIRONMENTS WHERE SPACE IS LIMITED,
COMMANDERS WILL PRIORITIZE UNIT COHESION AND READINESS WHILE ADHERING

TO THIS POLICY.

3.C. (U) TASKS ARMY STAFF, SUBORDINATE UNITS AND REQUESTS FOR
SUPPORT.

3.C.1. (U) ALL ARMY ORGANIZATIONS.

3.C.1.A. (U) EFFECTIVE IMMEDIATELY, ALL ARMY ORGANIZATIONS WILL
IMPLEMENT GUIDANCE WITHIN THIS EXORD RELATED TO THE OFFICE OF
SECRETARY OF DEFENSE GUIDANCE, "PRIORITIZING MILITARY EXCELLENCE AND
READINESS." (SEE REFERENCE C).

3.D. (U) COORDINATING INSTRUCTIONS.

3.D.1. (U) ARMY COMMANDS, ARMY SERVICE COMMANDS, AND DIRECT
REPORTING
UNITS WILL PROVIDE REPORTS TO HQDA. FORMAT AND DEADLINES WILL BE
PROVIDED IN FORTHCOMING GUIDANCE.

4. (U) SUSTAINMENT. NOT USED

5. (U) COMMAND AND SIGNAL.

5.A. (U) HQDA POC THIS MESSAGE, SERVICE CENTRAL COORDINATION CELL
(SCCC), AVAILABLE AT: USARMY.PENTAGON.HQDA-DCS-G1.MBX.SCCC@ARMY.MIL

6. (U) THE EXPIRATION DATE OF THIS EXORD IS 30 SEPTEMBER 2025,
UNLESS
FORMALLY RESCINDED, SUPERSEDED OR MODIFIED.

## UNCLAS

## UNCLAS

PAGE 11 OF 11

```
ATTACHMENTS:
ANNEX A - SOLDIERS MEMO.
BT
#0600




NNNN
Received from AUTODIN 071824Z Mar 25
```

## UNCLAS