## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, *et al.,*

       *Plaintiffs,*

   v.

DONALD J. TRUMP*, et al.*,

       *Defendants.*

Case No. 1:25-cv-240-ACR

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(e), *Amici* move for admission and appearance of attorney Harold Hongju Koh *pro hac vice* in the above-captioned action.  The motion is supported by the Declaration of Harold Hongju Koh.  As set forth in that declaration, he is admitted and an active member in good standing in the following courts and bars: the District of Columbia, Connecticut, New York, and the United States Court of Appeals for the D.C. Circuit.

This motion is supported and signed by Andrew T. Tutt, an active and sponsoring member of the Bar of this Court.

Dated: March 10, 2025        By:    /s/ Andrew T. Tutt

                         Andrew T. Tutt (DC Bar 1026916)
                         ARNOLD & PORTER KAYE SCHOLER LLP
                         601 Massachusetts Ave., NW
                         Washington, DC 20001-3743
                         Tel.: +1 202.942.5000
                         Fax: +1 202.942.5999
                         Andrew.Tutt@arnoldporter.com

                         *Attorney for Amici Curiae*