IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | )  Civil Action No. 1:25-cv-00240-ACR |
| UNITED STATES OF AMERICA *et al.*, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Plaintiffs Nicolas Talbott *et al.* respectfully move this Court for leave to supplement the record to provide additional evidence regarding adverse actions taken by Defendants against Plaintiffs Regan Morgan and Jamie Hash that took place after Plaintiffs' renewed Motion for Preliminary Injunction and supporting evidence were served on Defendants on March 4, 2025.

Defendants United States of America *et al.* do not consent to this motion; however, Defendants will suffer no prejudice as Defendants are aware of their own actions and the steps they have taken to enforce the challenged policy against Plaintiffs. Whether and when to take these adverse actions against Plaintiffs are entirely within Defendants' control; therefore, they may not be heard to complain of the timing of the introduction of evidence relating to their own actions. Defendants need not have taken adverse actions against Plaintiffs Morgan and Hash in the few days before this hearing was scheduled and after the submission of Plaintiffs' renewed Motion for Preliminary Injunction. Having chosen to do so, they have no basis to object this Court's consideration in this proceeding of evidence relating to those actions, further substantiating allegations made in the Third Amended Complaint.

Plaintiffs seek leave to supplement the record with the three documents attached to this motion. The first two documents are the Supplemental Declaration of Regan Morgan and the Third

- 2 -

Supplemental Declaration of Plaintiff Jamie Hash detailing adverse actions taken by Defendants since Plaintiffs' Renewed Motion for Preliminary Injunction served on Defendants on March 4.

The third is a document titled "Public Affairs Guidance: Department of Defense Implementation of Executive Order Prioritizing Military Excellence and Readiness." Counsel for Defendants have advised counsel for Plaintiffs that Defendants they do not contest the authenticity of this document. Defendants will not be prejudiced by the introduction of this document as it is Defendants' statement of their own policy.

A proposed order granting this motion is submitted with this motion.

DATED: March 11, 2025                          Respectfully submitted,

                                               /s/ Joseph J. Wardenski
Jennifer Levi (pro hac vice)                   Joseph J. Wardenski (D.C. Bar No. 995549)
Mary L. Bonauto (pro hac vice)                 WARDENSKI P.C.
Sarah Austin (pro hac vice)                    134 West 29th Street, Suite 709
Michael Haley (pro hac vice)                   New York, NY 10001
GLBTQ LEGAL ADVOCATES &DEFENDERS               Telephone: (347) 913-3311
18 Tremont Street, Suite 950                   joe@wardenskilaw.com
Boston, MA 02108
Telephone: (617) 426-1350                      Sara E. Kropf (DC Bar No. 481501)
jlevi@glad.org                                 KROPF MOESLEY PLLC
mbonauto@glad.org                              1100 H Street NW, Suite 1220
saustin@glad.org                               Washington, DC 20005
mhaley@glad.org                                Telephone: 202-627-6900
                                               sara@kmlawfirm.com

Shannon P. Minter (pro hac vice)
Christopher F. Stoll (pro hac vice)            Inga S. Bernstein (pro hac vice)
Amy Whelan (pro hac vice)                      ZALKIND DUNCAN AND BERNSTEIN LLP
NATIONAL CENTER FOR LESBIAN RIGHTS             65A Atlantic Avenue
870 Market Street, Suite 370                   Boston, MA 02110
San Francisco, CA 94102                        Telephone: 617-742-6020
Telephone: (415) 392-6257                      ibernstein@zalkindlaw.com
sminter@nclrights.org

s                                              *Attorneys for Plaintiff*