**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )  Civil Action No. 1:25-cv-00240 |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**THIRD SUPPLEMENTAL DECLARATION OF JAMIE HASH**

I, Jamie Hash, declare as follows:

1.     I write this declaration to supplement (a) the declaration I signed on February 2, 2025, which was filed on February 3, 2025, ECF No. 13-37; (b) the supplemental declaration I signed on February 13, 2025, ECF No. 48-22, which was filed on February 14, 2025; and (c) the second supplemental declaration I signed on March 1, 2025, which was filed on March 7, 2025, ECF No. 72-32, all three of which were submitted in support of Plaintiffs' motion for preliminary injunction in this matter.

2.     On March 7, 2025, I was given a two-hour notice for a non-descript meeting at the Pentagon with Major General Benjamin Maitre, the Director of the Department of the Air Force Legislative Liaison Directorate where I am currently assigned and the Air Force equities within the Department of Defense legislative fellowship program . Maj Gen Maitre provided me with a memorandum, which informed me that, pursuant to Executive Order 14183, I was to be placed on administrative absence status, effective March 10, 2025. The memorandum forbids me from performing any duties on behalf of the U.S. Air Force or my assigned congressional office and orders me to begin preparations for separation from the U.S. Air Force. A true and accurate copy

of this letter is attached to this Declaration as **Exhibit A**.

3.     My current role involves negotiating and working with many other offices on Capitol Hill in roles that require careful coordination, trust, and follow-through. Virtually all of my work is time-sensitive due to the nature of legislative deadlines (e.g., Fiscal Year 2026 National Defense Authorization Act provision submission deadline, budget reconciliation).

4.     Being placed on this administrative leave has had the immediate effect of requiring me to, at the last minute, cancel or indefinitely postpone all pending meetings I have scheduled. I will also now have to miss various informational briefings and educational seminars available to other defense fellows that will put me behind my peers. Being absent from my work as legislative and other deadlines pass while being prohibited from working on any U.S. Air Force matters eliminates my ability to work on projects in ways that cannot be reversed if I return from administrative leave at some unspecified future date.

5.     It further sends the message to my colleagues and counterparts that I cannot be trusted to follow through on my promises to meet and work with them. The defense legislative fellow network is aware I have been placed on administrative leave, which means that they cannot rely on me and undermines the trust I have built with them throughout my time in this role.

6.     Also significantly, the stated reason for my administrative leave is an Executive Order that labels me as selfish, dishonest, and lacking integrity and discipline. I can only be effective in my work on Capitol Hill if my reputation is intact. Being placed on administrative leave due to the allegation that my transgender status is "not consistent with the humility and selflessness required of a service member" damages my reputation in ways that cannot be undone.

7.     The letter I received also directs me to prepare for being administratively separated. Administrative separation is a process that is principally used for service members who have

engaged in serious and repeated misconduct or who cannot meet standards. Being made to initiate administrative separation will harm me in ways that cannot be undone. It provides information to others with whom I interact both in the military and among civilians the military has information that causes it to conclude that I cannot meet standards or that I have engaged in some wrongdoing. And, of course, because the Executive Order and the implementation rules being distributed by the military states that transgender people are untrustworthy and inconsistent with military values, it creates a serious injury to my credibility immediately and at any point that I may return to service. It will also harm me should I be separated in my ability to even find a civilian position.

8.      Being placed on administrative leave has caused immediate and irreparable harm.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2024

Jamie Hash

# EXHIBIT A



DEPARTMENT OF THE AIR FORCE
WASHINGTON, DC



OFFICE OF THE SECRETARY

7 Mar 2025

MEMORANDUM FOR SMSGT JAMIE E. HASH

FROM: SAF/LL
1160 Air Force Pentagon
Washington, DC 20009-1160

SUBJECT: Placement into Administrative Absence Status

1. Pursuant to Executive Order 14183, "Prioritizing Military Excellence and Readiness," you are hereby placed into an administrative absence status, effective 10 March 2025. As a result of your administrative status, your participation in the Department of the Air Force Legislative Fellowship program is paused, effective 10 March 2025. You may retain any electronic equipment, badges, and documents provided to you by your congressional office unless directed otherwise by myself or your congressional office.

2. Expectations:

    a. You will begin preparations for administrative separation from the U.S. Air Force and will complete the Transition Assistance Program (T.A.P.).

    b. You will check your government email daily for the purpose of accomplishing potential separation actions or any other personnel actions required by the U.S. Air Force.

    c. You are not to perform or carry out any duties on behalf of the U.S. Air Force or your congressional office beyond those outlined above.

    d. During this administrative absence, you are not required to report to a specific duty location and may travel as necessary and desired, understanding that you may be required to report in person for administrative and personnel actions.

    e. You are not required to wear your uniform or abide by applicable dress and grooming regulations unless reporting in person as described above or otherwise directed.

    f. You remain an active-duty member of the U.S. Air Force during this administrative absence and will continue to comply with all applicable provisions of the U.C.M.J. and relevant DAFIs.

    g. You will check in with the SAF/LL senior enlisted leader SMSgt Amani Phillips, 808-389-7040 every Monday at a designated time agreed upon by both parties.

3.   During this administrative absence you remain entitled to assistance provided by various helping agencies within the Department, and I encourage you to utilize them as you may need and desire. If you require assistance in reaching out to one of these agencies, please contact SMSgt Amani Phillips.

BENJAMIN R. MAITRE
Major General, USAF
Director, Legislative Liaison