IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:25-cv-00240-ACR |
| UNITED STATES OF AMERICA *et al.*, | ) ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER**

Before the Court is Plaintiffs' Motion for Leave to Supplement the Record. Upon consideration of the motion and for good cause shown, the motion is GRANTED. Plaintiffs shall promptly file the documents attached to their motion.

It is SO ORDERED.

DATED: _____         _____
                                                                                          Hon. Ana C. Reyes
                                                                                          U.S. District Judge