IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-00240-ACR |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SUPPLEMENTAL DECLARATION OF JOSEPH J. WARDENSKI IN SUPPORT OF PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**

I, Joseph J. Wardenski, declare as follows:

1. I am counsel for Plaintiffs in this action.

2. I submit this supplemental declaration in support of Plaintiffs' renewed motion for preliminary injunction to supplement the exhibits filed with my declaration in support of that motion.

3. Attached as **Exhibit Z** hereto is a true and correct copy of U.S. Department of Defense document entitled, "Public Affairs Guidance: Department of Defense Implementation of Executive Order Prioritizing Military Excellence and Readiness." The Court granted Plaintiffs leave to file this document by minute order on March 11, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 11, 2025

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski