IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00240-ACR |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' SECOND MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Plaintiffs Nicolas Talbott *et al.* respectfully move this Court for leave to supplement the record with the attached document, a memorandum dated March 7, 2025, from the Office of the Secretary of the Air Force to Plaintiff Jamie Hash.[1] A proposed order is submitted with this motion.

The attached document contains critical information regarding changes to Plaintiff Hash's status quo, specifically instructing Ms. Hash that she "will begin preparations for administrative separation from the U.S. Air Force." This directive was not included in Defendants' March 8 notice emailed to Chambers pursuant to this Court's February 5, 2025, minute order, which requires Defendants "to immediate notify Plaintiffs and the Court before any changes are made to Plaintiffs' status quo in any way, shape, or form."

Defendants will not be prejudiced by the filing of this document as the Air Force prepared it, is aware of its contents, and was already required by the Court to notify Plaintiffs and the Court of changes to Plaintiffs' status quo. Conversely, Plaintiffs would be prejudiced by the exclusion of this document from the record, as it provides essential information on changes to Ms. Hash's service status.

---

[1] This document was attached as an exhibit to the proposed Third Supplemental Declaration of Jamie Hash filed with Plaintiffs' Motion for Leave to Supplement the Record, ECF No. 78. In light of the Court's order denying leave to file the supplemental declaration, Plaintiffs now file this request for leave to file the document only, for the reasons described in this motion.

- 2 -

| | |
|---|---|
| DATED: March 11, 2025 | Respectfully submitted, |
| | */s/ Joseph J. Wardenski* |
| Jennifer Levi (pro hac vice) | Joseph J. Wardenski (D.C. Bar No. 995549) |
| Mary L. Bonauto (pro hac vice) | WARDENSKI P.C. |
| Sarah Austin (pro hac vice) | 134 West 29th Street, Suite 709 |
| Michael Haley (pro hac vice) | New York, NY 10001 |
| GLBTQ LEGAL ADVOCATES &DEFENDERS | Telephone: (347) 913-3311 |
| 18 Tremont Street, Suite 950 | joe@wardenskilaw.com |
| Boston, MA 02108 | |
| Telephone: (617) 426-1350 | Sara E. Kropf (D.C. Bar No. 481501) |
| jlevi@glad.org | KROPF MOESLEY PLLC |
| mbonauto@glad.org | 1100 H Street NW, Suite 1220 |
| saustin@glad.org | Washington, DC 20005 |
| mhaley@glad.org | Telephone: 202-627-6900 |
| | sara@kmlawfirm.com |
| Shannon P. Minter (pro hac vice) | |
| Christopher F. Stoll (pro hac vice) | Inga S. Bernstein (pro hac vice) |
| Amy Whelan (pro hac vice) | ZALKIND DUNCAN AND BERNSTEIN LLP |
| NATIONAL CENTER FOR LESBIAN RIGHTS | 65A Atlantic Avenue |
| 870 Market Street, Suite 370 | Boston, MA 02110 |
| San Francisco, CA 94102 | Telephone: 617-742-6020 |
| Telephone: (415) 392-6257 | ibernstein@zalkindlaw.com |
| sminter@nclrights.org | |
| | |
| s | *Attorneys for Plaintiff* |