

DEPARTMENT OF THE AIR FORCE
WASHINGTON, DC

OFFICE OF THE SECRETARY

7 Mar 2025

MEMORANDUM FOR SMSGT JAMIE E. HASH

FROM: SAF/LL
1160 Air Force Pentagon
Washington, DC 20009-1160

SUBJECT: Placement into Administrative Absence Status

1. Pursuant to Executive Order 14183, "Prioritizing Military Excellence and Readiness," you are hereby placed into an administrative absence status, effective 10 March 2025. As a result of your administrative status, your participation in the Department of the Air Force Legislative Fellowship program is paused, effective 10 March 2025. You may retain any electronic equipment, badges, and documents provided to you by your congressional office unless directed otherwise by myself or your congressional office.

2. Expectations:

   a. You will begin preparations for administrative separation from the U.S. Air Force and will complete the Transition Assistance Program (T.A.P.).

   b. You will check your government email daily for the purpose of accomplishing potential separation actions or any other personnel actions required by the U.S. Air Force.

   c. You are not to perform or carry out any duties on behalf of the U.S. Air Force or your congressional office beyond those outlined above.

   d. During this administrative absence, you are not required to report to a specific duty location and may travel as necessary and desired, understanding that you may be required to report in person for administrative and personnel actions.

   e. You are not required to wear your uniform or abide by applicable dress and grooming regulations unless reporting in person as described above or otherwise directed.

   f. You remain an active-duty member of the U.S. Air Force during this administrative absence and will continue to comply with all applicable provisions of the U.C.M.J. and relevant DAFIs.

   g. You will check in with the SAF/LL senior enlisted leader SMSgt Amani Phillips, 808-389-7040 every Monday at a designated time agreed upon by both parties.

3. During this administrative absence you remain entitled to assistance provided by various helping agencies within the Department, and I encourage you to utilize them as you may need and desire. If you require assistance in reaching out to one of these agencies, please contact SMSgt Amani Phillips.

BENJAMIN R. MAITRE
Major General, USAF
Director, Legislative Liaison