**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00240-ACR |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

Before the Court is Plaintiffs' Second Motion for Leave to Supplement the Record. Upon consideration of the motion and for good cause shown, the motion is GRANTED. Plaintiffs shall promptly file the document attached to their motion.

It is SO ORDERED.

DATED: _____      _____
                                                                                      Hon. Ana C. Reyes
                                                                                      U.S. District Judge