# Exhibit 3



SECRETARY OF THE AIR FORCE
WASHINGTON

MAY 31 2017

FOR: DEPUTY SECRETARY OF DEFENSE

FROM: Heather Wilson

SUBJECT: Readiness of Military Departments to Implement Accession of Transgender Applicants into Military Service

- In response to your subject memorandum, dated 8 May 2017, we recommend a 12-36 month delay from the current 1 July 2017 accession policy implementation to allow for a period of further study to assess the readiness implications of transgender accessions. We reaffirm our commitment that currently serving transgender members be allowed to serve openly, freely, without discrimination and to ensure that all Airmen have the opportunity to focus on the mission and be successful. The Air Force is complying with OSD direction to educate our force through general Transgender Awareness Training, and anticipates completion by the OSD-directed target date of 1 July 2017.

- We believe that the combination of developing, but still immature, medical information and information received from Combatant Commands (CCMDs) raises significant concerns about the potential availability, readiness, and deployability of potential transgender accessions that warrants more study.

- It has been further noted that currently serving transgender members have had some significant readiness and deployment issues. Early medical evidence indicates that gender transition medical treatment may not be providing a lasting resolution to gender dysphoria and there is not sufficient data to draw conclusions on cited medical issues. This additional period would allow the opportunity to build upon a growing body of medical evidence on which to base a more informed decision on the readiness impacts of transgender applicant accessions.

- As a force provider, the Air Force takes these concerns seriously, particularly in light of understandable restrictions required by our warfighters. For example, US Central Command (USCENTCOM) MODIFICATION (MOD) 13, *Individual Protection and Individual Unit Deployment Policy*, provides that members with gender dysphoria, and those actively undergoing gender transition, are, due to complex medical and mental health needs, generally disqualified from deployment to the USCENTCOM Area of Responsibility until the process, including all necessary follow-up and stabilization, is completed without complication or persistent concerns (identified as stability). Additionally, other CCMDs have policies that limit deployment of any member, not solely transgender members, who have a condition with complex multi-specialty medical concerns without an approved waiver by the gaining CCMD, which is consistent with established Military Department and Service standards.

- Our point of contact is Martha P. Soper, SAF/MRR, (703) 693-9512 or via email at Martha.p.soper.civ@mail.mil

COORDINATION: None

Attachment:
DepSecDef Memo, 8 May 17

Prepared by: Martha P. Soper, SAF/MRR, (703) 693-9512

**ACTION MEMO**

05-25-17 A09:40 OUT

FOR: DEPUTY SECRETARY OF DEFENSE

FROM: Robert M. Speer, Acting Secretary of the Army Robert M. Speer, 5-25-17

SUBJECT: Readiness of Military Departments to Implement Accession of Transgender Applicants into Military Service

- This responds to your May 8, 2017 memorandum to assess the Army's readiness to begin accessing transgender applicants into the Army on July 1, 2017 (TAB A). The Army requests a delay in implementing the draft accessions policy until July 1, 2019, to allow for a meaningful analysis and determination regarding the impact of transgender accessions on the Army's readiness to meet the statutory requirement under 10 USC 3062, specifically the Army's obligation to be organized, trained, and equipped primarily for prompt and sustained combat operations.

- While the Army is on track to complete our transgender in service tiered training program by July 1, 2017, our assessment identified several impediments to starting accessions on July 1, 2017, potentially impacting our future ability to conduct "prompt and sustained" combat operations in furtherance of our statutory mission.

- Some transgender Soldiers experience extensive medical non-deployability both before and after transition. The Army reviewed the records of the 36 Soldiers with an approved gender marker change and found that seven (19%) were permanently non-deployable after their transition compared to 2% permanently non-deployable in the rest of the force. This rate is in addition to the 6 - 12 months medically non-deployable time (exclusive of time needed to recover from surgery) most transitioning Soldiers experience. Accessing additional individuals when the only empirical evidence collected suggests a 19% permanently non-deployable rate hurts the overall readiness of the force and reduces the ability of the Army to achieve our statutory mission of providing prompt and sustained combat operations. As we have just begun retaining transgender Soldiers, insufficient data exists to determine if more time would resolve the associated non-deployable conditions.

- Empirical evidence is not available to identify if the contemplated 18-month stability period is sufficient to support the overall readiness of the force. Many medical conditions require a waiting period to determine stability. The waiting periods are based primarily on published medical standards of care used to determine complete healing times or the point at which one reaches such a low risk of recurrence that the condition is considered medically resolved, for example, a 6-month stability period following refractive eye surgery. Gender dysphoria has a higher than average risk of being associated with mood and anxiety disorders and suicidal behaviors. Some of the waiting periods for disorders sometimes associated with gender dysphoria are greater than the contemplated 18-months of stability for gender dysphoria, for

example depression (requiring a period of 36 months without treatment prior to accession), and anxiety (requiring a period of 24 months without treatment prior to accession). The minimum waiting period for transgender individuals should be that time necessary to resolve the dysphoria or any other attendant conditions.

- Data to assess impact on readiness has only been available since October 2016. To address this insufficiency, the Army requests delaying implementation of an accessions policy for at least 24 months. The delay provides the necessary time to develop actual practical experience regarding the length and type of medical treatment needed to resolve periods of non-deployability and validate the presumption that transgender Soldiers will access in their preferred gender and experience no additional distress or dysphoria, requiring only routine behavioral health and endocrinological follow-up with minimum training disruption during service.

RECOMMENDATION: Approve the delay of implementation until July 1, 2019.

Approve__________ Disapprove__________ Other__________

COORDINATION: NONE

Attachment:
As stated

Prepared by: LTC Daniel McTigue, (703) 695-5666

THE SECRETARY OF THE NAVY
WASHINGTON DC 20350-1000

May 31, 2017

MEMORANDUM FOR DEPUTY SECRETARY OF DEFENSE

SUBJECT: Readiness of Military Departments to Implement Accession of Transgender Applicants into Military Service

Pursuant to your memorandum of May 8, 2017, the Department of the Navy (DON) evaluated our readiness to begin accessing transgender applicants into military service on July 1, 2017. While both the Navy and Marine Corps are prepared to begin accessing applicants on July 1, 2017, as outlined in the attached Service assessments from the Director, Navy Staff and Commandant of the Marine Corps, I request consideration be given to extending the accession deadline by one year to July 1, 2018.

As directed, the Navy and Marine Corps developed Service-wide education and training plans to ready the force and ensure successful integration. Navy completed training as of April 30, 2017, and the Marine Corps will be complete by July 1, 2017. Additionally, DON published transgender policy in Secretary of the Navy Instruction 1000.11, *Service of Transgender Sailors and Marines*, on November 4, 2016.

A one-year delay will enable DON to assess the effectiveness of our policy to evaluate, treat, and integrate transgender Service Members within the existing population. This will allow us opportunity to apply the experience of our current efforts to identify any potential impacts of transgender service on readiness and deployability and to standardize and clarify DON procedures as required to preclude such impacts. During this period we will also assess the detailed policy impacts on individual Service Members and their ability to have full, uninhibited careers offering world-wide assignability. Additionally, we will work with the other Services, the Combatant Commanders, and the Office of the Secretary of Defense to promote consistency in implementation regarding deployed environment requirements, non-deployability periods, and the optimal stability period associated with the unique stressors of military life.

Those who join our all-volunteer force today do so with an expectation of being able to serve wherever the nation needs them. We owe them consistent and clear policies that maximize readiness while simultaneously ensuring individuals have the ability to contribute to the mission based solely on their abilities and qualifications.

Sean J. Stackley
Acting

Attachments:
As stated



DEPUTY SECRETARY OF DEFENSE
1010 DEFENSE PENTAGON
WASHINGTON, DC 20301-1010

MAY - 8 2017

MEMORANDUM FOR SECRETARIES OF THE MILITARY DEPARTMENTS
CHIEFS OF THE MILITARY SERVICES

SUBJECT: Readiness of Military Departments to Implement Accession of Transgender Applicants into Military Service

In coordination with the Under Secretary of Defense for Personnel and Readiness, I direct you to assess the Department's readiness to begin accessing transgender applicants into military service on July 1, 2017.

The personnel policies of this Department are designed to enhance the warfighting readiness and lethality of the force that protects our country. We do not intend to reconsider prior decisions unless they cause readiness problems that could lessen our ability to fight, survive and win on the battlefield.

Current guidance prohibits the involuntary separation of otherwise qualified Service members solely because of gender identity and directs the Military Departments to prepare for the accession of transgender applicants into military service by July 1, 2017. That guidance also contained directions for each Department to conduct force-wide education and training to ready the force and ensure successful integration. Please report your assessment to me no later than May 31, 2017.

Robert O. Work

cc:
Chairman of the Joint Chiefs of Staff
Under Secretary of Defense for Personnel and Readiness
General Counsel of the Department of Defense





OSD005501-17/CMD007570-17

DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON DC 20350-2000

22 May 17

MEMORANDUM FOR SECRETARY OF THE NAVY

SUBJECT: Readiness of Military Departments to Implement Accession of Transgender Applicants into Military Service

Mr. Secretary, we are prepared to access transgender (TG) applicants into military Service on July 1, 2017. We conducted extensive policy reviews and training of the force, and established the required conditions for implementation of TG applicant accessions. The following criteria served as the basis for our assessment.

- Required revisions to Navy policy were outlined in NAVADMIN 248/16 and BUMEDNOTE 6000. Applicable Navy instructions were reviewed and any changes required are nearing completion and will be in effect by the planned date for TG accessions.
- All Navy policies and regulations are consistent with the standards of military readiness, effectiveness, unit cohesion, and recruiting and retention needs.
- As of April 30, 2017, the Navy completed TG policy training for both the active and reserve components.
- The Navy Service Central Coordination Cell continues to provide assistance and clarification to command triads and individual Sailors regarding personnel policies and gender transition, responding to over 460 inquiries since the July 5, 2016 standup.
- BUMED successfully stood up east and west coast transgender care teams, completed physician training and developed a multidisciplinary approach to care for transitioning Sailors.
- Navy Recruiting Command recruiters are prepared to accept TG applications.
- Navy accession sources at Naval Service Training Command and U.S. Naval Academy are ready to begin accessing TG recruits and officer candidates.
- Recruit Training Command (RTC) is on track to complete the minimum necessary modifications to ensure appropriate privacy for incoming TG personnel. No other facilities modifications are planned by Navy outside of RTC.

While Navy sees no impediments and assesses limited risk to start accessing TG applicants, I would not oppose a shift in the final implementation date if required by our sister Services. Navy agrees to the plan of 18 months stability requirement for Service entry of TG applicants, but awaits decision and release of DoD accession medical standards to review and update our policies and instructions accordingly. The accession of TG personnel is not expected to cause significant impacts to readiness, effectiveness, cohesion, recruiting and retention.

J. G. FOGGO

DEPARTMENT OF THE NAVY
HEADQUARTERS, UNITED STATES MARINE CORPS
3000 MARINE CORPS PENTAGON
WASHINGTON, DC 20350-3000

May 30, 2017

MEMORANDUM FOR DEPUTY SECRETARY OF DEFENSE
SECRETARY OF THE NAVY

SUBJECT: Readiness of the Military Departments to Implement Accession of Transgender Applicants into Military Service

The United States Marine Corps acknowledges the 30 June 2016 decision by the Secretary of Defense to begin accessing transgender applicants into the Marine Corps on 1 July 2017. The Marine Corps will comply with all Department of Defense (DoD) directives on this issue, but recommends extending the accession deadline to 1 July 2018. Since the implementation of the DoD transgender policy, we continue to learn from our transitioning in-service Marines who have bravely stepped forward. An additional year will give us the opportunity to continue to learn and to address ongoing concerns including:

- Since the implementation of the policy, we are beginning to better understand, via our in-service transitioning Marines, how transition impacts deployability and readiness. This information is important because the majority of Marines serve only a single term and we expect these Marines to be ready to train and deploy multiple times. With an additional year to implement transitioning/transgender accessions, we will be able to gain more insight from our experience with our in-service transitioning Marines and will be able to offer DOD a well-informed assessment on the impact on readiness.

- Facilities modifications are necessary at numerous training locations to respond to privacy concerns. These modifications have been impacted by the extended Continuing Resolution and, therefore, have not yet been completed. An additional year and a signed budget will allow us to complete these modifications.

- Notable inconsistencies exist between the clinical guidelines for transgender care and the DoD policy, specifically with respect to the requirement of real life experience (RLE). Defense Health Agency policy mandates DoD clinicians use guidelines requiring at least three months RLE prior to initiating hormone treatment. However, DoD policy which was developed with input from DoD medical experts does not permit RLE during duty hours and only allows partial RLE when Service members are off-duty. This incongruity reflects the lack of agreement within the medical and behavioral health communities and must be resolved to ensure appropriate care for our transitioning service members. By deliberately increasing this population before we have resolved the inconsistencies, we potentially expose newly accessed transitioning Marines to unacceptable health risks.

- Lastly, an extension would allow DOD and the Services to gain more certainty about DOD's interpretation of 10 U.S.C. §§6931, 9319, and 4319 which require the Services to provide sleeping and latrine areas separated by "male" and "female" at recruit training. The statutes

do not define the terms "male" or "female," but DOD General Counsel has suggested in a 5 July 2016 opinion that the terms will be interpreted to mean the member's gender marker as reflected in the Defense Enrollment Eligibility Reporting System (DEERS). The DOD General Counsel opinion indicates a belief that Congress will defer to DOD's interpretation of "male" and "female" because of the significant authority Congress has conferred on the Secretary of Defense and Service Secretaries concerning the administration of DOD and its personnel. DOD should take additional action prior to the accession of transgender applicants to ensure this view is consistent with congressional intent, in order to avoid potential risk of violation of these statutes.

In addition to these concerns, we continue to recommend the stability period for new accessions be established as 24 months, vice 18 months under the current policy. This 24-month stability requirement is consistent with other stability requirements within DOD's medical standards for accession in DODI 6130.03. Accession to military service is a significant and stressful event for all applicants; physical and mental stability are vital for success during recruit training or officer candidate school. A longer stabilization requirement would provide a better foundation for our transgender applicants and better position them to successfully complete rigorous initial training.

In summary, the Marine Corps will execute as required, but recommend the effective date for new accessions be delayed to 1 July 2018 so the Services can review and learn from current in-service transgender cases to better serve our transitioning/transgender members and to better understand the impacts of this new policy. We further recommend the stability period for new accessions be lengthened to 24 months.

Robert B. Neller