# Exhibit 5



# Transcript of George Brown, M.D., DFAPA

**Date:** June 23, 2020
**Case:** Karnoski, et al. -v- Trump, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
 1              UNITED STATES DISTRICT COURT

 2          WESTERN DISTRICT OF WASHINGTON AT SEATTLE

 3   RYAN KARNOSKI, et al.            :

 4                     Plaintiffs, :

 5      v.                            : No. 2:17-cv-1297-MJP

 6   DONALD J. TRUMP, et al.          :

 7                     Defendants. :

 8   _____

 9           IN THE UNITED STATES DISTRICT COURT

10            FOR THE DISTRICT OF COLUMBIA

11   JANE DOE 2, et al.,              :

12                     Plaintiffs, :

13      v.                            : Case No.

14   MARK ESPER, in his official      : 5:17-CV-01799-JGB-KK

15   capacity as Secretary of the     :

16   Department of Defense, et al.,   :

17                     Defendants. :

18   _____

19            (Caption continued on the next page)

20

21

22

23

24

25
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    2

```
1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3   BROCK STONE, et al.,              :

4                      Plaintiffs, :

5     v.                             : Case No.

6   DONALD J. TRUMP, in his          : 1:17-cv-02459-GLR

7   official capacity as President  :

8   of the United States, et al.,    :

9                      Defendants. :

10  _____

11             UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13  AIDEN STOCKMAN; NICOLAS           :

14  TALBOTT; TAMASYN REEVES;          :

15  JAQUICE TATE; JOHN DOES           :

16  1-2;JANE DOES; and EQUALITY       :

17  CALIFORNIA,                       :

18                      Plaintiffs, :

19    v.                             : CASE NO.

20  MARK ESPER, et al.               : 5:17-CV-01799-JGB-KK

21                      Defendants. :

22  _____

23          (Caption continued on the next page)

24

25
```

```
 1   STATE OF CALIFORNIA,              :

 2            Plaintiff-Intervenor, :

 3      v.                            :

 4   MARK ESPER, et al.              :

 5                     Defendants.:

 6   _____

 7            Videoconference Deposition of

 8        GEORGE RICHARD BROWN, M.D., DFAPA

 9             Tuesday, June 23, 2020

10                  9:11 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23   Job No.:  303271

24   Pages:  1 - 232

25   Reported By:  Dawn M. Hart, RPR/RMR/CRR
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    4

1        Pursuant to agreement, before Dawn M. Hart,

2    RPR/RMR/CRR and Notary Public in and for the State of

3    Maryland.

4                    A P P E A R A N C E S

5        ON BEHALF OF THE DOE PLAINTIFFS:

6            THOMAS E. REDBURN, JR., ESQUIRE

7            MEG SLACHETKA, ESQUIRE

8            MAYA GINSBURG, ESQUIRE

9            LOWENSTEIN SANDLER LLP

10           One Lowenstein Drive

11           Roseland, New Jersey 07068

12           (973) 597-2500

13           (via videoconference)

14       ON BEHALF OF THE PLAINTIFFS (STOCKMAN):

15           AMY C. QUARTAROLO, ESQUIRE

16           LATHAM & WATKINS, LLP

17           355 South Grand Avenue, Suite 100

18           Los Angeles, California 90071

19           (213) 891-8966

20

21

22

23

24

25

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              5

```
1           A P P E A R A N C E S (Continued)

2    ON BEHALF OF THE PLAINTIFFS (STOCKMAN):

3         DIXIE C. TAUBER, ESQUIRE

4         SAMI MAROUF CLELAND, ESQUIRE

5         CHLOE KORBAN, ESQUIRE

6         LATHAM & WATKINS, LLP

7         10250 Constellation Boulevard, Suite 1100

8         Los Angeles, California 90067

9         (424) 653-5655

10        (via videoconference)

11   ON BEHALF OF THE PLAINTIFFS (KARNOSKI):

12        TARA L. BORELLI, ESQUIRE

13        LAMBDA LEGAL

14        Southern Regional Office

15        730 Peachtree Street NE, Suite 640

16        Atlanta, Georgia 30308-1210

17        (404) 897-1880, ext. 224

18        (via videoconference)

19   ON BEHALF OF THE PLAINTIFFS (STONE):

20        JEFFREY HUBERMAN, ESQUIRE

21        COVINGTON & BURLING LLP

22        One CityCenter

23        850 Tenth Street, Northwest

24        Washington, DC 20001-4956

25        (202) 662-6000
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                6

```
1          A P P E A R A N C E S (Continued)

2    ON BEHALF OF THE PLAINTIFFS (STONE):

3         NATALIE OVEYSSI, ESQUIRE

4         COVINGTON & BURLING LLP

5         3000 El Camino Real

6         5 Palo Alto Square, 10th Floor

7         Palo Alto, California 94306-2112

8         (650) 632-4700

9         (via videoconference)

10   ON BEHALF OF THE PLAINTIFF-INTERVENOR (STOCKMAN)

11        LARA HADDAD, ESQUIRE

12        CALIFORNIA DEPARTMENT OF JUSTICE

13        Deputy Attorney General

14        Government Law Section

15        (213) 269-6250

16        (via videoconference)

17   ON BEHALF OF THE PLAINTIFF-INTERVENOR (KARNOSKI)

18        CHALIA STALLINGS-ALA'ILIMA, ESQUIRE

19        ASSISTANT ATTORNEY GENERAL

20        OFFICE OF THE WASHINGTON ATTORNEY GENERAL

21        WING LUKE CIVIL RIGHTS DIVISION

22        800 Fifth Avenue, Suite 2000

23        Seattle, Washington 98104

24        (206) 326-5480

25        (via videoconference)
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    7

```
 1          A P P E A R A N C E S  (Continued)
 2   ON BEHALF OF THE PLAINTIFFS (DOE AND STOCKMAN)
 3        JENNIFER LEVI, ESQUIRE
 4        GLBTQ LEGAL ADVOCATES AND DEFENDERS
 5        18 Tremont, Suite 950
 6        Boston, Massachusetts 02108
 7        (617) 426-1350
 8
 9        SHANNON MINTER, ESQUIRE
10        NATIONAL CENTER FOR LESBIAN RIGHTS
11        870 Market Street, Suite 370
12        San Francisco, California 94102
13        (415) 392-6257
14        (via videoconference)
15   ON BEHALF OF THE DEPARTMENT OF JUSTICE:
16        JAMES POWERS, ESQUIRE
17        U.S. DEPARTMENT OF JUSTICE
18        Civil Division
19        1100 L Street, Northwest
20        Washington, DC 20005
21        (202) 307-0334
22
23
24
25
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    8

```
1          A P P E A R A N C E S (Continued)

2      GRACE X. ZHOU, ESQUIRE

3      U.S. DEPARTMENT OF JUSTICE

4      Federal Programs Branch, Civil Division

5      1100 L Street, Northwest

6      Washington, DC 20005

7      (202) 616-8267

8      (via videoconference)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  ALSO PRESENT:   Daniel Long, AV Technician

24                  Ray Lefto, Legal Intern

25                  Julianna St. Onge, Legal Intern
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              9

```
 1                    C O N T E N T S

 2  EXAMINATION OF GEORGE RICHARD BROWN, M.D., DFAPA  PAGE

 3        By Mr. Powers                              11

 4        By Mr. Redburn                            227

 5                    E X H I B I T S

 6        (Exhibits are attached to the transcript.)

 7  G. BROWN DEPOSITION EXHIBITS                    PAGE

 8   Exhibit 1    Revised Expert Report of Brown re   18

 9                Stockman

10   Exhibit 2    Curriculum Vitae re Brown updated   21

11   Exhibit 3    Curriculum Vitae re Brown 8/29/17   22

12   Exhibit 4    DoD Instruction 6130.03            55

13   Exhibit 5    List of Documents Relied Upon      64

14   Exhibit 6    Expert Declaration of Brown re     76

15                United States v. State of North

16                Carolina

17   Exhibit 7    Article - "Medical Aspects of      84

18                Transgender Military Service"

19   Exhibit 8    DSM-5                             108

20   Exhibit 9    Expert Report of Brown re Keohane 115

21                v. Jones

22   Exhibit 10   Article - "Hormone Therapy ..."   122

23   Exhibit 11   Standards of Care, Version 7      133

24   Exhibit 12   Expert Report of Brown re Karnoski 143

25   Exhibit 13   Expert Report of Brown re Stone   145
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    10

```
1              E X H I B I T S   (Continued)

2           (Exhibits are attached to the transcript.)

3    G. BROWN DEPOSITION EXHIBITS                  PAGE

4     Exhibit 14   Expert Report of Brown re Doe    146

5     Exhibit 15   Memo Deputy Secretary of Defense 153

6                  3/12/19

7     Exhibit 16   Memo Deputy Secretary of Defense 156

8                  6/30/16

9     Exhibit 17   DoD Instruction 1300.28          157

10    Exhibit 18   Long-Term Follow-Up ... Cohort   177

11                 Study in Sweden

12    Exhibit 19   DoD Instruction 6490.07          194

13    Exhibit 20   MOD Thirteen USCENTCOM Individual 200

14                 Protection and Individual-Unit

15                 Deployment Policy

16

17

18

19

20

21

22

23

24

25
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    11

```
 1              P R O C E E D I N G S
 2          GEORGE RICHARD BROWN, M.D., DFAPA
 3          being first duly sworn or affirmed to
 4  testify to the truth, the whole truth, and nothing but
 5  the truth, was examined and testified as follows:
 6          EXAMINATION BY COUNSEL FOR THE DEFENDANTS
 7  BY MR. POWERS:
 8      Q    Dr. Brown, my name is Jim Powers, I'm an
 9  attorney at the Department of Justice and I'll be
10  taking your deposition today.
11          Would you please state your full name for
12  the record.
13      A    George Richard Brown, M.D.
14      Q    Great.
15          Do you understand that you are under oath
16  today and obligated to tell the truth?
17      A    Yes, I do.
18      Q    And you'll remain under oath even if we
19  leave for breaks and then we return again?
20      A    Understood.
21      Q    We're talking today about four cases:
22  Karnoski in the Western District of Washington;
23  Stockman in the Central District of California; Doe in
24  the District of Columbia, and Stone in the District of
25  Maryland, and I'm representing the various officials
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              12

1    and agencies of the United States that are Defendants

2    in this lawsuit.

3              Do you understand those -- all that?

4        A    Yes, I do.

5        Q    And if I refer to those four cases as

6    Karnoski, Stockman, Stone and Doe, does that make

7    sense to you as corresponding to those fours cases?

8        A    Yes.

9        Q    Okay.  Have you been retained by the

10   Plaintiffs in those four cases to testify?

11       A    I have.

12       Q    And are you represented today by counsel?

13       A    I am.

14       Q    Do you understand that Mr. Redburn from

15   Lowenstein Sandler to be one of those attorneys

16   representing you?

17       A    Yes.

18       Q    Okay.  I understand that you've been deposed

19   before, so I won't belabor this too much, but I'll go

20   through some of the ground rules for things and maybe

21   a couple of additional ones since we're doing this

22   remotely.  I just want to make sure you understand the

23   following:

24              That you need to answer questions verbally

25   rather than with head nods or shakes or things like

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    13

```
1    that?
2         A    Yes.
3         Q    Let's do our best, particularly with these
4    challenging technological circumstances, to not
5    interrupt each other if we can.
6              I am going to try to phrase my questions
7    clearly, but if you don't understand something about
8    one of my questions, please feel free to ask me to
9    clarify it, or to ask me to explain, and I'll do my
10   best to make the question clear.
11             Do you understand that?
12        A    Yes.
13        Q    If your counsel objects to a question that I
14   ask, after the objection has been stated, I will ask
15   you to answer the question except if your counsel has
16   instructed you not to answer.
17             Do you understand that?
18        A    Yes.
19        Q    Okay.  If you need to take a short break,
20   please feel free to let me know.  The only thing I
21   would ask, if I've asked you a question, that you
22   complete your answer before we take the break.  And
23   otherwise, my plan is for us generally to go about 90
24   minutes per session.
25             Does that all make sense to you?
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              14

```
1           A     Yes.
2                 MR. POWERS:  And just for everybody's
3    planning, I will -- we will definitely be taking a
4    break for an hour at 12 noon Eastern.  I'm actually
5    buying a house today, which is an extremely strange
6    coincidence, so I will need to go do the closing at
7    that 12 noon hour.  So everybody can plan their lunch
8    hour at that point.
9                 MR. REDBURN:  Congratulations.
10                MR. POWERS:  Thank you.  It's quite a day.
11          Q     Let's see.  All right.
12                Are you taking any medications or drugs that
13   would affect your ability to understand and answer my
14   questions?
15          A     No.
16          Q     Have you had anything alcoholic to drink in
17   the last eight hours?
18          A     No.
19          Q     Is there any reason that you can think of
20   why you would not be able to answer my questions fully
21   and truthfully?
22          A     Other than technical reasons.
23          Q     I understand.
24                And if there are any technical issues,
25   please just let me and let the techs know and we'll
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    15

1    work to solve them.

2           Is there anybody -- is there any counsel

3    representing you that's physically present with you

4    where you are now?

5       A    No.

6       Q    Okay.  Now, normally I would ask you if you

7    brought any documents with you today, but I understand

8    you may be at home, and so that's sort of an odd

9    question.

10          I guess I'll ask, are there any documents

11   that you have with you, on your -- kind of on your

12   person or by you that you're using for the purposes of

13   this deposition?

14      A    No.

15      Q    What did you do to prepare for the

16   deposition today?

17      A    Okay.  I read the approximately 10-inch

18   thick administrative record binder.  I reviewed my

19   prior declarations and reports, and I will use the

20   declaration and report interchangeably.  From my

21   perspective, they're the same.

22          I reviewed additional materials that -- to

23   include a 2019 paper from the American Journal of

24   Psychiatry by Bränström regarding Swedish follow-up

25   data.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              16

1              I reviewed Dr. Crohn's, or Crohn's -- I'm

2     not sure of the pronunciation -- his deposition; I

3     reviewed Brad Carson's deposition; I reviewed

4     Jennifer Shank's deposition; I reviewed slide

5     presentations that were presented to the House Arms

6     Services Committee some time ago.

7              I reviewed updates to appropriate

8     regulations like 6130.03, updates to AR 40-501,

9     AR 40-502, CENTCOM MOD 14.

10             This may not be an exhaustive list of

11    materials because there's so many.  I mean, the stack

12    is approximately three feet tall, probably,

13    all-inclusive, but those are the ones that come to

14    mind, and I reserve the right to have a better memory

15    for additional things that I haven't remembered at

16    this moment.

17        Q    Okay.  Did you review the reports of any of

18    the other experts in these cases?

19        A    Let's see.  I'm trying to recall that.

20             I mentioned the depositions.  I don't recall

21    if I've seen an actual report.  I've seen disclosures.

22    The disclosures of several military witnesses.

23        Q    So there you're referring to disclosures

24    relating to the Government's witnesses?

25        A    Correct.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    17

```
 1        Q     Have you spoken to any of the experts -- any
 2   of the other experts in Doe, Stone, Karnoski or
 3   Stockman about those four cases?
 4        A     I have not.
 5        Q     Okay.  Have you spoken to the individual
 6   Plaintiffs in Doe, Stone, Karnoski or Stockman?
 7        A     Can I just give a more complete answer to
 8   the question you just asked me prior?
 9              Not only did I not talk to the experts, I
10   don't necessarily even know who they all are.
11        Q     Understood.
12              Have you spoken to the individual Plaintiffs
13   in these four cases?
14        A     I have not.
15        Q     Are you being compensated for your work in
16   any of these four cases?
17        A     Yes, I am.
18        Q     And is the statement of the compensation
19   structure that's set forth in your expert reports
20   accurate?
21        A     Yes.  I haven't changed my rates since the
22   2017 initial report.
23        Q     Got it.  All right.
24              So let's begin by going to the Stockman
25   expert report.
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    18

```
 1              MR. POWERS:  If the technician could pull up

 2     the document that begins with the letter A underscore.

 3              (Displayed.)

 4        Q    Okay.  So I guess how I plan to handle these

 5     exhibits, Dr. Brown, is that in general, I will direct

 6     you to places in the documents, but if you need to

 7     look at some other part of the document or otherwise

 8     review additional portions, please let me know, we can

 9     give you access to the document and you can scroll

10     through it.

11              Does that make sense?

12        A    Yes.

13              (Discussion off the record with the AV

14     Technician.)

15              MR. POWERS:  So I've -- can we mark this

16     exhibit, Exhibit 1.

17              (Exhibit 1 was marked for identification and

18     is attached to the transcript.)

19              (Exhibit 1 displayed.)

20     BY MR. POWERS:

21        Q    And, Dr. Brown, I've placed in front of you

22     a document that I'm marking as Exhibit 1.  It is

23     titled "Plaintiffs' Revised Rule 26(a)(2) Expert

24     Report of George Richard Brown, MD, DFAPA," in a case

25     that's captioned Aiden Stockman vs. Mark Esper.
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          19

```
 1              Do you recognize this document, Dr. Brown?
 2      A     I do, but it's too small for me to read it.
 3      Q     If I zoom in to that extent, is that
 4  sufficient for you to read it?
 5      A     One more zoom, please.
 6      Q     Okay.
 7      A     Good.
 8      Q     Okay.  So do you recognize this document?
 9      A     I recognize the first page that's being
10  shown to me.
11      Q     Okay.  Please feel free to scroll through
12  the document.
13              MR. POWERS:  Can the tech give the witness
14  control.
15              THE WITNESS:  I do not appear to be able to
16  scroll.
17              (Discussion off the record with the AV
18  Technician.)
19              THE WITNESS:  Okay, I can scroll now.
20  BY MR. POWERS:
21      Q     Okay.  So I'd just like you to take a look
22  at the document and when you -- when you're ready, can
23  you just answer whether this is a complete and
24  accurate copy of the document that's titled your
25  revised expert report in Stone -- or I should say
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    20

1    Stockman, excuse me.

2        A    I would just point out that the scroll

3    function via Zoom appears to be much slower than it

4    would be on my regular computer, so I apologize for

5    how long it takes to do this.

6            Looking for a signature page.

7            Yes.  Yes, it appears to be.

8        Q    Okay.

9            MR. POWERS:  Can the tech give me control

10   back, please.

11           (Discussion off the record with the AV

12   Technician.)

13   BY MR. POWERS:

14       Q    So going back to the last page of the

15   document, is that your signature on the last page of

16   Exhibit 1?

17       A    Yes, it is.

18       Q    And do you recall executing this on

19   October 11, 2019?

20       A    Yes, I do.

21       Q    Okay.

22           MR. POWERS:  So let's go next to the

23   document that is titled with a B, as in boy,

24   underscore.

25           THE TECHNICIAN:  Stand by.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    21

```
 1              (Exhibit 2 was marked for identification and

 2     is attached to the transcript.)

 3              (Exhibit 2 displayed.)

 4              MR. POWERS:  I have put in front of the

 5     witness a document that I'm marking as Exhibit 2 for

 6     the deposition today.

 7         Q    Dr. Brown, I'll scroll through this.  It's

 8     titled "Curriculum Vitae for George Richard Brown."

 9              Do you see that there?

10         A    Yes, I do.

11         Q    Okay.  I'm going to scroll through the

12     document briefly to give you a chance to see what it

13     is that we're looking at here.

14              Perhaps would it be better if I zoom out a

15     little bit and then click through the pages with the

16     arrow?  Does that make sense, folks, to the witness?

17         A    For this document, yes.  I can't speak to

18     others.

19         Q    Okay.  Based on what we have gone through so

20     far, are you able to determine if this is in fact a

21     copy of your CV?

22         A    Yes, it is a copy of my most recently

23     updated CV.

24         Q    Great.

25              When did you -- when did you prepare this
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    22

1    document?  It says on the face of it that the date of

2    preparation is March 24, 2020; is that correct?

3        A    That is correct.

4        Q    When did you provide this document to your

5    counsel in this case?

6        A    I update my CV regularly, so the CVs that

7    were referenced in all of my prior declarations were

8    outdated.  So in preparation for this deposition, I

9    wanted to be sure that both you and other counsel had

10   access to the most recent version.

11       Q    Okay.  Why did you prepare it as of

12   March 24th?

13       A    Because there were additional research

14   publications and presentations that were not present

15   in my prior editions, almost all of which are related

16   to publications and presentations on transgender

17   health.

18       Q    Okay.

19            MR. POWERS:  Could we view the document that

20   is titled with a C, as in cat.

21            THE TECHNICIAN:  Stand by.

22            (Exhibit 3 was marked for identification and

23   is attached to the transcript.)

24            (Exhibit 3 displayed.)

25       Q    I have presented the witness with a document

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    23

1    that I am marking as Deposition Exhibit 3 to the

2    deposition.

3           The title page states that it's Exhibit A

4    and the following page states "Curriculum Vitae of

5    Dr. George Richard Brown," and it states the date of

6    preparation is August 29, 2017.

7           Do you see all that, Dr. Brown?

8       A    I do.

9       Q    Do you recall that this is the version of

10   your CV that was attached to your revised expert

11   report in the Stockman litigation?

12      A    I -- you know, there are numerous updates to

13   my CV that don't occur on a specific timeline, so I

14   can't recall if this particular version was attached

15   to that report or not without actually looking at it.

16      Q    Okay.  Do you recall if this -- for this

17   date of preparation of August 29, 2017, whether this

18   was the most recent CV that you had produced to the

19   other side in these cases?

20           MR. REDBURN:  Objection to form.

21      A    I'm sorry, can you repeat the question?

22      Q    Sure.  I'm just asking you whether or not

23   you've -- you recall providing any CV after the date

24   of August 29, 2017, in relation to these cases.

25      A    I do not recall.  It's possible that I could

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              24

```
 1    because I'm quite sure that there are updates between
 2    2017 and 2020.
 3         Q    If we go to page 10 of Exhibit 3, do you see
 4    there the section marked "Forensic Psychiatry
 5    Activities," Dr. Brown?
 6         A    Yes, I can see part of that page.
 7         Q    Okay.  If I scroll down, do you see that
 8    this section includes 50 entries for forensic
 9    psychiatry activities?
10         A    I do see that.
11         Q    And your most recent CV, which is Exhibit 2
12    to this deposition, includes more entries than that,
13    correct?
14         A    Again, without the document in front of me,
15    I don't know how many more, but yes, I would agree
16    that there are more.
17         Q    Okay.  And what -- I believe you might have
18    spoken to this before, but just to be clear, what
19    other additional materials or activities have you --
20    do you believe are described in your most recent CV
21    that were not previously described in your CV?
22              MR. REDBURN:  Objection to form.
23         A    Again, the predominant changes to the CV are
24    adding additional publications, presentations, book
25    chapters and the like which are, you know, common
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          25

1    components of an academician's CV.

2              I also update the number of cases, which I

3    didn't mention before, because I put that for the

4    purposes of -- for folks like yourself who like to ask

5    me how many cases I've been involved with, so I just

6    include them there for those purposes to make it

7    easier.

8         Q    Great, thank you.

9              MR. POWERS:  So I'll just state for the

10   record that I received Exhibit 2 at approximately

11   8 p.m. Eastern last night.  I haven't had an

12   opportunity to review the additional materials that

13   are referred to in it, and I may seek to reopen this

14   deposition at a later date as to the additional

15   materials that are disclosed in Exhibit 2 that were

16   not previously disclosed to Defendants' counsel.

17             MR. REDBURN:  We'll reserve our rights with

18   respect to that issue.

19             MR. POWERS:  Understood.

20             So let's -- we can pull away the documents

21   for now, Mr. Long.

22        Q    Dr. Brown, let's just talk a little bit

23   about your background.

24             Can you describe your educational history?

25   I should say the schools you went to, the areas of

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          26

1   study, things like that.

2        A     How far back do you want me to start?

3        Q     Let's start with college.

4        A     Okay.  I went to the University of Rochester

5   in Rochester, New York, for undergraduate on a

6   scholarship with Bausch + Lomb Corporation on a

7   science scholarship.

8              I was one of the first in a program to be

9   accepted after two years of college into the medical

10  school graduating class six years from that date, so

11  eight years total at the University of Rochester.  I

12  graduated in the top two in my graduating class in the

13  medical school in 1983.

14             From there I went into an active duty

15  military; in this case, Air Force residency training

16  program at Dayton, Ohio, where I completed four years

17  of psychiatry residency in uniform, and then from

18  there I went straight into a faculty teaching position

19  at the Air Force's largest teaching hospital at

20  Lackland Air Force Base.

21       Q     Can we discuss the Air Force experience.

22             So could you elaborate on what your

23  military -- your Air Force residency entailed?

24       A     Sure.  So I was on Reserves for four years

25  in -- while I was in Rochester.  Went into the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    27

```
1    Air Force became a Captain, did four years of active
2    duty training, which included additional experiences
3    for six weeks each year on combat training, combat
4    casualty care training, a variety of other
5    military-specific courses.
6              Then when I went to Lackland Air Force Base,
7    as I said, I was there as one of the very few 9586T
8    job designations, which is a training psychiatrist,
9    after becoming Board certified in psychiatry, and
10   served to train military residents in the San Antonio
11   area in military psychiatry.
12             I have had a lot of responsibilities in the
13   Air Force as a training psychiatrist.  I was involved
14   with, for example, MED and PED proceedings, hundreds
15   and hundreds of those.
16             I ran an inpatient unit with literally
17   thousands of active duty patients that I've actually
18   published on some of those experiences.
19             Let's see.  I'm not sure what more you want
20   to know on that.
21        Q    Well, I guess one question would be, did you
22   ever deploy while you were serving in the Air Force?
23        A    Right.  So during the first Gulf War, I was
24   the third psychiatrist in the department designated to
25   deploy.  The first two deployed, I had my office
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    28

1    closed, and I was replaced by a Reservist, I had all

2    my shots and my rucksack packed, and I stood on the

3    tarmac waiting for a civilian jet to pick me up to go

4    to Kurdistan for a year right after they dropped the

5    chemical war- -- chemical weapons in Kurdistan.

6            And on that occasion the plane was

7    unavailable, we were told to go back home, and I

8    cycled through that three times to the tarmac and

9    returned home and by the end of the third time, it was

10   no further need for a third psychiatrist to deploy, so

11   the answer is no.

12       Q    Okay.  What were the years of your military

13   service?

14       A    Again, I'll refer you to my CV because it's

15   listed specifically, but it was approximately,

16   starting with Reserve time, '78 through -- 12 years

17   from that, so roughly '91, after the first Gulf War.

18       Q    Okay.  And the period that you were on

19   active duty out of that '78 to '90?

20       A    The last eight years I was on extended

21   active duty, and then I had -- during my Reserve time

22   I was in active duty for approximately six to eight

23   weeks per year during that four years.

24       Q    Gotcha.

25            And for the duration of your military

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          29

1    service, were you always serving in the capacity of a

2    medical doctor?

3        A    A medical doctor and specifically as a

4    psychiatrist.

5        Q    Have you ever worked for the Department of

6    Defense in any capacity other than your military

7    service?

8        A    Yes, I've had contractual responsibilities

9    with the Department of Defense in terms of training

10   the military and recruitment commands regarding

11   implementation of the Carter policy.

12       Q    Okay.  Anything prior to 2016?

13       A    Let's see.  Department of Defense -- so

14   we're not talking about Department of Veterans

15   Affairs.  No.

16       Q    Okay.

17           MR. POWERS:  Let's pull up Exhibit 1.

18   Document marked Exhibit 1.  Title again with A

19   underscore.

20           (Exhibit 1 displayed.)

21           (Discussion off the record with the AV

22   Technician.)

23           MR. POWERS:  All right.  So let's stay on

24   this one for now.  We can deal with 2 and 3 at another

25   time.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    30

1    BY MR. POWERS:

2        Q    Dr. Brown, let's go to page 4 of this

3    document.

4             Are you able to read the text here?

5        A    Yes, I am.

6        Q    Okay.  Let me just scroll down to paragraph

7    11.  All right.  So I'm going to read the first three

8    sentences of paragraph 11 of Exhibit 1.

9             It states:  "After the Department of Defense

10   announced change in policy towards transgender service

11   members in 2016, I conducted the first two large

12   military trainings on the provision of health care to

13   transgender service members.  The first was for the

14   Marine Corps in the spring of 2016.  The second was

15   for a tri-service meeting of several hundred active

16   duty military clinicians and commanders in the fall of

17   2016."

18            Do you see that there?

19       A    Yes, I do.

20       Q    I just want to talk to you a little bit

21   about that experience.

22            Let's begin with the training for the

23   Marine Corps in the spring of 2016.  Can you recall

24   specifically where that training was conducted?

25       A    Yes.  That was the only training out of the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          31

```
 1   ones that I conducted that was done remotely from --
 2   from my base in Johnson City.
 3       Q    Okay.  And who were you -- I guess with whom
 4   did you primarily interact to set up that training
 5   from the military?
 6       A    Someone from the Marines contacted me
 7   directly and said something to the effect that we --
 8   we understand this policy is coming our way, and we
 9   want to be the first one out in front to be trained.
10   And I said well, in fact, you are the first ones to
11   have contacted me.
12       Q    Do you remember specifically who was
13   contacting you?
14       A    I do not.
15       Q    Okay.  What was this, sort of a lecture
16   or -- or how was the training conducted?
17            MR. REDBURN:  Object to the form.
18       A    So basically they wanted a lecture about
19   transgender health, what transgender health is all
20   about, how it -- how transgender health is delivered.
21            They wanted, essentially, an overview since
22   they admitted to knowing really little to nothing
23   about the topic, so they wanted to start at basically
24   ground level and have something that was fairly basic
25   to start with.
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          32

1        Q    Do you know who the audience for the lecture
2   was, specifically the people you were talking to that
3   day?
4        A    Well, without benefit of Zoom squares like
5   we have today, back then, it was a telephone
6   conference, so I did not have a list of participants,
7   but I can tell you that I can recall that there were
8   senior clinicians, junior clinicians, and some staff
9   officers that were not clinicians on the call, but I
10  couldn't tell you how many or who they were.
11       Q    So is it fair to say that the audience was
12  primarily medical professionals?
13       A    I'm assuming that it was and --
14       Q    Okay.
15       A    And of course, it was Naval personnel as
16  well.
17       Q    Let's discuss the tri-service meeting of
18  clinicians and commanders in the fall of 2016.
19            Do you recall that meeting?
20       A    Yes, I do.
21       Q    Where was that held?
22       A    That was an in-person meeting at the
23  Bethesda/Walter Reed combined facility approximately a
24  month or so prior to the October 1 implementation date
25  for the provision of transgender healthcare

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              33

1   Force-wide.

2        Q    And what was the purpose of that meeting?

3        A    This was a high-level meeting that had many

4   flag officers, high-level clinicians, people who were

5   authors, actually, and participants in the Carter

6   policy, as well as clinicians from not just CONUS, but

7   OCONUS as well, all branches of the service, a very

8   large auditorium-style conference, where I was

9   specifically invited to present on various aspects of

10  transgender health and to also interpret some aspects

11  of the implementation policy, largely for the benefit

12  of both the non-clinicians as well as the clinicians

13  and to provide answers to questions.  We had a

14  question-and-answer period at the end of it.

15       Q    Okay.  And do you recall who you interacted

16  with to set up that -- join that meeting?

17            MR. REDBURN:  Objection to form.

18       A    To the best of my recollection, it was an

19  official in the DHA.

20       Q    But you don't recall a specific name?

21       A    I do not.

22       Q    And then if we return to Exhibit 1 and we

23  scroll down a little bit within paragraph 11.

24            MR. POWERS:  If I could -- Daniel, do you

25  have the functionality where I can produce an arrow to

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          34

1    point to portions?

2              (Discussion off the record with the AV

3    Technician.)

4    BY MR. POWERS:

5        Q    Dr. Brown, do you see the portion of

6    paragraph 11 -- it's about halfway down -- it says, "I

7    have also conducted trainings for a national group of

8    military examiners (MEPSCOM) and for Army clinicians

9    at Fort Knox, Kentucky."

10             Do you see that?

11       A    Yes, I do.

12       Q    Which trainings -- can you elaborate on the

13   specific trainings for national group of military

14   examiners you conducted?

15       A    Yes.  So as I mentioned earlier, I had a

16   contractual arrangement with the Department of Defense

17   to do these types of trainings.

18             I was invited to provide virtually an

19   all-day training session on the -- on transgender

20   health as a topic, but specifically implementation of

21   the accession elements of the Carter policy -- I'll

22   just refer to the Carter policy -- and to discuss

23   things that people are working in -- working in the

24   largely physician capacity in accessions, the

25   information that they would need to know, and the best

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    35

1    interpretations available at the time on what the

2    regulations and implementations meant.

3          So it was all branches of the service,

4    again, as well as the DOD civilians who were some of

5    the physicians involved in accessions as well as

6    administrative officers in MEPSCOM being present for

7    this training in San Antonio as well.

8      Q    Gotcha.

9          So did this occur only in San Antonio or

10   other places?

11     A    They do their trainings in a centralized

12   location, so they essentially rented out a large hotel

13   ballroom -- I don't know how many hundreds were in

14   there -- but they brought in people from all over the

15   United States and possibly some overseas recruiting

16   locations as well for this training.

17     Q    Got it.  And when did this -- when did the

18   training occur?

19     A    We can refer to my CV; I believe it's listed

20   in there as a presentation.  But it's somewhere in the

21   2016-2017 time frame.

22     Q    Okay.  But it's -- you would say that the CV

23   is accurate as to that information?  What's listed

24   there would be the correct information?

25     A    I believe it is.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    36

1      Q    Okay.  And do you recall the meeting with
2   Army clinicians at Fort Knox?
3      A    I do.
4      Q    Was that the same kind of training regarding
5   interpretation of the policy, things like that?
6      A    I was asked to come and train Army
7   clinicians at Fort Knox on transgender health issues
8   in general and then in the application of the policy
9   with respect to the provision of transgender
10  healthcare.  By that, I mean all aspects of
11  transgender healthcare for Fort Knox clinicians, Army
12  clinicians and DOD civilians working in their MTF.
13     Q    Got it.
14          Do you recall who you set up that training
15  with?
16     A    Someone at that MTF, and I do recall vividly
17  the date of it, it was the day before President Trump
18  sent out the tweets regarding his objections to
19  transgender people serving in the military in any
20  capacity.
21     Q    Okay.  Returning to Exhibit 1.  Just a
22  moment.
23          If we go just a little bit further down
24  here, can you see this statement:
25          "I have been centrally involved in

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              37

1   development, writing, and review of all national

2   directives in the VHA relating to the provision of

3   transgender health care for veterans."

4         Do you see that?

5         A    I do.

6         Q    Can you describe what national directives in

7   the VHA you're referring to?

8         A    Sure.  So in 2011 the Department of Veterans

9   Affairs changed the benefits package for veterans to

10  allow for treatment for gender dysphoria -- a

11  diagnosis of gender dysphoria, or gender identity

12  disorder, at the time.  Basically the same diagnosis.

13        And they recognized that there were -- there

14  was limited expertise within VHA, largely because it

15  had been a diagnosis that had not previously been

16  treated in any significant way because it wasn't part

17  of the benefits package.

18        So having worked in this field since the

19  early '80s and being recognized as a national content

20  expert on transgender health, I was contacted from

21  central office, and also I believe from the

22  White House at that time -- someone in the

23  White House -- to begin to develop the initial

24  policies with respect to designing a policy and what

25  would be provided and how it would be provided and how

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    38

1    people would behave with dignity and respect towards

2    transgender veterans in formulating this as the

3    initial policy in the 2010, going forward into the

4    2011 time frame.

5              There have since been several updates to

6    that policy and revisions as well as FAQ statements,

7    which I was very heavily involved with, as one of the

8    only people with the combination of psychiatric and

9    prospect hormonal treatment experience in the VA at

10   that time, and I continue to be involved as an advisor

11   in this regard.

12       Q    So are these -- does this include documents

13   where you are sort of the describing standard of care,

14   for example, for VHA doctors?

15       A    I don't know if I would use the word

16   "standards of care," but I would use the word that

17   it's the policy that describes not just what -- what

18   doctors or clinicians are supposed to be doing, but

19   also what medical center directors are supposed to be

20   doing, what nonclinical staff are supposed to be doing

21   or not doing in the case of things like treating

22   people with dignity and respect, and implications of

23   not doing that is included as one of the issues in

24   there.

25              So it's not a medical directive; it's really

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          39

1    more comprehensive than that.

2         Q    Gotcha.

3              Were these documents like, I guess,

4    published to the general public?

5         A    Yes, ultimately.

6         Q    Okay.  Do you recall any of the specific

7    documents that are referenced here as national

8    directives, the title of them?

9         A    Something to the effect of provision of

10   healthcare for transgender veterans or veterans who

11   identified as transgender.  I can't recall the exact

12   titles.  It's a fairly easy Google search, however.

13        Q    Okay.  And this was -- these were in the

14   time frame of 2011 you said?

15        A    Well, 2011 is when the VA officially changed

16   its position on the provision of benefits package, but

17   I was contacted in 2010, I believe, to be part of the

18   very first work group or task force to do the initial

19   policy.

20        Q    Do you recall when the policy documents that

21   you worked on were published?

22        A    You know, without having access to those

23   documents, and also not listing those as documents

24   that I reviewed in preparation for this deposition, I

25   can't really answer that question accurately.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    40

1        Q     Okay.  And just this last sentence on the

2    page, in paragraph 11 -- let's see.

3             MR. POWERS:  Daniel, I'm having trouble

4    scrolling now.

5             (Discussion off the record with the AV

6    Technician.)

7    BY MR. POWERS:

8        Q     Just this last sentence here in paragraph 11

9    says, "Finally, I coauthored the national formulary

10   that lists the medications provided by the VHA for the

11   treatment of Gender Dysphoria in veterans."

12            Do you see that there?

13       A     I do.

14       Q     Can you just describe what a national

15   formulary is?

16       A     Sure.  So a national formulary is decided on

17   at the VA central office level, and it applies to all

18   VHA healthcare facilities, whether they're hospitals,

19   clinics or whatever.

20            So there's a uniform -- should be uniform

21   accessibility to the medications that are on this

22   formulary, no matter where you get treated within the

23   VHA nationalized healthcare system.

24            So what this sentence is saying is that

25   between myself and a pharmacist we developed

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    41

1    collaboratively, the two of us, the national formulary

2    that lists the specific medications that will be

3    available at any facility for the treatment of

4    transgender veterans who have gender dysphoria and

5    need access to writing hormonal medications.

6         Q    Have you ever provided congressional

7    testimony on any subject?

8         A    I have not.

9         Q    Okay.

10        A    Can I give a more complete answer to that?

11        Q    Certainly.

12        A    I have not personally provided congressional

13   testimony.  However, in my position, when I was

14   promoted to the VA central office as Program Director

15   for the Office of Health Equity, I provided direct

16   input to my FEF supervisor who did provide

17   congressional testimony on more than one topic.

18        Q    What would you say is the subject area of

19   your expertise?

20        A    I believe I've demonstrated expertise in the

21   provision of transgender healthcare, to include both

22   mental health aspects and endocrine aspects.  Adult

23   psychiatry in general.  I do not have specific

24   expertise in children or adolescent psychiatry;

25   although, I have had the same amount of training as

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    42

1    other adult psychiatrists in that regard.

2         Q    Do you have expertise in surgical care for

3    persons being treated for gender dysphoria?

4         A    I have a very extensive working knowledge of

5    surgical care.  I have personal knowledge of many of

6    the surgeons who provide this care; I interact with

7    them regularly.  But I would not consider myself an

8    expert in the provision of any hands-on surgical care.

9         Q    Okay.  And in terms of the provision of

10   endocrine care, are -- do you personally administer or

11   oversee cross-sex hormone therapy?

12        A    Yes, for decades.

13        Q    Okay.  And you also provide psychotherapy to

14   patients?

15        A    Psychotherapy as well.

16        Q    What proportion of your practice involves

17   trans people or people with gender dysphoria as

18   opposed to other mental health issues?

19             MR. REDBURN:  Objection to form.  Vague as

20   to time.

21        A    I mean, what time frame are we talking

22   about?

23        Q    I would say -- let's ask this.

24             At present are you practicing and treating

25   patients?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    43

1      A     At present I am serving in a research and

2    teaching capacity at both the VA and the medical

3    school here in Johnson City.

4      Q     Okay.  In the last five years have you had a

5    practice of teaching patients?

6            I should say -- excuse me, withdraw the

7    question.

8            In the last five years have you had a

9    practice of treating patients?

10     A     Yes, within the last five years I was

11   involved in treating veterans.

12     Q     Okay.  Have you treated any patients for any

13   mental health issues other than gender identity

14   disorder or gender dysphoria?

15     A     The majority of my patients that I've

16   treated in my life -- which again, numbers in the

17   thousands -- the majority of those would not have had

18   gender dysphoria or any of its prior iterations of its

19   diagnostic terminology.

20     Q     What sort of -- can you recall, out of those

21   patients, the mental health conditions or disorders

22   that you have treated?

23     A     Sure.  In fact, one of my military

24   publications was looking at over 1200 consecutive

25   admissions to my personal service at Lackland

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    44

1   Air Force Base's medical treatment facility.  And I
2   believe in that paper I list out specifically what the
3   diagnoses and frequencies were.
4           That's probably the best source to look at
5   some of my military experience, and I can assure you
6   that the vast majority of those did not have gender
7   dysphoria.
8           So the full -- the full range of psychiatric
9   diagnoses that would be present in any particular
10  version of the adult component of DSMs, so DSM-5, 4,
11  3R, 3, to go back to my career starting at DSM-3, so I
12  mean do you want a list of all of those things?
13      Q   I don't think so.  Maybe the best way to ask
14  it would be, do you see as part of your expertise sort
15  of a general psychiatry practice for adults?
16      A   Well, I'm a full professor of psychiatry
17  teaching residents and medical students how to do
18  adult psychiatry, which is -- the vast majority of
19  which has nothing to do with transgender health.
20          I also teach all the aspects of transgender
21  health to this -- to these same groups of people, but
22  the bulk of what I do is -- is and has been teaching,
23  teaching about or delivering care for adult
24  psychiatric patients with a panoply of conditions as
25  listed in the DSMs.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          45

1        Q     Okay.  Do you have any experience overseeing

2   any of the military services' mental health policies?

3        A     Overseeing the policies?  You mean

4   development of policies?

5        Q     Sure.  Let's start there.

6              Do you have any experience with the

7   development of any mental health policies for the

8   military services?

9        A     No.

10       Q     Do you have any experience with development

11  of any military policies regarding deployability?

12       A     No.

13       Q     Do you have any experience with any

14  development of military policies regarding accession

15  to the military?

16       A     Interpretation of, but not development of.

17       Q     Okay.  I believe you previously testified

18  that you have treated service members for mental

19  health issues, correct?

20       A     Thousands.

21       Q     How recently have you treated active duty

22  service members for any mental health issue?

23       A     In the VA we often get people who are

24  Reservists who are still on Reserves in the

25  National Guard, so throughout my -- throughout my VA

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              46

1    career I was treating those people.

2         Q    Okay.  And how recently were you treating

3    Reservists or Guardsmen?

4         A    So within five years.

5         Q    Okay.  Have you ever treated any service

6    members -- and let's say that that includes active

7    duty Reservists, Guardsmen, any service members -- for

8    major depressive disorder?

9         A    Yes.  Many.

10        Q    In your experience treating those

11   individuals, did their major depressive disorder have

12   an impact on their deployability?

13             MR. REDBURN:  Objection to the form.

14        A    It's highly variable.

15        Q    Okay.  Can you describe some of the

16   variables that would factor into that analysis?

17        A    Sure.

18             MR. REDBURN:  Objection to form.

19             Go ahead, Doctor.

20             THE WITNESS:  Sure.

21        A    So major depressive disorder has a range of

22   levels of severity, like most other psychiatric

23   diagnoses do.

24             So there are people with fairly mild but,

25   nonetheless, clinically relevant depression, single

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    47

1    episode, who come in for treatment, get treated, have

2    no impairment -- actually no impairment in their duty

3    performance, but do have distress, and who are treated

4    and are not non-deployable and return to duty without

5    issues.

6              Then there are people with very severe

7    recurrent major depressive disorder, sometimes to the

8    level of psychotic features, and someone with that

9    level of severity of that diagnosis is certainly

10   amenable for treatment -- in most cases, not all --

11   and that person may in fact be non-deployable

12   temporarily or permanently and go through the DEF

13   system and be moved from the military.

14             So those are the two extremes, and patients

15   exist throughout that entire array.

16      Q    But -- so you would agree that there are

17   some persons with major depressive disorder that are

18   not deployable in the military?

19             MR. REDBURN:  Objection to form.

20      A    Yeah, it's not the majority.  It's not the

21   majority of the patients that I've seen, but there are

22   definitely some patients with the most extreme forms

23   of major depressive disorder that's recurrent and

24   particularly with psychotic features that would not be

25   deployable and, in fact, not retainable.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          48

1        Q    Can you opine on the kind of characteristics

2   of a person's symptoms or condition who had major

3   depressive disorder that would render them

4   non-deployable?

5        A    Sure.  I'm following, for example,

6   AR 40-502.  If somebody has psychosis, it doesn't

7   really even matter what the diagnosis is, because

8   psychosis itself is not a diagnosis, but the

9   regulations speak to psychosis.

10            So if a person has major depressive disorder

11  with psychotic features, as it was once described,

12  that person would be non-deployable and potentially

13  not retainable.

14       Q    Would a person's ability to adapt to a

15  deployed environment play a role, in your judgment?

16            MR. REDBURN:  Objection to the form.

17       A    Can you repeat the question?

18       Q    Would a person's ability to adapt to a

19  deployed environment have a -- play a role in your

20  judgment about whether they're deployable?

21            MR. REDBURN:  Same objection.

22       A    Yes, on an individual basis.

23            So during an individualized assessment, that

24  is one of the elements that goes into the decision

25  that ultimately the commander makes because

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                49

1    deployability is a command prerogative, not a medical

2    prerogative.

3         Q    Okay.  Do you believe that you have a -- an

4    expertise regarding deployability of individuals?

5         A    Yes.

6         Q    What's the basis for that expertise?

7         A    I was involved in hundreds of such decisions

8    regarding deployability, regarding retention,

9    involvement in hundreds of MEBs and PEBs, familiar

10   with the regulations, including the updated most

11   recent 2019 version, for example, of the ARs.  So yes,

12   I would consider myself an expert in that.

13        Q    I believe you testified that -- and please

14   correct me if I'm wrong -- but that deployability is a

15   command prerogative rather than a medical

16   determination.  Can you elaborate what you mean by

17   that?

18        A    Well, it's not my opinion.  I mean, it's

19   written in the regulations.  It clearly states in

20   either AR 40-501 or 502 -- I can't recall which of the

21   two -- or possibly both -- it says that decisions

22   regarding deployment are -- is a commander's decision.

23   It's a commander's decision to take the advice and

24   consultation from healthcare providers, but the

25   commander is the only one that makes decisions

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                            50

1    regarding deployability.

2         Q    Would you agree that nonmedical criteria can

3    factor into deployability determinations?

4         A    Yes.  Not only would I agree with that,

5    there are actually eight of those with respect to the

6    Army, for example.  There are six overriding and then

7    there are eight total for the Army.

8         Q    Which ones do you have in mind specifically?

9         A    Well, it's a list, so if you care to put

10   AR 40-501 and 502 in front of me, I can point you

11   directly to the list that provides the six DOD

12   deployability criteria and then the additional two

13   which are eyes and ears, by the way, for the Army.

14              So without trying to do this as a memory

15   test, I'd be very happy to walk you through it with

16   the document in front of me.

17        Q    Understood.  I'll -- we'll return to those

18   issues a little bit later.

19              Have you ever been responsible for issuing a

20   determination on medical waiver applications in the

21   military services?

22        A    On psychiatric conditions I've been asked on

23   many, many occasions to provide the information for

24   waiver applications, yes.

25        Q    Have you, though, personally been involved

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                        51

1    with the -- have you personally decided such

2    applications or is it just providing information for

3    decision makers?

4         A    I have not been a waiver officer.  A

5    psychiatrist is generally not in that position.

6         Q    Okay.  Do you have any experience with

7    medical evacuations of service members that are

8    deployed?

9         A    Quite a bit, given that I was at the

10   Air Force's largest teaching hospital and physically

11   largest hospital in the Air Force during multiple

12   conflicts.

13             We were -- we were the recipients of many,

14   many patients who were medically evacuated from all

15   branches of the service, including from submarines,

16   from combat theaters, Central America, all over the

17   country.

18        Q    Have you had any experience with medical

19   evacuations since you left active duty in the service?

20        A    Experience in what way?

21        Q    Well, I guess are you -- have you treated

22   any persons that were evacuated for medical reasons?

23        A    Yes.  So we had -- while working in VHA

24   there would be individuals within, again, Guard or

25   Reserves, who may have been medically evacuated, may

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              52

1    have been initially stabilized at an MT ops and then

2    referred to us for additional care.

3         Q    Were you -- but since you left active duty,

4    have you had any involvement with the logistics

5    involved with a medical evacuation?

6         A    I have not.

7         Q    And do you have any familiarity with the

8    cost of a medical evacuation?

9         A    Well, it's obviously highly variable.  It

10   depends on what the person is being medically

11   evacuated for, whether they have to have attendants,

12   what type of healthcare they have to have in route.

13   How they have to reconfigure an aircraft now, because

14   in the past we had dedicated Nightingales which are no

15   longer the case in the modern medevac system.  So

16   that -- there is no specific answer to that question.

17        Q    Have you -- are you aware of the cost of any

18   current medical evacuations, you know, under current

19   kind of deployment situations?

20             MR. REDBURN:  Objection to form.

21        A    So I have not seen a document that

22   specifically lists the costs of, for example, air

23   medical evacuation from Yemen or from a South American

24   location or European command or African command, no, I

25   have not seen a document that lists out the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                        53

1    variability in costs that would be inherent in

2    evacuating from these different types of locations.

3        Q    Okay.  Let's return to Exhibit 1, your

4    Stockman expert report.  I'm going to attempt to go to

5    page 9.

6             (A discussion was held off the record.)

7    BY MR. POWERS:

8        Q    I'm going to page 9.  Okay, I will go to

9    paragraph 27 on page 9.  If you read this.

10            "The purpose of disqualifying applicants

11   based on certain physical and mental conditions is to

12   ensure that service members are free of contagious

13   diseases that endanger others, free of conditions or

14   defects that would result in excessive duty-time lost,

15   able to perform their duties without aggravating

16   existing conditions, and capable of completing

17   training and adapting to military life."

18            You see that, Dr. Brown?

19       A    Yes, I do.

20       Q    What is the basis for that statement?

21       A    There's actually a list of five overriding

22   disqualifying characteristics, shall we say, that are

23   listed in the regulations, and this is a paraphrasing

24   of those five items.

25            And again, if we want to look to the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          54

1    specific regulations, I'd be happy to do that, but
2    there's a list of five, and it's listed in the
3    regulations 1 through 5.
4          Q    Let's do that.
5               MR. POWERS:  Daniel, can you pull up the
6    document that's titled with D, as in dog, underscore.
7               (Displayed.)
8               THE WITNESS:  And I've been in my chair for
9    a hundred minutes as of now, so if we could get a
10   break after this question, that would be most
11   appreciated.
12              MR. POWERS:  You know, that's great.  Let's
13   actually just do it right now.  How about we meet back
14   here at 10:40 Eastern?
15              THE WITNESS:  Sounds good.
16              (A recess was taken at 10:28 a.m.)
17              (Back on the record at 10:44 a.m.)
18              MR. POWERS:  Let's go back on the record.
19   BY MR. POWERS:
20         Q    So when we last spoke, Dr. Brown, we were --
21   we were discussing medical standards for accessions;
22   do you remember that?
23         A    Yes.
24         Q    Okay.  So I have pulled up a document --
25   presented the witness with a document titled "DoD

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                55

1    Instruction 6130.03 Medical Standards for Appointment,

2    Enlistment, or Induction Into the Military Services."

3            Have you reviewed that document before?

4        A    Yes, I have, but I can't tell what version

5    you have, I only can see the top part of it.

6        Q    Got it.  This one says that -- scroll down a

7    little bit.  On its face it says it's effective May 6,

8    2018.  Have you reviewed that version?

9        A    Yes, I have.

10           MR. POWERS:  And I've marked this document

11   as Exhibit 4 to the deposition.

12           (Exhibit 4 was marked for identification and

13   is attached to the transcript.)

14           (Exhibit 4 displayed.)

15       Q    So if we go to page 4 of this document --

16   and I just wanted to point you to this paragraph or

17   section 1.2, "Policy," and it says, "It is DoD policy

18   to," and then there's a subhead c., as in cat, and it

19   says, "Ensure that individuals considered for

20   appointment, enlistment, or induction to Military

21   Services are," and then it provides five kind of

22   policies that are intended to -- that relate to this

23   policy of ensuring that individuals considered for

24   appointment into the military services do not have

25   these various problems.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          56

1            Do you see that there?

2      A    Yes.  Consistent with my prior testimony,

3  there are five.

4      Q    Okay.  And so I think you said earlier that

5  paragraph 27 in your Stockman expert report, which

6  discusses the purposes of military accession

7  standards, was a paraphrase of this set of five

8  criteria; is that right?

9      A    Actually, from the prior version of this,

10 because this document is dated 2018, and my Stockman

11 report was generated prior to the availability of

12 this.

13     Q    Okay.  But do you -- would you agree that

14 this portion of DODI 6130.03 provides the basis for

15 your opinion about the purpose of military accession

16 standards?

17           MR. REDBURN:  Objection to form.

18     A    I believe it serves as part of the basis,

19 but there's actually much more in my report than just

20 referring to this paragraph in a prior version of

21 6130.03.

22     Q    If there any aspects of -- of this -- of

23 these five criteria that aren't listed in your

24 paragraph 27 of your Stockman report, would you agree

25 that those -- that those policies and those criteria

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    57

1    are also part of the purposes of accession standards?

2         A    I'm sorry, I'm not following that question.

3         Q    Sure.  It could have been better.

4              My point is just that do you agree that

5    these five criteria are all valid criteria that are

6    used for accession into the military for setting

7    policy regarding accession into the military services?

8              MR. REDBURN:  Objection to form.

9         A    I agree that they're listed as criteria that

10   the Department of Defense considers across all

11   services for appointment, enlistment or induction into

12   the military services.  It doesn't talk about

13   retention or deployment.  It's talking about

14   employment, enlistment and induction.

15        Q    Do you have -- appointment, enlistment and

16   induction, do you have an opinion about whether any of

17   these five criteria are, I guess, invalid for any

18   reason?

19             MR. REDBURN:  Objection to form.

20        A    Invalid as applied to what?

21        Q    Well, I guess the point is, you know, to say

22   it sort of colloquially, do you think any of these

23   five criteria are bad policy for setting military

24   accession standards?

25             MR. REDBURN:  Objection to form.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                      58

1        A     I actually have not formulated an opinion as

2   to the quality of these standards.  They are what they

3   are.

4        Q     Okay.  Have you ever served on the accession

5   Medical Standards Working Group, otherwise known as

6   MSWG?

7        A     I have not.

8        Q     Okay.  Do you have any experience

9   determining which conditions and treatments should be

10  included in the DOD Instruction 6130.03 which is

11  Exhibit 4?

12       A     I have not.

13       Q     Okay.  Were you -- did you correspond with

14  any persons involved in developing the Carter policy

15  while it was being developed?

16             MR. REDBURN:  Objection to the form.

17       A     I don't believe so.

18       Q     Okay.  Did you -- have you corresponded with

19  any member of the panel that formulated the current

20  DOD policy that's under challenge in these lawsuits,

21  about the development of this policy?

22       A     The development of which policy?

23       Q     Well, this is actually a good point.

24             So if I refer to DOD's current policy

25  regarding the service of transgender individuals and

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    59

1    individuals diagnosed with gender dysphoria, if I

2    refer to that as "the Mattis policy," do you

3    understand what I mean?

4         A    Generally, yes.

5         Q    Did you correspond with any member of the

6    panel that developed or formulated the Mattis policy

7    about the development of the policy?

8              MR. REDBURN:  Objection to form.

9         A    I was not approached, nor did I.

10        Q    Did you correspond with any individual that

11   you believed to be involved with assisting the panel

12   that developed the Mattis policy?

13             MR. REDBURN:  Objection to form.

14        A    I'm not following that question, because if

15   you're talking about have I ever talked to people

16   under any circumstances who may have been involved in

17   this, that's a different question.  So I'm not

18   understanding the question.

19        Q    Yeah, and I -- I'm not trying to be cute.  I

20   mean, basically what I'm trying to get at is, are you

21   aware of your having been -- of anyone having inquired

22   of you relating to development of the Mattis policy?

23   Any DOD employees, for example, that solicited your

24   input or anything like that?

25        A    No, my input was not solicited by anyone

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          60

1    from the expert panel that met prior to the generation

2    of the Mattis report.

3        Q    Okay.

4             MR. POWERS:  Let's turn back to Exhibit 1,

5    which is the one that's titled A underscore.

6             (Exhibit 1 displayed.)

7        Q    Let's move down to page 10 of Exhibit 1,

8    which is your revised Stockman expert report.

9             I'm turning to paragraph 31 of Exhibit 1,

10   I'm going to read that.

11            It states:  "Although the Implementation

12   Report refers to a study conducted by a 'Panel of

13   Experts,' the referenced panel does not appear to have

14   included any experts in treating Gender Dysphoria or

15   any medical experts at all.  The Implementation Report

16   indicates that the panel consulted with such experts,

17   but the Implementation Report appears to have

18   consistently disregarded what those experts said."

19            Do you see that there, in paragraph 31?

20       A    Yes, I do.

21       Q    What is the basis for your statement that

22   the Implementation Report appears to have consistently

23   disregarded what those experts said?

24       A    Well, now that I've had access to the

25   Minutes of all of the meetings that antedated the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    61

1    February report, which I did not have access to at the

2    time I wrote this report, having access to those

3    Minutes makes it quite clear that, one, in looking at

4    the list of the Panel of Experts there were no medical

5    personnel there or anybody with any experience

6    treating, working with or dealing with transgender

7    service members at all.

8          There were only two occasions that

9    clinicians with some -- some expertise, in some cases,

10   a lot, in some cases, not, of expertise in terms of

11   working with transgender people, let alone service

12   members, were involved.

13         So there were two meetings of the total

14   number of meetings.  And in spite of some of the

15   advice provided by the experts that I would consider

16   experts in this field, the conclusions of the report,

17   and some of the discussions that were in the Minutes

18   of these meetings, seemed to disregard the experiences

19   that people who know what they're doing in this field

20   reported.

21         For example, issues regarding

22   non-deployability with hormonal treatments, that being

23   one thing that I can recall.  Again, I'd have to refer

24   specifically to the Minutes and the report.

25         But essentially I think that there was, in

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                62

1    general, a disregard for the expert medical opinions

2    that were presented, and that are included in the

3    administrative binders, the documentation that the

4    Government provided.

5         Q    Have you spoken to any of those medical

6    experts that you say worked with the panel about their

7    work with the panel?

8         A    No, I have not.

9         Q    And other than reviewing the administrative

10   record in this case, do you have any other basis of

11   knowledge for the deliberations of the panel?

12             MR. REDBURN:  Objection to the form.

13        A    Other than reviewing the administrative

14   records -- I'm sorry, I only recall the first part of

15   your question.

16        Q    My question is, do you -- have you reviewed

17   any other documents than the administrative record

18   that, in your view, provide you with an understanding

19   of the deliberations of the panel?

20        A    Absolutely.

21        Q    Can you describe those?

22        A    Yes, I received a 72-page set of documents

23   involving emails and additional correspondences

24   amongst and between expert panel members as well as

25   people who were apparently consulting with or in some

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                  63

1   way involved with the deliberations, including a

2   White House representative who was not listed as part

3   of the panel, and reviewing those emails.

4           It further supports not only all the primary

5   conclusions in my report, but also generates at least

6   one additional opinion, but also bolsters what I just

7   testified to regarding my opinion that -- that the

8   medical expertise and information provided by people

9   who know what they're doing in this field were

10  disregarded.

11      Q    What is the additional opinion that you have

12  come to that you just referenced?

13      A    An additional opinion that bolsters my

14  original three opinions, but I would -- I think it's

15  important enough to separate -- I would have separated

16  it out as an additional opinion at the time had I had

17  access to all of this information that the Panel of

18  Experts did not have valid scientific medical

19  performance or cost data at their disposal at the time

20  that they voted approximately six weeks after the

21  initial meeting of this Panel of Experts.

22          So they didn't -- not only did they not have

23  valid data, they didn't even consider the data that

24  were provided in that so-called final version of the

25  data with respect to mental health data, cost data,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          64

1    for example, was provided after they actually voted.

2           Q    Okay.

3           A    And I could elaborate further on that.

4           Q    We can get to that later.

5                MR. POWERS:  Can you pull up the document

6    that's titled 12 underscore Stockman.

7                THE TECHNICIAN:  Stand by.

8                (Exhibit 5 was marked for identification and

9    is attached to the transcript.)

10               (Exhibit 5 Displayed.)

11          Q    Okay.  So this is document that I'm marking

12   as Exhibit 5.  The title here says "Exhibit C," and on

13   the second page its heading says "List of documents

14   relied upon."

15               I'm going to represent to you, Dr. Brown,

16   that this is the document that we received as Exhibit

17   C to your revised Stockman expert report issued

18   October 2019.

19               Does this appear to be in fact that list?

20          A    You're scrolling through it quite quickly.

21   I'm trying to read it as you do it, since I did not

22   have control over the scrolling feature at this time.

23          Q    Understood.

24          A    Yes, that appears to be a list that was

25   generated at the time that document was generated.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                           65

1        Q    Okay.  We've discussed a number of documents

2    today that you've reviewed that aren't on this list,

3    correct?

4        A    Correct.  Many documents.

5        Q    Was this list comprehensive as of the date

6    that you issued your Stockman expert report -- revised

7    expert report in 2019, October 2019?

8            MR. REDBURN:  Objection to form.

9        A    You know, I read the literature on a regular

10   basis.  It's possible that there were additional

11   updates to the medical literature, which happens on a

12   daily basis, that may not have made it to this list.

13           So I -- I mean, that's the best list I could

14   generate at the time, but is it possible that there's

15   something else from the medical literature that's not

16   on that list, it's possible.

17       Q    Is it fair to say that if there's a document

18   cited in this, the Stockman revised expert report

19   itself that isn't listed in this document, Exhibit 5,

20   that the document cited in the expert report itself is

21   also something that you relied upon?

22       A    Yes.

23       Q    Okay.  So you stated that you have reviewed

24   a number of additional documents since you issued that

25   Stockman expert report, and you described one

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          66

1    additional opinion that you have.

2            Do you have any other additional opinions

3    that you've come to following or since you last issued

4    your Stockman revised expert report?

5        A    That's the primary additional opinion.  It's

6    possible I could have additional ones as well.

7        Q    Okay.

8            MR. POWERS:  Let's go to Exhibit 2, please.

9            (Exhibit 2 displayed.)

10        Q    Okay.  Now I'm going to take us to page, I

11    believe, 10 of this document.  Here we're referring to

12    the list of forensic psychiatry activities.

13            Do you see that there?

14        A    Yes, I do.

15        Q    Is this a complete list of the judicial and

16    administrative proceedings in which you have been a

17    witness?

18        A    I only can see the first 12.

19        Q    Sure.

20            (Scrolling.)

21        A    Now I can see the first 24.

22            (Scrolling.)

23            Now I can see the first 38.

24            I'm down to the top of page 12.

25        Q    Okay.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                               67

```
1       A    I believe there's -- there might be more
2  below what you have shown.
3            Keep going.  Keep going.
4            Okay, that's the end.  Yes, I believe that
5  is correct through -- yeah, through March.
6       Q    Okay.  March 2020?
7       A    Correct.
8       Q    Okay.  Have you ever been a Plaintiff in a
9  lawsuit?
10      A    I have not.
11      Q    Have you ever been a Defendant in a lawsuit?
12      A    I have not, in spite of practicing medicine
13 for over 35 years.  I have never been a Plaintiff even
14 in that context -- a Defendant in that context.
15      Q    Congratulations to you.
16           Have you ever been involved in any criminal
17 proceeding, in any fashion?
18      A    I was fighting a parking ticket.  Does
19 fighting a parking ticket count?
20      Q    We can leave that out.
21      A    Which I won, by the way.
22      Q    Anything else?
23      A    No.
24      Q    Okay.  And my reading of this, of the
25 listing of forensic psychiatry activities, that
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    68

1    indicates that you have been deposed before?

2         A    I have.

3         Q    Have you ever been deposed as a fact witness

4    in a case?

5         A    I have.

6         Q    Can you describe the circumstances?

7         A    Let's see.  I believe it was one of the

8    Federal District Courts at -- and a judge -- bench

9    trial, with the judge wanting information and

10   education on transgender health and what gender

11   dysphoria is, and basically bring the Court up to

12   speed on these topics.  And that's happened on more

13   than one occasion.

14        Q    Do you recall the names of any of the cases

15   where you've offered this kind of testimony?

16        A    You know, I've been before a lot of Federal

17   District Courts in various capacities, and I can't

18   recall which one -- which one or ones would meet what

19   I just described.

20        Q    If -- would you have included those

21   instances on this list of 67 entries regarding

22   forensic psychiatry activities?

23        A    Yes.

24        Q    Okay.  Has a Court ever excluded your expert

25   testimony or opinions?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                69

```
1          A     Never.

2          Q     Okay.  Have you testified before or provided

3    evidence in regard to any military tribunal?

4          A     Yes, I have.

5          Q     And would that be listed on this list of 67

6    entries?

7          A     Yes.

8          Q     Okay.  And has any military tribunal

9    excluded your expert testimony or opinions?

10         A     No.

11         Q     Okay.  And is it correct that in these --

12   where you've offered testimony or declarations in

13   these 67 entries, is it correct that you were offering

14   sworn statements that you swore were the full truth as

15   you knew it?

16               MR. REDBURN:  Objection to form.

17         A     At the time I made the oath, yes.

18         Q     Okay.  So you understood that in making that

19   oath you were obligated to tell the truth when you

20   made each of those statements that you swore to?

21         A     Correct.

22         Q     Okay.  Have you ever offered -- outside of

23   Doe, Stockman, Stone and Karnoski, have you ever

24   offered expert opinions in a case related to military

25   service?
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                70

```
 1              MR. REDBURN:  Objection to form.
 2       A    So if I'm -- if I'm before a military
 3  tribunal, then that would be, I guess, a yes to your
 4  question as I understand it.
 5       Q    That's fair.
 6            How about this.  So -- and I'll add that I
 7  am aware of also the Doe vs. Esper case that was
 8  previously pending in the District of Massachusetts.
 9  So I'll add that to the list of five.
10            So outside of those five cases, have you
11  ever offered any expert opinions in a Federal Court in
12  a case that concerned military service?
13       A    So not including military tribunals.  That
14  would be no.
15       Q    Okay.  And I understand you previously
16  provided testimony that sort of provides a background
17  on transgender healthcare, healthcare for persons with
18  gender dysphoria.
19            What other subjects have you previously
20  provided expert testimony on?
21            MR. REDBURN:  Objection to the form.
22            You can answer.
23       A    Adult psychiatry topics; for example,
24  depression, suicidality, the treatment of adults with
25  depression who have suicidality.  Families with --
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          71

1     Family Court issues regarding custody.

2              I'd have to scroll down the cases to see if

3     there are other things that I might be missing.

4          Q    Okay.

5          A    Oh, competence of -- of individuals

6     regarding their ability to consent to medical care or

7     their ability to participate in their -- in their own

8     defense.  So essentially competency assessments, many

9     of those.

10         Q    Okay.  Have you ever provided any expert

11    testimony regarding a service member's deployability?

12         A    I've never been asked to.

13         Q    Have you ever provided any expert testimony

14    regarding issues relating to military readiness?

15         A    I've never been asked to.

16         Q    We can pull this document down for you.  I

17    just want to talk about a few things.

18              So just to get some general concepts on the

19    table, can you describe to me what you understand the

20    word "transgender" to mean?

21         A    So a transgender is anyone who experiences

22    some significant level of incongruence between their

23    birth sex or, as described by others, birth gender,

24    and their experienced subjective sense of gender.

25         Q    Is transgender a medical term?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          72

1        A     It is not.

2        Q     Okay.  What is gender identity?

3        A     So gender identity is a core responsibility

4    of every person.  It's a subjective sense of one's

5    self as male, female or something other than male or

6    female.

7              And it's related to gender expression, in

8    that the gender expression is what is objective and is

9    seen on the outside, versus the subjective experience

10   of gender identity, which is an internal sense.

11       Q     And then first I'll ask, what is gender

12   dysphoria as it's defined in the DSM-5?

13       A     Okay.  So the term "gender dysphoria" was

14   actually first coined in 1973 by Dr. Fisk to describe

15   a series of symptoms, predominantly anxiety,

16   depression and irritability, in some individuals who

17   have a significant mismatch between their felt gender

18   and their birth sex or birth gender.

19             And then later on in DS -- only in DSM-5 was

20   the term "gender dysphoria," which had previously been

21   described and known as a series of symptoms for

22   decades before that, was changed to the actual title

23   of the diagnosis in DSM-5 in 2013 to describe people

24   with clinically significant levels of distress or

25   impairment in occupational or social or other areas of

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          73

1    functioning in addition to a series of criteria that

2    describe this mismatch between felt gender and gender

3    of assignment, as the term is used in DSM-5, gender,

4    birth gender, and there are a series of those criteria

5    listed in criterion A in DSM-5.

6         Q    Do you agree with the DSM-5's definition of

7    gender dysphoria?

8         A    Do I agree with it?

9         Q    Right.

10        A    I agree that it's a diagnosis that is

11   consistent with many individuals that I've seen over

12   my career.

13             I think the primary controversy that I'm

14   knowledgeable of both -- of both sides is whether

15   gender dysphoria should be listed in DSM-5 or should

16   be listed as a medical or other condition outside

17   psychiatry, such as ICD-11 has done.

18             So in the sense do I agree that it's a

19   mental disorder, well, objectively that's the case,

20   it's in DSM-5, which is the current version being

21   used.

22             But moving forward, you know, eight or nine

23   years after that's been written, the consensus

24   certainly worldwide is that gender dysphoria, while it

25   certainly exists and the symptoms exist much as

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    74

1   they're written in DSM-5, may well be better suited to

2   a nonpsychiatric context.

3       Q    What do you mean by that it's better suited

4   to nonpsychiatric context?

5       A    So for example, I was asked to provide input

6   into the World Health Organization's development of

7   ICD-11.  I went to Oslow, Norway, to provide in-person

8   opinions regarding some aspects of this area within

9   the deliberations regarding changing the 30-year-old

10  ICD-10 into ICD-11.

11           And the consensus reached by -- by worldwide

12  experts in gender dysphoria was that the previous

13  ICD-10 terminologies for transsexualism, which is an

14  ICD-10 term -- and 9 term -- not only would they be

15  rewritten and updated, but they would also be removed

16  from the mental health -- mental disorder section of

17  ICD-11 and put under a sexual health area that is not

18  listed under any type of mental disorder.

19      Q    What is the significance, in your view, of

20  relocating gender dysphoria from the mental health

21  kind of category to the sexual health category?

22      A    It's tremendously significant in many ways.

23           First, it removes the stigma that

24  transgender people who may or may not have gender

25  dysphoria at a given point in their life have to

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          75

1    experience by -- by being listed with -- as having a

2    mental disorder, when their experience of their

3    identity is not a mental disorder at all.

4            And it is an acknowledgment by experts in

5    this field worldwide that -- that gender dysphoria is

6    more likely than not to be biologically and

7    potentially genetically based and is consistent with

8    other types of medical disorders rather than being a

9    mental or behavioral or disorder like other things

10   would be listed in DSM-5 or ICD-11's mental disorder

11   section.  It's tremendously significant.

12       Q   Would it be significant to the set of

13   treatments or the treatment protocol that is applied

14   to try to treat gender dysphoria?

15           MR. REDBURN:  Objection to form.

16       A   Yes, it's significant vis-a-vis access.  So

17   one of the reasons why -- why gender dysphoria is

18   retained as a mental health condition in the

19   United States -- and we're pretty much outliers in

20   this regard in how we deal with gender dysphoria as a

21   diagnosis -- is that predominantly people -- the

22   people who know anything about gender dysphoria and

23   treat gender dysphoria are in the mental health

24   disciplines, and to remove it from -- from DSM-5,

25   which will likely happen in the next iteration

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                           76

1    nonetheless, will -- would provide a significant

2    additional barrier to access to care for people with

3    gender dysphoria in the United States particularly.

4        Q    Do you believe that DSM-5 -- DSM's listing

5    of gender dysphoria represents a mainstream position

6    in the medical community?

7             MR. REDBURN:  Objection to form.

8        A    And when you say "medical community," I'm

9    not clear on what that term means.

10       Q    Well, I guess I would say let's say

11   psychiatrists and other mental health professionals.

12            MR. REDBURN:  Objection to form.

13       A    So if I understand your question right,

14   you're asking me whether mainstream in all

15   professionals not otherwise defined believe that

16   gender dysphoria is a diagnosis that exists or should

17   be in DSM-5 or -- I'm not really clear on the

18   question.

19       Q    Sure.  Why don't we try to clarify this with

20   a document.

21            MR. POWERS:  Can you pull up 4 underscore

22   Brown.

23            (A discussion was held off the record.)

24            (Exhibit 6 was marked for identification and

25   is attached to the transcript.)

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    77

1            (Exhibit 6 displayed.)

2    BY MR. POWERS:

3        Q    All right.  So I have presented the witness

4    with a document that's marked Exhibit 6.  It is -- the

5    first page says -- has an exhibit number, the second

6    page is titled "Expert Declaration of George R. Brown,

7    MD, DFAPA," it's in a case captioned United States of

8    America vs. State of North Carolina, in the Middle

9    District of North Carolina.

10           Do you recognize this expert declaration,

11   Dr. Brown?

12       A    To the extent that I have the first part of

13   the first page, I recognize it as a document that was

14   generated on behalf of the Department of Justice.

15       Q    And if I scroll down to page 21 of this

16   document, is that your signature there?

17       A    It is.

18       Q    So do you recall executing a declaration in

19   June 2016 in this litigation?

20       A    Yes.  As I mentioned, I was asked to provide

21   this by the Department of Justice.

22       Q    Okay.  Let's go to page 12.  You see

23   paragraph 37 on page 12.

24           It states:  "The Diagnostic and Statistical

25   Manual of Mental Disorders of the American Psychiatric

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              78

1   Association (DSM-5)(2013) is the current, generally

2   recognized authoritative handbook on the diagnosis of

3   mental disorders relied upon by mental health

4   professionals in the United States, Canada, and other

5   countries.  Its content reflects a non-ideological,

6   science-based, and peer-reviewed process by experts in

7   the field who have varying perspectives."

8            Do you see that?

9        A    I do.

10       Q    Do you agree with that statement, still?

11       A    Yes.  And I would point out the last two

12  words are relevant to my just prior testimony,

13  "varying perspectives."

14       Q    Understood.

15            Let's go up to paragraph 33 of this

16  document.  I'm going to read out paragraph 33.

17            "When an individual experiences significant

18  incongruity between the sex assigned at birth and

19  one's gender identity, this can result in a set of

20  clinically significant symptoms described in

21  psychiatric manuals as gender dysphoria.  Not all

22  people who experience some level of distress resulting

23  from lack of congruity between gender identity and

24  other aspects of their sex, however, meet the

25  threshold for a clinical diagnosis of, capital G,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                        79

1    Gender, capital D, Dysphoria."

2             Do you see that?

3        A    I do.

4        Q    So do you continue to agree with the

5    distinction between the DSM-5 diagnosis gender

6    dysphoria and the kind of lowercase gender dysphoria

7    that's referenced here in paragraph 33?

8             MR. REDBURN:  Objection to form.

9        A    Let me just state that the case of the

10   letters is just a -- a way to describe the difference

11   between symptoms of gender dysphoria and diagnosis of

12   gender dysphoria as a shorthand to try to make it

13   shorter for the purposes of documents like this.  So

14   nothing -- nothing is meant other than that.

15            So, if you say symptoms of gender dysphoria,

16   that's a lot longer, more words, than it used to say

17   gender dysphoria with small letters.

18            There's nothing -- there's nothing otherwise

19   meaningful about capitals and not capitals.

20       Q    Is it -- is the distinction meaningful in

21   the sense that not all persons experiencing symptoms

22   of gender dysphoria experience clinically significant

23   distress?

24            MR. REDBURN:  Objection to form.

25       A    Are you quoting this document somewhere?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          80

1        Q    I'm asking you just -- so I'm trying to

2   understand the distinction that the DSM-5 appears to

3   have, Dr. Brown, by creating a diagnosis of capital G,

4   Gender, capital D, Dysphoria.

5            So one thing I'm wondering is whether or not

6   a distinction with just sort of symptoms of gender

7   dysphoria standing alone is the possible absence of

8   clinically significant distress?

9        A    Okay.  So let me just clarify what I feel

10  the question --

11           MR. REDBURN:  Objection to the form.

12           Go ahead, Doctor.

13       A    Let me just clarify what I think is a

14  misunderstanding.

15           The reason why DSM-5 in 2013's publication

16  changed from "gender identity disorder" to "gender

17  dysphoria," which I list in capitalized -- but it's

18  also listed in small letters in other literature -- is

19  because of recognition -- the important recognition

20  that people with this condition -- it's not their

21  identity that's disordered, which the diagnosis of

22  gender identity disorder certainly seems to suggest,

23  that it -- their identity is not disordered at all.

24           It's the potential of the clinically

25  significant levels of distress regarding their

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                           81

1   symptomatology that, in turn, can be addressed and

2   treated.  So it's the distress that's the focus, and

3   the dysphoria that's the focus, not the identity.

4           So it's maybe a nuanced thing for people who

5   aren't in mental health, but it's anything but nuance

6   for people who have this diagnosis and for those of us

7   who work with the -- with this nomenclature on a

8   regular basis.

9       Q    Do all transgender people experience

10  symptoms of gender dysphoria?

11      A    At some point in their life, I would say yes

12  to that.  And again, like following people with the

13  development of sexual identity as well as gender

14  identity, it depends on where in a person's life you

15  take a snapshot in time.

16          So I can just say certainly in my pretty

17  significant amount of clinical experience that -- that

18  I've seen a lot of people who are identified as

19  transgender who also have gender dysphoria at a given

20  point in their life.

21      Q    Do all transgender people have the DSM-5

22  condition gender dysphoria?

23      A    No.

24      Q    Okay.

25      A    They may at a given point in their life.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          82

1   Again, it's a trajectory, so it depends on what

2   snapshot in time.

3           It could be that they had gender dysphoria

4   and then they were treated for gender dysphoria

5   successfully, like so many patients that I have

6   personally treated, and they no longer have the

7   diagnosis, or they have the diagnosis with a

8   qualifier, which is available in DSM-5 called gender

9   dysphoria, post transition, which means you may no

10  longer have any distress, you may not have any

11  impairment, because it's either/or, it's not both, but

12  nonetheless, you still need access to cross-sex

13  hormones to maintain your physical characteristics

14  potentially for most, if not the rest of your life,

15  similar to someone who has had their thyroid removed

16  or -- or has other endocrine issues.

17          So that's -- that's a very important thing

18  to make sure you understand.

19      Q    If a person in that sort of post-treatment

20  state who requires continuing hormone treatment is

21  unable to access those hormones, what effect could

22  that have on the person?

23          MR. REDBURN:  Objection to form.

24      A    It's a difficult question to answer because

25  it depends on the person, it depends on where in the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    83

1    transition they are, it depends on the level of

2    severity of gender dysphoria they have, it depends on

3    duration of lack of access to hormones and -- and all

4    of the other psychosocial aspects of that person's

5    life.

6            So you have to be more specific with your

7    question if I -- for me to give you a meaningful

8    answer.

9        Q    If a person in a post-transition state who

10   requires continued hormone therapy is unable to access

11   hormones, can it have a negative impact on their

12   mental health?

13           MR. REDBURN:  Objection to form.

14       A    Again, it's possible.  It depends on the

15   individual, depends on where in the transition they

16   are, the duration of interruption in care.  All of

17   those things are extremely relevant.  So there is no

18   pat answer to that question, the way it's stated.

19       Q    Are all individuals with the DSM-5 diagnosis

20   gender dysphoria also transgender?

21       A    Yes.

22           MR. POWERS:  Can we look at a document that

23   is --

24       A    Well, I need -- I need to restate that.

25           So since transgender is not a diagnosis,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    84

1    it's an identity, and gender dysphoria is a diagnosis,

2    it's possible that there are some people who have

3    gender dysphoria who themselves would not report that

4    they -- that they identify as transgender.

5         Q    Okay.  And maybe this is -- this will help

6    elaborate that.

7              MR. POWERS:  Can we look at the document

8    titled 13 underscore Medical Aspects.

9              THE TECHNICIAN:  Stand by.

10             (Exhibit 7 was marked for identification and

11   is attached to the transcript.)

12             (Exhibit 7 displayed.)

13             MR. POWERS:  Okay.  So this document I've

14   presented to the witness has been marked as Exhibit 7.

15             The first page states an exhibit number --

16   or letter -- and the second page has the title of the

17   document.  It's an article.  It states, "Medical

18   Aspects of Transgender Military Service" by a number

19   of persons, including M. Joycelyn Elders and George R.

20   Brown.

21        Q    Do you see that Dr. Brown?

22        A    I see the first half of the first page, yes.

23        Q    Do you recall publishing this article?

24        A    Yes.

25        Q    Okay.  I'm going to go ahead and take us to

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    85

1    the 16th page of the document and scroll down to note

2    22.  And I'm pointing you to the fourth line down in

3    that note 22.

4            It says, "Indeed, non transgender people can

5    experience gender dysphoria.  For example, some men

6    who are disabled in combat, especially if their injury

7    includes genital wounds, may feel that they are no

8    longer men because their bodies do not conform to

9    their concept of manliness.  Similarly, a woman who

10   opposes plastic surgery, but who must undergo

11   mastectomy because of breast cancer, may find that she

12   requires reconstructive breast surgery in order to

13   resolve gender dysphoria arising from the incongruence

14   between her body without breasts and her sense of

15   herself as a woman."

16           Do you see that there?

17       A    I do.

18       Q    Do you agree with that summation of the

19   kinds of non-transgender people that can experience

20   gender dysphoria?

21       A    So here it's an extremely relevant

22   distinction between experiencing some symptoms of

23   gender dysphoria but would never ever reach the

24   threshold for a diagnosis of gender dysphoria.

25           These are -- these are unusual examples when

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                86

1    you're trying to find somebody who can have symptoms

2    of gender dysphoria, who don't otherwise identify as

3    transgender, but -- but, what is not said here, none

4    of those people would ever have a diagnosis of gender

5    dysphoria, because they're not transgender.

6        Q    Why would they not have a diagnosis of

7    gender dysphoria?

8        A    Just simply look at the diagnostic criteria

9    in DSM-5 under 382.5, I believe is the designation,

10   but just look at the criteria.

11            I mean, a combat soldier who's had genital

12   wounds questioning his masculinity is not someone who

13   says, therefore, for at least a six-month period of

14   time I'm going to remove the rest of my genitals and I

15   want to acquire the genitals of a female and I now

16   want to be called a female name and I want to be

17   referred to as female and I want to be addressed and

18   present myself as female.

19            That is not -- that is not at all the

20   situation with these limited examples.

21       Q    Is that a component of the DSM-5 diagnosis

22   of gender dysphoria?

23       A    These people would be ruled out.  They would

24   not have gender dysphoria.

25            Now, let me give you a better example of

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              87

1    somebody that -- that I think makes more sense.

2              So if I'm treating a person for gender

3    dysphoria, the actual diagnosis of gender dysphoria,

4    and I ask them about their identity, because

5    transgender is not a diagnosis, and I say well, I'm

6    treating you for gender dysphoria, the real thing,

7    treating you for gender dysphoria, do you identify as

8    transgender?

9              Not uncommonly somebody would say no, I

10   don't identify as transgender, I'm a woman, and you're

11   just confirming that by treating me with hormones and

12   later referring me for surgery.

13             So the outside world would consider that

14   patient to be transgender, but if you asked the

15   person, they may say, I'm not transgender, I'm just a

16   man, or I'm just a woman, and I want to be treated

17   just like any other man or any other woman.

18        Q    Do you agree that the hypothetical cases

19   that are described in this footnote could result in

20   clinically significant distress?

21             MR. REDBURN:  Objection to form.

22        A    I think that the cases described in these

23   examples could result in clinically significant

24   distress that have absolutely nothing to do with

25   gender dysphoria, the diagnosis.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                88

1        Q     Okay.  Are you aware of co-morbidities
2   associated with gender dysphoria in adults?
3        A     Particularly gender dysphoria that goes
4   untreated.
5        Q     What are those --
6        A     Well --
7        Q     -- co-morbidities?
8        A     There are a variety of co-morbidities
9   associated with untreated gender dysphoria that I and
10  others have written about, to include symptoms of or
11  diagnoses of depression, anxiety, post-traumatic
12  stress disorder -- actually, traumatic -- we call it
13  traumatic brain injury was associated with untreated
14  gender dysphoria, largely because transgender troops
15  in the past in particular tended to volunteer for some
16  of the more risky and more physically dangerous
17  aspects of military service and were more likely to be
18  exposed to traumatic brain injury as a result.
19             So there are a variety of potential
20  co-morbidities.  Again, mostly associated with either
21  undertreated or untreated gender dysphoria, the
22  diagnosis.
23        Q     Are you able to provide any estimate of the
24  proportion of patients that you've seen that have
25  DSM-5 gender dysphoria or its predecessor, GID, that

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                         89

1    also had coexisting mental health problems?

2              MR. REDBURN:  Objection to form.

3        A    So again, it depends on whether you're

4    talking about an untreated population or whether

5    you're talking about people that I and/or others on my

6    team treated and then -- and then you ask that

7    question post treatment.  It would be a very different

8    answer.

9        Q    So can we begin with pretreatment?

10       A    Pretreatment, really the best answer to that

11   is present in the studies that I've published with

12   veterans.  I'm giving you what amounts to pretreatment

13   estimates, but -- because virtually all of those

14   veterans were untreated for gender dysphoria, and

15   that's listed in some detail in those publications.

16             So instead of hazarding a guess, I'll just

17   refer you to the Brown and Jones paper regarding 5,135

18   veterans which, at the time of publication, was the

19   largest publication on transgender healthcare ever

20   done in the world.

21             And we -- we also have recent updates in

22   that, that are under development right now, with close

23   to 10,000 veterans.

24       Q    And are you able to estimate the proportion

25   of patients with coexisting mental health problems

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                90

1    after treatment for gender dysphoria?

2             MR. REDBURN:  Objection to form.

3       A    So in my clinical experience, after

4    treatment, patients who previously had anxiety or

5    depression or, in some cases, suicidal ideation

6    experienced with -- after appropriate diagnosis and

7    management following well accepted and longstanding

8    standards of care, that those things tended to resolve

9    in most all of the patients.

10            Post-traumatic stress disorder is a

11   difficult thing to treat, whether you're a cisgender

12   troop or whether you're a transgender troop.

13            So resolution of PTSD has tended to be

14   tricky in both of those populations.

15      Q    By "resolve," do you mean that the symptoms

16   of those coexisting mental health problems were

17   eliminated?

18      A    Right.  So we're talking about either

19   distress or impairment for -- at all times for all

20   psychiatric diagnoses.  So they could still have --

21   for example, they could still have a diagnosis of

22   PTSD, have no impairment from their PTSD, but still

23   experience some distress about having a nightmare once

24   a week, for example, but have that in no way impair

25   their ability to do whatever job they are doing,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    91

1    whether that was as an active duty person or as a

2    civilian.

3        Q    Do you agree that a diagnosis of gender

4    dysphoria can cause symptoms -- well, that the

5    condition of gender dysphoria that merits a diagnosis,

6    that that condition can cause symptoms of anxiety and

7    depression?

8            MR. REDBURN:  Objection to form.

9        A    Again, we're talking about the distinction

10   between sadness or nervousness and a diagnosis of an

11   anxiety disorder or a depressive disorder.  So

12   universal human experiences include nervousness and

13   sadness.  All right.

14           So it's on a continuum where there are no

15   bright lines to go from sadness to feelings of

16   depression to a diagnosis of depression.  Likewise for

17   anxiety.

18           So do people with gender dysphoria have the

19   human experience of anxiety or human experience of

20   sadness, yes, they do.

21       Q    How does one treat gender dysphoria?

22       A    Well, there are a variety of treatments

23   available.  Much of this is described in Version 7 of

24   the WPATH standards of care that has been out for a

25   number of years.  Currently working on Version 8.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              92

1    That describes many of these treatments.

2              Much depends -- it's an individualized

3    assessment.  So in the case of the military, it would

4    be a Medical Treatment Plan, or MTP, that determines

5    once the diagnosis has been made what might be

6    necessary for this given individual at this given

7    point in their lives.

8              So those things may include psychotherapy,

9    they may include cross-sex hormones, they may include

10   surgical interventions, they may include voice

11   therapy, voice interventions.  They may include legal

12   interventions, like name changes, document changes,

13   passport changes and the like.

14             They may include electrolysis of one or more

15   parts of the body.  They may involve social

16   transition.  Separate issue from medical transition.

17             So it's an individualized Medical Treatment

18   Plan, as described in DOD, analogous to in a VA or

19   civilian setting where you individualize the care for

20   that individual based on the type and severity of

21   symptoms they have given the diagnosis.

22             MR. POWERS:  I think it makes sense to stop

23   now for lunch.  I'm going to be kind of going in a

24   different direction, so why don't we -- why don't we

25   break now.  Can we be back here at 1:00 Eastern?  Does

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    93

1    that work for you, Dr. Brown?

2            THE WITNESS:  Yes, it does.

3            MR. POWERS:  Okay.  We'll plan on that.  And

4    that works for Plaintiffs' counsel?

5            MR. REDBURN:  Yeah, that's fine.

6            MR. POWERS:  Okay.

7            (A recess was taken at 11:52 a.m.)

8              AFTERNOON SESSION (1:01 p.m.)

9    BY MR. POWERS:

10       Q    Dr. Brown, you just noted to me that you

11   wanted to update an item that you previously testified

12   about.  Could you elaborate on that?

13       A    Yes.  You had asked me whether my March 2020

14   list of forensic psychiatric activities on my CV was

15   current and up to date and although I replied yes to

16   that, there was actually a case that the U.S.

17   Government has hired me to do -- has engaged me to do

18   that I neglected to include, largely because I haven't

19   actually done any work on the case yet.

20            But I did -- I did review that this case

21   should be added to the list because I have been

22   engaged.  And the case is U.S. vs. Anthony Eugene

23   Long, Docket 06492:19CR00030-001.

24       Q    What are those last digits after the CR?

25       A    00030-001.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                        94

```
1        Q    Where is this pending?

2        A    I think Greenville, Tennessee, but I'm

3   actually not sure because the office -- the Federal

4   agency is in Greenville, but I don't know if that

5   means that's where the case is.

6             Again, I haven't had any chance to review

7   any information about this case specifically yet.

8        Q    Do you know anything generally about what

9   the case is about?

10       A    Yes, it involves an inmate with gender

11  dysphoria, and I don't know all of the additional

12  details regarding it at this point.

13       Q    Got it.  Okay.

14            So when we broke previously we were

15  discussing treatment for gender dysphoria, and I

16  believe you testified to the variety of treatments

17  that are available.

18            Can you provide an estimate of how long

19  treatment for gender dysphoria takes?

20            MR. REDBURN:  Objection to form.

21       A    Again, it's an individualized Medical

22  Treatment Plan.  It depends on what the person needs,

23  and it can range, you know, from weeks to months, and

24  in some cases to years, depending on the individual,

25  what the requirements are, and the severity of the
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    95

1   diagnosis.

2        Q    Are some -- I think you described that there

3   are different kinds of treatments.

4             Are some forms of treatment inadequate to

5   relieve the clinically significant distress a person

6   might be feeling?

7             MR. REDBURN:  Objection to form.

8        A    Since there are -- there's a long list of

9   potential treatments, it's possible that any

10  individual treatment or sequence of treatments may be

11  inadequate for a given individual with gender

12  dysphoria.

13       Q    So to be more specific about it, if, for

14  example, you are treating a patient who was receiving

15  cross-sex hormone therapy and their clinically

16  significant distress remains, would you then advise

17  that the person potentially pursue surgical treatment?

18       A    That would again depend on the individual.

19  It could be -- I'd have to know what their social

20  transition situation is, their -- other aspects of

21  their medical care and their -- and if they're

22  receiving any mental healthcare, which is not

23  mandatory or required, but they may be receiving.  I'd

24  have to assess the whole situation.

25       Q    Do persons -- do you ever prescribe or

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    96

1    advise that a person receive surgical treatment where

2    cross-sex hormone therapy has been adequate to resolve

3    their distress?

4         A    Well, just as a -- as a matter of clinical

5    practice physicians, including psychiatrists, don't

6    prescribe sex reassignment surgery or gender

7    confirmation surgery, to use a more appropriate term.

8         Q    So what would you see your role as in regard

9    to gender confirmation surgery?

10        A    So my role would be to -- if I were running

11   the Medical Treatment Plan for an individual, say in

12   the scenario, my role is to help that person live

13   comfortably and in the gender identity that they have,

14   just like with any other person.

15             So being transgender is not just an

16   identity, it also directly means that a person wants

17   to live in their gender identity just like cis people

18   do.

19             So I would look for what treatments and

20   social transition issues may be relevant to this

21   individual on their journey.

22             So at a given point in time it could be that

23   this is where they are and this is the plan and then

24   you follow that patient and you find out what the

25   results of treatment are, just as you would with any

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                        97

1     other condition, mental health or otherwise.

2              And in some situations, in collaboration

3     with the patient, a discussion is held regarding

4     certain potential surgical interventions.

5              A discussion is held about those

6     interventions, what they might be, since there are a

7     variety of surgical interventions, not just genital,

8     there are others as well, and then making a

9     collaborative decision about whether one or more of

10    those things may be appropriate at that point in that

11    person's journey and taking into account the

12    appropriate standards of care and the wait periods

13    involved for some of those surgeries.

14        Q    So if you were treating someone in relation

15    to their transition, what would be the proper

16    terminology?  Would you -- would you advise regarding

17    whether they should pursue gender confirmation

18    surgery?

19        A    I could -- I could potentially concur with

20    somebody who feels that that's appropriate for them or

21    I may not concur.  I mean, it depends on the clinical

22    situation.

23             Then again, the process involves letters of

24    referral, second opinions, again following the

25    standards of care, as elucidated in Version 7 of the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              98

1    WPATH's standards of care.  Then communicate with the

2    surgeon, as appropriate, if it were to come to that.

3         Q    Is surgery, in your judgment, only advisable

4    where other methods of treatment have been

5    unsuccessful in alleviating stress?

6              MR. REDBURN:  Objection to form.

7         A    Well, first of all, the vast majority of

8    patients with the diagnosis of gender dysphoria do not

9    go on to have gender -- confirmation genital surgery.

10   So I just want to state that first and foremost.

11             There are patients in that remaining

12   minority of transgender people who have gender

13   dysphoria whose -- who do not reach an ability to live

14   comfortably in their gender without having access to

15   one or more surgical interventions after they've had

16   other treatments prior to that.  But it is definitely

17   the minority.

18        Q    And so as to those persons that are unable

19   to live comfortably prior to surgical intervention, is

20   there a scenario where sort of a series of different

21   surgical interventions may need to be contemplated

22   over a period of time?

23             MR. REDBURN:  Objection to form.

24        A    So there are -- there are more -- there's

25   more than one potential surgical intervention

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    99

1    depending on whether transition is from birth sex male

2    or birth sex female.

3        Q    So I guess if we could sort of -- I --

4    I'll -- I'll be more specific about it.

5            So if we're talking about a trans woman,

6    birth sex male, and let's say that you advised that

7    the person did in fact receive treatment for a chest

8    surgery, would you potentially advise further surgical

9    interventions if the distress had not yet been

10   alleviated by that first surgery?

11           MR. REDBURN:  Objection to the form.

12       A    So the way I hear the question is, is it

13   possible that Medical Treatment Plans can evolve with

14   the clinic needs of a patient over time.  And the

15   answer to that is yes.

16       Q    Okay.  Is there a way to forecast in advance

17   with any particular patient which -- which of the

18   various treatments available -- available to relieve

19   their distress they may need?

20       A    Not only is there no way to accurately

21   predict that in advance, patients themselves are also

22   a poor predictor of that.

23           So many patients will come to their first

24   session and say well, I need all of these treatments,

25   based on what limited information they may have about

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                           100

1    themselves and their condition and, in fact, may not

2    need many of those things at all.

3        Q    Okay.

4            MR. POWERS:  Can we, Mr. Long, turn back to

5    Exhibit 1.

6            (Exhibit 1 displayed.)

7        Q    And I'm going to take us down to page --

8    let's see here -- page 8 of this document, which just

9    as a reminder, is a document which is the revised

10   expert report Dr. Brown in this docketed case.

11           I go to page 8 of this document, scrolling

12   down to paragraph 24.

13           States:  "There is a wide range of treatment

14   plans for individuals who with symptoms of gender

15   dysphoria.  For example, some patients need

16   psychotherapy, hormone therapy, and surgical

17   intervention, while others need just a subset of the

18   available treatments.  Generally, hormonal and

19   surgical interventions are aimed at bringing a

20   person's body into conformity with their gender

21   identity."

22           Do you see that there, sir?

23       A    I do.

24       Q    And so by -- in the second sentence there,

25   where you describe someone needing these various

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          101

1    therapies, by "need," are you referring to that they

2    would need these therapies to relieve clinically

3    significant distress?

4         A    Right.  And by -- by "need," by extension,

5    I'm also meaning medically -- medically necessary

6    psychotherapy, hormone therapy, or surgical

7    interventions to enable them to live in their self --

8    in their identified gender.

9         Q    Do you have experience with any individuals

10   for whom these various treatment methodologies are

11   inadequate to relieve clinically significant distress?

12            MR. REDBURN:  Objection to the form.

13        A    So I'm not sure I follow the question.  So

14   are you asking me about any specific one of the whole

15   panoply of treatments or all the possible treatments

16   together?

17        Q    Right, my question relates to the idea or to

18   the scenario where a person presents with DSM-5 gender

19   dysphoria and one were to pursue the panoply of

20   available treatment methodologies for gender dysphoria

21   and, nonetheless, the person continues to experience

22   clinically significant distress, are you aware of such

23   a person or such a category of person?

24            MR. REDBURN:  Objection to form.

25        A    Well, I guess I can just go based on my

1    decades of clinical experience with this, working on

2    individualized Medical Treatment Plans, following the

3    WPATH standards of care that have been in existence

4    since 1998 -- I mean 1979, I'm sorry -- I've been

5    involved with them since 1998 as an author -- that I

6    can't recall a patient that made it through their

7    individualized Medical Treatment Plan that did not

8    experience alleviation of clinically significant

9    distress.

10       Q    By -- when you say "made it through their

11   treatment plan," did you have -- have you experienced

12   any issues with people dropping out of treatment for

13   any reason?

14       A    Well, patients move, for example,

15   geographically move, and then I do the best I can to

16   make a referral for them to continue their treatment

17   with another clinician.

18            But again, thinking about individual

19   patients that I've taken care of, either they stick

20   with me and our team or they move and I help them get

21   referral.

22            That pretty much covers certainly the

23   majority of patients I've seen.

24       Q    I'm interested in talking about whether

25   forms of treatment ever become inadequate over time,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                           103

1   and so I think I'll ask it in this way as a specific

2   example.

3            In your experience, is it ever the case that

4   a hormone regimen that a person is prescribed with

5   succeeds for a period in eliminating distress but

6   after a period of time the distress returns and

7   further, you know, treatments may be necessary?

8            MR. REDBURN:  Objection to form.

9       A    Again, I feel that Medical Treatment Plans

10  evolve as patients move through life.  Yes, that's

11  true for medical and mental health conditions other

12  than gender dysphoria, and I have seen it also with

13  gender dysphoria.  So not unlike other conditions that

14  I treat.

15      Q    So --

16      A    And that's part of the process of evolving

17  through life.

18      Q    Is it possible that an individual who has --

19  who is in sort of a stable state in regard to gender

20  dysphoria will fall out of that, for whatever reason,

21  and further treatments may be necessary?

22      A    I'm having trouble with the terminology of

23  "falling out."

24      Q    Rather than saying "falling out," I'll just

25  say "clinically significant distress returns."

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          104

1           MR. REDBURN:  Objection to form.

2      A    So you're asking me whether that's possible

3  or whether I've seen that?

4      Q    Well, let's begin with whether you've seen

5  it.

6      A    Yes, I can think of a couple of patients

7  like that over time.

8      Q    Okay.

9      A    And -- which necessitated revisiting their

10 Medical Treatment Plan and revising it appropriately

11 and moving forward.

12     Q    Can a person be cured of gender dysphoria?

13 And this is as the DSM-5 defines that term.

14     A    Yes.

15     Q    What do you mean by "cured"?

16     A    Well, if one refers to the standard

17 definitions of "cure," that means the absence of the

18 diagnosis for a specified period of time.

19          So depends on which condition you're looking

20 at.  So, for example, if one has a certain type of

21 cancer, remission may apply for the first number of

22 years after they've had, say, a surgical, maybe

23 chemotherapeutic intervention, and then at a certain

24 point in time, sometimes at the five-year mark, for

25 example, as a common endpoint, or sometimes 10 years,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    105

1    then that person is considered cured if they have

2    absolutely no evidence of that cancer or any residual

3    of that diagnosis, then they're considered cured.

4            So likewise for other diagnoses, including

5    gender dysphoria.

6            If a person has the diagnosis, they're

7    treated for the symptoms that they had, and they go

8    years without recurrence of that diagnosis or need for

9    additional treatments beyond what they've received

10   through their Medical Treatment Plan, then I think by

11   any modern definition of the word "cure," they would

12   reach that definition.

13       Q    What period of time without a recurrence of

14   symptoms do you believe that would need to elapse

15   before a person previously diagnosed with gender

16   dysphoria can be considered cured?

17           MR. REDBURN:  Objection to the form.

18       A    Well, there are no data on that.  So unlike

19   some of the literature on cancer where specific

20   endpoints have been decided upon by clinical

21   consensus, there is not a consensus on the answer of

22   what specific time frame going forward.

23       Q    But would you agree that it is possible that

24   a person can reach a state of not suffering clinically

25   significant distress, but can suffer a recurrence of

1    those symptoms due to gender dysphoria?

2         A    Right.  So when someone gets put on a

3    treatment plan, sometimes their clinically significant

4    distress becomes not clinically significant distress

5    fairly quickly.

6             I've even seen it occur in a matter of days,

7    partly because of the fact that once people get a

8    diagnosis and they realize that they're -- there's a

9    way forward, that there are treatments involved -- and

10   not everybody even knows that there are treatments

11   available or that they're considered effective and

12   safe moving forward -- that just having that

13   psychoeducation, if you will, on your condition and

14   having a Medical Treatment Plan, sometimes their

15   distress goes down before any of the treatments could

16   have any actual other specific benefits.

17            So I've seen that happen, not infrequently.

18        Q    And -- but I think you testified previously

19   that you're aware of at least a couple of examples of

20   patients that were receiving treatment, where the

21   treatment was adequate for a period, but where at some

22   point in time it became inadequate and further

23   treatment needed to be revisited; is that right?

24        A    Yes, there are some patients like that.

25   Minority, but it does happen.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                         107

1      Q    Okay.  Would you consider that to be a

2  recurrence of symptoms associated with gender

3  dysphoria?

4      A    Yes, if they went from a point where they --

5  so they have the diagnosis of gender dysphoria post

6  transition, which means they don't have to have any

7  distress or any duty impairments whatsoever, but still

8  retain the diagnosis for purposes of continued access

9  to medical care, if they went from that to having a

10  recurrence of clinically significant distress, then

11  that would be a recurrence.

12      Q    Do you have any sense of the percentage of

13  persons treated for DSM-5 gender dysphoria that

14  exhibit the characteristic of having a recurrence of

15  symptoms?

16           MR. REDBURN:  Objection to form.

17      A    Well, first of all, I know that there is

18  no -- there is no literature that will answer that

19  specific question, because you would have to define

20  this population of people who are essentially without

21  symptoms and then follow them forward for whatever

22  period of time one wishes to, and that's not been --

23  it's not really doable, nor has it been done, so there

24  isn't actually an answer to that question.

25      Q    Okay.

1          MR. POWERS:  Let's pull up another document.

2    Can we pull the document marked E, as in Edward,

3    underscore DSM-5.

4          (Exhibit 8 was marked for identification and

5    is attached to the transcript.)

6          (Exhibit 8 displayed.)

7          (Discussion off the record with the AV

8    Technician.)

9    BY MR. POWERS:

10     Q    So marking this document Exhibit 8 to the

11   deposition, and the title page here states,

12   "Diagnostic and Statistical Manual of Mental Disorders

13   Fifth Edition DSM-5."

14          Do you see that there, Dr. Brown?

15     A    Yes, I do.

16     Q    This is an excerpt of -- you see it on the

17   next page.  It's copyrighted in 2013 from the APA.

18   This is an excerpt of the DSM-5, and I am showing you

19   the section of the DSM-5 on gender dysphoria and

20   specifically -- let me see where I'd like to point you

21   to.

22          This is a version of the DSM-5 that was

23   included in the administrative record of these four

24   cases, Doe, Karnoski, Stone and Stockman.

25          Have you reviewed this excerpt of the DSM-5,

1    Dr. Brown?

2        A    Yes, I have.

3        Q    So we're going to go to the page with Bates

4    label 204 on the end.  This is AR 204.  And we're

5    going to look at the section on "Associated Features

6    Supporting Diagnosis," and the last sentence under

7    that section states:

8             "After gender reassignment, adjustment may

9    vary, and suicide risk may persist."

10            Do you see that statement there, Dr. Brown?

11       A    Yes, I do.

12       Q    Do you agree that this statement indicates

13   that even after transition, individuals may still have

14   suicidal ideation?

15       A    Yes, but the sentence is not to be taken in

16   isolation.  So there are patients who have received,

17   in their words, gender reassignment -- and I would

18   call it confirmation -- gender confirmation surgery --

19   who may have other co-morbid diagnoses, as we've

20   previously discussed.  And there's nothing about the

21   surgery that necessarily cures or -- or radically

22   improves a separate diagnosis.

23            So another way of saying that is, smoking is

24   much -- is a much higher likelihood in both sexual and

25   gender minority people, and if you get treatment for

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          110

1    this condition, it has no impact whatsoever on

2    smoking.

3           So the sentence is to be understood in the

4    context of the rest of DSM 5 and the rest of what is

5    going on with an individual patient.

6           So there's nothing specific about the

7    diagnosis of gender dysphoria that causes suicide risk

8    to persist after treatment.

9       Q    What is your basis for sort of

10   disassociating the problem of suicidal ideation from

11   the gender dysphoria?

12          MR. REDBURN:  Objection to form.

13      A    Well, my -- my basis is, number one, I've

14   seen -- seen or worked with or reviewed records of

15   over 6 or 7,000 people with gender dysphoria.

16          I've treated people longitudinally for as

17   long as 15 to 20 years, longitudinally from start to

18   finish over time, who had not just gender dysphoria

19   but associated conditions like in a military

20   population, post-traumatic stress disorder.

21          And not surprisingly, when they got surgery,

22   or part of their treatment plan for gender dysphoria,

23   it had no bearing whatsoever on their post-traumatic

24   stress disorder which they still had before surgery

25   and they still had after surgery.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    111

1          And as part of their post-traumatic stress

2    disorder, they may in fact have suicidality.  They may

3    have night terrors, they may have depressed mood

4    completely unrelated to their gender dysphoria.

5          So it's a combination of what I've done

6    clinically and what I've done and published in

7    research that enables me to make that statement.

8      Q    Could the continued suicidality of the kind

9    of person that you just described also be due to

10   continuing distress associated with the condition of

11   gender dysphoria?

12         MR. REDBURN:  Objection to form.

13     A    So are you asking me does somebody who has

14   suicidal ideation before surgery and may have suicidal

15   ideation after surgery, can that be specifically

16   linked to their gender dysphoria?

17     Q    Right.  I guess I'm imagining a scenario

18   where a person's suicidal ideation before treatment

19   arises from their gender dysphoria, they receive

20   treatment, afterwards they continue to have suicidal

21   ideation.

22         Are you -- could that continued suicidal

23   ideation be the result of gender dysphoria regardless

24   of the fact that they have now received treatment?

25         MR. REDBURN:  Objection to form.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    112

1        A    In my experience, people who have suicidal

2    ideation prior to initiation of their Medical

3    Treatment Plan for gender dysphoria at the end of the

4    resolution of their suicidal ideation at some point

5    along the way in their treatment plan, including with

6    psychotherapy alone, with psychotherapy plus hormones,

7    hormones alone, and sometimes with surgery, I mean

8    it's really been quite impressive the resolution that

9    I've seen clinically.

10              But if you're asking can I imagine a case

11   where is it possible that that could happen in a

12   patient with gender dysphoria?  Sure, in medicine

13   anything is possible.

14       Q    And I guess that would be -- what I'm

15   wondering about is particular circumstances that

16   you've encountered of a person who continues to have

17   suicidal ideation or continues to have depression

18   after treatment for gender dysphoria, did they always

19   have coexisting mental health conditions prior to

20   their treatment for gender dysphoria?

21              MR. REDBURN:  Objection to form.

22       A    That's been my clinical experience.

23       Q    And were those coexisting mental health

24   conditions themselves the result of gender dysphoria?

25       A    No.  No, I think the example I -- that I

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    113

1  used earlier is not even hypothetical, it's a common

2  scenario in military context, with post-traumatic

3  stress disorder.

4              MR. POWERS:  Daniel, can we pull up -- I --

5  did you receive -- one of my colleagues sent --

6  submitted a couple of documents over the lunch break.

7  Have you all received those?

8              (Discussion off the record with the AV

9  Technician.)

10 BY MR. POWERS:

11    Q    And is it fair to say that it is not

12 possible to forecast, before treatment starts, the

13 amount of time that will be required before a

14 person -- before a person's going through significant

15 stress is relieved in any given case?

16             MR. REDBURN:  Objection to form.

17    A    That's reasonable.

18    Q    Okay.  If a person is no longer experiencing

19 distress following gender transition, is it possible

20 that they will, nevertheless, continue to require

21 treatment?

22    A    Well, the reason for the DSM-5 diagnosis of

23 gender dysphoria with a post transition modifier is to

24 enable access to continuing treatment, particularly

25 with hormones.  Because in our medical care system,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          114

1    military or otherwise, if you don't have a diagnosis,

2    you don't get treatment.  So that's why -- that's why

3    that modifier is there.

4            So even in the absence of distress or any

5    type of impairment, a person retains the diagnosis at

6    the post transition mode to enable continuing access

7    to their maintenance hormones, just as you would

8    with -- with hypothyroidism, you get diagnosed with

9    hypothyroidism, but you have no laboratory evidence of

10   hypothyroidism for the last 10 years but, nonetheless,

11   you still have the diagnosis to enable you to continue

12   to get thyroid medication.

13       Q    Got it.

14           In your experience, how long does a person,

15   you know, who has been treated for gender dysphoria

16   with cross-sex hormone therapy, for how long do they

17   need to continue receiving any kind of hormone

18   therapy?

19       A    So for birth sex males, the duration could

20   be the rest of their life, but they tend to get lower

21   doses.

22           If they were to have surgery, for example,

23   with removal of sources of testosterone, then they

24   would halve the dose in general, but in general, to

25   maintain bone health and secondary sexual

1    characteristics, they would need to be on some level

2    of estrogen therapy for the rest of their life.

3           For birth sex females, they may need to be

4    on -- once they've transitioned as trans men, they may

5    need to be on some level of testosterone for the same

6    reasons.

7        Q    Okay.

8           MR. POWERS:  Let me go grab one thing.

9           If we could pull up a document -- this one

10   is -- I believe it is G underscore.  G, as in George,

11   underscore.

12          THE TECHNICIAN:  Stand by.

13          MR. POWERS:  This is the wrong one, sorry.

14   G, as in George.  This is J.

15          Right.  Thank you.

16          (Exhibit 9 was marked for identification and

17   was attached to the transcript.)

18          (Exhibit 9 displayed.)

19   BY MR. POWERS:

20       Q    So this is what I've marked as Exhibit 9.

21   The document is titled "expert report of George R.

22   Brown, MD, DFAPA," in a case captioned Reiyn Keohane

23   vs. Julie Jones, which was in the Northern District of

24   Florida.

25          Dr. Brown, do you remember providing an

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                     116

1    expert report in this case?

2        A    Yes.

3             And it's pronounced rain, like rain.

4        Q    Thank you for that.

5             Okay.  And just find the correct page.  This

6    is the 29th page of the document.

7             Is that your signature?

8        A    Yes, it is.

9        Q    Okay.  And it shows that the document was

10   executed January 13, 2017.

11            I want to discuss a couple of aspects of

12   this document with you.  And I'd like to start with

13   page 27 of the document.  Actually, skip that.  Let's

14   go to page 23.

15            All right.  So this is page 23 of the

16   Reiyn Keohane expert report, and I want to direct your

17   attention to a sentence here near the top of the page.

18   I will read just this paragraph, this top paragraph on

19   page 23.

20            It says, "After she commenced this

21   litigation, RK gained access to medically necessary

22   CSH, which was substantially delayed (by about 2

23   years) but not before RK was forced to go through an

24   acute, abrupt cessation of CSH in the Lee County Jail

25   in September-October, 2013.  Abrupt cessation of CSH

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          117

1    in persons with GD is often associated with negative

2    medical and psychiatric consequences and suffering, to

3    include rapid increases in gender dysphoria symptoms,

4    vasomotor instability, depressed and irritable mood,

5    and the potential for both suicidality and

6    autocastration."

7            Do you recall making statements like that,

8    Dr. Brown?

9        A    Yes, as applied to a prisoner/inmate

10   context, certainly.

11       Q    Do you agree with the -- continue to agree

12   with the statement regarding abrupt cessation of

13   cross-sex hormones and the potential consequences of

14   that?

15           MR. REDBURN:  Objection to form.

16       A    What I would -- what I would agree with is

17   that the context of a prisoner being held for an

18   indefinite period of time in an incarceration

19   environment where there wasn't any treatment plan and

20   was blocked from access to even the most basic element

21   of social transitioning.

22           If you take the rest of this document that

23   I'm not seeing, and you'll see that clearly that

24   Reiyn Keohane was not even allowed to grow her hair

25   beyond a military length haircut that, in those

1    circumstances, which are quite unlike circumstances

2    that would apply in any non-prison environment,

3    including a military context, that the consequences of

4    delayed treatment or cessation of treatment without a

5    comprehensive Medical Treatment Plan would be quite

6    different.

7          The other thing I would add is that

8    individuals who have made it to the military out of

9    the universe of people who identify as transgender and

10   also a diagnosis of gender dysphoria at that point in

11   their life, are a highly screened population of

12   people.  They're -- they're not necessarily even

13   representative of all patients with gender dysphoria.

14          And if they're already in service and -- and

15   they've made it through all the accession screenings,

16   retention screenings, and in many cases deployment

17   screenings that are applied both at the service level

18   and at combat and command level, that this is a highly

19   select group of people who are able to delay

20   gratification of a whole variety of things in their

21   life and would not apply in the same way as to a

22   prisoner population such as I just described.

23        Q    If the average person was forced to have an

24   abrupt cessation of cross-sex therapy, do you agree

25   that that person would suffer negative medical and

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              119

1    psychiatric consequences?

2              MR. REDBURN:  Objection to form.

3        A    No, I would not agree.

4        Q    And why not?

5        A    That hasn't been my clinical experience at

6    all.  It can occur in some individuals.  And in the

7    people that I've seen it most commonly occurring are

8    people who don't have a Medical Treatment Plan that's

9    comprehensive, who are in incarcerated environments

10   where all manner of things happen psychiatrically and

11   behaviorally that are unlike what happens in the free

12   world, and I would include the military context under

13   the rubric of free world because it's not an

14   incarceration environment.

15             So no, I would not agree with your

16   statement.

17       Q    What sort of things happen in the prison

18   context that contribute to what you are -- to the kind

19   of negative consequences that you're describing?

20       A    Well, there are so many.  Let's start with

21   no dignity and no respect whatsoever for these

22   individuals and being physically attacked by guards,

23   well documented, seen it happen.

24             Let's talk about no access to a

25   comprehensive Medical Treatment Plan, let's talk about

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    120

1     no access to any type of social transition support in

2     this case.  If we read this whole case, this case is

3     about access to the very basic undergarments for a

4     trans woman being at issue.  And -- as well as

5     standards of grooming.

6             So in those contexts it's a dramatically

7     different context than you find anywhere else than in

8     prisons.

9        Q    I think you reference the issue of physical

10    violence from guards.

11            Do you agree with me that soldiers and

12    service members in deployed environments can sometimes

13    face physical violence from external forces?

14       A    I've had a number of cisgender women and

15    cisgender men who have suffered violence at the hands

16    of other service members as well as outside service

17    members in my clinical practice.

18       Q    Do you think that any analogy can be drawn

19    from the experience of prisoners that have faced

20    violence in prison and their reaction to that scenario

21    and service members who face violence, for example,

22    from an enemy force in the field?

23       A    I think it's -- there is really no

24    comparison here whatsoever.  These people are in an

25    8 by 10 or 6 by 9 cage, they can't go anywhere, and

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    121

```
1   they're -- there is no comparison.  Not even to a

2   combat environment.

3        Q    But I guess in terms of the experience of

4   prisoners that you have evaluated, has it been your

5   observation that negative symptoms associated with

6   gender dysphoria are responsive to the environment

7   that the person is in?

8            MR. REDBURN:  Objection to form.

9        A    I would say that that's only one variable.

10  Having access to a Medical Treatment Plan and -- and

11  having the ability to have that Medical Treatment Plan

12  move forward, along with the ability to transition and

13  live in -- in the desired gender, which is true for

14  all human beings, that's really a major context.

15           The only way that I can even remotely

16  compare the prison environment to anything related to

17  the military environment is if you're a prisoner of

18  war in a hostile country.  That would be the only

19  relevant comparison I could possibly make.

20           MR. REDBURN:  Hey, Jim, if you're going on

21  to something else -- I'm getting interrupted over here

22  with something.  Do you mind -- I know it's a little

23  early, but do you mind if we take a short break?

24           MR. POWERS:  Sure, that's fine.

25           MR. REDBURN:  I appreciate it.
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    122

```
1              MR. POWERS:  How about 10 minutes or so?

2              MR. REDBURN:  Yeah, that's fine.

3              (A recess was taken at 1:52 p.m.)

4              (Back on the record at 2:06 p.m.)

5              MR. POWERS:  Okay, let's get started.

6              Could -- Daniel, could you bring up the

7     document entitled I underscore Tucker.

8              THE TECHNICIAN:  Stand by.

9              (Exhibit 10 was marked for identification

10    and is attached to the transcript.)

11             (Exhibit 10 displayed.)

12    BY MR. POWERS:

13        Q    I'm marking this document as Exhibit 10.

14    It's an article titled "Hormone therapy, gender

15    affirmation surgery and their association with recent

16    suicidal ideation and depression symptoms in

17    transgender veterans," authored by a number of

18    individuals, including lead author, Raymond P. Tucker.

19             Have you reviewed this article before,

20    Dr. Brown?

21        A    Yes, I have.  It hasn't been recent, but I

22    have reviewed it.

23        Q    Okay.  Do you recall citing this article in

24    your October 2019 Stockman expert report?

25        A    I believe I did, yes.
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    123

1        Q    Okay.  Let's go to page -- well, first of

2   all, let's begin with, do you recall that the article

3   states in its Abstract, the Methods section, that,

4   "This study included a cross-sectional, national

5   sample of 206 self-identified transgender veterans.

6   They self-reported basic demographics, TRMI history,

7   recent SI, and symptoms of depression through an

8   online survey."

9             Do you remember that -- if that was -- if

10  this is the study that is contemplated in this paper?

11       A    Yes.

12            MR. REDBURN:  Objection to form.

13       Q    And do you know the meaning of the acronym

14  "TRMI"?

15       A    I do not recall that.

16       Q    It states here in the article that -- it

17  says -- it's referring to transition-related medical

18  intervention.

19            If I use the "TRMI" as identified in the

20  article, do you understand that to mean

21  transition-related medical intervention?

22       A    I do.  And I would also add that that's not

23  a standard acronym.

24       Q    Sure.  It's not a gotcha question.

25            And then suicidal ideation -- when the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    124

1    article uses "SI," it's meaning to say suicidal

2    ideation; do you understand?

3         A    Yes, abbreviated by SI.

4         Q    Yes.

5              So if we could go in this article to page

6    2333.  And moving down to the Discussion section, the

7    authors write -- it's -- Dr. Brown, this is the start

8    of the last paragraph in the main text on page 2333.

9              Are you able to see the text?

10        A    Yes.

11        Q    Okay.  So it begins, "An unexpected finding

12   was demonstrated in the current study as those who had

13   undergone hormone therapy did not demonstrate less SI

14   as compared with those without a history of TRMI.  A

15   similar finding was seen when comparing those who had

16   undergone both hormone therapy and one surgical

17   procedure compared with those without a history of

18   TRMI."

19             Do you see all that there?

20        A    I do see it.

21        Q    Okay.  And then I'm going to move on to the

22   next page, continuation of the text.

23             "Previous work" was the prior two words in

24   the last -- previous page, and then on page 2334, the

25   article continues, "Previous work has suggested

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    125

1    reduced risk for SI in transgender adults who had

2    undergone hormone therapy alone as well as chest or

3    genital surgical alone" -- various citations.

4            It follows, "The discrepant findings in the

5    current study may in part be due to study limitations

6    noted below; however, these results may also suggest

7    that hormone intervention and noncomprehensive

8    surgical intervention are not sufficient to decrease

9    the risk of future SI in transgender veterans,

10   representing a potentially unique aspect of this

11   sample.  It is plausible that different cultural,

12   contextual and interpersonal factors exist that

13   moderate the effects of TRMIs on SI among transgender

14   veterans, as compared with transgender San Franciscans

15   and Canadians considered in prior studies" -- and

16   various citations.

17           It follows, "For example, transgender

18   veterans may have unique experiences, such as

19   membership in a masculinity-dominated culture, combat

20   exposure, and military minority stress, each of which

21   may influence both decisions to engage in TRMIs and

22   mental health outcomes."

23           Did you see all that information there?

24   A     I did.

25   Q     Were you aware of the, quote, unexpected

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          126

1    finding that was made in this study?

2              MR. REDBURN:  Object to form.

3       A    Well, first of all, let me say that this

4    relates to exactly what I was testifying to earlier

5    with, for example, post-traumatic stress disorder.  So

6    this is a group of people who are just being assessed

7    online.  So they're not being assessed for any

8    potential co-morbid psychiatric conditions that they

9    may have independent and separate from gender

10   dysphoria.

11             So we've already established that

12   post-traumatic stress disorder is a potential

13   co-morbid feature for both cisgender as well as

14   transgender troops.

15             So it really is not an unexpected finding to

16   me at all that if you take into consideration all of

17   the other modifiers, for example, the presence of

18   post-traumatic stress disorder -- and I use that as an

19   example, it could be other potential diagnoses

20   unrelated to gender dysphoria are present -- that

21   those in a small sample size like this may result in

22   this result, but it doesn't change the overarching

23   finding that people that get treated do better.  And

24   that's been my clinical experience as well.

25             People that get on a Medical Treatment Plan,

1    they get treated for their gender dysphoria, and maybe

2    if they have other co-occurring conditions, that those

3    conditions get treated, and often cases separately

4    from their gender dysphoria, but in conjunction with

5    contemporaneously, that those patients in the vast

6    majority of situations improve over a brief period of

7    time and continue to stay improved.

8         Q    Do you agree with the authors of this paper,

9    that it is plausible that different cultural,

10   contextual and interpersonal factors exist that

11   moderate the effects of TRMIs on suicidal ideation

12   among transgender veterans?

13            MR. REDBURN:  Objection to form.

14        A    That statement is made in the context of

15   comparing transgender veterans with San Franciscans

16   and Canadians and saying that the findings from one

17   study may not be generalizable to another because of

18   differences amongst these populations.

19        Q    Do you think that, as the authors posit

20   later in this paragraph, that transgender veterans may

21   be affected by membership in a masculinity-dominated

22   culture, combat exposure and military minority stress?

23            MR. REDBURN:  Objection to form.  Also

24   mischaracterizes the --

25        A    Yeah, I'm not clear on the question.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    128

1       Q    Well, I guess I'll just -- so the article
2  appears to speculate or posit that transgender
3  veterans may have unique experiences, such as
4  membership in a masculinity-dominated culture, combat
5  exposure and military minority stress, and it
6  hypothesizes that those factors could influence mental
7  health outcomes and -- including the decision to
8  engage in TRMIs.
9           And I'm wondering if you agree that -- that
10  those factors do have an effect on transgender
11  veterans.
12          MR. REDBURN:  Objection to form and
13  mischaracterizes the document.
14          You can go ahead, Doctor.
15      A    I agree with the statement that it says "may
16  have."  So it's a suggestion that -- that they may
17  have unique experiences.  And they also pointed out
18  that this particular sample was primarily male to
19  female individuals in the following sentence.
20      Q    Do you agree that the relative efficacy of
21  treatments for gender dysphoria can differ among
22  different populations based on the circumstances of
23  that population's existence?
24          MR. REDBURN:  Objection to form.
25      A    I just am not following that question, I'm

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              129

1    sorry.

2        Q    Well, I guess would you agree that, you

3    know, transgender or transition-related treatment

4    might have different levels of efficacy for

5    San Franciscans, Canadians, transgendered veterans,

6    et cetera, depending on the circumstances of each of

7    those groups' backgrounds and so on?

8            MR. REDBURN:  Objection.  Form.

9        A    No, I wouldn't -- I would not put it that

10   way.  I would say that the treatment of gender

11   dysphoria is as we previously stated, number one.

12           Number two, having a Medical Treatment Plan

13   that follows a well accepted decades -- decades-long

14   availability of applicable standards of care, that

15   they apply in a variety of contexts.

16           And I'm -- so I'm not agreeing with your --

17   with your proposition there.

18       Q    Do you understand the -- scratch that.

19           Going back to the first page of Exhibit 10,

20   are you familiar with the individuals that authored

21   this paper?

22       A    I have co-authored papers with at least

23   three of the authors on here.

24       Q    Do you know any of these individuals to bear

25   animus towards transgender persons?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          130

1        A    I don't -- I don't know them personally to
2    be able to respond to that on -- on all cases, so I
3    don't have any reason to believe that they do, nor do
4    I have knowledge that -- that they do.
5        Q    Okay.  Do you believe that this study's
6    investigation regarding -- or findings regarding
7    mental health outcomes among transgender veterans
8    warrants further study?
9            MR. REDBURN:  I'm sorry, can you read that
10   back, please.
11           (Pending question read.)
12           MR. REDBURN:  Objection to form.
13           MR. POWERS:  You can answer.
14       A    Well, metal health outcomes -- they only
15   have a few mental health outcomes, certainly not
16   comprehensive in terms of this survey.
17       Q    I guess another way of asking it, then,
18   would be, does the -- what the authors appear to deem
19   a different outcome or among transgender veterans as
20   compared to San Franciscans and Canadians, does that
21   warrant further study of the population of transgender
22   veterans and their mental health outcomes following
23   transition treatment?
24           MR. REDBURN:  Objection to form.
25   Mischaracterizes the document.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                131

1        A     I mean, the document doesn't state that it

2   has different conclusions.  There are -- there are

3   suggestions that there may be differences in the

4   populations.

5              So I mean, I think at the end of the day,

6   they're showing in this population of transgender

7   veterans that there were positive outcomes in terms of

8   suicidal ideation with treatment.  I mean, that's the

9   primary finding of this paper.

10       Q     Have you ever conducted a study concerning

11  the effects of transition treatment among veterans?

12       A     All of the studies that I've published

13  predominantly involved people -- almost always

14  veterans -- who had not been treated, because that was

15  the bulk of individuals available for study,

16  unfortunately.

17       Q     And so you haven't conducted a study

18  specifically regarding post-treatment active duty

19  service members as well?

20       A     That's correct, I have not.

21       Q     Have you ever conducted a study comparing a

22  cisgender control group -- the mental health outcomes

23  in a cisgender control group with persons diagnosed

24  with gender dysphoria after treatment?

25       A     I conducted one of the largest studies ever

1    published that was controlled with a cisgender control

2    group, but it was not after treatment, it was prior to

3    treatment.

4         Q    Do all transgender individuals seek to

5    transition genders, in your view?

6         A    All transgender individuals seek to live in

7    their identified gender just like cisgender people do.

8         Q    In Exhibit 10 I just want to go to page

9    2335.  It's right at the top of this page.  On the

10   left-hand column, the second line reads:

11           "Not all transgender individuals desire

12   TRMI" -- transition-related medical intervention --

13   "as previous online studies have demonstrated that

14   less than half of their study sample endorsed a desire

15   for TRMI."

16           Do you see that, sir?

17        A    I do.

18        Q    Do you agree that not all transgender

19   individuals desire transition-related medical

20   interventions?

21           MR. REDBURN:  Objection.  Form.

22        A    I would -- I would reiterate that all

23   transgender individuals seek to live their life in

24   their gender identity and that some of those

25   individuals seek out transition-related medical

1    interventions which, for the purposes of this, means

2    medications and surgery and/or surgeries.

3            I would also agree that there are some

4    people who, again, seeking to live in their gender

5    identity, whether they're cis or trans identified, do

6    not necessarily need to have access to hormones and

7    surgery to do that and may do so through a variety of

8    other means that we've discussed, including social

9    transition.

10            MR. POWERS:  Move to a different document.

11    Can you pull up the document that's titled K

12    underscore WPATH.

13            THE TECHNICIAN:  Stand by.

14            (Exhibit 11 was marked for identification

15    and is attached to the transcript.)

16            (Exhibit 11 displayed.)

17            MR. POWERS:  Let's see here.

18        Q    The document marked Exhibit 11, titled

19    "Standards of Care for the Health in Transsexual

20    Transgender, and Gender Nonconforming People, Version

21    7," lists a number of authors including Brown, G.R.

22            Dr. Brown, does that Brown, G.R., refer to

23    you?

24        A    Yes, it does.

25        Q    Do you recognize the standards of care here,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    134

1    at least this portion of the document that you see?

2        A    Yes.

3        Q    I've turned us to page 227 of the exhibit.

4    It's titled "Appendix C:  Summary of Criteria for

5    Hormone Therapy and Surgeries."

6            I want to ask you about some of these

7    criteria.  So if you'll see in the middle of the page

8    here there's a section headed "Criteria for

9    Feminizing/Masculinizing Hormone Therapy."

10           Do you see that there?

11       A    I do.

12       Q    The first criteria is, "Persistent,

13   well-documented gender dysphoria."

14           Do you see that?

15       A    Yes.

16       Q    Do you agree with that -- with the standard

17   of care that hormone therapy should only be prescribed

18   in -- following observation of persistent,

19   well-documented gender dysphoria?

20           MR. REDBURN:  Objection to form.

21       A    That's the currently existing criteria

22   amongst at least three others.

23       Q    Do you -- do you believe that -- do you ever

24   advise the provision of cross-sex hormone therapy in

25   the absence of persistent and well-documented gender

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                   135

1    dysphoria?

2         A    In my clinical experiences, to provide

3    hormones in situations where patients have presented

4    with meeting all of these criteria.

5         Q    Okay.  Can you conceive of a situation where

6    a person prescribed cross-sex hormone therapy in your

7    own practice had not -- did not meet the standard for

8    gender dysphoria under the DSM-5?

9              MR. REDBURN:  Objection to form.

10        A    Well, again, my practice goes back to DSM-3.

11   So from DSM-3 going forward, the patients that I have

12   treated have followed the standards of care as they

13   existed at the time.

14        Q    So if we -- I think at one point earlier we

15   talked about gender identity disorder being a similar

16   diagnosis to gender dysphoria.

17             If we talk about gender identity disorder

18   and gender dysphoria, do you have any experience of

19   prescribing cross-sex hormone therapy in the absence

20   of symptoms that meet the standard of gender dysphoria

21   or gender identity disorder?

22             MR. REDBURN:  Objection.  Form.

23        A    Or going -- or prior editions with diagnosis

24   of transsexualism.

25        Q    Sure.  Happy to incorporate that into the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                136

1    question.

2            So do you have any experience with -- where

3    you've prescribed cross-sex hormone therapy and a

4    patient did not, in your opinion, meet the criteria

5    for gender dysphoria or gender identity disorder or

6    transsexualism as that was defined in prior versions

7    in the DSM?

8            MR. REDBURN:  Objection to form.

9        A    My experience as a prescribing clinician is

10   to follow the standards of care as they existed at the

11   time.

12       Q    And under those -- when following those

13   standards of care, did you -- do you believe that it

14   is appropriate to prescribe cross-sex hormone therapy

15   in the absence -- in the absence of symptoms that

16   would meet the standard of those DSM conditions?

17           MR. REDBURN:  Objection to form.

18       A    I'm sorry, I feel like I've answered that

19   question three times.  Or at least twice.  But I'll

20   answer it again.

21           That my practice as a prescriber of

22   cross-sex hormone therapy is to follow the standards

23   of care as they exist at the time.  This happens to be

24   Version 7 and we're working on Version 8, which will

25   likely come out in a year, and we'll see what the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    137

1    standards of care are in Version 8.

2         Q    Do you understand that this first criterion,

3    persistent, well-documented gender dysphoria, do you

4    understand that to be a situation that would involve

5    clinically significant distress?

6         A    It may have clinically significant distress

7    or it may have impairment or it may have both.  But

8    the point of this is -- again, as an author -- one of

9    the authors of this document, I can speak to the

10   intent.

11             The intent of this is that we didn't think

12   it to be appropriate for somebody with one day or one

13   week of symptoms of gender dysphoria to be put on

14   cross-sex hormone treatment at that point in their

15   life because they don't have a persistence -- they

16   haven't demonstrated persistence, they haven't

17   demonstrated that it's well documented, and they --

18   even though they have the capacity of making sense,

19   that they're at the age of majority, et cetera, that

20   it may not be appropriate for that person at that

21   point.  That's really the intent here.

22        Q    So could you imagine a scenario where a

23   person could rightly be diagnosed with gender

24   dysphoria under DSM-5, but following the WPATH

25   standards of care you would not prescribe cross-sex

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                138

1    hormone therapy until there had been a demonstration

2    of a persistent, well-documented pattern of gender

3    dysphoria?

4        A    Well, you're presenting a hypothetical that

5    doesn't make any sense, because DSM-5 has already

6    defined persistence as six months or more.  The

7    question makes no sense.

8        Q    Let's go to another page of this document.

9             I've turned to page 229.  The heading of the

10   page is "Appendix D:  Evidence for Clinical Outcomes

11   of Therapeutic Approaches."

12            Let me move to one portion.  I'll point to

13   it once I find it.

14            Okay.  The portion that I'm looking at here

15   is on the left-hand side of the page, the last

16   beginning -- the last paragraph that begins on the

17   left-hand side of the page, it starts with the

18   sentence that says, "It is difficult to determine the

19   effectiveness of hormones alone in the relief of

20   gender dysphoria.  Most studies evaluating the

21   effectiveness of masculinizing/feminizing hormone

22   therapy on gender dysphoria have been conducted with

23   patients who have also undergone sex reassignment

24   surgery."

25            Do you agree with that, Dr. Brown?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    139

1        A     First of all, that statement was written

2    fully 10 years ago, so there's been a lot of

3    literature in the intervening decade that will be

4    supplemented and is actually the reasons for the

5    Version 8 of the standard of care that will come out

6    sometime next year.

7        Q     So in your opinion, is this statement

8    overtaken by events?

9        A     I think that there is an additional decade

10   of research, some of which I cited previously, that

11   wasn't able to be considered in the design of this

12   entire document.

13             So the references, of which there are many

14   in this 120-page document, you'll note will end with

15   nothing that's within the last decade.

16       Q     On the right side of the page, at around the

17   same point in the document, it's at the end -- it's

18   right before the last paragraph.  There's a sentence

19   that says, "There is a need for further research on

20   the effects of hormone therapy without surgery, and

21   without the goal of maximum physical feminization or

22   masculinization."

23             Do you see that there?

24       A     I do.

25       Q     Do you agree that there remains a need for

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    140

1    further research on the effects of hormone therapy

2    without surgery?

3        A    I'm hard-pressed to find a medical or

4    psychiatric condition that couldn't benefit from

5    additional research, including things as basic as

6    tonsillectomy.

7        Q    All right.  Let's move to your expert report

8    in these cases.

9             Are you offering the same opinions in the

10   Karnoski, Stone, Doe and Stockman cases?

11       A    I would have to look at the specific wording

12   in each of those many, many reports and declarations

13   that I have.  The wording may be slightly different

14   from one case to the next.  However, the primary

15   overarching opinions, I believe, are substantively

16   similar in all -- in all four cases.

17       Q    Do you recall offering an opinion in one of

18   the cases that you were not offering in another one?

19       A    I would have to look at the documents to

20   answer that question.

21       Q    Could you generally describe the expert

22   opinions that you are offering?  I think you said

23   overarching, the overarching opinions you are offering

24   in Doe, Karnoski, Stone and Stockman?

25       A    Sure.  And again, I'll rephrase the specific

1    documents for the specific wording that I use in the

2    documents, but in general, basically there's no

3    medical justification to bar enlistment or service or

4    deployment for transgender people if they otherwise

5    meet standards.

6            I believe another opinion I've reached is

7    gender dysphoria is not a valid medical reason in and

8    of itself to bar from service any people with rapid

9    onset transgender.

10           And I believe a third opinion is that

11   excluding transgender people from service based on

12   whether they've previously had a diagnosis of gender

13   dysphoria or not, given that gender dysphoria is an

14   effectively treated condition, will treat -- by

15   definition, treat transgender individuals differently

16   than it treats others who have treatable medical and

17   mental health conditions.

18           Those are the -- I think paraphrase, at

19   least, the three overarching opinions, then I've added

20   the fourth opinion that's not listed in any of those

21   documents earlier about the Panel of Experts reaching

22   conclusions in the absence of adequate scientific,

23   medical cost, mental health data and performance data

24   but, nonetheless, reached conclusions in a six-week

25   period of time.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          142

```
 1        Q    Other than those opinions that you just
 2   described to me and the information that's disclosed
 3   in your expert reports and in declarations, have you
 4   reached any other opinions regarding these cases?
 5        A    Right.  So this is the second time you've
 6   asked me the same question, and I'll answer it in the
 7   same way, it's possible that I could have additional
 8   opinions besides the four that I just stated.
 9        Q    But do you presently -- so I understand that
10   you may -- you may not have exhaustively described
11   everything in your written submissions, but is there
12   anything that you are aware of outside of those
13   written submissions and outside of what you just told
14   me, that you -- opinions that you've already reached
15   regarding these cases?
16             MR. REDBURN:  Objection to form.
17        A    It's certainly possible that if you were to
18   ask me a question around which I had access to
19   information, knowledge or experience or training that
20   I could have an opinion about it, that -- in addition
21   to and/or supplements the four that I've provided.
22        Q    Other than form expert opinions regarding
23   these cases and testifying and presenting written
24   submissions in relation to the four cases, have you
25   been asked to do anything else regarding these cases?
```

```
 1        A    I guess again I'm not following that
 2   question.
 3        Q    I'll withdraw.  We'll come back to it.
 4             MR. POWERS:  Pull up document M, as in
 5   Michael, underscore Karnoski.
 6             THE TECHNICIAN:  Stand by.
 7             (Exhibit 12 was marked for identification
 8   and is attached to the transcript.)
 9             (Exhibit 12 displayed.)
10        Q    Okay.  I've put before the witness what has
11   been marked as Exhibit 12 titled "Plaintiffs' 26(A)(2)
12   expert report of George Richard Brown, MD, DFAPA" in
13   the case Ryan Karnoski vs. Donald Trump in the Western
14   District of Washington.
15             Do you see all that, Dr. Brown?
16        A    Yes, I see the first half of the first page.
17        Q    Okay.  Moving ahead to the last page of the
18   document, and it states, "Executed this 5th day of
19   September, 2018," and signature, is that your
20   signature, Dr. Brown?
21        A    Yes, it is.
22        Q    And do you recognize this as your expert
23   report -- or I should say your most recent expert
24   report in Karnoski?
25        A    Well, to the extent that I have half of the
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    144

```
1   first page and the last page, but I haven't seen
2   anything in between those two.
3       Q    So I'm -- I will do my best to provide a at
4   least demonstration that all the pages are here.
5            (Scrolling.)
6            So recognizing that you have not seen every
7   word of this document, but having -- not having
8   clicked through the pages, does this appear to be your
9   most recent expert report in Karnoski?
10      A    It appears to be.
11      Q    Okay.  Did you write this report?
12      A    Yes.
13      Q    Did you have assistance in doing so?
14      A    I had assistance in terms of formatting the
15  document and getting it prepared in the way that the
16  Court receives it.
17      Q    But in regard to the contents of the
18  document, setting aside the formatting and the case
19  caption and things like that?
20      A    Yes, I'm the primary author and responsible
21  for content, as I signed for.
22      Q    Okay.
23           MR. POWERS:  Can we pull up N, as in Nancy,
24  underscore Stone.
25           THE TECHNICIAN:  Stand by.
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    145

```
1              (Exhibit 13 was marked for identification
2    and is attached to the transcript.)
3              (Exhibit 13 displayed.)
4        Q    All right.  For the witness, this is Exhibit
5    13, document titled "Plaintiffs' 26(A)(2) expert
6    report of George Richard Brown, MD, DFAPA," in the
7    lawsuit Brock Stone vs. Donald Trump, District of
8    Maryland.
9              Do you see all that information on the top
10   half of the first page, Dr. Brown?
11       A    I do.
12       Q    Okay.  I'm just going to zoom out slightly
13   in order to provide a little bit more of the document
14   and click through the pages briefly.
15             (Scrolling.)
16             Okay.  On the 25th page of the document it
17   states, "Executed this 12th day of July, 2018."
18   There's a signature.
19             Is that your signature, Dr. Brown?
20       A    Yes, it is.
21       Q    And does this appear to be -- and the last
22   page is a Certificate of Service from Plaintiffs'
23   counsel in the Stone case.
24             Does this appear to be your expert report
25   issued July 12, 2018, in the Stone litigation?
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                     146

1          A     Yes, it appears to be.

2          Q     Is this the most recent expert report you've

3     issued in the Stone litigation?

4          A     I believe so.

5          Q     Okay.

6                MR. POWERS:  Pull up O, underscore, Doe.

7                THE TECHNICIAN:  Stand by.

8                (Exhibit 14 was marked for identification

9     and is attached to the transcript.)

10               (Exhibit 14 displayed.)

11         Q     Okay.  For the witness is Exhibit 14, titled

12    "Expert Report of George Richard Brown, MD, DFAPA."

13               Below that is -- the date is February 5,

14    2018.  It's in the litigation pending in the District

15    of Columbia, Doe vs. Donald Trump.

16               Do you see all that information in the top

17    half of page 1, Dr. Brown?

18         A     I do.

19         Q     Okay.  I'll just briefly flip through these.

20               On the 11th page the date is February 5,

21    2018.  There's a signature.

22               Is that your signature, Dr. Brown?

23         A     Yes, it is.

24         Q     Do you recall issuing any expert reports in

25    the Doe litigation since February 2018?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                        147

1        A    I would have to review the entire file on

2    that.  And the reason I say that here is because it's

3    dated February 5th, which is before the February 2018

4    Mattis report, so I'm not sure if I have had an update

5    since February 5 or not.

6        Q    Okay.  All right.

7             MR. POWERS:  Can we return to Exhibit 1.

8             (Exhibit 1 displayed.)

9        Q    All right.  We're back to Exhibit 1, which

10   is the revised expert report in the Stockman

11   litigation.  I'm going to the last page of the

12   document, page 33, and it shows that it's executed

13   October 11, 2019.

14             Dr. Brown, is this -- is October 11, 2019,

15   this report, the most recent report or declaration

16   you've issued in Doe, Karnoski, Stone or Stockman?

17       A    I believe that's to be -- I believe that to

18   be the case.

19       Q    Does this represent the most up-to-date

20   statement of your opinions in these cases as far as

21   the kind of written -- written products that you have

22   produced in these cases?

23             MR. REDBURN:  Objection to form.

24       A    Well, insofar as I've already provided at

25   least one additional opinion that is not recorded

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          148

1    specifically as an opinion in the October 2019 report,

2    based on the fact that I came into possession of a

3    substantial amount of additional documentation since

4    that report was written.

5         Q    If we go through this Stockman report,

6    Exhibit 1, is it fair to say that the answers that you

7    would give about the questions I have about the

8    litigants would be the same opinions you would have in

9    Doe, Karnoski and Stone?

10        A    That's a pretty broad question.

11        Q    Well, I guess what I'm -- what I'm getting

12   at is I -- many of these reports are very similar, and

13   I think it's most efficient for everybody if we just

14   go through one of them.

15             And so I -- you know, if -- if I ask you

16   about a statement in the Stockman report, if you

17   believe that the answer would differ depending on the

18   case, please let me know, but I think otherwise it

19   makes sense to go through just the Stockman report as

20   the most recent written document you've submitted.

21             Does that make sense to you?

22             MR. REDBURN:  Objection to form.

23        A    I would say that my overarching opinions

24   that I've stated on the record, or paraphrased my

25   reports on the record, would apply to all four of the

1    cases.

2            So similarly to the fact that you're not

3    taking four depositions, I am -- you know, my reports

4    have substantial overlap, although they are not

5    identical.

6        Q    Okay.  So in forming your opinions in this

7    case as of today, have you reviewed the administrative

8    record before the Department's panel that recommended

9    the Mattis policy?

10           MR. REDBURN:  Objection to form.

11       A    By -- first of all, we have to agree on what

12   the term "administrative record" means before I can

13   answer the question.

14       Q    The set of documents that the Department of

15   Defense has represented is the administrative record

16   for the policy.

17           Have you reviewed that set of documents?

18       A    Okay.  So -- and by that I'm -- I'm

19   understanding that to say two very large binders in

20   hard copy that are approximately six and a half to

21   seven inches high each.

22       Q    And you've reviewed that set of documents?

23       A    I have.

24       Q    Okay.  Do you recall out of that set a

25   document called the U.S. Central Command Individual

1    Protection and Individual/Unit Deployment Policy?

2         A     Yes, I believe that was one of the documents

3    in that 14-inch stack.

4         Q     Okay.  And have you reviewed the Department

5    of Defense Directive 19-004 which implements the

6    Mattis policy?

7         A     I believe that is in that set of documents

8    as well.

9         Q     We'll look at that in a minute.

10             So we're sticking with Exhibit 1 here and

11   returning to the first page.  And looking at the first

12   paragraph it states, "I, George R. Brown, have been

13   retained by counsel for Plaintiffs as an expert in

14   connection with the above-captioned litigation.  The

15   purpose of the engagement is for me to provide my

16   expert opinion on medical treatment for transgender

17   people, including as it relates to military service

18   and eligibility; the medical condition known as gender

19   dysphoria; the military's pre-June 2016 policy with

20   respect to transgender people and gender dysphoria;

21   the Department of Defense's recent implementation of

22   President Trump's ban, and the absence of any medical

23   justifications for excluding transgender people from

24   military service."

25             Did I read that all correctly?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                151

1        A    Yes.

2        Q    Do you understand the Mattis policy to ban

3   the accession and retention of transgender service

4   members?

5        A    Yes, it functionally does.

6        Q    What is your basis for that belief?

7        A    Because the policy seems to suggest that

8   there is some population of transgender people who are

9   perfectly comfortable living and serving in their sex

10  assignment at birth, their birth sex, their birth

11  gender, depending on which version one wants to look

12  at, and -- and effectively that is a null set.

13          So it -- so the policy functionally does ban

14  transgender people from military service.

15       Q    Did Plaintiffs' counsel ask you to assume

16  the truth of any facts for the purpose of reaching

17  your opinions in this case?

18       A    Nobody asked me to assume anything.

19       Q    Okay.  Are you offering an opinion in any of

20  these four cases on the effects of DOD's policy, the

21  Mattis policy, the effects of that policy on military

22  readiness?

23          MR. REDBURN:  Objection to form.

24       A    I think it would depend on how the question

25  was put to me.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              152

1        Q     Could you elaborate on what -- what you

2    could imagine you might have an opinion on relating to

3    military readiness?

4        A     You know, I'm hesitant to get into

5    hypotheticals, but what I am saying is with the extent

6    of my training and experience both in the military and

7    the VA, if I'm asked a question about readiness,

8    deployability, or any other things within my purview

9    as an expert, I very well may have an opinion on it.

10       Q     So let's go to page -- this is paragraph 14

11   of Exhibit 1, and this is one of the paragraphs within

12   the section titled "Summary of Opinions" in the

13   revised Stockman expert report.

14             It says, "It is my assessment, based on my

15   extensive research and experience treating transgender

16   people, most of whom have served this country in

17   uniform, my experience reviewing the medical

18   implications of a ban on transgender service members,

19   and my involvement in implementing the 2016 policies

20   allowing transgender individuals to serve openly, that

21   there are no legitimate medical reasons to bar

22   enlistment, commissioning, or service by transgender

23   individuals who are otherwise qualified to serve in

24   the Armed Forces of the United States, and that gender

25   dysphoria does not provide a legitimate medical reason

1    for differential treatment."

2              Do you see all that there in paragraph 14?

3        A    I do.

4        Q    Okay.

5              MR. POWERS:  Let's move to a new document.

6    This is a document with title P, as in Paul,

7    underscore DTM.

8              THE TECHNICIAN:  Stand by.

9              (Exhibit 15 was marked for identification

10   and is attached to the transcript.)

11             (Exhibit 15 displayed.)

12       Q    So the witness has in front of him Exhibit

13   15, which is a memorandum from the Office of the

14   Deputy Secretary of Defense, dated March 12, 2019.

15   And if I --

16             MR. POWERS:  Daniel, can you give me access

17   to scroll.

18       Q    The subject line in the memorandum is

19   "Directive-type Memorandum (DTM)-19-004 - Military

20   Service by Transgender Persons and Persons with Gender

21   Dysphoria."

22             Do you see all that information, Dr. Brown?

23       A    I do.

24       Q    Have you reviewed this document before?

25       A    Yes, as part of that very large

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          154

1    administrative record.

2         Q    Okay.  Do you understand this document to

3    implement what we've been calling the Mattis policy?

4    Or what I've been calling the Mattis policy?

5         A    That's my understanding of what a

6    Directive-type Memorandum is doing in this situation,

7    yes.

8         Q    Okay.  If we go to page 2 and we look under

9    the heading of "Policy," it states, "It is DoD policy

10   that," and it goes to the second bullet, "All Service

11   members and applicants for accession to the Military

12   Services must be treated with dignity and respect.  No

13   person, solely on the basis of his or her gender

14   identity, will be" -- and it says, "Denied accession

15   into the Military Services;

16            "Involuntarily separated or discharged from

17   the Military Services;

18            "Denied reenlistment or continuation of

19   service in the Military Services; or

20            "Subjected to adverse action or

21   mistreatment."

22            Do you agree that that policy states that it

23   is DOD policy that transgender people are not banned

24   from the military?

25            MR. REDBURN:  Objection to form.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          155

1        A     I think it's prevarication.

2        Q     Can you explain that statement?

3        A     As -- as I said before, if somebody who's

4   transgender and is not allowed to serve in their

5   gender identity just as a cisgender person would be

6   able to, then they're functionally banned.

7              Whether they're being banned with dignity

8   and respect or not, they're still being denied access

9   and they're being, in theory, denied continuation of

10  service beyond the grandparented-in group.

11             You can give all the dignity and respect

12  that you want but, nonetheless, the function of the

13  policy is to deny transgender people to serve or to

14  stay, with the exception of the grandparented-in

15  group.

16       Q     Were all transgender people permitted to

17  transition genders under the Carter policy?

18             MR. REDBURN:  Objection to form.

19       A     Not having that document in front of me, I'm

20  unwilling to answer it, because I'd like to review

21  that prior to answering that question.  It's a nuanced

22  document, just as this was.

23       Q     Okay.

24             MR. POWERS:  Go to document entitled R, as

25  in Robert, underscore DTM.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              156

1              THE TECHNICIAN:  Stand by.
2              (Exhibit 16 was marked for identification
3     and is attached to the transcript.)
4              (Exhibit 16 displayed.)
5       Q    Okay.  In front of the witness is Exhibit
6     16, a memorandum from the Secretary of Defense, dated
7     June 30, 2016, and just down the page, the subject
8     line of the memorandum is "Directive-type Memorandum
9     (DTM) 16-005, 'Military Service of Transgender Service
10    Members.'"
11             Have you reviewed DTM 16-005?
12      A    Yes, in the past, I have.
13      Q    Does this appear to be that document here?
14      A    Yes, that appears to be.
15      Q    So let's look at a portion of this document.
16    I will zoom out briefly just to facilitate my review
17    of it quickly to find the right portion, but I'll zoom
18    back in once it's time to discuss it.
19             MR. POWERS:  And actually, let's pull up
20    another document as well.  Can we go to document
21    titled 10 underscore 1328.
22             THE TECHNICIAN:  Stand by.
23             You said 10 underscore?
24             MR. POWERS:  Yeah.  One-zero underscore.
25             THE TECHNICIAN:  Gotcha.  Stand by.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              157

1            (Exhibit 17 was marked for identification

2     and is attached to the transcript.)

3            (Exhibit 17 displayed.)

4        Q    Okay.  Marked Exhibit 17 is a document

5     entitled "DoD Instruction 1300.28 In-Service

6     Transition for Transgender Service Members" effective

7     October 1, 2016.

8            Have you seen this document before,

9     Dr. Brown?

10       A    Again, that's the first half of the first

11    page, but the first half looks familiar.

12       Q    Okay.  And it's -- you see here in the first

13    page that under the "Purpose" section it states, "This

14    issuance."

15            First bullet, "Establishes a construct by

16    which transgender Service members may transition

17    gender while serving," and "Enumerates prerequisites

18    and prescribes procedures for changing a Service

19    member's gender marker in the Defense Enrollment

20    Eligibility Reporting System," or DEERS.

21            You see that?

22       A    I do.

23       Q    You see here 1.2 on the second page -- or

24    the third page of the document, paragraph 1.2b., under

25    "Policy" it states, "The Military Departments and

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    158

1    Services recognize a Service member's gender by the

2    member's gender marker in the DEERS.  Coincident with

3    that gender marker, the Services apply, and the member

4    is responsible to meet, all standards for uniforms and

5    grooming; body composition assessment (BCA); physical

6    readiness testing (PRT); Military Personnel Drug Abuse

7    Testing Program," et cetera, et cetera.

8          And it says in the last sentence of that

9    paragraph, "As to facilities subject to regulation by

10   the military, the Service member will use those

11   berthing, bathroom, and shower facilities associated

12   with the member's gender marker in DEERS."

13         Can you see that?

14   A    I can.

15   Q    Okay.  And the following paragraph, c.,

16   "Service members with a diagnosis from a military

17   medical provider indicating that gender transition is

18   medically necessary, will be provided medical care and

19   treatment for the diagnosed medical condition."

20         On page 7 of this document, the paragraph

21   that's marked 3.1b., as in boy, "Gender transition

22   begins when a Service member receives a diagnosis from

23   a military medical provider indicating the gender

24   transition is medically necessary, and concludes when

25   the Service member's gender marker in DEERS is changed

1    and the member is recognized in the preferred gender."

2              Do you recognize that under the Carter

3    policy, based on this information, that gender

4    transition could only be commenced after a service

5    member was diagnosed that gender transition was

6    medically necessary?

7              MR. REDBURN:  Objection to form.

8        A    So, gender transition begins when a service

9    member receives a diagnosis from a military medical

10   provider indicating that the gender transition is

11   medically necessary.  So that's what it states.

12       Q    Right.  So do you understand that under the

13   Carter policy an individual was not permitted to

14   initiate gender transition until they had received a

15   diagnosis from a military medical provider that gender

16   transition was medically necessary?

17             MR. REDBURN:  Objection to form.

18             Also put an objection on the record, because

19   you've done this several times, where you put a

20   document in front of him, show him a snippet, and

21   you've asked him a question that characterizes the

22   entire document without allowing him to review it.

23   I'm putting an objection on the record to that tactic.

24             You can answer the question if you

25   understand it, Doctor.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    160

1        A    Can you please restate the question?

2        Q    So do you understand that -- do you

3   understand this sentence of the DTM -- or of the

4   DODI -- to state that gender transition may only begin

5   after a military medical provider has diagnosed that

6   gender transition is medically necessary?

7             MR. REDBURN:  Objection to form.

8        A    Well, I recognize that that's what the

9   document says, and essentially what that means is the

10  document recognized gender transition prior to that

11  point, which doesn't mean that it hasn't happened.

12       Q    Do you believe that -- do you understand

13  gender transition to have occurred if a person cannot

14  use the bathroom, shower and berthing facilities

15  associated with their preferred gender?

16            MR. REDBURN:  Objection to form.

17       A    It depends on who is referring to gender

18  transition.  I mean, it's a non-specific term.  It's

19  being used in a specific context here.  How it's being

20  used here, it's being defined here as we're just going

21  to say that gender transition is about changing a

22  gender marker in DEERS and it's about getting a

23  diagnosis.

24            That's one way to define it, but that isn't

25  necessarily the universal definition of gender

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    161

1    transition.

2         Q    If it were true that one could only

3    transition genders under the Carter policy if one was

4    diagnosed with gender dysphoria, do you believe that

5    that would be inconsistent with medical science?

6              MR. REDBURN:  Objection to form.

7         A    So I'm -- I'm not following the question.

8         Q    If a person under the Carter policy was only

9    able to transition following a diagnosis that

10   transition was medically necessary, but persons for

11   whom transition was not medically necessary could not

12   transition, if those conditions were true, would that

13   be consistent with medical science in your opinion?

14             MR. REDBURN:  Objection to form.

15        A    First of all, it doesn't say what diagnosis

16   they even have to receive, it just says that they

17   have -- a gender transition is medically necessary.

18   And the military is, after all, a binary system, and

19   the DEERS markers can only be M or F.

20        Q    Right.  So at this point I'm not asking you

21   about the document, I'm just asking you to assume that

22   that is in fact true, that a person for whom gender

23   transition was not medically necessary could not

24   transition under the Carter policy.

25             If that were true, do you believe that that

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    162

1   would be consistent or inconsistent with medical

2   science?

3           MR. REDBURN:  Objection.  Form.

4       A    I mean, you're asking me a hypothetical that

5   I'm not comfortable with.

6           MR. REDBURN:  Hey, Jim, if you're going on

7   to a new line of questioning, can we break?  We've

8   been going about an hour 20, give or take.

9           MR. POWERS:  Sure.  Let's -- let's break

10  now.

11          (A recess was taken at 3:21 p.m.)

12          (Back on the record at 3:36 p.m.)

13          MR. POWERS:  Can we go to Exhibit 1, the

14  Stockman report.

15          (Exhibit 1 displayed.)

16  BY MR. POWERS:

17      Q    Okay, we're back to Exhibit 1 here, the

18  Stockman revised expert report.

19          I'm going to turn to page 5 of the document,

20  and turning to paragraph 14 again, and I'm looking at

21  the very last portion of that paragraph, the last

22  line, just a few words before that, and it says,

23  "... that gender dysphoria does not provide a

24  legitimate medical reason for differential treatment."

25          Do you see that there?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                      163

```
1        A     I do.
2        Q     Can you explain what you mean by "gender
3   dysphoria does not provide a legitimate medical reason
4   for differential treatment"?
5        A     Sure.  By that I mean that gender dysphoria,
6   like so many other medical and mental health
7   conditions, is a highly treatable condition and that
8   individuals who are treated for this condition should
9   not be treated differently than other individuals who
10  have had conditions that are treatable and are
11  otherwise acceptable for accession, continued service
12  and/or deployment.
13       Q     So do you believe that there can be
14  circumstances where a person diagnosed with gender
15  dysphoria -- or scratch that.
16            Do you believe that it is appropriate for,
17  in some circumstances, a person diagnosed with gender
18  dysphoria to not be permitted to access into the
19  military?
20            MR. REDBURN:  Objection to form.
21       A     I believe that the vast majority of
22  individuals who identify as transgender and who have
23  had a diagnosis of gender dysphoria can be properly
24  treated and can meet the requirements of the Carter
25  policy to be accessed.  Or commissioned.
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    164

1        Q    Do you have an opinion about whether the

2   majority of -- vast majority of persons diagnosed with

3   depressive disorder can be treated such that they

4   should be able to access into the military?

5              MR. REDBURN:  Objection to form.

6        A    Well, that actually is not just an opinion,

7   that is the case.  I mean, people who have been

8   diagnosed with depression or have been treated and

9   have a period of stability are accessed, commissioned,

10  deployed and retained every day.

11       Q    There are limitations on that ability to

12  access, correct?

13       A    Yes, there are.

14       Q    So are -- do you agree that it is medically

15  appropriate to have limitations on the accession of

16  persons with depressive disorder?

17             MR. REDBURN:  Objection to form.

18       A    Again, given that this diagnosis can be

19  expressed in a variety of ways and levels of severity

20  in the accessible -- in the potentially accessible

21  population, just as in other mental health and

22  physical conditions, I think it's fair to have

23  standards that apply to that condition as well as most

24  others.

25       Q    Do you agree that it's appropriate to have

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                        165

1    similar standards or to have standards, period, in

2    regard to accession by persons who have been diagnosed

3    with gender dysphoria?

4        A    The Carter policy, for example, suggests

5    that there be an 18-month period of stability.  I

6    think that that's more than adequate.  That's the

7    standard that would apply in that situation.

8             So yes, I think it's reasonable to have

9    standards for gender dysphoria just as you would with

10   a variety of other medical and mental health

11   conditions.

12       Q    Okay.  Go to -- I'm going to page 7 of the

13   expert report, paragraph 20.  And in this, about

14   midway down this paragraph, there's a sentence that

15   I'm going to ask you about.

16            It says, "People who have been treated for

17   gender dysphoria have no impairment in judgment,

18   stability, reliability, or general social or

19   vocational capabilities solely because they had gender

20   dysphoria."

21            Did you -- do you see that sentence?

22       A    Yes.

23       Q    Do you -- in making that statement in your

24   report, do you mean persons who have been diagnosed

25   with capital G capital D gender dysphoria as that term

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              166

1    is defined in the DSM-5?

2         A    Right.  So people have been treated for a

3    diagnosis of gender dysphoria have no impairment based

4    solely on the fact that they had a diagnosis.  Or,

5    frankly, more symptoms of gender dysphoria would also

6    apply to that.

7         Q    What about the possibility of a recurrence

8    of symptoms associated with gender dysphoria?  Do you

9    think that that would create a potential for

10   impairment in judgment, stability, reliability or

11   general social or vocational capabilities?

12        A    I think it just speaks to revisiting the

13   Medical Treatment Plan, making sure the Medical

14   Treatment Plan is appropriately individualized, just

15   as you would with a patient with hypertension, where

16   you set up a treatment plan for their hypertension

17   which involves one medication initially, but we know

18   that later on we're going to keep assessing you and,

19   oh, it turns out that one medication wasn't adequate

20   to adequately manage your hypertension, so we add a

21   second medication, which is following standards of

22   care for hypertension, and you just update the

23   treatment plan as you go forward.

24             So I don't see gender dysphoria as being in

25   any way different from other diagnoses in that regard.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              167

1      Q    Do you -- would you agree with the statement
2  "people who have been treated for depressive disorder
3  have no impairment in judgment, stability, reliability
4  or general social or vocational capabilities solely
5  because they had depressive disorder" -- sorry for the
6  garbled words there -- but do you understand the
7  question?  It's substituting in that sentence
8  "depressive disorder" for "gender dysphoria."
9           MR. REDBURN:  Objection to form.
10     A    Yes, I think that -- I think that's a
11  reasonable statement.
12     Q    Okay.  Would you agree with the statement if
13  the person -- let me say it this way.
14          The statement as it's written now, if a
15  person was currently experiencing clinically
16  significant distress or impairment in functioning in a
17  manner that met the DSM-5 criteria, would that person
18  have no impairment of any of these character traits or
19  capabilities?
20          MR. REDBURN:  Objection to form.
21     A    Okay.  So first of all, the clinical
22  significance criterion only requires either clinically
23  significant distress or impairment in social,
24  occupational or other important areas of functioning.
25          So to answer your question, if a person had

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    168

1    a diagnosis of gender dysphoria and actively had some
2    level of clinically significant distress that doesn't
3    mean, by definition, that they would have impairment
4    in judgment, stability, reliability or other
5    capabilities.  It means that they have clinically
6    significant distress.
7         Q    Okay.
8         A    And again, I'll substitute "depression"
9    likewise.
10             So I've seen many, many patients who are
11   distressed because of their depression but,
12   nonetheless, function as a CEO in a company perfectly
13   well and nobody even knows that they're depressed.
14        Q    Paragraph 25 of this document, which is on
15   page 9, it says -- at the top of the page it says,
16   "People who have undergone treatment for Gender
17   Dysphoria are capable of leading healthy, productive
18   lives.  The fact that a person has been treated for
19   gender dysphoria does not mean that person has
20   depression, anxiety, or suicidality, nor that they are
21   at increased risk for developing these symptoms in the
22   future."
23             I just wanted to clarify.  Is the difference
24   in capitalization of "gender dysphoria" between those
25   two sentences intentional?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    169

1      A      Again, I think we're making far too much out
2   of whether I put a capital or a small letter.  I -- I
3   merely did this to make the document easier to
4   produce, but in retrospect I should have just gone
5   longhand and just kept saying "diagnosis of" or
6   "symptoms" or both.
7           So having said that, the fact that a person
8   has been treated for the diagnosis of gender dysphoria
9   does not mean that person has what's on there.
10     Q      Got it.  Understood.
11          The following sentence in that paragraph --
12  or I should say we just talked about it, but I just --
13  confirming that it is your opinion that a person who
14  has been treated for a diagnosis of gender dysphoria
15  does not mean that that person has depression,
16  anxiety, or suicidality, nor that they are at
17  increased risk for developing these symptoms in the
18  future?
19     A      That's correct, based solely on the fact
20  they've been treated for a diagnosis of gender
21  dysphoria which doesn't say anything about, you know,
22  associated conditions that are common in cisgender
23  military people serving.  Like post-traumatic stress
24  disorder, for example, it doesn't speak to that.
25          MR. POWERS:  Okay.  Let's go back to

1    Exhibit 4.

2            THE TECHNICIAN:  Stand by.

3            (Exhibit 4 displayed.)

4            THE TECHNICIAN:  All set, counsel.

5            MR. POWERS:  Okay.  Thank you.

6        Q    Exhibit 4 in front of the witness, which is

7    DOD Instruction 6130.03, Medical Standards for

8    Appointment, Enlistment or Induction into the Military

9    Services, I'm going to go in this document to -- let's

10   see.  One moment, please.

11           Dr. Brown, looking at this page, are you

12   aware that this page -- would you agree with me that

13   this page reflects various restrictions on accession

14   that are based on learning, psychiatric and behavioral

15   disorders?  If not, I'm happy to look at other parts

16   of this document with you to help resolve that.

17       A    This section does apply to those three areas

18   you mentioned; learning, psychiatric and behavioral,

19   which are distinct categories.

20       Q    If I go down to paragraph -- subparagraph f.

21   of this section, it states -- it provides that

22   depressive disorder is one of the conditions or

23   disorders that will preclude accession without a

24   waiver if, and it provides five criteria that if --

25   are associated with depressive disorder would not

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              171

1    permit accession.

2            Are you aware -- and if we look at No. 2

3    within that subparagraph f., it says, "Symptoms or

4    treatment within the last 36 months."

5            Are you familiar with that restriction on

6    accession for persons with depressive disorder?

7        A    I am.

8        Q    Do you know the basis for a standard

9    requiring a stability period like that of 36 months?

10           MR. REDBURN:  Objection to form.

11       A    I -- I do not know the basis for the

12   selection of 36 months, why it's not 30 months, or 42

13   months, or 18 months.  I do not know the answer to

14   that.

15       Q    Do you know or do you have a basis to opine

16   on why there would be a stability period of any time

17   frame for depressive disorder?

18           MR. REDBURN:  Objection.  Form.

19       A    I suppose you're asking me intent of the

20   authors of this document, and I was not an author of

21   this document, and I really can't speak to intent.

22       Q    In your own opinion, based on your

23   experience and knowledge, is it appropriate for the

24   military to require a stability period before allowing

25   the accession of persons with -- diagnosed with

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                           172

1    depressive disorder?

2         A    Yes, I think it's reasonable to have a

3    stability period; I just don't know whether -- what

4    the basis for selecting 36 months is.  But -- and the

5    general question of whether having a stability period

6    for depressive disorders prior to accession or

7    commissioning, I think that's reasonable.

8         Q    Why is it reasonable to have a stability

9    period for depressive disorder?

10        A    In particular for the depressive disorder,

11   when you're looking at bringing someone into a

12   military environment and going through Basic Training,

13   and whichever branch of the service they're in,

14   they're going to be exposed to a substantial amount of

15   stress and a very different environment than they've

16   been in the past, and I think it's reasonable to make

17   sure that they're stable prior to going into that type

18   of environment.

19        Q    Is the concern that you're -- sort of the

20   basis for that, the concern about their adaptation to

21   the new environment, that there could be resurgence of

22   the symptoms that they had previously been

23   experiencing from depressive disorder?

24             MR. REDBURN:  Objection to form.

25        A    Yes, I think generally so.  It -- it has to

1  do with the person being stable from depression going

2  into an environment that may exacerbate depression,

3  which is one of the other -- one of the five criteria

4  for accession.  It's not exacerbating preexisting

5  conditions like this.  And I think having a period of

6  stability in advance is reasonable.

7      Q    If I just scroll down within this same

8  section regarding these various disorders and

9  conditions -- I'm on page 45.

10         You'll see that subparagraph q. regards

11  history of anxiety disorders and it's -- similarly,

12  under subsection 2, requires a 36-month stability

13  period.

14         Do you similarly believe that a stability

15  period for a person diagnosed with anxiety disorders

16  prior to the accession is a reasonable regulatory

17  matter?

18         MR. REDBURN:  Objection.  Form.

19      A    I think having some type of stability period

20  prior to accession or commissioning for anxiety

21  disorders is reasonable.

22         The basis for 36 months, I can't -- can't

23  say whether the 36 months is an appropriate amount of

24  required stability in advance.  I'm not offering an

25  opinion on.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    174

```
1        Q     Okay.  We may have already discussed this,

2   so my apologies if so.  I just want to return to one

3   question.

4              Is it your opinion that someone diagnosed

5   with gender dysphoria who is not currently stable is

6   fit for military service?

7              MR. REDBURN:  Objection to form.

8        A     So are you talking about their ability to be

9   accessed at that point, or are you talking about

10  continuation of service, or are you talking about

11  deployability?  Because the answer -- I mean, there

12  are -- there are three different scenarios here.

13       Q     Well, I guess, then, let's talk about

14  accession.

15             Is it your opinion that a person -- and

16  let's set aside what the regulations actually say in

17  terms of are they actually fit in terms of how the

18  military has defined that -- but is it -- do you have

19  an opinion about whether a person who is diagnosed

20  with gender dysphoria and is not currently stable in a

21  preferred or birth gender, either way, if that person

22  would be fit to access into the military?

23       A     Well, I'm smart enough to know I'd have to

24  see what the definition of "stable" is, since we just

25  used two definitions of "stability" that I may or may
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    175

1    not agree with in terms of 36 months.

2              So I would have to hear what the definition

3    of "stable" is before I can answer that hypothetical

4    question.

5        Q    Is it your opinion that current treatments

6    for gender dysphoria are capable of entirely

7    eliminating mental health disparities between persons

8    with gender dysphoria and persons that have never been

9    diagnosed with it?

10             MR. REDBURN:  Objection to form.

11       A    You're asking me if I've -- if that's my

12   previously stated opinion, or are you asking me for a

13   new opinion?

14       Q    Well, I mean I -- whether it's -- whether

15   it's been already stated or not, I'm just asking

16   whether or not it is your opinion sitting here today

17   that treatments for gender dysphoria, the current

18   treatments that we have, are capable of eliminating

19   mental health disparities that may exist between

20   persons with gender dysphoria and persons that have

21   never been diagnosed with it?

22             MR. REDBURN:  Objection to form.

23       A    So my answer to that is there's two

24   components to the answer.

25             The first component is -- and I'm sure

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    176

1    you're -- I've already mentioned that I've done

2    research on health disparities in transgender veterans

3    with gender dysphoria untreated and, not surprisingly,

4    based on living lives full of stigma, inability to

5    transition, barriers to access to Medical Treatment

6    Plans, et cetera, I'm not surprised such health

7    disparities exist.

8            So on a population level, having access to

9    appropriate care for the diagnosis of gender dysphoria

10   may or may not eliminate all health disparities

11   because those health disparities, many of them are

12   mental, many of them in terms of co-morbidities may

13   have existed for many, many years, particularly in

14   older individuals like the ones that I've studied

15   predominantly in the 50s, 60s, and sometimes 70s, in

16   some of the publications.

17           So I think we're asking quite a bit for

18   something like resolution of gender dysphoria to also

19   have a carryover effect to eliminate independent

20   diagnoses of post-traumatic stress disorder, traumatic

21   brain injury, tobacco-related illnesses, et cetera.

22   That would be not possible.

23           And the second part of my answer is, you're

24   talking about health disparities with respect to an

25   individual person in front of you, which is how the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          177

1  military accesses people, individually, not as cohort,

2  individual determinations on a case-by-case basis,

3  irrespective of the medical mental health conditions

4  that a person may present with who wishes to serve

5  this country in uniform.

6         On an individual basis it is possible that

7  treatment for gender dysphoria -- comprehensive

8  treatment for gender dysphoria could resolve in the

9  process of treating their other conditions

10 concurrently resolve the individual disparities in

11 that individual patient.  But that's a different

12 question than a research question of a large cohort of

13 individuals.

14        But again, when we're accessing people and

15 we're dealing with individual service members, dealing

16 with individuals, not populations of people.

17    Q    Okay.  Let's see.  I think maybe let's go to

18 now -- move to a different document which goes to

19 that -- these issues a bit.

20        MR. POWERS:  Can we move to document T, as

21 in Thomas, underscore.

22        THE TECHNICIAN:  Stand by.

23        (Exhibit 18 was marked for identification

24 and is attached to the transcript.)

25        (Exhibit 18 displayed.)

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    178

1          Q    So I've put in front of the witness

2    Exhibit 18, a document that is titled "Long-term

3    Follow-Up of Transsexual Persons Undergoing Sex

4    Reassignment Surgery:  Cohort Study in Sweden."

5               It has a number of authors.

6               Dr. Brown, actually do you know how to

7    pronounce the lead author's name?

8          A    Yes.  She's a colleague of mine and her name

9    is Cecilia Dhejne.

10         Q    Dhejne, thank you.

11              Have you reviewed an article with this title

12   by Professor Dhejne?

13         A    Not only have I reviewed it, I personally

14   discussed it with her on several occasions since it

15   came out.

16         Q    Great.

17              What is your understanding of what this

18   study found?

19         A    So first of all, this is a study limited to

20   Sweden, and Dr. Dhejne will be the first to point out

21   before I ever would, is that this study has been

22   frequently misused and misinterpreted by those who

23   would wish to make misstatements regarding the

24   treatment of gender dysphoria in Sweden.

25              So the methods of this study -- first of

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    179

1    all, the setting starts in 1973.  So it's a small

2    country, not a lot of patients with this diagnosis,

3    not a lot of people that receive gender confirmation

4    surgery, or sex reassignment surgery, to use her

5    terminology here, and it dates prior to whether --

6    before there were even any standards of care of the

7    diagnosis, let alone treatment of transsexuals at that

8    time, or gender dysphoria as we know it today.

9             So those are the contexts that any

10   conclusions were -- or tentative conclusions need to

11   be understood under against the backdrop of the time

12   in history that this study was done.

13            And again, she would be the first to point

14   out the serious limitation in any conclusions that

15   were reached on this limited cohort of individuals in

16   Sweden.

17        Q    Okay.  With that context, what do you --

18   what do you understand this study to have -- to have

19   found?

20        A    Well, if you could -- if you could go to the

21   Conclusion and Discussion page in the document, that

22   would be helpful --

23        Q    Sure.

24        A    -- in my ability to answer it.

25        Q    Sure.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              180

```
1            MR. POWERS:  Daniel, just give the witness
2    control of this document.
3        A    (Scrolling document.)
4        Q    I think page 7 might -- yeah.  Might be what
5    you're looking for.
6        A    So she has -- she has a discussion there,
7    she has strengths and limitations and then
8    conclusions, so -- and they all have to be taken as a
9    group and can't be parsed out and considered in
10   isolation.
11       Q    Okay.  I guess one way to get at this is
12   what do you understand the misinterpretations or
13   misstatements of this study to be?
14       A    Well, people have used this study in -- in
15   other cases that I've been involved with to suggest
16   that, well, gender confirmation surgery is not
17   medically necessarily care because it doesn't turn out
18   to have outcomes decreasing mortality or decreasing
19   the need for continued psychiatric care or some other
20   reason to argue that gender confirmation surgery is
21   not a safe and/or effective treatment, which is --
22   could be nothing further from the truth and Dr. Dhejne
23   would argue the same.
24            So that's -- that's the first
25   misunderstanding.
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    181

1              The second is that if you look at the
2    results in the graphs -- scroll up -- you can see that
3    the first decade of follow-up was no statistical
4    differences among the cohorts.  So at the 10-year time
5    frame, no difference whatsoever.  So it's only when
6    you go even further out that you start to see
7    differences in mortality.
8              So, for example, a cigarette smoker doesn't
9    assume any increased risk of mortality until they have
10   approximately 20 pack years of smoking.  So you would
11   not expect to see increased mortality from cigarette
12   smoking until people have a substantial amount of time
13   smoking.
14             So that's one of the things that you're
15   seeing, is that it takes time to die from things.
16             And in a population, for example, that's
17   known to have an association with higher tobacco use,
18   not surprisingly, there is a different -- differential
19   mortality going forward for tobacco-related issues as
20   one of the examples that would account for that.
21             But it's not inherent in the diagnosis of
22   gender dysphoria, nor in the case of this study is it
23   inherent in a specific treatment.  One individual
24   treatment that was provided for gender dysphoria.
25             So not surprisingly to Dr. Dhejne or to

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    182

1    anyone knowledgeable about this field, providing

2    gender confirmation surgery is not a panacea for any

3    other medical or mental health conditions that a

4    patient may have that are separate from their gender

5    dysphoria.

6            So again, I'll go back to using the military

7    relevant example of post-traumatic stress disorder,

8    which is rampant throughout the active duty services

9    as well as the retired and veteran population.

10           And to say that if a person who has gender

11   dysphoria and PTSD goes on as part of their Medical

12   Treatment Plan following the standards of care, gets

13   sex reassignment or gender confirmation surgery, not

14   surprising to anyone that works in this field, is that

15   their post-traumatic stress disorder is not cured.

16           So again, that not surprisingly they would

17   go on to need continued mental health care in the case

18   of post-traumatic stress disorder, whether or not

19   they've had gender confirmation surgery.

20           And somehow that point seems to be missed or

21   is intentionally missed on the part of some people who

22   interpret this document for their own uses.

23       Q    So are you saying basically that insofar as

24   there are additional of these, you know, sort of

25   indicators of negative health outcomes among the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                           183

```
1    treatment population as compared to the control
2    population, that is evidence of co-morbidities that
3    the person may have that are unrelated to gender
4    dysphoria?
5              MR. REDBURN:  Objection to the form.
6         A    What I'm saying for purposes of this study
7    is that that is not fully addressed.
8         Q    Okay.  Do you -- do you agree that the study
9    indicates -- and I understand that we can, you know,
10   dispute it out sort of the context or about the time
11   frame and all these sort of things -- but do you agree
12   that some aspects of the study results at least
13   indicate a worse set of outcomes post treatment than a
14   control group?
15             MR. REDBURN:  Objection.  Form.
16        A    Well, what I would agree with is -- is the
17   statement under "Conclusions" where it says, "even
18   though surgery and hormonal therapy alleviates gender
19   dysphoria," right, so they're saying that the
20   treatment -- the treatments alleviate the condition
21   for which the treatments are designed.
22             And then, not surprisingly, things that are
23   not related to the treatments for gender dysphoria may
24   or may not resolve, and in the cases of some of these
25   findings, they didn't resolve because the treatment is
```

1   not aimed at that.

2        Q    What is your --

3        A    Okay, so -- sorry.

4        Q    Go ahead.

5        A    So really one of her valid conclusions that

6   is understated here, but she has since made clearer in

7   public -- in public presentations, et cetera, that

8   this is a study that is actually confirmatory of the

9   efficacy of surgery and hormonal therapy but says

10  nothing about treating co-morbidities, medical and

11  mental health morbidities that may be present in,

12  again, this limited size population but nonetheless

13  present.

14       Q    I think there's a statement on the page --

15  on the page we're on now that might speak to that

16  point.  If you see on the middle of the page,

17  Dr. Brown, across from "Conclusion" there's a

18  paragraph that starts "For the purpose of."

19            Do you see that?

20       A    Yes.

21       Q    And it -- a little bit further down that

22  paragraph there's a statement, "It is therefore

23  important to note that the current study is only

24  informative with respect to transsexuals persons

25  health after sex reassignment; no inferences can be

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              185

1    drawn as to the effectiveness of sex reassignment as a

2    treatment for transsexualism.  In other words, the

3    results should not be interpreted such as sex

4    reassignment per se increases morbidity and mortality.

5    Things might have been even worse without sex

6    reassignment."

7            Do you see that?

8       A    Yes.  And again, that's just -- just

9    reiterates the point that having this one treatment

10   is -- is not going to say anything about morbidity and

11   mortality, which is what she's specifically saying

12   here.  Because you can't -- you can't condemn sex

13   reassignment as something that increases morbidity and

14   mortality as a treatment.  That isn't what this study

15   says.

16      Q    Right.  It seems like there's two kinds

17   of -- there's two issues, right?  There's -- on the

18   one hand, is sex reassignment an effective treatment

19   at improving the symptoms associated with the

20   condition, and two, is it sufficient to resolve all of

21   those symptoms.

22           Do you understand the distinction I'm

23   drawing?

24      A    Well, I mean if the study predominantly

25   addresses -- predominantly addresses associations with

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    186

1    morbidity and mortality data, it's an associational

2    study.  It doesn't specifically seek to address safety

3    and efficacy of sex reassignment surgery.

4        Q    Right.  I guess -- in your opinion, would it

5    be consistent -- and let's set aside this study in

6    particular, but just in general, for a person to draw

7    the conclusion based on the evidence currently out

8    there that sex reassignment surgery is effective at --

9    is effective in treating gender dysphoria, but that it

10   does not necessarily fully resolve the symptoms

11   associated with gender dysphoria?

12           MR. REDBURN:  Objection to form.

13       A    No, I would -- I would not put it that way.

14       Q    Okay.  Could you clarify how you would think

15   about it?

16       A    How I think about it is a person with a

17   diagnosis of gender dysphoria has an individualized

18   Medical Treatment Plan that includes potentially a

19   number of components which, as a group of treatments

20   in my view of the literature and in the view of people

21   who pay for this care routinely in the United States,

22   have rendered a judgment that these treatments taken

23   as a whole are both safe and effective in patients who

24   are appropriately diagnosed and follow the appropriate

25   standards of care.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    187

1          So what I would not do is to single out one
2    element of that and say, well, you know, if the person
3    got this element of the care and we didn't look at
4    anything else under the Medical Treatment Plan or
5    social transition or any other aspects of a person's
6    journey as they consolidate living in their gender
7    identity, which is the goal of all transgender people,
8    that that somehow invalidates the treatment -- the
9    treatments as a group or invalidates that individual
10   treatment.  It's -- it's a bankrupt question to parse
11   it out that way.
12       Q    You say that at one point -- and let's
13   actually move to Exhibit 1, if we could.
14            (Exhibit 1 displayed.)
15       Q    So we're back at Exhibit 1.  This document,
16   revised expert report, and I'm bringing up this page
17   purely to kind of center our discussion.  I'm more
18   interested in talking about continuing our previous
19   discussion.
20            You mentioned the word "panaceas," and I
21   thought it would be useful to just center us on this
22   sentence that you had included in paragraph 50 of the
23   revised expert report.
24            The second sentence in paragraph 50, it
25   says, "Some studies have documented that the health

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                            188

```
 1   disparities can persist even after transition-related
 2   treatment because of the continuing effects of
 3   discrimination and the reality that gender
 4   dysphoria-specific treatments are not panaceas for all
 5   problems that a person may experience in their life
 6   (nor were these treatments designed to be.)"
 7          You see that there?
 8      A    Yes.
 9      Q    And is that -- I guess does that seem like a
10   fair summary of what we were just discussing, your
11   viewpoint on the Dhejne 2011 study?
12          MR. REDBURN:  Objection to form.
13      A    This is a much more abbreviated version of
14   my just prior testimony on this issue.
15      Q    What is the basis for your -- well, let me
16   say it this way.
17          What is your basis for the statement that
18   health disparities that you reference in this sentence
19   are because of the continuing effects of
20   discrimination and the reality that gender
21   dysphoria-specific treatments are not panaceas?
22          My question I guess is basically, what is
23   your basis for not attributing those health
24   disparities to gender dysphoria?
25          MR. REDBURN:  Objection to form.
```

1     A    So this statement specifically references

2  Dr. Dhejne's study, because that is how people are --

3  are interpreting it, that the health disparities,

4  which is a shorthand way of saying mortality and

5  morbidity, associated morbidity, that it's at least

6  statistically associated even if the person got gender

7  dysphoria-specific treatment.

8         That that -- that's what -- that's what

9  people are using this paper to say, and I'm saying

10  that that's not a valid argument.

11     Q    I guess what I'm trying to get at is -- and

12  I fully recognize that this is one study -- but if --

13  if the study reflected reality, if it was in fact the

14  case that, as you say here in this sentence, health

15  disparities can persist even after transition-related

16  treatment, what is the basis for attributing those

17  health disparities to any particular health condition

18  on the current evidence we have?

19         MR. REDBURN:  Objection to form.

20     A    I mean, you're asking me to assume quite a

21  bit.  So I'll answer the question in this way.

22         I've had experience over three decades

23  working with people with gender dysphoria, the

24  diagnosis of gender dysphoria, predominantly in active

25  duty and veteran and Reservist capacity for all of

1    that time.

2            During that time, having contact with

3    in-person or charts of thousands of people that exist

4    in this category of gender dysphoric people of -- with

5    current or past military experience, I can tell you

6    that the treatments -- if they receive the treatments,

7    the treatments have been the -- for the most part safe

8    and effective in those individuals, and that in the

9    absence of those treatments and in the presence of an

10   inability to live in their self-identified gender,

11   that under those circumstances, they are much more

12   likely to have other health and mental health

13   conditions, partly because of the fact that they're

14   unable to obtain care and they may be unable to obtain

15   care for a variety of things, not just specific to

16   their gender dysphoria.  And that a lot of these

17   health disparities are associational.

18            And if they had access to appropriate care

19   for their conditions and were allowed to live

20   authentically in their gender identity, that much of

21   this just resolves.

22       Q    I want to ask you one more point on this

23   Dhejne article, then perhaps we should take a break.

24            Does that work for you, Dr. Brown?

25       A    Yes, it does.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              191

```
1         Q    Okay.
2              MR. POWERS:  Let's go back to the Dhejne
3    article that we just had up.
4              THE TECHNICIAN:  I think that's Exhibit 17?
5              MR. POWERS:  Perhaps 18.
6              (A discussion was held off the record.)
7              (Exhibit 18 displayed.)
8    BY MR. POWERS:
9         Q    Okay, we've returned to Exhibit 18, which is
10   the 2011 Dhejne article that we've been discussing.
11             I just want to ask you about one point in
12   the article's "Discussion" here.  Just let me locate
13   it real quick, one moment.
14             Dr. Brown, are you familiar with the concept
15   of the problem of dropouts in studies involving
16   persons being treated for mental health conditions?
17             MR. REDBURN:  Objection to form.
18        A    Am I familiar with the fact that patients
19   may drop out of studies involving mental health
20   conditions?
21        Q    Yes.
22        A    I'm familiar with that possibility, yes.
23        Q    What -- does that possibility create a
24   problem for -- for carrying out a study?
25        A    It depends on what the study -- it depends
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              192

1    on what the study is and what its questions seek to

2    answer.  Sometimes it doesn't even require live

3    patients.  So it entirely depends on what the question

4    is and what the design of the study is.

5         Q    If a study is attempting to compare a

6    pretreatment and a post treatment state for a group

7    that's being studied, would the existence of dropouts

8    have an effect on the data that -- the quality of the

9    data that's ultimately reported?

10             MR. REDBURN:  Objection to form.

11        A    Well, again, it depends on the design of the

12   study.  So if the study was designed such that you

13   could use the electronic health record, like much of

14   my research, there is no such thing really as a

15   dropout for the purposes of evaluating records.

16             If you require a prospective study with the

17   individual -- the individuals in that study having to

18   physically come in, I guess in these days, or Zoom in,

19   then that type of study design has to take into

20   account dropouts which would occur in -- in each arm

21   of the study and make a determination as to whether

22   the dropouts enable you to still statistically analyze

23   the data that you have at some point in the

24   prospective future.

25        Q    Can the presence of dropouts in a study

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          193

1    where -- the type of study that you just described,
2    where that could be an issue, can that introduce any
3    kind of bias into the results?
4              MR. REDBURN:  Objection to form.
5        A    Well, you're suggesting that you have
6    results.  So what I'm suggesting as somebody who has
7    designed dozens of studies, including military studies
8    while I worked for the Andrew Jackson Center for the
9    Advancement of Military Medicine, if -- if you have
10   too many dropouts from one arm of the study -- and it
11   could be the controls, by the way, if it was a control
12   study and you had controls and an active group.
13             So it's not just in a treatment group, where
14   there may be dropouts you may not have results at all;
15   therefore, you have no bias because you didn't render
16   results.
17             You can only state, well, I had this many
18   dropouts, the cell size is too small to analyze and,
19   therefore, whatever results we have we either have our
20   results or we have highly tentative or insignificant
21   results to discuss.
22             MR. POWERS:  Okay, let's go ahead and take a
23   break.
24             Before you go, Dr. Brown -- sorry, can we go
25   off the record?

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              194

```
1                (A recess was taken at 4:45 p.m.)

2                (Back on the record at 4:48 p.m.)

3           MR. POWERS:  Let's turn to Exhibit 1, the

4    Stockman revised report.

5           Well, actually, let's move to a different

6    document, then.  Sorry, I got -- you pulled it up

7    already, but let's move to document X underscore, and

8    the rest of the title is DOD 6490.07.

9           (Exhibit 19 was marked for identification

10   and is attached to the transcript.)

11          (Exhibit 19 displayed.)

12   BY MR. POWERS:

13      Q    So Exhibit 19 has now been placed in front

14   of the witness.  This is titled "Department of Defense

15   Instruction Number 6490.07" dated February 25, 2010.

16          The subject below the heading states,

17   "Deployment-Limiting Medical Conditions for Service

18   Members and DoD Civilian Employees."

19          Have you reviewed DODI 6490.07 before?

20      A    Yes.

21      Q    Let's move to a couple of portions of the

22   document.

23          So I've turned to page 10 of the document.

24   It's entitled "Enclosure 3," heading, "Medical

25   Conditions Usually Precluding Contingency Deployment."
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          195

1          It says, "This list of conditions is not

2     intended to be all-inclusive.  A list of all possible

3     diagnoses and their severity that may cause an

4     individual to be potentially non-deployable, pending

5     further evaluation, would be too expensive.  Medical

6     evaluators must consider climate, altitude, rations,

7     housing, duty assignment, and medical services

8     available in theater when deciding whether an

9     individual with a specific medical condition is

10    deployable.  In general, individuals with the

11    conditions in paragraphs a. through h. of this

12    enclosure, based upon medical assessment as described

13    in Enclosure 2 and Reference (1), shall not deploy

14    unless a waiver is granted."

15          Do you see that paragraph there?

16    A    Yes.

17    Q    I first want to ask you about the middle

18    sentence of that paragraph where it says, "Medical

19    evaluators must consider climate, altitude, rations,

20    housing, duty assignment, and medical services

21    available in theater when deciding whether an

22    individual with a specific medical condition is

23    deployable."

24          Do you have any opinion about the validity

25    of those or any other criteria for -- or let's just

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              196

1    say the validity of those criteria for determining

2    whether a person is deployable?

3            MR. REDBURN:  Objection to form.

4        A    You're asking me whether -- whether I agree

5    with that sentence or --

6        Q    Do you --

7        A    I'm not clear.

8        Q    My question -- and feel free to -- if

9    there's another portion of the document that occurs to

10   you that you'd like to review as part of this, let me

11   know.

12           My question basically relates to, do you

13   think it is valid for medical evaluators to consider

14   climate, altitude, rations, housing, duty assignments,

15   and medical services available in theater when

16   deciding whether an individual is deployable?

17           MR. REDBURN:  Objection to form.

18       A    Yes, I think it's reasonable for medical

19   evaluators to consider those things and possibly other

20   things in the process of making a recommendation

21   regarding deployment.

22       Q    Okay.  Do you understand the -- based on

23   this paragraph and your knowledge of the document,

24   that the following list of conditions marked a.

25   through h. require a waiver for a person with one of

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          197

1    those conditions to be deployed?  Do you understand

2    that?

3              MR. REDBURN:  Objection to form.

4         A    I only can see a.

5         Q    Sorry, I just mean -- I can take you down to

6    h., but let's say at the a.

7              Do you understand the a. is a condition --

8    based on the way this first paragraph reads, is a

9    condition that requires a waiver to be deployed?

10        A    That's my understanding.

11        Q    Okay.  So let's -- I'll take you down to h.,

12   which is actually the one that I wanted to go to next

13   anyway.  It's on page 12, and it lists -- it's titled

14   "Mental Health Disorders," and it lists a set of

15   conditions and disorders.

16             And would you agree that the things that are

17   in this list under sub a. or sub h. are conditions and

18   disorders that would preclude deployment in the

19   absence of a waiver?

20        A    Yes, with the understanding that many of

21   these are written purposely vague and are subject to

22   substantial interpretation by the evaluating

23   clinician.

24        Q    Understood.

25             Do you see under h. there's No. 4?  It

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    198

1    states, "Mental health conditions that pose a

2    substantial risk for deterioration and/or recurrence

3    of impairing symptoms in the deployed environment."

4              Do you see that?

5        A    I do.

6        Q    Do you have an opinion whether gender

7    dysphoria is a condition that could pose a substantial

8    risk for deterioration and/or recurrence of impairing

9    symptoms in the deployed environment?

10             MR. REDBURN:  Objection to form.

11       A    In the population of people who reach this

12   level of decision-making, meaning that they've already

13   cleared all the evaluations for accession, they've

14   already cleared Basic Training, obviously, because

15   they're being considered for deployment, so that's

16   post Basic Training environment and generally much

17   longer after that, even, they've passed any retention

18   exams they may have had in the first year or two, and

19   now they're finally up to the point where they're

20   being assessed for deployment, this is a population of

21   people who are -- with gender dysphoria -- treated

22   gender dysphoria or who are not going to be posing a

23   substantial risk for deterioration or recurrence of

24   impairing symptoms.

25             And secondly, they may never have had

1    impairing symptoms in the first place, so that the

2    question of recurrence of something that didn't exist

3    before doesn't apply to this population either.

4         Q    So are you saying, basically, that the sort

5    of accession standards and training and other

6    screening mechanisms in the military would have

7    already sort of screened out individuals that would

8    have this situation of a substantial risk of

9    deterioration?  Is that the idea?

10             MR. REDBURN:  Objection to form.

11        A    I think the idea is that people who are

12   being considered for deployment are not similar to the

13   population of Swedes from 1973 to present, for

14   example; that this is a highly select group of

15   individuals who have made it to this point where they

16   can either be considered for deployment, first, and

17   second, that in my experience, most veterans and

18   active duty people that I have seen with gender

19   dysphoria are not impaired in their ability to do

20   their job, whether it's in a deployed or an austere

21   environment or a combat scenario, they're not im- --

22   not impaired in their ability to do their job, they're

23   more likely to have experienced distress associated

24   with untreated gender dysphoria, and once they get on

25   a Medical Treatment Plan and move forward with their

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                         200

1    individualized plan and get treatment, that that

2    distress resolves.

3            So I guess that's the long way of saying

4    that h. sub 4 does not apply to transgender service

5    members with treated gender dysphoria who are being

6    considered for deployment and they would not need a

7    waiver.

8        Q    Let's take a look at another document.

9            MR. POWERS:  Can we do document Z, as in

10   zebra, underscore.

11           (Exhibit 20 was marked for identification

12   and is attached to the transcript.)

13           (Exhibit 20 displayed.)

14       Q    So Exhibit 20 has been placed before the

15   witness.  It's a document titled "USCENTCOM 231245Z

16   Mar 17 MOD Thirteen to USCENTCOM Individual Protection

17   and Individual-Unit Deployment Policy."

18           Have you reviewed a document going by that

19   title, Dr. Brown?

20       A    Yes.  And there's also a MOD 14 subsequent

21   to this one.

22       Q    Could I direct you to -- turn to the 23rd

23   page of this document.  It's titled "BPG-Tab A:

24   Amplification of the Minimal Standards of Fitness for

25   Deployment to the CENTCOM AOR; to Accompany MOD Twelve

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          201

1    to USCENTCOM Individual Protection and Individual/Unit
2    Deployment Policy."
3            Have you reviewed this document concerning
4    the amplification of the minimal standards for fitness
5    for deployment to the CENTCOM AOR?
6        A    Yes, I did, but I have to say I'm probably
7    more familiar with the more current MOD after this
8    one.
9        Q    Can we -- let's see.
10           Do you understand -- is it your
11   understanding that that document sets forth medical
12   limitations on deployment to the CENTCOM AOR as well
13   as the -- the MOD 14?
14           MR. REDBURN:  Objection to form.
15       A    Well, you're -- you're suggesting that --
16   that the physician makes -- makes the decision
17   regarding deployment and that's not the case.
18       Q    Well, I guess I should say, is it your
19   understanding that this document and/or MOD 14 provide
20   medical standards for determination of whether a
21   person can be medically cleared for deployment to the
22   CENTCOM AOR?
23       A    Yes, for fitness for deployment
24   recommendations.
25       Q    Understood.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    202

1            So let's move to -- I've scrolled to a

2    paragraph 7 in this Tab A, and at the bottom of the

3    paragraph it says in bold, "Individuals with the

4    following conditions will not deploy without an

5    approved waiver."

6            So do you recall that there is a -- under

7    this paragraph 7 there's a list of conditions that

8    require a waiver for medical clearance to deploy?

9         A    Yes.

10        Q    Okay.  Let's move -- let's see here.  I

11   think I've got a little document problem here, because

12   the document I'm looking at is -- is actually MOD 14,

13   so that's my bad, so let's move on to another portion

14   of the document.

15           Let me ask you this, though.

16           When a person has begun a regimen of

17   cross-sex hormone therapy for purposes of transition,

18   what is the period of time that the individual will

19   require laboratory monitoring?

20        A    Well, they would have a baseline monitoring,

21   and then there is guidance for follow-ups, and the

22   follow-up may be at three months, may be at six

23   months, may be at nine months, may be at a year and

24   after, depending on what medications they are taking.

25           And again, those are guidelines and there's

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    203

1    nothing magical about the specific dates.

2        Q    And so for the three months, six months,

3    nine months, 12-month possible instances of follow-up,

4    would those instances involve laboratory monitoring?

5        A    They could and --

6            MR. REDBURN:  Objection.

7        A    They could.

8        Q    I understand if this question requires a

9    sort of unpacking of an answer, but what are the

10   methods of administering kind of cross-sex hormones

11   that are used in transition treatment?  And by

12   "methods of administering" I mean injection, you know,

13   pill, et cetera.

14           MR. REDBURN:  Objection to form.

15       A    Right.  Okay.

16           So in terms of methods of administration for

17   cross-sex hormones -- and I'll -- I'll -- for the sake

18   of clarity, I'll just combine birth sex males, birth

19   sex females.  If we want to get into the differences

20   between those, we can do that as well.

21           But there are a variety of formulations of

22   cross-sex hormones that are available.  They can

23   include patches, they can include gels or creams, they

24   can include oral medications, and they can include

25   injectables, both shorter-acting injectables, as well

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    204

1    as long-acting injectables.  By "long" I mean three to

2    six months or longer for some of the injectables that

3    are potential.

4            So pretty much all of those are potentially

5    available methods of administration.

6        Q    Do any of those -- do any of the commonly

7    used cross-sex hormone formulations require

8    refrigeration?

9        A    They do not, no.

10       Q    What are the -- what are the kinds of

11   cross-sex hormones that -- used for treatment that are

12   available in injectable form?

13       A    So similar to the 9 -- in excess of 9,000

14   cisgender active duty service members mentioned in a

15   document of the administrative records who are on

16   testosterone for a diagnosis of hypogonadism but are,

17   nonetheless, retained valued members of the force,

18   testosterone can be injectable for trans service

19   members as well.

20       Q    Is testosterone available in a

21   non-injectable form?

22       A    Yes, it's available in creams -- mostly gels

23   and creams, which are a little different from each

24   other, but nonetheless topically applied and oral as

25   well.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                      205

1      Q    Is there a clinical reason or medical reason

2  why an injectable form of testosterone would be

3  preferred by -- as a method of treatment?

4      A    It depends on the individual.  Some people

5  prefer injectables because it can be administered and

6  depending, again, on the unique aspects of a given

7  patient, can be injected as infrequently as every

8  couple of weeks, which some people prefer.  So that

9  would be patient preference running -- guiding that

10 for the most part.

11     Q    Okay.  Is there any reason why the physician

12 would lean towards one form or another as far as

13 injectable versus another method of administering

14 testosterone?

15          MR. REDBURN:  Objection to form.

16     A    The majority of people who are treated with

17 testosterone who are either cis or trans -- so this

18 applies to really the vast majority of people getting

19 testosterone who are on active duty are cisgender --

20 are either going to receive injectables or they're

21 going to receive a gel or a cream, and they're not as

22 likely to receive oral supplementation, largely

23 because the first pass effect in the hepatic system,

24 in the liver, makes the general reliability of oral

25 testosterone less than either of the other two methods

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          206

1    of administration.

2        Q    I'm going to take you to another portion of

3    the document.  This is subparagraphs h. -- or

4    paragraph h., Medications, it states, "Although not

5    exhaustive, use of any of the following medications is

6    disqualifying for deployment unless a waiver is

7    granted."

8            Yeah, same problem as before.  Okay.  We'll

9    leave that one.

10           MR. POWERS:  Let's go back to Exhibit 1.

11           (Exhibit 1 displayed.)

12           MR. POWERS:  Go to page 26 of the revised

13    expert report in Stockman, paragraph 64.

14       Q    Paragraph 64 reads:

15           "The Implementation Report asserts that

16    transgender service members receiving cross-sex

17    hormone therapy would risk having their treatment

18    disrupted if they are deployed.  But the same concerns

19    about interruptions in chronic care apply to every

20    service member who is deployed while taking

21    medication.  These concerns have not been a barrier to

22    deployment for service members who require hormones

23    for other medical conditions or who require

24    medications for other mental health conditions that

25    allow for deployment."

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    207

1          Is that consistent with your opinion,

2   Dr. Brown?

3        A    Yes, it is.

4        Q    Do you dispute -- in the first sentence here

5   you state that the Implementation Report asserts that

6   treatment could be disrupted if transgender service

7   members are deployed.

8          Do you dispute that there is a risk of

9   disruption of cross-sex hormone treatment in deployed

10  settings?

11         MR. REDBURN:  Objection to form.

12       A    There is a risk of supply chain

13  interruptions for all active duty service members in

14  deployed environments, no different from that for

15  transgender service members.

16         And as I stated earlier, the vast majority

17  of service members who are on testosterone and

18  estrogen -- primarily the medications we're talking

19  about here -- the overwhelming majority of those are

20  cisgender active duty service members.

21       Q    In paragraph 65 of Exhibit 1, the last

22  sentence of that paragraph or -- or the second

23  sentence of that paragraph states:

24         "Access to medication is predictable, as

25  '[t]he Military Health Service maintains a

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    208

1    sophisticated and effective system for distributing

2    prescription medications to deployed service members

3    worldwide.'"

4            Is that still your opinion?

5        A    Yes, the military is very clear on its

6    desire to provide the best possible care that it can

7    for its active duty service members.  And as a result,

8    the military goes out of its way to provide access to

9    what its members need.

10       Q    Have you ever played any role in

11   facilitating the military's medical supply chain?

12       A    No.

13       Q    Have you ever conducted any research

14   yourself regarding the military's medical supply

15   chain?

16       A    No.

17       Q    Have you ever considered the particular

18   supply chain challenges that may exist in different

19   geographic areas, such as U.S. Central Command?

20       A    No, I haven't looked specifically at those

21   and -- nor, again, do they differ for cisgender versus

22   transgender individuals in those deployed settings.

23       Q    Okay.  If a service member is deployed and,

24   say, loses medication or the medication is destroyed,

25   do you know what steps the military would need to take

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    209

1    to resupply the individual with medication?

2         A    Well, a service member would have to report

3    that they are out of their medication or they've lost

4    their medication to their medical personnel, and the

5    medical personnel would report it up the chain and see

6    when it is that they are going to be resupplied with a

7    variety of other things, including medications, and

8    get that added to the list.

9         Q    But do you have any knowledge of

10   logistically how the military would carry out that

11   resupplying?

12        A    Logically how they would carry it?  So they

13   would obtain the medications from somewhere like

14   Landstuhl as a part of the supply chain, get it on an

15   aircraft and get it to theater.

16        Q    In terms of getting to it to theater, do you

17   have any information about how you get medication to a

18   person who is in a remote location in Afghanistan?

19        A    No.

20             MR. REDBURN:  Objection to form.

21        A    I don't have specific information regarding

22   that, the final mile of the supply chain, but again,

23   it applies identically whether you are a cisgender who

24   lost his or her medication as well as to a transgender

25   service member, so there's no distinctions.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    210

1          MR. POWERS:  Can we return to -- just a

2     moment.

3        Q    Let's stick with this document and I will go

4     to page 29.

5            I'm at paragraph 71 of your revised Stockman

6     expert report.  About midway -- or a little below

7     midway through the paragraph there is a sentence that

8     starts, "A determination."  I'm going to read that

9     out.

10           "A determination of non-deployability must

11    be based on the status of the individual and not on

12    arbitrary, non-evidence based determinations.  There

13    is some evidence that the latter is occurring, based

14    on the widely disparate between-service data reported

15    on days of limited duty for service members receiving

16    treatment for gender dysphoria as reported by the

17    various services."

18           Do you -- what is your basis for the

19    statement that there is evidence that determination of

20    non-deployment is being based on arbitrary

21    non-evidence based determination?

22       A    Because if one looks at documents in the

23    administrative record and as supplemented by the 72

24    pages that I referred to earlier in today's testimony,

25    it's quite clear.  So I'll give you a specific

1    example.

2              So the Navy, which has the second largest

3    number of individuals on a Medical Treatment Plan for

4    gender dysphoria, reported exactly zero days, zero

5    days, of limited duty for individuals on a Medical

6    Treatment Plan, whereas the Army reported something

7    like 96 percent, if I'm remembering correctly.

8    96 percent of all of those reported were on Medical

9    Treatment Plans had limited duty days.

10             So first of all, the data are not -- are not

11   comparable from one service to the other.  And there

12   is no possible clinical basis to suggest that service

13   members in the Navy with gender dysphoria are so

14   dramatically clinically different from those serving

15   in the Army.  That is absolutely not possible based on

16   my experience with -- with active duty and veteran

17   service members from all branches of the service.

18             So that's one thing that's suspect.

19             And other aspects of the data relied upon by

20   the Panel of Experts also suggests this.

21             First of all, there are memos that -- well,

22   there is the final -- the so-called final data set

23   presented in December of '17.

24             First of all, it's presented after the panel

25   had voted.  But having said that, there are

1    significant problems with that data set when -- when

2    it was presented as a slide -- in a slide format.

3            One of the statements made early on in the

4    slide set -- and without the document in front of me,

5    I can't tell you which slide, because the slides are

6    actually not numbered in the presentation -- it states

7    something to the effect that -- that the services, the

8    Army, Navy, and Air Force coordinated and standardized

9    their data collection and that the data that they're

10   presenting are based on that assumption.

11           Well, nothing could be further from the

12   truth.  In fact, there's an extensive set of emails

13   going back and forth amongst various members of the

14   committee and consultants to the committee that

15   clearly state that the Army is -- has not collected

16   the data in any kind of similar way to the Navy and

17   the Air Force.

18           They didn't even have access to the surgical

19   data until the day before the presentation -- and

20   scrambled to obtain that -- but it was stated that

21   they don't -- they don't have the same level of

22   granularity regarding the surgical data in the Army as

23   they do in the other services.

24           And the data presented regarding limited

25   duty, regarding mental health visits, are all clearly

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                        213

1    not collected in any kind of standardized way.

2            So that statement, that the whole data set

3    follows on, is clearly not true based on the

4    information in those emails.

5            And there are -- there are other examples as

6    well, but those are the ones that come to mind without

7    reviewing the documents in front of me.

8       Q    I guess, though, we discussed that there

9    was -- you said widely disparate data reported between

10   the services regarding deployability, I think.

11           And so I guess I'm curious about the next

12   paragraph in your report, paragraph 72, where you're

13   discussing a commander who you say had a --

14   misidentified a period of non-deployability that was

15   to be expected.

16           And following that there's a sentence that

17   says, "To the contrary" -- the sentence says, "To the

18   contrary, the presentation of the data states that

19   service members initiating hormone therapy were

20   non-deployable for 3-6 months in the Navy and for an

21   average of 5-6 months in the Army and Air Force."

22           Do you recall pulling that data from the

23   data set we were just discussing?

24      A    Let me just state first of all that there

25   are many, many iterations of this faultily analyzed

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                              214

1    and collected data set that's being presented to the

2    Panel of Experts.

3              There are many iterations that Dr. Admerin

4    (phonetic) and others, including Veronika Pav, put

5    together -- Veronika Pav's being the last version,

6    wasn't involved in the prior versions, as best as I

7    could tell -- so it depends on which version of the

8    data set you want look at.

9              Do you want to look at a data set that

10   involves in excess of 900, do you want look at a data

11   set that has in excess of 600, or do you want to look

12   at a data set with only 224, approximately,

13   individuals on a Medical Treatment Plan follow-up for

14   no more than a month or two in terms of assessing

15   their deployability and outcomes.  So it depends on

16   which version you look at.

17             I can tell you the final version, the one

18   that Veronika Pav put together on a contract as a

19   contractor for Kennell, LLC, Incorporated, on behalf

20   of representatives of the expert panel, revealed the

21   data that I just reported.

22             Now, prior editions of this look very

23   different.  Every one of them is flawed in numerous

24   ways that I would be more than happy to go into, but

25   they're all different slide sets.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          215

1      Q    I guess, then -- so it sounds like are you

2  saying that the final version does in fact, though,

3  that you pulled from that data the basis for this

4  sentence, to the contrary, the presentation of the

5  data says that the hormone -- members initiating

6  hormone therapy were non-deployable for three to six

7  months in the Navy and for an average of five to six

8  months in the Army and Air Force, you pulled that from

9  DOD data, correct?

10          MR. REDBURN:  Objection to form.

11     A    You've asked me two separate questions.

12          The first question is whether I made the

13  statement based on the final data.  The answer to that

14  is no, because I didn't have access to the so-called

15  final data until like eight or nine days ago.

16          So the answer to your first question is no,

17  and I can't remember what your second question is.

18     Q    Well, let's -- I guess what I'm trying to

19  get at is in paragraph 71 you say that there is -- you

20  appear to say there's evidence that determinations of

21  non-deployment are being based on arbitrary

22  non-evidence based determinations, and it appears that

23  the basis for that is disparate reports from the

24  services.

25          And so my question is, it appears from

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          216

1    paragraph 72 that you acknowledge that all of the

2    services reported non-deployability figures for

3    persons initiating hormone therapy of between three

4    and six months.

5            Is that consistent with your understanding

6    of this sentence regarding "to the contrary"?

7            MR. REDBURN:  Objection to form.

8    Mischaracterizes testimony.

9            You can answer.

10    A    I think what I'm saying is that they're

11    making determinations that are not based on -- on the

12    evidence and in fact their own evidence, such as it

13    is, faultily collected and faultily analyze changes

14    depending on which presentation you look at.

15            And the basis for some of their decisions

16    are based on for long periods of time prior to when

17    there was even the possibility of open transgender

18    service in 2016.

19            They're pulling data that goes back in some

20    cases to 2012, pasting on a diagnosis of gender

21    dysphoria and then trying to attribute anything that

22    happened prior to the time when they could openly

23    serve or receive for the very first time a Medical

24    Treatment Plan, which none until, in theory,

25    October 1st of 2016.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                          217

1          So why would you present data to this panel

2    that's -- the majority of which is based on a time

3    frame that doesn't even apply to the issue of how do

4    people who have gender dysphoria on a Medical

5    Treatment Plan and are they deployable and what is

6    their performance.

7          In fact, one email even states from somebody

8    named Bear -- and I assume that's Mr. Hebert --

9    Mr. Herbert, based on the heading of the email, as I

10   recall it, specifically state that the Carter

11   policy -- limitation policy has been in place for such

12   a short period of time that they have absolutely no

13   performance data on which to base any conclusions or

14   opinions.  No performance data.

15        Q    One moment.  Let me ...

16             In Exhibit 1, in your expert report -- the

17   Stockman revised expert report, take you to paragraph

18   27.  At the bottom of -- of page 27, which is in the

19   middle of paragraph 67, you appear to be discussing

20   the Endocrine Society clinical guidelines, and you

21   state, "As the lead author of those clinical

22   guidelines explained, 'that recommendation was

23   intended to cover a diverse, civilian population,

24   including older, unreliable and/or unhealthy

25   individuals who are not characteristic of the

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    218

```
1    population of service members.'"
2              Do you see that there?
3         A    I do.
4         Q    What is this letter that you are quoting
5    from?
6         A    So this was a letter that Dr. Hembree, who
7    is an endocrinologist and who has worked with
8    transgender, gender dysphoric individuals since
9    probably the early '70s, and who is the lead author on
10   the current version -- updated version of the
11   Endocrine Society guidelines on the treatment of
12   transgender persons with gender dysphoria using
13   cross-sex hormones dated, I believe, 2017, that he
14   provided a letter that stated, well, approximately
15   80 percent of individuals who are treating with
16   cross-sex hormones, the initial dose is going to be
17   the appropriate dose in about 20 percent, and about
18   20 percent of the rest will need a titration, and that
19   something to the effect, without the letter in front
20   of me, that the laboratory guidance in terms of the
21   specific numbers and timings of the follow-ups after
22   the third month were really based on the population
23   he's discussing and that there would be flexibility
24   regarding that for individuals who are deployed, for
25   example.
```

1        Q    Okay.

2        A    After all, they are guidelines.  Guidelines.

3        Q    Gotcha.

4             MR. POWERS:  Can we pull up document titled

5    15 underscore.

6             THE TECHNICIAN:  Stand by.

7             (Exhibit 21 was marked for identification

8    and is attached to the transcript.)

9             (Exhibit 21 displayed.)

10       Q    Exhibit 21 has now been placed before the

11   witness.  First page is Exhibit L; second page titled

12   "WPATH Timeline Guide for United States Armed Service

13   Members Going Through Transgender, Hormonal or

14   Surgical Transition."

15            Do you recall attaching this document to

16   your Stockman expert report?

17       A    Yes.

18       Q    So if we -- I first want to point you to a

19   portion of the document, and then we can -- feel free

20   to scroll and point me to something else if there is

21   something you'd like to show me.

22            The quick reference on page 3 of the

23   document says, "Quick Reference:  Timing of Medical

24   Interventions for Transgender Service Members," and

25   under "Monitoring hormones," the monitoring hormones

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    220

1    intervention for transgender men, it says, "3 month

2    intervals for first 6 to 12 months (2 to 4 iterations

3    of lab reports), to achieve normal male levels of

4    testosterone."

5            Under "Transgender Women" it says, "3 month

6    intervals for first 6 to 18 months (2 to 6 iterations

7    of lab reports), to achieve normal female estrogen

8    levels, and monitor testosterone suppression."

9            Do you see those representations there?

10   A    Yes.

11   Q    Do you concur with those recommendations for

12   the population of transitioning service members?

13   A    So --

14           MR. REDBURN:  Objection to form, and Doctor,

15   you should review as much of the document as you feel

16   necessary to answer the question.

17   A    In fact, that's what I was going to do, I

18   was going to say please scroll up to the top of the

19   document.

20           MR. POWERS:  Daniel, can you give him

21   control.

22   A    So one of the points that is being made is

23   customization, which means individualization of

24   treatment plans.  I think that's an important issue.

25           And the timelines are different from one

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                             221

1    transgender service member to another.  And that, for

2    example, what's stated here is, for example,

3    hysterectomies.  You wouldn't expect in any

4    different -- in a trans individual versus a cis- --

5    cisgender service member.  That's -- that's what this

6    is referring to here.

7              We're also pointing out that the key needs

8    during transition are simple and straightforward.  You

9    don't require an endocrinologist, the standard of care

10   is primary care in the largest healthcare system in

11   the United States providing transgender healthcare,

12   which is the VA.  So it doesn't require access to

13   highly specialized and trained personnel.

14             And -- and really the form first with this

15   is based on laboratory assessment, which is done

16   before deployment, and then all serving active duty

17   individuals get laboratories done on an annual basis,

18   just by definition of for force-wide preventive health

19   medicine.

20             So this is no different from -- from the

21   cisgender population.

22             So that's my answer to that.

23       Q    Okay.  In recommending -- if you're able to

24   speak to the intent, that would be useful.

25             In recommending monitoring for the first 6

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                      222

1  or 12 months for trans men and 6 to 18 months for

2  trans women, were you contemplating that in fact

3  monitoring would be -- not be necessary for even six

4  months in many cases?

5       A    So --

6            MR. REDBURN:  Objection to form.

7       A    So -- so one of the assumptions or

8  presumptions that the expert panel utilized throughout

9  their entire deliberative process, in spite of

10 testimony to the contrary from medical experts, was

11 that everybody who's -- who gets prescribed cross-sex

12 hormones is non-deployable for one year; hence, a

13 commander saying well, two and a half years, one

14 commander it's two and a half years before they're

15 deployable, which is not true.

16           I mean, there's nothing in here that

17 suggests, nor am I suggesting, nor would anybody

18 that -- who does this work would suggest that anybody

19 is non-deployable for a year after commencing

20 cross-sex hormones.  That is just not clinically the

21 case at all.

22           And Dr. Hembree said 80 percent of

23 individuals will likely be at their proper dosing with

24 a first onset of treatment.  So -- meaning within the

25 first three months.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    223

1        Q    Do you -- even -- even if that's true, do

2    you agree that the recommendation, nonetheless, is

3    that a person be monitored in the laboratory setting

4    for as many as 12 or 18 months?

5            MR. REDBURN:  Objection to form.

6        A    Well, it doesn't say that they be monitored

7    in a laboratory setting.

8        Q    I should say that there should be lab tests

9    done on a three-month interval basis for as many as 12

10   to 18 months?

11           MR. REDBURN:  Objection to form.

12       A    In my experience, 18 months is too long for

13   trans women.  Most individuals reach -- reach their

14   appropriate clinically indicated dosing prior to 18

15   months, certainly, and they would be on annual

16   monitoring, so the 18 months in my experience would be

17   an outlier.

18       Q    Do you differ on that opinion from other

19   persons at WPATH?  I'm just wondering why that

20   18-month figure is in this document.

21       A    It's giving --

22           MR. REDBURN:  Objection to form.

23       A    It's giving a range of possibilities.  So

24   just as it says, 6 to 12, it's saying 6 to 18, with 18

25   being outliers, being yeah, it's possible, but you

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    224

1    know, in reality that is a very small number of

2    individuals, but it's being listed there as a broad

3    range.

4            I think the critical thing to look at in

5    terms of safety is this annual visit.  And annually --

6    and again, it doesn't mean 365 days from initiation of

7    treatment X.

8            One needs absolutely to have their blood

9    drawn.  This is a guideline, so it's a little less

10   than a year, little over a year, it's roughly the

11   same -- the same annual basis, and it's done by birth

12   month, I understand, for a lot of individuals on

13   active duty.  That it's the same preventive medicine

14   annual time frame as you would have for cisgender

15   individuals.

16       Q    Are you familiar with any of the surgical

17   treatments with any complications that commonly arise

18   or can arise -- scratch that.  Let me just start over.

19           Are you familiar with the complications that

20   can arise from any of the common surgical treatments

21   for gender dysphoria?

22       A    I have not put myself out, nor do I put

23   myself out as an expert in surgery, but yes, I am

24   familiar with complications that can potentially occur

25   with gender confirmation surgeries.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    225

1        Q     Do you have any information or knowledge of

2   the rate of complications for any gender confirmation

3   surgeries?

4              MR. REDBURN:  Objection to form.

5        A     Actually, that information was presented by

6   a civilian surgeon who does these procedures on a

7   regular basis to the expert panel.  That is provided

8   in the Minutes of the one meeting where that person

9   was allowed to present.

10             So I would refer to that document if I had

11  it in front of me so that I could be more accurate in

12  reporting.

13       Q     Okay.  Couple more things.

14             MR. POWERS:  Let's go back to Exhibit 1.

15             THE TECHNICIAN:  Stand by.

16             (Exhibit 1 displayed.)

17       Q     Back to Exhibit 1, the Stockman revised

18  expert report.  Turning to page 11 of the document,

19  paragraph 33, looking at the second sentence of

20  paragraph 33, it says, "However, if a transgender

21  person is able to live in accordance with their gender

22  identity from an early age, they may never develop

23  Gender Dysphoria as an adult."

24             Do you see that sentence there, Dr. Brown?

25       A     Yes.

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    226

1        Q    Are there any studies that you're aware of

2    that support this statement?

3        A    What -- what this statement is referring to

4    is essentially early onset or gender dysphoria of

5    childhood, or early adolescence, where individuals are

6    intercepted, essentially, medically early on and are

7    treated before establishing a diagnosis of gender

8    dysphoria as an adult, and yes, there are studies that

9    look at that.

10       Q    Do you happen to recall any -- the names of

11   any?  I understand this isn't a memory test; I'd just

12   be curious to know if you could point me to any.

13       A    Sure.  The pioneering work of this was done

14   by the study group in Amsterdam, in the Netherlands.

15   Look up Louis Gooren, G-O-R -- G-O-O-R-E-N,

16   Griet De Cuypere and several others.

17           But the work -- the early work on this came

18   from the child group working with puberty blockers as

19   pioneering work in the Netherlands.

20           There is additional work from the

21   United Kingdom on this, and now there's active work

22   with funded studies going on with this very concept in

23   Los Angeles, with Dr. J -- I can't remember whether

24   her name is Joanna or Joann Wolfson, a pediatrician.

25           MR. POWERS:  Give me a couple of minutes

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                           227

```
1    here to look over my notes, see if I have anything
2    else.
3              Tom, are you planning on doing any Redirect?
4              MR. REDBURN:  Yeah, briefly.
5              MR. POWERS:  Okay.  You can go ahead.
6              MR. REDBURN:  Okay.
7         EXAMINATION BY COUNSEL FOR DOE PLAINTIFFS
8    BY MR. REDBURN:
9         Q    Dr. Brown, a couple of questions for you.
10             There was discussion during an earlier part
11   of the deposition concerning the recurrence of gender
12   dysphoria, and in your expert opinion and in your
13   clinical experience, how often have you seen gender
14   dysphoria recur in people who have undergone
15   transition and been stable in their preferred gender
16   for 18 months?
17        A    Yeah, so I struggle a little bit with the
18   term "recurrence" because it's not a term that we
19   generally use as clinicians working with gender
20   dysphoria.
21             It's a term more commonly used in situations
22   like depression, where individuals can have individual
23   bouts of depression but then seem to be genetically
24   predisposed to have recurrent episodes of depression,
25   so they have one episode of depression, it's treated,
```

1  they no longer have symptoms of depression, and then a

2  year or two later they develop another new episode of

3  depression, they get treated and so on throughout

4  their life.

5           And that's where the analogy with gender

6  dysphoria really falls apart, because that's not the

7  situation that pertains with gender dysphoria; hence,

8  my lack of comfort with the term "recurrence" with

9  respect to gender dysphoria.

10          So with respect to your question, with that

11  as a context, in my experience, people who have an

12  access to an appropriate Medical Treatment Plan, or

13  following WPATH standards of care for treatment,

14  whatever that means for them as an individual moving

15  forward.

16          If I understand "recurrence" to mean after

17  they have resolved gender dysphoria and they have an

18  ongoing diagnosis of gender dysphoria post transition,

19  how often do they develop full-blown new diagnosis of

20  gender dysphoria, the diagnosis gender dysphoria, with

21  clinically significant symptomatology under criterion

22  B, that's a very rare situation in my clinical

23  experience.

24      Q    Okay.  Let me ask you a related (inaudible).

25          In your expert opinion and in your clinical

1    experience, how often have you seen someone who's been

2    diagnosed with gender dysphoria, but who has completed

3    a treatment plan, at some later point experience a

4    recurrence of gender dysphoria?

5        A    And when you say "recurrence of gender

6    dysphoria," are you talking about some -- some

7    symptoms of gender dysphoria, or are you talking about

8    the full-blown diagnosis of gender dysphoria?

9        Q    The latter.

10       A    I can't think of any -- any patients that

11   fall into that category.

12           MR. REDBURN:  Thank you, Doctor, I have

13   nothing further.

14           MR. POWERS:  Okay.  Then I have nothing

15   further for the day.

16           I'll just state on the record that I may

17   seek to reopen the deposition if you submit any

18   additional declarations or expert reports, and I may

19   also seek to reopen the deposition as to any

20   additional matters in the CV that was provided last

21   night.

22           MR. REDBURN:  Okay.  And as I indicated

23   earlier, we reserve our rights with respect to

24   reopening of the deposition as to the CV.

25           We also reserve our rights with respect to

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                230

1    reopening the deposition in connection with any

2    supplemental declarations, since we indicated we may

3    do so and you chose to take the deposition anyway.

4              MR. POWERS:  Okay.  Thank you.

5              I guess we'll go off the record.

6              THE WITNESS:  And I would also like to state

7    that I do want to review and sign, I do not waive my

8    right in that regard.

9              THE COURT REPORTER:  Thank you, Doctor.

10             Counsel -- Mr. Redburn, copy?

11             MR. REDBURN:  Yes, please.

12             (Off the record at 5:55 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            ACKNOWLEDGMENT OF DEPONENT

 2        I, George Richard Brown, M.D., DFAPA, do hereby

 3    acknowledge that I have read and examined the

 4    foregoing testimony, and the same is a true, correct

 5    and complete transcription of the testimony given by

 6    me, and any corrections appear on the attached Errata

 7    sheet signed by me.

 8

 9

10    _____    _____

11        (DATE)                     (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    232

1          CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2          I, Dawn M. Hart, the officer before whom the

3     foregoing deposition was taken, do hereby certify that

4     the foregoing transcript is a true and

5     correct record of the testimony given; that said

6     testimony was taken by me stenographically and

7     thereafter reduced to typewriting under my direction;

8     that reading and signing was requested; and that I am

9     neither counsel for, related to, nor employed by any

10    of the parties to this case and have no interest,

11    financial or otherwise, in its outcome.

12         IN WITNESS WHEREOF, I have hereunto set my

13    hand and affixed my notarial seal this 30th day

14    of June, 2020.

15    My commission expires:

16    January 2, 2021

17

18

19

20    _____

21    NOTARY IN AND FOR THE

22    STATE OF MARYLAND

23

24

25

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

233

| A |
|---|

**a) (2**
18:23, 143:11,
145:5
**abbreviated**
124:3, 188:13
**ability**
14:13, 48:14,
48:18, 71:6,
71:7, 90:25,
98:13, 121:11,
121:12, 164:11,
174:8, 179:24,
199:19, 199:22
**able**
14:20, 19:15,
21:20, 30:4,
53:15, 88:23,
89:24, 118:19,
124:9, 130:2,
139:11, 155:6,
161:9, 164:4,
221:23, 225:21
**about**
11:21, 13:7,
13:23, 17:3,
25:23, 29:14,
30:21, 31:18,
31:20, 31:23,
34:6, 42:22,
44:23, 48:20,
54:13, 56:15,
57:12, 57:13,
57:16, 58:21,
59:7, 59:15,
62:6, 70:6,
71:17, 75:22,
79:19, 87:4,
88:10, 89:4,
89:5, 90:18,
90:23, 91:9,
93:12, 94:7,
94:8, 94:9,
95:13, 97:5,
97:9, 99:4,
99:5, 99:25,
101:14, 102:18,

102:24, 109:20,
110:6, 112:15,
116:22, 119:24,
119:25, 120:3,
122:1, 134:6,
135:15, 135:17,
141:21, 142:20,
148:7, 148:16,
152:7, 160:21,
160:22, 161:21,
162:8, 164:1,
165:13, 165:15,
166:7, 169:12,
169:21, 172:20,
174:8, 174:9,
174:10, 174:13,
174:19, 176:24,
182:1, 183:10,
184:10, 185:10,
186:15, 186:16,
187:18, 191:11,
195:17, 195:24,
203:1, 206:19,
207:19, 209:17,
210:6, 213:11,
218:17, 229:6,
229:7
**above-captioned**
150:14
**abrupt**
116:24, 116:25,
117:12, 118:24
**absence**
80:7, 104:17,
114:4, 134:25,
135:19, 136:15,
141:22, 150:22,
190:9, 197:19
**absolutely**
62:20, 87:24,
105:2, 211:15,
217:12, 224:8
**abstract**
123:3
**abuse**
158:6
**academician's**
25:1

**acceptable**
163:11
**accepted**
26:9, 90:7,
129:13
**access**
18:9, 22:10,
39:22, 41:5,
60:24, 61:1,
61:2, 63:17,
75:16, 76:2,
82:12, 82:21,
83:3, 83:10,
98:14, 107:8,
113:24, 114:6,
116:21, 117:20,
119:24, 120:1,
120:3, 121:10,
133:6, 142:18,
153:16, 155:8,
163:18, 164:4,
164:12, 174:22,
176:5, 176:8,
190:18, 207:24,
208:8, 212:18,
215:14, 221:12,
228:12
**accessed**
163:25, 164:9,
174:9
**accesses**
177:1
**accessibility**
40:21
**accessible**
164:20
**accessing**
177:14
**accession**
34:21, 45:14,
56:6, 56:15,
57:1, 57:6,
57:7, 57:24,
58:4, 118:15,
151:3, 154:11,
154:14, 163:11,
164:15, 165:2,
170:13, 170:23,

171:1, 171:6,
171:25, 172:6,
173:4, 173:16,
173:20, 174:14,
198:13, 199:5
**accessions**
34:24, 35:5,
54:21
**accompany**
200:25
**accordance**
225:21
**account**
97:11, 181:20,
192:20
**accurate**
17:20, 19:24,
35:23, 225:11
**accurately**
39:25, 99:20
**achieve**
220:3, 220:7
**acknowledge**
216:1, 231:3
**acknowledgment**
75:4, 231:1
**acquire**
86:15
**acronym**
123:13, 123:23
**across**
57:10, 184:17
**action**
154:20
**active**
26:14, 27:1,
27:17, 28:19,
28:21, 28:22,
30:15, 45:21,
46:6, 51:19,
52:3, 91:1,
131:18, 182:8,
189:24, 193:12,
199:18, 204:14,
205:19, 207:13,
207:20, 208:7,
211:16, 221:16,
224:13, 226:21

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

234

| | | | |
|---|---|---|---|
| **actively** | 16:15, 18:8, | 66:16, 108:23, | **affirmed** |
| 168:1 | 22:13, 24:19, | 149:7, 149:12, | 11:3 |
| **activities** | 24:24, 25:12, | 149:15, 154:1, | **affixed** |
| 24:5, 24:9, | 25:14, 27:2, | 204:15, 210:23 | 232:13 |
| 24:19, 66:12, | 50:12, 52:2, | **admissions** | **afghanistan** |
| 67:25, 68:22, | 62:23, 63:6, | 43:25 | 209:18 |
| 93:14 | 63:11, 63:13, | **admitted** | **african** |
| **actual** | 63:16, 65:10, | 31:22 | 52:24 |
| 16:21, 72:22, | 65:24, 66:1, | **adolescence** | **after** |
| 87:3, 106:16 | 66:2, 66:5, | 226:5 | 13:14, 23:23, |
| **actually** | 66:6, 76:2, | **adolescent** | 26:9, 27:9, |
| 14:4, 23:15, | 94:11, 105:9, | 41:24 | 28:4, 28:17, |
| 27:17, 33:5, | 139:9, 140:5, | **adult** | 30:9, 54:10, |
| 47:2, 50:5, | 142:7, 147:25, | 41:22, 42:1, | 63:20, 64:1, |
| 53:21, 54:13, | 148:3, 182:24, | 44:10, 44:18, | 73:23, 90:1, |
| 56:9, 56:19, | 226:20, 229:18, | 44:23, 70:23, | 90:3, 90:6, |
| 58:1, 58:23, | 229:20 | 225:23, 226:8 | 93:24, 98:15, |
| 64:1, 72:14, | **address** | **adults** | 103:6, 104:22, |
| 88:12, 93:16, | 186:2 | 44:15, 70:24, | 109:8, 109:13, |
| 93:19, 94:3, | **addressed** | 88:2, 125:1 | 110:8, 110:25, |
| 107:24, 116:13, | 81:1, 86:17, | **advance** | 111:15, 112:18, |
| 139:4, 156:19, | 183:7 | 99:16, 99:21, | 116:20, 131:24, |
| 164:6, 174:16, | **addresses** | 173:6, 173:24 | 132:2, 159:4, |
| 174:17, 178:6, | 185:25 | **advancement** | 160:5, 161:18, |
| 184:8, 187:13, | **adequate** | 193:9 | 184:25, 188:1, |
| 194:5, 197:12, | 96:2, 106:21, | **adverse** | 189:15, 198:17, |
| 202:12, 212:6, | 141:22, 165:6, | 154:20 | 201:7, 202:24, |
| 225:5 | 166:19 | **advice** | 211:24, 218:21, |
| **acute** | **adequately** | 49:23, 61:15 | 219:2, 222:19, |
| 116:24 | 166:20 | **advisable** | 228:16 |
| **adapt** | **adjustment** | 98:3 | **afternoon** |
| 48:14, 48:18 | 109:8 | **advise** | 93:8 |
| **adaptation** | **admerin** | 95:16, 96:1, | **afterwards** |
| 172:20 | 214:3 | 97:16, 99:8, | 111:20 |
| **adapting** | **administer** | 134:24 | **again** |
| 53:17 | 42:10 | **advised** | 11:19, 24:14, |
| **add** | **administered** | 99:6 | 24:23, 28:14, |
| 70:6, 70:9, | 205:5 | **advisor** | 29:18, 35:4, |
| 118:7, 123:22, | **administering** | 38:10 | 43:16, 51:24, |
| 166:20 | 203:10, 203:12, | **advocates** | 53:25, 61:23, |
| **added** | 205:13 | 7:4 | 81:12, 82:1, |
| 93:21, 141:19, | **administration** | **affairs** | 83:14, 88:20, |
| 209:8 | 203:16, 204:5, | 29:15, 37:9 | 89:3, 91:9, |
| **adding** | 206:1 | **affect** | 94:6, 94:21, |
| 24:24 | **administrative** | 14:13 | 95:18, 97:23, |
| **addition** | 15:18, 35:6, | **affected** | 97:24, 102:18, |
| 73:1, 142:20 | 62:3, 62:9, | 127:21 | 103:9, 133:4, |
| **additional** | 62:13, 62:17, | **affirmation** | 135:10, 136:20, |
| 12:21, 15:22, | | 122:15 | |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

235

137:8, 140:25,
143:1, 157:10,
162:20, 164:18,
168:8, 169:1,
177:14, 179:13,
182:6, 182:16,
184:12, 185:8,
192:11, 202:25,
205:6, 208:21,
209:22, 224:6
**against**
179:11
**age**
137:19, 225:22
**agencies**
12:1
**agency**
94:4
**aggravating**
53:15
**ago**
16:6, 139:2,
215:15
**agree**
24:15, 47:16,
50:2, 50:4,
56:13, 56:24,
57:4, 57:9,
73:6, 73:8,
73:10, 73:18,
78:10, 79:4,
85:18, 87:18,
91:3, 105:23,
109:12, 117:11,
117:16, 118:24,
119:3, 119:15,
120:11, 127:8,
128:9, 128:15,
128:20, 129:2,
132:18, 133:3,
134:16, 138:25,
139:25, 149:11,
154:22, 164:14,
164:25, 167:1,
167:12, 170:12,
175:1, 183:8,
183:11, 183:16,
196:4, 197:16,

223:2
**agreeing**
129:16
**agreement**
4:1
**ahead**
46:19, 80:12,
84:25, 128:14,
143:17, 184:4,
193:22, 227:5
**aiden**
2:13, 18:25
**aimed**
100:19, 184:1
**air**
26:15, 26:19,
26:20, 26:21,
26:23, 27:1,
27:6, 27:13,
27:22, 44:1,
51:10, 51:11,
52:22, 212:8,
212:17, 213:21,
215:8
**aircraft**
52:13, 209:15
**al**
1:3, 1:6, 1:11,
1:16, 2:3, 2:8,
2:20, 3:4
**alcoholic**
14:16
**all-day**
34:19
**all-inclusive**
16:13, 195:2
**alleviate**
183:20
**alleviated**
99:10
**alleviates**
183:18
**alleviating**
98:5
**alleviation**
102:8
**allow**
37:10, 206:25

**allowed**
117:24, 155:4,
190:19, 225:9
**allowing**
152:20, 159:22,
171:24
**almost**
22:15, 131:13
**alone**
61:11, 80:7,
112:6, 112:7,
125:2, 125:3,
138:19, 179:7
**along**
112:5, 121:12
**already**
118:14, 126:11,
138:5, 142:14,
147:24, 174:1,
175:15, 176:1,
194:7, 198:12,
198:14, 199:7
**also**
8:23, 25:2,
33:10, 34:7,
37:21, 38:19,
39:23, 42:13,
44:20, 57:1,
63:5, 63:6,
65:21, 70:7,
74:15, 80:18,
81:19, 83:20,
89:1, 89:21,
96:16, 99:21,
101:5, 103:12,
111:9, 118:10,
123:22, 125:6,
127:23, 128:17,
133:3, 138:23,
159:18, 166:5,
176:18, 200:20,
211:20, 221:7,
229:19, 229:25,
230:6
**although**
41:25, 60:11,
93:15, 149:4,
206:4

**altitude**
195:6, 195:19,
196:14
**alto**
6:6, 6:7
**always**
29:1, 112:18,
131:13
**amenable**
47:10
**america**
51:16, 77:8
**american**
15:23, 52:23,
77:25
**among**
125:13, 127:12,
128:21, 130:7,
130:19, 131:11,
181:4, 182:25
**amongst**
62:24, 127:18,
134:22, 212:13
**amount**
41:25, 81:17,
113:13, 148:3,
172:14, 173:23,
181:12
**amounts**
89:12
**amplification**
200:24, 201:4
**amsterdam**
226:14
**amy**
4:15
**analogous**
92:18
**analogy**
120:18, 228:5
**analysis**
46:16
**analyze**
192:22, 193:18,
216:13
**analyzed**
213:25
**andrew**
193:8

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

| | | | |
|---|---|---|---|
| **angeles** 4:18, 5:8, 226:23 **animus** 129:25 **announced** 30:10 **annual** 221:17, 223:15, 224:5, 224:11, 224:14 **annually** 224:5 **another** 29:24, 102:17, 108:1, 109:23, 127:17, 130:17, 138:8, 140:18, 141:6, 156:20, 196:9, 200:8, 202:13, 205:12, 205:13, 206:2, 221:1, 228:2 **answer** 12:24, 13:15, 13:16, 13:22, 14:13, 14:20, 17:7, 19:23, 28:11, 39:25, 41:10, 52:16, 70:22, 82:24, 83:8, 83:18, 89:8, 89:10, 99:15, 105:21, 107:18, 107:24, 130:13, 136:20, 140:20, 142:6, 148:17, 149:13, 155:20, 159:24, 167:25, 171:13, 174:11, 175:3, 175:23, 175:24, 176:23, 179:24, 189:21, 192:2, 203:9, 215:13, 215:16, 216:9, 220:16, 221:22 **answered** 136:18 | **answering** 155:21 **answers** 33:13, 148:6 **antedated** 60:25 **anthony** 93:22 **antonio** 27:10, 35:7, 35:9 **anxiety** 72:15, 88:11, 90:4, 91:6, 91:11, 91:17, 91:19, 168:20, 169:16, 173:11, 173:15, 173:20 **anybody** 15:2, 61:5, 222:17, 222:18 **anyone** 59:21, 59:25, 71:21, 182:1, 182:14 **anything** 14:16, 29:12, 59:24, 67:22, 75:22, 81:5, 94:8, 112:13, 121:16, 142:12, 142:25, 144:2, 151:18, 169:21, 185:10, 187:4, 216:21, 227:1 **anyway** 197:13, 230:3 **anywhere** 120:7, 120:25 **aor** 200:25, 201:5, 201:12, 201:22 **apa** 108:17 **apart** 228:6 **apologies** 174:2 | **apologize** 20:4 **apparently** 62:25 **appear** 19:15, 60:13, 64:19, 130:18, 144:8, 145:21, 145:24, 156:13, 215:20, 217:19, 231:6 **appears** 20:3, 20:7, 60:17, 60:22, 64:24, 80:2, 128:2, 144:10, 146:1, 156:14, 215:22, 215:25 **appendix** 134:4, 138:10 **applicable** 129:14 **applicants** 53:10, 154:11 **application** 36:8 **applications** 50:20, 50:24, 51:2 **applied** 57:20, 75:13, 117:9, 118:17, 204:24 **applies** 40:17, 205:18, 209:23 **apply** 104:21, 118:2, 118:21, 129:15, 148:25, 158:3, 164:23, 165:7, 166:6, 170:17, 199:3, 200:4, 206:19, 217:3 **appointment** 55:1, 55:20, 55:24, 57:11, 57:15, 170:8 | **appreciate** 121:25 **appreciated** 54:11 **approached** 59:9 **approaches** 138:11 **appropriate** 16:7, 90:6, 96:7, 97:10, 97:12, 97:20, 98:2, 136:14, 137:12, 137:20, 163:16, 164:15, 164:25, 171:23, 173:23, 176:9, 186:24, 190:18, 218:17, 223:14, 228:12 **appropriately** 104:10, 166:14, 186:24 **approved** 202:5 **approximately** 15:17, 16:12, 25:10, 28:15, 28:22, 32:23, 63:20, 149:20, 181:10, 214:12, 218:14 **ar** 16:8, 16:9, 48:6, 49:20, 50:10, 109:4 **arbitrary** 210:12, 210:20, 215:21 **area** 27:11, 41:18, 74:8, 74:17 **areas** 25:25, 72:25, 167:24, 170:17, 208:19 **aren't** 56:23, 65:2, |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

81:5
**argue**
180:20, 180:23
**argument**
189:10
**arise**
224:17, 224:18,
224:20
**arises**
111:19
**arising**
85:13
**arm**
192:20, 193:10
**armed**
152:24, 219:12
**arms**
16:5
**army**
34:8, 36:2,
36:6, 36:11,
50:6, 50:7,
50:13, 211:6,
211:15, 212:8,
212:15, 212:22,
213:21, 215:8
**around**
139:16, 142:18
**arrangement**
34:16
**array**
47:15
**arrow**
21:16, 33:25
**ars**
49:11
**article**
9:17, 9:22,
84:17, 84:23,
122:14, 122:19,
122:23, 123:2,
123:16, 123:20,
124:1, 124:5,
124:25, 128:1,
178:11, 190:23,
191:3, 191:10
**article's**
191:12

**aside**
144:18, 174:16,
186:5
**asked**
13:21, 17:8,
36:6, 50:22,
71:12, 71:15,
74:5, 77:20,
87:14, 93:13,
142:6, 142:25,
151:18, 152:7,
159:21, 215:11
**asking**
23:22, 76:14,
80:1, 101:14,
104:2, 111:13,
112:10, 130:17,
161:20, 161:21,
162:4, 171:19,
175:11, 175:12,
175:15, 176:17,
189:20, 196:4
**aspect**
125:10
**aspects**
9:17, 33:9,
33:10, 36:10,
41:22, 44:20,
56:22, 74:8,
78:24, 83:4,
84:8, 84:18,
88:17, 95:20,
116:11, 183:12,
187:5, 205:6,
211:19
**asserts**
206:15, 207:5
**assess**
95:24
**assessed**
126:6, 126:7,
198:20
**assessing**
166:18, 214:14
**assessment**
48:23, 92:3,
152:14, 158:5,
195:12, 221:15

**assessments**
71:8
**assigned**
78:18
**assignment**
73:3, 151:10,
195:7, 195:20
**assignments**
196:14
**assistance**
144:13, 144:14
**assistant**
6:19
**assisting**
59:11
**associated**
88:2, 88:9,
88:13, 88:20,
107:2, 109:5,
110:19, 111:10,
117:1, 121:5,
158:11, 160:15,
166:8, 169:22,
170:25, 185:19,
186:11, 189:5,
189:6, 199:23
**association**
78:1, 122:15,
181:17
**associational**
186:1, 190:17
**associations**
185:25
**assume**
151:15, 151:18,
161:21, 181:9,
189:20, 217:8
**assuming**
32:13
**assumption**
212:10
**assumptions**
222:7
**assure**
44:5
**atlanta**
5:16
**attached**
9:6, 10:2,

18:18, 21:2,
22:23, 23:10,
23:14, 55:13,
64:9, 76:25,
84:11, 108:5,
115:17, 122:10,
133:15, 143:8,
145:2, 146:9,
153:10, 156:3,
157:2, 177:24,
194:10, 200:12,
219:8, 231:6
**attaching**
219:15
**attacked**
119:22
**attempt**
53:4
**attempting**
192:5
**attendants**
52:11
**attention**
116:17
**attorney**
6:13, 6:19,
6:20, 11:9
**attorneys**
12:15
**attribute**
216:21
**attributing**
188:23, 189:16
**audience**
32:1, 32:11
**auditorium-style**
33:8
**august**
23:6, 23:17,
23:24
**austere**
199:20
**authentically**
190:20
**author**
102:5, 122:18,
137:8, 144:20,
171:20, 217:21,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

238

218:9
**author's**
178:7
**authored**
122:17, 129:20
**authoritative**
78:2
**authors**
33:5, 124:7,
127:8, 127:19,
129:23, 130:18,
133:21, 137:9,
171:20, 178:5
**autocastration**
117:6
**av**
8:23, 18:13,
19:17, 20:11,
29:21, 34:2,
40:5, 108:7,
113:8
**availability**
56:11, 129:14
**available**
35:1, 41:3,
82:8, 91:23,
94:17, 99:18,
100:18, 101:20,
106:11, 131:15,
195:8, 195:21,
196:15, 203:22,
204:5, 204:12,
204:20, 204:22
**avenue**
4:17, 6:22
**average**
118:23, 213:21,
215:7
**aware**
52:17, 59:21,
70:7, 88:1,
101:22, 106:19,
125:25, 142:12,
170:12, 171:2,
226:1
**away**
25:20

**B**

**back**
20:10, 20:14,

26:2, 28:7,
32:5, 44:11,
54:13, 54:17,
54:18, 60:4,
92:25, 100:4,
122:4, 129:19,
130:10, 135:10,
143:3, 147:9,
156:18, 162:12,
162:17, 169:25,
182:6, 187:15,
191:2, 194:2,
206:10, 212:13,
216:19, 225:14,
225:17
**backdrop**
179:11
**background**
25:23, 70:16
**backgrounds**
129:7
**bad**
57:23, 202:13
**ballroom**
35:13
**ban**
150:22, 151:2,
151:13, 152:18
**bankrupt**
187:10
**banned**
154:23, 155:6,
155:7
**bar**
141:3, 141:8,
152:21
**barrier**
76:2, 206:21
**barriers**
176:5
**base**
26:20, 27:6,
31:2, 217:13
**base's**
44:1
**based**
21:19, 53:11,
75:7, 92:20,

99:25, 101:25,
128:22, 141:11,
148:2, 152:14,
159:3, 166:3,
169:19, 170:14,
171:22, 176:4,
186:7, 195:12,
196:22, 197:8,
210:11, 210:12,
210:13, 210:20,
210:21, 211:15,
212:10, 213:3,
215:13, 215:21,
215:22, 216:11,
216:16, 217:2,
217:9, 218:22,
221:15
**baseline**
202:20
**basic**
31:24, 117:20,
120:3, 123:6,
140:5, 172:12,
198:14, 198:16
**basically**
31:18, 31:23,
37:12, 59:20,
68:11, 141:2,
182:23, 188:22,
196:12, 199:4
**basis**
48:22, 49:6,
53:20, 56:14,
56:18, 60:21,
62:10, 65:10,
65:12, 81:8,
110:9, 110:13,
151:6, 154:13,
171:8, 171:11,
171:15, 172:4,
172:20, 173:22,
177:2, 177:6,
188:15, 188:17,
188:23, 189:16,
210:18, 211:12,
215:3, 215:23,
216:15, 221:17,
223:9, 224:11,

225:7
**bates**
109:3
**bathroom**
158:11, 160:14
**bausch**
26:6
**bca)**
158:5
**bear**
129:24, 217:8
**bearing**
110:23
**became**
27:1, 106:22
**because**
16:11, 22:13,
24:1, 25:3,
28:14, 37:14,
37:16, 48:7,
48:25, 52:13,
56:11, 59:14,
80:19, 82:11,
82:24, 85:8,
85:11, 86:5,
87:4, 88:14,
89:13, 93:18,
93:21, 94:3,
106:7, 107:19,
113:25, 119:13,
127:17, 131:14,
137:15, 138:5,
147:2, 151:7,
155:20, 159:18,
165:19, 167:5,
168:11, 174:11,
176:11, 180:17,
183:25, 185:12,
188:2, 188:19,
189:2, 190:13,
193:15, 198:14,
202:11, 205:5,
205:23, 210:22,
212:5, 215:14,
227:18, 228:6
**become**
102:25
**becomes**
106:4

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

239

| | | | |
|---|---|---|---|
| **becoming** | 13:22, 24:18, | **being** | 163:16, 163:21, |
| 27:9 | 25:3, 36:17, | 11:3, 17:15, | 173:14, 218:13 |
| **been** | 55:3, 68:1, | 19:9, 35:6, | **believed** |
| 12:9, 12:18, | 68:16, 69:2, | 37:19, 42:3, | 59:11 |
| 13:14, 25:5, | 70:2, 72:22, | 52:10, 58:15, | **below** |
| 36:25, 37:15, | 105:15, 106:15, | 61:22, 73:20, | 67:2, 125:6, |
| 38:5, 44:22, | 110:24, 111:14, | 75:1, 75:8, | 146:13, 194:16, |
| 50:19, 50:22, | 111:18, 113:12, | 96:15, 117:17, | 210:6 |
| 50:25, 51:4, | 113:13, 113:14, | 119:22, 120:4, | **bench** |
| 51:25, 52:1, | 116:23, 122:19, | 126:6, 126:7, | 68:8 |
| 54:8, 57:3, | 139:18, 143:10, | 135:15, 155:7, | **benefit** |
| 59:16, 59:21, | 147:3, 149:8, | 155:8, 155:9, | 32:4, 33:11, |
| 66:16, 67:8, | 149:12, 153:24, | 160:19, 160:20, | 140:4 |
| 67:11, 67:13, | 155:3, 157:8, | 166:24, 173:1, | **benefits** |
| 67:16, 68:1, | 162:22, 171:24, | 191:16, 192:7, | 37:9, 37:17, |
| 68:3, 68:16, | 175:3, 178:21, | 198:15, 198:20, | 39:16, 106:16 |
| 71:12, 71:15, | 179:6, 193:24, | 199:12, 200:5, | **berthing** |
| 72:20, 73:23, | 194:19, 199:3, | 210:20, 214:1, | 158:11, 160:14 |
| 84:14, 91:24, | 200:14, 206:8, | 214:5, 215:21, | **besides** |
| 92:5, 93:21, | 212:19, 219:10, | 220:22, 223:25, | 142:8 |
| 96:2, 98:4, | 221:16, 222:14, | 224:2 | **best** |
| 99:9, 102:3, | 226:7, 232:2 | **beings** | 13:3, 13:10, |
| 102:4, 105:20, | **begin** | 121:14 | 33:18, 34:25, |
| 107:22, 107:23, | 17:24, 30:22, | **belabor** | 44:4, 44:13, |
| 112:8, 112:22, | 37:23, 89:9, | 12:19 | 65:13, 89:10, |
| 114:15, 119:5, | 104:4, 123:2, | **belief** | 102:15, 144:3, |
| 121:4, 122:21, | 160:4 | 151:6 | 208:6, 214:6 |
| 126:24, 131:14, | **beginning** | **believe** | **bethesda** |
| 138:1, 138:22, | 138:16 | 24:17, 24:20, | 32:23 |
| 139:2, 142:25, | **begins** | 35:19, 35:25, | **better** |
| 143:11, 150:12, | 18:2, 124:11, | 37:21, 39:17, | 16:14, 21:14, |
| 154:3, 154:4, | 138:16, 158:22, | 41:20, 44:2, | 57:3, 74:1, |
| 162:8, 164:7, | 159:8 | 45:17, 49:3, | 74:3, 86:25, |
| 164:8, 165:2, | **begun** | 49:13, 56:18, | 126:23 |
| 165:16, 165:24, | 202:16 | 58:17, 66:11, | **between** |
| 166:2, 167:2, | **behalf** | 67:1, 67:4, | 24:1, 40:25, |
| 168:18, 169:8, | 4:5, 4:14, 5:2, | 68:7, 76:4, | 62:24, 71:22, |
| 169:14, 169:20, | 5:11, 5:19, 6:2, | 76:15, 86:9, | 72:17, 73:2, |
| 172:16, 172:22, | 6:10, 6:17, 7:2, | 94:16, 105:14, | 78:18, 78:23, |
| 175:8, 175:15, | 7:15, 77:14, | 115:10, 122:25, | 79:5, 79:11, |
| 175:21, 178:21, | 214:19 | 130:3, 130:5, | 85:14, 85:22, |
| 180:15, 185:5, | **behave** | 134:23, 136:13, | 91:10, 144:2, |
| 190:7, 191:10, | 38:1 | 140:15, 141:6, | 168:24, 175:7, |
| 194:13, 200:14, | **behavioral** | 141:10, 146:4, | 175:19, 203:20, |
| 206:21, 217:11, | 75:9, 170:14, | 147:17, 148:17, | 213:9, 216:3 |
| 219:10, 227:15, | 170:18 | 150:2, 150:7, | **between-service** |
| 229:1 | **behaviorally** | 160:12, 161:4, | 210:14 |
| **before** | 119:11 | 161:25, 163:13, | **beyond** |
| 4:1, 12:19, | | | 105:9, 117:25, |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

240

| | | | |
|---|---|---|---|
| 155:10 | **borelli** | **brief** | 145:6, 145:10, |
| **bias** | 5:12 | 127:6 | 145:19, 146:12, |
| 193:3, 193:15 | **boston** | **briefly** | 146:17, 146:22, |
| **binary** | 7:6 | 21:12, 145:14, | 147:14, 150:12, |
| 161:18 | **both** | 146:19, 156:16, | 153:22, 157:9, |
| **binder** | 22:9, 33:12, | 227:4 | 170:11, 178:6, |
| 15:18 | 41:21, 43:2, | **bright** | 184:17, 190:24, |
| **binders** | 49:21, 73:14, | 91:15 | 191:14, 193:24, |
| 62:3, 149:19 | 82:11, 90:14, | **bring** | 200:19, 207:2, |
| **biologically** | 109:24, 117:5, | 68:11, 122:6 | 225:24, 227:9, |
| 75:6 | 118:17, 124:16, | **bringing** | 231:2 |
| **birth** | 125:21, 126:13, | 100:19, 172:11, | **bränström** |
| 71:23, 72:18, | 137:7, 152:6, | 187:16 | 15:24 |
| 73:4, 78:18, | 169:6, 186:23, | **broad** | **bulk** |
| 99:1, 99:2, | 203:25 | 148:10, 224:2 | 44:22, 131:15 |
| 99:6, 114:19, | **bottom** | **brock** | **bullet** |
| 115:3, 151:10, | 202:2, 217:18 | 2:3, 145:7 | 154:10, 157:15 |
| 174:21, 203:18, | **boulevard** | **broke** | **burling** |
| 224:11 | 5:7 | 94:14 | 5:21, 6:4 |
| **bit** | **bouts** | **brought** | **buying** |
| 21:15, 25:22, | 227:23 | 15:7, 35:14 | 14:5 |
| 30:20, 33:23, | **boy** | **brown** | |
| 36:23, 50:18, | 20:23, 158:21 | 3:8, 9:2, 9:7, | **C** |
| 51:9, 55:7, | **bpg-tab** | 9:8, 9:10, 9:11, | **c** |
| 145:13, 176:17, | 200:23 | 9:14, 9:20, | 134:4 |
| 177:19, 184:21, | **brad** | 9:24, 9:25, | **cage** |
| 189:21, 227:17 | 16:3 | 10:3, 10:4, | 120:25 |
| **blocked** | **brain** | 11:2, 11:8, | **california** |
| 117:20 | 88:13, 88:18, | 11:13, 18:5, | 2:12, 2:17, |
| **blockers** | 176:21 | 18:21, 18:24, | 3:1, 4:18, 5:8, |
| 226:18 | **branch** | 19:1, 21:7, | 6:7, 6:12, 7:12, |
| **blood** | 8:4, 172:13 | 21:8, 23:5, | 11:23 |
| 224:8 | **branches** | 23:7, 24:5, | **call** |
| **board** | 33:7, 35:3, | 25:22, 30:2, | 32:9, 88:12, |
| 27:9 | 51:15, 211:17 | 34:5, 53:18, | 109:18 |
| **bodies** | **break** | 54:20, 64:15, | **called** |
| 85:8 | 13:19, 13:22, | 76:22, 77:6, | 82:8, 86:16, |
| **body** | 14:4, 54:10, | 77:11, 80:3, | 149:25 |
| 85:14, 92:15, | 92:25, 113:6, | 84:20, 84:21, | **calling** |
| 100:20, 158:5 | 121:23, 162:7, | 89:17, 93:1, | 154:3, 154:4 |
| **bold** | 162:9, 190:23, | 93:10, 100:10, | **came** |
| 202:3 | 193:23 | 108:14, 109:1, | 148:2, 178:15, |
| **bolsters** | **breaks** | 109:10, 115:22, | 226:17 |
| 63:6, 63:13 | 11:19 | 115:25, 117:8, | **camino** |
| **bone** | **breast** | 122:20, 124:7, | 6:5 |
| 114:25 | 85:11, 85:12 | 133:21, 133:22, | **can't** |
| **book** | **breasts** | 138:25, 143:12, | 21:17, 23:14, |
| 24:24 | 85:14 | 143:15, 143:20, | 39:11, 39:25, |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

241

49:20, 55:4,
68:17, 102:6,
120:25, 171:21,
173:22, 180:9,
185:12, 212:5,
215:17, 226:23,
229:10
**canada**
78:4
**canadians**
125:15, 127:16,
129:5, 130:20
**cancer**
85:11, 104:21,
105:2, 105:19
**cannot**
160:13
**capabilities**
165:19, 166:11,
167:4, 167:19,
168:5
**capable**
53:16, 168:17,
175:6, 175:18
**capacities**
68:17
**capacity**
1:15, 2:7,
29:1, 29:6,
34:24, 36:20,
43:2, 137:18,
189:25
**capital**
78:25, 79:1,
80:3, 80:4,
165:25, 169:2
**capitalization**
168:24
**capitalized**
80:17
**capitals**
79:19
**captain**
27:1
**caption**
1:19, 2:23,
144:19
**captioned**
18:25, 77:7,

115:22
**care**
9:23, 27:4,
30:12, 37:3,
38:13, 38:16,
42:2, 42:5,
42:6, 42:8,
42:10, 44:23,
50:9, 52:2,
71:6, 76:2,
83:16, 90:8,
91:24, 92:19,
95:21, 97:12,
97:25, 98:1,
102:3, 102:19,
107:9, 113:25,
129:14, 133:19,
133:25, 134:17,
135:12, 136:10,
136:13, 136:23,
137:1, 137:25,
139:5, 158:18,
166:22, 176:9,
179:6, 180:17,
180:19, 182:12,
182:17, 186:21,
186:25, 187:3,
190:14, 190:15,
190:18, 206:19,
208:6, 221:9,
221:10, 228:13
**career**
44:11, 46:1,
73:12
**carolina**
9:16, 77:8,
77:9
**carry**
209:10, 209:12
**carrying**
191:24
**carryover**
176:19
**carson's**
16:3
**carter**
29:11, 33:5,
34:21, 34:22,

58:14, 155:17,
159:2, 159:13,
161:3, 161:8,
161:24, 163:24,
165:4, 217:10
**case**
1:13, 2:5,
2:19, 18:24,
22:5, 26:15,
38:21, 52:15,
62:10, 68:4,
69:24, 70:7,
70:12, 73:19,
77:7, 79:9,
92:3, 93:16,
93:19, 93:20,
93:22, 94:5,
94:7, 94:9,
100:10, 103:3,
112:10, 113:15,
115:22, 116:1,
120:2, 140:14,
143:13, 144:18,
145:23, 147:18,
148:18, 149:7,
151:17, 164:7,
181:22, 182:17,
189:14, 201:17,
222:21, 232:10
**case-by-case**
177:2
**cases**
11:21, 12:5,
12:7, 12:10,
16:18, 17:3,
17:13, 17:16,
23:19, 23:24,
25:2, 25:5,
47:10, 61:9,
61:10, 68:14,
70:10, 71:2,
87:18, 87:22,
90:5, 94:24,
108:24, 118:16,
127:3, 130:2,
140:8, 140:10,
140:16, 140:18,
142:4, 142:15,

142:23, 142:24,
142:25, 147:20,
147:22, 149:1,
151:20, 180:15,
183:24, 216:20,
222:4
**casualty**
27:4
**cat**
22:20, 55:18
**categories**
170:19
**category**
74:21, 101:23,
190:4, 229:11
**cause**
91:4, 91:6,
195:3
**causes**
110:7
**cecilia**
178:9
**cell**
193:18
**centcom**
16:9, 200:25,
201:5, 201:12,
201:22
**center**
7:10, 38:19,
187:17, 187:21,
193:8
**central**
2:12, 11:23,
37:21, 40:17,
41:14, 51:16,
149:25, 208:19
**centralized**
35:11
**centrally**
36:25
**ceo**
168:12
**certain**
53:11, 97:4,
104:20, 104:23
**certainly**
41:11, 47:9,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

242

73:24, 73:25,
80:22, 81:16,
102:22, 117:10,
130:15, 142:17,
223:15
**certificate**
145:22, 232:1
**certified**
27:9
**certify**
232:3
**cessation**
116:24, 116:25,
117:12, 118:4,
118:24
**cetera**
129:6, 137:19,
158:7, 176:6,
176:21, 184:7,
203:13
**chain**
207:12, 208:11,
208:15, 208:18,
209:5, 209:14,
209:22
**chair**
54:8
**chalia**
6:18
**challenge**
58:20
**challenges**
208:18
**challenging**
13:4
**chance**
21:12, 94:6
**change**
30:10, 126:22
**changed**
17:21, 37:9,
39:15, 72:22,
80:16, 158:25
**changes**
24:23, 92:12,
92:13, 216:13
**changing**
74:9, 157:18,

160:21
**chapters**
24:25
**character**
167:18
**characteristic**
107:14, 217:25
**characteristics**
48:1, 53:22,
82:13, 115:1
**characterizes**
159:21
**charts**
190:3
**chemical**
28:5
**chemotherapeutic**
104:23
**chest**
99:7, 125:2
**child**
226:18
**childhood**
226:5
**children**
41:24
**chloe**
5:5
**chose**
230:3
**chronic**
206:19
**cigarette**
181:8, 181:11
**circumstances**
13:4, 59:16,
68:6, 112:15,
118:1, 128:22,
129:6, 163:14,
163:17, 190:11
**cis**
96:17, 133:5,
205:17, 221:4
**cisgender**
90:11, 120:14,
120:15, 126:13,
131:22, 131:23,
132:1, 132:7,

155:5, 169:22,
204:14, 205:19,
207:20, 208:21,
209:23, 221:5,
221:21, 224:14
**citations**
125:3, 125:16
**cited**
65:18, 65:20,
139:10
**citing**
122:23
**city**
31:2, 43:3
**citycenter**
5:22
**civil**
6:21, 7:18, 8:4
**civilian**
28:3, 91:2,
92:19, 194:18,
217:23, 225:6
**civilians**
35:4, 36:12
**clarify**
13:9, 76:19,
80:9, 80:13,
168:23, 186:14
**clarity**
203:18
**class**
26:10, 26:12
**clear**
13:10, 24:18,
61:3, 76:9,
76:17, 127:25,
196:7, 208:5,
210:25
**clearance**
202:8
**cleared**
198:13, 198:14,
201:21
**clearer**
184:6
**clearly**
13:7, 49:19,
117:23, 212:15,

212:25, 213:3
**cleland**
5:4
**click**
21:15, 145:14
**clicked**
144:8
**climate**
195:6, 195:19,
196:14
**clinic**
99:14
**clinical**
78:25, 81:17,
90:3, 96:4,
97:21, 102:1,
105:20, 112:22,
119:5, 120:17,
126:24, 135:2,
138:10, 167:21,
205:1, 211:12,
217:20, 217:21,
227:13, 228:22,
228:25
**clinically**
46:25, 72:24,
78:20, 79:22,
80:8, 80:24,
87:20, 87:23,
95:5, 95:15,
101:2, 101:11,
101:22, 102:8,
103:25, 105:24,
106:3, 106:4,
107:10, 111:6,
112:9, 137:5,
137:6, 167:15,
167:22, 168:2,
168:5, 211:14,
222:20, 223:14,
228:21
**clinician**
102:17, 136:9,
197:23
**clinicians**
30:16, 32:8,
32:9, 32:18,
33:4, 33:6,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

243

33:12, 34:8,
36:2, 36:7,
36:11, 36:12,
38:18, 61:9,
227:19
**clinics**
40:19
**close**
89:22
**closed**
28:1
**closing**
14:6
**co-authored**
129:22
**co-morbid**
109:19, 126:8,
126:13
**co-morbidities**
88:1, 88:7,
88:8, 88:20,
176:12, 183:2,
184:10
**co-occurring**
127:2
**coauthored**
40:9
**coexisting**
89:1, 89:25,
90:16, 112:19,
112:23
**cohort**
10:10, 177:1,
177:12, 178:4,
179:15
**cohorts**
181:4
**coincidence**
14:6
**coincident**
158:2
**coined**
72:14
**collaboration**
97:2
**collaborative**
97:9
**collaboratively**
41:1

**colleague**
178:8
**colleagues**
113:5
**collected**
212:15, 213:1,
214:1, 216:13
**collection**
212:9
**college**
26:3, 26:9
**colloquially**
57:22
**columbia**
1:10, 11:24,
146:15
**column**
132:10
**combat**
27:3, 51:16,
85:6, 86:11,
118:18, 121:2,
125:19, 127:22,
128:4, 199:21
**combination**
38:8, 111:5
**combine**
203:18
**combined**
32:23
**come**
16:13, 36:6,
47:1, 63:12,
66:3, 98:2,
99:23, 136:25,
139:5, 143:3,
192:18, 213:6
**comfort**
228:8
**comfortable**
151:9, 162:5
**comfortably**
96:13, 98:14,
98:19
**coming**
31:8
**command**
49:1, 49:15,

52:24, 118:18,
149:25, 208:19
**commander**
48:25, 49:25,
213:13, 222:13,
222:14
**commander's**
49:22, 49:23
**commanders**
30:16, 32:18
**commands**
29:10
**commenced**
116:20, 159:4
**commencing**
222:19
**commission**
232:15
**commissioned**
163:25, 164:9
**commissioning**
152:22, 172:7,
173:20
**committee**
16:6, 212:14
**common**
24:25, 104:25,
113:1, 169:22,
224:20
**commonly**
119:7, 204:6,
224:17, 227:21
**communicate**
98:1
**community**
76:6, 76:8
**company**
168:12
**comparable**
211:11
**compare**
121:16, 192:5
**compared**
124:14, 124:17,
125:14, 130:20,
183:1
**comparing**
124:15, 127:15,

131:21
**comparison**
120:24, 121:1,
121:19
**compensated**
17:15
**compensation**
17:18
**competence**
71:5
**competency**
71:8
**complete**
13:22, 17:7,
19:23, 41:10,
66:15, 231:5
**completed**
26:16, 229:2
**completely**
111:4
**completing**
53:16
**complications**
224:17, 224:19,
224:24, 225:2
**component**
44:10, 86:21,
175:25
**components**
25:1, 175:24,
186:19
**composition**
158:5
**comprehensive**
39:1, 65:5,
118:5, 119:9,
119:25, 130:16,
177:7
**computer**
20:4
**conceive**
135:5
**concept**
85:9, 191:14,
226:22
**concepts**
71:18
**concern**
172:19, 172:20

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

| | | | |
|---|---|---|---|
| concerned | 126:8, 127:2, | 41:17 | consultants |
| 70:12 | 127:3, 136:16, | congruity | 212:14 |
| concerning | 141:17, 161:12, | 78:23 | consultation |
| 131:10, 201:3, | 163:7, 163:10, | conjunction | 49:24 |
| 227:11 | 164:22, 165:11, | 127:4 | consulted |
| concerns | 169:22, 170:22, | connection | 60:16 |
| 206:18, 206:21 | 173:5, 173:9, | 150:14, 230:1 | consulting |
| concludes | 177:3, 177:9, | consecutive | 62:25 |
| 158:24 | 182:3, 190:13, | 43:24 | contact |
| conclusion | 190:19, 191:16, | consensus | 190:2 |
| 179:21, 184:17, | 191:20, 194:17, | 73:23, 74:11, | contacted |
| 186:7 | 194:25, 195:1, | 105:21 | 31:6, 31:11, |
| conclusions | 195:11, 196:24, | consent | 37:20, 39:17 |
| 61:16, 63:5, | 197:1, 197:15, | 71:6 | contacting |
| 131:2, 141:22, | 197:17, 198:1, | consequences | 31:13 |
| 141:24, 179:10, | 202:4, 202:7, | 117:2, 117:13, | contagious |
| 179:14, 180:8, | 206:23, 206:24 | 118:3, 119:1, | 53:12 |
| 183:17, 184:5, | conducted | 119:19 | contemplated |
| 217:13 | 30:11, 30:24, | consider | 98:21, 123:10 |
| concur | 31:1, 31:16, | 42:7, 49:12, | contemplating |
| 97:19, 97:21, | 34:7, 34:14, | 61:15, 63:23, | 222:2 |
| 220:11 | 60:12, 131:10, | 87:13, 107:1, | contemporaneously |
| concurrently | 131:17, 131:21, | 195:6, 195:19, | 127:5 |
| 177:10 | 131:25, 138:22, | 196:13, 196:19 | content |
| condemn | 208:13 | consideration | 37:19, 78:5, |
| 185:12 | conference | 126:16 | 144:21 |
| condition | 32:6, 33:8 | considered | contents |
| 48:2, 73:16, | confirmation | 55:19, 55:23, | 144:17 |
| 75:18, 80:20, | 96:7, 96:9, | 105:1, 105:3, | context |
| 81:22, 91:5, | 97:17, 98:9, | 105:16, 106:11, | 67:14, 74:2, |
| 91:6, 97:1, | 109:18, 179:3, | 125:15, 139:11, | 74:4, 110:4, |
| 100:1, 104:19, | 180:16, 180:20, | 180:9, 198:15, | 113:2, 117:10, |
| 106:13, 110:1, | 182:2, 182:13, | 199:12, 199:16, | 117:17, 118:3, |
| 111:10, 140:4, | 182:19, 224:25, | 200:6, 208:17 | 119:12, 119:18, |
| 141:14, 150:18, | 225:2 | considers | 120:7, 121:14, |
| 158:19, 163:7, | confirmatory | 57:10 | 127:14, 160:19, |
| 163:8, 164:23, | 184:8 | consistent | 179:17, 183:10, |
| 183:20, 185:20, | confirming | 56:2, 73:11, | 228:11 |
| 189:17, 195:9, | 87:11, 169:13 | 75:7, 161:13, | contexts |
| 195:22, 197:7, | conflicts | 162:1, 186:5, | 120:6, 129:15, |
| 197:9, 198:7 | 51:12 | 207:1, 216:5 | 179:9 |
| conditions | conform | consistently | contextual |
| 43:21, 44:24, | 85:8 | 60:18, 60:22 | 125:12, 127:10 |
| 50:22, 53:11, | conformity | consolidate | contingency |
| 53:13, 53:16, | 100:20 | 187:6 | 194:25 |
| 58:9, 103:11, | congratulations | constellation | continuation |
| 103:13, 110:19, | 14:9, 67:15 | 5:7 | 124:22, 154:18, |
| 112:19, 112:24, | congressional | construct | 155:9, 174:10 |
| | 41:6, 41:12, | 157:15 | |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    245

continue
38:10, 79:4,
102:16, 111:20,
113:20, 114:11,
114:17, 117:11,
127:7
continued
1:19, 2:23,
5:1, 6:1, 7:1,
8:1, 10:1,
83:10, 107:8,
111:8, 111:22,
163:11, 180:19,
182:17
continues
101:21, 112:16,
112:17, 124:25
continuing
82:20, 111:10,
113:24, 114:6,
187:18, 188:2,
188:19
continuum
91:14
contract
214:18
contractor
214:19
contractual
29:8, 34:16
contrary
213:17, 213:18,
215:4, 216:6,
222:10
contribute
119:18
control
19:14, 20:9,
64:22, 131:22,
131:23, 132:1,
180:2, 183:1,
183:14, 193:11,
220:21
controlled
132:1
controls
193:11, 193:12
controversy
73:13

conus
33:6
coordinated
212:8
copy
19:24, 21:21,
21:22, 149:20,
230:10
copyrighted
108:17
core
72:3
corporation
26:6
corps
30:14, 30:23
correct
16:25, 22:2,
22:3, 24:13,
35:24, 45:19,
49:14, 65:3,
65:4, 67:5,
67:7, 69:11,
69:13, 69:21,
116:5, 131:20,
164:12, 169:19,
215:9, 231:4,
232:5
corrections
231:6
correctly
150:25, 211:7
correspond
58:13, 59:5,
59:10
corresponded
58:18
correspondences
62:23
corresponding
12:7
cost
52:8, 52:17,
63:19, 63:25,
141:23
costs
52:22, 53:1
could
18:1, 22:19,

23:25, 26:22,
33:24, 54:9,
57:3, 64:3,
65:13, 66:6,
82:3, 82:21,
87:19, 87:23,
90:20, 90:21,
93:12, 95:19,
96:22, 97:19,
99:3, 106:15,
111:8, 111:22,
112:11, 114:19,
115:9, 121:19,
122:6, 124:5,
126:19, 128:6,
137:22, 137:23,
140:21, 142:7,
142:20, 152:1,
152:2, 159:4,
161:2, 161:11,
161:23, 172:21,
177:8, 179:20,
180:22, 186:14,
187:13, 192:13,
193:2, 193:11,
198:7, 200:22,
203:5, 203:7,
207:6, 212:11,
214:7, 216:22,
225:11, 226:12
couldn't
32:10, 140:4
counsel
11:6, 12:12,
13:13, 13:15,
15:2, 22:5,
22:9, 25:16,
93:4, 145:23,
150:13, 151:15,
170:4, 227:7,
230:10, 232:9
count
67:19
countries
78:5
country
51:17, 121:18,
152:16, 177:5,

179:2
county
116:24
couple
12:21, 104:6,
106:19, 113:6,
116:11, 194:21,
205:8, 225:13,
226:25, 227:9
course
32:15
courses
27:5
court
1:1, 1:9, 2:1,
2:11, 68:11,
68:24, 70:11,
71:1, 144:16,
230:9
courts
68:8, 68:17
cover
217:23
covers
102:22
covington
5:21, 6:4
cr
93:23, 93:24
cream
205:21
creams
203:23, 204:22,
204:23
create
166:9, 191:23
creating
80:3
criminal
67:16
criteria
50:2, 50:12,
56:8, 56:23,
56:25, 57:5,
57:9, 57:17,
57:23, 73:1,
73:4, 86:8,
86:10, 134:4,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

246

134:7, 134:8,
134:12, 134:21,
135:4, 136:4,
167:17, 170:24,
173:3, 195:25,
196:1
**criterion**
73:5, 137:2,
167:22, 228:21
**critical**
224:4
**crohn's**
16:1
**cross-sectional**
123:4
**cross-sex**
42:11, 82:12,
92:9, 95:15,
96:2, 114:16,
117:13, 118:24,
134:24, 135:6,
135:19, 136:3,
136:14, 136:22,
137:14, 137:25,
202:17, 203:10,
203:17, 203:22,
204:7, 204:11,
206:16, 207:9,
218:13, 218:16,
222:11, 222:20
**crr**
3:25, 4:2
**csh**
116:22, 116:24,
116:25
**cultural**
125:11, 127:9
**culture**
125:19, 127:22,
128:4
**cure**
104:17, 105:11
**cured**
104:12, 104:15,
105:1, 105:3,
105:16, 182:15
**cures**
109:21

**curious**
213:11, 226:12
**current**
52:18, 58:19,
58:24, 73:20,
78:1, 93:15,
124:12, 125:5,
175:5, 175:17,
184:23, 189:18,
190:5, 201:7,
218:10
**currently**
91:25, 134:21,
167:15, 174:5,
174:20, 186:7
**curriculum**
9:10, 9:11,
21:8, 23:4
**custody**
71:1
**customization**
220:23
**cute**
59:19
**cuypere**
226:16
**cv**
21:21, 21:23,
22:6, 23:10,
23:13, 23:18,
23:23, 24:11,
24:20, 24:21,
24:23, 25:1,
28:14, 35:19,
35:22, 93:14,
229:20, 229:24
**cvs**
22:6
**cycled**
28:8

---

                    D

**d**
138:10
**daily**
65:12
**dangerous**
88:16

**daniel**
8:23, 33:24,
40:3, 54:5,
113:4, 122:6,
153:16, 180:1,
220:20
**data**
15:25, 63:19,
63:23, 63:25,
105:18, 141:23,
186:1, 192:8,
192:9, 192:23,
210:14, 211:10,
211:19, 211:22,
212:1, 212:9,
212:16, 212:19,
212:22, 212:24,
213:2, 213:9,
213:18, 213:22,
213:23, 214:1,
214:8, 214:9,
214:10, 214:12,
214:21, 215:3,
215:5, 215:9,
215:13, 215:15,
216:19, 217:1,
217:13, 217:14
**date**
22:1, 23:5,
23:17, 23:23,
25:14, 26:10,
32:24, 36:17,
65:5, 93:15,
146:13, 146:20,
231:11
**dated**
56:10, 147:3,
153:14, 156:6,
194:15, 218:13
**dates**
179:5, 203:1
**dawn**
3:25, 4:1,
232:2
**day**
14:10, 32:3,
36:17, 131:5,
137:12, 143:18,

145:17, 164:10,
212:19, 229:15,
232:13
**days**
106:6, 192:18,
210:15, 211:4,
211:5, 211:9,
215:15, 224:6
**dayton**
26:16
**dc**
5:24, 7:20, 8:6
**de**
226:16
**deal**
29:24, 75:20
**dealing**
61:6, 177:15
**decade**
139:3, 139:9,
139:15, 181:3
**decades**
42:12, 72:22,
102:1, 129:13,
189:22
**decades-long**
129:13
**december**
211:23
**decided**
40:16, 51:1,
105:20
**deciding**
195:8, 195:21,
196:16
**decision**
48:24, 49:22,
49:23, 51:3,
97:9, 128:7,
201:16
**decision-making**
198:12
**decisions**
49:7, 49:21,
49:25, 125:21,
216:15
**declaration**
9:14, 15:20,

77:6, 77:10,
77:18, 147:15
**declarations**
15:19, 22:7,
69:12, 140:12,
142:3, 229:18,
230:2
**decrease**
125:8
**decreasing**
180:18
**dedicated**
52:14
**deem**
130:18
**deers**
157:20, 158:2,
158:12, 158:25,
160:22, 161:19
**def**
47:12
**defects**
53:14
**defendant**
67:11, 67:14
**defendants**
1:7, 1:17, 2:9,
2:21, 3:5, 11:6,
12:1, 25:16
**defenders**
7:4
**defense**
1:16, 10:5,
10:7, 29:6,
29:9, 29:13,
30:9, 34:16,
57:10, 71:8,
149:15, 150:5,
153:14, 156:6,
157:19, 194:14
**defense's**
150:21
**define**
107:19, 160:24
**defined**
72:12, 76:15,
136:6, 138:6,
160:20, 166:1,

174:18
**defines**
104:13
**definitely**
14:3, 47:22,
98:16
**definition**
73:6, 105:11,
105:12, 141:15,
160:25, 168:3,
174:24, 175:2,
221:18
**definitions**
104:17, 174:25
**delay**
118:19
**delayed**
116:22, 118:4
**deliberations**
62:11, 62:19,
63:1, 74:9
**deliberative**
222:9
**delivered**
31:20
**delivering**
44:23
**demographics**
123:6
**demonstrate**
124:13
**demonstrated**
41:20, 124:12,
132:13, 137:16,
137:17
**demonstration**
138:1, 144:4
**denied**
154:14, 154:18,
155:8, 155:9
**deny**
155:13
**department**
1:16, 6:12,
7:15, 7:17, 8:3,
11:9, 27:24,
29:5, 29:9,
29:13, 29:14,

30:9, 34:16,
37:8, 57:10,
77:14, 77:21,
149:14, 150:4,
150:21, 194:14
**department's**
149:8
**departments**
157:25
**depend**
95:18, 151:24
**depending**
94:24, 99:1,
129:6, 148:17,
151:11, 202:24,
205:6, 216:14
**depends**
52:10, 81:14,
82:1, 82:25,
83:1, 83:2,
83:14, 83:15,
89:3, 92:2,
94:22, 97:21,
104:19, 160:17,
191:25, 192:3,
192:11, 205:4,
214:7, 214:15
**deploy**
27:22, 27:25,
28:10, 195:13,
202:4, 202:8
**deployability**
45:11, 46:12,
49:1, 49:4,
49:8, 49:14,
50:1, 50:3,
50:12, 71:11,
152:8, 174:11,
213:10, 214:15
**deployable**
47:18, 47:25,
48:20, 195:10,
195:23, 196:2,
196:16, 217:5,
222:15
**deployed**
27:25, 48:15,
48:19, 51:8,

120:12, 164:10,
197:1, 197:9,
198:3, 198:9,
199:20, 206:18,
206:20, 207:7,
207:9, 207:14,
208:2, 208:22,
208:23, 218:24
**deployment**
10:15, 49:22,
52:19, 57:13,
118:16, 141:4,
150:1, 163:12,
194:25, 196:21,
197:18, 198:15,
198:20, 199:12,
199:16, 200:6,
200:17, 200:25,
201:2, 201:5,
201:12, 201:17,
201:21, 201:23,
206:6, 206:22,
206:25, 221:16
**deployment-limit-
ing**
194:17
**deponent**
231:1
**deposed**
12:18, 68:1,
68:3
**deposition**
3:7, 9:7, 10:3,
11:10, 15:13,
15:16, 16:2,
16:3, 16:4,
21:6, 22:8,
23:1, 23:2,
24:12, 25:14,
39:24, 55:11,
108:11, 227:11,
229:17, 229:19,
229:24, 230:1,
230:3, 232:3
**depositions**
16:20, 149:3
**depressed**
111:3, 117:4,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

248

168:13
**depression**
46:25, 70:24,
70:25, 72:16,
88:11, 90:5,
91:7, 91:16,
112:17, 122:16,
123:7, 164:8,
168:8, 168:11,
168:20, 169:15,
173:1, 173:2,
227:22, 227:23,
227:24, 227:25,
228:1, 228:3
**depressive**
46:8, 46:11,
46:21, 47:7,
47:17, 47:23,
48:3, 48:10,
91:11, 164:3,
164:16, 167:2,
167:5, 167:8,
170:22, 170:25,
171:6, 171:17,
172:1, 172:6,
172:9, 172:10,
172:23
**deputy**
6:13, 10:5,
10:7, 153:14
**describe**
25:24, 37:6,
40:14, 46:15,
62:21, 68:6,
71:19, 72:14,
72:23, 73:2,
79:10, 100:25,
140:21
**described**
24:20, 24:21,
48:11, 65:25,
68:19, 71:23,
72:21, 78:20,
87:19, 87:22,
91:23, 92:18,
95:2, 111:9,
118:22, 142:2,
142:10, 193:1,

195:12
**describes**
38:17, 92:1
**describing**
38:13, 119:19
**design**
139:11, 192:4,
192:11, 192:19
**designated**
27:24
**designation**
86:9
**designations**
27:8
**designed**
183:21, 188:6,
192:12, 193:7
**designing**
37:24
**desire**
132:11, 132:14,
132:19, 208:6
**desired**
121:13
**destroyed**
208:24
**detail**
89:15
**details**
94:12
**deterioration**
198:2, 198:8,
198:23, 199:9
**determination**
49:16, 50:20,
192:21, 201:20,
210:8, 210:10,
210:19, 210:21
**determinations**
50:3, 177:2,
210:12, 215:20,
215:22, 216:11
**determine**
21:20, 138:18
**determines**
92:4
**determining**
58:9, 196:1

**develop**
37:23, 225:22,
228:2, 228:19
**developed**
40:25, 58:15,
59:6, 59:12
**developing**
58:14, 168:21,
169:17
**development**
37:1, 45:4,
45:7, 45:10,
45:14, 45:16,
58:21, 58:22,
59:7, 59:22,
74:6, 81:13,
89:22
**dfapa**
3:8, 9:2, 11:2,
18:24, 77:7,
115:22, 143:12,
145:6, 146:12,
231:2
**dha**
33:19
**dhejne**
178:9, 178:10,
178:12, 178:20,
180:22, 181:25,
188:11, 190:23,
191:2, 191:10
**dhejne's**
189:2
**diagnosed**
59:1, 105:15,
114:8, 131:23,
137:23, 158:19,
159:5, 160:5,
161:4, 163:14,
163:17, 164:2,
164:8, 165:2,
165:24, 171:25,
173:15, 174:4,
174:19, 175:9,
175:21, 186:24,
229:2
**diagnoses**
44:3, 44:9,

46:23, 88:11,
90:20, 105:4,
109:19, 126:19,
166:25, 176:20,
195:3
**diagnosis**
37:11, 37:12,
37:15, 47:9,
48:7, 48:8,
72:23, 73:10,
75:21, 76:16,
78:2, 78:25,
79:5, 79:11,
80:3, 80:21,
81:6, 82:7,
83:19, 83:25,
84:1, 85:24,
86:4, 86:6,
86:21, 87:3,
87:5, 87:25,
88:22, 90:6,
90:21, 91:3,
91:5, 91:10,
91:16, 92:5,
92:21, 95:1,
98:8, 104:18,
105:3, 105:6,
105:8, 106:8,
107:5, 107:8,
109:6, 109:22,
110:7, 113:22,
114:1, 114:5,
114:11, 118:10,
135:16, 135:23,
141:12, 158:16,
158:22, 159:9,
159:15, 160:23,
161:9, 161:15,
163:23, 164:18,
166:3, 166:4,
168:1, 169:5,
169:8, 169:14,
169:20, 176:9,
179:2, 179:7,
181:21, 186:17,
189:24, 204:16,
216:20, 226:7,
228:18, 228:19,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

249

228:20, 229:8
**diagnostic**
43:19, 77:24,
86:8, 108:12
**die**
181:15
**differ**
128:21, 148:17,
208:21, 223:18
**difference**
79:16, 168:23,
181:5
**differences**
127:18, 131:3,
181:4, 181:7,
203:19
**different**
53:2, 59:17,
89:7, 92:24,
95:3, 98:20,
118:6, 120:7,
125:11, 127:9,
128:22, 129:4,
130:19, 131:2,
133:10, 140:13,
166:25, 172:15,
174:12, 177:11,
177:18, 181:18,
194:5, 204:23,
207:14, 208:18,
211:14, 214:23,
214:25, 220:25,
221:4, 221:20
**differential**
153:1, 162:24,
163:4, 181:18
**differently**
141:15, 163:9
**difficult**
82:24, 90:11,
138:18
**digits**
93:24
**dignity**
38:1, 38:22,
119:21, 154:12,
155:7, 155:11
**direct**
18:5, 41:15,

116:16, 200:22
**direction**
92:24, 232:7
**directive**
38:25, 150:5
**directive-type**
153:19, 154:6,
156:8
**directives**
37:2, 37:6,
39:8
**directly**
31:7, 50:11,
96:16
**director**
41:14
**directors**
38:19
**disabled**
85:6
**disassociating**
110:10
**discharged**
154:16
**disciplines**
75:24
**disclosed**
25:15, 25:16,
142:2
**disclosures**
16:21, 16:22,
16:23
**discrepant**
125:4
**discrimination**
188:3, 188:20
**discuss**
26:21, 32:17,
34:22, 116:11,
156:18, 193:21
**discussed**
65:1, 109:20,
133:8, 174:1,
178:14, 213:8
**discusses**
56:6
**discussing**
54:21, 94:15,

188:10, 191:10,
213:13, 213:23,
217:19, 218:23
**discussion**
18:13, 19:17,
20:11, 29:21,
34:2, 40:5,
53:6, 76:23,
97:3, 97:5,
108:7, 113:8,
124:6, 179:21,
180:6, 187:17,
187:19, 191:6,
191:12, 227:10
**discussions**
61:17
**diseases**
53:13
**disorder**
37:12, 43:14,
46:8, 46:11,
46:21, 47:7,
47:17, 47:23,
48:3, 48:10,
73:19, 74:16,
74:18, 75:2,
75:3, 75:9,
75:10, 80:16,
80:22, 88:12,
90:10, 91:11,
110:20, 110:24,
111:2, 113:3,
126:5, 126:12,
126:18, 135:15,
135:17, 135:21,
136:5, 164:3,
164:16, 167:2,
167:5, 167:8,
169:24, 170:22,
170:25, 171:6,
171:17, 172:1,
172:9, 172:10,
172:23, 176:20,
182:7, 182:15,
182:18
**disordered**
80:21, 80:23
**disorders**
43:21, 75:8,

77:25, 78:3,
108:12, 170:15,
170:23, 172:6,
173:8, 173:11,
173:15, 173:21,
197:14, 197:15,
197:18
**disparate**
210:14, 213:9,
215:23
**disparities**
175:7, 175:19,
176:2, 176:7,
176:10, 176:11,
176:24, 177:10,
188:1, 188:18,
188:24, 189:3,
189:15, 189:17,
190:17
**displayed**
18:3, 18:19,
21:3, 22:24,
29:20, 54:7,
55:14, 60:6,
64:10, 66:9,
77:1, 84:12,
100:6, 108:6,
115:18, 122:11,
133:16, 143:9,
145:3, 146:10,
147:8, 153:11,
156:4, 157:3,
162:15, 170:3,
177:25, 187:14,
191:7, 194:11,
200:13, 206:11,
219:9, 225:16
**disposal**
63:19
**dispute**
183:10, 207:4,
207:8
**disqualifying**
53:10, 53:22,
206:6
**disregard**
61:18, 62:1
**disregarded**
60:18, 60:23,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

250

| | | | |
|---|---|---|---|
| 63:10 | 146:14 | 59:23, 92:18, | **down** |
| **disrupted** | **diverse** | 154:9, 154:23, | 24:7, 30:6, |
| 206:18, 207:6 | 217:23 | 157:5, 170:7, | 33:23, 34:6, |
| **disruption** | **division** | 194:8, 194:18, | 36:23, 55:6, |
| 207:9 | 6:21, 7:18, 8:4 | 215:9 | 60:7, 66:24, |
| **distinct** | **dixie** | **dod's** | 71:2, 71:16, |
| 170:19 | 5:3 | 58:24, 151:20 | 77:15, 85:1, |
| **distinction** | **doable** | **dodi** | 85:2, 100:7, |
| 79:5, 79:20, | 107:23 | 56:14, 160:4, | 100:12, 106:15, |
| 80:2, 80:6, | **docket** | 194:19 | 124:6, 156:7, |
| 85:22, 91:9, | 93:23 | **doe** | 165:14, 170:20, |
| 185:22 | **docketed** | 1:11, 4:5, 7:2, | 173:7, 184:21, |
| **distinctions** | 100:10 | 10:4, 11:23, | 197:5, 197:11 |
| 209:25 | **doctor** | 12:6, 17:2, | **dozens** |
| **distress** | 29:2, 29:3, | 17:6, 69:23, | 193:7 |
| 47:3, 72:24, | 46:19, 80:12, | 70:7, 108:24, | **dr** |
| 78:22, 79:23, | 128:14, 159:25, | 140:10, 140:24, | 11:8, 16:1, |
| 80:8, 80:25, | 220:14, 229:12, | 146:6, 146:15, | 18:5, 18:21, |
| 81:2, 82:10, | 230:9 | 146:25, 147:16, | 19:1, 21:7, |
| 87:20, 87:24, | **doctors** | 148:9, 227:7 | 23:5, 23:7, |
| 90:19, 90:23, | 38:14, 38:18 | **dog** | 24:5, 25:22, |
| 95:5, 95:16, | **documentation** | 54:6 | 30:2, 34:5, |
| 96:3, 99:9, | 62:3, 148:3 | **doing** | 53:18, 54:20, |
| 99:19, 101:3, | **documented** | 12:21, 38:18, | 64:15, 72:14, |
| 101:11, 101:22, | 119:23, 137:17, | 38:20, 38:21, | 77:11, 80:3, |
| 102:9, 103:5, | 187:25 | 38:23, 61:19, | 84:21, 93:1, |
| 103:6, 103:25, | **documents** | 63:9, 90:25, | 93:10, 100:10, |
| 105:25, 106:4, | 9:13, 15:7, | 144:13, 154:6, | 108:14, 109:1, |
| 106:15, 107:7, | 15:10, 18:6, | 227:3 | 109:10, 115:25, |
| 107:10, 111:10, | 25:20, 38:12, | **donald** | 117:8, 122:20, |
| 113:19, 114:4, | 39:3, 39:7, | 1:6, 2:6, | 124:7, 133:22, |
| 137:5, 137:6, | 39:20, 39:23, | 143:13, 145:7, | 138:25, 143:15, |
| 167:16, 167:23, | 62:17, 62:22, | 146:15 | 143:20, 145:10, |
| 168:2, 168:6, | 64:13, 65:1, | **done** | 145:19, 146:17, |
| 199:23, 200:2 | 65:4, 65:24, | 31:1, 73:17, | 146:22, 147:14, |
| **distressed** | 79:13, 113:6, | 89:20, 93:19, | 153:22, 157:9, |
| 168:11 | 140:19, 141:1, | 107:23, 111:5, | 170:11, 178:6, |
| **distributing** | 141:2, 141:21, | 111:6, 159:19, | 178:20, 180:22, |
| 208:1 | 149:14, 149:17, | 176:1, 179:12, | 181:25, 184:17, |
| **district** | 149:22, 150:2, | 221:15, 221:17, | 189:2, 190:24, |
| 1:1, 1:2, 1:9, | 150:7, 210:22, | 223:9, 224:11, | 191:14, 193:24, |
| 1:10, 2:1, 2:2, | 213:7 | 226:13 | 200:19, 207:2, |
| 2:11, 2:12, | **dod** | **dose** | 214:3, 218:6, |
| 11:22, 11:23, | 9:12, 10:9, | 114:24, 218:16, | 222:22, 225:24, |
| 11:24, 68:8, | 10:12, 35:4, | 218:17 | 226:23, 227:9 |
| 68:17, 70:8, | 36:12, 50:11, | **doses** | **dramatically** |
| 77:9, 115:23, | 54:25, 55:17, | 114:21 | 120:6, 211:14 |
| 143:14, 145:7, | 58:10, 58:20, | **dosing** | **draw** |
| | | 222:23, 223:14 | 186:6 |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

251

drawing
185:23
drawn
120:18, 185:1,
224:9
drink
14:16
drive
4:10
drop
191:19
dropout
192:15
dropouts
191:15, 192:7,
192:20, 192:22,
192:25, 193:10,
193:14, 193:18
dropped
28:4
dropping
102:12
drug
158:6
drugs
14:12
ds
72:19
dsm
110:4, 136:7,
136:16
dsm's
76:4
dsm-3
44:11, 135:10,
135:11
dsm-5
9:19, 44:10,
72:12, 72:19,
72:23, 73:3,
73:5, 73:15,
73:20, 74:1,
75:10, 75:24,
76:4, 76:17,
79:5, 80:2,
80:15, 81:21,
82:8, 83:19,
86:9, 86:21,

88:25, 101:18,
104:13, 107:13,
108:3, 108:13,
108:18, 108:19,
108:22, 108:25,
113:22, 135:8,
137:24, 138:5,
166:1, 167:17
dsm-5's
73:6
dsm-5)(
78:1
dsms
44:10, 44:25
dtm
153:7, 155:25,
156:9, 156:11,
160:3
dtm)-
153:19
due
106:1, 111:9,
125:5
duly
11:3
duration
28:25, 83:3,
83:16, 114:19
during
27:23, 28:21,
28:23, 48:23,
51:11, 190:2,
221:8, 227:10
duties
53:15
duty
26:14, 27:2,
27:17, 28:19,
28:21, 28:22,
30:16, 45:21,
46:7, 47:2,
47:4, 51:19,
52:3, 91:1,
107:7, 131:18,
182:8, 189:25,
195:7, 195:20,
196:14, 199:18,
204:14, 205:19,

207:13, 207:20,
208:7, 210:15,
211:5, 211:9,
211:16, 212:25,
221:16, 224:13
duty-time
53:14
dysphoria-specif-
ic
188:4, 188:21,
189:7
dysphoric
190:4, 218:8

**E**

each
13:5, 27:3,
69:20, 125:20,
129:6, 140:12,
149:21, 192:20,
204:23
earlier
34:15, 56:4,
113:1, 126:4,
135:14, 141:21,
207:16, 210:24,
227:10, 229:23
early
37:19, 121:23,
212:3, 218:9,
225:22, 226:4,
226:5, 226:6,
226:17
ears
50:13
easier
25:7, 169:3
eastern
14:4, 25:11,
54:14, 92:25
easy
39:12
edition
108:13
editions
22:15, 135:23,
214:22
education
68:10

educational
25:24
edward
108:2
effect
31:7, 39:9,
82:21, 128:10,
176:19, 192:8,
205:23, 212:7,
218:19
effective
55:7, 106:11,
157:6, 180:21,
185:18, 186:8,
186:9, 186:23,
190:8, 208:1
effectively
141:14, 151:12
effectiveness
138:19, 138:21,
185:1
effects
125:13, 127:11,
131:11, 139:20,
140:1, 151:20,
151:21, 188:2,
188:19
efficacy
128:20, 129:4,
184:9, 186:3
efficient
148:13
eight
14:17, 26:11,
28:20, 28:22,
50:5, 50:7,
73:22, 215:15
either
49:20, 82:11,
88:20, 90:18,
102:19, 167:22,
174:21, 193:19,
199:3, 199:16,
205:17, 205:20,
205:25
el
6:5
elaborate
26:22, 34:12,

49:16, 64:3,
84:6, 93:12,
152:1
**elapse**
105:14
**elders**
84:19
**electrolysis**
92:14
**electronic**
192:13
**element**
117:20, 187:2,
187:3
**elements**
34:21, 48:24
**eligibility**
150:18, 157:20
**eliminate**
176:10, 176:19
**eliminated**
90:17
**eliminating**
103:5, 175:7,
175:18
**else**
65:15, 67:22,
120:7, 121:21,
142:25, 187:4,
219:20, 227:2
**elucidated**
97:25
**email**
217:7, 217:9
**emails**
62:23, 63:3,
212:12, 213:4
**employed**
232:9
**employees**
59:23, 194:18
**employment**
57:14
**enable**
101:7, 113:24,
114:6, 114:11,
192:22
**enables**
111:7

**enclosure**
194:24, 195:12,
195:13
**encountered**
112:16
**end**
28:9, 33:14,
67:4, 109:4,
112:3, 131:5,
139:14, 139:17
**endanger**
53:13
**endocrine**
41:22, 42:10,
82:16, 217:20,
218:11
**endocrinologist**
218:7, 221:9
**endorsed**
132:14
**endpoint**
104:25
**endpoints**
105:20
**enemy**
120:22
**engage**
125:21, 128:8
**engaged**
93:17, 93:22
**engagement**
150:15
**enlistment**
55:2, 55:20,
57:11, 57:14,
57:15, 141:3,
152:22, 170:8
**enough**
63:15, 174:23
**enrollment**
157:19
**ensure**
53:12, 55:19
**ensuring**
55:23
**entailed**
26:23
**entire**
47:15, 139:12,

147:1, 159:22,
222:9
**entirely**
175:6, 192:3
**entitled**
122:7, 155:24,
157:5, 194:24
**entries**
24:8, 24:12,
68:21, 69:6,
69:13
**enumerates**
157:17
**environment**
48:15, 48:19,
117:19, 118:2,
119:14, 121:2,
121:6, 121:16,
121:17, 172:12,
172:15, 172:18,
172:21, 173:2,
198:3, 198:9,
198:16, 199:21
**environments**
119:9, 120:12,
207:14
**episode**
47:1, 227:25,
228:2
**episodes**
227:24
**equality**
2:16
**equity**
41:15
**errata**
231:6
**especially**
85:6
**esper**
1:14, 2:20,
3:4, 18:25, 70:7
**esquire**
4:6, 4:7, 4:8,
4:15, 5:3, 5:4,
5:5, 5:12, 5:20,
6:3, 6:11, 6:18,
7:3, 7:9, 7:16,

8:2
**essentially**
31:21, 35:12,
61:25, 71:8,
107:20, 160:9,
226:4, 226:6
**established**
126:11
**establishes**
157:15
**establishing**
226:7
**estimate**
88:23, 89:24,
94:18
**estimates**
89:13
**estrogen**
115:2, 207:18,
220:7
**et**
1:3, 1:6, 1:11,
1:16, 2:3, 2:8,
2:20, 3:4,
129:6, 137:19,
158:7, 176:6,
176:21, 184:7,
203:13
**eugene**
93:22
**european**
52:24
**evacuated**
51:14, 51:22,
51:25, 52:11
**evacuating**
53:2
**evacuation**
52:5, 52:8,
52:23
**evacuations**
51:7, 51:19,
52:18
**evaluated**
121:4
**evaluating**
138:20, 192:15,
197:22

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

253

**evaluation**
195:5
**evaluations**
198:13
**evaluators**
195:6, 195:19,
196:13, 196:19
**even**
11:18, 17:10,
48:7, 63:23,
67:13, 106:6,
106:10, 109:13,
113:1, 114:4,
117:20, 117:24,
118:12, 121:1,
121:15, 137:18,
161:16, 168:13,
179:6, 181:6,
183:17, 185:5,
188:1, 189:6,
189:15, 192:2,
198:17, 212:18,
216:17, 217:3,
217:7, 222:3,
223:1
**events**
139:8
**ever**
27:22, 29:5,
41:6, 46:5,
50:19, 58:4,
59:15, 67:8,
67:11, 67:16,
68:3, 68:24,
69:22, 69:23,
70:11, 71:10,
71:13, 85:23,
86:4, 89:19,
95:25, 102:25,
103:3, 131:10,
131:21, 131:25,
134:23, 178:21,
208:10, 208:13,
208:17
**every**
72:4, 144:6,
164:10, 205:7,
206:19, 214:23

**everybody**
14:7, 106:10,
148:13, 222:11
**everybody's**
14:2
**everything**
142:11
**evidence**
69:3, 105:2,
114:9, 138:10,
183:2, 186:7,
189:18, 210:13,
210:19, 215:20,
216:12
**evolve**
99:13, 103:10
**evolving**
103:16
**exacerbate**
173:2
**exacerbating**
173:4
**exact**
39:11
**exactly**
126:4, 211:4
**examination**
9:2, 11:6,
227:7
**examined**
11:5, 231:3
**examiners**
34:8, 34:14
**example**
27:14, 38:14,
48:5, 49:11,
50:6, 52:22,
59:23, 61:21,
64:1, 70:23,
74:5, 85:5,
86:25, 90:21,
90:24, 95:14,
100:15, 102:14,
103:2, 104:20,
104:25, 112:25,
114:22, 120:21,
125:17, 126:5,
126:17, 126:19,

165:4, 169:24,
181:8, 181:16,
182:7, 199:14,
211:1, 218:25,
221:2
**examples**
85:25, 86:20,
87:23, 106:19,
181:20, 213:5
**exams**
198:18
**except**
13:15
**exception**
155:14
**excerpt**
108:16, 108:18,
108:25
**excess**
204:13, 214:10,
214:11
**excessive**
53:14
**excluded**
68:24, 69:9
**excluding**
141:11, 150:23
**excuse**
20:1, 43:6
**executed**
116:10, 143:18,
145:17, 147:12
**executing**
20:18, 77:13
**exhaustive**
16:10, 206:5
**exhaustively**
142:10
**exhibits**
9:6, 9:7, 10:2,
10:3, 18:5
**exist**
47:15, 73:25,
125:12, 127:10,
136:23, 175:19,
176:7, 190:3,
199:2, 208:18
**existed**
135:13, 136:10,

176:13
**existence**
102:3, 128:23,
192:7
**existing**
53:16, 134:21
**exists**
73:25, 76:16
**expect**
181:11, 221:3
**expected**
213:15
**expensive**
195:5
**experience**
26:21, 30:21,
38:9, 44:5,
45:1, 45:6,
45:10, 45:13,
46:10, 51:6,
51:18, 51:20,
58:8, 61:5,
72:9, 75:1,
75:2, 78:22,
79:22, 81:9,
81:17, 85:5,
85:19, 90:3,
90:23, 91:19,
101:9, 101:21,
102:1, 102:8,
103:3, 112:1,
112:22, 114:14,
119:5, 120:19,
121:3, 126:24,
135:18, 136:2,
136:9, 142:19,
152:6, 152:15,
152:17, 171:23,
188:5, 189:22,
190:5, 199:17,
211:16, 223:12,
223:16, 227:13,
228:11, 228:23,
229:1, 229:3
**experienced**
71:24, 90:6,
102:11, 199:23
**experiences**
27:2, 27:18,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

254

61:18, 71:21,
78:17, 91:12,
125:18, 128:3,
128:17, 135:2
**experiencing**
79:21, 85:22,
113:18, 167:15,
172:23
**expert**
9:8, 9:14,
9:20, 9:24,
9:25, 10:4,
17:19, 17:25,
18:23, 19:25,
23:10, 37:20,
42:8, 49:12,
53:4, 56:5,
60:1, 60:8,
62:1, 62:24,
64:17, 65:6,
65:7, 65:18,
65:20, 65:25,
66:4, 68:24,
69:9, 69:24,
70:11, 70:20,
71:10, 71:13,
77:6, 77:10,
100:10, 115:21,
116:1, 116:16,
122:24, 140:7,
140:21, 142:3,
142:22, 143:12,
143:22, 143:23,
144:9, 145:5,
145:24, 146:2,
146:12, 146:24,
147:10, 150:13,
150:16, 152:9,
152:13, 162:18,
165:13, 187:16,
187:23, 206:13,
210:6, 214:20,
217:16, 217:17,
219:16, 222:8,
224:23, 225:7,
225:18, 227:12,
228:25, 229:18
**expertise**
37:14, 41:19,

41:20, 41:24,
42:2, 44:14,
49:4, 49:6,
61:9, 61:10,
63:8
**experts**
16:18, 17:1,
17:2, 17:9,
60:13, 60:14,
60:15, 60:16,
60:18, 60:23,
61:4, 61:15,
61:16, 62:6,
63:18, 63:21,
74:12, 75:4,
78:6, 141:21,
211:20, 214:2,
222:10
**expires**
232:15
**explain**
13:9, 155:2,
163:2
**explained**
217:22
**exposed**
88:18, 172:14
**exposure**
125:20, 127:22,
128:5
**expressed**
164:19
**expression**
72:7, 72:8
**ext**
5:17
**extended**
28:20
**extension**
101:4
**extensive**
42:4, 152:15,
212:12
**extent**
19:3, 77:12,
143:25, 152:5
**external**
120:13

**extreme**
47:22
**extremely**
14:5, 83:17,
85:21
**extremes**
47:14
**eyes**
50:13

---
**F**
---
**face**
22:1, 55:7,
120:13, 120:21
**faced**
120:19
**facilitate**
156:16
**facilitating**
208:11
**facilities**
40:18, 158:9,
158:11, 160:14
**facility**
32:23, 41:3,
44:1
**fact**
21:20, 31:10,
43:23, 47:11,
47:25, 64:19,
68:3, 99:7,
100:1, 106:7,
111:2, 111:24,
148:2, 149:2,
161:22, 166:4,
168:18, 169:7,
169:19, 189:13,
190:13, 191:18,
212:12, 215:2,
216:12, 217:7,
220:17, 222:2
**factor**
46:16, 50:3
**factors**
125:12, 127:10,
128:6, 128:10
**facts**
151:16

**faculty**
26:18
**fair**
32:11, 65:17,
70:5, 113:11,
148:6, 164:22,
188:10
**fairly**
31:24, 39:12,
46:24, 106:5
**fall**
30:16, 32:18,
103:20, 229:11
**falling**
103:23, 103:24
**falls**
228:6
**familiar**
49:9, 129:20,
157:11, 171:5,
191:14, 191:18,
191:22, 201:7,
224:16, 224:19,
224:24
**familiarity**
52:7
**families**
70:25
**family**
71:1
**faq**
38:6
**far**
21:20, 26:2,
147:20, 169:1,
205:12
**fashion**
67:17
**faultily**
213:25, 216:13
**feature**
64:22, 126:13
**features**
47:8, 47:24,
48:11, 109:5
**february**
61:1, 146:13,
146:20, 146:25,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

255

147:3, 147:5,
194:15
**federal**
8:4, 68:8,
68:16, 70:11,
94:3
**feel**
13:8, 13:20,
19:11, 80:9,
85:7, 103:9,
136:18, 196:8,
219:19, 220:15
**feeling**
95:6
**feelings**
91:15
**feels**
97:20
**feet**
16:12
**fef**
41:16
**felt**
72:17, 73:2
**female**
72:5, 72:6,
86:15, 86:16,
86:17, 86:18,
99:2, 128:19,
220:7
**females**
115:3, 203:19
**feminization**
139:21
**feminizing**
134:9, 138:21
**few**
27:7, 71:17,
130:15, 162:22
**field**
37:18, 61:16,
61:19, 63:9,
75:5, 78:7,
120:22, 182:1,
182:14
**fifth**
6:22, 108:13
**fighting**
67:18, 67:19

**figure**
223:20
**figures**
216:2
**file**
147:1
**final**
63:24, 209:22,
211:22, 214:17,
215:2, 215:13,
215:15
**finally**
40:9, 198:19
**financial**
232:11
**find**
85:11, 86:1,
96:24, 116:5,
120:7, 138:13,
140:3, 156:17
**finding**
124:11, 124:15,
126:1, 126:15,
126:23, 131:9
**findings**
125:4, 127:16,
130:6, 183:25
**fine**
93:5, 121:24,
122:2
**finish**
110:18
**first**
11:3, 19:9,
26:8, 27:23,
27:25, 28:17,
30:7, 30:11,
30:13, 31:9,
31:10, 39:18,
62:14, 66:18,
66:21, 66:23,
72:11, 72:14,
74:23, 77:5,
77:12, 77:13,
84:15, 84:22,
98:7, 98:10,
99:10, 99:23,
104:21, 107:17,

123:1, 126:3,
129:19, 134:12,
137:2, 139:1,
143:16, 144:1,
145:10, 149:11,
150:11, 157:10,
157:11, 157:12,
157:15, 161:15,
167:21, 175:25,
178:19, 178:20,
178:25, 179:13,
180:24, 181:3,
195:17, 197:8,
198:18, 199:1,
199:16, 205:23,
207:4, 211:10,
211:21, 211:24,
213:24, 215:12,
215:16, 216:23,
219:11, 219:18,
220:2, 220:6,
221:14, 221:25,
222:24, 222:25
**fisk**
72:14
**fit**
174:6, 174:17,
174:22
**fitness**
200:24, 201:4,
201:23
**five**
43:4, 43:8,
43:10, 46:4,
53:21, 53:24,
54:2, 55:21,
56:3, 56:7,
56:23, 57:5,
57:17, 57:23,
70:9, 70:10,
170:24, 173:3,
215:7
**five-year**
104:24
**flag**
33:4
**flawed**
214:23

**flexibility**
218:23
**flip**
146:19
**floor**
6:6
**florida**
115:24
**focus**
81:2, 81:3
**folks**
21:16, 25:4
**follow**
96:24, 101:13,
107:21, 136:10,
136:22, 186:24
**follow-up**
10:10, 15:24,
178:3, 181:3,
202:22, 203:3,
214:13
**follow-ups**
202:21, 218:21
**followed**
135:12
**following**
12:23, 23:4,
48:5, 57:2,
59:14, 66:3,
81:12, 90:7,
97:24, 102:2,
113:19, 128:19,
128:25, 130:22,
134:18, 136:12,
137:24, 143:1,
158:15, 161:7,
161:9, 166:21,
169:11, 182:12,
196:24, 202:4,
206:5, 213:16,
228:13
**follows**
11:5, 125:4,
125:17, 129:13,
213:3
**footnote**
87:19
**force**
26:15, 26:20,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

256

| | | | |
|---|---|---|---|
| 26:21, 26:23, 27:1, 27:6, 27:13, 27:22, 39:18, 44:1, 51:11, 120:22, 204:17, 212:8, 212:17, 213:21, 215:8 | 36:7, 36:11 | **frequently** 178:22 | 169:18, 192:24 |
| **force's** 26:19, 51:10 | **forth** 17:19, 201:11, 212:13 | **front** 18:21, 21:4, 24:14, 31:9, 50:10, 50:16, 153:12, 155:19, 156:5, 159:20, 170:6, 176:25, 178:1, 194:13, 212:4, 213:7, 218:19, 225:11 | **G** |

**forward**
38:3, 73:22,
104:11, 105:22,
106:9, 106:12,
107:21, 121:12,
135:11, 166:23,
181:19, 199:25,
228:15
**found**
178:18, 179:19
**four**
11:21, 12:5,
12:10, 17:3,
17:13, 17:16,
26:16, 26:24,
27:1, 28:23,
108:23, 140:16,
142:8, 142:21,
142:24, 148:25,
149:3, 151:20
**fours**
12:7
**fourth**
85:2, 141:20
**frame**
35:21, 38:4,
39:14, 42:21,
105:22, 171:17,
181:5, 183:11,
217:3, 224:14
**franciscans**
125:14, 127:15,
129:5, 130:20
**francisco**
7:12
**frankly**
166:5
**free**
13:8, 13:20,
19:11, 53:12,
53:13, 119:11,
119:13, 196:8,
219:19
**frequencies**
44:3

**force-wide**
33:1, 221:18
**forced**
116:23, 118:23
**forces**
120:13, 152:24
**forecast**
99:16, 113:12
**foregoing**
231:4, 232:3,
232:4
**foremost**
98:10
**forensic**
24:4, 24:8,
66:12, 67:25,
68:22, 93:14
**format**
212:2
**formatting**
144:14, 144:18
**forming**
149:6
**forms**
47:22, 95:4,
102:25
**formulary**
40:9, 40:15,
40:16, 40:22,
41:1
**formulated**
58:1, 58:19,
59:6
**formulating**
38:2
**formulations**
203:21, 204:7
**fort**
34:9, 36:2,

**full**
11:11, 44:8,
44:16, 69:14,
176:4
**full-blown**
228:19, 229:8
**fully**
14:20, 139:2,
183:7, 186:10,
189:12
**function**
20:3, 155:12,
168:12
**functionality**
33:25
**functionally**
151:5, 151:13,
155:6
**functioning**
73:1, 167:16,
167:24
**funded**
226:22
**further**
28:10, 36:23,
63:4, 64:3,
99:8, 103:7,
103:21, 106:22,
130:8, 130:21,
139:19, 140:1,
180:22, 181:6,
184:21, 195:5,
212:11, 229:13,
229:15
**future**
125:9, 168:22,

**g-o-o-r-e-n**
226:15
**g-o-r**
226:15
**gained**
116:21
**garbled**
167:6
**gd**
117:1
**gel**
205:21
**gels**
203:23, 204:22
**genders**
132:5, 155:17,
161:3
**general**
6:13, 6:19,
6:20, 18:5,
36:8, 39:4,
41:23, 44:15,
62:1, 71:18,
114:24, 141:2,
165:18, 166:11,
167:4, 172:5,
186:6, 195:10,
205:24
**generalizable**
127:17
**generally**
13:23, 51:5,
59:4, 78:1,
94:8, 100:18,
140:21, 172:25,
198:16, 227:19
**generate**
65:14
**generated**
56:11, 64:25,
77:14
**generates**
63:5
**generation**
60:1

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

257

**genetically**
75:7, 227:23
**genital**
85:7, 86:11,
97:7, 98:9,
125:3
**genitals**
86:14, 86:15
**geographic**
208:19
**geographically**
102:15
**george**
3:8, 9:2, 11:2,
11:13, 18:24,
21:8, 23:5,
77:6, 84:19,
115:10, 115:14,
115:21, 143:12,
145:6, 146:12,
150:12, 231:2
**georgia**
5:16
**getting**
121:21, 144:15,
148:11, 160:22,
205:18, 209:16
**gid**
88:25
**ginsburg**
4:8
**give**
17:7, 18:9,
19:13, 20:9,
21:12, 41:10,
83:7, 86:25,
148:7, 153:16,
155:11, 162:8,
180:1, 210:25,
220:20, 226:25
**given**
51:9, 74:25,
81:19, 81:25,
92:6, 92:21,
95:11, 96:22,
113:15, 141:13,
164:18, 205:6,
231:5, 232:5

**giving**
89:12, 223:21,
223:23
**glbtq**
7:4
**go**
12:19, 13:23,
14:6, 20:22,
24:3, 28:3,
28:7, 30:2,
36:23, 44:11,
46:19, 47:12,
53:4, 53:8,
54:18, 55:15,
66:8, 77:22,
78:15, 80:12,
84:25, 91:15,
98:9, 100:11,
101:25, 105:7,
109:3, 115:8,
116:14, 116:23,
120:25, 123:1,
124:5, 128:14,
132:8, 138:8,
148:5, 148:14,
148:19, 152:10,
154:8, 155:24,
156:20, 162:13,
165:12, 166:23,
169:25, 170:9,
170:20, 177:17,
179:20, 181:6,
182:6, 182:17,
184:4, 191:2,
193:22, 193:24,
197:12, 206:10,
206:12, 210:3,
214:24, 225:14,
227:5, 230:5
**goal**
139:21, 187:7
**goes**
48:24, 88:3,
106:15, 135:10,
154:10, 177:18,
182:11, 208:8,
216:19
**going**
13:6, 17:24,

20:14, 21:11,
30:7, 38:3,
53:4, 53:8,
60:10, 64:15,
66:10, 67:3,
78:16, 84:25,
86:14, 92:23,
100:7, 105:22,
109:3, 109:5,
110:5, 113:14,
121:20, 124:21,
129:19, 135:11,
135:23, 145:12,
147:11, 160:20,
162:6, 162:8,
162:19, 165:12,
165:15, 166:18,
170:9, 172:12,
172:14, 172:17,
173:1, 181:19,
185:10, 198:22,
200:18, 205:20,
205:21, 206:2,
209:6, 210:8,
212:13, 218:16,
219:13, 220:17,
220:18, 226:22
**gone**
21:19, 169:4
**good**
19:7, 54:15,
58:23
**google**
39:12
**gooren**
226:15
**gotcha**
28:24, 35:8,
39:2, 123:24,
156:25, 219:3
**government**
6:14, 62:4,
93:17
**government's**
16:24
**grab**
115:8
**grace**
8:2

**graduated**
26:12
**graduating**
26:10, 26:12
**grand**
4:17
**grandparented-in**
155:10, 155:14
**granted**
195:14, 206:7
**granularity**
212:22
**graphs**
181:2
**gratification**
118:20
**great**
11:14, 21:24,
25:8, 54:12,
178:16
**greenville**
94:2, 94:4
**griet**
226:16
**grooming**
120:5, 158:5
**ground**
12:20, 31:24
**group**
34:7, 34:13,
39:18, 58:5,
118:19, 126:6,
131:22, 131:23,
132:2, 155:10,
155:15, 180:9,
183:14, 186:19,
187:9, 192:6,
193:12, 193:13,
199:14, 226:14,
226:18
**groups**
44:21, 129:7
**grow**
117:24
**guard**
45:25, 51:24
**guards**
119:22, 120:10

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

258

guardsmen
46:3, 46:7
guess
15:10, 18:4,
27:21, 31:3,
39:3, 51:21,
57:17, 57:21,
70:3, 76:10,
89:16, 99:3,
101:25, 111:17,
112:14, 121:3,
128:1, 129:2,
130:17, 143:1,
148:11, 174:13,
180:11, 186:4,
188:9, 188:22,
189:11, 192:18,
200:3, 201:18,
213:8, 213:11,
215:1, 215:18,
230:5
guidance
202:21, 218:20
guide
219:12
guideline
224:9
guidelines
202:25, 217:20,
217:22, 218:11,
219:2
guiding
205:9
gulf
27:23, 28:17

**H**

haddad
6:11
hair
117:24
haircut
117:25
half
84:22, 132:14,
143:16, 143:25,
145:10, 146:17,
149:20, 157:10,

157:11, 222:13,
222:14
halfway
34:6
halve
114:24
hand
185:18, 232:13
handbook
78:2
handle
18:4
hands
120:15
hands-on
42:8
happen
75:25, 106:17,
106:25, 112:11,
119:10, 119:17,
119:23, 226:10
happened
68:12, 160:11,
216:22
happens
65:11, 119:11,
136:23
happy
50:15, 54:1,
135:25, 170:15,
214:24
hard
149:20
hard-pressed
140:3
hart
3:25, 4:1,
232:2
hazarding
89:16
head
12:25
headed
134:8
heading
64:13, 138:9,
154:9, 194:16,
194:24, 217:9

health
22:17, 30:12,
31:19, 31:20,
33:10, 34:20,
36:7, 37:3,
37:20, 41:15,
41:22, 42:18,
43:13, 43:21,
44:19, 44:21,
45:2, 45:7,
45:19, 45:22,
63:25, 68:10,
74:6, 74:16,
74:17, 74:20,
74:21, 75:18,
75:23, 76:11,
78:3, 81:5,
83:12, 89:1,
89:25, 90:16,
97:1, 103:11,
112:19, 112:23,
114:25, 125:22,
128:7, 130:7,
130:14, 130:15,
130:22, 131:22,
133:19, 141:17,
141:23, 163:6,
164:21, 165:10,
175:7, 175:19,
176:2, 176:6,
176:10, 176:11,
176:24, 177:3,
182:3, 182:17,
182:25, 184:11,
184:25, 187:25,
188:18, 188:23,
189:3, 189:14,
189:17, 190:12,
190:17, 191:16,
191:19, 192:13,
197:14, 198:1,
206:24, 207:25,
212:25, 221:18
healthcare
32:25, 36:10,
36:11, 39:10,
40:18, 40:23,
41:21, 49:24,

52:12, 70:17,
89:19, 95:22,
221:10, 221:11
healthy
168:17
hear
99:12, 175:2
heavily
38:7
hebert
217:8
held
32:21, 53:6,
76:23, 97:3,
97:5, 117:17,
191:6
help
84:5, 96:12,
102:20, 170:16
helpful
179:22
hembree
218:6, 222:22
hence
222:12, 228:7
hepatic
205:23
herbert
217:9
here
21:13, 30:4,
36:24, 39:7,
40:8, 43:3,
54:14, 64:12,
66:11, 79:7,
85:21, 86:3,
92:25, 100:8,
108:11, 116:17,
120:24, 121:21,
123:16, 129:23,
133:17, 133:25,
134:8, 137:21,
138:14, 144:4,
147:2, 150:10,
156:13, 157:12,
157:23, 160:19,
160:20, 162:17,
174:12, 175:16,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

259

179:5, 184:6,
185:12, 189:14,
191:12, 202:10,
202:11, 207:4,
207:19, 221:2,
221:6, 222:16,
227:1
**hereby**
231:2, 232:3
**hereunto**
232:12
**herself**
85:15
**hesitant**
152:4
**hey**
121:20, 162:6
**high**
149:21
**high-level**
33:3, 33:4
**higher**
109:24, 181:17
**highly**
46:14, 52:9,
118:11, 118:18,
163:7, 193:20,
199:14, 221:13
**hired**
93:17
**history**
25:24, 123:6,
124:14, 124:17,
173:11, 179:12
**home**
15:8, 28:7,
28:9
**hormonal**
38:9, 41:5,
61:22, 100:18,
183:18, 184:9,
219:13
**hormone**
9:22, 42:11,
82:20, 83:10,
95:15, 96:2,
100:16, 101:6,
103:4, 114:16,

114:17, 122:14,
124:13, 124:16,
125:2, 125:7,
134:5, 134:9,
134:17, 134:24,
135:6, 135:19,
136:3, 136:14,
136:22, 137:14,
138:1, 138:21,
139:20, 140:1,
202:17, 204:7,
206:17, 207:9,
213:19, 215:5,
215:6, 216:3
**hormones**
82:13, 82:21,
83:3, 83:11,
87:11, 92:9,
112:6, 112:7,
113:25, 114:7,
117:13, 133:6,
135:3, 138:19,
203:10, 203:17,
203:22, 204:11,
206:22, 218:13,
218:16, 219:25,
222:12, 222:20
**hospital**
26:19, 51:10,
51:11
**hospitals**
40:18
**hostile**
121:18
**hotel**
35:12
**hour**
14:4, 14:7,
14:8, 162:8
**hours**
14:17
**house**
14:5, 16:5,
37:22, 37:23,
63:2
**housing**
195:7, 195:20,
196:14

**however**
39:12, 41:13,
78:24, 125:6,
140:14, 225:20
**huberman**
5:20
**human**
91:12, 91:19,
121:14
**hundred**
30:15, 54:9
**hundreds**
27:14, 27:15,
35:13, 49:7,
49:9
**hypertension**
166:15, 166:16,
166:20, 166:22
**hypogonadism**
204:16
**hypothesizes**
128:6
**hypothetical**
87:18, 113:1,
138:4, 162:4,
175:3
**hypotheticals**
152:5
**hypothyroidism**
114:8, 114:9,
114:10
**hysterectomies**
221:3

---

**I**

**icd**
73:17, 74:7,
74:10, 74:13,
74:14, 74:17
**icd-'s**
75:10
**idea**
101:17, 199:9,
199:11
**ideation**
90:5, 109:14,
110:10, 111:14,
111:15, 111:18,

111:21, 111:23,
112:2, 112:4,
112:17, 122:16,
123:25, 124:2,
127:11, 131:8
**identical**
149:5
**identically**
209:23
**identification**
18:17, 21:1,
22:22, 55:12,
64:8, 76:24,
84:10, 108:4,
115:16, 122:9,
133:14, 143:7,
145:1, 146:8,
153:9, 156:2,
157:1, 177:23,
194:9, 200:11,
219:7
**identified**
39:11, 81:18,
101:8, 123:19,
132:7, 133:5
**identify**
84:4, 86:2,
87:7, 87:10,
118:9, 163:22
**identity**
37:11, 43:13,
72:2, 72:3,
72:10, 75:3,
78:19, 78:23,
80:16, 80:21,
80:22, 80:23,
81:3, 81:13,
81:14, 84:1,
87:4, 96:13,
96:16, 96:17,
100:21, 132:24,
133:5, 135:15,
135:17, 135:21,
136:5, 154:14,
155:5, 187:7,
190:20, 225:22
**illnesses**
176:21

im
199:21
imagine
112:10, 137:22,
152:2
imagining
111:17
impact
46:12, 83:11,
110:1
impair
90:24
impaired
199:19, 199:22
impairing
198:3, 198:8,
198:24, 199:1
impairment
47:2, 72:25,
82:11, 90:19,
90:22, 114:5,
137:7, 165:17,
166:3, 166:10,
167:3, 167:16,
167:18, 167:23,
168:3
impairments
107:7
implement
154:3
implementation
29:11, 32:24,
33:11, 34:20,
60:11, 60:15,
60:17, 60:22,
150:21, 206:15,
207:5
implementations
35:2
implementing
152:19
implements
150:5
implications
38:22, 152:18
important
63:15, 80:19,
82:17, 167:24,

184:23, 220:24
impressive
112:8
improve
127:6
improved
127:7
improves
109:22
improving
185:19
in-person
32:22, 74:7,
190:3
in-service
157:5
inability
176:4, 190:10
inadequate
95:4, 95:11,
101:11, 102:25,
106:22
incarcerated
119:9
incarceration
117:18, 119:14
inch
15:17, 150:3
inches
149:21
include
15:23, 25:6,
38:12, 41:21,
88:10, 91:12,
92:8, 92:9,
92:10, 92:11,
92:14, 93:18,
117:3, 119:12,
203:23, 203:24
included
27:2, 38:23,
58:10, 60:14,
62:2, 68:20,
108:23, 123:4,
187:22
includes
24:8, 24:12,
46:6, 85:7,

186:18
including
49:10, 51:15,
63:1, 70:13,
84:19, 96:5,
105:4, 112:5,
118:3, 122:18,
128:7, 133:8,
133:21, 140:5,
150:17, 193:7,
209:7, 214:4,
217:24
incongruence
71:22, 85:13
incongruity
78:18
inconsistent
161:5, 162:1
incorporate
135:25
incorporated
214:19
increased
168:21, 169:17,
181:9, 181:11
increases
117:3, 185:4,
185:13
indeed
85:4
indefinite
117:18
independent
126:9, 176:19
indicate
183:13
indicated
223:14, 229:22,
230:2
indicates
60:16, 68:1,
109:12, 183:9
indicating
158:17, 158:23,
159:10
indicators
182:25
individual
10:13, 17:5,

17:12, 48:22,
59:10, 78:17,
83:15, 92:6,
92:20, 94:24,
95:10, 95:11,
95:18, 96:11,
96:21, 102:18,
103:18, 110:5,
149:25, 150:1,
159:13, 176:25,
177:2, 177:6,
177:10, 177:11,
177:15, 181:23,
187:9, 192:17,
195:4, 195:9,
195:22, 196:16,
200:16, 201:1,
202:18, 205:4,
209:1, 210:11,
221:4, 227:22,
228:14
individual-unit
10:14, 200:17
individualization
220:23
individualize
92:19
individualized
48:23, 92:2,
92:17, 94:21,
102:2, 102:7,
166:14, 186:17,
200:1
individually
177:1
individuals
46:11, 49:4,
51:24, 55:19,
55:23, 58:25,
59:1, 71:5,
72:16, 73:11,
83:19, 100:14,
101:9, 109:13,
118:8, 119:6,
119:22, 122:18,
128:19, 129:20,
129:24, 131:15,
132:4, 132:6,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

261

132:11, 132:19,
132:23, 132:25,
141:15, 152:20,
152:23, 163:8,
163:9, 163:22,
176:14, 177:13,
177:16, 179:15,
190:8, 192:17,
195:10, 199:7,
199:15, 202:3,
208:22, 211:3,
211:5, 214:13,
217:25, 218:8,
218:15, 218:24,
221:17, 222:23,
223:13, 224:2,
224:12, 224:15,
226:5, 227:22
**induction**
55:2, 55:20,
57:11, 57:14,
57:16, 170:8
**inferences**
184:25
**influence**
125:21, 128:6
**information**
34:25, 35:23,
35:24, 50:23,
51:2, 63:8,
63:17, 68:9,
94:7, 99:25,
125:23, 142:2,
142:19, 145:9,
146:16, 153:22,
159:3, 209:17,
209:21, 213:4,
225:1, 225:5
**informative**
184:24
**infrequently**
106:17, 205:7
**inherent**
53:1, 181:21,
181:23
**initial**
17:22, 37:23,
38:3, 39:18,

63:21, 218:16
**initially**
52:1, 166:17
**initiate**
159:14
**initiating**
213:19, 215:5,
216:3
**initiation**
112:2, 224:6
**injectable**
204:12, 204:18,
205:2, 205:13
**injectables**
203:25, 204:1,
204:2, 205:5,
205:20
**injected**
205:7
**injection**
203:12
**injury**
85:6, 88:13,
88:18, 176:21
**inmate**
94:10, 117:9
**inpatient**
27:16
**input**
41:16, 59:24,
59:25, 74:5
**inquired**
59:21
**insignificant**
193:20
**insofar**
147:24, 182:23
**instability**
117:4
**instances**
68:21, 203:3,
203:4
**instead**
89:16
**instructed**
13:16
**instruction**
9:12, 10:9,

10:12, 55:1,
58:10, 157:5,
170:7, 194:15
**intended**
55:22, 195:2,
217:23
**intent**
137:10, 137:11,
137:21, 171:19,
171:21, 221:24
**intentional**
168:25
**intentionally**
182:21
**interact**
31:4, 42:6
**interacted**
33:15
**intercepted**
226:6
**interchangeably**
15:20
**interest**
232:10
**interested**
102:24, 187:18
**intern**
8:24, 8:25
**internal**
72:10
**interpersonal**
125:12, 127:10
**interpret**
33:10, 182:22
**interpretation**
36:5, 45:16,
197:22
**interpretations**
35:1
**interpreted**
185:3
**interpreting**
189:3
**interrupt**
13:5
**interrupted**
121:21
**interruption**
83:16

**interruptions**
206:19, 207:13
**interval**
223:9
**intervals**
220:2, 220:6
**intervening**
139:3
**intervention**
98:19, 98:25,
100:17, 104:23,
123:18, 123:21,
125:7, 125:8,
132:12, 220:1
**interventions**
92:10, 92:11,
92:12, 97:4,
97:6, 97:7,
98:15, 98:21,
99:9, 100:19,
101:7, 132:20,
133:1, 219:24
**introduce**
193:2
**invalid**
57:17, 57:20
**invalidates**
187:8, 187:9
**investigation**
130:6
**invited**
33:9, 34:18
**involuntarily**
154:16
**involve**
92:15, 137:4,
203:4
**involved**
25:5, 27:13,
35:5, 36:25,
38:7, 38:10,
43:11, 49:7,
50:25, 52:5,
58:14, 59:11,
59:16, 61:12,
63:1, 67:16,
97:13, 102:5,
106:9, 131:13,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

262

| | | | |
|---|---|---|---|
| 180:15, 214:6 | **iteration** | **jones** | 140:10, 140:24, |
| **involvement** | 75:25 | 9:21, 89:17, | 143:5, 143:13, |
| 49:9, 52:4, | **iterations** | 115:23 | 143:24, 144:9, |
| 152:19 | 43:18, 213:25, | **journal** | 147:16, 148:9 |
| **involves** | 214:3, 220:2, | 15:23 | **keep** |
| 42:16, 94:10, | 220:6 | **journey** | 67:3, 166:18 |
| 97:23, 166:17, | **itself** | 96:21, 97:11, | **kennell** |
| 214:10 | 48:8, 65:19, | 187:6 | 214:19 |
| **involving** | 65:20, 141:8 | **joycelyn** | **kentucky** |
| 62:23, 191:15, | **J** | 84:19 | 34:9 |
| 191:19 | **jackson** | **jr** | **keohane** |
| **irrespective** | 193:8 | 4:6 | 9:20, 115:22, |
| 177:3 | **jail** | **judge** | 116:16, 117:24 |
| **irritability** | 116:24 | 68:8, 68:9 | **kept** |
| 72:16 | **james** | **judgment** | 169:5 |
| **irritable** | 7:16 | 48:15, 48:20, | **key** |
| 117:4 | **jane** | 98:3, 165:17, | 221:7 |
| **isolation** | 1:11 | 166:10, 167:3, | **kind** |
| 109:16, 180:10 | **january** | 168:4, 186:22 | 15:11, 36:4, |
| **issuance** | 116:10, 232:16 | **judicial** | 48:1, 52:19, |
| 157:14 | **jaquice** | 66:15 | 55:21, 68:15, |
| **issue** | 2:15 | **julianna** | 74:21, 79:6, |
| 25:18, 45:22, | **jeffrey** | 8:25 | 92:23, 111:8, |
| 92:16, 120:4, | 5:20 | **julie** | 114:17, 119:18, |
| 120:9, 188:14, | **jennifer** | 115:23 | 147:21, 187:17, |
| 193:2, 217:3, | 7:3, 16:4 | **july** | 193:3, 203:10, |
| 220:24 | **jersey** | 145:17, 145:25 | 212:16, 213:1 |
| **issued** | 4:11 | **june** | **kinds** |
| 64:17, 65:6, | **jet** | 3:9, 77:19, | 85:19, 95:3, |
| 65:24, 66:3, | 28:3 | 156:7, 232:14 | 185:16, 204:10 |
| 145:25, 146:3, | **jim** | **junior** | **kingdom** |
| 147:16 | 11:8, 121:20, | 32:8 | 226:21 |
| **issues** | 162:6 | **justice** | **knew** |
| 14:24, 36:7, | **joann** | 6:12, 7:15, | 69:15 |
| 38:23, 42:18, | 226:24 | 7:17, 8:3, 11:9, | **know** |
| 43:13, 45:19, | **joanna** | 77:14, 77:21 | 13:20, 14:25, |
| 47:5, 50:18, | 226:24 | **justification** | 17:10, 18:8, |
| 61:21, 71:1, | **job** | 141:3 | 23:12, 24:15, |
| 71:14, 82:16, | 3:23, 27:8, | **justifications** | 24:25, 27:20, |
| 96:20, 102:12, | 90:25, 199:20, | 150:23 | 32:1, 34:25, |
| 177:19, 181:19, | 199:22 | **K** | 35:13, 38:15, |
| 185:17 | **john** | **karnoski** | 39:22, 52:18, |
| **issuing** | 2:15 | 1:3, 5:11, | 54:12, 57:21, |
| 50:19, 146:24 | **johnson** | 6:17, 9:24, | 61:19, 63:9, |
| **item** | 31:2, 43:3 | 11:22, 12:6, | 65:9, 68:16, |
| 93:11 | **join** | 17:2, 17:6, | 73:22, 75:22, |
| **items** | 33:16 | 69:23, 108:24, | 94:4, 94:8, |
| 53:24 | | | 94:11, 94:23, |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020    263

95:19, 103:7,
107:17, 114:15,
121:22, 123:13,
129:3, 129:24,
130:1, 148:15,
148:18, 149:3,
152:4, 166:17,
169:21, 171:8,
171:11, 171:13,
171:15, 172:3,
174:23, 178:6,
179:8, 182:24,
183:9, 187:2,
196:11, 203:12,
208:25, 224:1,
226:12
**knowing**
31:22
**knowledge**
42:4, 42:5,
62:11, 130:4,
142:19, 171:23,
196:23, 209:9,
225:1
**knowledgeable**
73:14, 182:1
**known**
58:5, 72:21,
150:18, 181:17
**knows**
106:10, 168:13
**knox**
34:9, 36:2,
36:7, 36:11
**korban**
5:5
**kurdistan**
28:4, 28:5

---

**L**

**l**
219:11
**lab**
220:3, 220:7,
223:8
**label**
109:4
**laboratories**
221:17

**laboratory**
114:9, 202:19,
203:4, 218:20,
221:15, 223:3,
223:7
**lack**
78:23, 83:3,
228:8
**lackland**
26:20, 27:6,
43:25
**lambda**
5:13
**landstuhl**
209:14
**lara**
6:11
**large**
30:11, 33:8,
35:12, 149:19,
153:25, 177:12
**largely**
33:11, 34:24,
37:14, 88:14,
93:18, 205:22
**largest**
26:19, 51:10,
51:11, 89:19,
131:25, 211:2,
221:10
**last**
14:17, 20:14,
20:15, 25:11,
28:20, 40:1,
40:8, 43:4,
43:8, 43:10,
54:20, 66:3,
78:11, 93:24,
109:6, 114:10,
124:8, 124:24,
138:15, 138:16,
139:15, 139:18,
143:17, 144:1,
145:21, 147:11,
158:8, 162:21,
171:4, 207:21,
214:5, 229:20
**later**
25:14, 50:18,

64:4, 72:19,
87:12, 127:20,
166:18, 228:2,
229:3
**latham**
4:16, 5:6
**latter**
210:13, 229:9
**law**
6:14
**lawsuit**
12:2, 67:9,
67:11, 145:7
**lawsuits**
58:20
**lead**
122:18, 178:7,
217:21, 218:9
**leading**
168:17
**lean**
205:12
**learning**
170:14, 170:18
**least**
63:5, 86:13,
106:19, 129:22,
134:1, 134:22,
136:19, 141:19,
144:4, 147:25,
183:12, 189:5
**leave**
11:19, 67:20,
206:9
**lecture**
31:15, 31:18,
32:1
**lee**
116:24
**left**
51:19, 52:3
**left-hand**
132:10, 138:15,
138:17
**lefto**
8:24
**legal**
5:13, 7:4,

8:24, 8:25,
92:11
**legitimate**
152:21, 152:25,
162:24, 163:3
**length**
117:25
**lesbian**
7:10
**less**
124:13, 132:14,
205:25, 224:9
**let's**
13:3, 14:11,
16:19, 17:24,
20:22, 25:20,
25:22, 26:3,
27:19, 29:13,
29:17, 29:23,
30:2, 30:22,
32:17, 40:2,
42:23, 45:5,
46:6, 53:3,
54:4, 54:12,
54:18, 60:4,
60:7, 66:8,
68:7, 76:10,
77:22, 78:15,
99:6, 100:8,
104:4, 108:1,
116:13, 119:20,
119:24, 119:25,
122:5, 123:1,
123:2, 133:17,
138:8, 140:7,
152:10, 153:5,
156:15, 156:19,
162:9, 169:25,
170:9, 174:13,
174:16, 177:17,
186:5, 187:12,
191:2, 193:22,
194:3, 194:5,
194:7, 194:21,
195:25, 197:6,
197:11, 200:8,
201:9, 202:1,
202:10, 202:13,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

264

206:10, 210:3,
215:18, 225:14
**letter**
18:2, 84:16,
169:2, 218:4,
218:6, 218:14,
218:19
**letters**
79:10, 79:17,
80:18, 97:23
**level**
31:24, 40:17,
47:8, 47:9,
71:22, 78:22,
83:1, 115:1,
115:5, 118:17,
118:18, 168:2,
176:8, 198:12,
212:21
**levels**
46:22, 72:24,
80:25, 129:4,
164:19, 220:3,
220:8
**levi**
7:3
**life**
43:16, 53:17,
74:25, 81:11,
81:14, 81:20,
81:25, 82:14,
83:5, 103:10,
103:17, 114:20,
115:2, 118:11,
118:21, 132:23,
137:15, 188:5,
228:4
**likelihood**
109:24
**likely**
75:6, 75:25,
88:17, 136:25,
190:12, 199:23,
205:22, 222:23
**likewise**
91:16, 105:4,
168:9
**limitation**
179:14, 217:11

**limitations**
125:5, 164:11,
164:15, 180:7,
201:12
**limited**
37:14, 86:20,
99:25, 178:19,
179:15, 184:12,
210:15, 211:5,
211:9, 212:24
**line**
85:2, 132:10,
153:18, 156:8,
162:7, 162:22
**lines**
91:15
**linked**
111:16
**list**
9:13, 16:10,
32:6, 44:2,
44:12, 50:9,
50:11, 53:21,
54:2, 61:4,
64:13, 64:19,
64:24, 65:2,
65:5, 65:12,
65:13, 65:16,
66:12, 66:15,
68:21, 69:5,
70:9, 80:17,
93:14, 93:21,
95:8, 195:1,
195:2, 196:24,
197:17, 202:7,
209:8
**listed**
28:15, 35:19,
35:23, 44:25,
53:23, 54:2,
56:23, 57:9,
63:2, 65:19,
69:5, 73:5,
73:15, 73:16,
74:18, 75:1,
75:10, 80:18,
89:15, 141:20,
224:2

**listing**
39:23, 67:25,
76:4
**lists**
40:10, 41:2,
52:22, 52:25,
133:21, 197:13,
197:14
**literally**
27:16
**literature**
65:9, 65:11,
65:15, 80:18,
105:19, 107:18,
139:3, 186:20
**litigants**
148:8
**litigation**
23:11, 77:19,
116:21, 145:25,
146:3, 146:14,
146:25, 147:11,
150:14
**little**
21:15, 25:22,
30:20, 31:22,
33:23, 36:23,
50:18, 55:7,
121:22, 145:13,
184:21, 202:11,
204:23, 210:6,
224:9, 224:10,
227:17
**live**
96:12, 96:17,
98:13, 98:19,
101:7, 121:13,
132:6, 132:23,
133:4, 190:10,
190:19, 192:2,
225:21
**liver**
205:24
**lives**
92:7, 168:18,
176:4
**living**
151:9, 176:4,

187:6
**llc**
214:19
**llp**
4:9, 4:16, 5:6,
5:21, 6:4
**locate**
191:12
**location**
35:12, 52:24,
209:18
**locations**
35:16, 53:2
**logically**
209:12
**logistically**
209:10
**logistics**
52:4
**lomb**
26:6
**long**
8:23, 20:5,
25:21, 93:23,
94:18, 95:8,
100:4, 110:17,
114:14, 114:16,
200:3, 204:1,
216:16, 223:12
**long-acting**
204:1
**long-term**
10:10, 178:2
**longer**
52:15, 79:16,
82:6, 82:10,
85:8, 113:18,
198:17, 204:2,
228:1
**longhand**
169:5
**longitudinally**
110:16, 110:17
**longstanding**
90:7
**look**
18:7, 19:21,
44:4, 53:25,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                              265

83:22, 84:7,
86:8, 86:10,
96:19, 109:5,
140:11, 140:19,
150:9, 151:11,
154:8, 156:15,
170:15, 171:2,
181:1, 187:3,
200:8, 214:8,
214:9, 214:10,
214:11, 214:16,
214:22, 216:14,
224:4, 226:9,
226:15, 227:1
**looked**
208:20
**looking**
20:6, 21:13,
23:15, 43:24,
61:3, 104:19,
138:14, 150:11,
162:20, 170:11,
172:11, 180:5,
202:12, 225:19
**looks**
157:11, 210:22
**los**
4:18, 5:8,
226:23
**loses**
208:24
**lost**
53:14, 209:3,
209:24
**lot**
27:12, 61:10,
68:16, 79:16,
81:18, 139:2,
179:2, 179:3,
190:16, 224:12
**louis**
226:15
**lowenstein**
4:9, 4:10,
12:15
**lower**
114:20
**lowercase**
79:6

**luke**
6:21
**lunch**
14:7, 92:23,
113:6

**M**

**made**
65:12, 69:17,
69:20, 92:5,
102:6, 102:10,
118:8, 118:15,
126:1, 127:14,
184:6, 199:15,
212:3, 215:12,
220:22
**magical**
203:1
**main**
124:8
**mainstream**
76:5, 76:14
**maintain**
82:13, 114:25
**maintains**
207:25
**maintenance**
114:7
**major**
46:8, 46:11,
46:21, 47:7,
47:17, 47:23,
48:2, 48:10,
121:14
**majority**
43:15, 43:17,
44:6, 44:18,
47:20, 47:21,
98:7, 102:23,
127:6, 137:19,
163:21, 164:2,
205:16, 205:18,
207:16, 207:19,
217:2
**make**
12:6, 12:22,
13:10, 13:25,
18:11, 21:16,

25:6, 79:12,
82:18, 102:16,
111:7, 121:19,
138:5, 148:21,
169:3, 172:16,
178:23, 192:21
**makers**
51:3
**makes**
48:25, 49:25,
61:3, 87:1,
92:22, 138:7,
148:19, 201:16,
205:24
**making**
69:18, 97:8,
117:7, 137:18,
165:23, 166:13,
169:1, 196:20,
216:11
**male**
72:5, 99:1,
99:6, 128:18,
220:3
**males**
114:19, 203:18
**man**
87:16, 87:17
**manage**
166:20
**management**
90:7
**mandatory**
95:23
**manliness**
85:9
**manner**
119:10, 167:17
**manual**
77:25, 108:12
**manuals**
78:21
**many**
16:11, 24:15,
25:5, 32:10,
33:3, 35:13,
42:5, 46:9,
50:23, 51:13,

51:14, 65:4,
71:8, 73:11,
74:22, 82:5,
92:1, 99:23,
100:2, 118:16,
119:20, 139:13,
140:12, 148:12,
163:6, 168:10,
176:11, 176:12,
176:13, 193:10,
193:17, 197:20,
213:25, 214:3,
222:4, 223:4,
223:9
**mar**
200:16
**march**
22:2, 22:12,
67:5, 67:6,
93:13, 153:14
**marine**
30:14, 30:23
**marines**
31:6
**mark**
1:14, 2:20,
3:4, 18:15,
18:25, 104:24
**marked**
18:17, 21:1,
22:22, 24:4,
29:18, 55:10,
55:12, 64:8,
76:24, 77:4,
84:10, 84:14,
108:2, 108:4,
115:16, 115:20,
122:9, 133:14,
133:18, 143:7,
143:11, 145:1,
146:8, 153:9,
156:2, 157:1,
157:4, 158:21,
177:23, 194:9,
196:24, 200:11,
219:7
**marker**
157:19, 158:2,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

266

| | | | |
|---|---|---|---|
| 158:3, 158:12, 158:25, 160:22 | maya 4:8 | 228:14 | meeting 30:15, 32:17, |
| markers 161:19 | maybe 12:20, 44:13, | meant 35:2, 79:14 | 32:19, 32:22, 33:2, 33:3, |
| market 7:11 | 81:4, 84:5, 104:22, 127:1, | mebs 49:9 | 33:16, 36:1, 63:21, 135:4, |
| marking 18:22, 21:5, | 177:17 | mechanisms 199:6 | 225:8 |
| 23:1, 64:11, | md 18:24, 77:7, | med 27:14 | meetings 60:25, 61:13, |
| 108:10, 122:13 | 115:22, 143:12, | medevac 52:15 | 61:14, 61:18 |
| marouf 5:4 | 145:6, 146:12 | medically 51:14, 51:25, | meg 4:7 |
| maryland 2:2, 4:3, | mean 16:11, 36:10, | 52:10, 101:5, | member 58:19, 59:5, |
| 11:25, 145:8, 232:22 | 42:21, 44:12, 45:3, 49:16, | 116:21, 158:18, 158:24, 159:6, | 158:3, 158:10, 158:22, 159:1, |
| masculinity 86:12 | 49:18, 59:3, 59:20, 65:13, | 159:11, 159:16, 160:6, 161:10, | 159:5, 159:9, 206:20, 208:23, |
| masculinity-domi- nated | 71:20, 74:3, 86:11, 90:15, | 161:11, 161:17, 161:23, 164:14, | 209:2, 209:25, 221:1, 221:5 |
| 125:19, 127:21, 128:4 | 97:21, 102:4, 104:15, 112:7, | 180:17, 201:21, 226:6 | member's 71:11, 157:19, |
| masculinization 139:22 | 123:20, 131:1, 131:5, 131:8, | medication 114:12, 166:17, | 158:1, 158:2, 158:12, 158:25 |
| masculinizing 134:9, 138:21 | 160:11, 160:18, 162:4, 163:2, | 166:19, 166:21, 206:21, 207:24, | members 30:11, 30:13, |
| massachusetts 7:6, 70:8 | 163:5, 164:7, 165:24, 168:3, | 208:24, 209:1, 209:3, 209:4, | 45:18, 45:22, 46:6, 46:7, |
| mastectomy 85:11 | 168:19, 169:9, 169:15, 174:11, | 209:17, 209:24 | 51:7, 53:12, 61:7, 61:12, |
| materials 15:22, 16:11, | 175:14, 185:24, 189:20, 197:5, | medications 14:12, 40:10, | 62:24, 120:12, 120:16, 120:17, |
| 24:19, 25:12, 25:15 | 203:12, 204:1, 222:16, 224:6, | 40:21, 41:2, 41:5, 133:2, | 120:21, 131:19, 151:4, 152:18, |
| matter 40:22, 48:7, | 228:16 | 202:24, 203:24, 206:4, 206:5, | 154:11, 156:10, 157:6, 157:16, |
| 96:4, 106:6, 173:17 | meaning 101:5, 123:13, | 206:24, 207:18, 208:2, 209:7, | 157:16, 177:15, 194:18, 200:5, |
| matters 229:20 | 124:1, 198:12, 222:24 | 209:13 | 204:14, 204:17, 204:19, 206:16, |
| mattis 59:2, 59:6, | meaningful 79:19, 79:20, | medicine 67:12, 112:12, | 206:22, 207:7, 207:13, 207:15, |
| 59:12, 59:22, 60:2, 147:4, | 83:7 | 193:9, 221:19, 224:13 | 207:17, 207:20, 208:2, 208:7, |
| 149:9, 150:6, 151:2, 151:21, | means 76:9, 82:9, | meet 54:13, 68:18, | 208:9, 210:15, 211:13, 211:17, |
| 154:3, 154:4 | 94:5, 96:16, 104:17, 107:6, | 78:24, 135:7, 135:20, 136:4, | 212:13, 213:19, 215:5, 218:1, |
| maximum 139:21 | 133:1, 133:8, 149:12, 160:9, | 136:16, 141:5, 158:4, 163:24 | |
| | 168:5, 220:23, | | |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

267

219:13, 219:24,
220:12
**membership**
125:19, 127:21,
128:4
**memo**
10:5, 10:7
**memorandum**
153:13, 153:18,
153:19, 154:6,
156:6, 156:8
**memory**
16:14, 50:14,
226:11
**memos**
211:21
**men**
85:5, 85:8,
115:4, 120:15,
220:1, 222:1
**mental**
41:22, 42:18,
43:13, 43:21,
45:2, 45:7,
45:18, 45:22,
53:11, 63:25,
73:19, 74:16,
74:18, 74:20,
75:2, 75:3,
75:9, 75:10,
75:18, 75:23,
76:11, 77:25,
78:3, 81:5,
83:12, 89:1,
89:25, 90:16,
95:22, 97:1,
103:11, 108:12,
112:19, 112:23,
125:22, 128:6,
130:7, 130:15,
130:22, 131:22,
141:17, 141:23,
163:6, 164:21,
165:10, 175:7,
175:19, 176:12,
177:3, 182:3,
182:17, 184:11,
190:12, 191:16,

191:19, 197:14,
198:1, 206:24,
212:25
**mention**
25:3
**mentioned**
16:20, 34:15,
77:20, 170:18,
176:1, 187:20,
204:14
**mepscom**
34:8, 35:6
**merely**
169:3
**merits**
91:5
**met**
60:1, 167:17
**metal**
130:14
**method**
205:3, 205:13
**methodologies**
101:10, 101:20
**methods**
98:4, 123:3,
178:25, 203:10,
203:12, 203:16,
204:5, 205:25
**michael**
143:5
**middle**
77:8, 134:7,
184:16, 195:17,
217:19
**midway**
165:14, 210:6,
210:7
**might**
24:17, 67:1,
71:3, 92:5,
95:6, 97:6,
129:4, 152:2,
180:4, 184:15,
185:5
**mild**
46:24
**mile**
209:22

**military**
9:18, 16:22,
26:15, 26:23,
27:10, 27:11,
28:12, 28:25,
29:6, 29:10,
30:12, 30:16,
31:5, 34:8,
34:13, 36:19,
43:23, 44:5,
45:2, 45:8,
45:11, 45:14,
45:15, 47:13,
47:18, 50:21,
53:17, 55:2,
55:20, 55:24,
56:6, 56:15,
57:6, 57:7,
57:12, 57:23,
69:3, 69:8,
69:24, 70:2,
70:12, 70:13,
71:14, 84:18,
88:17, 92:3,
110:19, 113:2,
114:1, 117:25,
118:3, 118:8,
119:12, 121:17,
125:20, 127:22,
128:5, 150:17,
150:24, 151:14,
151:21, 152:3,
152:6, 153:19,
154:11, 154:15,
154:17, 154:19,
154:24, 156:9,
157:25, 158:6,
158:10, 158:16,
158:23, 159:9,
159:15, 160:5,
161:18, 163:19,
164:4, 169:23,
170:8, 171:24,
172:12, 174:6,
174:18, 174:22,
177:1, 182:6,
190:5, 193:7,
193:9, 199:6,

207:25, 208:5,
208:8, 208:25,
209:10
**military's**
150:19, 208:11,
208:14
**military-specific**
27:5
**mind**
16:14, 50:8,
121:22, 121:23,
213:6
**mine**
178:8
**minimal**
200:24, 201:4
**minority**
98:12, 98:17,
106:25, 109:25,
125:20, 127:22,
128:5
**minter**
7:9
**minute**
150:9
**minutes**
13:24, 54:9,
60:25, 61:3,
61:17, 61:24,
122:1, 225:8,
226:25
**mischaracterizes**
127:24, 128:13,
130:25, 216:8
**misidentified**
213:14
**misinterpretatio-
ns**
180:12
**misinterpreted**
178:22
**mismatch**
72:17, 73:2
**missed**
182:20, 182:21
**missing**
71:3
**misstatements**
178:23, 180:13

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

268

| | | | |
|---|---|---|---|
| **mistreatment** | 203:2, 203:3, | 23:18, 24:11, | 190:20, 192:13, |
| 154:21 | 204:2, 213:20, | 24:20, 46:22, | 198:16, 204:4, |
| **misunderstanding** | 213:21, 215:7, | 47:10, 47:22, | 220:15 |
| 80:14, 180:25 | 215:8, 216:4, | 49:10, 54:10, | **multiple** |
| **misused** | 220:2, 220:6, | 82:14, 90:9, | 51:11 |
| 178:22 | 222:1, 222:4, | 117:20, 119:7, | **must** |
| **mod** | 222:25, 223:4, | 138:20, 143:23, | 85:10, 154:12, |
| 10:13, 16:9, | 223:10, 223:12, | 144:9, 146:2, | 195:6, 195:19, |
| 200:16, 200:20, | 223:15, 223:16, | 147:15, 147:19, | 210:10 |
| 200:25, 201:7, | 227:16 | 148:13, 148:20, | **myself** |
| 201:13, 201:19, | **mood** | 152:16, 164:23, | 40:25, 42:7, |
| 202:12 | 111:3, 117:4 | 190:7, 199:17, | 49:12, 86:18, |
| **mode** | **morbidities** | 205:10, 223:13 | 224:22, 224:23 |
| 114:6 | 184:11 | **mostly** | |
| **moderate** | **morbidity** | 88:20, 204:22 | **N** |
| 125:13, 127:11 | 185:4, 185:10, | **move** | |
| **modern** | 185:13, 186:1, | 60:7, 102:14, | **name** |
| 52:15, 105:11 | 189:5 | 102:15, 102:20, | 11:8, 11:11, |
| **modifier** | **more** | 103:10, 121:12, | 33:20, 86:16, |
| 113:23, 114:3 | 17:7, 19:5, | 124:21, 133:10, | 92:12, 178:7, |
| **modifiers** | 24:12, 24:15, | 138:12, 140:7, | 178:8, 226:24 |
| 126:17 | 24:16, 27:19, | 153:5, 177:18, | **named** |
| **moment** | 39:1, 41:10, | 177:20, 187:13, | 217:8 |
| 16:16, 36:22, | 41:17, 56:19, | 194:5, 194:7, | **names** |
| 170:10, 191:13, | 67:1, 68:12, | 194:21, 199:25, | 68:14, 226:10 |
| 210:2, 217:15 | 75:6, 79:16, | 202:1, 202:10, | **nancy** |
| **monitor** | 83:6, 87:1, | 202:13 | 144:23 |
| 220:8 | 88:16, 88:17, | **moved** | **natalie** |
| **monitored** | 92:14, 95:13, | 47:13 | 6:3 |
| 223:3, 223:6 | 96:7, 97:9, | **moving** | **national** |
| **monitoring** | 98:15, 98:24, | 73:22, 104:11, | 7:10, 34:7, |
| 202:19, 202:20, | 98:25, 99:4, | 106:12, 124:6, | 34:13, 37:1, |
| 203:4, 219:25, | 138:6, 145:13, | 143:17, 228:14 | 37:6, 37:19, |
| 221:25, 222:3, | 165:6, 166:5, | **mswg** | 39:7, 40:9, |
| 223:16 | 187:17, 188:13, | 58:6 | 40:14, 40:16, |
| **month** | 190:11, 190:22, | **mt** | 41:1, 45:25, |
| 32:24, 165:5, | 199:23, 201:7, | 52:1 | 123:4 |
| 173:12, 203:3, | 214:14, 214:24, | **mtf** | **nationalized** |
| 214:14, 218:22, | 225:11, 225:13, | 36:12, 36:16 | 40:23 |
| 220:1, 220:5, | 227:21 | **mtp** | **naval** |
| 223:20, 224:12 | **mortality** | 92:4 | 32:15 |
| **months** | 180:18, 181:7, | **much** | **navy** |
| 94:23, 138:6, | 181:9, 181:11, | 12:19, 20:3, | 211:2, 211:13, |
| 171:4, 171:9, | 181:19, 185:4, | 56:19, 73:25, | 212:8, 212:16, |
| 171:12, 171:13, | 185:11, 185:14, | 75:19, 91:23, | 213:20, 215:7 |
| 172:4, 173:22, | 186:1, 189:4 | 92:2, 102:22, | **ne** |
| 173:23, 175:1, | **most** | 109:24, 169:1, | 5:15 |
| 202:22, 202:23, | 21:22, 22:10, | 188:13, 190:11, | **near** |
| | | | 116:17 |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

269

necessarily
17:10, 109:21,
118:12, 133:6,
160:25, 180:17,
186:10
necessary
92:6, 101:5,
103:7, 103:21,
116:21, 158:18,
158:24, 159:6,
159:11, 159:16,
160:6, 161:10,
161:11, 161:17,
161:23, 220:16,
222:3
necessitated
104:9
need
12:24, 13:19,
14:6, 18:6,
28:10, 34:25,
41:5, 82:12,
83:24, 98:21,
99:19, 99:24,
100:2, 100:15,
100:17, 101:1,
101:2, 101:4,
105:8, 105:14,
114:17, 115:1,
115:3, 115:5,
133:6, 139:19,
139:25, 179:10,
180:19, 182:17,
200:6, 208:9,
208:25, 218:18
needed
106:23
needing
100:25
needs
94:22, 99:14,
221:7, 224:8
negative
83:11, 117:1,
118:25, 119:19,
121:5, 182:25
neglected
93:18

neither
232:9
nervousness
91:10, 91:12
netherlands
226:14, 226:19
never
67:13, 69:1,
71:12, 71:15,
85:23, 175:8,
175:21, 198:25,
225:22
nevertheless
113:20
new
4:11, 26:5,
153:5, 162:7,
172:21, 175:13,
228:2, 228:19
next
1:19, 2:23,
20:22, 75:25,
108:17, 124:22,
139:6, 140:14,
197:12, 213:11
nicolas
2:13
night
25:11, 111:3,
229:21
nightingales
52:14
nightmare
90:23
nine
73:22, 202:23,
203:3, 215:15
nobody
151:18, 168:13
nods
12:25
nomenclature
81:7
non
85:4
non-clinicians
33:12
non-deployability
61:22, 210:10,

213:14, 216:2
non-deployable
47:4, 47:11,
48:4, 48:12,
195:4, 213:20,
215:6, 222:12,
222:19
non-deployment
210:20, 215:21
non-evidence
210:12, 210:21,
215:22
non-ideological
78:5
non-injectable
204:21
non-prison
118:2
non-specific
160:18
non-transgender
85:19
nonclinical
38:20
noncomprehensive
125:7
nonconforming
133:20
none
86:3, 216:24
nonetheless
46:25, 76:1,
82:12, 101:21,
114:10, 141:24,
155:12, 168:12,
184:12, 204:17,
204:24, 223:2
nonmedical
50:2
nonpsychiatric
74:2, 74:4
noon
14:4, 14:7
normal
220:3, 220:7
normally
15:6
north
9:15, 77:8,

77:9
northern
115:23
northwest
5:23, 7:19, 8:5
norway
74:7
notarial
232:13
notary
4:2, 232:21
note
85:1, 85:3,
139:14, 184:23
noted
93:10, 125:6
notes
227:1
nothing
11:4, 31:22,
44:19, 79:14,
79:18, 87:24,
109:20, 110:6,
139:15, 180:22,
184:10, 203:1,
212:11, 222:16,
229:13, 229:14
nuance
81:5
nuanced
81:4, 155:21
null
151:12
number
25:2, 61:14,
65:1, 65:24,
77:5, 84:15,
84:18, 91:25,
104:21, 110:13,
120:14, 122:17,
129:11, 129:12,
133:21, 178:5,
186:19, 194:15,
211:3, 224:1
numbered
212:6
numbers
43:16, 218:21

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

270

numerous
23:12, 214:23

O

oath
11:15, 11:18,
69:17, 69:19
object
31:17, 126:2
objections
36:18
objective
72:8
objectively
73:19
objects
13:13
obligated
11:16, 69:19
observation
121:5, 134:18
obtain
190:14, 209:13,
212:20
obviously
52:9, 198:14
occasion
28:6, 68:13
occasions
50:23, 61:8,
178:14
occupational
72:25, 167:24
occur
23:13, 35:9,
35:18, 106:6,
119:6, 192:20,
224:24
occurred
160:13
occurring
119:7, 210:13
occurs
196:9
oconus
33:7
october
20:19, 32:24,

64:18, 65:7,
122:24, 147:13,
147:14, 148:1,
157:7, 216:25
odd
15:8
offered
68:15, 69:12,
69:22, 69:24,
70:11
offering
69:13, 140:9,
140:17, 140:18,
140:22, 140:23,
151:19, 173:24
office
5:14, 6:20,
27:25, 37:21,
40:17, 41:14,
41:15, 94:3,
153:13
officer
51:4, 232:2
officers
32:9, 33:4,
35:6
official
1:14, 2:7,
33:19
officially
39:15
officials
11:25
often
45:23, 117:1,
127:3, 227:13,
228:19, 229:1
oh
71:5, 166:19
ohio
26:16
older
176:14, 217:24
once
48:11, 90:23,
92:5, 106:7,
115:4, 138:13,
156:18, 199:24

one's
72:4, 78:19
one-zero
156:24
ones
12:21, 16:13,
31:1, 31:10,
50:8, 66:6,
68:18, 176:14,
213:6
onge
8:25
ongoing
228:18
online
123:8, 126:7,
132:13
only
13:20, 17:9,
30:25, 35:9,
38:8, 49:25,
50:4, 55:5,
61:8, 62:14,
63:4, 63:22,
66:18, 72:19,
74:14, 98:3,
99:20, 121:9,
121:15, 121:18,
130:14, 134:17,
159:4, 160:4,
161:2, 161:8,
161:19, 167:22,
178:13, 181:5,
184:23, 193:17,
197:4, 214:12
onset
141:9, 222:24,
226:4
open
216:17
openly
152:20, 216:22
opine
48:1, 171:15
opinion
49:18, 56:15,
57:16, 58:1,
63:6, 63:7,

63:11, 63:13,
63:16, 66:1,
66:5, 136:4,
139:7, 140:17,
141:6, 141:10,
141:20, 142:20,
147:25, 148:1,
150:16, 151:19,
152:2, 152:9,
161:13, 164:1,
164:6, 169:13,
171:22, 173:25,
174:4, 174:15,
174:19, 175:5,
175:12, 175:13,
175:16, 186:4,
195:24, 198:6,
207:1, 208:4,
223:18, 227:12,
228:25
opinions
62:1, 63:14,
66:2, 68:25,
69:9, 69:24,
70:11, 74:8,
97:24, 140:9,
140:15, 140:22,
140:23, 141:19,
142:1, 142:4,
142:8, 142:14,
142:22, 147:20,
148:8, 148:23,
149:6, 151:17,
152:12, 217:14
opportunity
25:12
opposed
42:18
opposes
85:10
ops
52:1
oral
203:24, 204:24,
205:22, 205:24
order
85:12, 145:13
organization's
74:6

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

271

original
63:14
oslow
74:7
other
13:5, 14:22,
16:18, 17:2,
18:7, 22:9,
23:19, 24:19,
27:4, 29:6,
35:10, 42:1,
42:18, 43:13,
46:22, 62:9,
62:10, 62:13,
62:17, 66:2,
70:19, 71:3,
72:5, 72:25,
73:16, 75:8,
75:9, 76:11,
78:4, 78:24,
79:14, 80:18,
82:16, 83:4,
87:17, 95:20,
96:14, 97:1,
98:4, 98:16,
103:11, 103:13,
105:4, 106:16,
109:19, 118:7,
120:16, 126:17,
126:19, 127:2,
133:8, 142:1,
142:4, 142:22,
152:8, 163:6,
163:9, 164:21,
165:10, 166:25,
167:24, 168:4,
170:15, 173:3,
177:9, 180:15,
180:19, 182:3,
185:2, 187:5,
190:12, 195:25,
196:19, 199:5,
204:24, 205:25,
206:23, 206:24,
209:7, 211:11,
211:19, 212:23,
213:5, 223:18
others
21:18, 53:13,

71:23, 88:10,
89:5, 97:8,
100:17, 134:22,
141:16, 164:24,
214:4, 226:16
otherwise
13:23, 18:7,
58:5, 76:15,
79:18, 86:2,
97:1, 114:1,
141:4, 148:18,
152:23, 163:11,
232:11
out
20:2, 21:14,
28:19, 30:25,
31:9, 35:12,
36:18, 43:20,
44:2, 52:25,
63:16, 67:20,
78:11, 78:16,
86:23, 91:24,
96:24, 102:12,
103:20, 103:23,
103:24, 118:8,
128:17, 132:25,
136:25, 139:5,
145:12, 149:24,
156:16, 166:19,
169:1, 178:15,
178:20, 179:14,
180:9, 180:17,
181:6, 183:10,
186:7, 187:1,
187:11, 191:19,
191:24, 199:7,
208:8, 209:3,
209:10, 210:9,
221:7, 224:22,
224:23
outcome
130:19, 232:11
outcomes
125:22, 128:7,
130:7, 130:14,
130:15, 130:22,
131:7, 131:22,
138:10, 180:18,

182:25, 183:13,
214:15
outdated
22:8
outlier
223:17
outliers
75:19, 223:25
outside
69:22, 70:10,
72:9, 73:16,
87:13, 120:16,
142:12, 142:13
over
35:14, 43:24,
51:16, 64:22,
67:13, 73:11,
98:22, 99:14,
102:25, 104:7,
110:15, 110:18,
113:6, 121:21,
127:6, 189:22,
224:10, 224:18,
227:1
overarching
126:22, 140:15,
140:23, 141:19,
148:23
overlap
149:4
overriding
50:6, 53:21
overseas
35:15
oversee
42:11
overseeing
45:1, 45:3
overtaken
139:8
overview
31:21
overwhelming
207:19
oveyssi
6:3
own
71:7, 135:7,

171:22, 182:22,
216:12

P

pack
181:10
package
37:9, 37:17,
39:16
packed
28:2
pages
3:24, 21:15,
144:4, 144:8,
145:14, 210:24
palo
6:6, 6:7
panacea
182:2
panaceas
187:20, 188:4,
188:21
panel
58:19, 59:6,
59:11, 60:1,
60:12, 60:13,
60:16, 61:4,
62:6, 62:7,
62:11, 62:19,
62:24, 63:3,
63:17, 63:21,
141:21, 149:8,
211:20, 211:24,
214:2, 214:20,
217:1, 222:8,
225:7
panoply
44:24, 101:15,
101:19
paper
15:23, 44:2,
89:17, 123:10,
127:8, 129:21,
131:9, 189:9
papers
129:22
paragraph
30:6, 30:8,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

272

33:23, 34:6,
40:2, 40:8,
53:9, 55:16,
56:5, 56:20,
56:24, 60:9,
60:19, 77:23,
78:15, 78:16,
79:7, 100:12,
116:18, 124:8,
127:20, 138:16,
139:18, 150:12,
152:10, 153:2,
157:24, 158:9,
158:15, 158:20,
162:20, 162:21,
165:13, 165:14,
168:14, 169:11,
170:20, 184:18,
184:22, 187:22,
187:24, 195:15,
195:18, 196:23,
197:8, 202:2,
202:3, 202:7,
206:4, 206:13,
206:14, 207:21,
207:22, 207:23,
210:5, 210:7,
213:12, 215:19,
216:1, 217:17,
217:19, 225:19,
225:20
**paragraphs**
152:11, 195:11
**paraphrase**
56:7, 141:18
**paraphrased**
148:24
**paraphrasing**
53:23
**parking**
67:18, 67:19
**parse**
187:10
**parsed**
180:9
**part**
18:7, 24:6,
37:16, 39:17,

44:14, 55:5,
56:18, 57:1,
62:14, 63:2,
77:12, 103:16,
110:22, 111:1,
125:5, 153:25,
176:23, 182:11,
182:21, 190:7,
196:10, 205:10,
209:14, 227:10
**participants**
32:6, 33:5
**participate**
71:7
**particular**
23:14, 44:9,
88:15, 99:17,
112:15, 128:18,
172:10, 186:6,
189:17, 208:17
**particularly**
13:3, 47:24,
76:3, 88:3,
113:24, 176:13
**parties**
232:10
**partly**
106:7, 190:13
**parts**
92:15, 170:15
**pass**
205:23
**passed**
198:17
**passport**
92:13
**past**
52:14, 88:15,
156:12, 172:16,
190:5
**pasting**
216:20
**pat**
83:18
**patches**
203:23
**patient**
87:14, 95:14,

96:24, 97:3,
99:14, 99:17,
102:6, 110:5,
112:12, 136:4,
166:15, 177:11,
182:4, 205:7,
205:9
**patients**
27:17, 42:14,
42:25, 43:5,
43:9, 43:12,
43:15, 43:21,
44:24, 47:14,
47:21, 47:22,
51:14, 82:5,
88:24, 89:25,
90:4, 90:9,
98:8, 98:11,
99:21, 99:23,
100:15, 102:14,
102:19, 102:23,
103:10, 104:6,
106:20, 106:24,
109:16, 118:13,
127:5, 135:3,
135:11, 138:23,
168:10, 179:2,
186:23, 191:18,
192:3, 229:10
**pattern**
138:2
**paul**
153:6
**pav**
214:4, 214:18
**pav's**
214:5
**pay**
186:21
**peachtree**
5:15
**pebs**
49:9
**ped**
27:14
**pediatrician**
226:24
**peer-reviewed**
78:6

**pending**
70:8, 94:1,
130:11, 146:14,
195:4
**percent**
211:7, 211:8,
218:15, 218:17,
218:18, 222:22
**percentage**
107:12
**perfectly**
151:9, 168:12
**perform**
53:15
**performance**
47:3, 63:19,
141:23, 217:6,
217:13, 217:14
**perhaps**
21:14, 190:23,
191:5
**period**
28:18, 33:14,
86:13, 98:22,
103:5, 103:6,
104:18, 105:13,
106:21, 107:22,
117:18, 127:6,
141:25, 164:9,
165:1, 165:5,
171:9, 171:16,
171:24, 172:3,
172:5, 172:9,
173:5, 173:13,
173:15, 173:19,
202:16, 213:14,
217:12
**periods**
97:12, 216:16
**permanently**
47:12
**permit**
171:1
**permitted**
155:16, 159:13,
163:18
**persist**
109:9, 110:8,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                273

188:1, 189:15
**persistence**
137:15, 137:16,
138:6
**persistent**
134:12, 134:18,
134:25, 137:3,
138:2
**person**
15:12, 47:11,
48:10, 48:12,
52:10, 72:4,
82:19, 82:22,
82:25, 83:9,
87:2, 87:15,
91:1, 94:22,
95:5, 95:17,
96:1, 96:12,
96:14, 96:16,
99:7, 101:18,
101:21, 101:23,
103:4, 104:12,
105:1, 105:6,
105:15, 105:24,
111:9, 112:16,
113:14, 113:18,
114:5, 114:14,
118:23, 118:25,
121:7, 135:6,
137:20, 137:23,
154:13, 155:5,
160:13, 161:8,
161:22, 163:14,
163:17, 167:13,
167:15, 167:17,
167:25, 168:18,
168:19, 169:7,
169:9, 169:13,
169:15, 173:1,
173:15, 174:15,
174:19, 174:21,
176:25, 177:4,
182:10, 183:3,
186:6, 186:16,
187:2, 188:5,
189:6, 196:2,
196:25, 201:21,
202:16, 209:18,

223:3, 225:8,
225:21
**person's**
48:2, 48:14,
48:18, 81:14,
83:4, 97:11,
100:20, 111:18,
113:14, 187:5
**personal**
42:5, 43:25
**personally**
41:12, 42:10,
50:25, 51:1,
82:6, 130:1,
178:13
**personnel**
32:15, 61:5,
158:6, 209:4,
209:5, 221:13
**persons**
42:3, 47:17,
51:22, 58:14,
70:17, 79:21,
84:19, 95:25,
98:18, 107:13,
117:1, 129:25,
131:23, 153:20,
161:10, 164:2,
164:16, 165:2,
165:24, 171:6,
171:25, 175:7,
175:8, 175:20,
178:3, 184:24,
191:16, 216:3,
218:12, 223:19
**perspective**
15:21
**perspectives**
78:7, 78:13
**pertains**
228:7
**pharmacist**
40:25
**phonetic**
214:4
**phrase**
13:6
**physical**
53:11, 82:13,

120:9, 120:13,
139:21, 158:5,
164:22
**physically**
15:3, 51:10,
88:16, 119:22,
192:18
**physician**
34:24, 201:16,
205:11
**physicians**
35:5, 96:5
**pick**
28:3
**pill**
203:13
**pioneering**
226:13, 226:19
**place**
199:1, 217:11
**placed**
18:21, 194:13,
200:14, 219:10
**places**
18:6, 35:10
**plaintiff**
67:8, 67:13
**plaintiff-interv-
enor**
3:2, 6:10, 6:17
**plaintiffs**
1:4, 1:12, 2:4,
2:18, 4:5, 4:14,
5:2, 5:11, 5:19,
6:2, 7:2, 12:10,
17:6, 17:12,
18:23, 93:4,
143:11, 145:5,
145:22, 150:13,
151:15, 227:7
**plan**
13:23, 14:7,
18:4, 92:4,
92:18, 93:3,
94:22, 96:11,
96:23, 102:7,
102:11, 104:10,
105:10, 106:3,

106:14, 110:22,
112:3, 112:5,
117:19, 118:5,
119:8, 119:25,
121:10, 121:11,
126:25, 129:12,
166:13, 166:14,
166:16, 166:23,
182:12, 186:18,
187:4, 199:25,
200:1, 211:3,
211:6, 214:13,
216:24, 217:5,
228:12, 229:3
**plane**
28:6
**planning**
14:3, 227:3
**plans**
99:13, 100:14,
102:2, 103:9,
176:6, 211:9,
220:24
**plastic**
85:10
**plausible**
125:11, 127:9
**play**
48:15, 48:19
**played**
208:10
**please**
11:11, 13:8,
13:20, 14:25,
18:8, 19:5,
19:11, 20:10,
49:13, 66:8,
130:10, 148:18,
160:1, 170:10,
220:18, 230:11
**plus**
112:6
**point**
14:8, 20:2,
34:1, 50:10,
55:16, 57:4,
57:21, 58:23,
74:25, 78:11,

81:11, 81:20,
81:25, 92:7,
94:12, 96:22,
97:10, 104:24,
106:22, 107:4,
108:20, 112:4,
118:10, 135:14,
137:8, 137:14,
137:21, 138:12,
139:17, 160:11,
161:20, 174:9,
178:20, 179:13,
182:20, 184:16,
185:9, 187:12,
190:22, 191:11,
192:23, 198:19,
199:15, 219:18,
219:20, 226:12,
229:3
**pointed**
128:17
**pointing**
85:2, 221:7
**points**
220:22
**policies**
37:24, 45:2,
45:3, 45:4,
45:7, 45:11,
45:14, 55:22,
56:25, 152:19
**policy**
10:15, 29:11,
30:10, 31:8,
33:6, 33:11,
34:21, 34:22,
36:5, 36:8,
37:24, 38:3,
38:6, 38:17,
39:19, 39:20,
55:17, 55:23,
57:7, 57:23,
58:14, 58:20,
58:21, 58:22,
58:24, 59:2,
59:6, 59:7,
59:12, 59:22,
149:9, 149:16,

150:1, 150:6,
150:19, 151:2,
151:7, 151:13,
151:20, 151:21,
154:3, 154:4,
154:9, 154:22,
154:23, 155:13,
155:17, 157:25,
159:3, 159:13,
161:3, 161:8,
161:24, 163:25,
165:4, 200:17,
201:2, 217:11
**poor**
99:22
**population**
89:4, 107:20,
110:20, 118:11,
118:22, 130:21,
131:6, 151:8,
164:21, 176:8,
181:16, 182:9,
183:1, 183:2,
184:12, 198:11,
198:20, 199:3,
199:13, 217:23,
218:1, 218:22,
220:12, 221:21
**population's**
128:23
**populations**
90:14, 127:18,
128:22, 131:4,
177:16
**portion**
34:5, 56:14,
134:1, 138:12,
138:14, 156:15,
156:17, 162:21,
196:9, 202:13,
206:2, 219:19
**portions**
18:8, 34:1,
194:21
**pose**
198:1, 198:7
**posing**
198:22

**posit**
127:19, 128:2
**position**
26:18, 39:16,
41:13, 51:5,
76:5
**positive**
131:7
**possession**
148:2
**possibilities**
223:23
**possibility**
166:7, 191:22,
191:23, 216:17
**possible**
23:25, 65:10,
65:14, 65:16,
66:6, 80:7,
83:14, 84:2,
95:9, 99:13,
101:15, 103:18,
104:2, 105:23,
112:11, 112:13,
113:12, 113:19,
142:7, 142:17,
176:22, 177:6,
195:2, 203:3,
208:6, 211:12,
211:15, 223:25
**possibly**
35:15, 49:21,
121:19, 196:19
**post**
82:9, 89:7,
107:5, 113:23,
114:6, 183:13,
192:6, 198:16,
228:18
**post-transition**
83:9
**post-traumatic**
88:11, 90:10,
110:20, 110:23,
111:1, 113:2,
126:5, 126:12,
126:18, 169:23,
176:20, 182:7,

182:15, 182:18
**post-treatment**
82:19, 131:18
**potential**
80:24, 88:19,
95:9, 97:4,
98:25, 117:5,
117:13, 126:8,
126:12, 126:19,
166:9, 204:3
**potentially**
48:12, 75:7,
82:14, 95:17,
97:19, 99:8,
125:10, 164:20,
186:18, 195:4,
204:4, 224:24
**powers**
7:16, 9:3,
11:7, 11:8,
14:2, 14:10,
18:1, 18:15,
18:20, 19:13,
19:20, 20:9,
20:13, 20:22,
21:4, 22:19,
25:9, 25:19,
29:17, 29:23,
30:1, 33:24,
34:4, 40:3,
40:7, 53:7,
54:5, 54:12,
54:18, 54:19,
55:10, 60:4,
64:5, 66:8,
76:21, 77:2,
83:22, 84:7,
84:13, 92:22,
93:3, 93:6,
93:9, 100:4,
108:1, 108:9,
113:4, 113:10,
115:8, 115:13,
115:19, 121:24,
122:1, 122:5,
122:12, 130:13,
133:10, 133:17,
143:4, 144:23,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                          275

146:6, 147:7,
153:5, 153:16,
155:24, 156:19,
156:24, 162:9,
162:13, 162:16,
169:25, 170:5,
177:20, 180:1,
191:2, 191:5,
191:8, 193:22,
194:3, 194:12,
200:9, 206:10,
206:12, 210:1,
219:4, 220:20,
225:14, 226:25,
227:5, 229:14,
230:4
**practice**
42:16, 43:5,
43:9, 44:15,
96:5, 120:17,
135:7, 135:10,
136:21
**practicing**
42:24, 67:12
**pre-june**
150:19
**preclude**
170:23, 197:18
**precluding**
194:25
**predecessor**
88:25
**predict**
99:21
**predictable**
207:24
**predictor**
99:22
**predisposed**
227:24
**predominant**
24:23
**predominantly**
72:15, 75:21,
131:13, 176:15,
185:24, 185:25,
189:24
**preexisting**
173:4

**prefer**
205:5, 205:8
**preference**
205:9
**preferred**
159:1, 160:15,
174:21, 205:3,
227:15
**preparation**
22:2, 22:8,
23:6, 23:17,
39:24
**prepare**
15:15, 21:25,
22:11
**prepared**
144:15
**prerequisites**
157:17
**prerogative**
49:1, 49:2,
49:15
**prescribe**
95:25, 96:6,
136:14, 137:25
**prescribed**
103:4, 134:17,
135:6, 136:3,
222:11
**prescriber**
136:21
**prescribes**
157:18
**prescribing**
135:19, 136:9
**prescription**
208:2
**presence**
126:17, 190:9,
192:25
**present**
8:23, 15:3,
22:14, 33:9,
35:6, 42:24,
43:1, 44:9,
86:18, 89:11,
126:20, 177:4,
184:11, 184:13,

199:13, 217:1,
225:9
**presentation**
35:20, 212:6,
212:19, 213:18,
215:4, 216:14
**presentations**
16:5, 22:14,
22:16, 24:24,
184:7
**presented**
16:5, 22:25,
54:25, 62:2,
77:3, 84:14,
135:3, 211:23,
211:24, 212:2,
212:24, 214:1,
225:5
**presenting**
138:4, 142:23,
212:10
**presently**
142:9
**presents**
101:18
**president**
2:7, 36:17,
150:22
**presumptions**
222:8
**pretreatment**
89:9, 89:10,
89:12, 192:6
**pretty**
75:19, 81:16,
102:22, 148:10,
204:4
**prevarication**
155:1
**preventive**
221:18, 224:13
**previous**
74:12, 124:23,
124:24, 124:25,
132:13, 187:18
**previously**
24:21, 25:16,
37:15, 45:17,

70:8, 70:15,
70:19, 72:20,
90:4, 93:11,
94:14, 105:15,
106:18, 109:20,
129:11, 139:10,
141:12, 172:22,
175:12
**primarily**
31:4, 32:12,
128:18, 207:18
**primary**
63:4, 66:5,
73:13, 131:9,
140:14, 144:20,
221:10
**prior**
15:19, 17:8,
22:7, 22:15,
29:12, 32:24,
43:18, 56:2,
56:9, 56:11,
56:20, 60:1,
78:12, 98:16,
98:19, 112:2,
112:19, 124:23,
125:15, 132:2,
135:23, 136:6,
155:21, 160:10,
172:6, 172:17,
173:16, 173:20,
179:5, 188:14,
214:6, 214:22,
216:16, 216:22,
223:14
**prison**
119:17, 120:20,
121:16
**prisoner**
117:9, 117:17,
118:22, 121:17
**prisoners**
120:19, 121:4
**prisons**
120:8
**probably**
16:12, 44:4,
201:6, 218:9

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

276

| | | | |
|---|---|---|---|
| problem<br>110:10, 191:15,<br>191:24, 202:11,<br>206:8<br>problems<br>55:25, 89:1,<br>89:25, 90:16,<br>188:5, 212:1<br>procedure<br>124:17<br>procedures<br>157:18, 225:6<br>proceeding<br>67:17<br>proceedings<br>27:14, 66:16<br>process<br>78:6, 97:23,<br>103:16, 177:9,<br>196:20, 222:9<br>produce<br>33:25, 169:4<br>produced<br>23:18, 147:22<br>productive<br>168:17<br>products<br>147:21<br>professionals<br>32:12, 76:11,<br>76:15, 78:4<br>professor<br>44:16, 178:12<br>program<br>26:8, 26:16,<br>41:14, 158:7<br>programs<br>8:4<br>promoted<br>41:14<br>pronounce<br>178:7<br>pronounced<br>116:3<br>pronunciation<br>16:2<br>proper<br>97:15, 222:23 | properly<br>163:23<br>proportion<br>42:16, 88:24,<br>89:24<br>proposition<br>129:17<br>prospect<br>38:9<br>prospective<br>192:16, 192:24<br>protection<br>10:14, 150:1,<br>200:16, 201:1<br>protocol<br>75:13<br>provide<br>22:4, 33:13,<br>34:18, 41:16,<br>42:6, 42:13,<br>50:23, 62:18,<br>74:5, 74:7,<br>76:1, 77:20,<br>88:23, 94:18,<br>135:2, 144:3,<br>145:13, 150:15,<br>152:25, 162:23,<br>163:3, 201:19,<br>208:6, 208:8<br>provided<br>37:25, 40:10,<br>41:6, 41:12,<br>41:15, 61:15,<br>62:4, 63:8,<br>63:24, 64:1,<br>69:2, 70:16,<br>70:20, 71:10,<br>71:13, 142:21,<br>147:24, 158:18,<br>181:24, 218:14,<br>225:7, 229:20<br>provider<br>158:17, 158:23,<br>159:10, 159:15,<br>160:5<br>providers<br>49:24<br>provides<br>50:11, 55:21, | 56:14, 70:16,<br>170:21, 170:24<br>providing<br>23:23, 51:2,<br>115:25, 182:1,<br>221:11<br>provision<br>30:12, 32:25,<br>36:9, 37:2,<br>39:9, 39:16,<br>41:21, 42:8,<br>42:9, 134:24<br>prt)<br>158:6<br>psychiatric<br>38:8, 44:8,<br>44:24, 46:22,<br>50:22, 77:25,<br>78:21, 90:20,<br>93:14, 117:2,<br>119:1, 126:8,<br>140:4, 170:14,<br>170:18, 180:19<br>psychiatrically<br>119:10<br>psychiatrist<br>27:8, 27:13,<br>27:24, 28:10,<br>29:4, 51:5<br>psychiatrists<br>42:1, 76:11,<br>96:5<br>psychiatry<br>15:24, 24:4,<br>24:9, 26:17,<br>27:9, 27:11,<br>41:23, 41:24,<br>44:15, 44:16,<br>44:18, 66:12,<br>67:25, 68:22,<br>70:23, 73:17<br>psychoeducation<br>106:13<br>psychosis<br>48:6, 48:8,<br>48:9<br>psychosocial<br>83:4 | psychotherapy<br>42:13, 42:15,<br>92:8, 100:16,<br>101:6, 112:6<br>psychotic<br>47:8, 47:24,<br>48:11<br>ptsd<br>90:13, 90:22,<br>182:11<br>puberty<br>226:18<br>public<br>4:2, 39:4,<br>184:7, 232:1<br>publication<br>80:15, 89:18,<br>89:19<br>publications<br>22:14, 22:16,<br>24:24, 43:24,<br>89:15, 176:16<br>published<br>27:18, 39:4,<br>39:21, 89:11,<br>111:6, 131:12,<br>132:1<br>publishing<br>84:23<br>pull<br>18:1, 25:20,<br>29:17, 54:5,<br>64:5, 71:16,<br>76:21, 108:1,<br>108:2, 113:4,<br>115:9, 133:11,<br>143:4, 144:23,<br>146:6, 156:19,<br>219:4<br>pulled<br>54:24, 194:6,<br>215:3, 215:8<br>pulling<br>213:22, 216:19<br>purely<br>187:17<br>purpose<br>33:2, 53:10, |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

277

| | | | |
|---|---|---|---|
| 56:15, 150:15, 151:16, 157:13, 184:18 | 54:10, 57:2, 59:14, 59:17, 59:18, 62:15, 62:16, 70:4, | 51:9, 61:3, 64:20, 112:8, 118:1, 118:5, 176:17, 189:20, 210:25 | 141:24, 142:4, 142:14, 179:15 |

**purposely**
197:21

**purposes**
15:12, 25:4,
25:6, 56:6,
57:1, 79:13,
107:8, 133:1,
183:6, 192:15,
202:17

**pursuant**
4:1

**pursue**
95:17, 97:17,
101:19

**purview**
152:8

**put**
21:4, 25:3,
50:9, 74:17,
106:2, 129:9,
137:13, 143:10,
151:25, 159:18,
159:19, 169:2,
178:1, 186:13,
214:4, 214:18,
224:22

**putting**
159:23

**Q**

**qualified**
152:23

**qualifier**
82:8

**quality**
58:2, 192:8

**quartarolo**
4:15

**question**
13:10, 13:13,
13:15, 13:21,
15:9, 17:8,
23:21, 27:21,
39:25, 43:7,
48:17, 52:16,

76:13, 76:18,
80:10, 82:24,
83:7, 83:18,
89:7, 99:12,
101:13, 101:17,
107:19, 107:24,
123:24, 127:25,
128:25, 130:11,
136:1, 136:19,
138:7, 140:20,
142:6, 142:18,
143:2, 148:10,
149:13, 151:24,
152:7, 155:21,
159:21, 159:24,
160:1, 161:7,
167:7, 167:25,
172:5, 174:3,
175:4, 177:12,
187:10, 188:22,
189:21, 192:3,
196:8, 196:12,
199:2, 203:8,
215:12, 215:16,
215:17, 215:25,
220:16, 228:10

**question-and-ans-
wer**
33:14

**questioning**
86:12, 162:7

**questions**
12:24, 13:6,
13:8, 14:14,
14:20, 33:13,
148:7, 192:1,
215:11, 227:9

**quick**
191:13, 219:22,
219:23

**quickly**
64:20, 106:5,
156:17

**quite**
14:10, 24:1,

**quote**
125:25

**quoting**
79:25, 218:4

**R**

**radically**
109:21

**rain**
116:3

**rampant**
182:8

**ran**
27:16

**range**
44:8, 46:21,
94:23, 100:13,
223:23, 224:3

**rapid**
117:3, 141:8

**rare**
228:22

**rate**
225:2

**rates**
17:21

**rather**
12:25, 49:15,
75:8, 103:24

**rations**
195:6, 195:19,
196:14

**ray**
8:24

**raymond**
122:18

**rd**
200:22

**reach**
85:23, 98:13,
105:12, 105:24,
198:11, 223:13

**reached**
74:11, 141:6,

**reaching**
141:21, 151:16

**reaction**
120:20

**read**
15:17, 19:2,
19:4, 30:4,
30:7, 53:9,
60:10, 64:21,
65:9, 78:16,
116:18, 120:2,
130:9, 130:11,
150:25, 210:8,
231:3

**readiness**
71:14, 151:22,
152:3, 152:7,
158:6

**reading**
67:24, 232:8

**reads**
132:10, 197:8,
206:14

**ready**
19:22

**real**
6:5, 87:6,
191:13

**reality**
188:3, 188:20,
189:13, 224:1

**realize**
106:8

**really**
31:22, 38:25,
39:25, 48:7,
76:17, 89:10,
107:23, 112:8,
120:23, 121:14,
126:15, 137:21,
171:21, 184:5,
192:14, 205:18,
218:22, 221:14,
228:6

**reason**
14:19, 57:18,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

278

80:15, 102:13,
103:20, 113:22,
130:3, 141:7,
147:2, 152:25,
162:24, 163:3,
180:20, 205:1,
205:11
**reasonable**
113:17, 165:8,
167:11, 172:2,
172:7, 172:8,
172:16, 173:6,
173:16, 173:21,
196:18
**reasons**
14:22, 51:22,
75:17, 115:6,
139:4, 152:21
**reassignment**
96:6, 109:8,
109:17, 138:23,
178:4, 179:4,
182:13, 184:25,
185:1, 185:4,
185:6, 185:13,
185:18, 186:3,
186:8
**recall**
16:19, 16:20,
20:18, 23:9,
23:14, 23:16,
23:23, 23:25,
30:23, 32:7,
32:19, 33:15,
33:20, 36:1,
36:14, 36:16,
39:6, 39:11,
39:20, 43:20,
49:20, 61:23,
62:14, 68:14,
68:18, 77:18,
84:23, 102:6,
117:7, 122:23,
123:2, 123:15,
140:17, 146:24,
149:24, 202:6,
213:22, 217:10,
219:15, 226:10

**receive**
96:1, 99:7,
111:19, 113:5,
161:16, 179:3,
190:6, 205:20,
205:21, 205:22,
216:23
**received**
25:10, 62:22,
64:16, 105:9,
109:16, 111:24,
113:7, 159:14
**receives**
144:16, 158:22,
159:9
**receiving**
95:14, 95:22,
95:23, 106:20,
114:17, 206:16,
210:15
**recent**
22:10, 23:18,
24:11, 24:20,
49:11, 89:21,
122:15, 122:21,
123:7, 143:23,
144:9, 146:2,
147:15, 148:20,
150:21
**recently**
21:22, 45:21,
46:2
**recess**
54:16, 93:7,
122:3, 162:11,
194:1
**recipients**
51:13
**recognition**
80:19
**recognize**
19:1, 19:8,
19:9, 77:10,
77:13, 133:25,
143:22, 158:1,
159:2, 160:8,
189:12
**recognized**
37:13, 37:19,

78:2, 159:1,
160:10
**recognizing**
144:6
**recollection**
33:18
**recommendation**
196:20, 217:22,
223:2
**recommendations**
201:24, 220:11
**recommended**
149:8
**recommending**
221:23, 221:25
**reconfigure**
52:13
**reconstructive**
85:12
**record**
11:12, 15:18,
18:13, 19:17,
20:11, 25:10,
29:21, 34:2,
40:5, 53:6,
54:17, 54:18,
62:10, 62:17,
76:23, 108:7,
108:23, 113:8,
122:4, 148:24,
148:25, 149:8,
149:12, 149:15,
154:1, 159:18,
159:23, 162:12,
191:6, 192:13,
193:25, 194:2,
210:23, 229:16,
230:5, 230:12,
232:5
**recorded**
147:25
**records**
62:14, 110:14,
192:15, 204:15
**recruiting**
35:15
**recruitment**
29:10

**recur**
227:14
**recurrence**
105:8, 105:13,
105:25, 107:2,
107:10, 107:11,
107:14, 166:7,
198:2, 198:8,
198:23, 199:2,
227:11, 227:18,
228:8, 228:16,
229:4, 229:5
**recurrent**
47:7, 47:23,
227:24
**redirect**
227:3
**reduced**
125:1, 232:7
**reed**
32:23
**reenlistment**
154:18
**reeves**
2:14
**refer**
12:5, 28:14,
34:22, 35:19,
58:24, 59:2,
61:23, 89:17,
133:22, 225:10
**reference**
120:9, 188:18,
195:13, 219:22,
219:23
**referenced**
22:7, 39:7,
60:13, 63:12,
79:7
**references**
139:13, 189:1
**referral**
97:24, 102:16,
102:21
**referred**
25:13, 52:2,
86:17, 210:24
**referring**
16:23, 37:7,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                    279

| | | | |
|---|---|---|---|
| 56:20, 66:11, 87:12, 101:1, 123:17, 160:17, 221:6, 226:3 | **regional** 5:14 | **reliability** 165:18, 166:10, 167:3, 168:4, 205:24 | **render** 48:3, 193:15 |
| **refers** 60:12, 104:16 | **regular** 20:4, 65:9, 81:8, 225:7 | **relied** 9:13, 64:14, 65:21, 78:3, 211:19 | **rendered** 186:22 |
| **reflected** 189:13 | **regularly** 22:6, 42:7 | | **rented** 35:12 |
| **reflects** 78:5, 170:13 | **regulation** 158:9 | **relief** 138:19 | **reopen** 25:13, 229:17, 229:19 |
| **refrigeration** 204:8 | **regulations** 16:8, 35:2, 48:9, 49:10, 49:19, 53:23, 54:1, 54:3, 174:16 | **relieve** 95:5, 99:18, 101:2, 101:11 | **reopening** 229:24, 230:1 |
| **regard** 38:11, 42:1, 69:3, 75:20, 96:8, 103:19, 144:17, 165:2, 166:25, 230:8 | | **relieved** 113:15 | **repeat** 23:21, 48:17 |
| | **regulatory** 173:16 | **relocating** 74:20 | **rephrase** 140:25 |
| | **reiterate** 132:22 | **remain** 11:18 | **replaced** 28:1 |
| **regarding** 15:24, 29:10, 36:4, 36:18, 45:11, 45:14, 49:4, 49:8, 49:22, 50:1, 57:7, 58:25, 61:21, 63:7, 68:21, 71:1, 71:6, 71:11, 71:14, 74:8, 74:9, 80:25, 89:17, 94:12, 97:3, 97:16, 117:12, 130:6, 131:18, 142:4, 142:15, 142:22, 142:25, 173:8, 178:23, 196:21, 201:17, 208:14, 209:21, 212:22, 212:24, 212:25, 213:10, 216:6, 218:24 | **reiterates** 185:9 | **remaining** 98:11 | **replied** 93:15 |
| | **reiyn** 115:22, 116:16, 117:24 | **remains** 95:16, 139:25 | **report** 9:8, 9:20, 9:24, 9:25, 10:4, 15:20, 16:21, 17:22, 17:25, 18:24, 19:25, 23:11, 23:15, 53:4, 56:5, 56:11, 56:19, 56:24, 60:2, 60:8, 60:12, 60:15, 60:17, 60:22, 61:1, 61:2, 61:16, 61:24, 63:5, 64:17, 65:6, 65:7, 65:18, 65:20, 65:25, 66:4, 84:3, 100:10, 115:21, 116:1, 116:16, 122:24, 140:7, 143:12, 143:23, 143:24, 144:9, 144:11, 145:6, 145:24, 146:2, 146:12, 147:4, 147:10, 147:15, 148:1, |
| | **relate** 55:22 | **remember** 31:12, 54:22, 115:25, 123:9, 215:17, 226:23 | |
| | **related** 22:15, 69:24, 72:7, 121:16, 183:23, 228:24, 232:9 | **remembered** 16:15 | |
| | **relates** 101:17, 126:4, 150:17, 196:12 | **remembering** 211:7 | |
| | **relating** 16:24, 37:2, 59:22, 71:14, 152:2 | **reminder** 100:9 | |
| **regardless** 111:23 | | **remission** 104:21 | |
| **regards** 173:10 | **relation** 23:24, 97:14, 142:24 | **remote** 209:18 | |
| **regimen** 103:4, 202:16 | **relative** 128:20 | **remotely** 12:22, 31:1, 121:15 | |
| | **relevant** 46:25, 78:12, 83:17, 85:21, 96:20, 121:19, 182:7 | **removal** 114:23 | |
| | | **remove** 75:24, 86:14 | |
| | | **removed** 74:15, 82:15 | |
| | | **removes** 74:23 | |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

280

148:4, 148:5,
148:16, 148:19,
152:13, 162:14,
162:18, 165:13,
165:24, 187:16,
187:23, 194:4,
206:13, 206:15,
207:5, 209:2,
209:5, 210:6,
213:12, 217:16,
217:17, 219:16,
225:18
**reported**
3:25, 61:20,
192:9, 210:14,
210:16, 211:4,
211:6, 211:8,
213:9, 214:21,
216:2
**reporter**
230:9
**reporter-notary**
232:1
**reporting**
157:20, 225:12
**reports**
15:19, 16:17,
17:19, 140:12,
142:3, 146:24,
148:12, 148:25,
149:3, 215:23,
220:3, 220:7,
229:18
**represent**
64:15, 147:19
**representations**
220:9
**representative**
63:2, 118:13
**representatives**
214:20
**represented**
12:12, 149:15
**representing**
11:25, 12:16,
15:3, 125:10
**represents**
76:5

**requested**
232:8
**require**
113:20, 171:24,
192:2, 192:16,
196:25, 202:8,
202:19, 204:7,
206:22, 206:23,
221:9, 221:12
**required**
95:23, 113:13,
173:24
**requirements**
94:25, 163:24
**requires**
82:20, 83:10,
85:12, 167:22,
173:12, 197:9,
203:8
**requiring**
171:9
**research**
22:13, 43:1,
111:7, 139:10,
139:19, 140:1,
140:5, 152:15,
176:2, 177:12,
192:14, 208:13
**reserve**
16:14, 25:17,
28:16, 28:21,
229:23, 229:25
**reserves**
26:24, 45:24,
51:25
**reservist**
28:1, 189:25
**reservists**
45:24, 46:3,
46:7
**residency**
26:15, 26:17,
26:23
**residents**
27:10, 44:17
**residual**
105:2
**resolution**
90:13, 112:4,

112:8, 176:18
**resolve**
85:13, 90:8,
90:15, 96:2,
170:16, 177:8,
177:10, 183:24,
183:25, 185:20,
186:10
**resolved**
228:17
**resolves**
190:21, 200:2
**respect**
25:18, 36:9,
37:24, 38:1,
38:22, 50:5,
63:25, 119:21,
150:20, 154:12,
155:8, 155:11,
176:24, 184:24,
228:9, 228:10,
229:23, 229:25
**respond**
130:2
**responsibilities**
27:12, 29:8
**responsibility**
72:3
**responsible**
50:19, 144:20,
158:4
**responsive**
121:6
**rest**
82:14, 86:14,
110:4, 114:20,
115:2, 117:22,
194:8, 218:18
**restate**
83:24, 160:1
**restriction**
171:5
**restrictions**
170:13
**result**
53:14, 78:19,
87:19, 87:23,
88:18, 111:23,

112:24, 126:21,
126:22, 208:7
**resulting**
78:22
**results**
96:25, 125:6,
181:2, 183:12,
185:3, 193:3,
193:6, 193:14,
193:16, 193:19,
193:20, 193:21
**resupplied**
209:6
**resupply**
209:1
**resupplying**
209:11
**resurgence**
172:21
**retain**
107:8
**retainable**
47:25, 48:13
**retained**
12:9, 75:18,
150:13, 164:10,
204:17
**retains**
114:5
**retention**
49:8, 57:13,
118:16, 151:3,
198:17
**retired**
182:9
**retrospect**
169:4
**return**
11:19, 33:22,
47:4, 50:17,
53:3, 147:7,
174:2, 210:1
**returned**
28:9, 191:9
**returning**
36:21, 150:11
**returns**
103:6, 103:25

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

281

| | | | |
|---|---|---|---|
| **revealed** | **rewritten** | **robert** | 31:10, 39:14, |
| 214:20 | 74:15 | 155:25 | 56:4, 60:18, |
| **review** | **richard** | **rochester** | 60:23, 86:3, |
| 16:17, 18:8, | 3:8, 9:2, 11:2, | 26:4, 26:5, | 140:22, 155:3, |
| 25:12, 37:1, | 11:13, 18:24, | 26:11, 26:25 | 156:23, 169:7, |
| 93:20, 94:6, | 21:8, 23:5, | **role** | 211:25, 213:9, |
| 147:1, 155:20, | 143:12, 145:6, | 48:15, 48:19, | 222:22, 232:5 |
| 156:16, 159:22, | 146:12, 231:2 | 96:8, 96:10, | **sake** |
| 196:10, 220:15, | **right** | 96:12, 208:10 | 203:17 |
| 230:7 | 14:11, 16:14, | **roseland** | **same** |
| **reviewed** | 17:23, 27:23, | 4:11 | 15:21, 36:4, |
| 15:18, 15:22, | 28:4, 29:23, | **roughly** | 37:12, 41:25, |
| 16:1, 16:3, | 30:7, 54:13, | 28:17, 224:10 | 44:21, 48:21, |
| 16:4, 16:7, | 56:8, 73:9, | **route** | 115:5, 118:21, |
| 39:24, 55:3, | 76:13, 77:3, | 52:12 | 139:17, 140:9, |
| 55:8, 62:16, | 89:22, 90:18, | **routinely** | 142:6, 142:7, |
| 65:2, 65:23, | 91:13, 101:4, | 186:21 | 148:8, 173:7, |
| 108:25, 110:14, | 101:17, 106:2, | **rpr** | 180:23, 206:8, |
| 122:19, 122:22, | 106:23, 111:17, | 3:25, 4:2 | 206:18, 212:21, |
| 149:7, 149:17, | 115:15, 116:15, | **rubric** | 224:11, 224:13, |
| 149:22, 150:4, | 132:9, 139:16, | 119:13 | 231:4 |
| 153:24, 156:11, | 139:18, 140:7, | **rucksack** | **sami** |
| 178:11, 178:13, | 142:5, 145:4, | 28:2 | 5:4 |
| 194:19, 200:18, | 147:6, 147:9, | **rule** | **sample** |
| 201:3 | 156:17, 159:12, | 18:23 | 123:5, 125:11, |
| **reviewing** | 161:20, 166:2, | **ruled** | 126:21, 128:18, |
| 62:9, 62:13, | 183:19, 185:16, | 86:23 | 132:14 |
| 63:3, 152:17, | 185:17, 186:4, | **rules** | **san** |
| 213:7 | 203:15, 230:8 | 12:20 | 7:12, 27:10, |
| **revised** | **rightly** | **running** | 35:7, 35:9, |
| 9:8, 18:23, | 137:23 | 96:10, 205:9 | 125:14, 127:15, |
| 19:25, 23:10, | **rights** | **ryan** | 129:5, 130:20 |
| 60:8, 64:17, | 6:21, 7:10, | 1:3, 143:13 | **sandler** |
| 65:6, 65:18, | 25:17, 229:23, | | 4:9, 12:15 |
| 66:4, 100:9, | 229:25 | ___ **S** ___ | **say** |
| 147:10, 152:13, | **risk** | | 19:25, 25:25, |
| 162:18, 187:16, | 109:9, 110:7, | **s** | 32:11, 35:22, |
| 187:23, 194:4, | 125:1, 125:9, | 37:19, 80:15, | 41:18, 42:23, |
| 206:12, 210:5, | 168:21, 169:17, | 218:9 | 43:6, 46:6, |
| 217:17, 225:17 | 181:9, 198:2, | **sadness** | 53:22, 57:21, |
| **revising** | 198:8, 198:23, | 91:10, 91:13, | 62:6, 65:17, |
| 104:10 | 199:8, 206:17, | 91:15, 91:20 | 76:8, 76:10, |
| **revisions** | 207:8, 207:12 | **safe** | 79:15, 79:16, |
| 38:6 | **risky** | 106:12, 180:21, | 81:11, 81:16, |
| **revisited** | 88:16 | 186:23, 190:7 | 87:5, 87:9, |
| 106:23 | **rk** | **safety** | 87:15, 96:11, |
| **revisiting** | 116:21, 116:23 | 186:2, 224:5 | 99:6, 99:24, |
| 104:9, 166:12 | **rmr** | **said** | 102:10, 103:25, |
| | 3:25, 4:2 | 27:7, 31:7, | |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

282

104:22, 113:11,
121:9, 124:1,
126:3, 129:10,
143:23, 147:2,
148:6, 148:23,
149:19, 160:21,
161:15, 167:13,
169:12, 169:21,
173:23, 174:16,
182:10, 185:10,
187:2, 187:12,
188:16, 189:9,
189:14, 196:1,
197:6, 201:6,
201:18, 208:24,
213:13, 215:19,
215:20, 220:18,
223:6, 223:8,
229:5
**saying**
40:24, 103:24,
109:23, 127:16,
152:5, 169:5,
182:23, 183:6,
183:19, 185:11,
189:4, 189:9,
199:4, 200:3,
215:2, 216:10,
222:13, 223:24
**says**
22:1, 34:6,
40:9, 49:21,
55:6, 55:7,
55:17, 55:19,
64:12, 64:13,
77:5, 85:4,
86:13, 116:20,
123:17, 128:15,
138:18, 139:19,
152:14, 154:14,
158:8, 160:9,
161:16, 162:22,
165:16, 168:15,
171:2, 183:17,
184:9, 185:15,
187:25, 195:1,
195:18, 202:3,
213:17, 215:5,

219:23, 220:1,
220:5, 223:24,
225:20
**scenario**
96:12, 98:20,
101:18, 111:17,
113:2, 120:20,
137:22, 199:21
**scenarios**
174:12
**scholarship**
26:6, 26:7
**school**
26:10, 26:13,
43:3
**schools**
25:25
**science**
26:7, 161:5,
161:13, 162:2
**science-based**
78:6
**scientific**
63:18, 141:22
**scrambled**
212:20
**scratch**
129:18, 163:15,
224:18
**screened**
118:11, 199:7
**screening**
199:6
**screenings**
118:15, 118:16,
118:17
**scroll**
18:9, 19:11,
19:16, 19:19,
20:2, 21:7,
21:11, 24:7,
30:6, 33:23,
55:6, 71:2,
77:15, 85:1,
153:17, 173:7,
181:2, 219:20,
220:18
**scrolled**
202:1

**scrolling**
40:4, 64:20,
64:22, 66:20,
66:22, 100:11,
144:5, 145:15,
180:3
**se**
185:4
**seal**
232:13
**search**
39:12
**seattle**
1:2, 6:23
**second**
30:14, 64:13,
77:5, 84:16,
97:24, 100:24,
132:10, 142:5,
154:10, 157:23,
166:21, 176:23,
181:1, 187:24,
199:17, 207:22,
211:2, 215:17,
219:11, 225:19
**secondary**
114:25
**secondly**
198:25
**secretary**
1:15, 10:5,
10:7, 153:14,
156:6
**section**
6:14, 24:4,
24:8, 55:17,
74:16, 75:11,
108:19, 109:5,
109:7, 123:3,
124:6, 134:8,
152:12, 157:13,
170:17, 170:21,
173:8
**see**
14:11, 16:19,
21:9, 21:12,
23:7, 24:3,
24:6, 24:7,

24:10, 27:19,
29:13, 30:18,
34:5, 34:10,
36:24, 37:4,
40:2, 40:12,
44:14, 53:18,
55:5, 56:1,
60:19, 66:13,
66:18, 66:21,
66:23, 68:7,
71:2, 77:22,
78:8, 79:2,
84:21, 84:22,
85:16, 96:8,
100:8, 100:22,
108:14, 108:16,
108:20, 109:10,
117:23, 124:9,
124:19, 124:20,
125:23, 132:16,
133:17, 134:1,
134:7, 134:10,
134:14, 136:25,
139:23, 143:15,
143:16, 145:9,
146:16, 153:2,
153:22, 157:12,
157:21, 157:23,
158:13, 162:25,
165:21, 166:24,
170:10, 173:10,
174:24, 177:17,
181:2, 181:6,
181:11, 184:16,
184:19, 185:7,
188:7, 195:15,
197:4, 197:25,
198:4, 201:9,
202:10, 209:5,
218:2, 220:9,
225:24, 227:1
**seeing**
117:23, 181:15
**seek**
25:13, 132:4,
132:6, 132:23,
132:25, 186:2,
192:1, 229:17,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

283

229:19
**seeking**
133:4
**seem**
188:9, 227:23
**seemed**
61:18
**seems**
80:22, 151:7,
182:20, 185:16
**seen**
16:21, 47:21,
52:21, 52:25,
72:9, 73:11,
81:18, 88:24,
102:23, 103:12,
104:3, 104:4,
106:6, 106:17,
110:14, 112:9,
119:7, 119:23,
124:15, 144:1,
144:6, 157:8,
168:10, 199:18,
227:13, 229:1
**select**
118:19, 199:14
**selecting**
172:4
**selection**
171:12
**self**
72:5, 101:7
**self-identified**
123:5, 190:10
**self-reported**
123:6
**senior**
32:8
**sense**
12:7, 13:25,
18:11, 21:16,
71:24, 72:4,
72:10, 73:18,
79:21, 85:14,
87:1, 92:22,
107:12, 137:18,
138:5, 138:7,
148:19, 148:21

**sent**
36:18, 113:5
**sentence**
40:1, 40:8,
40:24, 100:24,
109:6, 109:15,
110:3, 116:17,
128:19, 138:18,
139:18, 158:8,
160:3, 165:14,
165:21, 167:7,
169:11, 187:22,
187:24, 188:18,
189:14, 195:18,
196:5, 207:4,
207:22, 207:23,
210:7, 213:16,
213:17, 215:4,
216:6, 225:19,
225:24
**sentences**
30:8, 168:25
**separate**
63:15, 92:16,
109:22, 126:9,
182:4, 215:11
**separated**
63:15, 154:16
**separately**
127:3
**september**
143:19
**september-october**
116:25
**sequence**
95:10
**series**
72:15, 72:21,
73:1, 73:4,
98:20
**serious**
179:14
**serve**
152:20, 152:23,
155:4, 155:13,
177:4, 216:23
**served**
27:10, 58:4,

152:16
**serves**
56:18
**service**
9:18, 28:13,
29:1, 29:7,
30:10, 30:13,
33:7, 35:3,
43:25, 45:18,
45:22, 46:5,
46:7, 51:7,
51:15, 51:19,
53:12, 58:25,
61:7, 61:11,
69:25, 70:12,
71:11, 84:18,
88:17, 118:14,
118:17, 120:12,
120:16, 120:21,
131:19, 141:3,
141:8, 141:11,
145:22, 150:17,
150:24, 151:3,
151:14, 152:18,
152:22, 153:20,
154:10, 154:19,
155:10, 156:9,
157:6, 157:16,
157:18, 158:1,
158:10, 158:16,
158:22, 158:25,
159:4, 159:8,
163:11, 172:13,
174:6, 174:10,
177:15, 194:17,
200:4, 204:14,
204:18, 206:16,
206:20, 206:22,
207:6, 207:13,
207:15, 207:17,
207:20, 207:25,
208:2, 208:7,
208:23, 209:2,
209:25, 210:15,
211:11, 211:12,
211:17, 213:19,
216:18, 218:1,
219:12, 219:24,

220:12, 221:1,
221:5
**services**
16:6, 45:2,
45:8, 50:21,
55:2, 55:21,
55:24, 57:7,
57:11, 57:12,
154:12, 154:15,
154:17, 154:19,
158:1, 158:3,
170:9, 182:8,
195:7, 195:20,
196:15, 210:17,
212:7, 212:23,
213:10, 215:24,
216:2
**serving**
27:22, 29:1,
36:19, 43:1,
151:9, 157:17,
169:23, 211:14,
221:16
**session**
13:24, 34:19,
93:8, 99:24
**set**
17:19, 31:4,
33:16, 36:14,
56:7, 62:22,
75:12, 78:19,
149:14, 149:17,
149:22, 149:24,
150:7, 151:12,
166:16, 170:4,
174:16, 183:13,
186:5, 197:14,
211:22, 212:1,
212:4, 212:12,
213:2, 213:23,
214:1, 214:8,
214:9, 214:11,
214:12, 232:12
**sets**
201:11, 214:25
**setting**
57:6, 57:23,
92:19, 144:18,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

284

| | | | |
|---|---|---|---|
| 179:1, 223:3,<br>223:7<br>**settings**<br>207:10, 208:22<br>**seven**<br>149:21<br>**several**<br>16:22, 30:15,<br>38:5, 159:19,<br>178:14, 226:16<br>**severe**<br>47:6<br>**severity**<br>46:22, 47:9,<br>83:2, 92:20,<br>94:25, 164:19,<br>195:3<br>**sex**<br>71:23, 72:18,<br>78:18, 78:24,<br>96:6, 99:1,<br>99:2, 99:6,<br>114:19, 115:3,<br>138:23, 151:9,<br>151:10, 178:3,<br>179:4, 182:13,<br>184:25, 185:1,<br>185:3, 185:5,<br>185:12, 185:18,<br>186:3, 186:8,<br>203:18, 203:19<br>**sexual**<br>74:17, 74:21,<br>81:13, 109:24,<br>114:25<br>**shakes**<br>12:25<br>**shall**<br>53:22, 195:13<br>**shank's**<br>16:4<br>**shannon**<br>7:9<br>**sheet**<br>231:7<br>**short**<br>13:19, 121:23,<br>217:12 | **shorter**<br>79:13<br>**shorter-acting**<br>203:25<br>**shorthand**<br>79:12, 189:4,<br>232:1<br>**shots**<br>28:2<br>**should**<br>19:25, 25:25,<br>40:20, 43:6,<br>58:9, 73:15,<br>76:16, 93:21,<br>97:17, 134:17,<br>143:23, 163:8,<br>164:4, 169:4,<br>169:12, 185:3,<br>190:23, 201:18,<br>220:15, 223:8<br>**show**<br>159:20, 219:21<br>**shower**<br>158:11, 160:14<br>**showing**<br>108:18, 131:6<br>**shown**<br>19:10, 67:2<br>**shows**<br>116:9, 147:12<br>**si**<br>123:7, 124:1,<br>124:3, 124:13,<br>125:1, 125:9,<br>125:13<br>**side**<br>23:19, 138:15,<br>138:17, 139:16<br>**sides**<br>73:14<br>**sign**<br>230:7<br>**signature**<br>20:6, 20:15,<br>77:16, 116:7,<br>143:19, 143:20,<br>145:18, 145:19,<br>146:21, 146:22, | 231:11<br>**signature-yossq**<br>232:17<br>**signed**<br>144:21, 231:7<br>**significance**<br>74:19, 167:22<br>**significant**<br>37:16, 71:22,<br>72:17, 72:24,<br>74:22, 75:11,<br>75:12, 75:16,<br>76:1, 78:17,<br>78:20, 79:22,<br>80:8, 80:25,<br>81:17, 87:20,<br>87:23, 95:5,<br>95:16, 101:3,<br>101:11, 101:22,<br>102:8, 103:25,<br>105:25, 106:3,<br>106:4, 107:10,<br>113:14, 137:5,<br>137:6, 167:16,<br>167:23, 168:2,<br>168:6, 212:1,<br>228:21<br>**signing**<br>232:8<br>**similar**<br>82:15, 124:15,<br>135:15, 140:16,<br>148:12, 165:1,<br>199:12, 204:13,<br>212:16<br>**similarly**<br>85:9, 149:2,<br>173:11, 173:14<br>**simple**<br>221:8<br>**simply**<br>86:8<br>**since**<br>12:21, 17:21,<br>31:21, 37:18,<br>38:5, 51:19,<br>52:3, 64:21,<br>65:24, 66:3, | 83:25, 95:8,<br>97:6, 102:4,<br>102:5, 146:25,<br>147:5, 148:3,<br>174:24, 178:14,<br>184:6, 218:8,<br>230:2<br>**single**<br>46:25, 187:1<br>**sir**<br>100:22, 132:16<br>**sitting**<br>175:16<br>**situation**<br>86:20, 95:20,<br>95:24, 97:22,<br>135:5, 137:4,<br>154:6, 165:7,<br>199:8, 228:7,<br>228:22<br>**situations**<br>52:19, 97:2,<br>127:6, 135:3,<br>227:21<br>**six**<br>26:10, 27:3,<br>28:22, 50:6,<br>50:11, 63:20,<br>138:6, 149:20,<br>202:22, 203:2,<br>204:2, 215:6,<br>215:7, 216:4,<br>222:3<br>**six-month**<br>86:13<br>**six-week**<br>141:24<br>**size**<br>126:21, 184:12,<br>193:18<br>**skip**<br>116:13<br>**slachetka**<br>4:7<br>**slide**<br>16:4, 212:2,<br>212:4, 212:5,<br>214:25 |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

285

| | | | |
|---|---|---|---|
| slides<br>212:5<br>slightly<br>140:13, 145:12<br>slower<br>20:3<br>small<br>19:2, 79:17,<br>80:18, 126:21,<br>169:2, 179:1,<br>193:18, 224:1<br>smart<br>174:23<br>smoker<br>181:8<br>smoking<br>109:23, 110:2,<br>181:10, 181:12,<br>181:13<br>snapshot<br>81:15, 82:2<br>snippet<br>159:20<br>so-called<br>63:24, 211:22,<br>215:14<br>social<br>72:25, 92:15,<br>95:19, 96:20,<br>117:21, 120:1,<br>133:8, 165:18,<br>166:11, 167:4,<br>167:23, 187:5<br>society<br>217:20, 218:11<br>soldier<br>86:11<br>soldiers<br>120:11<br>solely<br>154:13, 165:19,<br>166:4, 167:4,<br>169:19<br>solicited<br>59:23, 59:25<br>solve<br>15:1<br>some<br>12:20, 16:6, | 18:7, 27:18,<br>32:8, 33:10,<br>35:4, 35:15,<br>44:5, 46:15,<br>47:17, 47:22,<br>61:9, 61:10,<br>61:14, 61:17,<br>62:25, 71:18,<br>71:22, 72:16,<br>74:8, 78:22,<br>81:11, 84:2,<br>85:5, 85:22,<br>88:15, 89:15,<br>90:5, 90:23,<br>94:24, 95:2,<br>95:4, 97:2,<br>97:13, 100:15,<br>105:19, 106:21,<br>106:24, 112:4,<br>115:1, 115:5,<br>119:6, 132:24,<br>133:3, 134:6,<br>139:10, 151:8,<br>163:17, 168:1,<br>173:19, 176:16,<br>180:19, 182:21,<br>183:12, 183:24,<br>187:25, 192:23,<br>204:2, 205:4,<br>205:8, 210:13,<br>216:15, 216:19,<br>229:3, 229:6<br>somebody<br>48:6, 86:1,<br>87:1, 87:9,<br>97:20, 111:13,<br>137:12, 155:3,<br>193:6, 217:7<br>somehow<br>182:20, 187:8<br>someone<br>31:6, 36:16,<br>37:22, 47:8,<br>82:15, 86:12,<br>97:14, 100:25,<br>106:2, 172:11,<br>174:4, 229:1<br>something<br>13:7, 31:7, | 31:24, 39:9,<br>65:15, 65:21,<br>72:5, 121:21,<br>121:22, 176:18,<br>185:13, 199:2,<br>211:6, 212:7,<br>218:19, 219:20,<br>219:21<br>sometime<br>139:6<br>sometimes<br>47:7, 104:24,<br>104:25, 106:3,<br>106:14, 112:7,<br>120:12, 176:15,<br>192:2<br>somewhere<br>35:20, 79:25,<br>209:13<br>sophisticated<br>208:1<br>sorry<br>23:21, 57:2,<br>62:14, 102:4,<br>115:13, 129:1,<br>130:9, 136:18,<br>167:5, 184:3,<br>193:24, 194:6,<br>197:5<br>sort<br>15:8, 31:15,<br>38:13, 43:20,<br>44:14, 57:22,<br>70:16, 80:6,<br>82:19, 98:20,<br>99:3, 103:19,<br>110:9, 119:17,<br>172:19, 182:24,<br>183:10, 183:11,<br>199:4, 199:7,<br>203:9<br>sounds<br>54:15, 215:1<br>source<br>44:4<br>sources<br>114:23<br>south<br>4:17, 52:23 | southern<br>5:14<br>speak<br>21:17, 48:9,<br>137:9, 169:24,<br>171:21, 184:15,<br>221:24<br>speaks<br>166:12<br>specialized<br>221:13<br>specific<br>23:13, 33:20,<br>34:13, 39:6,<br>41:2, 41:23,<br>52:16, 54:1,<br>83:6, 95:13,<br>99:4, 101:14,<br>103:1, 105:19,<br>105:22, 106:16,<br>107:19, 110:6,<br>140:11, 140:25,<br>141:1, 160:19,<br>181:23, 190:15,<br>195:9, 195:22,<br>203:1, 209:21,<br>210:25, 218:21<br>specifically<br>28:15, 29:3,<br>30:24, 31:12,<br>32:2, 33:9,<br>34:20, 44:2,<br>50:8, 52:22,<br>61:24, 94:7,<br>108:20, 111:15,<br>131:18, 148:1,<br>185:11, 186:2,<br>189:1, 208:20,<br>217:10<br>specified<br>104:18<br>speculate<br>128:2<br>speed<br>68:12<br>spite<br>61:14, 67:12,<br>222:9 |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

286

**spoke**
54:20
**spoken**
17:1, 17:5,
17:12, 24:18,
62:5
**spring**
30:14, 30:23
**square**
6:6
**squares**
32:4
**st**
8:25
**stability**
164:9, 165:5,
165:18, 166:10,
167:3, 168:4,
171:9, 171:16,
171:24, 172:3,
172:5, 172:8,
173:6, 173:12,
173:14, 173:19,
173:24, 174:25
**stabilized**
52:1
**stable**
103:19, 172:17,
173:1, 174:5,
174:20, 174:24,
175:3, 227:15
**stack**
16:11, 150:3
**staff**
32:8, 38:20
**stallings-ala'il-
ima**
6:18
**stand**
20:25, 22:21,
64:7, 84:9,
115:12, 122:8,
133:13, 143:6,
144:25, 146:7,
153:8, 156:1,
156:22, 156:25,
170:2, 177:22,
219:6, 225:15

**standard**
38:13, 104:16,
123:23, 134:16,
135:7, 135:20,
136:16, 139:5,
165:7, 171:8,
221:9
**standardized**
212:8, 213:1
**standards**
9:23, 38:16,
54:21, 55:1,
56:7, 56:16,
57:1, 57:24,
58:2, 58:5,
90:8, 91:24,
97:12, 97:25,
98:1, 102:3,
120:5, 129:14,
133:19, 133:25,
135:12, 136:10,
136:13, 136:22,
137:1, 137:25,
141:5, 158:4,
164:23, 165:1,
165:9, 166:21,
170:7, 179:6,
182:12, 186:25,
199:5, 200:24,
201:4, 201:20,
228:13
**standing**
80:7
**start**
26:2, 26:3,
31:23, 31:25,
45:5, 110:17,
116:12, 119:20,
124:7, 181:6,
224:18
**started**
122:5
**starting**
28:16, 44:11
**starts**
113:12, 138:17,
179:1, 184:18,
210:8

**state**
3:1, 4:2, 9:15,
11:11, 25:9,
77:8, 79:9,
82:20, 83:9,
98:10, 103:19,
105:24, 131:1,
160:4, 192:6,
193:17, 207:5,
212:15, 213:24,
217:10, 217:21,
229:16, 230:6,
232:22
**stated**
13:14, 65:23,
83:18, 129:11,
142:8, 148:24,
175:12, 175:15,
207:16, 212:20,
218:14, 221:2
**statement**
17:18, 36:24,
53:20, 60:21,
78:10, 109:10,
109:12, 111:7,
117:12, 119:16,
127:14, 128:15,
139:1, 139:7,
147:20, 148:16,
155:2, 165:23,
167:1, 167:11,
167:12, 167:14,
183:17, 184:14,
184:22, 188:17,
189:1, 210:19,
213:2, 215:13,
226:2, 226:3
**statements**
38:6, 69:14,
69:20, 117:7,
212:3
**states**
1:1, 1:9, 2:1,
2:8, 2:11, 9:15,
12:1, 23:3,
23:4, 23:5,
30:9, 35:15,
49:19, 60:11,

75:19, 76:3,
77:7, 77:24,
78:4, 84:15,
84:17, 100:13,
108:11, 109:7,
123:3, 123:16,
143:18, 145:17,
150:12, 152:24,
154:9, 154:22,
157:13, 157:25,
159:11, 170:21,
186:21, 194:16,
198:1, 206:4,
207:23, 212:6,
213:18, 217:7,
219:12, 221:11
**statistical**
77:24, 108:12,
181:3
**statistically**
189:6, 192:22
**status**
210:11
**stay**
29:23, 127:7,
155:14
**stenographically**
232:6
**steps**
208:25
**stick**
102:19, 210:3
**sticking**
150:10
**stigma**
74:23, 176:4
**still**
45:24, 78:10,
82:12, 90:20,
90:21, 90:22,
107:7, 109:13,
110:24, 110:25,
114:11, 155:8,
192:22, 208:4
**stockman**
2:13, 4:14,
5:2, 6:10, 7:2,
9:9, 11:23,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

287

12:6, 17:3,
17:6, 17:24,
18:25, 20:1,
23:11, 53:4,
56:5, 56:10,
56:24, 60:8,
64:6, 64:17,
65:6, 65:18,
65:25, 66:4,
69:23, 108:24,
122:24, 140:10,
140:24, 147:10,
147:16, 148:5,
148:16, 148:19,
152:13, 162:14,
162:18, 194:4,
206:13, 210:5,
217:17, 219:16,
225:17
**stone**
2:3, 5:19, 6:2,
9:25, 11:24,
12:6, 17:2,
17:6, 19:25,
69:23, 108:24,
140:10, 140:24,
144:24, 145:7,
145:23, 145:25,
146:3, 147:16,
148:9
**stood**
28:2
**stop**
92:22
**straight**
26:18
**straightforward**
221:8
**strange**
14:5
**street**
5:15, 5:23,
7:11, 7:19, 8:5
**strengths**
180:7
**stress**
88:12, 90:10,
98:5, 110:20,

110:24, 111:1,
113:3, 113:15,
125:20, 126:5,
126:12, 126:18,
127:22, 128:5,
169:23, 172:15,
176:20, 182:7,
182:15, 182:18
**structure**
17:19
**struggle**
227:17
**students**
44:17
**studied**
176:14, 192:7
**studies**
89:11, 125:15,
131:12, 131:25,
132:13, 138:20,
187:25, 191:15,
191:19, 193:7,
226:1, 226:8,
226:22
**study**
10:11, 26:1,
60:12, 123:4,
123:10, 124:12,
125:5, 126:1,
127:17, 130:8,
130:21, 131:10,
131:15, 131:17,
131:21, 132:14,
178:4, 178:18,
178:19, 178:21,
178:25, 179:12,
179:18, 180:13,
180:14, 181:22,
183:6, 183:8,
183:12, 184:8,
184:23, 185:14,
185:24, 186:2,
186:5, 188:11,
189:2, 189:12,
189:13, 191:24,
191:25, 192:1,
192:4, 192:5,
192:12, 192:16,

192:17, 192:19,
192:21, 192:25,
193:1, 193:10,
193:12, 226:14
**study's**
130:5
**sub**
197:17, 200:4
**subhead**
55:18
**subject**
41:7, 41:18,
153:18, 156:7,
158:9, 194:16,
197:21
**subjected**
154:20
**subjective**
71:24, 72:4,
72:9
**subjects**
70:19
**submarines**
51:15
**submissions**
142:11, 142:13,
142:24
**submit**
229:17
**submitted**
113:6, 148:20
**subparagraph**
170:20, 171:3,
173:10
**subparagraphs**
206:3
**subsection**
173:12
**subsequent**
200:20
**subset**
100:17
**substantial**
148:3, 149:4,
172:14, 181:12,
197:22, 198:2,
198:7, 198:23,
199:8

**substantially**
116:22
**substantively**
140:15
**substitute**
168:8
**substituting**
167:7
**succeeds**
103:5
**successfully**
82:5
**suffer**
105:25, 118:25
**suffered**
120:15
**suffering**
105:24, 117:2
**sufficient**
19:4, 125:8,
185:20
**suggest**
80:22, 125:6,
151:7, 180:15,
211:12, 222:18
**suggested**
124:25
**suggesting**
193:5, 193:6,
201:15, 222:17
**suggestion**
128:16
**suggestions**
131:3
**suggests**
165:4, 211:20,
222:17
**suicidal**
90:5, 109:14,
110:10, 111:14,
111:18, 111:20,
111:22, 112:1,
112:4, 112:17,
122:16, 123:25,
124:1, 127:11,
131:8
**suicidality**
70:24, 70:25,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

288

111:2, 111:8,
117:5, 168:20,
169:16
**suicide**
109:9, 110:7
**suite**
4:17, 5:7,
5:15, 6:22, 7:5,
7:11
**suited**
74:1, 74:3
**summary**
134:4, 152:12,
188:10
**summation**
85:18
**supervisor**
41:16
**supplemental**
230:2
**supplementation**
205:22
**supplemented**
139:4, 210:23
**supplements**
142:21
**supply**
207:12, 208:11,
208:14, 208:18,
209:14, 209:22
**support**
120:1, 226:2
**supporting**
109:6
**supports**
63:4
**suppose**
171:19
**supposed**
38:18, 38:19,
38:20
**suppression**
220:8
**sure**
12:22, 16:2,
22:9, 23:22,
24:1, 26:24,
27:19, 37:8,

40:16, 43:23,
45:5, 46:17,
46:20, 48:5,
57:3, 66:19,
76:19, 82:18,
94:3, 101:13,
112:12, 121:24,
123:24, 135:25,
140:25, 147:4,
162:9, 163:5,
166:13, 172:17,
175:25, 179:23,
179:25, 226:13
**surgeon**
98:2, 225:6
**surgeons**
42:6
**surgeries**
97:13, 133:2,
134:5, 224:25,
225:3
**surgery**
85:10, 85:12,
87:12, 96:6,
96:7, 96:9,
97:18, 98:3,
98:9, 99:8,
99:10, 109:18,
109:21, 110:21,
110:24, 110:25,
111:14, 111:15,
112:7, 114:22,
122:15, 133:2,
133:7, 138:24,
139:20, 140:2,
178:4, 179:4,
180:16, 180:20,
182:2, 182:13,
182:19, 183:18,
184:9, 186:3,
186:8, 224:23
**surgical**
42:2, 42:5,
42:8, 92:10,
95:17, 96:1,
97:4, 97:7,
98:15, 98:19,
98:21, 98:25,

99:8, 100:16,
100:19, 101:6,
104:22, 124:16,
125:3, 125:8,
212:18, 212:22,
219:14, 224:16,
224:20
**surprised**
176:6
**surprising**
182:14
**surprisingly**
110:21, 176:3,
181:18, 181:25,
182:16, 183:22
**survey**
123:8, 130:16
**suspect**
211:18
**sweden**
10:11, 178:4,
178:20, 178:24,
179:16
**swedes**
199:13
**swedish**
15:24
**swore**
69:14, 69:20
**sworn**
11:3, 69:14
**symptomatology**
81:1, 228:21
**symptoms**
48:2, 72:15,
72:21, 73:25,
78:20, 79:11,
79:15, 79:21,
80:6, 81:10,
85:22, 86:1,
88:10, 90:15,
91:4, 91:6,
92:21, 100:14,
105:7, 105:14,
106:1, 107:2,
107:15, 107:21,
117:3, 121:5,
122:16, 123:7,

135:20, 136:15,
137:13, 166:5,
166:8, 168:21,
169:6, 169:17,
171:3, 172:22,
185:19, 185:21,
186:10, 198:3,
198:9, 198:24,
199:1, 228:1,
229:7
**system**
40:23, 47:13,
52:15, 113:25,
157:20, 161:18,
205:23, 208:1,
221:10

----

**T**

**tab**
202:2
**table**
71:19
**tactic**
159:23
**take**
13:19, 13:22,
19:21, 49:23,
66:10, 81:15,
84:25, 100:7,
117:22, 121:23,
126:16, 162:8,
190:23, 192:19,
193:22, 197:5,
197:11, 200:8,
206:2, 208:25,
217:17, 230:3
**taken**
54:16, 93:7,
102:19, 109:15,
122:3, 162:11,
180:8, 186:22,
194:1, 232:3,
232:6
**takes**
20:5, 94:19,
181:15
**taking**
11:10, 14:3,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

289

14:12, 97:11,
149:3, 202:24,
206:20
**talbott**
2:14
**talk**
17:9, 25:22,
30:20, 57:12,
71:17, 119:24,
119:25, 135:17,
174:13
**talked**
59:15, 135:15,
169:12
**talking**
11:21, 29:14,
32:2, 42:21,
57:13, 59:15,
89:4, 89:5,
90:18, 91:9,
99:5, 102:24,
174:8, 174:9,
174:10, 176:24,
187:18, 207:18,
229:6, 229:7
**tall**
16:12
**tamasyn**
2:14
**tara**
5:12
**tarmac**
28:3, 28:8
**task**
39:18
**tate**
2:15
**tauber**
5:3
**teach**
44:20
**teaching**
26:18, 26:19,
43:2, 43:5,
44:17, 44:22,
44:23, 51:10
**team**
89:6, 102:20

**tech**
19:13, 20:9
**technical**
14:22, 14:24
**technician**
8:23, 18:1,
18:14, 19:18,
20:12, 20:25,
22:21, 29:22,
34:3, 40:6,
64:7, 84:9,
108:8, 113:9,
115:12, 122:8,
133:13, 143:6,
144:25, 146:7,
153:8, 156:1,
156:22, 156:25,
170:2, 170:4,
177:22, 191:4,
219:6, 225:15
**technological**
13:4
**techs**
14:25
**telephone**
32:5
**tell**
11:16, 32:7,
32:10, 55:4,
69:19, 190:5,
212:5, 214:7,
214:17
**temporarily**
47:12
**tend**
114:20
**tended**
88:15, 90:8,
90:13
**tennessee**
94:2
**tentative**
179:10, 193:20
**tenth**
5:23
**term**
71:25, 72:13,
72:20, 73:3,

74:14, 76:9,
96:7, 104:13,
149:12, 160:18,
165:25, 227:18,
227:21, 228:8
**terminologies**
74:13
**terminology**
43:19, 97:16,
103:22, 179:5
**terms**
29:9, 42:9,
61:10, 121:3,
130:16, 131:7,
144:14, 174:17,
175:1, 176:12,
203:16, 209:16,
214:14, 218:20,
224:5
**terrors**
111:3
**test**
50:15, 226:11
**testified**
11:5, 45:17,
49:13, 63:7,
69:2, 93:11,
94:16, 106:18
**testify**
11:4, 12:10
**testifying**
126:4, 142:23
**testimony**
41:7, 41:13,
41:17, 56:2,
68:15, 68:25,
69:9, 69:12,
70:16, 70:20,
71:11, 71:13,
78:12, 188:14,
210:24, 216:8,
222:10, 231:4,
231:5, 232:5,
232:6
**testing**
158:6, 158:7
**testosterone**
114:23, 115:5,

204:16, 204:18,
204:20, 205:2,
205:14, 205:17,
205:19, 205:25,
207:17, 220:4,
220:8
**tests**
223:8
**text**
30:4, 124:8,
124:9, 124:22
**th**
6:6, 22:12,
85:1, 116:6,
145:16, 145:17,
146:20, 232:13
**thank**
14:10, 25:8,
115:15, 116:4,
170:5, 178:10,
229:12, 230:4,
230:9
**theater**
195:8, 195:21,
196:15, 209:15,
209:16
**theaters**
51:16
**themselves**
84:3, 99:21,
100:1, 112:24
**theory**
155:9, 216:24
**therapeutic**
138:11
**therapies**
101:1, 101:2
**therapy**
9:22, 42:11,
83:10, 92:11,
95:15, 96:2,
100:16, 101:6,
114:16, 114:18,
115:2, 118:24,
122:14, 124:13,
124:16, 125:2,
134:5, 134:9,
134:17, 134:24,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020                                    290

135:6, 135:19,
136:3, 136:14,
136:22, 138:1,
138:22, 139:20,
140:1, 183:18,
184:9, 202:17,
206:17, 213:19,
215:6, 216:3
**thereafter**
232:7
**therefore**
86:13, 184:22,
193:15, 193:19
**thick**
15:18
**thing**
13:20, 61:23,
80:5, 81:4,
82:17, 87:6,
90:11, 115:8,
118:7, 192:14,
211:18, 224:4
**things**
12:20, 12:25,
16:15, 26:1,
34:23, 36:5,
38:21, 44:12,
71:3, 71:17,
75:9, 83:17,
90:8, 92:8,
97:10, 100:2,
118:20, 119:10,
119:17, 140:5,
144:19, 152:8,
181:14, 181:15,
183:11, 183:22,
185:5, 190:15,
196:19, 196:20,
197:16, 209:7,
225:13
**think**
14:19, 44:13,
56:4, 57:22,
61:25, 63:14,
73:13, 80:13,
87:1, 87:22,
92:22, 94:2,
95:2, 103:1,

104:6, 105:10,
106:18, 112:25,
120:9, 120:18,
120:23, 127:19,
131:5, 135:14,
137:11, 139:9,
140:22, 141:18,
148:13, 148:18,
151:24, 155:1,
164:22, 165:6,
165:8, 166:9,
166:12, 167:10,
169:1, 172:2,
172:7, 172:16,
172:25, 173:5,
173:19, 176:17,
177:17, 180:4,
184:14, 186:14,
186:16, 191:4,
196:13, 196:18,
199:11, 202:11,
213:10, 216:10,
220:24, 224:4,
229:10
**thinking**
102:18
**third**
27:24, 28:9,
28:10, 141:10,
157:24, 218:22
**thirteen**
10:13, 200:16
**thomas**
4:6, 177:21
**thought**
187:21
**thousands**
27:17, 43:17,
45:20, 190:3
**three**
16:12, 28:8,
30:7, 63:14,
129:23, 134:22,
136:19, 141:19,
170:17, 174:12,
189:22, 202:22,
203:2, 204:1,
215:6, 216:3,

222:25
**three-month**
223:9
**threshold**
78:25, 85:24
**through**
12:20, 18:10,
19:11, 21:7,
21:11, 21:15,
21:19, 28:8,
28:16, 47:12,
50:15, 54:3,
64:20, 67:5,
102:6, 102:10,
103:10, 103:17,
105:10, 113:14,
116:23, 118:15,
123:7, 133:7,
144:8, 145:14,
146:19, 148:5,
148:14, 148:19,
172:12, 195:11,
196:25, 210:7,
219:13
**throughout**
45:25, 47:15,
182:8, 222:8,
228:3
**thyroid**
82:15, 114:12
**ticket**
67:18, 67:19
**time**
16:6, 28:9,
28:16, 28:21,
29:25, 35:1,
35:21, 37:12,
37:22, 38:4,
38:10, 39:14,
42:20, 42:21,
61:2, 63:16,
63:19, 64:22,
64:25, 65:14,
69:17, 81:15,
82:2, 86:14,
89:18, 96:22,
98:22, 99:14,
102:25, 103:6,

104:7, 104:18,
104:24, 105:13,
105:22, 106:22,
107:22, 110:18,
113:13, 117:18,
127:7, 135:13,
136:11, 136:23,
141:25, 142:5,
156:18, 171:16,
179:8, 179:11,
181:4, 181:12,
181:15, 183:10,
190:1, 190:2,
202:18, 216:16,
216:22, 216:23,
217:2, 217:12,
224:14
**timeline**
23:13, 219:12
**timelines**
220:25
**times**
28:8, 90:19,
136:19, 159:19
**timing**
219:23
**timings**
218:21
**title**
23:3, 29:18,
39:8, 64:12,
72:22, 84:16,
108:11, 153:6,
178:11, 194:8,
200:19
**titled**
18:23, 19:24,
20:23, 21:8,
22:20, 54:6,
54:25, 60:5,
64:6, 77:6,
84:8, 115:21,
122:14, 133:11,
133:18, 134:4,
143:11, 145:5,
146:11, 152:12,
156:21, 178:2,
194:14, 197:13,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

291

200:15, 200:23,
219:4, 219:11
**titles**
39:12
**titration**
218:18
**tobacco**
181:17
**tobacco-related**
176:21, 181:19
**today**
11:10, 11:16,
11:21, 12:12,
14:5, 15:7,
15:16, 21:6,
32:5, 65:2,
149:7, 175:16,
179:8
**today's**
210:24
**together**
101:16, 214:5,
214:18
**told**
28:7, 142:13
**tom**
227:3
**tonsillectomy**
140:6
**top**
26:12, 55:5,
66:24, 116:17,
116:18, 132:9,
145:9, 146:16,
168:15, 220:18
**topic**
31:23, 34:20,
41:17
**topically**
204:24
**topics**
68:12, 70:23
**total**
26:11, 50:7,
61:13
**towards**
30:10, 38:1,
129:25, 205:12

**train**
27:10, 36:6
**trained**
31:9, 221:13
**training**
26:15, 27:2,
27:3, 27:4,
27:8, 27:13,
29:9, 30:22,
30:24, 30:25,
31:4, 31:16,
34:19, 35:7,
35:16, 35:18,
36:4, 36:14,
41:25, 53:17,
142:19, 152:6,
172:12, 198:14,
198:16, 199:5
**trainings**
30:12, 34:7,
34:12, 34:13,
34:17, 35:11
**traits**
167:18
**trajectory**
82:1
**trans**
42:17, 99:5,
115:4, 120:4,
133:5, 204:18,
205:17, 221:4,
222:1, 222:2,
223:13
**transcript**
9:6, 10:2,
18:18, 21:2,
22:23, 55:13,
64:9, 76:25,
84:11, 108:5,
115:17, 122:10,
133:15, 143:8,
145:2, 146:9,
153:10, 156:3,
157:2, 177:24,
194:10, 200:12,
219:8, 232:4
**transcription**
231:5

**transgendered**
129:5
**transition**
82:9, 83:1,
83:15, 92:16,
95:20, 96:20,
97:15, 99:1,
107:6, 109:13,
113:19, 113:23,
114:6, 120:1,
121:12, 130:23,
131:11, 132:5,
133:9, 155:17,
157:6, 157:16,
158:17, 158:21,
158:24, 159:4,
159:5, 159:8,
159:10, 159:14,
159:16, 160:4,
160:6, 160:10,
160:13, 160:18,
160:21, 161:1,
161:3, 161:9,
161:10, 161:11,
161:12, 161:17,
161:23, 161:24,
176:5, 187:5,
202:17, 203:11,
219:14, 221:8,
227:15, 228:18
**transition-relat-
ed**
123:17, 123:21,
129:3, 132:12,
132:19, 132:25,
188:1, 189:15
**transitioned**
115:4
**transitioning**
117:21, 220:12
**transsexual**
133:19, 178:3
**transsexualism**
74:13, 135:24,
136:6, 185:2
**transsexuals**
179:7, 184:24
**traumatic**
88:12, 88:13,

88:18, 176:20
**treat**
75:14, 75:23,
90:11, 91:21,
103:14, 141:14,
141:15
**treatable**
141:16, 163:7,
163:10
**treated**
37:16, 40:22,
42:3, 43:12,
43:16, 43:22,
45:18, 45:21,
46:5, 47:1,
47:3, 51:21,
81:2, 82:4,
82:6, 87:16,
89:6, 105:7,
107:13, 110:16,
114:15, 126:23,
127:1, 127:3,
131:14, 135:12,
141:14, 154:12,
163:8, 163:9,
163:24, 164:3,
164:8, 165:16,
166:2, 167:2,
168:18, 169:8,
169:14, 169:20,
191:16, 198:21,
200:5, 205:16,
226:7, 227:25,
228:3
**treating**
38:21, 42:24,
43:9, 43:11,
46:1, 46:2,
46:10, 60:14,
61:6, 87:2,
87:6, 87:7,
87:11, 95:14,
97:14, 152:15,
177:9, 184:10,
186:9, 218:15
**treatments**
58:9, 61:22,
75:13, 91:22,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

292

92:1, 94:16,
95:3, 95:9,
95:10, 96:19,
98:16, 99:18,
99:24, 100:18,
101:15, 103:7,
103:21, 105:9,
106:9, 106:10,
106:15, 128:21,
175:5, 175:17,
175:18, 183:20,
183:21, 183:23,
186:19, 186:22,
187:9, 188:4,
188:6, 188:21,
190:6, 190:7,
190:9, 224:17,
224:20
**treats**
141:16
**tremendously**
74:22, 75:11
**tremont**
7:5
**tri-service**
30:15, 32:17
**trial**
68:9
**tribunal**
69:3, 69:8,
70:3
**tribunals**
70:13
**tricky**
90:14
**trmi**
123:6, 123:14,
123:19, 124:14,
124:18, 132:12,
132:15
**trmis**
125:13, 125:21,
127:11, 128:8
**troop**
90:12
**troops**
88:14, 126:14
**trouble**
40:3, 103:22

**true**
103:11, 121:13,
161:2, 161:12,
161:22, 161:25,
213:3, 222:15,
223:1, 231:4,
232:4
**trump**
1:6, 2:6,
36:17, 143:13,
145:7, 146:15
**trump's**
150:22
**truth**
11:4, 11:5,
11:16, 69:14,
69:19, 151:16,
180:22, 212:12
**truthfully**
14:21
**try**
13:6, 75:14,
76:19, 79:12
**trying**
16:19, 50:14,
59:19, 59:20,
64:21, 80:1,
86:1, 189:11,
215:18, 216:21
**tucker**
122:7, 122:18
**tuesday**
3:9
**turn**
60:4, 81:1,
100:4, 162:19,
180:17, 194:3,
200:22
**turned**
134:3, 138:9,
194:23
**turning**
60:9, 162:20,
225:18
**turns**
166:19
**tweets**
36:18

**twelve**
200:25
**twice**
136:19
**two**
26:9, 26:12,
27:25, 30:11,
41:1, 47:14,
49:21, 50:12,
61:8, 61:13,
78:11, 124:23,
129:12, 144:2,
149:19, 168:25,
174:25, 175:23,
185:16, 185:17,
185:20, 198:18,
205:25, 214:14,
215:11, 222:13,
222:14, 228:2
**type**
52:12, 74:18,
92:20, 104:20,
114:5, 120:1,
172:17, 173:19,
192:19, 193:1
**types**
34:17, 53:2,
75:8
**typewriting**
232:7

**U**

**ultimately**
39:5, 48:25,
192:9
**unable**
82:21, 83:10,
98:18, 190:14
**unavailable**
28:7
**uncommonly**
87:9
**under**
11:15, 11:18,
52:18, 58:20,
59:16, 74:17,
74:18, 86:9,
89:22, 109:6,

119:12, 135:8,
136:12, 137:24,
154:8, 155:17,
157:13, 157:24,
159:2, 159:12,
161:3, 161:8,
161:24, 173:12,
179:11, 183:17,
187:4, 190:11,
197:17, 197:25,
202:6, 219:25,
220:5, 228:21,
232:7
**undergarments**
120:3
**undergo**
85:10
**undergoing**
178:3
**undergone**
124:13, 124:16,
125:2, 138:23,
168:16, 227:14
**undergraduate**
26:5
**underscore**
18:2, 20:24,
29:19, 54:6,
60:5, 64:6,
76:21, 84:8,
108:3, 115:10,
115:11, 122:7,
133:12, 143:5,
144:24, 146:6,
153:7, 155:25,
156:21, 156:23,
156:24, 177:21,
194:7, 200:10,
219:5
**understand**
11:15, 12:3,
12:14, 12:18,
12:22, 13:7,
13:11, 13:17,
14:13, 14:23,
15:7, 31:8,
59:3, 70:4,
70:15, 71:19,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

293

76:13, 80:2,
82:18, 123:20,
124:2, 129:18,
137:2, 137:4,
142:9, 151:2,
154:2, 159:12,
159:25, 160:2,
160:3, 160:12,
167:6, 179:18,
180:12, 183:9,
185:22, 196:22,
197:1, 197:7,
201:10, 203:8,
224:12, 226:11,
228:16
**understanding**
59:18, 62:18,
149:19, 154:5,
178:17, 197:10,
197:20, 201:11,
201:19, 216:5
**understated**
184:6
**understood**
11:20, 17:11,
25:19, 50:17,
64:23, 69:18,
78:14, 110:3,
169:10, 179:11,
197:24, 201:25
**undertreated**
88:21
**unexpected**
124:11, 125:25,
126:15
**unfortunately**
131:16
**unhealthy**
217:24
**uniform**
26:17, 40:20,
152:17, 177:5
**uniforms**
158:4
**unique**
125:10, 125:18,
128:3, 128:17,
205:6

**unit**
27:16, 150:1,
201:1
**united**
1:1, 1:9, 2:1,
2:8, 2:11, 9:15,
12:1, 35:15,
75:19, 76:3,
77:7, 78:4,
152:24, 186:21,
219:12, 221:11,
226:21
**universal**
91:12, 160:25
**universe**
118:9
**university**
26:4, 26:11
**unless**
195:14, 206:6
**unlike**
103:13, 105:18,
118:1, 119:11
**unpacking**
203:9
**unrelated**
111:4, 126:20,
183:3
**unreliable**
217:24
**unsuccessful**
98:5
**until**
138:1, 159:14,
181:9, 181:12,
212:19, 215:15,
216:24
**untreated**
88:4, 88:9,
88:13, 88:21,
89:4, 89:14,
176:3, 199:24
**unusual**
85:25
**unwilling**
155:20
**up-to-date**
147:19

**update**
22:6, 25:2,
93:11, 147:4,
166:22
**updated**
9:10, 21:23,
49:10, 74:15,
218:10
**updates**
16:7, 16:8,
23:12, 24:1,
38:5, 65:11,
89:21
**uscentcom**
10:13, 200:15,
200:16, 201:1
**use**
15:19, 38:15,
38:16, 96:7,
123:19, 126:18,
141:1, 158:10,
160:14, 179:4,
181:17, 192:13,
206:5, 227:19
**useful**
187:21, 221:24
**uses**
124:1, 182:22
**using**
15:12, 182:6,
189:9, 218:12
**usually**
194:25
**utilized**
222:8

---
**V**
---

**va**
38:9, 39:15,
40:17, 41:14,
43:2, 45:23,
45:25, 92:18,
152:7, 221:12
**vague**
42:19, 197:21
**valid**
57:5, 63:18,
63:23, 141:7,

184:5, 189:10,
196:13
**validity**
195:24, 196:1
**valued**
204:17
**variability**
53:1
**variable**
46:14, 52:9,
121:9
**variables**
46:16
**variety**
27:4, 88:8,
88:19, 91:22,
94:16, 97:7,
118:20, 129:15,
133:7, 164:19,
165:10, 190:15,
203:21, 209:7
**various**
11:25, 33:9,
55:25, 68:17,
99:18, 100:25,
101:10, 125:3,
125:16, 170:13,
173:8, 210:17,
212:13
**vary**
109:9
**varying**
78:7, 78:13
**vasomotor**
117:4
**vast**
44:6, 44:18,
98:7, 127:5,
163:21, 164:2,
205:18, 207:16
**verbally**
12:24
**veronika**
214:4, 214:5,
214:18
**version**
9:23, 22:10,
23:9, 23:14,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

294

44:10, 49:11,
55:4, 55:8,
56:9, 56:20,
63:24, 73:20,
91:23, 91:25,
97:25, 108:22,
133:20, 136:24,
137:1, 139:5,
151:11, 188:13,
214:5, 214:7,
214:16, 214:17,
215:2, 218:10
**versions**
136:6, 214:6
**versus**
72:9, 205:13,
208:21, 221:4
**veteran**
182:9, 189:25,
211:16
**veterans**
29:14, 37:3,
37:8, 37:9,
38:2, 39:10,
40:11, 41:4,
43:11, 89:12,
89:14, 89:18,
89:23, 122:17,
123:5, 125:9,
125:14, 125:18,
127:12, 127:15,
127:20, 128:3,
128:11, 129:5,
130:7, 130:19,
130:22, 131:7,
131:11, 131:14,
176:2, 199:17
**vha**
37:2, 37:7,
37:14, 38:14,
40:10, 40:18,
40:23, 51:23
**via**
4:13, 5:10,
5:18, 6:9, 6:16,
6:25, 7:14, 8:8,
20:3
**videoconference**
3:7, 4:13,

5:10, 5:18, 6:9,
6:16, 6:25,
7:14, 8:8
**view**
22:19, 62:18,
74:19, 132:5,
186:20
**viewpoint**
188:11
**violence**
120:10, 120:13,
120:15, 120:20,
120:21
**virtually**
34:18, 89:13
**vis-a-vis**
75:16
**visit**
224:5
**visits**
212:25
**vitae**
9:10, 9:11,
21:8, 23:4
**vividly**
36:16
**vocational**
165:19, 166:11,
167:4
**voice**
92:10, 92:11
**volunteer**
88:15
**voted**
63:20, 64:1,
211:25
**vs**
18:25, 70:7,
77:8, 93:22,
115:23, 143:13,
145:7, 146:15

**W**

**wait**
97:12
**waiting**
28:3
**waive**
230:7

**waiver**
50:20, 50:24,
51:4, 170:24,
195:14, 196:25,
197:9, 197:19,
200:7, 202:5,
202:8, 206:6
**walk**
50:15
**walter**
32:23
**want**
12:22, 26:2,
27:19, 30:20,
31:9, 44:12,
53:25, 71:17,
86:15, 86:16,
86:17, 87:16,
98:10, 116:11,
116:16, 132:8,
134:6, 155:12,
174:2, 190:22,
191:11, 195:17,
203:19, 214:8,
214:9, 214:10,
214:11, 219:18,
230:7
**wanted**
22:9, 31:18,
31:21, 31:23,
55:16, 93:11,
168:23, 197:12
**wanting**
68:9
**wants**
96:16, 151:11
**war**
27:23, 28:5,
28:17, 121:18
**warrant**
130:21
**warrants**
130:8
**washington**
1:2, 5:24,
6:20, 6:23,
7:20, 8:6,
11:22, 143:14

**watkins**
4:16, 5:6
**way**
31:8, 37:16,
44:13, 50:13,
51:20, 63:1,
67:21, 79:10,
83:18, 90:24,
99:12, 99:16,
99:20, 103:1,
106:9, 109:23,
112:5, 118:21,
121:15, 129:10,
130:17, 142:7,
144:15, 160:24,
166:25, 167:13,
174:21, 180:11,
186:13, 187:11,
188:16, 189:4,
189:21, 193:11,
197:8, 200:3,
208:8, 212:16,
213:1
**ways**
74:22, 164:19,
214:24
**we'll**
14:25, 25:17,
50:17, 93:3,
136:25, 143:3,
150:9, 206:8,
230:5
**we're**
11:21, 12:21,
21:13, 29:14,
66:11, 75:19,
90:18, 91:9,
99:5, 109:3,
109:4, 136:24,
147:9, 150:10,
160:20, 162:17,
166:18, 169:1,
176:17, 177:14,
177:15, 184:15,
187:15, 207:18,
221:7
**we've**
65:1, 109:19,

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

295

| | | | |
|---|---|---|---|
| 126:11, 133:8, 154:3, 162:7, 191:9, 191:10 | 104:4, 133:5, 141:12, 155:7, 164:1, 169:2, 172:3, 172:5, 173:23, 174:19, 175:14, 175:16, 179:5, 182:18, 192:21, 195:8, 195:21, 196:2, 196:4, 196:16, 198:6, 199:20, 201:20, 209:23, 215:12, 226:23 | 98:14, 105:8, 105:13, 107:20, 118:4, 124:14, 124:17, 139:20, 139:21, 140:2, 159:22, 170:23, 185:5, 202:4, 212:4, 213:6, 218:19 | **words** 78:12, 79:16, 109:17, 124:23, 162:22, 167:6, 185:2 |
| **weapons** 28:5 | | | **work** 15:1, 17:15, 39:18, 62:7, 81:7, 93:1, 93:19, 124:23, 124:25, 190:24, 222:18, 226:13, 226:17, 226:19, 226:20, 226:21 |
| **week** 90:24, 137:13 | | **witness** 19:13, 19:15, 19:19, 21:5, 21:16, 22:25, 46:20, 54:8, 54:15, 54:25, 66:17, 68:3, 77:3, 84:14, 93:2, 143:10, 145:4, 146:11, 153:12, 156:5, 170:6, 178:1, 180:1, 194:14, 200:15, 219:11, 230:6, 232:12 | |
| **weeks** 27:3, 28:23, 63:20, 94:23, 205:8 | | | |
| **well-documented** 134:13, 134:19, 134:25, 137:3, 138:2 | **whichever** 172:13 | | |
| | **white** 37:22, 37:23, 63:2 | | **worked** 29:5, 37:18, 39:21, 62:6, 110:14, 193:8, 218:7 |
| **went** 25:25, 26:4, 26:14, 26:18, 26:25, 27:6, 74:7, 107:4, 107:9 | **whole** 11:4, 95:24, 101:14, 118:20, 120:2, 186:23, 213:2 | | **working** 34:23, 36:12, 42:4, 51:23, 58:5, 61:6, 61:11, 91:25, 102:1, 136:24, 189:23, 226:18, 227:19 |
| | | **witnesses** 16:22, 16:24 | |
| **western** 1:2, 11:22, 143:13 | **wide** 100:13 | **wolfson** 226:24 | |
| **whatever** 40:19, 90:25, 103:20, 107:21, 193:19, 228:14 | **widely** 210:14, 213:9 | **woman** 85:9, 85:15, 87:10, 87:16, 87:17, 99:5, 120:4 | **works** 93:4, 182:14 |
| | **wing** 6:21 | | **world** 74:6, 87:13, 89:20, 119:12, 119:13 |
| **whatsoever** 107:7, 110:1, 110:23, 119:21, 120:24, 181:5 | **wish** 178:23 | **women** 120:14, 220:5, 222:2, 223:13 | **worldwide** 73:24, 74:11, 75:5, 208:3 |
| | **wishes** 107:22, 177:4 | **won** 67:21 | |
| **whereas** 211:6 | **withdraw** 43:6, 143:3 | **wondering** 80:5, 112:15, 128:9, 223:19 | **worse** 183:13, 185:5 |
| **whereof** 232:12 | **within** 33:23, 37:14, 40:22, 43:10, 46:4, 51:24, 74:8, 139:15, 152:8, 152:11, 171:3, 171:4, 173:7, 222:24 | **word** 38:15, 38:16, 71:20, 105:11, 144:7, 187:20 | **wouldn't** 129:9, 221:3 |
| **whether** 19:23, 23:17, 23:22, 40:18, 48:20, 52:11, 57:16, 73:14, 76:14, 80:5, 89:3, 89:4, 90:11, 90:12, 91:1, 93:13, 97:9, 97:17, 99:1, 102:24, 104:2, 104:3, | | | **wounds** 85:7, 86:12 |
| | | **wording** 140:11, 140:13, 141:1 | **wpath** 91:24, 102:3, 133:12, 137:24, 219:12, 223:19, 228:13 |
| | **without** 23:15, 24:14, 32:4, 39:22, 47:4, 50:14, 53:15, 85:14, | | **wpath's** 98:1 |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

296

write
124:7, 144:11
writing
37:1, 41:5
written
49:19, 73:23,
74:1, 88:10,
139:1, 142:11,
142:13, 142:23,
147:21, 148:4,
148:20, 167:14,
197:21
wrong
49:14, 115:13
wrote
61:2

**Y**

yeah
47:20, 59:19,
67:5, 93:5,
122:2, 127:25,
156:24, 180:4,
206:8, 223:25,
227:4, 227:17
year
27:3, 28:4,
28:23, 136:25,
139:6, 181:4,
198:18, 202:23,
222:12, 222:19,
224:10, 228:2
year-old
74:9
years
26:9, 26:10,
26:11, 26:16,
26:24, 27:1,
28:12, 28:16,
28:20, 28:23,
43:4, 43:8,
43:10, 46:4,
67:13, 73:23,
91:25, 94:24,
104:22, 104:25,
105:8, 110:17,
114:10, 116:23,
139:2, 176:13,

181:10, 222:13,
222:14
yemen
52:23
york
26:5
yourself
25:4, 208:14

**Z**

zebra
200:10
zero
211:4
zhou
8:2
zoom
19:3, 19:5,
20:3, 21:14,
32:4, 145:12,
156:16, 156:17,
192:18

**0**

00
92:25
00030
93:23, 93:25
001
93:23, 93:25
004
150:5, 153:19
005
156:9, 156:11
01
93:8
01799
1:14, 2:20
02108
7:6
02459
2:6
0334
7:21
06
122:4
06492
93:23

07068
4:11

**1**

1
92:25, 93:8,
122:3, 195:13
1-2;jane
2:16
1.2
55:17, 157:23,
157:24
10
6:6, 9:22,
15:17, 24:3,
54:14, 54:16,
54:17, 60:7,
66:11, 74:10,
74:13, 74:14,
104:25, 114:10,
120:25, 122:1,
122:9, 122:11,
122:13, 129:19,
132:8, 139:2,
156:21, 156:23,
181:4, 194:23
10,000
89:23
100
4:17
10250
5:7
108
9:19
11
3:10, 9:3,
9:23, 20:19,
30:7, 30:8,
33:23, 34:6,
40:2, 40:8,
73:17, 74:7,
74:10, 74:17,
75:10, 93:7,
133:14, 133:16,
133:18, 146:20,
147:13, 147:14,
225:18
1100
5:7, 7:19, 8:5

115
9:20
12
9:24, 10:6,
14:4, 14:7,
28:16, 64:6,
66:18, 66:24,
77:22, 77:23,
143:7, 143:9,
143:11, 145:17,
145:25, 153:14,
197:13, 203:3,
220:2, 222:1,
223:4, 223:9,
223:24
120
139:14
1200
43:24
1210
5:16
122
9:22
1297
1:5
13
9:25, 84:8,
116:10, 145:1,
145:3, 145:5
1300.28
10:9, 157:5
1328
156:21
133
9:23
1350
7:7
14
10:4, 16:9,
146:8, 146:10,
146:11, 150:3,
152:10, 153:2,
162:20, 200:20,
201:13, 201:19,
202:12
143
9:24
145
9:25

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

297

**146**
10:4
**15**
10:5, 110:17,
153:9, 153:11,
153:13, 219:5
**153**
10:5
**156**
10:7
**157**
10:9
**16**
10:7, 10:8,
85:1, 156:2,
156:4, 156:6,
156:9, 156:11
**17**
1:5, 1:14, 2:6,
2:20, 9:11,
10:9, 157:1,
157:3, 157:4,
191:4, 200:16,
211:23
**177**
10:10
**18**
7:5, 9:8,
10:10, 165:5,
171:13, 177:23,
177:25, 178:2,
191:5, 191:7,
191:9, 220:6,
222:1, 223:4,
223:10, 223:12,
223:14, 223:16,
223:20, 223:24,
227:16
**1880**
5:17
**19**
10:6, 10:12,
93:23, 150:5,
153:19, 194:9,
194:11, 194:13
**194**
10:12
**1973**
72:14, 179:1,

199:13
**1979**
102:4
**1983**
26:13
**1998**
102:4, 102:5
**1:-cv--glr**
2:6
**1st**
216:25

---
**2**
---
**2**
122:4, 220:2,
220:6
**20**
10:13, 110:17,
162:8, 165:13,
181:10, 200:11,
200:13, 200:14,
218:17, 218:18
**200**
10:13
**2000**
6:22
**20001**
5:24
**20005**
7:20, 8:6
**2010**
38:3, 39:17,
194:15
**2011**
37:8, 38:4,
39:14, 39:15,
188:11, 191:10
**2012**
216:20
**2013**
72:23, 78:1,
80:15, 108:17,
116:25
**2016**
29:12, 30:11,
30:14, 30:17,
30:23, 32:18,
35:21, 77:19,

150:19, 152:19,
156:7, 157:7,
216:18, 216:25
**2017**
17:22, 23:6,
23:17, 23:24,
24:2, 35:21,
116:10, 218:13
**2018**
55:8, 56:10,
143:19, 145:17,
145:25, 146:14,
146:21, 146:25,
147:3
**2019**
15:23, 20:19,
49:11, 64:18,
65:7, 122:24,
147:13, 147:14,
148:1, 153:14
**202**
5:25, 7:21, 8:7
**2020**
3:9, 22:2,
24:2, 67:6,
93:13, 232:14
**2021**
232:16
**204**
109:4
**206**
6:24, 123:5
**21**
9:10, 77:15,
162:11, 219:7,
219:9, 219:10
**2112**
6:7
**213**
4:19, 6:15
**22**
9:11, 85:2,
85:3
**224**
5:17, 214:12
**227**
9:4, 134:3
**229**
138:9

**23**
3:9, 116:14,
116:15, 116:19,
200:22
**231245**
200:15
**232**
3:24
**2333**
124:6, 124:8
**2334**
124:24
**2335**
132:9
**24**
22:2, 22:12,
66:21, 100:12
**25**
145:16, 168:14,
194:15
**2500**
4:12
**26**
18:23, 143:11,
145:5, 206:12
**269**
6:15
**27**
53:9, 56:5,
56:24, 116:13,
217:18
**28**
54:16
**29**
9:11, 23:6,
23:17, 23:24,
116:6, 210:4
**2:-cv--mjp**
1:5

---
**3**
---
**3**
162:11, 162:12,
220:1, 220:5
**3-6**
213:20
**3.1**
158:21

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

298

| | | | |
|---|---|---|---|
| **30**<br>10:8, 74:9,<br>156:7, 171:12,<br>232:13<br>**3000**<br>6:5<br>**30308**<br>5:16<br>**303271**<br>3:23<br>**307**<br>7:21<br>**31**<br>60:9, 60:19<br>**326**<br>6:24<br>**33**<br>78:15, 78:16,<br>79:7, 147:12,<br>225:19, 225:20<br>**35**<br>67:13<br>**355**<br>4:17<br>**36**<br>162:12, 171:4,<br>171:9, 171:12,<br>172:4, 173:12,<br>173:22, 173:23,<br>175:1<br>**365**<br>224:6<br>**37**<br>77:23<br>**370**<br>7:11<br>**38**<br>66:23<br>**382.5**<br>86:9<br>**392**<br>7:13<br>**3r**<br>44:11<br><br>───── **4** ─────<br><br>**4**<br>194:1, 194:2 | **40**<br>16:8, 16:9,<br>48:6, 49:20,<br>50:10, 54:14<br>**404**<br>5:17<br>**415**<br>7:13<br>**42**<br>171:12<br>**424**<br>5:9<br>**426**<br>7:7<br>**44**<br>54:17<br>**45**<br>173:9, 194:1<br>**4700**<br>6:8<br>**48**<br>194:2<br>**4956**<br>5:24<br><br>───── **5** ─────<br><br>**5**<br>230:12<br>**5,135**<br>89:17<br>**5-6**<br>213:21<br>**50**<br>24:8, 176:15,<br>187:22, 187:24<br>**501**<br>16:8, 49:20,<br>50:10<br>**502**<br>16:9, 48:6,<br>49:20, 50:10<br>**52**<br>93:7, 122:3<br>**5480**<br>6:24<br>**55**<br>9:12, 230:12<br>**5655**<br>5:9 | **597**<br>4:12<br>**5:-cv-099-jgb-kk**<br>1:14, 2:20<br>**5th**<br>143:18, 147:3<br><br>───── **6** ─────<br><br>**60**<br>176:15<br>**600**<br>214:11<br>**6000**<br>5:25<br>**6130.03**<br>9:12, 16:8,<br>55:1, 56:14,<br>56:21, 58:10,<br>170:7<br>**616**<br>8:7<br>**617**<br>7:7<br>**6250**<br>6:15<br>**6257**<br>7:13<br>**632**<br>6:8<br>**64**<br>9:13, 206:13,<br>206:14<br>**640**<br>5:15<br>**6490.07**<br>10:12, 194:8,<br>194:15, 194:19<br>**65**<br>207:21<br>**650**<br>6:8<br>**653**<br>5:9<br>**662**<br>5:25<br>**67**<br>68:21, 69:5,<br>69:13, 217:19 | ───── **7** ─────<br><br>**7,000**<br>110:15<br>**70**<br>176:15, 218:9<br>**71**<br>210:5, 215:19<br>**72**<br>62:22, 210:23,<br>213:12, 216:1<br>**730**<br>5:15<br>**76**<br>9:14<br>**78**<br>28:16, 28:19<br><br>───── **8** ─────<br><br>**80**<br>37:19, 218:15,<br>222:22<br>**800**<br>6:22<br>**8267**<br>8:7<br>**84**<br>9:17<br>**850**<br>5:23<br>**870**<br>7:11<br>**891**<br>4:19<br>**8966**<br>4:19<br>**897**<br>5:17<br><br>───── **9** ─────<br><br>**9**<br>3:10<br>**9,000**<br>204:13<br>**90**<br>13:23, 28:19<br>**900**<br>214:10 |

Transcript of George Brown, M.D., DFAPA
Conducted on June 23, 2020

**90067**
5:8
**90071**
4:18
**91**
28:17
**94102**
7:12
**94306**
6:7
**950**
7:5
**9586**
27:7
**96**
211:7, 211:8
**973**
4:12
**98104**
6:23