AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Nicolas Talbott, et al. )
*Plaintiff* )
v. ) Case No. 1:25-cv-240-ACR
Donald J. Trump, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 03/12/2025

/s/ Jason Manion
*Attorney's signature*

Jason Manion (D.C. Bar # 1619439)
*Printed name and bar number*
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

*Address*

Jason.Manion2@usdoj.gov
*E-mail address*

(202) 445-6214
*Telephone number*

*FAX number*