IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, *et.al.*

    *Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    *Defendants*.

No. 1:25-cv-240-ACR

**NOTICE PURSUANT TO THE COURT'S ORDER**

The Court's February 5, 2025 Minute Order requires Defendants to notify Plaintiffs and the Court of any policy or guidance implementing Executive Orders 14168 or 14183.

At this time, Defendants are aware of the following such documents (new item(s) in **bold**):

| Date | Description |
|---|---|
| 28 Jan 2025 | Dep't of the Navy, Navy Recruiting Command, *Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender*.[1] |
| 31 Jan 2025 | Secretary of Defense, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[2] |
| 04 Feb 2025 | Dep't of the Air Force, Office of the Assistant Secretary, *Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[3] |
| 04 Feb 2025 | Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: *Implementing Guidance for Executive Order Defending Women*.[4] |
| 07 Feb 2025 | Secretary of Defense, *Prioritizing Military Excellence and Readiness*.[5] |
| 07 Feb 2025 | Dep't of the Army, *Implementation of Executive Orders Related to Transgender Military Service* ("EXORD 150-25").[6] |

---

[1] *See* ECF No. 14-2 at 2.

[2] *See* ECF No. 14-3 at 2–3.

[3] *See* https://www.af.mil/News/Article-Display/Article/4054626/daf-releases-memorandum-on-implementation-of-executive-order-14168-defending-wo/

[4] *See* ECF No. 23-1.

[5] *See* ECF No. 33-1.

[6] *See* ECF No. 37-1.

| 14 Feb 2025 | Dep't of the Army, Fragmentary Order ("FRAGO") 1, amending EXORD 150-25 (above).[7] |
|---|---|
| 26 Feb 2025 | Office of the Under Secretary of Defense, *Additional Guidance on Prioritizing Military Excellence and Readiness*.[8] |
| 28 Feb 2025 | Office of the Under Secretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readines*.[9] |
| 01 Mar 2025 | Dep't of the Air Force, Acting Assistant Sec'y for Manpower & Readiness, *Additional Guidance for Executive Order 14183, 'Prioritizing Military Excellence and Readiness.'*[10] |
| 04 Mar 2025 | Office of the Undersecretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers*.[11] |
| 06 Mar 2025 | Sec'y of the Army, *Prioritizing Military Excellence and Readiness Implementation Guidance*.[12] |
| 07 Mar 2025 | Dep't of the Army, *Implementing Guidance for Executive Order* (EXORD 175-25) (superseding EXORD 150-25, above).[13] |
| **13 Mar 2025** | **Sec'y of the Navy, *Initial Directoin on Prioritizing Military Excellence and Readiness*.[14]** |

In accordance with the Court's order, Defendants will continue to update this list as additional policies or guidance are promulgated.

Dated: March 13, 2025    Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEX HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Jason C. Lynch*
JASON C. LYNCH

---

[7] *See* ECF No. 49-1.

[8] *See* ECF No. 63-1.

[9] *See* ECF No. 65-1.

[10] *See* ECF No. 67-1.

[11] *See* ECF No. 70-1.

[12] *See* ECF No. 75-1.

[13] *See* ECF No. 75-2.

[14] Attached as Exhibit 1.

        ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-1359
Jason.Lynch@usdoj.gov

*Counsel for Defendants*

3