CLASSIFICATION: UNCLASSIFIED//

Generated by OIX GATEWAY NORFOLK VA. Only authorized users may reply.

-----OFFICIAL INFORMATION DISPATCH FOLLOWS-----

RTTUZYUW RHOIAAA0001 0721512-UUUU--RHSSSUU.

ZNR UUUUU

R 131511Z MAR 25 MID120001788533U

FM SECNAV WASHINGTON DC

TO ALNAV

INFO SECNAV WASHINGTON DC

CNO WASHINGTON DC

CMC WASHINGTON DC

BT

UNCLAS

ALNAV 023/25

MSGID/GENADMIN/SECNAV WASHINGTON DC/-/MAR//

SUBJ/INITIAL DIRECTION ON PRIORITIZING MILITARY EXCELLENCE AND

READINESS//

REF/A/EXECUTIVE ORDER 14168/20JAN25//

REF/B/EXECUTIVE ORDER 14183/27JAN25//

REF/C/SECDEF MEMORANDUM/7FEB25//

REF/D/PTDO USD-PR MEMORANDUM/26FEB25//

REF/E/SECNAVINST 1000.11A/27JUN23

REF/F/ PTDO ASD-MRA MEMORANDUM/28FEB25//

REF/G/ PTDO ASD-MRA MEMORANDUM/4MAR25//

REF/H/10 USC 1175A//

REF/I/DODI 1332.43/28NOV17//

REF/J/DODI 1332.29/3MAR17//

REF/K/DODI 1332.46/21DEC18//

REF/L/DODI 1332.35/26SEP19//

NARR/REF A IS EXECUTIVE ORDER 14168 "DEFENDING WOMEN FROM GENDER IDEOLOGY EXTREMISM AND RESTORING BIOLOGICAL TRUTH TO THE FEDERAL GOVERNMENT."

REF B IS EXECUTIVE ORDER 14183 "PRIORITIZING MILITARY EXCELLENCE AND READINESS."

REF C IS SECRETARY OF DEFENSE MEMORANDUM "PRIORITIZING MILITARY EXCELLENCE AND READINESS."

REF D IS PERFORMING THE DUTIES OF UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS MEMORANDUM "ADDITIONAL GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND READINESS."

REF E IS SECRETARY OF THE NAVY INSTRUCTION 1000.11A "SERVICE OF TRANSGENDER SAILORS AND MARINES."

REF F IS PERFORMING THE DUTIES OF ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM "CLARIFYING GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND READINESS."

REF G IS PERFORMING THE DUTIES OF ASSISTANT SECRETARY OF DEFENSE FOR MANPOWER AND RESERVE AFFAIRS MEMORANDUM "CLARIFYING GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND READINESS: RETENTION AND ACCESSION WAIVERS."

REF H IS SECTION 1175A OF TITLE 10, UNITED STATES CODE "VOLUNTARY SEPARATION PAY AND BENEFITS."

REF I IS DEPARTMENT OF DEFENSE INSTRUCTION 1332.43 "VOLUNTARY SEPARATION PAY (VSP) PROGRAM FOR SERVICE MEMBERS."

REF J IS DEPARTMENT OF DEFENSE INSTRUCTION 1332.29 "INVOLUNTARY SEPARATION PAY (NON-DISABILITY)."

REF K IS DEPARTMENT OF DEFENSE INSTRUCTION 1332.46 "TEMPORARY EARLY RETIREMENT AUTHORITY (TERA) FOR SERVICE MEMBERS."

REF L IS DEPARTMENT OF DEFENSE INSTRUCTION 1332.35 "TRANSITION ASSISTANCE PROGRAM (TAP) FOR MILITARY PERSONNEL."//

RMKS/1.  Pursuant to reference (a), the Department of the Navy (DON) recognizes two sexes:  male and female.  An individual's sex is immutable, unchanging during a person's life.  References (b), (c), and (d) establish that individuals who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria are no longer eligible for military service, except as described in reference (d).  After 28 March 2025, the DON will initiate involuntary administrative separation for these personnel and others who are disqualified for military service per references (c) and (d).  This message provides procedures for voluntary separation of impacted personnel.

2.  Pursuant to reference (d), reference (e) is cancelled.  Navy and Marine Corps policies based in reference (e) must be rescinded or updated, as appropriate, as soon as practicable, with the first report on progress due 24 March 2025 to the Assistant Secretary of the Navy (Manpower and Reserve Affairs) (ASN(M&RA)).

   a.  Effective immediately, all exceptions to policy allowing a member to conform to standards associated with a sex different from their identification in the Defense Enrollment Eligibility Reporting System (DEERS) approved in accordance with reference (e) are revoked and no further exceptions will be approved.

   b.  The Chief of Naval Operations (CNO) and Commandant of the Marine Corps (CMC) will maximize the use of all available command authorities to ensure impacted personnel are afforded dignity and respect.

   c.  Navy and Marine Corps personnel will take no action to identify Service Members, pursuant to references (d) and (f), to include the use of medical records, periodic health assessments, ad hoc physical assessments, or any other diagnostic mechanism, unless otherwise directed by an appropriate official in the Office of the Under

Secretary of Defense for Personnel and Readiness. Nothing in this paragraph prevents commanders from taking appropriate action in support of Service Members who request to voluntarily separate in accordance with paragraph 5 below.

3. Appointment, enlistment, or induction into the Navy and Marine Corps.

   a. Per reference (d), applicants for military service and individuals currently in the Delayed Entry Program who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria are disqualified from military service. Individuals with offers of admission to the United States Naval Academy (USNA) or the Naval Reserve Officers' Training Corps (NROTC) who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria are disqualified from military service and offers of admission will be rescinded except as outlined in paragraph 4.

   b. A history of cross-sex hormone therapy or sex reassignment or genital reconstruction surgery as treatment for gender dysphoria or in pursuit of a sex transition is disqualifying for applicants for military service, and incompatible with military service for military personnel.

4. Waivers. Per reference (g), military personnel who are no longer eligible for military service, as well as applicants for military service who are disqualified, may be considered for retention or accession waiver on a case-by-case basis, provided there is a compelling government interest in retaining or accessing such individuals that directly supports warfighting capabilities. Only the Secretary of the Navy has authority to grant a waiver. Further guidance on submission of waivers will be provided; however, submission of a waiver will not change the deadline to request voluntary

separation in paragraph 5, below.  To be eligible for a waiver, military personnel or applicants for military service must meet the following criteria:

   a.  The individual demonstrates 36 consecutive months of stability in the individual's sex without clinically significant distress or impairment in social, occupational, or other important areas of functioning; and

   b.  The individual demonstrates that he or she has never attempted to transition to any sex other than his or her sex; and

   c.  The individual is willing and able to adhere to all applicable standards, including the standards associated with his or her sex.

5. Voluntary Separation.  Per reference (d), military personnel, including USNA and NROTC midshipmen, who have a current diagnosis or history of, or exhibit symptoms consistent with, gender dysphoria may request voluntary separation by 28 March 2025, subject to the following:

   a.  At this time and per reference (f), commanders will not direct or request any information described in paragraph 2c, above, be provided by the requesting member or any other Department of Defense (DoD) personnel as part of a request for separation in accordance with this ALNAV.  As appropriate, further guidance for potential medical verification of applicable diagnoses will be provided.

   b. Any remaining military service obligation will be waived for members requesting voluntary separation; any bonus received prior to 26 February 2025 and subject to a service obligation will not be recouped. Absent any other basis for separation or disenrollment, USNA and NROTC midshipmen will not be subject to monetary repayment of education

benefits.

   c.  No later than 14 March 2025, the CNO and CMC will each designate a single flag or general officer responsible for receiving requests for voluntary separation and publish via widest distribution the method by which members may submit these requests.  Further guidance will be provided on adjudication and execution of voluntary separation requests.

   d.  Characterization of service will be honorable except where the member's record otherwise warrants a different characterization.  The applicable separation program designator codes and associated narrative reasons for separation will be provided at a later date by an appropriate official of the Office of the ASN(M&RA) in coordination with the Office of the Under Secretary of Defense for Personnel and Readiness.

   e.  For military personnel requesting voluntary separation and eligible for voluntary separation pay in accordance with references (h) and (i), CNO and CMC will authorize voluntary separation pay at a rate that is twice the amount of involuntary separation pay for which the member would have been eligible in accordance with reference (j).  Voluntary separation pay is not payable to those with less than six years or more than 20 years of service.  No member receiving Voluntary Separation Pay in accordance with this ALNAV will be required to serve in the Ready Reserve.

   f.  CNO and CMC are authorized Temporary Early Retirement Authority for members with over 18 but less than 20 years of total active-duty service eligible per reference (k) and separated in accordance with this ALNAV.

   g.  CNO and CMC will reassign to their respective military service,

members who request voluntary separation in accordance with this ALNAV and are currently assigned to the Office of the Secretary of Defense, Defense Agencies, DoD Field Activities, Combatant Commands, or other joint assignments.

6.  Administrative Absence

   a.  Members with an approved exception to policy that is revoked pursuant to paragraph 2a above will be offered administrative absence status pending action on the member's separation.  CNO and CMC should place members who request voluntary separation in accordance with this ALNAV in an administrative absence status.  Members placed in an administrative absence status in accordance with this ALNAV will be entitled to full pay and benefits and they will be designated as non-deployable until separation is complete.

   b.  Members in an administrative absence status will complete any pre-separation requirements, including the Transition Assistance Program per reference (l), and be afforded maximum flexibility to complete such requirements remotely or in civilian attire.

7.  Consistent with existing law and policy, commanders will protect the privacy of protected health information they may receive under this policy in the same manner as they would any other protected health information.  Such health information will be restricted to personnel with a specific need to know in order to conduct official duties.  Personnel will be accountable for safeguarding health information consistent with law and policy.

8.  CNO and CMC will prepare and maintain status updates in accordance with the reporting requirements of reference (d) and deliver to ASN(M&RA) beginning 24 March 2025 and continuing every 30 days thereafter.

9.  Additional direction will be provided concerning adjudication and execution of voluntary separation requests and procedures for involuntary separation of personnel outlined in references (c) and (d).

10.  Released by Mr. Terence G. Emmert, Acting Secretary of the Navy.//
BT
#0001
NNNN
<DmdsSecurity>UNCLASSIFIED//</DmdsSecurity>
<DmdsReleaser>WALLACE.JAMES.DOUGLAS.1402926232</DmdsReleaser>

CLASSIFICATION: UNCLASSIFIED//