# INITIAL GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND READINESS

Date Signed: 3/14/2025 | MARADMINS Number: 128/25

MARADMINS : 128/25

```
R 141745Z MAR 25
MARADMIN 128/25
MSGID/GENADMIN/CMC WASHINGTON DC MRA MP//
SUBJ/INITIAL GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND
READINESS//
REF/A/MSGID: DOC/SECNAV/13MAR25//
REF/B/MSGID: DOC/OUSD(PR)/26SEP19//
REF/C/MSGID:  MSG/CMC WASHINGTON DC MRA MP/R131403ZOCT16//
REF/D/MSGID:  MSG/CMC WASHINGTON DC MRA MP/R051809ZDEC16//
REF/E/MSGID:  MSG/CMC WASHINGTON DC MRA MP/R121400ZMAY21//
NARR/REF A IS ALNAV 023/25, INITIAL DIRECTION ON PRIORITIZING
MILITARY EXCELLENCE AND READINESS.  REF B IS DODI 1332.35,
TRANSITION ASSISTANCE PROGRAM (TAP) FOR MILITARY PERSONNEL.
REF C IS MARADMIN 543/16, DOD TRANSGENDER SERVICE IMPLEMENTATION
HANDBOOK.  REF D IS MARADMIN 631/16, DOD TRANSGENDER SERVICE POLICY
UPDATE.  REF E IS MARADMIN 260/21, IN-SERVICE TRANSITION FOR
TRANSGENDER SERVICE MEMBERS.//
POC/MPO/EMAIL: SMB_HQMC_MPO@USMC.MIL. /TEL: (703) 784-9371.
GENTEXT/REMARKS/1.  Purpose.  As directed by reference (a), this
MARADMIN promulgates guidance for submitting requests for voluntary
separation and publishes via widest distribution the method by which
affected Marines may submit these requests.
2.  Method
2.a.  No later than 28 March 2025, Marines affected by reference (a)
may submit voluntary separation requests via NAVMC Form 10274
through the first O-5 level Marine Corps commanding officer in their
chain of command to HQMC.  Submit signed, dated, and endorsed
requests to the appropriate organizational mailbox:
2.a.1.  Active Enlisted:  smb_manpower.mmsr2e@usmc.mil.
```

2.a.2.  Active Officer:  smb_manpower.mmsr2o@usmc.mil.

2.a.3.  Reservists:  smb.manpower.mmsr5@usmc.mil.

2.b.  Upon approval:

2.b.1.  The Manpower Management Separation and Retirement (MMSR) Branch will report the applicable Separation Program Designator Code and separation date and notify the Marines.

2.b.2.  Commanders will ensure Marines complete any pre-separation requirements, including the Transition Assistance Program, per reference (b), prior to separation.

3.  Administrative Absence.  In accordance with reference (a), affected Marines who submit voluntary separation requests shall be placed in an administrative absence status at the earliest opportunity, while pending final approval of their voluntary separation request.  Marines placed in administrative absence status will be assigned a duty limitation code of E - ADMIN, NON-DEPLOY.  Marines placed in an administrative absence status in accordance with reference (a) will be entitled to full pay and benefits until their separation is complete.

4.  References (c) through (e) are hereby cancelled.

5.  This MARADMIN is applicable to the Total Force.

6.  Release authorized by Brigadier General David R. Everly, Director, Manpower Plans and Policy Division.//