```
CLASSIFICATION: UNCLASSIFIED//
ROUTINE
R 132108Z MAR 25 MID120001789513U
FM CNO WASHINGTON DC
TO NAVADMIN
INFO CNO WASHINGTON DC
BT
UNCLAS

NAVADMIN 055/25

PASS TO OFFICE CODES:
FM CNO WASHINGTON DC//N1//
INFO CNO WASHINGTON DC//N1//
MSGID/GENADMIN/CNO WASHINGTON DC/N1/MAR//

SUBJ/INITIAL EXECUTION RELATED TO PRIORITIZING MILITARY EXCELLENCE AND
READINESS//

REF/A/MEMO/OUSD(PR)/26FEB25//
REF/B/MEMO/OUSD(PR)/28FEB25//
REF/C/ALNAV/SECNAV WASHINGTON DC/131511ZMAR25
REF/D/NAVADMIN/OPNAV/031311ZJUN21//
REF/E/DOC/COMNAVPERSCOM/07NOV16//
REF/F/MEMO/OSD/07FEB25//
REF/G/DOC/SECDEF/DODI 1332.43/28NOV17//
REF/H/DOC/SECDEF/DODI 1332.29/03MAR17//
REF/I/DOC/SECDEF/DODI 1332.46/21DEC18//
REF/J/DOC/BUPERS/1001.39, CHANGE 1/03MAY13//
REF/K/DOC/COMNAVPERSCOM/11NOV21//
REF/L/DOC/COMNAVPERSCOM/12AUG24//
REF/M/DOC/OPNAV/1300.20A/03OCT23//
REF/N/DOC/COMNAVPERSCOM/10MAY17//
REF/O/DOC/COMNAVPERSCOM/01JUN16//

NARR/REF A IS UNDER SECRETARY OF DEFENSE FOR PERSONNEL AND READINESS
MEMORANDUM, ADDITIONAL GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE AND
READINESS.
REF B IS CLARIFYING GUIDANCE ON UNDERSECRETARY OF DEFENSE FOR PERSONNEL AND
READINESS MEMORANDUM, ADDITIONAL GUIDANCE ON PRIORITIZING MILITARY EXCELLENCE
AND READINESS.
REF C IS ALNAV 023/25, INITIAL DIRECTION PRIORITIZING MILITARY EXCELLENCE AND
READINESS.
REF D IS NAVADMIN 112/21, INTERIM GUIDANCE FOR SERVICE OF TRANSGENDER NAVY
PERSONNEL.
REF E IS MILPERSMAN 1000-131, MEMBER GENDER MARKER CHANGE.
REF F IS SECRETARY OF DEFENSE MEMORANDUM FOR PRIORITIZING MILITARY EXCELLENCE
AND READINESS.
REF G IS DODI 1332.43, VOLUNTARY SEPARATION PAY (VSP) PROGRAM FOR SERVICE
MEMBERS.
REF H IS DODI 1332.29, INVOLUNTARY SEPARATION PAY (NON-DISABILITY).
REF I DODI 1332.46, TEMPORARY EARLY RETIREMENT AUTHORITY (TERA) FOR SERVICE
MEMBERS.
REF J IS BUPERSINST 1001.39 CHANGE 1,
ADMINISTRATIVE PROCEDURES FOR NAVY RESERVE PERSONNEL.
REF K IS MILPERSMAN 1920-190, TYPES OF RESIGNATIONS BY OFFICERS.
REF L IS MILPERSMAN 1920-200, OFFICER RESIGNATION TYPES AND PROCEDURES.
REF M IS OPNAVINST 1300.20A, DEPLOYABILITY ASSESSMENT AND ASSIGNMENT PROGRAM.
REF N IS MILPERSMAN 1050-270, ADMINISTRATIVE ABSENCES.
REF O, IS MILPERSMAN 1320-314, TEMPORARY DUTY (TDY) TRAVEL ORDERS. //

RMKS/1.  Pursuant to references (a) through (c), this NAVADMIN cancels
references (d) and (e), and establishes voluntary separation procedures for
Service Members who have a current diagnosis or history of, or exhibit
```

symptoms consistent with, gender dysphoria in line with references (a) through (c).
    a.  Effective immediately, all exceptions to policy allowing a member to conform to standards associated with a sex different from their identification in the Defense Enrollment Eligibility Reporting System (DEERS) approved in accordance with reference (d) are revoked and no further exceptions will be approved.  Gender marker change requests previously submitted under references (d) and (e), will no longer be accepted or processed by MyNavy Career Center (MNCC).
    b.  Navy and Marine Corps personnel will take no action to identify Service Members, pursuant to references (a) and (b), to include the use of medical records, periodic health assessments, ad hoc physical assessments, or any other diagnostic mechanism, unless otherwise directed by an appropriate official in the Office of the Under Secretary of Defense for Personnel and Readiness.  Nothing in this paragraph prevents commanders from taking appropriate action in support of Service Members who request to voluntarily separate in accordance with paragraph 3 below.
    c.  Cross-sex hormone therapy that began prior to the issuance of reference (f) will be continued for the duration of the Service Member's time in service if recommended by a DoD health care provider.
    d.  Service Members may consult with a Department of Defense health care provider concerning a diagnosis of gender dysphoria and receive mental health counseling for a diagnosis of gender dysphoria.

2. Voluntary Separation Request Deadline.  Active-Duty and Reserve Service Members that meet the criteria outlined in reference (a) may request voluntary separation or, for those eligible, retirement no later than (NLT) 2359Y (UTC-12:00), Friday, 28 March 2025.
    a.  Service Members that meet the eligibility requirements for Voluntary Separation Pay (VSP) in line with reference (g) may receive VSP at a rate that is twice the amount of involuntary separation pay for which the Service Member would have been eligible in line with reference (h).
        (1) VSP is not payable to Service Members with less than 6 Years of Service (YOS) or immediately eligible for retired pay upon separation.
        (2) VSP is not payable to the Reserve Component.
        (3) In line with reference (c), Service Members who receive VSP will not be required to serve in the Ready Reserve.
    b.  Service Members requesting voluntary separation in line with reference (c) are not required to pay back any bonus or incentive pays received where the required obligation has not been met.
    c.  Service Members identified after 2359Y, 28 March 2025 who meet the criteria outlined in section 4.4 of reference (a) and who have not submitted a voluntary separation or retirement request will be subject to involuntary separation and will no longer be eligible for the benefits outlined in paragraphs 2.a and 2.b and may be required to pay back any bonus or incentive pays received where the required obligation has not been met.  Procedures for involuntary separation will be promulgated via future guidance.

3. Voluntary Separation Process.  The process for requesting voluntary separation or retirement differs depending on rank, time in service, and active or reserve status.  Requests for voluntary separation or retirement will be submitted to the Deputy Chief of Naval Personnel (DCNP) via the applicable process as outlined below.
For all submissions via Navy Standard Integrated Personnel System (NSIPS), Service Members who receive system notifications that they are ineligible for the type of retirement or separation they are requesting, but are eligible in line with this NAVADMIN, should disregard the notifications and request waivers for all constraining conditions (e.g. Time in Grade (TIG)).
    a.  The Service Member's Commanding Officer (CO) for Active Duty or, for Selected Reservists (SELRES), the Service Member's Navy Reserve Activity (NRA) CO, is required to expeditiously forward the request to DCNP with an endorsement.
    b.  All requests must include an affidavit in the form of a permanent NAVPERS 1070/613 signed by the Service Member and witnessed by a command representative with the statement:  "In line with OSD memos "Additional

Guidance on Prioritizing Military Excellence and Readiness" of 26 February 2025, and "Clarifying Guidance on Military Excellence and Readiness" of 28 February 2025, and ALNAV 023/25, I seek to voluntarily separate [or retire, as appropriate] from Naval Service.  I certify that I meet the criteria for this program as described in ALNAV 023/25 and understand this is an official statement under the meaning of Article 107 of the Uniform Code of Military Justice.  I understand that my eligibility for this program may be verified via medical records, service records, and/or diagnosis by a medical provider, as determined by future guidance."  The signed NAVPERS 1070/613 shall be uploaded in each of the requisite systems outlined below for each separation or retirement request.
    c.  Service Members that have issues accessing or submitting their separation or retirement request via NSIPS may contact the NSIPS helpdesk using the contact information in section 9.b of this NAVADMIN.
    d.  After submitting the separation or retirement request, Service Members will email the NPC Point of Contact (POC) at molly.bergeron-conway7.mil@us.navy.mil and the Service Central Coordination Cell (SCCC) at usn_navy_sccc@navy.mil NLT 2359Y, 28 March 2025 with their name and notification that the request for voluntary separation or retirement was submitted in line with ALNAV 023/25.

4.  Active-Duty Voluntary Separation Process.
    a.  Officer and enlisted Service Members with 20 years or more of total Active-Duty service who are regular retirement eligible:
        (1) Service Members with 20 years or more of total Active- Duty service who wish to voluntarily retire under this policy must submit their request for transfer to the Fleet Reserve/Retired List via NSIPS.
        (2) Service Members will complete the following steps:
            (a) Log into NSIPS (https://www.nsips.cloud.navy.mil/).
            (b) Navigate to the "Employee Self-Service" tab.
            (c) From the drop-down menu, select "Request Retirement/Separation".
            (d) Select "Regular Retirement" or "Fleet Reserve" as the request type as applicable.
            (e) Choose a requested date NLT 1 June 2025.
            (f) Request waivers for all constraining conditions as applicable.  In the waiver tab of the request, add the following comment as applicable: "Waiver request submitted in line with ALNAV 023/25."
            (g) Add the following comment to the Attach/Comment/Recommend tab:  "Request submitted in line with ALNAV 023/25."
            (h) Upload the signed affidavit under the Attach/Comment/Recommendation tab.
            (i) Fill out and edit all remaining sections of the request tab, the Attach/Comment/Recommendation tab, and the contact information tab as applicable.
            (j) Route the request for approval using the button at the bottom of the page.  Route to either the command separation specialist or command reviewer, as appropriate.
            (k) Notify the NPC POC and the SCCC of the retirement request submitted in line with ALNAV 023/25.
        (3) Once in receipt, the command reporting senior will expeditiously review the request and provide comments and recommendations.  The comments will include the following:  "Request submitted in line with ALNAV 023/25".  COs must also state in their comments or endorsement whether the Service Member has any pending misconduct, including but not limited to: undergoing/pending investigation, Non-Judicial Punishment (NJP), Administrative Separation (ADSEP), possible court-martial, or civilian trial.
        (4) Submit the request electronically to NPC.
        (5) COs will verify that the Service Member has emailed the NPC POC and the SCCC as outlined in paragraph 3. of this NAVADMIN.
    b.  Officer and enlisted Service Members eligible for early retirement:
        (1) Service Members with over 18 years, but less than 20 years of total Active-Duty service by 28 March 2025 are eligible for early retirement under Temporary Early Retirement Authority (TERA), in line with references (i) and (c).  Service Members must submit their early retirement request via

```
NSIPS Retirement and Separations (RnS).
       (2) Service Members will complete the following steps:
           (a) Log into NSIPS (https://www.nsips.cloud.navy.mil/).
           (b) Navigate to the "Employee Self-Service" tab.
           (c) From the drop-down menu, select "Request
Retirement/Separation".
           (d) Under the request "Request details" section, select "Regular
TERA (Early Retirement)".
           (e) Choose a requested date NLT 1 June 2025.
           (f) Request waivers for all constraining conditions as
applicable.  In the waiver tab of the request add the following comment as
applicable:  "Request submitted in line with ALNAV 023/25".
           (g) Upload the signed affidavit under the
Attach/Comment/Recommendation tab.
           (h) Fill out and edit all remaining sections of the request tab,
the Attach/Comment/Recommendation tab, and the contact information tab as
applicable.
           (i) Route the request for approval using the button at the bottom
of the page.  Route to either the command separation specialist or command
reviewer as appropriate.
           (j) Notify the NPC POC and the SCCC of the retirement request
submitted in line with ALNAV 023/25.
       (3) Once in receipt, the command reporting senior will expeditiously
review the request and provide comments and recommendations.  The comments
will include the following:  "Request submitted in line with ALNAV 023/25".
COs must also state in their comments or endorsement whether the Service
Member has any pending misconduct, including but not limited to:
undergoing/pending investigation, NJP, ADSEP processing, possible court-
martial, or civilian trial.
       (4) Submit the request electronically to NPC.
       (5) COs will verify that the Service Member has emailed the NPC POC
and the SCCC as outlined in paragraph 3.d of this NAVADMIN.
    c.  Enlisted Service Members not eligible for retirement:
       (1) Requests for voluntary separation from enlisted Service Members
with less than 18 YOS on 28 March 2025 will be submitted to NPC Career
Progression Division (PERS-8) for Active Duty Service Members via their CO.
       (2) Service Members may initiate this process by filling out and
submitting NAVPERS 1306/7, electronic Personnel Action Request (ePAR).  To
initiate this request, log into MyNavy Portal (MNP) at
https://www.my.navy.mil/ and complete the following steps:
           (a) Select "Career and Life Events" at the top right of the
webpage.
           (b) Select "Career Planning".
           (c) Select "Submit/Manage an ePAR".
           (d) Select "Sailor Submit".
           (e) Under the section labeled "electronic Personnel Action
Request", select "CONTINUE".
           (f) Fill in the required information on the electronic form.
           (g) Under the "Requested Action, Reason for Submission" section,
write the following:  "Request submitted in line with ALNAV 023/25".  Add any
additional information in this section as applicable.
           (h) Under the "Requested Action, Date Available" section, the
latest date available will be NLT 1 June 2025.
           (i) When ready to submit to the Command Career Counselor (CCC),
click "Send" at the bottom right of the page.
           (j) After clicking "Send", a pop-up window will appear.
Attach the signed affidavit and any other supporting documents to the ePAR by
clicking "choose file" and following the prompt to attach a file.
           (k) Click "Continue" to submit.
           (l) Notify the NPC POC and the SCCC of the voluntary separation
request submitted in line with ALNAV 023/25.
       (3) CCCs will expeditiously route the NAVPERS 1306/7 (ePAR) through
the Chain of Command to obtain command endorsement.
       (4) COs should endorse the Service Member's request and must add the
following statement to their endorsement:  "Request submitted in line with
```

ALNAV 023/25".  COs must also state in their comments or endorsement whether the Service Member has any pending misconduct, including but not limited to: undergoing/pending investigation, NJP, ADSEP processing, possible court-martial, or civilian trial.
       (5) Commands will submit requests via MNP or via email to MNCC at askmncc@navy.mil.
       (6) COs will verify that the Service Member has emailed the NPC POC and the SCCC as outlined in paragraph 3.d of this NAVADMIN.
   d.  Officers not eligible for retirement:
       (1) Officers with less than 18 years of total Active-Duty service on 28 March 2025 who wish to voluntarily separate under this policy will submit their resignation request via NSIPS RnS.
       (2) To initiate the resignation request, complete the following steps:
           (a) Log into NSIPS (https://www.nsips.cloud.navy.mil/).
           (b) Navigate to the "Employee Self-Service" tab.
           (c) From the drop-down menu, select "Request Retirement/Separation".
           (d) Select "Regular Officer Resignation" as the request type.
           (e) Choose a requested date NLT 1 June 2025.
           (f) Reason for Separation will be "Other".
           (g) Add the following comment to the Attach/Comment/Recommend tab:  "Request submitted in line with ALNAV 023/25."
           (h) Request waivers for all constraining conditions as applicable.  In the waiver tab of the request add the following comment:  "Request submitted in line with ALNAV 023/25."
           (i) Upload the signed affidavit under the Attach/Comment/Recommendation tab.
           (j) Fill out and edit all remaining sections of the request tab, Attach/Comment/Recommendation, and the contact information tab as applicable.
           (k) Route the request for approval using the button at the bottom of the page.  Route to either the command separation specialist or command reviewer as appropriate.
           (l) Notify the NPC POC and the SCCC of the resignation request submitted in line with ALNAV 023/25.
       (3) The command reporting senior will expeditiously review the request and provide comments and recommendations.  The comments will include the following:  "Request submitted in line with ALNAV 023/25".
       (4) COs will verify that the Service Member has emailed the NPC POC and the SCCC as outlined in paragraph 3.d of this NAVADMIN.

5.  Reserve Voluntary Separation Process.
   a.  Reservists with 20 or more years of qualifying service (YQS) who wish to request non-regular retirement in line with reference (j) will use the process outlined in section 4.a.(2)-(5) of this NAVADMIN.  NRA COs will provide the endorsement.
   b.  Reserve Service Members who request voluntary separation are not eligible for TERA.
   c.  Reserve Service Members with fewer than 20 YQS who request separation from the service will use the following process:
       (1) Enlisted SELRES will submit a NAVPERS 1306/7 (ePAR) to Reserve Personnel Management Department (PERS-9) via their NRA CO using the process outlined in section 4.c. (2)-(6) of this NAVADMIN.
       (2) Officer SELRES will submit a resignation request via NSIPS using the procedure outlined in section 4.d. (2)-(4) of this NAVADMIN.
   d.  For Reservists in the Individual Ready Reserve (IRR), S1 or S2, all requests for retirement or separation should be submitted using the process outlined in section 5.a or 5.c of this NAVADMIN as applicable and if able.  No command endorsement is required as these Service Members are directly assigned to IRR Administration (PERS- 93).
   e.  In alignment with the guidance provided in section 8 of this NAVADMIN, NRAs may submit authorized absences for Service Members being processed for resignation or retirement.
   f.  Further guidance for the Reserve Component will be forthcoming in ALNAVRESFORs.

6. Service Members, Active Duty and Reserve, unable to submit a voluntary separation or retirement request electronically.
    a.  If unable to complete a voluntary separation or retirement request electronically as outlined in sections 4 and 5 of this NAVADMIN, Service Members may submit a paper request to their CO or NRA CO NLT 28 March 2025 indicating their desire and intention to voluntarily separate or retire from the Service.
    b.  The process and required paperwork will mirror the processes outlined in section 4 and 5 of this NAVADMIN.
        (1) Officer and enlisted Service Members eligible for retirement:
            (a) Service Members will submit requests via the Officer Personnel Information System (OPINS) or the NSIPS Career Information Management System (CIMS) as applicable and if able.
            (b) Reservists submitting applications for voluntary retirement or transfer to Retired Reserve status will submit their request in the format shown in figure 20-4 of reference (j).
Applications may be faxed to the Reserve Retirement Branch (PERS-912) at (901) 874-7044 or mailed to:
                Commander Navy Personnel Command (PERS-912)
                5720 Integrity Drive
                Millington, TN 38055
Upon submission of the request, Service Members will email the NPC POC and the SCCC of their retirement request submitted in line with ALNAV 023/25.
            (c) Enlisted Service Members may submit a TIG waiver request to their Enlisted Community Manager via a NAVPERS 1306/7 (ePAR) form.
        (2) Enlisted Service Members not eligible for retirement:
            (a) Service Members will print out NAVPERS Form 1306/7 (ePAR) and fill out the form as directed in steps 6 through 9 of section 4.c. (2) of this NAVADMIN.  Route the request, with the signed affidavit as an enclosure to the CCC for processing.  The CCC will expeditiously review and route to the CO for endorsement.
Commanders must endorse the Service Member's request and must add the following statement:  "Request submitted in line with ALNAV 023/25".
            (b) Upon submission of the request, Service Members will email the NPC POC and the SCCC of their voluntary separation request submitted in line with ALNAV 023/25.
        (3) Officers not eligible for retirement:
            (a) Active Duty and Reserve officers will submit an Unqualified Resignation request using the appropriate format provided in reference (k) to PERS-8 for Active Duty or PERS-9 for reservists, via their CO or NRA CO and as directed by reference (l).
            (b) Upon submission of the request, Service Members will email the NPC POC and the SCCC of their voluntary resignation request submitted in line with ALNAV 023/25, NLT 2359Y, 28 March 2025.

7. Command Actions on Voluntary Separation Request.
    a.  In addition to forwarding the separation or retirement request to DCNP via NPC, commands will verify that notification of the Service Member's voluntary separation, retirement, and/or placement on administrative absence or temporary duty is sent to the NPC POC at molly.bergeron-conway7.mil@us.navy.mil and the SCCC at usn_navy_sccc@navy.mil.
    b.  Service Members who request separation will be placed in an administrative non-deployable status.  They will be assigned a "Category 3" Deployability Category code, identifying them as temporarily non-deployable, as described in reference (m).

8.  Administrative Absences.  In line with reference (a) and in line with reference (c), administrative absence is authorized for Active Duty and Reserve Service Members who elect voluntary separation when in the best interest of the unit and well-being of the Service Member.  Additionally, where rescission of an exception to policy will impact good order and discipline, the CO may consider placing the Service Member on administrative absence.  Administrative absence or temporary duty is not required but should be considered based on the criteria below.  In either case, commands will

follow the procedures outlined in reference (n) or (o) as applicable.
    a.  Pursuant to reference (c), all Service Members with an approved exception to policy that is revoked pursuant to paragraph 1a above will be offered administrative absence status pending action on the member's separation request.
    b.  COs should consider the impact to good order and discipline within their unit, the well-being of the Service Member, and their ability to maintain effective oversight and support for the Service Member during the process.
    c.  COs will proactively communicate with the impacted Service Member, ensure they have accurate and up to date contact information, monitor their well-being, and keep the Service Member apprised of their status.
    d.  Service Members will receive full pay and benefits until their separation is complete.

9.  Points of Contact:
    a.  Command triads may contact the SCCC at (703) 604-5084/DSN 664 or via e-mail at usn_navy_sccc@navy.mil, the NPC POC at molly.bergeron-conway7.mil@us.navy.mil, or MNCC at (833) 330-6622 or via e-mail at askmncc@navy.mil with questions, concerns, notification of a member's voluntary separation or retirement, or notification of a member's placement on administrative absence or temporary duty.
    b.  Service Members that face issues using NSIPS may contact the NSIPS helpdesk at nesd@nesd-mail.onbmc.mil or 1-833-637-3669 (1-833- NESDNOW).

10.  This NAVADMIN will remain in effect until superseded or canceled, whichever occurs first.

11.  Released by Vice Admiral Richard J. Cheeseman, Jr., N1.//

BT
#0001
NNNN
CLASSIFICATION: UNCLASSIFIED//