**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT, et al,
     *Plaintiffs*,

v.

UNITED STATES, et al,
     *Defendants*.

Civil Action No. 25-cv-00240 (ACR)

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby:

**GRANTS** Plaintiffs' [72] Renewed Application for Preliminary Injunction; it further

**ORDERS** that Defendants Peter B. Hegseth, in his official capacity as Secretary of Defense; the United States Department of the Army; Daniel P. Driscoll in his official capacity as Secretary of the Army; the United States Department of the Navy; Terence G. Emmert in his official capacity as Acting Secretary of the Navy; the United States Department of the Air Force; Gary A. Ashworth in his official capacity as Acting Secretary of the Air Force; the Defense Health Agency; Telita Crosland in her official capacity as Director of the Defense Health Agency, are preliminarily enjoined, pending further order of this Court, from implementing Executive Order No. 14183; as well as "Additional Guidance on Prioritizing Military Excellence and Readiness," Dkt. 63-1; and any other memorandums, guidance, policies, or actions issued pursuant to Executive Order 14183 or the Additional Guidance on Prioritizing Military Excellence and Readiness.

The effect of the Court's Order is to maintain the *status quo* of military policy regarding transgender service that existed immediately before President Donald J. Trump issued Executive

Order 14183, *e.g.*, the policies described in Department of Defense Instruction (DoDI) 6130.03, Volume 1, "Medical Standards for Military Service: Appointment, Enlistment, or Induction," change 5, May 28, 2024; DoDI 6130.03, Volume 2, "Medical Standards for Military Service: Retention," change 1, June 6, 2022; and DoDI 1300.28, "In-Service Transition for Transgender Service Members," change 1, December 20, 2022.

The Court also **ORDERS** that, pending further order of this Court, Defendants shall maintain and continue Plaintiffs' military statuses; it further

**ORDERS** Defendants to take all steps necessary to effectuate this Order; it further

**ORDERS** Defendants to provide written notice of this Order by 5:00 pm eastern on March 21, 2025, to all branches of the Department of Defense and to any other entity responsible for implementing military policy; it further

**ORDERS** Defendants to file with the Court confirmation by 6:00 pm eastern on March 21, 2025, that it has provided the written notice of the Order as the Court has directed; it further

**ORDERS** the parties to file a joint status report by March 31, 2025, that informs the Court of Defendants' compliance with this Order.

Finally, on its own motion, the Court **STAYS** the effect of this Order until March 21, 2025, at 10:00 am eastern.  This Order will automatically go into effect, unless stayed by an appellate court, on March 21, 2025, at 10:01 am eastern.

If the parties, at any time, have questions about the scope of this injunction, they should jointly reach out to Chambers.  The Court will move expeditiously to address any issues.

**SO ORDERED.**

Date: March 18, 2025

_____
ANA C. REYES
United States District Court Judge