## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et.al.*<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-240-ACR |

### [PROPOSED] ORDER

This case is before the Court on Defendants' Motion To Dissolve the Preliminary Injunction; To Extend the Extant Stay Pending Resolution of [That] Motion; and For a Stay Pending Appeal. For the reasons in that motion and good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED** and that the preliminary injunction (ECF No. 88) is hereby **DISSOLVED**.

It is so ordered.

///
Date: _____

_____
ANA C. REYES
United States District Judge