IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLAS TALBOTT**, *et.al.*<br><br>    *Plaintiff*,<br><br>v.<br><br>**DONALD J. TRUMP, in his official capacity as President of the United States,** *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-240 (ACR) |

## NOTICE PURSUANT TO THE COURT'S ORDER

Pursuant to the Court's March 21, 2025, Minute Order, Defendants are filing the following attachments to the Office of the Under Secretary of Defense for Personnel & Readiness, *Prioritizing Military Excellence and Readiness: Military Department Identification* (Mar. 21, 2025), ECF No. 91-2: Office of the Under Secretary of Defense, *Additional Guidance on Prioritizing Military Excellence and Readiness*, dated February 26, 2025, (Attachment 1)[1], Diagnostic and Statistical Manual of Mental Disorders (DSM-5) (Attachment 2)[2], and Office of the Under Secretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers*, dated March 4, 2025 (Attachment 3)[3].

Dated: March 21, 2025                      Respectfully submitted,

                                                    YAAKOV M. ROTH
                                                    Acting Assistant Attorney General

---

[1] Attached as Exhibit 1.
[2] Attached as Exhibit 2.
[3] Attached as Exhibit 3.

ALEXANDER K. HAAS
Director, Federal Programs Branch

JEAN LIN
Special Litigation Counsel

<u>/s/ *Elizabeth B. Layendecker*</u>
ELIZABETH B. LAYENDECKER
JASON C. LYNCH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-5046
Elizabeth.B.Layendecker@usdoj.gov

*Counsel for Defendants*