*DSM-5 Criteria for Gender Dysphoria*[1]

A marked incongruence between one's experienced/expressed gender and natal gender of at least 6 months in duration, as manifested by at least two of the following:

    A. A marked incongruence between one's experienced/expressed gender and primary and/or secondary sex characteristics (or in young adolescents, the anticipated secondary sex characteristics)

    B. A strong desire to be rid of one's primary and/or secondary sex characteristics because of a marked incongruence with one's experienced/expressed gender (or in young adolescents, a desire to prevent the development of the anticipated secondary sex characteristics)

    C. A strong desire for the primary and/or secondary sex characteristics of the other gender

    D. A strong desire to be of the other gender (or some alternative gender different from one's designated gender)

    E. A strong desire to be treated as the other gender (or some alternative gender different from one's designated gender)

    F. A strong conviction that one has the typical feelings and reactions of the other gender (or some alternative gender different from one's designated gender)

The condition is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning.

Specify if:
    A. The condition exists with a disorder of sex development.

    B. The condition is post-transitional, in that the individual has transitioned to full-time living in the desired gender (with or without legalization of gender change) and has undergone (or is preparing to have) at least one sex-related medical procedure or treatment regimen—namely, regular sex hormone treatment or gender reassignment surgery confirming the desired gender (e.g., penectomy, vaginoplasty in natal males; mastectomy or phalloplasty in natal females).

---

[1] Diagnostic and statistical manual of mental disorders (DSM-5). American Psychiatric Pub.