# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, *et.al.*

    *Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,

    *Defendants*.

No. 1:25-cv-240-ACR

## NOTICE PURSUANT TO THE COURT'S ORDER

The Court's February 5, 2025 Minute Order requires Defendants to notify Plaintiffs and the Court of any policy or guidance implementing Executive Orders 14168 or 14183.

At this time, Defendants are aware of the following such documents (new item(s) in **bold**):

| Date | Description |
|---|---|
| 28 Jan 2025 | Dep't of the Navy, Navy Recruiting Command, *Decision Guidance Memorandum #N00-30: Processing of Applicants Identifying as Transgender*.[1] |
| 31 Jan 2025 | Secretary of Defense, *Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[2] |
| 04 Feb 2025 | Dep't of the Air Force, Office of the Assistant Secretary, *Implementation of Executive Order 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government*.[3] |
| 04 Feb 2025 | Dep't of the Army, Office of the Assistant Secretary for Manpower and Reserve Affairs: *Implementing Guidance for Executive Order Defending Women*.[4] |
| 07 Feb 2025 | Secretary of Defense, *Prioritizing Military Excellence and Readiness*.[5] |
| 07 Feb 2025 | Dep't of the Army, *Implementation of Executive Orders Related to Transgender Military Service* ("EXORD 150-25").[6] |

---

[1] *See* ECF No. 14-2 at 2.

[2] *See* ECF No. 14-3 at 2–3.

[3] *See* https://www.af.mil/News/Article-Display/Article/4054626/daf-releases-memorandum-on-implementation-of-executive-order-14168-defending-wo/

[4] *See* ECF No. 23-1.

[5] *See* ECF No. 33-1.

[6] *See* ECF No. 37-1.

| | |
|---|---|
| 14 Feb 2025 | Dep't of the Army, Fragmentary Order ("FRAGO") 1, amending EXORD 150-25 (above).[7] |
| 26 Feb 2025 | Office of the Under Secretary of Defense, *Additional Guidance on Prioritizing Military Excellence and Readiness*.[8] |
| 28 Feb 2025 | Office of the Under Secretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readines*.[9] |
| 01 Mar 2025 | Dep't of the Air Force, Acting Assistant Sec'y for Manpower & Readiness, *Additional Guidance for Executive Order 14183, 'Prioritizing Military Excellence and Readiness.*'[10] |
| 04 Mar 2025 | Office of the Undersecretary of Defense, *Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers*.[11] |
| 06 Mar 2025 | Sec'y of the Army, *Prioritizing Military Excellence and Readiness Implementation Guidance*.[12] |
| 07 Mar 2025 | Dep't of the Army, *Implementing Guidance for Executive Order* (EXORD 175-25) (superseding EXORD 150-25, above).[13] |
| 13 Mar 2025 | Sec'y of the Navy, *Initial Direction on Prioritizing Military Excellence and Readiness*. (ALNAV 023/25).[14] |
| 13 Mar 2025 | Chief of Naval Operations, *Initial Execution Related to Prioritizing Military Excellence and Readiness* (NAVADMIN 055/25).[15] |
| 14 Mar 2025 | Commandant of the Marine Corps, *Initial Guidance on Prioritizing Military Excellence and Readiness*. (MARADMINS 128/25).[16] |
| 21 Mar 2025 | Office of the Undersecretary of Defense for Personnel & Readiness, *Prioritizing Military Excellence and Readiness: Military Department Identification*.[17] |
| 21 Mar 2025 | **Office of the Undersecretary of Defense for Personnel & Readiness, *Compliance with Federal Court Order in Talbott v. United States, No. 25- cv-00240 (D.D.C.)*.**[18] |

In accordance with the Court's order, Defendants will continue to update this list as

---

[7] *See* ECF No. 49-1.

[8] *See* ECF No. 63-1.

[9] *See* ECF No. 65-1.

[10] *See* ECF No. 67-1.

[11] *See* ECF No. 70-1.

[12] *See* ECF No. 75-1.

[13] *See* ECF No. 75-2.

[14] *See* ECF No. 84-1.

[15] See ECF No. 87-1

[16] *See* ECF No. 85-1.

[17] *See* ECF No. 91-2.

[18] Attached as Exhibit 1.

additional policies or guidance are promulgated.

Dated: March 21, 2025                              Respectfully submitted,

                                                  YAAKOV M. ROTH
                                                  Acting Assistant Attorney General

                                                  ALEX HAAS
                                                  Director, Federal Programs Branch

                                                  JEAN LIN
                                                  Special Litigation Counsel

                                                  /s/ *Elizabeth B. Layendecker*
                                                  ELIZABETH B. LAYENDECKER
                                                  JASON C. LYNCH
                                                  Trial Attorneys
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L. Street, NW
                                                  Washington D.C. 20005
                                                  (202) 616-5046
                                                  Elizabeth.B.Layendecker@usdoj.gov

                                                  *Counsel for Defendants*