

**PERSONNEL AND
READINESS**

**OFFICE OF THE UNDER SECRETARY OF DEFENSE**
**4000 DEFENSE PENTAGON**
**WASHINGTON, D.C. 20301-4000**

MAR 2 1 2025

MEMORANDUM FOR SENIOR PENTAGON LEADERSHIP
               COMMANDERS OF THE COMBATANT COMMANDS
               DEFENSE AGENCY AND DOD FIELD ACTIVITY DIRECTORS

SUBJECT:   Compliance with Federal Court Order in *Talbott v. United States*,
           No. 25-cv-00240 (D.D.C.)

     On Tuesday, March 18, 2025, the United States District Court for the District of
Columbia issued the attached preliminary injunction order and memorandum opinion in the case
of *Talbott v. United States*.

     On Friday, March 21, 2025, the Court extended its stay of its preliminary injunction order
until 48 hours after the Court rules on the U.S. Government's motion to dissolve the preliminary
injunction or until such other time as the Court deems appropriate.

     Accordingly, the attached preliminary injunction order is not currently in effect.  If a
preliminary injunction order goes into effect, I will provide updated guidance at that time.

     Additionally, I direct that no involuntary separation processes may be initiated pursuant
to Performing the Duties of the Under Secretary of Defense for Personnel and Readiness
Memorandum, "Additional Guidance on Prioritizing Military Excellence and Readiness,"
February 26, 2025, until March 28, 2025.

                                              *Jules W. Hurst III*
                                    Jules W. Hurst III
                                    Performing the Duties of the Under Secretary of
                                      Defense for Personnel and Readiness

Attachments:
As stated