IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00240 |

## SUPPLEMENTAL DECLARATION OF SAMUEL AHEARN

I, Samuel Ahearn, declare as follows:

1. This is a supplemental declaration to the one I executed on March 3, 2025.

2. As set forth in my prior declaration, I acceded to the Navy and began Officer Candidate School in November 2024.

3. I have completed all of the requirements of Officer Candidate School. However, because I am transgender, I have not been permitted to graduate.

4. I am being held in something called the Talent Management Group (TMG) which is a designation for Officer Candidates who do not meet standards.

5. Being held in the TMG because I am transgender having nothing to do with my ability to complete requirements or meet the obligations of Officer Candidates is demeaning. It disparages me, demeans me, and harms my reputation with others.

6. It has also prevented me from being able to continue in my progression within the military. It also prevents me from taking steps forward to improve myself and move along with my life.

7. I wish to be able to graduate from Officer Candidate School and believe that I should be

1

allowed to do so because I have met all of the requirements of doing so. The only reason I am not being permitted to do so is because I am transgender.

8. I was told by the Lieutenant in charge of TMG that my current status is "nongrad-completed graduation requirements". I want my status changed to graduate since I have already completed everything in training and do not need anything further in order to graduate other than to have my status changed.

9. Once my status is changed to "graduate," I will be able to commission by taking my oath and signing the commissioning documents.

10. Because I am in TMG, I have to be on the base on weekdays, 0800-1600, unless I have an authorized or approved appointment to go off base. On weekends, I have a liberty restriction of 100 miles. I sleep on base and am restricted to sleeping in King Hall which is where TMG is made to reside. On weekdays after 1600, I can leave base but must remain within a 30-minute drive of base.

11. Being in TMG with no prospect of leaving TMG is highly restrictive and interfering with my life. The only way I can get out of this status is to graduate and commission or voluntarily separate. I do not wish to voluntarily separate. And I should not have to do so because I have met all of the standards except for graduation which is being withheld from me. The only reason I am being held in this restrictive standard is because I am transgender.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2024

SAMUEL AHEARN

*Samuel L. Ahearn*