**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:25-cv-00240 |

**THIRD SUPPLEMENTAL DECLARATION OF JAMIE HASH**

I, Jamie Hash, declare as follows:

1. This declaration supplements my earlier declarations submitted in this case. ECF Nos. 72-30, 72-31, and 72-32.

2. I am currently on administrative absence from my post because I am transgender.

3. As part of my fellowship, I had been taking seminar courses through Georgetown's Government Affairs Institute. This is a Legislative Studies Graduate Certificate program that all Air Force Fellows are able to participate in for career advancement and to support the work we do through the fellowship.

4. I have completed all of the required courses to obtain my Graduate Certificate in Legislative Studies, which has been funded by the Air Force, with the exception of the final course I am currently taking entitled "Interest Groups and Advocacy."

5. I enrolled in this final required seminar, which began on February 12, 2025.

6. I was placed on administrative absence on March 7, 2025. After being placed on administrative absence, I learned that I would no longer be permitted to continue in this final class.

7. If I am unable to complete this final required seminar, I am unable to obtain my

1

Graduate Certificate.

8. This certificate program is an opportunity granted to all fellows. Failure to pursue and complete this certificate reflects negatively on a fellow's performance in the program.

9. If I cannot complete this class, I will lose credit for the work I have already completed in this course.

10. Failure to obtain my Graduate Certificate will harm my future career prospects and will result in wasted Air Force funds that were expended on my training.

11. Being prevented from completing this class is demeaning and sends a negative message to others in the fellowship program about me. It also sends a negative message about me to the constituents I represent during the fellowship, as well as to my command and my peers.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2025

_____
Jamie Hash

3