# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:25-cv-00240 |
| UNITED STATES OF AMERICA *et al.*, | ) |
| Defendants. | ) |

## SUPPLEMENTAL DECLARATION OF VERA WOLF

I, Vera Wolf, declare as follows:

1. I write to supplement my previous declaration submitted on March 7, 2023, in support of plaintiffs' motion for a preliminary injunction as ECF No. 72-58.

2. I remain on involuntary administrative leave as confirmed by my command on Friday, March 21, despite the lifting of the stay on the injunction in this case at 10 a.m. on March 21.

3. Last week, I discovered that my status on the schedule had been changed from "not available" to being removed from the schedule entirely. The "not available" designation is typically used when there is uncertainty about a person's next steps.

4. My complete removal from the schedule indicates that my command does not anticipate my return to duty. This sends a harmful message to my troops, my command, and others that I will never return to my position.

5. This situation erodes the trust others must place in me for their safety and undermines confidence in my ability to perform assigned duties.

6. My troops have informed me that they have been reassigned. They reached out to

check on my wellbeing and notified me of their reassignment.

7. Being completely removed from the schedule, rather than being listed as "not available," communicates to my troops that my service is terminated. This is humiliating and demeaning. It also erases my military standing and means that others may be able to not count on me when I am returned to service.

8. Several days ago, I learned that my application for career progression to a position as a linguist, for which I am fully qualified, was denied.

9. Prior to this denial, I had been told that my application packet for the linguist position "looked great." I secured my command's concurrence as required for the position.

10. I was told that the denial was due to unavailable seats, but I have confirmed that there are actually 16 seats available. I do not believe the reason I was denied is because of a lack of seats.

11. I asked my career advisor to inquire about this discrepancy on Tuesday, March 18, but have not received any response since then.

12. This retraining denial is significantly damaging to my career. If I lose this opportunity now, I would need to wait a full year to reapply.

13. Due to service year limitations for this position, I may be ineligible to apply again in the future, which would cause irreparable harm to my career progression.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 23, 2024

_____
Vera Wolf