IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:25-cv-00240-ACR |
| UNITED STATES OF AMERICA *et al.*, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Application for Temporary Restraining Order and the entire record herein, it is hereby ORDERED that:

Plaintiffs request for a Temporary Restraining Order is GRANTED.

It is FURTHER ORDERED that Defendants are temporarily restrained and enjoined from implementing Executive Order No. 14183, as well as "Additional Guidance on Prioritizing Military Excellence and Readiness," Dkt. 63-1; and any other memorandums, guidance, policies or actions issued pursuant to Executive Order 14182 or the Additional Guidance on Prioritizing Military Excellence and Readiness with respect to Plaintiffs Jamie Hash, Vera Wolf, Hunter Marquez, Ashley Davis, and Samuel Ahearn, insofar as any implementation negatively impacts the named Plaintiffs as set forth below, until this Court rules on the merits of Defendants' Motions to Dissolve the Preliminary Injunction and Extend the Stay and for a Stay Pending Appeal.

Consistent with this Temporary Restraining Order, it is FURTHER ORDERED that (1) Plaintiffs Jamie Hash, Vera Wolf, Hunter Marquez, and Ashley Davis be returned to active duty from administrative absence; (2) Plaintiff Jamie Hash be permitted to attend the seminar class she was attending prior to her removal from it at the Georgetown Government Affairs Institute;

1

2

(3) Plaintiff Vera Wolf's status shall be added back onto the schedule; (4) Plaintiff Hunter Marquez be permitted to join other cadets at the United States Air Force Academy to complete his studies in the ordinary course and may not be excluded from training exercises; (5) Plaintiff Samuel Ahearn be removed from the Talent Management Group and, upon demonstration of his completion of requirements for graduation from Officer Candidate School, be permitted to graduate; and (6) none of the Plaintiffs named herein be required to serve in their birth sex while this Temporary Restraining Order is in effect.

       It is SO ORDERED.

Date:_____          _____
                                                                        The Honorable Ana C. Reyes
                                                                        United States District Judge