1          IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF COLUMBIA

2

3   NICOLAS TALBOTT, et al.      ) CIVIL NO.:
                                 ) 25-0240-ACR
4            Plaintiff,          )
        vs.                      )
5                                )
    UNITED STATES OF AMERICA,    )
6   et al.,                      ) March 24th, 2025
             Defendant.          ) Washington, D.C.
7   _____) 3:30 p.m.

8

9                  Transcript of Motions Hearing
                 Before the Honorable Ana C. Reyes
                   United States District Judge

10

11  APPEARANCES:

12  For the Plaintiffs:

13      Jennifer Levi, Esquire
        GLBTQ Legal Advocates & Defenders
14      18 Tremont Street
        Suite 950
15      Boston, MA 02108

16      Shannon P. Minter, Esquire
        National Center for Lesbian Rights
17      1401 21st St.
        Suite #11548
18      Sacramento, CA 95811

19      Joseph J. Wardenski, Esquire
        Wardenski P.C.
20      134 West 29th Street
        Suite 709
21      New York, NY 10001

22

23

24

25

APPEARANCES: (Cont'd)



For the Defendants:

        Jean Lin, Esquire
        U.S. Department of Justice
        1100 L Street NW
        Washington, DC 20005

Reported by:    Christine T. Asif, RPR, FCRR
                Federal Official Court Reporter
                333 Constitution Avenue, NW
                Washington, D.C. 20001
                (202) 354-3247

Proceedings recorded by machine shorthand; transcript produced
by computer-aided transcription

P R O C E E D I N G S

03:39 1

03:39 2    THE CLERK:  We're on the record in civil case

03:39 3    25-240, Talbott, et al., versus Trump, et al.

03:39 4    Plaintiffs counsel please introduce yourselves for

03:39 5    the record.

03:39 6    MS. LEVI:  Jennifer Levi I'm here for plaintiffs,

03:40 7    and along with me are Shannon Minter and Joseph Wardenski.

03:40 8    MS. LIN:  And Jean Lin on behalf of the

03:40 9    defendants.

03:40 10   THE COURT:  Okay.  So what's going on?  Have you

03:40 11   guys talked about these issues?

03:40 12   MS. LEVI:  Plaintiffs shared the information with

03:40 13   the defendants and they opposed our TRO.

03:40 14   THE COURT:  Okay.  Ms. Lin, I guess we're just going

03:40 15   to have to go over every person.  So tell me what's going on?

03:40 16   MS. LIN:  So some of these individuals, Your Honor,

03:40 17   we have previously went over whether, you know,  -- whether we

03:40 18   could put them on administrative leave.  I think the Court is

03:40 19   at least familiar with two of the five individuals and maybe

03:40 20   three.  So that's Hash and Wolf.  The Court previously has

03:40 21   said in an email from chambers to us on March 14th the Court

03:41 22   said, "Thank you for bringing this to my attention.  I cannot

03:41 23   order plaintiff Hash to be allowed to continue now the course

03:41 24   at GAI without entering a TRO.  And I'm not going to do that

03:41 25   given defendant's representation that Hash will have the

4

03:41 1    opportunity to complete the course in 2025 if the Court rules

03:41 2    next week."  So that's plaintiff Hash.  And, you know, we

03:41 3    didn't -- we had --

03:41 4        THE COURT:  I think you left off -- hold on.  Ms.

03:41 5    Lin, hold on please.  I think you left off the part of the

03:41 6    email where I asked Mr. Lynch to reach out directly to the

03:41 7    person in charge of that course, did that happen?

03:41 8        MS. LIN:  Yes.  And it's -- yes, there's a second

03:41 9    half of that email.  And, again, the Air Force confirmed that

03:41 10   the not being able to attend the course that week or maybe it

03:41 11   was currently ongoing then, would not have any adverse impact

03:41 12   on completing.  And we also -- then Air Force also looked at

03:41 13   the GAI research seminar's schedule.  And there are quite a

03:42 14   few courses for the remainder of this year.  And so we -- so

03:42 15   the status did not change, which is that the belief that

03:42 16   there's not going to be any adverse impact on Hash completing

03:42 17   the requirements.

03:42 18       THE COURT:  But let me -- so I just don't

03:42 19   understand, she's in a class right now and if she doesn't

03:42 20   finish the class she's going to have to restart a class?  How

03:42 21   long do the classes run and when can she restart?

03:42 22       MS. LIN:  Our understanding is that some of the

03:42 23   classes is just meeting one time.  And some of them meeting

03:42 24   two times.  And so -- and we had tried to find out what class

03:42 25   was the one that she could not attend, but we didn't get a

03:42 1    response to that.  But what we do know is that there are --
03:42 2    let me see, one, two, three, four, five, six, seven classes
03:42 3    that she could choose any one of those classes before 2020 --
03:42 4    before the end of 2025.
03:42 5            THE COURT:  But when's the next --
03:42 6            MS. LIN:  And that's just a one time.
03:42 7            THE COURT:  Ms. Lin, when's the next class?
03:43 8            MS. LIN:  The one that I see, there's one class that
03:43 9    meets two times and is March 26th and November 5th.  So that's
03:43 10   one class.  And then the other -- the next one is a one-class
03:43 11   course, it's April 23rd.  And then the third one next would be
03:43 12   May 7th and November 19th.  Those two dates for one class.
03:43 13   And there's another one, a single meeting class of May 21st.
03:43 14           THE COURT:  Okay.  Ms. Levi, so Master Sergeant
03:43 15   Hash, what is it that she's being prevented from doing right
03:43 16   now?
03:43 17           MS. LEVI:  Being prevented from completing the
03:43 18   course that she started and she is --
03:43 19           THE COURT:  Okay.  When is the next class meeting?
03:43 20           MS. LEVI:  It's once a month.  She went to the
03:43 21   February class.  She was made to miss the March class.  It
03:43 22   meets again in April.  She's not able to join in this critical
03:43 23   training and leadership opportunity that is part of the
03:44 24   position that she's been pulled from --
03:44 25           THE COURT:  But Ms. Levi, so what is it that she

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

03:44 1    cannot do between now and April, what did you say April what?

03:44 2            MS. LEVI:  I don't have -- I can get the detail of

03:44 3    the specific time the class meets next.  But she is not able

03:44 4    to finish the course that she started --

03:44 5            THE COURT:  If she doesn't attend the class she

03:44 6    can't finish the course?

03:44 7            MS. LEVI:  Correct.

03:44 8            THE COURT:  If she attends the class, can she finish

03:44 9    the course?

03:4410            MS. LEVI:  Yes, Your Honor.

03:4411            THE COURT:  Okay.  Well --

03:4412            MS. LIN:  Your Honor, we disagree with that.

03:4413            THE COURT:  Hold on, I'm not sure why we're here on

03:4414    a TRO.  I mean, I imagine this thing is going to get appealed

03:4415    sometime this week, unless Ms. Lin tells me that, you know,

03:4416    her entire department has, you know, been wowed by my opinion

03:4417    and I'm going to guess that's a solid no.  So that will go up

03:4418    to the Court of Appeals on a stay motion and then they'll

03:4419    decide one way or the other.  So we're going to know well

03:4420    before April, Ms. Levi.

03:4521            MS. LEVI:  We brought forward five individuals --

03:4522            THE COURT:  Ms. Levi -- Ms. Levi, I'm going to go

03:4523    through them one-by-one, okay.  Stick with Ms. Hash or Master

03:4524    Sergeant Hash.

03:4525            MS. LEVI:  Understand.  Understand.

03:45 1          THE COURT:  Is there anything that Master Sergeant

03:45 2     Hash cannot do between now and whatever date in April, that if

03:45 3     I granted a TRO she would otherwise be able to do.  And don't

03:45 4     just say complete the course, I mean, physically that she

03:45 5     cannot do.

03:45 6          MS. LEVI:  Continue to engage with other students

03:45 7     that are in the class.  Plaintiff's recollection was that you

03:45 8     had directed the defendants to see if she could attend the

03:45 9     class.  And the response we got was no, that she couldn't.

03:4510    And it's continued --

03:4511          THE COURT:  But she has the people's emails.  Like

03:4512    is she prohibited from contacting them?  I'm confused.  Is

03:4513    there like a class website she doesn't have access to?

03:4514          MS. LEVI:  I could get the details of that.  My

03:4515    understanding is that she's not allowed to participate in any

03:4516    way with other students in the program.

03:4517          THE COURT:  Well, if no one's doing anything except

03:4518    going to class, then that's not a TRO.  If people are doing

03:4619    things, like if they're having meetings or study groups that

03:4620    she can't attend then that's a TRO.  So we need more

03:4621    information on her.

03:4622          MS. LEVI:  Okay.  I'm happy to get more information.

03:4623    My understanding is that that is a cohort that is attending

03:4624    the program and that she's not allowed to continue to engage

03:4625    with that cohort that's moving through the course that she

03:46 1    started.

03:46 2            MS. LIN:  Your Honor, may I be heard about that?

03:46 3    Because I do have information from the Air Force and not only

03:46 4    was the schedule that I provided is still the schedule that we

03:46 5    understand, but Air Force had talked to the GAI, that's the

03:46 6    Georgetown GAI organization that's providing the class.  And

03:46 7    they offered to be very flexible on the starting time,

03:46 8    starting date, whenever she wants.  And basically the course

03:46 9    as she prefers to pick.  And if she needed to do an

03:46 10   independent study on her own schedule, they would also make

03:46 11   that work.  So I did not understand that there's daily

03:46 12   continuing classes.  These classes meet only once or twice

03:47 13   during the entirety.  So that's my understanding.

03:47 14           THE COURT:  All right.  Ms. Levi, I'm not going to

03:47 15   grant a TRO unless you show me that there's something that she

03:47 16   cannot do presently that she otherwise would be able to do,

03:47 17   such as attend study groups or, you know, attend cocktail

03:47 18   party -- whatever they do when they're not in class I will

03:47 19   need more of that.

03:47 20           Ms. Lin, is there a reason that she's not being

03:47 21   allowed to participate, other than the executive -- I mean,

03:47 22   because we are in a different position than we were on the

03:47 23   14th, which is I've granted the preliminary injunction, so

03:47 24   we're in a totally different world now.

03:47 25           MS. LIN:  Yes, I think my understanding and I'll

03:47 1    have to double check is that because she -- that military pays

03:47 2    for this course, so I believe she has to be in uniform.  And

03:47 3    the uniform has to, based on the current DoD policy, it would

03:47 4    have to be consistent with the biological sex.  And also given

03:48 5    the immense flexibility and the number of courses still

03:48 6    remaining this year that she could still take, we just didn't

03:48 7    think this was something that -- well, Your Honor has already

03:48 8    ruled so I'm not going to continue.

03:48 9         THE COURT:  Well, I mean, I've ruled sort of

03:48 10   provisionally, it's not like -- I mean, I'm -- I mean, this is

03:48 11   all going to get decided next week or the week after one way

03:48 12   or the other would be my guess, I don't know.  But, obviously,

03:48 13   if the preliminary injunction goes into effect and it stays in

03:48 14   effect then the TRO won't be needed.

03:48 15        MS. LEVI:  Yes.  And, Your Honor, I just I want to

03:48 16   be clear, plaintiffs have been very reasonable here.  She is

03:48 17   being prevented, in addition, of course, from going to her

03:48 18   position on a daily basis.  And it's this opportunity -- I'm

03:48 19   going to come back to the Court with additional facts.

03:48 20        THE COURT:  Okay.  Who's the next plaintiff?

03:48 21        MS. LEVI:  Well, I Vera Wolf, I would address, she

03:49 22   has applied for a really critical leadership opportunity as a

03:49 23   linguist.  And there are minimal number of spots.  And once

03:49 24   they're gone she will not have that opportunity, including

03:49 25   because given her years of seniority she won't be able to

03:49 1   apply for that position in the future.

03:49 2            THE COURT:  Okay.  Well, when are they deciding

03:49 3   that?

03:49 4            MS. LEVI:  Well, she has -- she was just recently

03:49 5   told that she could not be considered.  And she was told that

03:49 6   there weren't spots.  She looked and there are 16 spots that

03:49 7   remain.  Those spots will be filled if she doesn't have an

03:49 8   opportunity to be considered for those spots.

03:49 9            THE COURT:  All right.  Ms. Lin.

03:4910            MS. LIN:  So what we last discussed with plaintiff's

03:4911   counsel about Vera Wolf, my understanding and the information

03:4912   I was provided that there is no impact on her ability to apply

03:4913   for the position.  Once she's back on administrative leave.

03:4914   So --

03:4915            THE COURT:  But are the spots going to be gone?

03:5016            MS. LIN:  That was not my understanding because --

03:5017            THE COURT:  Well, someone has an answer to that, Ms.

03:5018   Lin.

03:5019            Ms. Levi, what's your understanding based on that

03:5020   the spots will be gone?

03:5021            MS. LEVI:  That is Vera Wolf's understanding is that

03:5022   once those spots are gone she won't have an opportunity to be

03:5023   considered for that.

03:5024            THE COURT:  I know, but do we have an idea when

03:5025   those spots are getting filled?

03:50 1          MS. LEVI:  I don't know that, Your Honor.

03:50 2          THE COURT:  And so she's already applied or she

03:50 3     hasn't applied yet?

03:50 4          MS. LEVI:  She has applied, Your Honor, yes.

03:50 5          THE COURT:  Okay.  So Ms. Lin --

03:50 6          MS. LEVI:  She's been told she won't be considered

03:50 7     for it.

03:50 8          THE COURT:  Ms. Lin, it seems like there's zero

03:50 9     burden on the government here of just me entering a TRO saying

03:50 10    she has to be in the pool, not obviously granted it, but be in

03:50 11    the pool pending the stay.  And then if it's the -- if the

03:50 12    preliminary injunction stays then she stays on the pool.  Like

03:50 13    what is the burden on the government of us doing it that way?

03:51 14         MS. LIN:  Other than that, Your Honor, you will be

03:51 15    ruling very, very soon.  You know, in fact, the delay is

03:51 16    because the plaintiffs wanted to respond to the motion --

03:51 17         THE COURT:  Whoa, whoa, whoa, Ms. Lin, no.  No.  No.

03:51 18    Plaintiffs are not responsible for the delay here.  Weeks ago,

03:51 19    I told everyone exactly when I was going to rule.  I said I

03:51 20    was going to rule the 18th or the 19th.  And I said I would

03:51 21    give the government 48 hours to file an appeal.  And I ruled

03:51 22    on the 18th.  You had plenty of notice.  I said repeatedly let

03:51 23    your solicitor general know what the timing is here so that

03:51 24    they have time and they have resources allocated to file an

03:51 25    appeal.

03:51 1          Now, instead of filing an appeal, you all filed a

03:51 2   motion to dissolve on February 21st -- no March, March 21st at

03:51 3   9:22 a.m. when the preliminary injunction was set to go into

03:52 4   effect at 10:00 a.m.  And plaintiffs graciously agreed that I

03:52 5   could continue the stay pending resolution of that motion.

03:52 6   There is no delay here that has been caused by the plaintiffs.

03:52 7   The only delay here has been caused by the government.  So,

03:52 8   you know, you guys had every opportunity to file a -- you

03:52 9   know, appeal my decision Wednesday, Thursday, or Friday.

03:52 10  Actually, I gave you more than 48 hours.

03:52 11         So what is the burden to the government of a TRO

03:52 12  which says that she has to be considered for this class.

03:52 13         MS. LIN:  Your Honor, I'm not certain that the TRO

03:52 14  is necessary because I don't think she's excluded from being

03:52 15  considered --

03:52 16         THE COURT:  But, Ms. Lin, she's been told that she's

03:52 17  excluded.  I have a sworn declaration from her.  I mean, if

03:53 18  you can get me a sworn declaration from somebody saying she's

03:53 19  not exclude then I'll think about it.

03:53 20         MS. LIN:  So the information that I have is that

03:53 21  she -- no one should have already told her that the spots are

03:53 22  filled or she wouldn't be considered.  She is still being

03:53 23  considered and the current admin absence has no impact.

03:53 24         THE COURT:  Who told you that?  Who told you that

03:53 25  she's still being considered.

03:53 1          MS. LIN:  I'm getting this from the Air Force, the

03:53 2    best information I have right now.

03:53 3          THE COURT:  Okay.  From who at the Air Force?

03:53 4          MS. LIN:  I just received.  This is Major Reyes, so

03:53 5    he just -- I just received a text confirming my representation

03:53 6    is correct that the spots --

03:53 7          THE COURT:  Okay.  Well, then I want -- then sent an

03:53 8    email to all lawyers, saying Major whoever Reyes, great last

03:53 9    name, has confirmed that she is still being considered for the

03:53 10   class.  And if by any reason we find out she's not been

03:53 11   considered for the class there will be serious repercussions

03:53 12   for counsel making a false representation and Master Sergeant

03:54 13   Reyes making a representation.  I want that email by, I don't

03:54 14   know, 9:00 a.m. tomorrow morning.  And if I don't get it then

03:54 15   I'm going to enter a TRO, all right?

03:54 16         MS. LIN:  All right, Your Honor.

03:54 17         THE COURT:  Okay.  So that's -- that's who, that was

03:54 18   Wolf.

03:54 19         MS. LEVI:  Wolf.

03:54 20         THE COURT:  Who's next?

03:54 21         MS. LEVI:  I would address Ashley Davis next.

03:54 22         THE COURT:  Okay.

03:54 23         MS. LEVI:  So she has been selected as the unit's

03:54 24   No. 1 selectee for the Air War College, understanding that is

03:54 25   a position, that it's a very important position for the

03:54 1    future.  She will lose that position if, you know, she can't

03:54 2    be considered for that.

03:54 3         THE COURT:  I'm sorry, I don't -- where is Davis on

03:54 4    my motion, what page?

03:54 5         MS. LEVI:  Sorry, Your Honor.  Ask Mr. Wardenski if

03:55 6    you have that pulled up at the moment.  I'm pulling it up.

03:55 7         MR. WARDENSKI:  Her declaration is 95-2.

03:55 8         THE COURT:  One second.  Let me just take a quick

03:55 9    look.  It wasn't in the motion itself.  It's worth noting her

03:55 10   declaration at paragraph 8, "My command has been very positive

03:55 11   and supportive of my transition.  They have assured me that

03:55 12   from their standpoint my being transgender has no negative

03:55 13   impact on my ability to serve and perform the duties of my

03:55 14   job."  And that Ms. Davis has accumulated 667 combat flight

03:56 15   hours.

03:56 16        All right.  So it says -- so she's been put on

03:56 17   administrative leave, "being placed on administrative absence

03:56 18   negatively impacts my career progression by interrupting my

03:56 19   trajectory as an officer by delaying leadership opportunities

03:56 20   and limiting professional development.  Additionally, this

03:56 21   absence undermines my authority as an officer, as it may be

03:56 22   perceived as disciplinary or voluntary, eroding the respect

03:56 23   and credibility I have earned through performance."  So --

03:56 24        MS. LEVI:  I'm sorry, I think it's paragraph No. 10

03:56 25   where it indicates she has been selected No. 1 in her unit.

03:56 1    And if she loses that position it will impact her

03:57 2    opportunities at the War College.

03:57 3              MS. LIN:  Which starts in 2026.

03:57 4              THE COURT:  Yeah, I mean, is there a danger that

03:57 5    she's going to be cut between now and next week or two weeks

03:57 6    from now?

03:57 7              MS. LEVI:  Well, it's a danger that she loses her

03:57 8    position as No. 1.  And the -- in the command that she's in.

03:57 9    And if someone else takes that spot it risks her application.

03:57 10   So she's currently the No. 1 selectee in her unit to attend

03:57 11   the Air War College.  If she loses that position, someone else

03:57 12   will take that position.

03:57 13             THE COURT:  Okay.  Ms. Lin.

03:57 14             MS. LIN:  My understanding, Your Honor -- and this

03:57 15   is obviously we just learned about this plaintiff this

03:57 16   morning, but my understanding is that again being on this

03:57 17   administrative leave will not cause her to lose her No. 1 spot

03:57 18   or any other adverse consequences of her career progression.

03:57 19             THE COURT:  Okay.  Well, if you get me a statement

03:57 20   to that effect and the email with the actual name of somebody

03:58 21   who has said that then I'll wait until 9:00 a.m., if not I

03:58 22   will enter a TRO.  And the TRO will be limited to them not

03:58 23   being able to fill the spot with somebody else.

03:58 24             MS. LEVI:  Appreciate that, Your Honor.  That's what

03:58 25   she's seeking.  I can address Hunter Marquez next.

03:58  1        THE COURT:  Okay.

03:58  2        MS. LEVI:  Hunter Marquez is in the remaining weeks

03:58  3   at the Air Force academy and he is being prevented from

03:58  4   engaging in training options with the other leadership cadets

03:58  5   that he has been training with over time.  He has been given

03:58  6   no choice but to complete an academic program six weeks

03:58  7   earlier than the other cadets and he's being made to be

03:58  8   excluded from these key training opportunities that is the

03:58  9   point of being at the U.S. Air Force Academy.  And he is

03:58 10   seeking a TRO to be able to continue to participate in the

03:59 11   training opportunities that he has been excluded from.

03:59 12        THE COURT:  All right.  Ms. Lin, this one has my

03:59 13   attention.  What's your response?

03:59 14        MS. LIN:  So my understanding is Cadet Marquez is on

03:59 15   spring break this week.  And he -- he'll return from spring

03:59 16   break and he'll continue at the Air Force Academy pending

03:59 17   additional ruling from this court.  But he has already

03:59 18   completed all necessary academic requirements.  That's our

03:59 19   understanding.  And he -- let me just see, he's -- yes, so

03:59 20   confirming he's on an accelerated path to graduation and has

03:59 21   completed all academic requirements from the U.S. Air Force

03:59 22   and he --

03:59 23        THE COURT:  Ms. Lin, I'm sorry, was he put on the

03:59 24   accelerated program because that's what he wanted or because

03:59 25   that was forced upon him given all these situations?

03:59 1          MS. LIN:  I don't have that -- I don't have that

03:59 2     information.  But he has completed all of the requirements for

04:00 3     graduation.

04:00 4          THE COURT:  Okay.

04:00 5          MS. LIN:  All of the academic requirements.  And

04:00 6     so --

04:00 7          THE COURT:  Okay.  Ms. Levi?

04:00 8          MS. LEVI:  He's been excluded from all military

04:00 9     training activities at the U.S. Air Force Academy.  And yes, I

04:00 10    mean, he was made to complete his studies because of the point

04:00 11    of the sword that he is literally under for completing it

04:00 12    before the March 26th deadline.  But he has not been allowed

04:00 13    to engage in these key training opportunities in an ongoing

04:00 14    way.

04:00 15         THE COURT:  Is he on spring break?  Are they on

04:00 16    spring break right now?

04:00 17         MS. LEVI:  I believe that they are on spring break,

04:00 18    but we're seeking a TRO for 14 days, as the Court has said,

04:00 19    there's a lot of uncertainties in the days to come.  And when

04:00 20    he returns he has been made to use facilities outside of his

04:00 21    dorm --

04:00 22         THE COURT:  Okay.  If in February -- well --

04:00 23         MS. LIN:  I have additional information, Your Honor,

04:00 24    maybe that would help a little bit more.  So he was never

04:01 25    placed on administrative absence prior to this spring break.

04:01 1      And that was because he was complying with female standards.

04:01 2              (Cross-talk.)

04:01 3              THE COURT:  Okay.  Well, that's -- yeah, no, no, Ms.

04:01 4      Levi, I get it.

04:01 5              So I'm going to enter a decision on the motion to

04:01 6      dissolve sometime this week, I think.  I mean, who knows, but

04:01 7      sometime this week.  And at that point I imagine, Ms. Lin, you

04:01 8      all will appeal quickly.

04:01 9              MS. LIN:  Yes, Your Honor.

04:0110             THE COURT:  Okay.  After you appeal, do I no longer

04:0111      have any jurisdiction or would I still have jurisdiction to

04:0112      enter a TRO after it got appealed?

04:0113             MS. LIN:  We would -- our position is that Your

04:0114      Honor would no longer have jurisdiction.

04:0115             THE COURT:  Okay.  Well, in that case I'm going to

04:0116      enter a TRO today, because otherwise this person -- I mean, if

04:0117      that wasn't the government's position, then I would wait until

04:0218      Friday or Saturday to see if -- where we were.  I mean, I

04:0219      guess what I can do is wait to grant the TRO until I decide

04:0220      the motion to dissolve to see where we are.

04:0221             MS. LIN:  I mean, we continue to think that a TRO is

04:0222      unnecessary.  Once the Court decides on the motion to

04:0223      dissolve, and if the Court denies the motion to dissolve, then

04:0224      the PI will be in place unless we're able to get a stay from

04:0225      the Court of Appeals.

04:02 1          MS. LEVI:  Your Honor, I just want to say every day

04:02 2     for --

04:02 3          THE COURT:  Ms. Levi, I don't need this speech

04:02 4     again, okay.  I know.

04:02 5          MS. LEVI:  Understood.

04:02 6          THE COURT:  All right.  Let's go on to the next

04:02 7     person.  Who's the next person?

04:03 8          MS. LEVI:  Sam Ahearn is currently being held in the

04:03 9     so-called Talent Management Group, which is a weigh station

04:0310     for -- for cadets at the officer candidate school.  He's being

04:0311     prevented from changing into a status where he would be

04:0312     authorized to graduate.  He also has restrictive liberties

04:0313     because of being in the TMG, this is effectively where

04:0314     candidates go where they can't be permitted to process any

04:0315     further.

04:0316          THE COURT:  Hold on.  All right.  Ms. Lin, what do

04:0317     you know about him?

04:0318          MS. LIN:  So what I know about him is that he is not

04:0319     on administrative absence because he is, as Ms. Levi said, in

04:0320     the Talent Management Group.  And that's where the officer

04:0321     candidates are moved from training -- move from training to go

04:0322     and he's there until there's further guidance from either this

04:0423     court or, you know, a higher court as to what would happen

04:0424     next.

04:0425          THE COURT:  So Ms. Levi, what's the particular sort

04:04 1    of rush here?

04:04 2              MS. LEVI:  They are -- the group that is in -- the

04:04 3    TMG is there because they can't meet standards.  And as I

04:04 4    said, he is held on restrictive liberties because of being in

04:04 5    the TMG.  It restricts his literal mobility within miles of

04:04 6    the base and he has restrictive liberties on weekends in

04:04 7    addition.  And he's being held there for not failure to meet

04:04 8    standards and he can't move forward to graduate, which is

04:04 9    otherwise what he would be permitted to do.

04:04 10             MS. LIN:  Your Honor, may I add a little more

04:04 11   information?

04:04 12             THE COURT:  Sure.  Of course.

04:04 13             MS. LIN:  Yeah, so I mean I don't quite understand

04:04 14   the restricted liberty question, but he is mustering every day

04:04 15   with the -- with other people within the TMG and in uniform.

04:04 16   And he has been serving in his preferred sex, currently, with

04:05 17   no attempted making him conform to the biological sex because

04:05 18   he's in the TMG.  So as far as we know, until the Court rules

04:05 19   next week, that's kind of status quo, maybe similar to

04:05 20   administrative absence.

04:05 21             THE COURT:  But when he's serving --

04:05 22             MS. LIN:  He's not --

04:05 23             THE COURT:  Is he serving in a male uniform or a

04:05 24   female uniform?

04:05 25             MS. LIN:  My understanding is that he's serving in

04:05 1    his male uniform.

04:05 2              THE COURT:  Ms. Levi?

04:05 3              MS. LEVI:  Your Honor, he's mustering with a group

04:05 4    that fails to meet standards and not being permitted to --

04:05 5              THE COURT:  Ms. Levi, first of all, I have no idea

04:05 6    what the word mustering means, what does mustering mean?

04:05 7              MS. LEVI:  I believe it's performing training

04:05 8    exercises, Your Honor.

04:05 9              THE COURT:  Okay.  But he's in no different

04:05 10   situation than every other -- I mean, seems like he's in a

04:05 11   better position than other transgender people, because he's

04:05 12   allowed to -- I mean, I understand that he doesn't want to be

04:05 13   in the TMG group, but what changed from the 19th or the

04:06 14   whatever until today?

04:06 15             MS. LEVI:  Well, your preliminary injunction.

04:06 16             THE COURT:  Well, that's why I picked the 19th.

04:06 17             MS. LEVI:  I mean, your injunction was in effect, he

04:06 18   should have had the opportunity to move forward and to

04:06 19   graduate.  He's completed all standards.  And he's being made

04:06 20   to remain in a group, which is a designation for candidates

04:06 21   that don't meet standards.

04:06 22             THE COURT:  All right.  Ms. Lin, I'm inclined to

04:06 23   grant the TRO as to Marquez and Davis, Ahearn -- I'm sorry,

04:06 24   the last two.  Let's just go through every one again.  But Ms.

04:06 25   Lin, I told you I would give you an opportunity to respond in

04:06 1    writing, I will do that if you like.

04:06 2            But let's just figure out where we are on everyone.

04:06 3    So Ahearn is the person who is in TMG group.  I'm inclined to

04:07 4    grant the TRO for him, just to be taken out of the group and

04:07 5    permitted to muster with his group.  Davis, was --

04:07 6            MS. LEVI:  Seeking to have the No. 1 spot remain

04:07 7    available to him.

04:07 8            THE COURT:  Okay.  Right.  Ms. Lin you're going to

04:07 9    get me information as to confirming that the No. 1 spot will

04:0710    not be taken away, including with the name of the person who

04:0711    told you that?

04:0712            MS. LIN:  Yes.

04:0713            THE COURT:  By 9:00 a.m. tomorrow.  If you need more

04:0714    time let me know.  And if I don't get that email then I will

04:0715    enter a TRO that will only stop them from filling that spot

04:0716    with somebody else.  Hash is the one class that's left.  I

04:0717    think you're going to get us an email on Hash too; right, Ms.

04:0718    Lin?

04:0719            MS. LIN:  Yes.

04:0720            THE COURT:  Okay.

04:0721            MS. LEVI:  Vera Wolf, confirmation that she can be

04:0822    considered for the linguist position.

04:0823            THE COURT:  Oh, yeah, and that she can be considered

04:0824    for the linguist position.  Marquez is the Air Force person

04:0825    who's on spring break.  I'm inclined to enter a TRO for Mr. --

04:08 1    or for -- I'm sorry, I don't have the -- Senior Cadet Marquez.

04:08 2    But, Ms. Lin, I told you I'd give you an opportunity to reply

04:08 3    in writing.  If you would like to do so I will let you do

04:08 4    that.  And then Vera Wolf.

04:08 5              MS. LIN:  Your Honor, the idea about -- so I'm

04:08 6    sending you an email by 9:00 a.m. tomorrow confirming the

04:08 7    situation about Hash and Wolf.

04:08 8              THE COURT:  Right.

04:08 9              MS. LIN:  And -- I'm sorry, about Davis, not losing

04:0810    the No. 1 spot for purposes of War College.  And then I'm also

04:0811    sending information about Hash, this is whether she could

04:0912    still complete the course by the end of 2025.  And also

04:0913    additional information about what the Georgetown program has

04:0914    said to Air Force in terms of flexibility.  And then for Wolf,

04:0915    I'm telling you tomorrow by 9:00 the whether she's still being

04:0916    considered for the linguist position.

04:0917              THE COURT:  Okay.

04:0918              MS. LIN:  That she would still be considered for the

04:0919    linguist position.

04:0920              THE COURT:  All right.  Yeah --

04:0921              MS. LIN:  And then so Marquez --

04:0922              THE COURT:  So my only point with Marquez and Ahearn

04:0923    is I'm inclined to grant a TRO as to those two individuals,

04:0924    but I told the government that I would give you an opportunity

04:0925    to respond.  So if you would like an opportunity to respond in

04:09 1    writing.  I'm giving that to you.  If you don't want the

04:09 2    opportunity, that's totally fine too.  I'll just enter the

04:09 3    TROs.

04:09 4             MS. LIN:  Your Honor, can we -- okay.  So because

04:09 5    we -- these are the two witnesses that -- two plaintiffs that

04:09 6    we only learned literally, you know, just a couple hours

04:09 7    ago.

04:09 8             THE COURT:  Okay.  So I'll --

04:09 9             MS. LIN:  If I have additional information, I could

04:1010    provide it in the email and Your Honor could decide as well.

04:1011            THE COURT:  All right.  So what I'll do is I'll put

04:1012    a hold on those two.  Try to find out tomorrow what you can,

04:1013    Ms. Lin.

04:1014            MS. LIN:  Okay.

04:1015            THE COURT:  Give me what you can by 9:00 a.m.  If

04:1016    either of those are still outstanding, we'll have a early

04:1017    afternoon, you know, a late afternoon check-in.  But as you

04:1018    know, I'd much prefer not to enter a TRO.  So it seems like

04:1019    these are things we can work around, Ms. Lin, if the people on

04:1020    your end can be flexible, but, you know, life is what it is.

04:1021            MS. LIN:  Yeah, Your Honor, can I just provide just

04:1022    a little bit more information about Ahearn, the TMG

04:1023    individual.

04:1024            THE COURT:  Yeah, sure.

04:1025            MS. LIN:  So this is not a -- this is just an

04:10 1    officer candidate.  And he's working full time with a group.

04:10 2    And so the job he's working -- he's currently working a job

04:10 3    with a training group.  So that's kind of -- so I'm not sure I

04:11 4    fully agree with Ms. Levi's characterization of what TMG does

04:11 5    or what it is, but I'll get further confirmation.

04:11 6                THE COURT:  Okay.  I mean, if you get further

04:11 7    confirmation and you want to talk again or you want to file an

04:11 8    opposition brief tomorrow just let me know.

04:11 9                MS. LIN:  Right.  And the reason he's being held at

04:11 10   TMG as well, is because he under the current policy he cannot

04:11 11   be commissioned.

04:11 12                THE COURT:  No, I understand.

04:11 13                MS. LIN:  So the idea is whether he gets commission.

04:11 14   So that's why he's at TMG, because currently they cannot

04:11 15   commission him.

04:11 16                THE COURT:  Right.  But I think Ms. Levi's point is

04:11 17   the fact that he's being basically put in the group of people

04:11 18   who have done something wrong and therefore cannot be

04:11 19   commissioned is a representational and emotional harm.  So,

04:11 20   you know, I -- just see what you can find out, Ms. Lin.

04:11 21                MS. LIN:  Okay.

04:11 22                THE COURT:  And then also if you have any more

04:11 23   information that we can do on Marquez and the Air Force

04:11 24   Academy -- marquez is the Air Force Academy?

04:11 25                MS. LEVI:  Yes, Your Honor.

04:12 1          THE COURT:  Okay.  I am inclined -- you know, my

04:12 2  preference would be to wait and play this thing out and see

04:12 3  what happens.  But, Ms. Lin, I am inclined to grant that

04:12 4  limited TRO unless you can get me more information tomorrow

04:12 5  about what happens when he gets back, assuming that the --

04:12 6  well, what happens when he gets back.

04:12 7          MS. LIN:  So, Your Honor, if it's going to be a TRO,

04:12 8  I'm just curious why, because if we appeal from Your

04:12 9  Honor's -- the PI as well as the motion to dissolve the PI, is

04:1210  your expectation that the TRO would then continue, because

04:1211  then we would also want to appeal the TRO.  And we would ask

04:1212  that you just issue a PI then.

04:1213          THE COURT:  Well, no, I mean I gave -- I gave you

04:1214  all additional time to file a notice of appeal.  I mean, so

04:1315  I'm not then going to -- I mean, we would not be in the

04:1316  situation but for defendants; right?  Because were it not for

04:1317  the fact that you all filed a motion to dissolve instead of

04:1318  filing a motion to appeal, you all would have filed appealed

04:1319  on Friday, well, before Friday.  The injunction, assuming no

04:1320  court, you know, got involved would be in effect and then you

04:1321  would have to do everything that the plaintiffs are asking

04:1322  for, unless and until a circuit court or an appellate court

04:1323  sort of, you know, said something different.  So --

04:1324          MS. LIN:  And I thought Your Honor, maybe I

04:1325  misunderstood, I thought plaintiffs were okay with extending

04:13 1    the stay for a little bit, and maybe I just misunderstood

04:13 2    about their position --

04:13 3            THE COURT:  They were, Ms. Lin.  They were, Ms. Lin.

04:13 4    Surely not their preference, but I also when I entered the

04:13 5    order specifically said if there's an individual who's

04:14 6    impacted individually then file a TRO, because I just want to

04:14 7    have the flex -- I wanted to have the flexibility of not

04:14 8    having to deny your stay, you know, pending my decision on the

04:14 9    motion to dissolve.

04:14 10           Look, I'll look into it.  I'm inclined, you know, to

04:14 11   file a TRO as to these people.  Obviously, if the D.C. Circuit

04:14 12   stays the preliminary injunction, then the TRO, you know, I

04:14 13   don't think I'd have an opportunity -- I don't think I would

04:14 14   have the ability to keep the TRO in place.  And then if the

04:14 15   circuit court doesn't grant the TRO, then -- I mean, doesn't

04:14 16   grant the emergency stay, then all this becomes moot any way.

04:14 17   I mean, I guess, Ms. Lin, that's the best --

04:14 18           MS. LIN:  Agreed.

04:14 19           THE COURT:  -- the best point is whatever happens

04:15 20   here, it will all kind of moot, right, because by I assume

04:15 21   before Friday, defendants are going to appeal or someone's --

04:15 22   someone's going to appeal my decision on the motion to

04:15 23   dissolve.  I imagine you will seek an emergency stay.  And

04:15 24   then either the Court rules or the Court doesn't.  And then --

04:15 25   and, you know, if the Court doesn't rule this injunction goes

04:15 1    into place on, you know, two days after my ruling, if that's
04:15 2    what I decide, which is what I have tentatively decided. And
04:15 3    if it does rule then the TROs are meaningless any way, Ms.
04:15 4    Levi.

04:15 5            MS. LEVI: Your Honor, we're seeking a TRO, we're
04:15 6    seeking limited relief. I agree, plaintiffs agree there's a
04:15 7    lot of uncertainty here. But, you know, we've articulated
04:15 8    these very specific concerns. And, I mean, as Your Honor
04:16 9    pointed out at the last hearing these are people whose daily
04:1610    lives are being affected in extraordinarily serious ways. And
04:1611    that's why we're seeking the narrow relief that we've asked
04:1612    from the court. And none of us can predict what's going to
04:1613    happen.

04:1614            THE COURT: If only we could, I would be a lot
04:1615    richer.

04:1616            All right. Let's do this, Ms. Lin get me as much
04:1617    information as you can by 9:00 a.m. tomorrow. I will either
04:1618    get on the phone with you all or think this through more
04:1619    before I enter a TRO. But I think practically speaking Ms.
04:1620    Lin might have hit on the actual sort of practicalities what
04:1621    we're dealing here with. So let's do it that way, all right?

04:1622            Ms. Lin, if you don't have all the information by
04:1623    9:00, get me what you have. And if you need more let me know
04:1624    a time line when you will get it.

04:1625            MS. LIN: Will do. Thank you, Your Honor.

04:16 1                    THE COURT:  Thank you, everyone.

04:16 2                    Anything else?

04:16 3                    All right.  Thank you, everyone.

04:16 4                    MS. LEVI:  Thank you, Your Honor.

5                    (The proceedings were concluded at 4:16 p.m.)

6

7                    I, Christine Asif, RPR, FCRR, do hereby certify that
the foregoing is a correct transcript from the stenographic
record of proceedings in the above-entitled matter.

8
                              _____/s/_____
9                                   Christine T. Asif
                              Official Court Reporter

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

< Dates >.
April 5:11,
  6:1.
April, 6:1,
  6:20, 7:2.
February 5:21,
  17:22.
February 21st
  12:2.
March 5:21.
March 14th
  3:21.
March 24th,
  1:11.
March 26th
  5:9, 17:12.
March, March
  21st 12:2.
May 21st
  5:13.
May 7th
  5:12.
November 5:9,
  5:12.
#11548 1:34.
.
.
< 0 >.
00 12:4, 13:14,
  15:21, 22:13,
  23:6, 23:15,
  24:15, 28:17,
  28:23.
02108 1:29.
.
.
< 1 >.
1 13:24, 14:25,
  15:8, 15:10,
  15:17, 22:6,
  22:9,
  23:10.
10 12:4,
  14:24.
10001 1:41.
1100 2:10.
134 1:39.
14 17:18.
1401 1:33.
14th 8:23.

16 10:6,
  29:5.
18 1:27.
18th 11:20,
  11:22.
19th 5:12,
  11:20, 21:13,
  21:16.
.
.
< 2 >.
20001 2:44.
20005 2:11.
202 2:45.
2020 5:3.
2025 1:11, 4:1,
  5:4, 23:12.
2026 15:3.
21st 1:33.
22 12:3.
23rd 5:11.
25-0240-ACR
  1:6.
25-240 3:3.
29th 1:39.
.
.
< 3 >.
3 1:13.
30 1:13.
333 2:43.
354-3247
  2:45.
.
.
< 4 >.
4 29:5.
48 11:21,
  12:10.
.
.
< 5 >.
5th 5:9.
.
.
< 6 >.
667 14:14.
.
.
< 7 >.

709 1:40.
.
.
< 8 >.
8 14:10.
.
.
< 9 >.
9 12:3, 13:14,
  15:21, 22:13,
  23:6, 23:15,
  24:15, 28:17,
  28:23.
95-2 14:7.
950 1:28.
95811 1:35.
_____/s/___
_____
  29:11.
.
.
< A >.
a.m. 12:3,
  12:4, 13:14,
  15:21, 22:13,
  23:6, 24:15,
  28:17.
ability 10:12,
  14:13,
  27:14.
able 4:10,
  5:22, 6:3,
  7:3, 8:16,
  9:25, 15:23,
  16:10,
  18:24.
above-entitled
  29:9.
absence 12:23,
  14:17, 14:21,
  17:25, 19:19,
  20:20.
academic 16:6,
  16:18, 16:21,
  17:5.
Academy 16:3,
  16:9, 16:16,
  17:9,
  25:24.
accelerated

  16:20,
  16:24.
access 7:13.
accumulated
  14:14.
activities
  17:9.
actual 15:20,
  28:20.
Actually
  12:10.
add 20:10.
addition 9:17,
  20:7.
additional
  9:19, 16:17,
  17:23, 23:13,
  24:9,
  26:14.
Additionally
  14:20.
address 9:21,
  13:21,
  15:25.
admin 12:23.
administrative
  3:18, 10:13,
  14:17, 15:17,
  17:25, 19:19,
  20:20.
adverse 4:11,
  4:16,
  15:18.
Advocates
  1:26.
affected
  28:10.
afternoon
  24:17.
ago 11:18,
  24:7.
agree 25:4,
  28:6.
Agreed 12:4,
  27:18.
Ahearn 19:8,
  21:23, 22:3,
  23:22,
  24:22.
Air 4:9, 4:12,

8:3, 8:5,
13:1, 13:3,
13:24, 15:11,
16:3, 16:9,
16:16, 16:21,
17:9, 22:24,
23:14, 25:23,
25:24.
al 1:11, 3:3.
allocated
11:24.
allowed 3:23,
7:15, 7:24,
8:21, 17:12,
21:12.
already 9:7,
11:2, 12:21,
16:17.
Ana C. Reyes
1:17.
answer 10:17.
appeal 11:21,
11:25, 12:1,
12:9, 18:8,
18:10, 26:8,
26:11, 26:14,
26:18, 27:21,
27:22.
appealed 6:14,
18:12,
26:18.
Appeals 6:18,
18:25.
APPEARANCES
1:21, 2:1.
appellate
26:22.
application
15:9.
applied 9:22,
11:2, 11:3,
11:4.
apply 10:1,
10:12.
Appreciate
15:24.
April 5:22.
around 24:19.
articulated
28:7.

Ashley 13:21.
Asif 2:41,
29:7,
29:12.
assume 27:20.
assuming 26:5,
26:19.
assured
14:11.
attempted
20:17.
attend 4:10,
4:25, 6:5,
7:8, 7:20,
8:17,
15:10.
attending
7:23.
attends 6:8.
attention 3:22,
16:13.
authority
14:21.
authorized
19:12.
available
22:7.
Avenue 2:43.
away 22:10.
.
.
< B >.
back 9:19,
10:13, 26:5,
26:6.
base 20:6.
based 9:3,
10:19.
basically 8:8,
25:17.
basis 9:18.
becomes
27:16.
behalf 3:8.
belief 4:15.
believe 9:2,
17:17,
21:7.
best 13:2,
27:17,

27:19.
better 21:11.
biological 9:4,
20:17.
bit 17:24,
24:22,
27:1.
Boston 1:29.
break 16:15,
16:16, 17:15,
17:16, 17:17,
17:25,
22:25.
brief 25:8.
bringing
3:22.
brought 6:21.
burden 11:9,
11:13,
12:11.
.
.
< C >.
C. 1:12, 1:38,
2:44,
27:11.
CA 1:35.
Cadet 16:14,
23:1.
cadets 16:4,
16:7,
19:10.
candidate
19:10,
25:1.
candidates
19:14, 19:21,
21:20.
career 14:18,
15:18.
case 3:2,
18:15.
cause 15:17.
caused 12:6,
12:7.
Center 1:32.
certain
12:13.
certify 29:7.
chambers

3:21.
change 4:15.
changed
21:13.
changing
19:11.
characterizatio
n 25:4.
charge 4:7.
check 9:1.
check-in
24:17.
choice 16:6.
choose 5:3.
Christine 2:41,
29:7,
29:12.
Circuit 26:22,
27:11,
27:15.
CIVIL 1:5,
3:2.
class 4:19,
4:20, 4:24,
5:7, 5:8,
5:10, 5:12,
5:13, 5:19,
5:21, 6:3,
6:5, 6:8,
7:7, 7:9,
7:13, 7:18,
8:6, 8:18,
12:12, 13:10,
13:11,
22:16.
classes 4:21,
4:23, 5:2,
5:3, 8:12.
clear 9:16.
CLERK 3:2.
cocktail
8:17.
cohort 7:23,
7:25.
College 13:24,
15:2, 15:11,
23:10.
COLUMBIA 1:2.
combat 14:14.
command 14:10,

15:8.
commission
  25:13,
  25:15.
commissioned
  25:11,
  25:19.
complete 4:1,
  7:4, 16:6,
  17:10,
  23:12.
completed
  16:18, 16:21,
  17:2,
  21:19.
completing
  4:12, 4:16,
  5:17,
  17:11.
complying
  18:1.
computer-aided
  2:48.
concerns
  28:8.
concluded
  29:5.
confirmation
  22:21, 25:5,
  25:7.
confirmed 4:9,
  13:9.
confirming
  13:5, 16:20,
  22:9, 23:6.
conform
  20:17.
confused
  7:12.
consequences
  15:18.
considered
  10:5, 10:8,
  10:23, 11:6,
  12:12, 12:15,
  12:22, 12:23,
  12:25, 13:9,
  13:11, 14:2,
  22:22, 22:23,
  23:16,

23:18.
consistent
  9:4.
Constitution
  2:43.
Cont'd 2:1.
contacting
  7:12.
Continue 3:23,
  7:6, 7:24,
  9:8, 12:5,
  16:10, 16:16,
  18:21,
  26:10.
continued
  7:10.
continuing
  8:12.
Correct 6:7,
  13:6, 29:8.
counsel 3:4,
  10:11,
  13:12.
couple 24:6.
course 3:23,
  4:1, 4:7,
  4:10, 5:11,
  5:18, 6:4,
  6:6, 6:9,
  7:4, 7:25,
  8:8, 9:2,
  9:17, 20:12,
  23:12.
courses 4:14,
  9:5.
credibility
  14:23.
critical 5:22,
  9:22.
Cross-talk.
  18:2.
curious 26:8.
current 9:3,
  12:23,
  25:10.
currently 4:11,
  15:10, 19:8,
  20:16, 25:2,
  25:14.
cut 15:5.

.
.
< D >.
daily 8:11,
  9:18, 28:9.
danger 15:4,
  15:7.
date 7:2,
  8:8.
dates 5:12.
Davis 13:21,
  14:3, 14:14,
  21:23, 22:5,
  23:9.
day 19:1,
  20:14.
days 17:18,
  17:19,
  28:1.
DC 2:11.
deadline
  17:12.
dealing
  28:21.
decide 6:19,
  18:19, 24:10,
  28:2.
decided 9:11,
  28:2.
decides
  18:22.
deciding
  10:2.
decision 12:9,
  18:5, 27:8,
  27:22.
declaration
  12:17, 12:18,
  14:7,
  14:10.
Defendant 1:12,
  3:25.
Defendants 2:6,
  3:9, 3:13,
  7:8, 26:16,
  27:21.
Defenders
  1:26.
delay 11:15,
  11:18, 12:6,

12:7.
delaying
  14:19.
denies 18:23.
deny 27:8.
Department 2:9,
  6:16.
designation
  21:20.
detail 6:2.
details 7:14.
development
  14:20.
different 8:22,
  8:24, 21:9,
  26:23.
directed 7:8.
directly 4:6.
disagree
  6:12.
disciplinary
  14:22.
discussed
  10:10.
dissolve 12:2,
  18:6, 18:20,
  18:23, 26:9,
  26:17, 27:9,
  27:23.
District 1:1,
  1:2, 1:18.
Dod 9:3.
doing 5:15,
  7:17, 7:18,
  11:13.
done 25:18.
dorm 17:21.
double 9:1.
during 8:13.
duties 14:13.
.
.
< E >.
earlier 16:7.
early 24:16.
earned 14:23.
effect 9:13,
  9:14, 12:4,
  15:20, 21:17,
  26:20.

effectively
    19:13.
either 19:22,
    24:16, 27:24,
    28:17.
email 3:21,
    4:6, 4:9,
    13:8, 13:13,
    15:20, 22:14,
    22:17, 23:6,
    24:10.
emails 7:11.
emergency
    27:16,
    27:23.
emotional
    25:19.
end 5:4, 23:12,
    24:20.
engage 7:6,
    7:24,
    17:13.
engaging
    16:4.
enter 13:15,
    15:22, 18:5,
    18:12, 18:16,
    22:15, 22:25,
    24:2, 24:18,
    28:19.
entered 27:4.
entering 3:24,
    11:9.
entire 6:16.
entirety
    8:13.
eroding
    14:22.
Esquire 1:25,
    1:31, 1:37,
    2:8.
et 1:11, 3:3.
everyone 11:19,
    22:2, 29:1,
    29:3.
everything
    26:21.
exactly
    11:19.
except 7:17.

exclude
    12:19.
excluded 12:14,
    12:17, 16:8,
    16:11,
    17:8.
executive
    8:21.
exercises
    21:8.
expectation
    26:10.
extending
    26:25.
extraordinarily
    28:10.
.
.
< F >.
facilities
    17:20.
fact 11:15,
    25:17,
    26:17.
facts 9:19.
fails 21:4.
failure 20:7.
false 13:12.
familiar
    3:19.
far 20:18.
FCRR 2:41,
    29:7.
Federal 2:42.
female 18:1,
    20:24.
few 4:14.
figure 22:2.
file 11:21,
    11:24, 12:8,
    25:7, 26:14,
    27:6,
    27:11.
filed 12:1,
    26:17,
    26:18.
filing 12:1,
    26:18.
fill 15:23.
filled 10:7,

10:25,
    12:22.
filling
    22:15.
find 4:24,
    13:10, 24:12,
    25:20.
fine 24:2.
finish 4:20,
    6:4, 6:6,
    6:8.
first 21:5.
five 3:19, 5:2,
    6:21.
flex 27:7.
flexibility
    9:5, 23:14,
    27:7.
flexible 8:7,
    24:20.
flight 14:14.
Force 4:9,
    4:12, 8:3,
    8:5, 13:1,
    13:3, 16:3,
    16:9, 16:16,
    16:21, 17:9,
    22:24, 23:14,
    25:23,
    25:24.
forced 16:25.
foregoing
    29:8.
forward 6:21,
    20:8,
    21:18.
four 5:2.
Friday 12:9,
    18:18, 26:19,
    27:21.
full 25:1.
fully 25:4.
future 10:1,
    14:1.
.
.
< G >.
GAI 3:24, 4:13,
    8:5, 8:6.
gave 12:10,

26:13.
general
    11:23.
Georgetown 8:6,
    23:13.
gets 25:13,
    26:5, 26:6.
getting 10:25,
    13:1.
Give 11:21,
    21:25, 23:2,
    23:24,
    24:15.
given 3:25,
    9:4, 9:25,
    16:5,
    16:25.
giving 24:1.
GLBTQ 1:26.
government
    11:9, 11:13,
    11:21, 12:7,
    12:11, 18:17,
    23:24.
graciously
    12:4.
graduate 19:12,
    20:8,
    21:19.
graduation
    16:20,
    17:3.
grant 8:15,
    18:19, 21:23,
    22:4, 23:23,
    26:3, 27:15,
    27:16.
granted 7:3,
    8:23,
    11:10.
great 13:8.
Group 19:9,
    19:20, 20:2,
    21:3, 21:13,
    21:20, 22:3,
    22:4, 22:5,
    25:1, 25:3,
    25:17.
groups 7:19,
    8:17.

guess 3:14,
  6:17, 9:12,
  18:19,
  27:17.
guidance
  19:22.
guys 3:11,
  12:8.
.
.
< H >.
half 4:9.
happen 4:7,
  19:23,
  28:13.
happens 26:3,
  26:5, 26:6,
  27:19.
happy 7:22.
harm 25:19.
Hash 3:20,
  3:23, 3:25,
  4:2, 4:16,
  5:15, 6:23,
  6:24, 7:2,
  22:16, 22:17,
  23:7,
  23:11.
he'll 16:15,
  16:16.
heard 8:2.
hearing 28:9.
held 19:8,
  20:4, 20:7,
  25:9.
help 17:24.
hereby 29:7.
higher 19:23.
hit 28:20.
Hold 4:4, 4:5,
  6:13, 19:16,
  24:12.
Honor 3:16,
  6:10, 6:12,
  8:2, 9:7,
  9:15, 11:1,
  11:4, 11:14,
  12:13, 13:16,
  14:5, 15:14,
  15:24, 17:23,

18:9, 18:14,
  19:1, 20:10,
  21:3, 21:8,
  23:5, 24:4,
  24:10, 24:21,
  25:25, 26:7,
  26:9, 26:24,
  28:5, 28:8,
  28:25,
  29:4.
Honorable
  1:17.
hours 11:21,
  12:10, 14:15,
  24:6.
Hunter 15:25,
  16:2.
.
.
< I >.
idea 10:24,
  21:5, 23:5,
  25:13.
imagine 6:14,
  18:7,
  27:23.
immense 9:5.
impact 4:11,
  4:16, 10:12,
  12:23, 14:13,
  15:1.
impacted
  27:6.
impacts
  14:18.
important
  13:25.
in. 15:8.
inclined 21:22,
  22:3, 22:25,
  23:23, 26:1,
  26:3,
  27:10.
including 9:24,
  22:10.
independent
  8:10.
indicates
  14:25.
individual

24:23,
  27:5.
individually
  27:6.
individuals
  3:16, 3:19,
  6:21,
  23:23.
information
  3:12, 7:21,
  7:22, 8:3,
  10:11, 12:20,
  13:2, 17:2,
  17:23, 20:11,
  22:9, 23:11,
  23:13, 24:9,
  24:22, 25:23,
  26:4, 28:17,
  28:22.
injunction
  8:23, 9:13,
  11:12, 12:3,
  21:15, 21:17,
  26:19, 27:12,
  27:25.
instead 12:1,
  26:17.
interrupting
  14:18.
introduce
  3:4.
involved
  26:20.
issue 26:12.
issues 3:11.
itself 14:9.
.
.
< J >.
J. 1:37.
Jean 2:8,
  3:8.
Jennifer 1:25,
  3:6.
job 25:2.
job. 14:14.
join 5:22.
Joseph 1:37,
  3:7.
Judge 1:18.

jurisdiction
  18:11,
  18:14.
Justice 2:9.
.
.
< K >.
keep 27:14.
key 16:8,
  17:13.
kind 20:19,
  25:3,
  27:20.
knows 18:6.
.
.
< L >.
last 10:10,
  13:8, 21:24,
  28:9.
late 24:17.
lawyers 13:8.
leadership
  5:23, 9:22,
  14:19,
  16:4.
learned 15:15,
  24:6.
least 3:19.
leave 3:18,
  10:13, 14:17,
  15:17.
left 4:4, 4:5,
  22:16.
Legal 1:26.
Lesbian 1:32.
Levi 1:25, 3:6,
  5:14, 5:25,
  6:20, 6:22,
  8:14, 10:19,
  17:7, 18:4,
  19:3, 19:19,
  19:25, 21:2,
  21:5, 25:4,
  25:16,
  28:4.
liberties
  19:12, 20:4,
  20:6.
liberty

20:14.
life 24:20.
limited 15:22,
  26:4, 28:6.
limiting
  14:20.
Lin 2:8, 3:8,
  3:14, 4:5,
  5:7, 6:15,
  8:20, 10:9,
  10:18, 11:5,
  11:8, 11:17,
  12:16, 15:13,
  16:12, 16:23,
  18:7, 19:16,
  21:22, 21:25,
  22:8, 22:18,
  23:2, 24:13,
  24:19, 25:20,
  26:3, 27:3,
  27:17, 28:16,
  28:20,
  28:22.
line 28:24.
linguist 9:23,
  22:22, 22:24,
  23:16,
  23:19.
literal 20:5.
literally
  17:11,
  24:6.
little 17:24,
  20:10, 24:22,
  27:1.
lives 28:10.
long 4:21.
longer 18:10,
  18:14.
Look 14:9,
  27:10.
looked 4:12,
  10:6.
lose 14:1,
  15:17.
loses 15:1,
  15:7,
  15:11.
losing 23:9.
lot 17:19,

28:7,
28:14.
Lynch 4:6.
.
.
< M >.
MA 1:29.
machine 2:47.
Major 13:4,
  13:8.
male 20:23,
  21:1.
Management
  19:9,
  19:20.
Marquez 15:25,
  16:2, 16:14,
  21:23, 22:24,
  23:1, 23:21,
  23:22, 25:23,
  25:24.
Master 5:14,
  6:23, 7:1,
  13:12.
matter 29:9.
mean 6:14, 7:4,
  8:21, 9:9,
  9:10, 12:17,
  15:4, 17:10,
  18:6, 18:16,
  18:18, 18:21,
  20:13, 21:6,
  21:10, 21:12,
  21:17, 25:6,
  26:13, 26:14,
  26:15, 27:15,
  27:17,
  28:8.
meaningless
  28:3.
means 21:6.
meet 8:12,
  20:3, 20:7,
  21:4,
  21:21.
meeting 4:23,
  5:13, 5:19.
meetings
  7:19.
meets 5:9,

5:22, 6:3.
miles 20:5.
military 9:1,
  17:8.
minimal 9:23.
Minter 1:31,
  3:7.
misunderstood
  26:25,
  27:1.
mobility
  20:5.
moment 14:6.
month 5:20.
moot 27:16,
  27:20.
morning 13:14,
  15:16.
motion 6:18,
  11:16, 12:2,
  12:5, 14:4,
  14:9, 18:5,
  18:20, 18:22,
  18:23, 26:9,
  26:17, 26:18,
  27:9,
  27:22.
Motions Hearing
  1:16.
move 19:21,
  20:8,
  21:18.
moved 19:21.
moving 7:25.
muster 22:5.
mustering
  20:14, 21:3,
  21:6.
.
.
< N >.
name 13:9,
  15:20,
  22:10.
narrow 28:11.
National
  1:32.
necessary
  12:14,
  16:18.

need 7:20,
  8:19, 19:3,
  22:13,
  28:23.
needed 8:9,
  9:14.
negative
  14:12.
negatively
  14:18.
New 1:41.
next 4:2, 5:5,
  5:7, 5:10,
  5:11, 5:19,
  6:3, 9:11,
  9:20, 13:20,
  13:21, 15:5,
  15:25, 19:6,
  19:7, 19:24,
  20:19.
NICOLAS
  TALBOTT, et
  al. 1:5.
No. 1:5, 6:17,
  11:17, 13:24,
  14:24, 14:25,
  15:8, 15:10,
  15:17, 22:6,
  22:9,
  23:10.
none 28:12.
notice 11:22,
  26:14.
noting 14:9.
number 9:5,
  9:23.
NW 2:10,
  2:43.
NY 1:41.
.
.
< O >.
Obviously 9:12,
  11:10, 15:15,
  27:11.
offered 8:7.
officer 14:19,
  14:21, 19:10,
  19:20,
  25:1.

Official 2:42, 29:13.
Okay 3:10, 3:14, 5:14, 5:19, 6:11, 6:23, 7:22, 9:20, 10:2, 11:5, 13:3, 13:7, 13:17, 13:22, 15:13, 15:19, 16:1, 17:4, 17:7, 17:22, 18:3, 18:10, 18:15, 19:4, 21:9, 22:8, 22:20, 23:17, 24:4, 24:8, 24:14, 25:6, 25:21, 26:1, 26:25.
Once 5:20, 8:12, 9:23, 10:13, 10:22, 18:22.
One 4:23, 4:25, 5:2, 5:3, 5:6, 5:8, 5:10, 5:11, 5:12, 5:13, 6:19, 7:17, 9:11, 12:21, 14:8, 16:12, 21:24, 22:16.
one-by-one 6:23.
one-class 5:10.
ongoing 4:11, 17:13.
opinion 6:16.
opportunities 14:19, 15:2, 16:8, 16:11, 17:13.
opportunity 4:1, 5:23, 9:18, 9:22, 9:24, 10:8,

10:22, 12:8, 21:18, 21:25, 23:2, 23:24, 23:25, 24:2, 27:13.
opposed 3:13.
opposition 25:8.
options 16:4.
order 3:23, 27:5.
organization 8:6.
otherwise 7:3, 8:16, 18:16, 20:9.
outside 17:20.
outstanding 24:16.
own 8:10.
.
.
< P >.
P. 1:31.
p.m. 1:13, 29:5.
page 14:4.
paragraph 14:10, 14:24.
part 4:5, 5:23.
participate 7:15, 8:21, 16:10.
particular 19:25.
party 8:18.
path 16:20.
pays 9:1.
pending 11:11, 12:5, 16:16, 27:8.
people 7:11, 7:18, 20:15, 21:11, 24:19, 25:17, 27:11, 28:9.
perceived

14:22.
perform 14:13.
performance. 14:23.
performing 21:7.
permitted 19:14, 20:9, 21:4, 22:5.
person 3:15, 4:7, 18:16, 19:7, 22:3, 22:10, 22:24.
phone 28:18.
physically 7:4.
PI 18:24, 26:9, 26:12.
pick 8:9.
picked 21:16.
place 18:24, 27:14, 28:1.
placed 14:17, 17:25.
Plaintiff 1:7, 3:23, 4:2, 7:7, 9:20, 10:10, 15:15.
Plaintiffs 1:23, 3:4, 3:6, 3:12, 9:16, 11:16, 11:18, 12:4, 12:6, 24:5, 26:21, 26:25, 28:6.
play 26:2.
please 3:4, 4:5.
plenty 11:22.
point 16:9, 17:10, 18:7, 23:22, 25:16, 27:19.
pointed 28:9.
policy 9:3,

25:10.
pool 11:10, 11:11, 11:12.
position 5:24, 8:22, 9:18, 10:1, 10:13, 13:25, 14:1, 15:1, 15:8, 15:11, 15:12, 18:13, 18:17, 21:11, 22:22, 22:24, 23:16, 23:19, 27:2.
positive 14:10.
practicalities 28:20.
practically 28:19.
predict 28:12.
prefer 24:18.
preference 26:2, 27:4.
preferred 20:16.
prefers 8:9.
preliminary 8:23, 9:13, 11:12, 12:3, 21:15, 27:12.
presently 8:16.
prevented 5:15, 5:17, 9:17, 16:3, 19:11.
previously 3:17, 3:20.
prior 17:25.
Proceedings 2:47, 29:5, 29:9.
process 19:14.
produced 2:47.

professional
14:20.
program 7:16,
7:24, 16:6,
16:24,
23:13.
progression
14:18,
15:18.
prohibited
7:12.
provide 24:10,
24:21.
provided 8:4,
10:12.
providing
8:6.
provisionally
9:10.
pulled 5:24,
14:6.
pulling 14:6.
purposes
23:10.
put 3:18,
14:16, 16:23,
24:11,
25:17.
.
.
< Q >.
question
20:14.
quick 14:8.
quickly 18:8.
quite 4:13,
20:13.
quo 20:19.
.
.
< R >.
reach 4:6.
really 9:22.
reason 8:20,
13:10,
25:9.
reasonable
9:16.
received 13:4,
13:5.

recently
10:4.
recollection
7:7.
record 3:2,
3:5, 29:9.
recorded
2:47.
relief 28:6,
28:11.
remain 10:7,
21:20,
22:6.
remainder
4:14.
remaining 9:6,
16:2.
repeatedly
11:22.
repercussions
13:11.
reply 23:2.
Reported
2:41.
Reporter 2:42,
29:13.
representation
3:25, 13:5,
13:12,
13:13.
representationa
l 25:19.
requirements
4:17, 16:18,
16:21, 17:2,
17:5.
research
4:13.
resolution
12:5.
resources
11:24.
respect
14:22.
respond 11:16,
21:25,
23:25.
response 5:1,
7:9, 16:13.
responsible

11:18.
restart 4:20,
4:21.
restricted
20:14.
restrictive
19:12, 20:4,
20:6.
restricts
20:5.
return 16:15.
returns
17:20.
Reyes 13:4,
13:8,
13:13.
richer 28:15.
Rights 1:32.
risks 15:9.
RPR 2:41,
29:7.
rule 11:19,
11:20, 27:25,
28:3.
ruled 9:8, 9:9,
11:21.
rules 4:1,
20:18,
27:24.
ruling 11:15,
16:17,
28:1.
run 4:21.
rush 20:1.
.
.
< S >.
S. 2:9, 16:9,
16:21,
17:9.
Sacramento
1:35.
Sam 19:8.
Saturday
18:18.
saying 11:9,
12:18,
13:8.
says 12:12,
14:16.

schedule 4:13,
8:4, 8:10.
school 19:10.
second 4:8,
14:8.
seek 27:23.
Seeking 15:25,
16:10, 17:18,
22:6, 28:5,
28:6,
28:11.
seems 11:8,
21:10,
24:18.
selected 13:23,
14:25.
selectee 13:24,
15:10.
seminar 4:13.
sending 23:6,
23:11.
Senior 23:1.
seniority
9:25.
sent 13:7.
Sergeant 5:14,
6:24, 7:1,
13:12.
serious 13:11,
28:10.
serve 14:13.
serving 20:16,
20:21, 20:23,
20:25.
set 12:3.
seven 5:2.
sex 9:4, 20:16,
20:17.
Shannon 1:31,
3:7.
shared 3:12.
shorthand
2:47.
show 8:15.
similar
20:19.
single 5:13.
situation
21:10, 23:7,
26:16.

situations
    16:25.
six 5:2,
    16:6.
so-called
    19:9.
solicitor
    11:23.
solid 6:17.
somebody 12:18,
    15:20, 15:23,
    22:16.
someone 10:17,
    15:9, 15:11,
    27:21,
    27:22.
sometime 6:15,
    18:6, 18:7.
soon 11:15.
Sorry 14:3,
    14:5, 14:24,
    16:23, 21:23,
    23:1, 23:9.
sort 9:9,
    19:25, 26:23,
    28:20.
speaking
    28:19.
specific 6:3,
    28:8.
specifically
    27:5.
speech 19:3.
spot 15:9,
    15:17, 15:23,
    22:6, 22:9,
    22:15,
    23:10.
spots 9:23,
    10:6, 10:7,
    10:8, 10:15,
    10:20, 10:22,
    10:25, 12:21,
    13:6.
spring 16:15,
    17:15, 17:16,
    17:17, 17:25,
    22:25.
St. 1:33.
standards 18:1,

20:3, 20:8,
    21:4, 21:19,
    21:21.
standpoint
    14:12.
started 5:18,
    6:4, 8:1.
starting 8:7,
    8:8.
starts 15:3.
statement
    15:19.
States 1:1,
    1:18.
station 19:9.
status 4:15,
    19:11,
    20:19.
stay 6:18,
    11:11, 12:5,
    18:24, 27:1,
    27:8, 27:16,
    27:23.
stays 9:13,
    11:12,
    27:12.
stenographic
    29:8.
Stick 6:23.
stop 22:15.
Street 1:27,
    1:39, 2:10.
students 7:6,
    7:16.
studies
    17:10.
study 7:19,
    8:10, 8:17.
Suite 1:28,
    1:34, 1:40.
supportive
    14:11.
Surely 27:4.
sword 17:11.
sworn 12:17,
    12:18.
.
.
< T >.
T. 2:41,

29:12.
Talbott 3:3.
Talent 19:9,
    19:20.
talked 3:11,
    8:5.
tells 6:15.
tentatively
    28:2.
terms 23:14.
text 13:5.
they'll 6:18.
third 5:11.
three 3:20,
    5:2.
Thursday
    12:9.
timing 11:23.
TMG 19:13,
    20:3, 20:5,
    20:15, 20:18,
    21:13, 22:3,
    24:22, 25:4,
    25:10,
    25:14.
today 18:16,
    21:14.
tomorrow 13:14,
    22:13, 23:6,
    23:15, 24:12,
    25:8, 26:4,
    28:17.
totally 8:24,
    24:2.
training 5:23,
    16:4, 16:5,
    16:8, 16:11,
    17:9, 17:13,
    19:21, 21:7,
    25:3.
trajectory
    14:19.
Transcript
    1:16, 2:47,
    29:8.
transcription
    2:48.
transgender
    14:12,
    21:11.

transition
    14:11.
Tremont 1:27.
tried 4:24.
Tros 24:3,
    28:3.
Trump 3:3.
Try 24:12.
twice 8:12.
two 3:19, 4:24,
    5:2, 5:9,
    5:12, 15:5,
    21:24, 23:23,
    24:5, 24:12,
    28:1.
.
.
< U >.
uncertainties
    17:19.
uncertainty
    28:7.
undermines
    14:21.
Understand
    4:19, 6:25,
    8:5, 8:11,
    20:13, 21:12,
    25:12.
understanding
    4:22, 7:15,
    7:23, 8:13,
    8:25, 10:11,
    10:16, 10:19,
    10:21, 13:24,
    15:14, 15:16,
    16:14, 16:19,
    20:25.
Understood
    19:5.
uniform 9:2,
    9:3, 20:15,
    20:23, 20:24,
    21:1.
unit 13:23,
    14:25,
    15:10.
United 1:1,
    1:18.
UNITED STATES

OF AMERICA
  1:10.
unless 6:15,
  8:15, 18:24,
  26:4,
  26:22.
unnecessary
  18:22.
until 15:21,
  18:17, 18:19,
  19:22, 20:18,
  21:14,
  26:22.
.
.
< V >.
Vera 9:21,
  10:11, 10:21,
  22:21,
  23:4.
versus 3:3.
voluntary
  14:22.
vs 1:8.
.
.
< W >.
wait 15:21,
  18:17, 18:19,
  26:2.
wanted 11:16,
  16:24,
  27:7.
wants 8:8.
War 13:24,
  15:2, 15:11,
  23:10.
WARDENSKI 1:37,
  1:38, 3:7,
  14:5, 14:7.
Washington
  1:12, 2:11,
  2:44.
ways 28:10.
website 7:13.
Wednesday
  12:9.
week 4:10,
  6:15, 9:11,
  15:5, 16:15,

18:6, 18:7,
  20:19.
week. 4:2.
weekends
  20:6.
Weeks 11:18,
  15:5, 16:2,
  16:6.
weigh 19:9.
West 1:39.
whatever 7:2,
  8:18, 21:14,
  27:19.
whenever 8:8.
whether 3:17,
  23:11, 23:15,
  25:13.
Whoa 11:17.
whoever 13:8.
Will 3:25,
  6:17, 8:18,
  9:24, 10:7,
  10:20, 11:14,
  13:11, 14:1,
  15:1, 15:12,
  15:17, 15:22,
  18:8, 18:24,
  22:1, 22:9,
  22:14, 22:15,
  23:3, 27:20,
  27:23, 28:17,
  28:24,
  28:25.
within 20:5,
  20:15.
without 3:24.
witnesses
  24:5.
Wolf 3:20,
  9:21, 10:11,
  10:21, 13:18,
  13:19, 22:21,
  23:4, 23:7,
  23:14.
word 21:6.
work 8:11,
  24:19.
working 25:1,
  25:2.
world 8:24.

worth 14:9.
wowed 6:16.
writing 22:1,
  23:3, 24:1.
.
.
< Y >.
year 4:14,
  9:6.
years 9:25.
York 1:41.
yourselves
  3:4.
.
.
< Z >.
zero 11:8.