IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 1:25-cv-00240-ACR |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF ERRATA

Plaintiffs respectfully submit this errata notice to notify the Court and Defendants that the Fourth Amended Complaint, ECF No. 94, and the attached redline to the Third Amended Complaint, ECF No. 94-1, contained several typographical and drafting errors. Those errors have been addressed in the attached corrected Fourth Amended Complaint and corrected redline.

DATED: March 25, 2025

Respectfully submitted,

*/s/ Joseph J. Wardenski*

Jennifer Levi (*pro hac vice*)
Mary L. Bonauto (*pro hac vice*)
Michael Haley (*pro hac vice*)
Sarah Austin (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
jlevi@glad.org
mbonauto@glad.org
mhaley@glad.org
saustin@glad.org

Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

Sara E. Kropf (D.C. Bar No. 48501)
KROPF MOSELEY PLLC
1100 H Street, NW Ste 1220
Washington, DC 20003
Telephone: (202) 627-6900
sara@kmlawfirm.com

1

Shannon P. Minter (*pro hac vice*)
sminter@nclrights.org
Amy Whelan (*pro hac vice*)
awhelan@nclrights.org
Christopher F. Stoll (*pro hac vice*)
cstoll@nclrights.org
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 392-6257

Inga S. Bernstein (*pro hac vice*)
ibernstein@zalkindlaw.com
ZALKIND DUNCAN AND BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: (617) 742-6020

*Attorneys for Plaintiffs*

2