IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et.al.*<br><br>    *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-240-ACR |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE FOURTH AMENDED COMPLAINT**

Defendants respectfully move the Court for an extension of 30 days from April 7, 2025, to and including May 7, 2025, to answer or otherwise respond to the Fourth Amended Complaint.

The Court is well versed with the claims in this case. Plaintiffs brought this instant action on January 28, 2025, and since then, they have amended the complaint three times. On March 18, 2025, the Court issued a preliminary injunction to maintain the status quo, and on March 26, 2025, the Court further denied Defendants' motion to dissolve the injunction. Defendants have appealed both rulings and are in the midst of briefing their request to stay the preliminary injunction in the Court of Appeals.

Defendants' current deadline to answer or otherwise respond to the Fourth Amended Complaint, filed on March 24, 2025, is April 7, 2025. *See* Fed. R. Civ. P. 15(a)(3). Pursuant to Federal Rule of Civil Procedure 6(b), this Court has discretion to permit an extension of time for good cause. *McFadden v. Wash. Metro. Area Transit Auth.*, No. 14-1115, 2014 WL 12776122, at *2 (D.D.C. Sept. 9, 2014); *Smith v. D.C.*, 430 F.3d 450, 456 (D.C. Cir. 2005); *Lujan v. Nat'l Wildlife Fed'n* 497 U.S. 871, 896 (1990). Good cause exists because in addition to their existing cases, undersigned counsel have been litigating numerous new cases with associated emergency

motions for injunctive relief since the change in Administration, including two other lawsuits similar to this instant action. *See Shilling v. United States*, 2:25-cv-241 (W.D. Wash.) (PI issued); *Ireland v. Hegseth*, 1:25-cv-01918 (D.N.J.) (TRO issued). As a result, Defendants have not had sufficient opportunity to coordinate with the Department of Defense, and the relevant Military Departments, to formulate a response to the Fourth Amended Complaint, which includes a total of 32 plaintiffs, with the last 12 being added on March 24, 2025. Defendants have neither requested nor been given any extensions of time in this matter.

Undersigned counsel have conferred with counsel for Plaintiffs, who stated that they do not oppose the extension request.

For the foregoing reasons, Defendants respectfully request an extension of 30 days to answer or otherwise respond to the Fourth Amendment Complaint.

Dated: April 2, 2025                             Respectfully submitted,

                                                 YAAKOV M. ROTH
                                                 Acting Assistant Attorney General

                                                 ALEX HAAS
                                                 Director, Federal Programs Branch

                                                 JEAN LIN
                                                 Special Litigation Counsel

                                                 /s/ *Elizabeth B. Layendecker*
                                                 ELIZABETH B. LAYENDECKER
                                                 JASON C. LYNCH
                                                 Trial Attorneys
                                                 U.S. Department of Justice
                                                 Civil Division, Federal Programs Branch
                                                 1100 L. Street, NW
                                                 Washington D.C. 20005
                                                 (202) 616-5046
                                                 Elizabeth.B.Layendecker@usdoj.gov

                                                 *Counsel for Defendants*