# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et.al.*<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | No. 1:25-cv-240-ACR |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for an extension of time to file an answer or otherwise respond to Plaintiffs' Fourth Amended Complaint, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. Defendants' answer or other response is due by **May 7, 2025**.

///
Date: _____

_____
ANA C. REYES
United States District Judge