**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-00240-ACR |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants' Notice of Intent to File Dispositive Motion ("Notice") (the "Motion"), and for good cause shows, it is hereby ORDERED that:

Plaintiffs' motion is GRANTED. Plaintiffs shall have until Wednesday, May 21, 2025, to respond to the Notice.

Dated: _____      _____
The Honorable Ana C. Reyes
United States District Judge