# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-00240-ACR |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION

Pursuant to Paragraph 7(f) of this Court's Standing Order in Civil Cases, Plaintiffs Nicolas Talbott *et al.* hereby notify the Court and the parties that they will not oppose dismissal of Plaintiff Miriam Perelson from this lawsuit. Counsel for Plaintiffs will confer with counsel for Defendants concerning the dismissal of Plaintiff Perelson. Accordingly, it is not necessary for the Court to schedule a pre-motion conference at this time.

DATED: May 21, 2025

Jennifer Levi (*pro hac vice*)
jlevi@glad.org
Mary L. Bonauto (*pro hac vice*)
mbonauto@glad.org
Michael Haley (*pro hac vice*)
mhaley@glad.org
Sarah Austin (*pro hac vice*)
saustin@glad.org
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350

Respectfully submitted,

*/s/ Christopher F. Stoll*
Christopher F. Stoll (*pro hac vice*)
cstoll@nclrights.org
Shannon P. Minter (*pro hac vice*)
sminter@nclrights.org
Amy Whelan (*pro hac vice*)
awhelan@nclrights.org
National Center for Lesbian Rights
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 392-6257

Joseph J. Wardenski (D.C. Bar No. 995549)
joe@wardenskilaw.com
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311

1

Sara E. Kropf (D.C. Bar No. 48501)
sara@kmlawfirm.com
KROPF MOSELEY PLLC
1100 H Street, NW Ste 1220
Washington, DC 20003
Telephone: (202) 627-6900

Inga Bernstein (*pro hac vice*)
Zalkind Duncan and Bernstein
LLP 65A Atlantic Avenue
Boston, MA 02110
Telephone: 617-742-6020
ibernstein@zalkindlaw.com

*Attorneys for Plaintiffs*