IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et.al.*<br><br>     *Plaintiff*,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>     *Defendants*. | No. 1:25-cv-240-ACR |

## NOTICE OF WITHDRAWAL BY COUNSEL

Please take note that, pursuant to Local Civil Rule 83.6(b), the undersigned counsel hereby withdraws as counsel for Defendants.

Dated: July 23, 2025

Respectfully submitted,

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1359
Email: Jason.Lynch@usdoj.gov