AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Nicolas Talbott, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-240 (ACR) |
| United States of America, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Defendants United States of America, Peter B. Hegseth (in official capacity as Sec. of Defense), et al .

Date: 07/29/2025

/s/ Robert C. Bombard
*Attorney's signature*

Robert Charles Bombard, CO Bar #45388
*Printed name and bar number*
United States Department of Justice - Civil
Federal Programs Branch
1100 L Street NW
Washington, DC 20005

*Address*

robert.bombard2@usdoj.gov
*E-mail address*

(202) 616-0773
*Telephone number*

*FAX number*