# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-00240-ACR |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Scheduling Conference (the "Motion"), and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the Parties shall appear for an Initial Scheduling Conference on _____, 2026, at _____ [a.m./p.m.], which shall be conducted [telephonically/by video teleconference/in-person]. It is further ORDERED that the Parties shall meet and confer at least 21 days prior to the Initial Scheduling Conference to discuss the matters set forth in Local Civil Rule 16.3(c), and to jointly file a report addressing those matters no later than 14 days following the parties' conference.

It is SO ORDERED.

Dated: _____          _____
                                        United States District Judge