IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et.al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-240-ACR |

### [PROPOSED] ORDER

    This case is before the Court on Defendants' Motion to Stay Proceedings Pending Appeal. For the reasons in that motion and good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and that further proceedings in this matter are **STAYED** pending resolution of the appeal. The parties shall submit a joint status report within 5 days of the conclusion of the appeal.

    It is so ordered.

///

Date: _____

                                                              ANA C. REYES
                                                              United States District Judge