# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:25-cv-00240-ACR |
| ) | |
| UNITED STATES OF AMERICA *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT MOTION TO SET PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's Minute Order, dated March 16, 2026, Plaintiffs Nicolas Talbott *et al.* and Defendants United States of America *et al.* (the "Parties") jointly move this Court to set a briefing schedule and related deadlines on Plaintiffs' anticipated motion for class certification. The Parties have conferred and have agreed to the following deadlines:

- Plaintiffs will file a fifth amended complaint with Defendants' consent on or before April 15, 2026. The amendment will be limited to the addition of class action allegations.

- Plaintiffs' motion for class certification will be due on April 15, 2026.

- Defendants' response to Plaintiffs' class certification motion will be due on May 29, 2026.

- Plaintiffs' reply brief will be due on June 12, 2026.

As directed by the Court in the Minute Order, the parties will contact the Courtroom Deputy after filing this motion to set a hearing date on the motion for class certification during the week of June 29, 2026.

A proposed order is submitted with this motion.

- 1 -

- 2 -

DATED: March 20, 2026

/s/ Joseph J. Wardenski
Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

Jennifer Levi (pro hac vice)
Mary L. Bonauto (pro hac vice)
Sarah Austin (pro hac vice)
Michael Haley (pro hac vice)
GLBTQ LEGAL ADVOCATES &DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
jlevi@glad.org
mbonauto@glad.org
saustin@glad.org
mhaley@glad.org

Shannon P. Minter (pro hac vice)
Christopher F. Stoll (pro hac vice)
Amy Whelan (pro hac vice)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 392-6257
sminter@nclrights.org

Sara E. Kropf (DC Bar No. 481501)
KROPF MOESLEY PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
Telephone: 202-627-6900
sara@kmlawfirm.com

Inga S. Bernstein (pro hac vice)
ZALKIND DUNCAN AND BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: 617-742-6020
ibernstein@zalkindlaw.com

Attorneys for Plaintiffs

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEX HAAS
Director

JEAN LIN
Special Litigation Counsel

/s/ M. Jared Littman
M. JARED LITTMAN
ROBERT C. BOMBARD
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 451-7478
Jared.Littman2@usdoj.gov

Counsel for Defendants