**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:25-cv-00240-ACR |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**<u>PROPOSED ORDER</u>**

Before the Court is the Parties' Joint Motion to Set Proposed Briefing Schedule on Plaintiffs' anticipated motion for class certification.  The Court GRANTS the motion and sets the following deadlines:

- Plaintiffs' deadline to file a fifth amended complaint is April 15, 2026. The amendment will be limited to the addition of class action allegations.

- Plaintiffs' deadline to file a motion for class certification is April 15, 2026.

- Defendants' deadline to respond to Plaintiffs' motion for class certification is May 29, 2026.

- Plaintiffs' deadline to file a reply brief is June 12, 2026.

It is SO ORDERED.


DATED: _____        _____
                                                                           HON. ANA C. REYES
                                                                           UNITED STATES DISTRICT JUDGE