**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly
situated individuals*,

          Plaintiffs,

    v.

THE UNITED STATES OF AMERICA*, et al.*,

          Defendants.

Civil Action No. 25-cv-240-ACR

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Nicolas Talbott, et al., on behalf of themselves and all similarly situated individuals, respectfully move this Court to certify this case as a class action under Rule 23(b)(2) of the Federal Rules of Civil Procedure.  Specifically, Plaintiffs request that the Court certify a proposed Class of "all transgender individuals who, on or after the date this lawsuit was filed, are or were in active duty service in the United States military or were actively pursuing accession in the United States military or wished to do so" (the "Class"), and two Subclasses: (1) "all transgender individuals who, on the date this lawsuit was filed, were in active duty service in the United States military" (the "Active Duty Plaintiff Subclass"), and (2) "all transgender individuals who, on or after the date this lawsuit was filed, were actively pursuing accession in the United States military or wished to do so" (the "Accession Plaintiff Subclass").  For purposes of these definitions, a transgender person is a person who lives or wishes to live in a sex other than their birth sex.

Plaintiffs further request that the Court designate Plaintiffs as class representatives of the Proposed Class; designate Plaintiffs Talbott, Vandal, Cole, Herrero, Danridge, Hash, Bettis,

Graham, Pickett, Sale, Tyson, Bloomrose, Ahearn, Bruce, Converse, Davis, Dulaney, Gross, Kersch-Hamar, Maiwald, Marquez, McCallister, Orth, Richter, Simpson, and Winchell as designated as representatives of the Active Duty Plaintiff Subclass; designate Plaintiffs Nature and Neary as representatives of the Accession Plaintiff Subclass; and appoint Plaintiffs' undersigned counsel at GLBTQ Legal Advocates and Defenders, the National Center for LGBTQ Rights, Wardenski P.C., and Zalkind Duncan & Bernstein LLP, as class counsel for the proposed Class and Subclasses.

In support of this motion, Plaintiffs submit a memorandum of law and declarations from Jennifer L. Levi, Shannon Minter, Joseph J. Wardenski, Michael Haley, and Kara Corcoran.


DATED: April 15, 2026

Jennifer Levi (*pro hac vice*)
Mary L. Bonauto (*pro hac vice*)
Sarah Austin (*pro hac vice*)
Michael Haley (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
jlevi@glad.org
mbonauto@glad.org
saustin@glad.org
mhaley@glad.org

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
Amy Whelan (*pro hac vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 392-6257
sminter@nclrights.org

Respectfully submitted,

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski (D.C. Bar No. 995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

Inga S. Bernstein (*pro hac vice*)
ZALKIND DUNCAN & BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: 617-742-6020
ibernstein@zalkindlaw.com

Sara E. Kropf (DC Bar No. 481501)
KROPF MOSELY SCHMITT PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
Telephone: 202-627-6900
sara@kmlawfirm.com

*Attorneys for Plaintiffs*

2