**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly
situated individuals,*

               Plaintiffs,

     v.

THE UNITED STATES OF AMERICA *et al.*,

               Defendants.

Civil Action No. 25-cv-240-ACR

**DECLARATION OF KARA CORCORAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Kara Corcoran, hereby declare and state as follows:

1.     I am the Executive Director of SPARTA Pride, a 501(c)(3) organization based in Washington, D.C.  Founded in 2013, SPARTA Pride is a nonpartisan nonprofit organization that's home to a community of transgender service members, veterans, and their allies. SPARTA Pride's membership includes over 2,000 transgender Americans actively serving in the U.S. Armed Forces.  SPARTA Pride offers grants to members in need, educates stakeholders and the public about our community, and advocates with lawmakers and leaders for open transgender military service.  In my role as Executive Director, I oversee the organization's operations, including its community membership.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts stated below.

2.     As part of its mission, SPARTA Pride operates a private "SPARTA Future Warriors" Facebook group.  This group is for transgender individuals who are interested in joining the U.S. Armed Forces.

3.      The SPARTA Future Warriors Facebook group currently has 647 members. These members are banned from joining the U.S. Armed Forces because they are transgender, and the Hegseth Policy prohibits transgender individuals from acceding.

4.      SPARTA Pride volunteers also work with transgender ROTC cadets who have not yet acceded to the U.S. Armed Forces.  These SPARTA Pride volunteers are aware of at least 30 ROTC cadets who desire to accede to the U.S. Armed Forces upon completion of their ROTC programs, but who are prohibited from doing so due to the Hegseth Policy.

5.      In addition, SPARTA Pride volunteers who are active-duty transgender servicemembers are frequently approached by transgender individuals who are interested in joining the U.S. Armed Forces but are prohibited from doing so by the Hegseth Policy.

6.      Based upon my knowledge of these three groups of prospective transgender service members, I can easily conclude that there are several hundred transgender individuals who desire to join the U.S. Armed Forces but are prohibited from doing so by the Hegseth Policy.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 11, 2026

Kara Corcoran
Executive Director
SPARTA Pride

2