**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly situated individuals*,

      Plaintiffs,

  v.

THE UNITED STATES OF AMERICA *et al.*,

      Defendants.

Civil Action No. 25-cv-240-ACR

**DECLARATION OF MICHAEL R. HALEY IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Michael R. Haley, hereby declare as follows:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2. I am a Staff Attorney with GLBTQ Legal Advocates & Defenders ("GLAD Law"), counsel for Plaintiffs in the above-captioned matter.

3. I provide this declaration in support of Plaintiffs' Motion for Class Certification.

4. Attached hereto as **Exhibit A** is a true and correct copy of an August 14, 2025, Memorandum from the U.S. Department of the Air Force entitled "Additional DAF Implementing Policy on Prioritizing Military Excellence and Readiness—General Guidelines for Involuntary Separation."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2026      */s/ Michael R. Haley*
            Michael R. Haley