**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly
situated individuals*,

               Plaintiffs,

    v.

THE UNITED STATES OF AMERICA *et al.*,

               Defendants.

Civil Action No. 25-cv-240-ACR

**DECLARATION OF JENNIFER L. LEVI IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Jennifer L. Levi, hereby declare and state as follows:

1.      I am the Senior Director of Transgender and Queer Rights at GLBTQ Legal Advocates and Defenders ("GLAD Law"), a 501(c)(3) organization based in Boston, Massachusetts. Through strategic litigation, public policy advocacy, and education, GLAD Law works in New England and nationally to create a just society free of discrimination based on gender identity and expression, HIV status, and sexual orientation.  I am counsel for the Plaintiffs in the above-captioned case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts stated below.

2.      I received my J.D. from the University of Chicago Law School in 1992 and B.A. from Wellesley College in 1985.

3.      I am a member in good standing of the bar of Massachusetts.  I am admitted to practice in the United States Supreme Court; the United States Courts of Appeals for the First and District of Columbia Circuits; and the United States District Courts for the District of Massachusetts.

4.      I have been practicing complex civil litigation since 1993 and, since 1998, have been employed by GLAD Law litigating civil rights cases to vindicate the rights of LGBTQ+ individuals in employment, health care, education, family law, and more.

5.      I have significant experience litigating transgender rights cases in state and federal courts, including, for example, serving as trial and appellate counsel for plaintiffs in *Doe v. Ladapo*, 737 F. Supp. 3d 1240 (N.D. Fla. 2024) (enjoining Florida's state ban on hormone treatments for gender dysphoria), *appeal docketed*, No. 24-11996 (11th Cir. Aug. 26, 2024); *Stockman v. Trump*, EDCV 17-1799, 2017 U.S. Dist. LEXIS 221323 (C.D. Cal. Dec. 22, 2017) and *Doe v. Trump*, 275 F. Supp. 3d 167 (D.D.C. 2017) (granting preliminary injunctions of transgender military ban under first Trump administration); serving as trial and appellate counsel for plaintiff in *Doe v. Regional School Unit 26*, 2014 ME 11 (2014) (ruling that a transgender girl must be fully integrated into her public elementary school as a girl, including having full and equal access to restrooms); serving as plaintiff's counsel in *O'Donnabhain v. Commissioner*, 134 T.C. 34 (2010) (establishing that medical care related to gender transition qualifies for a medical tax deduction); and serving as trial and appellate counsel for plaintiff in *Rosa v. Park West Bank & Trust Co.*, 214 F.3d 213 (1st Cir. 2000) (establishing that sex-discrimination laws applied to individuals such as plaintiff, a transgender woman, who was discriminated against for not conforming to birth sex stereotypes). I have litigated many cases on behalf of transgender plaintiffs over my nearly 30 years at GLAD Law.

6.      In addition to this case, I am currently litigating multiple cases in federal court challenging the federal government's treatment of transgender individuals including, for example, *Jones v. Trump*, 25-cv-401, 2025 U.S. Dist. LEXIS 60895 (D.D.C. Feb. 24, 2025) and *Moe v. Trump*, 25-cv-653, 2025 U.S. Dist. LEXIS 22701 (D. Mass. Feb. 7, 2025)

2

(challenges to Federal Bureau of Prisons' efforts to transfer transgender women from women's prisons to men's prisons) and *Ireland v. United States*, 25-cv-1921 (Fed. Cl. filed Nov. 10, 2025) (challenging the rescission by the United States Air Force of transgender service members' retirement orders and pensions).

7.    GLAD Law Staff Attorney Michael Haley also serves as counsel for plaintiffs on this case. Mr. Haley earned his J.D. from Harvard Law School in 2019 and his B.A. from Colby College in 2004. He is a member in good standing of the bar of New Hampshire and is admitted to practice in the U.S. Supreme Court, the U.S. Court of Appeals for the District of Columbia Circuit, and the U.S. District Court for the State of New Hampshire.

8.    From 2019 to 2020, Mr. Haley served as a law clerk for the Honorable Paul Barbadoro in the U.S. District Court for the District of New Hampshire. From 2020 to 2024, he served as an Assistant Attorney General for the State of New Hampshire. He has been an adjunct professor of law at the University of New Hampshire Franklin Pierce School of Law since 2023.

9.    Mr. Haley joined GLAD Law in July 2024. As a Staff Attorney, he has served as counsel for transgender individuals in Federal civil rights cases, including *Ireland v. United States*, 25-cv-1921 (Fed. Cl. filed Nov. 10, 2025); *Tirrell and Turmelle v. Edelblut*, 748 F. Supp. 3d 19 (D.N.H. 2024) (preliminarily enjoining state law prohibiting transgender girls from participating in girls' sports); and *Bernier v. Turbocam, Inc.*, No. 23-cv-523-LM-AJ, (D.N.H. filed Nov. 21, 2023) (challenging employer's exclusion of transgender healthcare from company health benefits plan).

10.    GLAD Law has successfully litigated Federal class action lawsuits on behalf of LGBTQ+ individuals, including *Cote v. Wal-Mart Stores, Inc.*, No. 1:15-cv-12945-WGY (D.

3

Mass. May 16, 2017) (approving class-wide settlement of Title VII and Equal Pay Act challenge to Walmart Stores' refusal to offer health insurance benefits to same-sex partners of employees); *Held v. Colvin*, CV-15-1732 (C.D. Cal. Aug. 3, 2015) (approving class-wide settlement to waive recoupment from Supplemental Security Income recipients with same-sex spouses of overpayments sought by the Social Security Administration after federal recognition of same-sex marriage).

11. As an organization, GLAD Law has achieved notable civil rights victories for LGBTQ+ plaintiffs, including *Obergefell v. Hodges*, 576 U.S. 644, 135 S. Ct. 2584 (2015) (establishing constitutional right to same-sex marriage); *Miller-Jenkins v. Miller-Jenkins*, 912 A.2s 951 (Vt. 2006) (awarding custody rights to non-biological mother upon dissolution of same-sex civil union); *Blanchette v. St. Anselm College*, Civ. No. 1:05-cv-183 (D.N.H. filed June 2005) (challenge to transgender woman's termination from employment due to her transition); *Rosa v. Park West Bank & Trust Co.*, 214 F.3d 213 (1st Cir. 2000) (Equal Credit Opportunity Act challenge to bank's denial of transgender woman's loan application due to her appearance as a woman); *Doe v. Yunits*, Civ. 00-1060-A, 2000 Mass. Super. LEXIS 491 (Mass. Super. Ct. Oct. 11, 2000) (landmark ruling requiring school to permit transgender girl to dress in girls' clothes at school).

12. GLAD Law is committed to providing the time and resources necessary to effectively represent the putative class of transgender active-duty service members and transgender individuals who wish to join the military in this case.

13. GLAD Law's co-counsel on this case, the National Center for LGBTQ Rights, Joseph J. Wardenski of Wardenski P.C., and Inga S. Bernstein of Zalkind Duncan & Bernstein,

4

are all experienced civil litigators with extensive experience litigating civil rights, class action, and other complex litigation matters in federal courts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2026                                   _/s/ Jennifer L. Levi_
                                                         Jennifer L. Levi