**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly
situated individuals*,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA *et al.*,

Defendants.

Civil Action No. 25-cv-240-ACR

**DECLARATION OF SHANNON P. MINTER IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Shannon P. Minter, hereby declare and state as follows:

1.      I am the Vice President of Legal (Legal Director) at the National Center for LGBTQ Rights ("NCLR"), a California-based 501(c)(3) organization.  NCLR is a national legal organization dedicated to protecting and advancing the civil rights of lesbian, gay, bisexual, transgender, and queer ("LGBTQ") people and their families through litigation, public policy advocacy, and public education.  Since its founding in 1977, NCLR has played a leading role in securing fair and equal treatment for LGBTQ people and their families in cases across the country.  I am counsel for the Plaintiffs in the above-captioned case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts stated below.

2.      I received my J.D. from Cornell Law School in 1993 and a B.A. from the University of Texas.

3.      I am a member in good standing of the State Bar of California.  I am admitted to practice in the United States Supreme Court; multiple federal courts of appeals including

the United States Courts of Appeals for the District of Columbia Circuit; and multiple federal district courts including the United States District Court for the Northern District of California.

4.      I have been practicing complex civil litigation for more than 30 years, and since the 1990s, I have led NCLR's impact litigation, legislative, and public policy efforts seeking to protect and advance the legal equality of LGBTQ individuals in multiple areas, including employment, health care, education, relationship recognition, and parenting.

5.      I have significant experience litigating individual-plaintiff and class action cases on behalf of LGBTQ individuals in state and federal courts.  Among other things, I served as counsel for the plaintiffs in *Stockman v. Trump*, EDCV 17-1799, 2017 U.S. Dist. LEXIS 221323 (C.D. Cal. Dec. 22, 2017) and *Doe v. Trump*, 275 F. Supp. 3d 167 (D.D.C. 2017) (granting preliminary injunctions of transgender military ban under first Trump administration).  I served as counsel for transgender students in *Board of Education of the Highland Local School District v. United States Department of Education*, 208 F. Supp. 3d 850 (S.D. Ohio 2016) and *Doe v. Volusia County School Board,* No. 6:18-cv-102-Orl-37GJK (M.D. Fla. Jan. 19, 2018) (ruling that transgender students must be treated equally to other students in public elementary schools, including having full and equal access to restrooms that match their gender identity).

6.      I serve as counsel for a class of transgender plaintiffs in *Roe v. Herrington*, No. CV-20-00484-TUC-JAS, 2023 WL 5759590, at *1 (D. Ariz. Aug. 10, 2023) (certifying class of "all transgender individuals born in Arizona, now and in the future, who seek to change the sex listed on their birth certificate, but have not undergone a 'sex change operation' as treatment for their gender dysphoria").  Previously, I served as counsel for a class of all adult

2

individuals in the State of Alabama seeking to obtain a license to marry a person of the same sex in *Strawser v. Strange,* 307 F.R.D. 604 (S.D. Ala. 2015).

7.      In addition to this case, I am currently litigating multiple cases in federal court challenging the federal government's treatment of transgender individuals including *Doe v. Department of Defense,* No. 8:25-cv-2947 (D. Md. Sept. 9, 2025) (challenging denial of health insurance coverage and treatment at military medical facilities to dependents of military service members) and *Ireland v. United States*, No. 25-cv-1921 (Fed. Cl. Nov. 10, 2025) (challenging the rescission by the United States Air Force of transgender service members' retirement orders and pensions).

8.      I was appointed by President Obama to serve on the Commission on White House Fellowships.  I have taught law as an adjunct or lecturer at UCLA, Stanford University, Golden Gate University, and Santa Clara University.  I am the co-editor of *Transgender Rights* (2006), the first comprehensive book on the transgender civil rights movement.

9.      NCLR is committed to providing the time and resources necessary to effectively represent the putative class of transgender active-duty service members and transgender individuals who wish to join the military in this case.

10.      NCLR's co-counsel on this case, GLBTQ Legal Advocates & Defenders, Joseph J. Wardenski of Wardenski P.C., and Inga S. Bernstein of Zalkind Duncan & Bernstein, are all experienced civil litigators with extensive experience litigating civil rights, class action, and other complex litigation matters in federal courts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2026                    */s/ Shannon P. Minter*
                                          Shannon P. Minter

3