## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly
situated individuals*,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA *et al.*,

Defendants.

Civil Action No. 25-cv-240-ACR

## DECLARATION OF JOSEPH J. WARDENSKI IN SUPPORT OF
## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Joseph J. Wardenski, hereby declare and state as follows:

1.      I am the Principal of Wardenski P.C., a national boutique civil rights law firm based in New York, New York, with a second office in Washington, D.C.  I am counsel for the Plaintiffs in the above-captioned case.  I submit this declaration in support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts stated below.

2.      I received my J.D. from Northwestern University Pritzker School of Law in 2007; Master in Public Policy (M.P.P.) from Harvard University in 2007; and A.B. from Princeton University in 2000.

3.      I am a member in good standing of the bars of New York and the District of Columbia.  I am admitted to practice in the United States Supreme Court; the United States Courts of Appeals for the Second, Fourth, Fifth, Seventh, and District of Columbia Circuits; and the United States District Courts for the District of Columbia, District of Connecticut, Central District of Illinois, Northern District of Illinois, Eastern District of Michigan, Eastern

District of New York, Northern District of New York, Southern District of New York, and Eastern District of Wisconsin.

4.      I have been practicing complex civil litigation since 2007 and, since 2010, have primarily litigated civil rights cases in government and private practice.  From 2007 to 2009, I was a litigation associate at Davis Polk & Wardwell LLP in New York, New York.  From 2010 to 2015, I was a Trial Attorney in the Educational Opportunities Section of the Civil Rights Division of the United States Department of Justice, during which time I was a member of and, for approximately two years, co-chaired the Civil Rights Division's Lesbian, Gay, Bisexual, Transgender, and Intersex (LGBTI) Working Group.  From 2015 to 2020, I was Senior Associate (2015-2017) and Counsel (2017-2020) at Relman Colfax PLLC (previously Relman, Dane & Colfax PLLC), a national civil rights litigation firm in Washington, D.C.  From 2020 to 2021, I served as Senior Trial Counsel in New York State Office of the Attorney General's Office of Federal Initiatives, where I litigated cases challenging federal regulations and actions under the Administrative Procedures Act.

5.      I founded Wardenski P.C. in 2021, where I have represented individual and organizational plaintiffs and amici curiae in federal and state civil rights lawsuits in the areas of LGBTQ+ rights, education, fair housing, voting rights, and health care.

6.      I have significant experience litigating individual-plaintiff and class action transgender rights cases in federal courts, including, for example, serving as lead trial and appellate counsel for plaintiff in *Whitaker v. Kenosha Unified School District*, 858 F.3d 1034 (7th Cir. 2017) (in precedent-setting opinion, affirming preliminary injunction requiring school to permit transgender boy access to boys' restrooms at school, holding that discrimination against transgender students is actionable under both Title IX of the Education Amendments

of 1972 and the Fourteenth Amendment's Equal Protection Clause); plaintiffs' lead class counsel in *Flack v. Wisconsin Department of Health Services*, 395 F. Supp. 3d 1001 (W.D. Wis. 2019) (holding Wisconsin Medicaid's categorical coverage exclusion for gender-affirming surgeries for transgender beneficiaries violated Section 1557 of the Affordable Care Act and the Fourteenth Amendment's Equal Protection Clause, and permanently enjoining enforcement of the exclusion for a certified class of current and future transgender beneficiaries); lead counsel for plaintiffs in *Gordon v. Aetna Life Insurance Company*, No. 3:24-cv-1447, 2026 WL 643134 (D. Conn. Mar. 8, 2026) (in putative class action challenge to insurer's categorical exclusion on gender-affirming facial reconstruction surgery under Section 1557 of the Affordable Care Act, denying motion to dismiss and granting preliminary injunction for two named plaintiffs); and co-counsel for plaintiff in *Doe v. South Carolina*, No. 25-1787, 2025 WL 2375386 (4th Cir. Aug. 15, 2025) (granting named plaintiff student injunction pending appeal of denial of preliminary injunction in putative class action challenge to state's ban on transgender students' use of gender-appropriate restrooms).

7.      During my career, I have routinely co-counseled with national nonprofit civil rights litigation organizations, and other law firms, including my two co-counsel organizations in this case, GLBTQ Legal Advocates and Defenders and the National Center for LGBTQ Rights, in high-profile and complex civil rights litigation cases.

8.      In recognition of my work, I have received Advocates for Trans Equality's Service Impact Award (2026); the New York State Office of the Attorney General's Louis J. Lefkowitz Award for Superior Service (2021); the U.S. Department of Justice's Assistant Attorney General's Distinguished Service Award (2012 and 2014) and Special Commendation

3

for Outstanding Service (2012 and 2015); and the National LGBTQ+ Bar Association's 40 Best LGBTQ+ Lawyers Under 40 Award (2012).

9.      Wardenski P.C. is committed to providing the time and resources necessary to effectively represent the putative class of transgender active-duty service members and transgender individuals who wish to join the military in this case.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: April 15, 2026                              _/s/ Joseph J. Wardenski_
                                                   Joseph J. Wardenski