# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly
situated individuals*,

                                    Plaintiffs,

        v.

THE UNITED STATES OF AMERICA*, et al.*,

                                    Defendants.

Civil Action No. 25-cv-240-ACR

## [PROPOSED] ORDER

Before the Court is Plaintiffs' Motion for Class Certification (the "Motion").  Having considered the Motion, the parties' briefing, and the accompanying exhibits, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.  It is further ORDERED that this case be certified as a class action for declaratory and injunctive relief under Rule 23(b)(2) of the Federal Rules of Civil Procedure, as follows:

1. The Class is defined as "all transgender individuals who, on or after the date this lawsuit was filed, are or were in active duty service in the United States military, or were actively pursuing accession in the United States military or wished to do so" (the "Class");

2. A subclass defined as "all transgender individuals who, on the date this lawsuit was filed, were in active duty service in the United States military" be certified as the "Active Duty Plaintiff Subclass"; and

3. A second subclass defined as "all transgender individuals who, on or after the date this lawsuit was filed, were actively pursuing accession in the United States military

or wished to do so" be certified as the "Accession Plaintiff Subclass".

It is further ORDERED that Plaintiffs are designated as representatives of the Class; that Plaintiffs Talbott, Vandal, Cole, Herrero, Danridge, Hash, Bettis, Graham, Pickett, Sale, Tyson, Bloomrose, Ahearn, Bruce, Converse, Davis, Dulaney, Gross, Kersch-Hamar, Maiwald, Marquez, McCallister, Orth, Richter, Simpson, and Winchell be designated as representatives of the Active Duty Plaintiff Subclass; and that Plaintiffs Nature and Neary are designated as representatives of the Accession Plaintiff Subclass.

It is further ORDERED that Plaintiffs' counsel at GLBTQ Legal Advocates and Defenders, the National Center for LGBTQ Rights, Wardenski P.C., and Zalkind Duncan & Bernstein LLP, are appointed as class counsel for the Class and Subclasses.

SO ORDERED.


DATED: _____    _____

Hon. Ana C. Reyes
U.S. District Judge

2