IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICOLAS TALBOTT, et.al.<br><br> *Plaintiffs*,<br><br>v.<br><br>UNITED STATES, et al.,<br><br> *Defendants*. | No. 1:25-cv-240-ACR |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Timothy D. Dill, certify as follows:

1. I am the Assistant Secretary of War for Manpower and Reserve Affairs (ASW(M&RA)) of the Department of War ("Department"), headquartered in Washington, D.C. I have served in this position since December 29, 2025. I previously served as the Official Performing the Duties of the Assistant Secretary of Defense for Manpower and Reserve Affairs from January 22, 2025, to July 18, 2025. I also served as the official Performing the Duties of the Deputy Under Secretary of Defense for Personnel and Readiness from March 15, 2025, to July 18, 2025.

2. In this role, as established by DoD Directive 5124.10, "Assistant Secretary of Defense for Manpower and Reserve Affairs," March 14, 2018, I am the principal advisor to the Secretary of War, the Deputy Secretary of War, and the Under Secretary of War for Personnel and Readiness on all matters related to manpower and reserve affairs, including military and civilian personnel policies; military community and family policy; Total Force manpower, requirements, and resources; and Reserve Component integration. I am authorized to certify the list of documents which the Department referenced in establishing a policy impacting military personnel.

3.      The facts attested to herein are based on my personal knowledge or information made available to me in the course of my official duties.

4.      The administrative record includes documents considered by the Department of War in the development of its February 26, 2025, policy titled, "Additional Guidance on Prioritizing Military Excellence and Readiness" ("Feb. 26 Policy").

5.      I hereby certify to the best of my knowledge and belief that the documents in the attached administrative record and described in the attached certified list of the contents of the administrative record constitute a true, correct, and complete copy of the documents that were directly or indirectly considered in connection with the Department's Feb. 26 Policy.

In accordance with 28 U.S.C. § 1746, I certify and declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: 4/30/26

Timothy D. Dill
Assistant Secretary of War for Manpower and
Reserve Affairs
Department of War