**Certified List of the Contents of the Administrative Record**
*Talbott et al v. Trump et al.*, No. 1:25-cv-0240 (D.D.C.)

|  | BATES No(s). |
|---|---|
| Memo for Senior Pentagon Leadership, Commanders of the Combatant Commands, and Defense Agency and DoD Field Activity Directors, from Darin S. Selnick, PTDO USD (P&R), re: Additional Guidance on Prioritizing Military Excellence and Readiness | Talbott AR 00001-00013 |
| Action Memo for Darin S. Selnick, PTDO USD (P&R), from Tim Dill, PTDO ASD (Manpower & Reserve Affairs), re: Implementing Guidance for Prioritizing Military Excellence and Readiness Executive Order (EO) | Talbott AR 00014-00018 |
| DoD Instruction 1300.28: In-Service Transition for Transgender Service Members | Talbott AR 00019-000040 |
| Defense Health Agency Procedural Instruction 6025.21 | Talbott AR 00041-00084 |
| Memo for ASA (Manpower and Reserve Affairs), ASN (Manpower and Reserve Affairs), ASAF (Manpower and Reserve Affairs), Director, DHA, and Director, Health, Safety, and Work Life, USCG, from Karen S. Guice, Acting ASD(HA), re: Guidance for Treatment of Gender Dysphoria for Active and Reserve Component Service Members | Talbott AR 00085-00089 |
| Memo for ASA (Manpower and Reserve Affairs), ASN (Manpower and Reserve Affairs), ASAF (Manpower and Reserve Affairs), and Director, DHA, from Tom McCaffery, PDASD(HA), re: Guidance for | Talbott AR 00090-00091 |

Medical Care in Military Treatment Facilities for Service Members Diagnosed with Gender Dysphoria

| | |
|---|---|
| DoD Instruction 6130.03, Volume 1: Medical Standards for Military Service: Appointment, Enlistment, or Induction | Talbott AR 00092-00150 |
| DoD Instruction 6130.03, Volume 2: Medical Standards for Military Service: Retention | Talbott AR 00151-00190 |
| DoD Instruction 1327.06: Leave and Liberty Policy and Procedures | Talbott AR 00191-00235 |
| DoD Instruction 1322.22: Military Service Academies | Talbott AR 00236-00264 |
| DoD Instruction 1215.08: Senior Reserve Officers' Training Corps (ROTC) Programs | Talbott AR 00265-00307 |
| DoD Instruction 6025.19: Individual Medical Readiness Program | Talbott AR 00308-00333 |
| Memo for the President, from James N. Mattis, Secretary of Defense, re: Military Service by Transgender Individuals | Talbott AR 00334-00381 |
| Accession Medical Standards Analysis and Research Activity (AMSARA): Analysis of Medical Administrative Data on Transgender Service Members, Phase 4 | Talbott AR 00382-00400 |
| Literature Review: Level of Evidence for Gender-Affirming Treatments | Talbott AR 00401-00410 |

| | |
|---|---|
| Memo for Senior Pentagon Leadership, Commanders of the Combatant Commands, Defense Agency and DoD Field Activity Directors, from Pete Hegseth, Secretary of Defense, re: Prioritizing Military Excellence and Readiness | Talbott AR 00411 |
| Executive Order 14183: Prioritizing Military Excellence and Readiness | Talbott AR 00412-00414 |
| Executive Order 14168: Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government | Talbott AR 00415-00418 |
| OUSD (P&R) Coordination Sheet | Talbott AR 00419 |
| OGC Coordination on Additional Guidance on Prioritizing Military Excellence and Readiness | Talbott AR 00420 |
| Cost Data for Active-Duty Service Members and Guard/Reserve on Active Duty | Talbott AR 00421 |