**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT*, et.al.*

     *Plaintiff*,

v.

UNITED STATES, *et al.*,

     *Defendants*.

No. 1:25-cv-240-ACR

**NOTICE OF WITHDRAWAL BY COUNSEL**

Please take note that, pursuant to Local Civil Rule 83.6(b), the undersigned counsel hereby withdraws as counsel for Defendants. Undersigned counsel's detail to the Department of Justice in Washington, D.C. has ended. Defendants will continue to be represented by other counsel of record.

Dated: May 21, 2026

Respectfully submitted,

/s/ *Jason Manion*
Jason Manion (D.C. Bar No. 1619439)
Assistant United States Attorney
U.S. Attorney's Office, Northern District of Ohio
801 West Superior Avenue, Ste. 400
Cleveland, Ohio 44113
Telephone: (216) 509-1987
Email: Jason.Manion@usdoj.gov