**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Nicolas Talbott, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Donald J. Trump, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-00240-ACR |

## NOTICE OF WITHDRAWAL AND MOTION TO WITHDRAW
## AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.6(b), counsel for Plaintiffs, Sara E. Kropf, files this notice to withdraw from this matter for twenty-nine of the thirty remaining Plaintiffs. The Court has not set a trial date, and Plaintiffs are very ably represented by other counsel who have entered their appearance in this matter. Counsel has obtained the written consent of these twenty-nine Plaintiffs to withdraw from this matter.

Pursuant to Local Rule 83.6(c), counsel files this motion to withdraw as counsel for Plaintiff Koda Nature. Counsel attempted to contact Mr. Nature several times and was unable to reach him. However, no trial date has been set, and Mr. Nature continues to be represented by other counsel in this matter.

Dated: May 21, 2026

Respectfully submitted,

/s/ Sara E. Kropf
Sara E. Kropf (DC Bar No. 481501)
Kropf Moseley Schmitt PLLC
1100 H Street, NW
Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May 2026, the foregoing was served by electronic

filing on all counsel of record through the Court's ECF system.

/s/ Sara E. Kropf
Sara E. Kropf