# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NICOLAS TALBOTT; et al., *individually and on behalf of all similarly situated individuals*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; et al., <br><br> *Defendants*. | Case No. 1:25-cv-00240-ACR |

## NOTICE OF APPEARANCE OF COUNSEL

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted to practice in this court, and I appear in this case as counsel for non-parties Commander Emily Shilling, Commander Blake Dremann, Lieutenant Commander Geirid Morgan, Sergeant First Class Cathrine Schmid, Staff Sergeant Videl Leins, Matthew Medina, and Gender Justice League (collectively, the "*Shilling* Plaintiffs").

Dated: May 27, 2026

Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (Bar No. NY0718)
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org

***Counsel for the* Shilling *Plaintiffs***

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on May 27, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (Bar No. NY0718)