**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NICOLAS TALBOTT; et al., *individually and on behalf of all similarly situated individuals*,<br><br>　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>THE UNITED STATES OF AMERICA; et al.,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-00240-ACR |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SASHA BUCHERT**

Pursuant to Local Civil Rule 83.2(d), Omar Gonzalez-Pagan, a member of the bar of this Court and counsel for Commander Emily Shilling; Commander Blake Dremann; Lieutenant Commander Geirid Morgan; Sergeant First Class Cathrine Schmid; Staff Sergeant Videl Leins; Matthew Medina; and Gender Justice League (collectively, the "*Shilling Plaintiffs*"), hereby moves for the admission *pro hac vice* of Sasha Buchert in the above-captioned case. In support of this motion, the undersigned states as follows:

1.　　　Sasha Buchert is an attorney with Lambda Legal Defense and Education Fund, Inc. and maintains her office at 815 16th St. NW, Suite 4140, Washington, DC 20006.

2.　　　As set forth in the declaration attached as Exhibit A, Sasha Buchert is an active member in good standing of the bar of the District of Columbia (#90021877), as well as the bar of the state of Oregon. Her District of Columbia bar Certificate of Good Standing is attached hereto as Exhibit B.

1

3.      Sasha Buchert does not seek to be admitted generally, but for the purpose of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Sasha Buchert to appear *pro hac vice* in the above-captioned case.

Dated:  May 28, 2026                                   Respectfully submitted,

*/s/ Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan (Bar No. NY0718)
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: 212-809-8585
Facsimile: 855-535-2236
ogonzalez-pagan@lambdalegal.org

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on May 28, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ *Omar Gonzalez-Pagan*
Omar Gonzalez-Pagan

3