**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT; et al., *individually
and on behalf of all similarly situated
individuals*,

       *Plaintiffs*,

       v.

THE UNITED STATES OF AMERICA;
et al.,

       *Defendants*.

Case No. 1:25-cv-00240-ACR

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY
SASHA BUCHERT *PRO HAC VICE***

Upon consideration of the Motion for Admission *pro hac vice* of Sasha Buchert, it is

hereby ORDERED that the Motion is GRANTED. Sasha Buchert is admitted *pro hac vice* and

may appear on behalf of non-parties Commander Emily Shilling; Commander Blake Dremann;

Lieutenant Commander Geirid Morgan; Sergeant First Class Cathrine Schmid; Staff Sergeant

Videl Leins; Matthew Medina; and Gender Justice League collectively, the "*Shilling Plaintiffs*),

in the above-captioned case.

_____          _____

Hon. Ana C. Reyes                                                             Date
U.S. District Court for the District of Columbia