**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT; et al., *individually and on behalf of all similarly situated individuals*,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>THE UNITED STATES OF AMERICA; et al.,<br><br>     *Defendants*. | Case No. 1:25-cv-00240-ACR |

**NOTICE OF APPEARANCE SASHA BUCHERT**

To the clerk of the court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for non-parties Commander Emily Shilling, Commander Blake Dremann, Lieutenant Commander Geirid Morgan, Sergeant First Class Cathrine Schmid, Staff Sergeant Videl Leins, Matthew Medina, and Gender Justice League.

Dated: May 29, 2026

Respectfully submitted,

*/s/ Sasha Buchert*
Sasha Buchert*
**Lambda Legal Defense
and Education Fund, Inc.**
815 16th St. NW, Suite 4140
Washington, DC 20006
Telephone: 202-804-6245
Facsimile: 855-535-2236
SBuchert@lambdalegal.org

* Admitted *Pro Hac Vice*.

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on May 29, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ *Sasha Buchert*
Sasha Buchert