**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT*, et.al.*

      *Plaintiff*,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, *et al.*,

      *Defendants*.

1:25-cv-240-ACR

**NOTICE OF WITHDRAWAL OF APPEARNCE**

Please take note that, pursuant to Local Civil Rule 83.6(b), undersigned counsel hereby

withdraws as counsel for defendants.  Defendants will continue to be represented by other

counsel of record.


Dated: June 25, 2026

                                Respectfully submitted,

                                /s/ *Jean Lin*_____
                                JEAN LIN
                                Special Litigation Counsel
                                Federal Programs Branch
                                U.S. Department of Justice, Civil Division
                                1100 L Street, NW
                                Washington, DC 20005
                                Telephone: (202) 514-3716
                                Email: jean.lin@usdoj.gov

                                *Counsel for Defendants*