IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT*, et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*. | No. 1:25-cv-240 (ACR) |

## ORDER

Upon consideration of the parties' jointly proposed schedule in their Joint Status Report, Dkt. 130, and pursuant to the Court's July 22, 2026, Minute Order adopting that schedule with two modifications, it is hereby **ORDERED** that this case proceed according to the following schedule:

| Event | Proposed Date |
|---|---|
| Deadline to file simultaneous briefs regarding *West Virginia v. B.P.J.*, 609 U.S. --- (2026) (No. 24-38), 2026 WL 1868739 | August 7, 2026 |
| Deadline to serve discovery requests | August 14, 2026 |
| Deadline to serve expert disclosures and reports | September 4, 2026 |
| Deadline for written responses/objections to discovery requests and productions of documents not subject to objection | September 11, 2026 |
| Deadline to submit a discovery dispute to the Court pursuant to Section 10 of the Standing Order | September 16, 2026 |
| Deadline to serve rebuttal expert reports | September 25, 2026 |
| Deadline to file notice of intent to file dispositive motion pursuant to Section 7(f) of the Standing Order | October 13, 2026 |
| Close of discovery | October 16, 2026 |
| Deadline to file motions in limine | October 29, 2026 |
| Deadline to oppose motions in limine | November 12, 2026 |
| Deadline to file replies on motions in limine | November 19, 2026 |
| Deadline to file motion(s) for summary judgment | November 13, 2026 |
| Deadline to file Joint Pretrial Statement | November 20, 2026 |

| Pretrial Conference | December 7, 2026, at 11:00 am |
|---|---|
| Deadline to file response(s) to any motion(s) for summary judgment | December 14, 2026 |
| Bench Trial | January 4, 2027, through January 15, 2027 |

**SO ORDERED.**

Date:  July 27, 2026

                                        _____

ANA C. REYES
United States District Judge