AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Talbott et al., | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:25-cv-00240 |
| United States et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicolas Talbott et al., Plaintiffs        .

Date:     07/31/2026

/s/ Lauren M. Weinstein
*Attorney's signature*

Lauren M. Weinstein (Bar No. 1035184)
*Printed name and bar number*
O'Melveny & Myers LLP
1625 Eye St., N.W.
Washington, D.C. 20006

*Address*

lweinstein@omm.com
*E-mail address*

(202) 383 5300
*Telephone number*

(202) 383 5414
*FAX number*