AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Talbott et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00240 |
| United States et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicolas Talbott et al., Plaintiffs                                                                                          .

Date:       07/31/2026                                      /s/ Brett J. Williamson
                                                                        *Attorney's signature*

                                                           Brett J. Williamson (Bar No. 1024759)
                                                                   *Printed name and bar number*

                                                                    O'Melveny & Myers LLP
                                                                  1301 Ave. of the Americas
                                                                          17th Floor
                                                                     New York, NY 10019
                                                                            *Address*

                                                                    bwilliamson@omm.com
                                                                        *E-mail address*

                                                                      (212) 326-2023
                                                                     *Telephone number*

                                                                      (212) 326-2601
                                                                        *FAX number*