AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Talbott et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-00240 |
| United States et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicolas Talbott et al., Plaintiffs                                                                                                .

Date:      07/31/2026

/s/ Benjamin G. Bradshaw
*Attorney's signature*

Benjamin G. Bradshaw (Bar No. 460539)
*Printed name and bar number*
O'Melveny & Myers LLP
1625 Eye St., N.W.
Washington, D.C. 20006

*Address*

bbradshaw@omm.com
*E-mail address*

(202) 383 5300
*Telephone number*

(202) 383 5414
*FAX number*