**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br>*individually and on behalf of all similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA *et al.*,<br><br>Defendants. | Civil Action No. 25-cv-240-ACR |

**DECLARATION OF MICHAEL R. HALEY IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF KODA NATURE AND REMOVE NATURE AS PROPOSED CLASS REPRESENTATIVE**

I, Michael R. Haley, hereby declare as follows:

1. I contacted all named Plaintiffs as part of the preparation to brief and argue Plaintiffs' motion for class certification.

2. When I initially received no response from Plaintiff Koda Nature, I attempted to contact him again on the following dates:

   a. I called him on June 2, 2026, using the phone number I had previously used to communicate with him. He did not answer.

   b. I emailed him on June 9, 2026, using the email address I had previously used to communicate with him and received no reply.

   c. I identified a social media profile appearing to belong to him. I sent a message to the profile in early June but received no reply.

d. I invited him to attend videoconference meetings on June 11 and June 12, 2026, using the email address I had previously used to communicate with him, and he did not attend either meeting.

e. I sent him a text message on June 29, 2026, using the contact information I had previously used to communicate with him. In the message, I informed him that, if I did not hear from him, our team would not be able to continue representing him. I received no reply.

f. I called him on June 29, 2026, using the phone number I had previously used to communicate with him. The number no longer belonged to Koda Nature.

g. On July 1, 2026, I sent him a certified letter to his last known address (the address filed under seal at ECF No. 4) requesting that he contact me and informing him that, if I received no response by July 15, 2026, our team would no longer be able to represent him. I received no reply.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2026

*/s/ Michael R. Haley*
Michael R. Haley