**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Civil Action No. 1:25-cv-240-ACR

**PLAINTIFFS' JOINT MOTION TO APPOINT O'MELVENY & MYERS LLP AS ADDITIONAL CLASS COUNSEL**

Plaintiffs respectfully move under Federal Rule of Civil Procedure 23(g) to appoint O'Melveny & Myers LLP as additional Class Counsel alongside GLBTQ Legal Advocates & Defenders, the National Center for LGBTQ Rights, Wardenski P.C., and Zalkind Duncan & Bernstein LLP. O'Melveny entered appearances on July 31, 2026, *see* Dkts. 134-137, and since then has worked with Plaintiffs' existing counsel in preparing this case for trial. Weinstein Decl. ¶¶ 8-9.

Pursuant to Local Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants on August 24 and 25, 2026. Defendants oppose in part the relief sought in this motion. Defendants oppose Plaintiffs' request to grant their Motion for Class Certification and, to that end, oppose certification of the proposed classes and subclasses. *See* Dkt. 127 (Defendants' opposition to Plaintiffs' class certification motion); Dkt. 130, § 2 (Defendants' objections to class certification). Should the Court certify a class, Defendants do not oppose O'Melveny & Myers LLP being appointed as additional Class Counsel. Defendants do not plan on filing any further opposition.

Consistent with the Court's July 1, 2026 Minute Order, Plaintiffs' existing counsel notified all class representatives of O'Melveny's offer to assist. After receiving independent, non-conflicted advice from counsel Peter Romer-Friedman on whether to retain O'Melveny and the scope of its role, the class representatives accepted O'Melveny's representation. Romer-Friedman Decl. ¶¶ 7-8.

In support of this motion, Plaintiffs submit a memorandum of law and exhibit, the declaration of Lauren M. Weinstein, and the declaration of Peter Romer-Friedman. A proposed order is attached.

DATED: August 25, 2026

Respectfully submitted,

/s/ *Lauren M. Weinstein*

Lauren M. Weinstein (1035184)
Benjamin G. Bradshaw (460539)
Shruti Kannan (90006641)
O'MELVENY & MYERS LLP
1625 Eye St., N.W.
Washington, D.C. 20006
Phone: (202) 383-5300
lweinstein@omm.com
bbradshaw@omm.com
skannan@omm.com

Brett Williamson (1024759)
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660
Phone: (949) 823-6900
bwilliamson@omm.com

Joseph J. Wardenski (995549)
WARDENSKI P.C.
134 West 29th Street
Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

Jennifer Levi (MA0056)
Mary Bonauto (*pro hac vice*)
Michael R. Haley (*pro hac vice*)
Sarah K. Austin (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
Phone: (617) 426-1350
jlevi@gladlaw.org
mbonauto@gladlaw.org
mhaley@gladlaw.org
saustin@gladlaw.org

Christopher F. Stoll (*pro hac vice*)
Shannon P. Minter (*pro hac vice*)
Amy Whelan (*pro hac vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st St. #11548
Sacramento, CA 95811
Phone: (415) 365-1320
cstoll@nclrights.org
sminter@nclrights.org
awhelan@nclrights.org

Inga S. Bernstein (*pro hac vice*)
ZALKIND DUNCAN & BERNSTEIN LLP
2 Oliver Street
Suite 200
Boston, MA 02109
Phone: (617) 742-6020
ibernstein@zalkindlaw.com

*Counsel for Plaintiffs*