**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br>*Plaintiffs,*<br>v.<br>UNITED STATES *et al.*,<br>*Defendants.* | Civil Action No. 1:25-cv-240-ACR |

**DECLARATION OF LAUREN M. WEINSTEIN IN SUPPORT OF PLAINTIFFS' JOINT MOTION TO APPOINT O'MELVENY & MYERS LLP AS ADDITIONAL CLASS COUNSEL**

I, Lauren M. Weinstein, declare as follows:

1. I am a partner in the Washington, D.C. office of O'Melveny & Myers LLP ("O'Melveny") and recently entered my appearance as counsel of record for the Plaintiffs in the above-captioned case.[1] I submit this declaration in support of Plaintiffs' Joint Motion to Appoint O'Melveny & Myers LLP as Additional Class Counsel. I have personal knowledge of the facts stated below.

2. I received my J.D. from Harvard Law School in 2012. I am a member in good standing of the District of Columbia and New York bars, and am admitted to practice in the District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit, and the United States Supreme Court, among other federal district and appellate courts. My practice focuses on trial and appellate litigation, including class actions and constitutional

[1] O'Melveny has not entered into an engagement letter with Plaintiff Koda Nature. Plaintiffs' current counsel has moved to withdraw from representing Mr. Nature for the reasons stated in Mr. Haley's declaration submitted in support of that motion. *See* Decl. of Michael R. Haley ¶¶ 1-2, Dkt. 140-1.

litigation. I have represented clients before the Supreme Court of the United States, federal courts of appeals, and federal and state trial courts.

3. I have represented both plaintiffs and defendants in class-action litigation. I was also appointed a Special State Attorney General representing thirty-nine States in *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal.), a multiparty litigation involving extensive discovery and expert practice. I served as counsel in the Supreme Court litigation in *Bank Markazi v. Peterson*, 578 U.S. 212 (2016), which examined Article III separation-of-powers limits on legislation directed at pending litigation and the political branches' authority over foreign affairs. I was counsel of record on an amicus brief in *Garza v. Idaho*, 586 U.S. 232 (2019), addressing the Sixth Amendment right to effective assistance of counsel.

4. Benjamin G. Bradshaw is an O'Melveny partner with approximately thirty years of class-action and complex-litigation experience who has tried multiple cases to verdict. Mr. Bradshaw received his J.D. from the University of Southern California in 1996. He is a member in good standing of the California and the District of Columbia bars.

5. Mr. Bradshaw has handled numerous antitrust and ERISA class actions. He also represented the plaintiffs in *Koe v. Noggle*, 688 F. Supp. 3d 1321 (N.D. Ga. 2023), against Georgia's ban on hormone therapy for minors with gender dysphoria.

6. Brett J. Williamson is O'Melveny's firmwide partner in charge of pro bono and a litigator with more than thirty years of experience. He oversees the robust firmwide pro bono program that O'Melveny maintains and that spans matters including civil rights, LGBTQ+ rights, immigration, housing, education, veterans' affairs, criminal justice, and voting rights. Mr. Williamson received his J.D. from the University of Southern California in 1989. He is a member in good standing of the California, District of Columbia, and New York bars.

7. Mr. Williamson has served as lead trial counsel in numerous complex federal jury and bench trials and has conducted direct and cross-examinations of expert witnesses at trial. His pro bono practice includes equal-protection matters.

8. O'Melveny entered appearances in this action on July 31, 2026. Dkts. 134-137. Since then, its lawyers have reviewed the district-court and appellate records, conferred with Plaintiffs' existing counsel on case background and strategy, and assisted with trial preparation, including Plaintiffs' supplemental brief addressing *West Virginia v. B.P.J.*, 609 U.S. --- (2026) (No. 24-38), filed August 7, 2026. *See* Dkt. 138.

9. O'Melveny is currently supporting Plaintiffs' existing counsel in discovery and trial preparation. It assisted with preparing and serving Plaintiffs' first and second requests for production, first requests for admission, and first set of interrogatories. O'Melveny is also supporting expert-witness development and deposition preparation.

10. O'Melveny has approved this representation on a pro bono basis and will commit the attorney time and professional resources necessary to effectively represent the Class. The firm has ample resources to support this representation and will coordinate with co-counsel to address costs for testifying experts, litigation-support platforms, and any other litigation expenses. O'Melveny will bear the operational costs associated with its own attorneys and work on this matter. O'Melveny will not charge fees or costs to any member of the Class.

11. O'Melveny will work alongside Plaintiffs' existing counsel and does not seek any change to the current schedule, including the January 4, 2027 trial date.

12. O'Melveny has cleared this representation through its firmwide conflicts process. O'Melveny does not represent the United States, the Department of Defense, any service branch, the Defense Health Agency, or any other Defendant in this action in any matter. O'Melveny has

represented or currently represents certain defense contractors in matters unrelated to this litigation. None of those representations is substantially related to the claims or defenses in this action, and none is adverse to the interests of the Class or Subclasses. I am aware of no conflict that would impair O'Melveny's ability to represent the interests of the Class and Subclasses fairly and adequately.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2026

/s/ *Lauren M. Weinstein*
Lauren M. Weinstein