**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al*.,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES *et al.*,<br><br>*Defendants.* | Civil Action No. 1:25-cv-240-ACR |

**DECLARATION OF PETER ROMER-FRIEDMAN IN SUPPORT OF PLAINTIFFS' JOINT MOTION TO APPOINT O'MELVENY & MYERS LLP AS ADDITIONAL CLASS COUNSEL**

I, Peter Romer-Friedman, declare as follows:

1. I am the Managing Partner of Peter Romer-Friedman Law PLLC, a public interest and civil rights law firm with offices in the District of Columbia and New York City.

2. I submit this declaration in support of Plaintiffs' Joint Motion to Appoint O'Melveny & Myers LLP ("O'Melveny") as Additional Class Counsel. I have personal knowledge of the facts stated below.

3. In Paragraphs 9-31 of this Declaration, I provide background information on my law firm and my experience, including more than 15 years representing tens of thousands of servicemembers and veterans in class action and individual litigation against public and private sector employers and state and federal governments, as well as class action litigation on behalf of the LGBTQ community.

4. In the instant action, I serve as independent, non-conflicted counsel to the class representatives for the limited purpose of advising them whether they should retain any new counsel that offers assistance and on the scope of that counsel's role. Neither I nor my law firm is

currently affiliated with existing Class Counsel or O'Melveny. I have no financial or other interest in whether O'Melveny is appointed as additional Class Counsel.

5. In July 2026, counsel for the Plaintiffs in this matter informed me that O'Melveny had agreed to assist in the above-captioned matter. Michael Haley informed me that (i) O'Melveny had agreed to assist with discovery, pretrial litigation, and trial; (ii) O'Melveny would not assist in defending the district court's class certification, including in any appeal; and (iii) O'Melveny had not committed to assist in any other appeal, but would consider doing so. Plaintiffs' counsel informed me that O'Melveny expected to staff approximately ten attorneys, including three partners, on the matter. Plaintiffs' counsel also described the other offers of assistance that Class Counsel had received.

6. I have previously litigated matters in which O'Melveny represented an opposing party (and continue to represent clients who are adverse to O'Melveny's clients). By working on complex matters in which O'Melveny has been opposing counsel, I have developed an informed opinion about the significant resources, skill, and high-quality work that O'Melveny and its lawyers bring to complex litigation. As a former Deputy Director of Litigation of the Washington Lawyers' Committee for Civil Rights, I've seen large corporate firms like O'Melveny work effectively and collaboratively with non-profit legal organizations and public interest law firms on civil rights actions.

7. The Plaintiffs and Class Representatives in this action were given the opportunity to contact me and receive my advice on whether they should retain O'Melveny as additional counsel, including the scope of O'Melveny's representation and the terms of their representation agreement. I provided non-conflicted advice to all of the Plaintiffs who sought that advice.

8. I understand that each named Plaintiff, except for Koda Nature as to whom current Class Counsel have moved to withdraw as counsel, has executed an engagement letter with O'Melveny, accepting the terms of the firm's representation.

9. Peter Romer-Friedman Law PLLC is a public interest and civil rights law firm—currently with five attorneys and offices in the District of Columbia and New York City—that represents people, non-profit groups, and unions to advance social and economic justice in a range of legal areas, including employment discrimination, constitutional rights, fair housing, public accommodations, credit discrimination, tech accountability, and consumer protection. The Firm tackles novel and difficult problems, like discrimination by online platforms and the denial of IVF benefits to LGBTQ employees and veterans and solves decades-old obstacles to equality like the exclusion of women from the trucking industry and major employers' discrimination based on race, gender, sexual orientation, age, disability, and military status and service.

10. The Firm's Partners have secured over $1.5 billion dollars in relief for clients and historic programmatic changes through class action litigation and individual cases brought by civil plaintiffs against major corporations and federal, state, and municipal governments. The Firm's lawyers have been appointed as class counsel in numerous federal and state class actions and have litigated complex individual and class actions in federal and state courts in the District of Columbia, New York, and many other jurisdictions.

**11.** The Firm was founded in 2023 by Peter Romer-Friedman, who was previously a partner at Gupta Wessler PLLC, a partner at Outten & Golden LLP, the Deputy Litigation Director at the Washington Lawyers' Committee for Civil Rights & Urban Affairs, and Labor Counsel to Senator Edward M. Kennedy and the Senate Committee on Health Education Labor and Pensions. In 2024,

Patrick David Lopez, the former General Counsel of the Equal Employment Opportunity Commission from 2010 to 2016, joined the Firm as of Counsel.

**12.** I am admitted to practice in the District of Columbia and New York, and in the U.S. District Courts for the District of Columbia, Southern District of New York, Eastern District of New York, Maryland, and Northern District of Illinois. I am also admitted to practice in the U.S. Courts of Appeals for the D.C. Circuit, Federal Circuit, Ninth Circuit, Seventh Circuit, Sixth Circuit and Fourth Circuit, and the Supreme Court of the United States.

**13.** Since 2009, I have served as lead or co-lead counsel in actions that secured more than $1.5 billion in monetary relief and important programmatic changes to governmental and corporate institutions, including one of the largest reported settlements in the history of the Equal Credit Opportunity Act, two of the largest reported settlements in the history of the Fair Housing Act, and several of the largest reported settlements in the history of the Uniformed Services Employment and Reemployment Rights Act (USERRA).

**14.** I have been approved as class counsel in many class actions in federal and state courts throughout the nation, including in the following cases in which I have represented servicemembers of veterans: *Travers v. Federal Express Corp*., No 22 Civ. 00672 (D. Del.); *Tsui v. Walmart Inc.*, No. 20 Civ. 12309 (D. Mass.); *Clarkson v. Alaska Airlines*, No. 19. Civ. 00005 (E.D. Wash.); *Huntsman v. Southwest Airlines Co*., No. 17 Civ. 3872 (N.D. Cal.); *Huntsman v. Southwest Airlines Co*., No. 19-cv-00083 (N.D. Cal.); *Cunningham v. Federal Express Corp*., No. 17 Civ. 845 (M.D. Tenn.); *Hall v. L-3 Communications*, No. 15 Civ. 231 (E.D. Wash.); *Allman v. American Airlines, Inc. Pilot Retirement Program Variable Income Plan*, No. 14 Civ. 10138 (D. Mass.); *Rotondo v. JPMorgan Chase*, No. 19 Civ. 2328 (S.D. Ohio); *Tuten v. United Air Lines,*

*Inc.*, No. 12 Civ. 01561 (D. Colo.); and *Martin v. Washington*, No. 14-2-00016-7 (Wash. Super. Ct.).

**15.** I have been selected as a Super Lawyer in the District of Columbia by SuperLawyers in 2020, 2021, 2022, 2023, 2024, 2025, and 2026, and a Rising Star by SuperLawyers in 2014, 2015, 2016, 2017, 2018, and 2019.

**16.** On two occasions, I was a finalist for Public Justice's Trial Lawyer of the Year Award: in 2011 for my work on *Keepseagle v. Vilsack* (which included negotiating a $760 million settlement and programmatic relief for Native American farmers and ranchers denied farm loans by the U.S. Department of Agriculture), and in 2018 for my work in *Cote v. Walmart* (where I negotiated a the first class action settlement for a group of LGBTQ workers, a $7.5 million settlement for gay and lesbian employees of Walmart who were denied spousal health insurance).

**17.** In 2018, 2019, 2021, 2022, 2023, 2024, 2025, 2026 I was recognized as one of the 500 Leading Plaintiff Employment Lawyers by Lawdragon.

**18.** From 2020 to 2023, I was a Principal and Head of the Civil Rights and Class Actions Practice at Gupta Wessler PLLC, a national appellate, constitutional, and complex litigation boutique that handles public interest cases.

**19.** From 2016 to 2020 I was a Counsel and then a Partner at Outten & Golden LLP, one of the largest workers' rights law firms, where I opened the firm's D.C. office with David Lopez, the former General Counsel of the Equal Employment Opportunity Commission. There, I worked primarily on class actions, as well as individual and organizational civil rights cases.

**20.** From 2015 to 2016, I served as the Deputy Director of Litigation of the Washington Lawyers' Committee for Civil Rights and Urban Affairs. As the Deputy Director of Litigation, I litigated and supervised class and individual impact civil rights cases in a range of areas, including employment discrimination, fair housing, public accommodations, and servicemembers' rights.

**21.** From 2009 to 2015, I served as an associate in Cohen Milstein Sellers & Toll PLLC's Civil Rights and Employment Group.

**22.** From 2007 to 2009, I served as labor counsel to the Senate Committee on Health Education Labor and Pensions ("HELP") and its Chairman, Senator Edward M. Kennedy. Among my responsibilities as labor counsel, I served as an advisor to Chairman Kennedy and other members of the HELP Committee on a range of labor, employment, civil rights, and economic policy issues (including the rights of servicemembers under the Uniformed Services Employment and Reemployment Rights Act and the employment rights of Department of Defense employees), I drafted or assisted in drafting a number of bills and amendments that were enacted by Congress and signed into law by the President, including amendments to USERRA. I also organized hearings for the HELP Committee on a range of topics, including the employment rights of military servicemembers. I worked with bipartisan members of the Senate HELP Committee to pass legislation in a range of areas.

**23.** Since leaving the HELP Committee in 2009, I have advised Senate and House Committees and members of Congress, including Democrats and Republicans, on labor, employment, civil rights, and the rights of servicemembers and veterans.

**24.** I have testified before Congress and represented clients in testifying before Congress. *See* Testimony of Peter Romer-Friedman Before the U.S. House of Representatives Committee on Education and Labor Subcommittee on Civil Rights and Human Services "The Future of Work:

Protecting Workers' Civil Rights in the Digital Age (Feb. 5, 2020), https://edworkforce.house.gov/uploadedfiles/peter_romer-friedman_-_testimony.pdf; Testimony of Kevin Ziober Before the House Subcommittee on Antitrust, Commercial, and Administrative Law (May 17, 2019), https://www.congress.gov/116/meeting/house/109484/witnesses/HHRG-116-JU05-Wstate-ZioberK-20190516.pdf.

**25.** From 2006 to 2007, I served as a law clerk to Judge Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit in Los Angeles.

**26.** During law school, I was an extern to Judge Shira Scheindlin of the U.S. District Court for the Southern District of New York.

**27.** In 2006, I graduated from Columbia Law School, where I was a James Kent Scholar and a Harlan Fiske Stone Scholar. During law school, I served as a managing editor of the Columbia Journal of Law & Social Problems.

**28.** Prior to law school, I was a legislative representative and union organizer for the United Steelworkers and I co-founded the Worker Rights Consortium, a non-profit organization that monitors labor rights in apparel factories worldwide.

**29.** In 2001, I earned a B.A. in economics from the University of Michigan at Ann Arbor.

**30.** In 2000, I was selected as a Truman Scholar by the Harry S. Truman Scholarship Foundation.

**31.** Throughout my career as a civil rights litigator, I have represented Plaintiffs in advancing equal rights, opportunity, and dignity for diverse communities, including by:

- Brokering the first major settlement over digital bias in which Facebook agreed to stop advertisers from steering job, housing, and credit ads away from people based on race, age, and gender, and winning an EEOC ruling that the same practices violate Title VII and the ADEA.

- Recovering over $100 million dollars for military reservists and veterans who were denied jobs, pay, retirement contributions, and other employee benefits by employers such as Walmart, Federal Express, U.S. Postal Service, Southwest Airlines, Washington State, L3 Technologies, United Airlines, American Airlines, Alaska Airlines, Horizon Airlines, and the U.S. House of Representatives.

- Negotiating the largest reported workplace bias settlement with the U.S. House of Representatives over the wrongful termination of Imran Awan and his co-workers, as well as one of the largest reported settlements with Congress for a whistleblower who sued the Benghazi Committee and its Chairman Trey Gowdy.

- Winning the first class-action settlement for a group of LGBTQ workers, Walmart employees denied health benefits for their same-sex spouses.

- Settling a civil rights lawsuit with the Department of Veterans' affairs, which in response to the litigation agreed to stop denying IVF benefits to lesbian veterans.

- Curbing racial discrimination in the largest federal housing recovery program on behalf of Black families displaced by Hurricane Katrina and securing hundreds of millions of dollars of recovery relief for them.

- Obtaining a $760 million settlement for thousands of Native American farmers denied USDA loans for decades in one of the largest credit bias settlements in U.S. history.

- Negotiating a $42 million settlement in which Wells Fargo agreed to advertise, service, and sell foreclosed properties equally in white, Black, and Latino communities to address harm from the foreclosure crisis.

- Reaching first-of-their kind settlements with JPMorgan Chase and CNN/Turner Broadcasting to ensure gender equality in paid parental leave.

- Reaching a first-of-its kind $14 million settlement with Walmart over the company's failure to pay military reservists when they took short-term military leave.

- Representing students to successfully convince the State Department to end a 2017 freeze of federal diversity programs that annually place dozens of students of color in career U.S. Foreign Service positions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2026

/s/ *Peter Romer-Friedman*
Peter Romer-Friedman