**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Civil Action No. 1:25-cv-240-ACR

**[PROPOSED] ORDER**

Before the Court are Plaintiffs' Motion for Class Certification, Dkt. 118, and Plaintiffs' Joint Motion to Appoint O'Melveny & Myers LLP as Additional Class Counsel, Dkt. 141. Having considered the motions, the parties' briefing, the June 30, 2026 hearing, the July 7, 2026 Joint Status Report, Dkt. 130, the accompanying exhibits and the parties' subsequent submissions, and for good cause shown, it is hereby **ORDERED** that Plaintiffs' Motion for Class Certification is **GRANTED** and Plaintiffs' Joint Motion to Appoint O'Melveny & Myers LLP as Additional Class Counsel is **GRANTED**. It is further **ORDERED** that this case be certified as a class action for declaratory and injunctive relief under Rule 23(b)(2) of the Federal Rules of Civil Procedure, as follows:

1. The **Class** is defined as: All individuals who, on or after January 28, 2025, the date this lawsuit was filed, who were serving in the United States military (excluding the Coast Guard) or had submitted an application to a military service branch (other than the Coast Guard) for commission or to enlist in said service and: (1) have a current diagnosis of gender dysphoria; (2) a prior diagnosis of gender dysphoria; and/or (3) currently exhibit symptoms consistent with gender

dysphoria, in that they meet the diagnostic criteria outlined in the Diagnostic and Statistical Manual of Mental Disorders ("DSM 5"). *See* Secretary of Defense Memorandum, "Prioritizing Military Excellence and Readiness," dated February 7, 2025. The class includes individuals who do not meet the criteria to obtain a waiver from Department of War ("DOW") policies implementing EO 14183. The class excludes the named individual plaintiffs in *Shilling v. United States*, No. 2:25-cv-00241-BHS (W.D. Wash.), and all individual members of the *Shilling* organizational plaintiff, Gender Justice League, as of the first date the Court orders any class-wide injunctive relief, who are not named Plaintiffs in *Talbott*.

2. **Subclass 1**, to be certified as "Voluntarily Separated or Retired Plaintiffs," is defined as: All class members who voluntarily separated or retired from service pursuant to DOW policies implementing EO 14183 after January 28, 2025, the date this lawsuit was filed.

3. **Subclass 2**, to be certified as "Involuntarily Separated Plaintiffs," is defined as: All class members who were subject to involuntary separation proceedings pursuant to DOW policies implementing EO 14183 on or after January 28, 2025, the date this lawsuit was filed.

4. **Subclass 3**, to be certified as "Accession Plaintiffs," is defined as: All class members who submitted an application to a military service branch for commission or to enlist in said service branch on or after January 28, 2025, the date this lawsuit was filed.

It is further **ORDERED** that Plaintiffs other than Koda Nature are designated as representatives of the Class; that Plaintiffs Bettis, Bloomrose, Bruce, Cole, Davis, Dulaney,

McCallister, Morgan, Orth, Richter, Tyson, and Vandal be designated as representatives of Subclass 1, the Voluntarily Separated or Retired Plaintiffs Subclass; that Plaintiffs Ahearn, Converse, Dandridge, Gross, Hash, Herrero, Kersch-Hamar, Maiwald, Marquez, Pickett, Sale, Simpson, Talbott, Winchell, and Wolf be designated as representatives of Subclass 2, the Involuntarily Separated Plaintiffs Subclass; and that Plaintiff Neary is designated as representative of Subclass 3, the Accession Plaintiffs Subclass.

It is further **ORDERED** that Plaintiffs' counsel at GLBTQ Legal Advocates & Defenders, the National Center for LGBTQ Rights, Wardenski P.C., Zalkind Duncan & Bernstein LLP, and O'Melveny & Myers LLP are appointed as Class Counsel for the Class and Subclasses.

**SO ORDERED.**

DATED: ____________________

____________________________________
Hon. Ana C. Reyes
United States District Judge