**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES *et al.*,<br><br>*Defendants.* | Civil Action No. 25-cv-240-ACR |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND STIPULATED ELECTRONICALLY STORED INFORMATION ("ESI") PROTOCOL

Plaintiffs Nicolas Talbott *et al.* and Defendants United States of America *et al.* (the "Parties"), pursuant to Federal Rule of Civil Procedure 26(c) and Local Civil Rule 7(m), jointly move the Court for entry of the attached Stipulated Protective Order (Attachment 1) governing the treatment of confidential materials and the attached Stipulated Protocol for the Treatment of Electronically Stored Information ("ESI Protocol") (Attachment 2). In support of this Motion, the Parties state as follows:

This action involves claims brought by Plaintiffs who, individually and on behalf of all similarly situated individuals, challenge Executive Order No. 14,183 and the policies promulgated pursuant to it. *See generally* Fifth Am. Compl., ECF No. 117. The Parties agree that discovery in this matter is expected to involve the production of sensitive personal information, including private medical and personnel records, as well as nonpublic government materials, the disclosure of which could cause harm to the Parties and nonparties to this suit. A protective order is warranted to guard against that harm.

The anticipated discovery establishes good cause for entry of a protective order under Federal Rule of Civil Procedure 26(c). The Stipulated Protective Order establishes appropriate procedures and tiers for confidentiality designations and limits the use and dissemination of designated materials to this litigation.

Consistent with Federal Rule of Civil Procedure 26(f), the Parties have conferred regarding the disclosure, discovery, and preservation of electronically stored information, including the form of production, search methodology, and related ESI management issues, as well as procedures for asserting privilege and work-product claims after production. The attached ESI Protocol (Attachment 2) reflects their agreement on those issues.

The undersigned are authorized to represent that the Parties do not object to this motion and respectfully request that the Court enters the Stipulated Protective Order and ESI Protocol attached hereto as Attachments 1 and 2.

Pursuant to Local Civil Rule 7(m), the undersigned counsel certify that they have conferred in good faith and have reached agreement on all issues addressed in this Motion, Stipulated Protective Order, and ESI Protocol.

Dated: September 11, 2026

Respectfully submitted,

/s/ *Lauren M. Weinstein*
Lauren M. Weinstein (1035184)
Benjamin G. Bradshaw (460539)
Shruti Kannan (90006641)
O'MELVENY & MYERS LLP
1625 Eye St., N.W.
Washington, D.C. 20006
Phone: (202) 383-5300
lweinstein@omm.com
bbradshaw@omm.com
skannan@omm.com

Brett J. Williamson (1024759)
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660
Phone: (949) 823-6900
bwilliamson@omm.com

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
Amy E. Whelan (*pro hac vice*)
NATIONAL CENTER FOR
LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 392-6257
sminter@nclrights.org
cstoll@nclrights.org
awhelan@nclrights.org

Inga S. Bernstein (*pro hac vice*)
ZALKIND DUNCAN & BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: (617) 742-6020
ibernstein@zalkindlaw.com

Jennifer Levi (MA0056)
Mary L. Bonauto (*pro hac vice*)
Sarah K. Austin (*pro hac vice*)
Michael R. Haley (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
Phone: (617) 426-1350
jlevi@gladlaw.org
mbonauto@gladlaw.org
saustin@gladlaw.org
mhaley@gladlaw.org

Joseph J. Wardenski (995549)
WARDENSKI P.C.
134 West 29th Street
Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
ROBERT C. BOMBARD
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20006
Phone: (202) 451-7478
jared.littman2@usdoj.gov

*Counsel for Defendants*