**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Civil Action No. 1:25-cv-240-ACR

**[PROPOSED] ORDER**

Before the Court is the Parties' Joint Motion to Adjust Pretrial Deadlines. Having considered the motion, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the Court's July 27, 2026 Scheduling Order, Dkt. 133, be adjusted as follows:

| Event | Previous Deadline (Dkt. 133) | New Deadline |
|---|---|---|
| Deadline for written responses/objections to discovery requests | September 11, 2026 | September 14, 2026 |
| Deadline for production of documents not subject to objection | September 11, 2026 | Rolling production, to be completed on or before October 5, 2026 |
| Mutual disclosure of fact witnesses | None | October 9, 2026 |
| Deadline to submit a discovery dispute to the Court pursuant to Section 10 of the Standing Order | September 16, 2026 | October 12, 2026 |
| Close of discovery | October 16, 2026 | November 2, 2026 |

All other deadlines and provisions of the Scheduling Order (Dkt. 133) shall remain in effect.

**SO ORDERED.**

DATED: ____________________

____________________________________
Hon. Ana C. Reyes
United States District Judge