# EXHIBIT A

**Filed Under Seal**

**Confidential**
**Filed Under Seal**

**TO THE CLERK OF COURT:**

Plaintiff Axel (Audrie) Graham's last known address is:

[redacted]