**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly situated individuals*,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA *et al.*,

Defendants.

Civil Action No. 25-cv-240-ACR

**[PROPOSED] ORDER**

Before this Court is the Unopposed Motion to Withdraw as Counsel for Plaintiff Axel (Audrie) Graham and Remove Graham as a Proposed Class Representative (the "Motion"). Upon consideration of the motion and for good cause shown, the motion is GRANTED. It is further ORDERED that the Clerk mail Graham a copy of this order at his last known address, which was filed under seal as Exhibit A to Plaintiffs' Motion.

It is SO ORDERED.

Dated: ___________________

_______________________________
Hon. Ana C. Reyes
United States District Judge