AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Nicholas Talbott
*Plaintiff*
v.
United States of America, et al.
*Defendant*

Case No. 1:25-cv-00240-ACR

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 10/08/2026

MICHAEL CRABB Digitally signed by MICHAEL CRABB Date: 2026.10.08 15:46:31 -04'00'
*Attorney's signature*

Michael T Crabb (KS Bar No. 24395)
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
*Address*

Michael.T.Crabb@usdoj.gov
*E-mail address*

(202) 735-6927
*Telephone number*

(202) 616-8470
*FAX number*