**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly situated individuals*,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA *et al.*,

Defendants.

Civil Action No. 25-cv-240-ACR

**NOTICE OF ERRATA**

Plaintiffs respectfully submit this Notice of Errata regarding the Unopposed Motion to Withdraw as Counsel for Plaintiff Axel (Audrie) Graham as a Proposed Class Representative (the "Motion"), Dkt. No. 145, filed on September 15, 2026. In preparation for the status conference set for October 14, 2026, Plaintiffs' counsel discovered that due to an inadvertent filing error, the Declaration of Michael R. Haley (the "Declaration") referenced on page 2 of the Motion was not filed on the docket as an attachment to the Motion. To correct this error, Plaintiffs file the Declaration as an attachment to this Notice. The Motion sets forth all of the facts contained in the Declaration, which describes the unsuccessful efforts by Plaintiffs' counsel to contact Mr. Graham between August 20, 2026, and September 10, 2026.

[signatures on next page]

DATED: October 13, 2026

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski (995549)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Telephone: (347) 913-3311
joe@wardenskilaw.com

Jennifer Levi (MA0056)
Mary L. Bonauto (*pro hac vice*)
Sarah Austin (*pro hac vice*)
Michael Haley (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
jlevi@glad.org
mbonauto@glad.org
saustin@glad.org
mhaley@glad.org

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
Amy Whelan (*pro hac vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 392-6257
sminter@nclrights.org

Lauren M. Weinstein (1035184)
Benjamin G. Bradshaw (460539)
Shruti Kannan (90006641)
O'MELVENY & MYERS LLP
1625 Eye St., N.W.
Washington, D.C. 20006
Phone: (202) 383-5300
lweinstein@omm.com
bbradshaw@omm.com
skannan@omm.com

Brett J. Williamson (1024759)
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660
Phone: (949) 823-6900
bwilliamson@omm.com

Inga S. Bernstein (*pro hac vice*)
ZALKIND DUNCAN & BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: (617) 742-6020
ibernstein@zalkindlaw.com

*Attorneys for Plaintiffs*