**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,
*individually and on behalf of all similarly situated individuals*,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA *et al.*,

Defendants.

Civil Action No. 25-cv-240-ACR

**DECLARATION OF MICHAEL R. HALEY IN SUPPORT OF PLAINTIFFS' NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF AXEL (AUDRIE) GRAHAM[1]**

I, Michael R. Haley, hereby declare as follows:

1. I contacted all named plaintiffs on August 20, 2026, to prepare responses to defendants' first set of interrogatories and first requests for production of documents.

2. When I initially received no response from plaintiff Axel Graham, I attempted to contact him again on the following dates:

   a. I emailed him on August 22, 2026, using the email address I had previously used to communicate with him. He did not answer.

   b. I texted him on August 24, 2024, using the telephone number I had previously used to communicate with him. He did not answer.

   c. I emailed him on August 31, 2026, using the email address I had previously used to communicate with him. He did not answer.

[1] At the time that plaintiff Axel Graham joined this lawsuit on the Second Amended Complaint, he used the name "Audrie Graham."

d. I called him on September 1, 2026, using the phone number I had previously used to communicate with him. The number was no longer in service.

e. On September 4, 2026, I sent him a certified letter to his last known address requesting that he contact me and informing him that, if I received no response by September 10, 2026, our team would no longer be able to represent him. We received no reply.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2026

*<u>/s/ Michael R. Haley</u>*
Michael R. Haley