**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES *et al.*,<br><br>*Defendants.* | Case No. 25-cv-240-ACR |

**SECOND JOINT MOTION TO ADJUST PRETRIAL DEADLINES**

Plaintiffs Nicolas Talbott *et al.* and Defendants United States of America *et al.* (the "Parties"), pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 7(m), jointly move to adjust certain deadlines in the Court's July 27, 2026 Scheduling Order (Dkt. No. 133, "Scheduling Order"), as amended by the Court's September 15, 2026 Order granting the Parties' Joint Motion to Adjust Pretrial Deadlines (Dkt. No. 147, "Order on First Joint Motion"). The Parties do not seek to move the trial date, the pretrial conference date, the deadline for the Joint Pretrial Statement, or Plaintiffs' deadline to file a motion for summary judgment. In support of this Motion, the Parties state as follows:

On July 27, 2026, the Court entered a Scheduling Order adopting the Parties' jointly proposed schedule with two modifications. Dkt. No. 133. On September 15, 2026, the Parties jointly moved to adjust certain pretrial deadlines to allow sufficient time for discovery. Dkt. No. 144. The Court granted the motion the same day. Dkt. No. 147. Since then, the Parties have continued with discovery, including ongoing document productions and depositions, with many

depositions scheduled over the next three weeks. The Parties have continued to confer regularly about the case schedule and the progress of discovery and other pretrial matters.

To accommodate the parties' and witness' schedules for the dozens of upcoming depositions and to provide Defendants the modest amount of time they have represented they need to complete document production, the Parties propose the following adjustments to the pretrial schedule, which will not alter the pretrial conference or trial dates set by the Court:

| **Event** | **Current Deadline (Dkt. No. 133, as amended by Dkt. No. 147)** | **Proposed Deadline** |
|---|---|---|
| Deadline for production of documents not subject to objections | Rolling production, to be completed on or before October 5, 2026 | Rolling production, with Defendants' production of documents responsive to Plaintiffs' discovery requests to be completed on or before October 23, 2026.<br><br>The parties agree that any documents they intend to rely on at trial must be produced by November 13, 2026. |
| Deadline to submit a discovery dispute to the Court pursuant to Section 10 of the Standing Order | October 12, 2026 | October 12, 2026 (no change), with Defendants agreeing that Plaintiffs may supplement any timely raised discovery disputes relating to Defendants' privilege logs produced after October 12, 2026, and the parties reserving the right to raise any disputes that arise after that date. |
| Deadline to file motions in limine | October 29, 2026 | November 9, 2026 |
| Close of Discovery | November 2, 2026 | November 6, 2026, with the exception of Dr. Ferrara's deposition, scheduled for November 9, 2026. |

| **Event** | **Current Deadline (Dkt. No. 133, as amended by Dkt. No. 147)** | **Proposed Deadline** |
| --- | --- | --- |
| Deadline to oppose motions in limine | November 12, 2026 | November 20, 2026 |
| Deadline to file replies on motions in limine | November 19, 2026 | None (the Parties agree to forgo replies) |
| Defendants' deadline to file motion(s) for summary judgment | November 13, 2026 | November 17, 2026 |

Every other deadline in the Scheduling Order, as amended by the Order on First Joint Motion, remains unchanged.

As explained above, Rule 16(b)(4) allows the Court to modify a scheduling order for good cause. Good cause supports each of these proposed changes.

For these reasons, the Parties respectfully request that the Court adopt the schedule above.[1] A proposed order accompanies this Motion.

Pursuant to Local Civil Rule 7(m), the undersigned counsel certify that they have conferred in good faith and agree on the relief this Motion seeks.

[1] The Court has previously granted the Parties' first Joint Motion to Adjust Pretrial Deadlines, *see* Dkt. No. 147, and one extension of time to Plaintiffs, *see* Min. Order (May 12, 2025) (granting seven-day extension to Plaintiffs to respond to Defendants' Notice of Intent to File Dispositive Motion).

Dated: October 21, 2026

Respectfully submitted,

/s/ *Lauren M. Weinstein*
Lauren M. Weinstein (1035184)
Benjamin G. Bradshaw (460539)
Shruti Kannan (90006641)
O'MELVENY & MYERS LLP
1625 Eye St., N.W.
Washington, D.C. 20006
Phone: (202) 383-5300
lweinstein@omm.com
bbradshaw@omm.com
skannan@omm.com

Brett J. Williamson (1024759)
O'MELVENY & MYERS LLP
610 Newport Center Drive
Newport Beach, CA 92660
Phone: (949) 823-6900
bwilliamson@omm.com

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
Amy E. Whelan (*pro hac vice*)
NATIONAL CENTER FOR
LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 392-6257
sminter@nclrights.org
cstoll@nclrights.org
awhelan@nclrights.org

Inga S. Bernstein (*pro hac vice*)
ZALKIND DUNCAN & BERNSTEIN LLP
65A Atlantic Avenue
Boston, MA 02110
Telephone: (617) 742-6020
ibernstein@zalkindlaw.com

Jennifer Levi (MA0056)
Mary L. Bonauto (*pro hac vice*)
Sarah K. Austin (*pro hac vice*)
Michael R. Haley (*pro hac vice*)
GLBTQ LEGAL ADVOCATES &
DEFENDERS
18 Tremont Street
Suite 950
Boston, MA 02108
Phone: (617) 426-1350
jlevi@gladlaw.org
mbonauto@gladlaw.org
saustin@gladlaw.org
mhaley@gladlaw.org

Joseph J. Wardenski (995549)
WARDENSKI P.C.
134 West 29th Street
Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

/s/ *M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
ROBERT C. BOMBARD
MICHAEL T. CRABB
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20006
Phone: (202) 451-7478
jared.littman2@usdoj.gov

*Counsel for Defendants*