**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Case No. 1:25-cv-240-ACR

# ORDER

Before the Court is the Parties' Second Joint Motion to Adjust Pretrial Deadlines. Having considered the motion, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that the Court's July 27, 2026 Scheduling Order (Dkt. No. 133), as amended by the Court's September 15, 2026 Order granting the Parties' Joint Motion to Adjust Pretrial Deadlines (Dkt. No. 147), be adjusted as follows:

| **Event** | **Current Deadline (Dkt. No. 133, as amended by Dkt. No. 147)** | **Proposed Deadline** |
|---|---|---|
| Deadline for production of documents not subject to objections | Rolling production, to be completed on or before October 5, 2026 | Rolling production, with Defendants' production of documents responsive to Plaintiffs' discovery requests to be completed on or before October 23, 2026.<br><br>The parties agree that any documents they intend to rely on at trial must be produced by November 13, 2026. |

| **Event** | **Current Deadline (Dkt. No. 133, as amended by Dkt. No. 147)** | **Proposed Deadline** |
|---|---|---|
| Deadline to submit a discovery dispute to the Court pursuant to Section 10 of the Standing Order | October 12, 2026 | October 12, 2026 (no change), with Defendants agreeing that Plaintiffs may supplement any timely raised discovery disputes relating to Defendants' privilege logs produced after October 12, 2026, and the parties reserving the right to raise any disputes that arise after that date. |
| Deadline to file motions in limine | October 29, 2026 | November 9, 2026 |
| Close of Discovery | November 2, 2026 | November 6, 2026, with the exception of Dr. Ferrara's deposition, scheduled for November 9, 2026. |
| Deadline to oppose motions in limine | November 12, 2026 | November 20, 2026 |
| Deadline to file replies on motions in limine | November 19, 2026 | None (the Parties agree to forgo replies) |
| Defendants' deadline to file motion(s) for summary judgment | November 13, 2026 | November 17, 2026 |

All other deadlines and provisions of the Scheduling Order (Dkt. No. 133), as amended by the Court's September 15, 2026 Order granting the Parties' Joint Motion to Adjust Pretrial Deadlines (Dkt. No. 147), shall remain in effect.

**SO ORDERED.**

DATED: October 21, 2026

Hon. Ana C. Reyes
United States District Judge