**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT*,* et.al.

*Plaintiffs*,

v.

UNITED STATES, et al.,

*Defendants*.

Civ. A. No. 25-240 (ACR)

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Protective Order Regarding Documents and Information Withheld under the Deliberative Process Privilege, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

ANA C. REYES
United States District Judge