**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES *et al.*,<br><br>*Defendants.* | Civil Action No. 25-cv-240-ACR |

**DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS IN LIMINE**

Defendants, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 7(m), move to extend the motion in limine deadline set forth in the Court's July 27, 2026 Scheduling Order (Dkt. 133, "Scheduling Order"), as amended by the Court's September 15, 2026 Order granting the Parties' Joint Motion to Adjust Pretrial Deadlines (Dkt. 147, "Order on First Joint Motion") and October 21, 2026 Order granting the Parties' Second Joint Motion to Adjust Pretrial Deadlines (Dkt. 162, "Order Granting Second Joint Motion"). Defendants respectfully request that the Court extend the deadline to file motions in limine by four days. The deadline is currently November 9, 2026, and Defendants respectfully request that the deadline be moved to November 13, 2026. Defendants do not seek to move any other deadlines in this matter.

Good cause exists for this short extension. As the Court is aware, the parties have been working expeditiously to complete discovery. The parties have been conducting depositions every day for the past several weeks, with as many as four depositions proceeding simultaneously. This week alone: one deposition was held Monday, three were held Tuesday, one was held Wednesday, three were held Thursday, and four are behind held on Friday. Notwithstanding these joint efforts,

the parties have had to schedule several depositions for the week of November 9, 2026. Three depositions are scheduled for Friday, November 13, 2026. Because the parties' forthcoming motions in limine are likely to concern deposition testimony, and because Defendants have had limited time to work on motions in limine while simultaneously taking and defending depositions, there is good cause to grant a short extension to file motions in limine.

In addition, Plaintiffs have agreed to an extension for Defendants to file motions in limine related to the deposition testimony of Professor Paisely Currah, who is scheduled to be deposed on Thursday, November 12.[1] Extending the deadline to Friday, November 13 would allow for more efficient resolution of evidentiary issues concerning Professor Currah's testimony, by allowing Defendants to file a single motion in limine on Friday, rather than two separate motions, should Defendants seek to move the Court for relief based on that deposition testimony.

Plaintiffs will not be prejudiced by this short extension. Defendants are not requesting that any other deadlines in this matter be changed. Both parties would therefore have one week to file their responses to motions in limine, which are due on November 20, 2026. Accordingly, briefing on motions in limine would be completed by the November 20, 2026 deadline to file the Joint Pretrial Statement.

For these reasons, Defendants respectfully request that the Court extend the deadline to file motions in limine from November 9, 2026, to November 13, 2026. A proposed order accompanies this Motion.[2]

---

[1] On October 28, Defendants requested to depose Professor Currah on Wednesday, November 4, and Thursday, November 5. Defendants agreed to depose Professor Currah on Thursday, November 12, subject to Plaintiffs' agreement that Defendants could file any motion in limine related to issues arising only after Professor Currah's deposition testimony.

[2] Defendants recognize that this motion is being filed one day late under the Court's four-day rule, but Defendants have been conferring with Plaintiffs in an attempt to submit to the Court a consent motion to extend this deadline.

Pursuant to Local Civil Rule 7(m), Defendants certify that they have conferred in good faith with Plaintiffs, who oppose the relief sought in this motion.[3]

Dated: November 6, 2026

Respectufliy submitted

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

/s/ *Elizabeth B. Layendecker*
ELIZABETH B. LAYENDECKER
M. JARED LITTMAN
ROBERT C. BOMBARD
MICHAEL T. CRABB
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20006
Phone: (202) 616-5046
Elizabeth.b.layendecker@usdoj.gov

*Counsel for Defendants*

[3] Plaintiffs provided the following separate statement: "Pursuant to Local Rule 7(m), counsel for Defendants sought Plaintiffs' position on the proposed schedule change on November 5, 2026. Plaintiffs oppose the requested relief. Plaintiffs have relied on the agreed-upon schedule to prepare their motions in limine for November 9. Extending that deadline would unduly compress Plaintiffs' response time while they finalize the Joint Pretrial Statement. Plaintiffs offered a compromise that would preserve the November 9 deadline while permitting additional motions in limine arising from depositions taken after that date. Alternatively, Plaintiffs offered to meet and confer with Defendants on November 6, 2026 to determine whether any anticipated motions in limine could be resolved to narrow motions practice. Defendants declined both proposals. Plaintiffs do not intend to file any further opposition."