**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Case No. 1:25-cv-240-ACR

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Extend the Deadline to File Motions in Limine. Having considered the motion, and for good cause shown, Defendants' motion is **GRANTED**. It is hereby **ORDERED** that the deadline to file motions in limine is extended to November 13, 2026.

All other deadlines and provisions of the Scheduling Order (Dkt. No. 133), as amended by the Court's September 15, 2026 Order granting the Parties' Joint Motion to Adjust Pretrial Deadlines (Dkt. No. 147) and October 21, 2026 Order granting the Parties' Second Joint Motion to Adjust Pretrial Deadlines (Dkt. 162), shall remain in effect.

**SO ORDERED.**

DATED: ____________________

____________________________________
Hon. Ana C. Reyes
United States District Judge