AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Talbott et al., *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00240 |
| United States et al., *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas Talbott et al., Plaintiffs .

Date: 11/06/2026

/s/ Timur Akman-Duffy
*Attorney's signature*

Timur Akman-Duffy (Bar No. 1779260)
*Printed name and bar number*

O'Melveny & Myers LLP
1625 Eye St., N.W.
Washington, D.C. 20006
*Address*

takman-duffy@omm.com
*E-mail address*

(202) 383-5300
*Telephone number*

(202) 383-5414
*FAX number*