AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Talbott et al.,
*Plaintiff*
v.
United States et al.,
*Defendant*

Case No. 1:25-cv-00240

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nicholas Talbott et al., Plaintiffs .

Date: 11/06/2026

/s/ Jon M. Derewicz
*Attorney's signature*

Jon M. Derewicz (Bar No. 1779953)
*Printed name and bar number*

O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
*Address*

jderewicz@omm.com
*E-mail address*

(202) 383-5300
*Telephone number*

(202) 383-5414
*FAX number*