**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, et.al.<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | Civ. A. No. 25-240 (ACR) |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR**
**NOTICE OF INTENT TO MOVE FOR SUMMARY JUDGMENT**

On October 13, 2026, Defendants filed a Notice of Intent to Move for Summary Judgment pursuant to the Court's Standing Order in Civil Cases § 7(f). ECF No. 154. Defendants are withdrawing that notice. Although Defendants maintain that there is no genuine issue of material fact that needs to be decided by the factfinder and that the governing issues are legal in nature, the Court has indicated that there will be a trial and that the case will not be resolved on summary judgment or otherwise short of a trial. Hearing Tr., Oct. 14, 2026, at 13:19-25 ("And until I'm told otherwise, we're moving forward in January with an evidentiary hearing"); *id.* at 67:9-17 (rejecting request for continuance of trial); *see also* Hearing Tr., June 30, 2026, at 48:13-49:15. Given these statements by the Court, Defendants are forgoing filing a motion for summary judgment but maintain their position that the trial is unnecessary and improper.

Accordingly, Defendants respectfully request that the Court cancel the Pre-motion Conference set for November 16, 2026.

DATED: November 13, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

*/s/M. Jared Littman*
M. JARED LITTMAN
ELIZABETH B. LAYENDECKER
ROBERT C. BOMBARD
MICHAEL T. CRABB
United States Department of Justice
Civil Division
1101 L Street NW
Washington, DC 20006
Phone: (202) 451-7478
Email: jared.littman2@usdoj.gov

*Counsel for Defendants*