**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, et.al.<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | Civ. A. No. 25-240 (ACR) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion in Limine #1 to Exclude Certain Statements Outside the Policy's Operative Terms to Determine the Basis on Which the Policy Classifies and any response thereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER OREDRED that, at trial, Plaintiffs are prohibited from introducing evidence beyond the 2025 Policy's terms to determine the basis on which the 2025 Policy classifies

________________________________
ANA C. REYES
United States District Judge