# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, *individually and on behalf of all similarly situated individuals*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-240-ACR |

## INTERROGATORY RESPONSES OF SECRETARY PETE HEGSETH

**<u>INTERROGATORY NO. 1</u>:**

Do You believe Transgender people should be permitted to serve in the United States military?

**ANSWER:** My intent as Secretary of War is to restore lethality, discipline, and the Warrior Ethos, with a singular focus on fighting and winning our Nation's wars. I believe individuals with a current diagnosis or history of, or exhibiting symptoms consistent with, gender dysphoria should not be permitted to serve in the United States military, absent a waiver. To the extent transgender people fall into that category, they should not be permitted to serve.

**<u>INTERROGATORY NO. 2</u>:**

Which, if any, statements in Executive Order 14183, *Prioritizing Military Excellence and Readiness*, do You personally disagree with?

**ANSWER:** None.

**INTERROGATORY NO. 3:**

Do You think that testosterone can be provided to Service members in active duty without undermining military readiness?

**ANSWER:** Yes. In certain circumstances, we owe it to our Service members, who have a clinical diagnosis of testosterone deficiency, to offer proactive clinical intervention.

**INTERROGATORY NO. 4:**

Do You personally believe that Transgender people can uphold high standards of moral decency while living in a sex different from their birth sex?

**ANSWER:** The policy at issue in this case is about Service members with gender dysphoria, not transgender people. When the actions or needs of a Service member encroach upon the function and mission of the unit, it cannot be allowed.

**INTERROGATORY NO. 5:**

Is part of Your intent as Secretary of War[1] to rid the military of the "trans lunacy" that plagued the Obama and Biden administrations? The quoted term has the meaning ascribed to it in Your book, *The War on Warriors: Behind the Betrayal of the Men Who Keep Us Free.*[2]

**ANSWER:**

My intent as Secretary of War is to restore lethality, discipline, and the Warrior Ethos, with a singular focus on fighting and winning our Nation's wars. As I stated in *The War on Warriors*, I am concerned with any condition that impacts combat readiness and efficacy. The use of the term "transgender" is a clear reference to the medical condition of gender dysphoria, as exemplified when I wrote that the inquiry was "physical, biological, and medical" and that

[1] Used conterminously with "Secretary of Defense."
[2] Hereinafter, "The War on Warriors."

individuals who are "dependent on medication," "non-deployable for almost a year," and who require ongoing medical care do not meet "the standards of military readiness."

**INTERROGATORY NO. 6:**

Do You personally approve of "dudes in dresses" or "trannies" serving in the United States military? The quoted terms have the meanings You ascribed to them in Your public statements.

**ANSWER:** I believe individuals with a current gender dysphoria diagnosis or a history of, or exhibiting symptoms consistent with, gender dysphoria should not be able to serve in uniform in America's military, absent a waiver. If those "dudes in dresses" or "trannies" fall within DoW's gender dysphoria policy, then they should not be permitted to serve in the United States military, absent a waiver. Service members are required to abide by the rigorous physical and medical standards, including uniform and grooming standards associated with their sex in accordance with their military service uniform regulations in order to serve in the military. Compliance with these standards contributes to the good order and discipline of the Armed Forces.

**INTERROGATORY NO. 7:**

Why do You believe Service members should be prohibited from using pronouns of the opposite sex (*e.g.*, a person born male who wants to use "she/her" pronouns)?

**ANSWER:** Sex is immutable and unchanging, therefore asking others to refer to a person as something other than his or her sex is contrary to reality. Our Soldiers, Sailors, Marines, Airmen, and Guardians must be focused on lethality and combat readiness in order to defeat an increasingly formidable adversary. Anything that distracts from the objectives of mission success—including individual preferences—must be avoided for the best interests of the

nation.

**INTERROGATORY NO. 8:**

On May 6, 2025, in response to an X.com post stating "Supreme Court rules Trump trans military ban to proceed," Your X account @PeteHegseth posted "No More Trans @ DoD." What was Your post referring to?

**ANSWER:** That post referred to the U.S. Supreme Court's May 6, 2025, decision in *Shilling v. Trump* allowing the Department's gender dysphoria policy to move forward. I, like many others, occasionally use the term "trans" as shorthand for individuals with gender dysphoria.

**INTERROGATORY NO. 9:**

In *The War on Warriors*, You wrote: "Men who are pretending to be women, or vice versa, are a distraction. It might be your thing, but it's weird and does not add substantive value to anyone." Why do You believe being Transgender is weird?

**ANSWER:** The United States Military operates in the real world where mistakes and distractions can have deadly consequences. Men pretending to be women is "weird" because men cannot be women and women cannot be men. Gender dysphoria is a mental health condition. Service members with gender dysphoria are not fit for full duty for a substantial period of time when compared to servicemembers who are not gender dysphoric.

**INTERROGATORY NO. 10:**

On February 27, 2025, Your X account @PeteHegseth reposted: "Pentagon says Transgender troops are disqualified from service without an exemption." Did that post relate in

any part to, or describe in any way, the Hegseth Policy?

**ANSWER:** Yes, to the extent the original post refers to the Department's policy to exclude individuals with a current gender dysphoria diagnosis or a history of, or exhibiting symptoms consistent with, gender dysphoria from Service absent a waiver, it relates to and describes the DoW policy.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*, *individually and on behalf of all similarly situated individuals*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-240-ACR |

**VERIFICATION TO THE ANSWERS TO PLAINTIFF'S INTERROGATORIES OF PETER B. HEGSETH**

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the attached Answers to Interrogatories are true and correct, to the best of my knowledge, based on my personal knowledge and information acquired by me in the course of performing my official duties.

Executed this 28 day of October 2026 in Washington, D.C.

Pete Hegseth
Secretary of War