**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, et.al.<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | Civ. A. No. 25-240 (ACR) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion in Limine #2 to Exclude Certain Statements to Prove Animus and any response thereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER OREDRED that, at trial, Plaintiffs are prohibited from introducing statements from Executive Order 14,183 and Secretary Hegseth's extra-record statements as evidence of animus.

________________________________
ANA C. REYES
United States District Judge