**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT, et.al.

*Plaintiffs*,

v.

UNITED STATES, et al.,

*Defendants*.

Civ. A. No. 25-240 (ACR)

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion in Limine #3 to Prohibit Questioning Civil Servants and Military Official about their Personal Views Regarding the Policy and any response thereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER OREDRED that, at trial, Plaintiffs are prohibited from questioning military officials and civil servants about their personal views concerning the 2025 Policy and about certain statements in the Executive Order.

ANA C. REYES
United States District Judge