**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, et.al.<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | Civ. A. No. 25-240 (ACR) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion in Limine to Exclude Ashish Vazirani's Testimony, and any responses thereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that, at trial, Plaintiffs are prohibited from introducing expert testimony of Ashish Vazirani.

____________________________________
ANA C. REYES
United States District Judge