**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, et.al.<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | Civ. A. No. 25-240 (ACR) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion in Limine to Exclude Major General (Retired) James Young's Testimony and any response thereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER ORDERED that, at trial, Plaintiffs are prohibited from introducing expert testimony of MG (Ret.) Young.

________________________________
ANA C. REYES
United States District Judge