**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Case No. 1:25-cv-240-ACR

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE UNDISCLOSED DATA AND SOURCES FROM EXPERT TESTIMONY**

Before the Court is Plaintiffs' Motion *in Limine* No. 1 to Exclude Undisclosed Data and Sources from Expert Testimony. Having considered the motion, any subsequent briefing, the case record, and applicable law, it is hereby **ORDERED** that the motion is **GRANTED**.

Accordingly, Defendants are barred from eliciting or offering any expert testimony that relies on data, analyses, studies, statistics, sources, bases, or methodologies not disclosed with or in the Rule 26(a)(2)(C) disclosures.

**SO ORDERED.**

DATED: ____________________

____________________________________
Hon. Ana C. Reyes
United States District Judge