**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES *et al.*,<br><br>*Defendants.* | Case No. 1:25-cv-240-ACR |

**DECLARATION OF LAUREN M. WEINSTEIN IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE UNDISCLOSED DATA AND SOURCES FROM EXPERT TESTIMONY**

I, Lauren M. Weinstein, declare as follows:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2. I am a partner in the Washington, D.C. office of O'Melveny & Myers LLP ("O'Melveny") and counsel of record for the Plaintiffs in the above-captioned case.

3. I provide this declaration in support of Plaintiffs' Motion *in limine* No. 1 to Exclude Undisclosed Data and Sources from Expert Testimony.

4. Attached hereto as **Exhibit A** is an excerpt of Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories.

5. Attached hereto as **Exhibit B** is a true and correct copy of Defendants' September 4, 2026 disclosure of Lieutenant General William John DeGoes.

6. Attached hereto as **Exhibit C** is an excerpt of the transcript of the deposition of Lieutenant General William John DeGoes, taken October 20, 2026.

7. Attached hereto as **Exhibit D** is a true and correct copy of Defendants' September 4, 2026 disclosure of General Thomas Carden.

8. Attached hereto as **Exhibit E** is an excerpt of the transcript of the deposition of General Thomas Carden, taken October 22, 2026.

9. Attached hereto as **Exhibit F** is an excerpt of the transcript of the deposition of Dr. Hernando Ortega, taken October 6, 2026.

10. Attached hereto as **Exhibit G** is an excerpt of the transcript of the deposition of Dr. Carolyn Salter, taken October 12, 2026.

11. Attached hereto as **Exhibit H** is an excerpt of the transcript of the deposition of Lieutenant General Charles Lombardo, taken October 16, 2026.

12. Attached hereto as **Exhibit I** is an excerpt of the transcript of the deposition of Lieutenant Colonel Bryan Lee, taken October 13, 2026.

13. Attached hereto as **Exhibit J** is an excerpt of the transcript of the deposition of Colonel Kevin Cron, taken October 28, 2026.

14. Attached hereto as **Exhibit K** is an excerpt of the transcript of the deposition of Captain Peter Roberts, taken October 29, 2026.

15. Attached hereto as **Exhibit L** is an excerpt of the transcript of the deposition of Lieutenant Commander Martin Bayer, taken October 29, 2026.

16. Attached hereto as **Exhibit M** is an excerpt of the transcript of the deposition of Lieutenant General William Bowers, taken October 21, 2026.

17. Attached hereto as **Exhibit N** is a true and correct copy of a September 17, 2026 email and letter attachment from Janine Panchok-Berry to Jared Littman.

18. Attached hereto as **Exhibit O** is a true and correct copy of a September 22, 2026 email from Jared Littman to Janine Panchok-Berry.

19. Attached hereto as **Exhibit P** is a true and correct copy of an October 8, 2026 letter from Janine Panchok-Berry to Jared Littman.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2026

/s/ *Lauren M. Weinstein*
Lauren M. Weinstein