# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants.* | No. 1:25-cv-240-ACR<br><br>DEFENDANTS' DISCLOSURE PURSUANT TO RULE 26(a)(2)(C) CONCERNING LIEUTENANT GENERAL JOHN DEGOES |

Defendants, by and through counsel, hereby disclose the expert testimony of Lieutenant General John J. DeGoes ("Lt Gen DeGoes") pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (C). The subject matter of Lt Gen DeGoes' testimony, as well as a summary of the facts and opinions about which he is expected to testify, are set forth below.

1. Lt Gen DeGoes is a medical doctor in the United States Air Force, and is a chief physician and flight surgeon, board certified in internal medicine, and a fellow of the American College of Physicians and a Certified Physician Executive. He currently serves as the Surgeon General and Commander, Air Force Medical Command, Headquarters U.S. Air Force and U.S. Space Force, Arlington, Virginia. He has held the position of Surgeon General since 2024 and the position of Commander since 2025. Lt Gen DeGoes has previously served in several roles to include serving as the Deputy Surgeon General, commanding the 59th Medical Wing at Joint Base San Antonio-Lackland, Texas, the 99th Medical Group at Nellis Air Force Base, Nevada, the 1st Medical Group at Langley Air Force Base, Virginia and the 31st Medical Operations Squadron at Aviano Air Base, Italy. He has also served as Chief Executive Officer of the Mike O'Callaghan Federal Medical Center, a joint venture between

the Air Force and Department of Veterans Affairs in Nevada. Additionally, Lt Gen DeGoes served as Command Surgeon for both Air Force Central Command in Florida and NORAD-USNORTHCOM in Colorado.

2. In his current position, Lt Gen DeGoes is responsible for, among other things, being the principal authority responsible for Air Force and Space Force medical readiness, global facility operations, and comprehensive mental health policy. His role involves advising the highest levels of military leadership and representing the service across civilian and defense sectors on critical healthcare initiatives.

3. Given his extensive leadership experience and operational medical knowledge, Lt Gen DeGoes is expected to testify generally about the medical readiness and deployability of Air and Space Force personnel, and why readiness is essential to the military mission. Specifically, he is expected to testify about the current deployability rate of Airmen and the requirements of military care in deployed environments; that in deployed environments there are often limited medical resources and that available resources are prioritized for acute medical needs of the deployed force; that service members face unique stresses in deployed environments; that mental health, behavioral health, endocrine, and surgical issues present unique challenges in deployed environments; that issues arising from mental or behavioral health conditions may cause service members to be removed from theaters of deployment; and that such evacuations can have significant negative impacts on deployed units.

4. Further, Lt Gen DeGoes is expected to testify about the physical and mental fitness standards required for military service and why it is important that the military (and military commanders) be permitted to make fitness determinations for service members. He

will discuss the critical importance of maintaining a battle-ready force of Airmen and Guardians where every individual matters, drawing on recent Middle East operations to illustrate how combat readiness directly impacts mission success and operational safety in hostile environments.

5. Lt Gen DeGoes is also expected to testify regarding the importance of a fit and capable force in the scope of Air Force deployments, which on average last approximately 180 days. He may also testify regarding the distinction between waivable and non-waivable medical conditions, explaining the administrative and clinical processes used to evaluate whether an individual's condition can be safely managed in an operational theater.

Dated: September 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ M. Jared Littman*
M. JARED LITTMAN
ROBERT C. BOMBARD
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs
Branch 1100 L Street, NW
Washington, DC 20530
(202) 451-7478
Jared.littman2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2026, a copy of the document above was served to Plaintiffs' Counsel by email: Campbell, Eamonn W. ecampbell@omm.com; Weinstein, Lauren M. lweinstein@omm.com; and Kannan, Shruti skannan@omm.com.

*/s/ M. Jared Littman*