# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS TALBOTT, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No.: 1:25-cv-240 (ACR)<br><br>DEFENDANT'S DISCLOSURE PURSUANT TO RULE 26(a)(2)(C) CONCERNING GENERAL THOMAS M. CARDEN, JR. |

Defendants, by and through counsel, hereby disclose expert testimony of General Thomas M. Carden Jr. pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (C). The subject matter of General Carden's testimony, as well as a statement of the facts and opinions about which he is expected to testify, are set forth below.

1. General Thomas M. Carden Jr. is the Vice Chief of the National Guard Bureau. In this capacity, he assists the Chief of the National Guard Bureau in performing duties as a member of the Joint Chiefs of Staff and principal advisor to the Secretary of War, Chairman of the Joint Chiefs of Staff, Secretary of the Army, and the Secretary of the Air Force. He is also responsible for assisting the Chief of the National Guard Bureau advise the Secretary of the Army, Secretary of the Air Force, the Chief of Staff of the Army, and the Chief of Staff of the Air Force on matters relating to the National Guard personnel in the 54 states, territories, and the District of the Columbia to include military readiness and standards for accession and retention in the National Guard. The National Guard Bureau is a federal agency under the Department of War that is the "channel of communications on all matters pertaining to the National Guard, the Army National Guard of the United States, and the Air National Guard

of the United States between the Department of the Army and the Department of the Air Force in accordance with U.S.C. § 105(b) and DoD Directive 5105.77. As the channel of communication, the National Guard Bureau plays a critical role forming and implementing personnel policies for all soldiers and airmen in the 54 national guards holding members in a reserve component of the U.S. military.

2. General Carden first enlisted in the National Guard in 1986 and has been a commissioned officer since 1989. He has served as Vice Chief of the National Guard Bureau since January 2026. Prior to that, he was the Deputy Commander of Northern Command (NORTHCOM) at Peterson Space Force Base in Colorado. As the Deputy Commander of NORTHCOM, he assisted the combatant commander in all concerns to include personnel matters and the military readiness of the thousands of joint forces under their command. From January 2019 to May 2024, General Carden served as the Adjutant General (TAG) of the State of Georgia in Marrietta, Georgia. As Georgia TAG, he was responsible for directing, coordinating, organizing and stationing the Army and Air National Guards of the State of Georgia. In this role, he played a significant role implementing federal readiness standards for Georgia National Guard personnel. Other significant assignments in General Carden's career include Deputy Commanding General of the North Treaty Organization's Multi-National Division Southeast (Romania), Chief of Staff for the Georgia Army National Guard Commanding General, deputy chief of staff for operations, deputy chief for personnel, and Commander of the Recruiting and Retention Battalion for the Georgia National Guard.

3. Given his experience and knowledge regarding military personnel matters including military readiness, General Carden is expected to testify generally about

implementing the military's medical standards for accessions and retention, and the challenges military units face with soldiers and airmen who do not meet federal standards or need significant medical or administrative support to continue serving. General Carden can testify to the decisions military commanders make when they devote medical and administrative resources to troops who are unable to meet military readiness standards and the effect on military units when certain personnel are unable to meet readiness standards. He can also discuss the importance of military readiness standards generally when maintaining a deployable military unit or a pool of deployable military personnel. General Carden will testify about a range of disqualifying conditions for accessions and retention. General Carden will also testify about his experience with military personnel with gender dysphoria who need special treatment and accommodation to continue serving and the effect this has on military readiness and deployability. Further, General Carden is expected to testify about the shifting character of combat operations and the evolution of the adversary.

4. In testifying about the above-described subjects and facts, General Carden is expected to offer opinions rebutting the testimony of plaintiff's witnesses and experts, particularly whether the condition of gender dysphoria is compatible with military service.

Dated: September 4, 2026

Respectfully submitted,

BRETT A. SHUMATE

Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

/s/ *M. Jared Littman*
M. JARED LITTMAN
ROBERT C. BOMBARD
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs
Branch 1100 L Street, NW
Washington, DC 20530
(202) 451-7478
Jared.littman2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2026, a copy of the document above was served to Plaintiffs' Counsel by email: Campbell, Eamonn W. ecampbell@omm.com; Weinstein, Lauren M. lweinstein@omm.com; and Kannan, Shruti skannan@omm.com.

*/s/ M. Jared Littman*