# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------:

NICHOLAS TALBOTT, et al., :
Plaintiffs, :
vs. : Case No.:
UNITED STATES OF AMERICA, : 1:25-CV-240
et al., : (ACR)
Defendants. :

-----------------------------:

Videotaped Deposition of
GENERAL THOMAS M. CARDEN, JR.
Washington, D.C.
Thursday, October 22, 2026
9:39 a.m.

Job No. PA-8505348
Pages 1 - 246
Reported by: Robert M. Jakupciak, RPR

And it's rare that you can Google suicide and generally speaking you'll get a return somewhere in there regarding the individuals diagnosed with gender dysphoria and their markedly higher suicide ideations.

Q. So you would say you are aware of medical studies that show that result?

A. I've seen a number of studies. I can't testify to the specific number, but I've -- some of them are really high-end, five to seven times more. I have seen some more 40 percent more than the average cohort. I've seen it that high.

Generally speaking, every publication that I have stumbled upon, looked at as we looked at the suicide issue across the formation, tells me that individuals suffering from gender dysphoria have a markedly higher rate of self-harm and suicide ideation than their similarly disposed cohort.

Q. But you couldn't trace that knowledge to any specific study or set of studies that you remember?

MS. SMERLING: Objection. Outside the scope.

A. I don't think I can. No. I don't know.

Q. Are there any other kinds of documents you remember reading that give these -- strike that.

Any other kinds of documents you remember reading other than medical studies that give this information that helped you form your knowledge on this subject?

MS. SMERLING: Objection. Scope.

A. I couldn't call any of those out. And just so you know, I mean these -- this type of researches and reading and curiosity about how we do a better job on suicide, haven't run across this, was not focused on a deposition that I didn't know

UNITED STATES OF AMERICA )
ss:
DISTRICT OF COLUMBIA )

I, ROBERT M. JAKUPCIAK, an RPR and Notary Public within and for the District of Columbia do hereby certify:

That the witness whose deposition is hereinbefore set forth, was duly sworn and that the within transcript is a true record of the testimony given by such witness.

I further certify that I am not related to any of these parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 4th day of November, 2026.

________________________

My Commission Expires:
February 28, 2029

Jared Littman, Esquire
jared.littman2@usdoj.gov

November 4, 2026

RE: Talbott v. United States

10/22/2026, General Thomas M Carden , Jr. (#8505348)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-midatlantic@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions