# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NICOLAS TALBOTT, et al., | ) | |
| individually and on behalf | ) | |
| of all similarly situated | ) | |
| individuals, | ) | Civil Action No. |
| | ) | 25-cv-240-ACR |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

VIDEOTAPED DEPOSITION VIA ZOOM OF:
EXPERT COL. KEVIN M. CRON, M.D., M.P.H.
WEDNESDAY, OCTOBER 28, 2026
9:37 A.M. PACIFIC TIME

Reported by: PAULA A. PYBURN
CSR 7304, RPR, CLR

entail?

MR. LITTMAN: Objection. Exceeds the scope of his disclosure.

You can answer.

THE WITNESS: So the analysis from my part, we deferred down to our different subordinate agencies, the AFHSB, the Armed Services Health Surveillance Branch, was able to provide us with some data.

Additionally, we had active communication with the behavioral health branch of the different services.

And on all of our waivers, suicidality was a relatively common behavioral health or mental health waiver that was sought. Especially our standard was that we wouldn't let anybody deploy to theater if they had had any kind of suicidality ideation or attempt within the previous calendar year, and so on a rolling 365.

We had a steady stream of individuals that had cleared therapy, that were cleared by their providers, and so they wanted to go out at different benchmarks. And we had consultants from the mental health community that we would farm all those out to to determine whether it was appropriate or not.

They would do their own analysis and their own systemic analysis.

CENTCOM as an organization did not actively do things like systematic analysis because that's not our role. We plan and execute combat operations. So the services would provide us with information and with the type of analysis you're describing.

However, I did not get into their individual methods or the different procedures they used to come to their conclusions. We just took their data and integrated it with other information sources to inform our overall opinions on this and all other medical issues.

BY MR. HALEY:

Q Did you engage in any systematic analysis of deployability waivers for service members with gender dysphoria?

A Again, our -- we did not actively pursue a systemic analysis as a program of record. We accepted data from different components and then integrated it into our decision-making, with the addition of the -- the deployed environment I've described earlier.

Q Did you accept data from other components

on deployment of trans- -- or sorry -- service members with gender dysphoria?

A We accepted their input, yes.

Q What was the content of that input?

A The content ranged from individual providers discussing their patients and the individual -- what we would call tactical-level discussions of individuals, as well as service-level mental health discussions about what they felt were reasonable guidelines going forth.

All of our decisions were subject to review and subject to appeal. And so we would -- especially with -- transgender was considered to be a high-profile diagnosis. There was a lot of interest from different parties as to how we would consider these. So we would have different communities working with us in the various departments.

Each of the services works a little differently in terms of what it considers and how it considers. As an Army -- I'm a career Army soldier, I would especially defer a lot to, say, the Navy if there was a Marine or a sailor that needed an opinion because I have less operational awareness of what those communities look like.

A In extreme cases only. And only when their treatment was adequately resolved and they had had a trial of life, I guess. We would still have the waivers there, but we would never approve them if they were still in therapy. It was a -- a hard no.

Q And were individuals with a history of poor decision-making under stressful circumstances categorically excluded from deployment?

A The poor decision-making, I assume you're referring to my comment that I was referring to there was attempting to take their own life. So, yes, they were.

Q Okay. Apologize for not catching that meaning.

A That's fine.

Q Do you have any documents or data that suggest that service members with gender dysphoria cannot handle stresses as well as those who do not have gender dysphoria?

A Specific documents?

Q I guess are you aware of any data or studies that suggest that?

A I'm not prepared to quote individual study results.

It's my impression at the time, and I

believe the association still holds true, that individuals with a clinical diagnosis of gender dysphoria have a significantly increased risk of suicidality and of concomitant mental illness that may or may not impede their ability to perform combat operations.

And I don't recall the exact numbers or the exact studies, but when we looked at it, it seemed like a fairly reliable trend.

Q Do service members who do not suffer from gender dysphoria also sometimes exhibit suicidality?

A Occasionally. But at significantly lower rates.

Q So the next item on the disclosure in the list is that (as read):

Mental health, behavioral health, endocrine and surgical issues present unique challenges in deployed environments.

I think we've already discussed this a little bit; so is there anything that we have not yet discussed that's covered by this item that you plan to testify about at trial?

A No, I -- I think we've gone through it.

Q Okay.

MR. LITTMAN: -- but things that are confidential sometimes surprise me as well.

THE WITNESS: I can -- I think I can answer and save -- I'm not tracking the current numbers, and I don't recall the previous numbers.

BY MR. HALEY:

Q Okay. To the extent it does not disclose confidential information, are you aware of the proportion of medical evacuations that are for mental health conditions?

A At the time I was at CENTCOM, and this has been publicly released, mental health was the single largest diagnos- -- diagnostic category of evacuations, followed by orthopedic, for service members coming out of theater.

It may have changed since then, given that our operational activities in the Middle East have changed since.

Q And I know you've spoken anecdotally, but do you know if the Army tracks data on medical evacuations by gender dysphoria diagnosis?

A I don't know if they specifically do.

And it's worth mentioning that most of the evacuation data is tracked by the Air Force, not the Army, since the Air Force owns the -- they own the

STATE OF CALIFORNIA )
COUNTY OF RIVERSIDE ) ss.

I, Paula A. Pyburn, CSR No. 7304, RPR, CLR, in and for the State of California, do hereby certify:

I am the deposition officer that stenographically recorded the testimony in the foregoing deposition;

Prior to being examined the deponent was first duly sworn by me;

The foregoing transcript is a true record of the testimony given.

Before completion of the deposition, review of the transcript [ ] was [xx] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

Dated November 2, 2026

________________________________
Paula A. Pyburn, RPR, CLR
CSR No. 7304
Certified Shorthand
Reporter for the
State of California