# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

___________________________
:
NICOLAS TALBOTT et al., :
individually and on behalf :
of all similarly situated :
individuals, :
:
Plaintiffs, : Civil Action No.
: 25-cv-240-ACR
v. :
:
UNITED STATES et al., :
:
Defendants. :
___________________________:

Wednesday, October 21, 2026

Video deposition of LIEUTENANT GENERAL WILLIAM J. BOWERS, taken at the Law Offices of O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC, beginning at 9:31 a.m., Eastern Standard Time, before Ryan K. Black, Registered Professional Reporter, Certified Livenote Reporter and Notary Public in and for the District of Columbia

I'm -- I can talk about the personnel requirements. I can talk about accession standards. I can talk about what it takes to be medically qualified to become a Marine. I can talk about what it takes to support forward-deployed, forward-engaged Marines in austere, challenging locations. I can talk about mission requirements, what these Marines do when they're over there. I can talk about the thin -- very thin margin of error that our units have because I see our end strength, and I see the amount of work that we have to do. I know that we went 583 Marines over our end strength for fiscal year '23. I know we have a plan to grow our end strength because we have too much work out there.

So I can talk about the real operational requirements and how we need every single Marine to be ready to go, to be worldwide-deployable. And I'm -- I'm -- I'm not a medical professional. I'm -- I'm not. And I can't give you opinions about, you know, what you're asking.

And -- and, again, you -- you seem to be using the words interchangeably.

# C E R T I F I C A T E

I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS my hand and official seal this 4th day of November, 2026.



______________________________

Notary Public