**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Case No. 1:25-cv-240-ACR

**DECLARATION OF LAUREN M. WEINSTEIN IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* NO. 3 TO EXCLUDE THE DISCLAIMED OPINIONS OF EIGHT EXPERT WITNESSES**

I, Lauren M. Weinstein, declare as follows:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2. I am a partner in the Washington, D.C. office of O'Melveny & Myers LLP ("O'Melveny") and counsel of record for the Plaintiffs in the above-captioned case.

3. I provide this declaration in support of Plaintiffs' Motion *in limine* No. 3 to Exclude the Disclaimed Opinions of Eight Expert Witnesses.

4. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of LTC Bryan C. Lee.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of GEN Thomas M. Carden, Jr.

6. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of LTG Charles T. Lombardo.

7. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of VADM Marc Miguez.

8. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the deposition of Dr. Hernando Ortega.

9. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the deposition of Lt Gen John DeGoes.

10. Attached hereto as **Exhibit G** is a true and correct copy of excerpts from the transcript of the deposition of LtGen William J. Bowers.

11. Attached hereto as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of CAPT Peter Roberts.

12. Attached hereto as **Exhibit I** is a true and correct copy of excerpts from the transcript of the deposition of Defendants' Disclosure Pursuant to Rule 26(a)(2)(C) Concerning GEN Thomas M. Carden, Jr.

13. Attached hereto as **Exhibit J** is a true and correct copy of excerpts from the transcript of the deposition of Defendants' Disclosure Pursuant to Rule 26(a)(2)(C) Concerning LTG Charles T. Lombardo.

14. Attached hereto as **Exhibit K** is a true and correct copy of excerpts from the transcript of the deposition of Defendants' Disclosure Pursuant to Rule 26(a)(2)(C) Concerning LTC Bryan C. Lee.

15. Attached hereto as **Exhibit L** is a true and correct copy of excerpts from the transcript of the deposition of Defendants' Disclosure Pursuant to Rule 26(a)(2)(C) Concerning VADM Marc Miguez.

16. Attached hereto as **Exhibit M** is a true and correct copy of excerpts from the transcript of the deposition of Defendants' Disclosure Pursuant to Rule 26(a)(2)(C) Concerning Dr. Hernando Ortega.

17. Attached hereto as **Exhibit N** is a true and correct copy of excerpts from the transcript of the deposition of Defendants' Disclosure Pursuant to Rule 26(a)(2)(C) Concerning Lt Gen John DeGoes.

18. Attached hereto as **Exhibit O** is a true and correct copy of excerpts from the transcript of the deposition of Defendants' Disclosure Pursuant to Rule 26(a)(2)(C) Concerning LtGen William J. Bowers.

19. Attached hereto as **Exhibit P** is a true and correct copy of excerpts from the transcript of the deposition of Defendants' Disclosure Pursuant to Rule 26(a)(2)(A) Concerning CAPT Peter Roberts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2026

/s/ *Lauren M. Weinstein*
Lauren M. Weinstein