**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, et.al.<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | Civ. A. No. 25-240 (ACR) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion in Limine to Exclude Paisley Currah's Testimony and any response thereto, IT IS HEREBY ORDERED that Defendants' motion is GRANTED.

IT IS FURTHER OREDRED that, at trial, Plaintiffs are prohibited from introducing expert testimony of Paisley Currah.

ANA C. REYES
United States District Judge