**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT *et al.*,<br>*Plaintiffs,*<br>v.<br>UNITED STATES *et al.*,<br>*Defendants.* | Case No. 1:25-cv-240-ACR |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION *IN LIMINE* NO. 4 TO EXCLUDE OPINIONS OFFERED IN DR. HOPEWELL'S RULE 26(a)(2)(C) DISCLOSURE**

Before the Court is Plaintiffs' Motion *in Limine* No. 4 to Exclude Opinions Offered in Dr. Hopewell's Rule 26(a)(2)(C) Disclosure. Having considered the motion, any subsequent briefing, the case record, and applicable law, it is hereby **ORDERED** that the motion is **GRANTED**.

Accordingly, Defendants are barred from eliciting or offering the opinions disclosed in Dr. C. Alan Hopewell's Rule 26(a)(2)(C) disclosure. Dr. Hopewell's testimony is limited to the opinions offered, and data disclosed, in his rebuttal report.

**SO ORDERED.**

DATED: ____________________

______________________________
Hon. Ana C. Reyes
United States District Judge