**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Case No. 1:25-cv-240-ACR

**DECLARATION OF LAUREN M. WEINSTEIN IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* NO. 4 TO EXCLUDE OPINIONS OFFERED IN DR. HOPEWELL'S RULE 26(a)(2)(C) DISCLOSURE**

I, Lauren M. Weinstein, declare as follows:

1. All facts set forth herein are based on my personal knowledge, and if called upon to testify as to the contents of this Declaration, I could and would do so.

2. I am a partner in the Washington, D.C. office of O'Melveny & Myers LLP ("O'Melveny") and counsel of record for the Plaintiffs in the above-captioned case.

3. I provide this declaration in support of Plaintiffs' Motion *in limine* No. 4 to Exclude Opinions Offered in Dr. Hopewell's Rule 26(a)(2)(C) Disclosure.

4. Attached hereto as **Exhibit A** is a true and correct copy of Defendant's Disclosure Pursuant to Rule 26(a)(2)(C) Concerning Dr. C. Alan Hopewell.

5. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of the deposition of Dr. C. Alan Hopewell.

6. Attached hereto as **Exhibit C** is a true and correct copy of Dr. Hopewell's curriculum vitae.

7. Attached hereto as **Exhibit D** is a true and correct copy of a September 17, 2026 letter from J. Panchok-Berry to M. J. Littman.

8. Attached hereto as **Exhibit E** is a true and correct copy of a September 22, 2026 email from M. J. Littman to Plaintiffs' Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2026

/s/ *Lauren M. Weinstein*
Lauren M. Weinstein