# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICHOLAS TALBOTT, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al*.,<br><br>*Defendants*. | Case No.: 1:25-cv-240 (ACR)<br><br>DEFENDANT'S DISCLOSURE PURSUANT TO RULE 26(a)(2)(C) CONCERNING C. ALAN HOPEWELL |

Defendants, by and through counsel, hereby disclose expert testimony of C. Alan Hopewell, M.S., M.P., Ph.D., ABPP, BSM ("Dr. Hopewell"), pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (C). The subject matter of Dr. Hopewell's testimony, as well as a statement of facts and opinions about what he is expected to testify, are set forth below.

1. Dr. Hopewell is a licensed clinical psychologist, board certified clinical neuropsychologist, and medical prescribing American Psychological Association Fellow psychologist with expertise concerning the diagnosis and treatment of gender dysphoria. Dr. Hopewell has a Bachelor of Science in Psychology from Texas A & M University and both a Master's and a Doctorate in Clinical Psychology from the University of North Texas. He holds a second Master of Science Degree in Clinical Psychopharmacology from the California School of Professional Psychology- Alliant University. Dr. Hopewell performed his residency at the University of Texas Medical Branch Galveston where he was assigned as the Chief Psychology Resident to the sexual surgery team. Dr. Hopewell is currently licensed as a Health Service Psychologist (HSP) and as a Specialist in School Psychology in the State of Texas, as a Clinical Neuropsychologist in Louisiana.

2. Dr Hopewell has practiced for over 53 years and is currently the owner of Hopewell Neuropsychology Center in Fort Worth, Texas, providing neuropsychological assessments and evaluations for patients of all ages, to include patients with conditions and disorders related to sexual identity. He also consults with the Department of War, advising the Department on improving mental health outcomes for service members and suicide prevention. He also serves as an Assistant Professor of Psychiatry and Behavioral Medicine at the Texas Christian University Burnett School of Medicine. Dr. Hopewell has previously served as staff psychologist at the John Peter Smith teaching hospital in Tarrant County and as Assistant Professor of Psychiatry and Behavioral Health to the University of North Texas Health Science Center until his retirement from that system. In this capacity, Dr Hopewell was frequently involved in the evaluation, treatment, and the teaching of sexual disorders as well as the teaching of the psychiatric nature of such disorders to psychiatrists, psychiatric residents, medical students, and other health care providers. This included specific training of psychiatric and resident staff on the changes between DSM IV and DSM V. Dr. Hopewell is also a past President of the Texas Psychological Association, with which he has consulted on matters of sexual identity.

3. Dr Hopewell has a combined 27 years of active and reserve military service in the U.S. Army. He was commissioned first as an Infantry Officer and then as a U. S. Army Medical Service Corps Officer upon graduation from the Texas A&M Corps of Cadets in 1971. He served as a Neuropsychologist during his 27 years of service. During his military service, Dr. Hopewell was frequently involved in assessing whether service members' mental health conditions were compatible with continued military service. His first active-duty

assignment was at Fort Jackson, South Carolina, where he was involved daily in determinations of the meeting of induction and retention standards of military troops related to the training mission of that Post. He is the only Board-Certified Clinical Psychologist ever to be awarded a Bronze Star Medal for serving in a combat environment with the 785th Combat and Operational Stress Control (COSC) unit during the Iraq Surge, where again he was involved daily in decisions about military retention and fitness-for-duty decisions.

4. Given his experience and knowledge, Dr Hopewell is expected to testify about (i) the nature of sex, gender identity, and gender dysphoria; (ii) the best practices and the accepted standards of care for individuals with gender dysphoria, including the efficacy of "gender affirming" care; and (iii) the impact that the provision or denial of treatment for gender dysphoria, including cross-sex hormones, has on individuals, particularly in a military readiness context.

5. More specifically, Dr Hopewell is expected to testify that individuals with gender dysphoria have a high prevalence of co-occurring psychiatric disorders, including depression, anxiety, and personality disorders, as well as an elevated risk of suicide, which make such individuals unsuitable for the unique demands of military service. He is also expected to testify that certain "gender affirming" care such as the use of puberty blockers and cross-sex hormones creates complex, long-term medical problems including irreversible impacts on brain development, neuropsychological disorders involving executive function, cardiovascular health, bone density problems, and numerous other medical and neuropsychiatric problems potentially requiring specialized medical care that is not available in deployed environments. Dr. Hopewell is expected to testify that the medical and psychiatric

needs of gender dysphoric service members, along with exemptions from physical fitness standards, impose medical impediments and complications that compromise military readiness and create a significant burden on the military healthcare system.

6. In testifying to the above-described subjects and facts, Dr Hopewell is expected to offer his opinion on the mental and behavioral health aspects of the Department of War's February 2025 policy, including his opinion that the policy's treatment of gender dysphoria is consistent with the military's general approach to mental and behavioral health conditions.

Dated: September 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

/s/ *M. Jared Littman*
M. JARED LITTMAN
ROBERT C. BOMBARD
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs
Branch 1100 L Street, NW
Washington, DC 20530
(202) 451-7478
Jared.littman2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2026, a copy of the document above was served to Plaintiffs' Counsel by email: Campbell, Eamonn W. ecampbell@omm.com; Weinstein, Lauren M. lweinstein@omm.com; and Kannan, Shruti skannan@omm.com.

*/s/ M. Jared Littman*