# EXHIBIT C

## Appendix A

**Clifford Alan Hopewell, M.P., Ph.D., ABPP , BSM**
**Fellow, American Psychological Association**
**Fellow, American Institute of Stress**
**"Medicine Warrior"**
**56th Medical Battalion**

***Diplomate, American Board of Professional Psychology***
***American Board of Clinical Neuropsychology***
***Major, Medical Service Corps, United States Army (RET)***

## SUMMARY

**Holds four degrees and four foreign language certifications** with an additional major in Foreign Languages ◆ Holds three degrees in Psychology - a Bachelor of Science and language minor from *Texas A & M Univ*ersity and the Master's and Doctorate in Clinical Psychology from *University of North Texas* ◆ Holds a second Master of Science Degree in Clinical Psychopharmacology from the *California School of Professional Psychology/ Alliant University* ◆ Foreign Language / Spanish major *Texas Wesleyan University*

**Received formal Clinical Neuropsychological** training in 1975-1976 during residency at the *University of Texas Medical Branch in Galveston* in the Division of Neurosurgery under Harvey Levin, Ph.D., ABPP as Dr. Levin's first student ◆ First Texan to be Board Certified by examination in Clinical Neuropsychology, ABPP #3639 ◆ Among first 20 civilian Medical Psychologists in the United States to be licensed to prescribe psychotropic medications

**The ONLY** Board-certified Clinical Neuropsychologist in the United States to be awarded a Bronze Star Medal, a Meritorious Service Medal for founding the *Center for the Intrepid at Ft Hood,* Texas, and to be elected as a *Fellow* of both the *American Psychological Association* and the *American Institute of Stress*

**Commissioned U. S. Army Medical Service Corps Officer** upon graduation from the Texas A&M Corps of Cadets in 1971; In 2006 Commissioned for the second time as a Regular Army Officer as Major in the United States Army per direct name selection by the Vice Chief of Staff of the United States Army, GEN Peter Chiarelli ◆ Active duty both in the U.S. as well as abroad *redux* For the Global War on Terrorism ◆ Vietnam Era, Cold War, and *Operation Iraqi Freedom Surge* Veteran ◆ Senior Clinical Neuropsychologist on active duty in DOD until retirement after 27 years total military service ◆ First Medical Psychologist Army Officer to enter active duty with a state license as a Prescribing Psychologist ◆ First Army Officer Prescribing Psychologist to serve and to practice in a Combat Theater ◆ Bronze Star Medal awarded for meritorious service for being the Iraq Theater Consultant for Traumatic Brain Injury and for medication management in a combat Theater ◆ *Operation Iraqi Freedom*; *Surge* Campaign Star; Meritorious Service Medal for Valor and Courage Above the Call of Duty during Ft. Hood Jihadist Terrorist attack and Oak Leaf Cluster

**Department of War** special consultant for military readiness and retention, Health Readiness Policy and Oversight

**President of the *Texas Psychological Association*** for 2004; ◆ Awarded the *Texas Psychological Association* Award as the *Outstanding Clinical Neuropsychologist in Texas for 1990*

**Forensic Training** Certificate awarded in 1983 by the Wilmington Institute with Robert Gordon, Ph.D. and Phil McGraw, Ph.D. Professor Hopewell was the first Board Certified Clinical Psychologist in the State of Texas to provide a forensic neuropsychological assessment and forensic neuropsychological testimony. This was documented by Boone Powell, Jr., CEO of Baylor Hospital System Dallas in a case involving Baylor Hospital System Dallas and the law office of Jack Ayers, Esquire. During this case, Professor Hopewell also anticipated what later became *Daubert Standards* in that he documented the erroneous administration of a neuropsychological test which would never meet future *Daubert Standards*.

**Formerly Manager**, Department of Psychology and Clinical Assistant Professor of Psychiatric Medicine, *University Medical Center*, East Carolina University School of Medicine and University of North Texas Health Science Center ◆ **Currently** Department of Psychology and Clinical Assistant Professor of Psychiatric Medicine, Texas Christian University Burnett School of Medicine ◆ Numerous prior Hospital Appointments and teaching assignments

**Licensed** in Louisiana as a *Clinical Neuropsychologist* and *Prescribing Medical Psychologist* from the Louisiana State Board of Medical Examiners [RET] and Louisiana Board of Psychologists ◆ New Mexico as a [RET] *Prescribing Medical Psychologist* ◆ Missouri license as a Clinical Neuropsychologist ◆ Texas license as a *Psychologist with HSP* and as a *Licensed Specialist in School Psychology*

**Fluent in German and Spanish**, with a major in foreign languages ◆ Speaks or reads seven languages Texas Latin honors in 1965 and National honors *redux* 1965 – 1966 ◆ French – UNT GRE

**<u>Education:</u>**

*Clinical Psychology*

| | |
|---|---|
| Ph. D. | Clinical Psychology, *<u>North Texas State University</u>*<br>(Harriet Aronson, Ph.D., ABPP).<br>Denton, Texas; Sep 1973 - May, 1978. |
| Minor: | Experimental. ***APA Accredited 1978***<br>***Summa Cum Laude*** |
| Languages: | **German and French** |
| M. A. | Clinical Psychology, *<u>North Texas State University</u>*<br>Denton, Texas; Sep 1971 - August, 1973<br>***Cum Laude*** |

Medical Health Science Degree

M.S. Master of Science in Clinical Psychopharmacology,
*California School of Professional Psychology/ Alliant International University*
Alameda, California; March 1999 - January 2001
***Cum Laude***
Other Psychology Degrees and Pre-medical Training

B. S. Pre-Medicine Major, then Psychology B.S., *Texas A&M University.*
College Station, Texas; Sep 1967 - August, 1971

Minor: **German**
***Corps of Cadets 1st Lieutenant and Distinguished Student; Texas A&M University White Band performing above; Commissioned 2nd Lieutenant, United States Army Reserve December 1971. Nominated Honor Corps of Cadets by Band Commander Cadet COL Sigurd Kendall.***

***Languages***

B. S. Major in **Spanish**/ Foreign languages. *Texas Wesleyan University*;
Pending

Minor: German

**GRE:** French

Latin Honors: **Latin.** Texas State First Place Latin Honors and First and Second Place National Latin Honors redux II. Vice President of Texas Junior Classical League 1966 – 1967.

**National Merit Scholarship** Commendation upon graduation from *Richardson High School,* Richardson, Texas, Sep 1964 – May 1967. Congressional Nomination to the *United States Military Academy* along with acceptance to *Virginia Military Institute* and the *Citadel*; Patterson Scholarship to *Texas A&M University* and *Corps of Cadets*, September, 1967.

## Residency

| | |
|---|---|
| 1975 - 1976 | <u>*University of Texas Medical Branch*</u>. Galveston, Texas.<br>***APA Accredited Residency*** Aug 1975 – Oct 1976 |

Rotations in Neuropsychology/Neurosurgery (Harvey Levin, Ph.D., ABPP), Child and Adolescent Psychiatry (Harry Goolishian, Ph.D.,) Child Development and Pediatrics (Bill Caldwell, Ph.D., ABPP), and Community and Social. First student of Harvey Levin. Appointed **Chief Psychology Resident** to UTMB sexual evaluation / surgery teams by Harry Goolishian, Ph.D., ABPP and Charles Gaston, Ph.D., Director of Psychology training. Formal rotation covering assessment and treatment of sexual disorders.

## Psychopharmacology Preceptorship:

**John Claude Krusz, M.D., Ph.D.** Dr. Krusz holds a Ph.D. in pharmacology as well as Board Certification in Neurology

**Frank Minirth, M.D**. Dr. Minirth was Board Certified not only in Psychiatry, but was one of very few psychiatrists dually Boarded by the *Board of Psychiatry and Neurology* as well as the *American Society of Clinical Psychopharmacology*

## Board Certification:

**Diplomate**, American Board of Professional Psychology American Board of Clinical Neuropsychology; First examination class; ABPP # 3639.

## Military Service/ Commission:

| | |
|---|---|
| Sep 1969 - Aug 1971 | Texas A&M Contract Cadet; Honorable Discharge |
| Dec 1971 - Jan 1990 | Major, Medical Service Corps, USAR |
| June 2006 - Oct 2010 | Major, Medical Service Corps, Regular Army Officer; United States Army Retired |

## Military Awards and Decorations:

- **Bronze Star Medal**; Meritorious Service, *Operation Iraqi Freedom*
- **Meritorious Service Medal**; courage and heroism beyond the call of duty for thwarting part of the jihadist terrorist attack of Islamist killer Nidal Hasan at Ft. Hood, Texas, and first responder actions**; Oak Leaf Cluster**
- **Army Achievement Medal**
- **National Defense Service Medal with Oak Leaf Cluster**
- **Iraq Campaign Medal**; *Surge* **Campaign Star**
- **Global War on Terrorism Service Medal**

- **Army Superior Unit Award**, CRDAMC with **Oak Leaf Cluster** ; multiple personal contributions to award
- **Army Service Ribbon**
- **Overseas Service Ribbon** (2)
- **Letterman Award** Runner Up. *Academy of Health Sciences*, U.S. Army Medical Department.
- **Cold War Service Commendation**
- Cold War Veterans' Association
- Counter – Terrorism Training and Tehran Hostage Involvement (Operation Eagle Claw/ Desert One)
- Vietnam Veterans for the Truth, LLC; Central Texas Coordinator
- Vietnam Veterans for Factual History (VVFH)
- American Legion – Grenada Era Service
- Veterans of Foreign Wars
- Vietnam Era Veteran
- Graduate of Officer's Basic, Alcohol and Substance Abuse; Civilian Supervision Course for Military Supervisors; Graduate of and Faculty of Combat Operational Stress Control; and Graduate Captains' Career (Advanced) military courses

**Current Clinical Practice:**

Date: 4 September 2026 - Present
Title: Special Government Employee, Department of War; Health Readiness and Policy Oversight

Date: July 2016 - Present
Title: dba **Hopewell Neuropsychology Center**

Date: January 2017 - Present
Title: Consultant, Advantage Healthcare Systems

Date: March 2024 - Present
Site: ***Texas Christian University Burnett School of Medicine***
Appointment: Assistant Professor of Psychiatry and Behavioral Health

Date: January 2026 - Present
Site: ***The Chicago School of Professional Psychology***
Appointment: Professor of Psychology

Date: March 2025 - Present
Site: ***Caras de los Niños*** – research foundation on sexual identity disorders

**Prior Administrative and Clinical**

Date: July 2014 – 2018 [RET]
Site: *University of North Texas Health Science Center*
Title: Assistant Professor of Psychiatry and Behavioral Health
University of North Texas Health Science Center

Date: July 2014 – 2018 [RET]
Site: *University of North Texas Health Science Center* (July 2014 – September 2016
*Acclaim Physician Group* (September 2016 – 2018)
Title: Assistant Professor of Psychiatry and Behavioral Health
University of North Texas Health Science Center
Assigned: John Peter Smith Hospital/ Trinity Springs Pavilion
Outpatient Clinical Administrator, Hemphill Behavioral Health Center

Date: Jan 2014 - 2020
Site: Medoptions Inc. (previously Vericare)
Title: Neuropsychologist

Date: Jan 1983 - Present
Site: Dallas Neuropsychological Institute/ Medical Support Psychology/ Psicología Clinica Hispaña, Neuropsychological / Guardianship Solutions/ Hopewell Neuropsychological Center
Title: dba now as **Hopewell Neuropsychology Center**

Date: Jan 1999 – Jan 2014
Site: Psychiatric Consultants of Ft. Worth
Title: Neuropsychologist. Provided a wide range of inpatient and outpatient private practice neuropsychological services.

Date: June 2006 – Jan 2014
Site: *Carl R. Darnall Army Medical Center*; Ft. Hood, Texas
Title: June 2006 - Oct 2007 Officer - in - Charge, *Resilience and Restoration Center*.
**Largest single outpatient psychiatry clinic in the world.**
Secured perfect score Joint Commission Accreditation survey after failed prior survey, for which awarded **Army Achievement Medal and Meritorious Service Medals with Oak Leaf Cluster.**

Date: August 2007 – May 2008
Site: *Carl R. Darnall Army Medical Center*; Ft. Hood, Texas – PROFIS Assignment
Title: PROFIS Assignment Camp Liberty, Iraq, Operation Iraqi Freedom
Neuropsychologist, 785th Medical Company; 56th Medical Battalion

- Medical Psychology and Neuropsychology for Victory Base Complex, which included Camp Liberty, Camp Victory, Camp Stryker, Camp Cropper, Camp Slayer, Baghdad International Airport, and Camp Riva Ridge, where awarded 1 CAV Division Stetson for assuming Division Psychology duties upon assuming duties of incapacitated Division Psychologist. This Psychologist died, the Psychologist Professor Hopewell was training at Ft. Hood was murdered by jihadist terrorist Nidal Hasan, and the Psychiatrist who assumed Professor Hopewell's duties at Camp Liberty was also murdered, leaving Professor Hopewell as the only survivor of this cadre.

- Assigned as First Army Prescribing Psychologist in history to a Combat Theater. Credentialed at five Victory Base pharmacies. **Bronze Star Medal.**

- Name designated Traumatic Brain Injury Consultant, Multinational Force, Operation Iraqi Freedom

Date: Oct 2008 – Jan 2014
Site: *Carl R. Darnall Army Medical Center*; Ft. Hood, Texas
Title: Founder (June 2007) and Officer - in – Charge and then assigned neuropsychologist, *Traumatic Brain Injury Center*, now the NiCoe TBI Center for Excellence
Secured two perfect scores Joint Commission Accreditation, for which awarded **Army Achievement Medal**

Date: Nov 2010 – Jan 2014
Title: Director, GS 13, Neuropsychology Lab and Behavioral Medicine, *Traumatic Brain Injury Center*, *Carl R. Darnall Army Medical Center* – CRDAMC Ft. Hood. Founded what is now the NiCoe TBI Center for Excellence, *Carl R. Darnall Army Medical Center* – CRDAMC Ft. Hood.

Date: Jan 2008 – Jan 2012
Site: *Carl R. Darnall Army Medical Center*; Ft. Hood, Texas
Title: Site Director, *Defense and Veterans' Brain Injury Center* (DVBIC)

Founder and Officer - in – Charge and then assigned neuropsychologist, *Traumatic Brain Injury Center*, and helped to develop what is now the *NiCoe Intrepid TBI Center for Excellence*.

The *NiCoe Intrepid TBI Center for Excellence* replaced the original TBI building which was destroyed when jihadist terrorist Nidal Hasan killed 13 Soldiers and a baby in the TBI/ SRP/ PDHRA Complex and tried but failed to assassinate MAJ Hopewell, COL Kathy Platoni, and MAJ Leslie Parrish.

Date: May 1997 – Jan 2000
Site: *Deer Oaks Mental Health Associates*; San Antonio, Texas

Title: Clinical Manager – Neuropsychologist. Oversaw South Texas and Ft. Worth offices with contracts with Texas Department of Regulatory Services. Oversaw staff of about ten in three offices for these regions.

Date: Aug 1995 – April 1997
Site: Rehabilitation Center; New Hampshire
Title: **Clinical Director** for all Clinical Services; 100 bed residential unit for catastrophically impaired patients

- Director of Neuropsychology and Behavioral Services. Clinical Director of all clinical services for a 100 bed, 750-acre residential brain injury program. Oversaw clinical staff of about 40, to include behavior specialists, speech pathologists, physical therapists, nurses, occupational therapists, and vocational therapists
- Secured three-year accreditation through the Joint Commission on Accreditation of Hospitals with a perfect survey score.
- Secured three-year accreditation through Commission on Accreditation of Rehabilitation Centers

Date: Aug 1993 - Aug 1995
Site: Pitt County Memorial Hospital, Inc; a Constituent of *University Medical Center*, Eastern Carolina - Pitt County

Title: Manager, Department of Psychology
East Carolina School of Medicine
*Clinical Assistant Professor of Psychiatric Medicine*

- The Department of Psychology provided psychological services for a 700-bed regional hospital as well as a regional rehabilitation program. Also directed the administrative functions of a 20-bed inpatient psychiatric unit. Supervised 12 psychologists, 20 nurses and technicians, and coordinated about six psychiatrists on the inpatient unit. Secured three-year accreditation through the Joint Commission on Accreditation of Hospitals with a perfect survey score.

Date: Jan 1991 – Jan 1992
Site: *New Medico Rehabilitation Center of Texas*
Title: Staff Psychologist.

Date: Jan 1990 – Jan 1991
Site: *Center for Rehabilitation Medicine*; Dallas, Texas
Title: Staff Psychologist.

Date: June 1986 - May 1990
Site: *Dallas Rehabilitation Institute*

Title: Director, Neuropsychological Services; Coordinator, Pain Management Program; Coordinator, Cognitive Remediation Program.
**Founded first Spanish language neuropsychological service center in North Texas**

Date: March 1983 – June 1986
Site: *Baylor Institute for Rehabilitation*.
Title: Director, Department of Psychology
Co-Director, Head Trauma Service
**(Founded). Founded first neuropsychological service center in North Texas**

First Commissioned Military Service

Date: Nov 1981 – March 1983
Site: *Brooke Army Medical Center*, Fort Sam Houston, Texas.
Title: Chief, Psychology and Neuropsychology Service; Captain, Medical Service Corps

Date: Nov 1978 – Nov 1981
Site: *Second General Hospital*, Landstuhl Army Regional Medical Center (LARMC). Landstuhl, Rheinland-Pfalz, Bundesrepublik Deutschland.
Title: Chief, Psychology Service.
Note: Special Commendation by Hospital Commander Colonel Anton Hitzelberger, M.D.

- Director, Neuropsychological Laboratory for the European Military Theater. Founded current modern neuropsychological laboratory at LARMC and the Traumatic Brain Injury Program which was documented in Hopewell, C.A. (1982). Neuropsychology in the U. S. Army Europe. ***European Medical Bulletin***, 39, October, (10), 9-15.
- Supervisor, Drug and Alcohol Program.
- Acting Inpatient Ward Director, Department of Psychiatry; 1979.
- Regional forensic appointment for criminal trial experience in the Supreme Court of Rheinland-Pfalz (Strafprozess).
- Secured three-year accreditation through the Joint Commission on Accreditation of Hospitals; the first ever for LARMC

Date: Jan 1976 – Nov 1978
Site: *Moncrief Army Hospital*. Fort Jackson, South Carolina.
Title: Chief, Psychology Service.
Note: Special Commendation by Hospital Commander Colonel Mims Aultman, M.D.

Date: Sep 1974 – Aug 1975
Site: *Dallas Police Department*. Dallas, Texas.
Title: Intern, Youth Services Program. LEAA juvenile treatment program within the Juvenile Division.

Date: June – August 1966
Site: Richardson Memorial Hospital. Richardson, Texas.
Title: X – Ray technical aid. Department of Radiology.

**Teaching:**

Date: January 2026 - Present
Site: ***The Chicago School of Professional Psychology***
Appointment: Professor of Psychology

Date: March 2024 - Present
Site: *Texas Christian University Burnett School of Medicine*
Appointment: Assistant Professor of Psychiatry and Behavioral Health

Date: Jan 2022 - Present
Site: *Walden University*,
Appointment: Instructor

Date: July 2014 - 2018
Site: *University of North Texas Health Science Center*,
Appointment: Assistant Professor of Psychiatry and Behavioral Health

Date: Jan 2011 – Jan 2014
Site: *Texas A&M University*, Central Texas
Appointment: Psychology Adjunct Professor

Date: Sep 2005 – Jan 2006
Site: *Argosy University*, Dallas
Appointment: Psychology Adjunct Professor

Date: Aug 1993 – Aug 1996
Site: *University Medical Center*, *East Carolina School of Medicine*
Appointment: Clinical Assistant Professor of Psychiatric Medicine

Date: June 1992 and June 1993
Site: *Instituto de Isaac Newton*, Puerto La Cruz, Venezuela
Appointment: Invited Lecturer

Date: Sep 1989 – May 1993
Site: *University of North Texas* Department of Psychology
Appointment: Psychology Adjunct Professor.

Date: Sep 1988 – May 1993
Site: *University of Texas Health Science Center*, Dallas, and Southwestern Medical School Department of Psychiatry
Appointment: Invited Lecturer

Date: Dec 1981 – May 1983
Site: *St. Mary's University*, San Antonio, Texas.
Appointment: Adjunct, Psychology.

Date: Dec 1979 – May 1981
Site: *University of Maryland*, European Division.
Appointment: Assistant Professor.

Date: Dec 1979 – May 1981
Site: *Ball State University*, European Division.
Appointment: Instructor.

Date: Sep 1975 – Aug 1976
Site: *Galveston College*.
Appointment: Instructor.

Date: Sep 1975 – Aug 1976
Site: *College of the Mainland*, Texas City, Texas.
Appointment: Instructor.

**Licenses:**

- Colorado Board of Psychologist Examiners PSY 0005417 [RET]
- Louisiana Board of Medical Examiners; License #MP.828; Louisiana Department of Health and Hospitals Controlled Dangerous Substance license; Class 23; No: 32803. Approved for schedules 2N, 3, 3N, 4, 5. (RET 2016)
- Louisiana Board of Examiners of Psychologists*, Clinical and Clinical Neuropsychology* ; License #828
- Missouri HSP License 2022027273 [RET]
- New Mexico License # 0014; Prescribing Medical Psychologist; and
- 0869 *Clinical and Clinical Neuropsychology* ; [RET]
- Nevada Board of Examiners of Psychology License PY0438 [RET]

- Texas License #2-1833. Health Service Provider; and
- Licensed Specialist in School Psychology # 30391
- Federal DEA Registration BH9823104 [RET 2014] – Schedules 2N, 3, 3N, 4, 5 (2006 – 2014)
- New Hampshire and North Carolina Psychology licenses [RET]
- Authority to Practice Interjurisdictional Telepsychology 14812

**Languages – Polyglot with Language Major**

| | |
|---|---|
| **Deutsch:** | Fluent; *Texas A&M University* B.S. Minor/ Nebenfach. Worked in the Bundesrepublik for three years. Invited lecturer auf Deutsch an der *Universität von Bielefeld*. |
| **Español:** | *Instituto de Allende*, San Miguel de Allende, Universidad de Guanajuato, México;<br>*University of Texas Pan American University*, Edinburg, Texas, Nivel III (Highest Level;) Spanish major, *Central Texas College and Texas Weslyan University*. Founded first Spanish language neuropsychological laboratory in Texas in 1986. |
| **Français:** | French language Ph.D. requirement *North Texas State University* and Advanced GRE<br>Reading fluency |
| **Latin:** | 1966-1967 Texas Junior Classical League Vice President; State of Texas and both State of Texas and National (redux II) Latin History awards, 1965-1967. Per biennio peritus linguae Latinae fuit |

**Memberships, Foundations, and Board Certification:**

Caras de los Niños

***Caras de Los Ninos*** is dedicated to providing education and support for our most vulnerable population, our young people. **Our profession of mental experts is a profession which is meant to treat and help mental illness, not to encourage it.**

**Neurology:**
American Academy of Neurology; Associate Clinical Member, 1980 - 1990

**Psychology:**

| | |
|---|---|
| Fellow of the American Institute of Stress | 2020 – |
| Fellow of the American Psychological Association | 2007 - |
| The International Neuropsychological Society, | 1976 - 2006 |
| National Academy of Neuropsychologists | 1980 – 2006 |

First Texan to be Board Certified by examination in Clinical Neuropsychology, 1984 - ABPP #3639

2025 nominated for The **Distinguished Neuropsychologist Award**, which honors one member each year who has made a sustained and distinguished contribution to the Academy (AACN) and/or Board (ABCN), as well as to the greater field of Neuropsychology through their teaching, research, clinical, and/or leadership efforts. This is the highest award given by the AACN, recognizing outstanding sustained service.

*Texas Psychological Association - President for 2004*

**Board Member 1999 - 2005**

Honorary/Former

- Bund Deutscher Hirnbeschädigter
- Headway of Great Britain
- Headcircle of Denmark
- Pacto Interamericano para el Cambio/Somos International; Estado Anzoatequi, Venezuela
- Texas Head (Brain) Injury Foundation (Board of Directors – Founded both the Texas and Dallas Brain Injury Foundations)

**Founder**

## Board and Consulting Appointments

1988 - 1993 Traumatic Brain Injury Task Force, Dallas Independent School District.

1986 - 1991 Chairman, Neuropsychology Committee of the Applied Division; Texas Psychological Association.

1984 - 1991 Texas Head Injury Foundation, **founded** and appointed to the Medical Advisory Board.

1984 - 1991 Dallas Head Injury Foundation, **founded**

## Professional Standards Authorship:

1991-1994 Wrote standards for Biopsychosocial Task Force as part of charge from the ***Joint Commission for the Accreditation of Hospitals*** for both the Accreditation Manual for Hospitals (AMH) and the Consolidated Standards Manual (CSM). ***Appointed as liaison to the Commission by the American Psychological Association.***

**Professional Honors:**

**Citation:** The *American Institute of Stress* has named C. Alan Hopewell, Ph. D., MP, ABPP to ***Fellow Status***. Election to Fellow is done by one's peers, is one of the highest achievements awarded and is based upon recognition of outstanding contribution to the field of psychology on a national level.

**Fellow**

**2007**

**Citation:** The *American Psychological Association* has named C. Alan Hopewell, M.P., Ph. D., ABPP, BSM to ***Fellow Status***. Election to APA Fellow is done by one's peers, is one of the highest achievements awarded by the APA, and it is based upon recognition of outstanding contribution to the field of psychology on a national level.

**1992**

Otorga El Presente Certificado de Reconocimiento como Visitante Distinguido; desarrollo e implementacion del curso de Cuidados Primarios Orientados Para La Comunidad - para la Alcadia del Municipio Sotillo, Estado Anzoatequi, Venezuela, Alcadesa Idalba Guevara de Almeida

Conferencias en español

**1990**

Otorga El Presente Certificado de Reconocimiento por valiosa en el desarrollo e implementacion del curso de Cuidados Primarios Orientados Para La Comunidad - para Violeta Matos, ***Consul General de Venezuela***

Conferencias en español

**1990**

***Texas Neuropsychologist of the Year.*** Texas Psychological Association award conferred at the 1990 annual conference of the Texas Psychological Association.

**1987**

Driving after head injury: Therapy or threat? Paper selected by the Neuropsychological Division (40) for presentation as part of the ***Blue Ribbon Research Panel*** in Clinical Neuropsychology to the 95th Annual Meeting of the American Psychological Association.

## Highlighted Peer Reviewed Publications:

Hopewell, C.A. and Klein, R. (2026). **The *Trifecta* of Mass Violence Associated with Sexual Identity Disorders.** *Combat Stress Magazine* the American Institute for Stress. Fall

Klein, R., Hopewell, C.A., and Russell, T. (2025/2026). **Collaborative assessment and management of suicidality: A systematic review of the literature on Soldiers from the Operation Worth Living study.** *Combat Stress Magazine* the American Institute for Stress, 14, (4) Winter, 22 – 33.

Hopewell, C.A., (2025). **Broken Hearts and Broken Minds: The Stress of Sexual Identity Disorders** *Combat Stress Magazine* the American Institute for Stress. Fall, Vol. 14, No. 3, 34 - 45

In conjunction with Sanchez, D. M. (2025). **Link between transgenderism and violence in the spotlight.** *Echo Times.* October 1, 2025.

Hopewell, C.A., (2025). **Classes of Concussion and the Tua Tagovailoa/ "Iron Mike" Webster Effect.** *Combat Stress Magazine* the American Institute for Stress. Spring, Vol. 14, No. 1, 20 - 42

Hopewell, C.A., Klein, R., Atkins, C., Perotti, L., and Platoni, K. (2025). **The minimization and mismanagement of concussions.** *On Board with Professional Psychology,* American Board of Clinical Neuropsychology. March (5).

Hopewell, C.A., Atkins, C., Klein, R, and Adams, M. (2024). **Psychological Trauma of Local Population in Mahmudiya المحمودية Area - Operation Iraqi Freedom - 2007 - 2008.** *Combat Stress Magazine* the American Institute for Stress. Spring, Vol. 13, #1, pgs. 18 – 33.

Hopewell, C.A., Klein, R., and Adams, M. L. (2024). **Psychiatric Correlates of Combat Trauma in Military Personnel: PTSD And TBI TESI Statistical Analysis. Operations Iraqi and Enduring Freedom.** *Combat Stress Magazine*. The American Institute for Stress. Winter, Vol. 12, #4, pgs. 34 – 53.

Hopewell, C.A., and Klein, R., (2023). **To Conserve the Fighting Strength. Sex Modifying Mediations and Psychiatric Standards of Fitness in the U.S. Military: A Repeat of McNamara's 100,000.** *Combat Stress Magazine*. Fall, Vol. 11 # 3, pgs. 10 – 35.

In conjunction with Sanchez, D. M. (2023). **Former Army Psychologist sounds alarm on transgender Soldiers.** *Echo Times.* 6 July 2023.

Hopewell, C.A. (2019 - 2020). **Soleimani's rockets**. *Combat Stress Magazine*. Winter, Vol. 8, #4, pg. 24 - 35

Hopewell, C.A. (2021). **Psychological consequences of Biden's Afghanistan**. *Combat Stress Magazine*. Fall, Vol. 10, #3, pg. 28 – 39.

Hopewell, C.A. and Adams, M. L. (2019). **The Ft. Hood Massacre: survivors' story and hidden truths**. *Combat Stress Magazine*. Fall, Vol. 8, # 3. pg. 8 – 25.
*Rodney D Vanderploeg, Douglas B Cooper, Heather G Belanger, Alison J Donnell, Jan E Kennedy, Clifford A Hopewell, Steven G Scott. (2014).* ***Screening for post deployment conditions: development and cross-validation of an embedded validity scale in the neurobehavioral symptom inventory.*** The Journal of head trauma rehabilitation *29 (1), 1-10, 2014*
Cited as the second most frequently cited research article by DVBIC as verified by Research Gate

Klein, R., Hopewell, C.A., & Oien, M. (2013). **Chiari Malformation Type I: A Neuropsychological Case Study**. *Military Medicine*, *179* (6), 712-718.

Matthew W. Reid, David F. Tate, Douglas B. Cooper, Rael T. Lange, Jan E. Kennedy & C. Alan Hopewell (2012). **Distinct Personality Profiles in Service Members Following Combat-Related TBI**. *Defense Veterans Brain Injury Center.*

Hopewell, C. Alan & Denise Horton, (2012). **The Effects of Repeated Deployments on Warriors and Families,** In *When the Warrior Returns*, Nathan D. Ainspan and Walter E. Penk. (Eds). Naval Institute Press: Annapolis, Maryland.

Gillian Fox, C. Alan Hopewell, Emily Rosenman, & Marie T. Schultheis, (2009). **Driving and the Dementias**, In *Handbook for the Assessment of Driving Capacity.* Maria T. Schultheis, John DeLuca, and Douglas Chute Eds. Elsevier: Amsterdam.

Bret A. Moore, C. Alan Hopewell, & Dave Grossman, (2009). **Violence and the warrior**, In *Living and Surviving in Harm's Way: A Psychological Treatment Handbook for Pre- and Post-Deployment*. S.M. Freeman B. A. Moore, and A. Freeman, (Eds.) Routledge: New York.

Christopher, R. and Hopewell, C.A. (2007) **Psychiatric correlates of combat trauma in military personnel: PTSD and TBI TESI statistical analysis. Operation Iraqi Freedom and Operation Enduring Freedom.** ISBN 158028-16-4. Reno, Nevada: *Psychological, Clinical, and Forensic Assessment.*

Christopher, R., Reiman, J., and Hopewell C.A., (1997). **Traumatic Event Sequelae Inventory.** Military trauma assessment TESI-mt.

Christopher, R. and Hopewell, C.A. (2007) **Quantitative analysis of military trauma symptomatology.** ISBN 1-58028-167-2. Reno, Nevada: *Psychological, Clinical, and Forensic Assessment*.

Hopewell, C.A. (2007) **Comparative analysis of traumatic sequelae between Iraqi civilian population and US military personnel.** ISBN 1-58028-168-0. Reno, Nevada: *Psychological, Clinical, and Forensic Assessment.*

Hopewell, C.A. (2007; 2002). **Neuropsychological, Medical, and Psychiatric Disorders and Motor Vehicle Operations;** in *Human Factors in Traffic Safety*, (2nd Ed) R. E. Dewar and P. L. Olson, eds., Lawyers and Judges: Tucson, AZ.

Minirth, F., Neal, V., Krusz, J.C., & Hopewell, C.A. (2005). **The Christians' guide to natural products and remedies**. Nashville: Broadman and Holman Publishers.

Schultheis, M. T. & Hopewell, C.A. (Eds.) (2002). **Driving assessment and TBI**. *The Journal of Head Trauma Rehabilitation*, 17, (1) February 2002.

Pagliaro, L.A., & Pagliaro, A.M. (1999). *Psychologists neuropsychotropic desk reference* Hopewell, C.A. et al., (Eds.) Philadelphia, PA: Taylor & Francis.

Pagliaro, L.A., & Pagliaro, A.M. (1998). *Pharmacologic basis of psychotherapeutics: An introduction for psychologists*. Hopewell, C.A. et al., (Eds.) Washington, DC: Taylor & Francis.

Hopewell, C.A., & van Zomeren, A. H. (1990). **Neuropsychological aspects of motor vehicle operation.** In D. E. Tupper & K. D. Cicerone (Eds. ), *The Neuropsychology of Everyday Life*: *Assessment and Basic Competencies***.** Boston: Kluwer.

**VA/DoD CLINICAL PRACTICE GUIDELINE**
**FOR MANAGEMENT OF CONCUSSION/ MILD TRAUMATIC BRAIN INJURY**
Department of Veterans Affairs/ Department of Defense
**Prepared by: The Management of Concussion/mTBI Working Group**
With support from: The Office of Quality and Performance, VA, Washington, DC
& Quality Management Directorate, United States Army MEDCOM
**Version 1.0 – 2009**

Hopewell, *et al.* (2009). **Driving Following Traumatic Brain Injury: Clinical Recommendations**
**(This is the actual Clinical Practice Guideline for Driving for the Unites States Army, signed off on by BG Lorree Sutton)**

*Defense Centers of Excellence for Psychological Health and Traumatic Brain Injury*

Driving Evaluations after Traumatic Brain Injury Conference

28 July 2009, Washington, DC

**Working Group Members:**

CDR James Blankenship, Dr. Joseph Bleiberg, LT Tara Cozzarelli, Ms. Elin Schold Davis, Mr. Glenn Digman, COL Mary Erickson, MAJ Allison Franklin, Ms. Allison Hastings, Ms. Katherine Helmick, **MAJ C. Alan Hopewell**, Dr. Henry Lew, Dr. Cate Miller, LTC Craig Myatt, Dr. Tom Novack, CDR Jerry O'Toole, CPT Tammy Phipps, Dr. Heather Powell, Dr. Joel Scholten, Dr. Maria Schultheis, Dr. Sonya Sconiers, Ms. Kimberly Singer, Dr. Carl Soderstrom, COL Barbara Springer, MAJ Matthew St. Laurent, Dr. Wendy Stav, Dr. Erica Stern, Mr. John Vaughter, Mr. William Wenninger, Col Christopher Williams

McCrea, M., Pliskin, N., Barth, J., Cox, D., Fink, J., French, L., Hammeke, T., Hess, D., **Hopewell, C.A.,** Orme, D., Powell , M., Ruff, R., Schrock, B., Terryberry-Spohr, L., Vanderploeg , R., Yoash-Gantz , R. (Jan 2008**). Official position of the military TBI task force on the role of neuropsychology and rehabilitation psychology in the evaluation, management, and research of military veterans with traumatic brain injury**. *The Clinical Neuropsychologist*, 22 (1) 10 – 26.

Krusz, J. C., Hopewell, C.A., Thomson, J, and Roberts, S. (2005). **Donepezil for cognitive enhancement after traumatic brain injury,** *J Neuropsychiatry and Clinical Neuroscience,* May; **17**: 265 - 267

Hopewell, C.A. (2002). **Driving assessment issues for practicing clinicians**. *The Journal of Head Trauma Rehabilitation*, 17, (1) February, 48-61.

De La Cancela V., & Hopewell, C.A. (1999***). *Ethnocultural Competence in the Prescribing of Psychotropic Medications**. *The American Journal of Psychopharmacology*, vol. 2.

Christopher, R. & Hopewell, C.A. (1999). **Vocational Aptitudes and Competencies Inventory (VACI-R)**. ISBN 1-58028-085-4 San Diego: *International Mental Health Network.*

Hopewell, C.A. & Christopher, R. (1998) **The children's emotional intelligence test.** ISBN 1-58028-077-3 San Diego: *International Mental Health Network.*

Hopewell, C.A. (1997) **The drivers' neuropsychological rating scale**. ISBN 1-58028-057-9 San Diego: *International Mental Health Network.*

Hopewell, C.A. (1997) **Psychopharmacology**. ISBN 1-58028-009-9 San Diego: *International Mental Health Network.*

Christopher, R. and Hopewell, C.A. (1997) **Traumatic Event Sequelae Inventory TESI - 2.** ISBN 1-58028-055-2 San Diego: *International Mental Health Network.*

Christopher, R. and Hopewell, C.A. (1997) **Traumatic Event Sequelae Inventory TESI - 2.** *(*Spanish) ISBN 1-58028-051-X San Diego: *International Mental Health Network.*

Christopher, R. and Hopewell, C.A. (1997) **Long Term Care Health Assessment Inventory.** LTC-HAI ISBN 1-58028-044-7 San Diego: *International Mental Health Network.*

Christopher, R. and Hopewell, C.A. (1997*)* ***Long Term Care Health Assessment Inventory.*** Treatment Guide ISBN 1-58028-054-4 San Diego: *International Mental Health Network.*

Hopewell, C.A. (1997) **The Quick Test interpretive report**. ISBN 1-58028-058-7 San Diego: *International Mental Health Network*.

Hopewell, C.A. (1995) Head injury rehabilitation: adaptive driving after TBI. Part of Series **Traumatic Brain Injury Monograph Series** , Dallas: *Dallas Neuropsychological Institute, PC.*

Hopewell, C.A. (1995) The existential implications of traumatic brain injury upon the human personality. Part of Series **Traumatic Brain Injury Monograph Series** , Dallas: *Dallas Neuropsychological Institute, PC.*

Hopewell, C.A. (1995) Personality functioning associated with mild head injury. Part of Series **Traumatic Brain Injury Monograph Series** , Dallas: Dallas Neuropsychological Institute, PC.

Hopewell, C.A. (1995) Behavioral learning therapies for the traumatically brain-injured patient. Part of Series **Traumatic Brain Injury Monograph Series** , Dallas: *Dallas Neuropsychological Institute, PC.*

Hopewell, C.A. (1995) The familial and social effects of personality disturbance after TBI. Part of Series **Traumatic Brain Injury Monograph Series** , Dallas: *Dallas Neuropsychological Institute, PC.*

Jackson, H. F., Hopewell, C.A., Glass, C.A., Warburg, R., Dewey, M. & Ghadliali, E. (1992). **The Katz Adjustment Scale: Modification for use with survivors of traumatic brain injury and spinal injury**. *Brain Injury*, 6 (2), 109-127.

Hopewell, C.A., Burke, W., Wesolowski, M., & Zawlocki, R. (1990**). Behavioral learning therapies for the traumatically brain-injured patient**. In Roger Ll. Wood and Ian Fussey (Eds. ). ***Cognitive Rehabilitation in Perspective***. Part of Series ***Brain Damage, Behavior and Cognition.*** Chris Code and Dave Mueller (Eds.), London: Taylor and Francis.

Hopewell, C.A. (1983). **Serial neuropsychological assessment in a case of reversible electrocution encephalopathy**. *Clinical Neuropsychology*, 5, 61-65.

Hopewell, C.A. (1983). **Hemiballismus as conversion reaction following head trauma**. *Clinical Neuropsychology*, 5, 32-35.

Hopewell, C.A. (1982). **Neuropsychology in the U. S. Army Europe**. *European Medical Bulletin*, 39, October, (10), 9-15.

Hopewell, C.A., & Kissack, A. S. (1982). **Psychological correlates of surgical sterilization**. *European Medical Bulletin*, 39, March, 15-18.

Hopewell, C.A., & Perotti, L. P. (1980). **Expectancy effects in psychotherapy and systematic desensitization: A review.** ***Catalogue of Selected Documents in Psychology***, May 10, Manuscript No. 2052, 41-42.

Hopewell, C.A., & Ozburn, M.S. (1979). **Predicting graduation and rehabilitation success among low back pain patients**. *European Medical Bulletin*, 36, May/June, 11-16.

Hopewell, C.A. (1979). **Prediction of extrapyramidal effects of neuroleptic therapy using visuomotor tasks** (Doctoral dissertation, North Texas State University, 1978). *Dissertation Abstracts International.*

M. McCoy & Hopewell, C.A. (1975). **Self-Concept and Functioning Indices in Juvenile Offenders.** Dallas Police Department Monograph #5.

Hopewell, C.A. (1978). **Neuropsychological false negatives**: A reply to Bigler. *Texas Psychologist*, 30, Fall, 3-4.

**Selected Presentations:**

Hopewell, C.A. and Perotti, L. (2025). **The men who invented TBI**. Presentation to Texas Psychological Association. Annual Conference, San Antonio, Texas. November 2026.

Hopewell, C.A. (2024). **Hysteria at Salem and through the ages**. Presentation to Fort Worth Psychological Association. August.

Klein, R. & Hopewell, C.A. (2014). **Agenesis of the Corpus Callosum: Context Matters**. NAN 34th Annual Conference November 12-15, 2014 in Fajardo, Puerto Rico.

Reid, M. W., Tate, D. F., Cooper, D., B., Lange, R. L., Kennedy, J., E., & Hopewell, C.A. (2012). **Distinct Personality Profiles in Service Members Following Combat-Related TBI**. *Defense Veterans Brain Injury Center.*

Klein, R., Hopewell, C.A., & Kennedy, J. (2012). **Empirical Assessment of the Neurobehavioral Symptom Inventory to Determine Construct Validity of Post-concussion Syndrome**. Poster presentation at the meeting of the American Academy of Clinical Neuropsychology: Seattle, WA.

Klein, R. & Hopewell, C.A. (2012). **Neuropsychological Sequelae of Chiari Malformation Type I: A Case Study**. Poster presentation at the meeting of the American Academy of Clinical Neuropsychology: Seattle, WA.

Klein, R., Natesan, P., Hopewell, C.A., Cooper, D., & Kennedy, J. (2011). **Dimensional Analysis and Construct Validity Assessment of the Neurobehavioral Symptom Inventory**. Poster presentation at the meeting of the National Academy of Neuropsychology. Marco Island, FL.

Hopewell, C.A., & Klein, R. (2010). **Psychopharmacology for Neuropsychologists**. Oral presentation at the meeting of the American Academy of Clinical Neuropsychology, Chicago, IL.

Klein, R., Natesan, P., Hopewell, C.A., & Cooper, D. (2011). **Dimensional Analysis and Construct Validity Assessment of the Neurobehavioral Symptom Inventory**. Poster presentation at the meeting of the *National Academy of Neuropsychology.* San Marco Island, FL.

Hopewell, C.A. (2010). **Troubleshooting the role of the neuropsychological evaluation**. Invited address, *Defense Veterans Brain Injury Center*, Washington D.C.

Klein, R, Sewell, K., & Hopewell, C.A. (2009). **Differentiating neuropsychological functioning in soldiers with MTBI and PTSD**. Poster presentation at the meeting of the American Psychological Association, Toronto, Canada.

Hopewell, C.A. (2008, Oct). **Concussion management in mature theater**: OIF 2007 - 2008; *785th Medical Company*, Invited Address as the Army TBI Expert, *Walter Reed Army Medical Center*

Hopewell, C.A. & Johnson, R. (2008, March). **Concussion management in mature theater**: OIF 2007 - 2008; *785th Medical Company*, LSA Anaconda, Iraq, *Operation Iraqi Freedom*

Hopewell, C.A. & De La Cancela, V. (1999, June) **Cultural Competence in Psychopharmacological Patient Management**; *American Psychological Association*, Boston, Massachusetts

Hopewell, C.A. (1997, May). **Personality Functioning After Traumatic Brain Injury: Measurement and Ecological Validity**; *New Hampshire Brain Injury Association.*, Manchester, New Hampshire.

Hopewell, C.A. (1992, June**). Implementacion del curso de Cuidados Primarios Orientados Para La Comunidad** - para la Alcadia del Municipio Sotillo, Estado Anzoatequi, Venezuela, Alcadesa Idalba Guevara de Almeida. Conferencias en español

Hopewell, C.A. (1992, January). **Implementacion del curso de Cuidados Primarios Orientados Para La Comunidad** - para Violeta Matos, Consul General de Venezuela**.** Conferencias en español

Hopewell, C.A. (1991, November). **The History and Future of Clinical Neuropsychology**. Special Invited Address at the Annual Convention of the Texas Psychological Association, San Antonio, Texas.

Hopewell, C.A. (1989, November). **Family support groups with traumatic brain injury survivors**. Symposia and Workshops at the Southport Regional Health Authority Head Injury Conference, Southport, Merseyside, United Kingdom.

Hopewell, C.A. & Jackson, H. (1989, March). **Emotional dysfunction after head injury**. Paper presented at the Fourth Annual Head Injury Symposium, Dallas Rehabilitation Institute, Dallas, Texas.

Hopewell, C.A. & Jackson, H. (1988, March). **Emotional dysfunction after head injury**. Paper presented at the Third Annual Head Injury Symposium, Dallas Rehabilitation Institute, Dallas, Texas.

Hopewell, C.A. (1988, January). **Behavioral management and treatment of head injured patients**. Paper presented at 6th Annual Southwest Head Injury Symposium, Lake Tahoe, Nevada.

Hopewell, C.A. Driving after head injury: **Rehabilitation therapy or threat**? (1987, August). Paper presented as part of the ***Blue Ribbon Research Program*** of Division 40 (Neuropsychology) conducted at the 95th annual meeting of the ***American Psychological Association***, New York, New York.

Hopewell, C.A. (1987, August). **Neuropsychology and rehabilitation models in the United States**. Symposia and Workshops at the Centre for Hirneskade Head Injury Conference, Universiteit of København, Amager, København, Denmark.

Hopewell, C.A. (1987, August). **Neuropsychology and rehabilitation models in the United States**. Symposia and Workshops at the Southport Regional Health Authority Head Injury Conference, Southport, Merseyside, United Kingdom.

Hopewell, C.A. **Neuropsychology's role in an objective interdisciplinary treatment model** (1985, August). Symposium conducted at the 93rd annual meeting of the American Psychological Association, Los Angeles, California.

Hopewell, C.A., Young, J. S., & Maixner, N. (1985, June). **Family disintegration after head injury: A comprehensive treatment approach**. Paper presented at the eighth European meeting of the International Neuropsychological Society, København, Denmark.

Hopewell, C.A., & Price. (1985, June). **Driving after head injury**. Poster presented at the eighth European meeting of the International Neuropsychological Society, København, Denmark.

Hopewell, C.A. (1981, October). **Neuropsychologie in der Amerikanischen Armee**. Deutsche Sprache. Zentrum fur Interdiziplinare Forschung. Universitất Bielefeld, Bielefeld, Bundesrepublik Deutschland. Vortrag in deutscher Sprache.

Hopewell, C.A. (1981, May). **Current trends in neuropsychology.** Paper presented at the Annual Army Medical Service Corps Convention, Berchtesgaden, Germany.

Hopewell, C.A. (1981, April). **Psychological casualties in a combat environment**. Paper presented at the Combat Symposium, 2nd General Hospital, Landstuhl, West Germany.

Hopewell, C.A. (1980, October). **Anatomy and physiology and The Glasgow Coma Scale**. Symposium conducted at the meeting of the American Association for Critical Care Nurses, Ramstein, West Germany.

Hopewell, C.A., & Ozburn, M.S. (1979, May). **Predicting graduation and rehabilitation success among low back pain patients**. Paper presented at the European meeting of APA Psychologists, Heidelberg, West Germany.

Hopewell, C.A., & Aronson, H. J. (1977, August). **Prediction of extrapyramidal effects of neuroleptic therapy using visuomotor tasks**. Symposium conducted at the annual meeting of the American Psychological Association, San Francisco, California.