# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5087** **September Term, 2026**

**1:25-cv-00240-ACR**

**Filed On: November 17, 2026** [2203763]

Nicolas Talbott, et al.,

Appellees

v.

United States of America, et al.,

Appellants

**<u>M A N D A T E</u>**

In accordance with the judgment of June 1, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Kendall M. Callow
Deputy Clerk

Link to the judgment filed June 1, 2026