# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5087** **September Term, 2025**

FILED ON: JUNE 1, 2026

NICOLAS TALBOTT, ET AL.,
PLAINTIFF-APPELLEES

v.

UNITED STATES OF AMERICA, ET AL.,
DEFENDANTS-APPELLANTS

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00240)

---

Before: WILKINS and WALKER, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

**JUDGMENT**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's preliminary injunction be affirmed in part and vacated in part, and the case be remanded for further proceedings, in accordance with the opinions of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: June 1, 2026

Opinion announcing the judgment of the court filed by Circuit Judge Wilkins.
Opinion concurring in part and dissenting in part filed by Senior Circuit Judge Rogers.
Dissenting opinion filed by Circuit Judge Walker.