EXHIBIT 2



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------:
NICHOLAS TALBOTT, et al., :
Plaintiffs, :
vs. : Case No.:
UNITED STATES OF AMERICA, : 1:25-CV-240
et al., : (ACR)
Defendants. :
-----------------------------:

Videotaped Deposition of
GENERAL THOMAS M. CARDEN, JR.
Washington, D.C.
Thursday, October 22, 2026
9:39 a.m.

Job No. PA-8505348
Pages 1 - 246
Reported by: Robert M. Jakupciak, RPR

happen in one isolated incident doesn't mean you got it right.

Q. Can you actually discuss where, what you read on that topic of the suseptibility of people with gender dysphoria to higher rates of suicide? Where did you get that information?

A. There is a -- you know, I don't think I could call one specific source out to you. But because in 2008 the Army Inspector General came to Georgia, I was the Director of Personnel at the time, and they wanted to take a look at how we were doing with suicides.

They were looking at -- you know, I think the Department of the Army at that time was looking at it across the formation, DoD at that time was looking at it across the Joint Force, and since that time we have had a myriad of programs and resources devoted to try to mitigate self-harm in our formation.

And it's rare that you can Google suicide and generally speaking you'll get a return somewhere in there regarding the individuals diagnosed with gender dysphoria and their markedly higher suicide ideations.

Q. So you would say you are aware of medical studies that show that result?

A. I've seen a number of studies. I can't testify to the specific number, but I've -- some of them are really high-end, five to seven times more. I have seen some more 40 percent more than the average cohort. I've seen it that high.

Generally speaking, every publication that I have stumbled upon, looked at as we looked at the suicide issue across the formation, tells me that individuals suffering from gender dysphoria have a markedly higher rate of self-harm and suicide ideation than their similarly disposed cohort.

Q. But you couldn't trace that knowledge to any specific study or set of studies that you remember?

MS. SMERLING: Objection. Outside the scope.

A. I don't think I can. No. I don't know.

Q. Are there any other kinds of documents you remember reading that give these -- strike that.

Any other kinds of documents you remember reading other than medical studies that give this information that helped you form your knowledge on this subject?

MS. SMERLING: Objection. Scope.

A. I couldn't call any of those out. And just so you know, I mean these -- this type of researches and reading and curiosity about how we do a better job on suicide, haven't run across this, was not focused on a deposition that I didn't know

about when I was doing it.

Q. And you used the term similarly situated in regards to I believe folks with gender dysphoria. Do you know what other cohorts of people we are referring to when you say similarly situated?

A. If you take a cohort that's somewhere between 18 and 38 years old, you know, male, female, that's generally kind of a box that we look at. Particularly when it comes to suicide, it's generally younger, a younger cohort than maybe some of your more seasoned soldiers and airman. And again that's kind of a lens I was looking through at the time. Seeing if there was a way to isolate where we might find more problems than not.

Q. So when you say that, you mean the cohort that you would be examining in your own job and work?

MS. SMERLING: Objection. Calls for speculation.