**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICOLAS TALBOTT, et.al.<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES, et al.,<br><br>*Defendants*. | Civ. A. No. 25-240 (ACR) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion in Limine No. 1 to Exclude Undisclosed Data and Sources from Expert Testimony (ECF No. 179) and Defendants' opposition thereto, IT IS HEREBY ORDERED that Plaintiffs' motion is DENIED.

__________________________________
ANA C. REYES
United States District Judge