EXHIBIT 1

powered by cea

Provided by Clinical Care Options, LLC

# Medical and Mental Health Issues in Gender-Affirming Hormonal Treatments for Transgender and Gender-Diverse Patients

EXHIBIT
PENGAD 800-631-6989
4

# About These Slides

- Please feel free to use and share some or all of these slides in your noncommercial presentations to colleagues or patients
- When using our slides, please retain the source attribution:

Slide credit: clinicaloptions.com CCO powered by cea

- These slides may not be published, posted online, or used in commercial presentations without permission. Please contact permissions@clinicaloptions.com for details

# Faculty and Disclosures

**George R. Brown, MD, DFAPA**
Professor and Associate Chairman for Veterans Affairs
Department of Psychiatry and Behavioral Sciences
East Tennessee State University
Johnson City, Tennessee

**George R. Brown, MD, DFAPA**: *individual publicly traded stocks/stock options:* Abbott, AbbVie.

This presentation will include discussion of off-label, experimental, and/ or investigational use of drugs or devices, as all hormonal medications used for the treatment of gender dysphoria are off-label.

# Learning Objectives

- Assess the effects of gender-affirming hormonal (GAH) treatments on mental and physical health of transgender/gender diverse (TGD) patients
- Evaluate the risks of psychiatric adverse effects in TGD patients receiving GAH treatments
- Evaluate the time course of psychiatric and physical changes associated with GAH treatments involving feminizing or masculinizing regimens

# Definitions

- **Transgender**: umbrella term that describes people whose gender identity/role doesn't conform to societal associations with one's sex assigned at birth (this *is not* a diagnosis)
  - **Transgender and gender diverse:** shorthand for those who do not identify as cisgender
  - **Transsexualism**: persons who gender identify does not correspond with their sex assigned at birth; they may or may not want to use therapy, surgery, or other means to alter their bodies (term no longer used, except in the literature)
  - **Transgender women** are individuals who are assigned male sex at birth but self-identify as female (AMAB)
  - **Transgender men** are individuals who are assigned female sex at birth but self-identify as male (AFAB)
- **Cisgender**: those whose gender identity corresponds with their sex assigned at birth
- **Nonbinary**: people whose gender identity does not fit the binary of male and female, rather their gender is on a spectrum; can identify as transgender
- **Agender**: people who do not identify as any gender or with the gender spectrum
- **Gender fluid**: a person whose gender identity is not fixed, rather it aligns with different genders at various times
- **Gender dysphoria**: discomfort/distress due to an incongruence between one's sex assigned at birth, gender identity, and/or primary and secondary sex characteristics; a DSM-5-TR diagnostic class

Adapted from dictionary.apa.org/. Rajkovic. J Community Genet. 2022;13:31.
www.medicalnewstoday.com/articles/agender#vs-nonbinary.

Slide credit: clinicaloptions.com

powered by cea

# Gender Dysphoria in Adolescents and Adults

- ≥6 mo of "marked incongruence between one's experienced/expressed gender and assigned gender, as manifested by" ≥2 of the below:
  - Marked incongruence as stated above, including with primary or secondary sex characteristics
  - Strong desire to no longer have one's primary/secondary sex characteristics
  - Strong desire for an alternative gender's primary/secondary sex characteristics
  - Strong desire to be of an alternative gender
  - Strong desire to be treated as an alternative gender
  - Strong feeling that one has the typical feelings/reactions of an alternative gender
- Clinically significant distress/impairment in important areas of functioning (eg, social, occupational)
  - Specify if with or without a disorder/difference of sex development
  - Specify if post transition (broadly defined)

APA. DSM-5-TR, Gender Dysphoria. 2022.

Slide credit: clinicaloptions.com

powered by cea

# Gender Dysphoria in Children

- ≥6 mo of "marked incongruence between one's experienced/expressed gender and assigned gender, as manifested by" ≥6 of the below:
  - Strong desire to be of an alternative gender or insistence that one is an alternative gender
  - Strong preference to cross-dress/simulate the "typical" attire of an alternative gender
  - Strong preference for alternative gender roles in play
  - Strong preference for games/toys/activities that are stereotypical of the alternative gender
  - Strong preference for playmates of the alternative gender
  - Strong rejection of "typical" toys/games/activities of assigned sex, particularly rough play among males
  - Strong dislike of one's sexual anatomy
  - Strong desire for primary/secondary sex characteristics of an alternative gender
- Clinically significant distress/impairment in important areas of functioning (eg, social, school)
  - Specify if with or without a disorder/difference of sex development

APA. DSM-5-TR, Gender Dysphoria. 2022.

Slide credit: clinicaloptions.com

# Gender Dysphoria in Children

- Not the focus of today's program
- Diagnosed in children as early as 2 yr of age
- Cutoff between "child" and "adolescent" at Tanner Stage 2
- Majority do not continue to have gender dysphoria after puberty
- Majority are more likely to identify as gay, lesbian, or bisexual
- Puberty is often highly traumatic
  - Hair, deepened voice, and erections for males; breasts and menstruation for females

apnews.com/article/fact-check-transgender-unc-duke-644667457768. Emmanuel. www.ncbi.nlm.nih.gov/books/NBK470280/.
Wallien. J Am Acad Child Adolesc Psychiatry. 2008;47:1413. Olson. Pediatr Ann. 2014;43:3132.



powered by cea

# Epidemiology: Adults

- Actual prevalence of adults with gender dysphoria is unknown
- <0.1% of males and females seeking gender-affirming care are diagnosed
- 0.5%-2.6% of population may identify as transgender or nonbinary
- No consistent genetic or physiology are confirmed to lead to a diagnosis
- Low persistence from childhood to adulthood (2%-39% assigned male at birth; 12%-50% assigned female at birth)
- Early and late onset

APA. DSM-5-TR, Gender Dysphoria. 2022.
www.psychologytoday.com/us/blog/talking-apes/202304/what-is-rapid-onset-gender-dysphoria.

Slide credit: clinicaloptions.com

# Many Barriers to Care




Johnson. Int J Transgend Health. 2020;21:70.
apnews.com/article/west-virginia-north-carolina-transgender-health-care-e59d4b7dec94542aeff186e8f10d7c54.

# Health Disparities

- Global mental health/medical disparities
- More likely to be living with HIV (20% prevalence in transgender women)
- Increased rates of smoking, cardiovascular disease, diabetes, and poor physical health, risk of certain cancers
- High prevalence of depression, substance use disorders, suicidality, anxiety, and PTSD
- Often late to care; little preventive care used
- Increased homelessness, poverty, uninsured status

Safer. Curr Opin Endocrinol Diabetes Obes. 2016;23:168. Brown. LGBT Health. 2016;3:122.
Ambramovich. JAMA Netw Open. 2020;3:e2015036. de Blok. Lancet Diabetes Endocrinol. 2021;9:663.
www.americanprogress.org/wp-content/uploads/sites/2/2021/08/Advancing-Health-Care-For-Transgender-Adults.pdf.



CCO powered by cea

# Suicidality Among Transgender People

- High-risk population, particularly among AYAs and untreated/undertreated people
- Lifetime suicide attempt rate is ~9x higher than general US population
- Associated with depression, minority stress, substance use/abuse, early life trauma, felt lack of support
- Medication overdose most common method
- 40% of AYAs report suicidality

Austin. J interpers Violance. 2022;37:NP2696. Blosnich. Am J Public Health. 2013;103:e27.
Kohnepoushi. Ann Gen Psychiatry. 2023;22:28. Erlangsen. JAMA. 2023;329:2145. Blosnich. Medical Care. 2021;590:S31

# 2022 US Transgender Survey

- Largest survey ever conducted to examine the experiences of binary and nonbinary transgender people aged ≥16 yr (N = 92,329)
- 84,170 adults: 43% aged 18-24 yr and 36% aged 25-44 yr
- 98% who received hormone treatment said they were “a lot more satisfied” (84%) or “a little more satisfied” (14%) with their life
- 1% who received hormone treatment or gender-affirming surgery said they were “neither more nor less satisfied,” and 1% to <1% reported “a little or a lot less satisfied” with their life
- 79% saw an HCP within the last 12 mo
  - 48% reported experiencing ≥1 negative experience (eg, being refused healthcare or misgendered, HCP using harsh or abusive language, or HCP being psychically rough or abusive)

transequality.org/sites/default/files/2024-02/2022%20USTS%20Early%20Insights%20Report_FINAL.pdf.

Slide credit: clinicaloptions.com

# Common Psychosocial Concerns




Rowlands. Eur J Contracept Reprod Health Care. 2018;23:58.
Ettner. Principles of Transgender Medicine and Surgery, 2e. Routledge; 2016.

Slide credit: clinicaloptions.com

# Standards of Care and Clinical Guidelines

- World Professional Association for Transgender Health
  - Standards of Care (right), Version 8, 2022
- Endocrine Society Clinical Practice Guidelines
  - Endocrine treatment of gender dysphoric/ gender-incongruent persons, 2017

**Image not available for distribution**

Coleman. Int J Transgend Health. 2022;23:S1. Hembree. J Clin Endocrinol Metab. 2017;102:3869.

Slide credit: clinicaloptions.com

powered by cea

# Gender-Affirming Care:
# General Principles of Treatment Planning

- Multidisciplinary, coordinated treatment approach is optimal (eg, gynecology, endocrinology, urology, mental health, primary care, social work)
- Individualized therapy to meet patient-desired and clinically appropriate goals when indicated/desired
- Evaluation by "assessor," who may/may not be the prescriber
- Strongly suggest ample evaluations and documentation for adolescents
- Concurrent medical/mental conditions evaluated and "well controlled"
- Modifiable risk factors addressed prior to and during treatment
- Ongoing monitoring required: mental health, physical, labs

Coleman. Int J Transgend Health. 2022;23:S1. Hembree. J Clin Endocrinol Metab. 2017;102:3869.

Slide credit: clinicaloptions.com

# Role of the "Assessor"

"Assess for the presence of gender incongruence and identify any coexisting mental health concerns, to offer information about GAMSTs [gender-affirming medical and/or surgical treatment], to support the TGD [transgender and gender diverse] person in considering the effects/risks of GAMSTs, and to assess if the TGD person has the capacity to understand the treatment being offered and if the treatment is likely to be of benefit."

Coleman. Int J Transgend Health. 2022;23:S1.

Slide credit: clinicaloptions.com

# Multimodal Approach to Treat Gender Dysphoria

- Multidisciplinary approach is optimal but not required for treating adults
  - Efforts to decentralize within primary care
- Ascendant role of telehealth, which was accelerated by COVID-19 pandemic
- Gender dysphoria treatments:
  - Social transition—coming out, changing name/pronouns/appearance
  - Gender-affirming hormone treatment
    - Puberty blockers in adolescents
  - Gender-affirming surgery (≥6 mo of hormone treatment unless contraindicated)
  - Other: voice/communication, electrolysis, cosmetic, “legal” care

Coleman. Int J Transgend Health. 2022;23:S1.

Slide credit: clinicaloptions.com
powered by cea

# Hormonal and Surgical Gender-Affirming Care Criteria

- Marked and sustained gender incongruence
- Must meet diagnostic criteria when a diagnosis is
- Demonstrates capacity to consent
- Identify and exclude other possible causes
- Assess other conditions (eg, mental health or physical) that could impact treatment outcomes and discuss the risks/benefits
- Understand potential impact on reproduction and explore options
- Adhere to hormone treatment as required/prescribed (*surgery only*)

Coleman. Int J Transgend Health. 2022;23:S1.

# Rationale for Gender-Affirming Care

- Untreated/undertreated gender dysphoria: increased emotional and phycological distress, mortality, and morbidity
- Hormone treatment reduces endogenous sex hormone levels and, therefore, decreases secondary sex characteristics of assigned sex
- Induced changes are *both* physical and mental
- Treatment may occur at all stages of transition: usually before gender-affirming surgery, sometimes after surgery, and often in patients who do not seek surgery

Hembree. J Clin Endocrinol Metab. 2017;102:3869. Jackson. JAMA Netw Open. 2023;6:e2253687.
my.clevelandclinic.org/health/articles/21963-transgender-ensuring-mental-health.

Slide credit: clinicaloptions.com

powered by cea

# Evidence for Gender-Affirming Hormone Treatment

- No randomized, blinded, placebo-controlled trials (not feasible/ethical)
- Effectiveness and safety from observational studies or extrapolations from using hormone therapy as indicated in the same birth sex
  - Estrogen therapy for menopause,[1] GnRH agonists for prostate cancer[2]
- Evidence suggests it positively affects quality of life and psychosocial outcomes of transgender and gender-diverse people[3]
- Fewer studies are dedicated to adolescents; some comparison studies, most are supportive
- Used off-label (not FDA approved for gender dysphoria; no applications)

1. Valdes. www.ncbi.nlm.nih.gov/books/NBK541051/.
2. Choi. Drug Healthc Patient Saf. 2011;3:107. 3. van der Miesen. J Adolesc Health. 2020;66:699.

Slide credit: clinicaloptions.com
powered by cea

# Gender-Affirming Hormone Treatment Planning for Adults With Gender Dysphoria

- Address comorbid medical/psychiatric conditions first or concurrently
- Collaborate with individual on treatment goals/expectations
- Use written, informed consent at outset of treatment
- Baseline assessments: blood count, liver function, bone density, sex steroid levels, blood pressure, BMI, prolactin, lipids, waist/chest/hip circumference
- Establish monitoring plan: physical, laboratory, and psychosocial
- Integrate/collaborate with other treatment components: psychiatry, social transitioning, surgery
- Discuss what treatment effects will be visible: is patient prepared for this?
- Provide a dated "carry letter" for use with law enforcement and at airports
- Consider support groups or mental health support during treatment initiation, social transition

Koch. J Rural Mental Health. 2016;40:154.

Slide credit: clinicaloptions.com

# Gender-Affirming Hormone Treatment: Effects and Limitations of Estrogen Therapy

**Expected Effects (Seen Mo to Yr):**

- Redistributed body fat, decreased muscle mass
- Decreased erectile function and libido
- Testicular atrophy, decreased sperm production
- Decreased facial and body hair, possible increase in scalp hair
- Altered sweat and odor patterns
- Breast growth (variable)
- Emotional/mental/social changes (eg, decreased gender dysphoria, depression)

**Limitations**

- Infertility may be permanent
- Facial/body hair thinning/slowing, usually not sufficient
- Breast size may be inadequate
- No effect on voice
- If transition not managed well, may lead to unexpected consequences

transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

Slide credit: clinicaloptions.com

# Gender-Affirming Hormone Treatment: Off-Label Estrogen

- Several estrogen products available in oral, transdermal, injectable forms
- Prefer 17β-estradiol ("estradiol") products: ease of monitoring estradiol levels
- Choice of estradiol products:
  - Transdermal patch preferable in patients at increased thrombotic risk (history or aged >45 yr)
  - Injectable products may have a quicker onset but may be associated with cyclical fluctuations in hormones and adverse effects
  - Oral synthetic estrogen (ethinyl estradiol) associated with higher thrombotic risk and is specifically not recommended by Standards of Care, version 8
  - Sublingual oral products: early spike and higher overall serum concentrations; critical to know timing of lab draw and dose
  - Conjugated estrogens work but are not recommended if estradiol products are available

Coleman. Int J Transgend Health. 2022;23:S1. Doll. Endocr Pract. 2022;28:237.
transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

Slide credit: clinicaloptions.com
CCO powered by cea

# Gender-Affirming Hormone Treatment: Estrogen

- Dosing considerations:
  - Estrogen dose usually *higher* than doses given to hypogonadal females (eg, post oophorectomy)
  - Use lowest effective dose to achieve desired effects
  - Monitor estradiol, testosterone levels, *and* therapeutic response
  - Avoid supraphysiologic estradiol levels
  - Re-evaluate/adjust dose following orchiectomy
  - Beware of self-administration of “extra” estrogen

transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

# Gender-Affirming Hormone Treatment: Timing Effects of Estrogen Therapy

| Effect | Average Onset Time, Mo | Average Time to Max Effect, Yr |
|---|---|---|
| Redistributed body fat | 3-6 | 2-5 |
| Decreased muscle mass/strength | 3-6 | 1-2 |
| Softened skin/decreased oiliness | 3-6 | Unknown |
| Decreased libido | 1-3 | Unknown |
| Decreased spontaneous erection | 1-3 | 0.25-0.50 |
| Increased breast growth | 3-6 | 2-5 |
| Decreased testicular volume | 3-6 | Variable |
| Decreased sperm production | Unknown | 2 |
| Decreased body/facial hair growth | 6-12 | >3 |
| Increased scalp hair growth | Variable | Variable |

Coleman. Int J Transgend Health. 2022;23:S1.

Slide credit: clinicaloptions.com

# Gender-Affirming Hormone Treatment: Risks Associated With Estrogen Therapy

### Established Risks

- Venous thromboembolism
- Hyperprolactinemia
- Cholelithiasis
- Liver dysfunction
- Weight gain
- Hypertension
- Migraine
- Fertility impairment

### Possible Risks

- Increased risk of cardiovascular/ cerebrovascular events

### Unknown Risks

- Increased risk of hormone sensitive cancers?
- Insulin resistance?

Hembree. J Clin Endocrinol Metab. 2017;102:3869. transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

Slide credit: clinicaloptions.com

powered by cea

# Gender-Affirming Hormone Treatment: Androgen Suppression With Estrogen Therapy

- Often used in combination with estrogen to:
  - Reduce male secondary sexual characteristics
  - Allow for lower doses of estrogens
- Commonly used agents where evidence supports use:
  - Spironolactone (100-300 mg/day)
  - GnRH agonists (3.75 Q1M or 11.25 Q3M)
  - Cyproterone acetate (25-50 mg/day; unavailable in US)
- Other agents:
  - Finasteride: hair loss (not specifically studied in transgender and gender-diverse people)
  - Progestins: unclear benefit and potential risks (lipid changes, weight gain, depression, clots [controversial])
  - Flutamide: no documented benefit in this population, hepatotoxicity risk (not recommended)

Coleman. Int J Transgend Health. 2022;23:S1. Hembree. J Clin Endocrinol Metab. 2017;102:3869.
Cocchetti. J Clin Med. 2020;9:1609. transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

Slide credit: clinicaloptions.com

powered by cea

# Gender-Affirming Hormone Treatment: Monitoring Those on Estrogen Therapy

- Ongoing monitoring required (every 3 mo during initiation and titration, then every 6-12 mo)
- Physical and mental status exams for effectiveness and adverse effects
- Effects on sexual health: erections, libido, feelings about these changes
- Visual field/vision (prolactinoma)
- Lab testing:
  - Hormone levels (ie, testosterone <50 ng/dL, estradiol not to exceed 100-200 pg/mL)
  - Electrolytes (potassium)
  - Adverse effects (eg, liver enzymes, lipids, prolactin)

Hembree. J Clin Endocrinol Metab. 2017;102:3869. Tirosh. Clin Diabetes Endocrinol. 2015;1:5.

Slide credit: clinicaloptions.com

powered by cea

# Gender-Affirming Hormone Treatment: Health Maintenance Screening for Those on Estrogen Therapy

- Routine health screening and physical exam (blood pressure, weight, diet, exercise, visual fields)
- Routine cancer screening (eg, breast, prostate, testicles); if person has the organ, it needs to be screened
- Less likely to get cancer screenings (increased dysphoria, shame)
- Bone mineral density screening
- Sexual health: HIV, other STIs
- Ongoing mood, suicidality, and substance use assessment

Hembree. J Clin Endocrinol Metab. 2017;102:3869.

Slide credit: clinicaloptions.com

# Gender-Affirming Hormone Treatment: Effects and Limitations of Testosterone Therapy

**Expected Effects (Mo to Yr):**

- Redistributed body fat
- Increased muscle mass
- Increased libido
- Oily skin and acne
- Vaginal atrophy, clitoral hypertrophy
- Cessation of menstruation, fertility impairment
- Increased facial and body hair
- Initial cracking and then deepening of voice

**Limitations:**

- Effects on fertility may be permanent
- Changes to voice and facial/scalp hair are permanent
- May not meet all treatment goals of the individual: realistic expectations

Coleman. Int J Transgend Health. 2022;23:S1. Hembree. J Clin Endocrinol Metab. 2017;102:3869. transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

Slide credit: clinicaloptions.com

powered by cea

# Gender-Affirming Hormone Treatment: Off-Label Testosterone

- Choice of testosterone product:
  - Injectable products: may cause cyclical fluctuations in hormone levels
  - SC injections: frequently used and preferred
  - Transdermal patches: commonly cause skin irritation
  - Transdermal gel/roll-on: risk of secondary exposure, easily mitigated
  - Oral products: not recommended due unpredictable absorption
  - Buccal preparations: less recommended due to taste and poor adhesion

Unger. Transl Androl Urol. 2016;5:877. Mwamba. Neurourol Urodyn. 2023;42:921.
transcare.ucsf.edu/guidelines/feminizing-hormone-therapy. medlineplus.gov/druginfo/meds/a601118.html.

# Gender-Affirming Hormone Treatment: Testosterone

- Dosing considerations:
  - Doses are typically similar to the doses given to those assigned male sex at birth with low testosterone
  - Individualize therapy, routes of administration
  - Use lowest effective dose to achieve desired effects
  - Monitor free testosterone and estradiol levels
  - Avoid supraphysiologic testosterone levels
  - Re-evaluate/adjust dose following gender-affirming surgery

Hembree. J Clin Endocrinol Metab. 2017;102:3869. transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

Slide credit: clinicaloptions.com
CCO powered by cea

# Gender-Affirming Hormone Treatment: Timing Effects of Testosterone Therapy

| Effect | Average Onset Time, Mo | Average Time to Max Effect, Yr |
|---|---|---|
| Increased skin oiliness/acne | 1-6 | 1-2 |
| Increased facial/body hair | 6-12 | >5 |
| Increased scalp hair loss | 6-12 | >5 |
| Increased muscle mass/strength | 6-12 | 2-5 |
| Redistributed body fat | 1-6 | 2-5 |
| Ceased menstruation | 1-6 | 1-2 |
| Clitoral hypertrophy | 1-6 | 1-2 |
| Vaginal atrophy | 1-6 | 1-2 |
| Deepened voice | 1-6 | 1-2 |

# Gender-Affirming Hormone Treatment: Risks Associated With Testosterone Therapy

**Established Risks**

- Erythrocytosis
- Liver dysfunction
- Salt retention
- Weight gain
- Adverse psychological changes
- Lipid changes
- Fertility impairment
- Excessive or cystic acne

**Potential Risks**

- Hormone-sensitive cancers?
- Cardiovascular and metabolic risk (inconsistent findings)

Hembree. J Clin Endocrinol Metab. 2017;102:3869. transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

Slide credit: clinicaloptions.com

# Gender-Affirming Hormone Treatment: Monitoring Those on Testosterone Therapy

- Ongoing monitoring required (every 3 mo during initiation and titration, then every 6-12 mo)
- Physical and mental status exam for effectiveness and adverse effects
- Sexual health monitoring
- Lab testing:
  - Estradiol: <50 pg/mL
  - Testosterone: 320-1000 ng/dL
  - Some measure sex-specific, nonhormone hemoglobulin if unexpected clinical results
- Adverse effects monitoring (eg, blood, liver enzymes, lipids)
  - Polycythemia, metabolic syndrome, hyperlipidemia, liver dysfunction

Hembree. J Clin Endocrinol Metab. 2017;102:3869. transcare.ucsf.edu/guidelines/feminizing-hormone-therapy.

Slide credit: clinicaloptions.com

# Gender-Affirming Hormone Treatment: Progestins With Testosterone Therapy

- Sometimes used to facilitate menstrual cessation if testosterone alone is ineffective
- Short-term (<6 mo)
- Depot medroxyprogesterone acetate provides contraception benefit
- Oral medroxyprogesterone in varying regimens may be used
- 90% achieve therapeutic goals *without* progestins
- Adverse effects: lipid changes, weight gain, depression

Pappas. J Clin Endocrinol Metab. 2021;106:e1290. Alaniz. J Pediatr Adolesc Gynecol. 2023;36:116.
Medroxyprogesterone acetate PI. Coleman. Int J Transgend Health. 2022;23:S1.

Slide credit: clinicaloptions.com
powered by cea

# Gender-Affirming Hormone Treatment: Health Maintenance Screening for Those on Testosterone Therapy

- Routine health screening and physical exam (blood pressure, weight, diet, exercise, liver)
- Routine cancer screening (eg, breast, prostate, testicles); if person has the organ, it needs to be screened
- Less likely to get cancer screenings (increased dysphoria, shame)
- Bone mineral density screening
- Sexual health: HIV, other STIs
- Ongoing mood, suicidality, and substance use assessment

Hembree. J Clin Endocrinol Metab. 2017;102:3869.

Slide credit: clinicaloptions.com

# Addressing Mental Health Side Effects of Gender-Affirming Hormone Treatment

- **Frustration over "slow" pace of transition**
  - Many want immediate change
  - Physical changes can take longer than psychiatric
  - Check dose, levels, titrate up as appropriate
  - Reassurance that time is needed
  - Generally, more is not better
- **Treatment-induced emotional lability:**
  - Common after initiation; reassurance
  - May include difficulty controlling anger with testosterone
  - May include mood swings/emotional imbalance with estrogen
  - If clinically significant, check levels, method of administration
  - Benefits of psychotherapy during transition

Coleman. Int J Transgend Health. 2022;23:S1. Doyle. Nat Hum Bahav. 2023;7:1320.

Slide credit: clinicaloptions.com

# Gender-Affirming Hormone Treatment in Nonbinary Persons

- May or may not have diagnosis of gender dysphoria, presence of clinical symptoms, "marked and sustained"
- Insurance coverage may require diagnosis of gender dysphoria
- May request small(er) doses of hormone treatment: defeminizing vs demasculinizing
- Treatment requests may change over time, may have fluidity
- Need to be aware of irreversible/less reversible effects of hormone treatment
- "Individualized and flexible interventions during a gender-affirming path"
- Controversial treatment for many clinicians, with no standardized protocols
- Lack of data on efficacy and safety in this population

Coleman. Int J Transgend Health. 2022;23:S1. Cocchetti. J Clin Med. 2020;9:1609.

Slide credit: clinicaloptions.com
powered by cea

# Puberty Blockers in Adolescents

- 20+ yr history of use: Dutch model, data/follow-up of 70 adolescents
- Limited to adolescents at start of puberty or later (≥Tanner Stage II)
- *Not* for prepubertal children per standards of care (no medication for children with gender incongruence)
- GnRH agents alone (without gender-affirming hormone treatment), initial treatment
- Prevents secondary sexual characteristics at early stages of puberty to allow for counseling/therapy: buys time to help determine gender identity
- Reversible treatment if discontinued
- Having had the treatment *is not* reversible (social, school, effects)
- In British and Amsterdam cohorts, 98% of adolescents on puberty blockers continued on to gender-affirming hormone treatment
- Parental consent, patient consent, well-documented evaluation(s)
- Politicians in some states are imposing treatment bans

Biggs. J Sex Marital Ther. 2023;49:348. Coleman. Int J Transgend Health. 2022;23:S1. Chew. Pediatrics. 2018;141:e20173742.
Costa. J Sex Med. 2015;12:2206. van der Loos. Lancet Child Adolesc Health. 2022;6:869. Carmichael. PLoS One. 2021;16:e0243894.

Slide credit: clinicaloptions.com

CCO powered by cea

# Summary

- Gender dysphoria is an uncommon but increasingly visible condition
- Not all transgender or gender diverse people have gender dysphoria
- Not all with gender dysphoria consider themselves to be transgender
- Suicidality, HIV infection, depression, substance use disorders are common
- This community faces many barriers in obtaining competent healthcare
- Treatment is multidisciplinary, ideally
- Standards of care continue to evolve, particularly for adolescents/children
- All gender-affirming hormone treatments are used off-label
- Treatment access for both adolescents and adults is under siege across US

Slide credit: clinicaloptions.com

# Go Online for More CCO Psychiatry Coverage!

**ClinicalThought commentaries** with multidisciplinary perspectives

**Additional downloadable slidesets** on psychiatric updates with expert faculty commentary on key studies

clinicaloptions.com

CCO

powered by cea