**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Case No. 1:25-cv-240-ACR

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion *in Limine* to Exclude Certain Statements Outside the Policy's Operative Terms to Determine the Basis on Which the Policy Classifies (Dkt. 171) and Defendants' Motion in Limine to Exclude Certain Statements to Prove Animus (Dkt. 172) and Plaintiffs' Opposition thereto, it is hereby **ORDERED** that Defendants' Motions are **DENIED**.

**SO ORDERED.**

DATED: ____________________

____________________________________
Hon. Ana C. Reyes
United States District Judge