# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

___________________________
:
NICOLAS TALBOTT et al., :
individually and on behalf:
of all similarly situated :
individuals, :
:
Plaintiffs, : Civil Action No.
: 25-cv-240-ACR
v. :
:
UNITED STATES et al., :
:
Defendants. :
___________________________:

Tuesday, October 20, 2026

Video deposition of LIEUTENANT GENERAL WILLIAM JOHN DEGOES, taken at the Law Offices of O'Melveny & Myers LLP, 1625 Eye Street NW, Washington, DC, beginning at 9:28 a.m., Eastern Standard Time, before Ryan K. Black, Registered Professional Reporter, Certified Livenote Reporter and Notary Public in and for the District of Columbia

15?

THE REPORTER: Yes.

MR. DEREWICZ: Thank you.

THE WITNESS: Thank you.

THE REPORTER: You're welcome.

BY MR. DEREWICZ:

Q. Lieutenant General DeGoes, please take your -- take your time to read the document if you would like to, and let us know when you're ready.

A. Sure.

(Reviews document.)

Q. Are you ready? Great.

Are you familiar with Executive Order 14183 titled Prioritizing Military Excellence and Readiness?

MR. BOMBARD: Objection. Outside the scope of the disclosure.

THE WITNESS: I have it right here.

BY MR. DEREWICZ:

Q. Were you familiar with it before you read it today?

MR. BOMBARD: Same objection.

THE WITNESS: I had seen it before.

BY MR. DEREWICZ:

Q. Okay. Now that you've read it, do you disagree with any of the statements in this executive order?

MR. BOMBARD: Objection. Outside the scope of the disclosure.

THE WITNESS: Do I answer the question?

MR. BOMBARD: General, you may answer the question.

THE WITNESS: Okay.

I -- I agree with the intent of the policy that people who are mentally and physically fit for duty should -- that's what we need for defending our nation.

BY MR. DEREWICZ:

Q. So you believe that people who are mentally and physically fit for duty should be allowed to be in the military?

A. Yes. If they meet all -- you know, all of the standards.

Q. Okay. I asked you whether you disagree with any of the statements in this executive order. Do you?

MR. BOMBARD: Objection. Outside the scope of the disclosure. Vague.

THE WITNESS: There are -- there are

some statements in it that aren't -- you know, are not medical facts that -- or readiness facts that pertain to a medical military risk-based decision.

BY MR. DEREWICZ:

Q. And what are those statements?

MR. BOMBARD: Objection. Outside the scope of the disclosure.

THE WITNESS: You know, there -- there are several: Honorable, truthful, discipline, lifestyle, even in one's personal life, is irrespective of one's gender identity, in my opinion. We have honorable people that are cisgender and -- and honorable people that are transgender, or gender dysphoric, and dishonorable people in both of those same categories.

BY MR. DEREWICZ:

Q. Okay. So are you referring to the statement here that says, "Adoption of a gender identity inconsistent with an individual's sex conflicts with a soldier's commitment to an honorable, truthful and disciplined lifestyle"?

A. Yes, I am.

Q. If you go up a paragraph, it says,

"Recently, however, the armed forces have been afflicted with radical gender ideology to appease activists." Do you agree with that statement?

MR. BOMBARD: Objection. Outside the scope.

THE WITNESS: I have not seen it in my organization.

BY MR. DEREWICZ:

Q. So do you -- does that mean that you disagree with that statement from -- in your personal experience?

MR. BOMBARD: Objection. Outside the scope. Asked and answered.

THE WITNESS: It -- it means I have not seen it in my part of the armed forces.

BY MR. DEREWICZ:

Q. So as surgeon general of the Air Force, you did not see that the armed forces were afflicted with radical gender ideology to appease activists?

MR. BOMBARD: Objection. Outside the scope of the disclosure. Asked and answered.

You may answer.

THE WITNESS: I did not.

C E R T I F I C A T E

I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS my hand and official seal this 4th day of November, 2026.

Notary Public