# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLAS TALBOTT, et al., )
individually, and on behalf of )
all similarly situated individuals,)
Plaintiffs, )
vs. ) No. 25-cv-240-ACR
UNITED STATES, et al., )
Defendants. )
_____________________________________)

VIDEO DEPOSITION OF CAPTAIN PETER ROBERTS, M.D.
OCTOBER 29, 2026

Reported by: Rosalie A. Kramm, CSR No. 5469, RPR, CRR

Q. Do you know who the Plaintiffs are?
A. I do not.
Q. Do you understand that the Plaintiffs are challenging the legality of Executive Order 14183 issued by President Trump on January 27th, 2025?
A. To that degree, that broad degree, yes.
Q. Are you familiar with Executive Order 14183?
MR. BOMBARD: Objection. Scope.
THE WITNESS: If -- if you have it to review, I could look at it, but from the way you describe it, I have read it.
MS. NIU: Okay. We can look at it together. This is Exhibit 90.
(Exhibit 90 was marked for identification.)
THE REPORTER: Exhibit 90.
THE WITNESS: Could I get a napkin for my drink? I'm afraid that water condensation is going to get on the paper.
MS. SMELLING: Absolutely.
THE WITNESS: Thank you.
BY MS. NIU:
Q. Please take your time to review, and let me know when you're ready.
Do you disagree with any of the statements in the Executive Order?

MR. BOMBARD: Objection. Scope.

THE WITNESS: Is there a specific statement that you're referring to?

BY MS. NIU:

Q. Just generally.

MR. BOMBARD: Objection. Scope.

THE WITNESS: It's -- I certainly agree with the clear mission of the United States Military to protect the American people and homeland as the world's most lethal and effective fighting force.

Let me find the area.

I think the paragraph one, two, three -- four where it talks, essentially, people with gender identity issues are not truthful or honorable, the experience I've had with patients is that they can be honorable. I think from their perspective, they're being truthful. But it's a person who doesn't have gender dysphoria that may view them as not being truthful, but I don't -- I don't believe that's what they hold to be true.

BY MS. NIU:

Q. Okay. And what about in the rest of the document?

MR. BOMBARD: Objection. Scope.

THE WITNESS: Probably easier if I just go from there by paragraph.

BY MS. NIU:

Q. Sure.

A. The next paragraph: For the sake of the Nation, Americans who volunteer must be mentally and physically fit for duty. We must have high mental and physical health standards to ensure our military can deploy, fight, and win.

I believe -- certainly believe that statement "including in austere conditions without the benefit of routine medical treatment," I think that's particularly germane to my position in that there are a host of conditions that in the comfort of San Diego or some other garrison location, or even in another country where there is extensive medical healthcare, a variety of conditions can be treated.

But we need to be able to deploy, really, at any moment to go to any location, including those locations that would be described as austere, and we discussed those earlier.

You may not have the benefit of routine medical treatment or special provisions of a number of diagnoses, and so we need to consider not only the individual, but also the mission itself. And so I believe I support that paragraph.

We do have to establish high standards.

REPORTER'S CERTIFICATE

I, Rosalie A. Kramm, Certified Shorthand Reporter for the State of California, do hereby certify:

That the witness named in the foregoing deposition was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and were transcribed through computerized transcription by me; that the foregoing is a true record of the testimony and proceedings taken at that time; and that I am not interested in the event of the action.

Witness my hand dated November 1, 2026.



ROSALIE A. KRAMM
CSR 5469, RPR, CRR