**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al.*,

*Plaintiffs,*

v.

UNITED STATES *et al.*,

*Defendants.*

Case No. 1:25-cv-240-ACR

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion *in Limine* to Prohibit Questioning Civil Servants and Military Officials about Their Personal Views Regarding the Policy (Dkt. 173) and Plaintiffs' Opposition thereto, it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

**SO ORDERED.**

DATED: ____________________

_______________________________________
Hon. Ana C. Reyes
United States District Judge