UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

NICOLAS TALBOTT et al.,

individually and on behalf of

all similarly situated individuals,

Plaintiff,

-vs- Case No. 25-cv-240-ACR

UNITED STATES et al.,,

Defendant.

---

VIDEO-RECORDED DEPOSITION OF
CAROLYN A. SALTER, M.D.
9:36 a.m. to 2:51 p.m.
October 12, 2026

Job No. 8491856
REPORTED BY: Rhonda D. Tuck, RPR, CRR (Via Zoom)

A. So kind of regarding the poor health outcomes, these patients will often have a lot of healthcare-related anxiety and so may be less likely to seek medical care. I believe that there's higher -- across the board, I think they're more at risk for being below the poverty line and even being homeless, I think.

Q. Is your testimony about being less likely to seek medical care based on specific data?

A. I believe there is data from the VA that references that. Again, I can't speak off the top of my head, but certainly I have read articles talking about their healthcare-related anxiety.

Q. You can't name those off the top of your head?

A. No.

Q. Okay. I just have to check.

ATTORNEY KANNAN: All right. Let's go off the record and take a 15-minute break.

THE VIDEOGRAPHER: The time is 1:46 p.m. This ends Unit 3. Off the record.

(Break in proceedings.)

THE VIDEOGRAPHER: The time is

2:05 p.m. This begins Unit Number 4. We're on the record.

BY ATTORNEY KANNAN

Q. Dr. Salter, did you talk about the substance of your testimony on the break?

A. No.

ATTORNEY KANNAN: Okay. Those are actually all my questions. So we will hold the deposition open on the basis of the improper objection not to answer based on privilege.

Thank you for your time.

ATTORNEY LITTMAN: Thank you. And defendants have some questions.

E X A M I N A T I O N

BY ATTORNEY LITTMAN

Q. Dr. Salter, in your expert opinion, can gender dysphoria resolve?

A. I think that, as with many chronic conditions, gender dysphoria can be managed, but I think it is not something that can be resolved, and the literature really shows sustained dysphoria and mental health comorbidities after treatment.

Q. And would you say -- what do you
think -- can gender dysphoria be fully cured?
ATTORNEY KANNAN: Objection.
THE WITNESS: I don't think it can be fully cured. I think it's just you're managing symptoms with treatments.
BY ATTORNEY LITTMAN
Q. Do you have an opinion on the potential of recurrence of gender dysphoria in a service member?
ATTORNEY KANNAN: Objection.
THE WITNESS: I think if they were unable to access their treatments, that certainly the dysphoria could recur. So, for example, if it's managed with the help of behavioral health counseling or hormones, that those conditions could exacerbate if they did not have that care.
BY ATTORNEY LITTMAN
Q. Is there a risk of somebody even that is receiving hormones or certain treatments, for the comorbidities of gender dysphoria to increase when in deployed environments?
ATTORNEY KANNAN: Objection. Beyond the scope of the disclosure.

absolutely needs it, you would typically give them the lowest possible dose for the lowest amount of time.

As urologists, we don't typically give systemic hormone replacement therapy for post-menopausal women, but we'll offer topical vaginal estrogen, and even that, despite the fact it's very low dose, with almost negligible systemic absorption, it can be very controversial, and often we'll have to engage in a dialogue with hematology, because they're concerned about the risks even with low-dose, topical estrogen.

ATTORNEY LITTMAN: Okay. Can we go off the record for a minute.

THE VIDEOGRAPHER: The time is 2:27 p.m. We are off the record.

(Break in proceedings.)

THE VIDEOGRAPHER: The time is 2:41 p.m. We're on the record.

BY ATTORNEY LITTMAN

Q. All right, Dr. Salter. I think we're getting close to the end here.

Earlier today, you testified about certain data that you came across, and can you tell me with respect to the data, as a medical

professional, did you draw any conclusions in your professional judgment based on the data that you reviewed?

ATTORNEY KANNAN: Objection. Beyond the scope of the disclosure.

THE WITNESS: Yes. I drew the conclusion that patients with gender dysphoria have high rates of psychiatric comorbidities, like depression, suicidality, anxiety, PTSD.

BY ATTORNEY LITTMAN

Q. And did you draw any conclusions about how those comorbidities could impact somebody's military service and deployability?

ATTORNEY KANNAN: Objection. Beyond the scope of the disclosure.

THE WITNESS: So I certainly think that having psychiatric comorbidities could make it difficult to perform your abilities stateside and then certainly in a deployment setting.

BY ATTORNEY LITTMAN

Q. And based on that data, do you reach any conclusions in your professional judgment about the vulnerability of the gender dysphoria

patient population?
ATTORNEY KANNAN: Objection. Beyond the scope of the disclosure.
THE WITNESS: I do think that this is a very vulnerable population that requires special care.
BY ATTORNEY LITTMAN
Q. When you say "think that," is that based on your medical and professional judgment?
ATTORNEY KANNAN: The same objection.
THE WITNESS: It is based on published literature as well as my own experiences in treating these patients.
BY ATTORNEY LITTMAN
Q. And based on this data, your experience, and your training, did you reach any conclusions about the overall care that is required for individuals with gender dysphoria?
ATTORNEY KANNAN: Objection. Beyond the scope of the disclosure.
THE WITNESS: I do believe that these patients require a high level of specialized medical care, and I feel that for the most part, particularly when it comes to surgery, we lack the expertise to perform surgeries