IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**************************************************

NICHOLAS TALBOTT, et al., )
individually and on behalf of)
all similarly situated ) Case No. 1:25-cv-240
individuals, ) (ACR)
Plaintiffs, )
-vs- )
UNITED STATES OF AMERICA, et )
al, )
Defendants. )

**************************************************

VIDEOTAPED DEPOSITION OF

LIEUTENANT COMMANDER MARTIN BAYER, USN

9:36 AM to 4:47 PM

October 29, 2026

1625 Eye Street, NW

Washington, DC 20006

Job No. PA 8534254

REPORTED BY: Lisa Reinicke, Court Reporter
Robert Leonard, Videographer

Q. Uh-huh.
Is there any reason why an individual with gender dysphoria may be categorically excluded from sea duty screening clearance?
MS. LAYENDECKER: Objection, calls for speculation.
A. So someone who is experiencing gender dysphoria, the clinician treating them is likely aware of the -- the relative increase in baseline risk for pretty much every mental health condition as a comorbidity; suicidal thoughts, self-harm behaviors, suicidal behavior.
And so knowing that, you know, a person with gender dysphoria, as a -- as a member of that group of potential patient population in theory has this elevated risk for all of these -- these conditions, which each one individually would be serious cause for concern in a deployed environment. You know, suicidal thoughts being the most common of them. That's a serious problem in a deployed environment, and generally one which could precipitate medical evacuation from theater.
So, you know, as a -- as a just because gender dysphoria therefore disqualified, no. But perhaps because gender dysphoria and associated general risk factors that are known and individual factors from this

person, not fit for -- not fit for sea.
BY MS. XIE:
Q. How does that analysis change if the individual previously had gender dysphoria but is not currently dysphoric?
MS. LAYENDECKER: Again calls for speculation.
You can answer.
A. So a sort of medical truism that I learned in medical school, and just generally born out in my life experience as a physician, is that a history of X-medical condition is the greatest risk factor for the occurrence of X-medical condition in the future.
BY MS. XIE:
Q. Uh-huh.
A. Therefore if someone had a history of gender dysphoria but now it does not warrant that diagnosis for some reason, they would be at a substantially elevated risk for recurrence of that condition. Quantifying that exactly, that would be mere speculation.
Q. Would having that elevated risk be enough to disqualify someone from sea duty screening clearance?
A. It would be a factor considered in the process, yeah.
Q. Okay. So not enough alone, but could be considered as part of the overall assessment of that