IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------

NICOLAS TALBOTT, et.al.,
Plaintiffs,
v. Civ. A. No. 25-240 (ACR)
UNITED STATES, et al.,
Defendants.

-------------------------------

ZOOM VIDEO DEPOSITION
Taken on behalf of the Defendants of
YVETTE KAREN WOOD BOURCICOT, J.D.
Washington, D.C.
October 26, 2026
9:18 a.m.

Reported by: Audra M. Smith, RPR, CRR, FCRR
Video by: Orson Braithwaite
Job No. CS8533400

Carter Policy. So as far as my opinions are concerned, I refer counsel to my report at Exhibit 40.

BY MR. CRABB:

Q Okay. Move to strike as nonresponsive.

Turn to the next page, page 286, we discussed earlier some comorbidities, or at least your understanding of them, associated with gender dysphoria.

Here at the top of page 286, you wrote: Gender dysphoria is often comorbid with depression, anxiety, compulsivity, behavior disorders, personality disorders, and tendencies towards self harm and suicide, among other issues, which need to be addressed in conjunction with specific treatment for gender dysphoria.

Did I read that correctly?

A That is a correct transcript of my article.

Q Anything about that statement that you believe is no longer true today?

A I would note, for the record, that sentence, that passage is immediately annotated

as a footnote and refers back to a reference to -- that is footnote 7. It refers to the Diagnostic and Statistical Manual of Mental Disorders, which is a -- which is the clinical manual, and the standards of care for the health of the transsexual, nonconforming people, Version 7, which is also known as the World Professional Association for Transgender Health, Standards of Care. I mention that to note my reliance on the clinical literature at the time, and not as a clinician myself.

Q Do you have any reason to dispute the list of comorbidities that are associated with gender dysphoria that you drew from the DSM-V?

A I don't dispute it as I'm not a clinician. I note that it is a citation to the clinical literature in my submission to a scholarly journal.

Q To your knowledge, has the DSM-V been superseded by any new edition?

A It has not.

Q Returning to page 286, the last sentence of that first paragraph, you wrote: Relevant here institutionalization may exacerbate the mental conditions of individuals