LGBT Health
Volume 3, Number 2, 2016
© Mary Ann Liebert, Inc.
DOI: 10.1089/lgbt.2015.0058

EXHIBIT
tabbies
6

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

# Mental Health and Medical Health Disparities in 5135 Transgender Veterans Receiving Healthcare in the Veterans Health Administration: A Case–Control Study

George R. Brown, MD,[1,2] and Kenneth T. Jones, PhD[3]

**Abstract**

***Purpose:*** There are no large controlled studies of health disparities in transgender (TG) or gender dysphoric patients. The Veterans Health Administration (VHA) is the largest healthcare system in the United States and was an early adopter of electronic health records. We sought to determine whether medical and/or mental health disparities exist in VHA for clinically diagnosed TG veterans compared to matched veterans without a clinical diagnosis consistent with TG status.
***Methods:*** Using four ICD-9-CM codes consistent with TG identification, a cohort of 5135 TG veterans treated in VHA between 1996 and 2013 was identified. Veterans without one of these diagnoses were matched 1:3 in a case–control design to determine if medical and/or mental health disparities exist in the TG veteran population.
***Results:*** In 2013, the prevalence of TG veterans with a qualifying clinical diagnosis was 58/100,000 patients. Statistically significant disparities were present in the TG cohort for all 10 mental health conditions examined, including depression, suicidality, serious mental illnesses, and post-traumatic stress disorder. TG Veterans were more likely to have been homeless, to have reported sexual trauma while on active duty, and to have been incarcerated. Significant disparities in the prevalence of medical diagnoses for TG veterans were also detected for 16/17 diagnoses examined, with HIV disease representing the largest disparity between groups.
***Conclusion:*** This is the first study to examine a large cohort of clinically diagnosed TG patients for psychiatric and medical health outcome disparities using longitudinal, retrospective medical chart data with a matched control group. TG veterans were found to have global disparities in psychiatric and medical diagnoses compared to matched non-TG veterans. These findings have significant implications for policy, healthcare screening, and service delivery in VHA and potentially other healthcare systems.

**Key words:** disparity, gender dysphoria, military, transgender, veteran.

## Introduction

TRANSGENDER (TG) PERSONS HAVE a long history of serving their country in the Armed Forces of the United States.[1] Reports of birth sex female enlistees serving as male combatants or as medics in the American Civil War are well substantiated.[2] However, little has been published on TG persons who have served in the modern armed forces[3,4] and who enroll for care in the Veterans Health Administration (VHA). Brown[1] first reported on a small series of veterans and active duty service members who were treated for gender identity disorder (GID). Since 1988, the largest descriptive study of demographics and psychiatric comorbidities in TG veterans was limited to 70 veterans.[5]

Research about TG persons and their healthcare concerns or outcomes in the United States has been limited to sources outside of healthcare systems, including Internet-based surveys,[6] convenience samples,[7] or small studies utilizing focus group methodologies.[8] Larger scale studies of TG persons' health have been limited to European countries with centralized gender clinics and a single-payer model of health insurance, enabling capture of national data.[9–11] These uncontrolled descriptive studies suggest high rates of mental illnesses, including substance use disorders. The largest retrospective study

[1]Psychiatry Service, Mountain Home Veterans Affairs Medical Center, Johnson City, Tennessee.
[2]Department of Psychiatry and Behavioral Sciences, Quillen College of Medicine, East Tennessee State University, Johnson City, Tennessee.
[3]Office of Health Equity, Veterans Health Administration, Washington, District of Columbia.

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

completed on disparities in veterans with GID or GID not otherwise specified (NOS) was that of Blosnich et al.[12] Although no matched control group was utilized, the findings suggested that the rate of suicide-related events among GID/GID NOS-diagnosed veterans was 20 times higher than for the general VHA population.

It should be noted that the diagnoses of GID and GID NOS have been replaced in DSM-5 with gender dysphoria and other specified/unspecified gender dysphoria. Medical illnesses, such as HIV disease and tobacco-related illnesses, have also been shown to disproportionately affect TG persons in the general population.[13] In addition to suicide and an earlier age at death in TG veterans compared to controls, there are also disparities in the ranking of other causes of death for TG veterans compared to the general population, with deaths due to infection and the digestive system ranking higher.[14]

The Obama administration has made improving healthcare access for the LGBT community a top national priority in the United States.[15] VHA has undertaken several initiatives to address the healthcare needs of TG veterans. The substantial clinical and educational efforts undertaken by VHA to address the healthcare needs of TG veterans are detailed elsewhere.[16] VHA Directives published in 2011[17] and 2013[18] reversed prior prohibitions against providing many TG health services and instructed all VHA facilities to provide nearly a full range of TG healthcare services to intersex and TG veterans. In the absence of systematic gender identity data collection for veterans or for those serving in the armed forces, it remains unknown how many veterans would self-identify as TG and take advantage of this access to care.

As part of a comprehensive research program undertaken by the Office of Health Equity in VHA to assess health disparities among TG veterans, we examined existing VHA data to estimate the size of the population enrolled in VHA who are entitled to these new services and the prevalence of psychiatric and medical conditions to determine if health and health outcome disparities exist in this population. Furthermore, we addressed the prevalence of these conditions in this TG group compared to matched veterans without a clinical diagnosis associated with TG status as defined below.

## Methods

### *Participants*

VHA provides services to millions of veterans each year at over 1700 facilities divided into 21 geographic regions (Veterans Integrated Service Networks [VISNs]) across the United States and its territories. We identified all veterans meeting the study's definition of TG between 1996 and 2013 from the National Patient Care Database (NPCD) by VHA. The NPCD is the central database by VHA for health data. Facilities also track invoices for non-VHA care provided to veterans for services unavailable at local facilities and these extracts are available in the electronic health record (EHR). A TG veteran was defined as any patient with at least one instance of any of the following: International Classification of Diseases, Ninth Revision, Clinical Modification codes (ICD-9-CM)[19] listed in the EHR: 302.3 (transvestic fetishism [TF]), 302.5x (transsexualism), 302.6 (GID NOS), or 302.85 (GID in adolescents or adults).

The current diagnoses of gender dysphoria and other specified/unspecified gender dysphoria were not in use for the entire study period in VHA. We are limited to the four diagnoses listed above, and these determine the group "transgender veterans" even though we are aware of the categorical limitations imposed. Three non-TG controls having encounters during the study period were randomly matched to a single TG case based on gender, race, birth year, and the VISN, where most of the patient's encounters occurred.

### *Procedure*

We merged patient encounter data with sociodemographic data from various sources using patient identifiers for cases and controls. Demographics, service characteristics, and enrollment data were supplemented with data from the Corporate Data Warehouse, the Health Eligibility Center Enrollment Files, and the Vital Status Files by VHA, which contain information regarding veteran status, date of birth, date of death, and gender from multiple sources, including Medicare records and the Social Security Administration. Data from the VHA Planning System Support Group were used to classify patient's residential area as urban or rural. Details on these data sources are described elsewhere.[20–25] The study protocol was approved by the East Tennessee State University/Mountain Home VA Institutional Review Board, and all applicable regulations regarding the protection of health information were followed.

### *Measures*

VHA does not currently collect gender identity data on veterans. VHA does record patient "gender," which is currently used interchangeably with "sex," and policies exist that allow patients to update their gender (e.g., in the case of sexual reassignment surgeries). As such, accurately determining birth sex in patient records was not possible. Determining the number of patients who have had sex reassignment surgery, for example, is not possible, as these procedures are not part of the benefits provided, or paid for, by VHA. Therefore, designation of patients as "male" or "female" is based on the recording of "sex" during the enrollment process to enter the VHA system of healthcare or based on changes to this "sex" marker by patients who present appropriate documentation (which does not require sex reassignment surgery) to have this marker changed.

Recording of race and ethnicity data is optional during enrollment. As such, race was assigned as found in the EHR. Patients who had Hispanic listed as either their race or ethnicity, regardless of any other listed race, were classified as Hispanic. Patients who only had American Indian, Asian, Black, Native Hawaiian, or White listed were classified as that race. Patients with more than one race were classified as having "multiple races." Patients who did not have ethnicity or race designated were classified as unknown/missing. American Indian, Asian, Native Hawaiian, or multiple races were grouped together for the purposes of matching. Current marital status was dichotomized and based on information in the EHR. Patients who had more than one status or whose last entry was divorced, separated, or single were listed as not currently married.

A patient was determined to have religious or spiritual involvement if the EHR contained a nonmissing entry other than atheist. The last recorded enrollment priority group was assessed. The following military service eras were examined: World War II, Korean Conflict, Vietnam

era, and Gulf War (all who served between August 2, 1990 and present). Finally, a flag for deceased was created for patients who had a date of death listed.

Several structural issues known to be associated with health disparities were assessed.[26–30] Rural patients had a zip code corresponding to a rural area. An indicator variable was created for additional insurance besides VHA. Veterans with a history of homelessness were those who had an ICD-9-CM diagnosis of V60.0 (lack of housing) or received services designated for homeless patients. Veterans with a history of incarceration were those who had received services for incarcerated, or justice-involved, veterans. While income and education level are not collected universally for enrollees, some veteran's priority groups are indicative of low income.

Indicator variables were created to determine whether a patient had a service-connected disability (SCD), was a combat veteran, or had reported military sexual trauma (MST). A listing of all ICD-9-CM codes used to define illnesses included in these analyses is available in Supplementary Appendix A (Supplementary Data is available online at www.liebertpub.com/lgbt). Patients were classified as having the condition if the relevant diagnostic code was present in the EHR at least once.

### *Data analysis*

Annual incidence and prevalence estimates of TG veterans were calculated similar to the approach of Blosnich et al.[12] However, the "risk-pool" of veterans only included living veterans. In other words, TG veterans were analyzed for years up until their death. Mantel–Haenszel chi-square tests were used to compare differences in cases and controls. Conditional odds ratios (OR) were used to assess whether TG status is associated with social determinants, service-related characteristics, and various psychiatric and medical diagnoses (see Supplementary Appendix A for a list of diagnostic

Table 1. Gender Identity-Related Diagnoses for Transgender Veterans ($N$=5135) Seeking Veterans Health Administration Care, FY13 and Earlier

| *ICD-9 diagnostic code* | n | % |
|---|---|---|
| 1 DX | | |
| Transvestic fetishism (302.3) | 247 | 4.81 |
| Transsexualism (302.5x) | 722 | 14.06 |
| Gender identity disorder NOS (302.6) | 505 | 9.83 |
| Gender identity disorder (302.85) | 1501 | 29.23 |
| 2 DX | | |
| 302.3 and 302.5x | 17 | 0.33 |
| 302.3 and 302.6 | 17 | 0.33 |
| 302.3 and 302.85 | 68 | 1.32 |
| 302.5x and 302.6 | 104 | 2.03 |
| 302.5x and 302.85 | 559 | 10.89 |
| 302.6 and 302.85 | 643 | 12.52 |
| 3 DX | | |
| 302.3, 302.5x and 302.6 | 5 | 0.10 |
| 302.3, 302.5x and 302.85 | 30 | 0.58 |
| 302.3, 302.6 and 302.85 | 44 | 0.86 |
| 302.5x, 302.6 and 302.85 | 637 | 12.41 |
| All 4 | 36 | 0.70 |

DX, diagnosis; FY, fiscal year (October 1–September 30); NOS, not otherwise specified.

Table 2. Case–Control Characteristics of Transgender and Nontransgender Veterans Seeking Veterans Health Administration Care, 1996–2013

| *Characteristic* | *Transgender* (N=*5135*) n | *Nontransgender* (N=*15,405*) n | % |
|---|---|---|---|
| Gender | | | |
| Female | 1578 | 4734 | 30.73 |
| Male | 3557 | 10,671 | 69.27 |
| Race | | | |
| Hispanic/Latino | 184 | 552 | 3.58 |
| Non-Hispanic American Indian only[a] | 42 | 167 | 1.02 |
| Non-Hispanic Asian only[a] | 25 | 169 | 0.94 |
| Non-Hispanic Black only | 387 | 1161 | 7.54 |
| Non-Hispanic Native Hawaiian only[a] | 23 | 116 | 0.68 |
| Non-Hispanic White only | 4120 | 12,360 | 80.23 |
| Multiple races[a] | 131 | 211 | 1.67 |
| Missing | 223 | 669 | 4.34 |
| Birth year | | | |
| 1913–1922 | 55 | 165 | 1.07 |
| 1923–1932 | 126 | 378 | 2.45 |
| 1933–1942 | 391 | 1173 | 7.61 |
| 1943–1952 | 1733 | 5199 | 33.75 |
| 1953–1962 | 1419 | 4257 | 27.63 |
| 1963–1972 | 672 | 2016 | 13.09 |
| 1973–1982 | 442 | 1326 | 8.61 |
| 1983 or later | 297 | 891 | 5.78 |
| VISN | | | |
| 1 | 351 | 1053 | 6.84 |
| 2 | 142 | 426 | 2.77 |
| 3 | 82 | 246 | 1.60 |
| 4 | 150 | 450 | 2.92 |
| 5 | 80 | 240 | 1.56 |
| 6 | 174 | 522 | 3.39 |
| 7 | 130 | 390 | 2.53 |
| 8 | 348 | 1044 | 6.78 |
| 9 | 207 | 621 | 4.03 |
| 10 | 202 | 606 | 3.93 |
| 11 | 222 | 666 | 4.32 |
| 12 | 244 | 732 | 4.75 |
| 15 | 167 | 501 | 3.25 |
| 16 | 311 | 933 | 6.06 |
| 17 | 184 | 552 | 3.58 |
| 18 | 355 | 1065 | 6.91 |
| 19 | 240 | 720 | 4.67 |
| 20 | 495 | 1485 | 9.64 |
| 21 | 383 | 1149 | 7.46 |
| 22 | 384 | 1152 | 7.48 |
| 23 | 284 | 852 | 5.53 |

Female/Male: accurate determination of birth sex is not possible, as gender identity data are not collected and "sex" can be changed in VHA records by submitting an application and supporting documentation from a physician.

[a]Non-Hispanic veterans identifying with the following racial/ethnic groups were classified together for the purposes of matching: American Indian, Asian, Native Hawaiian, or multiple races. These veterans together represented 4% of the entire sample.

VHA, Veterans Health Administration; VISN, Veterans Integrated Service Network.

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

codes). A 95% confidence interval (CI) is reported for each OR. Models were adjusted to control for significant demographic differences at $P < 0.05$. For these models, marital status and religious affiliation were entered as dichotomous variables.

Priority group was entered as a four-level variable corresponding to the following levels: 50% or more SCD, catastrophically disabled, very low income, and all other levels combined (<50% SCD, copay required for services, other military-related disability, not prioritized, or unknown) as the reference group. Variance inflation factors and tolerance diagnostics were conducted to assess multicollinearity. Only the main effect of TG identity status is reported and discussed in the models. All data were analyzed using SAS Enterprise Guide 5.1 (Cary, NC). We conducted all disparity analyses with and without the inclusion of the TF diagnosed patients, as it is possible that some patients diagnosed only with TF and not with an additional diagnosis consistent with gender dysphoria/GID may not identify as TG.

## Results

Between 1996 and 2013, 5135 veterans had ≥1 of the four diagnostic codes and were matched 1:3 to veterans without these codes ($N = 15{,}405$). Ninety-five percent of TG veterans received a diagnosis of transsexualism or GID (Table 1). The prevalence of TG veterans as of September 30, 2013 was 58/100,000 patients.

The average age of the sample was 55.8 years (SD = 13.5). The majority was classified as male (70%) and non-Hispanic white only (80%). Eight percent identified as black only and 4% as Hispanic or Latino. Five percent had missing race and ethnicity data (Table 2).

### *Demographics*

TG and non-TG veterans differed significantly ($P < 0.0001$) on the basis of marital status, religious affiliation, and enrollment priority group (Table 3). A total of 22.5% of TG veterans were married compared to 46% of non-TG veterans.TG veterans were more likely than controls to have a priority group indicating a ≥50% SCD (level 1: 29% vs. 22%) and a catastrophic disability (level 4: 8% vs. 2.91%).

### *Social determinants of health*

Very low income is identified by a means test and was more likely the case in the TG group compared to controls

Table 3. Demographic Differences for Veterans Seeking Veterans Health Administration Care, 1996–2013

| *Characteristic* | *Transgender* (N = *5135*) n | % | *Nontransgender* (N = *15,405*) n | % | $\chi^2$ |
|---|---|---|---|---|---|
| Marital status | | | | | |
| Married | 1156 | 22.51 | 7099 | 46.08 | 176.83* |
| Widowed | 230 | 4.48 | 695 | 4.51 | |
| Previously married | 2314 | 45.06 | 4340 | 28.17 | |
| Single, never married | 1413 | 27.52 | 2595 | 16.85 | |
| Unknown/missing | 22 | 0.43 | 676 | 4.39 | |
| Religious or spiritual affiliation | 3742 | 72.87 | 11,458 | 74.38 | 4.54** |
| Enrollment priority group | | | | | 350.22* |
| 1 | 1512 | 29.44 | 3384 | 21.97 | |
| 2 | 327 | 6.37 | 1225 | 7.95 | |
| 3 | 544 | 10.59 | 1794 | 11.65 | |
| 4 | 411 | 8.00 | 448 | 2.91 | |
| 5 | 1692 | 32.95 | 3865 | 25.09 | |
| 6 | 110 | 2.14 | 781 | 5.07 | |
| 7 | 88 | 1.71 | 299 | 1.94 | |
| 8 | 414 | 8.06 | 2280 | 14.80 | |
| Not prioritized | 36 | 0.70 | 1311 | 8.51 | |
| Missing | 1 | 0.02 | 18 | 0.12 | |
| Wartime period served | | | | | 3.54*** |
| World War II | 96 | 1.87 | 282 | 1.83 | |
| Korean conflict | 238 | 4.63 | 704 | 4.57 | |
| Vietnam era | 3247 | 63.23 | 8271 | 53.69 | |
| Gulf War | 1098 | 21.38 | 4049 | 26.28 | |
| Multiple | 407 | 7.93 | 725 | 4.71 | |
| Missing | 49 | 0.95 | 1374 | 8.92 | |
| Deceased | 659 | 12.83 | 1821 | 11.82 | 3.72† |

Enrollment priority groups refer to the following levels: (1) 50% or more service-connected disability; (2) Less than 50% service-connected disability; (3) Combat status; (4) Catastrophically disabled; (5) Very low income; (6) Other military-related disability, not prioritized, or unknown; (7) Copay required for services—gross household income below the geographically adjusted income threshold; and (8) Copay required for services—gross household income above the geographically adjusted income threshold.

*$P < 0.0001$.

**$P < 0.05$.

***$P = 0.06$.

†$P = 0.05$.

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

Table 4. Associations of Social Determinants of Health and Service-Related Characteristics Among Transgender Veterans Seeking Veterans Health Administration Care, FY13 and Earlier

| | *Transgender (N=5135)* | | *Nontransgender (N=15,405)* | | *Unadjusted OR* | | *Adjusted OR* | |
|---|---|---|---|---|---|---|---|---|
| *Characteristic* | n | % | N | % | *OR* | *95% CI* | *OR* | *95% CI* |
| Rural geography | 2065 | 40.21 | 7657 | 49.70 | 0.66* | 0.62–0.71 | 0.73* | 0.68–0.78 |
| Other insurance | 2647 | 51.55 | 7725 | 50.15 | 1.07** | 1.00–1.32 | 1.24* | 1.15–1.33 |
| Ever homeless | 1564 | 30.46 | 1587 | 10.30 | 4.33* | 3.97–4.71 | 3.23* | 2.95–3.54 |
| Ever incarcerated | 138 | 2.69 | 188 | 1.22 | 2.26* | 1.80–2.82 | 1.66* | 1.31–2.11 |
| Military sexual trauma | 782 | 15.23 | 888 | 5.76 | 3.31* | 2.97–3.69 | 2.73* | 2.42–3.07 |
| Combat veteran | 670 | 13.05 | 1718 | 11.15 | 1.21* | 1.10–1.34 | 1.15 *** | 1.04–1.28 |
| Service-connected disability | 2435 | 47.42 | 6462 | 41.96 | 1.27* | 1.19–1.36 | 2.08* | 1.84–2.36 |

Adjusted models control for marital status, religious affiliation, and priority group.
*$P<0.0001$.
**$P=0.07$.
***$P<0.001$.
CI, confidence interval; OR, odds ratios.

(level 5: 33% vs. 25%; Table 3). Table 4 lists social determinants of health that could be assessed using the EHR. TG veterans (40%) were significantly less likely than controls (50%) to live in a rural area (OR=0.66, 95% CI=0.62–0.71, $P<0.0001$). Significantly more TG veterans had been homeless (30% vs. 10%; OR=4.34, 95% CI=3.97–4.71, $P<0.0001$) or ever incarcerated (3% vs. 1%; OR=2.26, 95% CI=1.80–2.82, $P<0.0001$). These associations were retained after adjusting for marital status, religious affiliation, and priority group: rural geography (adjusted odds ratio [AOR]=0.73; 95% CI=0.68–0.78, $P<0.0001$), lifetime homelessness (AOR=3.23; 95% CI=2.95–3.54, $P<0.0001$), and ever incarcerated (AOR=1.66; 95% CI=1.31–2.11, $P<0.0001$). The association of TG identity and additional insurance coverage was significant in adjusted models (OR=1.24; 95% CI=1.15–1.33, $P<0.0001$). Additional insurance coverage refers to those veterans who have healthcare coverage from sources outside VHA, for example, private health insurance, Medicare, Medicaid. Those veterans who have more than one source of healthcare coverage would, in theory, have greater access to healthcare (particularly specialty care), which would, in turn, have a potential impact on health disparities.

### *Service-related characteristics*

Unique to military and veteran healthcare experiences are considerations involving disabilities incurred while serving in uniform, combat experience, and the Department of Defense and VHA initiatives to identify and treat those service members and veterans who report having been sexually assaulted or traumatized while serving in the military. In unadjusted analyses, TG veterans were significantly more likely to have an SCD (Table 4; 47% vs. 42%; OR=1.27, 95% CI=1.19–1.36, $P<0.0001$), to be a combat veteran (13% vs. 11%; OR=1.21, 95% CI=1.10–1.34, $P<0.0001$), and to have reported MST (15% vs. 6%; OR=3.31, 95% CI=2.97–3.69, $P<0.0001$). These associations remained in adjusted models, which took into account marital status, religious affiliation, and priority group.

### *Mental health and medical illnesses*

Significant differences between groups were observed for a majority of illnesses analyzed after adjusting for marital status, religious affiliation, and priority group (Table 5). TG veterans were significantly more likely to be diagnosed with all of the included psychiatric and medical conditions, except breast cancer and cirrhosis (cirrhosis was found to be less likely in TG veterans after adjusting for marital status, religious affiliation, and enrollment priority group). Odds of HIV seropositivity were nearly five times greater in TG veterans compared to controls. A 10% or more difference in the prevalence of the following conditions was observed between groups: depression, serious mental illnesses (see Supplementary Appendix A for a list of diagnostic codes), suicidal ideation/attempt, post-traumatic stress disorder, alcohol abuse, obesity, and tobacco use. Prevalence of end-stage renal disease was no longer significant after adjusting for marital status, religious affiliation, and the enrollment priority group. Removal of the TF group from each of the analyses did not significantly alter the findings.

## Discussion

This study is the first in the United States to identify a large cohort of TG, predominantly gender dysphoric, patients for whom extensive medical and administrative records are available. Both The Joint Commission and the Institute of Medicine have issued reports about the importance of addressing the healthcare needs of LGBT patients,[13,31] and our results underscore numerous health disparities among TG veterans. Although some healthcare systems have recently begun to collect gender identity data (e.g., University of California at Davis, Fenway Health, Mayo Clinic), inclusion of such information in the EHR on a large scale remains in its infancy; such data are unavailable on a retrospective basis in any of these systems.[32] Such information is not currently available in VHA; therefore, we can only estimate the population of TG veterans enrolled for care and who receive a qualifying diagnosis. We know little about the majority of veterans

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

Table 5. Adjusted Odds of Mental Health and Medical Illnesses for Transgender Veterans Seeking Veterans Health Administration Care, 1996–2013

| | *Transgender (N=5135)* | | *Nontransgender (N=15,405)* | | *Unadjusted OR* | | *Adjusted OR* | |
|---|---|---|---|---|---|---|---|---|
| | n | % | n | % | *OR* | *95% CI* | *OR* | *95% CI* |
| Acute myocardial infarction | 150 | 2.92 | 272 | 1.77 | 1.68† | 1.37–2.06 | 1.36** | 1.10–1.69 |
| Alcohol abuse | 1653 | 32.19 | 2813 | 18.26 | 2.24† | 2.08–2.42 | 1.68† | 1.55–1.82 |
| Benign prostatic hyperplasia | 807 | 15.72 | 1393 | 9.04 | 2.06† | 1.86–2.28 | 1.95† | 1.75–2.16 |
| Breast cancer | 33 | 0.64 | 243 | 1.58 | 0.39† | 0.27–0.57 | 0.34*** | 0.24–0.50 |
| Cardiac arrest | 56 | 1.08 | 80 | 0.52 | 2.11† | 1.50–2.97 | 1.72** | 1.20–2.47 |
| Cerebral vascular disease | 433 | 8.43 | 822 | 5.34 | 1.66† | 1.46–1.87 | 1.41† | 1.24–1.60 |
| Chronic obstruction pulmonary disease | 1247 | 24.28 | 2338 | 15.18 | 1.88† | 1.73–2.04 | 1.53† | 1.41–1.67 |
| Cirrhosis | 115 | 2.24 | 320 | 2.08 | 1.08 | 0.87–1.35 | 0.77* | 0.61–0.96 |
| Congestive heart failure | 444 | 8.65 | 838 | 5.44 | 1.69† | 1.49–1.91 | 1.35† | 1.19–1.54 |
| Depression, major | 2451 | 47.73 | 2651 | 17.21 | 4.69† | 4.37–5.05 | 4.03† | 3.73–4.35 |
| Depression, other | 3817 | 74.33 | 58.07 | 37.70 | 5.19† | 4.82–5.59 | 4.55† | 4.21–4.92 |
| Diabetes | 1366 | 26.60 | 3160 | 20.51 | 1.45† | 1.34–1.57 | 1.34† | 1.23–1.45 |
| Eating disorders | 143 | 2.78 | 174 | 1.13 | 2.52† | 2.01–3.15 | 2.01† | 1.58–2.54 |
| HIV | 149 | 2.90 | 79 | 0.51 | 5.96† | 4.51–7.87 | 4.98† | 3.70–6.69 |
| Hypercholesterolemia | 3025 | 58.91 | 7676 | 49.83 | 1.54† | 1.43–1.65 | 1.58† | 1.47–1.70 |
| Hypertension | 2964 | 57.72 | 7489 | 48.61 | 1.58† | 1.47–1.70 | 1.51† | 1.40–1.61 |
| Ischemic heart disease | 1168 | 22.75 | 2455 | 15.94 | 1.65† | 1.52–1.79 | 1.49† | 1.36–1.63 |
| Obesity | 2094 | 40.78 | 4679 | 30.37 | 1.62† | 1.51–1.73 | 1.58† | 1.48–1.70 |
| Panic disorder | 475 | 9.25 | 619 | 4.02 | 2.47† | 2.18–2.80 | 2.06† | 1.80–2.36 |
| Post-traumatic stress disorder | 1989 | 38.73 | 2770 | 17.98 | 3.05† | 2.84–3.28 | 2.82† | 2.60–3.06 |
| Prostate cancer | 190 | 3.70 | 410 | 2.66 | 1.44† | 1.20–1.72 | 1.42*** | 1.17–1.72 |
| Renal disease, chronic | 752 | 14.64 | 1441 | 9.35 | 1.70† | 1.55–1.88 | 1.42† | 1.29–1.58 |
| Renal disease, end stage | 50 | 0.97 | 96 | 0.62 | 1.58*** | 1.12–2.22 | 1.21 | 0.83–1.77 |
| Serious mental illness | 1676 | 32.64 | 1687 | 10.95 | 4.15† | 3.83–4.50 | 3.31† | 3.03–3.60 |
| Suicidal ideation/attempt | 994 | 19.36 | 701 | 4.55 | 5.22† | 4.70–5.80 | 4.10† | 3.67–4.59 |
| Tobacco use | 2423 | 47.19 | 5241 | 34.02 | 1.79† | 1.68–1.91 | 1.46† | 1.37–1.57 |
| Traumatic brain injury | 413 | 8.04 | 728 | 4.73 | 1.79† | 1.58–2.03 | 1.41† | 1.18–1.75 |

Adjusted models control for marital status, religious affiliation, and enrollment priority group.
*$P<0.05$.
**$P<0.01$.
***$P<0.001$.
†$P<0.0001$.

who do not utilize VHA healthcare services or those who self-identify as TG but who do not have a clinical diagnosis. It is critical to the health of TG patients for systems to understand who they are treating so that administrative and clinical services can be properly tailored to the needs of these patients. For example, reminder letters for health screenings like mammograms and prostate exams are inaccurately targeted to patients in a system that does not account for potential differences in birth sex and self-identified gender identity.[13,32]

Consistent with the theory of "flight into hypermasculinity" proposed by Brown,[1] Blosnich et al.[12] noted that the prevalence of veterans with GID or GID NOS was substantially higher than that estimated for western nations' general populations at 22.9/100,000 veteran population of natal males compared to 4.3/100,000 in the general population (2000–2011). However, single-state estimates of the prevalence of TG identity (i.e., self-identification not based on a clinical diagnosis) in the United States range from 100/1000 population (California)[33] to 500/1000 (Massachusetts).[34] Our findings cannot address the prevalence of veterans who self-identify as TG, but who do not receive a clinical diagnosis. There is no study of the veteran population using methods similar to those described by Conron et al.[34] or as summarized in the Williams Institute report.[33] The hypermasculinity theory relates only to birth sex males who report enlisting in the armed forces and not to birth sex females and does not account for all motivations for enlistment. This theory further hypothesizes that transwomen who enter military service would also be more likely to gravitate to higher risk jobs within the military, for example, combat duties. The finding of a higher rate of combat experience in the TG veteran population compared to controls supports this hypothesis as well.

Those TG veterans who reached the clinical significance criteria for GID or GID-NOS are likely a fraction of those who self-identify as TG,[33] an umbrella term that encompasses many gender-nonconforming individuals, many of whom do not meet criteria for any gender-related diagnosis. The expansion of the definition of "transgender veteran" in this study to include TF is consistent with conceptualizations of TG identity on a continuum that changes over the life course,[35,36] such that those who engage in cross-dressing activities but who do not meet GID or GID NOS criteria often view themselves as TG and may, or may not, utilize TG health services at some point in their lives.

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

Person and Ovesey[37] described the phenomenon known as "secondary transsexualism," in which those persons who initially meet TF criteria earlier in life would later present with persistent gender dysphoria consistent with transsexualism. Others have described the TG "coming out" process to include early fetishistic interest in clothing that evolves over time to a diagnostic picture consistent with GID.[35,38] Some researchers have theorized that TG persons live outside the "binary" model of gender identity and that transvestism, transgenderism, and transsexualism are parts of the TG spectrum, which includes people who are gender nonconforming but without gender "pathology," as described in prevailing medical models.[39] The inclusion of those with TF expanded the TG veteran population by 4.8%. We completed all analyses with, and without, the TF group and found no differences in the results.

Table 5 and Figure 1 include data for a "serious mental illness" (SMI) category. Supplementary Appendix A lists the diagnoses subsumed under this heading, which are nonoverlapping with other diagnostic categories listed in Table 5. Collapsing multiple diagnoses associated with psychotic symptoms into a SMI grouping have been utilized by VHA in the National Psychosis Registry, which in turn is used for research on healthcare outcomes' research.[40,41] There is evidence of diagnostic consistency over time for patients with a SMI, although the distinctions between and among some of the individual diagnoses within the SMI category may be suspected.[42] Indeed, DSM-5[43] has substantially modified diagnostic categories for SMI, particularly the "schizophrenia spectrum" disorders, compared to prior nosologies.[44]

Suris and Lind[45] noted the frequent co-occurrence of MST and treatment in VHA for PTSD, substance use disorders, and chronic medical illnesses. The elevated rates of MST in TG veterans compared with controls may be associated with the observed substantial elevations in both mental and medical health conditions. Further research is warranted on this finding.

Homelessness is a social determinant that can contribute to the significant disparities seen for TG veterans.[46] Homeless and marginally housed individuals are known to suffer from multimorbidities (mental and medical illnesses) and premature mortality.[47] High rates of mental illness and substance use disorders are also associated with homelessness in veterans and nonveterans alike.[48–50] Incarceration for TG veterans was also found to be two to three times more likely than in the control group. This finding is consistent with estimates of the prevalence of incarceration in TG people in the United States being at least twice higher than expected.[51]

It is well known that HIV risk behaviors and infection are elevated in TG persons, especially for male-to-female TG persons of color.[52–54] A complex interaction among numerous social determinants culminating in HIV infection has been described to include homelessness, social stigma, job discrimination, drug and alcohol abuse, and involvement with sex work.[55,56] Structural risks, such as social exclusion, economic marginalization, and reduced access to TG healthcare, either because such healthcare is in short supply or because of negative experiences with the healthcare system in which it is delivered also contribute to disparities.[57]

Studies of TG persons indicate a higher rate of other health risk behaviors to include tobacco use, compared to the general population, with initial use at an earlier age.[58] This finding was replicated in our VHA cohort as a group. Racial disparities in health risk behaviors to include tobacco use, alcohol abuse, and contraction of HIV in this cohort have been previously reported.[59]

A number of factors can account for the nearly global health disparities reported in this article. In non-VHA settings, it has been reported that TG persons in the community often fear seeking medical care across the continuum of care ranging from preventive care to routine medical care to emergency care.[60] Up to 80% of TG persons surveyed about their concerns regarding accessing healthcare included fear about




**FIG. 1.** Forest plot of differences in lifetime mental health and medical illnesses for veterans seeking VHA care, 1996–2013. AOR, adjusted odds ratio.

negative repercussions if their "secret" (i.e., TG identity) was revealed.[61] Distrust of the confidentiality of medical care was frequently expressed by respondents. Results from the largest survey of TG persons ever conducted, 20% of whom were veterans, revealed high levels of discrimination against TG persons in healthcare settings, including 19%–22% reporting being refused treatment altogether and 28% reporting being verbally harassed in a medical setting.[6,61]

Of the nearly 7000 respondents to this survey, 25% reported delaying needed medical care because of discrimination from healthcare providers. Finally, 21% of TG persons entitled to free emergency department services in Canada reported that they avoided emergency care and 52% reported negative emergency department experiences that they believed were based on their TG status.[62] Social determinants of health are poorly documented in this population and require further research.[13] These factors may be combined with the structural stigma,[63] or institutional stigma, which was present in VHA before the changes instituted in 2011, to allow for access to TG healthcare nationally.

### Limitations

Several limitations should be noted. First, due to reliance on a diagnosis-based definition of TG status, this study likely underestimates the TG veteran population. Therefore, generalizability of the findings may be largely limited to those with clinically significant levels of gender dysphoria, likely a minority of TG veterans who receive their healthcare in VHA facilities.[33,61] Likewise, generalizing to other healthcare systems may not be appropriate due to the fact that those in this study were all veterans. Diagnoses were made by VHA clinicians from the entire VHA healthcare system over a 17-year period and may be prone to misclassification. Therefore, a random sample of 100 charts identified by ICD-9 codes for one of the four diagnoses was reviewed by Brown for diagnostic and coding accuracy.

This review included charts from 70 facilities and 21 of the 22 regionalized catchment areas in the United States and its territories. Nearly all (98%) of the charts reviewed had clinical documentation consistent with one or more of the four qualifying diagnoses. An additional chart review of 30 patients who received only a TF diagnosis ($n=247$) was conducted to determine if there was evidence of GID/gender dysphoria in addition to TF. Thirty percent of the charts included evidence for a GID diagnosis in addition to, or instead of, TF; 70% of the reviews were consistent with a TF-only diagnosis. Given that we collapsed the four codes in our analyses, the reliability of a specific GID diagnosis (for example GID vs. GID NOS) was not relevant, but it is possible that a small percentage of coding errors could have misidentified some veterans as belonging to the TG cohort.

Finally, the lack of collection of both birth sex and self-identified gender identity data for enrolled patients in VHA makes it difficult to determine the exact proportion of TG veterans who identify as transmen, transwomen, or another identity outside of the traditional binary. Disparities and social determinants of health and well-being may well differ between transmen and transwomen, for example, and it is not known how many of the TG veterans in this cohort have changed their "sex" markers in their VA medical records. This is not unique to VHA as a healthcare system, and this problem will likely be ameliorated by adding these new demographic fields to the enrollment process in VHA beginning in 2016. This study also includes a largely non-Hispanic white, birth sex male population that may not reflect the health disparities experienced by TG people of color. We previously published data from this cohort that demonstrated greater health disparities for black TG veterans compared to whites, for example,[59] but the sample size for other racial and ethnic groups was insufficient for a meaningful subanalysis.

### Future directions

We plan additional analyses of the TG veteran cohort, including studies comparing overall service utilization, pharmacy benefits' utilization, incarceration issues, and cancer disparities. Prospective studies are planned to determine whether the national initiatives put into place since 2011 have closed the disparity gaps for TG veterans' health. The associations among homelessness, MST, and long-term health outcomes for this population should also be further researched.

## Conclusion

The identification of health and healthcare disparities is the first step in a multistep model of conducting disparities research that is followed by an understanding of the determinants underlying the disparities to ultimately intervene and reduce or eliminate those disparities.[27] This study takes an important step in identifying the nearly global nature of medical and mental health disparities in a TG population in the largest integrated healthcare system in the United States, but it cannot provide the deeper understanding of the sources of these disparities, which are likely to include a variety of factors. Such factors are likely to include, at a minimum, a history of an unwelcoming environment for TG veterans at many VHA facilities, lack of knowledgeable clinical staff to provide TG healthcare, and conscious and unconscious bias from healthcare providers[6,64] and administrative staff.

It is critical to meaningfully and sensitively collect self-identified gender identity information to develop facility-level, regional, and national treatment programs targeted to the needs of TG patients and to build appropriate clinical capacity within the organization to meet those identified needs. VHA has made some significant inroads over the past 4 years in developing training programs for VHA clinicians and providing improved access to care for TG veterans.[16,65]

## Acknowledgments

The authors wish to acknowledge the valuable assistance of John McCarthy PhD; Betsy Lancaster; Chad Cross, PhD; Elizabeth Tarlov, PhD, RN, and the VHA VINCI staff in reviewing our methods; and John Blosnich, PhD and Noreen Arnold for reviewing and commenting on earlier versions of the article.

## Disclaimer

The opinions in this article are those of the authors and do not necessarily reflect those of the United States Government or any of its agencies or the views or positions of East Tennessee State University.

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

This work was presented, in part, at the 2014 Annual Meeting of the Gay and Lesbian Medical Association, in Baltimore, MD, on September 11, 2014.

## Author Disclosure Statement

Neither of the authors have a relevant conflict of interest to disclose with respect to this work. The first author has received honorarium from Janssen and Sunovion for presentations related to the pharmacological management of schizophrenia and bipolar disorder, topics unrelated to the work described in this study.

## References

1. Brown GR: Transsexuals in the military: Flight into hypermasculinity. Arch Sex Behav 1988;17:527–537.
2. Frank L: Women in the American Civil War, Volume 1. Santa Barbara, CA: ABC-CLIO, 2008, p 27.
3. Beck K, Speckhard A: Warrior Princess. McLean, VA: Advance Press, 2013.
4. Witten TM: Gender identity and the military—Transgender, transsexual, and intersex identified individuals in the U.S. armed forces: A report commissioned by the Michael D. Palm Center, University of California, Santa Barbara, 2007. Available at: http://www.palmcenter.org/files/active/0/TransMilitary2007.pdf, accessed February 4, 2014.
5. McDuffie E, Brown GR: 70 US veterans with gender identity disturbances: A descriptive study. Int J Transgenderism 2010;12:21–30.
6. Grant JM, Mottet LA, Tanis J, et al.: National Transgender Discrimination Survey Report on Health and Health Care. National Center for Transgender Equality and the National Gay and Lesbian Task Force: Washington, DC, 2010.
7. Cole CM, O'Boyle M, Emory LE, Meyer WJ 3rd: Comorbidity of gender dysphoria and other major psychiatric diagnoses. Arch Sex Behav 1997;26:13–26.
8. Kenagy GP: Transgender health: Findings from two needs assessment studies in Philadelphia. Health Soc Work 2005;30:19–26.
9. à Campo J, Nujman H, Merckelbach, Evers C: Psychiatric comorbidity of gender identity disorders: A survey among Dutch psychiatrists. Am J Psychiatry 2003;160:1332–1336.
10. Hepp U, Kraemer B, Schnyder U, et al.: Psychiatric comorbidity in gender identity disorder. J Psychosom Res 2005;58:259–261.
11. van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ: Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol (Oxf) 1997;47:337–342.
12. Blosnich JR, Brown GR, Shipherd JC, et al.: Prevalence of gender identity disorder and suicide risk among transgender Veterans utilizing Veterans Health Administration care. Am J Public Health 2013;103:e27–e32.
13. Institute of Medicine: The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding. Washington, DC: National Academy of Sciences, 2011.
14. Blosnich JR, Brown GR, Wojcio S, et al.: Mortality among veterans with transgender-related diagnoses in the Veterans Health Administration, FY2000-2009. LGBT Health 2014;1:269–276.
15. Daulaire N: The importance of LGBT health on a global scale. LGBT Health 2013;1:1–2.
16. Mattocks KM, Kauth MR, Sandfort T, et al.: Understanding health-care needs of sexual and gender minority veterans: How targeted research and policy can improve health. LGBT Health 2013;1:30–37.
17. U.S. Veterans Affairs, Veterans Health Administration. VHA Directive 2011–024: Providing health care for transgender and intersex veterans, 2013. Available at: www.paloalto.va.gov/docs/VA Transgender_Directive.pdf, accessed September 2, 2015.
18. Department of Veterans Affairs, Veterans Health Administration. VHA Directive 2013–003: Providing health care for transgender and intersex veterans, 2013. Available at: www.va.gov/vhapublications/ViewPublication.asp?pub_ID=2863, accessed June 1, 2014.
19. Medicode (Firm). ICD-9-CM: International Classification of Diseases, 9th Revision, Clinical Modification. Salt Lake City, UT: Medicode, 1996.
20. Gibbons RD, Brown CH, Hur K, et al.: Relationship between antidepressants and suicide attempts: An analysis of the Veterans Health Administration data sets. Am J Psychiatry 2007;164:1044–1049.
21. Lamoreaux J: The organizational structure for medical information management in the Department of Veterans Affairs: An overview of major health care databases. Med Care 1996;34(3 suppl):MS31–MS44.
22. Nöel PH, Copeland LA, Perrin RA, et al.: VHA Corporate Data Warehouse height and weight data: Opportunities and challenges for health services research. J Rehabil Res Dev 2010;47:739–750.
23. Pugh MJ, Copeland LA, Zeber JE, et al.: The impact of epilepsy on health status among younger and older adults. Epilepsia 2005;46:1820–1827.
24. West AN, Lee RE, Shambaugh-Miller MD, et al.: Defining "rural" for veterans' health care planning. J Rural Health 2010;26:301–309.
25. VA Information Resource Center. Vital Status File Date of Birth (DOB) and Sex Quality Review. Hines, IL: U.S. Dept. of Veterans Affairs, Health Services Research and Development Service, VA Information Resource Center, 2011.
26. Greenberg GA, Rosenheck RA: Mental health and other risk factors for jail incarceration among male veterans. Psychiatr Q 2009;80:41–53.
27. Kilbourne AM, Switzer G, Hyman K, et al.: Advancing health disparities research within the health care system: A conceptual framework. Am J Public Health 2006;96:2113–2121.
28. Metraux S, Clegg LX, Daigh JD, et al.: Risk factors for becoming homeless among a cohort of veterans who served in the era of the Iraq and Afghanistan conflicts. Am J Public Health 2013;103(suppl):S255–S261.
29. Tsai J, Desai MU, Cheng AW, Chang J: The effects of race and other socioeconomic factors on health service use among American military veterans. Psychiatr Q 2014;85:35–47.
30. Wallace AE, Weeks WB, Wang S, et al.: Rural and urban disparities in health-related quality of life among veterans with psychiatric disorders. Psychiatr Serv 2006;57:851–856.
31. The Joint Commission. Advancing Effective Communication, Cultural Competence, and Patient- and Family-Centered Care for the Lesbian, Gay, Bisexual, and Transgender (LGBT) Community: A Field Guide. Oak Brook, IL, 2011.
32. Deutsch MB, Green J, Keatley J, et al.: Electronic medical records and the transgender patient: Recommendations from the World Professional Association for Transgender Health EMR working group. J Am Med Inform Assoc 2013;20:700–703.
33. Gates GJ: How many people are lesbian, gay, bisexual and transgender? UCLA: The Williams Institute, 2011. Available

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

at: https://escholarship.org/uc/item/09h684x2, accessed June 2, 2015.
34. Conron K, Scott G, Stowell G, Landers S: Transgender health in Massachusetts: Results from a household probability sample of adults. Am J Public Health 2012;102:118–122.
35. Lev A: Transgender Emergence: Therapeutic Guidelines for Working with Gender-Variant People and Their Families. New York: Haworth Press, 2004.
36. Bockting W, Coleman E: Developmental stages of the transgender coming out process: Toward an integrated identity. In: Principles of Transgender Medicine and Surgery. Edited by Ettner R, Monstrey S, Eyler A. New York: Haworth Press, 2007, pp 185–208.
37. Person E, Ovesey L: The transsexual syndrome in males: II. Secondary transsexualism. Am J Psychother 1974;28:174–193.
38. Docter R: Transvestites and Transsexuals: Toward a Theory of Cross-Gender Behavior. New York: Springer, 1988.
39. Tauchert A: Beyond the binary. Fuzzy gender and the radical center. In: Unseen Genders: Beyond the Binaries. Edited by Haynes F, McKenna T. New York: Peter Lang, 2001, pp 181–191.
40. Kilbourne AM, Welsh D, McCarthy JF, et al.: Quality of care for cardiovascular disease-related conditions in patients with and without mental disorders. J Gen Intern Med 2008;23: 1628–1633.
41. McCarthy JF, Valenstein M, Dixon L, et al.: Initiation of assertive community treatment among veterans with serious mental illness: Client and program factors. Psychiatr Serv 2009;60:196–201.
42. Ivleva EI, Bidesi AS, Keshavan MS, et al.: Gray matter volume as an intermediate phenotype for psychosis: Bipolar-Schizophrenia Network on Intermediate Phenotypes (B-SNIP). Am J Psychiatry 2013;170:1285–1296.
43. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, 5th ed. DSM-5. Washington, DC, 2013.
44. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, 4th ed., text revision. DSM-IV-TR ed. Washington, DC, 2000.
45. Suris A, Lind L: Military sexual trauma: A review of prevalence and associated health consequences in veterans. Trauma Violence Abuse 2008;9:250–269.
46. Edens EL, Kasprow W, Tsai J, Rosenheck RA: Association of substance use and VA service-connected disability benefits with risk of homelessness among veterans. Am J Addict 2011;20:412–419.
47. Vila-Rodriguez F, Panenka WJ, Lang DJ, et al.: The hotel study: Multimorbidity in a community sample living in marginal housing. Am J Psychiatry 2013;170:1413–1422.
48. Gamache G, Rosenheck R, Tessler R: Overrepresentation of women veterans among homeless women. Am J Public Health 2003;93:1132–1136.
49. Rosenheck R. Leda CA, Frisman LK, et al.: Homeless veterans. In: Homelessness in America: A reference book. Edited by Baumohl J. Phoenix, AZ: Oryx Press, 1996, pp 97–108.
50. Tessler R, Rosenheck R, Gamache G: Comparison of homeless veterans with other homeless men in a large clinical outreach program. Psychiatr Q 2002;73:109–119.
51. Brown GR: Autocastration and autopenectomy as surgical self-treatment in incarcerated persons with gender identity disorder. Int J Transgenderism 2010;12:31–39.
52. Herbst JH, Jacobs ED, Finlayson TJ, et al.: Estimating HIV prevalence and risk behaviors of transgender persons in the United States: A systematic review. AIDS Behav 2008; 12:1–17.
53. Operario D, Soma T, Underhill K: Sex work and HIV status among transgender women: Systematic review and meta-analysis. J Acquir Immune Defic Syndr 2008;48:97–103.
54. Wilson EC, Garofalo R, Harris RD, et al.: Transgender female youth and sex work: HIV risk and a comparison of life factors related to engagement in sex work. AIDS Behav 2009;13:902–913.
55. Baral SD, Poteat T, Strömdahl T, et al.: Worldwide burden of HIV in transgender women: A systematic review and meta-analysis. Lancet Infect Dis 2013;13:214–222.
56. Sausa LA, Keatley J, Operario D: Perceived risks and benefits of sex work among transgender women of color in San Francisco. Arch Sex Behav 2007;36:768–777.
57. Pinto RM, Melendez RM, Spector AY: Male-to-female transgender individuals building social support and capital from within a gender-focused network. J Gay Lesbian Soc Serv 2008;20:203–220.
58. Ramafedi G: Lesbian, gay, bisexual, and transgender youths: Who smokes and why? Nicotine Tob Res 2007;9(Suppl 1): S65–S71.
59. Brown GR, Jones KT: Racial health disparities in a cohort of 5135 transgender veterans. J Racial Ethnic Health Disparities 2014;1:257–266.
60. Witten TM, Eyler AE: Transgender aging and the care of the elderly transgendered patient. In: Principles of Transgender Medicine and Surgery. Edited by Ettner R, Monstrey S. New York: Haworth Press, 2007, pp 285–309.
61. Harrison-Quintana J, Herman JL: Still serving in silence: Transgender service members and veterans in the National Transgender Discrimination Survey. LGBTQ Policy J 2012–2013;3:1–13.
62. Bauer GR, Scheim AI, Deutsch MB, Massarella C: Reported emergency department avoidance, use, and experiences of transgender persons in Ontario, Canada: Results from a respondent-driven sampling survey. Ann Emerg Med 2014; 63:713–720.
63. Corrigan PW, Watson AC, Heyrman ML, et al.: Structural stigma in state legislation. Psychiatr Serv 2005;56:557–563.
64. Burgess DJ, Fu SS, van Ryn M: Why do providers contribute to disparities and what can be done about it? J Gen Intern Med 2004;19:1154–1159.
65. Kauth MR, Shipherd JC, Lindsay J, et al.: Access to care for transgender veterans in the Veterans Health Administration: 2006–2013. Am J Public Health 2014;104 Supp 4:S532–S534.

Address correspondence to:
*George R. Brown, MD*
*549 Miller Hollow Road*
*Bluff City, TN 37618*

*E-mail:* browngr@mail.etsu.edu

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

**This article has been cited by:**


1. Marie Claire Van Hout, Stephanie Kewley, Alyson Hillis. 2020. Contemporary transgender health experience and health situation in prisons: A scoping review of extant published literature (2000–2019). *International Journal of Transgender Health* **90**, 1-49. [Crossref]
2. Ana M. Progovac, Brian O. Mullin, Emilia Dunham, Sari L. Reisner, Alex McDowell, Maria Jose Sanchez Roman, Mason Dunn, Cynthia J. Telingator, Frederick Q. Lu, Aaron Samuel Breslow, Marshall Forstein, Benjamin Lê Cook. 2020. Disparities in Suicidality by Gender Identity Among Medicare Beneficiaries. *American Journal of Preventive Medicine* **58**:6, 789-798. [Crossref]
3. Matthew Bakko, Shanna K. Kattari. 2020. Transgender-Related Insurance Denials as Barriers to Transgender Healthcare: Differences in Experience by Insurance Type. *Journal of General Internal Medicine* **35**:6, 1693-1700. [Crossref]
4. Gwendolyn P. Quinn, Ash B. Alpert, Megan Sutter, Matthew B. Schabath. 2020. What Oncologists Should Know About Treating Sexual and Gender Minority Patients With Cancer. *JCO Oncology Practice* **16**:6, 309-316. [Crossref]
5. Ashley C. Schuyler, Cary Klemmer, Mary Rose Mamey, Sheree M. Schrager, Jeremy T. Goldbach, Ian W. Holloway, Carl Andrew Castro. 2020. Experiences of Sexual Harassment, Stalking, and Sexual Assault During Military Service Among LGBT and Non-LGBT Service Members. *Journal of Traumatic Stress* **33**:3, 257-266. [Crossref]
6. Elyssa A. Scharaga, Annie Chang, Joseph F. Kulas. 2020. What happens when we forget our own narrative: Transgender dementia case study. *The Clinical Neuropsychologist* **9**, 1-13. [Crossref]
7. Georgina M. Gross, Lori A. Bastian, Noelle B. Smith, Ilan Harpaz-Rotem, Rani Hoff. 2020. Sex Differences in Associations Between Depression and Posttraumatic Stress Disorder Symptoms and Tobacco Use Among Veterans of Recent Conflicts. *Journal of Women's Health* **29**:5, 677-685. [Abstract] [Full Text] [PDF] [PDF Plus]
8. Georgina M. Gross, Silvia Ronzitti, Joan L. Combellick, Suzanne E. Decker, Kristin M. Mattocks, Rani A. Hoff, Sally G. Haskell, Cynthia A. Brandt, Joseph L. Goulet. 2020. Sex Differences in Military Sexual Trauma and Severe Self-Directed Violence. *American Journal of Preventive Medicine* **58**:5, 675-682. [Crossref]
9. Roshni Janakiraman, Ian H. Stanley, Mary E. Duffy, Anna R. Gai, Jetta E. Hanson, Peter M. Gutierrez, Thomas E. Joiner. 2020. Suicidal Ideation Severity in Transgender and Cisgender Elevated-Risk Military Service Members at Baseline and Three-Month Follow-Up. *Military Behavioral Health* **44**, 1-9. [Crossref]
10. Hyemin Lee, Kevin K. Tomita, Janice M. Habarth, Don Operario, Horim Yi, Sungsub Choo, Seung-Sup Kim. 2020. Internalized transphobia and mental health among transgender adults: A nationwide cross-sectional survey in South Korea. *International Journal of Transgender Health* **21**:2, 182-193. [Crossref]
11. Hyemin Lee, Don Operario, Jacob J. van den Berg, Horim Yi, Sungsub Choo, Seung-Sup Kim. 2020. Health Disparities Among Transgender Adults in South Korea. *Asia Pacific Journal of Public Health* **32**:2-3, 103-110. [Crossref]
12. Katelin E. Leahy, William J. Chopik. 2020. The Effect of Social Network Size and Composition on the Link Between Discrimination and Health Among Sexual Minorities. *Journal of Aging and Health* 089826432090898. [Crossref]
13. Ethan C. Cicero, Sari L. Reisner, Elizabeth I. Merwin, Janice C. Humphreys, Susan G. Silva. 2020. The health status of transgender and gender nonbinary adults in the United States. *PLOS ONE* **15**:2, e0228765. [Crossref]
14. John R. Blosnich, Keri L. Rodriguez, Kristina L. Hruska, Gloria J. Klima, Jesse K. Vazzano, Jillian C. Shipherd, Michael R. Kauth, Ann Elizabeth Montgomery. 2020. "Get people out of bad situations sooner": exploring transgender and cisgender veterans' experiences using permanent supportive housing. *Housing and Society* **109**, 1-19. [Crossref]
15. Sarah P. Carter, Tovah Cowan, Annie Snow, Julie Cerel, Raymond Tucker. 2020. Health Insurance and Mental Health Care Utilization Among Adults Who Identify as Transgender and Gender Diverse. *Psychiatric Services* **71**:2, 151-157. [Crossref]
16. Paul W. Hruz. 2020. Deficiencies in Scientific Evidence for Medical Management of Gender Dysphoria. *The Linacre Quarterly* **87**:1, 34-42. [Crossref]
17. Frances R. Gonzalez. Cultural Considerations in Behavioral Health Service Delivery with LGBT Populations 177-183. [Crossref]
18. W. Christopher Skidmore, Margret E. Bell. Providing Medical Care to Survivors of Sexual Assault and Harassment in the Military 85-112. [Crossref]
19. Ashleigh J Rich, Jennifer Williams, Mannat Malik, Andrea Wirtz, Sari Reisner, L Zachary DuBois, Robert Paul Juster, Catherine R Lesko, Nicole Davis, Keri N Althoff, Christopher Cannon, Kenneth Mayer, Ayana Elliott, Tonia Poteat. 2020. Biopsychosocial Mechanisms Linking Gender Minority Stress to HIV Comorbidities Among Black and Latina Transgender Women (LITE Plus): Protocol for a Mixed Methods Longitudinal Study. *JMIR Research Protocols* **9**:4, e17076. [Crossref]
20. Joshua D. Safer, Vin Tangpricha. 2019. Care of Transgender Persons. *New England Journal of Medicine* **381**:25, 2451-2460. [Crossref]

21. Andrea K. Finlay, Mandy D. Owens, Emmeline Taylor, Amia Nash, Nicole Capdarest-Arest, Joel Rosenthal, Jessica Blue-Howells, Sean Clark, Christine Timko. 2019. A scoping review of military veterans involved in the criminal justice system and their health and healthcare. *Health & Justice* **7**:1. . [Crossref]

22. Eva N. Woodward, Monica M. Matthieu, Uchenna S. Uchendu, Shari Rogal, JoAnn E. Kirchner. 2019. The health equity implementation framework: proposal and preliminary study of hepatitis C virus treatment. *Implementation Science* **14**:1. . [Crossref]

23. Adams Noah J., Vincent Ben. 2019. Suicidal Thoughts and Behaviors Among Transgender Adults in Relation to Education, Ethnicity, and Income: A Systematic Review. *Transgender Health* **4**:1, 226-246. [Abstract] [Full Text] [PDF] [PDF Plus]

24. Goldstein Deborah A., Sarkodie Eleanor, Hardy W. David. 2019. Transgender and Nontrans Patients Do Not Receive Statistically Different Quality Primary Care at Whitman-Walker Health, 2008–2016. *Transgender Health* **4**:1, 200-208. [Abstract] [Full Text] [PDF] [PDF Plus]

25. Tucker Raymond P., Pardue-Bourgeois Sarah, Snow Annie, Bradstreet Mike, Cerel Julie. 2019. The Relationship Between Suicide-Related Exposure and Personal History of Suicidal Behavior in Transgender and Gender-Diverse Veterans. *LGBT Health* **6**:7, 335-341. [Abstract] [Full Text] [PDF] [PDF Plus]

26. Sarah P. Carter, Ann E. Montgomery, Emmett R. Henderson, Bryan Ketterer, Melissa Dichter, Adam J. Gordon, Jillian C. Shipherd, Michael R. Kauth, John R. Blosnich. 2019. Housing Instability Characteristics Among Transgender Veterans Cared for in the Veterans Health Administration, 2013–2016. *American Journal of Public Health* **109**:10, 1413-1418. [Crossref]

27. McDowell Alex, Progovac Ana M., Cook Benjamin Lê, Rose Sherri. 2019. Estimating the Health Status of Privately Insured Gender Minority Children and Adults. *LGBT Health* **6**:6, 289-296. [Abstract] [Full Text] [PDF] [PDF Plus] [Supplementary Material]

28. Sarah Ketchen Lipson, Julia Raifman, Sara Abelson, Sari L. Reisner. 2019. Gender Minority Mental Health in the U.S.: Results of a National Survey on College Campuses. *American Journal of Preventive Medicine* **57**:3, 293-301. [Crossref]

29. Joshua D. Safer, Vin Tangpricha. 2019. Care of the Transgender Patient. *Annals of Internal Medicine* **171**:1, ITC1. [Crossref]

30. Julie K. Schulman, Laura Erickson-Schroth. 2019. Mental Health in Sexual Minority and Transgender Women. *Medical Clinics of North America* **103**:4, 723-733. [Crossref]

31. Christel J.M. de Blok, Koen M.A. Dreijerink, Martin den Heijer. 2019. Cancer Risk in Transgender People. *Endocrinology and Metabolism Clinics of North America* **48**:2, 441-452. [Crossref]

32. Gregg A. Stevens, Martin Morris, Tony Nguyen, Emily Vardell. Chapter 3 Health Sciences Librarians in the Field: Pioneers for LGBTQ+ Health 65-87. [Crossref]

33. Raymond P. Tucker. 2019. Suicide in Transgender Veterans: Prevalence, Prevention, and Implications of Current Policy. *Perspectives on Psychological Science* **14**:3, 452-468. [Crossref]

34. Stephen B. Levine. 2019. Informed Consent for Transgendered Patients. *Journal of Sex & Marital Therapy* **45**:3, 218-229. [Crossref]

35. Jordan E. Lake, Jesse L. Clark. 2019. Optimizing HIV prevention and care for transgender adults. *AIDS* **33**:3, 363-375. [Crossref]

36. Raymond P. Tucker, Rylan J. Testa, Mark A. Reger, Tracy L. Simpson, Jillian C. Shipherd, Keren Lehavot. 2019. Current and Military-Specific Gender Minority Stress Factors and Their Relationship with Suicide Ideation in Transgender Veterans. *Suicide and Life-Threatening Behavior* **49**:1, 155-166. [Crossref]

37. Katharine M. Mark, Kathleen A. McNamara, Rachael Gribble, Rebecca Rhead, Marie-Louise Sharp, Sharon A. M. Stevelink, Alix Schwartz, Carl Castro, Nicola T. Fear. 2019. The health and well-being of LGBTQ serving and ex-serving personnel: a narrative review. *International Review of Psychiatry* **31**:1, 75-94. [Crossref]

38. Amir Ahuja, Shane Ortega, Aaron Belkin, Paula M. Neira. 2019. Trans in the United States military: Fighting for change. *Journal of Gay & Lesbian Mental Health* **23**:1, 3-26. [Crossref]

39. Rebecca Gitlin, Michael R. Kauth. Contextual Frameworks for Addressing Risk and Fostering Resilience Among Sexual and Gender Minority Veterans 241-264. [Crossref]

40. Kristen E. Porter, Mark Brennan-Ing. The Intersection of Transgender Identities, HIV, and Aging 61-77. [Crossref]

41. Sean J. Iwamoto, Justine Defreyne, Micol S. Rothman, Judith Van Schuylenbergh, Laurens Van de Bruaene, Joz Motmans, Guy T'Sjoen. 2019. Health considerations for transgender women and remaining unknowns: a narrative review. *Therapeutic Advances in Endocrinology and Metabolism* **10**, 204201881987116. [Crossref]

42. Jeffrey S. Becasen, Christa L. Denard, Mary M. Mullins, Darrel H. Higa, Theresa Ann Sipe. 2019. Estimating the Prevalence of HIV and Sexual Behaviors Among the US Transgender Population: A Systematic Review and Meta-Analysis, 2006–2017. *American Journal of Public Health* **109**:1, e1-e8. [Crossref]

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

43. John R Blosnich, Keri L Rodriguez, Kristina L Hruska, Dio Kavalieratos, Adam J Gordon, Alexis Matza, Susan M Mejia, Jillian C Shipherd, Michael R Kauth. 2019. Utilization of the Veterans Affairs' Transgender E-consultation Program by Health Care Providers: Mixed-Methods Study. *JMIR Medical Informatics* **7**:1, e11695. [Crossref]

44. Elizabeth Golembiewski, Katie S Allen, Amber M Blackmon, Rachel J Hinrichs, Joshua R Vest. 2019. Combining Nonclinical Determinants of Health and Clinical Data for Research and Evaluation: Rapid Review. *JMIR Public Health and Surveillance* **5**:4, e12846. [Crossref]

45. O'Bryan Jane, Wolf-Gould Carolyn, Matsuo Yoshiro. 2018. Mammary Myofibroblastoma in a Transgender Patient on Feminizing Hormones: Literature Review and Case Report. *Transgender Health* **3**:1, 1-9. [Abstract] [Full Text] [PDF] [PDF Plus]

46. Byne William, Karasic Dan H., Coleman Eli, Eyler A. Evan, Kidd Jeremy D., Meyer-Bahlburg Heino F.L., Pleak Richard R., Pula Jack. 2018. Gender Dysphoria in Adults: An Overview and Primer for Psychiatrists. *Transgender Health* **3**:1, 57-A3. [Abstract] [Full Text] [PDF] [PDF Plus]

47. Ezell Jerel M., Ferreira Matthew J., Duncan Dustin T., Schneider John A.. 2018. The Social and Sexual Networks of Black Transgender Women and Black Men Who Have Sex with Men: Results from a Representative Sample. *Transgender Health* **3**:1, 201-209. [Abstract] [Full Text] [PDF] [PDF Plus]

48. Sarah E. Valentine, Jillian C. Shipherd. 2018. A systematic review of social stress and mental health among transgender and gender non-conforming people in the United States. *Clinical Psychology Review* **66**, 24-38. [Crossref]

49. Jessica Lapinski, Tiffany Covas, Jennifer M. Perkins, Kristen Russell, Deanna Adkins, Melanie Camejo Coffigny, Sharon Hull. 2018. Best Practices in Transgender Health. *Primary Care: Clinics in Office Practice* **45**:4, 687-703. [Crossref]

50. Will Garner, Brigid M. Wilson, Lauren Beste, Marissa Maier, Michael E. Ohl, Puja Van Epps. 2018. Gaps in Preexposure Prophylaxis Uptake for HIV Prevention in the Veterans Health Administration. *American Journal of Public Health* **108**:S4, S305-S310. [Crossref]

51. Raymond P. Tucker, Rylan J. Testa, Tracy L. Simpson, Jillian C. Shipherd, John R. Blosnich, Keren Lehavot. 2018. Hormone therapy, gender affirmation surgery, and their association with recent suicidal ideation and depression symptoms in transgender veterans. *Psychological Medicine* **48**:14, 2329-2336. [Crossref]

52. Janelle M. Downing, Julia M. Przedworski. 2018. Health of Transgender Adults in the U.S., 2014–2016. *American Journal of Preventive Medicine* **55**:3, 336-344. [Crossref]

53. Darios Getahun, Rebecca Nash, W. Dana Flanders, Tisha C. Baird, Tracy A. Becerra-Culqui, Lee Cromwell, Enid Hunkeler, Timothy L. Lash, Andrea Millman, Virginia P. Quinn, Brandi Robinson, Douglas Roblin, Michael J. Silverberg, Joshua Safer, Jennifer Slovis, Vin Tangpricha, Michael Goodman. 2018. Cross-sex Hormones and Acute Cardiovascular Events in Transgender Persons. *Annals of Internal Medicine* **169**:4, 205. [Crossref]

54. Douglas Knutson, Julie M. Koch. 2018. Person-Centered Therapy as Applied to Work With Transgender and Gender Diverse Clients. *Journal of Humanistic Psychology* 002216781879108. [Crossref]

55. John R Blosnich, John Cashy, Adam J Gordon, Jillian C Shipherd, Michael R Kauth, George R Brown, Michael J Fine. 2018. Using clinician text notes in electronic medical record data to validate transgender-related diagnosis codes. *Journal of the American Medical Informatics Association* **25**:7, 905-908. [Crossref]

56. Janelle Downing, Kerith Conron, Jody L. Herman, John R. Blosnich. 2018. Transgender And Cisgender US Veterans Have Few Health Differences. *Health Affairs* **37**:7, 1160-1168. [Crossref]

57. Margret E. Bell, Christina M. Dardis, Stephanie A. Vento, Amy E. Street. 2018. Victims of sexual harassment and sexual assault in the military: Understanding risks and promoting recovery. *Military Psychology* **30**:3, 219-228. [Crossref]

58. Gregg A. Stevens, Tony Nguyen, Francisco J. Fajardo. 2018. LGBT Senior Health Disparities: Information Resources to Bridge the Gap. *Journal of Consumer Health on the Internet* **22**:2, 150-157. [Crossref]

59. Kerry Beckman, Jillian Shipherd, Tracy Simpson, Keren Lehavot. 2018. Military Sexual Assault in Transgender Veterans: Results From a Nationwide Survey. *Journal of Traumatic Stress* **31**:2, 181-190. [Crossref]

60. Tinca J. C. Polderman, Baudewijntje P. C. Kreukels, Michael S. Irwig, Lauren Beach, Yee-Ming Chan, Eske M. Derks, Isabel Esteva, Jesse Ehrenfeld, Martin Den Heijer, Danielle Posthuma, Lewis Raynor, Amy Tishelman, Lea K. Davis. 2018. The Biological Contributions to Gender Identity and Gender Diversity: Bringing Data to the Table. *Behavior Genetics* **48**:2, 95-108. [Crossref]

61. Heliana Ramirez, Katharine Bloeser. Risk and Resilience: A Review of the Health Literature of Veterans Who Identify as LGBT 9-24. [Crossref]

62. Dragon Christina N., Guerino Paul, Ewald Erin, Laffan Alison M.. 2017. Transgender Medicare Beneficiaries and Chronic Conditions: Exploring Fee-for-Service Claims Data. *LGBT Health* **4**:6, 404-411. [Abstract] [Full Text] [PDF] [PDF Plus]

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.

63. Johnston Carrie D., Shearer Lee S.. 2017. Internal Medicine Resident Attitudes, Prior Education, Comfort, and Knowledge Regarding Delivering Comprehensive Primary Care to Transgender Patients. *Transgender Health* **2**:1, 91-95. [Abstract] [Full Text] [PDF] [PDF Plus]

64. Shannon Ford, Carla Schnitzlein. 2017. Gender Dysphoria in the Military. *Current Psychiatry Reports* **19**:12. . [Crossref]

65. Michael R. Kauth, John R. Blosnich, Janelle Marra, Zander Keig, Jillian C. Shipherd. 2017. Transgender Health Care in the U.S. Military and Veterans Health Administration Facilities. *Current Sexual Health Reports* **9**:3, 121-127. [Crossref]

66. Keren Lehavot, Jodie G. Katon, Tracy L. Simpson, Jillian C. Shipherd. 2017. Transgender Veterans' Satisfaction With Care and Unmet Health Needs. *Medical Care* **55**, S90-S96. [Crossref]

67. Mollie A. Ruben, John R. Blosnich, Melissa E. Dichter, Lorry Luscri, Jillian C. Shipherd. 2017. Will Veterans Answer Sexual Orientation and Gender Identity Questions?. *Medical Care* **55**, S85-S89. [Crossref]

68. Catherine Connell. 2017. "Now that we can ask and tell: The social movement legacy of the DADT repeal". *Sociology Compass* **11**:9, e12506. [Crossref]

69. Kauth Michael R., Barrera Terri L., Denton F. Nicholas, Latini David M.. 2017. Health Differences Among Lesbian, Gay, and Transgender Veterans by Rural/Small Town and Suburban/Urban Setting. *LGBT Health* **4**:3, 194-201. [Abstract] [Full Text] [PDF] [PDF Plus]

70. Julie K. Schulman, Laura Erickson-Schroth. 2017. Mental Health in Sexual Minority and Transgender Women. *Psychiatric Clinics of North America* **40**:2, 309-319. [Crossref]

71. John R. Blosnich, Mary C. Marsiglio, Melissa E. Dichter, Shasha Gao, Adam J. Gordon, Jillian C. Shipherd, Michael R. Kauth, George R. Brown, Michael J. Fine. 2017. Impact of Social Determinants of Health on Medical Conditions Among Transgender Veterans. *American Journal of Preventive Medicine* **52**:4, 491-498. [Crossref]

72. Ethan C. Cicero, Linda M. Wesp. 2017. Supporting the Health and Well-Being of Transgender Students. *The Journal of School Nursing* **33**:2, 95-108. [Crossref]

73. Morten Ender, Diane Ryan, Danielle Nuszkowski, Emma Spell, Charles Atkins. 2017. Dinner and a Conversation: Transgender Integration at West Point and Beyond. *Social Sciences* **6**:1, 27. [Crossref]

74. Gaither Thomas W., Awad Mohannad A., Osterberg E. Charles, Romero Angelita, Bowers Marci L., Breyer Benjamin N.. 2017. Impact of Sexual Orientation Identity on Medical Morbidities in Male-to-Female Transgender Patients. *LGBT Health* **4**:1, 11-16. [Abstract] [Full Text] [PDF] [PDF Plus]

75. Charles P. Hoy-Ellis, Chengshi Shiu, Kathleen M. Sullivan, Hyun-Jun Kim, Allison M. Sturges, Karen I. Fredriksen-Goldsen. 2017. Prior Military Service, Identity Stigma, and Mental Health Among Transgender Older Adults. *The Gerontologist* **57**:suppl 1, S63-S71. [Crossref]

76. M. Heliana Ramirez, Paul R. Sterzing. 2017. Coming out in camouflage: A queer theory perspective on the strength, resilience, and resistance of lesbian, gay, bisexual, and transgender service members and veterans. *Journal of Gay & Lesbian Social Services* **29**:1, 68-86. [Crossref]

77. Hayley Braun, Rebecca Nash, Vin Tangpricha, Janice Brockman, Kevin Ward, Michael Goodman. 2017. Cancer in Transgender People: Evidence and Methodological Considerations. *Epidemiologic Reviews* **39**:1, 93-107. [Crossref]

78. Anne A. Lawrence. 2017. Autogynephilia and the Typology of Male-to-Female Transsexualism. *European Psychologist* **22**:1, 39-54. [Crossref]

79. Jan A. Lindsay, Colt Keo-Meier, Sonora Hudson, Annette Walder, Lindsey A. Martin, Michael R. Kauth. 2016. Mental Health of Transgender Veterans of the Iraq and Afghanistan Conflicts Who Experienced Military Sexual Trauma. *Journal of Traumatic Stress* **29**:6, 563-567. [Crossref]

80. Noah Riseman. 2016. Transgender policy in the Australian Defence Force: Medicalization and its discontents. *International Journal of Transgenderism* **17**:3-4, 141-154. [Crossref]

81. Kauth Michael R., Shipherd Jillian C.. 2016. Transforming a System: Improving Patient-Centered Care for Sexual and Gender Minority Veterans. *LGBT Health* **3**:3, 177-179. [Citation] [Full Text] [PDF] [PDF Plus]

82. Jeremy T. Goldbach, Carl Andrew Castro. 2016. Lesbian, Gay, Bisexual, and Transgender (LGBT) Service Members: Life After Don't Ask, Don't Tell. *Current Psychiatry Reports* **18**:6. . [Crossref]

Downloaded by National Library Of Med/Swets / 43436229 from www.liebertpub.com at 06/18/20. For personal use only.