UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| NICOLAS TALBOTT, et al., | : | |
| individually and on behalf | : | |
| of all similarly situated | : | Civil Action No. |
| individuals, | : | 25-cv-240-ACR |
| Plaintiffs, | : | |
| v. | : | |
| UNITED STATES, et al., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - x

Tuesday, October 6, 2026
Washington, D.C.

Videotaped Deposition of:

HERNANDO J. ORTEGA, JR., MD., MPH,

Called for oral examination by counsel for the Plaintiff, pursuant to notice, at the law offices of O'Melveny & Myers, LLP, 1625 I Street, Northwest, Tenth Floor, Washington, D.C. 20006, before Christina S. Hotsko, RPR, CRR, CA CSR, of Veritext Legal Solutions, a Notary Public in and for the District of Columbia, beginning at 9:32 a.m., when were present on behalf of the respective parties:

you gave earlier, right, that I restated.

How long have you held that opinion?

MR. LITTMAN: Objection. Asked and answered.

MS. PANCHOK-BERRY: He didn't answer, actually. That's why I'm asking.

THE WITNESS: You're saying the opinion of the gender -- I'm not sure which opinion, because I think I've talked [sic] two or three of those.

BY MS. PANCHOK-BERRY:

Q. What opinions do you intend to offer in this matter?

MR. LITTMAN: Objection. Asked and answered.

You can answer.

THE WITNESS: The relationship of at least my experience with accessions medicine and the determination of a waiver threshold for gender dysphoria can't be measured specifically by gender dysphoria. It has to be measured, or at least it can be estimated, by attendant

comorbidities because they're very high in the gender dysphoric population. And so the risks tend to move -- they tend to -- mood disorders, regardless of whether you're gender dysphoric or not, tend to have a pattern of recurrent risk that would be similar in gender dysphoric patients.

Is that -- I mean, that's -- as I do accessions, those are the types of thoughts I get to make every day, I guess.

BY MS. PANCHOK-BERRY:

Q. For this opinion, how long have you held that opinion?

A. As long as I've been doing accessions medicine and begin to look up risk data. Depression is a relatively high-risk condition, as are many mental health conditions.

Q. Do you intend to offer any other opinions at trial?

MR. LITTMAN: Objection. Asked and answered.