# EXHIBIT C

| PLAINTIFFS' EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|
| **No.** | **Description** | **Marked For Identification** | **Admitted in Evidence** | **Objections** | **Witness / Date** |
| **Exhibits Plaintiffs Intend to Offer** | | | | | |
| PX-0001 | 2026.10.28 Interrogatory Responses of Secretary Pete Hegseth | | | H, MIL, BRPL | |
| PX-0002 | Talbott AR 00001 - Administrative Record | | | F | |
| PX-0003 | TALBOTT-0000003257 - Clarifying Guidance | | | F, H | |
| PX-0004 | TALBOTT-0000003291 - Clarifying Guidance | | | F, H | |
| PX-0005 | TALBOTT-0000001370 - EO 14168 | | | F, H | |
| PX-0006 | TALBOTT-0000001375 - EO 14183 | | | F, H | |
| PX-0007 | Talbott AR_0004001 - Military Service by Transgender Individuals | | | F, H | |
| PX-0008 | TALBOTT-0000003574 - EO 14004 | | | F, H | |
| PX-0009 | Talbott AR_0003664 - DTM 16-005 | | | F, H | |
| PX-0010 | TALBOTT-0000008805 - Carter Memo | | | F, H | |
| PX-0011 | TALBOTT-0000006453 - The September 2026 Testosterone Replacement Treatment program clinical guidelines | | | F, H | |
| PX-0012 | TALBOTT-0000007218 - WPATH Coleman Standards of Care for the Health of Transgender and Gender Diverse People.pdf | | | F, H | |
| PX-0013 | TALBOTT-0000002528 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0014 | TALBOTT-0000001633 - Hegseth Video on Policy | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0015 | TALBOTT-0000002533 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0016 | TALBOTT-0000002534 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0017 | TALBOTT-0000001758 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0018 | Hegseth, The War on Warriors (2024) | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0019 | TABOTT AR_0011294 - Literature Review | | | F, H, C | |
| PX-0020 | TALBOTT-0000001268 - EO Fact Sheet | | | F, H | |
| PX-0021 | TALBOTT-0000001270 - France24 Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0022 | TALBOTT-0000001283 - Hegseth Address Transcript | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0023 | TALBOTT-0000001734 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0024 | TALBOTT-0000002508 - Hegseth Speech Transcript | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0025 | TALBOTT-0000002524 - White House Press Release | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0026 | TALBOTT-0000003399 - Washington Post Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0027 | TALBOTT-0000003416 - Hegseth Speech Transcript | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0028 | TALBOTT-0000003463 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0029 | TALBOTT-0000003469 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0030 | TALBOTT-0000003514 - CNN Article | | | A, F, H, NR, 403, I, C, MIL | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0031 | TALBOTT-0000003525 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0032 | TALBOTT-0000003550 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0033 | TALBOTT-0000003579 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0034 | TALBOTT-0000003408 - Hegseth Speech Transcript | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0035 | Talbott AR_0004586 - Email re: Fwd: Transgender Servicemember Draft Memos | | | A, F, H | |
| PX-0036 | Talbott AR_0004588 - Attachment to Talbott AR_0004586 | | | A, F, H | |
| PX-0037 | Talbott AR_0004589 - Attachment to Talbott AR_0004586 | | | A, F, H | |
| PX-0038 | Talbott AR_0009644 - Email re: FW: Transgender Servicemember Draft Memos | | | A, F, H | |
| PX-0039 | Talbott AR_0009646 - Attachment to Talbott AR_0009644 | | | A, F, H | |
| PX-0040 | Talbott AR_0009647 - Attachment to Talbott AR_0009644 | | | A, F, H | |
| PX-0041 | Talbott AR_0005501 - Email re: UPR000351-25 Prioritizing Military Excellence and Readiness Package | | | A, F, H | |
| PX-0042 | Talbott AR_0005503 - Attachment to Talbott AR_0005501 | | | A, F, H | |
| PX-0043 | Talbott AR_0013524 - Email re: URGENT // ACTION // UPR000351-25 - Prioritizing Military Excellence and Readiness - Suspense: February 7, 2025 | | | A, F, H | |
| PX-0044 | Talbott AR_0013526 - Attachment to Talbott AR_0013524 | | | A, F, H | |
| PX-0045 | Talbott AR_0016762 - Email re: FW: UPR000351-25 - Prioritizing Military Excellence and Readiness | | | A, F, H | |
| PX-0046 | Talbott AR_0016763 - Attachment to Talbott AR_0016762 | | | A, F, H | |
| **Exhibits Plaintiffs May Offer if the Need Arises** | | | | | |
| PX-0047 | TALBOTT-0000000030 - Certificate of Uniformed Service | | | A, F, H | |
| PX-0048 | TALBOTT-0000001249 - Fortune Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0049 | TALBOTT-0000001253 - NYT Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0050 | TALBOTT-0000001261 - WSJ Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0051 | TALBOTT-0000001279 - NPR Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0052 | TALBOTT-0000001298 - Ezell Memorandum | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0053 | TALBOTT-0000001318 - Advocate Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0054 | TALBOTT-0000001333 - ABC27 Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0055 | TALBOTT-0000001335 - NYT Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0056 | TALBOTT-0000001360 - MSNOW Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0057 | TALBOTT-0000001378 - Hegseth Confirmation Hearing Transcript | | | A, F, H, NR, 403, I, C, MIL | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0058 | TALBOTT-0000001587 - Hegseth Podcast Audio | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0059 | TALBOTT-0000001588 - Hegseth Podcast Description | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0060 | TALBOTT-0000001590 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0061 | TALBOTT-0000001591 - Truth Social Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0062 | TALBOTT-0000001599 - Facebook Post with Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0063 | TALBOTT-0000001634 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0064 | TALBOTT-0000001637 - FRAGO 6 to HQDA | | | F, H | |
| PX-0065 | TALBOTT-0000001647 - Air Force Additional DAF Implementing Policy | | | F, H | |
| PX-0066 | TALBOTT-0000001653 - Additional Implementation Guidance on Administrative Separations | | | F, H | |
| PX-0067 | TALBOTT-0000001724 - House Republican Issues Conference Speech | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0068 | TALBOTT-0000001725 - CSPAN Webpage of House Republic Issues Conference Speech | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0069 | TALBOTT-0000001729 - House Armed Services Committee Testimony | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0070 | TALBOTT-0000001730 - CSPAN Webpage of House Armed Services Testimony | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0071 | TALBOTT-0000001735 - YouTube Webpage of Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0072 | TALBOTT-0000001759 - YouTube Webpage of Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0073 | TALBOTT-0000002453 - Hegseth Speech Transcript | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0074 | TALBOTT-0000002461 - Army Directive 2021-22 | | | F, H | |
| PX-0075 | TALBOTT-0000002485 - Army Directive 2016-35 | | | F, H | |
| PX-0076 | TALBOTT-0000001821 - Marquez Graduation Picture | | | A, F | |
| PX-0077 | TALBOTT-0000002504 - Iowa Capital Dispatch Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0078 | TALBOTT-0000002529 - YouTube Webpage of Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0079 | TALBOTT-0000002538 - DOW Rapid Response X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0080 | TALBOTT-0000002541 - Email re Service Extensions for Members with Gender Dysphoria in Involuntary Discharge Processing | | | A, F, H | |
| PX-0081 | TALBOTT-0000002544 - Army Regulation 635-200 | | | F, H | |
| PX-0082 | TALBOTT-0000002708 - Hegseth Speech Transcript | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0083 | TALBOTT-0000002724 - DoWI 6025.19 | | | F, H | |
| PX-0084 | TALBOTT-0000001824 - DAFGM to DAFI 36-3211 | | | F, H | |
| PX-0085 | TALBOTT-0000002753 - DoDI 1300.28 | | | F, H | |
| PX-0086 | TALBOTT-0000002775 - DoDI 1300.28 | | | F, H | |
| PX-0087 | TALBOTT-0000002802 - DoDI 1332.14 | | | F, H | |
| PX-0088 | TALBOTT-0000002865 - DoDI 1332.18 | | | F, H | |
| PX-0089 | TALBOTT-0000002936 - DoDI 1332.29 | | | F, H | |
| PX-0090 | TALBOTT-0000002949 - DoDI 1332.30 | | | F, H | |
| PX-0091 | TALBOTT-0000002978 - DoDI 1332.43 | | | F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0092 | TALBOTT-0000002386 - Acknowledgement of Receipt of Notification of Initiation of Elimination | | | A, F, H | |
| PX-0093 | TALBOTT-0000002990 - DAF Additional Guidance for Executive Order 14183 | | | F, H | |
| PX-0094 | TALBOTT-0000002993 - Air Force Implementation | | | F, H | |
| PX-0095 | TALBOTT-0000002995 - DAF Implementing Policy | | | F, H | |
| PX-0096 | TALBOTT-0000002997 - Instructions for Voluntary Separation | | | F, H | |
| PX-0097 | TALBOTT-0000003002 - Administrative Absence for Gender Dysphoria | | | F, H | |
| PX-0098 | TALBOTT-0000003005 - AFR Voluntary Separation Instructions | | | F, H | |
| PX-0099 | TALBOTT-0000003011 - DAF Guidance on Retention and Accession Waivers | | | F, H | |
| PX-0100 | TALBOTT-0000003015 - Additional DAF Implementing Policy | | | F, H | |
| PX-0101 | TALBOTT-0000003019 - Additional DAF Implementing Policy | | | F, H | |
| PX-0102 | TALBOTT-0000003021 - DAFGM to DAFI 36-3211 | | | F, H | |
| PX-0103 | TALBOTT-0000003059 - DAF Workplaces and Use of Bathroom and Intimate Space Facilities | | | F, H | |
| PX-0104 | TALBOTT-0000003061 - FRAGO 1 to HQDA EXORD 150-25 | | | F, H | |
| PX-0105 | TALBOTT-0000003065 - FRAGO 2 to GQDA Exord 175-25 | | | F, H | |
| PX-0106 | TALBOTT-0000003091 - FRAGO 5 FAQs | | | F, H | |
| PX-0107 | TALBOTT-0000003094 - TERA Request | | | F, H | |
| PX-0108 | TALBOTT-0000003096 - HQDA Exord (FRAGO 5) Implementation | | | F, H | |
| PX-0109 | TALBOTT-0000003108 - Voluntary Separation | | | A, F, H | |
| PX-0110 | TALBOTT-0000003109 - Commander Talking Points | | | F, H | |
| PX-0111 | TALBOTT-0000003112 - Gender Dysphoria Voluntary Separation Processes | | | F, H | |
| PX-0112 | TALBOTT-0000003117 - Benefits Overview | | | F, H | |
| PX-0113 | TALBOTT-0000003122 - Clinical Decision Support Tool | | | F, H | |
| PX-0114 | TALBOTT-0000003127 - Implementation Guide | | | F, H | |
| PX-0115 | TALBOTT-0000003152 - FRAGO 3 to HQDA Exord 175-25 | | | F, H | |
| PX-0116 | TALBOTT-0000003160 - Frequently Asked Questions | | | F, H | |
| PX-0117 | TALBOTT-0000003164 - EXORD 1725 FRAGO 2 Key Points | | | F, H | |
| PX-0118 | TALBOTT-0000003166 - Corrected Copy HQDA Exord 150-25 | | | F, H | |
| PX-0119 | TALBOTT-0000003169 - Implementation Guide | | | F, H | |
| PX-0120 | TALBOTT-0000003194 - Checklist | | | F, H | |
| PX-0121 | TALBOTT-0000003196 - FRAGO 4 to HQDA Exord 175-25 | | | F, H | |
| PX-0122 | TALBOTT-0000003221 - ARNG Implementing Guidance | | | F, H | |
| PX-0123 | TALBOTT-0000003229 - Resource Guide | | | F, H | |
| PX-0124 | TALBOTT-0000003236 - Implementation Guidance | | | F, H | |
| PX-0125 | TALBOTT-0000003243 - Hegseth Memo | | | A, F, H, MIL | |
| PX-0126 | TALBOTT-0000003244 - Additional Guidance | | | F, H | |
| PX-0127 | TALBOTT-0000003272 - Military Department Identification | | | F, H | |
| PX-0128 | TALBOTT-0000003275 - Implementation Guidance | | | F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0129 | TALBOTT-0000003279 - Implementing Policy | | | F, H | |
| PX-0130 | TALBOTT-0000003284 - Additional Impementation Guidance on Administrative Separations | | | F, H | |
| PX-0131 | TALBOTT-0000003306 - Health Affairs Guidance | | | F, H | |
| PX-0132 | TALBOTT-0000003308 - Frequently Asked Questions | | | F, H | |
| PX-0133 | TALBOTT-0000003313 - Reminder on Public Communications | | | F, H | |
| PX-0134 | TALBOTT-0000003315 - Public Affairs Guidance | | | F, H | |
| PX-0135 | TALBOTT-0000003324 - USMEPCOM Manual | | | F, H | |
| PX-0136 | TALBOTT-0000003332 - FAQ | | | F, H | |
| PX-0137 | TALBOTT-0000003338 - Additional Direction | | | F, H | |
| PX-0138 | TALBOTT-0000003340 - DON Initial Direction | | | F, H | |
| PX-0139 | TALBOTT-0000003344 - DON Implementing Policy | | | F, H | |
| PX-0140 | TALBOTT-0000003348 - DON Initial Execution | | | F, H | |
| PX-0141 | TALBOTT-0000003357 - DON Implementing Policy | | | F, H | |
| PX-0142 | TALBOTT-0000003367 - DON Updated Implementing Policy | | | F, H | |
| PX-0143 | TALBOTT-0000003369 - Implementing Policy | | | F, H | |
| PX-0144 | TALBOTT-0000003376 - Direction Concerning Involuntary Separation | | | F, H | |
| PX-0145 | TALBOTT-0000002442 - Initiation of Elimination | | | F, H | |
| PX-0146 | TALBOTT-0000002448 - Notification of Administrative Show Cause Proceedings | | | F, H | |
| PX-0147 | TALBOTT-0000003381 - CENTCOM Minimal Standards | | | F, H | |
| PX-0148 | TALBOTT-0000003443 - UNCLAS | | | F, H | |
| PX-0149 | TALBOTT-0000003472 - Trump X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0150 | TALBOTT-0000003473 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0151 | TALBOTT-0000003481 - People Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0152 | TALBOTT-0000003524 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0153 | TALBOTT-0000003551 - DON Administrative Separations | | | F, H | |
| PX-0154 | TALBOTT-0000003560 - DoDI 6490.07 | | | F, H | |
| PX-0155 | TALBOTT-0000003577 - CENTCOM MOD Eighteen | | | F, H | |
| PX-0156 | TALBOTT-0000003580 - Instagram Post with Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0157 | Talbott AR_0003872 - DoW Instruction 6130.03, Volume 1 | | | F, H | |
| PX-0158 | Talbott AR_0003813 - DoDI 6130.03, Volume 1 | | | F, H | |
| PX-0159 | Talbott AR_0003773 - DoDI 6130.03, Volume 2 | | | F, H | |
| PX-0160 | Talbott AR_0005136 - Email re Draft RAH for 1130 Prep for Mr. Selnick | | | A, F, H | |
| PX-0161 | TALBOTT-0000002439 - Finding and Recommendations | | | A, F, H | |
| PX-0162 | Talbott AR_0004243 - Email re data on transgender service members | | | A, F, H | |
| PX-0163 | Talbott AR 02835 - DoDI 1300.28 | | | F, H | |
| PX-0164 | Talbott AR_0018020 - Health and Human Performance Optimization to Enhance Military Readiness | | | F, H | |
| PX-0165 | Talbott AR_0005280 - Email re Background on TG Policy | | | A, F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0166 | Talbott AR_0005356 - OUSD(P&R) Coordination Sheet | | | A, F, H | |
| PX-0167 | Talbott AR_0004682 - Email re Current drafts of 3x memos | | | A, F, H | |
| PX-0168 | Talbott AR_0011523 - Email re TG Policy | | | A, F, H | |
| PX-0169 | Talbott AR_0004229 - Email Chain re USD TPs for SECDEF Meeting | | | A, F, H | |
| PX-0170 | Talbott AR_0004575 - Email re Time Sensitive: P&R Draft Guidance for SD Review | | | A, F, H | |
| PX-0171 | Talbott AR_0005693 - Email re Package on P&R Memo | | | A, F, H | |
| PX-0172 | Talbott AR_0004214 - Email re Draft Submitted to OGC | | | A, F, H | |
| PX-0173 | Talbott AR_0005842 - Email re Implementing P&R Guidance (Gender Identity) | | | A, F, H | |
| PX-0174 | Talbott AR_0004246 - Email re Noon Review Requested: Gender Identity PAG | | | A, F, H | |
| PX-0175 | Talbott AR_0004746 - Email re Transgender Service Member Policy Update | | | A, F, H | |
| PX-0176 | Talbott AR_0006570 - Briefing Card | | | A, F, H | |
| PX-0177 | TALBOTT-0000003942 -Parenthood, Pregnancy, and Postpartum | | | A, F, H | |
| PX-0178 | TALBOTT-0000003927 - Operational Outcomes Analysis | | | A, F, H | |
| PX-0179 | TALBOTT-0000002802 - DoDi 1332.14 | | | F, H | |
| PX-0180 | TALBOTT-0000008140 - Parks Paper | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0181 | TALBOT-0000003583 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0182 | TALBOTT-0000003584 - DoW Webpage for Hegseth Speech | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0183 | TALBOTT-0000003595 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0184 | TALBOTT-0000003596 - CSPAN Webpage of Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0185 | TALBOTT-0000003718 - Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0186 | TALBOTT-0000003719 - YouTube Webage of Hegseth Video | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0187 | TALBOTT-0000003725 - DoDI 6130.03, Volume 1 | | | F, H | |
| PX-0188 | TALBOTT-0000003877 - DoWI 6130.03, Volume 2 | | | F, H | |
| PX-0189 | TALBOTT-0000003971 - Air Force Instruction 1-2 | | | F, H | |
| PX-0190 | TALBOTT-0000004044 - Army Directive 2016-30 | | | F, H | |
| PX-0191 | TALBOTT-0000017222 - Neary Letter | | | A, F, H | |
| PX-0192 | TALBOTT-0000004069 - Carter Statement | | | A, F, H | |
| PX-0193 | TALBOTT-0000004071 - Air Force Instruction 36-3208 | | | F, H | |
| PX-0194 | TALBOTT-0000004443 - Palm Center | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0195 | TALBOTT-0000004448 - Military Times | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0196 | TALBOTT-0000004858 - Assessing the Implications of Allowing Transgender Personnel to Serve Openly | | | A, F, H, 403, C, MIL | |
| PX-0197 | TALBOTT-0000004970 - Sexual Orientation and U.S. Military Personnel Policy | | | A, F, H, 403, C, MIL | |
| PX-0198 | TALBOTT-0000005520 - Sexual Orientation and U.S. Military Personnel Policy Update | | | A, F, H, 403, C, MIL | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0199 | TALBOTT-0000006111 - JAMA Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0200 | TALBOTT-0000006177 - Journal of Clinical Endocrinology & Metabolism Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0201 | TALBOTT-0000006370 - Palm Center | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0202 | TALBOTT-0000006453 - DGA Memorandum | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0203 | TALBOTT-0000006521 - 21 CFR 1306.22 | | | A, F, H | |
| PX-0204 | TALBOTT-0000006792 - RAND Publication | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0205 | TALBOTT-0000007033 - RAND Survey | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0206 | TALBOTT-0000007055 - Military Law Review Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0207 | TALBOTT-0000007694 - Armed Forces & Society Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0208 | TALBOTT-0000008095 - Military Medicine Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0209 | TALBOTT-0000008111 - Journal of Urology Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0210 | TALBOTT-0000008425 - APA Resolution | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0211 | TALBOTT-0000008487 - AMSARA Report | | | A, F, H | |
| PX-0212 | TALBOTT-0000008576 - DoDI 1332.45 | | | A, F, H | |
| PX-0213 | TALBOTT-0000008628 - Implementation Handbook | | | A, F, H | |
| PX-0214 | TALBOTT-0000008749 - Literature Review | | | A, F, H | |
| PX-0215 | TALBOTT-0000008761 - Transcript of Senior Defense Official Background Briefing | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0216 | TALBOTT-0000008776 - DoD Health of the Force 2018 | | | A, F, H | |
| PX-0217 | TALBOTT-0000008878 - Trump Tweet | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0218 | TALBOTT-0000008881 - Presidential Memorandum | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0219 | TALBOTT-0000008885 - AD 2021-22 | | | A, F, H | |
| PX-0220 | TALBOTT-0000008908 - Additional DAF Implementing Policy | | | A, F, H | |
| PX-0221 | TALBOTT-0000008914 - Army Implementation Guidance | | | A, F, H | |
| PX-0222 | TALBOTT-0000007093 - JAMA Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0223 | TALBOTT-0000006581 - Indian Journal of Endocrinology & Metablism Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0224 | TALBOTT-0000008930 - RAND Report | | | A, F, H | |
| PX-0225 | TALBOTT-0000009043 - DSM IV | | | A, F, H | |
| PX-0226 | TALBOTT-0000009958 - DSM V | | | A, F, H | |
| PX-0227 | TALBOTT-0000009975 - Implementation Guidance | | | A, F, H | |
| PX-0228 | TALBOTT-0000009979 - Standards of Care for the Health of Transsexual, Transgender, and Gender-Nonconforming People, Version 7 | | | A, F, H | |
| PX-0229 | TALBOTT-0000010195 - EO 14148 | | | F, H | |
| PX-0230 | TALBOTT-0000010657 - BUMED Instruction 1900.2A | | | A, F, H | |
| PX-0231 | TALBOTT-0000010710 - DoW Memorandum | | | A, F, H | |
| PX-0232 | TALBOTT-0000010711 - DoW Memorandum | | | A, F, H | |
| PX-0233 | TALBOTT-0000010846 - DD Form 214 | | | A, F, H | |
| PX-0234 | TALBOTT-0000011452 - ADP 6-22 | | | A, F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0235 | TALBOTT-0000011588 - DoD News Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0236 | TALBOTT-0000011591 - DoDI 5025.01 | | | A, F, H | |
| PX-0237 | TALBOTT-0000011634 - DoDI 7730.66 | | | A, F, H | |
| PX-0238 | TALBOTT-0000011671 - EO 9981 | | | F, H | |
| PX-0239 | TALBOTT-0000011673 - Congressional Reserach Service Document | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0240 | TALBOTT-0000011676 - NYT Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0241 | TALBOTT-0000011678 - Institute for Defense Analyses | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0242 | TALBOTT-0000012015 - Department of Health, Education, and Welfare Letter | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0243 | TALBOTT-0000012105 - RAND Report | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0244 | TALBOTT-0000012159 - DoD News | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0245 | TALBOTT-0000012162 - DoD News Release | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0246 | TALBOTT-0000012177 - APA Note on Gender Dysphoria | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0247 | TALBOTT-0000012210 - DoD Transcript | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0248 | TALBOTT-0000012225 - National Commission Report | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0249 | TALBOTT-0000012480 - 38 CFR | | | F, H | |
| PX-0250 | TALBOTT-0000012727 - 10 U.S.C.A. § 1174 | | | F, H | |
| PX-0251 | TALBOTT-0000012732 - 10 U.S.C.A. § 1175a | | | F, H | |
| PX-0252 | TALBOTT-0000012737 - U.S. Bureau of Labor Statistics News Release | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0253 | TALBOTT-0000012762 - US Department of VA Budget Submission | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0254 | TALBOTT-0000013131 - DoD 7000.14-R | | | A, F, H | |
| PX-0255 | TALBOTT-0000013138 - DoD Military Compensation Table | | | A, F, H | |
| PX-0256 | TALBOTT-0000013233 - Military Pay Chart | | | A, F, H | |
| PX-0257 | TALBOTT-0000013385 - SAMHSA Report | | | A, F, H | |
| PX-0258 | TALBOTT-0000013461 - SAMHSA Report | | | A, F, H | |
| PX-0259 | TALBOTT-0000013573 - US Office of Personnel Management Memo | | | A, F, H | |
| PX-0260 | TALBOTT-0000013582 - Presidential Memorandum | | | A, F, H | |
| PX-0261 | TALBOTT-0000013588 - Ash Carter Remarks Transcript | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0262 | TALBOTT-0000013607 - The International Journal of Transgenderism Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0263 | TALBOTT-0000013615 - DoD News Release | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0264 | TALBOTT-0000013646 - DAFPM2021-36-01 | | | A, F, H | |
| PX-0265 | TALBOTT-0000013672 - JAMA Psychiatry Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0266 | TALBOTT-0000013682 - Cerebral Cortex Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0267 | TALBOTT-0000013692 - Endocrine Society Journal Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0268 | TALBOTT-0000013704 - Archives of Sexual Behavior Article | | | A, F, H, NR, 403, I, C, MIL | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0269 | TALBOTT-0000013714 - Department of the Navy Memorandum | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0270 | TALBOTT-0000013718 - SECNAV 1000.11A | | | A, F, H | |
| PX-0271 | TALBOTT-0000013730 - AMSARA Report | | | A, F, H | |
| PX-0272 | TALBOTT-0000013771 - M21-1, Part VI, Subpart ii, Chapter 2 | | | A, F, H | |
| PX-0273 | Talbott AR_0004772 - Email re PRIVILEGED // Developing the Admin Record | | | A, F, H | |
| PX-0274 | Talbott AR_0070548 - Email re (DON) Follow up questions | | | A, F, H | |
| PX-0275 | Talbott AR_0070590 - Email re TG Memo | | | A, F, H | |
| PX-0276 | TALBOTT-0000003513 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0277 | TALBOTT-0000003523 - Hegseth X Post | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0278 | Talbott AR_0023562 - ARMS-LC | | | A, F, H | |
| PX-0279 | Talbott AR_0018235 - IPPS-A | | | A, F, H | |
| PX-0280 | Talbott AR_0018375 - Certificate for Release or Discharge from Active Duty | | | A, F, H | |
| PX-0281 | Talbott AR_0018399 - Army Memo | | | A, F, H | |
| PX-0282 | Talbott AR_0018401 - Privacy Act Statement | | | A, F, H | |
| PX-0283 | Talbott AR_0018452 - IPPS-A | | | A, F, H | |
| PX-0284 | Talbott AR_0021429 - Permanent Orders 171-3264 | | | A, F, H | |
| PX-0285 | Talbott AR_0021443 - Service School Academic Evaluation Report | | | A, F, H | |
| PX-0286 | Talbott AR_0021449 - Officer Evaluation Report | | | A, F, H | |
| PX-0287 | Talbott AR_0021451 - Officer Evaluation Report | | | A, F, H | |
| PX-0288 | Talbott AR_0021453 - USMA Transcript | | | A, F, H | |
| PX-0289 | Talbott AR_0021463 - Order No. 103-136 | | | A, F, H | |
| PX-0290 | Talbott AR_0021466 - Service School Academic Evaluation Report | | | A, F, H | |
| PX-0291 | Talbott AR_0021469 - Recommendation for Award | | | A, F, H | |
| PX-0292 | Talbott AR_0021471 - The Army Commendation Medal | | | A, F, H | |
| PX-0293 | Talbott AR_0021474 - Officer Evaluation Report | | | A, F, H | |
| PX-0294 | Talbott AR_0021479 - Officer Evaluation Report | | | A, F, H | |
| PX-0295 | Talbott AR_0021484 - NATO Travel Order | | | A, F, H | |
| PX-0296 | Talbott AR_0021486 - CR-075-0063 | | | A, F, H | |
| PX-0297 | Talbott AR_0021488 - Recommendation for Award | | | A, F, H | |
| PX-0298 | Talbott AR_0021490 - CR-075-0063 (A1) | | | A, F, H | |
| PX-0299 | Talbott AR_0021491 - CR-075-0063 (A2) | | | A, F, H | |
| PX-0300 | Talbott AR_0021492 - Recommendation for Award | | | A, F, H | |
| PX-0301 | Talbott AR_0021494 - Meritorious Service Medal | | | A, F, H | |
| PX-0302 | Talbott AR_0021495 - NATO Medal | | | A, F, H | |
| PX-0303 | Talbott AR_0021499 - Bronze Star Medal | | | A, F, H | |
| PX-0304 | Talbott AR_0021500 - Recommendation for Award | | | A, F, H | |
| PX-0305 | Talbott AR_0021504 - Officer Evaluation Report | | | A, F, H | |
| PX-0306 | Talbott AR_0021506 - Officer Evaluation Report | | | A, F, H | |
| PX-0307 | Talbott AR_0021521 - Certificate of Achievement | | | A, F, H | |
| PX-0308 | Talbott AR_0021522 - Order No: 201-027 | | | A, F, H | |
| PX-0309 | Talbott AR_0021523 - Officer Record Brief | | | A, F, H | |
| PX-0310 | Talbott AR_0021528 - Evaluation Report | | | A, F, H | |
| PX-0311 | Talbott AR_0021533 - DR-212-0009 | | | A, F, H | |
| PX-0312 | Talbott AR_0021535 - Deployment Document | | | A, F, H | |
| PX-0313 | Talbott AR_0021537 - DR-212-0009 (A1) | | | A, F, H | |
| PX-0314 | Talbott AR_0021545 - DR-212-0009 (A2) | | | A, F, H | |
| PX-0315 | Talbott AR_0021550 - DR-212-0009 (A3) | | | A, F, H | |
| PX-0316 | Talbott AR_0021562 - Officer Evaluation Report | | | A, F, H | |
| PX-0317 | Talbott AR_0021579 - Officer Evaluation Report | | | A, F, H | |
| PX-0318 | Talbott AR_0021582 - Certificate of Uniform Service | | | A, F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0319 | Talbott AR_0021711 - Physical Qualification | | | A, F, H | |
| PX-0320 | Talbott AR_0023558 - ARMS-LC | | | A, F, H | |
| PX-0321 | Talbott AR_0022861 - ARMS-LC | | | A, F, H | |
| PX-0322 | Talbott AR_0018892 - Soldier Talent Profile | | | A, F, H | |
| PX-0323 | Talbott AR_0019020 - DD-214 | | | A, F, H | |
| PX-0324 | Talbott AR_0019137 - Approval of Gender Marker Change | | | A, F, H | |
| PX-0325 | Talbott AR_0019343 - NCO Evaluation Report | | | A, F, H | |
| PX-0326 | Talbott AR_0019350 - Spreadsheet | | | A, F, H | |
| PX-0327 | Talbott AR_0019351 - Spreadsheet | | | A, F, H | |
| PX-0328 | Talbott AR_0019352 - Spreadsheet | | | A, F, H | |
| PX-0329 | Talbott AR_0005310 - Email re: SD Memo on TG: Prioritizing Military Excellence and Readiness | | | A, F, H | |
| PX-0330 | Talbott AR_0005311 - Attachment to Talbott AR_0005310 | | | A, F, H | |
| PX-0331 | Talbott AR_0005312 - Attachment to Talbott AR_0005310 | | | A, F, H | |
| PX-0332 | Talbott AR_0005316 - Email re: RE: SD Memo on TG: Prioritizing Military Excellence and Readiness | | | A, F, H | |
| PX-0333 | Talbott AR_0005318 - Attachment to Talbott AR_0005316 | | | A, F, H | |
| PX-0334 | Talbott AR_0005320 - Attachment to Talbott AR_0005316 | | | A, F, H | |
| PX-0335 | Talbott AR_0016975 - Email re: FW: TIME SENSITIVE: DRAFT MILITARY PERSONNEL POLICY MEMORANDA | | | A, F, H | |
| PX-0336 | Talbott AR_0016980 - Attachment to Talbott AR_0016975 | | | A, F, H | |
| PX-0337 | Talbott AR_0016981 - Attachment to Talbott AR_0016975 | | | A, F, H | |
| PX-0338 | Talbott AR_0006726 - Email re: FW: TIME SENSITIVE: DRAFT MILITARY PERSONNEL POLICY MEMORANDA | | | A, F, H | |
| PX-0339 | Talbott AR_0006732 - Attachment to Talbott AR_0006726 | | | A, F, H | |
| PX-0340 | Talbott AR_0006733 - Attachment to Talbott AR_0006726 | | | A, F, H | |
| PX-0341 | Talbott AR_0005337 - Email re: FW: SD Memo on TG: Prioritizing Military Excellence and Readiness | | | A, F, H | |
| PX-0342 | Talbott AR_0005340 - Attachment to Talbott AR_0005337 | | | A, F, H | |
| PX-0343 | Talbott AR_0005342 - Attachment to Talbott AR_0005337 | | | A, F, H | |
| PX-0344 | Talbott AR_0015048 - Email re: RE: TIME SENSITIVE: DRAFT MILITARY PERSONNEL POLICY MEMORANDA | | | A, F, H | |
| PX-0345 | Talbott AR_0015054 - Attachment to Talbott AR_0015048 | | | A, F, H | |
| PX-0346 | Talbott AR_0015056 - Attachment to Talbott AR_0015048 | | | A, F, H | |
| PX-0347 | Talbott AR_0006735 - Email re: RE: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |
| PX-0348 | Talbott AR_0006743 - Attachment to Talbott AR_0006735 | | | A, F, H | |
| PX-0349 | Talbott AR_0006760 - Attachment to Talbott AR_0006735 | | | A, F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0350 | Talbott AR_0015131 - Email re: RE: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |
| PX-0351 | Talbott AR_0015140 - Attachment to Talbott AR_0015131 | | | A, F, H | |
| PX-0352 | Talbott AR_0015142 - Attachment to Talbott AR_0015131 | | | A, F, H | |
| PX-0353 | Talbott AR_0011463 - Email re: FW: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |
| PX-0354 | Talbott AR_0011464 - Attachment to Talbott AR_0011463 | | | A, F, H | |
| PX-0355 | Talbott AR_0011466 - Attachment to Talbott AR_0011463 | | | A, F, H | |
| PX-0356 | Talbott AR_0004934 - Email re: SD Memo_Prioritizing Military Excellence and Readiness_v3 (separations) (002) | | | A, F, H | |
| PX-0357 | Talbott AR_0004935 - Attachment to Talbott AR_0004934 | | | A, F, H | |
| PX-0358 | Talbott AR_0015074 - Email re: FW: Current drafts of 3x memos | | | A, F, H | |
| PX-0359 | Talbott AR_0015085 - Attachment to Talbott AR_0015074 | | | A, F, H | |
| PX-0360 | Talbott AR_0015087 - Attachment to Talbott AR_0015074 | | | A, F, H | |
| PX-0361 | Talbott AR_0004682 - Email re: FW: Current drafts of 3x memos | | | A, F, H | |
| PX-0362 | Talbott AR_0004693 - Attachment to Talbott AR_0004682 | | | A, F, H | |
| PX-0363 | Talbott AR_0004695 - Attachment to Talbott AR_0004682 | | | A, F, H | |
| PX-0364 | Talbott AR_0005358 - Email re: RE: Email | | | A, F, H | |
| PX-0365 | Talbott AR_0005359 - Attachment to Talbott AR_0005358 | | | A, F, H | |
| PX-0366 | Talbott AR_0005361 - Attachment to Talbott AR_0005358 | | | A, F, H | |
| PX-0367 | Talbott AR_0013749 - Email re: RE: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |
| PX-0368 | Talbott AR_0013752 - Attachment to Talbott AR_0013749 | | | A, F, H | |
| PX-0369 | Talbott AR_q - Email re: FW: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |
| PX-0370 | Talbott AR_0007816 - Attachment to Talbott AR_0007813 | | | A, F, H | |
| PX-0371 | Talbott AR_0070866 - Email re: RE: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |
| PX-0372 | Talbott AR_0070869 - Attachment to Talbott AR_0070866 | | | A, F, H | |
| PX-0373 | Talbott AR_0070871 - Attachment to Talbott AR_0070866 | | | A, F, H | |
| PX-0374 | Talbott AR_0005363 - Email re: RE: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |
| PX-0375 | Talbott AR_0005367 - Attachment to Talbott AR_0005363 | | | A, F, H | |
| PX-0376 | Talbott AR_0005369 - Attachment to Talbott AR_0005363 | | | A, F, H | |
| PX-0377 | Talbott AR_0011484 - Email re: RE: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0378 | Talbott AR_0011486 - Attachment to Talbott AR_0011484 | | | A, F, H | |
| PX-0379 | Talbott AR_0011488 - Attachment to Talbott AR_0011484 | | | A, F, H | |
| PX-0380 | Talbott AR_0006766 - Email re: FW: Prioritizing Military Excellence and Readiness Memo | | | A, F, H | |
| PX-0381 | Talbott AR_0006768 - Attachment to Talbott AR_0006766 | | | A, F, H | |
| PX-0382 | Talbott AR_0006770 - Attachment to Talbott AR_0006766 | | | A, F, H | |
| PX-0383 | Talbott AR_0005386 - Email re: Returning TG Package | | | A, F, H | |
| PX-0384 | Talbott AR_0005388 - Attachment to Talbott AR_0005386 | | | A, F, H | |
| PX-0385 | Talbott AR_0005390 - Attachment to Talbott AR_0005386 | | | A, F, H | |
| PX-0386 | Talbott AR_0005406 - Email re: RE: Service Members w Gender Dysphoria Options Paper | | | A, F, H | |
| PX-0387 | Talbott AR_0005412 - Attachment to Talbott AR_0005406 | | | A, F, H | |
| PX-0388 | Talbott AR_0007825 - Email re: RE: Service Members w Gender Dysphoria Options Paper | | | A, F, H | |
| PX-0389 | Talbott AR_0007831 - Attachment to Talbott AR_0007825 | | | A, F, H | |
| PX-0390 | Talbott AR_0011554 - Email re: RE: Returning TG Package | | | A, F, H | |
| PX-0391 | Talbott AR_0011555 - Attachment to Talbott AR_0011554 | | | A, F, H | |
| PX-0392 | Talbott AR_0011506 - Email re: RE: Returning TG Package | | | A, F, H | |
| PX-0393 | Talbott AR_0011507 - Attachment to Talbott AR_0011506 | | | A, F, H | |
| PX-0394 | Talbott AR_0011283 - Email re: FW: RAH for Transgender Servicemember discussion | | | A, F, H | |
| PX-0395 | Talbott AR_0011291 - Attachment to Talbott AR_0011283 | | | A, F, H | |
| PX-0396 | Talbott AR_0006213 - Email re: Transgender separation memo | | | A, F, H | |
| PX-0397 | Talbott AR_0006214 - Attachment to Talbott AR_0006213 | | | A, F, H | |
| PX-0398 | Talbott AR_0007833 - Email re: FW: RE: Prioritizing Military Excellence and Readiness | | | A, F, H | |
| PX-0399 | Talbott AR_0007839 - Attachment to Talbott AR_0007833 | | | A, F, H | |
| PX-0400 | Talbott AR_0012727 - Email re: Fwd: Prioritizing Military Excellence and Readiness | | | A, F, H | |
| PX-0401 | Talbott AR_0012729 - Attachment to Talbott AR_0012727 | | | A, F, H | |
| PX-0402 | Talbott AR_0005096 - Email re: RE: Transgender separation memo | | | A, F, H | |
| PX-0403 | Talbott AR_0005098 - Attachment to Talbott AR_0005096 | | | A, F, H | |
| PX-0404 | Talbott AR_0006217 - Email re: RE: Transgender separation memo | | | A, F, H | |
| PX-0405 | Talbott AR_0006219 - Attachment to Talbott AR_0006217 | | | A, F, H | |
| PX-0406 | Talbott AR_0005436 - Email re: RE: Returning TG Package | | | A, F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0407 | Talbott AR_0005439 - Attachment to Talbott AR_0005436 | | | A, F, H | |
| PX-0408 | Talbott AR_0013764 - Email re: RE: Returning TG Package | | | A, F, H | |
| PX-0409 | Talbott AR_0013767 - Attachment to Talbott AR_0013764 | | | A, F, H | |
| PX-0410 | Talbott AR_0005446 - Email re: GENDER IDENTITY_SD MEMO_v7 | | | A, F, H | |
| PX-0411 | Talbott AR_0005447 - Attachment to Talbott AR_0005446 | | | A, F, H | |
| PX-0412 | Talbott AR_0013774 - Email re: GENDER IDENTITY_SD MEMO_v7 | | | A, F, H | |
| PX-0413 | Talbott AR_0013775 - Attachment to Talbott AR_0013774 | | | A, F, H | |
| PX-0414 | Talbott AR_0005448 - Email re: GENDER IDENTITY_SD MEMO_v7 | | | A, F, H | |
| PX-0415 | Talbott AR_0005449 - Attachment to Talbott AR_0005448 | | | A, F, H | |
| PX-0416 | Talbott AR_0013776 - Email re: GENDER IDENTITY_SD MEMO_v7 | | | A, F, H | |
| PX-0417 | Talbott AR_0013777 - Attachment to Talbott AR_0013776 | | | A, F, H | |
| PX-0418 | Talbott AR_0005450 - Email re: Gender Identity SD Memo Package | | | A, F, H | |
| PX-0419 | Talbott AR_0005451 - Attachment to Talbott AR_0005450 | | | A, F, H | |
| PX-0420 | Talbott AR_0013780 - Email re: Gender Identity SD Memo Package | | | A, F, H | |
| PX-0421 | Talbott AR_0013781 - Attachment to Talbott AR_0013780 | | | A, F, H | |
| PX-0422 | Talbott AR_0011514 - Email re: RE: TG Package | | | A, F, H | |
| PX-0423 | Talbott AR_0011519 - Attachment to Talbott AR_0011514 | | | A, F, H | |
| PX-0424 | Talbott AR_0015653 - Email re: FW: RE: TG Package | | | A, F, H | |
| PX-0425 | Talbott AR_0015658 - Attachment to Talbott AR_0015653 | | | A, F, H | |
| PX-0426 | Talbott AR_0005466 - Email re: RE: RE: TG Package | | | A, F, H | |
| PX-0427 | Talbott AR_0005467 - Attachment to Talbott AR_0005466 | | | A, F, H | |
| PX-0428 | Talbott AR_0007878 - Email re: RE: RE: TG Package | | | A, F, H | |
| PX-0429 | Talbott AR_0007879 - Attachment to Talbott AR_0007878 | | | A, F, H | |
| PX-0430 | Talbott AR_0011523 - Email re: RE: TG Policy | | | A, F, H | |
| PX-0431 | Talbott AR_0011525 - Attachment to Talbott AR_0011523 | | | A, F, H | |
| PX-0432 | Talbott AR_0015665 - Email re: OGC Coord SD Memo(s) | | | A, F, H | |
| PX-0433 | Talbott AR_0015668 - Attachment to Talbott AR_0015665 | | | A, F, H | |
| PX-0434 | Talbott AR_0015669 - Attachment to Talbott AR_0015665 | | | A, F, H | |
| PX-0435 | Talbott AR_0007887 - Email re: FW: OGC Coord SD Memo(s) | | | A, F, H | |
| PX-0436 | Talbott AR_0007890 - Attachment to Talbott AR_0007887 | | | A, F, H | |

| | | | | | |
|---|---|---|---|---|---|
| PX-0437 | Talbott AR_0007891 - Attachment to Talbott AR_0007887 | | | A, F, H | |
| PX-0438 | Talbott AR_0015097 - Email re: FW: OGC Coord SD Memo(s) | | | A, F, H | |
| PX-0439 | Talbott AR_0015100 - Attachment to Talbott AR_0015097 | | | A, F, H | |
| PX-0440 | Talbott AR_0015101 - Attachment to Talbott AR_0015097 | | | A, F, H | |
| PX-0441 | Talbott AR_0007892 - Email re: FW: OGC Coord SD Memo(s) | | | A, F, H | |
| PX-0442 | Talbott AR_0007895 - Attachment to Talbott AR_0007892 | | | A, F, H | |
| PX-0443 | Talbott AR_0007896 - Attachment to Talbott AR_0007892 | | | A, F, H | |
| PX-0444 | Talbott AR_0013498 - Email re: FW: OGC Coord SD Memo(s) | | | A, F, H | |
| PX-0445 | Talbott AR_0013501 - Attachment to Talbott AR_0013498 | | | A, F, H | |
| PX-0446 | Talbott AR_0013502 - Attachment to Talbott AR_0013498 | | | A, F, H | |
| PX-0447 | Talbott AR_0005473 - Email re: RE: OGC Coord SD Memo(s) | | | A, F, H | |
| PX-0448 | Talbott AR_0005477 - Attachment to Talbott AR_0005473 | | | A, F, H | |
| PX-0449 | Talbott AR_0005478 - Attachment to Talbott AR_0005473 | | | A, F, H | |
| PX-0450 | Talbott AR_0007900 - Email re: FW: TG Package - OGC Coord Update | | | A, F, H | |
| PX-0451 | Talbott AR_0007902 - Attachment to Talbott AR_0007900 | | | A, F, H | |
| PX-0452 | Talbott AR_0007910 - Attachment to Talbott AR_0007900 | | | A, F, H | |
| PX-0453 | TALBOTT-0000003546 - DOD News article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0454 | TALBOTT-0000003464 - Breaking Defense Article | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0455 | Hegseth, Battle for the American Mind (2022) | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0456 | Hegseth, Modern Warriors (2021) | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0457 | Hegseth, American Crusade (2020) | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0458 | Hegseth, The Case Against the Establishment (2017) | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0459 | Hegseth, In the Arena (2016) | | | A, F, H, NR, 403, I, C, MIL | |
| PX-0460 | TALBOTT-0000003474 - LGBTQ Nation Article | | | A, F, H, NR, 403, I, C, MIL | |
| | Any materials on Defendants' exhibit list | | | A, F, H, NR, I, M, Q, BRPL, C, MIL | |

| **Defendants' Objections Key** | |
|---|---|
| **Objection Abbrebiation** | **Objection Explanation** |
| A | Lack of Authenticity. Plaintiffs have not established that it is a true and correct copy of the document (Fed. R. Evid. 901 & 902). |

| | |
|---|---|
| F | Lack of Foundation. Defendants object to this exhibit on the ground that the foundation necessary for its admission has not been laid and is not laid in the exhibit itself. (Fed. R. Evid. 602). |
| H | Hearsay. Defendants object to Plaintiffs introducing this exhibit because it constitutes or contains hearsay and/or hearsay within hearsay and no exception applies. (Fed. R. Evid. 801 & 802, 805). |
| NR | Not Relevant. Defendants object to this exhibit because it is not relevant to any issue to be decided in this litigation. (Fed. R. Evid. 401 & 402). |
| 403 | FRE 403. Defendants object to this exhibit because its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. (Fed. R. Evid. 403). |
| I | Incomplete. Defendants object to this exhibit because the exhibit, as submitted, does not contain the complete document. (Fed. R. Evid. 106.) Defendants reserve all other objections. |
| M | Multiple Documents. Defendants object to this exhibit because it contains more than one document. |
| Q | Quality. Defendants object to this exhibit because the exhibit, as submitted, is illegible or otherwise of low quality. Defendants reserve all other objections. |
| BRPL | Brief, Pleading, Order, Discovery, Transcript, or Expert Report or Declaration. Defendants object to this exhibit because it is a brief, pleading, order, discovery request, discovery response, or expert report or declaration or an exhibit thereto that Plaintiffs cannot admit into evidence. |
| C | Cumulative. Defendants object to this exhibit on the ground that it is duplicative and/or cumulative of other exhibits. |
| MIL | Motions in Limine. This document contravenes motions in limine Defendants have filed. Defendants reserve the right to lodge additional objections to any exhibits on Plaintiffs' list to conform with motions in limine rulings, other evidentiary rulings, or other further guidance from the Court. |
| 1002 | FRE 1002. Defendants object to this document because it is secondary evidence offered to prove the content of an original writing, recording, or photograph (Fed. R. Evid. 1002). |