# EXHIBIT D

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| DX-0001 | TALBOTT-0000003257 | M&RA Memorandum, Clarifying Guidance on Prioritizing Military Excellence and Readiness, February 28, 2025 | | | F, H, M (Plaintiffs' objections key appears below.) |
| DX-0002 | TALBOTT-0000003272 | P&R Memorandum, Prioritizing Military Excellence and Readiness: Military Department Identification, March 21, 2025 | | | F, H |
| DX-0003 | TALBOTT-0000003291 | M&RA Memorandum, Clarifying Guidance on Prioritizing Military Excellence and Readiness: Retention and Accession Waivers, March 4, 2025 | | | F, H |
| DX-0004 | TALBOTT-0000003577 | MOD Eighteen to USCENTCOM Individual Protection and Individual-Unit Deployment Policy, Aug 19, 2025 | | | A, F, H |
| DX-0005 | Talbott_AR_00001 | Administrative Record | | | F, H, M |
| DX-0006 | Talbott AR_0018020 | Memorandum, Health and Human Performance Optimization to Enhance Military Readiness, July 15, 2026 | | | F, H |
| DX-0007 | TALBOTT-0000003927 | AFRL Operational Outcomes Analysis: Medically Qualified vs Medically Waivered Accessions, May 28, 2025 | | | A, F, H |
| DX-0008 | TALBOTT-0000006453 | Clinical Practice Guideline: Testosterone Deficiency in the Male Service Member, September 17, 2026 | | | F, H |
| DX-0009 | TALBOTT-0000008487 | AMSARA Report (ECF No. 86-1) | | | F, H |
| DX-0010 | N/A | Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories | | | H, F, BRPL |
| DX-0011 | TALBOTT-0000000030 | Certificate of Uniformed Service | | | F, H |
| DX-0012 | TALBOTT-0000001776 | Security Clearance Memorandum | | | F, H |
| DX-0013 | TALBOTT-0000001777 | Gender Marker Change Memorandum | | | F, H |
| DX-0014 | TALBOTT-0000001779 | USAF Trascript | | | F, H |
| DX-0015 | TALBOTT-0000001782 | ACAD Board Master List by OPA | | | F, H |
| DX-0016 | TALBOTT-0000001783 | Command and General Staff College - Unofficial Transcript & Diploma | | | F, H |
| DX-0017 | TALBOTT-0000001785 | CU-Springs Transcript & Diplomas | | | F, H |
| DX-0018 | TALBOTT-0000001788 | West Point Transcript | | | F, H |
| DX-0019 | Talbott AR_0018234 | 2LT Talbott - IPPSA Absences.pdf | | | A, F, H, NR, I |
| DX-0020 | Talbott AR_0018265 | TALBOTT NICOLAS KAMERON_1004465797_SGLV 8286_2026-04-11.pdf | | | A, F, H, NR |
| DX-0021 | Talbott AR_0018268 | TALBOTT NICOLAS KAMERON_1005272476_DA 5016_2026-04-24.pdf | | | A, F, H, NR, I |
| DX-0022 | Talbott AR_0018270 | TALBOTT NICOLAS KAMERON_1010278805_ASSIGN PERM AMND_2025-01-10.pdf | | | A, F, H, NR, I |
| DX-0023 | Talbott AR_0018272 | TALBOTT NICOLAS KAMERON_1010749783_ASSIGN PERM_2025-04-07.pdf | | | A, F, H, NR, I |
| DX-0024 | Talbott AR_0018273 | TALBOTT NICOLAS KAMERON_1010930095_DA 5960_2026-08-14.pdf | | | A, F, H, NR |
| DX-0025 | Talbott AR_0018274 | TALBOTT NICOLAS KAMERON_969385492_DA 3540_2024-03-26 2.pdf | | | A, F, H, NR |
| DX-0026 | Talbott AR_0018288 | TALBOTT NICOLAS KAMERON_969385492_DA 3540_2024-03-26.pdf | | | A, F, H, NR |
| DX-0027 | Talbott AR_0018302 | TALBOTT NICOLAS KAMERON_969385494_OPAT SCORES_2024-03-26.pdf | | | A, F, H, NR |
| DX-0028 | Talbott AR_0018303 | TALBOTT NICOLAS KAMERON_969385496_SF 86_2024-03-26.pdf | | | A, F, H, NR |
| DX-0029 | Talbott AR_0018336 | TALBOTT NICOLAS KAMERON_969385497_DA 5435_2024-03-26.pdf | | | A, F, H, NR |
| DX-0030 | Talbott AR_0018340 | TALBOTT NICOLAS KAMERON_969385498_DD 93_2024-03-26.pdf | | | A, F, H, NR |
| DX-0031 | Talbott AR_0018342 | TALBOTT NICOLAS KAMERON_969385499_CERT BIRTH SOLDIER_2024-03-26.pdf | | | F, H, NR |
| DX-0032 | Talbott AR_0018343 | TALBOTT NICOLAS KAMERON_969385501_DIPLOMA BA BS_2024-03-26.pdf | | | F, H |
| DX-0033 | Talbott AR_0018344 | TALBOTT NICOLAS KAMERON_969385503_SSN VER-COR_2024-03-26.pdf | | | F, H, NR |
| DX-0034 | Talbott AR_0018345 | TALBOTT NICOLAS KAMERON_969385504_DA 61_2024-03-26.pdf | | | A, F, H, NR |
| DX-0035 | Talbott AR_0018349 | TALBOTT NICOLAS KAMERON_969385505_TRNSCPTS_2024-03-26.pdf | | | A, F, H |
| DX-0036 | Talbott AR_0018357 | TALBOTT NICOLAS KAMERON_969557493_HIRE-REHIRE ORDER_2024-03-26.pdf | | | A, F, H, NR, I |
| DX-0037 | Talbott AR_0018358 | TALBOTT NICOLAS KAMERON_970715400_DA 5016_2024-04-24.pdf | | | A, F, H, NR, I |

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| DX-0038 | Talbott AR_0018360 | TALBOTT NICOLAS KAMERON_973145763_OPAT SCORES_2024-06-12.pdf | | | A, F, H, NR, I |
| DX-0039 | Talbott AR_0018361 | TALBOTT NICOLAS KAMERON_974633497_ETD ORDERS_2024-07-17.pdf | | | A, F, H, NR, I |
| DX-0040 | Talbott AR_0018363 | TALBOTT NICOLAS KAMERON_974969609_ETD ORDERS_2024-07-24.pdf | | | A, F, H, NR, I |
| DX-0041 | Talbott AR_0018365 | TALBOTT NICOLAS KAMERON_974970566_ASSIGN TEMP SUP_2024-07-22.pdf | | | A, F, H, NR |
| DX-0042 | Talbott AR_0018366 | TALBOTT NICOLAS KAMERON_975471032_ASSIGN TEMP SUP_2024-07-31.pdf | | | A, F, H, NR |
| DX-0043 | Talbott AR_0018367 | TALBOTT NICOLAS KAMERON_975471043_ASSIGN TEMP SUP_2024-10-07.pdf | | | A, F, H, NR |
| DX-0044 | Talbott AR_0018368 | TALBOTT NICOLAS KAMERON_976991087_ASSIGN TEMP SUP REV_2024-10-07.pdf | | | A, F, H, NR |
| DX-0045 | Talbott AR_0018370 | TALBOTT NICOLAS KAMERON_977424491_ASSIGN TEMP SUP_2024-10-05.pdf | | | A, F, H, NR |
| DX-0046 | Talbott AR_0018371 | TALBOTT NICOLAS KAMERON_979036929_SGLV 8286_2024-10-21.pdf | | | A, F, H, NR |
| DX-0047 | Talbott AR_0018374 | TALBOTT NICOLAS KAMERON_980461230_PROMOTION TO SGT_2024-10-07.pdf | | | A, F, H, NR |
| DX-0048 | Talbott AR_0018375 | TALBOTT NICOLAS KAMERON_982707963_DD 214_2025-01-10.pdf | | | A, F, H, NR |
| DX-0049 | Talbott AR_0018376 | talbott-nicolas-aft-2026-08-28.csv | | | A, F, H, NR, I |
| DX-0050 | Talbott AR_0018377 | talbott-nicolas-body_composition-2026-08-28.csv | | | A, F, H, NR, I |
| DX-0051 | Talbott AR_0018378 | talbott-nicolas-individual_task_evaluation-2026-08-28.csv | | | A, F, H, NR, I |
| DX-0052 | Talbott AR_0018380 | talbott-nicolas-individual_training_completion-2026-08-28.csv | | | A, F, H, NR, I |
| DX-0053 | Talbott AR_0018381 | talbott-nicolas-individual_weapon_qualification-2026-08-28.csv | | | A, F, H, NR, I |
| DX-0054 | Talbott AR_0018382 | talbott-nicolas-person_data-2026-08-28.csv | | | A, F, H, NR, I |
| DX-0055 | Talbott AR_0018383 | 1LT TALBOTT - IPPS-A ASSIGNMENT INFO.pdf | | | A, F, H, NR, I |
| DX-0056 | Talbott AR_0018385 | 2LT TALBOTT IPPSA PROMOTION PAR.pdf | | | A, F, H, NR |
| DX-0057 | Talbott AR_0018387 | 2LT TALBOTT Personnel-Action-Request.pdf | | | A, F, H, NR |
| DX-0058 | Talbott AR_0018388 | 2LT Talbott Sign in rosters FY25 DECEMBER Redacted.pdf | | | A, F, H, NR |
| DX-0059 | Talbott AR_0018389 | 2LT Talbott Sign in rosters20-08-2026-104803-1_Redacted.pdf | | | A, F, H, NR |
| DX-0060 | Talbott AR_0018397 | 2LT TALBOTT TL Attendance History FY24_Redacted.pdf | | | A, F, H, NR, I |
| DX-0061 | Talbott AR_0018399 | 2LT Talbott, Nicolas - Duty Status Endorsement Memo - mjs.pdf | | | A, F, H, NR |
| DX-0062 | Talbott AR_0018401 | 2LT Talbott_336 MP BN - RST Form August 2025.pdf | | | A, F, H, NR |
| DX-0063 | Talbott AR_0018402 | 307 FY25 JULY 12-13 BA SIGN IN ROSTE 2LT TALBOTT_Redacted.pdf | | | A, F, H, NR |
| DX-0064 | Talbott AR_0018411 | 336th MFR SSG Weckmann UDL Test 13 July 2025 2LT Talbott.pdf | | | A, F, H, NR |
| DX-0065 | Talbott AR_0018412 | 336th MFR UDL Test 13 July 2025 2LT Talbott.pdf | | | A, F, H, NR |
| DX-0066 | Talbott AR_0018414 | BI Soldier Talent Profile_TALBOTT.pdf | | | A, F, H, NR |
| DX-0067 | Talbott AR_0018429 | FW_ Reference Request for Nicolas Talbott.pdf | | | A, F, H, NR |
| DX-0068 | Talbott AR_0018436 | Reference Request for Nicolas Talbott.pdf | | | A, F, H, NR |
| DX-0069 | Talbott AR_0018447 | RE_ 2LT Talbott - Confirmation Diagnosis (Medical Review).pdf | | | A, F, H, NR |
| DX-0070 | Talbott AR_0018452 | STP - TALBOTT.pdf | | | A, F, H, NR |
| DX-0071 | Talbott AR_0018454 | TL HISTORY 2LT TALBOTT FY 26 BA DRILL ATTENDANCE.pdf | | | A, F, H, NR |
| DX-0072 | Talbott AR_0018457 | TL HISTORY 2LT TALBOTT FY 26 BA DRILL ATTENDANCE_Redacted.pdf | | | A, F, H, NR |
| DX-0073 | Talbott AR_0018460 | TL HISTORY 2LT TALBOTT FY25 BA DRILL ATTENDANCE_Redacted.pdf | | | A, F, H, NR |
| DX-0074 | Talbott AR_0018891 | MSG Cole - IPPSA Absences.pdf | | | A, F, H, NR, I |
| DX-0075 | Talbott AR_0018892 | MSG Cole - STP.pdf | | | A, F, H, NR |
| DX-0076 | Talbott AR_0019005 | COLE KATE_1005359801_SEPARATION_2026-03-01.pdf | | | A, F, H |
| DX-0077 | Talbott AR_0019007 | COLE KATE_1005359802_SEPARATION REV_2026-03-01.pdf | | | A, F, H |
| DX-0078 | Talbott AR_0019008 | COLE KATE_1005469428_ASSIGN PERM AMND_2024-03-21.pdf | | | A, F, H, NR |
| DX-0079 | Talbott AR_0019013 | COLE KATE_1010107735_SEPARATION_2026-08-01.pdf | | | A, F, H |
| DX-0080 | Talbott AR_0019014 | COLE KATE_1010107925_ASSIGN PERM AMND_2024-03-21.pdf | | | A, F, H, NR |
| DX-0081 | Talbott AR_0019020 | COLE KATE_1010109583_DD 214_2026-07-31.pdf | | | F, H |
| DX-0082 | Talbott AR_0019022 | COLE KATE_1010223602_SEPARATION_2026-07-31.pdf | | | A, F, H |

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| DX-0083 | Talbott AR_0019024 | COLE KATE_1010223603_SEPARATION_2026-07-31.pdf | | | A, F, H |
| DX-0084 | Talbott AR_0019026 | COLE KATE_1010223604_SEPARATION REV_2026-07-31.pdf | | | A, F, H |
| DX-0085 | Talbott AR_0019027 | COLE KATE_431837185_photo_DA PHOTO_2019-02-05.jpg | | | A, F, H |
| DX-0086 | Talbott AR_0019028 | COLE KATE_725147060_DD 2366_2008-03-19.tif | | | A, F, H, NR |
| DX-0087 | Talbott AR_0019031 | COLE KATE_725147074_DA 3286-B_2008-03-19.tif | | | A, F, H, NR |
| DX-0088 | Talbott AR_0019038 | COLE KATE_725147078_DA 3286-A_2008-03-19.tif | | | A, F, H, NR |
| DX-0089 | Talbott AR_0019045 | COLE KATE_725147079_DD 1966 PC_2008-03-19.tif | | | A, F, H, NR |
| DX-0090 | Talbott AR_0019046 | COLE KATE_725147085_DD 1966_2008-03-19.tif | | | A, F, H, NR |
| DX-0091 | Talbott AR_0019053 | COLE KATE_725147086_DD 41-2_2008-03-19.tif | | | A, F, H, NR, Q |
| DX-0092 | Talbott AR_0019055 | COLE KATE_725147087_DD 4-3_2008-03-19.tif | | | A, F, H, NR, Q |
| DX-0093 | Talbott AR_0019056 | COLE KATE_726040337_DD 2366_2008-03-24.tif | | | A, F, H, NR |
| DX-0094 | Talbott AR_0019057 | COLE KATE_731915283_AWD ORDER_2008-08-07.tif | | | F, H |
| DX-0095 | Talbott AR_0019058 | COLE KATE_748416726_SGLV 8286_2009-05-11.tif | | | A, F, H, NR |
| DX-0096 | Talbott AR_0019059 | COLE KATE_748416727_DD 93_2009-05-11.tif | | | A, F, H, NR |
| DX-0097 | Talbott AR_0019061 | COLE KATE_751194034_AWD DOC_2010-01-20.tif | | | F, H |
| DX-0098 | Talbott AR_0019062 | COLE KATE_768820271_DD 4 PACKET_2009-10-15.tif | | | A, F, H, NR |
| DX-0099 | Talbott AR_0019068 | COLE KATE_773813574_AWD DOC_2011-09-26.tif | | | F, H |
| DX-0100 | Talbott AR_0019069 | COLE KATE_780276450_AWD DOC_2012-06-16.tif | | | F, H |
| DX-0101 | Talbott AR_0019070 | COLE KATE_783272756_ORD TCS AMD_2011-10-22.pdf | | | A, F, H, NR |
| DX-0102 | Talbott AR_0019071 | COLE KATE_783272757_ORD TCS AMD_2011-09-29.pdf | | | A, F, H, NR |
| DX-0103 | Talbott AR_0019072 | COLE KATE_783272758_ORD TCS_2011-06-21.pdf | | | A, F, H |
| DX-0104 | Talbott AR_0019074 | COLE KATE_789272345_SGLV 8286_2012-10-29.pdf | | | A, F, H, NR, I |
| DX-0105 | Talbott AR_0019076 | COLE KATE_789274617_SGLV 8286_2012-10-29.pdf | | | A, F, H, NR, I |
| DX-0106 | Talbott AR_0019078 | COLE KATE_794728605_SGLV 8286_2013-03-08.pdf | | | A, F, H, NR, I |
| DX-0107 | Talbott AR_0019080 | COLE KATE_795583998_DD 4 PACKET_2012-10-01.tif | | | A, F, H |
| DX-0108 | Talbott AR_0019086 | COLE KATE_808549257_DA 3340_2013-08-12.tif | | | A, F, H |
| DX-0109 | Talbott AR_0019087 | COLE KATE_808549258_DA 1695_2013-08-15.tif | | | A, F, H |
| DX-0110 | Talbott AR_0019088 | COLE KATE_812927888_SGLV 8286_2014-05-16.pdf | | | A, F, H, NR, I |
| DX-0111 | Talbott AR_0019090 | COLE KATE_819769963_SGLV 8286_2014-09-26.pdf | | | A, F, H, NR, I |
| DX-0112 | Talbott AR_0019092 | COLE KATE_822198645_DA 2166-8_2014-10-31.tif | | | A, F, H, NR |
| DX-0113 | Talbott AR_0019094 | COLE KATE_824700160_SGLV 8286_2015-01-15.pdf | | | A, F, H, NR, I |
| DX-0114 | Talbott AR_0019096 | COLE KATE_833340365_SGLV 8286_2015-07-28.pdf | | | A, F, H, NR, I |
| DX-0115 | Talbott AR_0019098 | COLE KATE_835544768_SGLV 8286_2015-09-15.pdf | | | A, F, H, NR, I |
| DX-0116 | Talbott AR_0019100 | COLE KATE_836407936_DA 638_2015-05-12.tif | | | F, H |
| DX-0117 | Talbott AR_0019102 | COLE KATE_837948506_CRS CMPL 40_2015-06-19.tif | | | F, H |
| DX-0118 | Talbott AR_0019103 | COLE KATE_838985102_DA 638_2014-08-15.tif | | | F, H |
| DX-0119 | Talbott AR_0019105 | COLE KATE_838985103_DA 638_2013-04-17.tif | | | F, H |
| DX-0120 | Talbott AR_0019107 | COLE KATE_838985104_DA 638_2013-10-14.tif | | | F, H |
| DX-0121 | Talbott AR_0019109 | COLE KATE_839188782_DA 2166-8_2015-10-31.tif | | | A, F, H, NR |
| DX-0122 | Talbott AR_0019111 | COLE KATE_839263328_DD 4 PACKET_2015-10-15.tif | | | A, F, H |
| DX-0123 | Talbott AR_0019117 | COLE KATE_840217200_SGLV 8286_2016-01-06.pdf | | | A, F, H, NR, I |
| DX-0124 | Talbott AR_0019119 | COLE KATE_841466846_AWD ORDER_2014-03-17.tif | | | F, H |
| DX-0125 | Talbott AR_0019120 | COLE KATE_841466847_AWD DOC_2015-05-12.tif | | | F, H |
| DX-0126 | Talbott AR_0019121 | COLE KATE_841466848_ORD PROMRED_2013-10-31.tif | | | F, H |
| DX-0127 | Talbott AR_0019122 | COLE KATE_841466849_MARRIAGE CERT_2015-07-17.tif | | | A, F, H, NR |

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| DX-0128 | Talbott AR_0019125 | COLE KATE_841466850_DA 638_2015-11-06.tif | | | F, H |
| DX-0129 | Talbott AR_0019127 | COLE KATE_841466851_AWD DOC_2015-10-27.tif | | | F, H |
| DX-0130 | Talbott AR_0019128 | COLE KATE_841466852_AWD ORDER_2014-03-18.tif | | | F, H |
| DX-0131 | Talbott AR_0019129 | COLE KATE_843563756_ASSIGN PERM_2015-10-14.tif | | | A, F, H, NR |
| DX-0132 | Talbott AR_0019132 | COLE KATE_843650183_DA 5960_2016-01-06.tif | | | A, F, H, NR |
| DX-0133 | Talbott AR_0019133 | COLE KATE_845488550_TRNSCPTS_2016-04-03.tif | | | A, F, H, Q |
| DX-0134 | Talbott AR_0019134 | COLE KATE_852484638_DA 1059_2016-08-25.tif | | | F, H |
| DX-0135 | Talbott AR_0019135 | COLE KATE_854703950_DA 2166-9-2_2016-10-30.pdf | | | F, H |
| DX-0136 | Talbott AR_0019137 | COLE KATE_867258388_GENDER MARKER CHG_2017-08-15.pdf | | | A, F, H |
| DX-0137 | Talbott AR_0019139 | COLE KATE_871102759_SGLV 8286_2017-11-01.pdf | | | A, F, H, NR |
| DX-0138 | Talbott AR_0019142 | COLE KATE_871106179_SGLV 8286_2017-11-01.pdf | | | A, F, H, NR |
| DX-0139 | Talbott AR_0019145 | COLE KATE_874950788_DA 2166-9-2_2017-10-30.pdf | | | F, H |
| DX-0140 | Talbott AR_0019147 | COLE KATE_878069033_QUAL-SKILLS_2018-02-28.tif | | | A, F, H, NR |
| DX-0141 | Talbott AR_0019148 | COLE KATE_878440468_SGLV 8286_2018-04-16.pdf | | | A, F, H, NR |
| DX-0142 | Talbott AR_0019151 | COLE KATE_878468246_AWD DOC_2018-02-20.pdf | | | F, H |
| DX-0143 | Talbott AR_0019154 | COLE KATE_878468247_CRS CMPL 40_2018-02-20.pdf | | | F, H |
| DX-0144 | Talbott AR_0019157 | COLE KATE_878468248_CRS CMPL 40_2018-03-02.pdf | | | F, H |
| DX-0145 | Talbott AR_0019158 | COLE KATE_878468249_CRS CMPL 40_2018-02-01.pdf | | | F, H |
| DX-0146 | Talbott AR_0019159 | COLE KATE_878468250_CRS CMPL 40_2018-03-07.pdf | | | F, H |
| DX-0147 | Talbott AR_0019160 | COLE KATE_878468251_QUAL-SKILLS_2018-03-07.pdf | | | F, H |
| DX-0148 | Talbott AR_0019161 | COLE KATE_878612271_ASSIGN PERM_2018-03-09.tif | | | A, F, H, NR |
| DX-0149 | Talbott AR_0019163 | COLE KATE_881321599_DA 2166-9-2_2018-04-26.pdf | | | F, H |
| DX-0150 | Talbott AR_0019165 | COLE KATE_882051864_DA 1059_2018-03-07.tif | | | F, H |
| DX-0151 | Talbott AR_0019166 | COLE KATE_884158557_SPEC-INCENT PAY_2018-05-22.pdf | | | A, F, H, NR |
| DX-0152 | Talbott AR_0019167 | COLE KATE_892420806_DIVORCE-ANNUL DECREE_2018-12-21.pdf | | | A, F, H, NR, 403 |
| DX-0153 | Talbott AR_0019177 | COLE KATE_892420807_DA 5960_2019-01-09.pdf | | | A, F, H, NR, 403 |
| DX-0154 | Talbott AR_0019178 | COLE KATE_894296368_SGLV 8286_2019-03-28.pdf | | | A, F, H, NR |
| DX-0155 | Talbott AR_0019181 | COLE KATE_895826333_DA 2166-9-2_2019-04-26.pdf | | | F, H |
| DX-0156 | Talbott AR_0019183 | COLE KATE_896218206_CRS CMPL 40_2016-09-30.pdf | | | F, H |
| DX-0157 | Talbott AR_0019184 | COLE KATE_896218207_CRS CMPL 40_2009-07-10.pdf | | | F, H |
| DX-0158 | Talbott AR_0019185 | COLE KATE_896218208_CRS CMPL 40_2008-10-20.pdf | | | F, H |
| DX-0159 | Talbott AR_0019186 | COLE KATE_896218209_CRS CMPL 40_2014-04-17.pdf | | | F, H |
| DX-0160 | Talbott AR_0019187 | COLE KATE_896218210_CRS CMPL 40_2016-05-20.pdf | | | F, H |
| DX-0161 | Talbott AR_0019188 | COLE KATE_896218211_CRS CMPL 40_2014-10-31.pdf | | | F, H |
| DX-0162 | Talbott AR_0019189 | COLE KATE_896218212_CRS CMPL 40_2010-06-18.pdf | | | F, H |
| DX-0163 | Talbott AR_0019190 | COLE KATE_896218213_CRS CMPL 40_2008-10-11.pdf | | | F, H, Q |
| DX-0164 | Talbott AR_0019191 | COLE KATE_896218215_CRS CMPL 40_2010-02-19.pdf | | | A, F, H |
| DX-0165 | Talbott AR_0019192 | COLE KATE_896218217_AWD DOC_2012-07-31.pdf | | | F, H |
| DX-0166 | Talbott AR_0019193 | COLE KATE_896218218_AWD ORDER_2012-08-24.pdf | | | F, H |
| DX-0167 | Talbott AR_0019195 | COLE KATE_896218219_AWD ORDER_2017-03-17.pdf | | | F, H |
| DX-0168 | Talbott AR_0019196 | COLE KATE_896218220_AWD DOC_2013-10-14.pdf | | | F, H |
| DX-0169 | Talbott AR_0019197 | COLE KATE_896218222_AWD DOC_2014-08-18.pdf | | | F, H |
| DX-0170 | Talbott AR_0019198 | COLE KATE_896218223_AWD DOC_2018-03-30.pdf | | | F, H |
| DX-0171 | Talbott AR_0019199 | COLE KATE_896218224_AWD DOC_2016-05-25.pdf | | | F, H |
| DX-0172 | Talbott AR_0019200 | COLE KATE_896218225_AWD DOC_2017-06-27.pdf | | | F, H |

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| DX-0173 | Talbott AR_0019201 | COLE KATE_896218226_DA 638_2009-12-10.pdf | | | F, H |
| DX-0174 | Talbott AR_0019203 | COLE KATE_896218227_DA 638_2017-06-24.pdf | | | F, H |
| DX-0175 | Talbott AR_0019205 | COLE KATE_896218228_DA 638_2016-05-25.pdf | | | F, H |
| DX-0176 | Talbott AR_0019207 | COLE KATE_896218229_DA 638_2018-02-23.pdf | | | F, H |
| DX-0177 | Talbott AR_0019209 | COLE KATE_898550248_AWD ORDER_2011-03-17.pdf | | | F, H |
| DX-0178 | Talbott AR_0019210 | COLE KATE_898550250_CRS CMPL 40_2019-05-10.pdf | | | F, H |
| DX-0179 | Talbott AR_0019211 | COLE KATE_898550289_CRS CMPL 40_2018-11-30.pdf | | | F, H |
| DX-0180 | Talbott AR_0019212 | COLE KATE_903862143_SPEC-INCENT PAY_2019-09-09.pdf | | | A, F, H, NR |
| DX-0181 | Talbott AR_0019213 | COLE KATE_908257952_SGLV 8286_2020-03-09.pdf | | | A, F, H, NR |
| DX-0182 | Talbott AR_0019216 | COLE KATE_908759104_CRS CMPL 40_2019-12-13.pdf | | | F, H |
| DX-0183 | Talbott AR_0019217 | COLE KATE_911153501_DA 2166-9-2_2020-04-26.pdf | | | F, H |
| DX-0184 | Talbott AR_0019219 | COLE KATE_911373715_AWD ORDER_2020-03-17.pdf | | | F, H |
| DX-0185 | Talbott AR_0019220 | COLE KATE_912527096_DA 1059_2020-06-30.pdf | | | F, H |
| DX-0186 | Talbott AR_0019222 | COLE KATE_914254735_SPEC-INCENT PAY_2020-06-17.pdf | | | A, F, H, NR |
| DX-0187 | Talbott AR_0019223 | COLE KATE_918583448_ORD PROMRED_2020-11-20.pdf | | | A, F, H |
| DX-0188 | Talbott AR_0019224 | COLE KATE_919648601_DA 2166-9-2_2020-12-17.pdf | | | F, H |
| DX-0189 | Talbott AR_0019226 | COLE KATE_919861022_SPEC-INCENT PAY_2020-11-05.pdf | | | A, F, H, NR |
| DX-0190 | Talbott AR_0019227 | COLE KATE_920134555_DA 4789_2020-06-30.pdf | | | A, F, H, NR |
| DX-0191 | Talbott AR_0019228 | COLE KATE_920134556_DA 3340_2020-06-24.pdf | | | A, F, H, NR |
| DX-0192 | Talbott AR_0019229 | COLE KATE_920134557_DA 3286-79_2020-06-30.pdf | | | A, F, H, NR |
| DX-0193 | Talbott AR_0019231 | COLE KATE_920134558_DD 41-2_2020-06-30.pdf | | | A, F, H, NR |
| DX-0194 | Talbott AR_0019234 | COLE KATE_921479281_ASSIGN PERM_2020-09-01.tif | | | A, F, H, NR |
| DX-0195 | Talbott AR_0019238 | COLE KATE_921479282_ASSIGN PERM_2020-09-01.tif | | | A, F, H, NR |
| DX-0196 | Talbott AR_0019242 | COLE KATE_921689802_SGLV 8286_2021-02-18.pdf | | | A, F, H, NR |
| DX-0197 | Talbott AR_0019245 | COLE KATE_922494657_CRS CMPL 40_2020-10-26.pdf | | | F, H |
| DX-0198 | Talbott AR_0019246 | COLE KATE_931744120_PERS REC REV_2021-10-04.pdf | | | A, F, H, NR |
| DX-0199 | Talbott AR_0019256 | COLE KATE_931754206_SGLV 8286_2021-10-04.pdf | | | A, F, H, NR |
| DX-0200 | Talbott AR_0019259 | COLE KATE_941270813_DA 2166-9-2_2021-12-17.pdf | | | F, H |
| DX-0201 | Talbott AR_0019261 | COLE KATE_944139980_PERS REC REV_2022-07-20.pdf | | | A, F, H, NR |
| DX-0202 | Talbott AR_0019272 | COLE KATE_944154839_SGLV 8286_2022-07-20.pdf | | | A, F, H, NR |
| DX-0203 | Talbott AR_0019275 | COLE KATE_950137620_RECORD BRIEF_2022-11-29.pdf | | | A, F, H, NR |
| DX-0204 | Talbott AR_0019276 | COLE KATE_952121255_DA 2166-9-2_2022-10-03.pdf | | | F, H |
| DX-0205 | Talbott AR_0019278 | COLE KATE_953140652_PERS REC REV_2023-03-14.pdf | | | A, F, H, NR |
| DX-0206 | Talbott AR_0019289 | COLE KATE_954195440_SGLV 8286_2023-04-05.pdf | | | A, F, H, NR |
| DX-0207 | Talbott AR_0019292 | COLE KATE_955698307_ORD NATO_2023-05-09.pdf | | | A, F, H, NR |
| DX-0208 | Talbott AR_0019294 | COLE KATE_955698308_ASSIGN TEMP_2023-05-09.pdf | | | F, H |
| DX-0209 | Talbott AR_0019296 | COLE KATE_957118442_SPEC-INCENT PAY_2023-06-10.pdf | | | A, F, H, NR |
| DX-0210 | Talbott AR_0019297 | COLE KATE_962215556_ARCOM_2023-08-11.pdf | | | F, H |
| DX-0211 | Talbott AR_0019300 | COLE KATE_963355124_SPEC-INCENT PAY AMND_2023-11-02.pdf | | | A, F, H, NR |
| DX-0212 | Talbott AR_0019301 | COLE KATE_963355125_ASSIGN TEMP AMND_2023-11-02.pdf | | | A, F, H |
| DX-0213 | Talbott AR_0019302 | COLE KATE_963552037_ASSIGN TEMP AMND_2023-11-07.pdf | | | A, F, H |
| DX-0214 | Talbott AR_0019303 | COLE KATE_965054753_PERS REC REV_2023-12-18.pdf | | | A, F, H, NR |
| DX-0215 | Talbott AR_0019307 | COLE KATE_965171124_ASSIGN PERM_2024-04-10.pdf | | | A, F, H, NR |
| DX-0216 | Talbott AR_0019309 | COLE KATE_965845611_DA 2166-9-2_2023-12-14.pdf | | | F, H |
| DX-0217 | Talbott AR_0019311 | COLE KATE_969825328_ASSIGN PERM AMND_2024-04-10.pdf | | | A, F, H, NR |

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| DX-0218 | Talbott AR_0019315 | COLE KATE_970300960_ASSIGN PERM AMND_2024-04-01.pdf | | | A, F, H, NR |
| DX-0219 | Talbott AR_0019321 | COLE KATE_970327487_SGLV 8286_2024-04-15.pdf | | | A, F, H, NR |
| DX-0220 | Talbott AR_0019324 | COLE KATE_970377046_ASSIGN PERM AMND_2024-03-21.pdf | | | A, F, H, NR |
| DX-0221 | Talbott AR_0019332 | COLE KATE_971232000_SGLV 8286_2024-05-03.pdf | | | A, F, H, NR |
| DX-0222 | Talbott AR_0019335 | COLE KATE_971934702_DA 5960_2024-04-01.pdf | | | A, F, H, NR |
| DX-0223 | Talbott AR_0019336 | COLE KATE_973490635_ASSIGN TEMP OTH_2024-06-21.pdf | | | A, F, H, NR |
| DX-0224 | Talbott AR_0019337 | COLE KATE_978083008_DA 5960_2024-09-23.pdf | | | A, F, H, NR |
| DX-0225 | Talbott AR_0019338 | COLE KATE_980994206_PERS REC REV_2024-11-25.pdf | | | A, F, H, NR |
| DX-0226 | Talbott AR_0019343 | COLE KATE_989553241_DA 2166-9-2_2025-03-29.pdf | | | F, H |
| DX-0227 | Talbott AR_0019345 | COLE KATE_992721333_PROMOTION TO MSG_2025-08-01.pdf | | | F, H |
| DX-0228 | Talbott AR_0019346 | COLE KATE_993364917_SGLV 8286_2025-08-13.pdf | | | A, F, H, NR |
| DX-0229 | Talbott AR_0019349 | COLE KATE_998912840_DA 5960_2025-12-09.pdf | | | A, F, H, NR |
| DX-0230 | Talbott AR_0019350 | cole-kate-aft-2026-08-28.csv | | | A, F, H, NR |
| DX-0231 | Talbott AR_0019351 | cole-kate-body_composition-2026-08-28.csv | | | A, F, H, NR |
| DX-0232 | Talbott AR_0019352 | cole-kate-individual_task_evaluation-2026-08-28.csv | | | A, F, H, NR, 1002 |
| DX-0233 | Talbott AR_0019354 | cole-kate-individual_training_completion-2026-08-28.csv | | | A, F, H, NR, 1002 |
| DX-0234 | Talbott AR_0019355 | cole-kate-person_data-2026-08-28.csv | | | A, F, H, NR, 1002 |
| DX-0235 | Talbott AR_0019360 | FW SFC Cole- CST Assignment.msg | | | A, F, H, NR |
| DX-0236 | Talbott AR_0021357 | MAJ Vandal - IPPSA Absences.pdf | | | A, F, H, NR |
| DX-0237 | Talbott AR_0021422 | VANDAL ERICA TAYLOR_036602598_photo_DA PHOTO_2013-04-25.jpg | | | A, F, H, NR |
| DX-0238 | Talbott AR_0021423 | VANDAL ERICA TAYLOR_1004519465_DD 2648_2025-08-04.pdf | | | A, F, H, NR |
| DX-0239 | Talbott AR_0021426 | VANDAL ERICA TAYLOR_1005217756_SEPARATION_2026-01-01.pdf | | | A, F, H |
| DX-0240 | Talbott AR_0021428 | VANDAL ERICA TAYLOR_1005217757_SEPARATION AMND_2026-01-01.pdf | | | A, F, H |
| DX-0241 | Talbott AR_0021429 | VANDAL ERICA TAYLOR_770038218_AWD DOC_2008-06-19.tif | | | F, H |
| DX-0242 | Talbott AR_0021430 | VANDAL ERICA TAYLOR_770038219_DA 71_2011-05-21.tif | | | A, F, H, NR |
| DX-0243 | Talbott AR_0021431 | VANDAL ERICA TAYLOR_770038220_SGLV 8286_2011-05-21.tif | | | A, F, H, NR |
| DX-0244 | Talbott AR_0021432 | VANDAL ERICA TAYLOR_770038221_DD 93_2011-05-21.tif | | | A, F, H, NR |
| DX-0245 | Talbott AR_0021434 | VANDAL ERICA TAYLOR_771478293_SGLV 8286_2011-07-22.pdf | | | A, F, H, NR |
| DX-0246 | Talbott AR_0021436 | VANDAL ERICA TAYLOR_777147488_SGLV 8286_2012-01-11.pdf | | | A, F, H, NR |
| DX-0247 | Talbott AR_0021438 | VANDAL ERICA TAYLOR_777213374_SGLV 8286_2012-01-12.pdf | | | A, F, H, NR |
| DX-0248 | Talbott AR_0021440 | VANDAL ERICA TAYLOR_777213402_SGLV 8286_2012-01-12.pdf | | | A, F, H, NR |
| DX-0249 | Talbott AR_0021442 | VANDAL ERICA TAYLOR_778073786_CRS CMPL 40_2012-01-27.tif | | | F, H |
| DX-0250 | Talbott AR_0021443 | VANDAL ERICA TAYLOR_778212845_DA 1059_2012-01-10.tif | | | F, H |
| DX-0251 | Talbott AR_0021444 | VANDAL ERICA TAYLOR_778931280_SGLV 8286_2012-02-24.pdf | | | A, F, H, NR |
| DX-0252 | Talbott AR_0021446 | VANDAL ERICA TAYLOR_789257377_ORD PROMRED_2012-10-22.tif | | | F, H |
| DX-0253 | Talbott AR_0021447 | VANDAL ERICA TAYLOR_794636154_SGLV 8286_2013-03-06.pdf | | | A, F, H, NR |
| DX-0254 | Talbott AR_0021449 | VANDAL ERICA TAYLOR_795195531_DA 67-9_2012-11-20.tif | | | F, H |
| DX-0255 | Talbott AR_0021451 | VANDAL ERICA TAYLOR_807737798_DA 67-9_2013-11-20.tif | | | F, H |
| DX-0256 | Talbott AR_0021453 | VANDAL ERICA TAYLOR_810650334_TRNSCPTS_2011-05-21.tif | | | F, H |
| DX-0257 | Talbott AR_0021454 | VANDAL ERICA TAYLOR_812612850_USMA 5-50_2011-04-01.tif | | | F, H |
| DX-0258 | Talbott AR_0021456 | VANDAL ERICA TAYLOR_818803552_DA 5960_2014-08-13.tif | | | A, F, H, NR |
| DX-0259 | Talbott AR_0021457 | VANDAL ERICA TAYLOR_825898454_ASSIGN PERM_2014-10-02.tif | | | F, H |
| DX-0260 | Talbott AR_0021461 | VANDAL ERICA TAYLOR_827582154_SGLV 8286_2015-03-18.pdf | | | A, F, H, NR |
| DX-0261 | Talbott AR_0021463 | VANDAL ERICA TAYLOR_829561161_ORD PROMRED_2015-04-13.tif | | | F, H |
| DX-0262 | Talbott AR_0021464 | VANDAL ERICA TAYLOR_835984398_ASSIGN PERM_2015-08-11.pdf | | | F, H |

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| DX-0263 | Talbott AR_0021466 | VANDAL ERICA TAYLOR_836337152_DA 1059_2015-09-16.tif | | | F, H |
| DX-0264 | Talbott AR_0021467 | VANDAL ERICA TAYLOR_842705471_SGLV 8286_2016-03-04.pdf | | | A, F, H, NR |
| DX-0265 | Talbott AR_0021469 | VANDAL ERICA TAYLOR_853288991_DA 638_2014-12-24.pdf | | | F, H |
| DX-0266 | Talbott AR_0021471 | VANDAL ERICA TAYLOR_853288992_AWD DOC_2014-12-30.pdf | | | F, H |
| DX-0267 | Talbott AR_0021472 | VANDAL ERICA TAYLOR_859500379_SGLV 8286_2017-03-11.pdf | | | A, F, H, NR |
| DX-0268 | Talbott AR_0021474 | VANDAL ERICA TAYLOR_861467845_DA 67-10-1_2016-10-01.pdf | | | F, H |
| DX-0269 | Talbott AR_0021476 | VANDAL ERICA TAYLOR_870337361_CERT BIRTH DEPN_2014-08-24.pdf | | | F, H |
| DX-0270 | Talbott AR_0021477 | VANDAL ERICA TAYLOR_870337362_DA 5960_2017-09-22.pdf | | | F, H |
| DX-0271 | Talbott AR_0021478 | VANDAL ERICA TAYLOR_870569188_MARRIAGE CERT_2011-12-17.pdf | | | F, H |
| DX-0272 | Talbott AR_0021479 | VANDAL ERICA TAYLOR_872510653_DA 67-10-1_2017-08-14.pdf | | | F, H |
| DX-0273 | Talbott AR_0021481 | VANDAL ERICA TAYLOR_875180588_SGLV 8286_2018-02-06.pdf | | | F, H |
| DX-0274 | Talbott AR_0021484 | VANDAL ERICA TAYLOR_877029674_ORD NATO_2018-03-16.pdf | | | F, H |
| DX-0275 | Talbott AR_0021486 | VANDAL ERICA TAYLOR_877029675_ORD TCS_2018-03-16.pdf | | | F, H |
| DX-0276 | Talbott AR_0021488 | VANDAL ERICA TAYLOR_881639672_DA 638_2018-06-16.pdf | | | F, H |
| DX-0277 | Talbott AR_0021490 | VANDAL ERICA TAYLOR_883586734_ORD TCS AMD_2018-07-31.pdf | | | A, F, H, NR |
| DX-0278 | Talbott AR_0021491 | VANDAL ERICA TAYLOR_885491338_ORD TCS AMD_2018-09-03.pdf | | | A, F, H, NR |
| DX-0279 | Talbott AR_0021492 | VANDAL ERICA TAYLOR_888344957_DA 638_2018-10-11.pdf | | | F, H |
| DX-0280 | Talbott AR_0021494 | VANDAL ERICA TAYLOR_888344958_AWD DOC_2018-12-10.pdf | | | F, H |
| DX-0281 | Talbott AR_0021495 | VANDAL ERICA TAYLOR_889016816_AWD DOC_2018-02-15.pdf | | | F, H |
| DX-0282 | Talbott AR_0021496 | VANDAL ERICA TAYLOR_890639402_SGLV 8286_2019-01-09.pdf | | | A, F, H, NR |
| DX-0283 | Talbott AR_0021499 | VANDAL ERICA TAYLOR_891449994_AWD DOC_2018-11-02.pdf | | | F, H |
| DX-0284 | Talbott AR_0021500 | VANDAL ERICA TAYLOR_891453910_DA 638_2018-12-25.pdf | | | F, H |
| DX-0285 | Talbott AR_0021504 | VANDAL ERICA TAYLOR_892052665_DA 67-10-1_2018-08-14.pdf | | | F, H |
| DX-0286 | Talbott AR_0021506 | VANDAL ERICA TAYLOR_893013453_DA 67-10-1_2018-11-16.pdf | | | F, H |
| DX-0287 | Talbott AR_0021508 | VANDAL ERICA TAYLOR_893064872_ORD TCS AMD_2019-03-02.pdf | | | A, F, H, NR |
| DX-0288 | Talbott AR_0021509 | VANDAL ERICA TAYLOR_930123252_PERS REC REV_2021-08-31.pdf | | | A, F, H, NR |
| DX-0289 | Talbott AR_0021516 | VANDAL ERICA TAYLOR_930126751_SGLV 8286_2021-08-31.pdf | | | A, F, H, NR |
| DX-0290 | Talbott AR_0021519 | VANDAL ERICA TAYLOR_939633324_ASSIGN PERM_2022-03-08.pdf | | | F, H |
| DX-0291 | Talbott AR_0021521 | VANDAL ERICA TAYLOR_942879563_CERT ACHV_2022-04-28.pdf | | | F, H |
| DX-0292 | Talbott AR_0021522 | VANDAL ERICA TAYLOR_944810693_ORD PROMRED_2022-07-20.pdf | | | F, H |
| DX-0293 | Talbott AR_0021523 | VANDAL ERICA TAYLOR_949720147_RECORD BRIEF_2022-12-01.pdf | | | F, H |
| DX-0294 | Talbott AR_0021524 | VANDAL ERICA TAYLOR_952995679_ASSIGN PERM_2023-07-14.pdf | | | A, F, H, NR |
| DX-0295 | Talbott AR_0021527 | VANDAL ERICA TAYLOR_953819592_DEBT REL DECIS MEMO_2023-01-12.pdf | | | A, F, H, NR |
| DX-0296 | Talbott AR_0021528 | VANDAL ERICA TAYLOR_957941867_DA 1059-2_2023-06-09.pdf | | | F, H |
| DX-0297 | Talbott AR_0021530 | VANDAL ERICA TAYLOR_958996549_SGLV 8286_2023-07-27.pdf | | | A, F, H, NR |
| DX-0298 | Talbott AR_0021533 | VANDAL ERICA TAYLOR_959231637_ORD NATO_2023-07-31.pdf | | | A, F, H, NR |
| DX-0299 | Talbott AR_0021535 | VANDAL ERICA TAYLOR_959231638_TDY-FIELD DUTY_2023-07-31.pdf | | | F, H |
| DX-0300 | Talbott AR_0021537 | VANDAL ERICA TAYLOR_959346781_TDY-FIELD DUTY AMD_2023-08-02.pdf | | | A, F, H, NR |
| DX-0301 | Talbott AR_0021538 | VANDAL ERICA TAYLOR_960514707_ASSIGN PERM_2023-06-15.pdf | | | A, F, H, NR |
| DX-0302 | Talbott AR_0021540 | VANDAL ERICA TAYLOR_961170049_PERS REC REV_2023-09-14.pdf | | | A, F, H, NR |
| DX-0303 | Talbott AR_0021545 | VANDAL ERICA TAYLOR_963385800_TDY-FIELD DUTY AMD_2023-11-03.pdf | | | A, F, H, NR |
| DX-0304 | Talbott AR_0021546 | VANDAL ERICA TAYLOR_963960992_AAM_2023-11-18.pdf | | | F, H |
| DX-0305 | Talbott AR_0021548 | VANDAL ERICA TAYLOR_964499100_ASSIGN PERM_2023-06-16.pdf | | | A, F, H, NR |
| DX-0306 | Talbott AR_0021550 | VANDAL ERICA TAYLOR_964637088_TDY-FIELD DUTY AMD_2023-12-05.pdf | | | A, F, H, NR |
| DX-0307 | Talbott AR_0021551 | VANDAL ERICA TAYLOR_966094848_GENDER MARKER CHG_2023-11-22.pdf | | | A, F, H |

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| DX-0308 | Talbott AR_0021552 | VANDAL ERICA TAYLOR_966094849_CITZ STMT_2023-10-04.pdf | | | A, F, H, NR |
| DX-0309 | Talbott AR_0021553 | VANDAL ERICA TAYLOR_974579734_SGLV 8286_2024-07-16.pdf | | | A, F, H, NR |
| DX-0310 | Talbott AR_0021556 | VANDAL ERICA TAYLOR_974613693_CO LNC_2024-06-14.pdf | | | A, F, H |
| DX-0311 | Talbott AR_0021559 | VANDAL ERICA TAYLOR_974613718_LEGAL NAME CHANGE_2024-06-14.pdf | | | A, F, H |
| DX-0312 | Talbott AR_0021561 | VANDAL ERICA TAYLOR_974618717_ASSIGN PERM_2024-07-29.pdf | | | A, F, H, NR |
| DX-0313 | Talbott AR_0021562 | VANDAL ERICA TAYLOR_975445086_DA 67-10-2_2024-06-21.pdf | | | F, H |
| DX-0314 | Talbott AR_0021564 | VANDAL ERICA TAYLOR_975628578_ASSIGN PERM_2024-08-01.pdf | | | A, F, H, NR |
| DX-0315 | Talbott AR_0021565 | VANDAL ERICA TAYLOR_977313975_PERS REC REV_2024-09-11.pdf | | | A, F, H, NR |
| DX-0316 | Talbott AR_0021569 | VANDAL ERICA TAYLOR_985569976_LEGAL HOLD_2025-02-05.pdf | | | A, F, H |
| DX-0317 | Talbott AR_0021576 | VANDAL ERICA TAYLOR_987944033_SGLV 8286_2025-04-25.pdf | | | A, F, H, NR |
| DX-0318 | Talbott AR_0021579 | VANDAL ERICA TAYLOR_992970520_DA 67-10-2_2025-06-06.pdf | | | F, H |
| DX-0319 | Talbott AR_0021581 | VANDAL ERICA TAYLOR_997743330_DA 5960_2025-11-18.pdf | | | A, F, H, NR |
| DX-0320 | Talbott AR_0021582 | VANDAL ERICA TAYLOR_999364699_DD 214_2026-01-01.pdf | | | A, F, H |
| DX-0321 | Talbott AR_0021584 | vandal-erica-aft-2026-08-28.csv | | | A, F, H, NR, 1002 |
| DX-0322 | Talbott AR_0021585 | vandal-erica-individual_task_evaluation-2026-08-28.csv | | | A, F, H, NR, 1002 |
| DX-0323 | Talbott AR_0021586 | vandal-erica-individual_training_completion-2026-08-28.csv | | | A, F, H, NR, 1002 |
| DX-0324 | Talbott AR_0021587 | vandal-erica-individual_weapon_qualification-2026-08-28.csv | | | A, F, H, NR, 1002 |
| DX-0325 | Talbott AR_0021588 | vandal-erica-person_data-2026-08-28.csv | | | A, F, H, NR |
| DX-0326 | Talbott AR_0021593 | CUI_OMPF_AHEARN SAMUEL LEVI.pdf | | | A, F, H, NR |
| DX-0327 | Talbott AR_0021612 | Ahearn MEPS Report of Medical Examination Documents.pdf | | | A, F, H, NR, MIL |
| DX-0328 | Talbott AR_0021711 | Ahearn- Letter Not Meeting Physical Standards- Waiver.pdf | | | A, F, H, NR, MIL |
| DX-0329 | Talbott AR_0022861 | BRUCE SABRINA WHOLE RECORD.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0330 | Talbott AR_0023558 | MARQUEZ HUNTER WHOLE RECORD.pdf | | | A, F, H, NR, M, C |
| DX-0331 | Talbott AR_0023562 | MCCALLISTER CLAYTON WHOLE RECORD.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0332 | Talbott AR_0026678 | AHLTA_RECORD_bruce_sabrina_ashlee_20250415_warnings_w4.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0333 | Talbott AR_0027781 | HAIMS_DOCUMENTS_Bruce_Sabrina_20250416.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0334 | Talbott AR_0028063 | MHSG_RECORD_Bruce_Sabrina_20250417.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0335 | Talbott AR_0028967 | TMDS_RECORD_bruce_matthew_20250417.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0336 | Talbott AR_0028971 | AHLTA_RECORD_cole_kate_20250415.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0337 | Talbott AR_0029857 | HAIMS_DOCUMENTS_Cole_Kate_20250415.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0338 | Talbott AR_0029902 | HIA_DOCUMENTS_Cole_Kate_20250416.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0339 | Talbott AR_0030125 | MHSG_RECORD_Cole_Kate_20250417.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0340 | Talbott AR_0030938 | TMDS_RECORD_cole_eric_20250417.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0341 | Talbott AR_0041437 | AHLTA_RECORDS_marquez_hunter_taylor_20250415.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0342 | Talbott AR_0041453 | MHSG_RECORD_Marquez_Hunter_Taylor_20250417.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0343 | Talbott AR_0042993 | MHSG_RECORD_McCallister_Clayton_20250428.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0344 | Talbott AR_0053691 | AHLTA_RECORD_talbott_nicolas_kameron_20250415.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0345 | Talbott AR_0053706 | MHSG_RECORD_Talbott_Nicolas_Kameron_20250417.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0346 | Talbott AR_0056521 | AHLTA_RECORD_vandal_eric_thomas_20250415.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0347 | Talbott AR_0056828 | HAIMS_DOCUMENTS_Vandal_Erica_20250416.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0348 | Talbott AR_0056840 | HIA_DOCUMENTS_vandal_eric_thomas_20250417.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0349 | Talbott AR_0056904 | MHSG_RECORD_Vandal_Erica_Taylor_20250417.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0350 | Talbott AR_0057977 | TMDS_RECORD_Vandal_Eric_20250418.pdf | | | A, F, H, NR, MIL, M, C |
| DX-0351 | Talbott AR_0059709 | MHSG_RECORD_Samuel_Ahearn_20250417.pdf | | | A, F, H, NR, MIL, M, C |

| No. | Starting Bates | Description | Marked for Identification | Admitted in Evidence | Objections |
|---|---|---|---|---|---|
| | N/A | Any materials on Plaintiffs' exhibit list | | | A, F, H, NR, I, M, Q, BRL, C, MIL |
| | | | | | |
| | **Plaintiffs' Objections Key** | | | | |
| | **Objection Abbrebiation** | **Objection Explanation** | | | |
| | A | **Lack of Authenticity.** Defendants have not established that it is a true and correct copy of the document (Fed. R. Evid. 901 & 902). | | | |
| | F | **Lack of Foundation.** Plaintiffs objects to this exhibit on the ground that the foundation necessary for its admission has not been laid and is not laid in the exhibit itself. (Fed. R. Evid. 602). | | | |
| | H | **Hearsay.** Plaintiffs object to Defendant introducing this exhibit because it constitutes or contains hearsay and/or hearsay within hearsay as to Defendants and no exception applies. (Fed. R. Evid. 801 & 802, 805). | | | |
| | NR | **Not Relevant.** Plaintiffs object to this exhibit because it is not relevant to any issue to be decided in this litigation. (Fed. R. Evid. 401 & 402). | | | |
| | 403 | **FRE 403.** Plaintiffs object to this exhibit because its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. (Fed. R. Evid. 403). | | | |
| | I | **Incomplete.** Plaintiffs object to this exhibit because the exhibit, as submitted, does not contain the complete document. (Fed. R. Evid. 106.) Plaintiffs reserve all other objections. | | | |
| | M | **Multiple Documents.** Plaintiffs object to this exhibit because it contains more than one document. | | | |
| | Q | **Quality.** Plaintiffs object to this exhibit because the exhibit, as submitted, is illegible or otherwise of low quality. Plaintiffs reserve all other objections. | | | |
| | BRPL | **Brief, Pleading, Order, Discovery, Transcript, or Expert Report or Declaration.** Plaintiffs object to this exhibit because it is a brief, pleading, order, discovery request, discovery response, or expert report or declaration or an exhibit thereto that Defendants cannot admit into evidence. | | | |
| | C | **Cumulative.** Plaintiffs object to this exhibit on the ground that it is duplicative and/or cumulative of other exhibits. | | | |
| | MIL | **Motions in Limine.** This document contravenes motions in limine Plaintiffs have filed. Plaintiffs reserve the right to lodge additional objections to any exhibits on Defendants' list to conform with motions in limine rulings, other evidentiary rulings, or other further guidance from the Court. | | | |
| | 1002 | **FRE 1002.** Plaintiffs object to this document because it is secondary evidence offered to prove the content of an original writing, recording, or photograph (Fed. R. Evid. 1002). | | | |