# EXHIBIT E

# DEPOSITION DESIGNATIONS

## *Martin Bayer*

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 5:20-6:8 | Plaintiffs | | | | | |
| 2 | 7:22-7:25 | Plaintiffs | | | | | |
| 3 | 8:8-8:10 | Plaintiffs | | | | | |
| 4 | 16:25-17:19 | Plaintiffs | | | | | |
| 5 | 41:24-43:5 | Plaintiffs | | | | | |
| 6 | 45:12-46:10 | Plaintiffs | | | | | |
| 7 | 48:23-48:24 | Plaintiffs | | | | | |
| 8 | 49:3-49:8 | Plaintiffs | | | | | |
| 9 | 50:10-50:21 | Plaintiffs | | | | | |
| 10 | 50:25-51:7 | Plaintiffs | | | | | |
| 11 | 51:15-53:4 | Plaintiffs | | | | | |
| 12 | 59:22-63:8 | Plaintiffs | | | | | |
| 13 | 64:4-64:8 | Plaintiffs | | | | | |
| 14 | 64:12-65:11 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 15 | 66:13-66:14 | Plaintiffs | | | | | |
| 16 | 66:18-66:21 | Plaintiffs | | | | | |
| 17 | 68:20-69:4 | Plaintiffs | | | | | |
| 18 | 69:17-69:21 | Plaintiffs | | | | | |
| 19 | 71:15-72:7 | Plaintiffs | | | | | |
| 20 | 72:14-73:9 | Plaintiffs | | | | | |
| 21 | 76:1-77:24 | Plaintiffs | | | | | |
| 22 | 83:13-83:15 | Plaintiffs | | | | | |
| 23 | 83:18-84:2 | Plaintiffs | | | | | |
| 24 | 84:6-84:10 | Plaintiffs | | | | | |
| 25 | 84:12-84:14 | Plaintiffs | | | | | |
| 26 | 84:16-84:19 | Plaintiffs | | | | | |
| 27 | 84:21 | Plaintiffs | | | | | |
| 28 | 95:9-96:4 | Plaintiffs | | | | | |
| 29 | 96:7-97:5 | Plaintiffs | | | | | |
| 30 | 97:8-97:23 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 31 | 98:19-99:16 | Plaintiffs | | | | | |
| 32 | 99:21-102:24 | Plaintiffs | | | | | |
| 33 | 114:18-114:20 | Plaintiffs | | | | | |
| 34 | 125:17-125:20 | Plaintiffs | | | | | |
| 35 | 125:23-126:4 | Plaintiffs | | | | | |
| 36 | 126:8 | Plaintiffs | | | | | |
| 37 | 129:24-132:9 | Plaintiffs | | | | | |
| 38 | 147:12-147:18 | Plaintiffs | | | | | |
| 39 | 147:22-149:9 | Plaintiffs | | | | | |
| 40 | 149:13-150:4 | Plaintiffs | | | | | |
| 41 | 156:6-156:9 | Plaintiffs | | | | | |
| 42 | 165:24-165:25 | Plaintiffs | | | | | |
| 43 | 166:4-166:10 | Plaintiffs | | | | | |
| 44 | 169:24-170:22 | Plaintiffs | | | | | |
| 45 | 170:25-171:18 | Plaintiffs | | | | | |
| 46 | 171:20-173:8 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 47 | 173:14-173:22 | Plaintiffs | | | | | |
| 48 | 177:6-179:9 | Plaintiffs | | | | | |
| 49 | 179:13 | Plaintiffs | | | | | |
| 50 | 179:15-182:23 | Plaintiffs | | | | | |

***Keisha Blair***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 8:7-8:17 | Plaintiffs | | | | | |
| 2 | 10:6-10:9 | Plaintiffs | | | | | |
| 3 | 15:1-15:6 | Plaintiffs | | | | | |
| 4 | 15:15-17:7 | Plaintiffs | | | | | |
| 5 | 28:21-30:1 | Plaintiffs | | | | | |
| 6 | 32:17-33:16 | Plaintiffs | | | | | |
| 7 | 33:22-34:11 | Plaintiffs | | | | | |
| 8 | 34:22-35:7 | Plaintiffs | | | | | |
| 9 | 35:13-36:21 | Plaintiffs | | | | | |
| 10 | 37:5-37:9 | Plaintiffs | | | | | |
| 11 | 61:11-61:16 | Plaintiffs | | | | | |
| 12 | 64:9-65:1 | Plaintiffs | | | | | |
| 13 | 66:20-68:2 | Plaintiffs | | | | | |
| 14 | 68:4-69:3 | Plaintiffs | | | | | |
| 15 | 71:13-71:22 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 74:20-75:1 | Plaintiffs | | | | | |
| 17 | 75:8-75:18 | Plaintiffs | | | | | |
| 18 | 78:20-79:7 | Plaintiffs | | | | | |
| 19 | 82:8-82:15 | Plaintiffs | | | | | |
| 20 | 83:5-83:7 | Plaintiffs | | | | | |
| 21 | 83:8-84:20 | Plaintiffs | | | | | |
| 22 | 85:18-86:2 | Plaintiffs | | | | | |
| 23 | 89:11-90:5 | Plaintiffs | | | | | |
| 24 | 93:11-94:11 | Plaintiffs | | | | | |
| 25 | 101:15-102:1 | Plaintiffs | | | | | |
| 26 | 117:13-117:19 | Plaintiffs | | | | | |
| 27 | 133:2-133:10 | Plaintiffs | | | | | |
| 28 | 134:1-134:14 | Plaintiffs | | | | | |
| 29 | 140:16-141:12 | Plaintiffs | | | | | |
| 30 | 146:5-146:11 | Plaintiffs | | | | | |
| 31 | 149:2-149:22 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 32 | 152:6-152:10 | Plaintiffs | | | | | |
| 33 | 152:11-152:19 | Plaintiffs | | | | | |
| 34 | 153:15-154:11 | Plaintiffs | | | | | |
| 35 | 155:11-155:19 | Plaintiffs | | | | | |
| 36 | 156:21-157:7 | Plaintiffs | | | | | |
| 37 | 157:9-157:17 | Plaintiffs | | | | | |
| 38 | 158:10-158:18 | Plaintiffs | | | | | |
| 39 | 161:8-162:10 | Plaintiffs | | | | | |
| 40 | 167:6-167:13 | Plaintiffs | | | | | |

***William Bowers***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 20:20-21:1 | Plaintiffs | | | | | |
| 2 | 36:25-37:23 | Plaintiffs | | | | | |
| 3 | 56:13-56:22 | Plaintiffs | | | | | |
| 4 | 105:7-106:5 | Plaintiffs | | | | | |
| 5 | 106:21-107:12 | Plaintiffs | | | | | |
| 6 | 107:16-107:24 | Plaintiffs | | | | | |
| 7 | 108:1-108:14 | Plaintiffs | | | | | |
| 8 | 108:15-109:12 | Plaintiffs | | | | | |
| 9 | 125:24-126:7 | Plaintiffs | | | | | |
| 10 | 126:21-127:1 | Plaintiffs | | | | | |

***Thomas Carden***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 7:13-8:9 | Plaintiffs | | | | | |
| 2 | 9:21-10:12 | Plaintiffs | | | | | |
| 3 | 15:20-17:2 | Plaintiffs | | | | | |
| 4 | 18:6-18:19 | Plaintiffs | | | | | |
| 5 | 109:2-111:15 | Plaintiffs | | | | | |
| 6 | 114:12-116:3 | Plaintiffs | | | | | |
| 7 | 119:21-120:6 | Plaintiffs | | | | | |
| 8 | 201:2-201:9 | Plaintiffs | | | | | |
| 9 | 201:19-203:5 | Plaintiffs | | | | | |
| 10 | 207:3-207:7 | Plaintiffs | | | | | |

***Kevin Cron***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 34:1-34:5 | Plaintiffs | | | | | |
| 2 | 34:11-35:18 | Plaintiffs | | | | | |
| 3 | 45:21-49:18 | Plaintiffs | | | | | |
| 4 | 57:19-58:8 | Plaintiffs | | | | | |
| 5 | 61:15-61:25 | Plaintiffs | | | | | |
| 6 | 64:11-68:21 | Plaintiffs | | | | | |
| 7 | 69:15-72:14 | Plaintiffs | | | | | |
| 8 | 104:9-104:13 | Plaintiffs | | | | | |
| 9 | 110:22-114:7 | Plaintiffs | | | | | |
| 10 | 131:24-135:21 | Plaintiffs | | | | | |
| 11 | 143:7-145:19 | Plaintiffs | | | | | |
| 12 | 146:5-147:5 | Plaintiffs | | | | | |
| 13 | 164:25-166:18 | Plaintiffs | | | | | |
| 14 | 184:3-184:17 | Plaintiffs | | | | | |

***John DeGoes***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 5:6-5:8 | Plaintiffs | | | | | |
| 2 | 5:21-5:25 | Plaintiffs | | | | | |
| 3 | 6:1-6:4 | Plaintiffs | | | | | |
| 4 | 7:23-7:25 | Plaintiffs | | | | | |
| 5 | 8:1-8:24 | Plaintiffs | | | | | |
| 6 | 15:12-16:25 | Plaintiffs | | | | | |
| 7 | 17:1-18:3 | Plaintiffs | | | | | |
| 8 | 20:22-22:21 | Plaintiffs | | | | | |
| 9 | 23:7-23:18 | Plaintiffs | | | | | |
| 10 | 30:14-30:21 | Plaintiffs | | | | | |
| 11 | 30:23-31:1 | Plaintiffs | | | | | |
| 12 | 31:6-31:19 | Plaintiffs | | | | | |
| 13 | 68:20-69:1 | Plaintiffs | | | | | |
| 14 | 69:7-69:16 | Plaintiffs | | | | | |
| 15 | 69:19 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 69:21-69:22 | Plaintiffs | | | | | |
| 17 | 69:24 | Plaintiffs | | | | | |
| 18 | 70:20-70:22 | Plaintiffs | | | | | |
| 19 | 70:25-71:4 | Plaintiffs | | | | | |
| 20 | 71:6 | Plaintiffs | | | | | |
| 21 | 71:9-72:4 | Plaintiffs | | | | | |
| 22 | 72:7-72:8 | Plaintiffs | | | | | |
| 23 | 72:18-72:21 | Plaintiffs | | | | | |
| 24 | 72:25 | Plaintiffs | | | | | |
| 25 | 73:25-74:5 | Plaintiffs | | | | | |
| 26 | 74:8 | Plaintiffs | | | | | |
| 27 | 74:9-74:16 | Plaintiffs | | | | | |
| 28 | 74:19-74:24 | Plaintiffs | | | | | |
| 29 | 75:2-75:16 | Plaintiffs | | | | | |
| 30 | 75:20 | Plaintiffs | | | | | |
| 31 | 75:22-76:4 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 32 | 76:10-76:14 | Plaintiffs | | | | | |
| 33 | 76:17-76:21 | Plaintiffs | | | | | |
| 34 | 77:1-77:11 | Plaintiffs | | | | | |
| 35 | 77:14-77:16 | Plaintiffs | | | | | |
| 36 | 77:19-77:21 | Plaintiffs | | | | | |
| 37 | 78:15-78:18 | Plaintiffs | | | | | |
| 38 | 78:21 | Plaintiffs | | | | | |
| 39 | 84:9-84:13 | Plaintiffs | | | | | |
| 40 | 84:15-85:4 | Plaintiffs | | | | | |
| 41 | 85:9-85:12 | Plaintiffs | | | | | |
| 42 | 85:17-85:19 | Plaintiffs | | | | | |
| 43 | 102:12-102:14 | Plaintiffs | | | | | |
| 44 | 104:11-104:13 | Plaintiffs | | | | | |
| 45 | 104:16-104:19 | Plaintiffs | | | | | |
| 46 | 105:21-106:4 | Plaintiffs | | | | | |
| 47 | 107:22-108:20 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 48 | 110:16-110:20 | Plaintiffs | | | | | |
| 49 | 110:24-111:2 | Plaintiffs | | | | | |
| 50 | 112:9-112:13 | Plaintiffs | | | | | |
| 51 | 113:18-114:8 | Plaintiffs | | | | | |
| 52 | 114:11-114:20 | Plaintiffs | | | | | |
| 53 | 114:24-115:20 | Plaintiffs | | | | | |
| 54 | 115:23-116:14 | Plaintiffs | | | | | |
| 55 | 116:16 | Plaintiffs | | | | | |
| 56 | 119:9-119:13 | Plaintiffs | | | | | |
| 57 | 120:8-121:6 | Plaintiffs | | | | | |
| 58 | 121:19-122:2 | Plaintiffs | | | | | |
| 59 | 122:4 | Plaintiffs | | | | | |
| 60 | 123:7-123:12 | Plaintiffs | | | | | |
| 61 | 124:11-124:15 | Plaintiffs | | | | | |
| 62 | 125:3-126:1 | Plaintiffs | | | | | |
| 63 | 127:3-128:7 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 64 | 130:1-130:23 | Plaintiffs | | | | | |
| 65 | 131:1-131:10 | Plaintiffs | | | | | |
| 66 | 134:3-134:6 | Plaintiffs | | | | | |
| 67 | 135:2-135:16 | Plaintiffs | | | | | |
| 68 | 137:15-137:17 | Plaintiffs | | | | | |
| 69 | 137:19-137:25 | Plaintiffs | | | | | |
| 70 | 140:23-140:25 | Plaintiffs | | | | | |
| 71 | 141:3-141:4 | Plaintiffs | | | | | |
| 72 | 141:8-141:11 | Plaintiffs | | | | | |
| 73 | 141:14-141:21 | Plaintiffs | | | | | |
| 74 | 141:24-141:25 | Plaintiffs | | | | | |
| 75 | 164:21-165:8 | Plaintiffs | | | | | |
| 76 | 178:22-179:14 | Plaintiffs | | | | | |
| 77 | 180:15-181:3 | Plaintiffs | | | | | |
| 78 | 191:3-191:6 | Plaintiffs | | | | | |
| 79 | 191:7 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 80 | 191:10-191:24 | Plaintiffs | | | | | |
| 81 | 192:4-192:10 | Plaintiffs | | | | | |
| 82 | 193:14-194:5 | Plaintiffs | | | | | |
| 83 | 194:24-195:7 | Plaintiffs | | | | | |
| 84 | 199:22-201:4 | Plaintiffs | | | | | |
| 85 | 216:17-216:21 | Plaintiffs | | | | | |
| 86 | 216:24-217:16 | Plaintiffs | | | | | |

***Timothy Dill***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 7:6-7:11 | Plaintiffs | | | | | |
| 2 | 7:19-7:25 | Plaintiffs | | | | | |
| 3 | 40:25-42:6 | Plaintiffs | | | | | |
| 4 | 44:20-45:18 | Plaintiffs | | | | | |
| 5 | 90:14-90:22 | Plaintiffs | | | | | |
| 6 | 103:15-105:8 | Plaintiffs | | | | | |
| 7 | 115:4-116:24 | Plaintiffs | | | | | |
| 8 | 122:7-123:24 | Plaintiffs | | | | | |
| 9 | 135:1-135:20 | Plaintiffs | | | | | |
| 10 | 138:5-139:12 | Plaintiffs | | | | | |
| 11 | 142:17-144:3 | Plaintiffs | | | | | |
| 12 | 154:11-154:18 | Plaintiffs | | | | | |
| 13 | 187:2-187:15 | Plaintiffs | | | | | |
| 14 | 187:16-188:16 | Plaintiffs | | | | | |
| 15 | 197:8-199:24 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 229:10-229:19 | Plaintiffs | | | | | |
| 17 | 231:12-231:23 | Plaintiffs | | | | | |
| 18 | 242:3-243:9 | Plaintiffs | | | | | |
| 19 | 251:16-252:7 | Plaintiffs | | | | | |

## ***Stephen Ferrara***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 108:3-109:18 | Plaintiffs | | | | | |
| 2 | 110:22-111:10 | Plaintiffs | | | | | |
| 3 | 135:7-136:6 | Plaintiffs | | | | | |
| 4 | 149:1-150:11 | Plaintiffs | | | | | |
| 5 | 156:1-156:8 | Plaintiffs | | | | | |

***Tiffany Lange***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 8:9-8:16 | Plaintiffs | | | | | |
| 2 | 19:22-21:8 | Plaintiffs | | | | | |
| 3 | 21:19-22:18 | Plaintiffs | | | | | |
| 4 | 23:4-24:5 | Plaintiffs | | | | | |
| 5 | 24:8-26:13 | Plaintiffs | | | | | |
| 6 | 26:16-27:6 | Plaintiffs | | | | | |
| 7 | 37:4-37:6 | Plaintiffs | | | | | |
| 8 | 37:9-37:10 | Plaintiffs | | | | | |
| 9 | 37:17-37:18 | Plaintiffs | | | | | |
| 10 | 37:21-39:2 | Plaintiffs | | | | | |
| 11 | 40:12-41:10 | Plaintiffs | | | | | |
| 12 | 43:21-45:21 | Plaintiffs | | | | | |
| 13 | 46:2-46:9 | Plaintiffs | | | | | |
| 14 | 48:20-50:15 | Plaintiffs | | | | | |
| 15 | 51:19-53:11 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 55:4-55:5 | Plaintiffs | | | | | |
| 17 | 55:8-56:15 | Plaintiffs | | | | | |
| 18 | 56:19-57:16 | Plaintiffs | | | | | |
| 19 | 58:10-59:21 | Plaintiffs | | | | | |
| 20 | 60:16-60:19 | Plaintiffs | | | | | |
| 21 | 63:15-64:3 | Plaintiffs | | | | | |
| 22 | 64:7-64:12 | Plaintiffs | | | | | |
| 23 | 67:5-67:13 | Plaintiffs | | | | | |
| 24 | 69:11-69:13 | Plaintiffs | | | | | |
| 25 | 69:17-71:4 | Plaintiffs | | | | | |
| 26 | 71:18-72:17 | Plaintiffs | | | | | |
| 27 | 72:21-72:22 | Plaintiffs | | | | | |
| 28 | 74:8-74:15 | Plaintiffs | | | | | |
| 29 | 75:10-75:14 | Plaintiffs | | | | | |
| 30 | 75:20-76:19 | Plaintiffs | | | | | |
| 31 | 77:10-78:16 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 32 | 79:5-79:17 | Plaintiffs | | | | | |
| 33 | 81:8-81:14 | Plaintiffs | | | | | |
| 34 | 88:20-89:13 | Plaintiffs | | | | | |
| 35 | 90:3-90:22 | Plaintiffs | | | | | |
| 36 | 91:6-91:7 | Plaintiffs | | | | | |
| 37 | 91:11-91:13 | Plaintiffs | | | | | |
| 38 | 91:17-91:18 | Plaintiffs | | | | | |
| 39 | 92:4-92:8 | Plaintiffs | | | | | |
| 40 | 92:17-92:18 | Plaintiffs | | | | | |
| 41 | 93:4-93:14 | Plaintiffs | | | | | |
| 42 | 96:3-98:5 | Plaintiffs | | | | | |
| 43 | 99:6-103:20 | Plaintiffs | | | | | |
| 44 | 107:18-107:21 | Plaintiffs | | | | | |
| 45 | 110:1-111:1 | Plaintiffs | | | | | |
| 46 | 112:22-114:9 | Plaintiffs | | | | | |
| 47 | 116:2-116:5 | Plaintiffs | | | | | |

***Bryan Lee***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 13:18-13:20 | Plaintiffs | | | | | |
| 2 | 14:2 | Plaintiffs | | | | | |
| 3 | 15:14-15:16 | Plaintiffs | | | | | |
| 4 | 16:12-16:14 | Plaintiffs | | | | | |
| 5 | 31:4-31:6 | Plaintiffs | | | | | |
| 6 | 31:9 | Plaintiffs | | | | | |
| 7 | 31:11-31:18 | Plaintiffs | | | | | |
| 8 | 31:21 | Plaintiffs | | | | | |
| 9 | 32:2-32:14 | Plaintiffs | | | | | |
| 10 | 32:15-32:16 | Plaintiffs | | | | | |
| 11 | 32:19-33:21 | Plaintiffs | | | | | |
| 12 | 34:2-34:16 | Plaintiffs | | | | | |
| 13 | 121:18-121:22 | Plaintiffs | | | | | |
| 14 | 122:1-123:5 | Plaintiffs | | | | | |
| 15 | 155:4-155:14 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 169:20-170:6 | Plaintiffs | | | | | |
| 17 | 170:9-172:4 | Plaintiffs | | | | | |
| 18 | 173:15-174:7 | Plaintiffs | | | | | |
| 19 | 184:9-186:1 | Plaintiffs | | | | | |
| 20 | 186:2-188:2 | Plaintiffs | | | | | |
| 21 | 188:6-188:16 | Plaintiffs | | | | | |
| 22 | 217:12-217:19 | Plaintiffs | | | | | |
| 23 | 233:21-233:22 | Plaintiffs | | | | | |
| 24 | 234:4-234:13 | Plaintiffs | | | | | |
| 25 | 234:17-234:21 | Plaintiffs | | | | | |
| 26 | 235:2-235:3 | Plaintiffs | | | | | |
| 27 | 235:13-235:14 | Plaintiffs | | | | | |
| 28 | 235:17-236:12 | Plaintiffs | | | | | |
| 29 | 236:14-236:17 | Plaintiffs | | | | | |
| 30 | 237:6-237:12 | Plaintiffs | | | | | |
| 31 | 237:16-238:3 | Plaintiffs | | | | | |

***Charles Lombardo***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 5:14-6:2 | Plaintiffs | | | | | |
| 2 | 32:25-33:17 | Plaintiffs | | | | | |
| 3 | 60:19-61:4 | Plaintiffs | | | | | |
| 4 | 81:15-81:22 | Plaintiffs | | | | | |
| 5 | 82:18-82:24 | Plaintiffs | | | | | |
| 6 | 87:20-89:9 | Plaintiffs | | | | | |
| 7 | 98:18-99:20 | Plaintiffs | | | | | |
| 8 | 148:12-149:10 | Plaintiffs | | | | | |
| 9 | 165:14-167:6 | Plaintiffs | | | | | |
| 10 | 185:1-185:7 | Plaintiffs | | | | | |
| 11 | 186:25-187:19 | Plaintiffs | | | | | |
| 12 | 195:19-196:13 | Plaintiffs | | | | | |
| 13 | 197:17-198:11 | Plaintiffs | | | | | |
| 14 | 205:17-206:13 | Plaintiffs | | | | | |

***Marc Miguez***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 13:13-15:8 | Plaintiffs | | | | | |
| 2 | 21:12-24:23 | Plaintiffs | | | | | |
| 3 | 24:25-25:3 | Plaintiffs | | | | | |
| 4 | 25:6-25:7 | Plaintiffs | | | | | |
| 5 | 25:9-25:17 | Plaintiffs | | | | | |
| 6 | 25:21-27:3 | Plaintiffs | | | | | |
| 7 | 27:5-27:6 | Plaintiffs | | | | | |
| 8 | 28:18-30:7 | Plaintiffs | | | | | |
| 9 | 40:18-42:8 | Plaintiffs | | | | | |
| 10 | 42:11-42:12 | Plaintiffs | | | | | |
| 11 | 42:15-42:18 | Plaintiffs | | | | | |
| 12 | 42:20-42:21 | Plaintiffs | | | | | |
| 13 | 42:23-43:22 | Plaintiffs | | | | | |
| 14 | 43:24-44:9 | Plaintiffs | | | | | |
| 15 | 44:12-44:18 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 44:20-44:25 | Plaintiffs | | | | | |
| 17 | 45:1-47:12 | Plaintiffs | | | | | |
| 18 | 54:12-54:15 | Plaintiffs | | | | | |
| 19 | 55:15-55:17 | Plaintiffs | | | | | |
| 20 | 55:19 | Plaintiffs | | | | | |
| 21 | 56:7-56:18 | Plaintiffs | | | | | |
| 22 | 56:20 | Plaintiffs | | | | | |
| 23 | 56:22 | Plaintiffs | | | | | |
| 24 | 56:24 | Plaintiffs | | | | | |
| 25 | 57:2-57:3 | Plaintiffs | | | | | |
| 26 | 57:6-57:7 | Plaintiffs | | | | | |
| 27 | 57:8-57:11 | Plaintiffs | | | | | |
| 28 | 57:13-58:2 | Plaintiffs | | | | | |
| 29 | 58:4-58:11 | Plaintiffs | | | | | |
| 30 | 58:15 | Plaintiffs | | | | | |
| 31 | 58:17 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 32 | 60:3-60:4 | Plaintiffs | | | | | |
| 33 | 60:6-62:3 | Plaintiffs | | | | | |
| 34 | 62:5-63:1 | Plaintiffs | | | | | |
| 35 | 63:3-63:6 | Plaintiffs | | | | | |
| 36 | 63:8-63:18 | Plaintiffs | | | | | |
| 37 | 63:20 | Plaintiffs | | | | | |
| 38 | 64:22-65:8 | Plaintiffs | | | | | |
| 39 | 65:11-66:6 | Plaintiffs | | | | | |
| 40 | 67:9-72:13 | Plaintiffs | | | | | |
| 41 | 74:5-74:23 | Plaintiffs | | | | | |
| 42 | 75:17-75:18 | Plaintiffs | | | | | |
| 43 | 75:20 | Plaintiffs | | | | | |
| 44 | 77:4-78:6 | Plaintiffs | | | | | |
| 45 | 81:17-82:1 | Plaintiffs | | | | | |
| 46 | 82:4-82:6 | Plaintiffs | | | | | |
| 47 | 82:8-82:9 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 48 | 82:12-82:15 | Plaintiffs | | | | | |
| 49 | 82:18-83:7 | Plaintiffs | | | | | |
| 50 | 83:10 | Plaintiffs | | | | | |
| 51 | 88:8-91:10 | Plaintiffs | | | | | |
| 52 | 91:11-95:5 | Plaintiffs | | | | | |
| 53 | 97:9-99:7 | Plaintiffs | | | | | |
| 54 | 101:16-102:3 | Plaintiffs | | | | | |

***Stephanie Miller***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 10:20-10:22 | Plaintiffs | | | | | |
| 2 | 11:1-11:3 | Plaintiffs | | | | | |
| 3 | 52:10-53:14 | Plaintiffs | | | | | |
| 4 | 88:8-88:12 | Plaintiffs | | | | | |
| 5 | 89:4-89:16 | Plaintiffs | | | | | |
| 6 | 91:14-92:13 | Plaintiffs | | | | | |
| 7 | 92:16-92:21 | Plaintiffs | | | | | |
| 8 | 93:22-94:6 | Plaintiffs | | | | | |
| 9 | 94:14-94:22 | Plaintiffs | | | | | |
| 10 | 98:20-99:18 | Plaintiffs | | | | | |
| 11 | 99:19-100:4 | Plaintiffs | | | | | |
| 12 | 101:7-101:9 | Plaintiffs | | | | | |
| 13 | 101:13-101:22 | Plaintiffs | | | | | |
| 14 | 102:4-102:8 | Plaintiffs | | | | | |
| 15 | 102:14-103:16 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 103:20-104:11 | Plaintiffs | | | | | |
| 17 | 104:15-105:4 | Plaintiffs | | | | | |
| 18 | 106:3-106:7 | Plaintiffs | | | | | |
| 19 | 112:6-112:8 | Plaintiffs | | | | | |
| 20 | 113:1-113:5 | Plaintiffs | | | | | |
| 21 | 114:8-114:13 | Plaintiffs | | | | | |
| 22 | 116:19-116:22 | Plaintiffs | | | | | |
| 23 | 117:1-117:22 | Plaintiffs | | | | | |
| 24 | 118:1-118:13 | Plaintiffs | | | | | |
| 25 | 120:19-121:22 | Plaintiffs | | | | | |
| 26 | 122:1 | Plaintiffs | | | | | |
| 27 | 125:1-125:11 | Plaintiffs | | | | | |
| 28 | 125:15-125:22 | Plaintiffs | | | | | |
| 29 | 127:6-129:9 | Plaintiffs | | | | | |
| 30 | 129:11-129:12 | Plaintiffs | | | | | |
| 31 | 129:15-129:19 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 32 | 130:20-130:22 | Plaintiffs | | | | | |
| 33 | 131:1-131:3 | Plaintiffs | | | | | |
| 34 | 132:2-132:16 | Plaintiffs | | | | | |
| 35 | 135:1-136:14 | Plaintiffs | | | | | |
| 36 | 137:1-137:3 | Plaintiffs | | | | | |
| 37 | 137:8-137:15 | Plaintiffs | | | | | |
| 38 | 138:7-138:9 | Plaintiffs | | | | | |
| 39 | 138:13-138:15 | Plaintiffs | | | | | |
| 40 | 138:18-138:19 | Plaintiffs | | | | | |
| 41 | 139:8-141:19 | Plaintiffs | | | | | |
| 42 | 144:16-146:4 | Plaintiffs | | | | | |
| 43 | 149:9-150:8 | Plaintiffs | | | | | |
| 44 | 154:8-154:14 | Plaintiffs | | | | | |
| 45 | 157:1-157:2 | Plaintiffs | | | | | |
| 46 | 157:7-158:9 | Plaintiffs | | | | | |
| 47 | 158:13-159:2 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 48 | 159:7-162:4 | Plaintiffs | | | | | |
| 49 | 162:7 | Plaintiffs | | | | | |
| 50 | 162:9 | Plaintiffs | | | | | |
| 51 | 162:11-163:20 | Plaintiffs | | | | | |
| 52 | 165:11-166:14 | Plaintiffs | | | | | |
| 53 | 170:20-172:5 | Plaintiffs | | | | | |
| 54 | 172:11-172:12 | Plaintiffs | | | | | |
| 55 | 174:15-174:16 | Plaintiffs | | | | | |
| 56 | 174:20-175:15 | Plaintiffs | | | | | |
| 57 | 179:12-179:19 | Plaintiffs | | | | | |
| 58 | 185:16-186:20 | Plaintiffs | | | | | |
| 59 | 187:2-187:20 | Plaintiffs | | | | | |
| 60 | 191:21-192:19 | Plaintiffs | | | | | |
| 61 | 192:21-196:7 | Plaintiffs | | | | | |
| 62 | 198:4-198:12 | Plaintiffs | | | | | |
| 63 | 200:21-200:22 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 64 | 201:5-202:9 | Plaintiffs | | | | | |
| 65 | 202:21-203:2 | Plaintiffs | | | | | |
| 66 | 203:7-203:9 | Plaintiffs | | | | | |
| 67 | 209:13-209:15 | Plaintiffs | | | | | |
| 68 | 209:17-209:19 | Plaintiffs | | | | | |
| 69 | 210:20-211:13 | Plaintiffs | | | | | |
| 70 | 213:14-214:5 | Plaintiffs | | | | | |
| 71 | 214:14-214:20 | Plaintiffs | | | | | |
| 72 | 216:11-216:22 | Plaintiffs | | | | | |
| 73 | 218:18-219:9 | Plaintiffs | | | | | |
| 74 | 219:13-219:15 | Plaintiffs | | | | | |
| 75 | 219:19-220:17 | Plaintiffs | | | | | |
| 76 | 220:18-221:9 | Plaintiffs | | | | | |
| 77 | 225:13-225:18 | Plaintiffs | | | | | |
| 78 | 226:2-226:3 | Plaintiffs | | | | | |
| 79 | 226:6-226:10 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 80 | 229:16-230:18 | Plaintiffs | | | | | |
| 81 | 231:14-231:17 | Plaintiffs | | | | | |
| 82 | 231:22-232:14 | Plaintiffs | | | | | |
| 83 | 234:16-236:20 | Plaintiffs | | | | | |
| 84 | 237:19-238:4 | Plaintiffs | | | | | |
| 85 | 241:9-242:2 | Plaintiffs | | | | | |
| 86 | 245:6-245:15 | Plaintiffs | | | | | |
| 87 | 247:11-247:14 | Plaintiffs | | | | | |
| 88 | 248:15-249:11 | Plaintiffs | | | | | |
| 89 | 251:6-251:9 | Plaintiffs | | | | | |
| 90 | 251:12-252:10 | Plaintiffs | | | | | |
| 91 | 259:5-259:14 | Plaintiffs | | | | | |
| 92 | 259:21-261:10 | Plaintiffs | | | | | |
| 93 | 262:3-262:6 | Plaintiffs | | | | | |
| 94 | 265:5-267:17 | Plaintiffs | | | | | |
| 95 | 268:13-268:19 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 96 | 273:8-273:18 | Plaintiffs | | | | | |
| 97 | 275:7-275:14 | Plaintiffs | | | | | |
| 98 | 278:9-278:10 | Plaintiffs | | | | | |
| 99 | 278:17-279:6 | Plaintiffs | | | | | |
| 100 | 280:3-280:19 | Plaintiffs | | | | | |
| 101 | 285:21-287:16 | Plaintiffs | | | | | |
| 102 | 289:9-290:1 | Plaintiffs | | | | | |
| 103 | 291:21-292:2 | Plaintiffs | | | | | |
| 104 | 292:7-295:14 | Plaintiffs | | | | | |
| 105 | 295:22-297:11 | Plaintiffs | | | | | |
| 106 | 300:13-301:10 | Plaintiffs | | | | | |
| 107 | 301:13-301:16 | Plaintiffs | | | | | |
| 108 | 301:21-302:6 | Plaintiffs | | | | | |
| 109 | 306:19-306:21 | Plaintiffs | | | | | |
| 110 | 307:4-307:10 | Plaintiffs | | | | | |
| 111 | 308:4-309:4 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 112 | 310:7-311:5 | Plaintiffs | | | | | |
| 113 | 313:4-313:7 | Plaintiffs | | | | | |
| 114 | 314:20-315:3 | Plaintiffs | | | | | |
| 115 | 317:14-322:13 | Plaintiffs | | | | | |
| 116 | 331:9-331:11 | Plaintiffs | | | | | |
| 117 | 335:22-336:12 | Plaintiffs | | | | | |
| 118 | 336:21-337:2 | Plaintiffs | | | | | |
| 119 | 337:3-338:11 | Plaintiffs | | | | | |
| 120 | 338:15-339:13 | Plaintiffs | | | | | |
| 121 | 341:12-344:9 | Plaintiffs | | | | | |
| 122 | 346:20-347:21 | Plaintiffs | | | | | |
| 123 | 348:6-349:10 | Plaintiffs | | | | | |
| 124 | 350:14-351:5 | Plaintiffs | | | | | |
| 125 | 353:18-355:3 | Plaintiffs | | | | | |
| 126 | 355:5-356:8 | Plaintiffs | | | | | |
| 127 | 356:9-356:14 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 128 | 356:18-357:8 | Plaintiffs | | | | | |
| 129 | 357:19-358:22 | Plaintiffs | | | | | |

***Sean O'Keefe (30(b)(6))***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 7:12-8:1 | Plaintiffs | | | | | |
| 2 | 10:10-12 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | This question is associated with the answer given in ref 3, thus "in fairness should be considered with the part introduced." | | |
| 3 | 10:13-10:16 | Plaintiffs | | | | | |
| 4 | 14:11-14:22 | Plaintiffs | | | | | |
| 5 | 15:1-15:6 | Plaintiffs | | | | | |
| 6 | 16:9-16:15 | Plaintiffs | | | | | |
| 7 | 17:19-18:4 | Plaintiffs | | | | | |
| 8 | 18:5-7 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 9 | 32:24-33:3 | Plaintiffs | | | | | |
| 10 | 33:7-33:23 | Plaintiffs | Defendants | Outside scope of 30(b)(6) topics | Within the scope of 30(b)(6) Topic Nos. 2, 3 | | |
| 11 | 33:25-34:1 | Plaintiffs | Defendants | Outside scope of 30(b)(6) topics | Within the scope of 30(b)(6) Topic Nos. 2, 3 | | |
| 12 | 34:21-36:6 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 13 | 36:11-37:22 | Plaintiffs | | | | | |
| 14 | 38:1-38:22 | Plaintiffs | | | | | |
| 15 | 38:25-39:13 | Plaintiffs | Defendants | Outside scope of 30(b)(6) topics | Within the scope of 30(b)(6) Topic No. 2 | | |
| 16 | 39:16-40:16 | Plaintiffs | Defendants | Outside scope of 30(b)(6) topics | Within the scope of 30(b)(6) Topic No. 2 | | |
| 17 | 40:20-43:11 | Plaintiffs | | | | | |
| 18 | 43:15-43:23 | Plaintiffs | | | | | |
| 19 | 43:24-44:9 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 20 | 47:2-48:13 | Plaintiffs | | | | | |
| 21 | 48:14-48:18 | Plaintiffs | | | | | |
| 22 | 48:22-49:9 | Plaintiffs | | | | | |
| 23 | 51:10-51:13 | Plaintiffs | | | | | |
| 24 | 53:10-54:14 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 25 | 67:18-69:22 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 26 | 70:9-70:11 | Plaintiffs | | | | | |
| 27 | 70:19-71:2 | Plaintiffs | | | | | |
| 28 | 71:5-71:25 | Plaintiffs | | | | | |
| 29 | 72:1-72:16 | Plaintiffs | | | | | |
| 30 | 75:9-76:7 | Plaintiffs | | | | | |
| 31 | 78:23-79:3 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. Ref 32 omits part of the question asked. | | |
| 32 | 79:4-79:6 | Plaintiffs | | | | | |
| 33 | 79:10-81:1 | Plaintiffs | | | | | |
| 34 | 81:2-21 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 35 | 81:24-82:10 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 36 | 83:8-83:12 | Plaintiffs | | | | | |
| 37 | 83:16-84:8 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 38 | 84:12-85:12 | Plaintiffs | | | | | |
| 39 | 85:14-21 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 40 | 92:9-92:17 | Plaintiffs | | | | | |
| 41 | 96:24-97:6 | Defendants | Plaintiffs | | | | |
| 42 | 99:13-100:22 | Plaintiffs | | | | | |
| 43 | 100:25-101:12 | Plaintiffs | | | | | |
| 44 | 102:19-103:4 | Plaintiffs | | | | | |
| 45 | 103:6-104:6 | Plaintiffs | Defendants | Outside scope of 30(b)(6) topics | Within the scope of 30(b)(6) Topic No. 3 | | |
| 46 | 104:9-104:10 | Plaintiffs | Defendants | Outside scope of 30(b)(6) topics | Within the scope of 30(b)(6) Topic No. 3 | | |
| 47a | 104:12-13 | Plaintiffs | | | | | |
| 47b | 104:15-105:4 | Plaintiffs | Defendants | Outside scope of 30(b)(6) topics. Calls for speculation. Witness lacks foundation. | Within the scope of 30(b)(6) Topic No. 3 | | |
| 47c | 105:7-105:10 | Plaintiffs | Defendants | No question pending. Outside scope of 30(b)(6) topics | Addressed by additions of 47a and 47b; Within the scope of 30(b)(6) Topic No. 3 | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 48a | 107:17-109:8 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 49b | 109:9-109:24 | Plaintiffs | | | | | |
| 49c | 110:2-110:3 | Plaintiffs | | | | | |
| 49 | 112:24-113:22 | Plaintiffs | | | | | |
| 50 | 113:23-114:11 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 51 | 115:18-116:1 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 52 | 116:13-116:25 | Plaintiffs | | | | | |
| 53 | 117:1-3, 6-10 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 54 | 117:12-117:18 | Plaintiffs | | | | | |
| 55 | 117:25-118:11 | Plaintiffs | | | | | |
| 56 | 119:20-120:10 | Plaintiffs | | | | | |
| 57 | 124:1-124:23 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 58 | 125:3-126:1 | Plaintiffs | | | | | |
| 59 | 126:4-126:14 | Plaintiffs | | | | | |
| 60 | 126:16-18 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 61 | 126:21-127:13 | Plaintiffs | | | | | |
| 62 | 127:14-127:15 | Plaintiffs | | | | | |
| 63 | 127:17-128:7 | Plaintiffs | | | | | |
| 64 | 128:10-128:22 | Plaintiffs | | | | | |
| 65 | 130:16-17, 19-25 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 66 | 131:1-20 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 67 | 131:22-132:17 | Plaintiffs | | | | | |
| 68 | 135:12-15 | Defendants | Plaintiffs | Objection as designation does not include the complete question; Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 69 | 136:6-15 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Hearsay | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>No contemporaneous objection to hearsay was made. The statement is not hearsay. The testimony was elicited by Plaintiffs. | | |
| 70 | 139:6-9 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Hearsay | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>No contemporaneous objection to hearsay was made. The statement is not hearsay. The testimony was elicited by Plaintiffs. | | |
| 71 | 140:17-141:4 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Relevance | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>The testimony is relevant in that it tends to make a fact of consequence more or less probable than it would be without the evidence. | | |
| 72 | 142:3-6 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 73 | 142:11-143:16 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Hearsay | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>No contemporaneous objection to hearsay was made. The statement is not hearsay. The testimony was elicited by Plaintiffs. | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 74 | 144:13-145:12 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 75 | 145:25-146:1 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 76 | 146:4-147:6 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Hearsay | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>No contemporaneous objection to hearsay was made. The statement is not hearsay. The testimony was elicited by Plaintiffs. | | |
| 77 | 148:13-21 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 78 | 148:24-149:7 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Hearsay | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>No contemporaneous objection to hearsay was made. The statement is not hearsay. The testimony was elicited by Plaintiffs. | | |
| 79 | 149:9-15 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 80 | 149:18-21 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 81 | 168:1-169:19 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 82 | 170:16-18 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Outside the Scope of 30(b)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>The testimony was elicited by Plaintiffs. Defendants withdraw the contemporaneous objection made to this question. No contemporaneous objection was made by Plaintiffs. | | |
| 83 | 171:2-5 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Outside the Scope of 30(b)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>The testimony was elicited by Plaintiffs. Defendants withdraw the contemporaneous objection made to this question. No contemporaneous objection was made by Plaintiffs. | | |
| 84 | 171:7-171:12 | Plaintiffs | | | | | |
| 85 | 171:14-172:19 | Plaintiffs | | | | | |
| 86 | 172:21 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 87 | 172:23-173:17 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Relevance | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>The testimony is relevant in that it tends to make a fact of consequence more or less probable than it would be without the evidence. | | |
| 88 | 177:15-179:5 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Relevance | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>The testimony is relevant in that it tends to make a fact of consequence more or less probable than it would be without the evidence. | | |
| 89 | 180:5-180:18 | Plaintiffs | | | | | |
| 90 | 180:20-180:21 | Plaintiffs | | | | | |
| 91 | 180:24-181:21 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 92a | 184:22-184:25 | Plaintiffs | Defendants | | | | |
| 92b | 185:4-12 | Plaintiffs | | | | | |
| 93 | 186:19-186:21 | Plaintiffs | | | | | |
| 94 | 186:23-187:14 | Plaintiffs | | | | | |
| 95 | 187:17-188:3 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 96 | 188:5-190:5 | Plaintiffs | | | | | |
| 97 | 190:6-190:8 | Plaintiffs | | | | | |
| 98 | 190:10-191:22 | Plaintiffs | | | | | |
| 99 | 191:23-193:18 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Hearsay | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts.<br>No contemporaneous objection to hearsay was made. The statement is not hearsay. The testimony was elicited by Plaintiffs. | | |
| 100 | 208:23-209:2 | Plaintiffs | | | | | |
| 101 | 209:3-210:6 | Plaintiffs | | | | | |
| 102 | 217:25-220:6 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6) | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |
| 103 | 220:10-221:1 | Defendants | Plaintiffs | Objection to the extent it does not satisfy Rule 32(a)(6); Relevance | In fairness, this testimony should be considered with the part introduced, and any party may itself introduce any other parts. | | |

***Hernando Ortega***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 71:16-72:1 | Plaintiffs | | | | | |
| 2 | 122:14-123:1 | Plaintiffs | | | | | |
| 3 | 123:5-124:1 | Plaintiffs | | | | | |
| 4 | 131:4-131:7 | Plaintiffs | | | | | |
| 5 | 131:9-131:19 | Plaintiffs | | | | | |
| 6 | 132:20-134:2 | Plaintiffs | | | | | |
| 7 | 137:5-137:7 | Plaintiffs | | | | | |
| 8 | 137:19-137:22 | Plaintiffs | | | | | |
| 9 | 142:22-143:8 | Plaintiffs | | | | | |
| 10 | 148:16-149:19 | Plaintiffs | | | | | |
| 11 | 151:15-152:4 | Plaintiffs | | | | | |
| 12 | 166:11-168:1 | Plaintiffs | | | | | |
| 13 | 175:17-175:21 | Plaintiffs | | | | | |
| 14 | 188:6-189:4 | Plaintiffs | | | | | |
| 15 | 189:5-189:9 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 189:14-189:22 | Plaintiffs | | | | | |
| 17 | 190:2-190:8 | Plaintiffs | | | | | |
| 18 | 205:2-205:16 | Plaintiffs | | | | | |
| 19 | 209:18-210:2 | Plaintiffs | | | | | |
| 20 | 211:11-211:17 | Plaintiffs | | | | | |
| 21 | 222:8-222:18 | Plaintiffs | | | | | |

***Peter Roberts***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 45:5-45:16 | Plaintiffs | | | | | |
| 2 | 71:10-72:22 | Plaintiffs | | | | | |
| 3 | 94:13-96:25 | Plaintiffs | | | | | |
| 4 | 108:20-109:19 | Plaintiffs | | | | | |
| 5 | 133:10-133:25 | Plaintiffs | | | | | |

***Carolyn Salter***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 19:6-20:2 | Plaintiffs | | | | | |
| 2 | 24:2-24:5 | Plaintiffs | | | | | |
| 3 | 24:16-25:8 | Plaintiffs | | | | | |
| 4 | 30:10-34:12 | Plaintiffs | | | | | |
| 5 | 36:12-37:2 | Plaintiffs | | | | | |
| 6 | 46:2-48:14 | Plaintiffs | | | | | |
| 7 | 48:15-49:18 | Plaintiffs | | | | | |
| 8 | 50:7-50:22 | Plaintiffs | | | | | |
| 9 | 53:18-54:18 | Plaintiffs | | | | | |
| 10 | 57:7-58:1 | Plaintiffs | | | | | |
| 11 | 58:16-58:21 | Plaintiffs | | | | | |
| 12 | 64:21-65:8 | Plaintiffs | | | | | |
| 13 | 65:9-65:13 | Plaintiffs | | | | | |
| 14 | 68:10-68:25 | Plaintiffs | | | | | |
| 15 | 69:9-69:25 | Plaintiffs | | | | | |

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 16 | 71:21-72:4 | Plaintiffs | | | | | |
| 17 | 72:8-72:12 | Plaintiffs | | | | | |
| 18 | 75:22-76:7 | Plaintiffs | | | | | |
| 19 | 88:1-88:21 | Plaintiffs | | | | | |
| 20 | 130:8-130:19 | Plaintiffs | | | | | |
| 21 | 159:17-159:22 | Plaintiffs | | | | | |
| 22 | 160:1-160:4 | Plaintiffs | | | | | |

***Dennis White***

| Reference Number | Designation Range | Offering Party | Objecting Party | FRE Basis and Explanation | Proponent's Rebuttal | Sustained | Overruled |
|---|---|---|---|---|---|---|---|
| 1 | 45:13-46:10 | Plaintiffs | | | | | |
| 2 | 60:22-64:1 | Plaintiffs | | | | | |
| 3 | 65:13-67:7 | Plaintiffs | | | | | |
| 4 | 80:14-81:10 | Plaintiffs | | | | | |
| 5 | 103:10-103:22 | Plaintiffs | | | | | |
| 6 | 104:21-105:11 | Plaintiffs | | | | | |
| 7 | 121:3-122:18 | Plaintiffs | | | | | |
| 8 | 122:20-123:11 | Plaintiffs | | | | | |
| 9 | 123:13-126:17 | Plaintiffs | | | | | |
| 10 | 128:6-128:20 | Plaintiffs | | | | | |
| 11 | 131:18-132:5 | Plaintiffs | | | | | |
| 12 | 134:20-135:7 | Plaintiffs | | | | | |
| 13 | 136:11-138:16 | Plaintiffs | | | | | |