# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLAS TALBOTT, *et al.*<br>*Plaintiffs*,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>*Defendants*. | No. 1:25-cv-240 (ACR)<br>DEFENDANTS' DISCLOSURE PURSUANT TO RULE 26(a)(2)(C) CONCERNING LIEUTENANT COLONEL CAROLYN SALTER |

Defendants, by and through counsel, hereby disclose the expert testimony of Lieutenant Colonel Carolyn A. Salter ("LTC Salter") pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (C). The subject matter of LTC Salter's testimony, as well as a summary of the facts and opinions about which she is expected to testify, are set forth below.

1. LTC Salter is a medical doctor in the United States Army. She is a board-certified Urologist and is fellowship-trained in Male Sexual and Reproductive Medicine. She currently serves at the Walter Reed National Military Medical Center in Bethesda, Maryland. In her current position, LTC Salter is the military's sole male sexual and reproductive medicine physician in the National Capitol Region. In her current role, she provides oncosexology education to prostate cancer patients and their families and treats a variety of sexual health conditions in male cancer patients. She performs complex microsurgical vasectomy reversals and is the lead trainer for Urology residents on microsurgical techniques. She also performs a full spectrum of male infertility and sexual health surgeries, such as microscopic testicular sperm extraction, microscopic varicocelectomies, penile implants, and plications, in addition to numerous other specialized and general Urology office procedures and surgeries. She provides outpatient, inpatient, and emergency specialized and general urologic care to her

patient population. She has held this position since 2025. She is also the Assistant Program Director of Research for the Urology Residency Program at Walter Reed, a position she has held since 2025. In this role, she mentors medical students and Urology residents on scholarly research activity and has served as senior author on numerous projects.

2. Simultaneously, LTC Salter serves as an Associate Professor in the Department of Surgery at the Uniformed Services University of the Health Sciences (USUHS). She has served in this capacity since 2024. In this role, she has helped to teach medical students during clinical rotations, mentored them in research activities, and helped to teach small groups and anatomy lab at USUHS. She is a faculty advisor for the Urology interest group. Prior to this, she had the rank of Assistant Professor from 2018-2024.

3. From 2020 through 2025, LTC Salter served as a Staff Urologist and Male Sexual and Reproductive Medicine physician at Madigan Army Medical Center in Tacoma, Washington. In this capacity, she was the sole male sexual and reproductive medicine physician for the military in the Pacific Northwest Marketplace, servicing nearly 300,000 military beneficiaries. There, she performed complex microsurgical vasectomy reversals and served as the lead trainer for Urology residence on microsurgical techniques. She performed the full spectrum of male infertility surgeries, providing outpatient, inpatient, and emergency specialized and general urologic care. While in this role, she served as Deputy Chief from 2000-2022, and she was promoted to the Chief of Urology Services at Madigan Army Medical Center from 2022 to 2023. She then left the role of Chief of Urology to pursue a higher-level leadership position as Deputy Director of the Department of Clinical Investigations (DCI). In

this role, she helped mentor and oversee 25 military and civilian employees and assisted with execution of an internal budget of $4.7 million dollars annually.

4. Prior to holding her position at Madigan, LTC Salter completed a fellowship in Male Sexual and Reproductive Medicine and Memorial Sloan Kettering Cancer Center in New York, New York, from 2018 to 2020. She completed her residency in Urology at Walter Reed in 2018 after commissioning through the Reserve Officers' Training Corps (ROTC) and graduating from USUHS in 2012.

5. During her time at Madigan, LTC Salter's patient population included service members with gender dysphoria. Over the course of her five years in Tacoma, she performed many orchiectomy surgeries, some of which resulted in complications such as scrotal hematomas. During this period, LTC Salter also did research and published on care for service members with gender dysphoria (see attached). She also participated in coordinating a zero-depth vaginoplasty while at Madigan.

6. LTC Salter continued treating patients with gender dysphoria at Walter Reed. She performed testosterone pellet insertion for service members with gender dysphoria.

7. Given her experience and knowledge, LTC Salter is expected to testify about convalescence requirements for certain aspects of transgender medical care; comorbidities associated with gender dysphoria, and the complication rate for Urologic surgeries associated with gender dysphoric medical care.

8. She will testify, in general terms, about complications in her own surgeries. She will explain that the practice of sexual medicine is broader than a general understanding of sexual organs and crosses into sexual behavior and mental health. Specifically, she will testify

regarding the data that the psychiatric comorbidities of gender dysphoria can be profound (see attached). She will testify that surgeries for service members with gender dysphoria can have high post operation complication rates. She will also testify about the highly specialized nature of physicians qualified to provide the surgical and corrective care required for members of the gender dysphoric community. She will explain why this patient population is complicated and requires specific and varied care from a variety of specialists.

Dated: September 4, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

KRISTINA A. WOLFE
Assistant Branch Director

*/s/ M. Jared Littman*
M. JARED LITTMAN
ROBERT C. BOMBARD
ELIZABETH B. LAYENDECKER
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs
Branch 1100 L Street, NW
Washington, DC 20530
(202) 451-7478
Jared.littman2@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 4, 2026, a copy of the document above was served to Plaintiffs' Counsel by email: Campbell, Eamonn W. ecampbell@omm.com; Weinstein, Lauren M. lweinstein@omm.com; and Kannan, Shruti skannan@omm.com.

*/s/ M. Jared Littman*

LGBT Health
Volume 8, Number 2, 2021
© Mary Ann Liebert, Inc.
DOI: 10.1089/lgbt.2020.0031

# Mental Health and Health Risk Behaviors of Active Duty Sexual Minority and Transgender Service Members in the United States Military

Ian W. Holloway, PhD,[1] Daniel Green, MSW,[2] Chad Pickering, MS,[3,4] Elizabeth Wu, MPH,[1]
Michael Tzen, MS,[4] Jeremy T. Goldbach, PhD,[2] and Carl A. Castro, PhD[2]

## Abstract

***Purpose:*** The aim of this study was to examine health risk behaviors and mental health outcomes among sexual minority and transgender active duty military service members and their heterosexual and cisgender counterparts.
***Methods:*** Participants ($N=544$) were recruited by using respondent-driven sampling between August 2017 and March 2018 and completed an online survey by using validated measures of cigarette smoking, alcohol use, anxiety, depression, post-traumatic stress disorder (PTSD), and suicidality. Bayesian random intercept multiple logistic regressions were used to understand differences between sexual minority participants and heterosexual participants as well as between transgender participants and both their cisgender sexual minority and cisgender heterosexual peers.
***Results:*** Cisgender sexual minority women service members were more likely to meet criteria for problematic alcohol use (adjusted odds ratio [aOR] = 10.11) and cigarette smoking (aOR = 7.12) than cisgender heterosexual women. Cisgender sexual minority men had greater odds of suicidality (aOR = 4.73) than their cisgender heterosexual counterparts. Transgender service members had greater odds of anxiety, PTSD, depression, and suicidality than their cisgender peers.
***Conclusion:*** Military researchers and policymakers who seek to improve the overall health and well-being of sexual minority and transgender service members should consider programs and policies that are tailored to specific health outcomes and unique sexual minority and transgender subgroups.

**Keywords:** health disparities, health risk behaviors, mental health, military

## Introduction

Health disparities among sexual and gender minority individuals are well documented. For example, both cisgender sexual minority individuals and transgender individuals experience high rates of depression, anxiety,[1,2] and post-traumatic stress disorder (PTSD).[3,4] Transgender and gender nonconforming individuals have more experiences of suicidality, as do lesbian, gay, and bisexual (LGB) populations,[5,6] and "homosexually experienced" individuals report greater substance use[7] compared with their heterosexual and cisgender peers. Health disparities among sexual minority individuals have also been reported by sex and gender as well as age and race/ethnicity. Sexual minority women (including those who identified as homosexual, gay/lesbian, bisexual, or something else) have been found to have a higher prevalence of alcohol and cigarette use compared with heterosexual women.[8] Sexual minority men report worse overall mental health[8] and higher rates of lifetime suicide attempts compared with heterosexual men,[9] whereas transgender individuals report higher rates of mental distress, depression,[10] and anxiety[11] compared with their cisgender peers. In addition, older LGB individuals report higher rates of physiological distress compared with their heterosexual peers[12] and African American sexual minority individuals report higher rates of poor mental health compared with their heterosexual

[1]Department of Social Welfare, UCLA Luskin School of Public Affairs, University of California, Los Angeles, Los Angeles, California, USA.
[2]Suzanne Dworak-Peck School of Social Work, University of Southern California, Los Angeles, California, USA.
[3]Department of Biostatistics, UCLA Fielding School of Public Health, University of California, Los Angeles, Los Angeles, California, USA.
[4]California Center for Population Research, University of California, Los Angeles, Los Angeles, California, USA.

counterparts.[13] These disparities are explained by the presence of unique and chronic stressors, including experiences of heterosexism and transphobia because of an individual's sexual orientation or gender identity, as described by the Minority Stress Theory.[14,15]

To date, the majority of sexual and gender minority health research has been conducted by using U.S. civilian populations whose access to health services is highly variable. Research on the presence and prevalence of health disparities among sexual and gender minority active duty military personnel is novel given universal access to TRICARE, a military sponsored health insurance program that covers both on-base and civilian medical care. One study found that a majority of military health care providers have cared for an LGB patient and feel comfortable discussing LGB-related issues, which shows a willingness to care for and confidence in caring for these patients.[16] Despite equal access to services within the military health system, it remains unclear whether health disparities observed in civilian populations persist among sexual minority and transgender active duty service members and to what extent military characteristics, including service branch, rank, and years of service, impact disparities as observed among the veteran population.[17–19] In fact, no research to date has explored health disparities in U.S. active duty military service members.

Although no data on health disparities among sexual minority and transgender active duty service members are currently available, findings on disparities among sexual minority and transgender veterans provide justification for the need for research among sexual minority and transgender active duty service members. Research suggests that LGB veterans have higher rates of PTSD, depression, and problematic alcohol use relative to a Veterans Affairs comparison sample,[20] whereas veterans with a Gender Identity Disorder diagnosis or other gender identity-related diagnoses as defined in previous studies[21–23] have high rates of suicide-related events[21] and suicidal ideation and mental health challenges.[22,23] Further investigation into health disparities among active duty service members will be beneficial, as the results may provide support for tailored services for health concerns, which may reduce health disparities as sexual minority and transgender active duty service members transition to veteran status. In response to this gap in the literature, our study examined similarities and differences in the prevalence of health risk behaviors (cigarette smoking and alcohol use) and mental health (depression, anxiety, PTSD, and suicidality) among sexual minority and transgender active duty military service members and their heterosexual and cisgender counterparts.

## Methods

### Participants and procedures

Data for this analysis came from the Department of Defense-funded study *Improving Acceptance, Integration and Health among LGBT Service Members.* Between August 2017 and March 2018, participants were recruited by using a modified respondent-driven sampling (RDS) approach, where known members of the population of interest (seeds) were asked to leverage their social ties by engaging in peer-to-peer recruitment. A complete description of the RDS strategy is described elsewhere.[24] Briefly, initial seeds were recruited by members of an Expert Advisory Panel consisting of sexual minority and transgender-identified former military personnel. When referral chains slowed, we expanded seed recruitment by promoting the study through popular military-related blogs, newspapers, and Facebook groups. Seeds who completed the survey were provided with a unique code to share with members of their social network.

Participants were eligible for the survey if they were current, active duty members of one of the four main branches of the military (Army, Navy, Marines, or Air Force). Once participants screened eligible, they were directed to a secure online survey by using the Qualtrics platform (Qualtrics, Provo, UT). Before beginning the survey, a page presented information about the study, including funder, researchers, a summary of topics, expected time to complete, and incentives. If they consented to participate, they would then proceed to the survey. If they did not consent, the survey ended without collecting any information. In total, 544 participants completed the survey, 248 of whom identified as sexual or gender minority individuals. Participants were provided with a $25 electronic gift card for completion of the survey (if off duty). The study procedures were approved by the Institutional Review Boards of the University of California, Los Angeles and the University of Southern California. The study protocol was also approved by the Human Research Protection Office of the U.S. military.

### Measures

Descriptive characteristics. Sexual orientation was measured by using one item: ''What is your sexual identity?'' (heterosexual or straight, gay or lesbian, bisexual, and sexual orientation not listed here—please specify). Sex assigned at birth was reported by using one item: ''What sex were you assigned at birth, (i.e., what sex is on your birth certificate)?'' (male or female). Gender identity was assessed by using a single item: ''What is your gender identity?'' (male, female, transgender male/trans man, transgender female/trans woman, genderqueer/gender nonconforming [GNC], and gender identity not listed—please specify). For analysis, cisgender, non-heterosexual individuals that identified with sexual orientations other than lesbian, gay, or bisexual were included as part of the sexual minority category. Further, gender identity was coded as a binary variable, with respondents separated into either the cisgender category or the transgender category. Participants in the transgender group were those whose sex assigned at birth differed from their gender identity.

Respondents also reported their age in years (continuous) and their racial/ethnic identity (Black or African American, Latino or Hispanic, White or Caucasian, Native American or Alaskan Native, Asian or Pacific Islander, Multiracial, and other) and their highest level of education (high school diploma/general education development, some college, associate's degree, bachelor's degree, master's degree, doctorate).

Military characteristics. All four active duty military service branches were represented. Service members provided their current pay grade, which was used to determine respondent rank in a binary officer variable (reference group: enlisted). Respondents also reported the number of years of military service (count).

Health outcomes. Health risk behaviors and mental health outcomes were based on self-reported responses

to previously validated measures. Two self-rated health questions were used to assess overall physical and mental health on a five-point scale. The responses were then dichotomized, where Excellent and Very Good were coded as 1, and Good, Fair, or Poor were coded as 0. Anxiety was measured by using the Generalized Anxiety Disorder Screener (GAD-7), a seven-item scale ranging from 0 to 21 assessing anxiety severity. Scores of 5, 10, and 15 are cut-off points for mild, moderate, and severe anxiety, respectively.[25] Depressive symptomatology was measured by using the Patient Health Questionnaire depression scale (PHQ-8), an eight-item scale ranging from 0 to 24. A cut-off score of ≥10 was used to indicate high depressive symptomatology.[26] The PTSD Checklist for DSM-5 (PCL-5), a self-report scale consisting of 20 items, was used to measure PTSD symptomatology.[27] A total score of 33 or higher suggests that the patient may benefit from PTSD treatment. Suicidality was measured by using the four-item Suicidal Behaviors Questionnaire-Revised (SBQ-R). Scores of seven and above indicate risk for suicide.[28]

Alcohol use was measured by using the Alcohol Use Disorders Identification Test (AUDIT-C), a 12-point scale used to identify hazardous drinking behaviors. A score of 4 or more in men and a score of 3 or more in women are considered problematic use.[29] Use and frequency of current cigarette smoking, as well as use of smokeless tobacco and e-cigarettes was measured by using a subset of nine questions from the National Adult Tobacco Survey.[30]

### *Data analysis*

Consistent with the literature on health disparities, we compared cisgender sexual minority and cisgender heterosexual people while stratifying by male and female gender identity; we compared transgender individuals with cisgender sexual minority and cisgender heterosexual people, respectively.

Bayesian bivariate tests of association were used to identify health risk behaviors and mental health variables that had significant associations when comparing identity groups by using random intercept logistic regression models. These bivariate models included no adjustment covariates, but they did include the random intercepts for the RDS recruitment-branch cluster membership. In contrast, our Bayesian random intercept multiple logistic regression models provide adjusted odds ratios (OR) for each primary outcome variable of interest, adjusted for gender, age, race, officer status, military branch, length of service, and RDS cluster membership. The relevant covariates, taken from the bivariate models and used for adjustments in the multivariable models, are respective to their reference groups.

The framework for all of the Bayesian models combined information from the sample data and our prior information. This approach reduces computational challenges when several adjustment covariates may lead to problematic separation in logistic regression.[31] Moreover, using weak Bayesian priors allows the incorporation of information that rules out unrealistic parameter values. With this strategy in mind, we placed Cauchy priors with mean 0 and standard deviation (SD) 10 on the intercept terms; Cauchy priors with mean 0 and SD 2.5 on the slope parameters; and half-*t* distributed priors with mean 0, variance 100, and three degrees of freedom on the SD parameters as suggested by scholars.[31] We summarized our unadjusted bivariate and adjusted multiple regression results by using posterior means in the form of ORs for point estimates and 95% posterior credible intervals (CI) to highlight ORs that exclude 1. All Bayesian models were fit by using the "brms"[32] and "Stan" packages in R.[33] Overall, proportions of missing data across variables of interest were very low (<3%). To use the complete set of data ($n = 544$), we assumed that the missing values were missing at random and used multiple imputation by chained equations via the R package "mice" for all six models.[34]

## Results

### *Sociodemographic characteristics*

Table 1 displays the sociodemographic characteristics of the sample, which was 59.6% male, 29.8% female, and 10.7% transgender. The majority of the sample was White (58.1%), followed by Black/African American (16.7%). Latino/Hispanic individuals comprised 13.4% of the sample, and Asian/Pacific Islander individuals comprised 6.1% of the sample. All other racial/ethnic groups were less than 5% of the sample each. The majority was serving in the Army (41.5%) whereas 33.5%, 15.4%, and 9.6% were serving in the Air Force, Navy, and Marine Corps, respectively. The sample was approximately one-third officers (34.0%) and two-thirds enlisted service members (66.0%). The mean age was 27.7 (SD = 6.1), and the mean years of military service was 6.2 (SD = 5.4).

### *Health risk behaviors and health outcomes and bivariate logistic regression analysis*

Frequencies of health risk behaviors and health outcomes for the sample are provided in Table 1. Alcohol use was high, with nearly half of all participants (46.1%) scoring above the cut-off for problematic drinking on the AUDIT-C. More than one-fifth (21.7%) of participants scored 7 or above on the SBQ-R, indicating high suicidality. Small percentages expressed moderate (4.6%) or severe (6.3%) anxiety, and larger percentages endorsed high depressive symptomatology (13.2%). Approximately one-third reported poor overall mental health (37.7%) or poor overall physical health (34.7%). Less than one-fifth of participants were current smokers (17.1%); ∼10% met criteria for PTSD.

There were several notable health disparities between cisgender sexual minority and cisgender heterosexual participants when stratified by gender (Table 2). The odds of cisgender sexual minority women service members having elevated alcohol use was about 6.6 times that of the odds for cisgender heterosexual service members when only adjusting for cluster membership. In addition, the odds of smoking cigarettes was about six times higher for cisgender sexual minority women in the military compared with the odds for cisgender heterosexual women (OR: 5.72; 95% CI: 1.44–30.38). Lastly, cisgender sexual minority men were three times more likely to meet criteria for suicidality than their cisgender heterosexual counterparts (OR = 3.16; 95% CI: 1.64–6.10).

Table 3 displays several more prominent health disparities regarding transgender participants compared with both their cisgender heterosexual and cisgender sexual minority peers. First, the odds of suicidality among transgender service members was about seven times that of cisgender heterosexual

Table 1. Sample Demographic Characteristics and Health Risk Behaviors and Health Outcomes (*N*=544)

| *Variable* | *Cisgender heterosexual*[a] (n=295) (%) | *Cisgender sexual minority*[a] (n=187) (%) | *Transgender*[a] (n=58) (%) | *Total (%)* |
|---|---|---|---|---|
| Gender | | | | |
| Cisgender Male | 208 (70.5) | 115 (61.5) | | 324 (59.6) |
| Cisgender Female | 87 (29.5) | 72 (38.5) | | 162 (29.8) |
| Transgender | | | 58 (10.7) | 58 (10.7) |
| Age | | | | |
| Mean, SD | 26.7 (5.6) | 29.1 (6.6) | 28.7 (6.2) | 27.7 (6.1) |
| Categories | | | | |
| 18–27 | 216 (73.2) | 101 (54.0) | 34 (58.6) | 351 (64.5) |
| 28–37 | 67 (22.7) | 66 (35.3) | 18 (31.0) | 151 (27.8) |
| 38+ | 12 (4.1) | 20 (10.7) | 5 (8.6) | 37 (6.8) |
| Race/ethnicity | | | | |
| Asian or Pacific Islander | 20 (6.8) | 10 (5.3) | 2 (3.4) | 33 (6.1) |
| Black/African American | 71 (24.1) | 15 (8.0) | 5 (8.6) | 91 (16.7) |
| Latino/Hispanic | 40 (13.6) | 29 (15.5) | 4 (6.9) | 73 (13.4) |
| Multiracial | 6 (2.0) | 5 (2.7) | 7 (12.1) | 19 (3.5) |
| Native American/Alaskan Native | 2 (0.7) | 2 (1.1) | 1 (1.7) | 5 (0.9) |
| Other | 3 (1.0) | 1 (0.5) | 0 (0.0) | 4 (0.7) |
| White/Caucasian | 151 (51.2) | 124 (66.3) | 39 (67.2) | 316 (58.1) |
| Education | | | | |
| High school diploma/GED | 53 (18.0) | 14 (7.5) | 8 (13.8) | 75 (13.8) |
| Some college | 47 (15.9) | 25 (13.4) | 25 (43.1) | 97 (17.8) |
| Associate's degree | 59 (20.0) | 18 (9.6) | 10 (17.2) | 89 (16.4) |
| Bachelor's degree | 75 (25.4) | 57 (30.5) | 10 (17.2) | 144 (26.5) |
| Master's degree | 27 (9.2) | 33 (17.6) | 3 (5.2) | 63 (11.6) |
| Doctorate | 18 (6.1) | 23 (12.3) | 0 (0.0) | 41 (7.5) |
| Military background | | | | |
| Branch | | | | |
| Air Force | 110 (37.3) | 60 (32.1) | 11 (19.0) | 182 (33.5) |
| Army | 121 (41.0) | 79 (42.2) | 25 (43.1) | 226 (41.5) |
| Marines | 30 (10.2) | 15 (8.0) | 7 (12.1) | 52 (9.6) |
| Navy | 34 (11.5) | 33 (17.6) | 15 (25.9) | 84 (15.4) |
| Soldier type | | | | |
| Enlisted | 211 (71.5) | 95 (50.8) | 51 (87.9) | 359 (66.0) |
| Officer | 84 (28.5) | 92 (49.2) | 7 (12.1) | 185 (34.0) |
| Years of service (mean, SD) | 5.1 (4.9) | 7.6 (5.8) | 7.5 (5.3) | 6.2 (5.4) |
| Alcohol use[b] | | | | |
| High | 127 (43.1) | 94 (50.3) | 28 (48.3) | 251 (46.1) |
| Low | 119 (40.3) | 56 (29.9) | 21 (36.2) | 197 (36.2) |
| Smoke cigarettes | | | | |
| None | 224 (75.9) | 141 (75.4) | 44 (75.9) | 412 (75.7) |
| Some/all of the time | 54 (18.3) | 27 (14.4) | 11 (19.0) | 93 (17.1) |
| Anxiety[c] | | | | |
| Minimal | 227 (76.9) | 122 (65.2) | 28 (48.3) | 379 (69.7) |
| Mild | 33 (11.2) | 25 (13.4) | 9 (15.5) | 68 (12.5) |
| Moderate | 9 (3.1) | 8 (4.3) | 8 (13.8) | 25 (4.6) |
| Severe | 9 (3.1) | 14 (7.5) | 11 (3.5) | 34 (6.3) |
| Depression[d] | | | | |
| High | 23 (7.8) | 27 (14.4) | 22 (37.9) | 72 (13.2) |
| Low | 272 (92.2) | 160 (85.6) | 35 (60.3) | 471 (86.6) |
| PTSD[e] | | | | |
| High | 18 (6.1) | 20 (10.7) | 18 (31.0) | 56 (10.3) |
| Low | 277 (93.9) | 165 (88.2) | 38 (65.5) | 484 (89.0) |

(*continued*)

Table 1. (Continued)

| Variable | Cisgender heterosexual[a] (n=295) (%) | Cisgender sexual minority[a] (n=187) (%) | Transgender[a] (n=58) (%) | Total (%) |
|---|---|---|---|---|
| Suicidality[f] | | | | |
| High | 36 (12.2) | 50 (26.7) | 32 (55.2) | 118 (21.7) |
| Low | 258 (87.5) | 136 (72.7) | 26 (44.8) | 424 (77.9) |
| Overall mental health[g] | | | | |
| High | 211 (71.5) | 107 (57.2) | 16 (27.6) | 337 (61.9) |
| Low | 84 (28.5) | 79 (42.2) | 41 (70.7) | 205 (37.7) |
| Overall physical health[g] | | | | |
| High | 211 (71.5) | 114 (61.0) | 27 (46.6) | 355 (65.3) |
| Low | 84 (28.5) | 73 (39.0) | 31 (53.4) | 189 (34.7) |

[a]Sexual orientation/gender identity (missing $n=4$); sexual minority participants included those who identified as gay/lesbian (163), bisexual (21), asexual (1), polysexual (1), and queer (1).
[b]Based on the AUDIT-C score (range: 0–12): high: 4+ for men, 3+ for women.
[c]Based on the GAD-7 (range: 0–21): minimal: <5, mild: 5–9, moderate: 10–14, severe: 15+.
[d]Based on the PHQ-8: high: 10+.
[e]Based on the PTSD Checklist associated with the DSM-5 and PCL-5: high: 33+.
[f]Based on the four-item SBQ-R: high: 7+.
[g]Range: 0–1.
AUDIT-C, Alcohol Use Disorders Identification Test; DSM-5, Diagnostic and Statistical Manual of Mental Disorders, 5th ed.; GAD-7, Generalized Anxiety Disorder Screener; GED, General Education Development; PHQ-8, eight-item Patient Health Questionnaire depression scale; PCL-5, Post-traumatic Stress Disorder Checklist, 5th ed.; PTSD, Post-traumatic Stress Disorder; SBQ-R, Suicidal Behaviors Questionnaire-Revised; SD, standard deviation.

service members (OR: 6.82; 95% CI: 3.38–13.67), and about three times that of cisgender sexual minority service members (OR: 3.30; 95% CI: 1.75–6.22). The odds of elevated anxiety among transgender service members was about three times that of cisgender heterosexual service members (OR: 3.16; 95% CI: 1.58–6.31), and about three times that of cisgender sexual minority service members as well (OR: 3.04; 95% CI: 1.47–6.39).

There were no statistically significant differences in depression for cisgender sexual minority service members compared with cisgender heterosexual service members (Table 2). However, transgender service members were five times as likely to report high depressive symptoms as cisgender heterosexual service members (OR: 5.28; 95% CI: 2.382–12.014), and nearly four times as likely to report high depressive symptoms as sexual minority service members (OR: 3.84; 95% CI: 1.735–8.584). Further, the odds of transgender service members' overall mental health being reported as Excellent or Very Good was lower than that of cisgender heterosexual service members (OR = 0.18; 95% CI: 0.09–0.36), and that of cisgender sexual minority service members (OR = 0.30; 95% CI: 0.15–0.58). Similarly, the odds of transgender service members' overall physical health being reported as Excellent or Very Good was lower than that of cisgender heterosexual service members (OR = 0.40; 95% CI: 0.21–0.75).

Table 2. Bayesian Analysis Comparing Health Outcomes Between Cisgender Sexual Minority and Cisgender Heterosexual Participants

| | Female | | | Male | | |
|---|---|---|---|---|---|---|
| Categorical variable | OR | aOR | 95% CI | OR | aOR | 95% CI |
| Alcohol use[a] | 6.570 | 10.111 | 3.915–30.410 | 0.873 | 0.956 | 0.513–1.788 |
| Smoke cigarettes | 5.722 | 7.122 | 1.723–42.787 | 0.520 | 0.851 | 0.371–1.854 |
| Anxiety, <5 ref.[b] | 1.465 | 1.182 | 0.416–3.264 | 1.297 | 1.067 | 0.476–2.288 |
| Depression, <10 ref.[c] | 1.905 | 2.275 | 0.541–10.168 | 0.988 | 0.983 | 0.313–2.944 |
| PTSD, <33 ref.[d] | 1.761 | 1.295 | 0.265–6.320 | 0.974 | 0.683 | 0.141–2.469 |
| Suicidality[e] | 1.400 | 1.261 | 0.420–3.514 | 3.163 | 4.730 | 2.185–10.600 |
| Overall mental health[f] | 0.540 | 0.609 | 0.288–1.320 | 0.659 | 0.759 | 0.391–1.500 |
| Overall physical health[f] | 0.505 | 0.527 | 0.249–1.141 | 0.892 | 1.081 | 0.539–2.196 |

ORs adjusted for RDS clustering. aORs adjusted for race, gender, military branch, officer status, age, length of service, RDS cluster, AND with imputation (aOR). Education was not included as a covariate, because it was highly correlated with officer status.
[a]Based on the AUDIT-C score (range: 0–12): high: 4+ for men, 3+ for women.
[b]Based on the GAD-7 (range: 0–21): minimal: <5, mild: 5–9, moderate: 10–14, severe: 15+.
[c]Based on the PHQ-8: high: 10+.
[d]Based on the PTSD Checklist associated with the DSM-5 and PCL-5: high: 33+.
[e]Based on the four-item SBQ-R: high: 7+.
[f]Range: 0–1.
aOR, adjusted odds ratio; CI, credible interval; OR, odds ratio; RDS, respondent-driven sampling.

Table 3. Bayesian Analysis Comparing Health Outcomes Among Transgender Versus Cisgender Sexual Minority and Transgender Versus Cisgender Heterosexual Participants

| | *Transgender vs. cisgender sexual minority* | | | *Transgender vs. cisgender heterosexual* | | |
|---|---|---|---|---|---|---|
| *Categorical variable* | *OR* | *aOR* | *95% CI* | *OR* | *aOR* | *95% CI* |
| Alcohol use[a] | 0.773 | 0.930 | 0.427–2.011 | 1.354 | 1.481 | 0.730–3.042 |
| Smoke cigarettes | 1.311 | 0.748 | 0.305–1.799 | 1.215 | 0.780 | 0.316–1.846 |
| Anxiety, <5 ref.[b] | 3.041 | 2.952 | 1.231–7.266 | 3.155 | 2.666 | 1.210–5.866 |
| Depression, <10 ref.[c] | 3.842 | 3.575 | 1.428–9.209 | 5.276 | 4.974 | 1.953–12.996 |
| PTSD, <33 ref.[d] | 5.195 | 5.839 | 2.119–17.562 | 5.014 | 5.415 | 1.976–14.850 |
| Suicidality[e] | 3.303 | 2.983 | 1.444–6.210 | 6.819 | 8.996 | 4.022–20.467 |
| Overall mental health[f] | 0.295 | 0.303 | 0.139–0.641 | 0.183 | 0.173 | 0.078–0.375 |
| Overall physical health[f] | 0.560 | 0.816 | 0.386–1.732 | 0.396 | 0.478 | 0.228–1.005 |

ORs adjusted for RDS clustering. aORs adjusted for race, gender, military branch, officer status, age, length of service, RDS cluster, AND with imputation (aOR). Education was not included as a covariate, because it was highly correlated with officer status.

[a]Based on the AUDIT-C score (range: 0–12): high: 4+ for men, 3+ for women.

[b]Based on the GAD-7 (range: 0–21): minimal: <5, mild: 5–9, moderate: 10–14, severe: 15+.

[c]Based on the PHQ-8: high: 10+.

[d]Based on the PTSD Checklist associated with the DSM-5 and PCL-5: high: 33+.

[e]Based on the four-item SBQ-R: high: 7+.

[f]Range: 0–1.

### *Multivariable logistic regression analysis*

When adjusting for gender, age, race, military branch, officer status, and length of service as well as RDS cluster, some disparities remained (Tables 2 and 3). We found elevated adjusted odds of alcohol use and cigarette smoking among cisgender sexual minority women compared with their cisgender heterosexual counterparts and elevated odds of suicidality among cisgender sexual minority men compared with their cisgender heterosexual counterparts. Transgender service members reported elevated adjusted odds of suicidality, anxiety, depression, and PTSD compared with both cisgender heterosexual and cisgender sexual minority service members. In addition, transgender service members were less likely to report ''Excellent/Very Good'' mental health compared with both cisgender heterosexual service members and cisgender sexual minority service members in adjusted analysis. Finally, the adjusted odds of alcohol use for cisgender sexual minority service members was about 2.03 times that of cisgender heterosexual service members (95% CI: 1.28–3.17), and the adjusted odds of elevated suicidality among cisgender sexual minority individuals was about 2.37 times that of cisgender heterosexual individuals (95% CI: 1.43–3.93) (data not shown).

## Discussion

We sought to determine whether health disparities that are well documented among sexual minority and transgender civilian populations persist among active duty military service members. Our findings varied by gender among cisgender sexual minority service members. For cisgender sexual minority female service members, disparities were found in health risk behavior outcomes: alcohol use and smoking. For cisgender sexual minority male service members, there was only one health outcome where we found disparities: suicidality. For transgender service members, disparities were found in mental health outcomes: anxiety, depression, suicidality, PTSD, and overall mental health. These findings have implications for sexual minority and transgender health disparities research and intervention development both within and outside the military context.

### *Health disparities among cisgender sexual minority women*

Cisgender sexual minority women reported elevated rates of problematic alcohol use and cigarette smoking compared with their heterosexual counterparts. These findings are consistent with both veteran[35,36] and civilian literature among this population.[37,38] Higher tobacco use has been associated with ''butch'' self-presentation among lesbian women, because smoking and other types of substance use are typically considered more masculine behaviors.[39] Interestingly, no disparities emerged for any of the other health outcomes. These findings contradict those of previous studies among veteran and civilian sexual minority women, which document higher rates of mental health problems among lesbian and bisexual women compared with their heterosexual counterparts.[35]

There may be many reasons for differences between our findings and those of previous studies among veteran and civilian sexual minority women. First, in the military, service members undergo rigorous physical training and mental health evaluations on enlistment and on an ongoing basis. As a prerequisite for service, the military focuses on physical fitness and maintaining height/weight requirements, which may also have beneficial effects on mental health. Second, all military service members have access to TRICARE. Because TRICARE benefits are available to all military service members, access issues that have been highlighted in previous research as a major factor impacting health disparities may hold less importance in this context.[40] Interestingly, issues in access to health services cannot explain differences between active duty service members and veterans, as veterans also have access to dedicated health services via the Veterans Affairs health care system.

### *Health disparities among cisgender sexual minority men*

Cisgender sexual minority men were nearly five times as likely to report high suicidality compared with heterosexual male service members. This finding is supported by the

Minority Stress Theory and is consistent with results from studies of civilian populations, where gay and bisexual men are at elevated risk for suicide.[14] This may be particularly relevant in the military context, where suicide prevention among active duty[41] and veteran populations[42] has been highlighted as a priority. Despite access to mental health professionals, service members may be reluctant to disclose suicidal thoughts or behaviors because some consider such thoughts as shameful and a sign of weakness, or they may lead to unwanted hospitalization or medication recommendations.[43] Gay service members have reported high levels of stigma and discrimination in military settings after coming out post–''Don't Ask, Don't Tell'' (DADT), which may exacerbate feelings of isolation and loneliness.[44]

It is important to reiterate that there were no differences in health outcomes among sexual minority male service members and heterosexual male service members on alcohol use, anxiety, depression, mental health, physical health, cigarette smoking, or PTSD. The absence of health disparities related to alcohol use and cigarette smoking may result from high base rates of these behaviors, which tend to be higher among men in general.[45] In our study, 46.1% of sexual minority men and 51.0% of heterosexual men scored in the problematic drinking range; and 14.8% of sexual minority men and 24.5% of heterosexual men were cigarette smokers. The normalization of these behaviors among men in the military context may mask disparities that emerge in civilian populations. In addition, it is seen as more socially acceptable for men to drink alcohol and smoke cigarettes than women,[46,47] which could explain why we see differences by gender in these behaviors.

### *Health disparities among transgender service members*

The most notable health disparities in our study emerged when comparing transgender service members with both cisgender heterosexual and cisgender sexual minority service members. Transgender service members reported higher anxiety, depression, suicidality, overall mental health problems, and PTSD than both cisgender heterosexual and cisgender sexual minority service members, highlighting the vulnerabilities of transgender people in the armed forces. These results are similar to findings among transgender veterans who have reported higher rates of depression, PTSD, serious mental illness, and suicidality compared with nontransgender veterans.[22] Reasons for these findings may include the relative lack of acceptance of transgender people in contemporary society[48] as well as specific military policies that discriminate against transgender people serving openly.[49,50]

The policies that dictate whether transgender people can serve openly in the U.S. military have been in flux for several years. This rapidly shifting policy environment makes the military context particularly stressful for transgender people and may contribute to disparities in mental health between transgender people and cisgender sexual minority people, who have been permitted to serve openly since the repeal of DADT in 2010.[51] Scholars have demonstrated the link between structural factors, such as policy environments, and mental health among LGBT people.[52,53] Hostile policies toward transgender people serving in the U.S. military may be contributing to mental health disparities in this population.

Compared with existing health disparities research conducted among civilian populations, we see fewer health disparities among cisgender sexual minority people compared with their heterosexual counterparts. This is likely due to a combination of factors, including the physical fitness requirements in the military, universal access to health care, and growing social acceptance of sexual minority people, in general. For transgender people, health disparities observed in our sample look much more similar to those observed in civilian populations.[54] This is also likely due to a number of factors, including persistent social stigma directed at transgender people[2] in general and specific military policies that discriminate against transgender people serving openly.[50,55]

### *Limitations*

Our findings should be interpreted in light of some limitations. The data were collected online via self-report, which may impact the veracity of our results, especially those related to sensitive topics, such as mental health. We assured participants that responses were voluntary and would not be linked with any personal identifying information, which may have curtailed social desirability bias. Due to budget and time constraints, we had to modify our RDS approach, which resulted in a large number of index participants and relatively short referral chains in our final dataset.[24] Our analysis adjusted for clustering by referral chain, but results cannot be generalized to the larger population of sexual minority and transgender active duty military personnel.[56] Subgroup analysis was not possible; incomplete disaggregation of the study sample by sex assigned at birth, gender identity, and sexual orientation is a limitation. For example, other studies have shown health disparities for bisexual people that exceed those of their lesbian and gay-identified counterparts.[57,58] Future work with larger samples of bisexual military personnel is warranted.[59] Our data were also collected when the Trump administration was publicly disseminating information about the ability of transgender people to serve in the U.S. military, in addition to reversing previously established policy promoting transgender acceptance.[60] These events may have contributed to a particularly stressful social environment for transgender service members and may have influenced their responses to our survey. Finally, all data are cross-sectional, which prevents us from making any causal claims regarding the drivers of health disparities observed in our sample.

## Conclusion

Despite its limitations, our findings have implications for sexual minority and transgender health disparities research both broadly and in the military context. For military researchers and policymakers who seek to improve the overall health and well-being of all service members as an avenue toward increasing military readiness, our results point to possible programs and policies that may be beneficial. First, although health disparities were less pronounced for sexual minority service members, there remain some areas for intervention. For cisgender sexual minority women, programs that promote healthy norms regarding alcohol use and cigarette smoking, especially opportunities for harm reduction, may be of interest. Alcohol reduction and smoking cessation programs that are tailored for women and for sexual or gender minority people are limited[61] but may be offered through military programs. For cisgender sexual minority men, resources for

suicide prevention are warranted. Potential buffers against suicide, such as affiliation with other sexual minority male service members and structural interventions that reduce discrimination and harassment, both of which have been linked to mental health challenges, are warranted.[62]

The greatest potential area for intervention lies with improving military climate for transgender people as a means to improve mental health. The current policy environment regarding transgender military service is volatile, with the legality of transgender service directly challenged by the current administration. Military leaders may wish to consider programs that offer support to transgender troops in the form of affiliation groups and/or specialized mental health counseling. The goals of military readiness and unit cohesion are paramount, and protecting the health and mental health of transgender service members stands to advance those goals.

## Acknowledgments

The authors acknowledge the contributions of their expert advisory board members, many of whom are LGBT veterans or active duty members of the military. They thank the survey respondents and referrers who participated in the data collection for sharing deeply personal details about their life and work experiences. They also thank Anthony LoPresti and others at the *Lima Charlie* news team for publishing an article about the survey that helped significantly with recruitment. Finally, they thank UCLA, USC, and Children's Hospital Los Angeles staff for their assistance in coordinating the study and assisting with data analysis and article preparation, including Sean Beougher, Sheree Schrager, Mary Rose Mamey, Julie Hernandez, Kathleen McNamara, Ashley Schuyler, Josh Rusow, Shannon Dunlap, Cary Klemmer, Katherine Maxwell, Diane Tan, and Nina Young.

## Disclaimer

Opinions, interpretations, conclusions, and recommendations are those of the authors and are not necessarily endorsed by the Department of Defense.

## Authors' Contributions

Drs. Holloway, Goldbach, and Castro conceptualized and designed the study and approved the final article as submitted. Dr. Holloway and Mr. Green drafted the initial article and approved the final article as submitted. Mr. Pickering and Mr. Tzen carried out the analyses, reviewed and revised the article, and approved the final article as submitted. Ms. Wu reviewed and approved the initial proposed analyses, reviewed and revised the article, and approved the final article as submitted.

## Author Disclosure Statement

No competing financial interests exist.

## Funding Information

The US Army Medical Research Acquisition Activity, 820 Chandler Street, Fort Detrick, MD 21702-5014 is the awarding and administering acquisition office. This work was supported by the Office of the Assistant Secretary of Defense for Health Affairs through the Psychological Health/Traumatic Brain Injury Research Program under Award Numbers W81XWH-15-1-0699, W81XWH-15-1-0700, and W81XWH-15-1-0701.

## References

1. Cochran SD: Emerging issues in research on lesbians' and gay men's mental health: Does sexual orientation really matter? Am Psychol 2001;56:931–947.
2. Bockting WO, Miner MH, Swinburne Romine RE, et al.: Stigma, mental health, and resilience in an online sample of the U.S. transgender population. Am J Public Health 2013;103:943–951.
3. Reisner SL, White Hughto JM, Gamarel KE, et al.: Discriminatory experiences associated with posttraumatic stress disorder symptoms among transgender adults. J Couns Psychol 2016;63:509–519
4. Roberts AL, Austin SB, Corliss HL, et al.: Pervasive trauma exposure among US sexual orientation minority adults and risk of posttraumatic stress disorder. Am J Public Health 2010;100:2433–2441.
5. Conron KJ, Mimiaga MJ, Landers SJ: A population-based study of sexual orientation identity and gender differences in adult health. Am J Public Health 2010;100:1953–1960.
6. Haas AP, Rodgers PL, Herman JL: *Suicide Attempts Among Transgender and Gender Non-Conforming Adults: Findings of the National Transgender Discrimination Survey*. Los Angeles, CA: American Foundation for Suicide Prevention, The Williams Institute, 2014.
7. Green KE, Feinstein BA: Substance use in lesbian, gay, and bisexual populations: An update on empirical research and implications for treatment. Psychol Addict Behav 2012;26:265–278.
8. Operario D, Gamarel KE, Grin BM, et al.: Sexual minority health disparities in adult men and women in the United States: National Health and Nutrition Examination Survey, 2001–2010. Am J Public Health 2015;105:e27–e34.
9. Blosnich JR, Nasuti LJ, Mays VM, et al.: Suicidality and sexual orientation: Characteristics of symptom severity, disclosure, and timing across the life course. Am J Orthopsychiatry 2016;86:69–78.
10. Downing JM, Przedworski JM: Health of transgender adults in the U.S., 2014–2016. Am J Prev Med 2018;55:336–344.
11. Bouman WP, Claes L, Brewin N, et al.: Transgender and anxiety: A comparative study between transgender people and the general population. Int J Transgend 2017;18:16–26.
12. Fredriksen-Goldsen KI, Emlet CA, Kim HJ, et al.: The physical and mental health of lesbian, gay male, and bisexual (LGB) older adults: The role of key health indicators and risk and protective factors. Gerontologist 2012;53:664–675.
13. Pérez AE, Gamarel KE, van den Berg JJ, et al.: Sexual and behavioral health disparities among African American sexual minority men and women. Ethn Health 2020;25:653–664.
14. Meyer IH: Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. Psychol Bull 2003;129:674–697.
15. Hendricks ML, Testa RJ: A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the Minority Stress Model. Prof Psychol Res Pract 2012;43:460–467.
16. Rerucha CM, Runser LA, Ee JS, Hersey EG: Military healthcare providers' knowledge and comfort regarding the medical care of active duty lesbian, gay, and bisexual patients. LGBT Health 2018;5:86–90.
17. Maclean A, Edwards RD: The pervasive role of rank in the health of U.S. veterans. Armed Forces Soc 2010;36:765–785.

18. Martins LCX, Lopes CS: Military hierarchy, job stress and mental health in peacetime. Occup Med (Lond) 2012;62: 182–187.
19. Meadows SO, Engel CC, Collins RL, et al.: *2015 Health Related Behaviors Survey: Mental and Emotional Health Among U.S. Active-Duty Service Members*. Santa Monica, CA: RAND Corporation, 2018.
20. Cochran BN, Balsam K, Flentje A, et al.: Mental health characteristics of sexual minority veterans. J Homosex 2013;60:419–435.
21. Blosnich JR, Brown GR, Shipherd Phd JC, et al.: Prevalence of gender identity disorder and suicide risk among transgender veterans utilizing veterans health administration care. Am J Public Health 2013;103:e27–e32.
22. Brown GR, Jones KT: Mental health and medical health disparities in 5135 transgender veterans receiving healthcare in the Veterans Health Administration: A case-control study. LGBT Health 2016;3:122–131.
23. McDuffie E, Brown GR: 70 U.S. veterans with gender identity disturbances: A descriptive study. Int J Transgend 2010; 12:21–30.
24. Okal J, Raymond HF, Tun W, et al.: Lessons learned from respondent-driven sampling recruitment in Nairobi: Experiences from the field. BMC Res Notes 2016;9:158.
25. Spitzer RL, Kroenke K, Williams JBW, Löwe B: A brief measure for assessing generalized anxiety disorder: The GAD-7. Arch Intern Med 2006;166:1092–1097.
26. Kroenke K, Strine TW, Spitzer RL, et al.: The PHQ-8 as a measure of current depression in the general population. J Affect Disord 2009;114:163–173.
27. Weathers FW, Litz BT, Keane TM, et al.: The PTSD Checklist for DSM-5 (PCL-5). 2013. Available at https://www.ptsd.va.gov/professional/assessment/adult-sr/ptsd-checklist.asp Accessed August 17, 2020.
28. Osman A, Bagge CL, Gutierrez PM, et al.: The Suicidal Behaviors Questionnaire-Revised (SBQ-R): Validation with clinical and nonclinical samples. Assessment 2001;8: 443–454.
29. Bush K, Kivlahan DR, McDonell MB, et al.: The AUDIT alcohol consumption questions (AUDIT-C): An effective brief screening test for problem drinking. Ambulatory Care Quality Improvement Project (ACQUIP). Alcohol Use Disorders Identification Test. Arch Intern Med 1998; 158:1789–1795.
30. Centers for Disease Control and Prevention. National Adult Tobacco Survey (NATS). 2015. Available at https://www.cdc.gov/tobacco/data_statistics/surveys/nats/index.htm Accessed October 30, 2020.
31. Gelman A, Jakulin A, Pittau MG, Su YS: A weakly informative default prior distribution for logistic and other regression models. Ann Appl Stat 2008;2:1360–1383.
32. Bürkner PC: brms: An R Package for Bayesian Multilevel Models Using Stan. J Stat Softw 2017;80:1–28.
33. Carpenter B, Gelman A, Hoffman MD, et al.: Stan: A probabilistic programming language. J Stat Softw 2017;76:1–32.
34. van Buuren S, Groothuis-Oudshoorn K: MICE: Multivariate imputation by chained equations in R. J Stat Softw 2011;45: 1–67.
35. Blosnich J, Foynes MM, Shipherd JC: Health disparities among sexual minority women veterans. J Womens Health (Larchmt) 2013;22:631–636.
36. Lehavot K, Williams EC, Millard SP, et al.: Association of alcohol misuse with sexual identity and sexual behavior in women veterans. Subst Use Misuse 2016;51:216–229.
37. Fallin A, Goodin AJ, King BA: Menthol cigarette smoking among lesbian, gay, bisexual, and transgender adults. Am J Prev Med 2015;48:93–97.
38. Drabble L, Trocki K: Alcohol consumption, alcohol-related problems, and other substance use among lesbian and bisexual women. J Lesbian Stud 2005;9:19–30.
39. Rosario M, Schrimshaw EW, Hunter J: Butch/Femme differences in substance use and abuse among young lesbian and bisexual women: Examination and potential explanations. Subst Use Misuse 2008;43:1002–1015.
40. Gonzales G, Henning-Smith C: Barriers to care among transgender and gender nonconforming adults. Milbank Q 2017;95:726–748.
41. Kime P: Active-duty military suicides at record highs in 2018. McLean, VA: Military.com, 2019.
42. U.S. Department of Veterans Affairs: National strategy for preventing veteran suicide 2018–2028. 2018. Available at https://www.mentalhealth.va.gov/suicide_prevention/docs/Office-of-Mental-Health-and-Suicide-Prevention-National-Strategy-for-Preventing-Veterans-Suicide.pdf Accessed August 17, 2020.
43. Ganzini L, Denneson LM, Press N, et al.: Trust is the basis for effective suicide risk screening and assessment in veterans. J Gen Intern Med 2013;28:1215–1221.
44. Van Gilder BJ: Coping with sexual identity stigma in the U.S. military: An examination of identity management practices prior to and after the repeal of ''Don't Ask, Don't Tell.'' Identity 2017;17:156–175.
45. Syamlal G, Mazurek JM, Dube SR: Gender differences in smoking among U.S. working adults. Am J Prev Med 2014;47:467–475.
46. Sudhinaraset M, Wigglesworth C, Takeuchi DT: Social and cultural contexts of alcohol use: Influences in a social-ecological gramework. Alcohol Res 2016;38:35–45.
47. Pampel FC: Global patterns and determinants of sex differences in smoking. Int J Comp Sociol 2006;47:466–487.
48. Pew Research Center: A Survey of LGBT Americans. Pew Research Center, Washington, DC, 2013.
49. Phillips D: New rule for transgender troops: Stick to your birth sex, or leave. 2019. Available at https://www.nytimes.com/2019/03/13/us/transgender-troops-ban.html Accessed August 17, 2020.
50. Cronk TM: Secretary Mattis Issues Interim Guidance on Transgender Personnel Service. 2017. Available at https://www.defense.gov/Explore/News/Article/Article/1315306/secretary-mattis-issues-interim-guidance-on-transgender-personnel-service Accessed August 14, 2020.
51. Lee JL: The comprehensive review working group and Don't Ask, Don't Tell repeal at the Department of Defense. J Homosex 2013;60:282–311.
52. Romanelli M, Hudson KD: Individual and systemic barriers to health care: Perspectives of lesbian, gay, bisexual, and transgender adults. Am J Orthopsychiatry 2017;87:714–728.
53. Hatzenbuehler ML, Bellatorre A, Lee Y, et al.: Structural stigma and all-cause mortality in sexual minority populations. Soc Sci Med 2014;103:33–41.
54. James SE, Herman JL, Rankin S, et al.: The Report of the 2015 U.S. Transgender Survey. Washington, DC: National Center for Transgender Equality, 2016.
55. Jackson H, Kube C: Trump's controversial transgender military policy goes into effect. NBC News. 2019. Available at https://www.nbcnews.com/feature/nbc-out/trump-s-controversial-transgender-military-policy-goes-effect-n993826 Accessed September 3, 2020.

56. McCreesh N, Frost SDW, Seeley J, et al.: Evaluation of respondent-driven sampling. Epidemiology 2012;23:138–147.
57. Bostwick WB, Boyd CJ, Hughes TL, et al.: Dimensions of sexual orientation and the prevalence of mood and anxiety disorders in the United States. Am J Public Health 2010; 100:468–475.
58. Juster RP, Smith NG, Ouellet É, et al.: Sexual orientation and disclosure in relation to psychiatric symptoms, diurnal cortisol, and allostatic load. Psychosom Med 2013;75:103–116.
59. McNamara KA, Lucas CL, Goldbach JT, et al.: Mental health of the bisexual veteran. Military Psychol 2019;31: 91–99.
60. National Center for Transgender Equality: Trump Administration Announces Beginning of Transgender Military Ban on April 12 [Press Release]. 2019. Available at https://transequality.org/press/releases/trump-administration-announces-beginning-of-transgender-military-ban-on-april-12 Accessed August 17, 2020.
61. Stevens S: Meeting the substance abuse treatment needs of lesbian, bisexual and transgender women: Implications from research to practice. Subst Abuse Rehabil 2012;3:27–36.
62. Alford B, Lee SJ: Toward complete inclusion: Lesbian, gay, bisexual, and transgender military service members after repeal of Don't Ask, Don't Tell. Soc Work 2016;61:257–265.

Address correspondence to:
*Ian W. Holloway, PhD*
*Department of Social Welfare*
*UCLA Luskin School of Public Affairs*
*University of California, Los Angeles*
*3255 Charles E. Young Drive East*
*Los Angeles, CA 90095*
*USA*

*E-mail:* holloway@luskin.ucla.edu

Transgender Health
Volume 5, Number 3, 2020
© Mary Ann Liebert, Inc.
DOI: 10.1089/trgh.2019.0044

ORIGINAL ARTICLE

# A Descriptive Study of Transgender Active Duty Service Members in the U.S. Military

Natasha A. Schvey,[1,*] David A. Klein,[1,2] Arielle T. Pearlman,[1] and David S. Riggs[1]

**Abstract**

**Purpose:** Department of Defense policy prohibits, with limited exceptions, transgender individuals from serving in their affirmed gender in the U.S. Military, citing potential impact on unit cohesion and military readiness. To date, however, little is known about the sociodemographic profile and health of transgender military personnel.

**Methods:** U.S. Military personnel who self-identified as transgender completed anonymous online measures of demographics and military service. Participants also completed measures of health, mood, eating pathology, and risk behaviors.

**Results:** One hundred ninety-five service members (mean age: 28.9 ± 7.2 years, 48.7% transmale, 70.3% non-Hispanic White, 7.83 ± 5.9 years in service) completed the survey. The majority of respondents first identified as transgender before military accession. Most had disclosed their gender identity to their command and providers, and had undertaken steps toward gender affirmation. The sample as a whole reported above average physical health, with mood symptoms within normal ranges and few reported risk behaviors. Analyses of covariance indicated that transmales reported significantly better mental health and psychosocial functioning compared with transfemales.

**Conclusion:** In light of current policy that precludes, with limited exceptions, transgender individuals from serving in the U.S. Military in their affirmed gender, the current study provides an initial sociodemographic profile of this understudied population and indicates that transgender service members report above average physical health and few risk behaviors. Preliminary analyses indicated that transfemales in the military may be at higher risk for mental health concerns, compared with transmales. Additional research is needed to elucidate risk and protective factors among transgender service members.

**Keywords:** active duty; gender dysphoria; military; transgender

## Implications and Contribution

The current study provides descriptive and psychosocial information about transgender active duty service members in the U.S. Military. In light of Department of Defense policy that prohibits, except under limited circumstances, transgender individuals with a diagnosis or history of gender dysphoria from serving in the military in their affirmed gender, these data may be useful in better understanding this understudied population.

## Introduction

In 2019, the Department of Defense issued a policy stipulating that, with limited exceptions, transgender individuals are ineligible for accession and retention in the U.S. Military unless they serve in their biological sex.[1] It is estimated, however, that up to 8000 transgender individuals currently serve on active duty in the U.S. military[2,3]; although the actual number may be greater[4,5] due to insufficient study of this population and potential fear of disclosure of one's gender identity, which may reduce willingness to seek gender-affirming care or self-identify as transgender in surveys. Notably, transgender persons appear twice as likely as members of the general population to serve in the military; 20% of respondents from the National Transgender Discrimination Survey had

[1]Department of Medical and Clinical Psychology, Uniformed Services University of the Health Sciences (USUHS), Bethesda, Maryland, USA.
[2]Fort Belvoir Community Hospital (FBCH), Adolescent Medicine, Fort Belvoir, Virginia, USA.
Portions of this study were presented at the 2019 Society for Behavioral Medicine Annual Conference (Washington, DC).

*Address correspondence to: Natasha A. Schvey, PhD, Department of Medical and Clinical Psychology, Uniformed Services University of the Health Sciences (USU), 4301 Jones Bridge Road Office: B3039A, Bethesda, MD 20814, USA, E-mail: natasha.schvey@usuhs.edu

served in the military, compared to 10% of the general population.[6]

Despite the possible overrepresentation of transgender individuals in the U.S. Military, there is a paucity of data about the demographic characteristics, military service, and psychosocial functioning of these individuals. To our knowledge, only two studies[7,8] have been conducted that specifically examined transgender active duty service members. Given the potential vulnerabilities of both active duty service members[9–12] and transgender individuals[13–18] to mental health concerns, such as depression, anxiety, stress, substance use, and eating disorders, the risks facing transgender service members may be multi-fold. Additional information about transgender service members is necessary, as the policy pertaining to these individuals continues to evolve. The present study, therefore, aimed to elucidate the sociodemographic profile, psychosocial functioning, health, and military service of active duty service members who self-identify as transgender. As few studies have conducted subgroup analyses by affirmed gender among samples of transgender persons, we also aimed to compare affirmed men and affirmed women on relevant psychosocial factors.

## Materials and Methods

### Participants and procedures

Participants were active duty service members (≥18 years) who self-identified as transgender. The study was advertised through flyers around military installations in the Washington Metropolitan Area and electronic advertisements disseminated via relevant social media pages. Participants completed all questionnaires anonymously through an online data gathering website (SurveyMonkey) between July and December, 2017. More information on recruitment and data collection may be found elsewhere.[19] Written informed consent was waived and no personal identifying information was collected. This study received approval from the authors' Institutional Review Board.

### Measures

Demographic data were collected using a 26-item questionnaire designed for the present study that assessed standard demographic characteristics and military service, along with height and weight (from which body mass index [BMI, kg/m$^2$] was determined). Gender identity was assessed using the two-question method[20] wherein individuals were asked: "What sex were you assigned at birth, on your original birth certificate?" from which individuals could select *male*, *female*, or *intersex*. Intersex refers broadly to individuals born with sex characteristics or anatomy (e.g., chromosomes, gonads, genitals) that do not fit the traditional definitions of male or female.[21] Participants were then asked "What is your current gender identity (check all that apply)"; individuals could select: *male*, *female*, *intersex*, *transmale/trans man*, *transfemale/trans woman*, *genderqueer/gender nonconforming*, and/or *other*. Individuals were determined to be transgender by the research team if their current gender identity differed from their birth-assigned sex.

The Short-Form 36 Health Survey (SF-36)[22] is a widely used self-report measure of emotional and physical health and functioning, comprising two summary scales: Physical Component Summary (PCS) and Mental Health Component Summary (MCS). Scales are calculated using established SF-36 scoring algorithms.[23] Final component scores range from 0 to 100, with higher scores indicating better health and functioning.[23]

The Depression, Anxiety, and Stress Scale (DASS-21)[24,25] is a 21-item self-report measure assessing symptoms of depression, anxiety, and stress. The three subscales (Depression, Anxiety, Stress) demonstrated good reliability in the present sample ($\alpha$'s = 0.83–0.95). Higher scores indicate greater symptomatology. In accordance with prior convention,[26,27] scores were also dichotomized to indicate "normal" vs. "positive" screen for moderate and severe symptomatology.

Given that social norms and positive expectancies around alcohol and drug use may differ among sexual and gender minorities,[28,29] a 9-item Risk Behaviors Questionnaire developed for the present study was administered to assess recent and lifetime alcohol, tobacco, and drug use.

As service members and gender minorities both appear to be at increased risk for body dissatisfaction and eating pathology,[30–33] the Eating Disorder Examination Questionnaire (EDE-Q),[34] a 28-item instrument that assesses diagnostic criteria for eating disorders and related symptomatology in the past 28 days, was administered. The EDE-Q captures the frequency of "binge-eating episodes" defined by the DSM-5[35] as the consumption of an unambiguously large amount of food accompanied by the subjective experience of loss of control while eating. The episodes are assessed with the following queries: *In the past 28 days, how many times have you eaten what other people would regard as an unusually large amount of food (given the circumstances)? On how many of these times did*

*you have a sense of having lost control over your eating (at the time that you were eating)?*. Participants also indicate the frequency of compensatory behaviors in the past 28 days (e.g., *How many times have you made yourself sick [vomit] as a means of controlling your shape or weight?*). The EDE-Q generates four subscales: dietary restraint, eating concern, weight concern, and shape concern, in addition to a global eating pathology score, all of which range from 1 to 6. Higher scores indicated more severe pathology. The EDE-Q subscales demonstrated good reliability in the current sample ($\alpha$'s = 0.83–0.89).

### Data analytic plan

All analyses were conducted using SPSS for Windows version 25 (SPSS, Inc., Chicago, IL). Descriptive statistics (percentages, central tendencies) were calculated for demographic, military, and psychosocial characteristics. Multiple analyses of covariance were conducted to assess for gender differences (transmale vs. transfemale) adjusting for age, race (White vs. NonWhite), and service rank (Enlisted vs. Officer). For analyses utilizing the EDE-Q, BMI was also included as a covariate. For analyses comparing groups based on affirmed gender, participants identifying as intersex ($n = 1$) or gender nonbinary/other ($n = 12$) were excluded due to the small sample size of these groups. These individuals were retained for all other analyses.

## Results

### Participant characteristics

Two hundred twenty-nine individuals consented to the survey; of those, 85% ($n = 195$) provided information pertaining to birth-assigned sex and current gender identity. For the purposes of this study, only data from these 195 individuals will be presented. Average age of participants was 28.9 ± 7.2 years. The racial distribution of the sample was 70.3% White, 13.3% Multiracial, 6.2% Black, and 2.6% Asian; 9.2% of the sample was Hispanic.

Of those who currently had a partner or spouse (74%), the majority (77%) were in relationships with cisgender women (individuals assigned female at birth who identify as female) and 16% were in relationships with transgender individuals (See Table 1 for additional demographic information).

### Gender identity

Nearly half (48.7%) of participants identified as transmale, 44.6% identified as transfemale, 6.2% identified as nonbinary, genderqueer, or "other," and 0.5% ($n = 1$) identified as intersex. Half of the sample first self-identified as transgender before the age of 11, 15% during adolescence, and 29.5% between 18 and 29 years. Less than 4% of the sample was older than 30 at the time they first self-identified as transgender.

**Table 1. Demographic and Psychosocial Characteristics**

| | Total sample ($n = 195$) | |
|---|---|---|
| **Measure** | **M ± SD** | ***N*** |
| Age (years) | 28.8 ± 7.2 | 177 |
| Years in service | 7.9 ± 5.9 | 195 |
| Body mass index (kg/m$^2$) | 25.5 ± 3.8 | 190 |
| | Valid % | *N* |
| Transmale | 48.7 | 95 |
| Transfemale | 44.6 | 87 |
| Other gender identity | 6.7 | 13 |
| Race | | |
| White | 70.3 | 137 |
| Multiracial | 13.3 | 26 |
| Black | 6.2 | 12 |
| Asian | 2.6 | 5 |
| Other/missing | 7.7 | 15 |
| Hispanic ethnicity | 9.2 | 18 |
| Service | | |
| Army | 44.1 | 86 |
| Air Force | 28.2 | 55 |
| Navy | 13.3 | 26 |
| Marine Corps | 6.7 | 13 |
| Coast Guard | 1.5 | 3 |
| Reserves | 6.2 | 12 |
| Rank | | |
| Enlisted | 86.6 | 168 |
| Officer | 13.4 | 26 |
| Marital status | | |
| Unmarried | 59.6 | 115 |
| Married | 40.4 | 78 |
| One or more child | 27.7 | 54 |
| Highest degree | | |
| Some college or less | 70.3 | 137 |
| Bachelor's degree or more | 29.7 | 58 |
| Transition status | | |
| No transition/living as birth sex | 16.4 | 32 |
| Any transition | 83.6 | 163 |

### Gender affirmation

The majority of respondents ($n = 163$) reported undergoing at least some measure of gender affirmation (e.g., gender affirming surgery, hormone therapy, legal name/sex change, and/or dressing in accordance with chosen gender). The majority of the sample (79%) reported dressing in accordance with their affirmed gender. Seventy percent have undergone or are undergoing gender-affirming hormone therapy (Testosterone: 35%,

Estrogen: 25%, Progestin: 5%, Anti-Androgens: 21%, "Other" [e.g., Finasteride for hair loss, gonadotropin-releasing hormone agonist]: 2%). Thirty-one percent have undergone gender-affirming surgery (chest reconstruction or breast augmentation [27%] and/or gonadectomy and/or genital reconstruction [10%]). Forty-eight percent have legally changed their names and 43% have changed their gender marker on legal documents. Sixteen percent ($n = 32$) reported that they have not undertaken any measures of transition and are living as their birth-assigned sex.

Nearly all participants (99.5%) indicated that at least one person is aware of their gender identity. The majority reported that their mother (74%), father (65%), and/or significant others (64%) are aware. The majority also indicated that their primary care physician (79%), chain of command (74%), and/or supervisor (69%) know of their gender identity. Sixty-three percent reported that "almost everyone" in their lives is aware of their gender identity.

### Military service

Most (86.6%) respondents were enlisted (vs. officers). Forty-four percent of respondents were serving on active duty in the Army, 28% Air Force, 13% Navy, 6.7% Marine Corps, and 1.5% Coast Guard. Six percent were in the Reserves (any service). On average, participants had served ~8 years (7.8 ± 5.9) in the military; nearly a third (29%) had served 10 years or more. Sixty-eight percent reported at least one deployment with 40% having deployed to a combat zone (e.g., Afghanistan, Iraq).

### Mood symptoms

Mean scores for depression (10.2 ± 10.9), anxiety (6.6 ± 7.3), and stress (12.2 ± 8.9) subscales of the DASS-21 indicated minimal levels of symptomatology (Table 2). Using recommended cutoff scores,[27] 34.1% of respondents screened positive for moderate to severe depression, 28.3% for moderate to severe anxiety, and 21.7% for moderate to severe stress.

### Health indices and behaviors

Participants' mean PCS score was 55.5 ± 8.3 and mean MCS score was 43.4 ± 14.1 (wherein 100 indicates perfect health). The mean BMI of the sample was 25.5 (indicating the presence of overweight); over half (56%) of the sample had overweight (BMI ≥ 25) and 11% had obesity (BMI ≥ 30).

**Table 2. Subgroup Analyses for Psychological Variables by Gender Identity**

| | | Transmales ($n = 95$) | | Transfemales ($n = 87$) | | |
|---|---|---|---|---|---|---|
| Measure | Range[a] | $M \pm SD$ | N | $M \pm SD$ | N | F |
| Depression | 0–40 | 7.8 ± 10.2 | 71 | 12.7 ± 10.9 | 57 | 6.8* |
| Anxiety | 0–40 | 5.5 ± 7.0 | 71 | 7.4 ± 7.6 | 57 | 2.0 |
| Stress | 0–40 | 10.6 ± 9.4 | 71 | 13.3 ± 7.9 | 57 | 3.1 |
| Eating disorder examination | | | | | | |
| Restraint | 0–6.0 | 1.2 ± 1.5 | 53 | 2.8 ± 1.8 | 48 | 21.7*** |
| Eating concern | 0–5.8 | 0.24 ± 0.60 | 52 | 1.1 ± 1.4 | 46 | 15.1*** |
| Shape concern | 0–5.5 | 1.6 ± 1.5 | 52 | 2.7 ± 1.7 | 46 | 11.7** |
| Weight concern | 0–5.4 | 0.91 ± 1.2 | 52 | 2.0 ± 1.7 | 46 | 13.1*** |
| Global eating Pathology | 0–6.0 | 0.97 ± 1.0 | 53 | 2.2 ± 1.5 | 48 | 23.3*** |
| Physical health | 0–100 | 55.1 ± 7.4 | 79 | 56.1 ± 9.2 | 69 | 0.58 |
| Mental health | 0–100 | 48.5 ± 12.2 | 79 | 39.0 ± 14.1 | 69 | 19.2*** |

Statistical test conducted: one-way analysis of variance.
[a]Higher scores indicate greater pathology, except for SF-36 scales (Physical Health and Mental Health), wherein higher scores indicate better health.
*$p < 0.05$, **$p < 0.01$, ***$p < 0.001$.
SF-36, Short-Form 36 Health Survey.

Utilizing a cutoff of ≥ 4 as a marker of clinical significance on the EDE-Q,[36] 15% of respondents scored in the clinically significant range on the Restraint subscale, 3% on the Eating Concern subscale, 16% on the Shape Concern subscale, 7% on the Weight Concern subscale, and 9% on the Global score. Over one quarter (25.8%) reported a binge-eating episode (consuming an objectively large amount of food while experiencing a subjective feeling of loss of control) in the past month, and over one-third (34%) reported engaging in compulsive exercise as a means of controlling their shape/weight. Few ($n = 4$) reported purging or laxative misuse.

Twenty-nine percent of respondents reported ever smoking; 22% of the sample were current smokers (defined as smoking ≥ 100 cigarettes in their lifetime and currently smoking at least once/week), and 7% were current daily smokers. Among those who had ever smoked, the mean age of initiation was 17.5 ± 4.0 years. The majority (70.4%) of participants reported drinking alcoholic beverages no more than three times per month. Twenty-eight percent of respondents reported drinking alcoholic beverages between one and six times per week. The majority (80%) of respondents consume between one and four drinks per drinking occasion, with 7% consuming five or more drinks per drinking occasion. The majority (81.5%) denied any lifetime drug use. Among those who reported any lifetime drug use ($n = 25$), the most common substances were: marijuana (100%), prescription narcotics (32%),

Case 1:25-cv-00240-ACR Document 192-2 Filed 11/20/26 Page 21 of 32


prescription sedatives (32%), psychedelics (28%), cocaine (24%), and ecstasy (24%).

### Subgroup analyses by gender identity

Those identifying as transfemale were significantly more likely to be non-Hispanic White (86% vs. 68%; Pearson's $\chi^2=9.2$, $p=0.03$) and were significantly more likely to have children (56% vs. 17%; Pearson's $\chi^2=23.89$, $p<0.001$) when compared with transmales. Transfemales were less likely to have undertaken steps toward affirmation than transmales (76% vs. 92%; Pearson's $\chi^2=8.37$, $p<0.004$). Transfemales were also older (30.06 ± 7.30 years vs. 27.06 ± 5.91 years; $p=0.004$), had served longer in the military (9.70 ± 6.75 years vs. 5.97 ± 3.93 years; $p<0.001$), and had significantly lower BMI (24.88 ± 3.97 vs. 26.16 ± 3.52, $p=0.02$) compared with transmales.

Adjusting for age, race (White vs. NonWhite), and rank (Enlisted vs. Officer), transfemales had significantly better physical health [SF-PCS: 56.11 vs. 55.07; $F$ (1, 120) = 5.40, $p=0.022$], whereas transmales had significantly better mental health [SF-MCS: 48.49 vs. 39.01; $F$ (1, 120) = 11.88, $p=0.001$] and fewer depressive symptoms [DASS Depression: 7.77 vs. 12.67; $F$(1, 103) = 4.92, $p=0.029$]. Compared with transmales, transfemales were over two and a half times more likely to report moderate to severe depression (odds ratio: 2.57, 95% confidence interval 1.06–6.23). Adjusting for age, race, service rank, and BMI, transfemales had significantly greater dietary restraint, eating, shape, and weight concerns, and global eating pathology ($p$'s ≤ 0.004) (Table 2 and Fig. 1). There were no significant gender differences for anxiety, stress, smoking status, or any other risk behavior or demographic variable ($p$'s > 0.05).




**FIG. 1.** Significant differences in **(A)** mental health, **(B)** depressive symptoms, and **(C)** global eating pathology by gender identity ($p$'s ≤ 0.029), after adjusting for covariates.

## Discussion

This study is among the first to provide a sociodemographic and psychosocial profile of transgender active duty personnel in the U.S. Military. Findings indicated that participants, on average, had spent nearly 8 years in the military, and that the majority had deployed at least once, including to combat zones. The majority of the sample first identified as transgender before joining the military, and most reported that they are currently living as their affirmed gender. To that end, most reported use of gender-affirming hormone therapy and wearing clothing consistent with their affirmed gender to achieve transition, whereas a significant minority reported gender-affirming surgery. Nearly all respondents reported that at least one person is aware of their gender identity, and most reported that multiple individuals, including fellow service members, are aware. In addition, most reported that their chains of command, military supervisors, and primary care physicians are aware of their gender identity.

The sample as a whole was largely healthy, with unadjusted physical health scores (as assessed by the SF-36) comparable to those observed in a sample of over

75,000 active duty military service members.[37] Scores on the mental health component of the SF-36, however, were 10 points lower than this same reference group,[37] and both transmales and transfemales in the current sample scored lower than their respective cisgender counterparts.[37] The decrement in emotional well-being may be partially attributable to the chronic stress associated with gender minority status and stigma.[19,38–40]

The prevalence of depression in the current sample was considerably higher than that reported in a meta-analysis of major depression among active duty service members (34% in the current sample compared to 13.1% of previously deployed service members observed in the meta-analysis).[41] Participants' mean depression scores were lower, however, than a sample of older (mean age 57 years) military veterans.[42]

The current sample largely denied the use of prescription and illicit drugs and few reported problematic drinking behaviors. A greater proportion of the sample currently smoked cigarettes when compared with the general population (22% vs. 15.5%[43]), though rates were considerably lower than those observed among military veterans of a similar age (37%).[44]

Over half of the sample had overweight, which is comparable to larger studies of active duty service members.[45] Overall, the present sample endorsed disordered eating pathology that was greater than nonclinical community samples of young men,[46] roughly equivalent to samples of young adult women,[47,48] but less severe than clinical eating disorder-treatment-seeking samples.[49] Norms on the EDE-Q for military samples have not yet been established; therefore, it is unknown whether transgender service members are at increased risk for eating pathology compared to the broader population of military personnel. As both service members[50–57]and gender minorities[30,58–60] may independently be at high-risk for eating disorders, it is possible that transgender service members' vulnerability may be compounded by membership in two high-risk groups.

Extant studies of transgender service members typically do not include subgroup analyses by affirmed gender;[3,8] the current study, in contrast, included exploratory analyses to examine differences by gender identity. The physical health of transfemales exceeded that of transmales in the current study. Further, the physical health score of transmales in the current sample approximated the physical health score of a large age-matched sample of cisgender male military personnel (55.1 and 54.2, respectively), while the physical health score for transfemales in the current study exceeded that observed in an age-matched sample of cisgender female military personnel (56.1 and 53.5, respectively).

Findings from the current study indicated that transfemales had significantly greater mental health, depressive and eating disorder symptoms compared with transmales, even after adjusting for relevant covariates. These data corroborate previous studies of both active duty[61] and veteran[62–64] populations indicating that cisgender females report greater symptoms of mood and eating disorders than cisgender males. Transfemales in the current sample had higher rates of clinically significant anxiety on the DASS compared with a cisgender sample of female veterans (27.6% vs. 24.1%). In contrast, transmales in the current study had lower rates of clinically significant anxiety on the DASS compared with their cisgender male veteran counterparts (20.0% vs. 23.1%).[65] Prior studies have also found higher rates of post traumatic stress disorder (PTSD) among male service members when compared with women; however, PTSD symptoms were not assessed in the current study, therefore we are unable to determine whether these gender differences manifest among transgender service members. Though direct comparisons with previously published data should be interpreted cautiously, these preliminary comparisons suggest that the psychosocial risk profile of transgender service members may most closely resemble that of their affirmed gender. Specifically, with regard to mental health characteristics, transfemales in the current sample seem to more closely match cisgender females from prior studies, while transmales seem to most closely match cisgender males.

Of note, far more transfemales were living as their birth-assigned sex when compared with transmales. This may be due to cultural norms that encourage a broader spectrum of gender presentations among those born female while penalizing those born male for gender expressions that deviate from societal expectations. Further, the traditionally male culture and emphasis on hypermasculinity within the military[66–68] may contribute to feelings of alienation and subsequent negative affect among transfemales. The finding that transmales, who were significantly more likely to have taken steps toward gender affirmation, presented with better mental health may provide further evidence supporting the effectiveness of gender-affirming treatments in ameliorating distress and improving quality of life.[69,70]

Further gender disparities were observed among indices of eating- and weight-related pathology. More

specifically, similar to the gender differences observed in cisgender samples that largely indicate that females are disproportionately affected by eating disorders,[71] transfemales in the current sample reported significantly greater eating- and weight-related concerns when compared with transmales. These disparities are in contrast to a prior study finding no gender differences in eating pathology in a sample of transgender adolescents.[72] However, these differences are consistent with prior research demonstrating that sexual and gender minority natal males may be at greater risk for body dissatisfaction and eating pathology compared with sexual and gender minority natal females.[31,73–76] The pursuit of a conventionally feminine shape may contribute to the increased eating- and weight-related pathology observed among transfemales in the current study. In contrast, body ideals for transmales may be more lenient or encouraging of a larger body size.[77] Overall, findings indicate that transgender military members closely match or exceed physical health scores observed in a large, age-matched cisgender military sample. Furthermore, we observed differences in psychosocial risk profiles, indicating that transfemales were more likely than transmales to experience mental health symptomatology, including eating and weight concerns.

The present study is limited by its reliance on self-reported, cross-sectional survey data, which precludes causal interpretations. The lack of a cisgender military or transgender civilian control group also precludes direct comparisons and the ability to isolate the unique effects of gender identity on health and functioning among service members. Previous research using similar psychological assessments enables preliminary comparisons with norms from military and civilian samples; however, given differences in methodologies, demographics, and cohorts, comparisons with previously published research should be interpreted conservatively.

Finally, all data were collected after notification in July 2017 of a possible policy change impacting transgender military personnel.[1] Therefore, it is possible that specific factors unique to the data collection time period exist that further limit generalizability. Despite these limitations, this study provides novel sociodemographic and psychosocial information about an understudied and highly vulnerable group.

This study is an important first step in better understanding the sociodemographic and health profile of transgender active duty service members. However, more research is needed. Specifically, future research should include matched cisgender controls to elucidate possible health disparities based on gender identity, while controlling for military-specific factors. In addition, analyses should be undertaken in adequately powered studies to ascertain differences based on other sociodemographic factors, such as race, ethnicity, extent of affirmation, and the effects of intersectionality on outcomes. In addition, prospective research is needed to understand the health trajectories of transgender individuals over the course of their military careers, the potential impact of current Department of Defense policy on health and functioning, and to elucidate protective factors, such as social support, that might affect outcomes.

## Acknowledgements

The authors wish to thank the study participants for their contributions to the current research and their military service.

## Disclaimer

The opinions and assertions expressed herein are those of the authors and are not to be construed as reflecting the views of USU, the U.S. Air Force, U.S. Army, U.S. Navy, U.S. Military at large, or U.S. Department of Defense.

## Author Disclosure Statement

No competing financial interests exist.

## Funding Information

This study was funded by an American Psychological Foundation Visionary Grant (awarded to N.A.S.). Funding sources had no involvement in the study design, data collection and analysis, preparation of the article, or decision to submit the article for publication.

## References

1. Directive-type Memorandum (DTM)-19-004—Military Service by Transgender Persons and Persons with Gender Dysphoria [press release]. 2019.
2. Schaefer AG, Iyengar R, Kadiyala S, et al. Assessing the Implications of Allowing Transgender Personnel to Serve Openly. Santa Monica, CA: Rand Corporation, 2016.
3. Meadows SO, Engel CC, Collins RL, et al. 2015 Department of Defense Health Related Behaviors Survey (HRBS). Santa Monica, CA: Rand Corporation, 2018.
4. Belkin A. Caring for our transgender troops—the negligible cost of transition-related care. N Engl J Med. 2015;373:1089–1092.
5. 2016 Workplace and Gender Relations Survey of Active Duty Members. In: OPA Report No. 2016–050. ((OPA) OoPA, ed). Alexandria, VA: Office of People Analytics, 2017.
6. Harrison-Quintana J, Herman JL. Still serving in silence: transgender service members and veterans in the National Transgender Discrimination Survey. LGBTQ Policy J. 2013;3:1–13.

Case 1:25-cv-00240-ACR Document 192-2 Filed 11/20/26 Page 24 of 32


7. Parco JE, Levy DA, Spears SR. Transgender military personnel in the post-DADT repeal era: a phenomenological study. Armed Forces Soc. 2015;41: 221–242.
8. Hill BJ, Bouris A, Barnett JT, Walker D. Fit to serve? Exploring mental and physical health and well-being among transgender active-duty service members and veterans in the U.S. Military. Transgend Health. 2016;1: 4–11.
9. Hoge CW, Toboni HE, Messer SC, et al. The occupational burden of mental disorders in the US military: psychiatric hospitalizations, involuntary separations, and disability. Am J Psychiatry. 2005;162:585–591.
10. Hoge CW, Castro CA, Messer SC, et al. Combat duty in Iraq and Afghanistan, mental health problems, and barriers to care. N Engl J Med. 2004; 351:13–22.
11. Hoge CW, Lesikar SE, Guevara R, et al. Mental disorders among U.S. military personnel in the 1990s: association with high levels of health care utilization and early military attrition. Am J Psychiatry. 2002;159:1576–1583.
12. Jordan BK, Schlenger WE, Hough R, et al. Lifetime and current prevalence of specific psychiatric disorders among Vietnam veterans and controls. Arch Gen Psychiatry. 1991;48:207–215.
13. Blosnich JR, Gordon AJ, Fine MJ. Associations of sexual and gender minority status with health indicators, health risk factors, and social stressors in a national sample of young adults with military experience. Ann Epidemiol. 2015;25:661–667.
14. Matarazzo BB, Barnes SM, Pease JL, et al. Suicide risk among lesbian, gay, bisexual, and transgender military personnel and veterans: what does the literature tell Us? Suicide Life Threat Behav. 2014;44:200–217.
15. Bockting WO, Miner MH, Swinburne Romine RE, et al. Stigma, mental health, and resilience in an online sample of the US transgender population. Am J Public Health. 2013;103:943–951.
16. Budge SL, Adelson JL, Howard KA. Anxiety and depression in transgender individuals: the roles of transition status, loss, social support, and coping. J Consult Clin Psychol. 2013;81:545.
17. Grant JM, Mottet LA, Tanis J, et al. National Transgender Discrimination Survey Report on Health and Health Care. National Center for Transgender Equality and National Gay and Lesbian Task Force Washington, DC, 2010, pp. 1–23.
18. Lombardi EL, Wilchins RA, Priesing D, Malouf D. Gender violence: transgender experiences with violence and discrimination. J Homosex. 2002; 42:89–101.
19. Schvey N, Klein DA, Pearlman A, et al. Stigma, health, and psychosocial functioning among transgender active duty service members in the U.S. Military. Stigma Health. 2020;5:188–198.
20. Tate CC, Ledbetter JN, Youssef CP. A two-question method for assessing gender categories in the social and medical sciences. J Sex Res. 2013;50: 767–776.
21. Kraus C. Classifying intersex in DSM-5: critical reflections on gender dysphoria. Arch Sex Behav. 2015;44:1147–1163.
22. Ware JE, Sherbourne CD. The MOS 36-Item Short-Form Health Survey (SF-36): I. Conceptual framework and item selection. Med Care. 1992;30: 473–483.
23. Ware J, Ma K, Keller SD. SF-36 Physical and Mental Health Summary Scales: a User's Manual. Boston, MA: The Health Institute,1994.
24. Lovibond PF, Lovibond SH. The structure of negative emotional states: comparison of the Depression Anxiety Stress Scales (DASS) with the Beck Depression and Anxiety Inventories. Behav Res Ther. 1995;33:335–343.
25. Henry JD, Crawford JR. The short-form version of the Depression Anxiety Stress Scales (DASS-21): construct validity and normative data in a large non-clinical sample. Br J Clin Psychol. 2005;44:227–239.
26. McGraw L, Pickering MA, Ohlson C, Hammermeister J. The influence of mental skills on motivation and psychosocial characteristics. Mil Med. 2012;177:77–84.
27. Lovibond S, Lovibond P. Manual for the Depression Anxiety & Stress Scales, 2nd ed. Sydney: Psychology Foundation, 1995.
28. Hatzenbuehler ML. How does sexual minority stigma "get under the skin"? A psychological mediation framework. Psychol Bull. 2009;135:707.
29. Hatzenbuehler ML, Corbin WR, Fromme K. Trajectories and determinants of alcohol use among LGB young adults and their heterosexual peers: results from a prospective study. Dev Psychol. 2008;44:81.
30. Watson RJ, Veale JF, Saewyc EM. Disordered eating behaviors among transgender youth: probability profiles from risk and protective factors. Int J Eat Disord. 2017;50:515–522.
31. Katz-Wise SL, Scherer EA, Calzo JP, et al. Sexual minority stressors, internalizing symptoms, and unhealthy eating behaviors in sexual minority youth. Ann Behav Med. 2015;49:839–852.
32. Mason TB, Lewis RJ. Minority stress and binge eating among lesbian and bisexual women. J Homosex. 2015;62:971–992.
33. Bartlett BA, Mitchell KS. Eating disorders in military and veteran men and women: a systematic review. Int J Eat Disord. 2015;48:1057–1069.
34. Fairburn C, Beglin S. Assessment of eating disorders: interview or self-report questionnaire? Int J Eat Disord. 1994;16:363–370.
35. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders (DSM-5®). Arlington: American Psychiatric Publications, 2013.
36. Carter JC, Stewart DA, Fairburn CG. Eating disorder examination questionnaire: norms for young adolescent girls. Behav Res Ther. 2001;39:625–632.
37. Smith TC, Zamorski M, Smith B, et al. The physical and mental health of a large military cohort: baseline functional health status of the Millennium Cohort. BMC Public Health. 2007;7:340.
38. Meyer IH. Minority stress and mental health in gay men. J Health Soc Behav. 1995:38–56.
39. Meyer IH, Frost DM. Minority stress and the health of sexual minorities. In: Handbook of Psychology and Sexual Orientation. (Patterson CJ, D'Augelli AR; eds). New York: Oxford University Press, 2013, pp. 252–266.
40. Frost DM, Lehavot K, Meyer IH. Minority stress and physical health among sexual minority individuals. J Behav Med. 2015;38:1–8.
41. Gadermann AM, Engel CC, Naifeh JA, et al. Prevalence of DSM-IV major depression among US military personnel: meta-analysis and simulation. Mil Med. 2012;177(suppl_8):47–59.
42. Owens GP, Steger MF, Whitesell AA, Herrera CJ. Posttraumatic stress disorder, guilt, depression, and meaning in life among military veterans. J Trauma Stress Disord. 2009;22:654–657.
43. Jamal A, Phillips E, Gentzke AS, et al. Current cigarette smoking among adults—United States, 2016. Morb Mortal Wkly Rep. 2018;67:53.
44. Brown DW. Smoking prevalence among US veterans. J Gen Intern Med. 2010;25:147–149.
45. Eilerman PA, Herzog CM, Luce BK, et al. A comparison of obesity prevalence: military health system and United States populations, 2009–2012. Mil Med. 2014;179:462–470.
46. Lavender JM, De Young KP, Anderson DA. Eating Disorder Examination Questionnaire (EDE-Q): norms for undergraduate men. Eat Behav. 2010; 11:119–121.
47. Welch E, Birgegård A, Parling T, Ghaderi A. Eating disorder examination questionnaire and clinical impairment assessment questionnaire: general population and clinical norms for young adult women in Sweden. Behav Res Ther. 2011;49:85–91.
48. Mond JM, Hay PJ, Rodgers B, Owen C. Eating Disorder Examination Questionnaire (EDE-Q): norms for young adult women. Behav Res Ther. 2006;44:53–62.
49. Aardoom JJ, Dingemans AE, Slof Op't Landt M, Van Furth EF. Norms and discriminative validity of the Eating Disorder Examination Questionnaire (EDE-Q). Eating Behav. 2012;13:305–309.
50. Forman-Hoffman VL, Mengeling M, Booth BM, et al. Eating disorders, post-traumatic stress, and sexual trauma in women veterans. Mil Med. 2012;177:1161–1168.
51. Jacobson IG, Smith TC, Smith B, et al. Disordered eating and weight changes after deployment: longitudinal assessment of a large US military cohort. Am J Epidemiol. 2009;169:415–427.
52. Antczak A, Brininger T. Diagnosed eating disorders in the U.S. Military: a nine year review. Eat Disord. 2008;16:363–377.
53. Warner C, Matuszak T, Rachal J, et al. Disordered eating in entry-level military personnel. Mil Med. 2007;172:147–151.
54. Carlton J, Manos G, Van Slyke J. Anxiety and abnormal eating behaviors associated with cyclical readiness testing in a naval hospital active duty population. Mil Med. 2005;170:663–667.
55. McNulty P. Prevalence and contributing factors of eating disorder behaviors in active duty service women in the Army, Navy, Air Force, and Marines. Mil Med. 2001;166:53–58.
56. Lauder TD, Williams MV, Campbell CS, et al. Abnormal eating behaviors in military women. Med Sci Sports Exerc. 1999;31:1265–1271.
57. McNulty P. Prevalence and contributing factors of eating disorder behaviors in active duty Navy men. Mil Med. 1997;162:753–758.

58. Guss CE, Williams DN, Reisner SL, et al. Disordered weight management behaviors and non-prescription steroid use in Massachusetts transgender youth. J Adolesc Health. 2016;58:S102–S103.
59. Diemer EW, Grant JD, Munn-Chernoff MA, et al. Gender identity, sexual orientation, and eating-related pathology in a national sample of college students. J Adolesc Health. 2015;57:144–149.
60. Ålgars M, Santtila P, Sandnabba NK. Conflicted gender identity, body dissatisfaction, and disordered eating in adult men and women. Sex Roles. 2010;63:118–125.
61. Luxton DD, Skopp NA, Maguen S. Gender differences in depression and PTSD symptoms following combat exposure. Depress Anxiety. 2010;27: 1027–1033.
62. Maguen S, Cohen B, Ren L, et al. Gender differences in military sexual trauma and mental health diagnoses among Iraq and Afghanistan veterans with posttraumatic stress disorder. Womens Health Issues. 2012;22: e61–e66.
63. Haskell SG, Gordon KS, Mattocks K, et al. Gender differences in rates of depression, PTSD, pain, obesity, and military sexual trauma among Connecticut War Veterans of Iraq and Afghanistan. J Womens Health (Larchmt). 2010;19:267–271.
64. Maguen S, Ren L, Bosch JO, et al. Gender differences in mental health diagnoses among Iraq and Afghanistan veterans enrolled in veterans affairs health care. Am J Public Health. 2010;100:2450–2456.
65. Street AE, Gradus JL, Giasson HL, et al. Gender differences among veterans deployed in support of the wars in Afghanistan and Iraq. J Gen Intern Med. 2013;28:556–562.
66. Brown GR. Transsexuals in the military: flight into hypermasculinity. Arch Sex Behav. 1988;17:527–537.
67. Rosen LN, Bliese PD, Wright KA, Gifford RK. Gender composition and group cohesion in US army units: a comparision across five studies. Armed Forces Soc. 1999;25:365–386.
68. Rosen LN, Knudson KH, Fancher P. Cohesion and the culture of hypermasculinity in US Army units. Armed Forces Soc. 2003;29:325–351.
69. Nguyen HB, Chavez AM, Lipner E, et al. Gender-affirming hormone use in transgender individuals: impact on behavioral health and cognition. Curr Psychiatry Rep. 2018;20:110.
70. Bränström R, Pachankis JE. Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: a total population study. Am J Psychiatry. 2019. DOI: 10.1176/appi.ajp.2019.19010080.
71. Hoek HW. Distribution of eating disorders. In: Eating Disorders and Obesity: A Comprehensive Handbook. (Fairburn CG, Brownell KD; eds). New York: Guilford Press, vol. 2. 2002, pp. 233–237.
72. Avila JT, Golden NH, Aye T. Eating disorder screening in transgender youth. J Adolesc Health. 2019;65:815–817.
73. Calzo JP, Sonneville KR, Haines J, et al. The development of associations among body mass index, body dissatisfaction, and weight and shape concern in adolescent boys and girls. J Adolesc Health. 2012;51: 517–523.
74. Austin SB, Nelson LA, Birkett MA, et al. Eating disorder symptoms and obesity at the intersections of gender, ethnicity, and sexual orientation in US high school students. Am J Public Health. 2013;103:e16–e22.
75. Grammer A, Byrne M, Pearlman A, et al. Overweight and obesity in sexual and gender minority adolescents: a systematic review. Obes Rev. 2019;20: 1350–1366.
76. Calzo JP, Blashill AJ, Brown TA, Argenal RL. Eating disorders and disordered weight and shape control behaviors in sexual minority populations. Curr Psychiatry Rep. 2017;19:49.
77. McClain Z, Peebles R. Body image and eating disorders among lesbian, gay, bisexual, and transgender youth. Pediatr Clin. 2016;63:1079–1090.

**Cite this article as:** Schvey NA, Klein DA, Pearlman AT, Riggs DS (2020) A descriptive study of transgender active duty service members in the U.S. Military, *Transgender Health* 5:3, 149–157, DOI: 10.1089/trgh.2019.0044.

**Abbreviations Used**

BMI = Body Mass Index
DASS-21 = Depression, Anxiety, and Stress Scale
EDE-Q = Eating Disorder Examination Questionnaire
SF-36 = Short-Form 36 Health Survey
MCS = Mental Health Component Summary
PCS = Physical Component Summary
PTSD = Post-Traumatic Stress Disorder

Reproduced with permission of copyright owner. Further reproduction prohibited without permission.

MILITARY MEDICINE, 00, 0/0:1, 2023

# Combined Multidisciplinary Gender-Affirming Surgery During the Covid-19 Pandemic: A Model to Optimize Access to Care, Resource Utilization and Medical Readiness for Military Patients

*Ross Luther, MD, MPH, MC, USA*[*,†]; *Jennifer Sabino, MD, MC, USA*[*,‡]; *Charles Llewellyn, MD, MC, USA*[*,§]; *Marc Hohman, MD, MC, USA*[*,§]; *Jeffrey Teixeira, MD, MBA, MC, USA*[*,||]; *Eric Dorner, BS, CIV*[*,†,§]; *Carolyn A. Salter, MD, MC, USA*[*,†]

Downloaded from https://academic.oup.com/milmed/advance-article/doi/10.1093/milmed/usad372/7282742 by Madigan Army Medical Center user on 28 September 2023

**ABSTRACT**

**Introduction:**

Access to surgical care for gender-affirming surgery (GAS) has been a persistent challenge within the DoD due to long waiting lists, strict insurance requirements, and surgeon/subspecialty scarcity. These issues were magnified during the COVID-19 pandemic response, as limited resources led to postponement of "elective" surgeries. To remedy this, our center organized a multidisciplinary collaboration to perform simultaneous GAS. This model is necessary to optimize the quality-of-life and medical readiness for a particularly marginalized population within the U.S. Military who now constitute roughly 1% of all active duty personnel. In addition, one-stage surgery provides a feasible solution to streamlining care and decreasing DoD personnel health care costs.

**Materials and Methods:**

We present a case describing successful multidisciplinary surgical management of a transgender woman desiring multiple GASs. We include a comparative, cost-benefit analysis to emphasize the advantages of single-stage over multistage surgeries.

**Results:**

Our patient is a 24-year-old active duty transgender female who underwent breast augmentation and fat harvesting with plastic surgery, which was immediately followed by simultaneous simple orchiectomy by urology and facial feminizing surgery with otolaryngology. Total operative time was 8.3 hours. Our patient was discharged on post-operative day 1 and had an uneventful recovery without complications. Keys to successful implementation included the judicious, coordinated use of local analgesia as well as the organization of separate operating room bedside tables and scrub techs for each team. Total convalescent leave time and temporary profile duration were reduced by 50% relative to the staged approach: 4 weeks and 3 months versus 8 weeks and 6 months, respectively. Of note, anesthesia provider fees total ~$8,213 when surgeries are performed as three separate events. For one-stage surgery, anesthesia fees amount to only $1,063 (assuming ~10 hour anesthesia time with a CRNA provider).

**Conclusions:**

Our case study demonstrates that one-stage multidisciplinary surgery can be accomplished without added risk to the patient. Judicious surgical planning, including having surgeons operating at the same time, reduces operative time and provides for efficient operating room utilization. Simultaneous GAS is an effective approach to improve access to surgical care for transgender patients. A single anesthetic enables patients to achieve their surgical goals sooner and to lessen their overall recovery time. This allows service members to return to duty sooner, supporting the Defense Health Agency mission to ensure a medically-ready force. This model should become the standard within MTFs across the DoD, as it promotes improved quality-of-life for patients, decreases personnel costs, and ensures medical readiness.

## INTRODUCTION

Transgender individuals within the United States are consistently marginalized and thus liable to experience poor health outcomes.[1] Compared to cisgender individuals, transgender people are at greater risk of severe depression, sexual and violent assault, substance abuse, discrimination, and suicide.[1] Furthermore, the health care system has struggled to adequately respond to the unique needs of this population, largely due to limited provider education. This includes the myriad of medical and surgical subspecialties that play integral roles in

[*]Madigan Army Medical Center, Tacoma, WA 98431, USA

[†]Urology, Madigan Army Medical Center, Tacoma, WA 98431, USA

[‡]Plastic Surgery, Walter Reed National Military Medical Center, Bethesda, MD 20814, USA

[§]Otolaryngology-Head and Neck Surgery, Madigan Army Medical Center, Tacoma, WA 98431, USA

[||]Otolaryngology-Head and Neck Surgery, Walter Reed National Military Medical Center, Bethesda, MD 20814, USA

Previously presented as an unmoderated poster at Western Section AUA Annual Meeting on October 30, 2022, Kauai, HI and **ISSM/SMSNA Joint Scientific Meeting, Miami, FL on October 24–30, 2022**.

The views expressed are solely those of the authors and do not reflect the official policy or position of the US Army, US Navy, US Air Force, the Department of Defense, or the US Government.

doi:https://doi.org/10.1093/milmed/usad372

© The Association of Military Surgeons of the United States 2023. All rights reserved. For permissions, please e-mail: journals.permissions@oup.com.



**FIGURE 1.** Two teams working concurrently (Urology in background, ENT in foreground).

the comprehensive treatment of transgender patients.[2–4] The consequences of this are profound as transgender individuals now constitute a substantial fraction of the overall U.S. population. The most current data for the United States, reported by Flores et al., indicate that 0.6% of adults (approximately 1.4 million people) and 0.7% of adolescents self-identify as transgender.[5] The incidence and prevalence are expected to rise as societal awareness and inclusivity increase. This trend is mirrored and perhaps more significant within the military, which has undergone numerous policy changes over the last 10 years to promote inclusivity of transgender individuals. Today, the active duty (AD) transgender population is estimated at 8,000 to 13,000, approximately 1% of the total AD population.[6–8]

The increased demand for transgender services required MTFs to increase provider education and construct multidisciplinary teams to provide comprehensive care for this population. However, given the inherent psychosocial complexity associated with gender dysphoria coupled with the highly-mobile nature of military life, the transition process is often lengthy and fragmented. The diagnosis of gender dysphoria is typically first explored by a service members' (SM's) primary care and/or behavioral health provider who are gatekeepers to the transition pathway. What follows are multiple separate referrals to specialty services often including endocrinology, urology, otolaryngology, gynecology, psychiatry, and social work. The military system closely follows the World Professional Association for Transgender Health (WPATH) Standards of Care (SOC7) guidelines, which necessitate a stepwise approach to care and encourage gender affirming hormone therapy use prior to seeking irreversible gender-affirming surgeries (GAS).[9]

A unique aspect to the military member's experience pursuing transition is the chain of command approval process. Once a patient is diagnosed with gender dysphoria and gender transition is deemed medically necessary, a military

Downloaded from https://academic.oup.com/milmed/advance-article/doi/10.1093/milmed/usad372/7282742 by Madigan Army Medical Center user on 28 September 2023

medical provider must outline the timeline for care, goals of care, and the influence on deployment readiness. This plan is then reviewed by the SM's commander who will respond to the request in a manner that prioritizes military readiness by minimizing impacts to the mission (including deployment, training exercise schedules, and critical skills availability), as well as to the morale, welfare, good order, and discipline of the command.[9] Consequently, this can result in a SM being placed on a medical leave of absence, transferred to another unit, or placed on individual ready reserve status.[6] Given the multiple GAS utilized to reduce dysphoria for some patients, this can lead to a SM being on convalescent leave for extended periods of time as well as being unable to deploy for up to 12 months or more.

Access issues for transgender care were magnified during the COVID-19 pandemic response, as limited resources led to the postponement of "elective" surgeries. To remedy this, our center organized a multidisciplinary collaboration to perform multiple GAS procedures concurrently.

## CASE REPORT/RESULTS

Our patient is a 24-year-old AD transgender woman who met criteria for GAS. Her comorbidities included attention deficit hyperactivity disorder, bipolar disorder, and suicidal ideation. She had received four years of hormone therapy including leuprorelin, estradiol, and progesterone. She was evaluated by two different mental health providers who wrote letters supporting her desire to pursue GAS. Given our limited operating room availability during the pandemic, we performed these surgeries under the same general anesthetic. She underwent breast augmentation and torso fat harvesting with plastic surgery, which was immediately followed by simultaneous simple orchiectomy by urology and facial feminization surgery with otolaryngology and oral surgery (see Figure 1). Facial feminization procedures performed included rhinoplasty, coronal incision for brow lift and forehead recontour, thyroid chondrolaryngoplasty, rhinoplasty, septoplasty, and midface fat transfer. Total operative time was 8 hours and 20 minutes with estimated blood loss of 330 mL. The patient was discharged on postoperative day 1 and had an uneventful recovery without complications. One of the keys to successful implementation included the judicious, coordinated use of local anesthesia. Multiple local anesthetic agents were utilized including lidocaine and liposomal bupivacaine, with care taken to ensure that all long-acting anesthetics were administered at least 20 minutes after the short-acting agents. Efficiency and safety were promoted by performing breast implantation and fat harvesting first, which were followed by concurrent orchiectomy and facial feminization (see Table I). Each team was provided with a separate bedside table and scrub tech (see Figure 2). Total convalescent leave time and temporary profile duration were reduced by 50% relative to the staged approach: 4 weeks and 3 months versus 8 weeks and 6 months, respectively. This 3 month differential equates to regular military compensation of $5,545 per month or $16,636 total (based on the patient's unique rank and allowances).[10] Thus, there are significant cost and productivity savings to the military with this combined approach (for complete summary, see Table II).

**TABLE I.** Summary of Surgeries Performed (In Order of Succession)

| Specialty | Surgeries | Local anesthesia used |
|---|---|---|
| Plastic surgery | 1. Bilateral breast augmentation with silicone implants<br>2. Liposuction from torso for facial fat transfer | 200 ml tumescent (1 L lactated ringers, 50 ml 1% lidocaine, 1 amp epinephrine) |
| Urology | 3. Bilateral simple orchiectomy | 10 mL Exparel |
| Otolaryngology | 4. Facial feminization: rhinoplasty, brow lift, forehead recontour, thyroid chondroplasty, septoplasty, midface fat transfer | 28.5 mL of 1% lidocaine with 1:100,000 epinephrine |

## DISCUSSION

The transgender population within the United States is growing, challenging providers to increase their awareness of how to best provide optimal care for these patients. In 2017, a meta-analysis estimated a U.S. population size of 390 adults per 100,000, or almost 1 million adults nationally.[11] A more recent report from 2022, incorporating data from the 2017–2020 CDC's Behavioral Risk Factor Surveillance System and Youth Risk Behavior Survey, estimates that there are roughly 1.3 million U.S. adults (0.5%) and 300,000 youth (1.4%) who identify as transgender.[12] Following the release of DoD Instruction 1300.28, the military should expect to see a continued rise in the number of transgender SMs seeking care within MTFs. As an equal opportunity, single-payer system for AD members, the Defense Health Agency (DHA) and Tricare are faced with the challenge of supporting this increased health care utilization while maintaining deployment readiness.

Combined multidisciplinary GAS is a relatively novel concept within the U.S. Military, although our experience and the literature demonstrate that it is safe, viable, and both a time- and cost-saving procedure. GAS has been performed successfully since the 1980s predominantly in the Netherlands.[13] Historically, breast augmentation was performed either during or after the genital procedure; however, this trend has shifted in the last 30 years. Sijben et al. examined a large, single-center retrospective cohort of 653 transgender patients who underwent GASs in Amsterdam from 1990 to 2020 and noted that 64% underwent genital and breast augmentation as a single procedure.[13] Relative safety of combined versus multi-stage surgery is somewhat difficult to assess in this

Downloaded from https://academic.oup.com/milmed/advance-article/doi/10.1093/milmed/usad372/7282742 by Madigan Army Medical Center user on 28 September 2023



**FIGURE 2.** Separate operating room (OR) setups for each team.

population, given the variability of surgeon techniques and varying complication reporting standards. Despite this, Sijben et al. compared outcomes from the Amsterdam cohort to a collection of 9 studies from the literature ranging from 1999 to 2020 (this comprised a mixture of transgender cohorts that received either breast augmentation alone versus single-stage genital and breast augmentation versus multi-stage procedures). There were similar rates of short-term complications, however slightly higher rates of long-term complications in the single-stage cohort. Reoperations due to long-term complications were as follows: implant rupture (5.7%), capsular contracture (4.9%), aesthetic problems (3.8%), low-grade infection (0.4%), or seroma (0.6%). This is compared to overall reoperation rates within the literature for capsular contraction (range 0.0–5.6%) and implant rupture (0.7%). These differences were attributed to shorter average follow-up periods between the aggregated cohorts (5.5 years in the literature versus maximum of 12.9 years in the Amsterdam cohort). Ganor et al. performed a NSQIP analysis comparing outcomes for standalone versus combined GAS from 2005 to 2019. There were 30 cases of mastectomy combined with hysterectomy and 31 cases of breast augmentation coupled with vaginoplasty. There was no difference in complication rate or length of hospital stay between single and multi-stage procedures. Furthermore, combining breast augmentation and vaginoplasty saved an average of 97.86 min ($P = 0.000$) of operating time.[14]

**TABLE II.** Comparative Analysis

| | Conventional staged approach | Multi-Disciplinary approach |
|---|---|---|
| Leave time | 8 weeks | 4 weeks |
| Temp. profile | 6 months | 3 months |
| Anesthesia costs | $8,213 | $1,063 |

Relative safety is also similar when comparing single versus multi-stage masculinization procedures. In 2017, Stojanovic et al. studied 79 patients who underwent one-stage masculinization GAS.[15] The postoperative stay average was 4 days and the complication rate was 25%, which is similar to the 32.5% overall complication rate for single-stage neovaginal procedures reported in a meta-analysis of 1,684 patients by Dreher et al.[16] These studies illustrate that combined GAS can be considered equally as safe if not more so when accounting for the avoidance of risks associated with multiple exposures to general anesthesia and separate hospital admissions.

The issue of time-saving, particularly as it relates to the distribution of finite resources, is critical to accomplishing the DHA's mission to ensure a medically-ready force that is fit for

Downloaded from https://academic.oup.com/milmed/advance-article/doi/10.1093/milmed/usad372/7282742 by Madigan Army Medical Center user on 28 September 2023

combat in austere environments. These resource limitations are more pronounced in the context of caring for the transgender patient, who requires the diligent coordination of various medical specialists and non-medical personnel to ensure that care goals are achieved. This often requires multiple surgeries spaced out over time leading to interrupted periods of convalescent leave and temporary profile status whereby SMs are unable to deploy for 6 to 12 months at a time. This is a quandary for unit commanders who must make difficult decisions regarding whether to delay treatment for a soldier to satisfy mission requirements versus providing approval and potentially losing a deployable asset for a lengthy period. By combining multiple surgeries into a single operation, both convalescent leave time and temporary profile status may be reduced by 50%.

For transgender soldiers, access to care for GAS has been a persistent challenge due to long waiting lists, strict insurance requirements, surgeon scarcity, and financial cost. If specialists are absent at the SM's local MTF, they must travel long distances for care. At Madigan Army Medical Center, for example, military patients routinely come from diverse locations across the United States and internationally. Multiple journeys for medical care constitute an added cost which is difficult to quantify and not included in our cost savings analysis; however, one-stage surgeries clearly provide added cost savings. Provision of care is further complicated by insurance limitations, which block access to civilian surgeons with expertise in performing GAS due to the exorbitant out-of-pocket cost associated with these providers.[6] Thus, many surgeries can only be performed at a select few large MTFs, which leads to delays in care. These issues were magnified during the COVID-19 pandemic response, as limited resources led to the postponement of "elective" surgeries, including GAS. The consequences of this are significant given the relatively high need for behavioral health care within this patient population, which is known to improve following surgery.[17] A demographic study of AD SMs (n =163) by Schvey et al. revealed that rates of moderate to severe depression, anxiety, and stress were 34.1%, 28.3%, and 21.7%, respectively.[18] Longer wait times for surgery unfortunately can equate to prolonged mental distress for many patients. Within this same sample, only 31% had undergone GAS. These delays represent a missed opportunity to improve quality of life for these patients.

The financial costs of transgender care represent an opportunity to implement policies to mitigate the challenge of rapidly rising DoD personnel costs. From fiscal year (FY) 2000 to 2012, the annual cost per SM grew at a rate of 4.2% annually above inflation, which is relatively high compared to historical norms.[19] One of the main drivers for this growth is the collective health care cost incurred by individual SMs. The health care budget request for military personnel and their dependents in the year 2021 amounted to ∼$33.1 billion.[19] After basic pay, this constituted the second largest share (15%) of annual military personnel funds. From FY 2003 to 2012, outlays for both DoD direct care (services provided predominantly at MTFs and hospitals) and private-sector care accounts grew by over 75% when adjusted for inflation.[20] Interestingly, this was likely driven by increased consumption of services during this time, as the average number of eligible beneficiaries only grew by 7% while the average proportion of users receiving care increased by 20%.[21]

Transgender surgery, particularly reconstruction, incurs significant costs for the insurance provider and the patient. These costs can be reduced by performing one-stage surgery. Using the Fair Health Consumer and CMS/Medicare cost calculator tools adjusted for locality, we estimate the total in-network cost for our patient's procedures at ∼$75,395 with variable copays as high as ∼$7,000.[22,23] Of note, anesthesia provider fees total ∼$8,213 when surgeries are performed as three separate events. For one-stage surgery, anesthesia fees amount to only $1,063 (assuming ∼10-hour anesthesia time with a CRNA provider). Fortunately, the AD patient is insulated from these costs through the Tricare benefit package so long as care is delivered at a MTF. If a patient seeks outside surgical care, they are required to pay out-of-pocket costs.

## CONCLUSIONS

Our case study demonstrates that one-stage multidisciplinary surgery can be accomplished without added risk to the patient. Judicious surgical planning, including having surgeons operating at the same time, reduces operative time and provides for efficient OR utilization. Simultaneous GAS is an effective approach to improve access to surgical care for transgender patients. A single anesthetic enables patients to achieve their surgical goals sooner and to lessen their overall recovery time. This allows SMs to return to duty sooner, supporting the DHA mission to ensure a medically-ready force. This model can be replicated in the civilian sector to promote significant cost savings for the patient and the health care system.

## ACKNOWLEDGMENTS

None declared.

## FUNDING

None declared.

## CONFLICT OF INTEREST STATEMENT

None declared.

## DATA AVAILABILITY

All data are freely accessible.

## IRB

Not applicable.

## IACUC

Not applicable.

Downloaded from https://academic.oup.com/milmed/advance-article/doi/10.1093/milmed/usad372/7282742 by Madigan Army Medical Center user on 28 September 2023

## INDIVIDUAL AUTHOR CONTRIBUTION STATEMENT

Dr. Ross Luther conducted literature review and drafted the original manuscript. All other authors reviewed and edited the manuscript. All authors read and approved the final manuscript.

## INSTITUTIONAL CLEARANCE

Approved.

## CLINICAL TRIAL REGISTRATION NUMBER

Not applicable. This is a case report presented as a brief report.

## REFERENCES


1. Jaime M. Grant PD, Lisa A. Mottet, J.D., and Justin Tanis, D.Min., With Jody L. Herman PD, sssJack Harrison, Mara Keisling: National Transgender Discrimination Survey Report on health and health care. National Center for Transgender Equality. 2010. Washington, DC.
2. Morrison SD, Chong HJ, Dy GW, et al: Educational exposure to transgender patient care in plastic surgery training. Plast Reconstr Surg 2016; 138(4): 944–53. 10.1097/PRS.0000000000002559
3. Safer JD: The large gaps in transgender medical knowledge among providers must be measured and addressed. Endocr Pract 2016; 22(7): 902–3. 10.4158/EP161388.CO
4. Obedin-Maliver J, Goldsmith ES, Stewart L, et al: Lesbian, gay, bisexual, and transgender-related content in undergraduate medical education. JAMA -J Am Med Assoc 2011; 306(9): 971–7. 10.1001/jama.2011.1255
5. Flores AR, Herman JL, Gates GJ, Brown TNT: How Many Adults Identify as Transgender in the United States? The Williams Institute; 2016.
6. Seibert DC, Keller N, Zapor L, Archer H: Military transgender care. J Am Assoc Nurse Pract 2020; 32(11): 764–70. 10.1097/JXX.0000000000000519
7. Meadows S, Engel C, Collins R, et al: 2015 Department of Defense health related behaviors survey (HRBS). Rand Health Q 2018; 8(2): 5. 10.7249/RR1695
8. DoD Instruction 1300.28: In-Service Transition for Transgender Service Members. 20 December 2022. Available at https://www.esd.whs.mil/Portals/54/Documents/DD/issuances/dodi/130028p.pdf, April 30, 2021 (whs.mil); accessed 6, January 2023.
9. Coleman E, Radix AE, Bouman WP, et al: Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. Int J Transgender Health 2022; 23(S1): S1–S260. 10.1080/26895269.2022.2100644
10. Regular Military Compensation (RMC) Calculator. U.S. Department of Defense, Military Compensation. Available at https://militarypay.defense.gov/Calculators/RMC-Calculator/.
11. Meerwijk EL, Sevelius JM: Transgender population size in the United States: a meta-regression of population-based probability samples. Am J Public Health 2017; 107(2): e1–e8. 10.2105/AJPH.2016.303578
12. Herman JL, Flores AR, O'Neill KK: How Many Adults and Youth Identify as Transgender in the United States? University of California Los Angeles, School of Law. The Williams Institute, 2022.
13. Sijben I, Timmermans FW, Lapid O, Bouman MB, van der Sluis WB: Long-term follow-up and trends in breast augmentation in 527 transgender women and nonbinary individuals: a 30-year experience in Amsterdam. J Plast Reconstr Aesthet Surg 2021; 74(11): 3158–67. 10.1016/j.bjps.2021.03.107
14. Ganor O, Jolly D, Wu CA, Boskey ER: Can gender-affirming surgeries be safely combined? An NSQIP analysis of 30-day outcomes and case planning factors. J Plast Reconstr Aesthet Surg 2022; 75(8): 2664–70. 10.1016/j.bjps.2022.04.004
15. Stojanovic B, Bizic M, Bencic M, et al: One-stage gender-confirmation surgery as a viable surgical procedure for female-to-male transsexuals. J Sex Med 2017; 14(5): 741–6. 10.1016/j.jsxm.2017.03.256
16. Dreher PC, Edwards D, Hager S, et al: Complications of the neovagina in male-to-female transgender surgery: a systematic review and meta-analysis with discussion of management. Clin Anat 2018; 31(2): 191–9. 10.1002/ca.23001
17. Caprini RM, Oberoi MK, Dejam D, et al: Effect of gender-affirming facial feminization surgery on psychosocial outcomes. Ann Surg 2022; 277(5): e1184–90. 10.1097/SLA.0000000000005472
18. Schvey NA, Klein DA, Pearlman AT, Riggs DS: A descriptive study of transgender active duty service members in the U.S. Military. Transgend Health 2020; 5(3): 149–57. 10.1089/trgh.2019.0044
19. Daniels SP: Assessing Trends in Military Personnel Costs. A Report of the CSIS Defense Budget Analysis Program. CSIS. 2021. Sep 9. Available at https://www.csis.org/analysis/assessing-trends-military-personnel-costs; accessed January 18, 2023.
20. United States Department of Defense Fiscal Year 2021. Budget Request. Office of the Under Secretary of Defense (Comptroller)/Chief Financial Officer. 2020.
21. Defense Health Program Fiscal Year 2021 President's Budget Operation and Maintenance Personnel Summary. Office of the Under Secretary of Defense (Comptroller). February 2020. Available at https://comptroller.defense.gov/Portals/45/Documents/defbudget/fy2021/budget_justification/pdfs/09_Defense_Health_Program/Vol_I_Sec_4_PB-31R_Personnel_Summary_DHP_PB21.pdf; accessed January 6, 2023.
22. Fair Health Consumer Medical and Hospital Cost Calculator. Available at www.fairhealthconsumer.org; accessed January 6, 2023.
23. Procedure Price Lookup. Available at https://www.medicare.gov/procedure-price-lookup/, accessed January 19, 2023


Downloaded from https://academic.oup.com/milmed/advance-article/doi/10.1093/milmed/usad372/7282742 by Madigan Army Medical Center user on 28 September 2023