**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NICOLAS TALBOTT *et al*.,

*Plaintiffs,*

v.

UNITED STATES *et al*.,

*Defendants.*

Case No. 1:25-cv-240-ACR

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motions *in Limine* to Exclude Testimony from Shawn Skelly (Dkt. 174), Yvette Bourcicot (Dkt. 175), Ashish Vazirani (Dkt. 176), Alex Wagner (Dkt. 177), Maj. Gen. (Ret.) James Young (Dkt. 178), and Paisley Currah (Dkt. 182), and Plaintiffs' Opposition thereto, it is hereby **ORDERED** that Defendants' Motions are **DENIED**.

**SO ORDERED.**

DATED: ____________________

______________________________
Hon. Ana C. Reyes
United States District Judge